IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 19th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor), Claim No. 14669

from:  Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor), Claim No. 14669, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:  Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:  Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor), Claim No. 14669

date:  Wednesday, July 31, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 19th Omnibus Objection to claims requesting that the above claim in the amount of $216,301.71 be reduced and modified to $204,762.78 on the basis that the claim and asserted liability are in excess of the amount owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Dynamic Corporation (Assignor) ("Dynamic") Object to this Objection.

1.  Please find attached sufficient documentation supporting the filed Proof of Claim # 14669 in an amount of **$216,301.71**.

2.  Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 14669 for the full filed amount of $216,301.71 as liquidated and undisputed.

3.  To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $216,301.71 and sent immediately to Sierra's attention for signature.

4.  Copies of the following have been enclosed with this response:  The Notice of 19th Omnibus Objection to Claim # 14669, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Dynamic Corporation (Assignor), Proof of Claim # 14669 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Dynamic Corporation (Assignor) and the supporting documentation requested for claim # 14669 evidencing the amount of $216,301.71 owed on Claim # 14669 filed by Sierra Liquidity Fund, LLC; Assignor: Dynamic Corporation **The supporting documents in Proof of Claim # 14669 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.  Sierra and Dynamic Corporation see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 14669, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of **$216,301.71** remains due and owing as a valid unpaid pre-petition unsecured claim.

6.  Sierra and Dynamic Corporation do not object to the proposed Modified Debtor for which Claim # 14669 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Dynamic Corporation

| | | |
|---|---|---|
| Scott August | Tammy Garza | Jim Riley |
| 949-660-1144, ext. 17 | 949-660-1144 ext. 22 | 949-660-1144 ext. 16 |
| saugust@sierrafunds.com | tgarza@sierrafunds.com | jriley@sierrafunds.com |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
         In re                      :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :      Case No. 05-44481 (RDD)
                                    :
                   Debtors.         :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF OBJECTION TO CLAIM

Sierra Liquidity Fund LLC Assignee Dynamic Corporation Assignor:

     Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (the "Nineteenth Omnibus Claims Objection"), dated July 13, 2007, a copy of which is enclosed (without exhibits). The Debtors' Nineteenth Omnibus Claims Objection is set for hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINETEENTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON AUGUST 9, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

     The enclosed Nineteenth Omnibus Claims Objection identifies nine different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

     Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claima mnt has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basic For Objection of "Consensually Modified And Reduced Claims" are those Claims asserting certain tort liabilities that the Debtors have

2

determined (a) are overstated and/or (b) were filed and docketed against the wrong Debtors.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| 7/31/2006 | 14669 | $216,301.71 | Claims Subject to Modification | 05-44640 | $204,762.78 | General Unsecured |

If you wish to view the complete exhibits to the Nineteenth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Nineteenth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Nineteenth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on August 9, 2007. Your Response, if any, to the Nineteenth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Nineteenth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the August 16, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on August 16, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE NINETEENTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE NINETEENTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York

4

36

05-44481

SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE CA 92614

| United States Bankruptcy Court    Southern    District Of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems, LLC & Delphi Corporation, et al. | Case Number<br>05-44640 & 05-44481 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Sierra Liquidity Fund, LLC (Assignee) Dynamic Corporation (Assignor)**<br><br>Name and Address where notices should be sent:<br><br>Sierra Liquidity Fund<br>2699 White Road - Suite 255<br>Irvine, CA 92614<br><br>Telephone Number: 949-660-1144 x 17 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☒ amends  a previously filed claim dated: 12/27/05<br>↳ POC # 1311 |
|---|---|

**1. Basis for Claim**

☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
     (date)          (date)

**2. Date debt was incurred:**    Various
6/30/05 - 10/20/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 216,301.71

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 216,301.71 _____  _____  216,301.71
                                                      (Unsecured)    (Secured)    (Priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>7/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):    J.S. Riley  Pres. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Transfer of Claim

# Delphi Automotive Systems, LLC, Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between **Dynamic Corporation** ("Assignor") and Sierra Liquidity Fund, LLC or assignee ("Assignee") with regard to the following matters:

1. Assignor in consideration of the sum of _____ **current amount outstanding on the Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor, including the right to amounts owed under any executory contract and any respective cure amount related to the potential assumption and cure of such a contract (the "Claim") against Delphi Automotive Systems, LLC, Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than **$216,301.71 (Two Hundred Sixteen Thousand Three Hundred One and 71/100)** ["the Claim Amount"], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, cure payments arising from a contract assumption, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2. Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3. Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4. Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5. Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6. In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7. To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount

in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8. Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time. Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9. In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10. The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11. Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement. All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement. This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12. This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13. This Agreement shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

## If you have filed a Proof of Claim please check here: _____

## Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this 6<u>th</u> day of <u>December, 2005</u>.

**ATTEST**

Mr. Hugh F. Broersma
President
Dynamic Corporation
2565 Van Ommen Drive
Holland, MI 49424
Ph: 616-399-2200
F:   616-399-1604
Email: hughb@hol.dynamicinc.com

FOR: DYNAMIC CORPORATION

By _____

**Agreed and Acknowledged**

Mr. James S. Riley, Managing Member
Sierra Liquidity Fund, LLC
2699 White Road, Ste. 255
Irvine, CA 92614
949-660-1144

By _____

www.sierrafunds.com

2699 White Road, Suite 255; Irvine, CA 92614
949-660-1144 extension 28; Fax: 949-660-0632
saugust@sierrafunds.com

December 20th, 2005

This cover letter serves to clarify the status of the filed proof of claim for Sierra Liquidity Fund, LLC ("SLF");
Assignee: Dynamic Corporation. Dynamic Corporation has assigned to Sierra Liquidity Fund, LLC the "Residual
Trade Claim" owed to Dynamic Corporation for unpaid pre-petition invoices. The Residual Trade Claim, in the
amount of $216,301.71, is defined by the executed agreement by and between Dynamic Corporation and Delphi
Corporation under the terms of the "Human Capital Obligation Order" (as Attached).

The following should help serve to reconcile the "Residual Trade Claim" amount, the attached Summary Spreadsheets,
and the attached supporting documentation (Invoices, Purchase Orders, etc.):

- Total Amount of Pre-Petition Claim =                                  $572,583.83
- Less Human Capital Trade Claim @ 95% of Contract Labor Amount =   ($338,468.00) --- Not Assigned to SLF
- Less 5% Portion of Contract Labor Amount Forgiven by Dynamic  =   ($17,814.12) ---- Not Assigned to SLF
- Residual Trade Claim =                                             $216,301.71 --- Assigned to SLF.

The Residual Trade Claim (as further broken out by supporting claim documentation and summary sheets) consists of
the following amounts:

- Dynamic Corporation, Prototype Center =           $20,144.65
- Dynamic Corporation, EMC Chamber =                $42,413.53
- Dynamic Corporation, SOW =                        $0
- Dynamic Corporation, Testing Lab =                $19,395.53
- Dynamic Prototype Operations, Dynamic Design Inc. =      $134,348.00

- Total Residual Trade Claim Assigned to Sierra Liquidity Fund = $216,301.71

This cover sheet and the attached documentation should serve to clarify the filed Proof of Claim for Sierra Liquidity
Fund, LLC; Assignee: Dynamic Corporation. Should you have questions regarding the filed claim, please contact us at
the number listed below.

Regards,

Scott D. August, CFA
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
949-660-1144 ext. 28
fax: 949-660-0632
saugust@sierrafunds.com
www.sierrafunds.com

**PRIVILEGED AND CONFIDENTIAL**

# DELPHI

TO: Mr. Hugh Broersma
     Dynamic Corp.
     Holland, Michigan

Date: 11/30/05

Dear Valued Supplier:

As you are no doubt aware, on October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its U.S. affiliates (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Cases" and the "Bankruptcy Court," respectively). The Debtors have received the Bankruptcy Court's authority to pay certain suppliers in recognition of the importance of continuity in our business operations and our desire that the Bankruptcy Cases have as little effect on our operations as possible.

In accordance with the authority granted to them under the "Human Capital Obligation Order" (the "Order"), the Debtors are making the payment included herewith. The Debtors will provisionally pay you 95 % of your estimated prepetition trade claim for obligations related to contract labor that meet the conditions for payment under the Order (net of any setoffs, credits or discounts), or $338,468.00 (the " Human Capital Trade Claim"). Debtors acknowledge that you do not waive your rights with respect to that portion of the final prepetition trade balance that is not paid to you for amounts that are not related to the Human Captial Trade Claim hereunder (the "Residual Claim"), provided, however, that in no event will the Human Capital Trade Claim and the Residual Trade Claim exceed the final prepetition trade claim balance nor shall the amount of the Residual Trade Claim exceed $216,301.71. You hereby acknowledge and agree that the amount of the Human Capital Trade Claim is based upon the Debtors' books and records and subject to reconciliation with your books and records. To the extent that this reconciliation results in the amount of your actual prepetition trade claim being less than the estimated amount of your prepetition trade claim, you agree to promptly disgorge any excess amount of the Human Capital Trade Claim. In exchange for receiving such payment, you hereby agree that you no longer have any prepetition amounts owing to you with respect to the Human Capital Trade Claim and that you will forever waive any and all claims, rights or causes of action related to any such prepetition amounts.

Further, in exchange for receiving payment of the Human Capital Trade Claim, you hereby agree that you have reviewed the terms and provisions of the Order and that you consent to be bound by such terms, including, without limitation, the extension of normal and customary trade terms, practices and programs.

You also hereby acknowledge and agree that you continue to be bound by the terms of each agreement between you and one or more of the Debtors, including, without limitation, the general terms and conditions applicable thereto, except to the extent modified by the terms of this agreement and the United States Bankruptcy Code.

The Debtors expressly reserve all of their rights at law and in equity, including, without limitation, all of their rights as debtors-in-possession under the United States Bankruptcy Code. Without limiting the generality of the foregoing sentence, this agreement, and any payment made hereunder, does not constitute (a) a waiver of the Debtors' rights (i) to dispute any claim, (ii) to reject any agreement, contract, purchase order or other document under section 365 of the United States Bankruptcy Code, or (iii) to take, or refrain from taking any other action under any applicable section of the United States Bankruptcy Code or any other applicable law, or (b) an approval, adoption or assumption of any agreement, contract, purchase order or other document under section 365 of the United States Bankruptcy Code or any other applicable law, all of the Debtors' rights with respect to which are expressly reserved.

If you have any questions about this Agreement or our financial restructuring, please do not hesitate to call (866) 688-8679.

Sincerely,

DELPHI CORPORATION

By: _Allen Ladd_
Its: _Director, Corporate Services_

ACCEPTED AND AGREED BY:

DYNAMIC CORPORATION

By: _HUGH E. BROERSMA_
Its: _PRES._

Dated: _12-2-2005_

2

53162102-Chicago Server 2A - MSW

# Dynamic Pre-Petition Invoices to Delphi

Labor Content

12/21/2005

| PO to: | PO DUNS | REMIT TO: | REMIT DUNS | INVOICE | DATE | PO | INV AMOUNT | LABOR | MATERIALS & LEASE OBLIGATION | % LABOR |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Petition Prototype Center;** Debit Contact: Dave McGregor, Business Phone: (989) 757-3805, Cell Phone: (989) 860-4546 | | | | | | | | | | |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 14782 | 8/30/2005 | S2S549423 | $716.10 | $611.10 | $105.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 14946 | 8/25/2005 | S2S54472 | $3,096.05 | $2,633.55 | $462.50 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 14993 | 8/31/2005 | S2S54472 | $2,387.00 | $2,037.00 | $350.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15000 | 8/31/2005 | S2S46902 | $2,387.00 | $2,037.00 | $350.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15037 | 9/20/2005 | S2S46441 | $8,970.00 | $8,970.00 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15103 | 9/30/2005 | S2S54532 | $412.00 | $412.00 | $305.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15105 | 9/30/2005 | S2S54411 | $2,080.10 | $1,775.10 | $305.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15106 | 9/30/2005 | S2S54532 | $2,680.00 | $2,680.00 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15107 | 9/30/2005 | S2S54512 | $1,841.40 | $1,571.40 | $270.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15115 | 9/30/2005 | S2S54447 | $1,841.40 | $1,571.40 | $270.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15116 | 9/30/2005 | S2S42062 | $195.00 | $195.00 | $195.00 Materials | |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15117 | 9/30/2005 | S2S52716 | $5,557.56 | $5,287.56 | $270.00 | 95% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15119 | 9/30/2005 | S2S52713 | $700.53 | $224.04 | $476.49 | 32% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15121 | 9/30/2005 | S2S52742 | $293.90 | $293.90 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15122 | 9/30/2005 | S2S52997 | $746.00 | $721.00 | $25.00 | 97% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15123 | 9/30/2005 | S2S54390 | $480.11 | $473.76 | $6.35 | 99% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15124 | 9/30/2005 | S2S54467 | $1,937.74 | $1,425.56 | $512.18 | 74% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15125 | 9/30/2005 | S2S54390 | $1,382.44 | $1,382.44 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15126 | 9/30/2005 | S2S54468 | $329.50 | $329.50 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15573 | 10/18/2005 | S2S54523 | $392.93 | $392.93 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15174 | 10/18/2005 | S2S54529 | $3,082.12 | $1,055.82 | $94.98 | 63% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 16176 | 10/18/2005 | S2S54523 | $1,038.50 | $1,038.50 | $1,140.64 | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15207 | 10/20/2005 | S2S55411 | $301.50 | $301.50 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15209 | 10/20/2005 | S2S55282 | $1,091.20 | $931.20 | $160.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15210 | 10/20/2005 | S2S54423 | $1,636.80 | $1,396.80 | $240.00 | 85% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15211 | 10/20/2005 | S2S52716 | $1,378.88 | $1,378.88 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15213 | 10/20/2005 | S2S52713 | $253.69 | $200.38 | $53.31 | 79% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15214 | 10/20/2005 | S2S52997 | $90.13 | $90.13 | | 100% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15215 | 10/20/2005 | S2S53467 | $768.75 | $727.50 | $31.25 | 96% |
| Dynamic Design Inc | 092546441 | Dynamic Corporation | 147749089 | 15004 | 8/31/2005 | S2S55468 | $246.96 | $246.96 | | 100% |
| | | | | | | | $307,651.74 | $287,507.09 | $20,144.65 | 100% |
| **Pre-Petition SOW;** Debit Contact: Ken Leaf, Sister Brewer, Business Phone: (810) 496-2488 | | | | | | | | | | |
| Dynamic Corporation | 147749089 | Dynamic Corporation | 147749089 | 14999 | 8/31/2005 | S2S54423 | $8,970.00 | $8,970.00 | | 100% |
| Dynamic Corporation | 147749089 | Dynamic Corporation | 147749089 | 15110 | 9/30/2005 | S2S39414 | $8,817.20 | $8,817.20 | | 100% |
| Dynamic Corporation | 147749089 | Dynamic Corporation | 147749089 | 15205 | 10/20/2005 | S2S39414 | $37,286.68 | $60,167.65 | -$322,880.87 | 161% |
| Dynamic Corporation | 147749089 | Dynamic Corporation | 147749089 | 15206 | 10/20/2005 | S2S54812 | $1,400.00 | $1,400.00 | | 100% |
| | | | | | | | $17,581.20 | $17,581.20 | $0.00 | 100% |
| **Pre-Petition EMC Chamber;** | | | | | | | | | | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 31004 | 9/15/2005 | S2S54444 | $34,088.00 | | $34,088.00 Materials | 100% |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 15208 | 10/20/2005 | 450082337 | $60,451.93 | $18,038.40 | $42,413.53 | |
| **Pre-Petition Testing Lab;** Debit Contact: Don Denco, Business Phone: (989) 757-5050 | | | | | | | | | | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 15108 | 9/30/2005 | S2S34176 | $263,645.06 | $220,619.54 | $43,025.52 | 85% |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 15140 | 9/30/2005 | S2S54802 | $3,320.00 | $3,320.00 | | 100% |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 15204 | 10/20/2005 | S2S34175 | $1,715.00 | $1,715.00 | | 100% |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 15512 | 8/31/2005 | S2S51840 | $160.00 | | $160.00 Materials | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 15504 | 8/31/2005 | S2S54312 | $216.00 | | $216.00 Materials | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 31001 | 8/19/2005 | S2MR2254 | $160.00 | | $160.00 Materials | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 31002 | 9/8/2005 | S2S54487 | $1,704.58 | | $1,704.58 Service | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 31003 | 9/15/2005 | S2S54487 | $2,480.00 | | $2,480.00 Service | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 31005 | 9/26/2005 | S2S54487 | $2,480.00 | | $2,480.00 Service | |
| Dynamic Corporation | 147749089 | Dynamic Information Systems | 790236129 | 14992 | 8/31/2005 | S2S54312 | $216.00 | | $216.00 Materials | |
| | | | | | | | $52,550.96 | $33,155.43 | $19,395.53 | 84% |
| | | | | | | **Grand Total** | $438,235.63 | $356,282.12 | $81,953.71 | 84% |

12/21/2005

# Dynamic Prototype Operations Pre-Petition Invoices to Delphi

| PO to: | Check remit to: | Supplier DUNS | INVOICE | DATE | PO | AMOUNT |
|---|---|---|---|---|---|---|
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70540 | 8/29/2005 | S3S2507753 | 3,950.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70544 | 8/31/2005 | S2500753 | 2,400.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70549 | 8/31/2005 | S3S28127 | 510.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70550 | 9/6/2005 | S3S32590 | 2,840.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70551 | 9/6/2005 | S3S30314 | 690.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70552 | 9/7/2005 | S3S32562 | 4,775.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70558 | 9/15/2005 | S3S28127 | 675.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70559 | 9/15/2005 | S3S28127 | 1,054.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70560 | 9/15/2005 | S3S32560 | 4,495.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70561 | 9/15/2005 | S3S32581 | 2,225.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70562 | 9/15/2005 | S3S32562 | 4,750.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70563 | 9/15/2005 | S3S32606 | 6,050.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70566 | 9/16/2005 | S3S31982 | 1,600.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70567 | 9/16/2005 | S3S30314 | 2,415.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70569 | 9/20/2005 | S3S33186 | 2,778.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70571 | 9/22/2005 | S3S28127 | 1,700.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70572 | 9/23/2005 | S3S33051 | 1,770.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70573 | 9/23/2005 | S3S27207 | 1,638.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70575 | 9/28/2005 | S3S33178 | 3,190.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70577 | 9/29/2005 | S3S93024 | 3,790.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70578 | 9/29/2005 | S3S33292 | 3,200.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70580 | 9/30/2005 | S3S32753 | 3,654.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70581 | 10/4/2005 | S3S32753 | 3,132.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70583 | 10/6/2005 | S3S27207 | 2,100.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70584 | 10/6/2005 | S3S33054 | 2,960.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70521 | 8/1/2005 | S3S2257 | 3,020.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70526 | 8/2/2005 | S3S2171 | 825.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70527 | 8/9/2005 | S3S2165 | 564.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70528 | 8/10/2005 | S3S2133 | 19,750.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70530 | 8/11/2005 | S3S31982 | 750.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70532 | 8/17/2005 | S3S2636 | 1,260.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70533 | 8/23/2005 | S3S28127 | 850.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70534 | 8/18/2005 | S3S32632 | 8,500.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70536 | 8/23/2005 | S3S28127 | 960.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70537 | 8/23/2005 | S3S2617 | 1,990.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70538 | 8/23/2005 | S3S31987 | 1,600.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70539 | 8/31/2005 | S3S2787 | 2,160.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70541 | 8/31/2005 | S3S32445 | 7,680.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70542 | 8/31/2005 | S3S32432 | 10,640.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70543 | 8/31/2005 | S3S28127 | 2,448.00 |
| Dynamic Design Inc. | Dynamic Prototype Operations | 835469321 | 70545 | 8/31/2005 | S3S2652 | 2,380.00 |

Delphi Check No 9005221163  Dated 10/03/05  Returned For Non Payment by J.P. Morgan as of 10/13/05

TOTAL   134,348.00

| REGISTER NO. | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 00031897166 | 08/31/05 | K9 051869010001 | 00.0000 | 216.00 | .00 | 216.00 |
| S42312   14992 | | | | | | |
| T: DELPHI SAGINAW HQTRS | | 1.000   UOM: MO   U/P: | | 216.00000 | EXT: | 216.00 |
| N: PR385666001   QTY: | | | | | | |



Delphi
Disbursement Services (NB)
O Box 62530
Phoenix, AZ   85082-2530

RETURN TO: FEDUTICA
FOR REASONS INDICATED BELOW

REFER TO MAKER

OCT 1 7 2005

CHECK No. 900521029   50-93/213

DATE
10/03/05

*****************216  DOLLARS****00 CENTS

RETURNED BY:
JPMORGAN CHASE BANK, N.A.
50-937

AMOUNT
***************216.00

PAY
TO THE
ORDER
OF

*DYNAMIC INFORMATION SYSTEMS*
4375 E HOLLAND RD
SAGINAW MI   48601

Delphi
Disbursement Account

SIGNATURE

Chase Manhattan Bank, N.A.
acuse, New York

AUDIT

⑆900521029⑆ ⑈021309379⑈ 601⑈2⑈5044 2⑈          ⑈000002 1600⑈

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)(OTHER CUSTSERV:248-874-4636)  NB

| | | | | | | TOTAL | 216.00 | .00 | 216.0 |

**Delphi**
Disbursement Services

DETACH BEFORE DEPOSITING CHECK

CHECK NO. 900521165

| VENDOR NO. | | | | | | PAYMENT DATE 10/03/05 |
|---|---|---|---|---|---|---|
| RD 835469321 | | | PO Box 62530 | 85082-2530 | | |

VENDOR NAME   DYNAMICS PROTOTYPE OPERATIONS

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 0031269177 | 08/01/05 | J9 050487830001 | 00.0000 | 3,020.00 | .00 | 3,020.00 |
| 32357   7052N | | | | | | |
| : DELPHI SAGINAW OLIMPIC | | 100.000   QTY: | UOM: EA   U/P: | 2.00000 | EXT: | 200.00 |
| : PR413958001 | | 1.000   QTY: | UOM: EA   U/P: | 350.00000 | EXT: | 350.00 |
| : PR413958002 | | 1.000   QTY: | UOM: EA   U/P: | 2,470.00000 | EXT: | 2,470.00 |
| : PR413958003 | 08/09/05 | J9 050488930001 | 00.0000 | 825.00 | .00 | 825.00 |
| 0031293570 | | | | | | |
| 32171   7052b | | | | | | |
| : DELPHI SAGINAW OLIMPIC | | 1.000   QTY: | UOM: EA   U/P: | 350.00000 | EXT: | 350.00 |
| : PR413782002 | | 25.000   QTY: | UOM: EA   U/P: | 19.00000 | EXT: | 475.00 |
| : PR413782004 | 08/09/05 | J9 050488940001 | 00.0000 | 564.00 | .00 | 564.00 |
| 0031293571 | | | | | | |
| 32165   7052J | | | | | | |
| : DELPHI SAGINAW OLIMPIC | | | | | | |



**DELPHI**

CHECK No. 900521165

50-937
213

elphi
Disbursement Services (NB)
Box 62530
Phoenix, AZ   85082-2530

DATE
10/03/05

RETURN TO   **00 CENTS**

AMOUNT
***********66,007.00

***********66,007 DOLLARS

FOR REASON INDICATED BELOW

☐ ALTERED PAYEE      ☐ REFER TO MAKER
☐ ALTERED AMOUNT     ☐ OTHER REASON (SPECIFY)
                     ☐ COUNTERFEIT

PAY TO THE ORDER OF:

*DYNAMICS PROTOTYPE OPERATIONS*
*DIV OF DYNAMIC CORP*
2565 VAN OMMEN DR
HOLLAND MI   49424

Delphi
Disbursement Account
MAKER

RETURNED BY:
JPMORGAN CHASE BANK, N.A.
50-937

OCT 12 2005

Chase Manhattan Bank, N.A.
Syracuse, New York

AUDIT

072 000 805   ⑈900521165⑈ ⑈021309379⑈ 601 2 50442 ⑈   ⑈0006600700⑈

| : DELPHI SAGINAW OLIMPIC | | 50.000 | UOM: EA   U/P: | 17.00000 | EXT: | 850.00 |
|---|---|---|---|---|---|---|
| : PR402309005 | | | 00.0000 | 2,380.00 | .00 | 2,380.00 |
| 0031548543 | 08/31/05 | J9 050493230001 | | | | |
| 32632   7054S | | | | | | |
| : DELPHI SAGINAW OLIMPIC | | 7.000 | UOM: EA   U/P: | 340.00000 | EXT: | 2,380.00 |
| : PR414158001 | | QTY: | | | | |

RECEIVED
OCT 06 2005
By

OCT 11 2005

**TOTAL**

Check Returned:
10/13/05
Refer to Maker

A/R
Bat# 080154
Reversed Payment Application (NSF)
(VOID)
L-41
10/18/05

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)(OTHER CUSTSERV:248-874-4636)   NB

| **TOTAL** | | | | 66,007.00 | .00 | 66,007.00 |

# PURCHASE ORDER

**PAGE 2**

**ORDER:** S2S34176

DELPHI SAGINAW STEERING SYS.

VENDOR NUMBER:
DYNAMIC CORP.
2555 VAN OMMEN DR.
HOLLAND, MI
49424-9214

SHIP TO: DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601

US

**ORDER DATE:** 01/22/02

**PHONE:** 517-757-4048
S. RUDZINSKI
S12
Buyer

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. / NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE |
|---|---|---|---|---|---|
| | PR3472225 001 | OUTSIDE SERVICES BUILDING BASE MONTHLY RATE. 60 MOS @ 32865.00/MO. WHO ORDERED: J. ZIELINSKI/7-4267 | 08/01/02 A | 0.00% | 1.0000 |
| | PR3472225 002 | OUTSIDE SERVICES BUILDING MONTHLY UTILITIES. 60 MOS @ 6500.00/MO. WHO ORDERED: J. ZIELINSKI/7-4267 | 08/01/02 A | 0.00% | 1.0000 |
| | PR3472225 003 | OUTSIDE SERVICES BUILDING MAINTENANCE. TECHNOLOGY FOR TRUCK, OPTIONS AND MISC. SERVICES. 60 MOS @ 3000.00/MO. WHO ORDERED: J. ZIELINSKI/7-4267 | 08/01/02 A | 0.00% | 1.0000 |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY: USD - DOLLAR (UNITED STATES)

THIS PURCHASE REQUISITION REPRESENTS THE BONDED SERVICE FOR THE PROJECT.
OPERATION PRICING IS BASED ON ATTACHED QUOTE #S2000160, REV 1 DATED 14DE01
EFFECTIVE 07/01/02.

USER JACQUELINE LEWIS

ORIGINAL

CONTINUE PAGE 2

# PURCHASE ORDER

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER: 4-774-9099

TO:
DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
49424-9214

SHIP TO:
(3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
49601

DELPHI SAGINAW STEERING SYS.

