**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

DELPHI CORPORATION,

                                                    In re: Case No. 05-44481
                                                    Chapter 11
                       Debtor.         Honorable Robert D. Drain

-----------------------------------------------------------x

**RESPONSE OF CITY OF VANDALIA, OHIO TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX, CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

      Claimant City of Vandalia, Ohio ("Vandalia"), makes this response with respect to the Debtors' Objection to Vandalia's claim #7219 in the amount of $46,961.95 ("Claim").

1. The Claim represents withholding taxes for year 2004 (see attached).

2. Vandalia has reviewed its records with regard to the Claim, and has determined that the Claim is against Delphi Automotive Systems Services, LLC.

3. The Claim therefore belongs in Case No. 05-44632 rather than 05-44481.

Wherefore, Vandalia requests this Court dismiss the Debtors' Objection and order the Debtors to amend said Objection to call for the modification of the Claim to reflect the accurate case number of 05-44632.

                                                 Respectfully Submitted,

Dated: August 9, 2007

                                                 */s/ Sarah B. Chapman Carter*
                                                 Sarah B. Chapman Carter (0079889, OH)
                                               Pickrel, Schaeffer & Ebeling Co., LPA
                                               2700 Kettering Tower
                                               Dayton, Ohio   45423
                                               Telephone:   (937)  223-1130
                                               Email: scarter@pselaw.com
                                               Attorney for Creditor City of Vandalia, Ohio