**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DELPHI CORPORATION,

                                                                                                          In re: Case No. 05-44481
                                                                                                          Chapter 11
                                                  Debtor.             Honorable Robert D. Drain

-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE**
**_PRO HAC VICE_**

      I, Sarah B. Chapman Carter, a member in good standing of the bar in the State of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the City of Vandalia, Ohio, in the above referenced case.

My:    Address is         2700 Kettering Tower
                                     Dayton, Ohio 45423

          E-mail address is    scarter@pselaw.com

          Telephone number is (937) 223-1130

          Facsimile number is (937) 223-0339

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: August 9, 2007                        Respectfully Submitted,

                                                    */s/ Sarah B. Chapman Carter*
                                                    Sarah B. Chapman Carter (0079889, OH)
                                                    Pickrel, Schaeffer & Ebeling Co., LPA
                                                    2700 Kettering Tower
                                                    Dayton, Ohio   45423
                                                    Telephone:   (937)  223-1130
                                                    Email: scarter@pselaw.com
                                                    Attorney for Creditor City of Vandalia, Ohio