UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

DELPHI CORPORATION, et al,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)

(Jointly Administered)

**AFFIDAVIT IN RESPONSE TO THE UNITED STATES BANKRUPTCY COURT
TO THE OBJECTION OF DEFENDANT DELPHI CORPORATION, et al
TO DISALLOW, EXPUNGE OR MODIFY CLAIMS**

STATE OF NEW YORK)
COUNTY OF MONROE) SS:

RUSSELL LAROCCA, being duly sworn, deposes and says:

1. That he is the Credit Manager of Callanan Industries, Inc. d/b/a Manitou Concrete Company creditor in this action, and I am familiar with this action by virtue of the file maintained by my office.

2. This affidavit is in response of debtor's objection to plaintiff's claim.

3. The amount due and owing is for goods sold and delivered to Delphi Automotive Systems, et al between November 22, 2003 and October 20, 2005.

4. I understand that Delphi Corporation, et al asserts that the claim be modified to $4,042.88.

5. On information and belief that sum of $14,003.86 remains due and owing.

Dated: August 7, 2007
Claim Number: 1628

Callanan Industries, Inc.
d/b/a Manitou Concrete Company

Russell LaRocca
Credit Manager

Sworn to before me
7th day of August, 2007

Notary Public

JOANNE LaMAGNA
Notary Public, State of New York
Qualified in Monroe County
My Commission Expires July 6, 20_11_

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Attention:  John Wm. Butler, Jr.
            John K. Lyons
            Joseph N. Wharton