# Exhibit A

# Konto 22960

| | | | |
|---|---|---|---|
| **Delphi Automotive Systems** | 418658 | 11/6/2004 | 1,290.00 EUR |
| | 419909 | 11/8/2004 | 9,460.00 EUR |
| | 433989 | 11/17/2004 | 21,000.00 EUR |
| | 458831 | 12/3/2004 | 3,920.00 EUR |
| | 478029 | 12/17/2004 | 3,080.00 EUR |
| | | | 38,750.00 EUR |
| | payment | 2/8/2005 | -30,250.00 EUR |
| | | | **8,500.00 EUR** |
| | | | |
| **Delphi Saginaw Steering Systems** | 70214033 | 5/17/2005 | 3,500.00 EUR |
| | 70243764 | 7/13/2005 | 800.80 EUR |
| | 70265671 | 6/20/2005 | 3,500.00 EUR |
| | 70314371 | 9/14/2005 | 3,500.00 EUR |
| | | | **11,300.80 EUR** |
| | | | **19,800.80 EUR** |

**SF/SWE-ESK1**

**8/7/2007**