# Exhibit 2

## Invoices

| ITEM | TY | DATET | TM | B/E | DUE DATE | | AMOUNT |
|------|----|-------|----|-----|----------|---|--------|
| 040661 | 19 | 05/18/05 | 06 | 092 | 06/17/05 | * | 427.14 |
| 309336 | 10 | 04/21/05 | 06 | 468 | 05/21/05 | * | 10,001.97 |
| 315923 | 16 | 05/02/05 | 06 | 468 | 06/01/05 | * | 263.26 |
| 436138 | 10 | 03/18/05 | 06 | 092 | 04/17/05 | * | 803.44 |
| 800118 | 10 | 09/02/05 | 06 | 092 | 10/02/05 | * | 14,752.32 |
| 800119 | 10 | 09/02/05 | 06 | 092 | 10/02/05 | * | 8,413.52 |
| 800120 | 10 | 09/02/05 | 06 | 092 | 10/02/05 | * | 58,987.64 |
| 800121 | 10 | 09/02/05 | 06 | 092 | 10/02/05 | * | 8,821.75 |
| 800122 | 10 | 09/02/05 | 06 | 534 | 10/02/05 | * | 20,998.32 |
| 801638 | 10 | 09/06/05 | 06 | 092 | 10/06/05 | * | 10,296.96 |
| 801639 | 10 | 09/06/05 | 06 | 092 | 10/06/05 | * | 17,417.32 |
| 801640 | 10 | 09/06/05 | 06 | 092 | 10/06/05 | * | 8,258.49 |
| 801641 | 10 | 09/06/05 | 06 | 534 | 10/06/05 | * | 21,014.56 |
| 801642 | 10 | 09/06/05 | 06 | 534 | 10/06/05 | * | 3,372.60 |
| 801932 | 10 | 09/07/05 | 06 | 092 | 10/07/05 | * | 19,112.88 |
| 801933 | 10 | 09/07/05 | 06 | 534 | 10/07/05 | * | 9,727.76 |
| 802584 | 10 | 09/08/05 | 06 | 092 | 10/08/05 | * | 11,848.32 |
| 802585 | 10 | 09/08/05 | 06 | 092 | 10/08/05 | * | 8,816.08 |
| 802586 | 10 | 09/08/05 | 06 | 092 | 10/08/05 | * | 15,461.12 |
| 802587 | 10 | 09/08/05 | 06 | 534 | 10/08/05 | * | 13,170.64 |
| 802588 | 10 | 09/08/05 | 06 | 534 | 10/08/05 | * | 3,705.48 |
| 802589 | 10 | 09/08/05 | 06 | 534 | 10/08/05 | * | 5,659.50 |
| 802835 | 10 | 09/08/05 | 06 | 534 | 10/08/05 | * | 6,088.20 |
| 803153 | 10 | 09/09/05 | 06 | 092 | 10/09/05 | * | 20,543.60 |
| 803154 | 10 | 09/09/05 | 06 | 092 | 10/09/05 | * | 23,266.88 |
| 803712 | 10 | 09/12/05 | 06 | 092 | 10/12/05 | * | 9,328.16 |
| 803713 | 10 | 09/12/05 | 06 | 092 | 10/12/05 | * | 10,368.79 |
| 803714 | 10 | 09/12/05 | 06 | 092 | 10/12/05 | * | 31,192.96 |
| 803715 | 10 | 09/12/05 | 07 | 534 | 11/11/05 | * | 20,401.94 |
| 803716 | 10 | 09/12/05 | 06 | 534 | 10/12/05 | * | 23,466.80 |
| 803735 | 10 | 09/09/05 | 06 | 534 | 10/09/05 | * | 1,795.80 |
| 804400 | 10 | 09/12/05 | 06 | 534 | 10/12/05 | * | 10,877.00 |
| 804491 | 10 | 09/13/05 | 06 | 092 | 10/13/05 | * | 7,791.92 |
| 804492 | 10 | 09/13/05 | 06 | 092 | 10/13/05 | * | 30,715.44 |
| 804493 | 10 | 09/13/05 | 06 | 534 | 10/13/05 | * | 22,833.44 |
| 804506 | 10 | 09/12/05 | 06 | 534 | 10/12/05 | * | 15,841.00 |
| 804507 | 10 | 09/12/05 | 06 | 534 | 10/12/05 | * | 24,660.48 |
| 804773 | 10 | 09/13/05 | 06 | 092 | 10/13/05 | * | 2,556.80 |
| 804918 | 10 | 09/13/05 | 06 | 534 | 10/13/05 | * | 7,554.56 |
| 805133 | 13 | 09/13/05 | 06 | 534 | 10/13/05 | * | 730.00 |
| 805244 | 10 | 09/14/05 | 06 | 092 | 10/14/05 | * | 12,559.80 |
| 805245 | 10 | 09/14/05 | 06 | 092 | 10/14/05 | * | 35,197.36 |
| 805509 | 13 | 09/14/05 | 06 | 534 | 10/14/05 | * | 6,205.00 |
| 805609 | 13 | 09/14/05 | 06 | 534 | 10/14/05 | * | 2,555.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 805833 | 10 | 09/14/05 | 06 | 092 | 10/14/05 | * | 32,178.08 |
| 805835 | 13 | 09/14/05 | 06 | 534 | 10/14/05 | * | 14,906.60 |
| 806454 | 13 | 09/15/05 | 06 | 534 | 10/15/05 | * | 20,221.00 |
| 807008 | 10 | 09/19/05 | 06 | 092 | 10/19/05 | * | 35,039.44 |
| 807009 | 10 | 09/19/05 | 06 | 092 | 10/19/05 | * | 8,788.40 |
| 807010 | 10 | 09/19/05 | 06 | 534 | 10/19/05 | * | 24,278.80 |
| 807011 | 10 | 09/19/05 | 07 | 534 | 11/18/05 | * | 20,605.60 |
| 807733 | 10 | 09/20/05 | 06 | 092 | 10/20/05 | * | 27,508.16 |
| 807734 | 10 | 09/20/05 | 06 | 092 | 10/20/05 | * | 10,251.98 |
| 807735 | 10 | 09/20/05 | 06 | 534 | 10/20/05 | * | 15,671.60 |
| 807781 | 10 | 09/19/05 | 06 | 534 | 10/19/05 | * | 14,776.32 |
| 807813 | 10 | 09/20/05 | 06 | 534 | 10/20/05 | * | 10,965.76 |
| 808327 | 10 | 09/21/05 | 06 | 534 | 10/21/05 | * | 10,117.52 |
| 808328 | 10 | 09/21/05 | 06 | 092 | 10/21/05 | * | 29,504.72 |
| 808600 | 10 | 09/21/05 | 06 | 534 | 10/21/05 | * | 24,294.40 |
| 808863 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 5,507.84 |
| 808864 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 19,146.96 |
| 808865 | 10 | 09/22/05 | 06 | 092 | 10/22/05 | * | 30,610.16 |
| 808866 | 10 | 09/22/05 | 06 | 092 | 10/22/05 | * | 12,772.76 |
| 808893 | 10 | 09/21/05 | 06 | 534 | 10/21/05 | * | 6,935.00 |
| 808896 | 10 | 09/21/05 | 06 | 534 | 10/21/05 | * | 3,650.00 |
| 808898 | 10 | 09/21/05 | 06 | 534 | 10/21/05 | * | 3,650.00 |
| 809114 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 8,993.60 |
| 809138 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 10,512.00 |
| 809238 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 13,534.20 |
| 809254 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 2,336.00 |
| 809283 | 10 | 09/22/05 | 06 | 534 | 10/22/05 | * | 876.00 |
| 809289 | 10 | 09/23/05 | 06 | 092 | 10/23/05 | * | 110,739.52 |
| 809290 | 10 | 09/23/05 | 06 | 534 | 10/23/05 | * | 19,390.56 |
| 809519 | 10 | 09/23/05 | 06 | 534 | 10/23/05 | * | 21,097.00 |
| 809656 | 10 | 09/23/05 | 06 | 092 | 10/23/05 | * | 2,917.32 |
| 809714 | 10 | 09/23/05 | 06 | 534 | 10/23/05 | * | 14,585.40 |
| 809776 | 10 | 09/26/05 | 06 | 092 | 10/26/05 | * | 6,878.48 |
| 809777 | 10 | 09/26/05 | 06 | 092 | 10/26/05 | * | 8,037.47 |
| 810508 | 10 | 09/26/05 | 06 | 534 | 10/26/05 | * | 4,496.80 |
| 810605 | 10 | 09/26/05 | 06 | 534 | 10/26/05 | * | 17,766.56 |
| 811061 | 10 | 09/27/05 | 06 | 092 | 10/27/05 | * | 5,041.22 |
| 811062 | 10 | 09/27/05 | 06 | 092 | 10/27/05 | * | 25,338.64 |
| 811063 | 10 | 09/27/05 | 06 | 534 | 10/27/05 | * | 5,898.40 |
| 811078 | 10 | 09/27/05 | 06 | 534 | 10/27/05 | * | 31,749.20 |
| 811079 | 10 | 09/27/05 | 06 | 534 | 10/27/05 | * | 13,445.12 |
| 811227 | 10 | 09/28/05 | 06 | 092 | 10/28/05 | * | 5,618.90 |
| 811228 | 10 | 09/28/05 | 06 | 092 | 10/28/05 | * | 52,478.32 |
| 811229 | 10 | 09/28/05 | 06 | 092 | 10/28/05 | * | 12,054.14 |
| 811500 | 10 | 09/28/05 | 06 | 534 | 10/28/05 | * | 12,396.80 |
| 811501 | 10 | 09/28/05 | 06 | 534 | 10/28/05 | * | 56,255.36 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 811642 | 10 | 09/29/05 | 06 | 092 | 10/29/05 | * | 34,622.08 |
| 811643 | 10 | 09/29/05 | 06 | 092 | 10/29/05 | * | 9,268.60 |
| 812971 | 10 | 09/30/05 | 06 | 534 | 10/30/05 | * | 788.40 |
| 812972 | 10 | 09/30/05 | 06 | 092 | 10/30/05 | * | 10,213.92 |
| 812973 | 10 | 09/30/05 | 06 | 092 | 10/30/05 | * | 34,351.36 |
| 813112 | 10 | 09/30/05 | 06 | 534 | 10/30/05 | * | 8,789.20 |
| 813113 | 10 | 09/30/05 | 06 | 534 | 10/30/05 | * | 24,327.68 |
| 813126 | 10 | 10/04/05 | 06 | 092 | 11/03/05 | * | 8,331.68 |
| 813127 | 10 | 10/04/05 | 06 | 092 | 11/03/05 | * | 4,596.70 |
| 813128 | 10 | 10/04/05 | 06 | 092 | 11/03/05 | * | 10,438.59 |
| 813129 | 10 | 10/04/05 | 06 | 092 | 11/03/05 | * | 31,862.24 |
| 813635 | 10 | 10/04/05 | 06 | 534 | 11/03/05 | * | 59,633.28 |
| 813636 | 10 | 10/03/05 | 06 | 534 | 11/02/05 | * | 39,390.80 |
| 813771 | 10 | 10/03/05 | 06 | 534 | 11/02/05 | * | 12,205.60 |
| 813800 | 10 | 10/03/05 | 06 | 534 | 11/02/05 | * | 9,684.48 |
| 814137 | 10 | 10/04/05 | 06 | 092 | 11/03/05 | * | 9,321.24 |
| 814138 | 10 | 10/04/05 | 06 | 092 | 11/03/05 | * | 33,569.28 |
| 814139 | 10 | 10/04/05 | 06 | 534 | 11/03/05 | * | 7,592.00 |
| 814140 | 10 | 10/04/05 | 06 | 534 | 11/03/05 | * | 18,594.80 |
| 814141 | 10 | 10/04/05 | 07 | 534 | 12/03/05 | * | 30,333.36 |
| 876906 | 13 | 11/24/04 | 06 | 534 | 12/24/04 | * | 433.80 |
| 896780 | 10 | 07/16/03 | 06 | 534 | 08/15/03 | * | 359.50 |
| 944076 | 13 | 05/10/05 | 06 | 534 | 06/09/05 | * | 800.00 |
| 954505 | 13 | 06/03/05 | 06 | 534 | 07/03/05 | * | 500.00 |
| 954532 | 13 | 06/03/05 | 06 | 534 | 07/03/05 | * | 200.00 |
| 968427 | 10 | 02/27/04 | 06 | 534 | 03/28/04 | * | 1,505.00 |
| 969539 | 10 | 03/02/04 | 06 | 534 | 04/01/04 | * | 4,515.00 |
| 969859 | 10 | 03/03/04 | 06 | 534 | 04/02/04 | * | 2,460.00 |
| 969975 | 10 | 03/03/04 | 06 | 534 | 04/02/04 | * | 5,904.00 |
| 970491 | 10 | 03/05/04 | 06 | 534 | 04/04/04 | * | 934.80 |
| 970914 | 13 | 07/18/05 | 06 | 534 | 08/17/05 | * | 1,000.00 |
| 977155 | 10 | 08/03/05 | 06 | 092 | 09/02/05 | * | 2,733.78 |
| 977156 | 13 | 08/03/05 | 06 | 534 | 09/02/05 | * | 1,353.60 |
| 979507 | 10 | 08/09/05 | 06 | 092 | 09/08/05 | * | 738.40 |
| 988234 | 10 | 08/29/05 | 06 | 534 | 09/28/05 | * | 9,227.20 |
| 988277 | 10 | 08/29/05 | 06 | 092 | 09/28/05 | * | 4,805.94 |
| 988278 | 10 | 08/29/05 | 06 | 092 | 09/28/05 | * | 24,614.72 |
| 988280 | 10 | 08/29/05 | 06 | 534 | 09/28/05 | * | 23,677.92 |
| 988667 | 10 | 08/30/05 | 06 | 534 | 09/29/05 | * | 21,182.72 |
| 988668 | 10 | 08/30/05 | 06 | 534 | 09/29/05 | * | 35,507.20 |
| 989134 | 10 | 08/31/05 | 06 | 092 | 09/30/05 | * | 22,876.48 |
| 989135 | 10 | 08/31/05 | 06 | 092 | 09/30/05 | * | 12,339.55 |
| 989495 | 10 | 09/01/05 | 06 | 092 | 10/01/05 | * | 50,063.64 |
| 989496 | 10 | 09/01/05 | 06 | 534 | 10/01/05 | * | 6,015.20 |
| COA | | | | | | | -916,717.20 |
| Total | | | | | | | 1,190,981.30 |

