R072018 CUST. SERV.

# INVOICE

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW


MILLIKEN®

| | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 092 | 805245 | | 09 14 05 | 1 |
| | INVOICE TYPE | | | |
| 01 | BILL AND SHIP | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | PRODUCT I.D. | | | | | | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | | | BS032 | | ZZCPB00 | 08 23 04 |

| STYLE | PAT | COLOR | FIN | LC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS .8 | NET 1 LYDS .8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D | 46 | X46 | SILICONE | | | | | CUST CODING M10 1285 | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | 1 | 649566 | 64550 | 8000 | 7810 | 3760 | |
| | | | | | | 2 | 649569 | | 5960 | 5720 | 3760 | |
| | | | | | | 3 | 649575 | | 8500 | 8380 | 3760 | |
| | | SUB TOTAL | | | | | | | 22460 | 21910 | | 8238 16 |
| | | | | | | 4 | 649778 | 64560 | 7020 | 6800 | 3760 | |
| | | | | | | 5 | 649780 | | 8500 | 8320 | 3760 | |
| | | | | | | 6 | 649784 | | 8500 | 8440 | 3760 | |
| | | | | | | 7 | 649788 | | 8500 | 8280 | 3760 | |
| | | | | | | 8 | 649789 | | 8500 | 8360 | 3760 | |
| | | | | | | 9 | 649791 | | 8500 | 8370 | 3760 | |
| | | | | | | 10 | 649792 | | 8500 | 8350 | 3760 | |
| | | | | | | 11 | 649793 | | 8500 | 8220 | 3760 | |
| | | | | | | 12 | 650179 | | 6760 | 6560 | 3760 | |
| | | SUB TOTAL | | | | | | | 73280 | 71700 | | 26959 20 |

SAME DAY TO SHIP 9-14
    ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 312308 640 | | 6507 10 | 10 | | 1,882,931 | 1,377,141 | 9,361 | 505,790 |

                                                    00

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT |
| B/L NO. | 802440 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS.# | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# INVOICE

R072018 CUST. SERV.

**Milliken & Company**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN*

| | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 092 | 805245 | | 091405 | 2 |

**INVOICE TYPE**

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| 0550063123 | BS032 | ZZCPB00 | 082304 |

| PRODUCT I.D. STYLE PAT COLOR FIN LC | GR CDE | PKG PACKGE SEQ NUMBER BATCH | GROSS1 LYDS.8 | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****  APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| | | | | |
|---|---|---|---|---|
| TOTAL BILLED QTY. | 9,361 | PLEASE SHOW YOUR INVOICE NO. ON REMITTANCE | | |
| TOTAL PACKAGES | 12 | REMIT TO: P. O. BOX 843234 | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | 6,457 | DALLAS, TX 75284-3234 | | |
| B/L NO. | 802440 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

TOTAL INVOICE AMOUNT   3519736

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | EXHIBIT NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 805509 | 09 | 14 05 | 1 |
| | INVOICE TYPE | | | |
| 01 | BILL AND SHIP | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCJR00 | 02 04 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT191 DELPHI | | | | CUST CODING | 168 698 75 | | | |
| 937868 274   7382 10 10 | | 1 | 6551 756 56500 | 210 | | 25 | 14 600 | |
| | | 2 | 655176 | | | 25 | 14 600 | |
| | | 3 | 655177 | | | 25 | 14 600 | |
| | | 4 | 655182 | | | 25 | 14 600 | |
| | | 5 | 655183 | | | 25 | 14 600 | |
| | | 6 | 655184 | | | 25 | 14 600 | |
| | | 7 | 655185 | | | 25 | 14 600 | |
| | | 8 | 655186 | | | 25 | 14 600 | |
| | | 9 | 655187 | | | 25 | 14 600 | |
| | | 10 | 655299 | | | 25 | 14 600 | |
| | | 11 | 655301 | | | 25 | 14 600 | |
| | | 12 | 655302 | | | 25 | 14 600 | |
| | | 13 | 655303 | | | 25 | 14 600 | |
| | | 14 | 655306 | | | 25 | 14 600 | |
| | | 15 | 655307 | | | 25 | 14 600 | |
| | | 16 | 655310 | | | 25 | 14 600 | |
| | | 17 | 655312 | | | 25 | 14 600 | |
| SUB TOTAL | | | | | | 425 | | 6205 00 |

SAME DAY TO SHIP 9-14                                                    00
CARRIER - ACTIVE AERO

PRODUCT STATUS                    FREIGHT STATUS: COLLECT

                          ORIGINAL     TOTAL     THIS
                                      BILLED   SHIPMENT   BALANCE
937868 274      7382 10 10   107,155  54,744     425     52,411

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | | CONTINUED |
| B/L NO. | 803252 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV072 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| JOB | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 805509 | 09 14 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

```
****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****     8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 425 |
|---|---|
| TOTAL PACKAGES | 17 |
| SHIPPING WEIGHT | 527 |
| B/L NO. | 803252 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT   6205 00

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 534 805609 | 09 14 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT

ORDER NUMBER  ZZCJR00
ORDER DATE  02 04 04

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 937868 | DELPHI 274 | | 7382 | 10 10 | | | CUST CODING 168 698 75 | 210 | 25 | 14600 | |
| | | | | | 1 | 655300 65650 00 | | | 25 | 14600 | |
| | | | | | 2 | 655304 | | | 25 | 14600 | |
| | | | | | 3 | 655305 | | | 25 | 14600 | |
| | | | | | 4 | 655308 | | | 25 | 14600 | |
| | | | | | 5 | 655309 | | | 25 | 14600 | |
| | | | | | 6 | 655311 | | | 25 | 14600 | |
| | | | | | 7 | 655313 | | | 25 | 14600 | |
| SUB TOTAL | | | | | | | | | 175 | | 2555 00 |

SAME DAY TO SHIP 9-14
CARRIER - ACTIVE AERO                                                   00

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 937868 274 | | 7382 | 10 10 | | 107,155 | 54,919 | 175 | 52,236 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 175 |
| TOTAL PACKAGES | 7 |
| SHIPPING WEIGHT | 217 |
| B/L NO. | 803309 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  2555 00

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 PC2 E | SALEMAN | TM | LOC. | DEST. | UNIT | | BUS. B. | XC |
|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 4 | 0006 534 | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

# Milliken & Company



MILLIKEN®

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 805833 | 09 14 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

ORDER NUMBER
ZZCPB00

ORDER DATE
08 23 04

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT    BS032

| PRODUCT I.D. | | | | GR CD | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LCPDE | | | | | | | | | |
| 420D 46 X46 SILICONE | | | | | | | CUST CODING M101285 | | | | | | |
| 312308 | 640 | | 6507 | 1010 | 1 | 649781 | 64560 | 8500 | | 8300 | | 3760 | |
| | | | | | 2 | 649782 | | 8500 | | 8330 | | 3760 | |
| | | | | | 3 | 649783 | | 7500 | | 7440 | | 3760 | |
| | | | | | 4 | 649786 | | 7000 | | 6840 | | 3760 | |
| | | | | | 5 | 649795 | | 7280 | | 7150 | | 3760 | |
| | | | | | 6 | 649796 | | 6420 | | 6410 | | 3760 | |
| | | | | | 7 | 649797 | | 6930 | | 6870 | | 3760 | |
| | | | | | 8 | 649798 | | 6900 | | 6820 | | 3760 | |
| | | | | | 9 | 650189 | | 6260 | | 6140 | | 3760 | |
| SUB TOTAL | | | | | | | | 65290 | | 64300 | | | 24176 80 |
| | | | | | 10 | 649841 | 64570 | 4800 | | 4700 | | 3760 | |
| | | | | | 11 | 649843 | | 8500 | | 8320 | | 3760 | |
| | | | | | 12 | 649853 | | 8500 | | 8260 | | 3760 | |
| SUB TOTAL | | | | | | | | 21800 | | 21280 | | | 8001 28 |
| | | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-15
      *** WAREHOUSE  ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312308 640 | 6507 1010 | 1,882,931 | 1,385,699 | 8,558 | 497,232 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.        803616 | |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TERMS: NET 30 DAYS

TOTAL INVOICE AMOUNT       CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | XC | 440619719 |

IW2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE



MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 092 | 805833 | 091405 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   082304

| PRODUCT I.D. | | | GR | | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.                                     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8,558 |
|---|---|
| TOTAL PACKAGES | 12 |
| SHIPPING WEIGHT | 5,872 |
| B/L NO. | 803616 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   3217808

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 991550 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 805835 | 09 14 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
MENLO AIR

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT191 | | DELPHI | 7382 | 1010 | | | CUST CODING | | 168 698 75 | | | | |
| 937868 | 274 | | | | 1 | 655315 | 656500 | 210 | | | 400 | 14 600 | |
| | | | | | 2 | 655316 | | | | | 200 | 14 600 | |
| | | | | | 3 | 655440 | | | | | 200 | 14 600 | |
| | | | | | 4 | 655441 | | | | | 221 | 14 600 | |
| | SUB TOTAL | | | | | | | | | | 1 021 | | 1490660 |

SAME DAY TO SHIP 9-14
CARRIER - MENLO                                                             00

FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL    TOTAL    THIS
                                    BILLED   SHIPMENT   BALANCE
937868274        7382 1010   107,155   55,940   1,021      51,215

SALESPERSON - MORRIS ASSOCIATES

```
****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****   APPLICABLE LAW.                                              ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,021 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 4 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 1,276 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT | 1490660 |
| B/L NO. | 803620 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| BUS. NO. | BUS. PC1 | PC2 E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058    CUS...    05-44481-rdd    Doc 8997-3    Filed 08/09/07    Entered 08/09/07 15:53:34    Exhibit 2-A    PAGE

# AMERICAN BAG CORPORATION

## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | | |
|---|---|---|
| BOX | EXHIBIT NUMBER | DATE | PAGE |
| 534 | 806454 | 091505 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
MENLO AIR

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

ORDER NUMBER  ZZCJR00   ORDER DATE 020404

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | DELPHI | | | | | | | CUST CODING | 168698 75 | | | |
| 937868 | 274 | | 7382 | 1010 | 1 | 655190 656500 | | 210 | | 297 | 14600 | |
| | | | | | 2 | 655426 | | | | 308 | 14600 | |
| | | | | | 3 | 655427 | | | | 331 | 14600 | |
| | | | | | 4 | 655445 | | | | 305 | 14600 | |
| | | | | | 5 | 655608 | | | | 144 | 14600 | |
| SUB TOTAL | | | | | | | | | | 1385 | | 202210 0 |

SAME DAY TO SHIP 9-15
MUST DELIVER 9-16                                                    00

FREIGHT STATUS: COLLECT
PRODUCT STATUS        ORIGINAL    TOTAL   THIS
                                 BILLED  SHIPMENT  BALANCE
937868 274    7382 1010   107,155  57,325   1,385     49,830

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.  ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,385 |
| TOTAL PACKAGES | 5 |
| SHIPPING WEIGHT | 1,731 |
| B/L NO. | 804680 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   202210 0

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.    REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV3 07/11/2005

R072018 CUST. SERV.

# Milliken & Company

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 092 | 807008 | 09 | 1905 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|
| 0550063123 | | | | BS032 | | ZZCPB00 | 082304 |

| STYLE | PAT | COLOR | FIN | LD | PE | GR SEQ | PKG NUMBER | PACKGE BATCH | GROSS LYDS | NET LYDS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | GR | PKG | PACKGE | GROSS1 | NET 1 | | |
| 420D 46 X46 SILICONE | | | | | | | | | LYDS.8 | LYDS.8 | | |
| 312308 | 640 | | | 6507 | 1010 | | | | CUST CODING M101285 | | | |
| | | | | | | | 1 | 649837 64570 | 8500 | 8280 | 3760 | |
| | | | | | | | 2 | 649838 | 8500 | 8390 | 3760 | |
| | | | | | | | 3 | 649839 | 7590 | 7480 | 3760 | |
| | | | | | | | 4 | 649846 | 7000 | 6960 | 3760 | |
| | | | | | | | 5 | 649849 | 8500 | 8350 | 3760 | |
| | | | | | | | 6 | 649850 | 8500 | 8410 | 3760 | |
| | | | | | | | 7 | 649851 | 8500 | 8410 | 3760 | |
| | | | | | | | 8 | 649852 | 5110 | 5080 | 3760 | |
| | | | | | | | 9 | 649855 | 8500 | 8310 | 3760 | |
| | SUB TOTAL | | | | | | | | 70700 | 69670 | | 261959 2 |
| | | | | | | | 10 | 650408 64920 | 6800 | 6650 | 3760 | |
| | | | | | | | 11 | 650409 | 8500 | 8440 | 3760 | |
| | | | | | | | 12 | 650410 | 8500 | 8430 | 3760 | |
| | SUB TOTAL | | | | | | | | 23800 | 23520 | | 88435 2 |

SAME DAY TO SHIP 9-19
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312308 640 | 6507 1010 | 1,882,931 | 1,395,018 | 9,319 | 487,913 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | DALLAS, TX 75284-3234 | | | |
| B/L NO.    805842 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |

R072018 CUSY SERV- 05-44481-rdd   Doc 1702-11   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit 2-A   Pg 11 of 48

# INVOICE

## Milliken & Company

Administrative Services Department M-405
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

△△△ MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 807008 | 09 19 05 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 08 23 04 |
|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE | PAT | COLOR | FINL | GR LC CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

```
****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.1% PER ANNUM,  SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 9,319 |
|---|---|
| TOTAL PACKAGES | 12 |
| SHIPPING WEIGHT | 6,337 |
| B/L NO. | 805842 |

REMIT TO:  PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 3503944 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV2 04/05/2005

# Milliken & Company

Administrative Services Department
920 Milliken Road  P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**INVOICE**

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 807009 | 09 19 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | ORDER NUMBER | ORDER DATE |
|---|---|---|
| 0550063123 | ZZCNZ00 | 08 23 04 |

CUSTOMER DEPARTMENT  BS032

| PRODUCT I.D. STYLE PAT COLOR FIN LC | GR DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 630D 39X39 MID PERM | | | | | | | | |
| 312286 720    2058 | 010 | | | CUST CODING M01 013 84 | | | | |
| | | 1 | 642963 | 63110 | 10000 | 9970 | 3460 | |
| | | 2 | 642964 | | 10000 | 9940 | 3460 | |
| | | 3 | 643569 | | 5550 | 5490 | 3460 | |
| SUB TOTAL | | | | | 25550 | 25400 | | 8788 40 |

SAME DAY TO SHIP 9-19                                                                00
        ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312286 720    2058 | 010 | 3 | 19,918 | 203,833 | 2,540 | 116,085 |

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

    ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
    ****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
    ****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,540 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,178 |
| B/L NO. | 805843 |

REMIT TO:     PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 8788 40 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 807010 | 09 19 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | | |
| CUSTOMER DEPARTMENT   ABL60 | ZZCLP00 | 03 30 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK NO. PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | | | | CUST CODING | 16898247 | | | | |
| 302302 | 242 | 7565 | 10 | 10 | 1 | 6472606 | 4140 00 | 210 | | 509 | 16 240 | |
| | | | | | 2 | 647264 | | | | 510 | 16 240 | |
| | | | | | 3 | 647265 | | | | 476 | 16 240 | |
| SUB TOTAL | | | | | | | | | | 1 495 | | 24278 80 |

|  | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-19
***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL | THIS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BILLED | SHIPMENT | BALANCE |
| 302302 | 242 | 7565 | 10 | 10 | 149,607 | 87,493 | 1,495 | 62,114 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.   1,495 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES        3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT   24278 80 |
| SHIPPING WEIGHT   2,387 | DALLAS, TX 75284-3234 | | | |
| B/L NO.   805844 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV7 07/17/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 807011 | 09 19 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCMK00 | 04 29 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | | | | | | | | | | |
| GMX 295 LIFE CURTAIN | | | | | | | | CUST CODING 168 | 716 54 | | | | |
| 302303 | 241 | 7565 | 1010 | 10 | | 1609419564 | 50 00 | 210 | | 830 | 11980 | 9943 40 | |
| | | | | 11 | | 2609420 | | | | 890 | 11980 | 10662 20 | |
| | | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-19
    ***     WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL    TOTAL      THIS
                                      BILLED     SHIPMENT    BALANCE
302303 241      7565 1010    69,475   61,910     1,720       7,565

        SALESPERSON - MORRIS ASSOCIATES

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****   APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY.   1,720 | REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 60 DAYS | |
| TOTAL PACKAGES        2 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT   20605 60 |
| SHIPPING WEIGHT    3,088 | DALLAS, TX 75284-3234 | | |
| B/L NO.    805845 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 07 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

IN07 07/11/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW



MILLIKEN

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 807733 | 09 20 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCPB00 | 08 23 04 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT    BS032

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS1 | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC PDE | SEQ | NUMBER | BATCH | LYDS. 8 | LYDS. 8 | PRICE | AMOUNT |
| 420D 46 X46 SILICONE | | | | | | | CUST CODING M101285 | | | | |
| 312308 | 640 | | 6507 | 10 10 | 1 | 650401 | 64920 | 8500 | 8400 | 3760 | |
| | | | | | 2 | 650402 | | 8500 | 8420 | 3760 | |
| | | | | | 3 | 650404 | | 8500 | 8350 | 3760 | |
| | | | | | 4 | 650405 | | 8500 | 8410 | 3760 | |
| | | | | | 5 | 650406 | | 8500 | 8380 | 3760 | |
| | | | | | 6 | 650407 | | 7230 | 7090 | 3760 | |
| | | | | | 7 | 650418 | | 8500 | 8440 | 3760 | |
| | | | | | 8 | 650419 | | 8500 | 8400 | 3760 | |
| | | | | | 9 | 650420 | | 7390 | 7270 | 3760 | |
| | SUB TOTAL | | | | | | | 74120 | 73160 | | 2750816 |
| | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-20
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312308 640 | 6507 10 10 | 1,902,018 | 1,402,334 | 7,316 | 499,684 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |
| B/L NO. | 807822 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE



MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 807733 | 09 20 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

ORDER NUMBER | ORDER DATE

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER  ZZCPB00  08 23 04

| PRODUCT I.D. | | | GR | | PKG | PACKGE | | GROSS 1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | DE | SEQ | NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.           ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
**** APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 7,316 |
|---|---|
| TOTAL PACKAGES | 9 |
| SHIPPING WEIGHT | 4,977 |
| B/L NO. | 807822 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO.
            ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    27508 16

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 092 | 807734 | 09 20 05 | 1 |
| INVOICE TYPE | | | | |
| BILL AND SHIP | | | | |
| 01 | | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCNZ00   08 23 04

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS | | NET | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | CODE | SEQ | NUMBER | BATCH | LYDS | | LYDS | | PRICE | AMOUNT |
| 630D | 39X39 | MIDPERM | 010 | | | | CUST CODING M01013 | | 84 | | | | |
| 312286 | 720 | 2058 | 010 | 1 | 642955 | 63110 | 10000 | | | 9920 | 3 460 | |
| | | | | 2 | 642956 | | 10000 | | | 9900 | 3 460 | |
| | | | | 3 | 642974 | | 10000 | | | 9810 | 3 460 | |
| | SUB TOTAL | | | | | | 30000 | | | 29630 | | 1025198 |

SAME DAY TO SHIP 9-20
*** WAREHOUSE ***                                                    00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
   PRODUCT STATUS            ORIGINAL      TOTAL        THIS        BALANCE

312286 720       2058   010   320,710   206,796   2,963   113,914

         IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
         PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
         BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****   APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,963 | REMIT TO: | PLEASE SHOW INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 1025198 |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 2,544 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 807823 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 15 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

| | | | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|---|---|
| | | | 534 | 807735 | 09 20 05 | 1 |

# AMERICAN BAG CORPORATION

# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | CUSTOMER DEPARTMENT | ABL60 | | | ORDER NUMBER | | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ZZCLP00 | | 03 30 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER   PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT 360 LIFE CURTAIN | | | | | | | CUST CODING 16898247 | | | | | |
| 302302242 | | 7565 | 1011 | | | 164726164140 00 | 210 | | | 492 | 16240 | |
| | | | | | | 2647262 | | | | 473 | 16240 | |
| SUB TOTAL | | | | | | | | | | 965 | | 1567160 |

SAME DAY TO SHIP 9-20
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

|                | ORIGINAL | TOTAL | THIS | |
|---|---|---|---|---|
| PRODUCT STATUS | | BILLED | SHIPMENT | BALANCE |
| | | FREIGHT STATUS: COLLECT | | |
| 302302242     7565 1010 | 152,508 | 88,458 | 965 | 64,050 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.                  ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF         ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY             ****
**** APPLICABLE LAW.                                                         ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 965 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | 1,669 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT  1567160 |
| B/L NO. | 807824 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BILL AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

B072058    CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 807781 | | 09 19 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

**ROUTING**
SEE BELOW

**DELIVERY POINT**
LAGRANGE            GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCLT00 | 04 05 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | CUST CODING 16898248 | | | | |
| 302302243    7565 10 10 | | 2 | 656043 | 658100 | 210 | 533 | 16640 | |
| | | 3 | 656044 | | | 191 | 16640 | |
| SUB TOTAL | | | | | | 724 | | 1204736 |
| | 11 | 1 | 656042 | | | 164 | 16640 | 272896 |
| | | | | | | | | 00 |

SAME DAY TO SHIP 9-19
FEDEX HEAVY FREIGHT
BOOKING 00068951/PU ATLRT41

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL BILLED | TOTAL | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302243    7565 10 10 | 57,623 | 34,811 | 888 | 22,812 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 888 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 1477632 |
| SHIPPING WEIGHT | 1,492 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 807831 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

INV7 07/11/2005

B072058    CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | | | | DATE | PAGE |
|---|---|---|---|---|---|
| 534 | 807813 | 09 | 20 | 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT100 | 04 05 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST. NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT 370 | LIFE | CURTAIN | | | | | | CUST CODING | 168 982 48 | | | | |
| 3023 | 02 | 243 | 7565 | 10 10 | 1 | 6560456581 | 00 | | 210 | | 74 | 16640 | |
| | | | | | 2 | 657144 | | | | | 585 | 16640 | |
| SUB TOTAL | | | | | | | | | | | 659 | | 1096576 |

SAME DAY TO SHIP 9-20  *** WAREHOUSE  ***                                                    00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 3023 02 243 | 7565 | 10 10 | 57,623 | 35,470 | 659 | 22,153 |

SALESPERSON - MORRIS ASSOCIATES

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 659 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,118 |
| B/L NO. | 807879 |

REMIT TO:    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS

TERMS: NET 30 DAYS

FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| 1096576 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | XC |

440619719

B072058    CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 808327 | 09 21 05 | 1 |
| | INVOICE TYPE | | |
| 01 | BILL AND SHIP | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLP00 | 03 30 04 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT    ABL60

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER  PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT360 LIFE CURTAIN | | | | | | | CUST CODING | 16898247 | | | | |
| 302297 | 242 | 7565 | 10 10 | 1 | 650846506000 | | 210 | | 329 | 16240 | |
| | | | | 2 | 650852 | | | | 294 | 16240 | |
| SUB TOTAL | | | | | | | | | 623 | | 1011752 |

SAME DAY TO SHIP 9-21                                                                     00
     ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
  PRODUCT STATUS        ORIGINAL    TOTAL    THIS
                                   BILLED   SHIPMENT   BALANCE
302302 242     7565 10 10   152,508   89,081   623      63,427

          SALESPERSON - MORRIS ASSOCIATES

****  6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 623 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,182 |
| B/L NO. | 808683 |

REMIT TO:    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 1011752 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALEMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

# Milliken & Company



## INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 808328 | 09 21 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00   08 23 04

| STYLE | PAT | COLOR | FIN | LOT | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D | 46 X46 | SILICONE | | | | | | CUST CODING M10 1285 | | | | |
| 312308 | 640 | | 6507 | 1010 | | 1 | 649834 | 64570 | 7960 | 7840 | 3760 | |
| | | | | | | 2 | 649847 | | 3330 | 3280 | 3760 | |
| | | | | | | 3 | 649857 | | 6770 | 6680 | 3760 | |
| | | | | | | 4 | 649858 | | 6770 | 6650 | 3760 | |
| | | | | | | 5 | 649859 | | 6770 | 6650 | 3760 | |
| | | | | | | 6 | 649860 | | 6350 | 6240 | 3760 | |
| | SUB TOTAL | | | | | | | | 37950 | 37340 | | 1403984 |
| | | | | | | 7 | 650403 | 64920 | 6190 | 6160 | 3760 | |
| | | | | | | 8 | 650411 | | 4250 | 4150 | 3760 | |
| | | | | | | 9 | 650413 | | 6000 | 5920 | 3760 | |
| | | | | | | 10 | 650417 | | 8500 | 8450 | 3760 | |
| | | | | | | 11 | 650421 | | 8500 | 8210 | 3760 | |
| | | | | | | 12 | 650422 | | 8500 | 8240 | 3760 | |
| | SUB TOTAL | | | | | | | | 41940 | 41130 | | 1546488 |

SAME DAY TO SHIP 9-21                                                         00
  ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                        FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL      TOTAL        THIS
                                        BILLED    SHIPMENT    BALANCE
312308 640        6507 1010 1,902,018 1,410,181    7,847    491,837

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | CONTINUED |
| B/L NO. | 808685 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 092 | 808328 | 09 21 05 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT  BS032 | ZZCPB 00 | 08 23 04 |

| PRODUCT I.D. | | | | GR | | PKG | PACKGE | | GROSS 1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | C PDE | | SEQ | NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |

```


```

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 7,847 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 29504 72 |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 12 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 5,361 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 808685 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV1 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 808600 | 092105 | | 1 |
| | INVOICE TYPE | | | |
| 01 | BILL AND SHIP | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCLT00 | 040504 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | RDE | SEQ | NUMBER | PKG | NO. | EACH | | PRICE | AMOUNT |
| GMT 370 LIFE CURTAIN | | | | | | | CUST CODING 16898248 | | | | | |
| 302302 | 243 | 7565 | 10 | 10 | 2 | 656047 | 658100 | 210 | 458 | 16640 | | |
| | | | | | 3 | 656321 | | | 534 | 16640 | | |
| | SUB TOTAL | | | | | | | | 992 | | | 1650688 |
| | | | 11 | | 1 | 656046 | | | 468 | 16640 | | 778752 |

SAME DAY TO SHIP 9-21                                                     00
     ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
  PRODUCT STATUS        ORIGINAL    TOTAL    THIS
                                    BILLED   SHIPMENT   BALANCE
302302 243       7565 1010   57,623  36,930   1,460     20,693

        SALESPERSON -  MORRIS ASSOCIATES


  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
  ****    8.4% PER ANNUM,  SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
  ****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,460 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,536 | DALLAS, TX 75284-3234 | | | 2429440 |
| B/L NO. | 809407 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

| | EXHIBIT NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| | 534 | 808863 | 092205 | 1 |

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|
| | | | | | ZZCLT00 | 040504 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT 370 | LIFE CURTAIN | | | | | | | CUST CODING | 16898248 | | | | |
| 302302243 | | 7565 | 1011 | | 1 | 656322658100 | 210 | | | 331 | 16640 | 550784 | |
| | | | | | | | | | | | | 00 | |

SAME DAY TO SHIP 9-22
   ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302302243 | 7565 | 1010 | 57,623 | 37,261 | 331 | 20,362 |

SALESPERSON - MORRIS ASSOCIATES

```
****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 331 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 1 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | 572 | DALLAS, TX 75284-3234 | | | | 550784 |
| B/L NO. | 809712 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUST | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 808864 | 092205 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | | | ZZCLP00 | 033004 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | | | | | | | | | |
| 302297 | 242 | 7565 | 10 | 10 | 1 | 650844 | 650600 | CUST CODING | 210 16898247 | 469 | 16240 | |
| | | | | | 2 | 650845 | | | | 476 | 16240 | |
| | | | | | 3 | 650850 | | | | 234 | 16240 | |
| SUB TOTAL | | | | | | | | | | 1179 | | 1914696 |

SAME DAY TO SHIP 9-22
***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 302302 | 242 | 7565 | 10 | 10 | 152,508 | 90,260 | 1,179 | 62,248 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.  ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
**** APPLICABLE LAW.  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY.   1,179 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| TOTAL PACKAGES         3 | P. O. BOX 843234 | TERMS: NET 30 DAYS |
| SHIPPING WEIGHT    2,195 | DALLAS, TX 75284-3234 | |
| B/L NO.   809713 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT   1914696

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

 MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 092 | 808865 | 092205 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   082304

| STYLE | PAT | COLOR | FIN | LOT | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|-------|-----|-------|-----|-----|--------|---------|---------------|-------|--------------|---------------|-------|--------|
| 420D | 46 X 46 | SILICONE | | | | | | | CUST CODING M101285 | | | |
| 312308 | 640 | | 6507 | 10 | 10 | 1 | 650412 | 64920 | 7000 | 6850 | 3760 | |
| | | | | | | 2 | 650414 | | 5000 | 4910 | 3760 | |
| | | | | | | 3 | 650415 | | 7500 | 7350 | 3760 | |
| | | | | | | 4 | 650416 | | 4810 | 4780 | 3760 | |
| | | | | | | 5 | 650423 | | 8500 | 8380 | 3760 | |
| | SUB TOTAL | | | | | | | | 32810 | 32270 | | 12133 52 |
| | | | | | | 6 | 650460 | 64930 | 8500 | 8460 | 3760 | |
| | | | | | | 7 | 650461 | | 8500 | 8460 | 3760 | |
| | | | | | | 8 | 650462 | | 8500 | 8330 | 3760 | |
| | SUB TOTAL | | | | | | | | 25500 | 25250 | | 9494 00 |
| | | | | | | 9 | 655093 | 65480 | 8030 | 7910 | 3760 | |
| | | | | | | 10 | 655094 | | 8050 | 7980 | 3760 | |
| | | | | | | 11 | 655095 | | 8040 | 8000 | 3760 | |
| | SUB TOTAL | | | | | | | | 24120 | 23890 | | 8982 64 |

SAME DAY TO SHIP 9-22                                              00
   ***    WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|----------------|--|----------|--------------|---------------|---------|
| 312308 640    6507 10 10 | | 1,902,018 | 1,418,322 | 8,141 | 483,696 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | | |
| B/L NO.      809714 | | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. 8 | XC | |
|--------------|------|-----|-----|----------|----|----|-------|------|--|--------|----|--|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 808865 | 092205 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

ORDER NUMBER  ZZCPB00

ORDER DATE  082304

| PRODUCT I.D. | | | | PKG PACKGE | | GROSS | NET | | |
|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINLCODE | SEQ NUMBER BATCH | | LYDS. | LYDS. | PRICE | AMOUNT |

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8,141 |
|---|---|
| TOTAL PACKAGES | 11 |
| SHIPPING WEIGHT | 5,477 |
| B/L NO. | 809714 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT  3061016

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC | R | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 00000 | 09 KAREN O. STURKIE | 319 | XC | 440619719 |

INV2 04/05/2005

# Milliken & Company



R072018 CUST. SERV.

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 808866 | 092205 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNO00 | 081204 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FINL | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 315D | 56X56 | SILICONE | | | | | CUST CODING M101329 | | | | |
| 312285 | 630 | | 3505 | 010 | 1 | 615169 | 85210 | 11540 | 11050 | 4840 | |
| | | | | | 2 | 615175 | | 2080 | 1950 | 4840 | |
| | | | | | 4 | 615177 | | 2220 | 2100 | 4840 | |
| | | SUB TOTAL | | | | | | 15840 | 15100 | | 730840 |
| | | | | 11 | 3 | 615176 | | 12000 | 11290 | 4840 | 546436 |

SAME DAY TO SHIP 9-22                                                                                                 00
   ***      WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                               FREIGHT STATUS: COLLECT
   PRODUCT STATUS        ORIGINAL    TOTAL      THIS
                                     BILLED     SHIPMENT   BALANCE
312285630      3505  010  154,599  138,723   2,639      15,876

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 809715 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 991556 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 808866 | 092205 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ZZCNO00 | 081204 |

| PRODUCT I.D. | | | GR | | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | C | DE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |

```
****      6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****   APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 2,639 |
|---|---|
| TOTAL PACKAGES | 4 |
| SHIPPING WEIGHT | 2,394 |
| B/L NO. | 809715 |

REMIT TO:      PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 1277276 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | | 991550 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

| | EXHIBIT NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 808893 | 092105 | | 1 |

**INVOICE**

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT191 | OPW LIFE CURTAIN | | | | | | CUST CODING | | 16869875 | | | | |
| 302303 | 274 | 7365 | 1010 | | 1 | 657669 | 66290 | 00 | 210 | | 25 | 14600 | |
| | | | | | 3 | 657667 | 66310 | | | | 25 | 14600 | |
| | | | | | 2 | 658175 | 66290 | | | | 25 | 14600 | |
| | | | | | 4 | 658181 | 66310 | | | | 25 | 14600 | |
| | | | | | 5 | 658182 | | | | | 25 | 14600 | |
| | | | | | 6 | 658183 | | | | | 25 | 14600 | |
| | | | | | 7 | 658184 | | | | | 25 | 14600 | |
| | | | | | 8 | 658185 | | | | | 25 | 14600 | |
| | | | | | 9 | 658186 | | | | | 25 | 14600 | |
| | | | | | 10 | 658187 | | | | | 25 | 14600 | |
| | | | | | 11 | 658190 | | | | | 25 | 14600 | |
| | | | | | 12 | 658191 | | | | | 25 | 14600 | |
| | | | | | 13 | 658192 | | | | | 25 | 14600 | |
| | | | | | 14 | 658193 | | | | | 25 | 14600 | |
| | | | | | 15 | 658194 | | | | | 25 | 14600 | |
| | | | | | 16 | 658195 | | | | | 25 | 14600 | |
| | | | | | 17 | 658196 | | | | | 25 | 14600 | |
| | | | | | 18 | 658197 | | | | | 25 | 14600 | |
| | | | | | 19 | 658198 | | | | | 25 | 14600 | |
| SUB TOTAL | | | | | | | | | | | 475 | | 693500 |

SAME DAY 9-21 TO SEND BY CHARTER PLANE                                        00
MUST DELIVER ASAP AFTER PICK UP

FREIGHT STATUS:  PREPAID

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 302303 | 274 | 7365 | 1010 | 105,616 | 57,800 | 475 | 47,816 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.          809747 | |

REMIT TO:

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT

CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005253040006 | 534 | 63 | | | 991550 | 6711 | 689897 | 000 | 05 | KAREN O. STURKIE | | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 808893 | 09 21 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| STYLE | PAT | PRODUCT I.D. COLOR FIN | PC2 | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

\* \* \* \*     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     \* \* \* \*
\* \* \* \*   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   \* \* \* \*
\* \* \* \*   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   \* \* \* \*
\* \* \* \*   APPLICABLE LAW.   \* \* \* \*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 475 |
|---|---|
| TOTAL PACKAGES | 19 |
| SHIPPING WEIGHT | 589 |
| B/L NO. | 809747 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT     6935 00

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | FC1 | FC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 808896 | 09 21 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | | 7365 | 10 10 | 1 | 65818886310 | 00 | | 210 | 25 | 14600 | |
| | | | | | 2 | 658189 | | | | 25 | 14600 | |
| | | | | | 3 | 658210 | | | | 25 | 14600 | |
| | | | | | 4 | 65821566320 | | | | 25 | 14600 | |
| | | | | | 5 | 658216 | | | | 25 | 14600 | |
| | | | | | 6 | 658217 | | | | 25 | 14600 | |
| | | | | | 7 | 658223 | | | | 25 | 14600 | |
| | | | | | 8 | 658229 | | | | 25 | 14600 | |
| | | | | | 9 | 658230 | | | | 25 | 14600 | |
| | | | | | 10 | 658231 | | | | 25 | 14600 | |
| SUB TOTAL | | | | | | | | | | 250 | | 3 650 00 |

SAME DAY 9-21 TO SEND BY CHARTER PLANE                                                00
MUST DELIVER ASAP AFTER PICK UP OK

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302303 | 274 | 7365 10 10 | 105,616 | 58,050 | 250 | 47,566 |

SALESPERSON -  MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | CONTINUED |
| B/L NO.      809749 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IF IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALEMAN | TM | LOC. | DEST. | | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052 5304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/31/2005

B072058    CUST. SERV.

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 808896 | 09 21 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | | | PKG | PACKGE | CUSTOMER | | PACK | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | GR PDE | SEQ | NUMBER | PKG | NO. | PLANT | | | EACH | PRICE | AMOUNT |

\*\*\*\*      6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      \*\*\*\*
\*\*\*\* BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF      \*\*\*\*
\*\*\*\*  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      \*\*\*\*
\*\*\*\* APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 250 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 10 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 3650 00 |
| SHIPPING WEIGHT | 310 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 809749 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BF | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/17/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 808898 | 09 21 05 | 1 |
| | INVOICE TYPE | | |
| | BILL AND SHIP | | |
| 01 | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | CUST NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | PDE | SEQ | NUMBER | PKG | | | | | | |
| GMT191 | OP | W LIFE CURTAIN | 10 10 | | | | CUST CODING | 168 698 75 | | | | |
| 302303 | 274 | 7365 | | 1 | 658199663100 | | | 210 | | 25 | 14 600 | |
| | | | | 2 | 658200 | | | | | 25 | 14 600 | |
| | | | | 3 | 658201 | | | | | 25 | 14 600 | |
| | | | | 4 | 658214 | | | | | 25 | 14 600 | |
| | | | | 5 | 658219663200 | | | | | 25 | 14 600 | |
| | | | | 6 | 658220 | | | | | 25 | 14 600 | |
| | | | | 7 | 658224 | | | | | 25 | 14 600 | |
| | | | | 8 | 658225 | | | | | 25 | 14 600 | |
| | | | | 9 | 658226 | | | | | 25 | 14 600 | |
| | | | | 10 | 658227 | | | | | 25 | 14 600 | |
| | SUB TOTAL | | | | | | | | | 250 | | 3 650 00 |

SAME DAY 9-21 TO SEND BY CHARTER PLANE                                    00
MUST DELIVER ASAP AFTER PICK UP

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | ORIGINAL | TOTAL | THIS | BALANCE |
|---|---|---|---|---|---|---|
| | | | | BILLED | SHIPMENT | |
| 302303 | 274 | 7365 10 10 | 105,616 | 58,300 | 250 | 47,316 |

SALESPERSON - MORRIS ASSOCIATES

| | | |
|---|---|---|
| TOTAL BILLED QTY. | | |
| TOTAL PACKAGES | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| SHIPPING WEIGHT | P. O. BOX 843234 | TERMS: NET 30 DAYS |
| B/L NO.   809752 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

| TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 534 | 808898 | 09 21 05 | 2 |

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG NO. | | PLANT | | | EACH | PRICE | AMOUNT | |

```
 * * * *      6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          * * * *
 * * * *   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     * * * *
 * * * *   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY         * * * *
 * * * *   APPLICABLE LAW.
 FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
 STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
 FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
 FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
 FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
 MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
 REGULATIONS.
```

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY.   250 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
| TOTAL PACKAGES   10 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT   310 | DALLAS, TX 75284-3234 | | |
| B/L NO.   809752 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

TOTAL INVOICE AMOUNT   3650 00

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 | 4 | 0006 | 534 | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 534 | 809114 | 09 22 05 | 1 |
| | INVOICE TYPE | | |
| | BILL AND SHIP | | |
| 01 | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|------|------|
| ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|--------------|-----|-----------|------|-------|--------|
| GMT191 | OPW LIFE CURTAIN | | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | 7365 | 10 10 | 1 | 658202 | 66310 00 | | 210 | 25 | 14 600 | |
| | | | | 2 | 658203 | | | | 25 | 14 600 | |
| | | | | 3 | 658204 | | | | 25 | 14 600 | |
| | | | | 4 | 658205 | | | | 25 | 14 600 | |
| | | | | 5 | 658206 | | | | 25 | 14 600 | |
| | | | | 6 | 658207 | | | | 25 | 14 600 | |
| | | | | 7 | 658212 | | | | 16 | 14 600 | |
| | | | | 8 | 658218 | 66320 | | | 25 | 14 600 | |
| | | | | 9 | 658221 | | | | 25 | 14 600 | |
| | | | | 10 | 658228 | | | | 25 | 14 600 | |
| | | | | 11 | 658281 | | | | 25 | 14 600 | |
| | | | | 12 | 658282 | | | | 25 | 14 600 | |
| | | | | 13 | 658283 | | | | 25 | 14 600 | |
| | | | | 14 | 658339 | 66400 | | | 30 | 14 600 | |
| | | | | 15 | 658340 | | | | 30 | 14 600 | |
| | | | | 16 | 658341 | | | | 30 | 14 600 | |
| | | | | 17 | 658342 | | | | 30 | 14 600 | |
| | | | | 18 | 658344 | | | | 30 | 14 600 | |
| | | | | 19 | 658345 | | | | 30 | 14 600 | |
| | | | | 20 | 658346 | | | | 30 | 14 600 | |
| | | | | 21 | 658347 | | | | 30 | 14 600 | |
| | | | | 22 | 658363 | | | | 30 | 14 600 | |
| | | | | 23 | 658371 | | | | 30 | 14 600 | |
| | SUB TOTAL | | | | | | | | 616 | | 8993 60 |

TOTAL BILLED QTY.

TOTAL PACKAGES

SHIPPING WEIGHT

B/L NO.   810242

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 809114 | 09 22 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | DE | SEQ | NUMBER | PKG NO. | PLANT | | | | |

SAME DAY 9-22 TO SEND BY CHARTER                                                                    00
MUST DELIVER ASAP AFTER PICK UP

FREIGHT STATUS: PREPAID

PRODUCT STATUS          ORIGINAL      TOTAL      THIS       BALANCE
                                     BILLED     SHIPMENT
302303274      7365 10 10    105,616   58,916    616       46,700

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 616 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 23 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 8993 60 |
| SHIPPING WEIGHT | 772 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 810242 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS | PCI | PC | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00552304 | 0006 | 534 | | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INVT 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

# INVOICE

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 534 | 809138 | 092205 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | | | | | 168698 | 75 | |
| GMT191 | OPW | LIFE CURTAIN | | | | CUST CODING | 210 | | 30 | 14600 | |
| 302303 | 274 | | 7365 | 1010 | 1 | 6583646640400 | 00 | | 30 | 14600 | |
| | | | | | 2 | 658365 | | | 30 | 14600 | |
| | | | | | 3 | 658366 | | | 30 | 14600 | |
| | | | | | 4 | 658367 | | | 30 | 14600 | |
| | | | | | 5 | 658368 | | | 30 | 14600 | |
| | | | | | 6 | 658369 | | | 30 | 14600 | |
| | | | | | 7 | 658370 | | | 30 | 14600 | |
| | | | | | 8 | 658554 | | | 30 | 14600 | |
| | | | | | 9 | 658557 | | | 30 | 14600 | |
| | | | | | 10 | 658558 | | | 30 | 14600 | |
| | | | | | 11 | 6585676764420 | | | 30 | 14600 | |
| | | | | | 12 | 658568 | | | 30 | 14600 | |
| | | | | | 13 | 658569 | | | 30 | 14600 | |
| | | | | | 14 | 658570 | | | 30 | 14600 | |
| | | | | | 15 | 658571 | | | 30 | 14600 | |
| | | | | | 16 | 658572 | | | 30 | 14600 | |
| | | | | | 17 | 658573 | | | 30 | 14600 | |
| | | | | | 18 | 658574 | | | 30 | 14600 | |
| | | | | | 19 | 658575 | | | 30 | 14600 | |
| | | | | | 20 | 658576 | | | 30 | 14600 | |
| | | | | | 21 | 658577 | | | 30 | 14600 | |
| | | | | | 22 | 658578 | | | 30 | 14600 | |
| | | | | | 23 | 658579 | | | 30 | 14600 | |
| | | | | | 24 | 658580 | | | 720 | | 105120 0 |

SUB TOTAL

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 810276 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCT | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 991550 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 |

XC   440619711

# INVOICE

## AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 534 | 809138 | 092205 | 2 |

Exhibit 2-A

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| | | |
|---|---|---|
| ORDER NUMBER | ORDER DATE | |
| ZZCJR00 | 020404 | |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR DE | PKG SEO | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 00 |

SAME DAY 9-22 TO SEND BY CHARTER PLANE
MUST DELIVER ASAP AFTER PICK UP

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302303274    7365 1010 | 105,616 | 59,636 | 720 | 45,980 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY.    720 | REMIT TO: | TERMS: NET 30 DAYS |
| TOTAL PACKAGES    24 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | |
| SHIPPING WEIGHT    912 | P. O. BOX 843234 | |
| B/L NO.    810276 | DALLAS, TX 75284-3234 | |

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| | |
|---|---|
| TOTAL INVOICE AMOUNT | 105120 0 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INVT 07/11/2005

# AMERICAN BAG CORPORATION

B072058    CUST. SERV.

# INVOICE

**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 809238 | 09 | 22 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST NO. | PACK PLANT | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OPW LIFE CURTAIN | | 7365 | 1010 | | | | CUST CODING | 168 698 75 | | | | | |
| 302303 | 274 | | | | 22 | 65832866400 | 00 | | 210 | | | 30 | 14 600 | |
| | | | | | 23 | 658331 | | | | | | 30 | 14 600 | |
| | | | | | 24 | 658332 | | | | | | 27 | 14 600 | |
| | | | | | 25 | 658553 | | | | | | 30 | 14 600 | |
| | | | | | 26 | 65858166420 | | | | | | 30 | 14 600 | |
| | | | | | 27 | 658582 | | | | | | 30 | 14 600 | |
| | | | | | 28 | 658583 | | | | | | 30 | 14 600 | |
| | | | | | 29 | 658584 | | | | | | 30 | 14 600 | |
| | | | | | 30 | 658585 | | | | | | 30 | 14 600 | |
| | | | | | 31 | 658586 | | | | | | 30 | 14 600 | |
| | | | | | 7 | 65868066300 | | | | | | 30 | 14 600 | |
| | | | | | 8 | 658681 | | | | | | 30 | 14 600 | |
| | | | | | 9 | 658682 | | | | | | 30 | 14 600 | |
| | | | | | 10 | 658683 | | | | | | 30 | 14 600 | |
| | | | | | 11 | 658684 | | | | | | 30 | 14 600 | |
| | | | | | 12 | 658685 | | | | | | 30 | 14 600 | |
| | | | | | 13 | 658686 | | | | | | 30 | 14 600 | |
| | | | | | 14 | 658687 | | | | | | 30 | 14 600 | |
| | | | | | 15 | 658688 | | | | | | 30 | 14 600 | |
| | | | | | 16 | 658697 | | | | | | 30 | 14 600 | |
| | | | | | 17 | 658698 | | | | | | 30 | 14 600 | |
| | | | | | 18 | 658699 | | | | | | 30 | 14 600 | |
| | | | | | 19 | 658700 | | | | | | 30 | 14 600 | |
| | | | | | 20 | 658701 | | | | | | 30 | 14 600 | |
| | | | | | 21 | 658702 | | | | | | 30 | 14 600 | |
| | | | | | 1 | 65870366280 | | | | | | 30 | 14 600 | |
| | | | | | 2 | 658720 | | | | | | 30 | 14 600 | |
| | | | | | 3 | 658721 | | | | | | 30 | 14 600 | |
| | | | | | 4 | 658722 | | | | | | 30 | 14 600 | |
| | | | | | 5 | 658723 | | | | | | 30 | 14 600 | |
| | | | | | 6 | 658724 | | | | | | 30 | 14 600 | |
| SUB TOTAL | | | | | | | | | | | | 927 | | 13 534 20 |

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 810360 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT

CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | DATE |
|---|---|
| 334 809238 | 092205 |

INVOICE TYPE
BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS   TX   78567 |

ROUTING
**CHARTER PLANE**

DELIVERY POINT
**LAGRANGE          GA**

FIBER CONTENT
**100% NYLON**

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.   **0550063123**

CUSTOMER DEPARTMENT

| PRODUCT I.D.<br>STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PLANT NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 00 |

SAME DAY 9-22 TO SEND BY CHARTER PLANE
MUST DELIVER ASAP AFTER PICK UP

FREIGHT STATUS: PREPAID

| PRODUCT | STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302303274 | 7365 | 1010 | 105,616 | 60,563 | 927 | 45,053 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 927 |
|---|---|
| TOTAL PACKAGES | 31 |
| SHIPPING WEIGHT | 1,174 |
| B/L NO. | 810360 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   135420

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION
# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 334 | 869234 | 092205 | 1 |

INVOICE TYPE: BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING: CHARTER PLANE
DELIVERY POINT: LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123
CUSTOMER DEPARTMENT

ORDER NUMBER: ZZCJR00   ORDER DATE: 020404

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OPW | LIFE CURTAIN | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | 7365 | 1010 | | 5 | 658587 | 66420 | 00 | 210 | 30 | 14600 | |
| | | | | | 6 | 658588 | | | | 25 | 14600 | |
| | | | | | 3 | 658695 | 66300 | | | 30 | 14600 | |
| | | | | | 4 | 658696 | | | | 30 | 14600 | |
| | | | | | 1 | 658704 | 66280 | | | 30 | 14600 | |
| | | | | | 2 | 658705 | | | | 15 | 14600 | |
| | SUB TOTAL | | | | | | | | | 160 | | 233600 |

SAME DAY 9-22 TO SEND BY CHARTER PLANE
MUST DELIVER ASAP AFTER PICK UP

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 302303 | 274 | 7365 1010 | | 105,616 | 60,723 | 160 | 44,893 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 160 |
| TOTAL PACKAGES | 6 |
| SHIPPING WEIGHT | 202 |
| B/L NO. | 810379 |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  233600

| CUSTOMER NO. | BUS. | PC1 PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 | 4 | 0006 534 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

# AMERICAN BAG CORPORATION

# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| NUMBER |
| --- |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
CHARTER PLANE

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER
CODING/P.O.     0550063123

CUSTOMER
DEPARTMENT

| ORDER NUMBER | ORDER DATE |
| --- | --- |
| ZZCJR00 | 02 04 04 |

| PRODUCT I.D. STYLE PAT COL FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GMT191 OPW LIFE CURTAIN | | | | | CUST CODING 168 | 698 75 | | | |
| 302303 274    7365 10 | 10 | 1 | 6586796630000 | | | 210 | 30 | 14 600 | |
| | | 2 | 658694 | | | | 30 | 14 600 | |
| SUB TOTAL | | | | | | | 60 | | 876 00 |

SAME DAY 9-22 TO SEND BY CHARTER PLANE
MUST DELIVER ASAP AFTER PICK UP

00

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
| --- | --- | --- | --- | --- |
| 302303 274    7365 10 10 | 105,616 | 60,783 | 60 | 44,833 |

SALESPERSON -  MORRIS ASSOCIATES

```
 ****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
 ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
 ****  APPLICABLE LAW.                                                 ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.    60 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
| --- | --- | --- | --- | --- |
| TOTAL PACKAGES       2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT      76 | DALLAS, TX 75284-3234 | | | 876 00 |
| B/L NO.        810409 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. # | XC | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# Milliken & Company

**INVOICE**

05-44481-rdd

Administrative Service Department 07
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | |
|---|---|---|
| 85368 | 142305 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   08 23 04

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LC PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X 46 SILICONE | | | | | | | | CUST CODING M10 1285 | 1 | | |
| 312308 | 640 | | 6507 | 10 10 | 1 | 649835 | 64570 | 8120 | 7950 | 3760 | |
| | | | | | 2 | 649836 | | 7660 | 7400 | 3760 | |
| | | SUB TOTAL | | | | | | 15780 | 15350 | | 5771 60 |
| | | | | | 3 | 655089 | 65480 | 6910 | 6690 | 3760 | |
| | | | | | 4 | 655090 | | 7020 | 6950 | 3760 | |
| | | | | | 5 | 655091 | | 6920 | 6890 | 3760 | |
| | | | | | 6 | 655092 | | 7100 | 7060 | 3760 | |
| | | | | | 7 | 655096 | | 8020 | 7940 | 3760 | |
| | | | | | 8 | 655097 | | 8010 | 7850 | 3760 | |
| | | | | | 9 | 655098 | | 7600 | 7400 | 3760 | |
| | | | | | 10 | 655099 | | 8200 | 8070 | 3760 | |
| | | | | | 11 | 655100 | | 8200 | 8030 | 3760 | |
| | | | | | 12 | 655101 | | 6280 | 6130 | 3760 | |
| | | | | | 13 | 655102 | | 8020 | 7940 | 3760 | |
| | | | | | 14 | 655103 | | 8010 | 7910 | 3760 | |
| | | | | | 15 | 655104 | | 8010 | 7930 | 3760 | |
| | | | | | 16 | 655105 | | 8000 | 7950 | 3760 | |
| | | | | | 17 | 655106 | | 7720 | 7570 | 3760 | |
| | | | | | 18 | 655107 | | 5690 | 5530 | 3760 | |
| | | | | | 19 | 655108 | | 5750 | 5680 | 3760 | |
| | | | | | 20 | 655112 | | 5690 | 5550 | 3760 | |
| | | | | | 21 | 655113 | | 6000 | 5910 | 3760 | |
| | | | | | 22 | 655671 | | 8010 | 7870 | 3760 | |
| | | SUB TOTAL | | | | | | 145160 | 142850 | | 53711 60 |
| | | | | | 23 | 655219 | 65490 | 7860 | 7770 | 3760 | |
| | | | | | 24 | 655220 | | 8060 | 7940 | 3760 | |
| | | | | | 25 | 655221 | | 8110 | 8020 | 3760 | |
| | | | | | 26 | 655222 | | 8090 | 8000 | 3760 | |
| | | | | | 27 | 655223 | | 5670 | 5580 | 3760 | |
| | | | | | 28 | 655224 | | 8500 | 8300 | 3760 | |
| | | | | | 29 | 655226 | | 8500 | 8410 | 3760 | |

| TOTAL BILLED QTY. | | REMIT TO: | | |
|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | |
| B/L NO. | 810420 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | FC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# INVOICE

**Milliken & Company**

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

05-44481-rdd   Doc 6319-14   Entered 09/09/05 18:53:34

| NUMBER | | | | | | INVOICE TYPE |
|---|---|---|---|---|---|---|
| | | | | | 2 | BILL AND SHIP |
| 01 | | | | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | | |
| | | CUSTOMER DEPARTMENT  BS032 | ZZCPB00 | 08 23 04 |

| STYLE | PAT | COLOR | FIN | LCP | GR DE | PKG SEQ | PACKGE NUMBER | BATCH | | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X 46 SILICONE | | | | | | | | CUST CODING M10 | 1285 | | | | |
| 312308 | 640 | | 6507 | 1 | 010 | 30 | 655227 | 65490 | | 8500 | 8360 | 3760 | |
| | | | | | | 31 | 655229 | | | 8500 | 8330 | 3760 | |
| | | | | | | 32 | 655230 | | | 8000 | 7920 | 3760 | |
| | | | | | | 33 | 655233 | | | 8500 | 8370 | 3760 | |
| | | | | | | 34 | 655234 | | | 8500 | 8480 | 3760 | |
| | | | | | | 35 | 655237 | | | 7650 | 7530 | 3760 | |
| | | | | | | 36 | 655241 | | | 7110 | 6960 | 3760 | |
| | | | | | | 37 | 655242 | | | 7280 | 7170 | 3760 | |
| | | | | | | 38 | 655243 | | | 7380 | 7190 | 3760 | |
| | | | | | | 39 | 655768 | | | 6200 | 6140 | 3760 | |
| | | | | | | 40 | 655769 | | | 5950 | 5850 | 3760 | |
| SUB TOTAL | | | | | | | | | | 138360 | 136320 | | 5125632 |

```
SAME DAY TO SHIP 9-23                                                    00
    ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL    TOTAL       THIS
                                       BILLED      SHIPMENT    BALANCE
312308 640        6507 1 010  1,902,018 1,447,774  29,452      454,244

       IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
       PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
       BUSINESS - 0920
```

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | | |
| B/L NO. | 810420 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. E | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.
05-44481-rdd  Doc 8997-3  Filed 08/09/07  Entered 08/09/07 15:53:34  Exhibit 2-A2
Pg 47 of 48

# INVOICE

**Milliken & Company**
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | |
|---|---|---|
| 8 5 4 2 2 3 0 5 | 3 |
| INVOICE TYPE | |
| BILL AND SHIP | |
| 01 | |

### SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

### SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCPB00 | 08 23 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS | NET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CODE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS.8 | PRICE | AMOUNT |

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 29,452 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 40 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 110739 52 |
| SHIPPING WEIGHT | 19,933 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 810420 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 00009 | | KAREN O. STURKIE | 319 | | 440619719 |

IN72 04/05/2005

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------|------|------|
| 534 | 809290 | 09 23 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER ZZCLP00 | ORDER DATE 03 30 04 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | CUST CODING | 168 982 47 | | | |
| 302302 242   7565 10 10 | | 1 | 650855 | 6496 00 | 00  210 | 197 | 162 40 | |
| | | 2 | 650859 | | | 495 | 162 40 | |
| | | 3 | 650860 | | | 502 | 162 40 | |
| SUB TOTAL | | | | | | 1194 | | 1939 0 56 |

SAME DAY TO SHIP 9-23    00
***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 242   7565 10 10 | 152,508 | 91,454 | 1,194 | 61,054 |

SALESPERSON - MORRIS ASSOCIATES

****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****     8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.                                       ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,194 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,059 |
| B/L NO. | 810421 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 1939 56 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | ZC | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005