# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 809519 | 092305 | 1 |

| | INVOICE TYPE |
|---|---|
| 01 | BILL AND SHIP |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | EACH | PRICE | AMOUNT |
| GMT191 | OPW | LIFE CURTAIN | | | | | | CUST CODING | 168 69875 | | | |
| 302303 | 274 | 7365 | 1010 | | | | | 210 | | | | |
| | | | | | 5 | 657748 | 6 | 64100 | | 390 | 14600 | |
| | | | | | 2 | 658801 | 6 | 62280 | | 199 | 14600 | |
| | | | | | 3 | 658852 | 6 | 63000 | | 16 | 14600 | |
| | | | | | 4 | 658853 | | | | 450 | 14600 | |
| | | | | | 6 | 658895 | 6 | 64100 | | 390 | 14600 | |
| | SUB TOTAL | | | | | | | | | 1445 | | 21097 00 |

SAME DAY TO SHIP 9-23                                                    00
    ***       WAREHOUSE       ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
    PRODUCT STATUS          ORIGINAL     TOTAL      THIS
                                          BILLED  SHIPMENT   BALANCE
302303 274      7365 1010   105,616    62,228    1,445     43,388

          SALESPERSON - MORRIS ASSOCIATES

  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY. | 1,445 | REMIT TO: | TERMS: NET 30 DAYS |
| TOTAL PACKAGES | 5 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | |
| SHIPPING WEIGHT | 2,236 | P. O. BOX 843234 | |
| B/L NO. | 811006 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

| TOTAL INVOICE AMOUNT | 21097 00 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530400065 | 34 | 63 | | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

# Milliken & Company

Administrative Services Department W/105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

## INVOICE

MILLIKEN

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 092 | 8096656 | 092305 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| 550063123 | | BS032 | ZZCVF00 | 092305 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | | LYDS.8 | | NET 1 LYDS.8 | PRICE | AMOUNT |

630D 41X41 SILICONE
312313 640    6507 1010    1 65439565570    CUST CODING 280423 23
6310    6040    4830    291732

00

SAME DAY TO SHIP 9-23

FREIGHT STATUS: COLLECT

PRODUCT STATUS        ORIGINAL    TOTAL        THIS
312313 640    6507 1010    0    BILLED    604    SHIPMENT    604    BALANCE

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY. 604 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
| TOTAL PACKAGES 1 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT 560 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 291732 |
| B/L NO. 811140 | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 09951 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 322 | 440619719 |

# AMERICAN BAG CORPORATION

**INVOICE**

M-821   Pg 3 of 40
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| NUMBER | | INVOICE TYPE |
|---|---|---|
| | | BILL AND SHIP |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
| GMT191 | OPW | LIFE CURTAIN | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | 7365 | 1010 | | 1 | 658791 64150 | 00 | 210 | 24 | 14 600 | |
| | | | | | 2 | 65888 06 6410 | | | 340 | 14 600 | |
| | | | | | 3 | 658897 | | | 275 | 14 600 | |
| | | | | | 4 | 658898 | | | 360 | 14 600 | |
| SUB TOTAL | | | | | | | | | 999 | | 1458 40 |
| | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-23
     ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                FREIGHT STATUS: COLLECT
PRODUCT STATUS          ORIGINAL    TOTAL     THIS
                                    BILLED    SHIPMENT   BALANCE
302303 274       7365  1010    105,616   63,227    999       42,389

          SALESPERSON - MORRIS ASSOCIATES


 ****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
 ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
 ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 999 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 1458 40 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 4 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 1,249 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 811209 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | | BUS # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

05-44481-rdd    Doc 9997-4    Filed 08/09/07    Entered 08/09/07 15:53:34    Exhibit 293

# Milliken & Company

Corporate Services Center
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

NUMBER

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCNZ00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS | | NET | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CDE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |
| 630D 39X39 | MID | PERM | | 010 | | | | CUST CODING M01013 84 | | | | |
| 312286720 | | 2058 | | | 1 | 642971 | 63110 | 10000 | | 9910 | 3460 | |
| | | | | | 2 | 642973 | | 10000 | | 9970 | 3460 | |
| | | SUB TOTAL | | | | | | 20000 | | 19880 | | 687848 |

SAME DAY TO SHIP 9-26
    ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312286720 | 2058 | 010 | 320,710 | 208,784 | 1,988 | 111,926 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

    ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
    ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
    ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
    ****   APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,988 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 687848 |
| SHIPPING WEIGHT | 1,688 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 811268 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company

# INVOICE

390 1/4 Service Road P.O. Box 1755
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | | INVOICE TYPE |
|---|---|---|---|
| | | | BILL AND SHIP |
| 01 | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCNR00 | ORDER DATE | 081204 |
|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS1 | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | DE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS. 8 | PRICE | AMOUNT |
| 630D 4 | 1X4 | 72" | | | | | | | CUST CODING M10128 1 | | | |
| 312275 | 720 | 2058 | 010 | | 1 | 635506 | 61740 | 5470 | 5430 | 3490 | |
| | | | | | 2 | 635507 | | 8420 | 8280 | 3490 | |
| | | | | | 3 | 635512 | | 9400 | 9320 | 3490 | |
| SUB TOTAL | | | | | | | | 23290 | 23030 | | 803747 |
| | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-26
  ***     WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312275 | 720 | 2058 | 010 | 3 13,052 | 264,148 | 2,303 | 48,904 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

    ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
    ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
    ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
    ****    APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,303 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 803747 |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 1,932 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 811269 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | | UNIT | BUS. P | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

# INVOICE

| BUS | INVOICE | DATE | PAGE |
|-----|---------|------|------|
| 534 | 810508 | 092605 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCJR00 | 020404 |

| PRODUCT I.D. | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OP | W LIFE CURTAIN | | | | | CUST CODING | 168698 | 75 | | |
| 302303 | 274 | 7365 | 1010 | | 1 | 657745664100 | 210 | | 280 | 14600 | |
| | | | | | 2 | 658879 | | | 28 | 14600 | |
| | SUB TOTAL | | | | | | | | 308 | | 449680 |

SAME DAY TO SHIP 9-26                                                    00
      ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                          FREIGHT STATUS: COLLECT
  PRODUCT STATUS        ORIGINAL    TOTAL    THIS
                                    BILLED   SHIPMENT   BALANCE
302303 274      7365 1010   105,616   63,535   308      42,081

        SALESPERSON - MORRIS ASSOCIATES

 ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
 ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
 ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
 ****   APPLICABLE LAW.                                             ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 308 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 449680 |
| SHIPPING WEIGHT | 385 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 812635 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

## INVOICE

201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 810605 | 09 26 05 | 1 |

INVOICE TYPE: BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
FEDERAL AIR EXPRESS

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| 0550063123 | ABL60 | ZZCLP00 | 03 30 04 |

| STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | | | | CUST CODING 210 | 16898247 | | | |
| 302302 | 242 | 7565 | 1010 | | 1 | 6560546583000 | | | 485 | 16240 | |
| | | | | | 2 | 656055 | | | 473 | 16240 | |
| | | | | | 3 | 656056 | | | 136 | 16240 | |
| SUB TOTAL | | | | | | | | | 1094 | | 1776656 |

00

SAME DAY TO SHIP 9-26
MUST DELIVER 9-27
FRT PREPAID/BILL ACCT 160733276

ATTN: JOHN REEDER/MARIO LEAL
P/U CONFIRMATION ATLRT39
BOOKING 00130552

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: PREPAID THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302302 | 242 | 7565 1010 | 151,469 | 94,503 | 1,094 | 56,966 |

SALESPERSON - MORRIS ASSOCIATES

```
**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.                                              ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL. MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY REGULATIONS.

| TOTAL BILLED QTY. | 1,094 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 1,960 |
| B/L NO. | 812742 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    1776656

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | BUS. RT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/31/2005

# Milliken & Company

# INVOICE

Administrative Services Department M1041
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NO. | DATE | PAGE |
|-----|-------------|------|------|
| 092 | 811061 | 09 27 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

ORDER NUMBER  ZZCNZ00

ORDER DATE  08 23 04

| PRODUCT I.D. | | GR | PKG PACKGE | | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| STYLE PAT COLOR FIN | CODE | | SEQ NUMBER BATCH | | 1 8 | 1 8 | | |
| 630D 39X39 MID PERM | | | | | | | | |
| 312286 720 | 2058 | 010 | | | | | | |
| | | | 1 642965 63110 | CUST CODING M01 013 84 | 5000 | 4950 | 3460 | 1712 70 |
| | | | 2 653645 65190 | | 9660 | 9620 | 3460 | 3328 52 |
| | | | | | | | | 00 |

SAME DAY TO SHIP 9-27
   ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
PRODUCT STATUS          ORIGINAL    TOTAL    THIS
                                   BILLED   SHIPMENT   BALANCE
312286 720    2058  010  321,661  210,241  1,457     111,420

          IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
          PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
          BUSINESS - 0920

****  6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.            ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
****  APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,457 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 1,214 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT |
| B/L NO. | 813569 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | 5041 22 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | BUS. B 319 | XC |
| | | | | | | | | | | | | 440619719 |

# Milliken & Company

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811062 | 09 27 05 | 1 |

Exhibit 2-B

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER ZZCPB00 | ORDER DATE 08 23 04 |
|---|---|---|---|---|---|

| PRODUCT I.D. | | GR | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS. 8 | PRICE | AMOUNT |

| STYLE PAT COLOR FIN LC PDE | GR | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | CUST CODING M101285 | | | | |
| 312308 640      6507 10 10 | | 1 | 655254 | 65500 | 8500 | 8420 | 3760 | |
| | | 2 | 655255 | | 8010 | 7970 | 3760 | |
| | | 3 | 655256 | | 7730 | 7640 | 3760 | |
| SUB TOTAL | | | | | 24240 | 24030 | | 9035 28 |
| | | 4 | 655388 | 65510 | 8000 | 7910 | 3760 | |
| | | 5 | 655391 | | 8010 | 7810 | 3760 | |
| | | 6 | 655392 | | 8000 | 7810 | 3760 | |
| | | 7 | 655393 | | 6590 | 6490 | 3760 | |
| | | 8 | 655394 | | 8000 | 7720 | 3760 | |
| | | 9 | 655395 | | 5760 | 5620 | 3760 | |
| SUB TOTAL | | | | | 44360 | 43360 | | 16303 36 |

SAME DAY TO SHIP 9-27                                                      00
    ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
PRODUCT STATUS          ORIGINAL     TOTAL     THIS
                                     BILLED    SHIPMENT   BALANCE
312308 640      6507 10 10  2,010,911 1,463,650  6,739   547,261

    IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
    PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
    BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | | CONTINUED |
| B/L NO. | 813570 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Service Department 2705
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

# INVOICE

| NUMBER | | | | |
|---|---|---|---|---|
| 8 | X062 | 092705 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CODE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS | 1 8 | NET LYDS | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 6,739 |
|---|---|
| TOTAL PACKAGES | 9 |
| SHIPPING WEIGHT | 4,644 |
| B/L NO. | 813570 |

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT 2533864

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

# INVOICE

SEE REMIT TO ADDRESS BELOW

| | NUMBER | | INVOICE TYPE |
|---|---|---|---|
| | 81006   093705   1 | | BILL AND SHIP |
| | 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|
| | | | | | ZZCJR00 | 020404 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUSTOMER NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | CUST CODING | 168698 75 | | | | |
| 302303 274   7365 1010 | | 2 | 658547 | 66400 | 00 | 210 | 30 | 14600 | |
| | | 1 | 658678 | 66300 | | | 30 | 14600 | |
| | | 3 | 659671 | 66410 | | | 344 | 14600 | |
| SUB TOTAL | | | | | | | 404 | | 58984 0 |
| | | | | | | | | | 00 |

SAME DAY TO SHIP 9-27
   ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                          FREIGHT STATUS: COLLECT
| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302303 274     7365 1010 | | 102,545 | 63,939 | 404 | 38,606 |

          SALESPERSON - MORRIS ASSOCIATES

   ****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
   ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
   ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
   ****   APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 404 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 58984 0 |
| SHIPPING WEIGHT | 506 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 813571 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PCI | PC2 | E | SALESMAN | TM | LOC | DEST. | | UNIT | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

# AMERICAN BAG CORPORATION

05-44481-rdd   Doc 8997-4   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit 29370 5   1

# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

Pg 12 of 40

| NUMBER | |
|---|---|
| INVOICE TYPE | |
| BILL AND SHIP | |
| 01 | |

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | ABL60 | | ORDER NUMBER | ZZCLP00 | ORDER DATE | 033004 |
|---|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER PKG | NO. | PLANT | EACH | PRICE | AMOUNT |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | | | | CUST CODING | 16898247 | | | |
| 302302 | 242 | 7565 | 1010 | | 3 | 659758 66900 | 00 | 210 | 507 | 16240 | 823368 |
| | | | 11 | | 1 | 659756 | | | 489 | 16240 | |
| | | | | | 2 | 659757 | | | 460 | 16240 | |
| | | | | | 4 | 659759 | | | 499 | 16240 | |
| SUB TOTAL | | | | | | | | | 1448 | | 2351552 |
| | | | | | | | | | | | 00 |

SAME DAY TO SHIP BY CHARTER

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | | ORIGINAL | TOTAL | THIS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | BILLED | SHIPMENT | BALANCE | |
| 302302 | 242 | 7565 | 1010 | 151,469 | 93,409 | 1,955 | 58,060 | |

SALESPERSON - MORRIS ASSOCIATES

```
****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,955 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 3174920 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 4 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 3,298 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 813600 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | BUS. NO | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

IWF 07/11/2005

B072058   CUST SERV                           03/28/2007 15:53:34   Exhibit 2-B

# AMERICAN BAG CORPORATION

**INVOICE**

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841  FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 811079 | 092705 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCLT00 | 040504 |

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | |
|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG PACKGE CUSTOMER SEQ NUMBER PKG | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | CUST CODING 16898248 | | | |
| 302302 243 | 7565 1010 | 1 659765 6693000 | 210 | 462 16640 | | 768768 |
| | 11 | 2 659766 | | 346 16640 | | 575744 |
| | | | | | | 00 |

SAME DAY TO SHIP BY CHARTER

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 243   7565 1010 | 56,961 | 38,069 | 808 | 18,892 |

SALESPERSON - MORRIS ASSOCIATES

\*\*\*\*     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        \*\*\*\*
\*\*\*\* BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   \*\*\*\*
\*\*\*\*    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    \*\*\*\*
\*\*\*\* APPLICABLE LAW.                                                   \*\*\*\*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 808 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,482 |
| B/L NO. | 813601 |

REMIT TO:

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 1344512 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | P/E | SALESMAN | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# Milliken & Company

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811227 | 092805 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | ZZCNR00 | 081204 |
| CUSTOMER DEPARTMENT | BS032 | | |

| PRODUCT I.D. STYLE PAT | COLOR FIN | GR LCPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 630D 41X41 72" | | | | | | | | | |
| 312275720 | 2058 | 010 | | | CUST CODING M101281 | | | | |
| | | | 1 | 635513 | 61740 | 9390 | 9110 | 3490 | |
| | | | 2 | 635763 | | 2250 | 2220 | 3490 | |
| | | | 3 | 635917 | | 4860 | 4770 | 3490 | |
| SUB TOTAL | | | | | | 16500 | 16100 | | 561890 |

SAME DAY TO SHIP 9-28
    ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                          FREIGHT STATUS: COLLECT
PRODUCT STATUS          ORIGINAL    TOTAL      THIS
                                    BILLED     SHIPMENT   BALANCE
312275720    2058    010    3 12,355  265,758   1,610     46,597

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****   APPLICABLE LAW.                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,610 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 1,458 |
| B/L NO. | 813776 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT
561890

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

**MILLIKEN**

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 092 | 811228 | 092805 | 1 |

Exhibit 2-B

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | 0550063123 | | | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS1 | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| STYLE | PAT | COLOR | FIN | LCP | DE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | | | | CUST CODING M101285 | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | 1 | 655250 | 65500 | 5550 | 5490 | 3760 | |
| | | | | | | 2 | 655261 | | 8500 | 8400 | 3760 | |
| | | | | | | 3 | 655262 | | 8500 | 8250 | 3760 | |
| | | | | | | 4 | 655263 | | 7690 | 7560 | 3760 | |
| | | | | | | 6 | 655267 | | 8250 | 8170 | 3760 | |
| | | | | | | 7 | 655268 | | 8360 | 8230 | 3760 | |
| | | | | | | 8 | 655269 | | 8500 | 8370 | 3760 | |
| | | | | | | 9 | 655270 | | 8200 | 8090 | 3760 | |
| SUB TOTAL | | | | | | | | | 63550 | 62560 | | 2352256 |
| | | | | 11 | | 5 | 655266 | | 8200 | 8040 | 3760 | 302304 |
| | | | | 10 | | 11 | 655388 | 65510 | 8020 | 7910 | 3760 | |
| | | | | | | 12 | 655389 | | 6010 | 5890 | 3760 | |
| | | | | | | 14 | 655400 | | 8500 | 8310 | 3760 | |
| | | | | | | 15 | 655401 | | 8500 | 8290 | 3760 | |
| | | | | | | 16 | 655402 | | 8500 | 8370 | 3760 | |
| | | | | | | 17 | 655410 | | 8210 | 8130 | 3760 | |
| | | | | | | 18 | 655411 | | 8010 | 7830 | 3760 | |
| SUB TOTAL | | | | | | | | | 55750 | 54730 | | 2057848 |
| | | | | 11 | | 10 | 655387 | | 8010 | 7810 | 3760 | |
| | | | | | | 13 | 655390 | | 6670 | 6430 | 3760 | |
| SUB TOTAL | | | | | | | | | 14680 | 14240 | | 535424 |

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | CONTINUED |
| B/L NO. | 813778 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company
Administrative Services Department  M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| SSD | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811228 | 092805 | 2 |

INVOICE TYPE

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE        GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LC | PKG PDE SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | 1 | NET LYDS. 8 | 1 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-28
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312308640 | 6507 1010 | 2,010,911 | 1,477,607 | 13,957 | 533,304 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 13,957 |
|---|---|
| TOTAL PACKAGES | 18 |
| SHIPPING WEIGHT | 9,502 |
| B/L NO. | 813778 |

PLEASE SHOW OUR INVOICE NO.
OR REMITANCE
REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 5247832 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# INVOICE

05-44481-rdd

**Milliken & Company**
Administrative Services Department, M-105
920 Milliken Road (PO Box 1926)
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN 5992 811239 0928 05 1

INVOICE TYPE
BILL AND SHIP
01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS   TX  78567 |

| ROUTING | DELIVERY POINT | |
|---|---|---|
| SEAHORSE TRANSPORTATION | LAGRANGE | GA |

FIBER CONTENT

ORDER NUMBER  ZZCNY00   ORDER DATE  082004

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR LP | PKG CDE | PACKGE SEQ | NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | | | | | |
| 420D MICROPERM II (TM) | | | | | | | | CUST CODING M10141 1 | | | | |
| 312287 | 700 | | 2132 | 010 | | 1 | 643006 | 63170 | 10000 | 9920 | 4060 | |
| | | | | | | 2 | 643007 | | 10000 | 9850 | 4060 | |
| | | | | | | 3 | 643017 | | 10000 | 9920 | 4060 | |
| SUB TOTAL | | | | | | | | | 30000 | 29690 | | 120541 4 |
| | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 9-28
      ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312287 700 | 2132 | 010 | 242,225 | 208,895 | 2,969 | 33,330 |

         IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
         PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
         BUSINESS - 0920

    ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
    ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
    ****  APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,969 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 120541 4 |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 2,316 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 813779 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B/ | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 15 | | 991556 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**

**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | |
|---|---|
| INVOICE TYPE | |
| BILL AND SHIP | |
| 01 | |

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V. | DELPHI RIMIR S.A. DE C.V. |
| PO BOX 5897 | A/C DELPHI RIMIR, S.A. DE C.V. |
| BROWNSVILLE TX 78523-5897 | 702 JOAQUIN CAVAZOS RD |
| | LOS INDIOS  TX  78567 |

| ROUTING | DELIVERY POINT | |
|---|---|---|
| SEE BELOW | LAGRANGE | GA |

FIBER CONTENT
100% NYLON

| | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ZZCLT00 | 04 05 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | CUST CODING | 168 982 48 | | | | |
| 302302 243 | 7565 10 10 | 1 | 659768 | 67050 | 00 | 210 | | 500 | 16640 | |
| | | 2 | 659769 | | | | | 245 | 16640 | |
| SUB TOTAL | | | | | | | | 745 | | 1239680 |

SAME DAY TO SHIP 9-28                                                    00
CARRIER - LANDSTAR/RANGER

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302302 243 | 7565 10 10 | 56,961 | 38,814 | 745 | 18,147 |

SALESPERSON - MORRIS ASSOCIATES

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****   APPLICABLE LAW.
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 745 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 1239680 |
| SHIPPING WEIGHT | 1,462 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 814486 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | 11 | | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

# INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | NUMBER | |
|---|---|---|
| | | INVOICE TYPE |
| | BILL AND SHIP | |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

ORDER NUMBER   ZZCLP00   03 30 04

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | | | |
| GMT360 | LIFE CURTAIN | | | | | | CUST CODING | 16898247 | | | | | |
| 302297 | 242 | | 7565 | 10 10 | 4 | 65968266960 | 00 | | 210 | | 414 | 16240 | |
| | | | | | 1 | 65968766840 | | | | | 466 | 16240 | |
| | | | | | 2 | 659688 | | | | | 467 | 16240 | |
| | | | | | 3 | 659689 | | | | | 325 | 16240 | |
| | SUB TOTAL | | | | | | | | | | 1672 | | 27153 28 |
| | | | | 11 | 5 | 65968366960 | | | | | 538 | 16240 | 8737 12 |
| GMT 360 | LIFE CURTAIN | | | | | | CUST CODING | 16898247 | | | | | |
| 302302 | 242 | | 7565 | 10 10 | 6 | 65976066900 | 00 | | 210 | | 191 | 16240 | |
| | | | | | 8 | 65976266940 | | | | | 571 | 16240 | |
| | SUB TOTAL | | | | | | | | | | 762 | | 12374 88 |
| | | | | 11 | 7 | 659761 | | | | | 492 | 16240 | 7990 08 |

SAME DAY TO SHIP 9-28
CARRIER - LANDSTAR/RANGER

| PRODUCT STATUS | | ORIGINAL | TOTAL | THIS | BALANCE |
|---|---|---|---|---|---|
| | | | BILLED | SHIPMENT | |
| 302302 | 242   7565 10 10 | 151,469 | 97,967 | 3,464 | 53,502 |

FREIGHT STATUS: PREPAID

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT |
| B/L NO. | 814487 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | | | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

**INVOICE**

201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240

PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| NUMBER | | | |
|---|---|---|---|
| 81 | 242805 | 2 | |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| 0550063123 | ABL60 | ZZCLP00 | 03 30 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG | NO. | PLANT | EACH | PRICE | AMOUNT |

```
    ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
    ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
    ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 3,464 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 8 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 6,476 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 56 255 36 |
| B/L NO. | 814487 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

R072018 CUST-SEKT   05-44481-rdd   Doc 5548-3  Filed 08/09/07  Entered 08/09/07 15:53:34  Exhibit 2-B  Pg 21 of 40

# INVOICE

**Milliken & Company**
MILLIKEN

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811642 | 092905 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ZZCPB00 | 082304 |

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CD | PKG PDE SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | CUST CODING M101285 | | | | |
| 312308 640 | 6507 1010 | 1 | 655264 | 65500 | 8290 | 8210 | 3760 | |
| | | 2 | 656241 | | 6850 | 6680 | 3760 | |
| SUB TOTAL | | | | | 15140 | 14890 | | 559864 |
| | | 3 | 655397 | 65510 | 8500 | 8380 | 3760 | |
| | | 4 | 655398 | | 8500 | 8410 | 3760 | |
| | | 5 | 655403 | | 2650 | 2560 | 3760 | |
| | | 6 | 655405 | | 7260 | 7140 | 3760 | |
| | | 7 | 655406 | | 7280 | 7010 | 3760 | |
| | | 8 | 655407 | | 7300 | 7100 | 3760 | |
| | | 9 | 655408 | | 4050 | 3950 | 3760 | |
| | | 10 | 655412 | | 4950 | 4870 | 3760 | |
| | | 11 | 656432 | | 6320 | 6210 | 3760 | |
| | | 12 | 656471 | | 8500 | 8430 | 3760 | |
| | | 13 | 656472 | | 5300 | 5260 | 3760 | |
| | | 14 | 656568 | | 8170 | 7870 | 3760 | |
| SUB TOTAL | | | | | 78780 | 77190 | | 2902344 |

SAME DAY TO SHIP 9-29                               00
   ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312308 640 | 6507 1010 | 2,010,911 | 1,486,815 | 9,208 | 524,096 |

| TOTAL BILLED QTY. | | |
|---|---|---|
| TOTAL PACKAGES | | |
| SHIPPING WEIGHT | | |
| B/L NO. | 814665 | |

REMIT TO:
      PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234
         PAYABLE IN U.S. DOLLARS
         FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | |
|---|---|
| CONTINUED | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
          REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. R | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | XC |

440619719

INV2 04/05/2005

R072018 CUSTX SERV05-44481-rdd   Doc 4481-5   Filed 08/06/07   Entered 08/06/07 15:53:34   Exhibit 2-B Pg 22 of 40

# INVOICE

**Milliken & Company**
Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811642 | 092905 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | GR | PKG | PACKGE | | | GROSS | | | NET | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LCPDE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS.8 | | PRICE | AMOUNT |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 9,208 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 14 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 6,308 | DALLAS, TX 75284-3234 | | | | 346208 |
| B/L NO. | 814665 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company

MILLIKEN

Administrative Services Department M-195
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811643 | 092905 | 1 |

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | CUSTOMER DEPARTMENT | | ORDER NUMBER | ZZCNO00 | ORDER DATE 081204 |
|---|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE 56X56 PAT COLOR FIN | GR LP CDE | PKG SEQ | PACKGE NUMBER | BATCH | CUST CODING | GROSS LYDS1.8 | NET LYDS1.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 315D 56X56 SILICONE | | | | | M10 1329 | | | | |
| 312285 630    3505 | 010 | 1 | 615170 | 85210 | | 1500 | 1440 | 4840 | |
| | | 3 | 617950 | | | 6640 | 6180 | 4840 | |
| SUB TOTAL | | | | | | 8140 | 7620 | | 368808 |
| | 11 | 2 | 617923 | | | 12000 | 11530 | 4840 | 558052 |
| | | | | | | | | | 00 |

SAME DAY TO SHIP 9-29
   ***      WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312285 630    3505  010 | 165,238 | 140,638 | 1,915 | 24,600 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | | |
|---|---|---|---|
| TOTAL PACKAGES | | | |
| SHIPPING WEIGHT | | | |
| B/L NO.    814666 | | | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

**PLEASE SHOW OUR INVOICE NO. ON REMITTANCE**

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 4 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 092 | 811643 | 092905 | 2 |

INVOICE TYPE

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|------|------|
| ZZCNQ00 | 081204 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LC PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

```
****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****     8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 1,915 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 1,390 |
| B/L NO. | 814666 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | 926860 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

B072058    CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 812971 | 09 30 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OP | W LIFE CURTAIN | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | 7365 | 10 | 10 | 2 | 658591 | 6642000 | 210 | 14 | 14600 | |
| | | | | | 1 | 660841 | 6641000 | | 40 | 14600 | |
| SUB TOTAL | | | | | | | | | 54 | | 78840 |

SAME DAY TO SHIP 9-30
\*\*\*       WAREHOUSE    \*\*\*
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302303 274 | 7365 10 10 | 102,545 | 63,993 | 54 | 38,552 |

SALESPERSON - MORRIS ASSOCIATES

\*\*\*\*    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      \*\*\*\*
\*\*\*\*    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  \*\*\*\*
\*\*\*\*    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      \*\*\*\*
\*\*\*\*    APPLICABLE LAW.                                                  \*\*\*\*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 54 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 78840 |
| SHIPPING WEIGHT | 68 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 816915 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530 | 4 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

# INVOICE

**Milliken & Company**
Administrative Services Department, M-105
920 Milliken Road (PO Box 1926)
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

05-44481-rdd

INVOICE TYPE: BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. 0550063123 | CUSTOMER DEPARTMENT BS032 | ORDER NUMBER ZZCNZ00 | ORDER DATE 08 23 04 |
|---|---|---|---|

| STYLE | PAT | COLOR | FIN | LOT CODE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D | 39X39 | MID | PERM | | | | CUST CODING M01 013 84 | | | | |
| 312286 720 | | 2058 | | 010 | 1 | 653264 | 65190 | 9980 | 9780 | 3460 | |
| | | | | | 2 | 653265 | | 10000 | 9850 | 3460 | |
| | | | | | 3 | 653266 | | 10000 | 9890 | 3460 | |
| | SUB TOTAL | | | | | | | 29980 | 29520 | | 10213 92 |

SAME DAY TO SHIP 9-30                                                        00
     ***       WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
  PRODUCT STATUS              ORIGINAL    TOTAL      THIS
                                         BILLED   SHIPMENT   BALANCE
312286 720     2058  010     3 21,661  213,193    2,952  108,468

          IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
          PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
          BUSINESS - 0920


  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
  ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****    APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL BILLED QTY. 2,952 | | | | |
| TOTAL PACKAGES 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT 10213 92 |
| SHIPPING WEIGHT 2,524 | DALLAS, TX 75284-3234 | | | |
| B/L NO. 816910 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 15 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company

## INVOICE

Administrative Services Department
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | | |
|---|---|---|---|
| | | 005 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 08 23 04 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN | GR LO C DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | CUST CODING M10 | 1285 | | | |
| 312308 640    6507 1 0 10 | | 1 | 655510 | 65520 | 8500 | 8350 | 3760 | |
| | | 2 | 655515 | | 7110 | 7040 | 3760 | |
| | | 3 | 655516 | | 7100 | 6980 | 3760 | |
| | | 4 | 655520 | | 8020 | 7880 | 3760 | |
| | | 5 | 655521 | | 6320 | 6150 | 3760 | |
| | | 6 | 655522 | | 7630 | 7440 | 3760 | |
| | | 7 | 655523 | | 8500 | 8340 | 3760 | |
| | | 8 | 656567 | | 7870 | 7820 | 3760 | |
| | | 9 | 656572 | | 8500 | 8350 | 3760 | |
| SUB TOTAL | | | | | 69550 | 68350 | | 2569960 |
| | | 10 | 655678 | 65530 | 7800 | 7660 | 3760 | |
| | | 11 | 655679 | | 8500 | 8410 | 3760 | |
| | | 12 | 655685 | | 7030 | 6940 | 3760 | |
| SUB TOTAL | | | | | 23330 | 23010 | | 865176 |

SAME DAY TO SHIP 9-30                                                                00
***     WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                           FREIGHT STATUS: COLLECT
   PRODUCT STATUS        ORIGINAL    TOTAL      THIS
                                     BILLED     SHIPMENT   BALANCE
312308 640      6507 1 0 10  2,010,911 1,495,951  9,136   514,960

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | CONTINUED |
| B/L NO.    816911 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | HOS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Service Department
920 Milliken Road P. O. Box 4926
Spartanburg, SC 29304-1928
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**INVOICE**

05-44481-rdd

**MILLIKEN**

| | NUMBER | | | INVOICE TYPE |
|---|---|---|---|---|
| | 81 | 0054243005 | 2 | BILL AND SHIP |
| | | | 01 | |

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 08 23 04 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN LC | GR CDE | PKG SEQ | PACKGE NUMBER BATCH | GROSS LYDS.8 | 1 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

```
****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY. | 9,136 | REMIT TO: | TERMS: NET 30 DAYS |
| TOTAL PACKAGES | 12 | P. O. BOX 843234 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| SHIPPING WEIGHT | 6,245 | DALLAS, TX 75284-3234 | |
| B/L NO. | 816911 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

| | | |
|---|---|---|
| | TOTAL INVOICE AMOUNT | 3435136 |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# INVOICE

## AMERICAN BAG CORPORATION

M-821

201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240

PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | |
|---|---|
| INVOICE TYPE | BILL AND SHIP |
| | 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LaGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| | | | ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT191 | OP | W LIFE CURTAIN | 10 10 | | | CUST CODING | 168 698 75 | | | | |
| 302303 | 274 | 7365 | | 2 | 66117766980 | 00 | 210 | 255 | 14600 | |
| | | | | 1 | 66118065940 | | | 347 | 14600 | |
| | | SUB TOTAL | | | | | | 602 | | 878920 |

SAME DAY TO SHIP 9-30                                                                                00
          ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
    PRODUCT STATUS          ORIGINAL     TOTAL    THIS
                                         BILLED   SHIPMENT   BALANCE
302303 274      7365  10 10   102,545   64,595    602        37,950

          SALESPERSON - MORRIS ASSOCIATES

****      6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 602 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 878920 |
| SHIPPING WEIGHT | 753 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 817071 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005 | 25304 | 0006 | 534 | 63 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 534 | 813113 | 093005 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|--|--|--|
| CUSTOMER CODING/P.O.  0550063123 | CUSTOMER DEPARTMENT | ZZCLT00 | 040504 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | | PLANT | | EACH | PRICE | AMOUNT |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| GMT 370 LIFE CURTAIN | | | | | | | CUST CODING | 168982 | 48 | | | | |
| 302302 | 243 | | 7565 | 1010 | 1 | 6596946689 | 000 | | 210 | | 530 | 16640 | |
| | | | | | 2 | 6611506733 | 000 | | | | 463 | 16640 | |
| | | | | | | | | | | | 993 | | 1652352 |
| | SUB TOTAL | | | | | | | | | | | | |
| | | | | 11 | 3 | 661151 | | | | | 469 | 16640 | 780416 |

SAME DAY TO SHIP 9-30
 ***    WAREHOUSE    ***                                                     00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                  FREIGHT STATUS: COLLECT
 PRODUCT STATUS          ORIGINAL   TOTAL    THIS
                                     BILLED   SHIPMENT   BALANCE
302302 243      7565 1010   56,961   40,276   1,462      16,685

       SALESPERSON - MORRIS ASSOCIATES


 ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
 ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
 ****    APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.  1,462 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|--|--|--|--|--|--|
| TOTAL PACKAGES          3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 2432768 |
| SHIPPING WEIGHT     2,532 | DALLAS, TX 75284-3234 | | | | |
| B/L NO.          817072 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | LOC. | DEST. | UNIT | | BUS # | XC | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 00525304 | 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# Milliken & Company

Administrative Services Department M-185
920 Milliken Road P. O. Box H25
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 092 | 813126 | 10 04 05 | 1 |

| INVOICE TYPE |
|-------------|
| BILL AND SHIP |
| 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCNZ00 | ORDER DATE | 08 23 04 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | PKG | PACKGE | | | GROSS1 | | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | CPDE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |
| 630D 39X39 MID | PERM | | | | | | CUST CODING M01 01384 | | | | | |
| 312286 | 720 | | 2058 | 010 | 1 | 653266 | 5190 | 10000 | | 9940 | 3460 | |
| | | | | | 2 | 653262 | | 10000 | | 9940 | 3460 | |
| | | | | | 3 | 653268 | | 4240 | | 4200 | 3460 | |
| SUB TOTAL | | | | | | | | 24240 | | 24080 | | 8331 68 |

SAME DAY TO SHIP 10-3                                          00
     ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312286 | 720 | 2058 | 010 | 336,521 | 215,601 | 2,408 | 120,920 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

 ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
 **** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
 ****   8.4% PER ANNUM,  SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
 **** APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,408 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 8331 68 |
| SHIPPING WEIGHT | 2,033 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 817088 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS | PC | E | SALESMAN | TM | LOC. | DEST. | | | | BUS BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 15 | | 99155 | 06 | 711 | 68 | 989 | 700 | 09 | KAREN O. STURKIE | 319 | 440619719 |

R072018 CUST. SERV.

# Milliken & Company
One of the Service Merchants D-105

920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| | | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|---|
| | 092 | 813127 | 100405 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT

|  |  | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | CUSTOMER DEPARTMENT | ZZCNS00 | 08 12 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS 1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LDE | CDE | SEQ | NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |
| 630D 3 | 8X3 | 8 LW | SILICONE | | | | | | | | | | |
| 312267 | 631 | 3505 | 012 | | 1 | 60877 | 85070 | CUST CODING M10 | 11000 | 1454 | 10690 | 4300 | 459670 |

SAME DAY TO SHIP 10-3
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL     TOTAL      THIS
                                     BILLED     SHIPMENT     BALANCE
312267 631       3505  010  61,496   37,684    1,069        23,812

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

00

****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.   1,069 | | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | |
|---|---|---|---|---|
| TOTAL PACKAGES | 1 | REMIT TO: P. O. BOX 843234 | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | 888 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT   459670 |
| B/L NO. | 817089 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IF IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | LVL | LOC | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

# INVOICE

4095 Pleasant Hill Road
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 092 843128110 0405 | | 1 |

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCNR00 | ORDER DATE | 0812 04 |
|---|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS | | NET | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LO | CDE | SEQ | NUMBER | BATCH | LYDS .8 | | LYDS .8 | PRICE | AMOUNT |
| 630D 41 | X41 | 72" | 2058 | 010 | | | | CUST CODING | M10 128 1 | | | | |
| 312275 | 720 | | 2058 | 010 | | 1 | 638181 | 62240 | 10000 | | 9960 | 3490 | |
| | | | | | | 2 | 638182 | | 10000 | | 9960 | 3490 | |
| | | | | | | 3 | 638183 | | 10000 | | 9990 | 3490 | |
| | SUB TOTAL | | | | | | | | 30000 | | 29910 | | 1043859 |

SAME DAY TO SHIP 10-3
   ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL    TOTAL    THIS
                                       BILLED   SHIPMENT    BALANCE
312275 720      2058  010    3 15,456  268,749  2,991      46,707

      IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
   PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
   BUSINESS - 0920


   ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
   ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
   ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
   ****   APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,991 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 1043859 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 2,628 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS | | | |
| B/L NO. | 817090 | | | FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

# Milliken & Company

Administrative Services Department M-195
920 Milliken Road P. O. Box 1928
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

**INVOICE**

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 813129 | 10 04 05 | 1 |

| INVOICE TYPE |
|--------------|
| BILL AND SHIP |

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 08 23 04 |

| PRODUCT I.D. | | GR | PKG | PACKGE | | | GROSS 1 LYDS. 8 | | NET 1 LYDS. 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE PAT COLOR FINL | CD | E | SEQ | NUMBER | BATCH | | | | | PRICE | AMOUNT |
| 420D 46 X 46 SILICONE | | | | | | CUST CODING M10 1285 | | | | | |
| 312308640 | 6507 | 10 10 | | 1 655517 65520 | | | 7620 | | 7540 | 3760 | |
| | | | | 2 655518 | | | 6110 | | 6050 | 3760 | |
| SUB TOTAL | | | | | | | 13730 | | 13590 | | 5109 84 |
| | | 11 | | 3 656595 | | | 4070 | | 4030 | 3760 | 151 28 |
| | | 10 | | 5 655681 65530 | | | 7800 | | 7690 | 3760 | |
| | | | | 6 655682 | | | 7010 | | 6930 | 3760 | |
| | | | | 7 655683 | | | 7100 | | 7070 | 3760 | |
| | | | | 8 655684 | | | 7110 | | 7040 | 3760 | |
| | | | | 9 655690 | | | 8500 | | 8460 | 3760 | |
| | | | | 10 655691 | | | 8500 | | 8350 | 3760 | |
| | | | | 11 655692 | | | 8500 | | 8430 | 3760 | |
| | | | | 12 655693 | | | 6270 | | 6220 | 3760 | |
| SUB TOTAL | | | | | | | 60790 | | 60190 | | 2263 44 |
| | | 11 | | 4 655680 | | | 7140 | | 6930 | 3760 | 260 68 |

SAME DAY TO SHIP 10-3
***      WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312308640 | 6507 | 10 10 | 2,029,425 | 1,504,425 | 8,474 | 525,000 |

00

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 817091 |

**REMIT TO:**    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

**TERMS:** NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

# Milliken & Company
Customer Service, Dep. M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| INVOICE NUMBER | | |
|---|---|---|
| 03-932 | 8548129 | 160405 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 08 23 04 |

| PRODUCT I.D. STYLE PAT COLOR FINL CDE | GR | PKG SEQ | PACKGE NUMBER BATCH | GROSS LYDS.8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

* * * *     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     * * * *
* * * * BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     * * * *
* * * * 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     * * * *
* * * * APPLICABLE LAW.     * * * *
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8,474 |
| TOTAL PACKAGES | 12 |
| SHIPPING WEIGHT | 5,678 |
| B/L NO. | 817091 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    31862 24

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

**INVOICE**

**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| NUMBER | | |
|---|---|---|
| 85-430405 | | 1 |
| INVOICE TYPE | | |
| BILL AND SHIP | | |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCLP00 | 03 30 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT NO. | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | CUST CODING | 168 98247 | | | | |
| 302297 242    7565 10 10 | | 1 | 656323 | 6589000 | 210 | | 485 | 16240 | |
| | | 2 | 656324 | | | | 472 | 16240 | |
| | | 3 | 656325 | | | | 330 | 16240 | |
| | | 4 | 656329 | | | | 429 | 16240 | |
| | | 5 | 656330 | | | | 483 | 16240 | |
| | | 6 | 656331 | | | | 318 | 16240 | |
| | | 7 | 656335 | | | | 486 | 16240 | |
| | | 8 | 656341 | | | | 468 | 16240 | |
| | | 9 | 656343 | | | | 201 | 16240 | |
| SUB TOTAL | | | | | | | 3672 | | 5963 28 |
| | | | | | | | | | 00 |

SAME DAY TO SHIP 10-3
***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 242    7565 10 10 | 160,654 | 101,639 | 3,672 | 59,015 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | |
| B/L NO.    818345 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. # | PC1 | PC2 | P | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | 11 | | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION
## INVOICE

201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| NUMBER | | |
|---|---|---|
| 8970405 | 2 | |
| INVOICE TYPE | | |
| BILL AND SHIP | | |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLE00 | ORDER DATE | 033004 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 3,672 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 9 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 596328 |
| SHIPPING WEIGHT | 7,045 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 818345 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | 11 | | 991550 | 06 | 711 | 689897 | 000 | 05 | KAREN O.  STURKIE | 319 | 440619719 |

INV7 07/11/2005

# INVOICE

**AMERICAN BAG CORPORATION**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 813636 | 10 03 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

**CUSTOMER CODING/P.O.**   0550063123

**CUSTOMER DEPARTMENT**

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | | | | | | | | | |
| GMT191 OPW LIFE CURTAIN | | | | | | CUST CODING | 168 69875 | | | | |
| 302303 | 274 | 7365 10 10 | | 1 | 661181659400 | 210 | | | 293 | 14600 | |
| | | | | 2 | 661182 | | | | 289 | 14600 | |
| | | | | 3 | 661282 | | | | 314 | 14600 | |
| | | | | 4 | 661305 | | | | 340 | 14600 | |
| | | | | 5 | 661468 | | | | 305 | 14600 | |
| | | | | 6 | 661529 | | | | 400 | 14600 | |
| | | | | 7 | 661531 | | | | 400 | 14600 | |
| | | | | 8 | 661572 | | | | 357 | 14600 | |
| SUB TOTAL | | | | | | | | | 2698 | | 393980 |

SAME DAY TO SHIP 10-3
   ***     WAREHOUSE       ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302303 274    7365 10 10 | 102,545 | 67,293 | 2,698 | 35,252 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.   818353 | |

**REMIT TO:**
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

**TERMS:** NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT

CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | | NO. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058     CUST  SERV

# INVOICE

**AMERICAN BAG CORPORATION**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 813636 | 10 03 05 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|

ORDER NUMBER ZZCJR00   ORDER DATE 02 04 04

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|--------------|---------|------------|---|------|-------|--------|

PRODUCT I.D.

****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
****     8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,698 |
|---|---|
| TOTAL PACKAGES | 8 |
| SHIPPING WEIGHT | 3,371 |
| B/L NO. | 818353 |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 3939080 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV7 07/11/2005

# INVOICE

## AMERICAN BAG CORPORATION

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 813771 | 100305 | 1 |

INVOICE TYPE
BILL AND SHIP
01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
MENLO NEXT DAY AIR

**DELIVERY POINT**
LAGRANGE              GA

**FIBER CONTENT**
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | CUST CODING | 210 | 168 69875 | | |
| 302303 274     7365 1010 | | 1 | 66150466970 | 00 | | 400 | 14600 | |
| | | 2 | 661566 | | | 436 | 14600 | |
| SUB TOTAL | | | | | | 836 | | 1220560 |
| | | | | | | | | 00 |
| SAME DAY TO SHIP 10-3 | | | | | | | | |
| CARRIER - MENLO/PTN 2383284 | | | | | | | | |

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL BILLED | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302303 274     7365 1010 | 102,545 | 68,129 | 836 | 34,416 |

SALESPERSON - MORRIS ASSOCIATES

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
**** APPLICABLE LAW.                                              ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 836 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,045 |
| B/L NO. | 818464 |

REMIT TO:
**PLEASE SHOW OUR INVOICE NO. ON REMITTANCE**
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 1220560 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 63 | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | 440619719 |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

INV7 07/11/2005