B072058  CUST. SERV.

05-44481-rdd  Doc 813800  Filed 10/03/05  Entered 10/03/05 15:53:34  Exhibit 2-C

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841  FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 813800 | 100305 | 1 |

INVOICE TYPE
**BILL AND SHIP**
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT00 | 040504 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEO | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | | | | | |
| 302302243    7565 1010 | | 2 | 661152673300 | CUST CODING 210 | 168 982 48 | 149 | 16640 | 247936 |
| 12 | | 1 | 659695668 90 | | | 433 | 16640 | 720512 |
| | | | | | | | | 00 |

SAME DAY TO SHIP 10-3
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL    TOTAL    THIS
                                    BILLED   SHIPMENT   BALANCE
302302243    7565 1010  56,961    40,858    582      16,103

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

TOTAL BILLED QTY.    582
TOTAL PACKAGES         2
SHIPPING WEIGHT    1,031
B/L NO.          818494

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| 968448 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV/ 07/11/2005

# Milliken & Company
8997 Avenue S Filed 08/09/M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

# INVOICE

| | INVOICE NUMBER | DATE | | INVOICE TYPE |
|---|---|---|---|---|
| 092 | 8141371100405 | 1 | | BILL AND SHIP |
| 01 | | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCNZ00 | ORDER DATE | 08 23 04 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | | PKG | PACKGE | | GROSS 1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | GR CDE | PDE | SEQ NO | NUMBER | BATCH | LYDS .8 | | LYDS .8 | PRICE | AMOUNT |
| 630D 39 | X39 | MID | PERM | | | | | | CUST CODING M01 01384 | | | | |
| 312286 | 720 | 2058 | 010 | | 1 | 65325 | 965190 | | 10000 | | 9850 | 3460 | |
| | | | | | 2 | 653263 | | | 10000 | | 9880 | 3460 | |
| | | | | | 3 | 653267 | | | 7300 | | 7210 | 3460 | |
| | SUB TOTAL | | | | | | | | 27300 | | 26940 | | 932124 |

SAME DAY TO SHIP 10-4
*** WAREHOUSE ***                                                    00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312286 720 | 2058 010 | 336,521 | 218,295 | 2,694 | 118,226 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,694 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,291 | DALLAS, TX 75284-3234 | | | 932124 |
| B/L NO. | 819336 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# INVOICE

## Milliken & Company

4095 State Serv Road P. O. Box 1926
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER |
|---|
| 032 | 054 | 26 | 19 | 0405 | 1 |

INVOICE TYPE

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE            GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCPB00 | 082304 |

| PRODUCT I.D. STYLE PAT COLOR FIN LOT | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X 46 SILICONE | | | | CUST CODING M101285 | | | | |
| 312308 640     6507 10 10 | | 1 | 660029 | 66750 | 7870 | 7660 | 3760 | |
| | | 2 | 660030 | | 8000 | 7890 | 3760 | |
| | | 3 | 660031 | | 8000 | 7870 | 3760 | |
| | | 4 | 660032 | | 7710 | 7530 | 3760 | |
| | | 5 | 660033 | | 7010 | 6990 | 3760 | |
| | | 6 | 660034 | | 7130 | 7050 | 3760 | |
| | | 7 | 660035 | | 6010 | 5900 | 3760 | |
| | | 8 | 660037 | | 7200 | 6990 | 3760 | |
| | | 9 | 660038 | | 7350 | 7240 | 3760 | |
| | | 10 | 660040 | | 7750 | 7600 | 3760 | |
| | | 11 | 660053 | | 8500 | 8260 | 3760 | |
| | | 12 | 660054 | | 8440 | 8300 | 3760 | |
| SUB TOTAL | | | | | 90970 | 89280 | | 3356928 |

SAME DAY TO SHIP 10-4                          00
  ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640     6507 10 10 | 2,029,425 | 1,513,353 | 8,928 | 516,072 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 819337 |

REMIT TO:      PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | BUS. N | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# Milliken & Company

0997-5 Serial 060809/07105

920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-19269
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| NUMBER | | INVOICE TYPE |
|---|---|---|
| | | BILL AND SHIP |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 08 23 04 |
|---|---|---|---|---|---|---|---|

| STYLE | PAT | COLOR | FINL | GR LC DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | GROSS 1 | NET 1 | | |

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8,928 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 12 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 33569 28 |
| SHIPPING WEIGHT | 6,167 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 819337 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV3 04/05/2005

05-44481-rdd   Doc 89   M-52   Filed 08/09/07   Entered 08/09/07 15:53:34   534   1

# INVOICE

## AMERICAN BAG CORPORATION
### 201 LUKKEN INDUSTRIAL DRIVE
### LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | | 81413 0100405 |
|---|---|---|
| | INVOICE TYPE | |
| | BILL AND SHIP | |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

ORDER NUMBER   ZZCJR00

ORDER DATE   02 04 04

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | CUST CODING | | | | | | |
| 302303 274 | 7365 1010 | 2 | 66117966980 | 00 | 210 | 168 698 75 | | 304 | 14 600 | |
| | | 1 | 66156866970 | | | | | 216 | 14 600 | |
| SUB TOTAL | | | | | | | | 520 | | 7592 00 |

SAME DAY TO SHIP 10-4
***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302303 274 | 7365 1010 | 105,834 | 68,649 | 520 | 37,185 |

SALESPERSON - MORRIS ASSOCIATES

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 520 | REMIT TO: | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 7592 00 |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 670 | DALLAS, TX 75284-3234 | | | |
| B/L NO. | 819338 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530 4 | 0006 534 | 63 | | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841  FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 814140 | 1004 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER ZZCLP00 | ORDER DATE 03 30 04 |
|---|---|---|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | CUST CODING | 168982 47 | | | |
| 302297 242    7565 10 10 | | 1 | 656336 65890 00 | 210 | | 483 | 16240 | |
| | | 2 | 656337 | | | 185 | 16240 | |
| | | 3 | 656342 | | | 477 | 16240 | |
| SUB TOTAL | | | | | | 1 145 | | 18594 80 |

SAMED DAY TO SHIP 10-4                                                          00
   *** WAREHOUSE    ***
FAX SIGNED B/L TO 5115  IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL     TOTAL     THIS
                                       BILLED   SHIPMENT    BALANCE
  302302 242      7565 10 10   160,654   102,784   1,145     57,870

       SALESPERSON - MORRIS ASSOCIATES

  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,145 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,198 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS | 18594 80 |
| B/L NO. | 819339 | | | FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 0006 | 534 | 11 | | | 99155 06 | 711 | 689897 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# INVOICE

**AMERICAN BAG CORPORATION**

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 814141 | 100405 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCMK00 | 042904 |

CUSTOMER CODING/P.O. 0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |

GMX 295 LIFE CURTAIN
302303 241    7565 10 10    CUST CODING 168716 54
                        1 609425564500 00    210    851 11980
                        2 609439                    827 11980
                        3 609440                    854 11980

SUB TOTAL                              2532        3033 36

SAME DAY TO SHIP 10-4                                         00
     ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT

 PRODUCT STATUS        ORIGINAL    TOTAL    THIS
                                   BILLED  SHIPMENT  BALANCE
302303 241    7565 10 10   63,695  64,442  2,532

        SALESPERSON - MORRIS ASSOCIATES

 ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
 ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
 ****  APPLICABLE LAW.                                          ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,532 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 60 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 3,274 | DALLAS, TX 75284-3234 | | | 3033 36 |
| B/L NO. | 819340 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IF IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. S | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 07 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

# Milliken & Company

1045 Sixth Avenue - New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID # 51-0105342

# INVOICE

SEE REMIT TO ADDRESS BELOW

R072018 CUST SERV    MILLIKEN

| | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 334 | 876906 | 112404 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY
48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO  TX  79906

ROUTING
FEDERAL EXPRESS

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | CF17500 | 112404 |

CUSTOMER CODING/P.O.    4500 79877

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |
| HYUNDIA | CM | DELPHI | | | | | CUST CODING | PR1 | 0127364 | 0001 | 0 | |
| 937874 | 342 | 7384 | 1010 | | 1582002 | 50850 | 00 | 210 | | 20 | 21690 | 43380 |
| | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 11-24
FREIGHT PREPAID
ATTN: SERGIO CARO

REVISION #2 HYUNDIA CM OPW

FREIGHT STATUS: PREPAID

PRODUCT STATUS        ORIGINAL    TOTAL    THIS    BALANCE
                                  BILLED   SHIPMENT
937874 342    7384 1010    20    20    20

SALESPERSON - HOUSE SALES

**** 5.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 6.3% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 20 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 25 |
| B/L NO. | 578190 |

REMIT TO:        PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 43380 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0009 | 534 | | 63 | 09951 | 06 | 711 | 696900 | 000 | 05 | KAREN O. STURKIE | 322 | |

441410980

INV2 01/01/2002

05-44481-rdd   Doc 5590   Filed 08/09/07   15:53:34

B072058   CUST. SERV.

**AMERICAN BAG CORPORATION**
Hwy. 92, P.O. Box 309 • Stearns, Kentucky 42647
Phone: (606) 376-3656 • Fax: (606) 376-3890

Exhibit 2-C

# INVOICE

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 896780 | 07 16 03 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING
CUSTOMER TRUCK

DELIVERY POINT
WINFIELD          TN

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | CUSTOMER DEPARTMENT | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ZZCFS00 | 06 16 03 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309000 | | 9000 | | 010 | 1 | 129986197W1 | 01 | 305 | | | 25 | 14 380 | 359 50 |
| | | | | | | | | | | | | | 00 |

16870 417(GMT 295)
SHIPPED (25)
PO#IVS60583

SALESPERSON - MORRIS ASSOCIATES

\*\*\*\*     4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      \*\*\*\*
\*\*\*\* BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  \*\*\*\*
\*\*\*\*  5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     \*\*\*\*
\*\*\*\* APPLICABLE LAW.                                                  \*\*\*\*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 25 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 28 |
| B/L NO. | 224744 |

REMIT TO:
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   359 50

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALEMAN | TM | LOC. | DEST. | | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 | 534 | | 63 | 99154 | 06 | 305 | 689880 | 000 | 05 | BRENDA HURT | 319 | 10 | 440610410 |

INV7 03/01/2002

# Milliken & Company

1045 Sixth Avenue • New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID # 51-0105342

MILLIKEN

## INVOICE

M&PS COPY

| | INVOICE NUMBER | INVOICE DATE | PAGE |
|---|---|---|---|
| 534 | 944076 | 051005 | 1 |

INVOICE TYPE
**BILL AND SHIP**

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF
DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION
DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY
250 NORTHWOODS BLVD.
VANDALIA OH 45377

ROUTING
***
FEDERAL EXPRESS

DELIVERY POINT
LAGRANGE                GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF38900 | 050505 |

CUSTOMER ORDING /P.O.    450102232

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEG | PACKAGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MT360 DELPHI | | | | | | | CUST CODING | PR101 | | | |
| 37874440 | | 7384 | 1010 | | 16192 | 2205814000 | 210 | 184391 | 12 | 25000 | |
| | | | | | 26192 | | | | 20 | 25000 | |
| SUB TOTAL | | | | | | | | | 32 | | 80000 |

SAME DAY TO SHIP 45-10                                                              00

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 37874440 | | 7384 | 1010 | 40 | 32 | 32 | 8 |

SALESPERSON - HOUSE SALES

**** 6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 7.5% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT OR USE IN COMPOSITE STRUCTURES CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY. | 32 | REMIT TO: | TERMS: NET 30 DAYS |
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | |
| SHIPPING WEIGHT | 40 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |
| B/L NO. | 705829 | | |

TOTAL INVOICE AMOUNT    80000

| CUSTOMER NO. | BUS. | PC1 PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BIL BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | KAREN O. STURKIE | | | | | | 322 | 361132610 |

R072018 CUSTO05-44481-rdd    Doc 3604-3   Filed 08/06/07   Entered 08/06/07 15:53:34   Exhibit 2-C
Pg 11 of 37

# INVOICE

## Milliken & Company
Administrative Services Department
Post Office Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE | DATE | PAGE |
|---|---|---|---|
| 534 | 954505 | 060305 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI AUTOMOTIVE SYSTEMS

DELPHI I - VANDALIA PLANT
250 NORTHWOODS BLVD/PO BOX 5051
VANDALIA  OH  45377-5051

ROUTING
FEDERAL EXPRESS

SHIP TO CONSIGNED DESTINATION

DELPHI VANDALIA
A/C DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/DOCK 48WEST
VANDALIA, OHIO

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF38500 | 042905 |

CUSTOMER CODING/P.O.   540580670300 9555

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | | | | | |
| GMT360 | DELPHI | | 7384 | 1010 | 1 | 625533 | 59160 00 | CUST CODING | GMT360/MY2007 | | RG0 | 50000 |
| 937874 | 440 | | | | | | | 210 | | 20 | 25000 | |

SAME DAY TO SHIP 6-3
FRT PREPAID/ACCT 160733276                                                                    00

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 937874 440    7384 1010 | 20 | 20 | 20 | |

SALESPERSON - HOUSE SALES

**** 6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 7.5% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 20 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 25 |
| B/L NO. | 725558 |

REMIT TO:    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    50000

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920008 | 0251 | 534 | | 63 | 09951 | 06 | 711 | 354711 | 000 | 05 | KAREN O. STURKIE | 322 | 10 | 361132610 |

INV2 04/05/2005

# INVOICE

**Milliken & Company**
Administrative Services Department M-207
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

05-44481-rdd

| | | | | |
|---|---|---|---|---|
| | | | INVOICE TYPE | |
| | | | BILL AND SHIP | |
| 01 | | | | |

**SOLD TO THE ACCOUNT OF**

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO   IN   46904-9005

**SHIP TO CONSIGNED DESTINATION**

DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY
250 NORTHWOODS BLVD.
VANDALIA OH 45377

ROUTING
* * *
FEDERAL EXPRESS

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF389|00 | 05|05|05 |

CUSTOMER CODING/P.O.   450102232

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT360 | DELPHI | | 7384 | 10|10 | 1 | 6255345 | CUST CODING | PR1|01|6 | | | | |
| 937874 | 440 | | | | | | 9160|00 | 4391 | 8 | 25|000 | 200|00 |

SAME DAY TO SHIP 6-3                                                         00
ATTN: ED MATLACK
FREIGHT PREPAID/ACCT 160733276

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 937874|440 | 7384 10|10 | 40 | 40 | 8 | |

SALESPERSON  -  HOUSE SALES

```
****     6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****     7.5% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****  APPLICABLE LAW.                                                 ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 1 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | 11 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | 200|00 |
| B/L NO. | 725617 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | USE | IN | LOC. | DEST. | | UNIT | | BUS. SY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0003 | 534 | | 63 | 09951 | 06 | 711 | 354711 | 000 | 05 | KAREN O. STURKIE | | 322 | | 361132610 |

IW2 04/05/2005

R072018 CUS05-44481-rdd Document 8080 Filed 08/02/04 15:53:34 Exhibit 2-C Page 13 of 37

# INVOICE

**Milliken & Company**
1045 Sixth Avenue - New York, N.Y. 10018-9837
D-U-N-S 201-7440     TAX ID # 51-0105342

MILLIKEN

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 968427 | 022704 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

ROUTING
  CUSTOMER TRUCK

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

DELIVERY POINT
  WINFIELD          TN

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCFS00 | 06 16 03 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309000 | | | 9000 | 010 | 1 | 45622 | 058R1 | 04 | 305 | | | | 25 | 15050 | |
| | | | | | 2 | 58102 | | 02 | | | | | 25 | 15050 | |
| | | | | | 3 | 158101 | | 01 | | | | | 25 | 15050 | |
| | | | | | 4 | 589633 | | 03 | | | | | 25 | 15050 | |
| | | SUB TOTAL | | | | | | | | | | | 100 | | 150500 |

P/N 16869875 REV 04
HOLD FOR JUAN CARLOS TORRES
SHIPPED (100)                                                    00

SHIPPED 02/27/04

      SALESPERSON -  MORRIS ASSOCIATES

**** 4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 100 |
|---|---|
| TOTAL PACKAGES | 4 |
| SHIPPING WEIGHT | 0 |
| B/L NO. | 376580 |

REMIT TO:     PLEASE SHOW OUR INVOICE NO. OR REMITTANCE
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 150500 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. N | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 | 534 | | 63 | 99154 | 06 | 305 | 689880 | 000 | 05 BRENDA HURT | 319 | 10 | 440610410 |

INV3 03/01/2002

05-44481-rdd    Doc 4017    Filed 08/08/07    Entered 08/08/07 15:53:34    Exhibit 2-C
Pg 14 of 37

# INVOICE

**Milliken & Company**

R072018 CUST. SERV.

1045 Sixth Avenue - New York, N.Y. 10018-9998
D-U-N-S 201-7440
TAX ID # 51-0105342

MILLIKEN

| BUS | INVOICE | DATE | PAGE |
|---|---|---|---|
| 534 | 969539 | 03/02/04 | 1 |

INVOICE TYPE
**BILL AND SHIP**
01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

ROUTING
CUSTOMER TRUCK

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

DELIVERY POINT
WINFIELD                TN

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCFS00 | 06/16/03 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG NO. | PLANT | | | | |
| 309000 | | 9000 | 010 | | 1 | 26345 | 061R1 09 | 113 | | 30 | 15050 | |
| | | | | | 2 | 110163 | 10 | | | 30 | 15050 | |
| | | | | | 3 | 296666 | 07 | | | 30 | 15050 | |
| | | | | | 4 | 302563 | 08 | | | 30 | 15050 | |
| | | | | | 5 | 61101 | 01 | 305 | | 30 | 15050 | |
| | | | | | 6 | 61102 | 02 | | | 30 | 15050 | |
| | | | | | 7 | 61103 | 03 | | | 30 | 15050 | |
| | | | | | 8 | 61104 | 04 | | | 30 | 15050 | |
| | | | | | 9 | 61105 | 05 | | | 30 | 15050 | |
| | | | | | 10 | 61106 | 06 | | | 30 | 15050 | |
| SUB TOTAL | | | | | | | | | | 300 | | 4515 00 |

PO#550022079
P/N 16869875(GMT 191)
SHIPPED (300)                                                                                    00

SHIPPED 03/02/04

SALESPERSON - MORRIS ASSOCIATES

```
****    4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.                                               ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 300 |
|---|---|
| TOTAL PACKAGES | 10 |
| SHIPPING WEIGHT | 0 |
| B/L NO. | 378979 |

REMIT TO:    PLEASE SHOW NO. INVOICE NO. OR REMITTANCE

P. O. BOX 7247-8959

PHILADELPHIA PA 19170

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| 4515 00 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 | 534 | 63 | | | 99154 | 06 | 305 | 689880 | 000 | 05 | BRENDA HURT | 319 | 10 | 440610410 |

INV2 01/01/2002

R072018 CUSTOMER 05-44481-rdd    Doc 3602-1 Filed 08/09/08 Entered 08/09/08 15:53:34    Exhibit 2-C
                                            Pg 15 of 37

# INVOICE

**Milliken & Company**
1045 Sixth Avenue - New York, N.Y. 10018-0337
D-U-N-S 201-7440    TAX ID # 51-0105342

MILLIKEN

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | 534 | 969859 | 030304 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING
CUSTOMER TRUCK

DELIVERY POINT
WINFIELD            TN

FIBER CONTENT
100% NYLON

| | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| CUSTOMER CODING/P.O. | | | CUSTOMER DEPARTMENT | ZZCFS00 | 061603 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | GRDE | SEQ | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |
| 309000 | | 9000 | 010 | | 1 | 123666 | 062R1 07 | 305 | | 30 | 12300 | |
| | | | | | 2 | 203562 | 01 | | | 20 | 12300 | |
| | | | | | 3 | 269566 | 06 | | | 30 | 12300 | |
| | | | | | 4 | 302563 | 02 | | | 30 | 12300 | |
| | | | | | 5 | 402365 | 04 | | | 30 | 12300 | |
| | | | | | 6 | 696333 | 03 | | | 30 | 12300 | |
| | | | | | 7 | 698666 | 05 | | | 30 | 12300 | |
| | SUB TOTAL | | | | | | | | | 200 | | 246000 |

PO#550022079
P/N 16870417(GMT 295)
SHIPPED (200)

SHIPPED 03/02/04

SALESPERSON - MORRIS ASSOCIATES

**** 4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 200 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 246000 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 7 | P. O. BOX 7247-8959 | | | | | |
| SHIPPING WEIGHT | 0 | | | | | | |
| B/L NO. | 379815 | PHILADELPHIA PA 19170 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IF IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 534 | | 63 | 99154 | 06 | 305 | 689880 | 00000 | 05 | BRENDA HURT | 31910 | | 440610410 |

R072018 CUSTOM SERV

05-44481-rdd    Doc 8997-5    Filed 08/09/07    Entered 08/09/07 15:53:34    Exhibit 2-C
Pg 16 of 37

# Milliken & Company

# INVOICE

1045 Sixth Avenue - New York, N.Y.10018-4837

D-U-N-S 201-7440          TAX ID # 51-0105342

**MILLIKEN**

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 534 | 969975 | 03 03 04 | 1 |

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

SOLD TO THE ACCOUNT OF

DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING
CUSTOMER TRUCK

DELIVERY POINT
WINFIELD          TN

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCFS00 | 06 16 03 |

CUSTOMER CODING/P.O.                    CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | ADE | SEQ | NUMBER | PKG NO. | PLANT | | | EACH | PRICE | AMOUNT |
| 309000 | | 9000 | 010 | | 1 | 103269 | 062R1 03 | 305 | | | 30 | 12 300 | |
| | | | | | 2 | 105263 | 05 | | | | 30 | 12 300 | |
| | | | | | 3 | 106263 | 06 | | | | 30 | 12 300 | |
| | | | | | 4 | 107162 | 07 | | | | 30 | 12 300 | |
| | | | | | 5 | 108162 | 08 | | | | 30 | 12 300 | |
| | | | | | 6 | 109162 | 09 | | | | 30 | 12 300 | |
| | | | | | 7 | 110269 | 10 | | | | 30 | 12 300 | |
| | | | | | 8 | 111623 | 11 | | | | 30 | 12 300 | |
| | | | | | 9 | 112654 | 12 | | | | 30 | 12 300 | |
| | | | | | 10 | 113652 | 13 | | | | 30 | 12 300 | |
| | | | | | 11 | 114562 | 14 | | | | 30 | 12 300 | |
| | | | | | 12 | 115666 | 15 | | | | 30 | 12 300 | |
| | | | | | 13 | 201633 | 02 | | | | 30 | 12 300 | |
| | | | | | 14 | 401162 | 04 | | | | 30 | 12 300 | |
| | | | | | 15 | 417895 | 16 | | | | 30 | 12 300 | |
| | | | | | 16 | 648566 | 01 | | | | 30 | 12 300 | |
| SUB TOTAL | | | | | | | | | | | 480 | | 5904 00 |

PO#550022079
P/N 16870417 (GMT 295
SHIPPED (480)

SHIPPED 03/03/04

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 379943 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. 6 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 | 534 | | 63 | 99154 | 06 | 305 | 689880 | 000 | 05 | BRENDA HURT | 319 | 10 | 440610410 |

INV2 01/01/2002

05-44481-rdd    Doc 6997-3    Filed 08/09/07    Entered 08/09/07 15:53:34    Exhibit 2-C
Pg 18 of 37

# Milliken & Company

**MILLIKEN**

1045 Sixth Avenue - New York, N.Y. 10018-7899

D-U-N-S 201-7440    TAX ID # 51-0105342

# INVOICE

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 969975 | 030304 | 2 |

INVOICE TYPE

BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI S&I-VANDALIA PLANT | DELPHI RIMIR S.A. DE C.V. |
| | A/C DELPHI S&I-VANDALIA PLANT |
| DELPHI AUTOMOTIVE SYSTEMS | 1900BILLY MITCHELL BDG.B, DOCK 1&2 |
| 250 NORTHWOODS BLVD/BOX 5051/MC#146 | BROWNSVILLE TX 78520 |
| VANDALIA OH 45377-5051 | |

**ROUTING**
CUSTOMER TRUCK

**DELIVERY POINT**
WINFIELD          TN

**FIBER CONTENT**
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCFS00 | 061603 |

| CUSTOMER CODING/P.O. | | | | | | | CUSTOMER DEPARTMENT | | | | | | | | |

| STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PKG NO. | PACK PLANT | | | | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|-------|---------|---------------|--------------|---------|------------|--|--|--|------|-------|--------|

```
    ****    4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
    ****    5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
    ****  APPLICABLE LAW.                                                 ****
  FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
  STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
  FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
  FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
  FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
  MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
  REGULATIONS.
```

| TOTAL BILLED QTY. | 480 |
|---|---|
| TOTAL PACKAGES | 16 |
| SHIPPING WEIGHT | 0 |
| B/L NO. | 379943 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 5904 00 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 | 534 | | 63 | 99154 | 06 | 305 | 689880 | 000 | 05 BRENDA HURT | 319 | 10 | 440610410 |

INV2 01/01/2002

# Milliken & Company

## INVOICE

R072018 CUST   SERV
1045 Sixth Avenue • New York, N.Y. 10018-9998
D-U-N-S 201-7440
TAX. 9-13-0193342

MILLIKEN

| | NUMBER | |
|---|---|---|
| | 9 FX4R1 | 250504 | 1 |
| INVOICE TYPE | | |
| BILL AND SHIP | | |
| 01 | | |

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING
CUSTOMER TRUCK

DELIVERY POINT
WINFIELD          TN

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | | | | CUSTOMER DEPARTMENT | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ZZCFS00 | 061603 |

| STYLE | PAT | COLOR | FIN | GR PDB | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PRODUCT I.D. NO. | PACK PLANT | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 309000 | | 9000 | 010 | | 1 | 117162 | 062R1 | 17 | 305 | | | 38 | 12300 | |
| | | | | | 2 | 118162 | | 18 | | | | 38 | 12300 | |
| | SUB TOTAL | | | | | | | | 76 | | | | | 93480 |

PO#550022079
P/N 16870417(GMT 295)
SHIPPED (76)

SHIPPED 03/04/04

SALESPERSON - MORRIS ASSOCIATES

****    4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 76 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 93480 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 7247-8959 | | | | | |
| SHIPPING WEIGHT | 0 | | | | | | |
| B/L NO. | 381452 | PHILADELPHIA PA 19170 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | FC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3192009 | 0128534 | | 63 | | 99154 | 06 | 305 | 689880 | 000 | 05 | BRENDA HURT | 319 | 10 | 440610410 |

B072058   C585-95AH

# INVOICE

**AMERICAN BAG CORPORATION**
Hwy. 92, P.O. Box 309 • Stearns, Kentucky 42647
Phone: (606) 376-3656 • Fax: (606) 376-3890

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 970914 | 07 18 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI AUTOMOTIVE SYSTEMS

DELPHI I - VANDALIA PLANT
250 NORTHWOODS BLVD/PO BOX 5051
VANDALIA   OH  45377-5051

ROUTING
* * *       FEDERAL EXPRESS

SHIP TO CONSIGNED DESTINATION

DELPHI VANDALIA
A/C DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/DOCK 48WEST
VANDALIA, OHIO

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF487 00 | 07 18 05 |

CUSTOMER CODING/P.O.   5405806703009555

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | GR PDE | SEQ | NUMBER | PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT370 | 30 | 5 DELPHI | | | | | | CUST CODING | 16898248 | | | |
| 937874 | 461 | 7365 | 1010 | | 1 | 63543660260 | 00 | | 210 | | 20 | 25000 | |
| | | | | | 2 | 635437 | | | | | 20 | 25000 | |
| | | SUB TOTAL | | | | | | | | | 40 | | 1 00000 |

SAME DAY FOR BILLING ONLY                                           00
FEDEX TRACKING 8518 5516 4704
SHIPPED 7-16/FREIGHT PREPAID

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | | ORIGINAL | TOTAL | THIS | | |
| | | | | | BILLED | SHIPMENT | BALANCE | |
| 937874 | 461 | 7365 | 1010 | 80 | 40 | 40 | 40 | |

SALESPERSON - HOUSE SALES

****    6.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  7.8% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****  APPLICABLE LAW.  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 40 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 1 00000 |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 7247-8959 | | | |
| SHIPPING WEIGHT | 50 | PHILADELPHIA PA 19170 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 757156 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920008 | 0251 | 534 | 63 | | 09951 | 06 | 711 | 354711 | 000 | 05 | KAREN O. STURKIE | 322 | 10 | 361132610 |

INV7 03/01/2002

# Milliken & Company

# INVOICE

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 977155 | 080305 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
* * *

SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE

GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF52000 | 080205 |

CUSTOMER CODING/P.O.

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LCPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 41 | 1X41 | SILICONE | | | | | CUST CODING PR1018480100010 | | | | |
| 312313 | 640 | | 6507 | 1210 | 1 | 63719662000 | | 5830 | 5660 | 4830 | 273378 |
| | | | | | | | | | | | 00 |

SAME DAY TO SHIP 08/03/05
     ***  WAREHOUSE  ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS:  COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312313 | 640 | 6507 1010 | 566 | 566 | 566 | |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 7.8% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 566 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 1 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 273378 |
| SHIPPING WEIGHT | 522 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 769180 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | | BUS. | PC1 | C | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. B | XC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | WILLADEAN HARVEY | | 319 | | 21 | 440619719 |

INV2 04/05/2005

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5670   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 977156 | 08 03 05 | 1 |

Exhibit 2-C

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY
250 NORTHWOODS BLVD.
VANDALIA OH 45377

ROUTING
***

FEDERAL EXPRESS/NXT DAY

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | CF51900 | 08 02 05 |

CUSTOMER CODING/P.O.

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| DELPHI | KOREA | CM | | | | | | CUST CODING | PR1 | 017 2617000 | 10 | | |
| 937868 | 481 | 7384 | 10 10 | | 1 | 64008862520 | 00 | 210 | | | 25 | 169 20 | |
| | | | | | 2 | 640089 | | | | | 25 | 169 20 | |
| | | | | | 3 | 640090 | | | | | 30 | 169 20 | |
| | SUB TOTAL | | | | | | | | | | 80 | | 1353 60 |

SAME DAY TO SHIP 08/03/05                                                              00
SHIP FEDERAL EXPRESS ACCT. NO 160733276
PO 4501077648

                                                    FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL   TOTAL    THIS
                                     BILLED   SHIPMENT  BALANCE
937868 481      7384 10 10     300     80       80       220

           SALESPERSON - MORRIS ASSOCIATES

**** 6.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ***
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ***
**** 7.8% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ***
**** APPLICABLE LAW.                                               ***
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 80 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 1353 60 |
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 100 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 769181 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | LOC. | DEST. | UNIT | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0003 | 534 | | 63 | 99155 | 06 711 354711 | 00 05 | WILLADEAN HARVEY | 319 | 361132610 |

INV7 07/11/2005

# Milliken & Company

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 979507 | 080905 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY
48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO  TX  79906

ROUTING
YELLOW FRT

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   450114169 | CF49400 | 072205 |

| PRODUCT I.D. STYLE PAT COLOR FIN LC | GR CDE | PKG PACKGE SEQ NUMBER BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 630D 41X41 72" | | | CUST CODING PR10181943 | | | |
| 312275720 | 2058 010 | 1 641988 63220 | 1040 | 1040 | 3550 | |
| | | 2 641989 | 1040 | 1040 | 3550 | |
| SUB TOTAL | | | 2080 | 2080 | | 73840 |

SAME DAY TO SHIP 08/08/05                                                    00
CARRIER ***YELLOW***

FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL     TOTAL      THIS
                                    BILLED    SHIPMENT   BALANCE

312275720      2058   210       200      208        208

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

```
****  6.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  7.8% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
****  APPLICABLE LAW.                                             ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 208 | REMIT TO: PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 73840 |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 188 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 773486 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | LOC. | DEST. | UNIT | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530600 | 09 | 092 | | 15 | 0995106 | 711 | 696900 | 000 09 | WILLADEAN HARVEY | 322 | 11 441410980 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841  FAX: (706) 880-5115

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 988234 | 082905 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| STYLE | PATCOLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | | CUST CODING | 168 698 75 | | | |
| 302303274 | 7365 1010 | | 1 | 64907164150 00 | 210 | | 310 | 14600 | |
| | | | 2 | 649076 | | | 322 | 14600 | |
| SUB TOTAL | | | | | | | 632 | | 92272 0 |
| | | | | | | | | | 00 |

SAME DAY FOR BILLING
SHIPPED 8-27, MANUAL BL 61146
CARRIER - EXPRESSWAY/TRL 302

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302303274 | 7365 1010 | 93,279 | 48,824 | 632 | 44,455 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.           ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
**** APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 632 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 789 |
| B/L NO. | 789621 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 92272 0 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 PC2 | SALEMAN | TM | LOC | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 534 | 63 | 9915506 | 711 | 689897 | 000 | 05 | WILLADEAN HARVEY | 319 | | 440619719 |

INV7 07/11/2005

# Milliken & Company

Administrative Services Department, M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 988277 | 082905 | 1 |

MILLIKEN

INVOICE TYPE

BILL AND SHIP

Exhibit 2-C

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|--|--|--------------|------------|
| | | ZZCNZ00 | 082304 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| PRODUCT I.D. | | GR | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|--------------|--|-----|-----|--------|--|--------|--|-------|--|--|--|
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS.8 | PRICE | AMOUNT |
| 630D 39X39 MID | PERM | | | | | | CUST CODING M0101384 | | | | | |
| 312286720 | 2058 | 010 | | 1 | 642972 | 63110 | 10000 | 9890 | 3460 | | |
| | | | | 2 | 643546 | | 1420 | 1360 | 3460 | | |
| | | | | 3 | 644871 | | 2760 | 2640 | 3460 | | |
| SUB TOTAL | | | | | | | 14180 | 13890 | | 480594 |

SAME DAY TO SHIP 8-30
        ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL   TOTAL      THIS
                                   BILLED     SHIPMENT   BALANCE

312286720     2058 010   303,809   190,821   1,389   112,988

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.   1,389 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES          3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT   1,120 | DALLAS, TX 75284-3234 | | | 480594 |
| B/L NO.          789675 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.    05-44481-rdd    Doc 2333-2   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit 2-C
Pg 25 of 37

# INVOICE

**Milliken & Company**

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 988278 | 082905 | 1 |

**MILLIKEN**

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | | |
| CUSTOMER DEPARTMENT | BS032 | ZZCPB00 | 082304 |

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | 1 8 | 1 8 | | |
| 312308 640      6507 1010 | | | | CUST CODING M101285 | | | | |
| | | 1 | 645462 | 63780 | 8010 | 7890 | 3880 | |
| | | 2 | 645463 | | 8000 | 7820 | 3880 | |
| | | 3 | 645475 | | 8500 | 8340 | 3880 | |
| | | 4 | 645478 | | 7200 | 7080 | 3880 | |
| | | 5 | 645479 | | 6300 | 6180 | 3880 | |
| | | 6 | 645480 | | 6090 | 5910 | 3880 | |
| | | 7 | 645487 | | 7300 | 7180 | 3880 | |
| | | 8 | 645490 | | 6740 | 6580 | 3880 | |
| | | 9 | 645864 | | 6630 | 6460 | 3880 | |
| SUB TOTAL | | | | | 64770 | 63440 | | 2461472 |
| | | | | | | | | 00 |

SAME DAY TO SHIP 8-30 WAREHOUSE

\*\*\*          \*\*\*

FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640    6507 1010 | 1,836,074 | 1,296,918 | 6,344 | 539,156 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| | |
|---|---|
| TOTAL BILLED QTY. | |
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.          789676 | |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST-SERV   05-44481-rdd   Doc 2079-3   Filed 08/03/07   Entered 08/03/07 15:53:34   Exhibit 2-C
Pg 26 of 37

# INVOICE

**Milliken & Company**

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN®**

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------|------|------|
| 092 | 988278 | 082905 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ZZCPB00 | ORDER DATE | 082304 |
|---|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS | NET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINLCDE | GR DE | PKG SEQ | NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
****  APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| | | |
|---|---|---|
| TOTAL BILLED QTY. | 6,344 | REMIT TO:  PLEASE SHOW OUR INVOICE NO. ON REMITTANCE |
| TOTAL PACKAGES | 9 | P. O. BOX 843234 |
| SHIPPING WEIGHT | 4,347 | DALLAS, TX 75284-3234 |
| B/L NO. | 789676 | |

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 246172 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 988280 | | 08 29 05 | 1 |
| | INVOICE TYPE | | | |
| | BILL AND SHIP | | | |
| 01 | | | | |

B072058   CUST 05-44481-rdd   INVOICE 988280   Exhibit 2-C

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT   ABL60 | ZZCLP00 | 03 30 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | | | | | CUST CODING | 1689824 7 | | | |
| 302297 | 242 | | 7565 | 10 10 | 1 | 642713 | 630600 | 00 | 210 | 480 | 16 240 | |
| | | | | | 2 | 642714 | | | | 480 | 16 240 | |
| SUB TOTAL | | | | | | | | | | 960 | | 1559 040 |
| | | | | | | | | | | | | |
| GMT 360 LIFE CURTAIN | | | | | | | | CUST CODING | 1689824 7 | | | |
| 302302 | 242 | | 7565 | 10 10 | 3 | 642709 | 630700 | 00 | 210 | 498 | 16 240 | 808 752 |

SAME DAY TO SHIP 8-30                                                            00
    ***     WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302302 | 242        7565  10 10 | 135,387 | 77,885 | 1,458 | 57,502 |

SALESPERSON - MORRIS ASSOCIATES

****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY        ****
****  APPLICABLE LAW.                                                     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.   USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,458 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,549 |
| B/L NO. | 789679 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT |
|---|
| 2367 792 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. N | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 4 | 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

# AMERICAN BAG CORPORATION



## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

**NUMBER**    334 98890 7 083005    1

**INVOICE TYPE**
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS    TX    78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | ZZCLT00 | 040504 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | CUST CODING 16898248 | | | | |
| 302302 243    7565 1010 | | 3 | 642706 | 630800 | 210 | 265 | 16640 | 440960 |
| | 11 | 1 | 642704 | | | 504 | 16640 | |
| | | 2 | 642705 | | | 504 | 16640 | |
| SUB TOTAL | | | | | | 1008 | | 1677312 |

SAME DAY TO SHIP 08/30/05                                                                         00
    ***      WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                FREIGHT STATUS: COLLECT
    PRODUCT STATUS                ORIGINAL    TOTAL    THIS    BALANCE
302302243        7565 1010    54,986    BILLED    SHIPMENT    22,999
                                        31,987    1,273

            SALESPERSON - MORRIS ASSOCIATES

    ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
    ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
    ****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
    ****    APPLICABLE LAW.                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,273 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,534 | DALLAS, TX 75284-3234 | | 2118272 |
| B/L NO. | 790654 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARD ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 WILLADEAN HARVEY | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 988668 | 083005 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

ORDER NUMBER   ZZCJR00
ORDER DATE   020404

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|--------------|-----|------------|--|------|-------|--------|
| PRODUCT I.D. GMT191 OPW LIFE CURTAIN | | | | | | | CUST CODING | | 168 | 698 75 | | | |
| 302303 | 274 | | 7365 | 1010 | 2 | 62841860470 | 00 | 210 | | | 41 | 14600 | |
| | | | | | 3 | 628420 | | | | | 2 | 14600 | |
| | | | | | 4 | 64820163050 | | | | | 2 | 14600 | |
| | | | | | 5 | 648422 | | | | | 10 | 14600 | |
| | | | | | 1 | 64902955570 | | | | | 1 | 14600 | |
| | | | | | 6 | 64918964150 | | | | | 17 | 14600 | |
| | | | | | 7 | 649190 | | | | | 25 | 14600 | |
| | | | | | 8 | 649191 | | | | | 25 | 14600 | |
| | | | | | 9 | 649276 | | | | | 101 | 14600 | |
| | | | | | 10 | 649366 | | | | | 398 | 14600 | |
| | | | | | 11 | 649371 | | | | | 323 | 14600 | |
| | | | | | 12 | 649442 | | | | | 8 | 14600 | |
| | | | | | 13 | 649454 | | | | | 200 | 14600 | |
| | | | | | 14 | 649456 | | | | | 274 | 14600 | |
| | | | | | 15 | 649629 | | | | | 319 | 14600 | |
| | | | | | 16 | 649658 | | | | | 301 | 14600 | |
| | | | | | 17 | 649660 | | | | | 73 | 14600 | |
| | | | | | 18 | 649661 | | | | | 312 | 14600 | |
| SUB TOTAL | | | | | | | | | | | 2432 | | 3550720 |

SAME DAY TO SHIP 08/30/05                                                                 00
   ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS         ORIGINAL     TOTAL     THIS       BALANCE
                                   BILLED   SHIPMENT
302303 274      7365 1010  93,279  51,256   2,432     42,023

| TOTAL BILLED QTY. | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | DALLAS, TX 75284-3234 | | | | CONTINUED |
| B/L NO.   790655 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | WILLADEAN HARVEY | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

# INVOICE

B072058    CUSTOMER SERVICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 988668 | 083005 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PRODUCT I.D.

SALESPERSON -  MORRIS ASSOCIATES

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****    APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| | |
|---|---|
| TOTAL BILLED QTY. | 2,432 |
| TOTAL PACKAGES | 18 |
| SHIPPING WEIGHT | 3,048 |
| B/L NO. | 790655 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | 350720 |
|---|---|

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 00005 | WILLADEAN HARVEY | 319 | | 440619719 |

INV7 07/11/2005

# AMERICAN BAG CORPORATION

# INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INV DOC NUMBER | INVOICE TYPE |
|---|---|
| | BILL AND SHIP |
| 01 | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLP00 | 03 30 04 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT    ABL60

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | MER NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | | CUST CODING | 168 982 47 | | | |
| 302297 242    7565 10 10 | | 1 | 642713 | 63060 | 00 | 210 | 480 | 162 40 | |
| | | 2 | 642714 | | | | 480 | 162 40 | |
| SUB TOTAL | | | | | | | 960 | | 1559 040 |
| GMT 360 LIFE CURTAIN | | | | | CUST CODING | 168 982 47 | | | |
| 302302 242    7565 10 10 | | 3 | 642709 | 63070 | 00 | 210 | 498 | 162 40 | 808 752 |

SAME DAY TO SHIP 8-30
***    *** WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302302 242    7565 10 10 | | 135,387 | 77,885 | 1,458 | 57,502 |

SALESPERSON - MORRIS ASSOCIATES

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****    APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.    1,458 | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|
| TOTAL PACKAGES    3 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | |
| SHIPPING WEIGHT    2,549 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| B/L NO.    789679 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 23 677 92 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. 8 | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

R072018 CUST. SERV.

05-44481-rdd   Doc 8997-5   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit P-C
                Administrative Services Department M-105   Pg 32 of 37

# Milliken & Company

**INVOICE**

920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 989134 | 083105 | 1 |

| INVOICE TYPE |
|--------------|
| BILL AND SHIP |
| 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE               GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| ORDER NUMBER | ORDER DATE |
|--------------|-----------|
| ZZCPB00 | 082304 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS 1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LO | CDE | SEQ | NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |
| 420D 46 X46 SILICONE | | | | | | | | | | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | 1 | 644956 | 63660 | CUST CODING M101285 | | | | |
| | | | | | | 1 | 644956 | | 6950 | | 6860 | 3880 | |
| | | | | | | 2 | 644964 | | 6960 | | 6840 | 3880 | |
| | SUB TOTAL | | | | | | | | 13910 | | 13700 | | 531560 |
| | | | | | | 3 | 645482 | 63780 | 7620 | | 7480 | 3880 | |
| | | | | | | 4 | 645484 | | 8500 | | 8360 | 3880 | |
| | | | | | | 5 | 645485 | | 8500 | | 8440 | 3880 | |
| | | | | | | 6 | 645493 | | 7500 | | 7400 | 3880 | |
| | | | | | | 7 | 645907 | | 7150 | | 7000 | 3880 | |
| | | | | | | 8 | 645948 | | 6750 | | 6580 | 3880 | |
| | SUB TOTAL | | | | | | | | 46020 | | 45260 | | 1756088 |

SAME DAY TO SHIP 8-31
   ***     WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL | THIS | BALANCE |
|---|---|---|---|---|---|---|
| | | | | BILLED | SHIPMENT | |
| 312308 | 640 | 6507 10 10 | 1,848,418 | 1,302,814 | 5,896 | 545,604 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 791601 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# Milliken & Company

Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

R072018 CUST=544481   **INVOICE**

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 989134 | 083105 | 2 |

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE            GA

**FIBER CONTENT**
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 082304 |

**CUSTOMER CODING/P.O.** 0550063123

**CUSTOMER DEPARTMENT** BS032

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CODE | SEO | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |

```
****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****   APPLICABLE LAW.                                            ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY.    5,896 | **REMIT TO:**  PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | **TERMS:** NET 30 DAYS |
| TOTAL PACKAGES          8 | P. O. BOX 843234 | |
| SHIPPING WEIGHT     3,986 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS |
| B/L NO.           791601 | | FROM INVOICE DATE |

| TOTAL INVOICE AMOUNT |
|---|
| 2287648 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | TM | LOC | DEST | | UNIT | | | BUS B/ | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# Milliken & Company

**MILLIKEN**

Administrative Services Department 34105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 989135 | 083105 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCNY00 | 082004 |

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | |
|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN GR LC PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 420D MICROPERM II (TM) | | | | CUST CODING M101411 | | | |
| 312287 700   2132  010 | 1 | 635715 | 61470 | 10000 | 9880 | 4190 | |
| | 2 | 635716 | | 10000 | 9760 | 4190 | |
| | 3 | 635717 | | 10000 | 9810 | 4190 | |
| SUB TOTAL | | | | 30000 | 29450 | | 1233955 |

SAME DAY TO SHIP 8-31                                                      00
   ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL      TOTAL      THIS
                                        BILLED   SHIPMENT    BALANCE
312287 700      2132   010  265,301   201,947    2,945     63,354

   IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
   PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
   BUSINESS - 0920

****  6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,945 | | | |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | 2,305 | P. O. BOX 843234 DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT |
| B/L NO. | 791602 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 1233955 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 4 | 0006 | 092 | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# INVOICE

**Milliken & Company**
Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN®

| BUS. | INVOICE NUMBER | DATE | PAGE |
|------|------|------|------|
| 092 | 989495 | 090105 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT BS032 | ZZCPB00 082304 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR LO | PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS .8 | NET LYDS .8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X 46 SILICONE | | | | | CUST CODING M101285 | | | | |
| 312308 640 | 6507 | 1010 | 1 | 645972 | 63790 | 8500 | 8450 | 3880 | |
| | | | 2 | 645973 | | 8500 | 8340 | 3880 | |
| | | | 3 | 645975 | | 8000 | 7880 | 3880 | |
| | | | 4 | 645976 | | 7000 | 6870 | 3880 | |
| | | | 5 | 645977 | | 6770 | 6720 | 3880 | |
| | | | 6 | 645978 | | 7220 | 7090 | 3880 | |
| | | | 7 | 645981 | | 7100 | 6960 | 3880 | |
| | | | 8 | 645982 | | 7100 | 6930 | 3880 | |
| | | | 9 | 645983 | | 7110 | 6980 | 3880 | |
| | | | 10 | 645984 | | 6880 | 6790 | 3880 | |
| | | | 11 | 645985 | | 7740 | 7610 | 3880 | |
| | | | 12 | 645986 | | 7700 | 7560 | 3880 | |
| | | | 13 | 645987 | | 7750 | 7600 | 3880 | |
| | | | 14 | 645988 | | 6590 | 6490 | 3880 | |
| | | | 15 | 645989 | | 7500 | 7310 | 3880 | |
| | | | 16 | 645990 | | 7500 | 7390 | 3880 | |
| | | | 17 | 645991 | | 8500 | 8260 | 3880 | |
| | | | 18 | 645992 | | 3840 | 3800 | 3880 | |
| SUB TOTAL | | | | | | 131300 | 129030 | | 500636 4 |

SAME DAY TO SHIP 9-1
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312308 640 | 6507 | 1010 | 1,848,418 | 1,330,920 | 12,903 | 517,498 |

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 792017 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

05-44481-rdd    Doc 8547-4    Filed 08/03/07    Entered 08/03/07 15:53:34    Exhibit 2-C
Pg 36 of 37

R072018 CUST. SERV.

# INVOICE

**Milliken & Company**
Administrative Services Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

**MILLIKEN®**

| BUS | INVOICE | DATE | PAGE |
|-----|---------|------|------|
| 092 | 989495 | 090105 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCPB00 | 082304 |

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

| STYLE | PAT | COLOR | FINL | PRODUCT I.D. GR CPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|-------|-----|-------|------|------|---------|---------------|-------|-------------|-----|-----------|-----|-------|--------|

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY. 12,903 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS |
| TOTAL PACKAGES 18 | P. O. BOX 843234 | |
| SHIPPING WEIGHT 8,804 | DALLAS, TX 75284-3234 | |
| B/L NO. 792017 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT  500364

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. N | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

# INVOICE

## AMERICAN BAG CORPORATION

201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 334 989496 09 01 05 | | 1 |

INVOICE TYPE: BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O. 0550063123

CUSTOMER DEPARTMENT

ORDER NUMBER ZZCJR00    ORDER DATE 02 04 04

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | CUST CODING | 168 698 75 | | | | |
| 302303 274 7365 1010 | | 1 649639 6415000 | | 210 | | | 412 | 14 600 | 6015 20 |
| | | | | | | | | | 00 |

SAME DAY TO SHIP 9-1
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS        ORIGINAL    TOTAL
                                    BILLED
302303 274   7365 1010   93,911   51,668

THIS
SHIPMENT        BALANCE
412            42,243

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW. ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW. ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 412 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 515 |
| B/L NO. | 792018 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT 6015 20

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005