# Exhibit 3

| INVOICE NO. | B/L NO. | DATE | AMOUNT | INVOICE | PURCHASE ORDER | PROOF OF DELIVERY | |
|---|---|---|---|---|---|---|---|
| 896780 | 224744 | 7/16/2003 | 359.50 | | X | X | |
| 968427 | 376580 | 2/27/2004 | 1,505.00 | | X | X | |
| 969539 | 378979 | 3/2/2004 | 4,515.00 | | X | X | |
| 969975 | 379943 | 3/3/2004 | 5,904.00 | | X | X | |
| 969859 | 379815 | 3/3/2004 | 2,460.00 | | X | X | |
| 970491 | 381452 | 3/5/2004 | 934.80 | | X | X | |
| 876906 | 578190 | 11/24/2004 | 433.80 | | X | X | |
| 436138 | 662548 | 3/18/2005 | 803.44 | | X | X | |
| 309336 | 971579 | 4/21/2005 | 10,001.97 | | X | X | Invoices not included in Delphi's books and records. POD required to determine if invoice should be recognized as a pre-petition liability. |
| 315923 | 162707 | 5/2/2005 | 263.26 | | X | X | |
| 944076 | 705829 | 5/10/2005 | 800.00 | | X | X | |
| 040661 | | 5/18/2005 | 427.14 | | X | X | |
| 954505 | 725558 | 6/3/2005 | 500.00 | | X | X | |
| 954532 | 725617 | 6/3/2005 | 200.00 | | X | X | |
| 970914 | 757156 | 7/18/2005 | 1,000.00 | | X | X | |
| 977156 | 769181 | 8/3/2005 | 1,353.60 | | X | X | |
| 977155 | 769180 | 8/3/2005 | 2,733.78 | | X | X | |
| 979507 | 773486 | 8/9/2005 | 738.40 | | X | X | |
| 802588 | 797526 | 9/8/2005 | 3,705.48 | | X | X | |
| 802589 | 797527 | 9/8/2005 | 5,659.50 | | X | X | |
| 810605 | 812742 | 9/26/2005 | 17,766.56 | | X | X | |
| Total Proof-of-Delivery Req'd | | | 62,065.23 | | | | |
| 988277 | 789675 | 8/29/2005 | 4,805.94 | | X | | |
| 811061 | 813569 | 9/27/2005 | 5,041.22 | | X | | |
| 808863 | 809712 | 9/22/2005 | 5,507.84 | | X | | |
| 809776 | 811268 | 9/26/2005 | 6,878.48 | | X | | |
| 804918 | 802096 | 9/13/2005 | 7,554.56 | | X | | |
| 804491 | 801149 | 9/13/2005 | 7,791.92 | | X | | |
| 801640 | 796159 | 9/6/2005 | 8,258.49 | | X | | |
| 813126 | 817088 | 10/4/2005 | 8,331.68 | | X | | |
| 800119 | 793072 | 9/2/2005 | 8,413.52 | | X | | |
| 807009 | 805843 | 9/19/2005 | 8,788.40 | | X | | |
| 802585 | 797529 | 9/8/2005 | 8,816.08 | | X | | |
| 800121 | 793075 | 9/2/2005 | 8,821.75 | | X | | |
| 814137 | 819336 | 10/4/2005 | 9,321.24 | | X | | |
| 803712 | 799685 | 9/12/2005 | 9,328.16 | | X | | |
| 813800 | 818494 | 10/3/2005 | 9,684.48 | | X | | |
| 801933 | 796413 | 9/7/2005 | 9,727.76 | | X | | |
| 808327 | 808683 | 9/21/2005 | 10,117.52 | | X | | Invoices contain variances with quanity and/or unit costs. PO's required to determine appropriate unit cost. |
| 812972 | 816910 | 9/30/2005 | 10,213.92 | | X | | |
| 807734 | 807823 | 9/20/2005 | 10,251.98 | | X | | |
| 801638 | 796156 | 9/6/2005 | 10,296.96 | | X | | |
| 807813 | 807879 | 9/20/2005 | 10,965.76 | | X | | |
| 989135 | 791602 | 8/31/2005 | 12,339.55 | | X | | |
| 811500 | 814486 | 9/28/2005 | 12,396.80 | | X | | |
| 802587 | 797532 | 9/8/2005 | 13,170.64 | | X | | Variance between POC and Delphi books = $24,525.15. |
| 811079 | 813601 | 9/27/2005 | 13,445.12 | | X | | |
| 807781 | 807831 | 9/19/2005 | 14,776.32 | | X | | |
| 807735 | 807824 | 9/20/2005 | 15,671.60 | | X | | |
| 801639 | 796157 | 9/6/2005 | 17,417.32 | | X | | |
| 814140 | 819339 | 10/4/2005 | 18,594.80 | | X | | |
| 801932 | 796412 | 9/7/2005 | 19,112.88 | | X | | |
| 808864 | 809713 | 9/22/2005 | 19,146.96 | | X | | |
| 809290 | 810421 | 9/23/2005 | 19,390.56 | | X | | |
| 803153 | 798701 | 9/9/2005 | 20,543.60 | | X | | |
| 800122 | 793077 | 9/2/2005 | 20,998.32 | | X | | |
| 801641 | 796160 | 9/6/2005 | 21,014.56 | | X | | |
| 988667 | 790654 | 8/30/2005 | 21,182.72 | | X | | |
| 989134 | 791601 | 8/31/2005 | 22,876.48 | | X | | |
| 804493 | 801151 | 9/13/2005 | 22,833.44 | | X | | |
| 803716 | 799691 | 9/12/2005 | 23,466.80 | | X | | |
| 988280 | 789679 | 8/29/2005 | 23,677.92 | | X | | |
| 807010 | 805844 | 9/19/2005 | 24,278.80 | | X | | |
| 808600 | 809407 | 9/21/2005 | 24,294.40 | | X | | |
| 813113 | 817072 | 9/30/2005 | 24,327.68 | | X | | |
| 988278 | 789676 | 8/29/2005 | 24,614.72 | | X | | |
| 804507 | 801192 | 9/12/2005 | 24,660.48 | | X | | |
| 811078 | 813600 | 9/27/2005 | 31,749.20 | | X | | |
| 989495 | 792017 | 9/1/2005 | 50,063.64 | | X | | |
| 811501 | 814487 | 9/28/2005 | 56,255.36 | | X | | |
| 800120 | 793074 | 9/2/2005 | 58,987.64 | | X | | |
| 813635 | 818345 | 10/4/2005 | 59,633.28 | | X | | |