# Exhibit 5

## OVERALL PRICE DISCREPANCY CALCULATION (50 invoices)

| Inv. No. | Date | Item No. | Original Quantity | Shipped this Inv.▼ | Total Billed | Still Open | Inv.Price @ unit | Delphi PO unit price♦ | Inv. Price Discrepancy |
|---|---|---|---|---|---|---|---|---|---|
| 988277 | 08/29/05 | M0101384 | 303,809 | 1,389 | 190,821 | 112,988 | $ 3.46 | $ 3.36 | $ 138.90 |
| 988278 | 08/29/05 | M101285 | 1,836,074 | 6,344 | 1,296,918 | 539,156 | $ 3.88 | $ 3.76 | $ 761.28 |
| 988280 | 08/29/05 | 16898247 | 135,387 | 1,458 | 77,885 | 57,502 | $16.24 | $15.83 | $ 597.78 |
| 988667 | 08/30/05 | 16892848 | 54,986 | 1,273 | 31,987 | 22,999 | $16.64 | $16.22 | $ 534.66 |
| 989134 | 08/31/05 | M101285 | 1,848,418 | 5,896 | 1,302,814 | 545,604 | $ 3.88 | $ 3.76 | $ 707.52 |
| 989135 | 08/31/05 | M101411 | 265,301 | 2,945 | 201,947 | 63,354 | $ 4.19 | $ 4.06 | $ 382.85 |
| 989495 | 09/01/05 | M101285 | 1,848,418 | 12,903 | 1,330,920 | 517,498 | $ 3.88 | $ 3.76 | $1,548.36 |
| 800119 | 09/02/05 | M101411 | 265,301 | 2,008 | 203,955 | 61,346 | $ 4.19 | $ 4.06 | $ 261.04 |
| 800120 | 09/02/05 | M101285 | 1,848,418 | 15,203 | 1,318,017 | 530,401 | $ 3.88 | $ 3.76 | $1,824.36 |
| 800121 | 09/02/05 | M101281 | 306,596 | 2,485 | 258,874 | 47,722 | $ 3.55 | $ 3.49 | $ 149.10 |
| 800122* | 09/02/05 | 16898247 | 135,345 | 1,293 | 79,718 | 56,167 | $16.24 | $15.83 | $ 530.13 |
| 801368 | 09/06/05 | M0101384 | 300,698 | 2,976 | 193,797 | 106,901 | $ 3.46 | $ 3.36 | $ 297.60 |
| 801639 | 09/06/05 | M101285 | 1,876,420 | 4,489 | 1,335,409 | 541,011 | $ 3.88 | $ 3.76 | $ 538.68 |
| 801640 | 09/06/05 | M101411 | 241,254 | 1,971 | 205,926 | 35,328 | $ 4.19 | $ 4.06 | $ 256.23 |
| 801641* | 09/06/05 | 16898247 | 142,638 | 1,294 | 80,472 | 62,166 | $16.24 | $15.83 | $ 530.54 |
| 801932 | 09/07/05 | M101285 | 1,876,420 | 4,926 | 1,340,335 | 536,085 | $ 3.88 | $ 3.76 | $ 591.12 |
| 801933* | 09/07/05 | 16898247 | 142,638 | 599 | 81,071 | 61,567 | $16.24 | $15.83 | $ 245.59 |
| 802585 | 09/08/05 | M0101384 | 300,698 | 2,548 | 196,345 | 104,353 | $ 3.46 | $ 3.36 | $ 254.80 |
| 802587* | 09/08/05 | 16898247 | 142,638 | 811 | 81,882 | 60,756 | $16.24 | $15.83 | $ 332.51 |
| 803153* | 09/09/05 | 16898247 | 142,638 | 1,265 | 83,147 | 59,491 | $16.24 | $15.83 | $ 518.65 |
| 803712 | 09/12/05 | M0101384 | 300,698 | 2,696 | 9,041 | 101,657 | $ 3.46 | $ 3.36 | $ 269.60 |
| 803716* | 09/12/05 | 16898247 | 142,638 | 1,445 | 84,592 | 58,046 | $16.24 | $15.83 | $ 592.45 |
| 804507* | 09/12/05 | 16892848 | 56,259 | 1,482 | 33,469 | 22,790 | $16.64 | $16.22 | $ 622.44 |
| 804491 | 09/13/05 | M0101384 | 319,918 | 2,252 | 201,293 | 118,625 | $ 3.46 | $ 3.36 | $ 225.20 |
| 804493* | 09/13/05 | 16898247 | 149,607 | 1,406 | 85,998 | 63,609 | $16.24 | $15.83 | $ 576.46 |
| 804918* | 09/13/05 | 16892848 | 59,759 | 454 | 33,923 | 25,836 | $16.64 | $16.22 | $ 190.68 |
| 807009 | 09/19/05 | M0101384 | 319,918 | 2,540 | 203,833 | 116,085 | $ 3.46 | $ 3.36 | $ 254.00 |
| 807010* | 09/19/05 | 16898247 | 149,607 | 1,495 | 87,493 | 62,114 | $16.24 | $15.83 | $ 612.95 |
| 807781* | 09/19/05 | 16892848 | 57,623 | 888 | 34,811 | 22,812 | $16.64 | $16.22 | $ 372.96 |
| 807009 | 09/20/05 | M0101384 | 320,710 | 2,963 | 206,796 | 113,914 | $ 3.46 | $ 3.36 | $ 296.30 |
| 807010* | 09/20/05 | 16898247 | 152,508 | 965 | 88458 | 64,050 | $16.24 | $15.83 | $ 395.65 |
| 807813* | 09/20/05 | 16892848 | 57,623 | 659 | 35,470 | 22,153 | $16.64 | $16.22 | $ 276.78 |
| 808327* | 09/21/05 | 16898247 | 152,508 | 623 | 89,081 | 63,427 | $16.24 | $15.83 | $ 255.43 |
| 808600* | 09/21/05 | 16892848 | 57,623 | 1,460 | 36,930 | 20,693 | $16.64 | $16.22 | $ 613.20 |
| 808863* | 09/22/05 | 16892848 | 57,623 | 331 | 37,261 | 20,362 | $16.64 | $16.22 | $ 139.02 |
| 808864* | 09/22/05 | 16898247 | 152,508 | 1,179 | 90,260 | 62,248 | $16.24 | $15.83 | $ 483.39 |
| 809290* | 09/23/05 | 16898247 | 152,508 | 1,194 | 91,454 | 61,054 | $16.24 | $15.83 | $ 489.54 |
| 809776 | 09/26/05 | M0101384 | 320,710 | 1,988 | 208,784 | 111,926 | $ 3.46 | $ 3.36 | $ 198.80 |
| 811061 | 09/27/05 | M0101384 | 321,661 | 1,457 | 210,241 | 111,420 | $ 3.46 | $ 3.36 | $ 145.70 |
| 811078* | 09/27/05 | 16898247 | 151,469 | 1,955 | 93,409 | 58,060 | $16.24 | $15.83 | $ 801.55 |
| 811079* | 09/27/05 | 16892848 | 56,961 | 808 | 38,069 | 18,892 | $16.64 | $16.22 | $ 339.36 |
| 811500* | 09/28/05 | 16892848 | 56,961 | 745 | 38,814 | 18,147 | $16.64 | $16.22 | $ 312.90 |
| 811501* | 09/28/05 | 16898247 | 151,469 | 3,464 | 97,967 | 53,502 | $16.24 | $15.83 | $1,420.24 |
| 812972 | 09/30/05 | M0101384 | 321,661 | 2,952 | 213,193 | 108,468 | $ 3.46 | $ 3.36 | $ 295.20 |
| 813113* | 09/30/05 | 16892848 | 56,961 | 1,462 | 40,276 | 16,685 | $16.64 | $16.22 | $ 614.04 |
| 813800*° | 10/03/05 | 16892848 | 56,961 | 582 | 40,858 | 16,103 | $16.64 | $16.22 | $ 244.44 |
| 813126 | 10/04/05 | M0101384 | 336,521 | 2,408 | 215,601 | 120,920 | $ 3.46 | $ 3.36 | $ 240.80 |
| 813635* | 10/04/05 | 16898247 | 160,654 | 3,672 | 101,639 | 59,015 | $16.24 | $15.83 | $1,505.52 |
| 814137 | 10/04/05 | M0101384 | 336,521 | 2,694 | 218,295 | 118,226 | $ 3.46 | $ 3.36 | $ 269.40 |
| 814140* | 10/04/05 | 16898247 | 160,654 | 1,145 | 102,784 | 57,870 | $16.24 | $15.83 | $ 469.45 |

\* Invoiced under the name of American Bag Corporation   ° Invoice issued out-of-order

▼ All items shipped from LaGrange, GA   ♦ All invoices issued under Delphi P.O. # 0550063123 (dated 11/15/04)

**$24,525.15**

R072018 CUST. SERV.
05-44481-rdd    Doc 1685-5    Filed 09/09/05    Entered 08/09/07 15:53:34    Exhibit 5
9/9/05
Pg 3 of 29

# Milliken & Company

INVOICE

Administrative Service Department
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | | |
|---|---|---|---|
| 032 | 9582771 | 082905 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER ZZCNZ00 | ORDER DATE 08 23 04 |
|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | | GR | PKG PACKGE | | GROSS 1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LCDE | SEQNO NUMBER | BATCH | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |
| 630D | 39X39 | MID | PERM | | | | | | | | |
| 312286 | 720 | | 2058 | 010 | | | CUST CODING M0101384 | | | | |
| | | | | | 1 642972 | 63110 | 10000 | | 9890 | 3460 | |
| | | | | | 2 643546 | | 1420 | | 1360 | 3460 | |
| | | | | | 3 644871 | | 2760 | | 2640 | 3460 | |
| | SUB TOTAL | | | | | | 14180 | | 13890 | | 4805 94 |

SAME DAY TO SHIP 8-30
       ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
   PRODUCT STATUS        ORIGINAL    TOTAL    THIS
                                     BILLED   SHIPMENT   BALANCE
312286720      2058   010   303,809   190,821   1,389   112,988

      IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
      PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
      BUSINESS - 0920

   ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
   ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
   ****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
   ****    APPLICABLE LAW.                                                  ****
   FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
   STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
   FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
   FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
   FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
   MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
   REGULATIONS.

| TOTAL BILLED QTY. | 1,389 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 1,120 | DALLAS, TX 75284-3234 | | | | TOTAL INVOICE AMOUNT |
| B/L NO. | 789675 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | 4805 94 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
INVI 04/05/2005

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | UT | LOC. | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | |
| | | | | | | | | | | | | 440619719 | |

# Milliken & Company

920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
Account Department M-105

SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 988278 | 082905 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.      0550063123

| PRODUCT I.D. | | | | | PKG PACKGE | | | CUSTOMER DEPARTMENT  BS032 | | | | ORDER NUMBER ZZCPB00 | ORDER DATE 08 23 04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | GR CDE | SEQ | NUMBER | BATCH | GROSS LYDS. | | NET LYDS. | | PRICE | AMOUNT |
| 420D | 46 | X 46 | SILICONE | | | | | 1 8 | | 1 8 | | | |
| 312308 | 640 | 6507 | 10 10 | | | | | CUST CODING M10 1285 | | | | | |
| | | | | | 1 | 645462 | 63780 | 8010 | | 7890 | 3880 | | |
| | | | | | 2 | 645463 | | 8000 | | 7820 | 3880 | | |
| | | | | | 3 | 645475 | | 8500 | | 8340 | 3880 | | |
| | | | | | 4 | 645478 | | 7200 | | 7080 | 3880 | | |
| | | | | | 5 | 645479 | | 6300 | | 6180 | 3880 | | |
| | | | | | 6 | 645480 | | 6090 | | 5910 | 3880 | | |
| | | | | | 7 | 645487 | | 7300 | | 7180 | 3880 | | |
| | | | | | 8 | 645490 | | 6740 | | 6580 | 3880 | | |
| | | | | | 9 | 645864 | | 6630 | | 6460 | 3880 | | |
| | | SUB TOTAL | | | | | | 64770 | | 63440 | | | 24614 72 |

*** SAME DAY TO SHIP 8-30
***    WAREHOUSE
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS          ORIGINAL    TOTAL    FREIGHT STATUS: COLLECT
                                    BILLED   THIS
312308 640    6507 10 10  1,836,074  1,296,918  SHIPMENT   BALANCE
                                                6,344      539,156

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

TOTAL BILLED QTY.

TOTAL PACKAGES

SHIPPING WEIGHT

B/L NO.        789676

REMIT TO:    PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT

CONTINUED

IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 PC2 | SALESMAN | TM | LOC. | DEST. | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0525304 | 0006 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE |

04/05/2005

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

BOX. N    XC
319

440619719

# INVOICE

| | | | INVOICE TYPE |
|---|---|---|---|
| MILLIKEN | 022 | 988275 | 082905 | 2 |

**BILL AND SHIP**

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS   TX  78567 |

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCPB00 | 08 23 04 |

| STYLE | PAT | COLOR | FINL | PRODUCT I.D. GR LCPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS | 1 .8 | NET LYDS | 1 .8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

```
****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****     8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                  ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 6,344 | REMIT TO: PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 9 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT | 24614 72 |
| SHIPPING WEIGHT | 4,347 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS | | |
| B/L NO. | 789676 | | FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR, ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALES/ORD | TM | LOC. | DEST. | QNTY | | BOX # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

ENV2 04/05/2005

# AMERICAN BAG CORPORATION

## INVOICE

**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| M-821 | 988280 | 082905 | 1 |
| 534 | | | |

**INVOICE TYPE**
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | 0550063123 | | | | | | | CUSTOMER DEPARTMENT | ABL60 | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | ZZCLP00 | 033004 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | | | | | | | | | |
| 302297 | 242 | 7565 | 1010 | | 1 | 6427136306000 | CUST CODING | 168 | 98247 | 210 | | |
| | | | | | 2 | 642714 | | | | 480 | 16240 | |
| SUB TOTAL | | | | | | | | | | 480 | 16240 | |
| | | | | | | | | | | 960 | | 1559040 |
| GMT 360 LIFE CURTAIN | | | | | | | | | | | | |
| 302302 | 242 | 7565 | 1010 | | 3 | 6427096307000 | CUST CODING | 168 | 98247 | 210 | | |
| | | | | | | | | | | 498 | 16240 | 808752 |

SAME DAY TO SHIP 8-30
***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 302302 | 242 | 7565 | 1010 | 135,387 | 77,885 | 1,458 | 57,502 |

SALESPERSON - MORRIS ASSOCIATES

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.           ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
****   APPLICABLE LAW.                                                    ****

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,458 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 2,549 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT | 2367792 |
| B/L NO. | 789679 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | | BUS | PC1 | PC2 | EJ | SALES BAR | TM | LOC. | DEST. | UNIT | | BOX 2 | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

440619719

# INVOICE

## AMERICAN BAG CORPORATION
### M-821
### 201 LUKKEN INDUSTRIAL DRIVE
### LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | NUMBER | | | | PAGE |
|---|---|---|---|---|---|
| | 986667 | 083005 | 1 | | |

**INVOICE TYPE**

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

**ROUTING**
SEE BELOW

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

**CUSTOMER CODING/P.O.**   0550063123

**CUSTOMER DEPARTMENT**

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT00 | 04 05 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | ADE | SEQ | NUMBER | PKG | NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT 370 | LIFE CURTAIN | | | 1010 | | | CUST CODING | 168 | 98 24 8 | | | | |
| 302302 | 243 | | 7565 | 1010 | 3 | 642706 | 6308 | 00 | 210 | | 265 | 16640 | 440960 |
| | | | | 11 | 1 | 642704 | | | | | 504 | 16640 | |
| | | | | | 2 | 642705 | | | | | 504 | 16640 | |
| | | | | | | | | | | | 1008 | | 1677312 |
| SUB TOTAL | | | | | | | | | | | | | |

SAME DAY TO SHIP 08/30/05                                                         00
        ***       WAREHOUSE       ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

  PRODUCT STATUS                 ORIGINAL    TOTAL     FREIGHT STATUS: COLLECT
                                             BILLED    THIS
302302 243       7565 1010      54,986     31,987    SHIPMENT    BALANCE
                                                     1,273       22,999

             SALESPERSON -  MORRIS ASSOCIATES

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,273 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,534 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | 211827 2 |
| B/L NO. | 790654 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | | BUS. | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS. # | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | WILLADEAN HARVEY | | 319 | 440619719 |

DNVI 07/11/2005

# INVOICE

**Milliken & Company**
Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| | NUMBER | DATE | PAGE |
|---|---|---|---|
| 5032 | 989734 | 083105 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | | CUSTOMER DEPARTMENT | BS032 | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ZZCPB00 | 082304 |

| STYLE | PAT | COLOR | FIN | GR LC | PKG CDE | PACKGE SEQ | NUMBER | BATCH | GROSS1 LYDS.8 | | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D | 46 X | 46 SILICONE | | | | | | | | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | | | | CUST CODING M101285 | | | | |
| | | | | | | 1 | 644956 | 63660 | 6950 | | 6860 | 3880 | |
| | | | | | | 2 | 644964 | | 6960 | | 6840 | 3880 | |
| | | SUB TOTAL | | | | | | | 13910 | | 13700 | | 531560 |
| | | | | | | 3 | 645482 | 63780 | 7620 | | 7480 | 3880 | |
| | | | | | | 4 | 645484 | | 8500 | | 8360 | 3880 | |
| | | | | | | 5 | 645485 | | 8500 | | 8440 | 3880 | |
| | | | | | | 6 | 645493 | | 7500 | | 7400 | 3880 | |
| | | | | | | 7 | 645907 | | 7150 | | 7000 | 3880 | |
| | | | | | | 8 | 645948 | | 6750 | | 6580 | 3880 | |
| | | SUB TOTAL | | | | | | | 46020 | | 45260 | | 1756088 |
| | | | | | | | | | | | | | 00 |

SAME DAY TO SHIP 8-31
***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312308 640 | 6507 | 1010 | 1,848,418 | 1,302,814 | 5,896 | 545,604 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | CONTINUED |
| B/L NO. | 791601 | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC. | PCE | SALESMAN | TN | LOC. | DEST. | UNIT | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | BUS. # 319  XC |
| | | | | | | | | | | 440619719 |

# INVOICE

## Milliken & Company

Administrative Service Center 105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 989134 | 08 31 05 | 2 |

**INVOICE TYPE**

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE        GA

**FIBER CONTENT**
100% NYLON

**CUSTOMER CODING/P.O.**   0550063123

**CUSTOMER DEPARTMENT**   BS032

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 08 23 04 |

| PRODUCT I.D. STYLE | PAT | COLOR | FINL | GR LO CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS | 1 8 | NET LYDS | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.                    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF           ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY               ****
**** APPLICABLE LAW.                                                           ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY. 5,896 | REMIT TO: | |
| TOTAL PACKAGES 8 | P. O. BOX 843234 | TERMS: NET 30 DAYS |
| SHIPPING WEIGHT 3,986 | DALLAS, TX 75284-3234 | |
| B/L NO. 791601 | | |

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 22876 48 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| BUS. BY | XC | |
|---|---|---|
| 319 | | 440619719 |

INV1 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

## INVOICE

Administrative Service Center 07105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | DATE | PAGE |
|---|---|---|
| 0992 98913 51 | 08 31 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897.

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCNY00 | 08 20 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN LCPE | GR | PKG PACKGE SEO NUMBER BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 420D MICROPERM II (TM) | | | | | | |
| 312287700   2132   010 | | | CUST CODING M10 1411 | | | |
| | | 1 635715 61470 | 10000 | 9880 | 4 190 | |
| | | 2 635716 | 10000 | 9760 | 4 190 | |
| | | 3 635717 | 10000 | 9810 | 4 190 | |
| SUB TOTAL | | | 30000 | 2 9450 | | 12 339 55 |

SAME DAY TO SHIP 8-31
    ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                        FREIGHT STATUS: COLLECT
    PRODUCT STATUS          ORIGINAL   TOTAL      THIS
                                       BILLED     SHIPMENT    BALANCE
312287700      2132   010   265,301   201,947    2,945       63,354

    IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
    PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
    BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****   APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,945 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 2,305 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT | 12 339 55 |
| B/L NO. | 791602 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

SHOW ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. N | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 68989700009 | KAREN O. STURKIE | 319 | | 440619719 |

ENV2 04/05/2005

# INVOICE

Administrative Services Department M-105
PO Box 105
Spartanburg, SC 29304
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

| | NUMBER |
|---|---|
| INVOICE TYPE | |
| BILL AND SHIP | |
| 01 | |

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O. 0550063123 | ZZCPB00 | 08 23 04 |

**CUSTOMER DEPARTMENT** BS032

| PRODUCT I.D. | | | PKG SEQ | PACKAGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| STYLE PAT COLOR FIN LP CDE | | GR CDE | | | | | | | |
| 420D 46 X46 SILICONE | | | | | | CUST CODING M10 1285 | | | |
| 312308 640 | 6507 10 10 | | 1 | 645972 | 63790 | 8500 | 8450 | 3880 | |
| | | | 2 | 645973 | | 8500 | 8340 | 3880 | |
| | | | 3 | 645975 | | 8000 | 7880 | 3880 | |
| | | | 4 | 645976 | | 7000 | 6870 | 3880 | |
| | | | 5 | 645977 | | 6770 | 6720 | 3880 | |
| | | | 6 | 645978 | | 7220 | 7090 | 3880 | |
| | | | 7 | 645981 | | 7100 | 6960 | 3880 | |
| | | | 8 | 645982 | | 7100 | 6930 | 3880 | |
| | | | 9 | 645983 | | 7110 | 6980 | 3880 | |
| | | | 10 | 645984 | | 6880 | 6790 | 3880 | |
| | | | 11 | 645985 | | 7740 | 7610 | 3880 | |
| | | | 12 | 645986 | | 7700 | 7560 | 3880 | |
| | | | 13 | 645987 | | 7750 | 7600 | 3880 | |
| | | | 14 | 645988 | | 6590 | 6490 | 3880 | |
| | | | 15 | 645989 | | 7500 | 7310 | 3880 | |
| | | | 16 | 645990 | | 7500 | 7390 | 3880 | |
| | | | 17 | 645991 | | 8500 | 8260 | 3880 | |
| | | | 18 | 645992 | | 3840 | 3800 | 3880 | |
| SUB TOTAL | | | | | | 131300 | 129030 | | 50063 64 |

SAME DAY TO SHIP 9-1
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640     6507 10 10 | 1,848,418 | 1,330,920 | 12,903 | 517,498 |

| TOTAL BILLED QTY. | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OF REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |
| B/L NO.        792017 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 PC2 | SALESMAN | TM | LOC. | DEST. | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 092 | 27 | 99155 | 06 | 711 | 6898970000 09 | KAREN O. STURKIE | |

INV2 04/05/2005

319   XC   440619719

# Milliken & Company

**INVOICE**

Apparel & Tactive Services Department M-165
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 989495 | 090105 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 082304 |

| PRODUCT I.D. | | | GR | | PKG | PACKGE | | CUSTOMER | GROSS1 | | NET | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | |
|---|---|---|---|---|---|
| TOTAL BILLED QTY. | 12,903 | | | | |
| TOTAL PACKAGES | 18 | P. O. BOX 843234 | TERMS: NET 30 DAYS | | |
| SHIPPING WEIGHT | 8,804 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT | 500636 4 |
| B/L NO. | 792017 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | SGN. BY | XC |
| | | | | | | | | | | | | 319 | 440619719 |

ENVI 04/01/2005

# INVOICE

**Milliken & Company**

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | | | |
|---|---|---|---|---|
| 3-092 | 8006115 | 090205 | 1 |
| | | INVOICE TYPE | |

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT

| CUSTOMER CODING/P.O. 0550063123 | | | | | | | | | CUSTOMER DEPARTMENT | | ORDER NUMBER ZZCNY100 | ORDER DATE 082004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | GR | PKG | PACKGE | | | GROSS1 LYDS.8 | | NET 1 LYDS. 8 | | |
| STYLE | PAT | COLOR | FIN | LC | DE | SEQ | NUMBER | BATCH | | | PRICE | AMOUNT |
| 420D MICRO | PERM II | (TM) | | | | | | CUST CODING M10 | 1411 | | | |
| 312287 | 700 | 2132 | 010 | | | 1 | 635522 | 61470 | 7290 | | 7220 | 4190 | |
| | | | | | | 2 | 635523 | | 10000 | | 9870 | 4190 | |
| | | | | | | 3 | 635718 | | 3080 | | 2990 | 4190 | |
| SUB TOTAL | | | | | | | | 20370 | | 20080 | | 841352 |

SAME DAY TO SHIP 9-2
***  WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312287 | 700 | 2132 | 010 | 265,301 | 203,955 | 2,008 | 61,346 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.                                             ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 2,008 | REMIT TO: | PLEASE SHOW ON INVOICE NO. ON REMITTANCE | | |
|---|---|---|---|---|
| TOTAL PACKAGES 3 | P. O. BOX 843234 | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 841352 |
| SHIPPING WEIGHT 1,565 | DALLAS, TX 75284-3234 | | | |
| B/L NO. 793072 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E2 | SALESMAN | TM | LOC. | DEST. | UNIT | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99115 | 506 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | BOS. E XC 319 |
| INV2 04/05/2005 | | | | | | | | | | | | 440619719 |

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE              GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| 0550063123 | BS032 | ZZCPB00 | 08 23 04 |

| STYLE | PAT | COLOR | FIN | LOT | DE | GR | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 .8 | NET LYDS. | 1 .8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | | | | | | | | |
| 420D | 46 X46 | SILICONE | | | | | | | | CUST CODING | M10 1285 | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | | 1 | 645974 | 63790 | 5550 | | 5470 | | 3880 | |
| | | | | | | | 2 | 645979 | | 7220 | | 7140 | | 3880 | |
| | | | | | | | 3 | 645994 | | 7800 | | 7380 | | 3880 | |
| | | | | | | | 4 | 645995 | | 7700 | | 7560 | | 3880 | |
| | | | | | | | 5 | 645996 | | 6100 | | 6060 | | 3880 | |
| | | | | | | | 6 | 645997 | | 8500 | | 8320 | | 3880 | |
| | | | | | | | 7 | 645998 | | 8500 | | 8300 | | 3880 | |
| | | | | | | | 8 | 645999 | | 8500 | | 8260 | | 3880 | |
| | | | | | | | 9 | 647037 | | 7810 | | 7640 | | 3880 | |
| SUB TOTAL | | | | | | | | | | 67680 | | 66130 | | | 2565844 |
| | | | | | | | 10 | 648348 | 63920 | 8500 | | 8300 | | 3880 | |
| | | | | | | | 11 | 648349 | | 8500 | | 8270 | | 3880 | |
| | | | | | | | 12 | 648351 | | 2950 | | 2910 | | 3880 | |
| | | | | | | | 13 | 648355 | | 6500 | | 6450 | | 3880 | |
| | | | | | | | 14 | 648356 | | 6500 | | 6450 | | 3880 | |
| | | | | | | | 15 | 648358 | | 8200 | | 8080 | | 3880 | |
| | | | | | | | 16 | 648359 | | 8210 | | 8110 | | 3880 | |
| | | | | | | | 17 | 648360 | | 8200 | | 7930 | | 3880 | |
| | | | | | | | 18 | 648361 | | 8200 | | 8050 | | 3880 | |
| | | | | | | | 19 | 648362 | | 7820 | | 7640 | | 3880 | |
| | | | | | | | 20 | 648720 | | 8500 | | 8300 | | 3880 | |
| | | | | | | | 21 | 648749 | | 5450 | | 5410 | | 3880 | |
| SUB TOTAL | | | | | | | | | | 87530 | | 85900 | | | 3332920 |

| TOTAL BILLED QTY. | | | |
|---|---|---|---|
| TOTAL PACKAGES | | | |
| SHIPPING WEIGHT | | | |
| B/L NO.      793074 | | | |

**REMIT TO:**
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE GIVE OUR INVOICE NO.
ON REMITTANCE

**TERMS:** NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | CONTINUED |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | DVT | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE |

| BOX. N: | XC |
|---|---|
| 319 | |

440619719

INV2 04/05/2005

# Milliken & Company

**INVOICE**

Corporate Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 800120 | 09 02 05 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS    TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|
| | | | | | ZZCPB 00 | 08 23 04 |

| STYLE | PAT | COLOR | FIN | L | CPDE | GR | PKG SEQNO | PACKGE NUMBER | BATCH | GROSS LYDS 1.8 | NET LYDS 1.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAME DAY TO SHIP 9-2 | | | | | | | | | | | | | 00 |

*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS          ORIGINAL    TOTAL          FREIGHT STATUS: COLLECT
                                    BILLED        THIS
3 12308 640      6507 10 10  1,848,418 1,318,017  SHIPMENT   BALANCE
                                                   15,203    530,401

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.                    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF           ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY               ****
**** APPLICABLE LAW.                                                           ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 15,203 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 21 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | 10,396 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 793074 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | 5898764 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE |
| | | | | | | | | BOX NO. 319 | XC | 440619719 |

IV2 04/05/2005

# INVOICE

Administrative Services Department M-105
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| | INVOICE TYPE |
|---|---|
| NUMBER | BILL AND SHIP |
| | 01 |

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ZZCNR00 | 08 12 04 |

PRODUCT I.D.

| STYLE | PAT | COLOR | FIN | LC | GR DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 4 | 1X4 | 720 | 1 72" | | 010 | | | | | | | |
| 312275 | | | 2058 | | | | | | 8 | 1 8 | | |
| | | | | | | | | CUST CODING M10 128 1 | | | | |
| | | | | | 1 | 635505 | 61740 | 9510 | 9430 | 3550 | |
| | | | | | 2 | 635518 | | 10000 | 9950 | 3550 | |
| | | | | | 3 | 635519 | | 5510 | 5470 | 3550 | |
| SUB TOTAL | | | | | | | | 25020 | 24850 | | 8 821 75 |

SAME DAY TO SHIP 9-2
***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312275 720 | 2058   010 | 306,596 | 258,874 | 2,485 | 47,722 |

00

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****   6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****   8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****   APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,485 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,242 | DALLAS, TX 75284-3234 | | | 8 821 75 |
| B/L NO. | 793075 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX. BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O0525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 94/05/2005

# AMERICAN BAG CORPORATION

**INVOICE**

201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | NUMBER | | | DATE | PAGE |
|---|---|---|---|---|---|
| | 534 | 800122 | 090205 | | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

ORDER NUMBER   ZZCLP00

ORDER DATE   033004

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |
| GMT360 LIFE CURTAIN | | | | | | | CUST CODING | 16898247 | | | | |
| 302297 | 242 | | 7565 1010 | | 1 | 6427156 | 306000 | 210 | | 338 | 16240 | 548912 |
| GMT 360 LIFE CURTAIN | | | | | | | CUST CODING | 16898247 | | | | |
| 302302 | 242 | | 7565 1010 | | 2 | 6427086 | 307000 | 210 | | 503 | 16240 | |
| | | | | | 3 | 645656 | | | | 452 | 16240 | |
| SUB TOTAL | | | | | | | | | | 955 | | 1550920 |

SAME DAY TO SHIP 9-2
    ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

    PRODUCT STATUS          ORIGINAL      TOTAL      FREIGHT STATUS: COLLECT
                                          BILLED     THIS
302302  242      7565 1010  135,345      79,178     SHIPMENT      BALANCE
                                                    1,293         56,167

        SALESPERSON - MORRIS ASSOCIATES

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,293 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,285 |
| B/L NO. | 793077 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS

TERMS: NET 30 DAYS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   2099832

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX NO. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV# 07/11/2005

R072018 CUST. SERV.
05-44481-rdd   Doc 1518-5   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit 5   090605   1
Pg 18 of 29

# INVOICE

## Milliken & Company

Administrative Services Department 07105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | |
|---|---|
| 80105 | |
| INVOICE TYPE | |
| BILL AND SHIP | |
| 01 | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. 0550063123 | CUSTOMER DEPARTMENT BS032 | ORDER NUMBER ZZCNZ00 | ORDER DATE 08 23 04 |
|---|---|---|---|

| PRODUCT I.D. | | | | | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | GR CODE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS.8 | | PRICE | AMOUNT |
| 630D 39X39 MID PERM | | | 2058 | 010 | | | | CUST CODING M01 013 84 | | | | | |
| 312286 | 720 | | 2058 | 010 | 1 | 642958 | 63110 | 10000 | | 9940 | 3460 | | |
| | | | | | 2 | 642966 | | 10000 | | 9880 | 3460 | | |
| | | | | | 3 | 642967 | | 10000 | | 9940 | 3460 | | |
| SUB TOTAL | | | | | | | | 30000 | | 29760 | | | 1029696 |

SAME DAY TO SHIP 9-6
  ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                      FREIGHT STATUS: COLLECT
  PRODUCT STATUS              ORIGINAL    TOTAL    THIS
                                         BILLED   SHIPMENT
312286 720      2058  010    300,698   193,797   2,976    BALANCE   106,901

              IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
              PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
              BUSINESS - 0920

  ****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
  ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
  ****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****    APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 2,976 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OF REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT 2,540 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 1029696 |
| B/L NO. 796156 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TN | LOC. | DEST. | UNIT | | BOX. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | 440619719 |

LDV2 04/05/2005

# INVOICE

Administrative Services Department M-105
Spartanburg, SC 2930 P 1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

| | NUMBER | |
|---|---|---|
| | 0905 090605 | 1 |
| INVOICE TYPE | | |
| BILL AND SHIP | | |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER  ZZCPB00   ORDER DATE 08 23 04

| STYLE | PAT | COLOR | FIN | LO | CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | GR | | | | | | 1 8 | 1 8 | | |
| 420D 46 X46 SILICONE | | | | | | | | | | | | |
| 312308 640 | | | 6507 | 10 | 10 | | | CUST CODING M10 1285 | | | | |
| | | | | | | 1 | 649565 | 64550 | 8000 | 7790 | 3880 | |
| | | | | | | 2 | 649581 | | 6690 | 6520 | 3880 | |
| | | | | | | 3 | 649584 | | 8500 | 8400 | 3880 | |
| | | | | | | 4 | 650026 | | 6450 | 6380 | 3880 | |
| | | | | | | 5 | 650040 | | 8500 | 8370 | 3880 | |
| | | | | | | 6 | 650052 | | 7500 | 7430 | 3880 | |
| SUB TOTAL | | | | | | | | | 45640 | 44890 | | 1741732 |

SAME DAY TO SHIP 9-6
*** WAREHOUSE ***                                                                00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS            ORIGINAL    TOTAL      FREIGHT STATUS: COLLECT
                                       BILLED     THIS          BALANCE
312308 640       6507 10 10  1,876,420 1,335,409  SHIPMENT        541,011
                                                  4,489

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO.            796157 | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | |
|---|---|
| CONTINUED | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | SOS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | 440619719 |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

Doc 8093 Ptd/Ship 09/09/07   Entered 08/09/07 15:53:34   Exhibit 5

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE          GA

**FIBER CONTENT**
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB 00 | 08 23 04 |

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

| PRODUCT I.D. STYLE | PAT | COLOR | FINL | LC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

```
****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****     8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 4,489 |
|---|---|
| TOTAL PACKAGES | 6 |
| SHIPPING WEIGHT | 3,079 |
| B/L NO. | 796157 |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 174173 2 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX. ST | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | |

440619719

INV2 04/05/2005

R072018 CUST. SERV.
05-44481-rdd

# Milliken & Company

# INVOICE

Administrative Services Department / M-405
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

**MILLIKEN**

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 801640 | 09 06 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | CUSTOMER DEPARTMENT | ZZCNY00 | 08 20 04 |

| STYLE | PAT | COLOR | FIN | LOT | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | | | | | | |
| 420D MICROPERM II (TM) | | | | | | | | | | | | | |
| 312287 | 700 | | 2132 | 010 | | 1 | 643004 | 63170 | CUST CODING M10 | 1411 | 10000 | 9940 | 4190 | |
| | | | | | | 2 | 643005 | | | | 10000 | 9770 | 4190 | |
| SUB TOTAL | | | | | | | | | | 20000 | 19710 | | 8258 49 |

00

SAME DAY TO SHIP 9-6
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 312287 | 700 | 2132 | 010 | | 241,254 | 205,926 | 1,971 | 35,328 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF      ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
**** APPLICABLE LAW.      ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,971 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,549 |
| B/L NO. | 796159 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE

P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | 8258 49 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | QTY | | BOX BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

# AMERICAN BAG CORPORATION

## INVOICE

**M-621**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | NUMBER | | |
|---|---|---|---|
| | 8064459 | 0605 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER
CODING/P.O.        0550063123

CUSTOMER
DEPARTMENT        ABL60

ORDER NUMBER
ZZCLP00

ORDER DATE
03 30 04

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | EACH | | PRICE | AMOUNT |
| GMT360 LIFE CURTAIN | | | | | | | | CUST CODING | 168 982 47 | | | | |
| 302297 | 242 | 7565 | 10 | 10 | 1 | 642721 63060 | 00 | | 210 | 477 | 16240 | | |
| | | | | | 2 | 642722 | | | | 479 | 16240 | | |
| | | | | | 3 | 642723 | | | | 338 | 16240 | | |
| SUB TOTAL | | | | | | | | | | 1294 | | | 2101456 |

SAME DAY TO SHIP 9-6
*** WAREHOUSE ***                                                        00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS                              FREIGHT STATUS: COLLECT

| | | | | | ORIGINAL | TOTAL | THIS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BILLED | SHIPMENT | BALANCE |
| 302302 | 242 | 7565 | 10 | 10 | 142,638 | 80,472 | 1,294 | 62,166 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
**** APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,294 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,315 |
| B/L NO. | 796160 |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL
INVOICE
AMOUNT        2101456

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | | 319 | | 440619719 |

IMV7 07/11/2005

# INVOICE

**Milliken & Company**

Administrative Service Center
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|
| 092 | 801932 | 090705 | 1 |

**INVOICE TYPE**

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE            GA

**FIBER CONTENT**
100% NYLON

**CUSTOMER CODING/P.O.**  0550063123

**CUSTOMER DEPARTMENT**  BS032

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 082304 |

| STYLE | PAT | COLOR | FINL | CPE | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS 1 LYDS. 8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | | | | | | | | |
| 312308 | 640 | 6507 | 1010 | | | | | | | | | |
| | | | | | | 1 | 648368 | 63920 | 8500 | 8390 | 3880 | |
| | | | | | | 2 | 648369 | | 8500 | 8390 | 3880 | |
| | | | | | | 3 | 648370 | | 8500 | 8360 | 3880 | |
| | | | | | | 4 | 648371 | | 8500 | 8380 | 3880 | |
| | | | | | | 5 | 649427 | | 8500 | 8440 | 3880 | |
| | | | | | | 6 | 649516 | | 7450 | 7300 | 3880 | |

CUST CODING M10 1285

SUB TOTAL                49950         49260                      19112 88

SAME DAY TO SHIP 9-7
*** WAREHOUSE ***                                                          00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS              ORIGINAL     TOTAL     FREIGHT STATUS:  COLLECT
                                          BILLED    THIS
312308 640      6507 1010 1,876,420 1,340,335  SHIPMENT  BALANCE
                                                  4,926    536,085

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | |
|---|---|
| TOTAL PACKAGES | |
| SHIPPING WEIGHT | |
| B/L NO. | 796412 |

**REMIT TO:**
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

**TERMS:** NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

**TOTAL INVOICE AMOUNT**

CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | SOL. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

ENV1 04/05/2005

R072018 CUST. SERV.
05-44481-rdd   Doc 6032-3   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit 5   Pg 24 of 29

# INVOICE

**Milliken & Company**

Administrative Service Center
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

SEE REMIT TO ADDRESS BELOW

MILLIKEN

| NUMBER | | | |
|---|---|---|---|
| 5032 | 861952 | 090705 | 2 |

INVOICE TYPE

BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE                GA

**FIBER CONTENT**
100% NYLON

| CUSTOMER CODING/P.O. | | | | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | | | | ZZCPB00 | 08 23 04 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CODE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 4,926 |
|---|---|
| TOTAL PACKAGES | 6 |
| SHIPPING WEIGHT | 3,358 |
| B/L NO. | 796412 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO.
ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 19112 88 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN, IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | BOX. XC 319 |

440619719

INV2 04/05/2005

# INVOICE

**AMERICAN BAG CORPORATION**
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

04-04481-rdd    Doc 8997    M-821    Filed 08/09/07    Entered 08/09/07 15:53:34    Exhibit 534    801933 090705    1

| | INVOICE TYPE |
|---|---|
| | BILL AND SHIP |
| | 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LaGRANGE              GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 033004 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | CDE | | | | | | | | |
| GMT360 LIFE CURTAIN | | | | | | | | | | | | |
| 302297 | 242 | 7565 | 1010 | | 1 6427116306000 | CUST CODING | 210 | 16898247 | | 282 | 16240 | |
| | | | | | 2 642719 | | | | | 317 | 16240 | |
| | | | | | | | | | | 599 | | |
| SUB TOTAL | | | | | | | | | | | | 972776 |

SAME DAY TO SHIP 9-7
    ***    WAREHOUSE    ***                                                          00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS                                  FREIGHT STATUS: COLLECT
                          ORIGINAL      TOTAL      THIS
302302 242      7565 1010  142,638     BILLED   SHIPMENT   BALANCE
                                       81,071      599      61,567

SALESPERSON - MORRIS ASSOCIATES

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****  APPLICABLE LAW.                                                     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 599 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 1,099 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT | 972776 |
| B/L NO. | 796413 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | LOC. | DEST. | UNIT | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED | BOX. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

EFF'V 07/11/2005

# INVOICE

Milliken & Company

Administrative Services Department M-105
920 Milliken Road, Box 1926
Spartanburg, SC 29304
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

05-44481-rdd   Doc 936-1   Filed 06/09/07   Entered 06/09/07 15:53:34   Exhibit
Page 26 of 29

NUMBER  809595 090805 1
INVOICE TYPE  BILL AND SHIP  01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT  BS032
ORDER NUMBER ZZCNZ00  ORDER DATE 08/23/04

| STYLE | PAT | COLOR | FIN | LCDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 39X39 | MID | PERM | | 010 | | | | CUST CODING M01 01384 | | | |
| 312286720 | | 2058 | | | 1 | 642957 | 63110 | 10000 | 9850 | 3460 | |
| | | | | | 2 | 642970 | | 6000 | 5930 | 3460 | |
| | | | | | 3 | 642975 | | 9770 | 9700 | 3460 | |
| SUB TOTAL | | | | | | | | 25770 | 25480 | | 881608 |

SAME DAY TO SHIP 9-8
***      WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
PRODUCT STATUS         ORIGINAL   TOTAL    THIS
312286720   2058  010  300,698  196,345 SHIPMENT  BALANCE
                                    2,548    104,353

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****  6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****  APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

TOTAL BILLED QTY. 2,548
TOTAL PACKAGES 3
SHIPPING WEIGHT 2,183
B/L NO. 797529

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT 881608

CUSTOMER NO. 00525304 0006 092 15 99155 06 711 689897 000 09 KAREN O. STURKIE  319 XC  440619719

# INVOICE

## AMERICAN BAG CORPORATION
### 201 LUKKEN INDUSTRIAL DRIVE
### LaGRANGE, GA 30240
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| NUMBER | 090805 | 1 |
|---|---|---|
| INVOICE TYPE | | |

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 03 30 04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | GR | PKG | PACKGE | CUSTOMER | | PACK | | | | | | |
| STYLE | PAT COLOR FIN | PDE | SEQ | NUMBER | PKG NO. | | PLANT | | EACH | | PRICE | | AMOUNT |
| GMT360 LIFE CURTAIN | | | | | | CUST CODING | | | | | | | |
| 302297 242 | 7565 10 10 | | 1 | 6472216 | 407000 | | 210 | 168 982 47 | 470 | 16 240 | | | |
| | | | 2 | 647223 | | | | | 341 | 16 240 | | | |
| | | | | | | | | | 811 | | | 13170 64 |
| SUB TOTAL | | | | | | | | | | | | | |

SAME DAY TO SHIP 9-8
****     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

00

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 242        7565 10 10 | 142,638 | 81,882 | 811 | 60,756 |

SALESPERSON - MORRIS ASSOCIATES

****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****    APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 811 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 13170 64 |
| SHIPPING WEIGHT | 1,544 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 797532 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC2 | E | SALESMAN | TM | LOC. | DEST. | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006534 | 11 | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | BOX. S | XC |
| EPVT 07/11/2005 | | | | | | | | | 319 | 440619719 |

# INVOICE

## AMERICAN BAG CORPORATION
### 201 LUKKEN INDUSTRIAL DRIVE
### LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| | NUMBER |
|---|---|
| 05-44355 09 09 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  ABL60

ORDER NUMBER  ZZCLP00

ORDER DATE  03 30 04

| PRODUCT I.D. STYLE PAT COLOR FIN | GR CDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | CUST CODING 168 982 47 | | | | |
| 302297 242    7565 10 10 | | 1 | 6472226 | 4070 00 | 210 | 488 | 16240 | |
| | | 3 | 647229 | | | 324 | 16240 | |
| SUB TOTAL | | | | | | 812 | | 13 18688 |
| | 11 | | | | | | | |
| | | 2 | 647227 | | | 453 | 16240 | 7 35672 |

SAME DAY TO SHIP 9-9
      ***    WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS              ORIGINAL   TOTAL    FREIGHT STATUS: COLLECT
                                        BILLED    THIS
302302 242      7565 10 10   142,638   83,147   SHIPMENT    BALANCE
                                                  1,265      59,491

SALESPERSON - MORRIS ASSOCIATES

| | | |
|---|---|---|
| | | 00 |

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
**** APPLICABLE LAW.                                             ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 1,265 | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|
| TOTAL PACKAGES 3 | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | | |
| SHIPPING WEIGHT 2,428 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| B/L NO. 798701 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 20 543 60 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | | | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 0006534 | 11 | | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | SQ5. R XC 319 | 440619719 |

REV6 07/11/2003

# INVOICE

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200

Doc 01/04/81 ed 08/09/07 Entered 08/09/07 15:53.34 MILLIKEN 092 803712 091205 1
Page 29 of 29

SEE REMIT TO ADDRESS BELOW

**INVOICE TYPE** BILL AND SHIP  01

**SOLD TO THE ACCOUNT OF**
DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

**ROUTING**
SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE        GA

**FIBER CONTENT**
100% NYLON

CUSTOMER CODING/P.O.  0550063123
CUSTOMER DEPARTMENT  BS032
ORDER NUMBER ZZCNZ00   ORDER DATE 08 23 04

| PRODUCT I.D. | GR | PKG SEQ | PACKGE NUMBER | BATCH | | GROSS LYDS.8 | | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE 630D 39 | PAT 9X39 | COLOR MID | FIN PERM | LP DE | | | | | | |
| 312286 720 | | 2058 | 010 | | CUST CODING M01 013 84 | | | | | |
| | | | | 1 642968 63110 | 10000 | | 9910 | 3460 | |
| | | | | 2 642969 | 10000 | | 9940 | 3460 | |
| | | | | 3 643538 | 7140 | | 7110 | 3460 | |
| SUB TOTAL | | | | | 27140 | | 26960 | | 9328 16 |

SAME DAY TO SHIP 9-12
   ***    WAREHOUSE    ***                                        00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312286 720 | 2058 | 010 | 300,698 | 199,041 | 2,696 | 101,657 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,696 |
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,297 |
| B/L. NO. | 799685 |

**REMIT TO:**
PLEASE SHOW OUR INVOICE NO. ON EACH REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

**TERMS:** NET 30 DAYS

**TOTAL INVOICE AMOUNT** 9328 16

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | | BOX. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 092 | 15 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |