# Exhibit 6

# ITEMS FOR WHICH PROOF OF DELIVERY IS BEING PROVIDED (7 invoices)

| Inv. No. | Invoice Date | Order Date | Delphi Purchase Order No. | Shipped From | Product No. | Product Description | Quantity Shipped | Invoice Price @ unit | Invoice Price |
|---|---|---|---|---|---|---|---|---|---|
| 944076 | 05/10/05 | 05/05/05 | 4501022232 | LaGrange, GA | PRI0164391 | MT360 Delphi | 32♦ | $25.00 | $    800.00 |
| 977155 | 08/03/05 | 08/02/05 | ? | LaGrange, GA | PRI0172617 | 630d 41x41 Silicone | 566 | $ 4.83 | $ 2,733.78 |
| 977156 | 08/03/05 | 08/02/05 | ? | LaGrange, GA | PRI0184801 | Delphi Korea OM | 80 | $16.92 | $ 1,353.60 |
| 979507 | 08/09/05 | 07/22/05 | 450114169 | LaGrange, GA | PRI0181943 | 630d 41 x 41  72" | 208 | $ 3.55 | $    738.40 |
| 802588* | 08/09/05 | 08/04/05 | 450107648 | LaGrange, GA | PRI0172617 | OPW Life Curtain | 219 | $16.92 | $ 3,705.48 |
| 802589* | 09/08/05 | 08/04/05 | 450112714 | LaGrange, GA | PRI0179901 | OPW Life Curtain | 350 | $16.17 | $ 5,659.50 |
| 810605* | 09/26/05 | 03/30/04 | 0550063123 | LaGrange, GA | 16898247 | GMT360 Life Curtain | 1,094 | $16.24 | $17,766.56 |
| | | | | | | | | | $32,757.32 |

* Invoiced under the name of American Bag Corporation
♦ appears to be purchase of samples

05-44481-rdd   Doc 8997-9 · Filed 08/09/07   Entered 08/09/07

# Milliken & Company

1045 Sixth Avenue • New York, NY 10018-2298

D-U-N-S 201-7440     TAX ID # 51-0105342

MILLIKEN

| | BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| | | 134534076 | EK0005 | 1 |

# INVOICE

M&PS COPY

SEE REMIT TO ADDRESS BELOW

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

**D TO THE ACCOUNT OF**
DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

**SHIP TO CONSIGNED DESTINATION**
DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY
250 NORTHWOODS BLVD.
VANDALIA OH 45377

UTING***            FEDERAL EXPRESS

**DELIVERY POINT**
LAGRANGE                     GA

**ER CONTENT**
00% NYLON

| | | | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|
| | | | | CUSTOMER DEPARTMENT | | CF38900 | 050505 |

JSTOMER ODING/P.O.     450102232

| TYLE | PAT | COLOR | FIN | GR PDE | PKG SEG | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CUST CODING PR1010164391 | | | | | |
| MT360 DELPHI | | | | | | | | | | 12 | 25000 | |
| 37874440 | | 7384 | 1010 | | | 16192205814000 | 210 | | | 20 | 25000 | |
| | | | | | | 6619721 | | | | 32 | | 80000 |
| SUB-TOTAL | | | | | | | | | | | | |
| | | | | | | | | | | | | 00 |

IAME DAY TO SHIP #5-10

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 37874440 | 7384 1010 | 40 | 32 | 32 | 8 |

SALESPERSON - HOUSE SALES

```
****   6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   7.5% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT OR USE IN COMPOSITE STRUCTURES CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 32 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 80000 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 40 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 705829 | | | | | | |

| CUSTOMER NO. | BUS | PCT | PC2 | E | SALESMAN | TM | LOC. | DEPT. | UNIT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | KAREN O. STURKIE | 322 | | 361132610 |



BILL OF LADING FORM—Original-Net Negotiable.

PAGE 5 OF 22

Kax Bill of Lading 10A

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request:

The property described below, in apparent good order, except as noted (contents and condition of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the terms and conditions of the Uniform Domestic Straight Bill of Lading, which are hereby agreed to by the shipper and accepted for himself and his assigns.

FOR FREIGHT COLLECT SHIPMENTS:

If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

[Signature of Consignor]

| SHIPPER'S NUMBER | PAGE | Freight charges are PREPAID unless marked collect. | CARRIERS NO |
|---|---|---|---|
| 705829 | 1 | COLLECT | |

CAB OR VEHICLE INITIAL & NO.

| DATE |
|---|
| 05/10/05 |

# MILLIKEN & COMPANY

AMERICAN BAG CORP.

[signature]

FROM AMERICAN BAG CORP.

NAME OF CARRIER  **-*-**    FEDERAL EXPRESS

SOLD TO THE ACCOUNT OF:

DELPHI ELECTRONICS & SAFETY

PO BOX 9005
KOKOMO  IN  46904-9005        46904

MILLIKEN-VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE          GA 30241

SHIP TO CONSIGNED DESTINATION:

DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY

250 NORTHWOODS BLVD.
VANDALIA OH 45377         45377

SHIPPING CODE (CODED IN BODY OF DOCUMENT)

CODE 37 NMFC 49265 S9 CL70: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT WOVEN, DEN LBS PER CUBIC FOOT 15 BUT LESS THAN 22.5.
450102232

| PRODUCT I.D. TYLE PAT COLOR FIN | PACKGE PKG'D NUMBER | INVOICE NUMBER | PKG SEG | ORDER NUMBER | CUSTOMER PKG NBR | EACH | SHIP CLASS | SHIP WT. |
|---|---|---|---|---|---|---|---|---|
| MT360 DELPHI | | | | CUST CODING PR10164391 | | | | |
| 37874440    7384 | 010619220 619221 | 534944076 | 1 2 | CF38900 | 5814000 5814000 | 120 200 | 37 37 | 15 25 |
| | TOTAL QUAN-PKGS | | | | | 32 | 2 | |

SAME DAY TO SHIP 5-10

VALWAY
DATE   5-10-05
CARRIER
DRIVER  Fed Ex
TRL NO.

ANENT POST OFFICE ADDRESS OF SHIPPER
LA GRANGE GA 30240

SHIPPER, PER          AGENT, PER

| SHIPPING CODE | NO. OF PACKAGES | SHIPPING WT. (SUB. TO CORR.) KILOGRAMS | POUNDS |
|---|---|---|---|
| 37 | 2 | | 40 |

| LOC. | LAST PAGE, THIS B/L | NO. PAGES THIS LOC. | NO. B/LS THIS LOC. | TOTAL NO. PAGES |
|---|---|---|---|---|

1

# Milliken & Company

05-44481-rdd

00035-01-01

## INVOICE

M&PS COPY

1045 Sixth Avenue • New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID # 51-0105342

SEE REMIT TO ADDRESS BELOW

2860024  3 00-C  NO.978  P. 21

| BUS | PCE | | | PAGE |
|---|---|---|---|---|
| 092 | 977155 | 080305 | | 1 |

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

| D TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS  TX  78567 |

| JTING<br>*** | SEAHORSE TRANSPORTATION | DELIVERY POINT<br>LAGRANGE | GA |
|---|---|---|---|

ER CONTENT
0% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF52000 | 080205 |

STOMER
DING/P.O.

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | GR | PKGPACKGE | | GROSS | | NET  1 | | |
|---|---|---|---|---|---|---|---|---|---|
| YLE PATCOLOR FIN_CFDE | | | SEGNUMBERBATCH | | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |
| IOD 41X41 SILICONE | | | | CUST CODING PR1D184 | 301D00L0 | | | | |
| .2313640 | 6507 1210 | | 153719662000 | | 5830 | | 5660 | 4830 | 273378 |

ME DAY TO SHIP 08/03/05                                                    00
    ***    WAREHOUSE    ***
AX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

RITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS          ORIGINAL    TOTAL    FREIGHT STATUS:  COLLECT
                                    BILLED   THIS
                                             SHIPMENT   BALANCE
2313640     6507 1010      566       566       566

    IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0720

****    6. 3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****   7 8% PER ANNUM. SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.                                                  ****
ABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
TANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
LAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME  SUBSEQUENT
INISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
ABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
ILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
EGULATIONS.

| OTAL BILLED QTY. | 566 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|
| OTAL PACKAGES | 1 | P. O. BOX 843234 | | | |
| HIPPING WEIGHT | 522 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS<br>FROM INVOICE DATE | TOTAL INVOICE AMOUNT | 273378 |
| L.NO. | 769180 | | | | |

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | DRY | BOX BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0525304 | 0006092 | 27 | | 9915506 | 71 | 168989 | 700009 | WILLADEAN HARVEY | 319 | 21 | 440619719 |

I HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX. AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

**STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable.**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the terms and conditions of the Uniform Domestic Straight Bill of Lading, which are hereby agreed to by the shipper and accepted for himself and his assigns.

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
[Signature of Consignor]

| SHIPPERS NUMBER | PAGE | Freight charges are PREPAID unless marked collect. | CARRIERS NO |
|---|---|---|---|
| 769180 | 1 | COLLECT | CAR OR VEHICLE INITIAL & NO. |

DATE 08/03/05

# MILLIKEN & COMPANY

MILLIKEN & COMPANY

_Nelly Edwards_

FROM  MILLIKEN & COMPANY

NAME OF SHIPPER  ***

SOLD TO THE ACCOUNT OF:  SEAHORSE TRANSPORTATION

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897     78523

MILLIKEN-VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE          GA 30241

SHIP TO CONSIGNED DESTINATION:

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.

702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567       78567

SHIPPING CODE (CODED IN BODY OF DOCUMENT)

CODE 37 NMFC 49265 S9 CL70: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT WOVEN: DEN LBS PER CUBIC FOOT 15 BUT LESS THAN 22.5;

| STYLE | PAT | COLOR FIN | GR | PACKGE ORD | INVOICE NUMBER | PKG ORDER SEQ NUMBER | | BATCH | GRS 1 YDS S | NET 1 YARDS | SHIP GLASS | SHIP WT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 330D | 41X41 | SILICONE | | | | CUST CODING | PR1018480100010 | | | | | |
| 312313640 | | 6507 | 1210637196 | 92977155 | .1CF52000 | | | 62000 | 5830 | 5660 | 37 | 522 |

TOTAL QUAN-PKGS                                         5660        1

SAME DAY TO SHIP 08/03/05
***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

_Seahors_
_Flr 9296_
_TRK 53/06_

| | SHIPPING CODE | NO. OF PACKAGES | SHIPPING WT. ISUL TO COBRI KILOGRAMS | POUNDS |
|---|---|---|---|---|
| | 37 | 1 | | 522 |

SHIPPER PER _____          AGENT PER _____

PERMANENT POST OFFICE ADDRESS OF SHIPPER.  LA GRANGE GA 30240

| | LOC. | LAST PAGE, THIS B/L | NO. PAGES THIS LOC. | NO. B/LS THIS LOC. | TOTAL NO. PAGES |
|---|---|---|---|---|---|

UST. SERV.] JUL. 3. 2007 12:10PM    2860024  S  00  H NO. 978 — P. 18  TRUCK

# Milliken & Company

## INVOICE

1045 Sixth Avenue • New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID # 51-0105342

MILLIKEN

| CUST.SERV. | VOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 977156 | 080305 | 1 |

INVOICE TYPE
BILL AND SHIP
01

M&PS COPY

SEE REMIT TO ADDRESS BELOW

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI ELECTRONICS & SAFETY<br>PO BOX 9005<br>KOKOMO  IN  46904-9005 | DELPHI VANDALIA<br>A/C DELPHI ELECTRONICS & SAFETY<br>250 NORTHWOODS BLVD.<br>VANDALIA OH 45377 |

ROUTING
***            FEDERAL EXPRESS/NXT DAY

DELIVERY POINT
LAGRANGE                GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF51900 | 080205 |

| CUSTOMER CODING/P.O. | | | | | | CUSTOMER DEPARTMENT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEG | PACKAGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELPHI KOREA OM | | | | | | | CUST CODING PR101726170000 | | | | |
| 37868481 | | 7384 | 1010 | | 1 | 6400886252 | 000 | 210 | 25 | 16720 | |
| | | | | | 2 | 640087 | | | 25 | 16720 | |
| | | | | | 3 | 640090 | | | 30 | 16720 | |
| | SUB TOTAL | | | | | | | | 80 | | 133560 |

SAME DAY TO SHIP 08/03/05                                                    00
SHIP FEDERAL EXPRESS ACCT. NO 160733276
TO 450107648

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 37868481 | | 7384 | 1010 | 300 | 80 | 80 | 220 |

SALESPERSON - MORRIS ASSOCIATES

**** 5.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.                    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF           ****
**** 7.8% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY               ****
**** APPLICABLE LAW.                                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302. FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS

| TOTAL BILLED QTY. | 80 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | | | 133560 |
| SHIPPING WEIGHT | 100 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | | |
| AL NO. | 769181 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCT | PCE | SALES WGT | TM | LOC. | DEST. | UNT | | SIZ BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105253040003534 | 63 | 99155047 | 11354711 | 0000S | | | WILLADEAN HARVEY | | | 319 | | 361132610 |

JUL. 3. 2007 12:10PM                                         NO. 978    P. 19 - 1
STRAIGHT Bill OF LADING-SHORT FORM-Original-Not Negotiable.
Case 1:05-cv-00879-SLR   Document 98-09/09/07   Filed 09/09/07   Entered 09/09/07 15:53:34   Exhibit 6
Page 9 of 22                               Not Bill of Lading 10.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request;

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the terms and conditions of the Uniform Domestic Straight Bill of Lading, which are hereby agreed to by the shipper and accepted for himself and his assigns.

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
[Signature of Consignor]

| SHIPPER'S NUMBER | PAGE | Freight charges are PREPAID unless marked collect. | | CARRIER'S NO. | CAR OR VEHICLE INITIAL & NO. |
|---|---|---|---|---|---|
| 769181 | 1 | COLLECT | | | |

DATE: 08/03/05

# MILLIKEN & COMPANY

AMERICAN BAG CORP.

FROM AMERICAN BAG CORP.

MILLIKEN-VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE         GA 30241

NAME OF CARRIER   ***          FEDERAL EXPRESS/NXT DAY

SHIP TO CONSIGNED DESTINATION:

SOLD TO THE ACCOUNT OF:
DELPHI ELECTRONICS & SAFETY

PO BOX 9005
KOKOMO    IN   46904-9005       46904

SHIP TO CONSIGNED DESTINATION:
DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY

250 NORTHWOODS BLVD.
VANDALIA OH 45377        45377

SHIPPING CODE (CODED IN BODY OF DOCUMENT)

CODE 37 NMFC 49265 S9 CL70: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT WOVEN, DEN LBS PER CUBIC FOOT 15 BUT LESS THAN 22.5.

| PRODUCT I.D. STYLE PATCOLOR FIN | LEGD | PACKAGE GD NUMBER | INVOICE NUMBER | PKG SEQ | ORDER NUMBER | CUSTOMER PKG NBR | EACH | SHIP CLASS | SHIP WT. |
|---|---|---|---|---|---|---|---|---|---|
| DELPHI KOREA CM | | | | | CUST CODING PR1017261700010 | | | | |
| 937868481 | 7384 | 010640088 | 534977156 | 1 | CF51900 | 6252000 | 250 | 37 | 31 |
| | | 640089 | | 2 | | 6252000 | 250 | 37 | 31 |
| | | 640090 | | 3 | | 6252000 | 300 | 37 | 38 |
| | | TOTAL QUAN-PKGS | | | | | 80 | | 3 |

SAME DAY TO SHIP 08/03/05
SHIP FEDERAL EXPRESS ACCT. NO 160733276
PO 450107648

VALWAY
DATE
CARRIER
DRIVER
TRL NO.

| | | SHIPPING CODE | NO. OF PACKAGES | SHIPPING WT. (SUB. TO CORE) KILOGRAMS | POUNDS |
|---|---|---|---|---|---|
| | | 37 | 3 | | 100 |

SHIPPER, PER         LA GRANGE GA 30240      AGENT, PER

PERMANENT POST OFFICE ADDRESS OF SHIPPER

| LOC. | LAST PAGE, THIS B/L | NO. PAGES THIS LOC. | NO. B/LS THIS LOC. | TOTAL NO. PAGES |
|---|---|---|---|---|
| | | | | |

**FedEx Express**  US Airbill    FedEx Tracking Number  8532 3879 4340

Sender's Copy

**8-3-05**

Sender's FedEx Account Number

Rosemary Bolton    Phone (706) 880 3213

Milliken Valuway flat

1300 4th Ave

Lagrange    State Ga    ZIP 30241

Internal Billing Reference    OPTIONAL

Delphi Vandalia    Phone ( )

250 Northwoods Blvd

Vandalia    State Oh    ZIP 45377

### 4a  Express Package Service    Packages up to 150 lbs.
[X] FedEx Priority Overnight    [ ] FedEx Standard Overnight    [ ] FedEx First Overnight

[ ] FedEx 2Day    [ ] FedEx Express Saver

### 4b  Express Freight Service    Packages over 150 lbs.
[ ] FedEx 1Day Freight    [ ] FedEx 2Day Freight    [ ] FedEx 3Day Freight

### 5  Packaging
[ ] FedEx Envelope    [ ] FedEx Pak    [ ] FedEx Box    [ ] FedEx Tube    [ ] Other

### 6  Special Handling
[ ] HOLD Weekday at FedEx Location    [ ] HOLD Saturday at FedEx Location

[X] No    [ ] Yes    [ ] Yes    [ ] Dry Ice    [ ] Cargo Aircraft Only

### 7  Payment  Bill to:
[ ] Sender    [X] Recipient    [ ] Third Party    [ ] Credit Card    [ ] Cash/Check

160733216

Total Packages  3    Total Weight  100    Total Declared Value  $ .00

### 8  Sign to Authorize Delivery Without a Signature

467

Try online shipping at fedex.com.

Questions? Visit our Web site at fedex.com
or call 1.800.GoFedEx 1.800.463.3339.

RETAIN THIS COPY FOR YOUR RECORDS.

# INVOICE

**Milliken & Company**
1045 Sixth Avenue • New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID # 51-0105342

M&PS COPY

SEE REMIT TO ADDRESS BELOW

A2018L21
ST. SERV.
OC041-01-01

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 979507 | 080705 | 1 |

INVOICE TYPE
BILL AND SHIP
01

**.D TO THE ACCOUNT OF**
DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO IN 46904-9005

**SHIP TO CONSIGNED DESTINATION**
DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY
48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO TX 79906

UTING
YELLOW FRT

DELIVERY POINT
LAGRANGE     GA

ER CONTENT
00% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF49400 | 072205 |

STOMER
DING/P.O.    450114169

CUSTOMER DEPARTMENT

| TYLE PAT | COLOR | FINL CPDE | GR SEG | PKG NUMBER | PACKAGE BATCH | GROSS LYDS. 8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30D 41X41 72" | | | | | CUST CODING PR1018 | 1743 | | | |
| 12275720 | 2058 | 010 | | 164198 263220 | | 1040 | 1040 | 3550 | |
| | | | | 2641989 | | 1040 | 1040 | 3550 | |
| SUB TOTAL | | | | | | 2080 | 2080 | | 73840 |

AME DAY TO SHIP 08/08/05
ARRIER ***YELLOW***

00

PRODUCT STATUS        ORIGINAL    TOTAL BILLED

FREIGHT STATUS: COLLECT
THIS SHIPMENT    BALANCE

12275720     2058    210      200     208     208

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****    6.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****    7.8% PER ANNUM. SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****   APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
TANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
LAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
INISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
IILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
EGULATIONS.

| | | |
|---|---|---|
| OTAL BILLED QTY.   208 | | |
| OTAL PACKAGES   2 | | |
| HIPPING WEIGHT   188 | | |
| /L NO.   773484 | | |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   73840

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS CHECKED

| CUSTOMER NO. | BUS. | PC | PGTE | SALESMAN | TM | LOC. | DEST. | UNT | SUB BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10525304000025 | 15 | 0995 | 10471 | 169690 | 00 | 009 | WILLADEAN HARVEY | | 322 | 11 | 441410980 |

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable.   Filed 08/09/07   Entered 08/09/07 15:53:34   Exhibit 6   Rec Bill of Lading 10/C

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request:

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the terms and conditions of the Uniform Domestic Straight Bill of Lading, which are hereby agreed to by the shipper and accepted for himself and his assigns.

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

[Signature of Consignor]

| SHIPPERS NUMBER | PAGE | Freight charges are PREPAID unless marked collect. | CARRIER'S NO. |
|---|---|---|---|
| 773486 | 1 | COLLECT | |

| DATE | | CAR OR VEHICLE INITIAL & NO. |
|---|---|---|
| 08/09/05 | **MILLIKEN & COMPANY** | |

MILLIKEN & COMPANY

FROM MILLIKEN & COMPANY

MILLIKEN-VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE                    GA 30241

NAME OF CARRIER   YELLOW FRT

SOLD TO THE ACCOUNT OF:
DELPHI ELECTRONICS & SAFETY

PO BOX 9005
KOKOMO    IN   46904-9005          46904

SHIP TO CONSIGNED DESTINATION:
DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY

48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO   TX  79906                   79906

SHIPPING CODE (CODED IN BODY OF DOCUMENT)
CODE 39 NMFC 49265 S11 CL60: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT OR
WOVEN, DEN LBS PER CUBIC FOOT 30 OR GREATER.
450114169

| PRODUCT I.D. | | | | GR | PACKAGE | INVOICE | PKG | ORDER | | GRS 1 | NET 1 | SHIP | SHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | OF | DE | NUMBER | NUMBER | SEG | NUMBER | BATCH | YDS 8 | YARDS 8 | CLASS | WT. |
| 630D | 41X41 | 72" | | | | | | | CUST CODING PR10181943 | | | | | |
| 312275720 | | | 2058 | | C106 | 419BE | 92979507 | 1 | CF49400 | 63220 | 1040 | 1040 | 39 | 99 |
| | | | | | 641989 | | | 2 | | | 1040 | 1040 | 39 | 89 |
| | | | | | | TOTAL QUAN-PKGS | | | | | | 2080 | 2 | |

SAME DAY TO SHIP 08/09/05
CARRIER ***YELLOW***

YELLOW    411   SHIPPER'S COPY
NAN 413  480633 1

1-800-610-6500
www.myyellow.com
This shipment is bound by the terms and conditions of the Uniform Straight Bill
of Lading indicated to the NMFC 100 series.

SHIPPER, PER   LA GRANGE GA 30240      AGENT, PER
PERMANENT POST OFFICE ADDRESS OF SHIPPER.

| | LOC. | LAST PAGE THIS B/L | NO. PAGES THIS LOC. | NO. B/L'S THIS LOC. | TOTAL NO. PAGES |
|---|---|---|---|---|---|

| SHIPPING CODE | NO. OF PACKAGES | SHIPPING WT. (SUB. TO COBB.) KILOGRAMS | POUNDS |
|---|---|---|---|
| 39 | 2 | | 188 |

# AMERICAN BAG CORPORATION

B072058   CUST. SERV.

## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5041   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 802588 | 090805 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO IN 46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE       GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | CF51900 | 080205 |

CUSTOMER CODING/P.O.   450107648

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | DE | SEQ | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |

| STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | PR | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPW LIFE CURTAIN | | | | | | | CUST CODING | | PR | 10172617000010 | | |
| 302303 | 481 | | 7384 | 1010 | | 6521476434 | 00 | 210 | | | | |
| | | | | | 1 | 6521476434 | 00 | | | 25 | 16920 | |
| | | | | | 2 | 652148 | | | | 25 | 16920 | |
| | | | | | 3 | 652149 | | | | 25 | 16920 | |
| | | | | | 4 | 652150 | | | | 25 | 16920 | |
| | | | | | 5 | 652151 | | | | 25 | 16920 | |
| | | | | | 6 | 652152 | | | | 25 | 16920 | |
| | | | | | 7 | 652153 | | | | 25 | 16920 | |
| | | | | | 8 | 652154 | | | | 25 | 16920 | |
| | | | | | 9 | 652226 | | | | 19 | 16920 | |
| SUB TOTAL | | | | | | | | | | 219 | | 370548 |

SAME DAY TO SHIP 9-8
***      WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

PRODUCT STATUS       ORIGINAL    TOTAL    THIS
                        BILLED    SHIPMENT   BALANCE

| | | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 302303 | 481 | | 7384 | 1010 | 220 | 219 | 219 | 1 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | CONTINUED |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 797526 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.    REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE UNLESS TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | TELEPHONE | TN | LOC. | DIST. | UNIT | | BOX | JC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0006 | 534 | 13 | 9915506711 | 68989700005 | | | KAREN O. STURKIE | | 319 | | 440619719 |

INV 07/11/2003

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

B072058   CUST. SERV.

| INVOICE NUMBER | | | PAGE |
|---|---|---|---|
| 534 | 802588 | 0908 05 | 2 |
| INVOICE TYPE | | | |
| | BILL AND SHIP | | |
| 01 | | | |

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO   IN   46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   450107648

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF519 00 | 08 02 05 |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEO | NUMBER | PKG NO. | PLANT | | EACH | PRICE | AMOUNT |

****     6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****     BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****     8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****     APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.   THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.   USE CAUTION NEAR SOURCES OF HEAT OR FLAME.   SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.   THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 219 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 3705 48 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 9 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 272 | DALLAS, TX 75284-3234 | | | | | |
| B/L NO. | 797526 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | | BUS | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | | ORG. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0006 | 534 | | 13 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

EPPY 07/11/2002

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to its destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading. the property described below, in apparent good order...

Freight charges are PREPAID unless marked collect.

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
(Signature of Consignor) –

| SHIPPER'S NUMBER | PAGE |
|---|---|
| 797526 | 1 |
| DATE 09/08/05 | COLLECT |

CARRIER'S NO
CAR OR VEHICLE INITIAL & NO.

## MILLIKEN & COMPANY

AMERICAN BAG CORP.

FROM AMERICAN BAG CORP.

NAME OF CARRIER SEAHORSE TRANSPORTATION

SOLD TO THE ACCOUNT OF:
DELPHI ELECTRONICS & SAFETY

PO BOX 9005
KOKOMO IN 46904-9005    46904

MILLIKEN–VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE        GA 30241

SHIP TO CONSIGNED DESTINATION:
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY

702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX 78567        78567

SHIPPING CODE (CODED IN BODY OF DOCUMENT)
CODE 37 NMFC 49265 S9 CL70: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT
WOVEN; DEN LBS PER CUBIC FOOT 15 BUT LESS THAN 22.5.
450107648

| STYLE | PAT | COLOR | FIN | PKG ID NUMBER | INVOICE NUMBER | PKG SEQ | ORDER NUMBER | CUSTOMER PKG NBR | EACH | SHIP CLASS | SHIP WT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JPW LIFE CURTAIN | | | | | | | CUST CODING PR101726170001O | | | | |
| 302303481 | | 7384 | 0 | 106652147 | 534802588 | 1 | CF51900 | 6434000 | 250 | 37 | 31 |
| | | | | 652148 | | 2 | | 6434000 | 250 | 37 | 31 |
| | | | | 652149 | | 3 | | 6434000 | 250 | 37 | 31 |
| | | | | 652150 | | 4 | | 6434000 | 250 | 37 | 31 |
| | | | | 652151 | | 5 | | 6434000 | 250 | 37 | 31 |
| | | | | 652152 | | 6 | | 6434000 | 250 | 37 | 31 |
| | | | | 652153 | | 7 | | 6434000 | 250 | 37 | 31 |
| | | | | 652154 | | 8 | | 6434000 | 250 | 37 | 31 |
| | | | | 652226 | | 9 | | 6434000 | 190 | 37 | 24 |
| | | | | | TOTAL QUAN-PKGS | | | | 2190 | | 9 |

SAME DAY TO  SHIP 9-8
***        WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

SHIPPER, PER
PERMANENT POST OFFICE ADDRESS OF SHIPPER    LA GRANGE GA 30240
AGENT, PER

| SHIPPING CODE | NO. OF PACKAGES | SHIPPING WT. (SUB. TO CORR.) KILOGRAMS  POUNDS |
|---|---|---|
| 37 | 9 | 272 |

| LOC | LAST PAGE, THIS B/L | NO. PAGES THIS LOC. | NO. B/L'S THIS LOC. | TOTAL NO. PAGES |
|---|---|---|---|---|
| 711 | YES | | | 1 |

B072058  CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841  FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 802589 | 090805 | 1 |

**INVOICE TYPE**
BILL AND SHIP

01

**SOLD TO THE ACCOUNT OF**

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

**SHIP TO CONSIGNED DESTINATION**

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

**ROUTING**
***

SEAHORSE TRANSPORTATION

**DELIVERY POINT**
LAGRANGE           GA

**FIBER CONTENT**
100% NYLON

**CUSTOMER CODING/P.O.**  450112714

**CUSTOMER DEPARTMENT**

| ORDER NUMBER | ORDER DATE |
|---|---|
| CF52200 | 080405 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT NO. | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| OPW LIFE CURTAIN | | | | CUST CODING | PR10179901 | 000010 | | | |
| 302303481    7384 1010 | | 1 | 65197164200 | 00 | 210 | | 25 | 16170 | |
| | | 2 | 652120 | | | | 25 | 16170 | |
| | | 3 | 652121 | | | | 25 | 16170 | |
| | | 4 | 652122 | | | | 25 | 16170 | |
| | | 5 | 652123 | | | | 25 | 16170 | |
| | | 6 | 652124 | | | | 25 | 16170 | |
| | | 7 | 652125 | | | | 25 | 16170 | |
| | | 8 | 652126 | | | | 25 | 16170 | |
| | | 9 | 652127 | | | | 25 | 16170 | |
| | | 10 | 652128 | | | | 25 | 16170 | |
| | | 11 | 652129 | | | | 25 | 16170 | |
| | | 12 | 652130 | | | | 25 | 16170 | |
| | | 13 | 652131 | | | | 25 | 16170 | |
| | | 14 | 65215564340 | | | | 25 | 16170 | |
| SUB TOTAL | | | | | | | 350 | | 565950 |

SAME DAY TO SHIP 9-8
   ***       WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

|  | | | FREIGHT STATUS: COLLECT | |
|---|---|---|---|---|
| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
| 302303481    7384 1010 | 350 | 350 | 350 | |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | |
| B/L NO.  797527 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC | B/E | SHIPMENT | TY | LOC. | DEPT. | | | BUS. NO. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0006 | 534 | 13 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

B072058    CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | | DATE |
|---|---|---|
| 534 | 802589 | 09 08 05 |
| INVOICE TYPE | | |
| BILL AND SHIP | | |
| 01 | | |

SOLD TO THE ACCOUNT OF

DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
***    SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

| | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| CUSTOMER CODING/P.O.  450112714 | CUSTOMER DEPARTMENT | CF522 00 | 08 04 05 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUSTOMER NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

```
****    6.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
****    8.1% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 350 | REMIT TO: | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 5659 50 |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 14 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 434 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 797527 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

| CUSTOMER NO. | BUS | PC PC | RD | SHIPPER | TX | LOC. | DEST. | UNIT | | SLS. ID | IC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525306 | 0006 | 534 | 13 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

'05-44481-rdd    DUG-997 ORT FIRM 00/09/07 Non-Negotiable    09/09/07 15:53:34    Exhibit 6

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing
between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have
been established by the carrier and are available to the shipper, on request:

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked,
consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another
carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law,
whether printed or written, herein contained, including the terms and conditions of the Uniform Domestic Straight Bill of Lading, which are
hereby agreed to by the shipper and accepted for himself and his assigns.

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse
on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without
payment of freight and all other lawful charges.

(Signature of Consignor)

| SHIPPER'S NUMBER | PAGE | Freight charges are PREPAID unless marked collect. | CARRIER'S NO. |
|---|---|---|---|
| 797527 | | COLLECT | CAR OR VEHICLE INITIAL & NO. |

DATE 09/08/05

# MILLIKEN & COMPANY

AMERICAN BAG CORP.

ROM  AMERICAN BAG CORP.

MILLIKEN-VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE            GA 30241

NAME OF CARRIER  ***          SEAHORSE TRANSPORTATION
SOLD TO THE ACCOUNT OF:

DELPHI ELECTRONICS & SAFETY

SHIP TO CONSIGNED DESTINATION:

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI ELECTRONICS & SAFETY

PO BOX 9005
KOKOMO   IN 46904-9005        46904

702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX 78567          78567

SHIPPING CODE (CODED IN BODY OF DOCUMENT)

CODE 37 NMFC 49265 S9 CL70: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT
WOVEN, DEN LBS PER CUBIC FOOT 15 BUT LESS THAN 22.5,
450112714

| PRODUCT I.D. STYLE PAT COLOR FIN | PACKGE PGD NUMBER | INVOICE NUMBER | PKG SEQ | ORDER NUMBER | CUSTOMER PKG NBR | EACH | SHIP CLASS | SHIP WT |
|---|---|---|---|---|---|---|---|---|
| PW LIFE CURTAIN | | | CUST CODING PR1017990100010 | | | | | |
| 302303481       7384 | 01065197 | 534802589 | 1 | CF52200 | 6420000 | 250 | 37 | 31 |
| | 652120 | | 2 | | 6420000 | 250 | 37 | 31 |
| | 652121 | | 3 | | 6420000 | 250 | 37 | 31 |
| | 652122 | | 4 | | 6420000 | 250 | 37 | 31 |
| | 652123 | | 5 | | 6420000 | 250 | 37 | 31 |
| | 652124 | | 6 | | 6420000 | 250 | 37 | 31 |
| | 652125 | | 7 | | 6420000 | 250 | 37 | 31 |
| | 652126 | | 8 | | 6420000 | 250 | 37 | 31 |
| | 652127 | | 9 | | 6420000 | 250 | 37 | 31 |
| | 652128 | | 10 | | 6420000 | 250 | 37 | 31 |
| | 652129 | | 11 | | 6420000 | 250 | 37 | 31 |
| | 652130 | | 12 | | 6420000 | 250 | 37 | 31 |
| | 652131 | | 13 | | 6420000 | 250 | 37 | 31 |
| | 652155 | | 14 | | 6434000 | 250 | 37 | 31 |
| | | TOTAL QUAN-PKGS | | | | 350 | 14 | |

SAME DAY TO SHIP 9-8
   ***  WAREHOUSE    ***
FAX SIGNED B/L TO 5415 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE ACTUAL NUMBER OF PALLETS ON BILL OF LADING

| VALWAY | 8 pros |
|---|---|
| DATE | |
| CARRIER | Sea Horse Trasp. |
| DRIVER | Efran Lopez |
| | 811 |
| TRL. NO. | 5015 |

Pallet.5
6

No Foce

SHIPPER, PER
LA GRANGE GA 30240

AGENT, PER

| LOC. | LAST PAGE, THIS B/L | NO. PAGES THIS LOC | NO. B/LS THIS LOC | TOTAL NO. PAGES |
|---|---|---|---|---|

AGENT'S POST OFFICE ADDRESS OF SHIPPER

SHIPPING CODE 37

NO. OF PACKAGES 37

SHIPPING WT. (SUB. TO CORR.) KILOGRAMS   POUNDS
9361

# AMERICAN BAG CORPORATION

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE: (706) 880-5841   FAX: (706) 880-5115

**INVOICE**

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 810605 | 092605 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
FEDERAL AIR EXPRESS

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  ABL60

ORDER NUMBER  ZZCLP00   ORDER DATE  033004

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ NO | PACKAGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | CUST CODING 16898247 | | | | |
| 302302242   7565 1010 | | 1 | 656054 | 658300 | 210 | 485 | 16240 | |
| | | 2 | 656055 | | | 473 | 16240 | |
| | | 3 | 656056 | | | 136 | 16240 | |
| SUB TOTAL | | | | | | 1094 | | 177665 |

SAME DAY TO SHIP 9-26                                          00
MUST DELIVER 9-27
FRT PREPAID/BILL ACCT 160733276

ATTN: JOHN REEDER/MARIO LEAL
P/U CONFIRMATION ATLRT39
BOOKING 0013055552

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | ORIGINAL BILLED | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302302242   7565 1010 | | 151,469 | 94,503 | 1,094 | 56,966 |

SALESPERSON - MORRIS ASSOCIATES

```
****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.   ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.  1,094 | REMIT TO: | TERMS: NET 30 DAYS |
|---|---|---|
| TOTAL PACKAGES  3 | P. O. BOX 843234 | |
| SHIPPING WEIGHT  1,960 | DALLAS, TX 75284-3234 | |
| B/L NO.  812742 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |

TOTAL INVOICE AMOUNT  177665

| CUSTOMER NO. | NOS. PKG | PCB | BILLING | TX | LOC. | DEST. | | | NO. PT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99115506 | 711 | 689897 | 00005 | KAREN O. STURKIE | 319 | | 440619719 |

**STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable.**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request:

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the terms and conditions of the Uniform Domestic Straight Bill of Lading, which are hereby agreed to by the shipper and accepted for himself and his assigns.

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor) _____

| SHIPPER'S NUMBER | PAGE | Freight charges are PREPAID unless marked collect. | CARRIER'S NO. | |
|---|---|---|---|---|
| 812742 | 1 | PREPAID | | |
| DATE 09/26/05 | | | CAR OR VEHICLE INITIAL & NO. | |

# MILLIKEN & COMPANY

XXXXX~~Kelley Edwards~~XXXXX

FROM AMERICAN BAG CORP.

NAME OF CARRIER    FEDERAL AIR EXPRESS

MILLIKEN-VALWAY DIST
1300 4TH AVENUE BOX 2994
LAGRANGE      GA 30241

SOLD TO THE ACCOUNT OF:
DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897    78523.

SHIP TO CONSIGNED DESTINATION:
DELPHI RIMIR, S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.

702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567     78567

SHIPPING CODE (CODED IN BODY OF DOCUMENT)
CODE 37 NMFC 49265 S9 CL70: FABRIC, NAT OR SYN, SEPARATE OR COMBINED, KNIT
WOVEN; DEN LBS PER CUBIC FOOT 15 BUT LESS THAN 22.5,
0550063123

ABL60

| PRODUCT I.D. STYLE PAT COLOR FIN PGD | PACKAGE NUMBER | INVOICE NUMBER | PKG SEG | ORDER NUMBER | CUSTOMER PKG NBR | EACH | SHIP CLASS | SHIP WT. |
|---|---|---|---|---|---|---|---|---|
| GMT 340 LIFE CURTAIN | | | | CUST CODING 16898247 | | | | |
| 302302242   7565 | C10656054 | 534810605 | 1 | ZZCLP00 | 6583000 | 4850 | 37 | 868 |
| | 656055 | | 2 | | 6583000 | 4730 | 37 | 837 |
| | 656056 | | 3 | | 6583000 | 1360 | 37 | 257 |
| | TOTAL QUAN-PKGS | | | | | 1094 | 3 | |

SAME DAY TO SHIP 9-26
MUST DELIVER 9-27
FRT PREPAID/BILL ACCT 160733276
ATTN: JOHN REEDER/MARIO LEAL
P/U CONFIRMATION ATLRT39
BOOKING 00130552

| VALWAY | 711 |
|---|---|
| DATE | 9/26 |
| CARRIER | Fed Ex |
| DRIVER | C Wilson |
| TRL. NO. | 703601 |

ED 711   BL NO 812742   ACCT 3545

| SHIPPING CODE | NO. OF PACKAGES | SHIPPING WT. (SUB. TO CORR.) KILOGRAMS POUNDS |
|---|---|---|
| 37 | 3 | 1960 |

SHIPPER, PER    LA GRANGE GA 30240    AGENT, PER

PERMANENT POST OFFICE ADDRESS OF SHIPPER.

| LOC. | LAST PAGE, THIS B/L | NO. PAGES THIS LOC. | NO. B/L'S THIS LOC. | TOTAL NO. PAGES |
|---|---|---|---|---|
| | | | | 1 |

JUL. 3. 2007 12:13PM      NO. 978   P. 33
Doc 8997-9    Filed 08/09/07    Entered 08/09/07 15:53:34   Exhibit 2
Pg 21 of 22

Date 4-20-05

Sender's name **CHARLIE MAGBY**    Phone (706) 880-3276

Company **MILLIKEN + Co. VALWAY PLANT**

Address **1300 4th AVE**

City **LA GRANGE**    State **GA**   ZIP **30240**

Your Internal Billing Reference      OPTIONAL

To

Recipient's Name **JOHN REEDER**    Phone ( )

Company **DELPHI RIMIR S.A. DE C.V.**

Recipient's Address **702 JOAQUIN CAVAZAS RD**

Address

City **LOIS INDIAS**    State **TX**   ZIP **78567**

Try online shipping at fedex.com

4b Express Freight Service
- [X] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

5 Packaging
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [X] Other

6 Special Handling
- [X] No
- [ ] Yes
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

7 Payment
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. **160733276**

Total Packages **1**    Total Weight **1960**    Total Declared Value $ .00

8 NEW Residential Delivery Signature Options
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

520

Tracking #
8549 1059 5104

**FedEx**
Express

| | |
|---|---|
| FedEx Express | U.S. Mail: PO Box 727 |
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

06/01/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **854910595104**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 702 JOAQUIN CAVAZOS RD |
| Signed for by: | R.ROQUE | Delivery date: | Sep 27, 2005 09:57 |
| Service type: | FedEx 1Day Freight | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 854910595104 | Ship date: | Sep 26, 2005 |

| Recipient: | Shipper: |
|---|---|
| JOHN REEDER | CHARLIE MAGBY |
| DELPHI RIMIR S A DE C V | MILLIKEN & CO VALWAY PLANT |
| 702 JOAQUIN CAVAZOS RD | 1300 4TH AVE |
| LOS INDIOS, TX 78567 US | LA GRANGE, GA 30240 US |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339