# Exhibit 7

## INVOICES FOR WHICH PROOF OF DELIVERY IS UNAVAILABLE (14 INVOICES)

| Inv. No. | Invoice Date | Order Date | Delphi Purchase Order No. | Shipped From | Product No. | Product Description | Quantity Shipped | Invoice Price @ unit | Invoice Price |
|---|---|---|---|---|---|---|---|---|---|
| 040661° | 05/18/05 | 08/28/00 | PM-1002 | Lagrange, GA | 6603/96326 | | | $ 22.13/ $67.20 | $ 427.14 |
| 309336 | 04/21/05 | 04/21/05 | | | | | | | $10,001.97 |
| \multicolumn{10}{l}{Credit Adjustment Invoice (unapplied portion)} |
| 315923 | 05/02/05 | 04/21/05 | | | | | 426/3 | | $ 263.26 |
| 436138 | 03/18/05 | 03/17/05 | 450094917 | LaGrange, GA | PR10154132 | 315d 56 x 56  Silicone | 166 | $ 4.84 | $ 803.44 |
| 876906 | 11/24/04 | 11/24/04 | 450079877 | LaGrange, GA | PR10127364 | Hyundai OM | 20♦ | $ 21.69 | $ 433.80 |
| 896780▫ | 7/16/03 | 06/16/03 | IVS60583 | Winfield, TN♦ | ....809000 | GMT 295 | 25♦ | $ 14.38 | $ 359.50 |
| \multicolumn{10}{l}{Additional Freight Charges : Re-delivery of items billed on invoice #309336} |
| 954505* | 06/03/05 | 04/29/05 | 5405806703009555 | LaGrange, GA | | GMT 360 | 20♦ | $ 25.00 | $ 500.00 |
| 954532* | 06/03/05 | 05/05/05 | 450102232 | LaGrange, GA | PR10164391 | GMT360 | 8♦ | $ 25.00 | $ 200.00 |
| 968427 | 02/27/04 | 06/16/03 | 550022079 | Winfield, TN♦ | 16869875 | GMT 191 cushion rrab | 100 | $ 15.05 | $ 1,505.00 |
| 969539 | 03/02/04 | 06/16/03 | 550022079 | Winfield, TN♦ | 16869875 | GMT 191 cushion rrab | 300 | $ 15.05 | $ 4,515.00 |
| 969859 | 03/03/04 | 06/16/03 | 550022079 | Winfield, TN♦ | 16870417 | GMT 295 cushion - woven | 200 | $ 12.30 | $ 2,460.00 |
| 969975 | 03/03/04 | 06/16/03 | 550022079 | Winfield, TN♦ | 16870417 | GMT 295 cushion - woven | 480 | $ 12.30 | $ 5,904.00 |
| 970491 | 03/05/04 | 06/16/03 | 550022079 | Winfield, TN♦ | 16870417 | GMT 295 cushion- woven | 76♦ | $ 12.30 | $ 934.80 |
| 970914* | 07/18/05 | 08/17/05 | 5405806703009555 | LaGrange, GA | 16898248 | GMT370/305 | 40♦ | $ 25.00 | $ 1,000.00 |
| | | | | | | | | | $29,307.91 |

° Adjustment Invoice is for $6,581.79, only $427.14 remains unapplied from reversal of prior credits and is included in schedule annexed to Proof of Claim
\* Invoiced under the name of American Bag Corporation
▫ Invoice appears to be out of sequence
♦ appears to be purchase of samples
♦ Winfield Tennessee plant closed in March 2004

JUL. 3. 2007 12:09PM

R072018 CUST. SERV.
-072233

# INVOICE

**Milliken & Company**
Administrative Services Department M-207
Post Office Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

NO. 970...
...MBER  092 04066 05 18 05   1
INVOICE TYPE
6B

SOLD TO THE ACCOUNT OF
DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523 5897
OUTING

SHIP TO CONSIGNED DESTINATION
DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523 5897
DELIVERY POINT

IBER CONTENT

| CUSTOMER CODING/P.O. | PRODUCT I.D. STYLE PAT COLOR FIN LOT GR | PACKGE PC | LOT/ NUMBER | BATCH | FIN. MILL | CUSTOMER DEPARTMENT | NET YARDS | PRICE | AMOUNT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | INVOICE TO APPLY TO | | 892378 | 05/24/01 | | | | ZZBWZ00 | 08 28 00 |
| | 12273 63 0 00000 3505 00 | 010 | 40 000000 | | | | 0 | 00000 | 1780 95 | | |
| | | | INVOICE TO APPLY TO | | 893879 | 08/30/01 | | | | | |
| | 12275 72 0 00000 2058 00 | 010 | 15 000000 | | | | 0 | 00000 | 29 92 | | |
| | | | INVOICE TO APPLY TO | | 899031 | 09/18/01 | | | | | |
| | 12273 63 0 00000 3505 00 | 010 | 40 000000 | | | | 0 | 00000 | 4770 90 | | |
| SUB TOTAL | | | | | | | 0 | 0 | 6581 77 | | |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUME
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-58
REVERSE PREVIOUSLY ISSUED CREDIT
CREDIT NUMBERS  #087463  $4650.00
                #087460  $1780.95
                #087700  $ 150.82
INTERNAL

*No backup*

****  6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.  ****
**BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF 7.5% PER ANNU
SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY APPLICABLE LAW

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | REMIT TO: | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|
| TOTAL PACKAGES  3 | P.O. BOX 843234 | | |
| SHIPPING WEIGHT | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 6581 77 |
| B/L NO. | | | |

| CUSTOMER NO. | BUS. PC1 PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT M/C | | | BR. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31920028 0000 092 | | 991506 | | 689800 | 09 | 01 | PAGE 1 OF 1 | 322 | | 44061041 0 |

# Milliken & Company

## INVOICE

| CUSTOMER NUMBER | | | CARPETS-COMM MKT. US | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|---|---|
| 005253 | 00 | 8000 | | 309336 | 042105 | 1 |

REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
PO BOX 7247-8959
PHILADELPHIA PA 191700000

SHIP AND BILL

**SOLD TO THE ACCOUNT OF**
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS

5725 DELPHI DRIVE
TROY                MI 48098

**SHIP TO CONSIGNED DESTINATION**
DELPHI AUTOMOTIVE SYSTEMS

ATTN: LISA KERSZULIS 248-813-1407
5725 DELPHI DRIVE
TROY                MI 48098

**ROUTING**   JEVIC TRANS
**FREIGHT PRIVILEGE**   PREPAY AND ADD FREIGHT TO INVOICE
**DELIVERY POINT**   LAGRANGE, GEORGIA

**CUSTOMER CODING**   LISA KERSZULIS

| MQ NBR | CUST. PURCH. ORDER NO. | MILLIKEN ORDER NUMBER |
|---|---|---|
| 052525 | PM-1002 | 05 04 21 7428 |

| PATTERN NAME NUMBER | COLOR NAME NUMBER | DYE GRD LOT | WIDTH FT IN | LENGTH FT IN | NBR ITEMS | TOTAL QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| COIR COLL 6603 | TURNING TIN 326 | S1596326 | 36 | 36 | 428 | 428.00 | 22.13 | 9,471.64 |
| S/M LISA KERSZULIS | | | | | | | | |
| (96326)* ORDERE 428YDS * | | | | | | | | |
| MOD ADH 4GAL 0574 | MOD ADH 4GAL 1 | S1005022 | 1  2 | 11 | 3 | | 67.20 | 201.60 |
| * ORDERE ADHEISVE * | | | | | | | | |
| INVOICE PRODUCT TOTAL . . . . . . . . . . | | | | | | 431 | 428.00 | |

PLS NO DEDUCTIONS - PHONE 800-528-8453    TILE/BROADLOOM ORDERS SUBJECT TO OVERRUN.

BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF 7.2% PER ANNUM,
SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY APPLICABLE LAW.
ANTICIPATION ALLOWED AT 5.8 PER CENT PER ANNUM PER TERMS BELOW

| REMARKS: | TERMS: PAYABLE IN NEW YORK FUNDS | MERCHANDISE | FREIGHT | SALES TAX | OTHER | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| COMPLETES ORDER | NET 30 DAYS | 9,673.24 | 328.73 | .00 | .00 | 10,001.97 |

**SHIPPING WGT.:** 3686LBS   **B/L NO.:** 971579

THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THIS AND THE REVERSE SIDE HEREOF, INCLUDING THE PROVISIONS FOR ARBITRATION OF ALL DISPUTES, EXCLUSION OF WARRANTIES, AND SELLER'S SECURITY INTEREST IN BILL AND HOLD GOODS, ALL OF WHICH ARE ACCEPTED BY BUYER AND SUPERSEDE BUYER'S ORDER FORM, IF ANY.

| STORE NUMBER | VENDOR NUMBER | EVENT | DEPT. OR DIV. | SALESMAN NAME | CUSTOMER SERVICE REP. | CUSTOMER SALESMAN | TAX | BUS |
|---|---|---|---|---|---|---|---|---|
| 00008000 | | | | LELEK | TAMMY PHILLIP | | 3159 | 202 |

INVA 03/01/2002

| CUSTOMER NUMBER | | | Milliken & Company | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|---|---|
| 005253 | 00 | 8000 | MILLIKEN CARPETS-COMM MKT. US | 315923 | 050205 | 1 |

REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
PO BOX 7247-8959
..
PHILADELPHIA PA 191700000

# INVOICE

**DEBIT MEMORANDUM**

**SOLD TO THE ACCOUNT OF**
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY                MI 48098

**SHIP TO CONSIGNED DESTINATION**
DELPHI AUTOMOTIVE SYSTEMS
5725 DELPHI DRIVE
TROY                MI 48098

ROUTING

FREIGHT PRIVILEGE                                    DELIVERY POINT

CUSTOMER CODING

| CUST. PURCH. ORDER NO. | MILLIKEN ORDER NUMBER |
|---|---|
| PM 1002 | 05 04 21 7428 |

| PATTERN NAME NUMBER | COLOR NAME NUMBER | GRD | DYE LOT | WIDTH FT IN | LENGTH FT IN | NBR ITEMS | TOTAL QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER IS 0505021627079 INV# 309336 FREIGHT ADDITION REDILVERY N LIFT GATE CHARGES 92-52 RC FREIGHT REDILVERY N LIFT GATE | | | 0 | CLAIM TRACKING NUMBER IS | | | | | 263.26 |

| REMARKS: | TERMS: PAYABLE IN NEW YORK FUNDS | MERCHANDISE | FREIGHT | SALES TAX | OTHER | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| COMPLETES ORDER | NET 30 DAYS | .00 | .00 | .00 | 263.26 | 263.26 |

SHIPPING WGT.:    B/L NO.: 162707 06

THIS SALE IS SUBJECT TO ALL TERMS AND CONDITIONS ON THIS AND THE REVERSE SIDE HEREOF, INCLUDING THE PROVISIONS FOR ARBITRATION OF ALL DISPUTES, EXCLUSION OF WARRANTIES, AND SELLER'S SECURITY INTEREST IN BILL AND HOLD GOODS, ALL OF WHICH ARE ACCEPTED BY BUYER AND SUPERSEDE BUYER'S ORDER FORM, IF ANY.

| STORE NUMBER | VENDOR NUMBER | EVENT | DEPT. OR DIV. | SALESMAN NAME | CUSTOMER SERVICE REP. | CUSTOMER SALESMAN | TAX | BUS |
|---|---|---|---|---|---|---|---|---|
| | 00008000 | | | LELEK | | | 3159 | 202 |

INVA 03/01/2002

# Milliken & Company

1045 Sixth Avenue - New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID# 51-0105342

## INVOICE

SEE REMIT TO ADDRESS BELOW

**INVOICE TYPE:** BILL AND SHIP    01

**SOLD TO THE ACCOUNT OF**
DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO   IN   46904-9005

**SHIP TO CONSIGNED DESTINATION**
DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY
48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO   TX   79906

**ROUTING:** YELLOW FRT
**DELIVERY POINT:** LAGRANGE   GA

FIBER CONTENT
100% NYLON

**CUSTOMER CODING/P.O.:** 450094917
**ORDER NUMBER:** CF32300
**ORDER DATE:** 03/17/05

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CDE | PKG SEO | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 315D 56X56 SILICONE | | | CUST CODING | PR10154132 | | | | |
| 312285 630 3505 | 210 | 159761 | 984830 | | 1800 | 1660 | 4840 | 80344 |

SHIP 3-18/PO 450094917
CARRIER, SEND FREIGHT BILLS TO:
DELPHI INT. SYSTEMS VANDALIA ENGINEERING CENTER - 39003
C/O COR PAY P. O. BOX 9115 NORWOODS, MA 02062-9115
FREIGHT STATUS: PREPAID-3RD

| PRODUCT | STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 312285 630 | 3505 | 210 | 166 | 166 | 166 | |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

*No back-up*

```
****    5.5% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    6.9% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****    APPLICABLE LAW.                                                 ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY. 166 | REMIT TO: | TERMS: NET 30 DAYS |
| TOTAL PACKAGES 1 | P. O. BOX 843234 | |
| SHIPPING WEIGHT 117 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE |
| B/L NO. 662548 | | TOTAL INVOICE AMOUNT 80344 |

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0525306 | 0009 | 092 | | 27 | 09951 | 06 | 711 | 696900 | 0009 | KAREN O. STURKIE | 322 | 11 441410980 |

# Milliken & Company
1045 Sixth Avenue - New York, N.Y. 10018-9998
D-U-N-S 201-7440    TAX ID# 51-0105342

**INVOICE**

SEE REMIT TO ADDRESS BELOW

MILLIKEN    534  876906  112404

INVOICE TYPE: BILL AND SHIP    01

**SOLD TO THE ACCOUNT OF**
DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO  IN  46904-9005

**SHIP TO CONSIGNED DESTINATION**
DELPHI MEXICO TECH CENTER
A/C DELPHI ELECTRONICS & SAFETY
48 WALTER JONES BLVD BLDG B DOCK 87
EL PASO  TX  79906

ROUTING: FEDERAL EXPRESS

DELIVERY POINT: LAGRANGE    GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  4500 79877

ORDER NUMBER: CF17500    ORDER DATE: 112404

| PRODUCT I.D. STYLE PAT COLOR FIN | GR RDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HYUNDIA CM DELPHI 937874 342 7384 | 10 10 | 1 | 582002 | 508500 | 210 | CUST CODING PR101273640010 | 20 | 21690 | 43380 |

SAME DAY TO SHIP 11-24
FREIGHT PREPAID
ATTN: SERGIO CARO

REVISION #2 HYUNDIA CM OPW

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 937874 342  7384 | 10 10 | 20 | 20 | 20 | |

SALESPERSON - HOUSE SALES

*No back-up*

```
**** 5.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 6.3% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.                                             ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 20 |
|---|---|
| TOTAL PACKAGES | 1 |
| SHIPPING WEIGHT | 25 |
| B/L NO. | 578190 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT: 43380

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0525306 | 0009 | 534 | | 63 | 099510 | 67 | 11696900 | 00005 | KAREN O. STURKIE | 322 | XC | 441410980 |

JUL. 3. 2007 12:00PM  B072058  NO. 978  P. 2

# INVOICE

**AMERICAN BAG CORPORATION**
Hwy. 92, P.O. Box 309 • Stearns, Kentucky 42647
Phone: (606) 376-3656 • Fax: (606) 376-3890

SEE REMIT TO ADDRESS BELOW

| INVOICE NUMBER | |
|---|---|
| 534896780 | 071603 |

INVOICE TYPE: BILL AND SHIP  01

**SOLD TO THE ACCOUNT OF**
DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900 BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING: CUSTOMER TRUCK
DELIVERY POINT: WINFIELD TN

FIBER CONTENT: 100% NYLON

| CUSTOMER CODING/P.O. | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|
| | | ZZCFS00 | 061603 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 309000 9000 010 | | 1 | 129986197W1 | 01 | 305 | 25 | 14380 | 35950 |

.6870417(GMT 295)
SHIPPED (25)
PO#IVS60583

SALESPERSON - MORRIS ASSOCIATES

```
****  4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****  APPLICABLE LAW.                                                  ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL. MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY. 25 | REMIT TO: | TERMS: NET 30 DAYS | |
| TOTAL PACKAGES 1 | P. O. BOX 7247-8959 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT 28 | PHILADELPHIA PA 19170 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 35950 |
| B/L NO. 224744 | | | |

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TN LOC. | DEST. | UNIT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31920009 | 0128 | 534 | 63 | 99154 | 06 | 305689880 | 000 | 05 BRENDA HURT | 31910 | 44061041( |

# INVOICE

**Milliken & Company**
Administrative Services Department M-207
Post Office Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN
534 954505 060305

INVOICE TYPE: BILL AND SHIP 01

SOLD TO THE ACCOUNT OF
DELPHI AUTOMOTIVE SYSTEMS
DELPHI I - VANDALIA PLANT
250 NORTHWOODS BLVD/PO BOX 5051
VANDALIA OH 45377-5051

SHIP TO CONSIGNED DESTINATION
DELPHI VANDALIA
A/C DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/DOCK 48WEST
VANDALIA, OHIO

ROUTING: FEDERAL EXPRESS
DELIVERY POINT: LAGRANGE GA

FIBER CONTENT: 100% NYLON

CUSTOMER CODING/P.O.: 5405806703009555
ORDER NUMBER: CF38500
ORDER DATE: 04/29/05

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT360 DELPHI 937874 440 | 7384 1010 | | 16255359160 | CUST CODING 00 210 | GMT360/MY2007 | | 20 | 25000 | 50000 |

SAME DAY TO SHIP 6-3
FRT PREPAID/ACCT 160733276

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | ORIGINAL TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 937874 440 | 7384 1010 | | 20 | 20 | 20 |

SALESPERSON - HOUSE SALES

*No back-up*

****    6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    7.5% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****    APPLICABLE LAW.                                                ****

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

TOTAL BILLED QTY. 20
TOTAL PACKAGES 1
SHIPPING WEIGHT 25
B/L NO. 725558

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT: 50000

CUSTOMER NO. 31920008 | BUS. 0251 | PC1 534 | PC2 63 | SALESMAN 09951 | TN 06 | LOC. 711 | DEST. 354711 | UNIT 00005 | KAREN O. STURKIE | 32210 | XC 361132610

# INVOICE

Milliken & Company
Administrative Services Department M-207
Post Office Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| | |
|---|---|
| INVOICE NUMBER | 534 954532 060305 1 |
| INVOICE TYPE | BILL AND SHIP 01 |

SOLD TO THE ACCOUNT OF
DELPHI ELECTRONICS & SAFETY
PO BOX 9005
KOKOMO IN 46904-9005

SHIP TO CONSIGNED DESTINATION
DELPHI VANDALIA
A/C DELPHI ELECTRONICS & SAFETY
250 NORTHWOODS BLVD.
VANDALIA OH 45377

ROUTING        ***        FEDERAL EXPRESS

DELIVERY POINT        LAGRANGE        GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 450102232 | | | | | CUSTOMER DEPARTMENT | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKAGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT | CF38900 050505 |
| GMT360 DELPHI 937874 440 7384 1010 | | 1 | 625534 59160 00 | | CUST CODING PR10164391 210 | | 8 | 25000 | 20000 | |

SAME DAY TO SHIP 6-3
ATTN: ED MATLACK
FREIGHT PREPAID/ACCT 160733276

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 937874 440 7384 1010 | | | 40 | 40 | 8 | |

SALESPERSON - HOUSE SALES

*no backup*

**** 6.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    7.5% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
**** APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8 | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 1 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 11 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 20000 |
| B/L NO. | 725617 | | | |

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | PKG. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0525306 | 0003 | 534 | | | 63 | 099510 | 6711 | 354711 | 0005 | KAREN O. STURKIE | 322 | | 361132610 |

# INVOICE

**Milliken & Company**

1045 Sixth Avenue – New York, N.Y. 10018-9998
D-U-N-S 201-7440   TAX ID # 51-0105342

NO. 970....P. 3
MILLIKEN
534 968427 022704

INVOICE TYPE: BILL AND SHIP   01

SEE REMIT TO ADDRESS BELOW

**SOLD TO THE ACCOUNT OF**
DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900 BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

**ROUTING**
CUSTOMER TRUCK

**DELIVERY POINT**
WINFIELD   TN

FIBER CONTENT
100% NYLON

ORDER NUMBER: ZZCFS00   ORDER DATE: 06 16 03

| STYLE | PAT | COLOR | FIN | GR DE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309000 | | 9000 | | 010 | 1 | 45622 | 058R104 | 305 | 25 | 15050 | |
| | | | | | 2 | 58102 | 02 | | 25 | 15050 | |
| | | | | | 3 | 158101 | 01 | | 25 | 15050 | |
| | | | | | 4 | 589633 | 03 | | 25 | 15050 | |
| SUB TOTAL | | | | | | | | | 100 | | 1505 00 |

P/N 16869875 REV 04
HOLD FOR JUAN CARLOS TORRES
SHIPPED (100)                                                                    00

SHIPPED 02/27/04

SALESPERSON - MORRIS ASSOCIATES

```
****  4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

TOTAL BILLED QTY. 100
TOTAL PACKAGES 4
SHIPPING WEIGHT 0
B/L NO. 376580

REMIT TO:
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  1505 00

CUSTOMER NO. 319200090128  534  63  99154 06 305 689880 000 05  BRENDA HURT   319 10   440610410

05-44481-rdd    Doc 8997-10    Filed 08/09/07    Entered 08/09/07 15:53:34    Exhibit 7
Pg 12 of 17

```
JUL. 3. 2007 12:00PM    Milliken & Company          NO. 970    P. 4
R072018 CUST. SERV.    1045 Sixth Avenue - New York, N.Y. 10018-9998          MILLIKEN    NUMBER
                       D-U-N-S 201-7440    TAX ID# 51-0105342                  534 969539 030204
INVOICE
                       SEE REMIT TO ADDRESS BELOW                              INVOICE TYPE
                                                                               BILL AND SHIP
                                                                               01
```

SOLD TO THE ACCOUNT OF                              SHIP TO CONSIGNED DESTINATION

DELPHI S&I-VANDALIA PLANT                           DELPHI RIMIR S.A. DE C.V.
                                                    A/C DELPHI S&I-VANDALIA PLANT
DELPHI AUTOMOTIVE SYSTEMS                           1900 BILLY MITCHELL BDG.B, DOCK 1&2
250 NORTHWOODS BLVD/BOX 5051/MC#146                 BROWNSVILLE TX 78520
VANDALIA OH 45377-5051

ROUTING                                             DELIVERY POINT
CUSTOMER TRUCK                                      WINFIELD          TN

FIBER CONTENT
100% NYLON

                                                                          ORDER      ORDER
                                                                          NUMBER     DATE
                                                                          ZZCFS00    061603

| STYLE  | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE  | AMOUNT |
|--------|-----|-------|-----|--------|---------|---------------|------------------|------------|------|--------|--------|
| 309000 |     | 9000  |     | 010    | 1       | 263450        | 61R109           | 113        | 30   | 150 50 |        |
|        |     |       |     |        | 2       | 110163        | 10               |            | 30   | 150 50 |        |
|        |     |       |     |        | 3       | 296666        | 07               |            | 30   | 150 50 |        |
|        |     |       |     |        | 4       | 302563        | 08               |            | 30   | 150 50 |        |
|        |     |       |     |        | 5       | 61101         | 01               | 305        | 30   | 150 50 |        |
|        |     |       |     |        | 6       | 61102         | 02               |            | 30   | 150 50 |        |
|        |     |       |     |        | 7       | 61103         | 03               |            | 30   | 150 50 |        |
|        |     |       |     |        | 8       | 61104         | 04               |            | 30   | 150 50 |        |
|        |     |       |     |        | 9       | 61105         | 05               |            | 30   | 150 50 |        |
|        |     |       |     |        | 10      | 61106         | 06               |            | 30   | 150 50 |        |
| SUB TOTAL |  |       |     |        |         |               |                  |            | 300  |        | 45150 0|

PO#550022079                                                                                        00
P/N 16869875(GMT 191)
SHIPPED (300)

SHIPPED 03/02/04

SALESPERSON - MORRIS ASSOCIATES

```
****   4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.            ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
****   APPLICABLE LAW.                                                   ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 300 | REMIT TO:                | TERMS: NET 30 DAYS   | TOTAL INVOICE AMOUNT | 45150 0 |
|-------------------|-----|--------------------------|----------------------|----------------------|---------|
| TOTAL PACKAGES    | 10  | P. O. BOX 7247-8959      |                      |                      |         |
| SHIPPING WEIGHT   | 0   |                          | PAYABLE IN U.S. DOLLARS |                   |         |
| B/L NO.           | 378979 | PHILADELPHIA PA 19170 | FROM INVOICE DATE     |                      |         |

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SHIPPER | TM | LOC. | DEST. | UNIT | | WT. | XC |          |
|--------------|------|-----|-----|---|---------|----|------|-------|------|--|-----|----|----------|
| 319200090    | 128  | 534 |     | 63| 9915406 | 305| 689880 | 000 | 05 | BRENDA HURT | 319 | 10 | 440610410 |

# INVOICE

**Milliken & Company**
1045 Sixth Avenue - New York, N.Y. 10018-3998
D-U-N-S 201-7440    TAX ID # 51-0105342

NO. 970
NUMBER
534 969559 030304
INVOICE TYPE
BILL AND SHIP
01

SEE REMIT TO ADDRESS BELOW

**SOLD TO THE ACCOUNT OF**
DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900 BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING
CUSTOMER TRUCK

DELIVERY POINT
WINFIELD    TN

FIBER CONTENT
100% NYLON

ORDER NUMBER: ZZCFS00    ORDER DATE: 061603

| PRODUCT I.D. STYLE/PAT/COLOR/FIN | GRADE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 309000       9000 | 010 | 1 | 123666 | 062R107 | 305 | 30 | 12300 | |
| | | 2 | 203562 | 01 | | 20 | 12300 | |
| | | 3 | 269566 | 06 | | 30 | 12300 | |
| | | 4 | 302563 | 02 | | 30 | 12300 | |
| | | 5 | 402365 | 04 | | 30 | 12300 | |
| | | 6 | 696333 | 03 | | 30 | 12300 | |
| | | 7 | 698666 | 05 | | 30 | 12300 | |
| SUB TOTAL | | | | | | 200 | | 2460 00 |

PO# 550022079
P/N 16870417 (GMT 295)
SHIPPED (200)

SHIPPED 03/02/04

SALESPERSON - MORRIS ASSOCIATES

```
****    4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****    APPLICABLE LAW.                                                 ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 200 | REMIT TO: | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 7 | P. O. BOX 7247-8959 | | TOTAL INVOICE AMOUNT | 2460 00 |
| SHIPPING WEIGHT | 0 | PHILADELPHIA PA 19170 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 379815 | | | | |

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 319200 | 90128 | 534 | | 63 | 99154 | 06 | 305 | 689880 | 000 | 05 | BRENDA HURT | 31910 | 44061041 |

# INVOICE

**Milliken & Company**
1045 SIXTH AVENUE - New York, N.Y. 10018-9998
D-U-N-S 201-7440   TAX #57-0005342

MILLIKEN

SEE REMIT TO ADDRESS BELOW

INVOICE TYPE: BILL AND SHIP  01

**SOLD TO THE ACCOUNT OF**
DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900 BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

**ROUTING:** CUSTOMER TRUCK

**DELIVERY POINT:** WINFIELD TN

**FIBER CONTENT:** 100% NYLON

**ORDER NUMBER:** ZZCFS00   **ORDER DATE:** 06 16 03

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309000 | | 9000 | | 010 | 1 | 103269 | 062R1 03 | 305 | 30 | 12300 | |
| | | | | | 2 | 105263 | 05 | | 30 | 12300 | |
| | | | | | 3 | 106263 | 06 | | 30 | 12300 | |
| | | | | | 4 | 107162 | 07 | | 30 | 12300 | |
| | | | | | 5 | 108162 | 08 | | 30 | 12300 | |
| | | | | | 6 | 109162 | 09 | | 30 | 12300 | |
| | | | | | 7 | 110269 | 10 | | 30 | 12300 | |
| | | | | | 8 | 111623 | 11 | | 30 | 12300 | |
| | | | | | 9 | 112654 | 12 | | 30 | 12300 | |
| | | | | | 10 | 113652 | 13 | | 30 | 12300 | |
| | | | | | 11 | 114562 | 14 | | 30 | 12300 | |
| | | | | | 12 | 115666 | 15 | | 30 | 12300 | |
| | | | | | 13 | 201633 | 02 | | 30 | 12300 | |
| | | | | | 14 | 401162 | 04 | | 30 | 12300 | |
| | | | | | 15 | 417895 | 16 | | 30 | 12300 | |
| | | | | | 16 | 648566 | 01 | | 30 | 12300 | |
| SUB TOTAL | | | | | | | | | 480 | | 5904 00 |

PO# 550022079
P/N 16870417 (GMT 295)
SHIPPED (480)

SHIPPED 03/03/04

SALESPERSON - MORRIS ASSOCIATES

TOTAL BILLED QTY.
TOTAL PACKAGES
SHIPPING WEIGHT
B/L NO. 379943

**REMIT TO:**
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

PLEASE SHOW OUR INVOICE NO. ON REMITTANCE

**TERMS:** NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  CONTINUED

CUSTOMER NO. 319200090   BUS.128  PC1 534  PC2 63   SALES 99154  TM 06  LOC 305  DEST. 689880  UNIT 00005  BRENDA HURT   BR.BY 31910  XC  440610410

JUL. 5. 2007 12:07PM    Milliken & Company    NO. 970    P. 6
R072018 CUST. SERV.    1045 Sixth Avenue - New York, N.Y. 10018-0098    MILLIKEN    534 969975 030304

# INVOICE

D-U-N-S 201-7440    TAX ID # 51-0105342

SEE REMIT TO ADDRESS BELOW

INVOICE TYPE: BILL AND SHIP    01

**SOLD TO THE ACCOUNT OF**
DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900 BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING: CUSTOMER TRUCK
DELIVERY POINT: WINFIELD    TN

FIBER CONTENT: 100% NYLON

ORDER NUMBER: ZZCFS00    ORDER DATE: 06 16 03

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEO | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

**** 4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
**** 5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

TOTAL BILLED QTY. 480
TOTAL PACKAGES 16
SHIPPING WEIGHT 0
B/L NO. 379943

REMIT TO:
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT 5904 00

CUSTOMER NO. 319200090128 | BUS. 534 | PC1 | PC2 63 | B | CALENDAR 99154 | TM 06 | LOC. 305 | DEST. 689880 | 000 | UNIT 05 | BRENDA HURT | 319 10 | 44061041(

# INVOICE

**Milliken & Company**
1045 Sixth Avenue - New York, N.Y. 10018-9998
D-U-N-S 201-7440   TAX ID # 57-0105342

SEE REMIT TO ADDRESS BELOW

MILLIKEN    NO. 970   534 97042 030504

INVOICE TYPE: BILL AND SHIP   01

**SOLD TO THE ACCOUNT OF**
DELPHI S&I-VANDALIA PLANT

DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/BOX 5051/MC#146
VANDALIA OH 45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI RIMIR S.A. DE C.V.
A/C DELPHI S&I-VANDALIA PLANT
1900 BILLY MITCHELL BDG.B, DOCK 1&2
BROWNSVILLE TX 78520

ROUTING: CUSTOMER TRUCK

DELIVERY POINT: WINFIELD   TN

FIBER CONTENT
100% NYLON

ORDER NUMBER: ZZCFS00   ORDER DATE: 06 16 03

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKAGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309000 | | 9000 | | 010 | 1 | 117162 | 062R117 | 305 | 38 | 12300 | |
| | | | | | 2 | 118162 | 18 | | 38 | 12300 | |
| SUB TOTAL | | | | | | | | | 76 | | 9348 0 |

PO#550022079
P/N 16870417(GMT 295)
SHIPPED (76)

SHIPPED 03/04/04

SALESPERSON - MORRIS ASSOCIATES

```
**** 4.0% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 5.0% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.                                             ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 76 | REMIT TO: | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 7247-8959 | | |
| SHIPPING WEIGHT | 0 | PHILADELPHIA PA 19170 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 9348 0 |
| B/L NO. | 381452 | | | |

CUSTOMER NO. 319200090128534  63  99154 06 305 689880 00 005 BRENDA HURT   319 10   44061041 0

# INVOICE

**AMERICAN BAG CORPORATION**
Hwy. 92, P.O. Box 309 • Stearns, Kentucky 42647
Phone: (606) 376-3656 • Fax: (606) 376-3890

SEE REMIT TO ADDRESS BELOW

8072058

| | |
|---|---|
| INVOICE NUMBER | 534970914 |
| INVOICE DATE | 071805 |
| INVOICE TYPE | BILL AND SHIP 01 |

**SOLD TO THE ACCOUNT OF**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI I - VANDALIA PLANT
250 NORTHWOODS BLVD/PO BOX 5051
VANDALIA  OH  45377-5051

**SHIP TO CONSIGNED DESTINATION**
DELPHI VANDALIA
A/C DELPHI AUTOMOTIVE SYSTEMS
250 NORTHWOODS BLVD/DOCK 48WEST
VANDALIA, OHIO

ROUTING  ***  FEDERAL EXPRESS

DELIVERY POINT  LAGRANGE   GA

FIBER CONTENT
100% NYLON

ORDER NUMBER: CF48700
ORDER DATE: 071805

CUSTOMER CODING/P.O.  5405806703009555
CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKAGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| MT370/305 DELPHI 937874 461  7365 1010 | | 1 2 | 6354366026 00 635437 | CUST CODING 210 | 1689824 8 | 20 20 40 | 25000 25000 | 100000 |
| SUB TOTAL | | | | | | | | |

SAME DAY FOR BILLING ONLY
FEDEX TRACKING 8518 5516 4704
SHIPPED 7-16/FREIGHT PREPAID

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 937874 461  7365 1010 | 80 | 40 | 40 | 40 |

SALESPERSON - HOUSE SALES

*no backup*

****  6.3% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.  ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  7.8% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
****  APPLICABLE LAW.  ****

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL. MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY REGULATIONS.

| TOTAL BILLED QTY. | 40 |
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 50 |
| B/L NO. | 757156 |

REMIT TO:
P. O. BOX 7247-8959
PHILADELPHIA PA 19170

TERMS: NET 30 DAYS
PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT  100000

| CUSTOMER NO. | BUS. PC1 PC2 | SALES | TM | LOC. | DEST. | UNIT | | | |
|---|---|---|---|---|---|---|---|---|---|
| 319200080251534 | 63 | 099510 | 67 | 11354 | 71100 | 05 | KAREN O. STURKIE | 32210 | 361132610 |