**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　　)ss.:
COUNTY OF NEW YORK　)

　　　Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

　　　On August 9, 2007, I caused to be served a true and correct copy of the **Response of Schaeffler KG to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on the Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims, dated July 13, 2007** upon the parties listed on the service list attached hereto in the manner indicated therein.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/Daniel Pina_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel Pina

| | |
|---|---|
| Subscribed and sworn to before<br>me this 9th day of August 2007<br><br>_/s/ Andrew P. Lederman_<br>Notary Public | **Andrew P. Lederman**<br>**Notary Public, State of New York**<br>**No. 02LE4833075**<br>**Qualified in New York County**<br>**Commission Expires March 1, 2010** |

## *Service List*

### *Via Federal Express*

Attn.:   General Counsel
**Delphi Corporation**
5725 Delphi Drive
Troy, MI  48098

### *Via Federal Express and Facsimile*

Attn.:   John Wm. Butler, Jr., Esq.
            John K. Lyons, Esq.
            Joseph N. Wharton, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-0411

### *By Hand*

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY  10004