W. Timothy Miller (admitted *pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
miller@taftlaw.com

*Counsel for Select Industries Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____    x
In re:                                    :    Chapter 11
                                          :
DELPHI CORPORATION, *et al.*              :    Case No. 05-44481 (RDD)
                                          :
            Debtors.                      :    (Jointly Administered)
_____    x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      )    ss:
COUNTY OF NEW YORK    )

W. TIMOTHY MILLER, being duly sworn, deposes and states:

1. I am over the age of eighteen years and employed by Taft Stettinius & Hollister LLP, 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202, and I am not a party to the above-captioned action.

2. On August 9, 2007, I caused to be served a true and correct copy of the Response of Gobar Systems, Inc. in Opposition to Debtors' Nineteenth Omnibus Claims Objection on the parties listed on the attached Exhibit A.

{W1050540.1}

*/s/ W. Timothy Miller*
W. Timothy Miller

Sworn to before me this
9th day of August, 2007

*/s/ Pamela L. Rein*
Notary Public, State of Ohio
My Commission Expires:  July 21, 2009

{W1050540.1}

# EXHIBIT A

{W1050540.1}