IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
        In re                                           :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case No. 05-44481 (RDD)
                                                        :
                                Debtors.                :    (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

        I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

        On July 31, 2007, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight delivery:

        Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business, and customized exhibit (Docket No. 8816) [a copy of which is attached hereto as Exhibit B]

Dated: August 9, 2007

                                        _____/s/ Evan Gershbein_____
                                        Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   _____/s/ Leanne V. Rehder_____

Commission Expires:   ___3/2/08_____

# EXHIBIT A

Delphi Corporation
Additional Catalyst Assumption Notices

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Agreement |
|---|---|---|---|---|---|---|---|
| AlliedSignal, Inc. | | 101 Columbia Road | | Morristown, | NY | 07960 | Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |
| Ann Powell | Office of Research Services | University of New Mexico | Scholes Hall, RM 102 | Albuquerque, | NM | 87131 | Research Agreement between Delphi and University of New Mexico dated April 15, 2005 |
| Aramark Uniform Services | Attn:  Jon Thickstun, General Manager | 1450 NE Third Street | | Oklahoma City, | OK | 73117 | Purchase Order No. 18316 |
| General Motors Corporation | Powertrain Division | 777 Joslyn Ave | | Pontiac, | MI | 48348 | Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |
| Israel E. Wachs | Department of Chemical Engineering | Iacocca Hall | 111 Research Drive | Bethlehem, | PA | 18015 | Master Agreement with Lehigh University dated as of September 4, 2002 |
| Israel E. Wachs | Department of Chemical Engineering | Iacocca Hall | 111 Research Drive | Bethlehem, | PA | 18015 | Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| Israel E. Wachs | Operando Molecular Spectroscopy and Catalysis Laboratory | Sinclair Lab, 7 Asa Drive | | Bethlehem, | PA | 18015 | Master Agreement with Lehigh University dated as of September 4, 2002 |
| Israel E. Wachs | Operando Molecular Spectroscopy and Catalysis Laboratory | Sinclair Lab, 7 Asa Drive | | Bethlehem, | PA | 18015 | Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| Lehigh University | Research Accounting | 526 Brodhead Avenue | | Bethlehem, | PA | 18015 | Academic Partnerships Master Agreement with Lehigh University dated September 4, 2002 |
| Lehigh University | Research Accounting | 526 Brodhead Avenue | | Bethlehem, | PA | 18015 | Academic Partnership Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| Realist Technology Limited Partnership | | 555 Pleasantdale Road | | Doraville, | GA | 30340 | RTL/Delphi License for India, dated November 3, 1997 |
| Realist Technology Limited Partnership | | 555 Pleasantdale Road | | Doraville, | GA | 30340 | RTL/Delphi License for South Africa, dated November 3, 1997 |
| Realist Technology Limited Partnership | | 555 Pleasantdale Road | | Doraville, | GA | 30340 | RTL/Delphi License for Brazil, dated November 3, 1997 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

8/1/2007 11:40 AM
Additional Catalyst Assumption notices 070731

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In re                       :    Chapter 11
                      :

DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                      :

            Debtor.   :    (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO PURCHASERS IN CONNECTION WITH
SALE OF CATALYST BUSINESS

PLEASE TAKE NOTICE THAT:

      1.      Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on June 29**,** 2007, Delphi Corporation

("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set

forth in the Agreement (the "Selling Debtor Entities")[1] have entered into a Master Sale And

Purchase Agreement ("Agreement") with Umicore and certain of its affiliates (the

"Purchasers") for the purchase of substantially all of the assets exclusively used in the

catalyst business of Delphi Corporation.

       2.      Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and assign the prepetition contracts

(the "Assumed Contracts") and assign the postpetition contracts (the "Postpetition Contracts")

listed on Exhibit 1 hereto to the Purchasers at the hearing to be held at 10:00 a.m. (prevailing

Eastern time) on August 16, 2007 (the "Sale Hearing") before the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 610, New York, New York 10004.

       3.      Objections, if any, to the assumption and assignment of an Assumed

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Amended

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems
(Holding) Inc., Delphi Automotive Systems LLC, Exhaust Systems Corporation, Environmental
Catalysts, LLC, Delphi Technologies, Inc., ASEC Manufacturing General Partnership, and ASEC Sales
General Partnership.  Certain assets will be sold under the Agreement by non-debtor affiliates of the
Selling Debtor Entities listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the
selling non-Debtor affiliates are collectively referred to as the "Sellers."

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P.

2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice,

Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No.

5418) (together with the Supplemental Case Management Order, the "Case Management

Orders"), (d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so it is actually received within ten days

after the date of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactions & Restructuring), (iii) counsel

to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite

2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Brian M. Fern), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the

official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for

the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson

LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii)

counsel for the Purchasers, Goodwin Procter LLP, 901 New York Avenue, N.W.,

Washington, DC 20001 (Att'n: J. Hovey Kemp), and (ix) the Office of the United States

3

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

       4.     If an objection to the assumption and assignment of an Assumed Contract is timely filed and received, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at the Sale Hearing or such date and time as the Court may schedule.  If no objection is timely received, the non-Debtor party to the Assumed Contract will be deemed to have consented to the assumption and assignment of the Assumed Contract and will be forever barred from asserting any other claims, including, but not limited to, the propriety or effectiveness of the assumption and assignment of the Assumed Contract, against the Selling Debtor Entities or the Purchasers, or the property of either of them.

       5.     Pursuant to 11 U.S.C. § 365, there is adequate assurance of future performance that the Cure Amount set forth in the Cure Notice will be paid in accordance with the terms of the Sale Approval Order.  Further, there is adequate assurance of the Purchasers' future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Purchasers.

6.      Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and/or assignment of any Assumed Contract or

Postpetition Contract and provide a new notice amending the information provided in this

Notice.

Dated:  New York, New York
        July 31, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT 1

AlliedSignal, Inc.
101 Columbia Road
Morristown, NY 07960

| **Contract to be assumed and/or assigned:** |
| --- |
| Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |

# EXHIBIT 1

Ann Powell
Office of Research Services
University of New Mexico
Scholes Hall, RM 102
Albuquerque, NM 87131



| **Contract to be assumed and/or assigned:** |
| :---: |
| Research Agreement between Delphi and University of New Mexico dated April 15, 2005 |

# EXHIBIT 1

Aramark Uniform Services
Attn:  Jon Thickstun, General Manager
1450 NE Third Street
Oklahoma City, OK 73117

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 18316 |

# EXHIBIT 1

General Motors Corporation
Powertrain Division
777 Joslyn Ave
Pontiac, MI 48348

| Contract to be assumed and/or assigned: |
|:---:|
| Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |

# EXHIBIT 1

Israel E. Wachs
Department of Chemical Engineering
Iacocca Hall
111 Research Drive
Bethlehem, PA 18015



| Contract to be assumed and/or assigned: |
| --- |
| Master Agreement with Lehigh University dated as of September 4, 2002 |

# EXHIBIT 1

Israel E. Wachs
Department of Chemical Engineering
Iacocca Hall
111 Research Drive
Bethlehem, PA 18015



| Contract to be assumed and/or assigned: |
| --- |
| Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Israel E. Wachs
Operando Molecular Spectroscopy and Catalysis Laboratory
Sinclair Lab, 7 Asa Drive
Bethlehem, PA 18015



| Contract to be assumed and/or assigned: |
| --- |
| Master Agreement with Lehigh University dated as of September 4, 2002 |

# EXHIBIT 1

Israel E. Wachs
Operando Molecular Spectroscopy and Catalysis Laboratory
Sinclair Lab, 7 Asa Drive
Bethlehem, PA 18015



| **Contract to be assumed and/or assigned:** |
|---|
| Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Avenue
Bethlehem, PA 18015

| Contract to be assumed and/or assigned: |
| :---: |
| Academic Partnerships Master Agreement with Lehigh University dated September 4, 2002 |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Avenue
Bethlehem, PA 18015

| Contract to be assumed and/or assigned: |
| :---: |
| Academic Partnership Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Realist Technology Limited Partnership
555 Pleasantdale Road
Doraville, GA 30340

| Contract to be assumed and/or assigned: |
| --- |
| RTL/Delphi License for India, dated November 3, 1997 |

# EXHIBIT 1

Realist Technology Limited Partnership
555 Pleasantdale Road
Doraville, GA 30340

| Contract to be assumed and/or assigned: |
| --- |
| RTL/Delphi License for South Africa, dated November 3, 1997 |

# EXHIBIT 1

Realist Technology Limited Partnership
555 Pleasantdale Road
Doraville, GA 30340

| Contract to be assumed and/or assigned: |
| --- |
| RTL/Delphi License for Brazil, dated November 3, 1997 |