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
SEE INVOICE
INSTRUCTIONS 00
00000

US

US

US

PAGE

ALTERATION   S2S34176 001 ###
### ALTERATION ###

This Number Must Appear On All Invoices,
Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each ship.
Item Identification Number(s) must be shown on Packing Slips.
Invoices Attn: Accounts Payable.
Do not Declare Valuation of Express Shipments or Invoices.
Ppt.

| ORDER DATE | 01/22/02 | PHONE: 517-757-24 |
| ALTERATION ISSUE DATE | 01/23/02 | S. RUDZINSKI |
| ALTERATION EFFECTIVE | 01/23/02 | S12 |
| SHIP VIA | SEE BELOW | PURCHASING AGENT |

| PAYMENT TERMS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | | | SHIP TO | | BUY |

| ITEM EVIDENCE | QUANTITY ORDERED | USED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION |
|---|---|---|---|---|---|
| | 999999 | | PR347225.004 | ### SPOT-BUY S2S34176 HAS BEEN ALTERED AS FOLLOWS ### | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | |
| | | | | USD DOLLAR (UNITED STATES) | |
| 840980 | | | PR347225.004 | ADD ITEM - PR347225-005 | |
| | | | | ### THIS ITEM HAS BEEN CHANGED ### | |
| | | | | OUTSIDE SERVICES-BUILDING PERSONNEL; | 08/01/02   A   0.00% |
| | | | | 80 HRS @ $100.00/MO. | |
| | | | | WHO ORDERED: J. ZIELINSKI/7-4267 | 1.0000 |
| 840980 | | | PR347225 005 | ### THIS ITEM HAS BEEN ADDED ### | |
| | | | | CONTINUATION OF PR347225-004 | |
| | | | | WHO ORDERED: J. ZIELINSKI/7-4267 | 08/01/02   A   0.00% |
| | | | | | 1.0000 |

FAXED
-28-02

# DYNAMIC

☐ 4375 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

S
O    TO
L
D

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: DAVE MCGREGOR / JOE ZIELINSKI

R
E    TO
M
I
T

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

| Invoice# | Date | Item Code | Terms | PO# | Release# | Total |
|---|---|---|---|---|---|---|
| 15108 | 09/30/05 | | MNS-2 | S2S34176 | | |
| 100810 THRU 101663 | | PR347225 004 | | | $1.00 | $220,819.54 |
| 101419 | | PR347225 001 | | | $1.00 | $32,865.00 |
| 101420 | | PR347225 002 | | | $1.00 | $8,007.95 |
| 101421 | | PR347225 003 | | | $1.00 | $4,152.57 |
| | | | | | | $283,845.06 |

Project Description

Dynamic Project #

Unit$

220,819.54

32,865.00

6,007.95

4,152.57

EXPEDITOR COST REDUCTION CREDIT INCLUDED WITH LINE ITEM 004
(Please reference attached spreadsheet)

Time Period:    19 Working Days
9/5/05 - 10/1/05

R. J. McGregor
10/10/05

Purchase Order No: S2S34176

DYNAMIC CORPORATION
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

TIME PERIOD:
8/5/2005 - 10/1/2005

Line item: PR347225 004 -
Outside Services Building Personnel

10/26/2005

*(handwritten: $13,126)*

| JOB # | JOB DESCRIPTION | HOURLY RATES ST | OT | PT | EMPLOYEE NAME | TOTAL HRS ST | OT | PT | TOTAL $ ST | OT | PT | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101397 | Staff Manager III | $49.00 | $63.70 | 83.30 | Bob Tuaglia | 168.00 | 15.00 | 0.00 | $8,232.00 | $955.50 | | Staff Manager III Total $9,187.50 |
| 101825 | Staff Manager II.5 | $45.50 | $59.15 | 77.35 | Dennis Olson 1058 | 152.00 | 0.00 | 0.00 | $6,916.00 | | | Staff Manager II.5 Total $6,916.00 |
| 101398 | Staff Manager I | $41.00 | $53.30 | 69.70 | Craig Guster 73 | 152.00 | 0.00 | 0.00 | $6,232.00 | | | Staff Manager I Total $6,232.00 |
| 101399 | Programming / Hardware Support IV | $43.75 | $58.88 | 74.38 | Jean Lang 179 | 144.00 | 0.00 | 0.00 | $6,300.00 | | | Programming / Hardware Support IV Total $6,300.00 |
| 101633 | Hardware Support II.5 | $35.00 | $45.50 | 59.50 | Tim Spann 987 | 147.00 | 15.00 | 0.00 | $5,145.00 | $682.50 | | Hardware Support II.5 Total $5,827.50 |
| 101441 | Purchasing III | $34.00 | $44.20 | 57.80 | Ken Hayden 517 | 152.00 | 0.00 | 0.00 | $5,168.00 | | | Purchasing III Total $5,168.00 |
| 101618 | Purchasing II | $31.50 | $40.95 | 53.55 | Jay Mikolatzik 564 | 152.00 | 0.00 | 0.00 | $4,788.00 | | | Purchasing II Total $4,788.00 |
| 101402 | Quality Engineer II.5 | $34.00 | $44.20 | 57.80 | Elaine Neuenfeldt 1166 | 152.00 | 0.00 | 0.00 | $4,768.00 | | | Quality Engineer II.5 Total $4,768.00 |
| | | | | | Richard Terrell 1263 | 0.00 | 0.00 | 0.00 | | | | |
| 101883 | Quality Engineer II | $33.00 | $42.90 | 56.10 | Bonnie Wachowicz 1335 | 152.00 | 0.00 | 0.00 | $5,016.00 | | | Quality Engineer II Total $5,016.00 |
| 101403 | Quality Assurance IV | $33.00 | $42.90 | 56.10 | Bob Schaa 881 | 152.00 | 0.00 | 0.00 | $5,016.00 | | | |
| | | | | | Jean Eskielson 440 | 152.00 | 0.00 | 0.00 | $5,016.00 | | | Quality Assurance IV Total $10,032.00 |
| 101560 | Material Coordinator II.5 | $35.00 | $45.50 | 58.50 | Chet Sielinski 888 | 147.00 | 0.00 | 0.00 | $5,145.00 | | | |
| | | | | | Rob Wendling 1183 | 152.00 | 0.00 | 0.00 | $5,320.00 | | | Material Coordinator II.5 Total $10,465.00 |
| 101550 | Advisor III.5 | $34.00 | $44.20 | 57.80 | Thomas Johnson 468 | 144.00 | 0.00 | 0.00 | $4,896.00 | | | Advisor III.5 Total $4,896.00 |
| 101495 | Advisor II.5 | $32.00 | $41.60 | 54.40 | Eric Gilmour 1104 | 0.00 | 4.00 | 0.00 | | $196.40 | | Advisor II.5 Total $196.40 |
| 101495 | Advisor II | $31.00 | $40.30 | 52.70 | Benjamin Welke 1282 | 152.00 | 0.00 | 0.00 | $4,712.00 | | | |
| | | | | | Joe Melzo 1339 | 160.00 | 38.00 | 8.00 | $4,960.00 | $1,531.40 | $421.60 | Advisor II Total $11,625.00 |

Bundled Service Spreadsheet

10/26/2005

Purchase Order No: 52834176

DYNAMIC CORPORATION
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

TIME PERIOD: 8/25/2005 - 10/1/2005

| Code | Job Title | Rate 1 | Rate 2 | Rate 3 | Name | Hrs | OT | Amount | Amount 2 | Total Label | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101582 | Manufacturing Engineer II.5A | $35.00 | $45.50 | $59.50 | Chad Strpilk 1182 | 152.00 | 0.00 | $5,320.00 | | Manufacturing Engineer II.5A Total | $5,320.00 |
| 101505 | Manufacturing Engineer II.5 | $34.00 | $44.20 | $57.80 | Matt Vasiljek 1173 | 152.00 | 1.75 | $5,168.00 | $77.35 | Manufacturing Engineer II.5 Total | $482.40 / $5,707.15 |
| 101508 | Manufacturing Engineer I.5 | $33.00 | $42.80 | $56.10 | David Getta 772 | 152.00 | 8.00 | $5,016.00 | $429.00 | | |
| | | | | | Scott Kall | 160.00 | 10.00 | $5,280.00 | | Manufacturing Engineer I.5 Total | $10,725.60 |
| 101512 | Purchasing Administrator III | $24.52 | $31.88 | $41.88 | Melissa Kaleyta 1022 | 150.00 | 0.00 | $3,878.00 | | Purchasing Administrator III Total | $3,678.00 |
| 101413 | Driver III | $18.88 | $25.84 | - | Gerald Heinlein 1143 | 152.00 | 0.00 | $3,021.76 | | Driver III Total | $3,021.76 |
| 101414 | Expeditor IV | $33.00 | $42.90 | $56.10 | Linda Batten 338 | 152.00 | 0.00 | $5,016.00 | | Expeditor IV Total | $5,016.00 |
| 101415 | Expeditor III | $31.00 | $40.30 | $52.70 | Joe Duperon 1270 | 66.00 | 0.00 | $1,738.00 | | | |
| | | | | | Stephanie Chludil 1340 | 32.00 | 0.00 | $992.00 | | | |
| | | | | | Jeff Borders 129 | 152.00 | 8.00 | $4,712.00 | $322.40 | Expeditor III Total | $7,762.40 |
| 101417 | Expeditor II | $26.00 | $33.80 | 44.20 | Cheryl George 1227 | 152.00 | 0.00 | $3,952.00 | | | |
| 101418 | Expeditor II | $28.50 | $37.05 | 48.45 | Duane Morse 207 | 152.00 | 36.00 | $4,332.00 | $1,333.80 | | |
| | | | | | Kurt LaLonde 1168 | 152.00 | 50.00 / 12.00 | $4,332.00 | $1,852.50 | | $581.40 |
| | | | | | Chris Bernea 1251 | 151.00 | 0.00 | $4,303.50 | | | |
| | | | | | Joshua Behrlancker 1274 | 152.00 | 88.00 | $4,332.00 | $3,260.40 | | |
| | | | | | Becky Anderson 1284 | 152.00 | 0.00 | $4,332.00 | | Expeditor II Total | $28,636.60 |
| 100810 | Outside Services - Troy Design | | | | | | | | | Expeditor I Total | |
| | | $29.50 | $38.35 | 50.15 | Karen Bishop | 138.00 | 0.00 | $4,012.00 | | | |
| | | $30.00 | $39.00 | 51.00 | Jen Mirozinski-Doren | 152.00 | 0.00 | $4,500.00 | | | |
| | | $37.50 | $48.75 | 63.76 | Loren Kramer | 147.00 | 0.00 | $5,512.50 | | | |
| | | $35.00 | $45.60 | 59.50 | Dave Paige | 152.00 | 0.00 | $5,320.00 | | | |
| | | $34.65 | $45.05 | 58.81 | John Gutierrez | 152.00 | 0.00 | $5,266.90 | | | |
| | | $23.83 | $30.98 | 40.51 | Todd Near | 138.00 | 1.00 | $3,240.88 | $30.98 | | |
| | | $41.50 | $33.95 | 70.55 | Mark Martin | 115.00 | 3.00 | $4,772.50 | $121.53 | | |
| | | $31.00 | $40.30 | 52.70 | Nancy Petz | 152.00 | 0.00 | $4,712.00 | | Expeditor I Total | $11,856.00 |
| | | | | | | | | | | Outside Services - Troy Design | $37,648.19 |

*(handwritten annotations: "514749-0", "(not entered in Dynatrac)", "Dynatrac")*

Bundled Service Spreadsheet

DYNAMIC CORPORATION
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

TIME PERIOD:
9/5/2005 - 10/1/2005

Purchase Order No: S2634176

10/28/2005

| 101551 | Outside Services - Kohler Contracting | $37.50 | $43.75 | $ | 83.76 | Terry Kohler | 152.00 | 0.00 | 0.00 | $ | 5,700.00 | $ | - |
| | | | | | | Outside Services - Kohler Contracting Total | | | | $ | 5,700.00 |
| 101418 | Outside Services - Bartech | | $30.85 | $ | 50.15 | Ron Schultz [Wk. Endings 9/4, 9/11, 9/18, 9/25] | 141.00 | 0.00 | 0.00 | $ | 4,159.50 | $ | - |
| | | | | | | Outside Services - Bartech Total | | | | $ | 4,159.50 |

Line Item: PR3417225 001 -
Outside Services Building Base Monthly Rate
Job N101419 - October 2005

$10,516.80 /month
$17,418.45 /month - Assembly - Office
$4,829.75 /month - Inventory Control
$32,885.00

Totals:   6390.00   266.75   31.00   $208,713.44   $ 1,566.63
$10,842.23
220,942.60

S1339J-25

S14

Page 3 of 4

Bundled Service Spreadsheet

10/20/2005

Purchase Order No: S2534178

ATTN: DAVE MCGREGOR / JOE ZIELINSKI

9/5/2005 - 10/1/2005

**Line Item: PR147225 002 -**
*Outside Services Building Monthly Utilities*
Job #101420

| Ref # | Vendor | | Cost | Mark-up | | Receivable | Description |
|---|---|---|---|---|---|---|---|
| 31049 | Buena Vista Twp. Water & Sewer Dept. | $ | 200.75 | 5% | $ | 210.79 | Water / Sewer Aug-2005 |
| 31052 | Consumers Energy | $ | 92.43 | 5% | $ | 97.05 | Gas 8/20 - 9/2 |
| 31053 | Consumers Energy | $ | 5,428.88 | 5% | $ | 5,700.11 | Electric 8/20 - 9/2 |
| | | | | | $ | 6,007.95 | |

**Line Item: PR147225 003 -**
*Outside Services Building Maintenance, Information Technology,*
*Fork Truck, Options and Misc. Services*
Job #101421

| Ref # | Vendor | | Cost | Mark-up | | Receivable | Description |
|---|---|---|---|---|---|---|---|
| | Waste Management | $ | 100.31 | 6% | $ | 106.33 | Oct-2005 Service |
| 31054 | Dynamic | $ | 135.50 | 6% | $ | 143.33 | Fork Truck Maintenance Oct-2005 |
| IM5104-D | FREIB | $ | 405.51 | 5% | $ | 425.79 | Gas for Lunkina / Venue Van |
| IM5121-D | Dynamic | $ | 880.00 | 0% | $ | 880.00 | Van Transport - Oct-05 |
| 15250 | Circuit City | $ | 1,483.99 | 5% | $ | 1,558.19 | Projector - Tim Spann |
| 15243 | Lexel Connectics | $ | 89.47 | 5% | $ | 93.94 | HP LaserJet 2500 Black Toner Cartridge - Tim Spann |
| 15247 | Allsteel | $ | 900.84 | 5% | $ | 945.99 | Chair parts |
| | | | | | | $4,153.57 | |

Total Invoice #151108

$8,161.52

19 Working Days
Week Endings 9/10, 9/17

18 Working Days
Week Endings 8/10, 9/17
9/24, 10/1

*Pre-Contract Expeditor Cost Reduction Credit (24% / per hour)*
*Pre-Contract Expeditor Cost Reduction Credit (1 1/2% / per hour)*
*Total Cost Reduction for Time Period: 9/5/2005 - 10/1/2005*

($173.38)
($247.88)
$323.06

| Total for Building Personnel minus Pre-Contract / Pro-Contract Expeditor Cost Reduction | $ | 230,618.54 |
|---|---|---|

$283,645.06

Page 4 of 4

Bundled Service Spreadsheet

# DYNAMIC

- ☐ 4375 E. Holland Rd. Saginaw, MI 48601
- ☐ 2565 Van Ommen Dr. Holland, MI 49424
- ☐ 2193 Executive Hills Blvd. Auburn Hills, MI 48326

**SOLD TO:**
DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

**REMIT TO:**
Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

| Invoice | Dynamic Project # | Date | Item Code | Terms | Units | P.O.# | Unit Price | Total | Release # |
|---|---|---|---|---|---|---|---|---|---|
| 15204 |  | 10/20/05 |  | MNS-2 |  | S2S34178 |  |  |  |
|  | 100810 THRU 101663 |  | PR347225 004 |  | 34,946.49 |  | $1.00 | $34,946.49 |  |
|  | 101420 |  | PR347225 002 |  | 2,340.19 |  | $1.00 | $2,340.19 |  |
| EXPEDITOR COST REDUCTION / BMR / UTILITIES CREDIT INCLUDED WITH LINE ITEM 004 (Please reference attached spreadsheet) |  |  |  |  |  |  |  | $37,286.68 |  |

See last 2 pages attached
Materials = -22,880.87

Time Period: 5 Working Days 10/3/05 - 10/8/05

_Signature_ 11-11-05

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

INVOICE #15204
Purchase Order No: S2S34176

DYNAMIC CORPORATION
ATTN: DAVE MCGREGOR/ JOE ZIELINSKI

TIME PERIOD:
10/3/2005 - 10/8/2005

Line Item: PR347225 004 -
Outside Services Building Personnel

| JOB # | JOB DESCRIPTION | HOURLY RATES ST | OT | PT | EMPLOYEE NAME | TOTAL HRS ST | OT | PT | TOTAL $ | ST | OT | PT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101397 | Staff Manager III | $ 49.00 | $ 63.70 | 83.30 | Bob Tuggle | 40.00 | 0.00 | 0.00 | Staff Manager III Total | $ 1,960.00 | $ - | $ - |
| 101625 | Staff Manager II.5 | $ 45.50 | $ 59.15 | 77.35 | Dennis Olson 1058 | 40.00 | 0.00 | 0.00 | Staff Manager II.5 Total | $ 1,820.00 | $ - | $ - |
| 101398 | Staff Manager I | $ 41.00 | $ 53.30 | 69.70 | Craig Guster 73 | 40.00 | 0.00 | 0.00 | Staff Manager I Total | $ 1,640.00 | $ - | $ - |
| N101399 | Programming / Hardware Support IV | $ 43.75 | $ 56.88 | 74.38 | Jean Lang 179 | 40.00 | 0.00 | 0.00 | Programming / Hardware Support IV Total | $ 1,750.00 | $ - | $ - |
| 101533 | Hardware Support II.5 | $ 35.00 | $ 45.50 | 59.50 | Tim Spann 367 | 40.00 | 2.00 | 0.00 | Hardware Support II.5 Total | $ 1,400.00 | $ 91.00 | $ - |
| 101441 | Purchasing III | $ 34.00 | $ 44.20 | 57.80 | Ken Hayden 517 | 40.00 | 0.00 | 0.00 | Purchasing III Total | $ 1,360.00 | $ - | $ - |
| 101616 | Purchasing II | $ 31.50 | $ 40.95 | 53.55 | Jay Mikoleizk 564 | 40.00 | 0.00 | 0.00 | Purchasing II Total | $ 1,260.00 | $ - | $ - |
| N101402 | Quality Engineer II.5 | $ 34.00 | $ 44.20 | 57.80 | Elaine Neuenfeldt 1166 | 40.00 | 0.00 | 0.00 | Quality Engineer II.5 Total | $ 1,360.00 | $ - | $ - |
| 101663 | Quality Engineer II | $ 33.00 | $ 42.90 | 56.10 | Bonnie Wachowicz 1335 | 40.00 | 0.00 | 0.00 | Quality Engineer II Total | $ 1,320.00 | $ - | $ - |
| 101560 | Material Coordinator II.5 | $ 35.00 | $ 45.50 | 59.50 | Chet Sielinski 866 | 40.00 | 0.00 | 0.00 | | $ 1,400.00 | $ - | $ - |
| | | | | | Rob Wrendling 1183 | 40.00 | 0.00 | 0.00 | Material Coordinator II.5 Total | $ 1,400.00 | $ - | $ 2,800.00 |
| 101403 | Quality Assurance IV | $ 33.00 | $ 42.90 | 56.10 | Bob Sciba 881 | 40.00 | 2.00 | 0.00 | | $ 1,320.00 | $ 85.80 | $ - |
| | | | | | Jean Esckelson 440 | 40.00 | 0.00 | 0.00 | Quality Assurance IV Total | $ 1,320.00 | $ - | $ 2,725.80 |
| 101671 | Advisor II.5 | $ 32.00 | $ 41.60 | 54.40 | Eric Gilmour 1104 | 40.00 | 0.00 | 0.00 | Advisor II.5 Total | $ 1,280.00 | $ - | $ - |
| 101495 | Advisor II | $ 31.00 | $ 40.30 | 52.70 | Benjamin Welke 1262 | 40.00 | 0.00 | 0.00 | | $ 1,240.00 | $ - | $ - |
| | | | | | Joe Matzo 1336 | 40.00 | 10.00 | 0.00 | Advisor II Total | $ 1,240.00 | $ 403.00 | $ 2,883.00 |
| 101582 | Manufacturing Engineer II.5A | $ 35.00 | $ 45.50 | 59.50 | Chad Stoplik 1182 | 40.00 | 5.00 | 0.00 | Manufacturing Engineer II.5A Total | $ 1,400.00 | $ 227.50 | $ 1,627.50 |

11/23/2005

Bundled Service Spreadsheet

11/23/2005

INVOICE #15204
Purchase Order No: S2S34176

**DYNAMIC CORPORATION**
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

TIME PERIOD:
10/3/2005 - 10/8/2005

| Code | Description / Name | Rate 1 | Rate 2 | Rate 3 | Reg Hrs | OT Hrs | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|---|
| 101505 | Manufacturing Engineer II.5 | $34.00 | $44.20 | 57.80 | | | | |
| | Matt Vasicek 1173 | | | | 40.00 | 10.50 | $ 1,360.00 | $ 464.10 |
| | Manufacturing Engineer II.5 Total | | | | | | | $ 1,824.10 |
| 101408 | Manufacturing Engineer I.5 | $33.00 | $42.90 | 56.10 | | | | |
| | David Gettel 712 | | | | 40.00 | 0.00 | $ 1,320.00 | $ - |
| | Scott Kall | | | | 40.00 | 0.00 | $ 1,320.00 | $ - |
| | Manufacturing Engineer I.5 Total | | | | | | | $ 2,640.00 |
| 101412 | Purchasing Administrator III | $24.52 | $31.88 | 41.68 | | | | |
| | Melissa Kaleyta 1022 | | | | 40.00 | 0.00 | $ 980.80 | $ - |
| | Purchasing Administrator III Total | | | | | | | $ 980.80 |
| 101413 | Driver III | $19.88 | $25.84 | - | | | | |
| | Gerald Heinlein 1143 | | | | 40.00 | 0.00 | $ 795.20 | - |
| | Driver III Total | | | | | | | $ 795.20 |
| 101414 | Expeditor IV | $33.00 | $42.90 | 56.10 | | | | |
| | Linda Balten 338 | | | | 40.00 | 0.00 | $ 1,320.00 | $ - |
| | Expeditor IV Total | | | | | | | $ 1,320.00 |
| 101415 | Expeditor III | $31.00 | $40.30 | 52.70 | | | | |
| | Stephanie Chludil 1340 | | | | 40.00 | 0.00 | $ 1,240.00 | $ - |
| | Jeff Borders 129 | | | | 40.00 | 3.00 | $ 1,240.00 | $ 120.90 |
| | Expeditor III Total | | | | | | | $ 2,600.90 |
| 101416 | Expeditor II | $28.50 | $37.05 | 48.45 | | | | |
| | Duane Morse 207 | | | | 40.00 | 8.00 | $ 1,140.00 | $ 296.40 |
| | Kurt LaLonde 1168 | | | | 40.00 | 20.00 | $ 1,140.00 | $ 741.00 |
| | Chris Benner 1251 | | | | 40.00 | 0.00 | $ 1,140.00 | $ - |
| | Joshua Behmlander 1274 | | | | 40.00 | 15.00 | $ 1,140.00 | $ 555.75 |
| | Becky Anderson 1284 | | | | 40.00 | 0.00 | $ 1,140.00 | $ - |
| | Expeditor II Total | | | | | | | $ 7,293.15 |
| 101417 | Expeditor I | $26.00 | $33.80 | 44.20 | | | | |
| | Cheryl George 1227 | | | | 32.00 | 0.00 | $ 832.00 | $ - |
| | Erika Wachowicz 1338 | | | | 40.00 | 0.00 | $ 1,040.00 | $ - |
| | Angela LeBlanc 1313 | | | | 40.00 | 0.00 | $ 1,040.00 | $ - |
| | Expeditor I Total | | | | | | | $ 2,912.00 |
| 100810 | Outside Services - Troy Design | $29.50 | $38.35 | 50.15 | | | | |
| | Karen Bishop | 29.50 | 38.35 | 50.15 | 40.00 | 0.00 | $ 1,180.00 | $ - |
| | Jen Mrozinski-Doran | 30.00 | 39.00 | 51.00 | 40.00 | 0.00 | $ 1,200.00 | $ - |
| | Loren Kramer | 37.50 | 48.75 | 63.75 | 38.00 | 0.00 | $ 1,425.00 | $ - |
| | Dave Paige | 35.00 | 45.50 | 59.50 | 40.00 | 0.00 | $ 1,400.00 | $ - |
| | John Gutierrez | 34.65 | 45.05 | 58.91 | 40.00 | 7.00 | $ 1,386.00 | $ 315.35 |
| | Todd Near | 23.83 | 30.98 | 40.51 | 40.00 | 1.00 | $ 953.20 | $ 30.98 |
| | Mark Martin | 41.50 | 53.95 | 70.55 | 40.00 | 0.00 | $ 1,660.00 | $ - |
| | Nancy Petz | 31.00 | 40.30 | 52.70 | 40.00 | 0.00 | $ 1,240.00 | $ - |
| | Outside Services - Troy Design Total | | | | | | | $ 10,790.53 |

*(handwritten: S/3500~ ; S14749-R)*

11/23/2005

INVOICE #15204
Purchase Order No: S2S34176

DYNAMIC CORPORATION
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

TIME PERIOD:
10/3/2005 - 10/8/2005

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 101551 | Outside Services - Kohler Contracting | $ 37.50 | $48.75 | $ 63.75 | Terry Kohler | 40.00 | 0.00 | 0.00 | $ 1,500.00 | $ - |
| | | | | | | | Outside Services - Kohler Contracting Total | $ 1,500.00 |
| 101418 | Outside Services - Bartech | $ 29.50 | $38.35 | $ 50.15 | Ron Schultz (Wk. Endings 10/2, 10/9) | 80.00 | 0.00 | $ 2,360.00 | $ - |
| | | | | | | | Outside Services - Bartech Total | $ 2,360.00 |
| | | | | | Totals: | 1750.00 | 83.50 | 0.00 | $ 56,962.20 | $ 3,331.78 | $ - |
| | | | | | | | | | $ 60,293.98 |

Line Item: PR347225 001 -
Outside Services Building Base Monthly Rate
Job #101419 - October 2005

-$24,383.68 Credit for BMR for 10/9 - 10/31 @ $1060.16/per day for 23 days = $24,383.68

$14758-14

$13894-BK

Bundled Service Spreadsheet

INVOICE #15204
Purchase Order No: S2S34176

DYNAMIC CORPORATION
ATTN: DAVE MCGREGOR / JOE ZIELINSKI

TIME PERIOD:
10/3/2005 - 10/8/2005

*Line Item: PR34T225 002 -*
*Outside Services Building Monthly Utilities*
*Job #101420*

| Req # | Vendor | Cost | Mark-up | Receivables | Description |
|---|---|---|---|---|---|
| S15298 | Buona Vista Twp: Water & Sewer Dept. | $ 222.67 | 5% | $ 234.85 | Water / Sewer Sep 2005; |
| S15298 | Consumers Energy | $ 272.05 | 5% | $ 285.65 | Gas: 9/28 - 10/8 |
| S15300 | Consumers Energy | $ 1,733.04 | 5% | $ 1,819.69 | Electric 9/28 - 10/8 |
| | | | | $ 2,340.19 | |

*Line Item: PR34T225 003 -*
*Outside Services Building Maintenance, Information Technology,*
*Fork Truck, Options and Misc. Services*
*Job #101421*

| Req # | Vendor | Cost | Mark-up | Receivables | Description |
|---|---|---|---|---|---|
| S15251 | Waste Management | $ (74.43) | 5% | $ (78.15) | Oct-2005 Service;<br>Credit for 10/9 - 10/31 |
| S15254 | Dynamic | $ (101.27) | 5% | $ (106.33) | Fork Truck Maintenance Oct-2005;<br>Credit for 10/9 - 10/31 |
| S15121-D | Dynamic | $ (852.90) | 0% | $ (852.90) | Van Transport - Oct-05;<br>Credit for 10/9 - 10/31 |
| | | | | $(837.38) | |

Total Invoice #15204

5 Working Days
Week Ending 10/8

Total for Building Personnel
*minus* Pre-Contract / Pro-Contract
Expeditor Cost Reduction

$  60,167.55

*Pre-Contract Expeditor Cost Reduction Credit (3/4% / per hour)*       ($20.11)
*Pre-Contract Expeditor Cost Reduction Credit (1 1/2% / per hour)*    ($106.32)
*Total Cost Reduction for Time Period: 10/3/2005 - 10/8/2005*        $126.43

$37,286.68

Bundled Service Spreadsheet

11/23/2005

# DYNAMIC

☐ 4375 E. Holland Rd.
   Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
   Holland, MI 49424

☐ 2193 Executive Hills Blvd.
   Auburn Hills, MI 48326

S
O   TO
L
D

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-8494

ATTN: HERI RAKOUTH

R
E
M   TO
I
T

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

EMI CHAMBER OPERATION

| Invoice | Date | Terms | Project Description | P.O. | Release |
|---|---|---|---|---|---|
| 15110 | 09/30/05 | | | 52539414 | |

| Dynamic Project | Item Code | Units MNS-2 | Unit Price | Total |
|---|---|---|---|---|
| 101434 | PR311631 002 | 152.00 | $33.00 | $5,016.00 |
| 101434 | PR311631 003 | 18.00 | $42.90 | $772.20 |
| 101435 | PR311631 004 | 452.50 | $23.28 | $10,534.20 |
| 101436 | PR311631 008 | 8,325.53 | $1.00 | $8,325.53 |
| | | | | $24,647.93 |

Time Period:   9/5/05 - 10/1/05

HERI RAKOUTH  15/10/05

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager

PURCHASE
ORDER:   S2S39414 002

PAGE   1

### ALTERATION ###

ORDER DATE
11/07/02

ALTERATION ISSUE DATE
03/14/05

ALTERATION EFFECTIVE
03/14/05

PHONE: 989-757-4048
S. RUDZINSKI
Buyer
S12

PURCHASING AGENT

### This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYS.
### ALTERATION ###

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
3565 VAN OMMEN DR
HOLLAND MI
49424-9214

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

(301)
DELPHI
PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

2ND DAY OF 2ND MONTH

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE/UNIT MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | ### | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | |
| | | | USD DOLLAR (UNITED STATES) | | | | | | |
| | | ### | CHANGED QUANTITIES PER PR373438 | | | | | | |
| 130000 | PR311631 006 | ### | THIS ITEM HAS BEEN CHANGED    ### | | | A | 0.00% | | |
| | | | MISCELLANEOUS MATERIAL CHARGES - 50,000 PCS @ | | 11/14/02 | | 0.00% | 1.0000 | DOLS |
| | | | $1.00/PC | | | | | | |
| | | | WHO ORDERED: H.RAKOUTH/757-3284 | | JOB# 101436 | | | | |
| 211200 | PR311631 002 | ### | THIS ITEM HAS BEEN CHANGED    ### | | | A | 0.00% | | |
| | | | LEAD TECHNICIAN STRAIGHT TIME - 6000 HOURS @ | | 11/14/02 | | 0.00% | 1.0000 | DOLS |
| | | | 33.00/HR (EST 2000 HRS/YEAR @ 3 YEARS) | | JOB# 101434 | | | | |
| | | | WHO ORDERED: H.RAKOUTH/757-3284 | | | | | | |
| 221630 | PR311631 004 | ### | THIS ITEM HAS BEEN CHANGED    ### | | | A | 0.00% | | |
| | | | TECHNICIAN II STRAIGHT TIME - 6000 HOURS @ 23.28/HR | | 11/14/02 | | 0.00% | 1.0000 | DOLS |
| | | | (EST 2000 HRS/YEAR @ 3 YEARS) | | JOB# 101435 | | | | |
| | | | WHO ORDERED: H.RAKOUTH/757-3284 | | | | | | |

### SPOT BUY S2S39414 HAS BEEN ALTERED AS FOLLOWS ###

01478   USER SUZANNE J BEARDSLEY

ORIGINAL

LAST PAGE

**DYNAMIC**

S O TO D

- [ ] 4375 E. Holland, Rd.
Saginaw, MI 48601
- [ ] 2565 Van Ommen Dr.
Holland, MI 49424
- [ ] 2193 Executive Hills Blvd. L
Auburn Hills, MI 48326 D

R E M I T TO

┌ DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-8494

ATTN: HERI RAKOUTH ┘

┌─────────────────────────┐
│ Dynamic Corporation     │
│ 2565 Van Ommen Dr.      │
│ Holland, MI 49424       │
└─────────────────────────┘

RESTORE FACILITY TO ITS ORIGINAL CONDITION

| Invoice # | Date | Project Description | | | |
|-----------|------|---------------------|--|--|--|
| 31004 | 09/15/05 | | | | |
| Dynamic Project # | Item Code | Units | P.O.# | Release # | Total |
| 101438 | PR373887 001 | MNS-2 | S2S54444 | | |
| | 1.00 | | $34,088.00 | $34,088.00 | |
| | | | | | $34,088.00 |

Time Period:

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager

S15716 - WDBIG

HERI RAKOUTH
2/5/05

# PURCHASE ORDER: S2S54444

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-023-6129

DYNAMIC CORP
DYNAMIC INFORMATION SYSTEMS
4375 E HOLLAND RD
SAGINAW MI
48601

EMC

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(301) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

ORDER DATE: 08/15/05
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-4117
W. RUSTIC
S21   Buyer
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| 1 | PR373887 001 | | | | 08/15/05  B | 0.00% | 34088.0000 | EA |

**2ND DAY OF 2ND MONTH**

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

RESTORE FACILITY TO ITS ORIGINAL CONDITION
WHO ORDERED: M. DEBEAU/7-0650

**DESTINATION UNLESS OTHERWISE INDICATED**
F.O.B.
SHIPPING POINT
SHIP VIA
SEE BELOW

FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER, (DC)
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER
OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR
APPROVAL VIA A PURCHASE ORDER ALTERATION.
PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON
RECEIPT OF MATERIAL AND PRICED PACKING SLIP OR NOT
MAIL INVOICES FOR MATERIAL. FOR
PAYMENT WILL BE MADE UPON APPROVAL
OUR SYSTEM OF YOUR PRICED PACKING
PLEASE MAIL THE ABOVE DIRECTLY TO
RESPONSIBLE FOR ORDERING THIS SERV
UPON THE PO WITHIN THE "WHO ORDERE
TO ENSURE PROMPT PAYMENT YOU WILL
THE FOLLOWING GUIDELINES:

10143bo
Special P.O.

This order is for a binding sell contract. Acceptance
confirmed to Buyer...

Post-it® Fax Note   7671
To Andrew   From Sno
Co./Dept.   Co.
Phone #   Phone #
Fax #   Fax #
Date 8/17/06   # of pages 1

# DYNAMIC

**SHIP'S FOR HYUNDAI SANTA FE**

SOLD TO:
- Saginaw, MI 48601
- 2565 Van Ommen Dr. Holland, MI 49424
- 2199 Executive Hills Blvd. Auburn Hills, MI 48326

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494
ATTN: GARY WEISS

REMIT TO:

**Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424**

| Invoice | Date | Item Code | Project Description | Units | Terms | Pos | Unit Price | Release | Total |
|---|---|---|---|---|---|---|---|---|---|
| 14752 | 06/30/05 | | | | MNS-2 | S2S49423 | | | |
| 101553 | | PR373415 001 | | 21.00 | | | $29.10 | | $611.10 |
| 101554 | | PR373415 002 | | 21.00 | | | $5.00 | | $105.00 |
| | | | | | | | | | $718.10 |

Time Period:   2/14/05 - 6/18/05

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager

# DYNAMIC

**REMIT TO**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

☐ 4375 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

SOLD TO / SHIP TO

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: GARY WEISS

SMPS FOR HYUNDAI SANTA FE

| Invoice | Date | Terms | PO# | Release# |
|---------|------|-------|-----|----------|
| 15207 | 10/20/05 | MNS-2 | S2S49423 | |

| Dynamic Project# | Item Code | Units | Unit Price | Total |
|------------------|-----------|-------|-----------|-------|
| 101553 | PR373415 001 | 48.00 | $29.10 | $1,396.80 |
| 101554 | PR373415 002 | 48.00 | $5.00 | $240.00 |
| | | | | $1,636.80 |

Project Description:

Time Period: 8/29/05 - 10/8/05

Mark Rovoll   15 Nov 05

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager

# PURCHASE ORDER: S2S49423    PAGE 1

DELPHI SAGINAW STEERING SYSTEM

DELPHI DIAMIC DESIGN INC
09-294-6441

VENDOR NUMBER 09-294-6441
DI DIAMIC DESIGN INC
2425 VAN OMMEN DR
HOLLAND MI
49424-9214

SHIP TO: (3SI) SERVICE ORDERS
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | S | RUDZINSKI |
| 08/11/04 | S12 | Buyer |
| ALTERATION ISSUE DATE | | |

PURCHASING AGENT

989-757-4048

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF/MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|
| | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | | | SHIP VIA SEE BELOW | | |
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 400 | PR373415 001 101553 | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02674 PROJECT COORDINATOR STRAIGHT TIME WHO ORDERED: G.WEISS/757-5824 | | 08/31/04 | B  0.00% | 29.1000 | HRS |
| 400 | PR373415 002 101554 | PC BASE MACHINE TIME WHO ORDERED: G.WEISS/757-5824 | | 08/31/04 | B  0.00% | 5.0000 | HRS |

ALL INVOICES MUST BE SENT TO: G.WEISS/757-5824
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR

(ZH)

CONTINUE PAGE 2

ORIGINAL

SMC103 01/15/2003

USER STEPHEN PARKS

101553 / 101554
400/400

# DYNAMIC

4375 E. Holland Rd.,
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O   TO
L
D

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: MIKE WALKIEWICZ

R
E   TO
M
I
T

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

PFMEA'S PROCESS FLOW DIAGRAM, SMPS AND G#132PS FOR PLANT 5

| Project | Date | Item Code | Units | P.O. | Release/Total |
|---|---|---|---|---|---|
| 14945 | 08/25/05 | MNS-2 - | | S2S64512 | |
| 100094 | | PR373445 001 | 90.50 | | $29.10 | $2,633.55 |
| 100095 | | PR373445 002 | 90.50 | | $5.00 | $452.50 |
| | | | | | | $3,088.05 |

m. ~J~

7-572-  10-10-05

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

Time Period:        8/1/2005 - 8/20/2005 PARTIAL

# DYNAMIC

M.W.Y  7-5512  10-10-05

**PRDM'S: PROCESS FLOW DIAGRAM, SKP 1S AND G1132'S FOR PLANT 5.**

S
O  TO
L
D:

☐ 4375 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494
ATTN: MIKE WALKIEWICZ

R
E  TO
M
I
T

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

| Invoice | Dynamic Project # | Item Code | Date | Terms | Units | P.O. # | Unit Price | Release # | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1493 | | | 8/31/05 | MN3-2 | | S254451.2 | | N/A | |
| | 100094 | ER373445.001 | | | 70.00 | | $29.10 | | $2,037.00 |
| | 100095 | ER373445.002 | | | 70.00 | | $5.00 | | $350.00 |
| | | | | | | | | | $2,387.00 |

Project Description

Time Period: 8/22/05 to 9/3/05        Partial

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

# DYNAMIC

☐ 4375 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

**S O L D   T O:**
DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494
ATTN: MIKE WALKIEWICZ

**R E M I T   T O:**
Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

**Project Description:** PFMEA'S, PROCESS FLOW DIAGRAM, SMP'S AND GL132'S FOR PLANT 5

| Invoice / Dynamic Project # | Item Code | Date | Items | Units | PO # | Unit Price | Release # | Total |
|---|---|---|---|---|---|---|---|---|
| 15037 | | 9/20/05 | | | S2554512 | | N/A | |
| 100094 | PR373445 001 | | MMS-2 | 61.00 | | $29.10 | | $1,775.10 |
| 100095 | PR373445 002 | | | 61.00 | | $5.00 | | $305.00 |
| | | | | | | | | $2,080.10 |

Time Period: 9/5/05 to 9/17/05    Partial

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

7-552   10/10/05

# DYNAMIC

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

☐ 2565 Van Ommen Dr.
Holland, MI 48601

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

| | R | |
| S | E | TO |
| O | M | |
| L | I | |
| D | T | |
| TO | | |

S O L D TO

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: MIKE WALKIEWICZ

R E M I T TO

PFMEA'S, PROCESS FLOW DIAGRAM, SOP'S AND G1132's FOR PLANT 5

| Invoice: | Date | Item Code | Project Description | Terms | P.O.# | Release # |
|---|---|---|---|---|---|---|
| 15105 | 9/30/05 | | | MNS-2 | S2854512 | N/A |

| Dynamic Project # | | Units | | Unit Price | Total |
|---|---|---|---|---|---|
| 100094 | FR373445 001 | 54.00 | | $29.10 | $1,571.40 |
| 100095 | FR373445 002 | 54.00 | | $5.00 | $270.00 |
| | | | | | $1,841.40 |

Time Period: 9/19/05 to 10/1/05  Partial

White - Accounts Payable   Canary - Office Copy   Pink - Office Copy   Gold - Dynamic Manager

**DYNAMIC**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

S O L D TO

☐ Saginaw, MI 48601
☐ 2565 Van Ommen Dr.
   Holland, MI 49424
☐ 2193 Executive Hills Blvd.
   Auburn Hills, MI 48326

R E M I T TO

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494
ATTN: MIKE WALKIEWICZ

PFMEA'S, PROCESS FLOW DIAGRAM, SMP'S AND G1132'S FOR PLANT 5

| Invoice | Dynamic Project # | Date | Item Code | Project Description | Terms | Units | P.O.# | Unit Price | Release # | Total |
|---------|-------------------|------|-----------|---------------------|-------|-------|-------|------------|-----------|-------|
| 15176 | | 10/18/05 | | | MNS-2 | | $2354512 | | N/A | |
| | 100094 | | PR373445 001 | | | 32.00 | | $29.10 | | $931.20 |
| | 100095 | | PR373445 002 | | | 32.00 | | $5.00 | | $160.00 |
| | | | | | | | | | | $1,091.20 |

Time Period: 10/3/05 to 10/8/05    Partial

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

# PURCHASE ORDER: S2S45512

PAGE 1

| ORDER DATE | 08/19/05 | S RUDZINSKI | S12 |
| ALTERATION ISSUE DATE | | Buyer | |
| ALTERATION EFFECTIVE DATE | | 989-757-4048 | |

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bill of Lading.
(2) copies of your packing slip must accompany each shipment.
Invoices.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 09-294-6441
DYNAMIC DESIGN INC
2565 VAN OMMEN DR
HOLLAND MI
49424-9214
US

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | PFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT o/MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|

**F.O.B.** SHIPPING POINT

**DESTINATION UNLESS OTHERWISE INDICATED** SHIP VIA SEE BELOW

TERMS: 2ND DAY OF 2ND MONTH

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02674

| 350 | PR428237 001 | PROJECT COORDINATOR STRAIGHT TIME - GMT 900 NFMEA, PROCESS FLOW DIAGRAMS, SMP'S AND G1132'S FOR PLANT 5 WHO ORDERED: WALKIEWICZ/757-5512 | 10/01/05 B 0.00% | 29.1000 | HRS |

10/01/05 (ZH)

| 350 | PR428237 002 | MACHINE TIME WHO ORDERED: WALKIEWICZ/757-5512 | 10/01/05 B 0.00% | 5.0000 | HRS |

ALL INVOICES MUST BE SENT TO: WALKIEWICZ/757-5512
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE

1244    USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE 2

SMD.003 01/15/2003

# DYNAMIC

**MICROFINISH MACHINE**

SOLD TO:
- ☐ 4575 E. Holland, Rd. Saginaw, MI 48601
- ☐ 2565 Van Ommen Dr. Holland, MI 49424
- ☐ 2193 Executive Hills Blvd. Auburn Hills, MI 48326

REMIT TO:

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494
ATTN: CHRIS CHARLEBOIS

| Invoice | Date | Item Code | | Terms | P.O.# | Release # |
|---|---|---|---|---|---|---|
| 15000 | 8/31/05 | | | MN3-2 | S2S45902 | S2S45902 |

| Dynamic Project # | | Project Description | | Units | Unit Price | Total |
|---|---|---|---|---|---|---|
| 101526 | FR338786.004 | | | 172.50 | $1.00 | $172.50 |
| | | | | | | $172.50 |

Time Period:                    Partial

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

# PURCHASE ORDER:

PAGE 1

### S2S45902 002
### ALTERATION ###

PHONE: 989-757-4048

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-774-9089

DYNAMIC CORP
5565 VAN OMMEN DR
HOLLAND MI
49424-9214

US

SHIP TO: (3SI) SERVICE ORDERS
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 12/04/03 |
| ALTERATION ISSUE DATE | 06/30/04 |
| ALTERATION EFFECTIVE | 06/30/04 |

S RUDZINSKI
S12
Buyer

PURCHASING AGENT

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 7000 | PR338786 004 | ### SPOT BUY S2S45902 HAS BEEN ALTERED AS FOLLOWS ### | SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | | 12/22/03 A | 0.00% | SEE BELOW | 1.0000 | | DOLS |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B00045

CHANGED QUANTITY

### THIS ITEM HAS BEEN CHANGED    ###

PROJECT MATERIALS
WHO ORDERED: CHALEBOIS/757-9016

USER JACQUELINE LEWIS

ORIGINAL

LAST PAGE

**DYNAMIC**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

☐ 4375 E. Holland, Rd.
   Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
   Holland, MI 49424

☐ 2193 Executive Hills Blvd.
   Auburn Hills, MI 48326

S O L D
T O

R E M I T T O

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: TONY SEBASTIAN

## MAGNETIZING MACHINE FLOOR SPACE

| Invoice | Date | Terms | Project Description | P.O.# | Release # |
|---------|------|-------|---------------------|-------|-----------|
| 15106 | 9/30/05 | NNS-2 | | 52542062 | N/A |

| Dynamic Project# | Item Code | Units | | Unit Price | Total |
|------------------|-----------|-------|---|-----------|-------|
| 100326 | PR338755 001 | 195.20 | | $1.00 | $195.20 |
| | | | | | $195.20 |

Time Period: _____  Partial

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
2585 VAN OMMEN DR
HOLLAND MI
49424-9214

US

DELPHI SAGINAW STEERING SYS.
SERVICE ORDERS

SHIP TO:
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

### ORDER: S2S42062  002

### ALTERATION S12  S RUDZINSKI

PHONE: 989-757-4048

Buyer

PURCHASING AGENT

| ORDER DATE | 04/07/03 |
| ALTERATION ISSUE DATE | 02/11/05 |
| ALTERATION EFFECTIVE DATE | 02/11/05 |

SHIP VIA
SEE BELOW

### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT of MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|
| 7027.20 | PR338755 001 | SPOT BUY | S2S42062 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00045 | | | | | |
| | | | CHANGED QUANTITY PER PR373440 | | | | | |
| | | | ### THIS ITEM HAS BEEN CHANGED ### | | | | | |
| | | | MAGNETIZING MACHINE FLOOR SPACE - 12 MONTHS @ | | 04/30/03  A | 0.00% | 1.0000 | DOLS |
| | | | 195.20/MONTH | | | | | |
| | | | WHO ORDERED: T.SEBASTIAN/757-3053 | | | | | |

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

FAXED

10-03-2-6
7.22.04

SMQL03 01/15/2003

**DYNAMIC**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

| | |
|---|---|
| S O TO L D | ☐ 4375 E. Holland Rd. Saginaw, MI 48601 |
| | ☐ 2565 Van Ommen Dr. Holland, MI 49424 |
| | ☐ 2193 Executive Hills Blvd. Auburn Hills, MI 48326 |

R E TO M I T

DELPHI STEERING SYSTEMS
3900 E HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: ROY HEATH

EV-EHPS FUNCTION TEST AREA / SUPER-CHARGE TEST STAND

| Invoice | Date | Item Code | Terms | Project Description | P.O. # | Release # |
|---|---|---|---|---|---|---|
| 15107 | 09/30/05 | | MNS-2 | | S2564447 | |

| Dynamic Project # | | | Units | Unit Price | Total |
|---|---|---|---|---|---|
| 101864 ... | PR373461 001 | | 1,143.95 | $1.00 | $1,143.95 ... |
| 101865 ... | PR373461 002 | | 213.30 | $1.00 | $213.30 ... |
| | | | | | $1,357.25 |

White - Accounts Payable          Canary - Office Copy          Pink - Office Copy          Gold - Dynamic Manager

Approval

Time Period:

# PURCHASE ORDER:   S2S54447

PAGE   1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601
US

VENDOR NUMBER 14-774-9089

DYNAMIC CORP
2905 VAN OMMEN DR
HOLLAND MI
49424-9214
US

SHIP TO:
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-4048 |
| 08/16/05 | S  RUDZINSKI |
| ALTERATION ISSUE DATE | Buyer |
| | S12 |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

USER JACQUELINE LEWIS

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE/ MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 13728 | | | | | | | | | | |
| | PR373461 001 | THIS ORDER IS LISTED IN THE USD DOLLAR (UNITED STATES) | SHIPPING POINT | | 08/01/06  A | 0.00% | SEE BELOW | 1.0000 | | DOLS |

2ND DAY OF 2ND MONTH

F.O.B.
DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

EXISTING FLOOR SPACE TO CONTINUE HOUSING THE
TRANSMISSION/HEC TEST STAND (12 MONTHS @ $148.957
MO). THIS PO REPLACES S2S09415.
WHO ORDERED: R.HEATH/757-4253

ALL INVOICES MUST BE SENT TO: ROY HEATH/757-4253
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*                          (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
************************SALES TAX CODES***********(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE

ORIGINAL

CONTINUE PAGE   2

# PURCHASE ORDER:   PAGE   1

S2S54447 001

S2S54447 001
### ALTERATION ###
### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 08/16/05 |
| ALTERATION ISSUE DATE | 08/17/05 |
| ALTERATION EFFECTIVE DATE | 08/17/05 |

PHONE: 989-757-4048
S RUDZINSKI
S12    Buyer

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS:
(3SI) SERVICE ORDERS
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
48424-9214
US

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OR MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|
| 10000 | PR373461 002 | ### | SPOT BUY S2S54447 HAS BEEN ALTERED AS FOLLOWS ### | | 08/01/06  A | 0.00% | 1.0000 | DOLS |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | | | | |
| | | | ADDED LINE ITEM 002 | | | | | |
| | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| | | | PROJECT MATERIALS WHO ORDERED: R.HEATH/757-4253 | | | | | |

F.O.B.     DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA
SEE BELOW

2ND DAY OF 2ND MONTH

FAXED

ORIGINAL        LAST PAGE

USER JACQUELINE LEWIS

# DYNAMIC

☐ 4375 E. Holland Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O  TO
L
D

R
E  TO
M
I
T

**Dynamic Corporation**
2565 Van Ommen Dr.
Holland, MI 49424

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: KEVIN ROSS

## FORD EPS NOISE TESTING

| Invoice | Date | Terms | P.O. # | Release # |
|---|---|---|---|---|
| 15115 | 09/30/05 | MNS-2 | S2S52748 | |

| Dynamic Project # | Item Code | Project Description | Time Period: 9/5/05 - 10/1/05 | Unit Price | Total |
|---|---|---|---|---|---|
| 101592 | PR373445 001 | 51.25 | | $42.00 | $2,152.50 |
| 101593 | PR373445 002 | 121.75 | | $25.75 | $3,135.06 |
| 101594 | PR373445 003 | 270.00 | | $1.00 | $270.00 |
| | | | | | $5,557.56 |

*OK TO PAY* (handwritten)

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

# PURCHASE ORDER: S2S52716 003    PAGE 1

### ### A L T E R A T I O N ###

**DELPHI SAGINAW STEERING SYS.**

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                                      US

(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601                                      US

VENDOR NUMBER 14-774-9089

DYNAMIC CORP
2555 VAN OMMEN DR
HOLLAND MI
49424-9214                                 US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 04/08/05 |
| ALTERATION ISSUE DATE | 10/03/05 |
| ALTERATION EFFECTIVE | 10/03/05 |

PHONE: 989-757-4048
S RUDZINSKI          S12
Buyer

SHIP VIA
SEE BELOW

| INT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 5720 | PR373445 003 | ### SPOT BUY S2S52716 HAS BEEN ALTERED AS FOLLOWS ### | | PR37467 | 04/15/05 A | 0.00% | 1.0000 | | PCS |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

CHANGED QUANTITY PER PR37467

### THIS ITEM HAS BEEN CHANGED     ###

PROJECT MATERIALS
WHO ORDERED: K.ROSS/757-3861

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

PURCHASING AGENT

1614    USER SUZANNE J BEARDSLEY

ORIGINAL

LAST PAGE

SMD003 01/15/2003

# PURCHASE ORDER:

PAGE    1

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

### ### A L T E R A T I O N ###

S2S52716 001
S  RUDZINSKI
S 12
Buyer

PHONE: 989-757-4048

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 04/08/05 | 06/06/05 |
| | ALTERATION EFFECTIVE DATE |
| | 06/06/05 |

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
49424-9214
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions in which Seller agrees by Acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying such terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | | SHIP VIA |
|---|---|---|
| SHIPPING POINT | | SEE BELOW |
| DESTINATION UNLESS OTHERWISE INDICATED | | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | 2ND DAY OF 2ND MONTH | | | | | |
| 230 | PR373445 001 | | ### SPOT BUY S2S52716 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | CHANGED QUANTITY PER PR373454 | | | | | |
| | | | ### THIS ITEM HAS BEEN CHANGED | ### | 04/15/05  A | 0.00% | 42.0000 | HRS |
| | | | LEADER/SUPERVISOR - STRAIGHT TIME - FORD EPS NOISE TESTING WHO ORDERED: K.ROSS/757-3861 | | | | | |
| 700 | PR373445 002 | | ### THIS ITEM HAS BEEN CHANGED | ### | 04/15/05  A | 0.00% | 25.7500 | HRS |
| | | | ENGINEER II - STRAIGHT TIME WHO ORDERED: K.ROSS/757-3861 | | | | | |

ORIGINAL        LAST PAGE

# DYNAMIC

**Dynamic Corporation**
2565 Van Ommen Dr.
Holland, MI 49424

S
O  TO
L
D

☐ 4375 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

⌐ ATTN: JEFF POWELL ¬

R
E  TO
M
I
T

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

## 700 INTEGRAL GEAR TESTING

| Invoice | Dynamic Project# | Date | Item Code | # | Units | Terms | Project Description | P.O.# | Unit Price | Releases# | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15116 | | 09/30/05 | | MNS-2 | | | | S2S52713 | | | |
| | 101603 | | PR373435 002 | | 5.50 | | | | $23.28 | | $128.04 |
| | 101604 | | PR373435 003 | | 6.00 | | | | $16.00 | | $96.00 |
| | 101605 · 05 · 057 | | PR373435 004 | | 48.49 | | | | $1.00 | | $48.49  red# |
| | 101606 · 057 01 | | PR373435 005 | | 428.00 | | | | $1.00 | | $428.00  $/ov |
| | | | | | | | | | | | $700.53 |

Time Period:  9/26/05 - 10/1/05

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

DYNAMIC

**S O L D TO**

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

Saginaw, MI 48601

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: JEFF FOWELL

**R E M I T TO**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

| Invoice | Date | Terms | P.O.# | Release # |
|---|---|---|---|---|
| 15210 | 10/20/05 | N30-2 | S2352713 | N/A |

700 INTEGRAL GEAR TESTING

Project Description

| Dynamic Project # | Item Code | Units | Unit Price | Total |
|---|---|---|---|---|
| 101602 | PR373435 001 | 2.00 | $42.00 | $84.00 |
| 101603 | PR373435 002 | 2.25 | $23.28 | $52.38 |
| 101604 | PR373435 003 | 4.00 | $16.00 | $64.00 |
| 101605 | PR373435 004 | 53.31 | $1.00 | $53.31 |
| | | | | $253.69 |

Time Period:    10/3/05 to 10/8/05    Partial

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager

152    USER SUZANNE J BEARDSLEY

**PURCHASE**

**ORDER: S2552713**

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
49424-9214

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 04/08/05 | | |

S S12
RUDZINSKI    Buyer

PHONE: 989-757-4048

F.O.B. SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

PURCHASING AGENT

2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE / UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 50 | PR373435 001 | LEADER/SUPERVISOR - STRAIGHT TIME 700 INTERGRAL GEAR TESTING WHO ORDERED: J.POWELL/757-5829 | | 04/15/05 A | 0.00% | 42.0000 | HRS |
| 200 | PR373435 002 | TECHNICIAN II - STRAIGHT TIME WHO ORDERED: J.POWELL/757-5829 | | 04/15/05 A | 0.00% | 23.2800 | HRS |
| 50 | PR373435 003 | DELIVERYU/RUNNER- STRAIGHT TIME WHO ORDERED: J.POWELL/757-5829 | | 04/15/05 A | 0.00% | 16.0000 | HRS |
| 1000 | PR373435 004 | PROJECT MATERIALS WHO ORDERED: J.POWELL/757-5829 | | 04/15/05 A | 0.00% | 1.0000 | PCS |
| 2000 | PR373435 005 | FLOOR SPACE WHO ORDERED: J.POWELL/757-5829 | | 04/15/05 A | 0.00% | 1.0000 | PCS |
| | | ALL INVOICES MUST BE SENT TO: J.POWELL/757-5829 AT DELPHI SAGINAW TO INSURE | | | | | |

This order is not binding until accepted. Acceptance should be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees to an subemployment copy which should be returned to Buyer. Acceptance should be executed on an subemployment copy which should be returned to Buyer.

ORIGINAL

CONTINUE PAGE 2

SMD103 01/15/2003

**NAMIC**

☐ Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O   TO
L
D

ATTN: MICHAEL BAKES

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

R
E   TO
M
I
T

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

## GEAR TESTING

| Invoice | Dynamic Project # | Date | Item Code | Project Description | Terms | Units | P.O. # | Unit Price | Release # | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 15119 | | 9/30/05 | | | MNS-2 | | S2352997 | | N/A | |
| 101621 | | | PR373446 001 | | | 28.00 | | $25.75 | | $721.00 |
| 101624 | | | PR373446 003 | | | 25.00 | | $1.00 | | $25.00 |
| | | | | | | | | | | $746.00 |

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

Time Period:        9/19/05 to 10/1/05        Partial

# PURCHASE ORDER: S2S52297

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-774-9089

DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
49424-9214

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoices Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA |
|---|---|---|---|
| 04/26/05 | | | SEE BELOW |

PHONE: 989-757-4048
S. RUDZINSKI   S12
Buyer
PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 100 | PR373446 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| 002 | 20 | PR373446 002 | ENGINEER II - STRAIGHT TIME WHO ORDERED: M.HALES/757-4452 | (ZH) | 04/28/05 A | 0.00% | 25.7500 | | HRS |
| 003 | 500 | PR373446 003 | DELIVERY/RUNNER - STRAIGHT TIME WHO ORDERED: M.HALES/757-4452 | (ZH) | 04/28/05 A | 0.00% | 16.0000 | | HRS |
| | | | PROJECT MATERIALS WHO ORDERED: M.HALES/757-4452 | (IN) | 04/28/05 A | 0.00% | 1.0000 | | PCS |

ALL INVOICES MUST BE SENT TO: MICHAEL HALES
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-

CONTINUE PAGE   2

ORIGINAL

SMD103 01/15/2003

# DYNAMIC

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

☐ 4375 E. Holland, Rd.
  Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
  Holland, MI 49424

☐ 2193 Executive Hills Blvd.
  Auburn Hills, MI 48326

**S O TO**
**L D**

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: MIKE THURLOW

**R TO**
**E**
**M**
**I**
**T**

| R & P TESTING | | | | | |
|---|---|---|---|---|---|
| Invoice | | | P.O. # | Release # | |
| 15121 | | | S2854390 | | |

| Dynamic Project # | Date | Item Code | Terms | Units | Unit Price | Total |
|---|---|---|---|---|---|---|
| | 09/30/05 | | MNS-2 | | | |
| 101638 | | PR373482-001 | | 5.00 | $42.00 | $210.00 |
| 101639 | | PR373482-002 | | 9.00 | $25.75 | $231.75 |
| 101640 | | PR373482-003 | | 2.00 | $16.00 | $32.00 |
| 101641 | | PR373482-004 | | 8.35 | $1.00 | $8.35 |
| | | | | | | $480.10 |

Project Description

Time Period:   9/12/05 - 9/24/05

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager

FAXED

# PURCHASE ORDER: S2S54390

PAGE 1

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
|---|---|---|---|
| 08/09/05 | | | PHONE: 989-757-4048 |
| | | | S RUDZINSKI   Buyer |
| | | | S12 |

**3900 HOLLAND RD.**
SAGINAW MI 48601

SHIP TO: (3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI 48601    US

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
565 VAN OMMEN DR
HOLLAND MI 49424-9214

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
SAGINAW MI 48601    US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.
Invoices Attn: Accounts Payable

F.O.B. SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED:

SHIP VIA SEE BELOW

PRICE UNLESS MULTIPLE MEASU

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 20 | PR373462 001 | | LEADER/SUPERVISOR - STRAIGHT TIME WHO ORDERED: M.THURLOW/757-3292 | | 10/01/05 A | 0.00% | 42.0000 | HRS |
| 100 | PR373462 002 | | ENGINEER II - STRAIGHT TIME - R&P TESTING WHO ORDERED: M.THURLOW/757-3292 | | 10/01/05 A | 0.00% | 25.7500 | HRS |
| 20 | PR373462 003 | | DELIVERY/RUNNER - STRAIGHT TIME WHO ORDERED: M.THURLOW/757-3292 | | 10/01/05 A | 0.00% | 16.0000 | HRS |
| 200 | PR373462 004 | | PROJECT MATERIALS WHO ORDERED: M.THURLOW/757-3292 | | 10/01/05 A | 0.00% | 1.0000 | PCS |

ALL INVOICES MUST BE SENT TO: MIKE THURLOW/757-3292
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES.
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*    (ZH)

(IN)

CONTINUE PAGE    2

ORIGINAL

SMQLO3 01/15/2003

USER JACQUELINE LEWIS

# DYNAMIC

☐ 4375 E. Holland Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O  TO
L
D

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN WAYNE MASON

R
E
M  TO
I
T

**Dynamic Corporation**
**2565 Van Ommen Dr.**
**Holland, MI 49424**

## MSVA R & P TESTING

| Dynamic Project # | Invoice | Date | Item Code | Terms | P.O.# | Release # | Project Description | Unit | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | 15122 | 09/30/05 | | MNS-2 | S2S53457 | | | | | |
| 101842 | | | PR373450 001 | | | | | 2.00 | $42.00 | $84.00 |
| 101843 | | | PR373450 002 | | | | | 47.75 | $25.75 | $1,229.56 |
| 101845 | | | PR373450 004 | | | | | 7.00 | $16.00 | $112.00 |
| 101846 | | | PR373450 005 | | | | | 127.43 | $1.00 | $127.43 |
| 101847 | | | PR373450 006 | | | | | 384.75 | $1.00 | $384.75 |
| | | | | | | | | | | $1,937.74 |

Time Period: 8/22/05 - 9/24/05

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

**DYNAMIC**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

S
O   TO
L
D

□ 4375 E. Holland, Rd.
Saginaw, MI 48601

□ 2565 Van Ommen Dr.
Holland, MI 49424

□ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

R
E   TO
M
I
T

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: WAYNE MASON

MSVA R & P TESTING

| Invoice # | Date | Item Code | Terms | P.O.# | Release # |
|---|---|---|---|---|---|
| 15213 | 10/20/05 | | | S2S63457 | |
| Dynamic Project # | | Item Code | Units | Unit Price | Total |
| 101842 | | PR373450 001 | 4.00 | $42.00 | $168.00 |
| 101843 | | PR373450 002 | 18.00 | $25.75 | $463.50 |
| 101845 | | PR373450 004 | 6.00 | $16.00 | $96.00 |
| 101846 | | PR373450 005 | 31.25 | $1.00 | $31.25 |
| | | | MNS-2 | | $758.75 |

Time Period:   10/3/05 – 10/8/05

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager

# ORDER: S2S53457 001
### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 05/26/05 |
| ALTERATION ISSUE DATE | 10/03/05 |
| ALTERATION EFFECTIVE DATE | 10/03/05 |

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601                    US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                    US

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
49424-9214              US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| SHIP VIA | SEE BELOW |

PHONE: 989-757-4048
S. RUDZINSKI
Buyer
S12

PURCHASING AGENT

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS NOT BINDING UNTIL ACCEPTED. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | | |
| | | | SHIPPING POINT | | | | | | |
| 100 | PR373450 001 | ### | ### THIS ITEM HAS BEEN CHANGED ### | | 01/01/06 A | 0.00% | 42.0000 | | HRS |
| | | | LEADER/SUPERVISOR - STRAIGHT TIME | | | | | | |
| | | | WHO ORDERED: W.MASON/757-4660 | | | | | | |
| 300 | PR373450 002 | ### | ### THIS ITEM HAS BEEN CHANGED ### | | 01/01/06 A | 0.00% | 25.7500 | | HRS |
| | | | ENGINEER II - STRAIGHT TIME | | | | | | |
| | | | WHO ORDERED: W.MASON/757-4660 | | | | | | |
| 150 | PR373450 004 | ### | ### THIS ITEM HAS BEEN CHANGED ### | | 01/01/06 A | 0.00% | 16.0000 | | HRS |
| | | | DELIVERY/RUNNER - STRAIGHT TIME | | | | | | |
| | | | WHO ORDERED: W.MASON/757-4660 | | | | | | |
| 3000 | PR373450 005 | ### | ### THIS ITEM HAS BEEN CHANGED ### | | 01/01/06 A | 0.00% | 1.0000 | | PCS |
| | | | PROJECT MATERIALS | | | | | | |
| | | | WHO ORDERED: W.MASON/757-4660 | | | | | | |
| | | ### SPOT BUY | S2S53457 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | |
| | | | USD DOLLAR (UNITED STATES) | | | | | | |
| | | | CHANGED QUANTITY PER PR373466 | | | | | | |

CONTINUE PAGE 2

SMD.03 01/15/2003

FAXED

# PURCHASE ORDER: S2S53457 001

PAGE 2

### ### A L T E R A T I O N ###

### ### A L T E R A T I O N ###

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-774-9089

DYNAMIC CORP
2565 VAN OMMEN DR
HOLLAND MI
49424-9214
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
Do not reverse side hereof or the terms and conditions in which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, combine the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Herein Apply.

### ### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-4048 |
|---|---|
| 05/26/05 | S. RUDZINSKI |
| ALTERATION ISSUE DATE | S12 |
| 10/03/05 | Buyer |
| ALTERATION EFFECTIVE DATE | |
| 10/03/05 | PURCHASING AGENT |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 14500 | PR373450 006 | ### THIS | FLOOR SPACE WHO ORDERED: W.MASON/757-4660 | ### | 01/01/06 | A 0.00% | 1.0000 | | Pcs |

2ND DAY OF 2ND MONTH

ITEM HAS BEEN CHANGED

F.O.B. SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA SEE BELOW

# DYNAMIC

☐ 4375 E. Holland Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S — O — L — D
TO

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

R — E — M — I — T
TO

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494
ATTN: RON BRYANT

| Parts | Date | Part No. | Hours | Labor | Parts | Total |
|-------|------|----------|-------|-------|-------|-------|
| GMX 384 IDS ASSY BAP | | | | | $23542A0 | N/A |
| 15125 | 9/30/05 | | MNS-2 | | | |
| Dynamic Services | | | | | | |
| 101661 | | PR373456 001 | 19.00 | $29.10 | | $552.90 |
| 101662 | | PR373456 002 | 19.00 | $5.00 | | $95.00 |
| | | | | | | 94.98 |
| | | | | | | $647.90 |

Time Period: 8/1/05 to 8/27/05        Partial

Approval

Signed
12/8/05

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

# PURCHASE ORDER.

PAGE 1

S2S54240

| ORDER DATE | 07/27/05 | S | RUDZINSKI |
|---|---|---|---|
| ALTERATION ISSUE DATE | | S12 | Buyer |
| ALTERATION EFFECTIVE DATE | | 989-757-4048 | |

PURCHASING AGENT

DYNAMIC STAFFING

VENDOR NUMBER 09-294-6441
DYNAMIC DESIGN INC
2565 VAN OMMEN DR
HOLLAND MI
49424-9214

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

SHIP TO: (3S1) SERVICE ORDERS
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601

US

This Number Must Appear On All Invoices, Packing Slips,
Package and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips are
Invoice. Attn: Accounts Payable
Invoice.
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| PAYMENT TERMS NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | F.O.B. SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE MULTIPLE/UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | THIS ORDER IS LISTED IN THE USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02674 | | | | | | | |
| | 50 | PR373456 001 | PROJECT COORDINATOR - STRAIGHT TIME - GMX 384 IDS ASSY SMP WHO ORDERED: R.BERTANI/757-9171 | | | 08/10/05 A 0.00% | | | 29.1000 | HRS |
| | 50 | PR373456 002 | PC MACHINE TIME WHO ORDERED: R.BERTANI/757-9171 | | | 08/10/05 A 0.00% | | | 5.0000 | HRS |
| | | | ALL INVOICES MUST BE SENT TO: R.BERTANI AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | (ZH) | | | | |

Fax:9897587450   Aug 2 2005 11:06   P.02

# DYNAMIC

S  ☐ 4575 E. Holland, Rd.
   Saginaw, MI 48601

O  ☐ 2565 Van Ommen Dr.
   Holland, MI 49424

L  ☐ 2193 Executive Hills Blvd.
   Auburn Hills, MI 48326

D

TO

| | |
|---|---|
| DELPHI STEERING SYSTEMS | R |
| 3900 E. HOLLAND RD. | E |
| SAGINAW, MI 48601-9494 | M  TO |
| ATTN: MARTY SHERIDEN | I |
| | T |

```
Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424
```

## STEERING SYNTHESIS TESTING

| Invoice | Date | Project Description | | | | |
|---|---|---|---|---|---|---|
| Dynamic Project # | Item Code | Terms | Units | Unit Price | P.O.# | Release # |
| 15126 | 9/30/05 | MNS-2 | | | S2354523 | N/A |
| | | | | | | Total |
| 101666 | | PR373463 001 | 84.00 | $23.28 | | $1,955.52 |
| 101667 - 0507 | | PR373463 002 | 48.49 | $1.00 | | $48.49 |
| 101668 - 05701 | | PR373463 003 | 1,092.15 | $1.00 | | $1,092.15 |
| | | | | | | $3,096.16 |

Time Period:    9/5/05 to 10/1/05    Partial

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

**DYNAMIC**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

S
O   TO
L
D

☐ Saginaw, MI 48601
☐ 2565 Van Ommen Dr.
  Holland, MI 49424
☐ 2193 Executive Hills Blvd.
  Auburn Hills, MI 48326

R
E   TO
M
I
T

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494
ATTN: MARTY SHERIDAN

**STERLING SYNTHESIS TESTING**

Project Description

| Invoice: | Date: | Terms: | P.O.#: | Release#: |
|---|---|---|---|---|
| 15215 | 10/20/05 | MNS-2 | S2S54523 | N/A |

| Dynamic Project # | Item Code | Units | Unit Price | Total |
|---|---|---|---|---|
| 101666 | PR373463 001 | 20.50 | $23.28 | $477.24 |
| 101667 | PR373463 002 | 94.12 | $1.00 | $94.12 |
|  |  |  |  | $571.36 |

Time Period:  10/3/05 to 10/8/05    Partial

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

DELPHI SAGINAW STEERING SYSTEM    SHIP TO: (3S1) SERVICE ORDERS
3900 HOLLAND RD.                            3900 HOLLAND RD
SAGINAW MI                                      SAGINAW MI
48601                                                48601

# ORDER: S2S54523

VENDOR NUMBER 14-774-9089
DYNAMIC CORP
2255 VAN OMMEN DR
HIGHLAND MI
48124-9214

US

INVOICE TO:    DELPHI
                        SEE INVOICE
                        INSTRUCTIONS 00
                        00000

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-4048 |
| 08/19/05 | S RUDZINSKI |
| ALTERATION ISSUE DATE | S12 |
| | Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: SEE BELOW

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / UNIT OF MULTIPLE/MEASURE |
|---|---|---|---|---|---|---|---|---|
| 500 | PR373463 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) TECHNICIAN II - STRAIGHT TIME WHO ORDERED: M.SHERIDAN/757-5830 | | 03/01/06 A | 0.00% | 23.2800 | HRS |
| | PR373463 002 | | PROJECT MATERIALS WHO ORDERED: M.SHERIDAN/757-5830 | | 03/01/06 A | 0.00% | 1.0000 | DOLS |
| 7000 | PR373463 003 | | FLOOR SPACE (EXISTING FLOOR SPACE TO HOUSE STEERING SYSTEM TEST STAND @ DYNAMIC $1092.15/MONTH FOR 6 MONTHS) WHO ORDERED: M.SHERIDAN/757-5830 | | 03/01/06 A | 0.00% | 1.0000 | DOLS |

ALL INVOICES MUST BE SENT TO: MARTY SHERIDAN/757-5830
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*                                        (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

USER JACQUELINE LEWIS

ORIGINAL

CONTINUE PAGE    2

SNO.003 01/15/2003

FAXED

DYNAMIC

**Dynamic Corporation**
2565 Van Ommen Dr.
Holland, MI 49424

S O L D   TO

2565 Van Ommen Dr.
Holland, MI 49601

2193 Executive Hills Blvd.
Auburn Hills, MI 48326

R E M I T   TO

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: CHRIS CHARLEBOIS

**MICROFINISH MACHINE**

| Invoice | Date | Project Description | Terms | P.O.# | Release # |
|---|---|---|---|---|---|
| 15001 | 8/31/05 | | | S2S51840 | Release # |
| Dynamic Project # | Item Code | | Units | Unit Price | Total |
| 101525 | PR411575 003 | | 160.00 | $1.00 | N/A |
| | | | MN5-2 | $1.00 | $160.00 |
| | | | | | $160.00 |

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

Time Period:

Partial

**DYNAMIC**

4303 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O
L TO
D

R
E
M TO
I
T

DELPHI STEERING SYSTEMS
3960 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: CHRIS CHARTEBOIS

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

**MICROFINISH MACHINE**

Project Description:

| Invoice | Date | Item Code | Terms | Units | P.O.# | Unit Price | Release # | Total |
|---------|------|-----------|-------|-------|-------|-----------|-----------|-------|
| 15112 | 9/30/05 | ER411575 003 | MN3-2 | 160.00 | S2351840 | $1.00 | N/A | $160.00 |

Dynamic Project #: 101525

Time Period:                Partial

$160.00

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

# PURCHASE ORDER: S2S51840

FEB 11 REC'D
PAGE 1

| | |
|---|---|
| ORDER DATE | 02/09/05 |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-4048
S. RUDZINSKI
Buyer

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-023-6129
DYNAMIC CORP
DYNAMIC INFORMATION SYSTEMS
4375 E HOLLAND RD
SAGINAW MI
48601

US

SHIP TO: (3SI) SERVICE ORDERS
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number/Material must be shown on Packing Slips as
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

The order (or its blanks) will not blindly and unbidled Acceptance should be construed in accordance with copy which should be
returned to Buyer.
On this order Buyer on its intent set condition to which Seller agrees by acceptance of this order.
This order, the terms and conditions on the face and reverse side hereof, includes the entire contract
agreement between Buyer and Seller and no other terms and conditions or subsequent, ...
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA:
SEE BELOW

| NET PAYMENT TERMS | ITEM/EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE MEAS | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | 001 | 20 | PR411575 001 | LEADER/SUPERVISOR - WHO ORDERED: CHARLEBOIS/757-9016 | | 02/16/05 A | 0.00% | 42.0000 | | HRS |
| | 002 | 40 | PR411575 002 | ENGINEER II - STRAIGHT TIME WHO ORDERED: CHARLEBOIS/757-9016 | | 02/16/05 A | 0.00% | 25.7500 | | HRS |
| | 003 | 12 | PR411575 003 | FLOOR SPACE RENTAL WHO ORDERED: CHARLEBOIS/757-9016 | | 02/16/05 A | 0.00% | 160.0000 | | MO |
| | 004 | 3210 | PR411575 004 | PROJECT MATERIALS WHO ORDERED: CHARLEBOIS/757-9016 | | 02/16/05 A | 0.00% | 1.0000 | | PCS |

ALL INVOICES MUST BE SENT TO: CHARLEBOIS/757-9016
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*
(ZH)

PURCHASING AGENT

# DYNAMIC

☐ Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O  TO
L
D

R
E  TO
M
I
T

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: Jim Byrne

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

## COMPETITIVE ANALYSIS FLOOR SPACE

| Invoice | Date | Item Code | Terms | Units | P.O.# | Unit Price | Release # | Total |
|---|---|---|---|---|---|---|---|---|
| 15104 | 9/30/05 | | MNS-2 | | S2S42312 | | S2S42312 | |
| | | | | 216.00 | | $1.00 | | $216.00 |

Dynamic Project #: 100017

Item Code: FR385666 001

Project Description: [blank]

Time Period:    Partial

$216.00

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

# ⊠ DYNAMIC

☐ 4375 E. Holland Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S O L D
T O

DELPHI STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW, MI 48601-9494

ATTN: Jim Byrne

R E M I T
T O

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

## COMPETITIVE ANALYSIS FLOOR SPACE

| Invoice | Date | Terms | P.O.# | Release # |
|---|---|---|---|---|
| 14992 | 8/31/05 | MMS-2 | S2S42312 | S2S42312 |

| Dynamic Project # | Item Code | Units | Unit Price | Total |
|---|---|---|---|---|
| 100017 | PR385666 001 | 216.00 | $1.00 | $216.00 |
| | | | | $216.00 |

Project Description

Time Period:

Partial

Approval  05301  216 $100

_James Byrne_  29 $1.05

216 $100

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

DYNAMIC INFORMATION SYSTEMS
4375 E HOLLAND RD
SAGINAW MI
48601

VENDOR NUMBER 79-023-6129

DYNAMIC CORP

US

INVOICE TO:

DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

SHIP TO:

DELPHI SAGINAW STEERING SYS.
(3X1) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601

US

### PURCHASE ORDER: S2S42312 003

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips and Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must accompany each shipment.
Invoices.
Invoice Attn: Accounts Payable.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASE ORDER: S2S42312
PAGE 1

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 04/16/03 | 02/24/05 |

| ALTERATION EFFECTIVE DATE | |
|---|---|
| 02/24/05 | |

SHIP VIA: SEE BELOW

PHONE: 989-757-4048
S. RUDZINSKI
S12
Buyer

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|
| 36 | PR385666 001 | ### SPOT BUY S2S42312 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | CHANGED QUANTITY PER PR373439 | | | | | |
| | | | ### THIS ITEM HAS BEEN CHANGED ### | | 04/23/03 A: | 0.00% | 216.0000 | MO |
| | | | LEASED FLOOR SPACE AT $1.60/FT SQUARED FOR COMPETITIVE ANALYSIS AREA. | SQUARED X 135 FT | | | | |
| | | | WHO ORDERED: J.BYRNE/757-3708 | | | | | |

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PURCHASING AGENT

+ 12 months @
$216⁰⁰/mo.

+ 12 months @ $216⁰⁰/mo.

$100000

Post-it® Fax Note  7671  Date 5/1/05  # of pages ▶ 1
To Andrea          From Sue
Co./Dept.          Co.
Phone #            Phone #
Fax # original Plt alt revd  Fax # in Saginaw

466  USER SUZANNE J BEARDSLEY

ORIGINAL

LAST PAGE

# DYNAMIC

| | |
|---|---|
| ☐ | 4375 E. Holland, Rd. Saginaw, MI 48601 |
| ☐ | 2565 Van Ommen Dr. Holland, MI 49424 |
| ☐ | 2193 Executive Hills Blvd. Auburn Hills, MI 48326 |

S O L D

T O

```
┌                              ┐
  DELPHI STEERING SYSTEMS
  3900 E. HOLLAND ROAD
  SAGINAW, MI 48601-9494

  ATTN: MATT JONES
└                              ┘
```

R E M I T

T O

```
┌──────────────────────────────┐
│  Dynamic Corporation         │
│  2565 Van Ommen Dr.          │
│  Holland, MI 49424           │
└──────────────────────────────┘
```

## INTEGRAL GEAR BILL

| Invoice # | Dynamic Project # | Date | Items | Units | P.O.# | Unit Price | Release # | Total |
|---|---|---|---|---|---|---|---|---|
| 101565 | | 08/19/05 | MRS-2 | 1,704.58 | 52M3254 | $1.00 | | $1,704.58 |

**Project Description:**

108 GEARS @ $15.00/GEAR = $1,620.00

5 TRUCK DEL @ $20.00/DEL = $100.00 ~ $1,572.00

FILTER = $14.58 ~ $1,572.00

Bill of Lading 141333 - 60 gears, 141646 - 48 gears

| | | | | | | | | $1,704.58 |

*(handwritten)* Received 10/6/05

*(handwritten)* 05-007  1,704.58 mhw

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager

Approval _____     Time Period: _____

**PURCHASE ORDER:** S2M93254

AUG 0 0 2007
PAGE 1

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 08/02/04 | PHONE: 989-757-4117 |
| ALTERATION ISSUE DATE | | G KELCH — Buyer |
| ALTERATION EFFECTIVE DATE | | S21 |
| | | PURCHASING AGENT |

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
DYNAMIC CORP
DYNAMIC INFORMATION SYSTEMS
4375 E HOLLAND RD
SAGINAW MI
48601

VENDOR NUMBER 79-023-6129

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(701) PLANT 7
3900 HOLLAND RD
SAGINAW MI.
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000.
US

In order to be not binding until accepted Acceptance should be ... by acceptance of this order ... returned to Buyer.
This order, including the terms and conditions ... This offer, including the terms and conditions on the reverse side hereof, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | SHIP VIA | BASE UNIT PRICE | PRICE / MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 15000 | PR404396 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | SHIPPING POINT | | 08/09/04 | B   0.00% | SEE BELOW | 1.0000 | | DOLS |

DESTINATION UNLESS OTHERWISE INDICATED

101505urlSu
$15,000 00

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: DYNAMIC

FILL GEARS WITH PENTOSIN FLUID
WHO ORDERED: J.PICKELL/757-5215

FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC)
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER
OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR
APPROVAL VIA A PURCHASE ORDER ALTERATION.
PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON
RECEIPT OF MATERIAL AND PRICED PACKING SLIP. DO NOT
MAIL INVOICES FOR MATERIAL FOR SERVICE ITEMS
PAYMENT WILL BE MADE UPON APPROVAL AND RECEIPT INTO
OUR SYSTEM OF YOUR PRICED PACKING SLIP (OR INVOICE).
PLEASE MAIL THE ABOVE PRICED PACKING SLIP
RESPONSIBLE FOR ORDERING THIS SERVICE WHO IS LISTED
DIRECTLY TO THE DELPHI PERSON

ORIGINAL

00982  USER  SUZANNE  J  BEARDSLEY

**Dynamic Corporation**
2565 Van Ommen Dr.
Holland, MI 49424

R E M I T  TO

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

S O L D  TO

□ 2565 Van Ommen Dr.
Holland, MI 49424

□ 2193 Executive Hills Blvd. L
Auburn Hills, MI 48326 D

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: MATT JONES

| Invoice | Dynamic Project # | Date | Term Code | Units | Project Description | P.O.# | Unit Price | Release # | Total |
|---|---|---|---|---|---|---|---|---|---|
| INTEGRAL GEAR FILL | 31002 | 09/08/05 | MNS-2 | | | S55487 ✓ New PO for invoice - attached | | | |
| 101585 | | | PR428580 001 | 119.00 | | | $15.00 | | $1,785.00 |
| 101585 | | | PR428580 002 | 3,512.18 | | | $1.00 | | $3,512.18 |

119 GEARS @ $15.00/GEAR = $1,785.00
86 GEARS @ $19.50/GEAR = $1,877.00
11 TRUCK DEL @ $25.00/DEL = $275.00 - Bare trucking w/ 11 Truck Deliveries
1 BARREL OF PENTOSIN CHF11S = $1,545.60 -515545
FILTER = $14.58 - 23,012

Bill of Lading 143733 - 45 gears, 143806 - 30 gears, 144070 - 44 gears ($15.00/GEAR Rate)
Bill of Lading 143710 - 34 gears, 143824 - 52 gears ($19.50/GEAR Rate)

$5,297.18

Fixed a/p for payment

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

Time Period:

**DYNAMIC**

Dynamic Corporation
2565 Van Ommen Dr.
Holland, MI 49424

☐ 4375 E. Holland, Rd.
Saginaw, MI 48601

☐ 2565 Van Ommen Dr.
Holland, MI 49424

☐ 2193 Executive Hills Blvd.
Auburn Hills, MI 48326

S
O
L
D    TO

R
E
M
I    TO
T

DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494

ATTN: MATT JONES

INTEGRAL GEAR FILL

| Dynamic Project # Invoice | Date | Project Description | | P.O.# S2564487 | Release # |
|---|---|---|---|---|---|
| 31003 | | | | | |
| | Item Code | # Units | Terms MNS-2 | Unit Price | Total |
| 101585 | PR428560 001 | 156.00 | | $15.00 | $2,340.00 |
| 101585 | PR428560 002 | 150.00 | | $1.00 | $150.00 |
| 156 GEARS @ $15.00/GEAR = $2,340.00 | | | | | |
| 6 TRUCK DEL @ $25.00/DEL = $150.00 | | | | | $2,490.00 |
| Bill of Lading 144874 - 36 gears, 144815 - 60 gears, 144650 - 60 gears | | | | | |

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager

Time Period:

# DYNAMIC

| | | |
|---|---|---|
| ☐ | | 4375 E. Holland Rd., Saginaw, MI 48601 |
| ☐ | S O L D TO | 2565 Van Ommen Dr., Holland, MI 49424 |
| ☐ | | 2193 Executive Hills Blvd., Auburn Hills, MI 48326 |

R E M I T TO:
DELPHI STEERING SYSTEMS
3900 E. HOLLAND ROAD
SAGINAW, MI 48601-9494
ATTN: MATT JONES

R E M I T TO:
**Dynamic Corporation**
**2565 Van Ommen Dr.**
**Holland, MI 49424**

INTEGRAL GEAR FILL

| Invoice / Dynamic Project # | Date / Item Code | Items / Units | P.O. # / Unit Price | Release # | Total |
|---|---|---|---|---|---|
| 31005 | 09/26/05 | MNS-2 | S2S54487 | | |
| 101565 | PR428580 001 | 125.00 | $15.00 | | $1,875.00 |
| 101565 | PR428580 002 | 965.00 | $1.00 | | $965.00 |
| 178 GEARS @ $15.00/GEAR = $2,840.00 | | | | | |
| 8 TRUCK DEL @ $25.00/DEL = $200.00 | | | | | $2,840.00 |

Bill of Lading 145555 - 60 gears, 145754 - 60 gears, 145116 - 36 gears, 145184 - 20 gears

OCI 1 Y RETU

**PURCHASE**
PAGE 1

**ORDER:** S2S54487 002

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYS.

SHIP TO: (701) PLANT 7
3900 HOLLAND RD
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD
SAGINAW MI
48601

VENDOR NUMBER 79-023-6129
DYNAMIC CORP
DYNAMIC INFORMATION SYSTEMS
4375 E HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
INVOICE INSTRUCTIONS 00
00000
US

| ORDER DATE | 08/17/05 |
| ALTERATION ISSUE DATE | 10/13/05 |
| ALTERATION EFFECTIVE DATE | 10/13/05 |

PHONE: 989-757-4048
S RUDZINSKI
S12   Buyer

PURCHASING AGENT

101565
10.27.05

| ITEM QUEUE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT MEASU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B. SHIPPING POINT | | DESTINATION UNLESS OTHERWISE INDICATED | | SEE BELOW | | | |
| 1622 | 11600 | PR428560 002 | ### SPOT BUY S2S54487 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | | |
| | | +$5000 | | USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | CHANGED QUANTITY PER PR430727 | | | | | | | |
| | | | | ### THIS ITEM HAS BEEN CHANGED ### | | 12/31/05 | B | 0.00% | | | |
| | | | | MISCELLANEOUS MATERIALS | | | | | 1.0000 | | |
| | | | | WHO ORDERED: KRAFFT/757-5738 | | | | | | DOL! | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY

USER SUZANNE J BEARDSLEY

ORIGINAL                    LAST PAGE

2ND DAY OF 2ND MONTH

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2195 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- Design & Engineering
- Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE

☒ SHIPPER 70540
☐ INVOICE

**SOLD TO**
Delphi Saginaw Steering Systems
(3PO) Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

**REMIT TO**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| P.O./JOB # | DATE | ITEM CODE | PROJECT DESCRIPTION / DESCRIPTION | TERMS | P.O. # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 70540 | 03/29/2005 | | VENDOR NUMBER 68-549-9321 | NET 30 | S250073 | | | |
| | | 001 | 26112854.0 RAKE LEVER MOLD SET UP CHARGE | | | 1 | XXXXX | XXXXX |
| | | 002 | 26112854.0 RAKE LEVER OVERMOULDING AT D | | | 300 | XXXXX | XXXXX |
| | | 003 | 26112854.0 RE-STRIKE, COIN EXISTING LEVE | | | 300 | XXXXX | XXXXX |

PARTIAL SHIPMENT

3950

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- CNC Precision Machining
- Design & Engineering
- Prototyping
- CNC EDM RAM/WIRE
- Photocopying

**S O L D TO**

Delphi Saginaw Steering Systems
(SP) Prototype Operations
2975 Redular Drive
Saginaw, MI 48601-0494

**R E M I T TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

**SHIPPER** 70544

**INVOICE**

VENDOR NUMBER 35-545-9321

| DATE | TERMS | PROJECT DESCRIPTION |
|---|---|---|
| 08/31/2005 | NET 30 | |

| ITEM/CODE | DESCRIPTION | PO # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | S2500753 | | RELEASE # | |
| 002 | 26112854.0 RAKE LEVER OVERMOULDING AT D | | 200 | XXXXX | XXXX |
| 003 | 26112854.0 RE-STRIKE . COIN EXISTING LEVE | | 200 | XXXXX | XXXXX |

FINAL SHIPMENT



Delphi Automotive Systems Pvt Ltd
PURCHASING LOCATION
Plot #98A, Phase 2
KIADB Industrial Area
Jigani, Anekal Taluq
Bangalore, Karnataka 562 106
India

P-1207

00001904

| | |
|---|---|
| | 10168989/25-7-95 |
| C.S.T.No. : | Tin No 29200064019 |
| L.S.T.No. : | Range: Jigani |
| C.E. : | ECC No: |
| | AAACDO226EXM002 |

Phone: 91 80 7825256
91 80 7825257

Fax : 91 80 7826290
91 80 7825462

Supplier Code

DYNAMIC PROTOTYPE OPERATIONS
(DPO) # 2193, Executive Hill
Executive Hill Blvd,
Auburn Hills,
Michigan 48326
U.S.A.
Raymond Atwood
:-248-338-1100    F:-248-338-1168

| P.O. NUMBER | P.O. DATE | SHEET | OF |
|---|---|---|---|
| S2500753 | 25/08/05 | 1 | |

Please quote this P.O. No. in all correspondence with us.
Prices are firm. In your Delivery Challan & Invoice, quote Order no. Supplier code and Delphi part no.

| P.O. Effective from | P.O. Valid up to |
|---|---|

Ref Qt. 22907 dt. 22/8/2005    Buyer BS Muralidharan

We are pleased to place the following order on you, subject to the terms & conditions given below and overleaf.

| Sl. No. | Part No. & Description | Unit of Measure | UNIT Price | Quantity | USD Amount | Basic(%) Excise Duty |
|---|---|---|---|---|---|---|
| 1 | 26112854.0 Rake lever mold set up charge. | | 350.00 | 1.00 | 350.00 | |
| 2 | 26112854.0 Rake lever overmoulding at Dynamic Prototype Operations- Saginaw Prototype source as a back up plan due to local supplier's failure to supply. Saginaw will establish process parameters and do process qualification to transfer the knowledge to P81 Supplier. | EA | 10.00 | 500.00 | 5000.00 | |
| 3 | 26112854.0 Re-Strike / Coin existing lever as needed to fix existing mold using existing die at DPO. | EA | 2.00 | 500.00 | 1000.00 | |
| | | | | TOTAL AMOUNT | 6350.00 | |

Total Amount in words (Inclusive of Taxes)  USD Six Thousand Three hundred Fifty  only

SALES TAX      :      Not Applicable
PAYMENT  TERMS  :     30 days from receipt dt
PRICE   BASIS  :     Ex your works
PACKING & FORWARDING: Inclusive
FREIGHT: Inclusive
INSURANCE: Inclusive
MODE OF DISPATCH: By Air
DELIVERY: 15-18 Days from the receipt of goods
All service/supply should come with 2 copy of invoive /DC failing which
material will be sent back.Please send your po acceptance less than 2 days
from the reciept of po failing which it is deemed as accepted. Material to
be handed only to our PC&L Dept, failing which payment will not be made.

PLEASE SEND YOUR ACCEPTANCE BY SIGNING & PUTTING COMPANY SEAL ON THE PHOTOCOPY OF THIS ORDER

Deliveries to be made as per schedules to be communicated to you from time to time.
Orders subject to acceptance (Excise Duty documents to accompany materials)

PO Type :  Expense
For INTERNAL USE
Purchase : 25002070-72
Indentor: Sriram     AR Ref: 839094501400

Buyer  For Delphi Automotive Systems Pvt. Ltd.

Authorised Signatory



# DPO

## DYNAMIC PROTOTYPE OPERATIONS
### Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Rapid Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

**INVOICE**

**SHIPPER** 70549

| S O L D | R E M | |
|---|---|---|
| TO | TO | |
| Delphi Saginaw Steering Systems | | DYNAMIC CORPORATION |
| 3P1) Prototype Operations | | 2565 VAN OMMEN DR. |
| 3975 Modular Drive | | HOLLAND, MI 49424 |
| Saginaw, MI 48601-9494 | | |

| DATE | ITEM/CODE | TERMS | PROJECT/DESCRIPTION | | UNITS | PO # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 09/02/2005 | PR402309.005 | NET 30 | VENDOR NUMBER 83-545-5311 | | | | | |
| | | | 26:17195-18VMP JACKET ASM, LOWER | | 30 | S3528127 | XXXX | XXXX |
| | | | | | | | RELEASE # | |

DART A SHIPMENT

White – Accounts Payable    Canary – Office Copy    Pink – Office Copy    Gold – Dynamic Manager
www.dynamicinc.com



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- Plastic Injection Molding
- Design & Engineering
- CNC EDM RAMWIRE

## INVOICE

**X SHIPPER** 70559

| S O D | DELPHI | | | | |
|---|---|---|---|---|---|

S
O   TO
D

Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

R
E   TO
M
I
T

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

STOP 32    Mailing Document

| PO/PROJECT # | DATE | TERMS | PROJECT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 10553 | 09/15/2005 | NET 30 | VENDOR NUMBER 83-546-9524 | | | |

| PO/PROJECT # | ITEM/CODE | DESCRIPTION | P.O. # UNITS | RELEASE # UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| PR402309-005 | 26117195-18VMP JACKET ASM, LOWER | S352B127   62 | XXXXX | XXXXX |

PART #: SHIPMENT

Received/
Approval

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

1054



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- CNC Prototype Machining
- Design & Engineering
- Prototyping
- EDM

| | |
|---|---|
| S O L D   T O | Delphi Saginaw Steering Systems <br> (SPI) Prototype Operations <br> 2975 Nodular Drive <br> Saginaw, MI 48601-9494 |
| R E M I T   T O | **DYNAMIC CORPORATION** <br> 2565 VAN OMMEN DR. <br> HOLLAND, MI 49424 |

**SHIPPER** 70571

**INVOICE**

VENDOR NUMBER 83-548-322.

| P.O./PROJECT # | DATE | TERMS | PROJECT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| | 09/22/2005 | NET 30 | | | | |

| P.O./PROJECT # | ITEM CODE | DESCRIPTION | P.O. # | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| PR402309 005 | | 26117195-18VMP JACKET ASM, LOWER | 53528127 | 100 | | X,XXX | X,XXX |

*DIGITAL SHIPMENT*

1700

0097

Received/
Approval

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager
www.dynamicinc.com



# DPO
## DYNAMIC PROTOTYPE OPERATIONS
### Division of Dynamic Corporation

2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- Precision Machining
- CNC EDM P&M/WIRE
- Design & Engineering
- Copying

**INVOICE**

**SHIPPER** 70536

White – Accounts Payable     Canary – Office Copy     Pink – Office Copy     Gold – Dynamic Manager

www.dynamicinc.com

| S O L D | TO | Delphi Saginaw Steering Systems<br>GPI Prototype Operations<br>2075 Modular Drive<br>Saginaw, MI 48601-9494 | R E M I T | TO | **DYNAMIC CORPORATION**<br>2565 VAN OMMEN DR.<br>HOLLAND, MI 49424 |

| PO/PROJECT# | DATE | DESCRIPTION | PO# | UNITS | RELEASE# | TOTAL |
|---|---|---|---|---|---|---|
| PR402309 005 | 08/23/2005 | #2611719S-18V M/P JACKET ASM, LOWER | 53528127 | 50 | XXXXX | XXXXX |

ITEM CODE: 84    TERMS: NET 30    VENDOR NUMBER 55-565-9321

PARTIAL SHIPMENT

Received/
Approval



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2195 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- CNC Precision Machining
- CNC EDM RAM/WIRE
- Copying
- Design & Engineering

☒ SHIPPER · 70543
☐ INVOICE

**S O L D TO**

Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

**R E M I T TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | TERMS | PROJECT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| 08/31/2005 | NET 30 | VENDOR NUMBER 83-545-332 | | | | |

| P.O. NUMBER | ITEM CODE | DESCRIPTION | PO# | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| PR402309 005 | | 26117195-18VMP JACKET ASM, LOWER | 53528127 | 144 | | XXXXX | XXXXX |

PARTIAL SHIPMENT

2448

Received
ASEL
Approval.

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

**DELPHI**

p-1206

# PURCHASE ORDER: S3S28127 011

PAGE 1

### ALTERATION ### S3S28127 011 ###

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices. Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 07/02/04 |
|---|---|
| ALTERATION ISSUE DATE | 09/23/05 |
| ALTERATION EFFECTIVE DATE | 09/23/05 |

PHONE: 989-757-0687
K HAYDEN
S20    Buyer

PURCHASING AGENT

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO-TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

| PAYMENT TERMS | 2ND DAY OF 2ND MONTH | | | F.O.B.  SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA  SEE BELOW | |
|---|---|---|---|---|---|---|---|

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on its face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 005 | 490 | PR402309 005 | SPOT BUY | S3S28127 HAS BEEN ALTERED AS FOLLOWS ### | SEE BELOW A | 0.00% | 17.0000 | | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

INCREASE QTY LINE ITEM 005 TO 490 FROM 350
CHANGE DUE DATE TO 10/14/05 FROM 09/15/05

### THIS ITEM HAS BEEN CHANGED ###
26117195-18VMP JACKET ASM, LOWER
WHO ORDERED: J.GUTIERREZ/757-4442

SHIPPING SCHEDULE LIST
10/14/05    490 EA

(14)
490
(50)
(144)
(30)
(60)
(100)
(30)

RECEIVED
SEP 29 2005

By

q3
93



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- Precision Machining
- Design & Engineering

- Prototyping
- CNC Machining
- EDM RAMWIRE

## INVOICE

SHIPPER 70550

**S O L D   T O**
Delphi Saginaw Steering Systems
(3PI) Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

**R E M I T   T O**

```
┌─────────────────────────────┐
│ DYNAMIC CORPORATION         │
│ 2565 VAN OMMEN DR.          │
│ HOLLAND, MI 49424           │
└─────────────────────────────┘
```

PROJECT DESCRIPTION: VENDOR NUMBER 83-546-9311

| DATE | ITEM/CODE | DESCRIPTION | TERMS | P.O.# | UNITS | UNIT PRICE | RELEASE # | TOTAL |
|------|-----------|-------------|-------|-------|-------|-----------|-----------|-------|
| 09/06/2005 | | | NET 30 | | | | | |
| | PR414140 001 | 16114629-041 ADAPTER SPRING & TELESCOPE | | 53532560 | 30 | XXXXX | | XXXX |
| | PR414140 002 | TOOLING - TOOLING | | | | XXXX | | XXXX |
| | PR414140 003 | SETUP - SETUP | | | | XXXX | | XXXX |

FINAL SHIPMENT

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager
www.dynamicinc.com

Received/
Approval

# DELPHI

## PURCHASE ORDER:  S3S32590

PAGE  1

| ORDER DATE 07/29/05 | PHONE: 989-757-3404 |
|---|---|
| ALTERATION ISSUE DATE | J MIKOLEIZIK    S18 |
| ALTERATION EFFECTIVE DATE | Buyer |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Invoice Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

P-1195

RECEIVED
AUG 0 5 2005
By

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE UNIT OF / MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|
| 0001 | 30 (30) | PR414140 001 | 26114629-04L ADAPTER, SPRING & TELESCOPE WHO ORDERED: J.DUPERON/757-3196 | 08/19/05 | 08/19/05 A | 0.00% | 3.0000 | PC |
| 0002 | 1 (1) | PR414140 002 | TOOLING - TOOLING WHO ORDERED: J.DUPERON/757-3196 | | 08/19/05 A | 0.00% | 2400.0000 | EA |
| 0003 | 1 (1) | PR414140 003 | SETUP - SETUP WHO ORDERED: J.DUPERON/757-3196 | | 08/19/05 A | 0.00% | 350.0000 | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ENGINEERING CONTROLLED - NO INSPECTION REQUIRED

***********SHIPPING AND ROUTING INSTRUCTIONS***********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL.
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW
IF SHIPPING FROM--USE THESE CARRIERS:

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. Acceptance of this order, including the terms and conditions to which Seller agrees by acceptance of this order, This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- CNC DM RAMWIRE
  - Plastic Injection Molding
  - Design & Engineering

☐ **INVOICE**      ☒ **SHIPPER** 70551

| S O L D TO | Delphi Saginaw Steering Systems (3PI) Prototype Operations 2975 Modular Drive Saginaw, MI 48601-9494 | R E M TO | DYNAMIC CORPORATION 2565 VAN OMMEN DR. HOLLAND, MI 49424 |
|---|---|---|---|

| PL PROJECT# | DATE | TERMS | PROJECT DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 7045-1 | 09/06/2005 | NET 30 | VENDOR NUMBER 83-5-6-9321 | | | |

| ITEM/PROJECT# | ITEM CODE | DESCRIPTION | PO# | RELEASE# | | |
|---|---|---|---|---|---|---|
| PR409905.001 | 26120728-05L SHAFT, UPPER | | S3S30314 | | | |

| | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|
| | 30 | XXXX | XXXX |

PARTIAL SHIPMENT

Received/ Approval

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager
www.dynamicincinc.com

# DPO
## DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2133 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

Prototyping
CNC Precision Machining
CNC EDM RAM/WIRE

- Plastic Injection Molding
- Design & Engineering

**SHIPPER 70567**
**INVOICE**

| S O L D | TO | Delphi Saginaw Steering Systems<br>(DPI) Prototype Operations<br>2975 Modular Drive<br>Saginaw, MI 48601-9494 |

| R E M I T | TO | DYNAMIC CORPORATION<br>2565 VAN OMMEN DR.<br>HOLLAND, MI 49424 |

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO# | UNITS | RELEASE# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/2005 | | | NET 30 | VENDOR NUMBER 93-545-9321 | 5353034 | | | | |
| | PR408905 001 | 26120728-05U SHAFT, UPPER | | | | 105 | | XXXX | XXXX |

FINAL SHIPMENT

2415

White - Accounts Payable   Canary - Office Copy   Pink - Office Copy   Gold - Dynamic Manager
www.dynamicinc.com

P-1210

## PURCHASE ORDER:
### ALTERATION

PAGE 1

S3S30314 003
K HAYDEN
S20

PHONE: 989-757-0687

| | |
|---|---|
| ORDER DATE | 01/14/05 |
| ALTERATION ISSUE DATE | 08/29/05 |
| ALTERATION EFFECTIVE DATE | 08/29/05 |

Buyer

PURCHASING AGENT

#### ALTERATION ###
This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel
Post.

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|
| 135 (30) (105) | PR408905 001 | SPOT BUY S3S30314 | ### SPOT BUY S3S30314 HAS BEEN ALTERED AS FOLLOWS ### | | | 0.00% | 23.0000 | EA | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD. DOLLAR (UNITED STATES)

INCREASE QTY LINE ITEM 001 TO 1335 FROM 1200
CHANGE DUE DATE TO 09/09/05 FROM 06/10/05

### THIS ITEM HAS BEEN CHANGED       ###
                                  SEE BELOW A

26120728-05L SHAFT, UPPER
WHO ORDERED: J.GUTIERREZ/757-4442

MACHINE FROM DELPHI SUPPLIED 26121064 BLANK PER
ROADMAPPED PRINT PROVIDED. BLANK WILL BE PROVIDED
WITH YOKE END MACHINED ALREADY. DELIVERY:
(50) PCS BY 1/21/05
BALANCE OF SHIPMENT DELIVERY (75) PCS PER WEEK
STARTING 1/28/05 AND ENDING ON 3/18/05

SHIPPING SCHEDULE LIST
1335 EA

001468  USER MELISSA L KALETA

ORIGINAL

RECEIVED
SEP 13 2005
By

501468

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2198 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

Prototyping
CNC Production
CNC Precision Machining
CNC EDM RAM/WIRE

- Plastic Injection Molding
- Design & Engineering

☐ Main Document
☐ INVOICE
☒ SHIPPER   70552

| | | |
|---|---|---|
| S O TO L D | | Delphi Saginaw Steering Systems (2Pj) Prototype Operations 2075 Modular Drive Saginaw MI 48601-491 |
| R E M TO I T | | DYNAMIC CORPORATION 2565 VAN OMMEN DR. HOLLAND, MI 49424 |

| DPO PROJECT # | DATE | ITEM/CODE | DESCRIPTION | TERMS | | | |
|---|---|---|---|---|---|---|---|

PROJECT DESCRIPTION
VENDOR NUMBER 83-546-632.

| DATE | ITEM/CODE | DESCRIPTION | PO # | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 09/07/2005 | NET 30 | | 53532562 | | | | |
| | PR414129 001 | 26122444-01A ADAPTER SHAFT DO | | 90 | | XXX.X | <XXX.> |
| | PR414129 002 | TOOLING - TOOLING | | 1 | | XX.XXX | <XXX.> |
| | PR414129 003 | SETUP - SET UP | | 1 | | XX.XX | <XXX.> |

*(signature)* Geno Vram

FINAL SHIPMENT

475

Received/
Approval

RECEIVED AUG 01 2005

# PURCHASE ORDER: S33S25562

PAGE 1.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER: 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(SPI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
|---|---|---|---|
| 07/27/05 | | | |
| | | | S18 |
| | | | PHONE: 989-757-3404 |
| | | | J MIKOLEIZIK |
| | | | Buyer |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE / MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| 90 (90) | PR414129 001 | 26122444-01A ADAPTER, SHAFT DD WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 A | 0.00% | 42.00 | 2740.0000 | PC / EA |
| 1 (1) | PR414129 002 | TOOLING - TOOLING WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 A | 0.00% | 2.50 | 2.0000 | EA |
| 1 (1) | PR414129 003 | SETUP - SET UP WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 A | 0.00% | | 350.0000 | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY
SHIPMENT

**********SHIPPING AND ROUTING INSTRUCTIONS**********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS. IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL.
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM---USE THESE CARRIERS:

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| SHIPPING POINT | | SEE BELOW |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are terms and conditions to which Seller agrees by acceptance of this order, or by starting any work on said order, and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

08444931940 ... Approval Received

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2199 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Tooling
- CNC Precision Machining
- DDM RAM-WIRE

- Plastic Injection Molding
- Design & Engineering

**S O L D TO**

Delphi Saginaw Steering Systems
(3PI) Prototype Operations
2975 Modular Drive
Saginaw MI 48601-9494

**R E M I T TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| SHIPPER | | | | |
|---|---|---|---|---|
| 70558 | | | | |

**INVOICE**

| DATE | | TERMS | | |
|---|---|---|---|---|
| 09/15/2005 | | NET 30 | | |

PROJECT DESCRIPTION

VENDOR NUMBER 03-546-332:

| ITEM/CODE | DESCRIPTION | PO # | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| PR402379 006 | 26117193-20B BRACKET LOWER | 53528127 | 225 | | XXXXX. | XXXXX |

FINAL SHIPMENT

675

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

# PURCHASE ORDER:

**PAGE 1**

### A L T E R A T I O N

S3S28127 010
### ###
S3S28127 ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-0687 |
|---|---|
| 07/02/04 | K HAYDEN |
| ALTERATION ISSUE DATE | S20          Buyer |
| 09/09/05 | |
| ALTERATION EFFECTIVE DATE | |
| 09/09/05 | PURCHASING AGENT |

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

| PAYMENT TERMS THE 2ND DAY OF 2ND MONTH | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE/MULTIPLE MEASUR | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 225 (ea) | PR402309  006 | ### | #### SPOT BUY S3S28127 HAS BEEN ALTERED AS FOLLOWS #### | | | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | | |
| | | | | ADD LINE ITEM 006 | | | | | | | | |
| | | | | #### THIS ITEM HAS BEEN ADDED #### | | | | | | | | |
| | | | | 26117193-20B BRACKET, LOWER WHO ORDERED: J.GUTIERREZ/757-4442 | | | 09/12/05 | A    0.00% | | 3.0000 | EA |

001475  USER MELISSA I KAI EYTA

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

**INVOICE**

SHIPPER 70560

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

**SOLD TO**
Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

**REMIT TO**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | ITEM CODE | PROJECT | DESCRIPTION | TERMS | PROJECT DESCRIPTION | P.O. # | UNITS | RELEASE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/2005 | PR414128 001 | | 26122143-000 RETAINER, SENSOR | NET 30 | ENDOF NUMBER 83-546-832 | S3S32560 | 90 | | X,XXX. | X,XXX |
| | PR414128 002 | | TOOLING - TOOLING | | | | 1 | | X,XXX. | X,XXX |
| | PR414128 003 | | SETUP - SET UP | | | | 1 | | X,XXX | X,XXX |

FINAL SHIPMENT

4495

05-44481-rdd   Doc 8984   Filed 08/08/07   Entered 08/08/07 15:02:32   Main Document
Pg 99 of 177

# PURCHASE ORDER: S3532560

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoices Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | PHONE: 989-757-3404 |
|---|---|---|
| 07/27/05 | | J MIKOLEIZIK |
| ALTERATION EFFECTIVE DATE | | S18 Buyer |

| | PURCHASING AGENT |
|---|---|

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 SAUBURN HILLS BLVD
SAUBURN HILLS MI
48326
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**DELPHI SAGINAW STEERING SYS.**
3900 HOLLAND RD.
SAGINAW MI
48601

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| SHIPPING POINT | | SEE BELOW |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order may be accepted on the terms and conditions on the reverse side hereof. Contains the complete and final agreement between Buyer and Seller and no other agreement or understanding of any kind is binding unless in writing and signed by the Buyer's authorized representative. If Government Contract, Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| EXM QUENCES QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / MULTIPLE MEASUR | UNIT of MEASUR |
|---|---|---|---|---|---|---|---|---|
| 90 (90) | PR414128 001 | 26122143-000 RETAINER, SENSOR WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 A | 0.00% | 2.5000 | | EA |
| 1 (1) | PR414128 002 | TOOLING- - TOOLING WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 A | 0.00% | 3920.0000 | | EA |
| 1 (1) | PR414128 003 | SETUP- - SET UP WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 A | 0.00% | 350.0000 | | EA |

2ND DAY OF 2ND MONTH / TERMS

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY
SHIPMENT

**************SHIPPING AND ROUTING INSTRUCTIONS**************
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS.IF PRACTICAL,PLANT NUMBER MUST BE ON LABEL.
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM--USE THESE CARRIERS:

RECEIVE
AUG 01 2005
BY
01201   USER MELISSA L KALFYTA

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation

2139 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- Plastic Injection Molding
- CNC Precision Machining
- Design & Engineering
- EDM RAM/WIRE

## INVOICE

**SHIPPER** 70561

| S O L D | | | R E M I T |
|---|---|---|---|
| **TO** | Delphi Saginaw Steering Systems | | **TO** |
| | GM Prototype Operations | | |
| | 2975 Modular Drive | | |
| | Saginaw, MI 48601-9494 | | |

**REMIT TO:**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DFO PROJECT N | DATE | ITEM CODE | TERMS | PROJECT DESCRIPTION | | PO # | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 09/15/2005 | NET 30 | | VENDOR NUMBER 83-666-9321 | | S3532561 | | | |
| PR414126.001 | | | 26122129-036 JACKET ASM UPPER | | | 25 | | XXXX | XXXX |

2025

PARTS SHIPMENT

Received/Approval _____

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

# PURCHASE ORDER: S3S32581

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

ORDER DATE 07/28/05
ALTERATION ISSUE DATE

PHONE: 989-757-0687
K HAYDEN
S20  Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTIPLE MEASURE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 25 (J-5) | PR414126 001 | | 26122129-03G JACKET ASM, UPPER WHO ORDERED: J.DUPERON/757-3196 | 08/22/05 A | 0.00% | 89.0000 | | EA |
| | 65 | PR414126 002 | | 26122129.-03G JACKET ASM, UPPER WHO ORDERED: J.DUPERON/757-3196 | 08/22/05 A | 0.00% | 74.0000 | | PC |

F.O.B. SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY SHIPMENT

MADE UP OF PARTS 26122134, 26112504 BEARING TO
INSERT & STAKED BY SUPPLIER (SUPPLIED BY DELPHI)
25 PCS TO INCLUDE 26115346 & MAKE COMPLETE SUPPLIED
25 PCS EVERY TWO WEEKS FIRST 25 DUE 08/22/05

65 PCS DELPHI TO SUPPLY P/N 26115346

*************SHIPPING AND ROUTING INSTRUCTIONS*************
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL.

2ND DAY OF 2ND MONTH — TERMS

ORIGINAL

RECEIVED
AUG 01 2005
By
USER MELISSA L KALEYTA
01202

# PURCHASE ORDER: S3S32581 001

## ALTERATION

PAGE 1

### ## A L T E R A T I O N ###

| | |
|---|---|
| ORDER DATE | 07/28/05 |
| ALTERATION ISSUE DATE | 10/12/05 |
| ALTERATION EFFECTIVE DATE | 10/12/05 |

SHIP VIA: SEE BELOW

PHONE: 989-757-0687
K HAYDEN
S20  Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO: (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

TERMS: IMMEDIATE

F.O.B. SHIPPING POINT    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM NUMBER | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF/MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | ### | | SPOT BUY | | | | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD. DOLLAR (UNITED STATES).

S3S32581 HAS BEEN ALTERED AS FOLLOWS ###

CHANGE PMT TERMS TO "NET IMMEDIATE"

RECEIVED OCT 18 2005

USER MFI ISSA I KALEVTA



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE™
- Plastic Injection Molding
- Design & Engineering

**SHIPPER** 70562

**INVOICE**

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

**S O L D TO**

Delphi Saginaw Steering Systems
(3PI) Prototype Operations
2975 Modular Drive
Saginaw MI 48601-4494

**R E M I T TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT/DESCRIPTION | PO # | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|------|-----------|-------------|-------|---------------------|------|-------|-----------|------------|-------|
| 09/15/2005 | PR414125 001 | 26122442-000 BRACKET ASM, RACK | NET 30 | VENDOR NUMBER 83-546-8321 | 53532582 | 25 | | XXXX | XXXX |
| | PR414125 002 | TOOLING-000 TOOLING | | | | | | XXXX | XXXX |

PARTIAL SHIPMENT

4750.

Received/
Approval

# PURCHASE ORDER: S3S32582

PAGE

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 07/28/05 | | |

PHONE: 989-757-068
K. HAYDEN
S20 -

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parce
Post.

TO:
VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
(3P1) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

SHIP TO:
(3P1) PROTOTYPE OPERATIONS.
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

| SEQUENCE NOT | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PURCHASING AGENT | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 90 (25) | PR414125 001 | | 26122442-000 BRACKET ASM, RACK WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 | A 0.00% | 94.0000 | | | EA |
| | 1 (1) | PR414125 002 | | TOOLING-000 TOOLING WHO ORDERED: J.DUPERON/757-3196 | | 08/22/05 | A 0.00% | 2400.0000 | | | PC |

2ND DAY OF 2ND MONTH

PAYMENT TERMS

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY
SHIPMENT

MADE UP OF PARTS 26122123, 26122124, 26122441,
SCHEDULE BUILDS OF 25. EVERY TWO WEEKS
FIRST 25 DUE 8/22/05

*********SHIPPING AND ROUTING INSTRUCTIONS********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
INDIVIDUAL SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
LESS.IF PRACTICAL,PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
FOR ITEMS COLLECTIVELY WEIGHING 150# - 12,000# BELOW
IF SHIPPING FROM--USE THESE CARRIERS:
PLANT NUMBER MUST BE ON LABEL;

USER MELISSA L KALETA

P-1192

# PURCHASE ORDER:

S3S32582   PAGE   1

### ### A L T E R A T I O N ###

S3S32582   001
K   HAYDEN   S20

| | |
|---|---|
| ORDER DATE | 07/28/05 |
| ALTERATION ISSUE DATE | 10/12/05 |
| ALTERATION EFFECTIVE DATE | 10/12/05 |
| SHIP VIA | SEE BELOW |

PHONE: 989-757-0687
Buyer
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees to by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitute the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

[RECEIVED stamp]
OCT 18 2005
By
001497   USER MELISSA L KAI FYTA

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SPOT BUY S3S32582 HAS BEEN ALTERED AS FOLLOWS ### | F.O.B. SHIPPING POINT | | DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW | | | |

PAYMENT TERMS
IMMEDIATE

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD   DOLLAR (UNITED STATES)

CHANGE PMT TERMS TO "NET IMMEDIATE"

Received
Approval
0914448[...]

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- Design & Engineering
- Prototyping
- Precision Machining
- CNC
- EDM RAM/WIRE

**INVOICE**

| SHIPPER | 70563 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**S O L D  TO**
Delphi Saginaw Steering Systems
(SP1) Prototype Operations
2975 Moditar Drive
Saginaw MI 48601-9494

**R E M  TO**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO # | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 09/15/2005 | | | NET 30 | VENDOR NUMBER 53-546-9321 | 53532606 | | | | |
| | PR414148 001 | 25122140-02B LEVER, RAKE | | | | 25 | | XXXX | XXXX |
| | PR414148 002 | TOOLING - SINGLE CAVITY MOLD | | | | 1 | | XXXX | XXXX |
| | PR414148 003 | DIE - STAMPING DIE | | | | 1 | | XXXX | XXXX |
| | PR414148 004 | SETUP - SET UP | | | | 1 | | XXXX | XXXX |

PARTS SHIPMENT

6050

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicincinc.com

# PURCHASE ORDER: S3532606

PAGE

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips a... Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ITEM/ SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE/ MULTIPLE MEASU... | UNIT MEASU... |
|---|---|---|---|---|---|---|---|---|---|---|---|

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

ORDER DATE 08/01/05
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 989-757-3404
J MIKOLEIZIK
S18   Buyer

F.O.B. SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY SHIPMENT

| | | | | | | | SHIP VIA SEE BELOW | | | |

PR414148 001 — 26122140-014 LEVER, RAKE
WHO ORDERED: MIKOLEIZIK/757-3404
90 (a25)   08/22/05  A   0.00%   40.0000   EA

PR414148 002 — 25 PCS DUE 08/22/05 AFTER ENG APPROVAL
25 PCS DUE EVERY TWO WEEKS AFTER ENG APPROVAL

PR414148 002 — TOOLING- - SINGLE CAVITY MOLD
WHO ORDERED: MIKOLEIZIK/757-3404
1 (-)   08/22/05  A   0.00%   350.0000   EA

PR414148 003 — DIE - - STAMPING DIE
WHO ORDERED: MIKOLEIZIK/757-3404
1 (-)   08/22/05  A   0.00%   1700.0000   EA

PR414148 004 — SETUP- - SET-UP
WHO ORDERED: MIKOLEIZIK/757-3404
1   08/22/05  A   0.00%   3000.0000   EA

**********SHIPPING AND ROUTING INSTRUCTIONS**********

ORIGINAL

PURCHASING AGENT

RECEIVED AUG 05 2005 USER MELISSA L KALEYTA

# PURCHASE ORDER: S3S32606 002

**PAGE** 1

### # # # A L T E R A T I O N # # #

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 08/01/05 |
|---|---|
| ALTERATION ISSUE DATE | 10/12/05 |
| ALTERATION EFFECTIVE DATE | 10/12/05 |

PHONE: 989-757-3404
J MIKOLEIZIK          S18
Buyer

---

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                    US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / UNIT MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|---|
| IMMEDIATE | | | ### SPOT BUY S3S32606 HAS BEEN ALTERED AS FOLLOWS ### | | | | SEE BELOW | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

CHANGE PMT TERMS TO "NET IMMEDIATE"

| AGENT TERMS |
|---|
| IMMEDIATE |

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

RECEIVED
OCT 18 2005
By

J001497  USER MELISSA L KALEVTA

ORIGINAL

# DYNamic PROTOTYPE OPERATIONS

Division of Dynamic Corporation

2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- CMM EDM RAM/WIRE

- Plastic Injection Molding
- Design & Engineering

## INVOICE

**SHIPPER** 70565

**S O L D TO**

Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

**R E M I T TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | ITEM CODE # | DESCRIPTION | TERMS | PROJECT DESCRIPTION | UNITS | PO # | RELEASE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/2005 | | | NET 30 | VENDOR NUMBER N 545-9321 | | 53531982 | | | |
| | PR413691 006 | 26125933-000 RESERVOIR BODY | | | 50 | | | XXXXX | XXXX |
| | PR413691-007 | 26125934-000 RESERVOIR PLATE | | | 50 | | | XXXXX | XXXXX |
| | PR413691 008 | MOLD SET UP CHARGE | | | 2 | | | XXXXX | XXXXX |

1600

FINAL SHIPMENT

White - Accounts Payable · Canary - Office Copy · Pink - Office Copy · Gold - Dynamic Manager
www.dynamicinc.com

RECEIVED
SEP 0 8 2005
USER MELISSA L KALEYTA

# PURCHASE ORDER: S3S31982 004

PAGE 1

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-3404
J MIKOLEIZIK
S18                    Buyer

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
2975 NODULAR DR
SAGINAW MI
48601

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
(3PI) PROTOTYPE OPERATIONS
3900 HOLLAND RD.
SAGINAW MI
48601

US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

| ORDER DATE | 06/03/05 |
| ALTERATION ISSUE DATE | 09/02/05 |
| ALTERATION EFFECTIVE DATE | 09/02/05 |

| PAYMENT TERMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | SPOT BUY | S3S31982 HAS BEEN ALTERED AS FOLLOWS ### | | | | SEE BELOW | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | |
| | | | USD DOLLAR (UNITED STATES) | | | | | | |
| | | | ADD LINE ITEMS 006 THRU 008 | | | | | | |
| 50 (50) | PR413691 006 | | ### THIS ITEM HAS BEEN ADDED ### | | 09/20/05  A | 0.00% | | 9.0000 | EA |
| | | | 26125933-000 RESERVOIR BODY | | | | | | |
| | | | WHO ORDERED: PETZ 989 7575067 | | | | | | |
| 50 (50) | PR413691 007 | | ### THIS ITEM HAS BEEN ADDED ### | | 09/20/05  A | 0.00% | | 9.0000 | EA |
| | | | 26125934-000 RESERVOIR PLATE | | | | | | |
| | | | WHO ORDERED: PETZ 989 7575067 | | | | | | |
| 2 (2) | PR413691 008 | | ### THIS ITEM HAS BEEN ADDED ### | | 09/20/05  A | 0.00% | | 350.0000 | EA |
| | | | MOLD SET UP CHARGE | | | | | | |
| | | | WHO ORDERED: PETZ 989 7575067 | | | | | | |

F.O.B. SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

PURCHASING AGENT

This order, but not binding until accepted. Acceptance should be an acknowledgment copy which should be returned to Buyer.
The terms and conditions on the face and reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other terms and conditions in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

ORIGINAL

# PURCHASE

## ORDER: S3S31982 005

PAGE 1

### ALTERATION ####

VENDOR NUMBER 83-546-9321

DYNAMIC DESIGN INC.
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

**SHIP TO:** (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYS.

| ORDER DATE | 06/03/05 |
| ALTERATION ISSUE DATE | 09/12/05 |
| ALTERATION EFFECTIVE DATE | 09/12/05 |

PHONE: 989-757-3404
J MIKOLEIZIK
S18    Buyer

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**PAYMENT TERMS: 2ND DAY OF 2ND MONTH**

| ITEM QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE UNIT OF/ MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2. | PR413691 008 | ### SPOT BUY S3S31982 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | | |
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD. DOLLAR (UNITED STATES) | | | | | | | | |
| | | CORRECT LINE ITEM 008 TO 2 FROM 20 PER ERROR WHEN ENTERING ALTERATION 004 | | | | | | | | |
| | | ### THIS ITEM HAS BEEN CHANGED ### | | | | 09/20/05  A | 0.00% | | | |
| | | MOLD SET UP CHARGE WHO ORDERED: PETZ 989 7575067 | | | | | | | 350.0000 | EA |

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by its acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PURCHASING AGENT

RECEIVED
SEP 15 2005

01476  USER MELISSA L KALEYTA

ORIGINAL



# DPO
## DYNAMIC PROTOTYPE OPERATIONS
### Division of Dynamic Corporation

2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- Design & Engineering
- CNC Precision Machining
- CNC EDM RAM/WIRE

**DYNAMIC CORPORATION**
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| X | Main Document |
| --- | --- |

| X | INVOICE |
| --- | --- |

**SHIPPER  70569**

| S O L D | TO | Delphi Saginaw Steering Systems (3PI) Prototype Operations 2075 Nodular Drive Saginaw  MI  48601-9494 | R E M | TO |
| --- | --- | --- | --- | --- |

VENDOR NUMBER 83-546-9321

| DATE | TERMS | PROJECT DESCRIPTION |
| --- | --- | --- |
| 09/20/2005 | NET 30 | |

| ITEM CODE | DESCRIPTION | PRO# | UNITS | RELEASE # | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| PR415432 001 | NPN-000 STEEL LEVER BLANKS | S3553186 | 500 | | XXXX | XXXX |
| PR415432 002 | NPN2-000 PLASTIC RESIN | | 220 | | XXXX | XXXX |

FINAL SHIPMENT

*(handwritten: 808)*

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

Received/
Approval

# PURCHASE
## ORDER: S3S33186

PAGE 1

VENDOR NUMBER 83-546-3321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages' and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 09/19/05
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 989-757-3404
J MIKOLEIZIK
S18          Buyer

PURCHASING AGENT

RECEIVED
SEP 23 2005
By

101238 USER MELISSA L KALETA                    ORIGINAL                    CONTINUE PAGE 9

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | ENGINEERING CONTROLLED - NO INSPECTION REQUIRED | | | | | | | |
| 500 | PR415432 001 | NPN-000 STEEL LEVER BLANKS WHO ORDERED: J.BORDERS/757-3991 | | | 10/10/05  A | 0.00% | | 3.4000 | | EA |
| 220 | PR415432 002 | NPN2-000 PLASTIC RESIN WHO ORDERED: J.BORDERS/757-3991 | | | 10/10/05  A | 0.00% | | 4.9000 | | LBS |
| | | ***********SHIPPING AND ROUTING INSTRUCTIONS*********** LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL. FOR ITEMS COLLECTIVELY WEIGHING 150#-12,000# BELOW IF SHIPPING FROM--USE THESE CARRIERS: MI,IN,IL,WI,OH          ALVAN MOTOR FRT ON, (ONTARIO)          U.S.F.HOLLAND ALL OTHER STATES          CENTRAL TRANSPORT | | | | | | | |

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

TERMS
2ND DAY OF 2ND MONTH

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.836.1100

- Plastic Injection Molding
- Design & Engineering

Prototyping
CNC Precision Machining
CNC/DM RAM/WIRE

☒ SHIPPER  70572
☐ INVOICE

**S O L D TO**
Delphi Saginaw Steering Systems
(DPI) Prototype Operations
2975 Nodular Drive
Saginaw  MI  48601-9494

**R E M TO**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DPO PROJECT | DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO# | UNITS | RELEASE# | UNIT PRICE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| PR414466 002 | 09/23/2005 | | NET 30 | 25127820-000 SHAFT, TUBULAR | VENDOR NUMBER 83-565-932. | 5353051 | 3 | | XXXXX | XXXX |

FINAL SHIPMENT

1770

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

Received/
Approval

# PURCHASE ORDER

**PAGE** 1

**ORDER:** S3S33051

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, and the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

ORDER DATE: 09/09/05
ALTERATION ISSUE DATE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ALTERATION EFFECTIVE DATE

PHONE: 989-757-3404
J MIKOLEIZIK
S18          Buyer

PURCHASING AGENT

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE/MULTIPLE MEASURE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 3 (3) | PR414466 002 | ROAD MAPPED DIMENSIONS WITH GP-11 WARRANT | 26127820-000 SHAFT, TUBULAR. 26109816 LOWER SHAFT. | 09/27/05 | A 0.00% | SEE BELOW | 590.0000 | | EA |

2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

MAKE FROM PROVIDED 26109816 LOWER SHAFT.
TECH REVIEW REQUIRED TO DISCUSS OPTIONAL TWO
PIECE WELDED CONSTRUCTION

********SHIPPING AND ROUTING INSTRUCTIONS********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED INTO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL.
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM--USE THESE CARRIERS:
MI,IN,IL,WI,OH          ALVAN MOTOR FRT
ON, (ONTARIO)           U.S.F.HOLLAND
ALL OTHER STATES        CENTRAL TRANSPORT

WHO ORDERED: J.GUTIERREZ/757-4442

R E C E I V E D
SEP 15 2005
USER MFI ISSA I KALEYTA
01232



**DPO**

DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

• Plastic Injection Molding
• CNC Precision Machining
• Prototyping
• CNC EDM RAM/WIRE
• Design & Engineering

| | |
|---|---|
| **SHIPPER** | 70573 |
| **INVOICE** | |

S
O L   TO
L
D

Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Jodular Drive
Saginaw, MI 48601-9494

R
E   TO
M
I
T

**DYNAMIC CORPORATION**
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | TERMS | PROJECT DESCRIPTION |
|---|---|---|
| 09/23/2005 | NET 30 | VENDOR NUMBER 83-546-6321 |

| P.O/PROJECT# | ITEM CODE | DESCRIPTION | P.O.# | RELEASE # | |
|---|---|---|---|---|---|
| PR395997 012 | 26117181141R GATE, SHIFT LEVER | | 53527207 | | |

| UNITS | UNIT PRICE | TOTAL |
|---|---|---|
| 39 | XXXX | XXXX |

1638

PARTS SHIPMENT

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- Wire EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

**INVOICE**

☒ SHIPPER  70553

| S O L D | TO | Delphi Saginaw Steering Systems (3PI) Prototype Operations 2975 Rodlis Drive Saginaw MI 48501-9494 |
|---|---|---|
| R E M I T | TO | DYNAMIC CORPORATION 2565 VAN OMMEN DR. HOLLAND, MI 49424 |

VENDOR NUMBER 03-545-3321

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10/06/2005 | | NET 30 | | | | | | |
| PR395997 013 | | 2617676-11P GATE, SHIFT LEVER | | | S3527207 | 50 | XXXX | XXXX |

FAXED

FINAL SHIPMENT
PARTIAL

2100

# DELPHI

# PURCHASE ORDER: S3S27207 006

PAGE 1

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 04/27/04 | PHONE: 989-757-340X |
| ALTERATION ISSUE DATE | 08/31/05 | J MIKOLEIZIK |
| ALTERATION EFFECTIVE | 08/31/05 | S18  Buyer |

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                                    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                                    US

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

| F.O.B. | SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | SEE BELOW |

This order is not binding until acceptance. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

RECEIVED
SEP 0 6 2005
By

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / MULTIPLE | UN |
|---|---|---|---|---|---|---|---|---|---|
| | | ### SPOT BUY S3S27207 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | | |
| | | USD  DOLLAR (UNITED STATES) | | | | | | | |
| | | ADD LINE ITEM 012 & 013 | | | | | | | |
| 150 (39) (111) | PR395997 012 | ### THIS ITEM HAS BEEN ADDED ### 26117181-14R GATE, SHIFT LEVER WHO ORDERED: J.GUTIRREZ/757-4442 | | | 10/17/05 | A  0.00% | 42.0000 | E | |
| 100 (50) (50) | PR395997 013 | ### THIS ITEM HAS BEEN ADDED ### 26117676-11P GATE, SHIFT LEVER WHO ORDERED: J.GUTIRREZ/757-4442 | | | 10/17/05 | A  0.00% | 42.0000 | E | |

**DELPHI**

P-1211

# PURCHASE ORDER:

PAGE 1

S3S27207 007

**### A L T E R A T I O N ###**

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | |
|---|---|
| 04/27/04 | S 18 |
| ALTERATION ISSUE DATE | J MIKOLEIZIK |
| 10/12/05 | Buyer |
| ALTERATION EFFECTIVE | |
| 10/12/05 | |

PHONE: 989-757-3404

PURCHASING AGENT

SHIP TO: (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                    US

DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

| FAX TERMS | | | | |
|---|---|---|---|---|
| IMMEDIATE | | | SHIP VIA | |
| | | | SEE BELOW | |

| SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY S3S27207 HAS BEEN ALTERED AS FOLLOWS ### | SHIPPING POINT | | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | | | |
| | | | | USD, DOLLAR (UNITED STATES) | | | | | | | | |
| | | | | CHANGE PMT TERMS TO "NET IMMEDIATE" | | | | | | | | |

RECEIVED
OCT 18 2005
By

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- CNC EDM RAMWIRE
- Plastic Injection Molding
- Design & Engineering

**INVOICE**
**SHIPPER** 70575

S O L D TO:
Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Hodular Drive
Saginaw, MI 48601-4491

R E M I T TO:
**DYNAMIC CORPORATION**
**2565 VAN OMMEN DR.**
**HOLLAND, MI 49424**

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION VENDOR NUMBER 83-536-6321 | UNITS | RELEASE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 09/28/2005 | PR414597 001 | 26107622-11CMP BODY RESERVOIR | NET 30 | PO#: 53533178- | 100 | | XXXXX | XXXXX |
| | PR414597 002 | SET UP-N/A SET UP CHARGE | | | 1 | | XXXXX | XXXXX |
| | PR414597 003 | TOOLING-N/A REWORK EXISTING MOLD FOR P... | | | 1 | | XXXXX | XXXXX |

FINAL SHIPMENT

3190

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

Received/
Approval

# PURCHASE ORDER: S3S33178

PAGE 1

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER-DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 09/19/05 | | |

PHONE: 989-757-3404
J MIKOLEIZIK     S18
Buyer

PURCHASING AGENT

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE · UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| 100 (100) | PR414597 001 | ROAD MAPPED DIMENSIONS WITH GP-11 WARRANT | 26107622-11CMP BODY, RESERVOIR WHO ORDERED: N.PETZ/757-5067 | | 09/29/05 A | 0.00% | 9.0000 | EA |
| 1 (1) | PR414597 002 | SET UP-N/A SET UP CHARGE WHO ORDERED: N.PETZ/757-5067 | | | 09/29/05 A | 0.00% | 350.0000 | EA |
| 1 (1) | PR414597 003 | TOOLING-N/A REWORK EXISTING MOLD FOR P/N 26107622 WHO ORDERED: N.PETZ/757-5067 | | 09/29/05 A 26107622 | | 0.00% | 1940.0000 | EA |

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

*********SHIPPING AND ROUTING INSTRUCTIONS*********
ONLY MAKING MODIFICATIONS PER MARKED PRINT. ALL
OTHER FEATURES ON PRINT DIFFERENT FROM THE CURRENT
CONDITION OF THE MOLD DO NOT APPY. INSPECT
ROAD-MAPPED DIMENSIONS ONLY.

LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR

CONTINUE PAGE 2

ORIGINAL



# DPO
**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2199 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

• Prototyping
• CNC Precision Machining
• CNC EDM RAM/WIRE
• Plastic Injection Molding
• Design & Engineering

☒ SHIPPER  70577
☐ INVOICE

| S O L D | TO | Delphi Saginaw Steering Systems<br>(3PI) Prototype Operations<br>2975 Nodular Drive<br>Saginaw, MI 48601-9494 | R E M I | TO | DYNAMIC CORPORATION<br>2565 VAN OMMEN DR.<br>HOLLAND, MI 49424 |

| DPO/PROJECT # | DATE | ITEM/CODE | DESCRIPTION | PROJECT DESCRIPTION / TERMS | P.O. # / UNITS | RELEASE # / UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 70577 | 09/29/2005 | NET 30 | | VENDOR NUMBER 83-546-9321 | S3533024 | | |
| | | PR414436 001 | 261126894-000 RESERVIOR SCREEN | | 60 | XXXXX | XXXXX |
| | | PR414436 002 | SETUP - SET-UP | | 1 | XXXX | XXXXX |
| | | PR414436 003 | TOOLING - TOOLING | | 1 | XXXXX | XXXXX |

FINAL SHIPMENT

3790

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager
www.dynamicinc.com

# PURCHASE ORDER: S3S33024

PAGE 1

| ORDER DATE | | | |
|---|---|---|---|
| 09/07/05 | PHONE: 989-757-3404 | | |
| ALTERATION ISSUE DATE | J. MIKOLEIZIK | | |
| | S18 | Buyer | |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT | |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE/MULTIPLE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|
| 60 (60) | PR414436 001 | 26128894-000 RESERVOIR SCREEN WHO ORDERED: N.PETZ/757-5067 | | 09/28/05 A | 0.00% | 9.0000 | EA |
| 1 (1) | PR414436 002 | SETUP- - SET-UP WHO ORDERED: N.PETZ/757-5067 | | 09/28/05 A | 0.00% | 350.0000 | LT |
| 1 (1) | PR414436 003 | TOOLING- - TOOLING WHO ORDERED: N.PETZ/757-5067 | | 09/28/05 A | 0.00% | 2900.0000 | LT |

VENDOR TERMS
2ND DAY OF 2ND MONTH

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY
SHIPMENT

PLEASE QUOTE FROM CAD DATA.
SCREEN FRAME TO BE MOLDED FROM 33% GLASS FILLED NYLON
SCREEN MESH 800 MICRON POLYESTER

*********SHIPPING AND ROUTING INSTRUCTIONS**********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA
SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.



# DPO
## DYNAMIC PROTOTYPE OPERATIONS

Division of Dynamic Corporation
2133 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.333.1100

* Plastic Injection Molding
* Design & Engineering
* CNC/Precision Machining
* Prototyping
* CNC EDM RAM/WIRE

☒ INVOICE

☒ SHIPPER 70573

| | | | | |
|---|---|---|---|---|
| **S O L D  T O** | Delphi Saginaw Steering Systems (3PI) Prototype Operations 2975 Nodular Drive Saginaw, MI 48601-5494 | **R E M I T  T O** | DYNAMIC CORPORATION 2565 VAN OMMEN DR. HOLLAND, MI 49424 | |

| DATE | ITEM CODE | TERMS | PROJECT DESCRIPTION | PO | RELEASE | | |
|---|---|---|---|---|---|---|---|
| 09/29/2005 | PR414675.001 | NET 30 | VENDOR NUMBER 83-546-9321 | 5353392 | | | |

| | ITEM CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | 2517167-1SRMP SHAFT, TUBULAR | | 106 | XXXX | XXXX |

3200

FAXED

PARTIAL SHIPMENT

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

Received/
Approval

# DELPHI

## PURCHASE ORDER: S3S33292

PAGE 1

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
3193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**RECEIVED OCT 0 3 2005**

USED MELISSA J KALEYTA

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 09/28/05 | PHONE: 989-757-0687 |
| ALTERATION ISSUE DATE | | K. HAYDEN |
| ALTERATION EFFECTIVE DATE | | S20   Buyer |
| PURCHASING AGENT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | R.F.Q. NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE/MULTIPLE MEASURE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 100 300 (100) (60) | PR414675 001 | | ROAD MAPPED DIMENSIONS WITH DMC WARRANT | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | 26171167-15RMP SHAFT, TUBULAR WHO ORDERED: GUTIERREZ/757-4442 | | | 01/05/06   A | 0.00% | | 32.0000 | EA |

TERMS
2ND DAY OF 2ND MONTH

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to issuing Buyer location. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

*************SHIPPING AND ROUTING INSTRUCTIONS*************
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM--USE THESE CARRIERS:

MI,IN,IL,WI,OH          ALVAN MOTOR FRT
ON,(ONTARIO)            U.S.F.HOLLAND
ALL OTHER STATES        CENTRAL TRANSPORT

OVER 12,000 # ---- CALL DELPHI SAGINAW TRANSPORTA-
TION DEPARTMENT FOR CARRIER DESIGNATION
(989)757-3509 OR (989)757-3510
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW

CONTINUE PAGE 2

# PURCHASE ORDER: S3S33292

PAGE 1

**ALTERATION** S3S33292 001

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-0687 |
|---|---|
| 09/28/05 | K HAYDEN |
| ALTERATION ISSUE DATE | S20 |
| 10/12/05 | Buyer |
| ALTERATION EFFECTIVE DATE | |
| 10/12/05 | PURCHASING AGENT |

**TO:**

DYNAMIC DESIGN INC
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

VENDOR NUMBER 83-546-9321

**SHIP TO:**

DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD
SAGINAW MI
48601

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the face and reverse side hereof, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS** IMMEDIATE

| ITEM / QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | DATE REQUIRED | TAX CODE / % SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE MULTIPLE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| ### | | SPOT BUY S3S33292 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | CHANGE PMT TERMS TO "NET IMMEDIATE" | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |

001497  USER MELISSA L KALEYTA

RECEIVED OCT 18 2005
By

ORIGINAL                LAST PAGE

P-1237

# DELPHI

P-1239

Page 1 of 7

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 4501063759 | 04-Nov-2005 |

Version
01-Dec-2005 12:23:13 EST

**Buyer:**
DELPHI
SAGINAW STEERING SYSTEMS
3900 HOLLAND RD
SAGINAW MI 48601

**Deliver to:**
DELPHI SAGINAW
SAGINAW STEERING
PLANT 14,PROTOTYPE CENTER
2975 NODULAR DRIVE
SAGINAW MI 48601

Delivery date:   05-JAN-2006

Vendor No:   1024986
DUNS No:   8354693211

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI 48326

| Currency: | USD |
|---|---|
| Payment Terms: | 2CAD |
| Incoterms: | FOB- Freight Collect |

RECEIVED DEC 05 2005

*** Text changed

| Item No: | Material No/Item Identifier No | Total Order Quantity | Plant | Requester |
|---|---|---|---|---|
| | | | | Description |
| 00010 | | 160.000 | K914 DELPHI SAGINAW | |

26117167-1SRMP SHAFT, TUBULAR
CONTACT JOHN GUTIERREZ 989 757-4442 WITH QUESTIONS
CHANGE QTY FROM 200 TO 160, 12/01/2005
26117167-1SRMP SHAFT, TUBULAR

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 05-JAN-2006 | 160.000 | 32.00 | 1 | EA | 5,120.00 |
| Net Line Item Value | | | | USD | 5,120.00 |

*** PO quantity changed
*** Text changed

| Total net value | USD | 5,120.00 |
|---|---|---|

Notes:

Purchasing Contact: Hayden, Ken
Phone: 989-757-0687
Fax: 989-757-9075
Contact Address:

# DELPHI

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS, MI 48326

## Purchase Order

| Date Issued | PO Number | Version |
|---|---|---|
| 04-NOV-2005 | 4501637759 | 01-DEC-2005 12:23:13 EST |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Requester |
|---|---|---|---|---|
| | | Description | | |

**Notes Continued:**

CHANGE QTY ON LINE10 FROM 200 TO 160 - 12/01/2005

*************************

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS
FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN
REQUEST TO THE BUYER.

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date
specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials, as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities,
please contact the appropriate Delphi Buyer.

*************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this
contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific
Requirements are available upon written request to Buyer or via the Internet at Delphi's website, delphi.com, relating to the goods and/or services to be provided by Seller pursuant to this
contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing
by Buyer, whether expressed in written form or by electronic data interchange. If Seller accepts this Contract in writing or commences any of
the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and
Delphi Customer Specific Requirements. If Seller accepts this Contract. Any additions to, changes in, modifications of, or revisions of this Contract
(including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by
Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference
the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on WWW.delphi.com for further details.

*************************

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and agrees to pay to Buyer liquidated damages amounting to 1.000% of the contract
price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's
responsibility and will not be reimbursed by Delphi.

*************************
*************************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

*************************

This Contract replaces previous contract # 55333292.

*************************

CHANGE PMT TERMS TO "NET IMMEDIATE"
ROAD MAPPED DIMENSIONS WITH DMC WARRANT

DELPHI

## Purchase Order

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI 48326

| PO Number | Date Issued |
|---|---|
| 450163759 | 04-Nov-2005 |
| Version | |
| 01-Dec-2005 12:23:13 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Requester | Description |
|---|---|---|---|---|---|

Notes Continued:
**********SHIPPING AND ROUTING INSTRUCTIONS**********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS DO NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL.
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM---USE THESE CARRIERS:

MI,IN,IL,WI,OH           ALVAN MOTOR FRT
ON, (ONTARIO)            U.S.F.HOLLAND
ALL OTHER STATES         CENTRAL TRANSPORT

OVER 12,000 # --- CALL DELPHI SAGINAW TRANSPORTA-
TION DEPARTMENT FOR CARRIER DESIGNATION
(989)757-3509 OR (989)751-3510
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW
PURCHASING VIA A PURCHASE ORDER ALTERATION.
ANY CHANGES IN DELIVERY DATE FOR ANY REASON
WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO
THE BUYER WITH DETAILED EXPLANATION.
THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE
ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND
INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES).
DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED
UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAY
MENT TERMS, TO ENSURE PROMPT PAYMENT YOU WILL NEED TO
ADHERE TO THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURC
HASE ORDER PRIOR TO SHIPMENT, CONVEY THIS INFORMATION
VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PUR-
CHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON
THE FAX OR LETTER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER
NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN
WITH SHIPMENTS. IF PAYMENT DID NOT OCCUR 2ND DAY
2ND MONTH AFTER RECEIPT OF GOODS, COPIES SHOULD BE
MAILED TO THE "WHO ORDERED" PERSON AND THE "DELIVER
TO" PERSON REFERENCED ON THE ORDER.
3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON
RECEIPT RECORDS.
5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND

# DELPHI

Saginaw Steering Systems

Page 4 of 7

## Purchase Order

| Date Issued | PO Number | Version |
|---|---|---|
| 04-Nov-2005 | 450163759 | 01-Dec-2005 12:23:13 EST |

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI 48326

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Requester/Description |
|---|---|---|---|---|

**Notes Continued:**

MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
"DELIVER TO" PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
**********************************************
EAG DISBURSEMENTS PHONE (248) 874-4636
**********************************************
IF IT BECOMES NECESSARY TO "BILL TO EAG DISBURSEMENT
ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN
DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224,
MICHIGAN PAY PERMIT ME380040, NY. DP00036
ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE
WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11.
GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND
MANDATORY FOR THIS ORDER / RELEASE. FOR FURTHER
INFORMATION CONTACT TROY ROHN AT (989) 757-3095.
ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO
THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11
FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE &
PROTOTYPE GP-11. HOWEVER, DELPHI SAGINAW STEERING
HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER
FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING
CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL,
"B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL
CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/
REV LEVEL AND JULIAN DATE SERIALIZATION).
- MATERIAL CERTIFICATION(S) TO ACCOMPANY THE
SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.
- EACH PART REQUIRES THE PART NUMBER, REVISION
LEVEL AND SERIALIZATION USING THE JULIAN DATE
(I.E. 1145-001), NOT THE "S-001" METHOD
DESCRIBED WITHIN THE GM PROCEDURE.
- NUMBER ALL DIMENSIONS ON THE PRINT, INCLUDING
NOTES TO CORRELATE WITH THE DIMENSIONAL SUMMARY
INSPECTION SHEET. THE INSPECTION SHALL BE
CONDUCTED ON A 3 PIECE RANDOM SAMPLE FOR EACH
SHIPMENT. FOR PLASTIC INJECTED, RUBBER
INJECTED AND CASTINGS, A COMPLETE INSPECTION
IS REQUIRED ON 1 PIECE FROM EACH CAVITY OR DIE
FROM THE SAME RUN.
- IF THE PRINT REFERENCES A SPECIFICATION, A COPY

# DELPHI

## Purchase Order

| Date Issued | PO Number | Version |
|---|---|---|
| 04-Nov-2005 | 4501263759 | 01-Dec-2005 12:23:13 EST |

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI 48326

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Description | Requester |
|---|---|---|---|---|---|

*Notes Continued:*

OF THAT SPECIFICATION MUST BE INCLUDED WITH THE
SUBMISSION.
COMMON REQUIREMENTS ARE:
- ALL KEY PRODUCT CHARACTERISTICS (KPC'S AND
STARRED* DIMENSIONS) MUST BE MEASURED ON ALL
PARTS. INSPECTION RESULTS MUST BE RECORDED.
- OUT OF TOLERANCE SPECIFICATION DIMENSIONS(S)
MUST BE CIRCLED. THE SUPPLIER MUST COMPLETE
THE CORRECTIVE ACTION ON THE BACK OF THE
PROCURING DELPHI ENGINEER MUST SIGN OFF ON THE
WARRANT AND FAX IT TO THE APPROPRIATE DELPHI
ENGINEER FOR REVIEW. IF ACCEPTABLE, THE
BACK OF THE WARRANT TO ACCEPT THE DEVIATION(S)
PRIOR TO SUBMITTING THE PARTS FOR SHIPMENT.
DELPHI SAGINAW STEERING REQUIREMENTS ARE SUMMARIZED
IN A DOCUMENT TITLED "GP-11 MADE SIMPLE". THIS
DOCUMENT MAY BE OBTAINED BY CONTACTING THE NUMBER
BELOW. IF SUBMITTING A PPAP SUBMISSION IN PLACE OF
A GP-11 SUBMISSION, THE PPAP MUST INCLUDE AN APPROVED
WARRANT SIGNED BY THE CUSTOMER. YOU CANNOT SUBMIT A
PPAP SUBMISSION THAT IS "PENDING APPROVAL." IN PLACE
OF GP-11, PRODUCTION SUPPLIER MUST BE REGISTERED
WITH COVISINT. ANY NON-COMPLIANCE TO THE
REQUIREMENTS MAY RESULT IN THE ISSUANCE OF A
PROBLEM REPORT AND RESOLUTION (PR & R). WHEN GP-11
LEVEL OF CERTIFICATION IS INDICATED, THE SUPPLIER
MUST REVIEW THE STATUS OF GP-11 DOCUMENTATION WITH
THE PROTOTYPE EXPEDITOR AND OBTAIN A RELEASE BEFORE
MATERIAL IS SHIPPED. IF MATERIAL IS SHIPPED WITHOUT
PROTOTYPE APPROVAL, A PROCESSING FEE OF $500 OR THE
VALUE OF THE PURCHASE ORDER (WHICHEVER IS LESSER
AMOUNT) WILL BE ASSESSED. IN ADDITION, THE SUPPLIER
MAY BE ASSESSED TRANSPORTATION, REWORK, AND
INSPECTION EXPENSES TO MEET THE ORIGINAL REQUIREMENT
OF THE PURCHASE ORDER). DELPHI STEERING PROTOTYPE
QUALITY WILL DO A THOROUGH REVIEW OF ALL OF THE GP-11
DOCUMENTS AND MAY ISSUE A PR & R EVEN THOUGH THE
SHIPPED WITHOUT AUTHORIZED PROTOTYPE APPROVAL. THE SUPPLIER IS
EXPEDITOR AUTHORIZED THE SHIPMENT. IF MATERIAL IS
ACCEPTS RESPONSIBILITY FOR ALL TRANSPORTATION AND
INSPECTION EXPENSES REQUIRED TO MEET THE
ORIGINAL REQUIREMENT OF THE PURCHASE ORDER. IF THE
ORDER IS FOR TOOLING, THE GP-11 REQUIREMENTS ARE NOT
NECESSARY. IF YOU WOULD LIKE INFORMATION CONCERNING
THE GP-11 REQUIREMENTS, CONTACT GREG KOVOLL AT
DELPHI SAGINAW STEERING PROTOTYPE OPERATIONS
AT 989-757-3095.

Notes Continued:

TERMS AND CONDITIONS PRINTED ON THE REVERSE
SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO
TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT
VALID. DELPHI'S TERMS AND CONDITIONS CAN BE
FOUND ON THE WEB SITE LISTED BELOW. SELLER
ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE INCORPORATED IN, AND
A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER,
RELEASE, REQUISITION
INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WORK ORDER, SHIPPING
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO
THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY
REFERRED TO AS THIS "CONTRACT"). A COPY OF
BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE
AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON
UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET
COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS"
"SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER
THEN "ATTACHMENTS, FORMS, AND ADDITIONAL
INFORMATION", AND THEN "DPF SUPPLIER GUIDELINES
SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ
ATTACHMENT C GENERAL TERMS AND CONDITIONS").
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES
IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED
BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.
*TOOLS - PROPERTY OF & RIGHT TO AUDIT*.
ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE
PROCESSING OF THE PART(S) ON THIS PURCHASE ORDER ARE
PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS
SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING
REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED
TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS
COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE
TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Requester Description |
|---|---|---|---|---|

**Purchase Order**

Date Issued: 04-NOV-2005

PO Number: 4501637759

Version: 01-Dec-2005 12:23:13 EST

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS, MI 48326

DELPHI

# DELPHI

Page 1 of 1

| DYNAMIC DESIGN INC | | |
| DYNAMIC PROTO TYPE OPERATIONS | | |
| 2193 EXECUTIVE HILLS BLVD | | |
| AUBURN HILLS MI 48326 | | |

## Purchase Order

| Date Issued | PO Number | Version |
| --- | --- | --- |
| 04-Nov-2005 | 4501637S9 | |
| | | 01-Dec-2005  12:23:13 EST |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | Requestor |
| --- | --- | --- | --- | --- |
| | | | | Description |

Notes Continued.

OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC
AUTHORIZATION OF THE BUYER. *SELLER HEREBY AGREES
TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF
FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO
ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE
SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO
INSTRUCTED BY THE BUYER.* TO FACILITATE PROMPT
PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING
CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE
SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT
OF THE PARTS.  DELPHI BUYER RESERVES THE RIGHT TO
AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS
OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF
REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH
DOCUMENTATION PROMPTLY.  BUYER SHALL REIMBURSE SELLER
THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS
CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED
MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER
AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE
SUCH DOCUMENTATION PROMPTLY.  TOOLING BREAKDOWN:
WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE
PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED
COSTS.  REQUIREMENTS FOR THE BREAKDOWN ARE AS
FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE
ITEMIZED SEPARATE FROM TOOL COSTS, (2) ANY PROTOTYPE
TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN
PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION
INTENT TOOLS.  THESE TOOLS WILL BE PAID BY PRODUCTION
AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION
ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE
A COPY OF THE PROPOSED TOOLING SOURCE(S) QUOTE(S) WITH
YOUR QUOTE.  ANY DEVIATION FROM THE ABOVE
REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A
PURCHASE ORDER.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.



**DPO**

DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2133 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

Brazing
CNC Machining
CNC Foam Machining
Plastic Injection Molding
Design & Engineering

☑ SHIPPER 70580
☐ INVOICE

S
O  TO
L
D

Delphi Saginaw Steering Systems
(3PI) Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

R
E  TO
M
I
T

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| P.O. NO. | DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | B.O.# | UNITS | RELEASE# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PR414279-001 | 09/30/2005 | NET 30 | 5X095014-000 PLATE, PRESSURE | | VENDOR NUMBER 83-546-9321 | 53S52753 | 21 | | XXXXX | XXXXX |

FAXED

gm 9/30/05

PARTIAL SHIPMENT

3054

White - Accounts Payable   Canary - Office Copy   Pink - Office Copy   Gold - Dynamic Manager

www.dynamicincinc.com

Received:
Approval



**DPO**

DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326.
248.338.1100

• Prototyping
• CNC Precision Machining
• CNC EDM RAM/WIRE
• Plastic Injection Molding
• Design & Engineering

☒ SHIPPER   70581
☐ INVOICE

S O L D   T O
Delphi Saginaw Steering Systems
(3PI) Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

R E M I T   T O
DYNAMIC CORPORATION
2566 VAN OMMEN DR
HOLLAND, MI 49424

| JOB # | DATE | ITEM CODE | TERMS | PROJECT/PO # | PROJECT DESCRIPTION | P.O. # RELEASE # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 10/04/2005 | NET 30 | | PR414279 002 | SX090015-000 PLATE, THRUST | VENDOR NUMBER 83-546-3321 | S3532753 | 18 | XXXXX | XXXXX |

FINAL SHIPMENT

Received/
Approval

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

P-1203

# PURCHASE ORDER: S3S32753

PAGE 1

| | |
|---|---|
| ORDER DATE | 08/12/05 |
| ALTERATION ISSUE DATE | K HAYDEN |
| ALTERATION EFFECTIVE DATE | S20 |
| | PHONE: 989-757-0687 |
| | Buyer |
| | PURCHASING AGENT |

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

TO-
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE MEASURE | UNIT OF |
|---|---|---|---|---|---|---|---|---|---|
| | | | F.O.B. SHIPPING POINT | | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA SEE BELOW | | |
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY SHIPMENT | | | | | | | |
| 21 (a) | PR414279 001 | SX096014-000 PLATE, PRESSURE WHO ORDERED: N.PETZ/757-5067 | | | 09/07/05 | A | 0.00% | 174.0000 | EA |
| | | PUCK BLANKS TO BE SUPPLIED BY DELPHI. PLEASE SEE ROUTER FOR TIMING. | | | | | | | |
| 21 (B) | PR414279 002 | SX096015-000 PLATE, THRUST WHO ORDERED: N.PETZ/757-5067 | | | 09/07/05 | A | 0.00% | 174.0000 | EA |
| | | PUCK BLANKS TO BE SUPPLIED BY DELPHI. PLEASE SEE ROUTER FOR TIMING. | | | | | | | |

**********SHIPPING AND ROUTING INSTRUCTIONS**********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL PLANT NUMBER MUST BE ON LABEL,
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

TERMS
2ND DAY OF 2ND MONTH

RECEIVED
AUG 17 2005
By
001213   USER MELISSA L KALETA
ORIGINAL

CONTINUE PAGE 2



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

## INVOICE

| | |
|---|---|
| SHIPPER | 70584 |

| S O L D |  | Delphi Saginaw Steering Systems | R E M |  |
|---|---|---|---|---|
| T O |  | (DRI) Prototype Operations | I T |  |
|  |  | 2975 Modular Drive |  |  |
|  |  | Saginaw MI 48601-9494 |  |  |

T O

**DYNAMIC CORPORATION**
2565 VAN OMMEN DR.
HOLLAND, MI 49424

VENDOR NUMBER 63 545-3521

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT/DESCRIPTION | P.O. | RELEASE # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10/5/2005 | PR414451 001 | 261227825-02A CARRIER, BALL | NET 30 | | 53853054 | | 4. | XXXX | XXX |

FINAL SHIPMENT

FAXED

$pw$ 10-6-05

2960

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

# PURCHASE ORDER:

PAGE 1

S3S33054

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

RECEIVED
SEP 15 2005

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
(2) copies of your packing slip must accompany each shipment.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-0687 |
|---|---|
| 09/09/05 | K HAYDEN |
| ALTERATION ISSUE DATE | S20 |
| | Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | 4 (4) | PR414451 001 | ROAD MAPPED DIMENSIONS WITH GP-11 WARRANT | 26127825-02A CARRIER, BALL WHO ORDERED: J.GUTIERREZ/757-4442 | 09/28/05 | A 0.00% | 740.0000 | | EA |

F.O.B. SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

MACHINE FROM SOLID POLYPROPYLENE.
INSPECT ROADMAPPED DIMENSIONS.

*******************SHIPPING AND ROUTING INSTRUCTIONS******************
LESS THAN 150#-UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40#; OR
LESS IF PRACTICAL PLANT NUMBER MUST BE ON LABEL;
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW.

IF SHIPPING FROM---USE THESE CARRIERS:

MI,IN,IL,WI,OH                ALVAN MOTOR FRT
ON, (ONTARIO)                 U.S.F.HOLLAND
ALL OTHER STATES              CENTRAL TRANSPORT

OVER 12,000 #     ----  CALL DELPHI SAGINAW TRANSPORTA-

This order has been issued until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on its face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

ORIGINAL

CONTINUE PAGE 2

P-1910

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3P1) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

# PURCHASE ORDER:   S3S33054 001   ###

PAGE   1

### A L T E R A T I O N   ###

## PURCHASE

S3S33054

### Must appear notes

**###** A L T E R A T I O N **###**

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| IMMEDIATE | | | ### | SPOT BUY S3S33054 HAS BEEN ALTERED AS FOLLOWS ### | | | SEE BELOW | | | |
| | | | USD | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | CHANGE PMT TERMS TO "NET IMMEDIATE" | | | | | | |

F.O.B.           DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

ORDER DATE   09/09/05
ALTERATION ISSUE DATE   10/12/05
ALTERATION EFFECTIVE DATE   10/12/05

SHIP VIA   SEE BELOW

PHONE: 989-757-0687
K. HAYDEN   S20   Buyer

PURCHASING AGENT

001497   USER MELISSA L KALEYTA        ORIGINAL        LAST PAGE

RECEIVED
OCT 18 2005
By



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- DNC Precision Machining
- Design & Engineering

- Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE

| S O L D | TO | Delphi Saginaw Steering Systems (3PI) Prototype Operations 2975 Nodular Drive Saginaw, MI 48601-9494 |
| R E M | TO | DYNAMIC CORPORATION 2565 VAN OMMEN DR. HOLLAND, MI 49424 |

☒ SHIPPER  70521
☐ INVOICE

**PROJECT DESCRIPTION**

VENDOR NUMBER 83-546-9321

| PO/HOT PO# | DATE | ITEM CODE | DESCRIPTION | P.O.# | RELEASE # | | |
|---|---|---|---|---|---|---|---|
| 70521 | 08/01/2005 | NET 30 | | S3S32357 | | | |
| | | | | **UNITS** | | **UNIT PRICE** | **TOTAL** |
| PR413958 001 | | 26123467-000 TETHER, RESERVOIR CAP | | 100 | XXXXX | XXXXX | XXXXX |
| PR413958 002 | | SETUP - SET UP | | 1 | XXXXX | XXXXX | XXXXX |
| PR413958 003 | | TOOLING - TOOLING | | 1 | XXXXX | XXXXX | XXXXX |

3030

FINAL SHIPMENT

White - Accounts Payable       Canary - Office Copy      Pink - Office Copy       Gold - Dynamic Manager
www.dynamicinc.com

Received/
Approval

DELPHI SAGINAW STEERING SYSTEM

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
SAGINAW MI
48601
US

3900 HOLLAND RD.
SAGINAW MI
48601
US

**PURCHASE**
**ORDER:** S3332357

PAGE 1

ORDER DATE 06/29/05
ALTERATION ISSUE DATE

PHONE: 989-757-3404
J MIKOLEIZIK    Buyer
S 18

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

RECEIVED
JUL 05 2005
By

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / MULTIPLE MEASURE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | 2ND DAY OF 2ND MONTH | | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| 100 (100) | PR413958 001 | COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY SHIPMENT | 26123467-000 TETHER, RESERVOIR CAP WHO ORDERED: N.PETZ/757-5067 | | 07/29/05 A | 0.00% | 2.0000 | | EA |
| 1 (1) | PR413958 002 | MOLD PER PRINT | SETUP - - SET UP WHO ORDERED: N.PETZ/757-5067 | | 07/29/05 A | 0.00% | 350.0000 | | EA |
| 1 (1) | PR413958 003 | TOOLING - - TOOLING WHO ORDERED: N.PETZ/757-5067 | | | 07/29/05 A | 0.00% | 2470.0000 | | EA |

**F.O.B.**  SHIPPING POINT

**DESTINATION UNLESS OTHERWISE INDICATED**

**SHIP VIA** SEE BELOW

***********SHIPPING AND ROUTING INSTRUCTIONS***********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL.
FOR ITEMS COLLECTIVELY WEIGHING 150# - 12,000# BELOW

ORIGINAL                    CONTINUE PAGE 2                    PURCHASING AGENT

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2183 EXECUTIVE HILLS BLVD
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

☒ **Mach Document**

☒ **INVOICE**

**SHIPPER** 70526

**R E M**
**T O**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

**S O L D T O:**
Delphi Saginaw Steering Systems
(SP1) Prototype Operations
2975 Modular Drive
Saginaw MI 48601-9494

| DATE | ITEM/CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2005 | | NET 30 | | VENDOR NUMBER 83-544-9521 | 53532171 | | | | |
| | PR413782 002 | SETUP - SET UP | | | | 1 | | XX.XX | XX.XX |
| | PR413782 004 | 26128255-000 SCREEN, RESERVOIR | | | | 25 | | XX.XX | XX.XX |

FINAL SHIPMENT

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

**www.dynamicinc.com**

Received:
Approval:

# PURCHASE ORDER

PAGE 1

### ALTERATION

**PURCHASE:** S3S32171 001
### ALTERATION ###

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC.
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TERMS: 2ND DAY OF 2ND MONTH

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.)

| ORDER DATE | 06/15/05 | J MIKOLEIZIK |
| ALTERATION ISSUE DATE | 07/28/05 | S18 |
| ALTERATION EFFECTIVE | 07/28/05 | Buyer |

PHONE: 989-757-3404

### This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD. DOLLAR (UNITED STATES) | | | | | |
| (1) | 2 | PR413782 002 | ### SPOT BUY S3S32171 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | INCREASE QTY LINE ITEM 002 TO 2 FROM 1 ADD LINE ITEM 004 | | | | | |
| | | | | ### THIS ITEM HAS BEEN CHANGED ### | | | SEE BELOW A | 0.00% | 350.0000 | EA |
| | | | | SETUP - - SET UP WHO ORDERED: N.PETZ/757-5067 | | | | | |
| | | | | SHIPPING SCHEDULE LIST | | | | | |
| | | | | 2 EA | | 08/05/05 | | | |
| (2) | 25 (25) | PR413782 004 | 26128255-000 SCREEN, RESERVOIR WHO ORDERED: N.PETZ/757-5067 | ### THIS ITEM HAS BEEN ADDED ### | | 08/05/05 A | 0.00% | 19.0000 | EA |

ORIGINAL
LAST PAGE

RECEIVED AUG 01 2005 By

01448 USER MELISSA L KALEYTA



# DPO

**DYNAMIC PROTOTYPE OPERATIONS**

Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Machining
- CNC/DM RAMWIRE
- Plastic Injection Molding
- Design & Engineering

## INVOICE

**SHIPPER 70527**

| S O TO L D | Delphi Saginaw Steering Systems (SPL) Prototype Operations 2975 Nodular Drive Saginaw, MI 48601-9494 | R E M TO I T | DYNAMIC CORPORATION 2565 VAN OMMEN DR. HOLLAND, MI 49424 |

PROJECT DESCRIPTION

VENDOR NUMBER 83-548-9321

| DATE | ITEM CODE | DESCRIPTION | TERMS | PO # | UNITS | RELEASE # |
|------|-----------|-------------|-------|------|-------|-----------|
| 08/09/2005 | NET 30 | | | | | |
| PR413786 001 | SX032310-01 | AMP RETAINER, OUTER POLE | 53532165 | 12 | XXXXX | XXXXX |

| UNIT PRICE | TOTAL |
|------------|-------|
| XXXXX | XXXXX |

564
567

FINAL SHIPMENT

White - Accounts Payable        Canary - Office Copy        Pink - Office Copy        Gold - Dynamic Manager
www.dynamicincinc.com

Received/
Approval

# PURCHASE ORDER: S3S32165

PAGE 1

P-1164

| | |
|---|---|
| ORDER DATE | 06/15/05 |
| ALTERATION ISSUE DATE | S20 |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-0687
K. HAYDEN    Buyer
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|
| 12 (2) | PR413786 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY SHIPMENT | | | | | | |
| | | | SX032310-01AMP RETAINER, OUTER POLE WHO ORDERED: R.SCHULTZ/757-5997 | | 08/01/05 A | 0.00% | 47.0000 | EA | |
| | | | MACHINE FROM SOLID 6061-T6XX | | | | | | |
| | | | *********SHIPPING AND ROUTING INSTRUCTIONS********* LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# - 12,000# BELOW | | | | | | |
| | | | IF SHIPPING FROM--USE THESE CARRIERS: | | | | | | |
| | | | MI,IN,IL,WI,OH    ALVAN MOTOR FRT ON, (ONTARIO)    U.S.F.HOLLAND ALL OTHER STATES    CENTRAL TRANSPORT | | | | | | |
| | | | OVER 12,000 #  ----  CALL DELPHI SAGINAW TRANSPORTA- | | | | | | |

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

VENDOR TERMS
2ND DAY OF 2ND MONTH

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned...
On the reverse side hereof are the terms and conditions to which Seller agrees by the terms of this order...

RECEIVED
JUN 2 0 2005
USER MELISSA L KALETA
By

CONTINUE PAGE 2
ORIGINAL

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2190 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- Precision Machining
- Design & Engineering

• Prototyping
• CNC Routing
• CNC EDM RAM/WIRE

05044481 4110 COMPDISB1 TRUE 08/10/05 Venddisb 08/10/05 332.32 X Manl Document
P0190.01.1131

**INVOICE**

**SHIPPER:** 70528

□ Received/
□ Approval

White - Accounts Payable      Canary - Office Copy      Pink - Office Copy      Gold - Dynamic Manager
www.dynamicinc.com

**SOLD TO**

Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

**REMIT TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT/DESCRIPTION | PO # | RELEASE # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 08/10/2005 | PR413759-001 | 26122935-051 CAM FOLLOWER INSERT | NET 30 | VENDOR NUMBER 83-546-9321 | S3532133 | | 250 | X.XXX | X.XXX |

DFO PROJECT #

FINAL SHIPMENT

1975 0

# PURCHASE ORDER: S3S32133

PAGE 1

DELPHI SAGINAW STEERING SYS.
(3P1) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

SHIP TO:

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

ORDER DATE: 06/14/05
ALTERATION ISSUE DATE: 06/14/05
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-3404
J. MIKOLEIZIK
Buyer: S18

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable.
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PURCHASING AGENT

RECEIVED
JUN 17 2005
By

01178 USER MELISSA L KALEYTA

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | SHIP VIA | BASE UNIT PRICE | PRICE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 250 (aso) | PR413759 001 | | 2612293S-05L CAM, FOLLOWER INSERT | | 08/04/05 A | 0.00% | SEE BELOW | 79.0000 | | EA |

NET TERMS: 2ND DAY OF 2ND MONTH

F.O.B. SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY
SHIPMENT

WHO ORDERED: BEHMLANDER/757-4113

DELPHI TO SUPPLY POWDERED METAL PUCKS BY JUNE 24,
2005

*********SHIPPING AND ROUTING INSTRUCTIONS*********
LESS THAN 150#-UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL PLANT NUMBER MUST BE ON LABEL
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM--USE THESE CARRIERS:
MI,IN,IL,WI,OH          ALVAN MOTOR FRT
ON, (ONTARIO)           U.S.F. HOLLAND
ALL OTHER STATES        CENTRAL TRANSPORT

CONTINUE PAGE 2

ORIGINAL

**DYNA≡C PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

Prototyping
CNC Precision Machining
CNC/CMM RAM/WIRE

• Plastic Injection Molding
• Design & Engineering

**INVOICE**

SHIPPER · 70530

**S O L D   T O**
Delphi Saginaw Steering Systems
(SPI) Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

**R E M I T   T O**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | TERMS | PROJECT DESCRIPTION |
|---|---|---|
| 08/11/2005 | NET 30 | VENDOR NUMBER 83-848-9321 |

| DROP SHIP | ITEM/CODE | DESCRIPTION | P.O.# | UNITS | RELEASE # | |
|---|---|---|---|---|---|---|
| | | | | | UNIT PRICE | TOTAL |
| | PR413180 001 | 2612507S-044 CLIP, CONNECTOR | 53531362 | 400 | XXXX | XXXX |
| | PR413180 002 | SETUP - SET-UP | | 1 | XXXX | XXXX |

750

FINAL SHIPMENT

Received
Approved
Approval

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager

www.dynamicinc.com

# PURCHASE

PAGE 1

## ORDER: S3S31362 001

| ORDER DATE | 04/15/05 | PHONE: 989-757-3404 |
| ALTERATION ISSUE DATE | 07/29/05 | J MIKOLEIZIK |
| ALTERATION EFFECTIVE | 07/29/05 | S18 | Buyer |

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE
PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3P1) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

| PAYMENT TERMS | | |
| NET 2ND DAY OF 2ND MONTH | | |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA INDICATED |
| SHIPPING POINT | | SEE BELOW |

| REQUESTER | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | RFQ NUMBER | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001449 | (400) 900 | PR413180 001 | ### | SPOT BUY S3S31362 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD. DOLLAR (UNITED STATES) | | | | | | |
| | | | | CHANGE DUE DATE TO 08/12/05 FROM 05/04/05 | | | | | | |
| | | | | INCREASE QTY LINE ITEM 001 TO 900 FROM 500 | | | | | | |
| | | | | INCREASE QTY LINE ITEM 002 TO 2 FROM 1 | | | | | | |
| | | | ### | THIS ITEM HAS BEEN CHANGED ### | | SEE BELOW A | 0.00% | 1.0000 | | EA |
| | | | | 26125075-04A CLIP, CONNECTOR | | | | | | |
| | | | | WHO ORDERED: GUTIERREZ/757-4442 | | | | | | |
| | | | | SHIPPING SCHEDULE LIST | | | | | | |
| | | | | 08/12/05    900 EA | | | | | | |
| | (1) 2 | PR413180 002 | ### | THIS ITEM HAS BEEN CHANGED ### | | SEE BELOW A | 0.00% | 350.0000 | | EA |
| | | | | MAKE PROTOTYPE TOOL CAPABLE OF PRODUCING UP TO 1000 PARTS | | | | | | |
| | | | | SETUP - SET-UP | | | | | | |
| | | | | WHO ORDERED: GUTIERREZ/757-4442 | | | | | | |
| | | | | SHIPPING SCHEDULE LIST | | | | | | |
| | | | | 08/12/05    2 EA | | | | | | |

USER MELISSA L KALEYTA

ORIGINAL

LAST PAGE

PURCHASING AGENT

RECEIVED
AUG 05 2005
BY

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.

If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

08-44481

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**

Division of Dynamic Corporation

2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

Prototyping
CNC Precision Machining
CNC/DM RAM/WIRE

• Plastic Injection Molding
• Design & Engineering

## INVOICE

| SHIPPER | 70532 | | PROJECT DESCRIPTION | | | | |
|---------|-------|--|---------------------|--|--|--|--|

S O L D  T O
Delphi Saginaw Steering Systems
(3P1) Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

VENDOR NUMBER 83-546-9321

R E M I T  T O

**DYNAMIC CORPORATION**
**2565 VAN OMMEN DR.**
**HOLLAND, MI 49424**

| DPO PROJECT | DATE | ITEM CODE | TERMS | DESCRIPTION | P.O. # | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|-------------|------|-----------|-------|-------------|--------|-------|-----------|------------|-------|
| PR414099 001 | 08/17/2005 | | NET 30 | 26123887-000 YOKE, TORSION JOINT | 5353253 6 | 3. | | X.XXXX | XX.XX |

FINAL SHIPMENT

$1260

Received
Approval

White - Accounts Payable   Canary - Office Copy   Pink - Office Copy   Gold - Dynamic Manager
www.dynamicinc.com

# PURCHASE

PAGE 1

## ORDER: S3S32536 001

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | SHIP VIA |
| --- | --- |
| 07/25/05 | SEE BELOW |
| ALTERATION ISSUE DATE | PHONE: 989-757-0687 |
| 07/28/05 | K HAYDEN |
| ALTERATION EFFECTIVE | S20          Buyer |
| 07/28/05 | PURCHASING AGENT |

VENDOR NUMBER 83-546-9321

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

to: DYNAMIC DESIGN INC

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number Is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

MEN TERMS
2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTIPLE(MEASUR) | UNIT OF |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 (3) | PR414099 001 | ### SPOT BUY S3S32536 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | |
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | CORRECT PRICE TO $420 PER ORIGINAL QUOTE | | | | | | | |
| | | ### THIS ITEM HAS BEEN CHANGED ### | | 08/03/05 | B | 0.00% | 420.0000 | EA | |
| | | 26123887-000 YOKE, TORSION JOINT WHO ORDERED: L.BATTEN/757-9007 | | | | | | | |
| | | MACHINE FROM SOLID. MATERIAL QUOTED WAS 1018 MATERIAL. | | | | | | | |

F.O.B.
SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

001448   USER MELISSA L KALEYTA                    ORIGINAL                    LAST PAGE

RECEIVED
AUG 01 2005
By

**DPO**

DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.388.1100

- Prototyping
- CNC Precision Machining
- CNC EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

**INVOICE**

SHIPPER 76533

| | |
|---|---|
| S O L D | T O |

Delphi Saginaw Steering Systems
SPI: Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

| | |
|---|---|
| R E M I T | T O |

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DPO PROJECT # | DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO# | UNITS | RELEASE # | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PR413744.003 | 08/17/2005 | NET 30 | JACKET UPPER | | VENDOR NUMBER 83-546-9821 | 53532145 | 30 | | XXX | XXXX |

PARTIAL SHIPMENT

1620

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager

www.dynamicinc.com

Received/
Approval

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2195 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.333.1100

- Production
- Precision Machining
- CNC/EDM RAM/WIRE

- Plastic Injection Molding
- Design & Engineering

## INVOICE

| S O L D | TO | Delphi Saginaw Steering Systems<br>(3PI) Prototype Operations<br>2975 Nodular Drive<br>Saginaw, MI 48601-9494 |
| --- | --- | --- |

| R E M | TO | DYNAMIC CORPORATION<br>2565 VAN OMMEN DR.<br>HOLLAND, MI 49424 |
| --- | --- | --- |

**SHIPPER** 70541

| DPO PROJECT# | DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | P.O.# | UNITS | UNIT PRICE | RELEASE # | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 03/31/2005 | | | NET 30 | VENDOR NUMBER 93-643-9321 | S3532145 | | | | |
| | | PR413744 003 | JACKET UPPER | | | | 45 | X,XXX | | X,XXX |
| | | PR413744 004 | TOOLING - MODIFY TOOLING | | | | 1 | X,XXX | | X,XXX |
| | | PR413744 005 | 26117842-08A UPPER JACKET | | | | 75 | X,XXX | | X,XXX |

FINAL SHIPMENT

7680

Received/
Approval

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager
www.dynamicincinc.com

# PURCHASE ORDER:

**PAGE** 1

S3S32145 003

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-0687 |
| --- | --- |
| 06/14/05 | K. HAYDEN |
| ALTERATION ISSUE DATE | S20          Buyer |
| 08/08/05 | |
| ALTERATION EFFECTIVE | |
| 08/08/05 | PURCHASING AGENT |

VENDOR NUMBER 83-546-9321

TO:
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
(2975) NODULAR DR
SAGINAW MI
48601

US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

TERMS: NET 2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OR MULTIPLE MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 75 (30) (45) | PR413744 003 | ### SPOT BUY S3S32145 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | INCREASE QTY LINE ITEM 003 TO 75 FROM 60 | | 08/08/05 | A | 54.0000 | Pc |
| | | ### THIS ITEM HAS BEEN CHANGED ### | | | | | |
| | | JACKET UPPER WHO ORDERED: J.DUPERON/757-3196 | | | | | |

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

RECEIVED
AUG 1 1 2005
By

P-1185

# PURCHASE

## ORDER:  S3S32145  002

PAGE 1

**ALTERATION ###**

### A L T E R A T I O N ###

| | |
|---|---|
| ORDER DATE | 06/14/05 |
| ALTERATION ISSUE DATE | 07/25/05 |
| ALTERATION EFFECTIVE | 07/25/05 |

PHONE: 989-757-0687
K HAYDEN  Buyer
S20

###### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
###### (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
###### Invoice Attn: Accounts Payable
###### Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**TO:**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

**SHIP TO:**

DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

**INVOICE TO:**

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

###### This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
###### On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. (If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ### TERMS ### | ### F.O.B. ### | ### SHIP VIA ### |
|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW |

PURCHASING AGENT

USER MELISSA L KALEYTA

| ITEM NUMBER | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF/MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | 1 (1) | PR413744 004 | | ### SPOT BUY S3S32145 HAS BEEN ALTERED AS FOLLOWS ### | | 08/08/05 A | 0.00% | 1200.0000 | Pc |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | ADD LINE ITEM 004 | | | | | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| | | | | TOOLING - MODIFY TOOLING WHO ORDERED: J.DUPERON/757-3196 | | | | | |

RECEIVED JUL 28 2005

By _____

ORIGINAL

LAST PAGE

# PURCHASE ORDER:

PAGE 1

### A L T E R A T I O N ###

S3S32145 004

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 06/14/05 |
| ALTERATION ISSUE DATE | 08/18/05 |
| ALTERATION EFFECTIVE DATE | 08/18/05 |
| SHIP VIA | SEE BELOW |

PHONE: 989-757-0687
K HAYDEN    Buyer
S20

PURCHASING AGENT

---

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**TO:**
VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

---

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/MEASURE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND. DAY OF 2ND MONTH | 75 (15) | PR413744 005 | ### SPOT BUY S3S32145 | ### SPOT BUY S3S32145 HAS BEEN ALTERED AS FOLLOWS ### | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | | 08/29/05 A | 0.00% | 54.0000 | | PC |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

LINE ITEM 003 - OF TOTAL 75 PCS DUE
10 PCS DUE 08/16/05 AT REV LEVEL 07A
BALANCE OF 65 PCS DUE 8/23/05 AT REV LEVEL 08A
ADD LINE ITEM 005

### THIS ITEM HAS BEEN ADDED ###

26117842-08A UPPER JACKET
WHO ORDERED: J.DUPERON/757-3196

This order is not binding until complete Acceptance should be returned to Buyer.
On the reverse side hereof are the terms and conditions by which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

---

RECEIVED
AUG 26 2005
By

001461    USER MELISSA L KALEYTA

ORIGINAL

LAST PAGE

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

• Plastic Injection Molding
• Design & Engineering

Prototype –
GM/Ford Precision Machining
CNC/DM RAM/WIRE

## INVOICE

| SHIPPER | | | |
|---|---|---|---|
| 70534 | | | |

**S O L D TO**
Delphi Saginaw Steering Systems
3P1y Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

**R E M I T TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

| DATE | ITEM CODE | DESCRIPTION | TERMS | PROJECT DESCRIPTION | PO# | RELEASE# | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 08/18/2005 | PR414168 001 | 26128429-000MP SHAFT SHIFT ACTUATOR | NET 30 | VENDOR NUMBER 80-545-9321 | 53332632 | | 25 | XXXX | XXXX |

PARTIAL SHIPMENT

8500

White - Accounts Payable     Canary - Office Copy     Pink - Office Copy     Gold - Dynamic Manager
www.dynamicinc.com

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- CNC Precision Machining
- Design & Engineering
- Stamping
- CNC/DM RAM/WIRE

☒ SHIPPER 70545
☐ INVOICE

**REMIT TO**

DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

**SHIP TO**

Delphi Saginaw Steering Systems
3P1: Prototype Operations
2975 Nodular Drive
Saginaw, MI 48601-9494

| DATE | TERMS | PROJECT DESCRIPTION | | | |
|---|---|---|---|---|---|
| 08/31/2005 | NET 30 | VENDOR NUMBER 83-546-9321 | | | |

| ITEM CODE | DESCRIPTION | PO# | UNITS | RELEASE# | |
|---|---|---|---|---|---|
| PR414168 001 | 26128429-060MP SHAFT, SHIFT ACTUATOR | S35325532 | 7 | | |

| | | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | | | XXXX | XXXX |

FINAL SHIPMENT

2380

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

# PURCHASE

## ORDER: S3S32632 001

### # # # A L T E R A T I O N # # #

PAGE   1

| | |
|---|---|
| ORDER DATE | 08/03/05 |
| ALTERATION ISSUE DATE | 08/10/05 |
| ALTERATION EFFECTIVE DATE | 08/10/05 |

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of or Express Shipments or Insure Parcel
Post.

PHONE: 989-757-0687
K HAYDEN
S20          Buyer

PURCHASING AGENT

VENDOR NUMBER 83-546-9321

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD
SAGINAW MI
48601

DYNAMIC DESIGN INC.
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO: (3PI) PROTOTYPE OPERATIONS
DELPHI SAGINAW STEERING SYS.
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO: 3900 HOLLAND RD.
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
SAGINAW MI
48601
US

| ITEM/LINE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 001455 | 32. (25) (1) | PR414168 001 | SPOT BUY S3S32632 HAS BEEN ALTERED AS FOLLOWS # # # | | | 0.00% | | | |

### # # #

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

INCREASE QTY TO 32 FROM 20
CHANGE DUE DATE TO 8/22/05 FROM 8/10/05

### # # # THIS ITEM HAS BEEN CHANGED   # # #
                                    SEE BELOW A
26128429-000MP SHAFT, SHIFT ACTUATOR
MACHINE FROM SOLID, AZ31B MAGNESIUM MATERAIL
WHO ORDERED: J.GUTIERREZ/7-4442

SHIPPING SCHEDULE LIST
.08/22/05        32  EA

340.0000        EA

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA
SEE BELOW

TERMS
E TO 2ND DAY OF 2ND MONTH

RECEIVED
AUG 15 2005

By

USER MELISSA L KALEYTA

ORIGINAL          LAST PAGE



# DPO
## DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- EDM RAM/WIRE
- Plastic Injection Molding
- Design & Engineering

**SHIPPER** 70537

**INVOICE**

| S O L D  T O | Delphi Saginaw Steering Systems (3PI) Prototype Operations 2975 Modular Drive Saginaw, MI 48601-9494 |
|---|---|

| R E M I T  T O | **DYNAMIC CORPORATION** 2565 VAN OMMEN DR. HOLLAND, MI 49424 |
|---|---|

| DPO# | PROJECT# | DATE | ITEM CODE | DESCRIPTION | TERMS | PO# | UNITS | RELEASE# | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | PR414178 001 | 08/23/2005 | | 26528156-000 SPACER LEVER | NET 30 | 53532617 | 1 | | XXXX | XXXX |

PROJECT DESCRIPTION: VENDOR NUMBER 83-546-9931

*(handwritten)* 1960

Received Approval
Approval

# PURCHASE ORDER: S3S32617

PAGE 1

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3P1) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ORDER ISSUE DATE | PHONE: 989-757-0687 |
|---|---|---|
| 08/01/05 | K. HAYDEN | |
| ALTERATION EFFECTIVE DATE | S20 | Buyer |
| | | PURCHASING AGENT |

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE - UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 4 (+) | PR414178 001 | | | | | SEE BELOW | | |

F.O.B. SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

26128156-000 SPACER, LEVER
WHO ORDERED: J.BORDERS/757-3991          08/15/05   A   0.00%          490.0000   EA

ENGINEERING CONTROLLED - NO INSPECTION REQUIRED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

CAD FILE AVAILABLE UPON REQUEST

*************SHIPPING AND ROUTING INSTRUCTIONS*************
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL,
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000#:BELOW

IF SHIPPING FROM--USE THESE CARRIERS:

MI,IN,IL,WI,OH          ALVAN MOTOR FRT
ON, (ONTARIO)          U.S.F.HOLLAND
ALL OTHER STATES          CENTRAL TRANSPORT

OVER 12,000 #  - - -  CALL DELPHI SAGINAW TRANSPORTA-
TION DEPARTMENT FOR CARRIER DESIGNATION

RECEIVED
AUG 25 2005
By

USER MELISSA L KALETTA

ORIGINAL

CONTINUE PAGE 2

**DPO**

DYNAMIC PROTOTYPE OPERATIONS
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Machining
- CNC/EDM Precision Machining
- CNC EDM RAM/WIRE

- Plastic Injection Molding
- Design & Engineering

**INVOICE**

SHIPPER 70538

| S O L D | TO | Delphi Saginaw Steering Systems<br>SPI Prototype Operations<br>2975 Modular Drive<br>Saginaw, MI 48601-9494 | S H I P | M E | TO | DYNAMIC CORPORATION<br>2565 VAN OMMEN DR.<br>HOLLAND, MI 49424 |
|---|---|---|---|---|---|---|

VENDOR NUMBER 53-546-5331

| DPO PROJECT # | DATE | ITEM CODE | TERMS | DESCRIPTION | P.O. # | UNITS | UNIT PRICE | RELEASE # | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 08/23/2005 | | NET 30 | | 53531982 | | | | |
| PR413691 001 | | SET UP | | | | 1 | X.XXX | | X.XXX |
| PR413691 003 | | 26125933-000 RESERVOIR BODY | | | | 50 | X.XX | | XX.XX |
| PR413691.004 | | 26125934-000 RESERVOIR PLATE | | | | 50 | XX.XX | | X.XXX |
| | | | | | | | | | 1600 |

Required/
Approval

White - Accounts Payable    Canary - Office Copy    Pink - Office Copy    Gold - Dynamic Manager
www.dynamicinc.com

01457    USER MELISSA L KALEYTA

ORIGINAL

# PURCHASE ORDER: S3S31982 003

PAGE 1

VENDOR NUMBER 83-546-9321

DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

### ORDER: ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE |
|---|---|---|
| 06/03/05 | 08/12/05 | 08/12/05 |

PHONE: 989-757-3404
J. MIKOLEIZIK
S18    Buyer

| PAYMENT TERMS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT/ PRICE | PRICE/ MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | F.O.B.  SHIPPING POINT | | | | | |
| | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | |
| | | RFQ NUMBER | SEE BELOW | | | | | |
| | | SHIP VIA  SEE BELOW | | | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

### SPOT BUY S3S31982 HAS BEEN ALTERED AS FOLLOWS ###

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | | | | | |
|---|---|---|---|---|---|---|
| 2 (2) | PR413691 001 | INCREASE QTY AS FOLLOWS & CHANGE DUE DATE TO 08/26/05 | | 08/26/05 | 0.00% | 350.0000 EA |

FROM 07/11/05
LINE ITEM 001 TO 4 FROM 2
LINE ITEM 003 TO 125 FROM 75
LINE ITEM 004 TO 125 FROM 75

| 4 (4) | PR413691 001 | ### THIS ITEM HAS BEEN CHANGED ### | | SEE BELOW A | 0.00% | | | EA |

SET UP
WHO ORDERED: PETZ 989 7575067
SHIPPING SCHEDULE LIST
4 EA

| 50 +25 (JD) | PR413691 003 | ### THIS ITEM HAS BEEN CHANGED ### | | SEE BELOW A | 0.00% | | | EA |

26125933-000 RESERVOIR BODY
WHO ORDERED: PETZ 989 7575067

PRINT TO FOLLOW AT A LATER DATE

CONTINUE PAGE 2

PURCHASING AGENT

# PURCHASE

## ORDER: S3S31982 003

PAGE 2

### A L T E R A T I O N ###

| ORDER DATE | 06/03/05 |
| ALTERATION ISSUE DATE | 08/12/05 |
| ALTERATION EFFECTIVE DATE | 08/12/05 |

PHONE: 989-757-3404
J MIKOLEIZIK
S18    Buyer

### ### A L T E R A T I O N ###
This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| VENDOR NUMBER TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 50 125 (5a) | PR413691 004 | 26125934-000 RESERVOIR PLATE | SHIPPING SCHEDULE LIST 08/26/05  125 EA | SEE BELOW A | 0.00% | 9.0000 | EA |
| | | | | WHO ORDERED: PETZ 989 7575067 | | | | |
| | | | | PRINT TO FOLLOW AT A LATER DATE | | | | |
| | | | | SHIPPING SCHEDULE LIST 08/26/05  125 EA | | | | |

### ### THIS ITEM HAS BEEN CHANGED ### ###

F.O.B.: SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be exercised on an acknowledgment copy which should be returned to Seller.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PURCHASING AGENT

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2939 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Prototyping
- CNC Precision Machining
- Plastic Injection Molding
- Design & Engineering

**INVOICE**

SHIPPER 70539

| S O L D | TO | Delphi Saginaw Steering Systems |
| D | | (DPI) Prototype Operations |
| | | 2975 Modular Drive |
| | | Saginaw MI 48601-0494 |

| R E M | TO | DYNAMIC CORPORATION |
| I T | | 2565 VAN OMMEN DR. |
| | | HOLLAND, MI 49424 |

VENDOR NUMBER 83-545-9321

| DATE | ITEM CODE | TERMS | PROJECT DESCRIPTION | PO # | RELEASE # |
|---|---|---|---|---|---|
| 08/23/2005 | | NET 30 | | 5595-2767 | |

| ITEM CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| R414266.001 | 2513980-291 M/P HOUSING, COL LOCK | 8 | XXXX | XXXX |

FINAL SHIPMENT

2160

PROJECT #

White – Accounts Payable    Canary – Office Copy    Pink – Office Copy    Gold – Dynamic Manager
www.dynamicinc.com

Received/
Approval

# PURCHASE ORDER: S3S32787

PAGE 1

DELPHI SAGINAW STEERING SYS.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 08/16/05 |
| ALTERATION ISSUE DATE | S20 |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-0687
K HAYDEN

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE / UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 001215 | 2ND DAY OF 2ND MONTH | 8 | PR414266 001 | | | 08/25/05 | A 0.00% | 270.0000 | EA |

This order is listed in the following currency USD DOLLAR (UNITED STATES)

ROAD MAPPED DIMENSIONS WITH GP-11 WARRANT

26113980-29JMP HOUSING, COL LOCK
WHO ORDERED: GUTIERREZ/757-4442

REMOVE MATERIAL TO SUPPLIED MAGNESIUM 26113980: HSG
PER ROADMAPPED PRINT

*********SHIPPING AND ROUTING INSTRUCTIONS*********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS:NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH:NO MORE THAN 40# OR
LESS IF PRACTICAL;PLANT NUMBER MUST BE ON LABEL;
FOR ITEMS COLLECTIVELY WEIGHING 150# - 12,000#:BELOW

IF SHIPPING FROM--USE THESE CARRIERS:
MI,IN,IL,WI,OH
ON,(ONTARIO)             ALVAN MOTOR FRT
ALL OTHER STATES         U.S.F.HOLLAND
                         CENTRAL TRANSPORT
OVER 12,000 #  ----  CALL DELPHI SAGINAW TRANSPORTA

CONTINUE PAGE 2

ORIGINAL

SMN103 01/15/2003

# DPO

**DYNAMIC PROTOTYPE OPERATIONS**
Division of Dynamic Corporation
2193 EXECUTIVE HILLS BLVD.
AUBURN HILLS, MI 48326
248.338.1100

- Plastic Injection Molding
- CNC Machining
- CNC Precision Machining
- Design & Engineering
- CNC EDM RAM/WIRE

## INVOICE

SHIPPER  70542

**SHIP TO / SOLD TO:**
Delphi Saginaw Steering Systems
SPI Prototype Operations
2975 Modular Drive
Saginaw, MI 48601-9494

**REMIT TO:**
DYNAMIC CORPORATION
2565 VAN OMMEN DR.
HOLLAND, MI 49424

PROJECT DESCRIPTION: VENDOR NUMBER 83-546-9321

| DATE | TERMS |
|---|---|
| 08/31/2005 | NET 30 |

| ITEM CODE | DESCRIPTION | PO # / RELEASE # | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| PR414042 001 | NPN - SET UP CHARGE | S3S32432 | 1 | X.XXX | X.XX |
| PR414042 002 | NPN-000 PROTOTYPE TOOLING FOR SX095482 | | 1 | X.XXX | X.XXX |
| PR414042 003 | SX095482 - BUSHING INJECTED | | 100 | X.XXX | X.XXX |

FINAL SHIPMENT

Total: 10640

White - Accounts Payable   Canary - Office Copy   Pink - Office Copy   Gold - Dynamic Manager
www.dynamicinc.com

Received/Approval

P-1182

DELPHI SAGINAW STEERING SYSTEM

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

# PURCHASE ORDER: S3S32432

PAGE 1

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel Post.

| ORDER DATE | 07/01/05 |
| ALTERATION ISSUE DATE | S18 |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-3404
J MIKOLEIZIK    Buyer

PURCHASING AGENT

| ITEM QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | SHIPPING POINT | | | SHIP VIA SEE BELOW | | |
| 1 (1) | PR414042 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| 1 (1) | PR414042 002 | ROAD MAPPED DIMENSIONS WITH GP-11 WARRANT | | | 07/28/05 A | 0.00% | 350.0000 | EA |
| | | NPN - SET UP CHARGE WHO ORDERED: GUTIERREZ/757-4442 | | | 07/28/05 A | 0.00% | | |
| 1 (1) | PR414042 003 | NPN-000 PROTOTYPE TOOLING FOR SX095482 BUSHING WHO ORDERED: GUTIERREZ/757-4442 | | | 07/28/05 A | 0.00% | 9890.0000 | EA |
| | | MAKE A SINGLE CAVITY PROTOTYPE MOLD CAPABLE OF PRODUCING 2000 PARTS | | | | | | |
| 100 (100) | | SX095482- - BUSHING INJECTED WHO ORDERED: GUTIERREZ/757-4442 | | | | 0.00% | 4.0000 | EA |
| | | SUPPLIER TO QUOTE FROM CAD MODEL POSTED ON DELPHI SUPPLIER FTP SITE | | | | | | |
| | | ***********SHIPPING AND ROUTING INSTRUCTIONS*********** LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT | | | | | | |

2ND DAY OF 2ND MONTH

TERMS

RECEIVED
JUL 2 2 2005
By

101191    USER MELISSA   KALEYTA

ORIGINAL

# PURCHASE ORDER

PAGE 2

S3S32432

ORDER DATE 07/01/05

PHONE: 989-757-3404

J MIKOLEIZIK
Buyer

S18

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips.
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

TERMS: 2ND DAY OF 2ND MONTH

F.O.B.: SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

| ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MEASURE / MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|
| | | INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | | | | |
| | | IF SHIPPING FROM--USE THESE CARRIERS: | | | | | |
| | | MI,IN,IL,WI,OH | ALVAN MOTOR FRT | | | | |
| | | ON, (ONTARIO) | U.S. F.HOLLAND | | | | |
| | | ALL OTHER STATES | CENTRAL TRANSPORT | | | | |
| | | OVER 12,000 # | | | | | |
| | | CALL DELPHI SAGINAW TRANSPORTA- TION DEPARTMENT FOR CARRIER DESIGNATION (989)757-3509 OR (989)757-3510 | | | | | |
| | | LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER WITH DETAILED EXPLANATION. | | | | | |
| | | THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES (DO NOT SEND INVOICES). DELPHI-S WILL GENERATE PAYMENT TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAY MENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: | | | | | |

# PURCHASE ORDER: S3S32432

PAGE 3

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 07/01/05 | |
| ALTERATION EFFECTIVE DATE | J  MIKOLEIZIK |
| | S18 |

PHONE: 989-757-3404
Buyer

PURCHASING AGENT

| MER TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | F.O.B. SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | | SEE BELOW | | | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

1.  ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURC
HASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION
VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PUR-
CHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON
THE FAX OR LETTER.
2.  THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER
NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN
WITH SHIPMENTS.
3.  THE UNIT OF MEASURE ON THE ORDER.
2ND MONTH AFTER RECEIPT OF GOODS, COPIES SHOULD BE
MAILED TO THE "WHO ORDERED" PERSON AND THE "DELIVER
TO" PERSON REFERENCED ON THE ORDER.
3.  THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE UNIT OF MEASURE.
4.  DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON
RECEIPT RECORDS.
5.  WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6.  IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
7.  IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR

# PURCHASE ORDER: S3S32432

PAGE 4

| | |
|---|---|
| ORDER DATE | 07/01/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

J MIKOLEIZIK   S18
PHONE: 989-757-3404
Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTOTYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

| MET | TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2ND DAY OF 2ND MONTH | | | | F.O.B. SHIPPING POINT | | | | SHIP VIA SEE BELOW | | | |

DESTINATION UNLESS OTHERWISE INDICATED

COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
******************************************************
EAG DISBURSEMENTS  PHONE (248) 874-4636
******************************************************
IF IT BECOMES NECESSARY TO "BILL TO" EAG DISBURSEMENT
ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN
DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224.
MICHIGAN PAY PERMIT ME3800440. NY. DP00036.
ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE
WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11.
GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND
MANDATORY FOR THIS ORDER./ RELEASE. FOR FURTHER
INFORMATION CONTACT TROY ROHN AT (989) 757-3095.

ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO
THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11
"FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE &
PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING
HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER
FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING
CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL
"B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL
CERTIFICATION, INSPECTION SUMMARY AND PART NUMBER/
REV LEVEL AND JULIAN DATE SERIALIZATION);
- MATERIAL CERTIFICATION(S) TO ACCOMPANY THE

This order is not binding until accepted. Acceptance should be restricted to acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, the terms and conditions on the reverse side hereof, and any other agreement between Buyer and Seller and no other agreement in any way modifying this order or said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's industrial representatives.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

ORIGINAL

001191  USER MELISSA L KALEYTA

# PURCHASE

## ORDER: S3S32432

PAGE 5

| | |
|---|---|
| ORDER DATE | 07/01/05 |
| ALTERATION ISSUE DATE | J MIKOLEIZIK |
| | S18 |
| | Buyer |

PHONE: 989-757-3404

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

US

| USER MELISSA L KALEYTA | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TERMS** | **QUANTITY ORDERED** | **ITEM IDENTIFICATION NO.** | **NOUN NAME** | **DESCRIPTION** | **RFQ NUMBER** | **DATE REQUIRED** | **TAX CODE/ %** | **SHIP VIA** | **BASE UNIT PRICE** | **PRICE MULTIPLE / UNIT OF MEASURE** |
| 2ND DAY OF 2ND MONTH | | | | | | | | SEE BELOW | | |

F.O.B. SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED
ALTERATION EFFECTIVE DATE
PURCHASING AGENT

SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.
- EACH PART REQUIRES THE PART NUMBER, REVISION
LEVEL AND SERIALIZATION USING THE JULIAN DATE
(I.E. 1145-001), NOT THE "S-001" METHOD
DESCRIBED WITHIN THE GM PROCEDURE.
- NUMBER ALL DIMENSIONS ON THE PRINT, INCLUDING
NOTES TO CORRELATE WITH THE DIMENSIONAL SUMMARY
INSPECTION SHEET. THE INSPECTION SHALL BE
CONDUCTED ON A 3 PIECE RANDOM SAMPLE FOR EACH
SHIPMENT. FOR PLASTIC INJECTED, RUBBER
INJECTED AND CASTINGS, A COMPLETE INSPECTION
IS REQUIRED ON 1 PIECE FROM EACH CAVITY OR DIE
FROM THE SAME RUN.
- IF THE PRINT REFERENCES A SPECIFICATION, A COPY
OF THAT SPECIFICATION MUST BE INCLUDED WITH THE
SUBMISSION.
COMMON REQUIREMENTS ARE:
- ALL KEY PRODUCT CHARACTERISTICS (KPC'S AND
STARRED* DIMENSIONS) MUST BE MEASURED ON ALL
PARTS.
- INSPECTION RESULTS MUST BE RECORDED.
- OUT OF TOLERANCE SPECIFICATION DIMENSION(S)
MUST BE CIRCLED. THE SUPPLIER MUST COMPLETE
THE CORRECTIVE ACTION ON THE BACK OF THE
WARRANT AND FAX IT TO THE APPROPRIATE DELPHI
ENGINEER FOR REVIEW. IF ACCEPTABLE, THE
PROCURING DELPHI ENGINEER MUST SIGN OFF ON THE

ORIGINAL

CONTINUE PAGE

001191  ET USER MELISSA L KALEYTA

# PURCHASE ORDER: S3S32432

PAGE 6

**SHIP TO:** DELPHI SAGINAW STEERING SYS. (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

**INVOICE TO:** DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 07/01/05 | | |

PHONE: 989-757-3404
J MIKOLEIZIK   S18   Buyer

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| MFG / TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | BACK OF THE WARRANT TO ACCEPT THE DEVIATION(S) PRIOR TO SUBMITTING THE PARTS FOR SHIPMENT. DELPHI SAGINAW STEERING REQUIREMENTS ARE SUMMARIZED IN A DOCUMENT TITLED "GP-11 MADE SIMPLE". THIS DOCUMENT MAY BE OBTAINED BY CONTACTING THE NUMBER BELOW. IF SUBMITTING A PPAP SUBMISSION IN PLACE OF A GP-11 SUBMISSION, THE PPAP MUST INCLUDE AN APPROVED WARRANT SIGNED BY THE CUSTOMER. YOU CANNOT SUBMIT A PPAP SUBMISSION THAT IS "PENDING APPROVAL" IN PLACE OF GP-11. PRODUCTION SUPPLIER MUST BE REGISTERED WITH COVISINT. ANY NON-COMPLIANCE TO THE REQUIREMENTS MAY RESULT IN THE ISSUANCE OF THE PROBLEM REPORT AND RESOLUTION (PR & R). WHEN GP-11 LEVEL OF CERTIFICATION IS INDICATED, THE SUPPLIER MUST REVIEW THE STATUS OF GP-11 DOCUMENTATION WITH THE PROTOTYPE EXPEDITOR AND OBTAIN A RELEASE BEFORE MATERIAL IS SHIPPED. IF MATERIAL IS SHIPPED WITHOUT PROTOTYPE APPROVAL, A PROCESSING FEE OF $500 OR THE VALUE OF THE PURCHASE ORDER (WHICHEVER IS LESSER AMOUNT) WILL BE ASSESSED. IN ADDITION, THE SUPPLIER MAY BE ASSESSED TRANSPORTATION, REWORK, AND INSPECTION EXPENSES TO MEET THE ORIGINAL REQUIREMENT OF THE PURCHASE ORDER). DELPHI STEERING PROTOTYPE QUALITY WILL DO A THOROUGH REVIEW OF ALL OF THE GP-11 DOCUMENTS AND MAY ISSUE A PR & R EVEN THOUGH THE EXPEDITOR AUTHORIZED THE SHIPMENT. IF MATERIAL IS | | | | | |

**SHIP VIA** SEE BELOW

**F.O.B.** SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

ORIGINAL

CONTINUE PAGE   7

# PURCHASE ORDER

PAGE 7

**ORDER:** S3S32432

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-3404 |
| 07/01/05 | J MIKOLEIZIK |
| ALTERATION ISSUE DATE | S18 Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO: VENDOR NUMBER 83-546-9321
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This order is not binding until accepted Acceptance should be executed on acknowledgement copy which should be returned at once.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. These terms after, including the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms will be binding upon the buyer unless made in writing and signed by buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

SHIPPED WITHOUT PROTOTYPE APPROVAL, THE SUPPLIER ACCEPTS RESPONSIBILITY FOR ALL TRANSPORTATION AND INSPECTION EXPENSES REQUIRED TO MEET THE ORIGINAL REQUIREMENT OF THE PURCHASE ORDER. THIS ORDER IS FOR TOOLING. THE GP-11 REQUIREMENTS ARE NOT NECESSARY. IF YOU WOULD LIKE INFORMATION CONCERNING THE GP-11 REQUIREMENTS, CONTACT GREG ROVOLL AT DELPHI SAGINAW STEERING PROTOTYPE OPERATIONS AT 989-757-3095.

TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THE PURCHASE ORDER AND THE REFERENCE TERMS AND CONDITIONS DATED JANUARY, 2001 ARE VALID. DELPHI'S TERMS AND CONDITIONS CAN BE FOUND ON THE WEB SITE LISTED BELOW. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT    SEE BELOW

**PAYMENT TERMS** 2ND DAY OF 2ND MONTH

TO: USER MELISSA L KALEYTA

ORIGINAL

CONTINUE PAGE 8

001191

# PURCHASE ORDER: S3S32432

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 07/01/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-3404
J. MIKOLEIZIK
S18
Buyer

PURCHASING AGENT

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown hereon, Additional Terms and Conditions Attached Hereto Apply.

| TERMS | 2ND DAY OF 2ND MONTH |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT or MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE
UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET
AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON
"SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER
COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS"
THEN "ATTACHMENTS, FORMS, AND ADDITIONAL
INFORMATION" AND THEN "DGP SUPPLIER GUIDELINES
ATTACHMENT C, GENERAL TERMS AND CONDITIONS").
SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ
AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES
IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED
BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

*TOOLS - PROPERTY OF & RIGHT TO AUDIT*
ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE
PROCESSING OF THE PARTS(S) ON THIS PURCHASE ORDER ARE
PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS

ORIGINAL

CONTINUE PAGE 9

001191  USER MELISSA L KALETA

# PURCHASE ORDER: S3S32432

PAGE 9

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER 83-546-9321**
DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326
US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3P1) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | |
|---|---|---|
| 07/01/05 | | |
| ALTERATION ISSUE DATE | PHONE: 989-757-3404 | |
| | J MIKOLEIZIK | |
| | S18 | |
| ALTERATION EFFECTIVE DATE | Buyer | PURCHASING AGENT |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE/MULTIPLE MEASUR | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|

MEET TERMS 2ND DAY OF 2ND MONTH

F.O.B. SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA SEE BELOW

USER MELISSA L KALEYTA

SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING
REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED
TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS
COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE
TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED
OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC
AUTHORIZATION OF THE BUYER. "SELLER HEREBY AGREES
TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF
FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO
ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE
SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO
INSTRUCTED BY THE BUYER." TO FACILITATE PROMPT
PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING
CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE
SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT
OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO
AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS
OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF
REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH
DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER
THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS
CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED
MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER
AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE
SUCH DOCUMENTATION PROMPTLY. TOOLING BREAKDOWN:
WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE

ORIGINAL

# PURCHASE ORDER:

PAGE 10

**PURCHASE ORDER:** S3S32432

VENDOR NUMBER 83-546-9321

DYNAMIC DESIGN INC
DYNAMIC PROTO TYPE OPERATIONS
2193 EXECUTIVE HILLS BLVD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

PHONE: 989-757-3404
J MIKOLEIZIK   S18
Buyer

ORDER DATE 07/01/05
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM NUMBER | TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT O MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001191 | NET 2ND DAY OF 2ND MONTH | | | | F.O.B. SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | | TAX CODE/ % SEE BELOW | | | |

This order is not binding until accepted. Acceptance should be so executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between the Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED
COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS
FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE
ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE
TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN
PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION
INTENT TOOLS. THESE TOOLS WILL BE PAID BY PRODUCTION
AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION
ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE
A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH
YOUR QUOTE. ANY DEVIATION FROM THE ABOVE
REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A
PURCHASE ORDER.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

USER MELISSA L KALEYTA

ORIGINAL

LAST PAGE

PURCHASING AGENT