R072018 CUST. SERV.

R-072233

# INVOICE



**Milliken & Company**
Administrative Services Department M-207
Post Office Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 040661 | 051805 | 1 |

INVOICE TYPE

6B

SOLD TO THE ACCOUNT OF

DELPHI RIMIR,S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523 5897

ROUTING

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR,S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523 5897

DELIVERY POINT

FIBER CONTENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZBWZOO | 082800 |

CUSTOMER CODING/P.O.

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | PACKAGE | LOT/ | FIN. | 1 | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE PAT COLOR FIN LC PGR | | | PC1 | NUMBER BATCH | MILL | 0 | YARDS 8 | PRICE | AMOUNT |
| 312273 630 00000 350 50 0 | 010 | INVOICE TO APPLY TO 40 000000 | 892378 05/24/01 | | 0 | 0 | 00000 | 1780 95 |
| 312275 720 00000 205 80 0 | 010 | INVOICE TO APPLY TO 15 000000 | 893879 08/30/01 | | 0 | 0 | 00000 | 29 92 |
| 312273 630 00000 350 50 0 | 010 | INVOICE TO APPLY TO 40 000000 | 899031 09/18/01 | | 0 | 0 | 00000 | 4770 90 |
| SUB TOTAL | | | | | 0 | 0 | | 6581 77 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
REVERSE PREVIOUSLY ISSUED CREDIT
CREDIT NUMBERS #087463 $4650.00
              #087460 $1780.95
              #087700 $ 150.82

INTERNAL

**** 6.0% ANTICIPATION PER ANNUM AS A LLOWED BY TERMS BELOW. ****
**BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF 7.5% PER ANNUM,
 SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY APPLICABLE LAW

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 6581 77 |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | MC | | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920028 | 0000 | 092 | | | 9915506 | | 689800 | | 0901 | | PAGE 1 OF 1 | | 322 | | 440610410 |
| | | | | 0920 | | | | | | | | | | | |

INV2 04/05/2005

# Milliken & Company



CARPETS-COMM MKT. US

| CUSTOMER NUMBER | | |
|---|---|---|
| 005253 | 00 | 8000 |

# INVOICE

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

PO BOX 7247-8959
..
PHILADELPHIA PA 191700000

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 309336 | 042105 | 1 |

SHIP AND BILL

SOLD TO THE ACCOUNT OF

DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS

5725 DELPHI DRIVE
TROY                    MI 48098

ROUTING

JEVIC TRANS

FREIGHT PRIVILEGE

PREPAY AND ADD FREIGHT TO INVOICE

SHIP TO CONSIGNED DESTINATION

DELPHI AUTOMOTIVE SYSTEMS

ATTN:LISA KERSZULIS 248-813-1407
5725 DELPHI DRIVE
TROY                    MI 48098

DELIVERY POINT

LAGRANGE, GEORGIA

CUSTOMER CODING   LISA KERSZULIS

| MQ NBR 052525 | CUST. PURCH. ORDER NO. PM-1002 | MILLIKEN ORDER NUMBER 05 04 21 7428 |
|---|---|---|

| PATTERN NAME NUMBER | COLOR NAME NUMBER | GRD | DYE LOT | WIDTH FT IN | LENGTH FT IN | NBR ITEMS | TOTAL QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| COIR COLL 6603 | TURNING TIN 326 | S1 | 596326 | 36 | 36 | 428 | 428.00 | 22.13 | 9,471.64 |
| S/M LISA KERSZULIS | | | | | | | | | |
| (96326)* ORDERE 428YDS * | | | | | | | | | |
| MOD ADH 4GAL 0574 | MOD ADH 4GAL 1 | S1 | 005022 | 1  2 | 11 | 3 | | 67.20 | 201.60 |
| * ORDERE ADHEISVE * | | | | | | | | | |
| | | | | | | | | | |
| INVOICE PRODUCT TOTAL . . . . . . . . . | | | | | | 431 | 428.00 | | |

PLS NO DEDUCTIONS - PHONE 800-528-8453     TILE/BROADLOOM ORDERS SUBJECT TO OVERRUN.
.

BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  7.2% PER ANNUM,
SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY APPLICABLE LAW.
ANTICIPATION ALLOWED AT  5 8 PER CENT PER ANNUM PER TERMS BELOW

REMARKS:

COMPLETES ORDER

SHIPPING WGT.   3686LBS

B/L NO.:   971579

TERMS: PAYABLE IN NEW YORK FUNDS

NET 30 DAYS

| MERCHANDISE | FREIGHT | SALES TAX | OTHER | INVOICE TOTAL |
|---|---|---|---|---|
| 9,673.24 | 328.73 | .00 | .00 | 10,001.97 |

THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS
ON THIS AND THE REVERSE SIDE HEREOF, INCLUDING THE
PROVISIONS FOR ARBITRATION OF ALL DISPUTES,
EXCLUSION OF WARRANTIES, AND SELLER'S SECURITY
INTEREST IN BILL AND HOLD GOODS, ALL OF WHICH ARE
ACCEPTED BY BUYER AND SUPERSEDE BUYER'S ORDER
FORM, IF ANY.

| STORE NUMBER | VENDOR NUMBER | EVENT | DEPT. OR DIV. | SALESMAN NAME | CUSTOMER SERVICE REP. | CUSTOMER SALESMAN | TAX | BUS |
|---|---|---|---|---|---|---|---|---|
| 00008000 | | | | LELEK | TAMMY PHILLIP | | 3159 | 202 |

IWA 07/01/2002

# Milliken & Company

| CUSTOMER NUMBER | | MILLIKEN | CARPETS-COMM MKT. US | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|---|---|
| 005253 | 00 8000 | | | 315923 | 050205 | 1 |

**INVOICE**

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

PO BOX 7247-8959
..
PHILADELPHIA PA 191700000

DEBIT MEMORANDUM

SOLD TO THE ACCOUNT OF

DELPHI AUTOMOTIVE SYSTEMS

WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY                    MI 48098

ROUTING

SHIP TO CONSIGNED DESTINATION

DELPHI AUTOMOTIVE SYSTEMS

5725 DELPHI DRIVE
TROY                    MI 48098

FREIGHT PRIVILEGE                    DELIVERY POINT

| | | CUST. PURCH. ORDER NO. | MILLIKEN ORDER NUMBER |
|---|---|---|---|
| CUSTOMER CODING | | PM 1002 | 05 04 21 7428 |

| PATTERN NAME NUMBER | COLOR NAME NUMBER | DYE GRD LOT | WIDTH FT IN | LENGTH FT IN | NBR ITEMS | TOTAL QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER IS 05050216270790 | | | CLAIM TRACKING NUMBER IS | | | | | |
| INV# 309336 FREIGHT ADDITION | | | | | | | | |
| REDILVERY N LIFT GATE CHARGES | | | | | | | | |
| 92-52  RC | | | | | | | | |
| FREIGHT REDILVERY N LIFT GATE | | | | | | | | 263.26 |

| REMARKS: | TERMS: PAYABLE IN NEW YORK FUNDS | MERCHANDISE | FREIGHT | SALES TAX | OTHER | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| COMPLETES ORDER | NET 30 DAYS | .00 | .00 | .00 | 263.26 | 263.26 |

SHIPPING WGT:         B/L NO:   162707 06

THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS
ON THIS AND THE REVERSE SIDE HEREOF, INCLUDING THE
PROVISIONS FOR ARBITRATION OF ALL DISPUTES,
EXCLUSION OF WARRANTIES, AND SELLER'S SECURITY
INTEREST IN BILL AND HOLD GOODS, ALL OF WHICH ARE
ACCEPTED BY BUYER AND SUPERSEDE BUYER'S ORDER
FORM, IF ANY.

| STORE NUMBER | VENDOR NUMBER | EVENT | DEPT. OR DIV. | SALESMAN NAME | CUSTOMER SERVICE REP. | CUSTOMER SALESMAN | TAX | BUS |
|---|---|---|---|---|---|---|---|---|
| 00008000 | | | | LELEK | | | 3159 | 202 |

INVA 03/01/2002

R072018 CUST. SER05-44481-rdd   Document 28   Filed 07/03/07 15:53:34   Exhibit 2
1045 Sixth Avenue - New York, N.Y. 10036   Page 8 of 57   MILLIKEN   092 436138 03 18 05 1
D-U-N-S 201-7440    TAX ID # S1-0105342

# INVOICE

SEE REMIT TO ADDRESS BELOW

| | INVOICE TYPE |
|---|---|
| | BILL AND SHIP |
| 01 | |

HOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY
48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO TX  79906

ROUTING
YELLOW FRT

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
1.00% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | CF323 00 | 03 17 05 |

CUSTOMER CODING/P.O.  450094917

CUSTOMER DEPARTMENT

| PRODUCT I.D. | GR | PKG PACKGE | GROSS1 | NET 1 | | |
|---|---|---|---|---|---|---|
| STYLE PAT COLOR FIN L CODE | | SEQ NUMBER BATCH | LYDS. 8 | LYDS. 8 | PRICE | AMOUNT |
| 315D 56X56 SILICONE | | | CUST CODING PR1 0154132 | | | 803 44 |
| 312285 630 | 3505 | 210 | 15976 1 984830 | 1800 | 1660 4840 | 803 44 |

SHIP 3-18/PO 450094917
CARRIER, SEND FREIGHT BILLS TO:
DELPHI INT. SYSTEMS VANDALIA ENGINEERING CENTER - 39003
C/O COR PAY P. O. BOX 9115 NORWOODS, MA 02062-9115
FREIGHT STATUS: PREPAID-3RD

| PRODUCT STATUS | ORIGINAL | TOTAL | THIS | |
|---|---|---|---|---|
| | | BILLED | SHIPMENT | BALANCE |
| 312285 630 | 3505 | 210 | 166 | 166 | 166 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

*No back-up*

****   5.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   6.9% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 166 | REMIT TO: | | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 1 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 803 44 |
| SHIPPING WEIGHT | 117 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 662548 | | | | | |

00525306 0009 092   27   0995 1 06 711 696900 000 09 KAREN O. STURKIE   322   11 441410980



R072018 CUST. SERV.

# INVOICE

**Milliken & Company**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| | BUS | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|---|
| | 092 | 800118 | | 09 02 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O.  0550063123 | CUSTOMER DEPARTMENT | ZZCNO00 | 08 12 04 |

| STYLE | PAT | COLOR | FIN | LC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | | GROSS1 LYDS.8 | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 315D | 56X56 | SILICONE | | | | | | | | | | | |
| 312285 | 630 | | 3505 | 010 | | 1 | 615173 | 85210 | CUST CODING M10 1329 | 12000 | 1 1380 | 4840 | |
| | | | | | | 2 | 615174 | | | 12000 | 1 1470 | 4840 | |
| | | SUB TOTAL | | | | | | | | 24000 | 2 2850 | | 11059 40 |
| | | | | 11 | | 3 | 617846 | | | 8030 | 7630 | 4840 | 3692 92 |

SAME DAY TO SHIP 9-2

*** WAREHOUSE ***

FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 312285 | 630 | | 3505 | 010 | 156,008 | 131,041 | 3,048 | 24,967 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | | | |
|---|---|---|---|---|
| TOTAL PACKAGES | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| B/L NO.     793071 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# INVOICE

**Milliken & Company**

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 092 | 800118 | 09 02 05 | 2 |

INVOICE TYPE

| | BILL AND SHIP |
|---|---|
| 01 | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | | |
| | | ZZCNO00 | 08 12 04 |

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | LC | PRODUCT I.D. CODE | GR | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. 8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

```
****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
****     8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****  APPLICABLE LAW.                                                     ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 3,048 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,315 |
| B/L NO. | 793071 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 14752 32 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005



# INVOICE

**Milliken & Company**

R072018 CUST. SERV.

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 800119 | 09 02 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT

| CUSTOMER CODING/P.O. | 0550063123 | | | | CUSTOMER DEPARTMENT | | | ORDER NUMBER ZZCNY00 | ORDER DATE 08 20 04 |
|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN | GR LG CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D MICROPERM II (TM) | | | | | CUST CODING M10 141 1 | | | |
| 312287700 | 2132 010 | 1 | 635522 | 61470 | 7290 | 7220 | 4190 | |
| | | 2 | 635523 | | 10000 | 9870 | 4190 | |
| | | 3 | 635718 | | 3080 | 2990 | 4190 | |
| SUB TOTAL | | | | | 20370 | 20080 | | 8413 52 |

SAME DAY TO SHIP 9-2                                                    00
   ***      WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
PRODUCT STATUS          ORIGINAL    TOTAL     THIS
                                    BILLED   SHIPMENT   BALANCE
312287700      2132   010   265,301   203,955   2,008   61,346

   IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
   PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
   BUSINESS - 0920

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,008 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 1,565 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 8413 52 |
| B/L NO. | 793072 | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WEAE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# Milliken & Company

Administrative Services Department M-106
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| R072018 CUST SERV | 092 | 800120 | 090205 | 1 |

**Exhibit 2**

INVOICE TYPE

BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS  TX  78567 |

| ROUTING | DELIVERY POINT |
|---|---|
| SEAHORSE TRANSPORTATION | LAGRANGE          GA |

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN LC PDE | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | CUST CODING M101285 | | | |
| 312308640 | 6507 1010 | 1 | 645974 | 63790 | 5550 | 5470 | 3880 | |
| | | 2 | 645979 | | 7220 | 7140 | 3880 | |
| | | 3 | 645994 | | 7800 | 7380 | 3880 | |
| | | 4 | 645995 | | 7700 | 7560 | 3880 | |
| | | 5 | 645996 | | 6100 | 6060 | 3880 | |
| | | 6 | 645997 | | 8500 | 8320 | 3880 | |
| | | 7 | 645998 | | 8500 | 8300 | 3880 | |
| | | 8 | 645999 | | 8500 | 8260 | 3880 | |
| | | 9 | 647037 | | 7810 | 7640 | 3880 | |
| SUB TOTAL | | | | | 67680 | 66130 | | 256584 4 |
| | | 10 | 648348 | 63920 | 8500 | 8300 | 3880 | |
| | | 11 | 648349 | | 8500 | 8270 | 3880 | |
| | | 12 | 648351 | | 2950 | 2910 | 3880 | |
| | | 13 | 648355 | | 6500 | 6450 | 3880 | |
| | | 14 | 648356 | | 6500 | 6450 | 3880 | |
| | | 15 | 648358 | | 8200 | 8080 | 3880 | |
| | | 16 | 648359 | | 8210 | 8110 | 3880 | |
| | | 17 | 648360 | | 8200 | 7930 | 3880 | |
| | | 18 | 648361 | | 8200 | 8050 | 3880 | |
| | | 19 | 648362 | | 7820 | 7640 | 3880 | |
| | | 20 | 648720 | | 8500 | 8300 | 3880 | |
| | | 21 | 648749 | | 5450 | 5410 | 3880 | |
| SUB TOTAL | | | | | 87530 | 85900 | | 333292 0 |

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | | CONTINUED |
| B/L NO. | 793074 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

## INVOICE

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| EXHIBIT NUMBER | DATE | PAGE |
|---|---|---|
| 092  800120 | 09 02 05 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | | ORDER DATE |
|---|---|---|---|---|
| CUSTOMER CODING/P.O. 0550063123 | CUSTOMER DEPARTMENT BS032 | ZZCPB00 | 08 | 23 04 |

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CDE | PKG PACKGE SEQ NUMBER | BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 1 8 | 1 8 | | |
| | | | | | | | 00 |

SAME DAY TO SHIP 9-2
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308640    6507 1010 | 1,848,418 | 1,318,017 | 15,203 | 530,401 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. **** 
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF **** 
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY **** 
**** APPLICABLE LAW. **** 
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY. 15,203 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| TOTAL PACKAGES 21 | P. O. BOX 843234 | TERMS: NET 30 DAYS |
| SHIPPING WEIGHT 10,396 | DALLAS, TX 75284-3234 | |
| B/L NO. 793074 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT   5898764

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005253040006 092 | 27 | 99155 06 | 711 689897 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 800121 | 090205 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

ORDER NUMBER  ZZCNR00   081204

| PRODUCT I.D. | GR | PKG | PACKGE | | GROSS | | NET | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE PAT COLOR FIN LC DE | SEQ NUMBER BATCH | LYDS. 8 | | LYDS. 8 | | | | | | |
| 630D 41X41 72" | | | CUST CODING M101281 | | | | | | | |
| 312275 720   2058 010 | 1 635505 61740 | 9510 | | 9430 | 3550 | | | | | |
| | 2 635518 | 10000 | | 9950 | 3550 | | | | | |
| | 3 635519 | 5510 | | 5470 | 3550 | | | | | |
| SUB TOTAL | | 25020 | | 24850 | | | | 882175 | | |

SAME DAY TO SHIP 9-2                                                              00
      ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS         ORIGINAL    TOTAL   FREIGHT STATUS: COLLECT
                                   BILLED   THIS        BALANCE
312275 720   2058 010  306,596   258,874  SHIPMENT
                                          2,485        47,722

      IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
      PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
      BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****   APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.   2,485 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT   882175 |
|---|---|---|---|---|---|
| TOTAL PACKAGES      3 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT   2,242 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO.   793075 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | KAREN O. STURKIE | BUS. 8 | XC | 440619719 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | | 319 | | |

FORMS 1924 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 800122 | 09 02 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCLP00 | 03 30 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|--------------|-----|-----------|------|-------|--------|
| GMT360 LIFE CURTAIN | | | | | | | CUST CODING | | 16898247 | | | |
| 302297 | 242 | 7565 | 1010 | | 1 | 64271563060 | 00 | 210 | | 338 | 16240 | 548912 |
| GMT 360 LIFE CURTAIN | | | | | | | CUST CODING | | 16898247 | | | |
| 302302 | 242 | 7565 | 1010 | | 2 | 64270863070 | 00 | 210 | | 503 | 16240 | |
| | | | | | 3 | 645656 | | | | 452 | 16240 | |
| | | | | | | | | | | 955 | | |
| SUB TOTAL | | | | | | | | | | | | 1550920 |

SAME DAY TO SHIP 9-2

***      WAREHOUSE      ***

FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|----------------|---|---|---|---|----------|--------------|---------------|---------|
| 302302 | 242 | 7565 | 1010 | 135,345 | 79,178 | 1,293 | 56,167 |

SALESPERSON -  MORRIS ASSOCIATES

00

****  6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                              ****

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,293 |
|-------------------|-------|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,285 |
| B/L NO. | 793077 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 2099832 |
|----------------------|---------|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARD ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|--------------|------|-----|-----|---|----------|----|----|-------|------|---|--------|----|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INVT 07/11/2005

Pg 16 of 57

# INVOICE

**Milliken & Company**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW


MILLIKEN

R072018 CUST. SERV.

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 092 | 801638 | 090605 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| | | | | | | | | | | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCNZ00

ORDER DATE   082304

| PRODUCT I.D. | | | | | GR | PKG | PACKGE | | GROSS1 | | NET 1 | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | DE | SEQ | NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | | | |
| 630D | 39X39 | MID | PERM | | | | | | CUST CODING M01 01384 | | | | | |
| 312286 | 720 | 2058 | | 010 | | 1 | 642958 | 63110 | 10000 | | 9940 | | 3460 | |
| | | | | | | 2 | 642966 | | 10000 | | 9880 | | 3460 | |
| | | | | | | 3 | 642967 | | 10000 | | 9940 | | 3460 | |
| SUB TOTAL | | | | | | | | | 30000 | | 29760 | | | 1029696 |

00

SAME DAY TO SHIP 9-6
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS       ORIGINAL    TOTAL      THIS      BALANCE
                                BILLED    SHIPMENT
312286 720    2058   010   300,698   193,797   2,976   106,901

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

```
****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.                                           ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,976 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 1029696 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 2,540 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 796156 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | LOC. | DEST. | UNIT | | BUS. B? | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 15 | | 99155 | 06711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# INVOICE

**Milliken & Company**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

R072018 CUST. SERV.

MILLIKEN

| BUS. | INVOICE NUMBER | DATE | PAGE |
|------|----------------|------|------|
| 092 | 801639 | 090605 | 1 |

INVOICE TYPE

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE                    GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE | PAT | COLOR | FINL | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | | | CUST CODING M101285 | | | | |
| 312308 640 | | 6507 | 1010 | | 1 | 649565 | 64550 | 8000 | 7790 | 3880 | |
| | | | | | 2 | 649581 | | 6690 | 6520 | 3880 | |
| | | | | | 3 | 649584 | | 8500 | 8400 | 3880 | |
| | | | | | 4 | 650026 | | 6450 | 6380 | 3880 | |
| | | | | | 5 | 650040 | | 8500 | 8370 | 3880 | |
| | | | | | 6 | 650052 | | 7500 | 7430 | 3880 | |
| | SUB TOTAL | | | | | | | 45640 | 44890 | | 1741732 |

SAME DAY TO SHIP 9-6                                                              00
        ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
    PRODUCT STATUS          ORIGINAL    TOTAL      THIS        BALANCE
                                       BILLED     SHIPMENT
312308 640          6507 1010  1,876,420 1,335,409  4,489    541,011

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | CONTINUED |
| B/L NO. | 796157 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

## INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 092 | 801639 | 0906 05 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|------|------|
| ZZCPB 00 | 08 23 04 |

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS | 1 | NET | 1 | PRICE | AMOUNT |
| STYLE | PAT | COLOR | FIN | LO | CDE | SEO | NUMBER | BATCH | LYDS. | 8 | LYDS. | 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| | | |
|---|---|---|
| TOTAL BILLED QTY. 4,489 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
| TOTAL PACKAGES 6 | P. O. BOX 843234 | |
| SHIPPING WEIGHT 3,079 | DALLAS, TX 75284-3234 | |
| B/L NO. 796157 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT  17417 32

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS.# | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 00 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 092 801640 | 090605 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| | |

| CUSTOMER CODING/P.O. | | | | | | | | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | | | | | | | ZZCNY00 | 082004 |

| PRODUCT I.D. STYLE PAT COLOR FIN LOT | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS | 1 8 | NET LYDS | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 420D MICROPERM II (TM) | | | | CUST CODING M101411 | | | | | | |
| 312287700    2132 010 | | 1 | 643004 | 63170 | 10000 | | 9940 | | 4190 | |
| | | 2 | 643005 | | 10000 | | 9770 | | 4190 | |
| SUB TOTAL | | | | | 20000 | | 19710 | | | 825849 |

SAME DAY TO SHIP 9-6
   ***    WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL     TOTAL     THIS
                                        BILLED    SHIPMENT   BALANCE
312287700      2132  010   241,254    205,926    1,971    35,328

      IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
      PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
      BUSINESS - 0920


   ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
   ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
   ****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
   ****  APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 1,971 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|
| TOTAL PACKAGES 2 | REMIT TO: | | TOTAL INVOICE AMOUNT | 825849 |
| SHIPPING WEIGHT 1,549 | P. O. BOX 843234 DALLAS, TX 75284-3234 | | | |
| B/L NO. 796159 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

| | | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | | 534 801641 | 090605 | 1 |

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

INVOICE TYPE
BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | CUSTOMER DEPARTMENT   ABL60 | ZZCLP00 033004 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | CUST CODING | 168 98247 | | | |
| 302297242        7565 | 1010 | 1 | 642721 | 6306000 | 210 | 477 | 16240 | |
| | | 2 | 642722 | | | 479 | 16240 | |
| | | 3 | 642723 | | | 338 | 16240 | |
| SUB TOTAL | | | | | | 1294 | | 2101456 |
| | | | | | | | | 00 |

SAME DAY TO SHIP 9-6
   ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302302242        7565 | 1010 | 142,638 | 80,472 | 1,294 | 62,166 |

     SALESPERSON - MORRIS ASSOCIATES

   ****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
   ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
   ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
   ****   APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.   1,294 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES        3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT   2,315 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 2101456 |
| B/L NO.   796160 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530400065 | 34 | 11 | | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | | DATE | | PAGE |
|---|---|---|---|---|---|
| 534 | 801642 | | 09 06 05 | | 1 |
| | INVOICE TYPE | | | | |
| | BILL AND SHIP | | | | |
| 01 | | | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | | |
| CUSTOMER DEPARTMENT | ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OPW | LIFE CURTAIN | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | | 7365 | 10 10 | 1 | 64684355570 | 00 | | 210 | 2 | 14 600 | |
| | | | | | 2 | 64725764150 | | | | 27 | 14 600 | |
| | | | | | 3 | 649900 | | | | 25 | 14 600 | |
| | | | | | 4 | 649901 | | | | 15 | 14 600 | |
| | | | | | 5 | 649904 | | | | 7 | 14 600 | |
| | | | | | 6 | 650048 | | | | 16 | 14 600 | |
| | | | | | 7 | 650209 | | | | 4 | 14 600 | |
| | | | | | 8 | 650577 | | | | 25 | 14 600 | |
| | | | | | 9 | 650578 | | | | 25 | 14 600 | |
| | | | | | 10 | 650579 | | | | 25 | 14 600 | |
| | | | | | 11 | 650580 | | | | 5 | 14 600 | |
| | | | | | 12 | 650584 | | | | 25 | 14 600 | |
| | | | | | 13 | 650593 | | | | 7 | 14 600 | |
| | | | | | 14 | 651633 | | | | 23 | 14 600 | |
| | SUB TOTAL | | | | | | | | | 231 | | 3372 60 |

SAME DAY TO SHIP 9-6
      ***      WAREHOUSE      ***                                                      00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | | | ORIGINAL | TOTAL | FREIGHT STATUS: | COLLECT | |
|---|---|---|---|---|---|---|---|---|
| | | | | | BILLED | THIS | | |
| 302303 | 274 | 7365 | 10 10 | 99,155 | 51,899 | SHIPMENT | BALANCE | |
| | | | | | | 231 | 47,256 | |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS | | CONTINUED |
| B/L NO. | 796161 | | | FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| INVOICE NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 801642 | 09 06 05 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |

****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    *** *
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   *** *
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    *** *
**** APPLICABLE LAW.                                           *** *
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | | |
|---|---|---|---|---|
| TOTAL BILLED QTY. | 231 | REMIT TO:    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
| TOTAL PACKAGES | 14 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT   3372 60 |
| SHIPPING WEIGHT | 291 | DALLAS, TX 75284-3234 | | |
| B/L NO. | 796161 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE



MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 801932 | 090705 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT    BS032

ORDER NUMBER    ZZCPB00

ORDER DATE    082304

| PRODUCT I.D. STYLE PAT COLOR FIN LC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | | | | |
| 312308 640      6507 10 10 | | | | CUST CODING M10 1285 | | | | |
| | | 1 | 648368 | 63920 | 8500 | 8390 | 3880 | |
| | | 2 | 648369 | | 8500 | 8390 | 3880 | |
| | | 3 | 648370 | | 8500 | 8360 | 3880 | |
| | | 4 | 648371 | | 8500 | 8380 | 3880 | |
| | | 5 | 649427 | | 8500 | 8440 | 3880 | |
| | | 6 | 649516 | | 7450 | 7300 | 3880 | |
| SUB TOTAL | | | | | 49950 | 49260 | | 191128 88 |

SAME DAY TO SHIP 9-7
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640      6507 10 10 | 1,876,420 | 1,340,335 | 4,926 | 536,085 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS – 0920

| | |
|---|---|
| TOTAL BILLED QTY. | |
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.          796412 | |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# INVOICE

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 801932 | 090705 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00   082304

| PRODUCT I.D. | | | GR | | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CODE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.                     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF           ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY               ****
**** APPLICABLE LAW.                                                           ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 4,926 |
|---|---|
| TOTAL PACKAGES | 6 |
| SHIPPING WEIGHT | 3,358 |
| B/L NO. | 796412 |

REMIT TO:          PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    1911288

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUL. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 801933 | 09 07 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLP00 | 03 30 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | CUST CODING 16898247 | | | | |
| 302297 242    7565  10 10 | | 1 | 642711630600 | 210 | | 282 | 16240 | |
| | | 2 | 642719 | | | 317 | 16240 | |
| SUB TOTAL | | | | | | 599 | | 972776 |

SAME DAY TO SHIP 9-7
  ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

  PRODUCT STATUS                ORIGINAL    TOTAL    FREIGHT STATUS: COLLECT
                                           BILLED   THIS
302302 242       7565  10 10   142,638   81,071   SHIPMENT 599   BALANCE 61,567

        SALESPERSON - MORRIS ASSOCIATES

    ****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
    ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
    ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
    ****   APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 599 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 1,099 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 972776 |
| B/L NO. | 796413 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS #: | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005



R072018 CUST. SERV.

# Milliken & Company

**MILLIKEN**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | | DATE | | PAGE |
|-----|------|------|------|------|------|
| 092 | 802584 | 09 | 08 | 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|------|------|
| ZZCNQ00 | 081204 |

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | LC | PDE | PKG SEQ | PACKGE NUMBER | BATCH | | GROSS LYDS.8 | NET LYDS. 8 | PRICE | AMOUNT |
|-------|-----|-------|-----|----|-----|---------|---------------|-------|--|--------------|-------------|-------|--------|
| 315D | 56X56 | SILICONE | | | | | | CUST CODING M101329 | | | | | |
| 312285 | 630 | | 3505 | 010 | | 1 | 617165 | 85240 | | 9450 | 8950 | 4840 | |
| | | | | | | 2 | 617556 | | | 7300 | 6770 | 4840 | |
| | | | | | | 3 | 617557 | | | 9300 | 8760 | 4840 | |
| | | SUB TOTAL | | | | | | | | 26050 | 24480 | | 1184832 |

SAME DAY TO SHIP 9-8                                                    00
   ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                        FREIGHT STATUS: COLLECT
   PRODUCT STATUS            ORIGINAL    TOTAL    THIS       BALANCE
                                        BILLED   SHIPMENT
312285630      3505  010   191,056   133,489   2,448     57,567

      IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
      PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
      BUSINESS - 0920

  ****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
  ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****   APPLICABLE LAW.                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,448 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 1184832 |
| SHIPPING WEIGHT | 2,114 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 797528 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV2 04/05/2005

# INVOICE

**Milliken &amp; Company**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 092 | 802585 | 090805 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCNZ00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | PKG | PACKGE | | GROSS1 | | NET  1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | GR CDE | SEQ | NUMBER BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |
| 630D | 39X39 | MID PERM | | | | | CUST CODING M01013 84 | | | | |
| 312286 | 720 | 2058 | 010 | | | | | | | | |
| | | | | 1 | 642957 | 63110 | 10000 | | 9850 | 3460 | |
| | | | | 2 | 642970 | | 6000 | | 5930 | 3460 | |
| | | | | 3 | 642975 | | 9770 | | 9700 | 3460 | |
| | SUB TOTAL | | | | | | 25770 | | 25480 | | 8816 08 |

00

SAME DAY TO SHIP 9-8
  ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL | THIS | |
|---|---|---|---|---|---|---|
| | | | | BILLED | SHIPMENT | BALANCE |
| 312286 720 | 2058 | 010 | 300,698 | 196,345 | 2,548 | 104,353 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

  ****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ***|*
  ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ***|*
  ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ***|*
  ****   APPLICABLE LAW.                                                ***|*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,548 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,183 |
| B/L NO. | 797529 |

REMIT TO:    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    8816 08

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530 4 | 0006 | 092 | 15 | | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | |

440619719

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

INV2 04/05/2005

# Milliken & Company

**INVOICE**

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 092 | 802586 | 090805 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00
ORDER DATE   082304

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS | | NET | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LO | PDE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS.8 | PRICE | AMOUNT |
| 420D 46 X 46 SILICONE | | | | | | | | CUST CODING M10 1285 | | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | 1 | 648353 | 63920 | 2380 | | 2340 | 3760 | |
| | | | | | | 2 | 648365 | | 7000 | | 6900 | 3760 | |
| | | | | | | 3 | 648366 | | 7010 | | 6900 | 3760 | |
| | SUB TOTAL | | | | | | | | 16390 | | 16140 | | 606864 |
| | | | | | | 4 | 649343 | 64540 | 8500 | | 8330 | 3760 | |
| | | | | | | 5 | 649344 | | 8500 | | 8330 | 3760 | |
| | | | | | | 6 | 649345 | | 8500 | | 8320 | 3760 | |
| | SUB TOTAL | | | | | | | | 25500 | | 24980 | | 939248 |

00

SAME DAY TO SHIP 9-8
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640   6507 10 10 | 1,876,420 | 1,344,447 | 4,112 | 531,973 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 797530 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | | UNIT | | BUS. E | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. 05-44481-rdd

# Milliken & Company

# INVOICE

Administrative Services Department 105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 802586 | 090805 | 2 |

Exhibit 2

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 082304 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT    BS032

| PRODUCT I.D. | | | PKG PACKGE | | GROSS | NET | | | |
|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CPDE | GR CP | SEQ NUMBER | BATCH | LYDS.8 | LYDS. 8 | PRICE | AMOUNT |

```
****  6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
****  APPLICABLE LAW.                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 4,112 |
|---|---|
| TOTAL PACKAGES | 6 |
| SHIPPING WEIGHT | 2,815 |
| B/L NO. | 797530 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 154612 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. R | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# INVOICE

## AMERICAN BAG CORPORATION

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 802587 | 090805 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCLP00 | 033004 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

| PRODUCT I.D. | | | GR PDE | PKG SEO | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | | | | NO. | | | |
| GMT360 | LIFE | CURTAIN | | | | | CUST CODING | 168982 47 | | |
| 302297 | 242 | 7565 | 1010 | 1 | 647221 | 6407000 | 210 | 470 16240 | | |
| | | | | 2 | 647223 | | | 341 16240 | | |
| SUB TOTAL | | | | | | | | 811 | 1317064 | |

SAME DAY TO SHIP 9-8
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL | THIS | |
| | | | BILLED | SHIPMENT | BALANCE |
| 302302 | 242 | 7565 1010 | 142,638 | 81,882 | 811 | 60,756 |

SALESPERSON - MORRIS ASSOCIATES

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 811 |
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,544 |
| B/L NO. | 797532 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | 1317064 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
INVT 07/11/2005

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

440619719

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 802588 | 09 08 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO   IN   46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE             GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| CF519 00 | 08 02 05 |

CUSTOMER CODING/P.O.   450107648

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| OPW LIFE CURTAIN | | | | CUST CODING PR1 017 | 2 617 000 | 210 | 10 | | |
| 302303 481   7384 10 10 | | 1 | 652147 6434 | 00 | | | 25 | 16920 | |
| | | 2 | 652148 | | | | 25 | 16920 | |
| | | 3 | 652149 | | | | 25 | 16920 | |
| | | 4 | 652150 | | | | 25 | 16920 | |
| | | 5 | 652151 | | | | 25 | 16920 | |
| | | 6 | 652152 | | | | 25 | 16920 | |
| | | 7 | 652153 | | | | 25 | 16920 | |
| | | 8 | 652154 | | | | 25 | 16920 | |
| | | 9 | 652226 | | | | 19 | 16920 | |
| SUB TOTAL | | | | | | | 219 | | 370548 |
| | | | | | | | | | 00 |

SAME DAY TO SHIP 9-8   WAREHOUSE
*** *** ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302303 481   7384 10 10 | 220 | 219 | 219 | 1 |

SALESPERSON - MORRIS ASSOCIATES

| | |
|---|---|
| TOTAL BILLED QTY. | |
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.          797526 | |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT
CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

INV7 07/11/2005

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | KAREN O. STURKIE | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 0006 | 534 | | 13 | | 99155 | 06 | 711 | 689897 000 | 05 | | 319 | | 440619719 |

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 802588 | 090805 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF51900 | 080205 |

CUSTOMER CODING/P.O.   450107648

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR EDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK NO. | PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 219 |
|---|---|
| TOTAL PACKAGES | 9 |
| SHIPPING WEIGHT | 272 |
| B/L NO. | 797526 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   370548

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PCI | PC# | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0006 | 534 | | 13 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV? 07/11/2005

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 534 | 802589 | 090805 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO IN 46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING ***

SEAHORSE TRANSPORTATION

DELIVERY POINT LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   450112714

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|------|------|
| CF522 00 | 080405 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|--------------|-----------|------|-------|--------|
| OPW LIFE CURTAIN | | | | | | | CUST CODING PR101799 | 01000 | 10 | | |
| 302303 | 481 | | 7384 | 1010 | 1 | 65197164200 | 00 | 210 | 25 | 16170 | |
| | | | | | 2 | 652120 | | | 25 | 16170 | |
| | | | | | 3 | 652121 | | | 25 | 16170 | |
| | | | | | 4 | 652122 | | | 25 | 16170 | |
| | | | | | 5 | 652123 | | | 25 | 16170 | |
| | | | | | 6 | 652124 | | | 25 | 16170 | |
| | | | | | 7 | 652125 | | | 25 | 16170 | |
| | | | | | 8 | 652126 | | | 25 | 16170 | |
| | | | | | 9 | 652127 | | | 25 | 16170 | |
| | | | | | 10 | 652128 | | | 25 | 16170 | |
| | | | | | 11 | 652129 | | | 25 | 16170 | |
| | | | | | 12 | 652130 | | | 25 | 16170 | |
| | | | | | 13 | 652131 | | | 25 | 16170 | |
| | | | | | 14 | 65215564340 | | | 25 | 16170 | |
| SUB TOTAL | | | | | | | | | 350 | | 565950 |

SAME DAY TO SHIP 9-8
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL    TOTAL      THIS
                                    BILLED     SHIPMENT   BALANCE

302303 481      7384 1010      350        350        350

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | |
| TOTAL PACKAGES | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| SHIPPING WEIGHT | P. O. BOX 843234 | TERMS: NET 30 DAYS |
| B/L NO. 797527 | DALLAS, TX 75284-3234 | |

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT
**CONTINUED**

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS1 | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS 8 | XC | |
|------|------|-----|-----|---|----------|-----|------|-------|------|---|-------|----|--|
| 0052530 6 | 0006 | 534 | 13 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|-----|-----|-----|
| 534 | 802589 | 09 08 05 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO   IN   46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
* * *
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                GA

FIBER CONTENT
100% NYLON

| | | | | | | | | | | | ORDER NUMBER | ORDER DATE |
|--|--|--|--|--|--|--|--|--|--|--|--|--|
| CUSTOMER CODING/P.O. 450112714 | | | | | CUSTOMER DEPARTMENT | | | | | | CF522 00 | 08 04 05 |

| PRODUCT I.D. | | | | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | | | | | | | | | |

* * * *   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   * * * *
* * * *   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   * * * *
* * * *   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   * * * *
* * * *   APPLICABLE LAW.   * * * *
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 350 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
|---|---|---|---|---|
| TOTAL PACKAGES | 14 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 434 | DALLAS, TX 75284-3234 | | |
| B/L NO. | 797527 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT   5 65950

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0006 | 534 | | 13 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 534 | 802835 | 090805 | 1 |
| INVOICE TYPE | | | | |
| BILL AND SHIP | | | | |
| 01 | | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | PDE | SEQ | NUMBER PKG | NO. | PLANT | | | | |
| GMT191 | OPW LIFE CURTAIN | | | | | CUST CODING | 168 | 698 75 | | | |
| 302303 | 274 | 7365 1010 | | 1 | 6529916305 | 00 | 210 | | 417 | 14600 | 6088 20 |
| | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-8
\*\*\*   WAREHOUSE   \*\*\*
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302303 | 274 | 7365 1010 | 99,155 | 52,316 | 417 | 46,839 |

SALESPERSON - MORRIS ASSOCIATES

\*\*\*\*   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     \*\*\*\*
\*\*\*\* BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  \*\*\*\*
\*\*\*\*   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   \*\*\*\*
\*\*\*\* APPLICABLE LAW.                                               \*\*\*\*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 417 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 571 |
| B/L NO. | 798338 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 6088 20 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. N | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV-7 07/11/2005

# AMERICAN BAG CORPORATION

# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| CUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 334 | 803153 | 090905 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 033004 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | EACH | | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | | PLANT | | | | | | | |
| GMT360 | LIFE CURTAIN | | | | | | CUST CODING | 168 | 982 | 47 | | | | | | |
| 302297 | 242 | 7565 | 1010 | | 1 | 6472226 | 4070 | 00 | 210 | | | 488 | 16240 | | | |
| | | | | | 3 | 647229 | | | | | | 324 | 16240 | | | |
| SUB TOTAL | | | | | | | | | | | | 812 | | | 1318688 | |
| | | | | 11 | 2 | 647227 | | | | | | 453 | 16240 | | 735672 | |

SAME DAY TO SHIP 9-9                                                              00
    ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
    PRODUCT STATUS              ORIGINAL    TOTAL    THIS
                                           BILLED   SHIPMENT   BALANCE
302302 242      7565 1010   142,638   83,147   1,265      59,491

        SALESPERSON - MORRIS ASSOCIATES

    ****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ***|*
    ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ***|*
    ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ***|*
    ****   APPLICABLE LAW.                                              ***|*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.   THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.   USE CAUTION NEAR SOURCES OF HEAT OR FLAME.   SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.   THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,265 |
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,428 |
| B/L NO. | 798701 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    2054360

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B/ | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 | 4 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

IN17 07/11/2005

# INVOICE

**Milliken & Company**

Administrative Services Department SV-108
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 092 | 803154 | 090905 | 1 |

INVOICE TYPE

BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS   TX   78567 |

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

ORDER NUMBER   ZZCPB00
ORDER DATE     082304

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| PRODUCT I.D.<br>STYLE  PAT COLOR  FINLC | GR DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | 1 | NET LYDS. 8 | 1 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | CUST CODING M101285 | | | | | | |
| 312308640      6507 1010 | | 1 | 649346 | 64540 | 8500 | | 8380 | | 3760 | |
| | | 2 | 649346 | | 6680 | | 6580 | | 3760 | |
| | | 3 | 649348 | | 6900 | | 6810 | | 3760 | |
| | | 4 | 649351 | | 6900 | | 6810 | | 3760 | |
| | | 5 | 649352 | | 6900 | | 6650 | | 3760 | |
| | | 6 | 649353 | | 7050 | | 6830 | | 3760 | |
| | | 7 | 649354 | | 7200 | | 7030 | | 3760 | |
| | | 8 | 649355 | | 6160 | | 5910 | | 3760 | |
| | | 9 | 649360 | | 6960 | | 6880 | | 3760 | |
| SUB TOTAL | | | | | 63250 | | 61880 | | | 2326688 |
| | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-9

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL<br>BILLED | THIS<br>SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308640      6507 1010 | 1,876,420 | 1,350,635 | 6,188 | 525,785 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.          798702 | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   CONTINUED

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# INVOICE

**Milliken & Company**
Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

| BUS. | INVOICE NUMBER | DATE | PAGE |
|------|------|------|------|
| 092 | 803154 | 090905 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |

| PRODUCT I.D. STYLE PAT COLOR FINL CPDE | GR PKG SEQ | PACKGE NUMBER BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 6,188 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 2326688 |
| TOTAL PACKAGES | 9 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 4,259 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 798702 | | PAYABLE IN U.S DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 991550 | 67 | 11 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |

INVI 04/05/2005

R072018 CUST. SERV.

# INVOICE

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN®

| | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 092 | 803712 | | 09|12|05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | ZZCNZ00 | 08|23|04 |

| STYLE | PAT | COLOR | FIN | LC | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 39X39 MID PERM | | | | | | | | | | | | |
| 312286 | 720 | | 2058 | 010 | | 1 | 642968 | 63110 | 10000 | 9910 | 3460 | |
| | | | | | | 2 | 642969 | | 10000 | 9940 | 3460 | |
| | | | | | | 3 | 643538 | | 7140 | 7110 | 3460 | |
| | | | | | | | | | 27140 | 26960 | | 9328|16 |

CUST CODING M01013 84

SUB TOTAL

SAME DAY TO SHIP 9-12
     ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312286 720     2058 010 | | 300,698 | 199,041 | 2,696 | 101,657 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,696 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,297 |
| B/L NO. | 799685 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | 9328|16 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | 440619719 |

INVJ 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



# INVOICE

Administrative Services Department M-105
920 Milliken Road  P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 803713 | 09 12 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|
| | | | | | ZZCNR00 | 08 12 04 |

| STYLE | PAT | COLOR | FIN | LC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 41X41 72" | | | | | | | | CUST CODING M10 | 1281 | | | | | |
| 312275 | 720 | | 2058 | 010 | | 1 | 635509 | 61740 | 10000 | | 9930 | | 3490 | |
| | | | | | | 2 | 635510 | | 10000 | | 9880 | | 3490 | |
| | | | | | | 3 | 635511 | | 10000 | | 9900 | | 3490 | |
| | SUB TOTAL | | | | | | | | 30000 | | 29710 | | | 10368 79 |

SAME DAY TO SHIP 9-12                                                                    00
***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
PRODUCT STATUS          ORIGINAL    TOTAL    THIS
                                    BILLED   SHIPMENT   BALANCE
312275 720     2058   010   3 25,581   261,845   2,971   63,736

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
****   APPLICABLE LAW.                                                    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,971 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | TOTAL INVOICE AMOUNT | 10368 79 |
| SHIPPING WEIGHT | 2,651 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 799686 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | ET | SALESMAN | YM | LOC. | DEST. | UNIT | | BUS. | ST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530 | 4 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV2 04/01/2005

R072018 CUST. SERV.

# INVOICE

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 803714 | 091205 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| 0550063123 | | | | ZZCPB00 | 082304 |

| STYLE | PAT | COLOR | FIN | LC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 | | X46 SILICONE | | | | | | | | | | |
| 312308 | 640 | | | 6507 | 1010 | 1 | 649341 | 64540 | CUST CODING M10 | 1285 | | |
| | | | | | | | | | 8500 | 8390 | 3760 | |
| | | | | | | 2 | 649342 | | 8500 | 8410 | 3760 | |
| | | | | | | 3 | 649347 | | 6900 | 6630 | 3760 | |
| | | | | | | 4 | 649349 | | 6900 | 6900 | 3760 | |
| | | | | | | 5 | 649350 | | 7000 | 6930 | 3760 | |
| | | | | | | 6 | 649357 | | 3620 | 3530 | 3760 | |
| | | | | | | 7 | 649361 | | 8000 | 7910 | 3760 | |
| | | | | | | 8 | 649362 | | 7500 | 7320 | 3760 | |
| | | | | | | 9 | 649363 | | 5040 | 5000 | 3760 | |
| | | | | | | 10 | 649749 | | 7410 | 7350 | 3760 | |
| | | | | | | 11 | 649889 | | 6310 | 6260 | 3760 | |
| | | SUB TOTAL | | | | | | | 75680 | 74630 | | 2806088 |
| | | | | | | 12 | 649571 | 64550 | 8500 | 8330 | 3760 | 313208 |
| SAME DAY TO SHIP 9-12 | | | | | | | | | | | | 00 |

***    WAREHOUSE    ***

FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312308 640 | 6507 | 1010 | 1,876,420 | 1,358,931 | 8,296 | 517,489 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | 799687 |
| B/L NO. | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT

CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | XC | 440619719 |

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN®

| BUS | INVOICE NUMBER | | DATE | | PAGE |
|-----|------|------|------|------|------|
| 092 | 803714 | 09 | 12 | 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   08 23 04

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LC | PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 8,296 |
|---|---|
| TOTAL PACKAGES | 12 |
| SHIPPING WEIGHT | 5,655 |
| B/L NO. | 799687 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   31192 96

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 803715 | 09 12 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCMK00 | 04 29 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
| GMX 295 | LIFE CURTAIN | | | | | | CUST CODING | 168 716 54 | | | |
| 302303 | 241 | 7565 | 10 10 | | 1 | 609416 | 56450 00 | 210 | 854 | 11980 | |
| | | | | | 2 | 609417 | | | 849 | 11980 | |
| SUB TOTAL | | | | | | | | | 1703 | | 2040194 |

SAME DAY TO SHIP 9-12                                                            00
  ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                          FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL      TOTAL      THIS
                                        BILLED    SHIPMENT    BALANCE
302303 241      7565 10 10      69,365    60,190    1,703      9,175

          SALESPERSON -  MORRIS ASSOCIATES

  ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
  ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
  ****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****    APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,703 |
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 2,210 |
| B/L NO. | 799690 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 60 DAYS

| TOTAL INVOICE AMOUNT | 2040194 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | 99155 | 07 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

| | | | | |
|---|---|---|---|---|
| | | | INVOICE NUMBER | DATE |
| | | | 534  803716  09 12 05 | 1 |

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

INVOICE TYPE
BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCLP 00 | 03 30 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | PLANT | EACH | PRICE | AMOUNT |

GMT360 LIFE CURTAIN                    CUST CODING 16898247
302297 242   7565 10 10      1 647228640700 00      210           466 16240      756784

GMT 360 LIFE CURTAIN                   CUST CODING 16898247
302302 242   7565 10 10      2 647267641400 00      210           507 16240
                             3 647268                            472 16240
     SUB TOTAL                                                   979           1589896

SAME DAY TO SHIP 9-12                                                            00
     ***      WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL   TOTAL   THIS
                                     BILLED   SHIPMENT   BALANCE
   302302 242    7565 10 10   142,638   84,592   1,445   58,046

     SALESPERSON - MORRIS ASSOCIATES

   ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
   ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
   ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
   ****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY.  1,445 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
| TOTAL PACKAGES         3 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT   2,564 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT   234668 0 |
| B/L NO.   799691 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

# INVOICE

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 803735 | 09 09 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
FEDERAL EXPRESS

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | | |
| CUSTOMER DEPARTMENT | ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | | | | |
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OPW LIFE CURTAIN | | | | | | CUST CODING | 168 | 69875 | | | |
| 302303 | 274 | 7365 | 1010 | | 1 | 6476115557000 | 00 | 210 | | 33 | 14600 | |
| | | | | | 4 | 65002764150 | | | | 6 | 14600 | |
| | | | | | 5 | 650060 | | | | 5 | 14600 | |
| | | | | | 6 | 652230 | | | | 10 | 14600 | |
| | | | | | 7 | 652688 | | | | 24 | 14600 | |
| | | | | | 8 | 652773 | | | | 28 | 14600 | |
| | | | | | 9 | 652949 | | | | 2 | 14600 | |
| | | | | | 2 | 65310962150 | | | | 8 | 14600 | |
| | | | | | 3 | 653604 | | | | 7 | 14600 | |

SUB TOTAL                                                    123              179580

                                                                                      00

SAMEDAY TO SHIP 9-9
FREIGHT PREPAID

                                              FREIGHT STATUS: PREPAID

PRODUCT STATUS          ORIGINAL    TOTAL      THIS
                                                BILLED   SHIPMENT   BALANCE

302303 274        7365 1010   99,111   52,439      123      46,672

            SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.  799719 | |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS.S | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 803735 | 090905 | 2 |

INVOICE TYPE
**BILL AND SHIP**

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
FEDERAL EXPRESS

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| 0550063123 | CUSTOMER DEPARTMENT | ZZCJR00 | 020404 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | | | | | |

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****    APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 123 |
|---|---|
| TOTAL PACKAGES | 9 |
| SHIPPING WEIGHT | 156 |
| B/L NO. | 799719 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT  1795 80

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/17/2005

B072058    CUST SER/V

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 534 | 804400 | 09 12 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| STYLE PAT | COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | | CUST CODING | 168 698 75 | | | |
| 302303 274 | 7365 10 10 | | 1 | 654159 | 65000 00 | 210 | 375 | 14 600 | |
| | | | 2 | 654162 | | | 370 | 14 600 | |
| SUB TOTAL | | | | | | | 745 | | 10877 00 |

SAME DAY TO SHIP 9-12                                                                        00
     ***     WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                      FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL      TOTAL    THIS
                                       BILLED    SHIPMENT    BALANCE
302303 274        7365 10 10    99,111    53,184    745    45,927

          SALESPERSON - MORRIS ASSOCIATES

 ****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        *** *
 ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  *** *
 ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      *** *
 ****   APPLICABLE LAW.                                                  *** *
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY.  745 | REMIT TO: | TERMS: NET 30 DAYS |
| TOTAL PACKAGES  2 | P. O. BOX 843234 | |
| SHIPPING WEIGHT  931 | DALLAS, TX 75284-3234 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| B/L NO.  801043 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT    10877 00

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

05-44481-rdd   Doc 8991   Administrative Services Department, M-195  Filed 08/09/07   Entered 08/09/... 5:53:34   BUS   INVOICE 2   DATE   PAG
EXENDER

# Milliken & Company

## INVOICE

920 Milliken Road P. O. Box 1920
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN   | 092 | 804491 | 091305 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                         GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | | | CUSTOMER DEPARTMENT | | BS032 | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | GR | PKG | PACKGE | | | | | | ZZCNZ00 | 08 23 04 |
| STYLE | PAT | COLOR | FIN | LO CDE | SEQ | NUMBER | BATCH | GROSS1 LYDS .8 | | | NET 1 LYDS .8 | PRICE | AMOUNT |
| 630D 3 | 9X39 | MID | PERM | 2058 010 | | | | CUST CODING | M01 01 | 384 | | | |
| 312286 | 720 | | | | 1 | 642959 | 63110 | 2650 | | | 2620 | 3460 | |
| | | | | | 2 | 642961 | | 10000 | | | 9950 | 3460 | |
| | | | | | 3 | 642962 | | 10000 | | | 9950 | 3460 | |
| | SUB TOTAL | | | | | | | 22650 | | | 22520 | | 7 791 92 |
| | | | | | | | | | | | | | 00 |

*** SAME DAY TO SHIP 9-13   WAREHOUSE   ***
FAX SIGNED B/L TO 5115  IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS                          TOTAL        FREIGHT STATUS: COLLECT
                                        BILLED       THIS
| 312286 | 720 | 2058 | 010 | ORIGINAL | 319,918 | 201,293 | SHIPMENT 2,252 | BALANCE 118,625 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY         ****
****  APPLICABLE LAW.                                                     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY  ****
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,252 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | TERMS: NET 30 DAYS | | |
| SHIPPING WEIGHT | 1,925 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT | |
| B/L NO. | 801149 | | | | 7 791 92 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | SHIP | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0525304 | 0006 | 092 | 15 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | BOX. # | XC |
| I 04/05/2001 | | | | | | | | | | | 319 | | 440619719 |

R072018 CUST. SERV.

# Milliken & Company

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 804492 | 09 13 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER ZZCPB00 | ORDER DATE 08 23 04 |
|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS1 | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | CPDE | SEQ | NUMBER | BATCH | LYDS. 8 | LYDS. 8 | PRICE | AMOUNT |
| 420D 46 X 46 SILICONE | | | | | | | | | | | |
| 312308 | 640 | | 6507 | 10 10 | 1 | 649359 | 64540 CUST CODING M10 1285 | 8500 | 8400 | 3760 | |
| | | | | | 2 | 649983 | | 8500 | 8360 | 3760 | |
| | | | | | 3 | 650010 | | 6370 | 6320 | 3760 | |
| SUB TOTAL | | | | | | | | 23370 | 23080 | | 8678 08 |
| | | | | | 4 | 649567 | 64550 | 8000 | 7770 | 3760 | |
| | | | | | 5 | 649568 | | 4420 | 4260 | 3760 | |
| | | | | | 6 | 649570 | | 6050 | 5950 | 3760 | |
| | | | | | 7 | 649574 | | 8420 | 8230 | 3760 | |
| | | | | | 8 | 649577 | | 7540 | 7400 | 3760 | |
| | | | | | 9 | 649583 | | 8500 | 8280 | 3760 | |
| | | | | | 10 | 649585 | | 8500 | 8350 | 3760 | |
| | | | | | 11 | 649586 | | 8500 | 8370 | 3760 | |
| SUB TOTAL | | | | | | | | 59930 | 58610 | | 22037 36 |

SAME DAY TO SHIP 9-13          00
*** WAREHOUSE *** 
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640     6507 10 10 | 1,882,931 | 1,367,100 | 8,169 | 515,831 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | | |
|---|---|---|---|
| TOTAL PACKAGES | | | |
| SHIPPING WEIGHT | | | |
| B/L NO. | 801150 | | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL
INVOICE
AMOUNT  CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TH | LOC | DEST. | | UNIT | | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# INVOICE

## Milliken & Company
Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

Pg 50 of 57



| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 092 | 804492 | 091305 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | | | CUSTOMER DEPARTMENT | BS032 | | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | GR | PKG | PACKGE | | | | GROSS | 1 | NET | 1 | | | |
| STYLE | PAT | COLOR | FIN | LC | DE | SEQ | NUMBER | BATCH | LYDS. | 8 | LYDS. | 8 | PRICE | AMOUNT |

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 8,169 |
|---|---|
| TOTAL PACKAGES | 11 |
| SHIPPING WEIGHT | 5,573 |
| B/L NO. | 801150 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    3071544

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | LOC. | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | E | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | 440619719 |

INV/2 04/05/2005

B072058   CUST. SERV.

# INVOICE

## AMERICAN BAG CORPORATION

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | | | | DATE | PAGE |
|---|---|---|---|---|---|
| 534 | 804493 | | 09 | 13 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 03 30 04 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | | | | |
| GMT 36 | 0 LIFE CURTAIN | | | | | | CUST CODING | 16898247 | | | | | | |
| 302302 | 242 | | 7565 | 10 10 | 1 | 647258 | 6414000 | | 210 | | | 464 | 16240 | |
| | | | | | 2 | 647259 | | | | | | 434 | 16240 | |
| | | | | | 3 | 647266 | | | | | | 508 | 16240 | |
| | SUB TOTAL | | | | | | | | | | | 1406 | | 2283344 |

SAME DAY TO SHIP 9-13                                                    00
     ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
 PRODUCT STATUS          ORIGINAL      TOTAL      THIS
                                         BILLED   SHIPMENT    BALANCE
302302 242       7565 10 10   149,607   85,998    1,406      63,609

         SALESPERSON -  MORRIS ASSOCIATES

 ****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
 ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
 ****   APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,406 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,436 |
| B/L NO. | 801151 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO.
OF REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 2283344 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

# INVOICE

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 804506 | 091205 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
MENLO NEXT DAY AIR

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
| GMT191 | OP | W LIFE CURTAIN | | | | | CUST CODING | 16869875 | | | |
| 302303 | 274 | 7365 | 1010 | | 1 | 654157 | 65000 00 | 210 | 267 | 14600 | |
| | | | | | 2 | 654163 | | | 233 | 14600 | |
| | | | | | 3 | 654177 | | | 220 | 14600 | |
| | | | | | 4 | 654178 | | | 365 | 14600 | |
| | | SUB TOTAL | | | | | | | 1085 | | 158410 0 |

SAME DAY TO SHIP 9-12
MUST DELIVER 9-13
PTA 233680

PRODUCT STATUS

302303 274      7365  1010      99,111

FREIGHT STATUS: COLLECT

| | ORIGINAL | TOTAL | THIS | |
|---|---|---|---|---|
| | | BILLED | SHIPMENT | BALANCE |
| | 99,111 | 54,269 | 1,085 | 44,842 |

SALESPERSON - MORRIS ASSOCIATES

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                  ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.  1,085 | REMIT TO:  PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|
| TOTAL PACKAGES       4 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT  1,356 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 158410 0 |
| B/L NO.     801191 | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

B072058   CUST. SERV.

| INVOICE NUMBER | 2 | DATE | PAGE |
|---|---|---|---|
| 534 | 804507 | 09 12 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
MENLO NEXT DAY AIR

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT00 | 04 05 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | | | | | CUST CODING 168 982 48 | | | | |
| 302302 | 243 | 7565 | 1010 | | 2 | 650863 | 6494 | 00 | 210 | 487 | 16640 | 810368 |
| | | | | 11 | 1 | 650862 | | | | 480 | 16640 | |
| | | | | | 3 | 650865 | | | | 515 | 16640 | |
| SUB TOTAL | | | | | | | | | | 995 | | 1655680 |

SAME DAY TO SHIP 9-12                                                    00
MUST DELIVER 9-13
PTA 233680

PRODUCT STATUS          ORIGINAL      TOTAL    FREIGHT STATUS: COLLECT
                                      BILLED   THIS
302302 243      7565 1010   56,259   33,469   SHIPMENT   BALANCE
                            56,259   33,469   1,482      22,790

SALESPERSON - MORRIS ASSOCIATES

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****    APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,482 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 2,464 | DALLAS, TX 75284-3234 | | |
| B/L NO. | 801192 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

TOTAL INVOICE AMOUNT   2466048

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PCI | PO | SALESMAN | TM | LOC. | DEST. | UNIT | BUS. BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 |

INV7 07/11/2005

440619719

R072018 CUST. SERV.

# Milliken & Company



# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | | DATE | | PAGE |
|---|---|---|---|---|---|
| 092 | 804773 | | 09 13 05 | | 1 |
| | INVOICE TYPE | | | | |
| 01 | BILL AND SHIP | | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|
| | | | | | ZZCPB 00 | 08 23 04 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS1 | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | P DE | SEQ | NUMBER BATCH | LYDS.8 | LYDS. 8 | PRICE AMOUNT |
| 420D 46 X46 SILICONE | | | | | | | | CUST CODING M10 1285 | | |
| 312308 | 640 | | 6507 | 10 | 10 | 1 | 65001764550 | 6900 | 6800 | 3 760 | 255680 |

SAME DAY TO SHIP 9-13
        *** WAREHOUSE *** 
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                              FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL   TOTAL   THIS
                                     BILLED  SHIPMENT  BALANCE
312308 640       6507 10 10 1,882,931 1,367,780     680   515,151

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
  PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
  BUSINESS - 0920

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.      ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 680 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 466 |
| B/L NO. | 801913 |

REMIT TO:          PLEASE SHOW OUR INVOICE NO.
                        ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| 255680 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 804918 | 09 13 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE         GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT 00 | 04 05 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COL OR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | CUST CODING 1689824 8 | | | | |
| 302302 243    7565 | 10 10 | 1 | 650864649 | 490 00 | 210 | 454 | 16640 | 7554 56 |
| | | | | | | | | 00 |

SAME DAY TO SHIP 9-13
        ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 243    7565  10 10 | 59,759 | 33,923 | 454 | 25,836 |

SALESPERSON - MORRIS ASSOCIATES

    ****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
    ****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
    ****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY.    454 | REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
| TOTAL PACKAGES        1 | P. O. BOX 843234 | |
| SHIPPING WEIGHT     761 | DALLAS, TX 75284-3234 | TOTAL INVOICE AMOUNT   7554 56 |
| B/L NO.      802096 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | FIN | LOC | DEST | UNIT | | BUS. XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 805133 | 09 13 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
  SEE BELOW

DELIVERY POINT
  LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | DELPHI | | | | | | | | | | |
| 937868 | 274 | | 7382 | 10 10 | 1 | 654945 | 655600 | CUST CODING 168 698 75 | 25 | 146 00 | |
| | | | | | 2 | 654946 | 00 | 210 | 25 | 146 00 | |
| | SUB TOTAL | | | | | | | | 50 | | 730 00 |

SAME DAY TO SHIP 9-13                                                    00
FREIGHT PREPAID
MUST DELIVER 9-14

                              FREIGHT STATUS: PREPAID
 PRODUCT STATUS        ORIGINAL   TOTAL    THIS        BALANCE
                                  BILLED   SHIPMENT
937868 274     7382 10 10   107,155   54,319    50       52,836

        SALESPERSON -  MORRIS ASSOCIATES

 ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
 ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
 ****  APPLICABLE LAW.                                          ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 50 |
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 62 |
| B/L NO. | 802375 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   730 00

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC | DEST. | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 |

440619719

INV7 07/11/2005

# INVOICE

R072018 CUST. SERV.

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| | SUB | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 092 | 805244 | 09 14 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | | | | | | | ORDER NUMBER | | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | CUSTOMER DEPARTMENT | | | | | ZZCNO00 | | 08 12 04 |

| STYLE | PAT | COLOR | FIN | LD | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 315D | 56X56 | SILICONE | | | | | | | | | | |
| 312285 | 630 | | 3505 | 010 | | | | CUST CODING M10 1329 | | | | |
| | | | | | 1 | 615167 | 85210 | | 12000 | 11660 | 4840 | |
| | | | | | 2 | 615168 | | | 12000 | 11540 | 4840 | |
| | | | | | 3 | 618423 | | | 2920 | 2750 | 4840 | |
| SUB TOTAL | | | | | | | | | 26920 | 25950 | | 1255980 |
| | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-14
    ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312285 630 | 3505 010 | 175,004 | 136,084 | 2,595 | 38,920 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,595 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 1,789 |
| B/L NO. | 802439 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   1255980

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BOX. BT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | XC | 440619719 |

INV2  04/05/2005

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED