IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

<u>AFFIDAVIT OF SERVICE</u>

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 1, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit A</u> hereto via overnight delivery:

Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Qualified Bidder In Connection To Sale Of Catalyst Business (Docket No. 8837) [a copy of which is attached hereto as <u>Exhibit B</u>]

On August 1, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via overnight delivery:

Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Qualified Bidder In Connection To Sale Of Catalyst Business, and customized exhibit (Docket No. 8837) [a copy of which is attached hereto as <u>Exhibit B</u>]

Dated: August 9, 2007

_____*/s/ Evan Gershbein*_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2007, by
Evan Gershbein, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____*/s/ Leanne V. Rehder*_____

Commission Expires: ___*3/2/08*_____

# EXHIBIT A

Delphi Corporation
Catalyst Assumption Special Parties

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country | Party/Function |
|------|-----------|----------|----------|------|-------|-----|---------|----------------|
| A-1 Specialized Services & Supplies Inc | Ashok Kumar | PO Box 270 | | Croydon | PA | 19021 | | For A-1 Specialized Services & Supplies Inc: |
| Blank Rome LLP | Marc E Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | For Denso International America Inc: |
| Hebert Schenk PC | Barbara Lee Caldwell | 4742 North 24th Street Suite 100 | | Phoenix | AZ | 85016 | | For Maricpoa County: |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker | 660 Woodward Avenue | Suite 2290 | Detroit | MI | 48226 | | For General Motors Corporation: |
| Nixon Peabody LLP | William S Thomas Jr | 1100 Clinton Square | | Rochester | NY | 14604 | | For Corning Incorporated: |
| Varroc Exhaust Systems Pvt Ltd | Sanjay Sachdev | General Manager - Corp Legal Affairs | B-14 MIDC Area Chakan | Maharahstra | Dist - Pune | 410 501 | India | For Varroc Exhaust Systems Pvt Ltd: |

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In re                      :    Chapter 11
                      :

DELPHI CORPORATION, et al.,  :    Case No. 05-44481 (RDD)
                      :

           Debtor.    :    (Jointly Administered)
                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO QUALIFIED BIDDER
IN CONNECTION TO SALE OF CATALYST BUSINESS

PLEASE TAKE NOTICE THAT:

        1.      Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on June 29, 2007, Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities")[1] have entered into a Master Sale And Purchase Agreement ("Agreement") with Umicore and certain of its affiliates (the "Purchasers") for the purchase of substantially all of the assets primarily used in the catalyst business of Delphi.

2.      Pursuant to the Bidding Procedures set forth in the Bidding Procedures Order, the following party has submitted a Qualified Bid for the assets primarily used in the catalyst business of Delphi and will participate in an Auction to be held on **August 8, 2007, 10:00 a.m. (prevailing Eastern time)** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, or such later time or other place as the Selling Debtor Entities will notify all Qualified Bidders who have submitted Qualified Bids (but in no event later than the second Business Day prior to the Sale Hearing):

| **Qualified Bidder** |
| --- |
| **Catalytic Solutions, Inc.** |

3.      Pursuant to the terms of the Agreement (or any asset sale and purchase agreement that the Selling Debtor Entities may enter into with the Successful Bidder), the Selling Debtor Entities will seek to assume and assign the prepetition contracts (the "Assumed Contracts") and assign the postpetition contracts (the "Postpetition Contracts")

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems (Holding) Inc., Delphi Automotive Systems LLC, Exhaust Systems Corporation, Environmental Catalysts, LLC, Delphi Technologies, Inc., ASEC Manufacturing General Partnership, and ASEC Sales General Partnership.  Certain assets will be sold under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the Agreement.  The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

listed on <u>Exhibit 1</u> hereto to the Purchasers or the Successful Bidder, as case may be, subject

to approval at the hearing to be held at **10:00 a.m. (prevailing Eastern time) on August 16,**

**2007** (the "Sale Hearing") before the Honorable Robert D. Drain, United States Bankruptcy

Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, Room 610, New York, New York 10004.

      4.     Objections, if any, to the assumption and assignment of an Assumed

Contract to a Qualified Bidder, who may ultimately become the Successful Bidder, must (a)

be in writing, (b) state with specificity the reasons for such objection, (c) conform to the

Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District

of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R.

Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II)

Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006

(Docket No. 2883) (the "Supplemental Case Management Order") and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures, entered October 26, 2006 (Docket No. 5418)

(together with the Supplemental Case Management Order, the "Case Management Orders"),

(d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form <u>so they are actually received</u> within ten days

after the date of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons and Brian M. Fern), (iv)

counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450

Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian

Resnick), (v) counsel for the official committee of unsecured creditors, Latham & Watkins

LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark

A. Broude), (vi) counsel for the official committee of equity security holders, Fried, Frank,

Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n:

Bonnie Steingart), (vii) counsel for the Purchaser, Goodwin Procter LLP, 901 New York

Avenue, N.W., Washington, DC 20001 (Att'n: J. Hovey Kemp), and (viii) the Office of the

United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100,

New York, New York 10004 (Att'n:  Alicia M. Leonhard).

        5.      If an objection to the assumption and assignment of an Assumed

Contract is timely filed and received, a hearing with respect to the objection will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, at the Sale Hearing or such other date and time as the Court

may schedule.  If no objection is timely filed and received, the non-Debtor party to the

Assumed Contract will be deemed to have consented to the assumption and assignment of the

Assumed Contract and will be forever barred from asserting any other claims as to such

Assumed Contract, including, but not limited to, the propriety or effectiveness of the

assumption and assignment of the Assumed Contract, against the Selling Debtor Entities or

the Purchasers, or the property of either of them.

6.      Pursuant to 11 U.S.C. § 365, there is adequate assurance that the Cure

Amount set forth in the Cure Notice will be paid in accordance with the terms of the Sale

Approval Order.  Further, there is adequate assurance of the Qualified Bidder's future

performance under the executory contract or unexpired lease to be assumed and assigned

because of the significant resources of the Qualified Bidder.

7.      Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and/or assignment of any Assumed Contract or

Postpetition Contract and provide a new notice amending the information provided in this

Notice.

Dated:  New York, New York
        August 1, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By:  /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

5

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| **Contract to be assumed and/or assigned:** |
|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed and/or assigned: |
| --- |
| Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |

# EXHIBIT 1

A 1 Specialized Services
2707 State Rd
Croydon, PA 19021-0270

| Contract to be assumed and/or assigned: |
|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| **Contract to be assumed and/or assigned:** |
| --- |
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| **Contract to be assumed and/or assigned:** |
|:---:|
| Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |

# EXHIBIT 1

A 1 Specialized Services & Supplies Inc
PO Box 270
Croydon, PA 19021

| **Contract to be assumed and/or assigned:** |
|---|
| Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |

# EXHIBIT 1

A&B Process Systems, Corp.
201 S. Wisconsin Avenue
Stratford, WI 54484

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with A&B Process Systems dated 5/23/2002 |

# EXHIBIT 1

AirFlow Catalyst Systems
183 E. Main Street
Suite 925
Rochester, NY 14604

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidential Information Agreement between AirFlow Catalyst Systems and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |

# EXHIBIT 1

ALL AMERICAN FIRE SYSTEMS, INC.
21125 EAST 480 ROAD
CLAREMORE, OK 74017

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. M41384 |

# EXHIBIT 1

ALLIEDSIGNAL INC
VICE PRESIDENT AND GENERAL COUNSEL ENGINEERED MATERIALS
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

| **Contract to be assumed and/or assigned:** |
| --- |
| Sales Transfer Agreement among AlliedSignal, General Motors Corporation, Exhaust Systems of GM, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V. and Financiere AlliedSignal SA dated November 4, 1994 |

# EXHIBIT 1

ALLIEDSIGNAL INC
VICE PRESIDENT AND GENERAL COUNSEL ENGINEERED MATERIALS
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

| Contract to be assumed and/or assigned: |
|---|
| Manufacturing Transfer Agreement among AlliedSignal, General Motors Corporation, Exhaust Systems of GM, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V. and Financiere AlliedSignal SA dated November 4, 1994 |

# EXHIBIT 1

AlliedSignal, Inc.
101 Columbia Road
Morristown, NJ 07960

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |

# EXHIBIT 1

AlliedSignal, Inc.
101 Columbia Road
Morristown, NY 07960

| **Contract to be assumed and/or assigned:** |
| --- |
| Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |

# EXHIBIT 1

Anckelmannsplatz
1 Hamburg
Hamburg D 20537
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidentiality Agreement between Delphi Catalysts, Sasol Olefins & Surfactants GmbH & Co. KG and Daichi dated May 7, 2004 |

# EXHIBIT 1

Ann Powell
Office of Research Services
University of New Mexico
Scholes Hall, RM 102
Albuquerque, NM 87131

| Contract to be assumed and/or assigned: |
| --- |
| Research Agreement between Delphi and University of New Mexico dated April 15, 2005 |

# EXHIBIT 1

APPLIED CONTROLS CORPORATION
PO BOX 1526
BROKEN ARROW, OK 74013-1526

| Contract to be assumed and/or assigned: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |

# EXHIBIT 1

Aramark Uniform Services
Attn:  Jon Thickstun, General Manager
1450 NE Third Street
Oklahoma City, OK 73117

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 18316 |

# EXHIBIT 1

Barton Construction
2702 E N Sheridan
Tulsa, OK 74115-2321

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Michael F. Henry P.E. Inc. dated 10/2/2002 |

# EXHIBIT 1

Barton Construction Co Inc
2702 E N Sheridan
Tulsa, OK 74115-2321

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Barton Construction dated 5/24/2002 |

# EXHIBIT 1

Benteler Automotive
320 Hall St Sw
Grand Rapids, MI 49507

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 5500001765 |

# EXHIBIT 1

Bill Tuggle
2241 East Skelly Drive St.5
Tulsa, OK 74105

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Master Pumps & Equipment Corp. dated 3/22/2002 |

# EXHIBIT 1

Black Box Network Services
(Frmly Norstan)
SDS 12-0976
PO Box 86
Minneapolis, MN 55486-0976

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 21885 |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk 630090
Russia

| Contract to be assumed and/or assigned: |
|---|
| Research Agreement No. 00274-03 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated October 23, 2000.  First Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated September 21, 2001.  Second Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Third Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Fourth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated November 15, 2002.  Fifth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 3, 2003.  Sixth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated June 17, 2003.  Seventh Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated April 7, 2004.  Eighth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated January 26, 2004.  Ninth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 24, 2005.  Tenth Amendment.  Eleventh Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy and Chassis Systems dated December 11, 2006. |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk 630090
Russia

| Contract to be assumed and/or assigned: |
| :---: |
| Service Agreement 04354-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |

# EXHIBIT 1

Boreskov Institute of Catalysis
5 Lavrentieva Avenue
Novosibirsk 630090
Russia

| **Contract to be assumed and/or assigned:** |
| --- |
| Service Agreement 02327-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |

# EXHIBIT 1

Brenda Harris
105 Temperature Lane
Statesville, NC 28677

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with JMS Southeast Inc. dated 6/4/2002 |

# EXHIBIT 1

Brenntag Southwest Inc
206 E Morrow
Sand Springs, OK 74063

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50195 |

# EXHIBIT 1

Brenntag Southwest Inc
PO Box 970230
Dallas, TX 75397-0230

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50195 |

# EXHIBIT 1

BRUKER AXIS INC.
19 FORTUNE DR
BILLERICA, MA 01821

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order No. 22388 |

# EXHIBIT 1

BSI INSPECTORATE PRECIOUS METALS
12000 AERO SPACE ST 200
HOUSTON, TX 77034

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order No. 21046 |

# EXHIBIT 1

C & L Development Corporation
12930 Saratoga Ave Ste D6
Saratoga, CA 95070

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50212 |

# EXHIBIT 1

CDW
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order No. 17068 |

# EXHIBIT 1

Chemineer, Inc
Al Harold
5870 Poe Avenue
Dayton OH 45414

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Chemineer, Inc. dated 2/6/2002 |

# EXHIBIT 1

CHRYSLER CORP
MR LAWRENCE R BISKNER
MANUFACTURING GROUP ACCOUNTING
7150 METROPOLITAN PKWY
STERLING HEIGHTS, MI 48312

| Contract to be assumed and/or assigned: |
| :---: |
| Long Term Productivity Agreement between DaimlerChrysler Corporation and Delphi Energy & Chassis Systems dated 1/7/2007 |

# EXHIBIT 1

Chrysler Corp.
Mr. Lawrence R. Biskner
Manufacturing Group Accounting
7150 Metropolitan Pkwy
Sterling Heights MI 48312

| **Contract to be assumed and/or assigned:** |
| --- |
| Noble Metal Stock Account Agreement between DaimlerChrysler Corporation and Delphi Automotive Systems LLC |

# EXHIBIT 1

Cimbar Performance Minerals
1212 Ave Of The Americas
New York, NY 10036-1689

| Contract to be assumed and/or assigned: |
| --- |
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
25 Old River Rd Se
Cartersville, GA 30120

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
K W Zank Trust Div A C5115114
Detroit, MI 48226

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50218 |

# EXHIBIT 1

Cimbar Performance Minerals
Lockbox 577
Carolstream, IL 60132-0577

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50218 |

# EXHIBIT 1

City of Tulsa
Rogers County Port Authority
5301 West Channel Road
Tulsa's Port of Catoosa
Catoosa, OK 74105

| **Contract to be assumed and/or assigned:** |
| :---: |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

City of Tulsa
Rogers County Port Authority
5301 West Channel Road
Tulsa's Port of Catoosa
Catoosa, OK 74105



| **Contract to be assumed and/or assigned:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

CLIENTELE
8100 SW NYBERG RD
TUALATIN, OR 97062

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 21893 |

# EXHIBIT 1

CONTRARIAN FUNDS LLC AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL
INC DBA ARAMARK UNIFORM SERVICES
ATTN ALPA JIMENEZ
STAR SOURCE MANAGEMENT SERVICES
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 18316 |

# EXHIBIT 1

CORNING INCORPORATED
AP 01 E8B
CORNING, NY 14831

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Attn Corporate Secretary
One Riverfront Plz
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

CORNING INCORPORATED
CORPORATE SECRETARY
ONE RIVERFRONT PLZ
CORNING, NY 14831



| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |

# EXHIBIT 1

CORNING INCORPORATED
CORPORATE SECRETARY
ONE RIVERFRONT PLZ
CORNING, NY 14831



| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Ron Rogers
50 W Big Beaver Rd
Troy, MI 48084

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

CORNING INCORPORATED
RON ROGERS
50 W BIG BEAVER RD
TROY, MI 48084



| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |

# EXHIBIT 1

CORNING INCORPORATED
RON ROGERS
50 W BIG BEAVER RD
TROY, MI 48084



| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50186 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
|:---:|
| Contract Order No. 50187 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50188 |

# EXHIBIT 1

Corning Incorporated
Ap 01 E8b
Corning, NY 14831

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50189 |

# EXHIBIT 1

Daiichi Kigenso Kagaku Kogyo Company, Ltd.
6-38 Hirabayashi Minami 1-Chome
Suminoe-ku
Osaka 559-0025
Japan



| Contract to be assumed and/or assigned: |
| :---: |
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

Daimlerchrysler Corporation
Attn Nancy Broyles
Cims 484 04 10
800 Chrysler Dr
Auburn Hills, MI 48326-2757



| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Nos. O4559089, O4559090, O4559074, O5559316, O4559076, O5559311, O5559004, O4559075, O4559074, O7559025, O7559032, O7559027, O5559304, O6559025, O5559310, O7559026, O5559309, O8559030 |

# EXHIBIT 1

David A Matthews
1317 S 77th E Ave
Tulsa, OK 74112

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 21083 |

# EXHIBIT 1

DAVID MATTHEWS
1317 S. 77TH E AVE
TULSA, OK 74112

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. 22257 |

# EXHIBIT 1

DAVID MAYFIELD CONSTRUCTION COMPANY
1298 HIGHWAY 13
CUNNINGHAM, TN 37052

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Joe Mayfield Construction Co. Inc. dated 6/3/2002 |

# EXHIBIT 1

David Milum II
dba Tri-Pro Consulting
202-B Pringle Circle
Green Cove Springs, FL 32043

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Nos. 20655, 20656 and 22127 |

# EXHIBIT 1

Dell
Edward Spater
One Dell Way
Round Rock, TX 78682

| Contract to be assumed and/or assigned: |
| --- |
| ASEC - Dell Server Support Agreement |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 18444 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 18796 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 181838 |

# EXHIBIT 1

Dell Computer
One Dell Way
Round Rock, TX 78682

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 17075 |

# EXHIBIT 1

DELL FINANCIAL SERVICES
99355 COLLECTION CENTER DR
CHICAGO, IL 60693

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 22748 |

# EXHIBIT 1

Denso International America Inc
Attn Carol Sowa
24777 Denso Dr
Southfield, MI 48033

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50084 |

# EXHIBIT 1

Denso International America Inc
PO Box 5133
Southfield, MI 48086-5133

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50084 |

# EXHIBIT 1

Denso International America Inc
PO Box 88812
Chicago, IL 60695-1812

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50084 |

# EXHIBIT 1

Detroit Diesel Corporation
13400 Outer Drive West
Detroit, MI 48239

| Contract to be assumed and/or assigned: |
|---|
| Agreement between Detroit Diesel Corporation and Delphi Energy & Engine Management Systems division of General Motors Corporation dated 3/20/1996 |

# EXHIBIT 1

Draiswerke Inc
40 Whitney Road
Mahwah, NJ 07430

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Draiawerke, Inc. dated 3/25/2002 |

# EXHIBIT 1

Ed Wallace
2205 E.L. Anderson Blvd
Claremore, OK 74017

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Blackmer/Tarby Pumps dated 3/21/2002 |

# EXHIBIT 1

Engine Control Systems Ltd
165 Pony Dr
Newmarket ON L3Y7V1
Canada

| Contract to be assumed and/or assigned: |
| --- |
| Supply Agreement between Engine Control Systems, Ltd. and ASEC Sales |

# EXHIBIT 1

Epicor Software Corporation
18200 Von Karman
Suite #1000
Irvine, CA 92612

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 21893 |

# EXHIBIT 1

Eversharp Tool Inc
11350 E 60th Pl
Tulsa, OK 74146-6817

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Eversharp Tool, Ind. Dated 4/30/2003 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. M29398 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 12999 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 12834 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 15588 |

# EXHIBIT 1

First American Capital Mgmt Group
527 Marquette Ave. South
1600 Rand Tower
Minneapolis, MN 55402

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 12559 |

# EXHIBIT 1

FIRST AMERICAN CAPITAL MGMT. GROUP
527 MARQUETTE AVE. SOUTH
1600 RAND TOWER
MINNEAPOLIS, MN 55402

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. 12834, 12999, 15588 & M29398 |

# EXHIBIT 1

Gary Martin
415 E. Houston
Broken Arrow, OK 74012

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Werco Inc. dated 10/25/2002 |

# EXHIBIT 1

General Motors Corporation
GM Euro Metals
Russelsheim, D-65423
Germany

| **Contract to be assumed and/or assigned:** |
|---|
| Consignment Agreement for Platinum Group Metal between GMC and ASEC Manufacturing Sales (Pty) Ltd. owned by Delphi Automotive Systems (Holding), Inc. dated January 31, 2001 |

# EXHIBIT 1

General Motors Corporation
GM Euro Metals
Russelsheim, D-65424
Germany

| **Contract to be assumed and/or assigned:** |
|---|
| Consignment Agreement for Platinum Group Metals between GM and ASEC Manufacturing Sales SAS dated 3/30/01 |

# EXHIBIT 1

General Motors Corporation
Powertrain Division
777 Joslyn Ave
Pontiac, MI 48348

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Nos. 550015396, 550014835, 550016206, 550060257, 550060259, 550055386, 550055387, 550063956, 550063957, 550060416, 550059663, 550059665, 550077234, 550014714 |

# EXHIBIT 1

GENERAL MOTORS CORPORATION
POWERTRAIN DIVISION
777 JOSLYN AVE
PONTIAC, MI 48348

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |

# EXHIBIT 1

General Motors Corporation
Powertrain Division
777 Joslyn Ave
Pontiac, MI 48348

| Contract to be assumed and/or assigned: |
| --- |
| Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |

# EXHIBIT 1

GM CORPORATION POWERTRAIN
777 JOSLYN AVE
PONTIAC, MI 48340-2925



| **Contract to be assumed and/or assigned:** |
|---|
| Consignment Agreement for Platinum Group Metal between GMC and ASEC owned by Exhaust Systems Incorporated and Environmental Catalyst, LLC dated 12/20/2000; First Amendment dated March 24, 2001 to Consignment Agreement for Platinum Group Metals between GM and ASEC dated December 21, 2000 |

# EXHIBIT 1

Grace Davison
4127 Collections Ctr Dr
Chicago, IL 60693

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50214 |

# EXHIBIT 1

Grace Davison
7500 Grace Drive
Columbia, MD 21044-4098

| Contract to be assumed and/or assigned: |
| --- |
| Confidential Information Agreement between Grace Davison and Delphi Energy and Chassis Systems, a division of Delphi Automotive Systems LLC |

# EXHIBIT 1

Grace Davison
PO Box 75147
Charlotte, NC 28275

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50214 |

# EXHIBIT 1

Grace Davison W R Grace & Co Conn
Attn Manager Credit & Collections
7500 Grace Dr
Columbia, MD 21044

| Contract to be assumed and/or assigned: |
| --- |
| Contract Order No. 50214 |

# EXHIBIT 1

Harcros Chemicals Inc
3810 S Elwood Ave
Tulsa, OK 74107

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

Harcros Chemicals Inc
5200 Speaker Rd
Kansas City, KS 66106

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

Harcros Chemicals Inc
PO Box 74583 Br 0006
Chicago, IL 60690

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50210 |

# EXHIBIT 1

HARLEY FINANCIAL SERVICES
PO BOX 702904
TULSA, OK 74170-2904

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 19516 |

# EXHIBIT 1

HASLER LEASING/GE CAPITAL CORP
3000 LAKESIDE DR SUITE 200N
BANNOCKBURN, IL 60015

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No. 19218 |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth 6000
South Africa

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Chemicals Sa Pty
PO Box 1987
Port Elizabeth 6000
South Africa

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metal Processing Inc
c/o Jason J Dejonker Esq
Mcdermott Will & Emery Llp
227 W Monroe St
Chicago, IL 60606-5096

| Contract to be assumed and/or assigned: |
| --- |
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metals Processing
PO Box 910468
Dallas, TX 75391-0468

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Metals Processing Inc
Formerly PGP Industries
13429 Alondra Blvd
Santa Fe, CA 90670

| **Contract to be assumed and/or assigned:** |
|---|
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 50112 |

# EXHIBIT 1

Heraeus Precious Metals Management LLC
540 Madison Avenu
New York, NY 10022

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |

# EXHIBIT 1

Hercules Incorporated
Aqualon Division
Hercules Plz
1313 N Market St
Wilmington, DE 19894-0001

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50221 |

# EXHIBIT 1

Hercules Incorporated
Aqualon Division
Hercules Plz
Wilmington, DE 19894-0001

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50221 |

# EXHIBIT 1

Hercules Incorporated
PO Box 846046
Dallas, TX 75284-6046

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50221 |

# EXHIBIT 1

HERITAGE CRYSTAL CLEAN
PO BOX 68123
INDIANAPOLIS, IN 46268

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. M41277 |

# EXHIBIT 1

Hewlett-Packard Company
MS 5518
8000 Foothills Blvd
Roseville, CA 95747

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 22120 |

# EXHIBIT 1

HOLLY EQUIPMENT SALES
8180 EAST 46TH STREET
TULSA, OK 74145

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 21226 |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton 2198
South Africa

| **Contract to be assumed and/or assigned:** |
| --- |
| Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC |

# EXHIBIT 1

Impala Platinum Limited
Isle Of Houghton
3rd Fl Old Trafford 4
Boundary Rd
Houghton 2198
South Africa

| **Contract to be assumed and/or assigned:** |
|---|
| Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. |

# EXHIBIT 1

Industrial Equipment & Design Company
110 American Blvd., Suite 1
Turnersville, NJ 08012

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Industrial Equipment & Design Company dated 3/6/2002 |

# EXHIBIT 1

Inventory Limited
2 Lansdowne Crescent
Suite 240
Bournemouth BH1 1SA
United Kingdom

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 20991 |

# EXHIBIT 1

Israel E. Wachs
Department of Chemical Engineering
Iacocca Hall
111 Research Drive
Bethlehem, PA 18015

| **Contract to be assumed and/or assigned:** |
| --- |
| Master Agreement with Lehigh University dated as of September 4, 2002 |

# EXHIBIT 1

Israel E. Wachs
Department of Chemical Engineering
Iacocca Hall
111 Research Drive
Bethlehem, PA 18015



| Contract to be assumed and/or assigned: |
| --- |
| Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Israel E. Wachs
Operando Molecular Spectroscopy and Catalysis Laboratory
Sinclair Lab, 7 Asa Drive
Bethlehem, PA 18015

| Contract to be assumed and/or assigned: |
| --- |
| Master Agreement with Lehigh University dated as of September 4, 2002 |

# EXHIBIT 1

Israel E. Wachs
Operando Molecular Spectroscopy and Catalysis Laboratory
Sinclair Lab, 7 Asa Drive
Bethlehem, PA 18015

| **Contract to be assumed and/or assigned:** |
|---|
| Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

JET SPECIALTY
4339 S. 93RD, EAST AVE.
TULSA, OK 74145

| Contract to be assumed and/or assigned: |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Jet Specialty dated 5/22/2002 |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| Contract to be assumed and/or assigned: |
| --- |
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Alfa Aesar
30 Bond St
Ward Hill, MA 01835-8099

| Contract to be assumed and/or assigned: |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Inc
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai 201613
China

| **Contract to be assumed and/or assigned:** |
| --- |
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| **Contract to be assumed and/or assigned:** |
|---|
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Inc
PO Box 88848
Dept 110
Chicago, IL 60695-1848



| Contract to be assumed and/or assigned: |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Inc.
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai 201613
China

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Inc.
88 Dong Xing Road
Song Jiang Industrial Zone
Shanghai, 201613
China

| **Contract to be assumed and/or assigned:** |
|---|
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Plc
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed and/or assigned:** |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey Plc
Precious Metals Marketing Division
2001 Nolte Dr
Dept 310
Chicago, IL 60695-1877

| Contract to be assumed and/or assigned: |
| :---: |
| Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |

# EXHIBIT 1

Johnson Matthey PLC
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

Johnson Matthey Plc
Precious Metals Marketing Division
2001 Nolte Dr
West Deptford, NJ 08066

| **Contract to be assumed and/or assigned:** |
| --- |
| Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

# EXHIBIT 1

Johnson Matthey PLC
PO Box 88877
Dept 310
Chicago, IL 60695-1877

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50226 |

# EXHIBIT 1

KELLY TEMPORARY SERVICES
3121 UNIVERSITY DR  STE 160
AUBURN HILLS, MI 48326

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 19938 |

# EXHIBIT 1

K-tron America
Routes 55 & 553
Pitman, NJ 08071

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |

# EXHIBIT 1

KUNZ JANITORIAL
7835 S GRANITE AVE
TULSA, OK 74136

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order No. M41402 |

# EXHIBIT 1

L.I.M.S. (USA), Inc.
4000 Hollywood Blvd
Ste. 730N
Hollywood, FL 33021

| Contract to be assumed and/or assigned: |
| :---: |
| Purchase Order No. 21768 |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Ave
Bethlehem, PA 18015

| **Contract to be assumed and/or assigned:** |
| --- |
| Academic Partnerships Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Avenue
Bethlehem, PA 18015

| Contract to be assumed and/or assigned: |
| --- |
| Academic Partnerships Master Agreement with Lehigh University dated September 4, 2002 |

# EXHIBIT 1

Lehigh University
Research Accounting
526 Brodhead Avenue
Bethlehem, PA 18015



| **Contract to be assumed and/or assigned:** |
|---|
| Academic Partnership Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |

# EXHIBIT 1

LESTER ASSOCIATES
P.O. BOX 354
CHATHAM, NJ 07928

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 19513 |

# EXHIBIT 1

Lester Associates Inc.
383 Main St Ste 202
PO Box 354
Chatham, NJ 07928-2100

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 19513 |

# EXHIBIT 1

Magnesium Electron Inc.
500 Point Breeze Road
Flemington, NJ 0882

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Magnesium Elektron Inc
C O Jerrold S Kulback Esq
Archer & Greiner Pc
One Centennial Sq
Haddonfield, NJ 08033

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Inc
500 Point Breeze Rd
Flemington, NJ 08822-9111

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Inc
PO Box 8500 2480
Philadelphia, PA 19178-2480

| Contract to be assumed and/or assigned: |
| --- |
| Contract Order No. 50217 |

# EXHIBIT 1

Magnesium Elektron Ltd.
Lums Lane
Clifton Junction
Swinton
Manchester M27 8LS
England

| **Contract to be assumed and/or assigned:** |
|---|
| Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Mark Kennon
5401 S. Sheridon
Tulsa, OK 74145

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |

# EXHIBIT 1

Martin Marietta Energy Systems, Inc.
PO Box 2009
Oak Ridge, TN 37831-8242

| Contract to be assumed and/or assigned: |
| --- |
| Stevenson-Wydler Cooperative Research and Development Agreement between Martin Marietta Energy Systems, Inc. and General Motors AC Rochester dated 1993 |

# EXHIBIT 1

Maybee and Associates
Mr. Don Maybee
7015 Fieldcrest Rd.
Brighton, MI 48116

| **Contract to be assumed and/or assigned:** |
|---|
| Sales Representative Agreement between Delphi Automotive Systems LLC and Tawas Industries Components, Inc. dated December 7, 2005 |

# EXHIBIT 1

McDonnell Information Systems Incorporated
5310 Beethoven Street
Los Angeles, CA 90066

| Contract to be assumed and/or assigned: |
| --- |
| Agreement between ASEC and MDIS - CHESS Agreement #2427 dated 9/29/1995 |

# EXHIBIT 1

Metropolitan Life Insurance Company
Attention:  Robert C. Love, Vice President
25300 Telegraph Road, Suite 580
Southfield, MI 48034

| **Contract to be assumed and/or assigned:** |
| --- |
| Dental Care Benefits Administrative Services Agreement between Metropolitan Life Insurance Company and ASEC Manufacturing Company, effective January 1, 2001 |

# EXHIBIT 1

Micro-Tel Center
3700 Holcomb Bridge Rd.
Norcross, GA 30092

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 21685 |

# EXHIBIT 1

MIDLAND RECYCLING
MIDAMERICA RECYCLING
2742 S.E. MARKET ST.
DES MOINES, IA 50317

| **Contract to be assumed and/or assigned:** |
|:---:|
| Purchase Order No. 15982 |

# EXHIBIT 1

Mitsubishi Corporation
6-3, Marunouchi 2-Chome
Chiyoda-Ku
Tokyo 100-86
Japan

| Contract to be assumed and/or assigned: |
| --- |
| Noble Metal Stock Account Agreement between Allied-Signal Automotive Catalyst Company, a division of Allied-Signal Inc. and Mitsubishi Corporation dated 7/1/1990 |

# EXHIBIT 1

MITSUBISHI MOTORS CORPORATION
33-8 SHIBA 5-CHOME
MINATO-KU
TOKYO, 108
JAPAN

| **Contract to be assumed and/or assigned:** |
| --- |
| General Agreement For Purchase Of Catalyst between Automotive Products Division, UOP Inc. and Mitsubishi Motors Corporation dated 7/12/1982 along with Amendments thereto dated 1/6/1988 and 10/21/1994 |

# EXHIBIT 1

NANOSTELLER INC.
3696 HAVEN AVENUE
REDWOOD CITY, CA 94063

| **Contract to be assumed and/or assigned:** |
| --- |
| Proprietary Information Agreement between Nanostellar, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated January 5, 2006 |

# EXHIBIT 1

Nanox Inc
4975 Rideau Street
Quebec QC
Canada

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidential Information Agreement Nanox, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated October 1, 2005 |

# EXHIBIT 1

National Instruments
11500 N. Mopac Expwy
Bldg. A
Austin, TX 78759-3504

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 21800 |

# EXHIBIT 1

NGK Automotive Ceramics USA Inc
119 Mazzeppa Rd
Mooresville, NC 28115

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. 50028 |

# EXHIBIT 1

NGK Spark Plug Mfg Usa Inc
PO Box 2943
Charleston, WV 25330-2943

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 50028 |

# EXHIBIT 1

Nippon Light Metal Company Limited
2-20 Higashi-Shinagawa 2 chome
Shinagawa-ku
Tokyo 140-8628
Japan

| Contract to be assumed and/or assigned: |
| :---: |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

NN Chemical Corporation
Roppongi 25 Mori Bldg.
4-30 Roppongi 1-chome
Minato-ku
Tokyo 106-0032
Japan

| **Contract to be assumed and/or assigned:** |
|---|
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

Norit Americas
3200 University Ave
PO Box 790
Marshall, TX 75670

| **Contract to be assumed and/or assigned:** |
|---|
| Confidential Information Agreement between Norit Americas, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective June 22, 2006 |

# EXHIBIT 1

Nyacol Nano Technologies Inc
Megunko Rd
PO Box 349
Ashland, MA 01721-0349

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50219 |

# EXHIBIT 1

Nyacol Nano Technologies Inc
PO Box 847928
Boston, MA 02284-7928

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50219 |

# EXHIBIT 1

Office of Research Services
Ann Powell
University of New Mexico
Scholes Hall, RM 102
Albuquerque, NM 87131

| **Contract to be assumed and/or assigned:** |
|---|
| University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 |

# EXHIBIT 1

OMG Americas Inc
811 Sharon Dr
Westlake, OH 44145-1522

| **Contract to be assumed and/or assigned:** |
|:---:|
| Contract Order No. 50216 |

# EXHIBIT 1

OMG Americas Inc
PO Box 6066n
Cleveland, OH 44193

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50216 |

# EXHIBIT 1

ORAFTI
Aandorenstraat 1
Tienen, 3300
Belgium

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with ORAFTI dated 10/14/2002 |

# EXHIBIT 1

Pacific Industrial Development Corp.
4788 Runway Blvd.
Ann Arbor, MI 48108

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidential Information Agreement between Pacific Industrial Development Corp. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective November 2, 2005 |

# EXHIBIT 1

Pathfinder Systems, Inc.
200 Union Blvd., Suite 300
Lakewood, CO 80228-1831

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |

# EXHIBIT 1

Pattison Precision
Raymond Pattison
701 North 15th Street
Broken Arrow, OK 74012

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Pattison Precision dated 10/25/2002 |

# EXHIBIT 1

PC Computers & Software Inc
8125-G E 51st St
Tulsa, OK 74145

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 20469 |

# EXHIBIT 1

PC Computers & Software Inc
8125-G E 51st St
Tulsa, OK 74145

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 20621 |

# EXHIBIT 1

Performance Industries
20 Lake Marian
Carpentersville, IL 60102



| **Contract to be assumed and/or assigned:** |
|---|
| Proprietary Information Agreement between Performance Industries and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |

# EXHIBIT 1

PERKIN ELMER LLC
761 MAIN AVE
MAIL STATION 10
NORWALK, CT 06859-0010

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. 19863 |

# EXHIBIT 1

PERKIN ELMER LLC
PO BOX 101668
ATLANTA, GA 30392-1668

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 19863 |

# EXHIBIT 1

Philadelphia Mixer Company
PO Box 8500 2180
Philadelphia, PA 19178-2180

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |

# EXHIBIT 1

PREMIER MANUFACTURING SUPPORT SVC
2828 HIGHLAND AVE.
CINCINNATI, OH 45212

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. M41284 |

# EXHIBIT 1

PREMIER MANUFACTURING SUPPORT SVC
PO BOX 73287
CHICAGO, IL 60673-7287

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. M41284 |

# EXHIBIT 1

Premier Mill
1 Birchmont Drive
Reading, PA 19606-3298

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Premier Mill dated 3/22/2002 |

# EXHIBIT 1

Prime Systems Incorporated
32915 Aurora Rd.
Suite 100
Solon, OH 44139

| Contract to be assumed and/or assigned: |
| --- |
| ASEC & PRIME (Software License agreement) dated 09/16/1996 |

# EXHIBIT 1

PSI Water Systems, Inc.
97 Eddy Rd. Unit 6
Manchester, NH 03102

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with PSI Water Systems, Inc. dated 7/17/2002 |

# EXHIBIT 1

QEK Global Solutions (US) Inc.
Cindy Vest
6001 N. Adams Rd. Ste. 100
Bloomfield Hills, MI 48304

| **Contract to be assumed and/or assigned:** |
| --- |
| Leased VEL Test Vehicles |

# EXHIBIT 1

Radley Corporation
23077 Greenfield
Ste. 440
Southfield, MI 48075

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 17677 |

# EXHIBIT 1

Realist Technology Limited Partnership
555 Pleasantdale Road
Doraville, GA 30340

| **Contract to be assumed and/or assigned:** |
| --- |
| RTL/Delphi License for India, dated November 3, 1997 |

# EXHIBIT 1

Realist Technology Limited Partnership
555 Pleasantdale Road
Doraville, GA 30340

| Contract to be assumed and/or assigned: |
| --- |
| RTL/Delphi License for South Africa, dated November 3, 1997 |

# EXHIBIT 1

Realist Technology Limited Partnership
555 Pleasantdale Road
Doraville, GA 30340

| Contract to be assumed and/or assigned: |
| --- |
| RTL/Delphi License for Brazil, dated November 3, 1997 |

# EXHIBIT 1

Rhodia E&C Inc.
259 Prospect Plains Road
Cranbury, NJ 08512

| Contract to be assumed and/or assigned: |
| :---: |
| Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Rhodia Electronics and Catalysis
26 rue Chef de Baie
La Rochelle 17000
France

| **Contract to be assumed and/or assigned:** |
|:---:|
| Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

# EXHIBIT 1

Rodney Schilt
2700 N. Hemlock Ct. St. 1108
Broken Arrrow, OK 74012

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Joe Mayfield Construction Co. Inc. dated 6/3/2002 |

# EXHIBIT 1

Ron Bridie
12211 E. 51st Street
Tulsa, OK 74146

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Vinson Process Controls dated 10/29/2002 |

# EXHIBIT 1

Rosemount Inc.
12001 Technology Dr Ab03
Eden Prairie, MN 55344

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with Rossmount Inc. dated 10/29/2002 |

# EXHIBIT 1

Sabin Metal Corporation
300 Pantigo Pl
Ste 102
East Hampton, NY 11937

| **Contract to be assumed and/or assigned:** |
| --- |
| Letter from Delphi Corporation dated October 23, 2002 to Sabin Metal. |

# EXHIBIT 1

Sachem
PO Box 915043
Dallas, TX 75391-5043

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50222 |

# EXHIBIT 1

Sachem Inc
821 E Woodward St
Austin, TX 74704-7418

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50222 |

# EXHIBIT 1

Sasol Germany Gmbh
Attn Accounting
Anckelmannsplatz 1
Postfach 60 23 05
Hamburg D-22223
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50225 |

# EXHIBIT 1

Sasol Germany Gmbh
Inorganic Specialty Chemicals
Attn Dr Stefan Maedje
Anckelmannsplatz 1
Hamburg D 20537
Germany

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50225 |

# EXHIBIT 1

Sasol Vista Chemical
PO Box 910855
Dallas, TX 75391-0855

| **Contract to be assumed and/or assigned:** |
| --- |
| Contract Order No. 50225 |

# EXHIBIT 1

SealMaster, Inc.
368 Martinel Dr
Kent, OH 44240-4368

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with SealMaster, Inc. dated 8/3/2002 |

# EXHIBIT 1

SEBRING SYSTEMS TECHNICAL, INC.
9726 EAST 42ND STREET
SUITE 201
TULSA, OK 74146

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 22420 |

# EXHIBIT 1

Sebring Systems Technologies, Inc.
9726 East 42nd Street
Suite 201
Tulsa, OK 74146

| **Contract to be assumed and/or assigned:** |
|---|
| Sebring Systems Technologies Inc. Client Service Agreement; Client Service Agreement dated June 4, 2001. |

# EXHIBIT 1

SECURENET INC.
12211 EAST 52ND STREET SOUTH
SUITE 301
TULSA, OK 74146

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 22625 |

# EXHIBIT 1

SECURITAS
12672 COLLECTIONS CENTER DR
CHICAGO, IL 60693

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 22017 |

# EXHIBIT 1

SECURITAS COMPANIES
12672 COLLECTIONS CENTER DR
CHICAGO, IL 60693

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 22017 |

# EXHIBIT 1

Seltech, Inc
5321 S Sheridan Rd Ste 31
Tulsa, OK 74153

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Seltech, Inc. dated 6/5/2002 |

# EXHIBIT 1

Shainin LLC
3115 T Avenue
Anacortes, WA 98221

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 19545 |

# EXHIBIT 1

SIEMENS WATER TECHNOLOGY CORP.
9410 EAST 51ST STREET
SUITE V
TULSA, OK 74145

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 19270, 19278 & 19279 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 21967 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 21771 |

# EXHIBIT 1

Software Spectrum
22721 E Mission
Liberty Lake, WA 99019

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 19151 |

# EXHIBIT 1

Software Spectrum
3480 Lotus Drive
Plano, TX 75075

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 2 21799 |

# EXHIBIT 1

Software Spectrum
3480 Lotus Drive
Plano, TX 75075

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 21798 |

# EXHIBIT 1

Sojitz Corporation
1-20 Akasaka 6-chome
Minato-ku
Tokyo 107-8655
Japan

| **Contract to be assumed and/or assigned:** |
| --- |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Sojitz Corporation Of America
1211 Ave Of The Americas
New York, NY 10036

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50213 |

# EXHIBIT 1

Sojitz Corporation of America
1211 Avenue of Americas
New York, NY 10036

| **Contract to be assumed and/or assigned:** |
| --- |
| Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |

# EXHIBIT 1

Sojitz Corporation of America
1211 Avenue of the Americas
New York, NY 10036

| Contract to be assumed and/or assigned: |
|:---:|
| Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |

# EXHIBIT 1

Sojitz Corporation Of America
PO Box 360913m
Pittsburgh, PA 15251

| Contract to be assumed and/or assigned: |
| --- |
| Contract Order No. 50213 |

# EXHIBIT 1

SOUTHERN MATERIAL HANDLING COMPANY
PO BOX 470890
8118 E. 44TH STREET
TULSA, OK 74147-0890

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 17846 |

# EXHIBIT 1

STARSOURCE MANAGEMENT SERVICES
24301 CATHERINE INDUSTRIAL DR
SUITE 124
NOVI, MI 48375

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. 18316 |

# EXHIBIT 1

STERICYCLE INC
PO BOX 9001588
LOUISVILLE, KY 40290-1588

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 20638 |

# EXHIBIT 1

STERICYCLE INC
PO BOX 9001590
LOUISVILLE, KY 40290-1590

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order No. 20638 |

# EXHIBIT 1

Steve Bartmier
9764 E. 55th Pl.
Tulsa, OK 74146

| **Contract to be assumed and/or assigned:** |
|---|
| Delphi Automotive Systems Confidentiality Agreement with North East Ok Mfg. dated 10/25/2002 |

# EXHIBIT 1

Sud-Chemie AG Waldheimer
Str. 15
Heufeld Bayern 80352
Germany

| **Contract to be assumed and/or assigned:** |
| --- |
| Proprietary Information Agreement between Sud-Chemie AG Waldheimer Str. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective October 1, 2005 |

# EXHIBIT 1

T MOBILE WIRELESS
ATTN: BANKRUPTCY DEPT
PO BOX 3410
BELLEVUE, WA 98015

| **Contract to be assumed and/or assigned:** |
| --- |
| Account No. 313-858-725 |

# EXHIBIT 1

Telnet Software
PO Box 2008
MS 6294
Oak Ridge, TN 37831

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order No. 19151 |

# EXHIBIT 1

Tiense Suikerraffinaderij
Aandorenstraat 1
Tienen, 3300
Belgium

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidentiality Agreement by and between Tiense Suikerraffinaderij and Delphi Automotive Systems dated October 14, 2002 |

# EXHIBIT 1

T-MOBILE
PO BOX 790047
ST LOUIS, MO 63179-0047

| **Contract to be assumed and/or assigned:** |
|---|
| Account No. 313-858-725 |

# EXHIBIT 1

Tom Darter
16116 University Oak
San Antonio, TX 78249

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Jet Specialty dated 5/22/2002 |

# EXHIBIT 1

Tosoh Corporation
3-8-2, Shiba
Minato-Ku
Tokyo 105-8623
Japan

| **Contract to be assumed and/or assigned:** |
| --- |
| Confidential Information Agreement between Tosoh Corporation and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective May 1, 2005 |

# EXHIBIT 1

Tosoh Usa Inc
Attn Finance Dept Pam Schmittler
3600 Gantz Rd
Grove City, OH 43123

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50224 |

# EXHIBIT 1

Tosoh Usa Inc
PO Box 712368
Cincinnati, OH 45271-2368

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50224 |

# EXHIBIT 1

TRI-PRO CONSULTING
DAVID MILUM II
202-B PRINGLE CIRCLE
GREEN COVE SPRINGS, FL 32043

| **Contract to be assumed and/or assigned:** |
|---|
| Purchase Order No. 22127 |

# EXHIBIT 1

U.S. CELLULAR
6701 E 41ST STREET
TULSA, OK 74145

| **Contract to be assumed and/or assigned:** |
|---|
| Account No. 940-304-883 |

# EXHIBIT 1

Umicore Marketing Services
3120 Highwoods Blvd Ste 110
Raleigh, NC 27604

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. 50207 |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60017-5017

| **Contract to be assumed and/or assigned:** |
|:---:|
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60117-5017



| **Contract to be assumed and/or assigned:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
25 E Alogonquin Rd
Des Plaines, IL 60017-5017

| **Contract to be assumed and/or assigned:** |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| Contract to be assumed and/or assigned: |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| Contract to be assumed and/or assigned: |
| :---: |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
2511 Country Club Blvd
Ste 265
North Orlmsted, OH 44070

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| **Contract to be assumed and/or assigned:** |
| --- |
| Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314



| **Contract to be assumed and/or assigned:** |
| --- |
| Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |

# EXHIBIT 1

UOP LLC
Dept Ch10314
Palatine, IL 60055-0314

| Contract to be assumed and/or assigned: |
|---|
| Contract Order No. 50215 |

# EXHIBIT 1

Vanco Engineering Co
7033 E 40th
Tulsa, OK 74145

| Contract to be assumed and/or assigned: |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |

# EXHIBIT 1

VARROC ENGINEERING PVT. LTD
E-4 MIDC WALUJ
AURANGABAD
MAHARASHTRA, 431136
INDIA

| Contract to be assumed and/or assigned: |
| --- |
| Side Letter Agreement between Varroc Engineering Pvt. Ltd; Varroc Exhaust Systems Pvt. Ltd; Delphi Automotive Systems Pvt. Ltd., Delphi Automotive Systems LLC; Delphi Technologies, Inc. dated May 12, 2005; First Amendment dated July 15, 2006 to the Side Letter Agreement concerning production of catalysts from Delphi to Varroc Engineering Pvt. Ltd. and Varroc Exhaust Systems Pvt. Ltd. |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad
Maharashtra 431136
India

| **Contract to be assumed and/or assigned:** |
| --- |
| Technology License Agreement between Varroc Exhaust Systems Pvt. Ltd. and DTI Dated May 12, 2005. First Amendment Deed to The Technology License Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Technologies, Inc. |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad
Maharashtra 431136
India



| **Contract to be assumed and/or assigned:** |
| --- |
| DAS Technical Assistance Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The DAS Technical Assistance Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |

# EXHIBIT 1

Varroc Exhaust Systems Pvt. Ltd.
E-4, MIDC, Waluj
Aurangabad
Maharashtra 431136
India

| **Contract to be assumed and/or assigned:** |
| --- |
| Technical Efficiency Services Agreement dated May 12, 2005 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems LLC dated May 12, 2005. First Amendment Deed to The Technical Efficiency Services Agreement dated July 15, 2006 between Varroc Exhaust Systems Pvt. Ltd. and Delphi Automotive Systems, LLC |

# EXHIBIT 1

VERDE VISTA RESOURCES INC
405 E KENOSHA
BROKEN ARROW, OK 74012

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order No. M41417 |

# EXHIBIT 1

VINSON PROCESS CONTROLS
1432 WAINWRIGHT WAY, SUITE100
CARROLLTON, TX 75007-4880

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Vinson Process Controls dated 10/29/2002 |

# EXHIBIT 1

W C Heraeus GmbH & co Kg
Heraeusstr 12 – 14
Hanau 63450
Germany

| Contract to be assumed and/or assigned: |
| --- |
| Bailment Agreement between Delphi Automotive Systems LLC and W.C. Heraeus GmbH & Co., KG dated July 1, 2003. |

# EXHIBIT 1

Young Industries
PO Box 30
Muncy, PA 17756-0030

| **Contract to be assumed and/or assigned:** |
| --- |
| Delphi Automotive Systems Confidentiality Agreement with Young Industries dated 11/1/2002 |

# EXHIBIT C

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |
| A 1 Specialized Services | | 2707 State Rd | | Croydon, | PA | 19021-0270 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated December 1, 2004 |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Letter dated 9/16/02 from A-1 Specialized Services to Delphi Corporation. |
| A 1 Specialized Services & Supplies Inc | | PO Box 270 | | Croydon, | PA | 19021 | | Platinum Group Metals Supply Agreement between Delphi Automotive Systems LLC and A-1 Specialized Services dated October 20, 2006 |
| A&B Process Systems, Corp. | | 201 S. Wisconsin Avenue | | Stratford, | WI | 54484 | | Delphi Automotive Systems Confidentiality Agreement with A&B Process Systems dated 5/23/2002 |
| AirFlow Catalyst Systems | | 183 E. Main Street | Suite 925 | Rochester, | NY | 14604 | | Confidential Information Agreement between AirFlow Catalyst Systems and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |
| ALL AMERICAN FIRE SYSTEMS, INC. | | 21125 EAST 480 ROAD | | CLAREMORE, | OK | 74017 | | Purchase Order No. M41384 |
| ALLIEDSIGNAL INC | VICE PRESIDENT AND GENERAL COUNSEL ENGINEERED MATERIALS | 101 COLUMBIA ROAD | | MORRISTOWN, | NJ | 07962 | | Sales Transfer Agreement among AlliedSignal, General Motors Corporation, Exhaust Systems of GM, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V. and Financiere AlliedSignal SA dated November 4, 1994 |
| ALLIEDSIGNAL INC | VICE PRESIDENT AND GENERAL COUNSEL ENGINEERED MATERIALS | 101 COLUMBIA ROAD | | MORRISTOWN, | NJ | 07962 | | Manufacturing Transfer Agreement among AlliedSignal, General Motors Corporation, Exhaust Systems of GM, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V. and Financiere AlliedSignal SA dated November 4, 1994 |
| AlliedSignal, Inc. | | 101 Columbia Road | | Morristown, | NJ | 07960 | | Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |
| AlliedSignal, Inc. | | 101 Columbia Road | | Morristown, | NY | 07960 | | Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |
| Anckelmannsplatz | | 1 Hamburg | | Hamburg | | D 20537 | Germany | Confidentiality Agreement between Delphi Catalysts, Sasol Olefins & Surfactants GmbH & Co. KG and Daichi dated May 7, 2004 |
| Ann Powell | Office of Research Services | University of New Mexico | Scholes Hall, RM 102 | Albuquerque, | NM | 87131 | | Research Agreement between Delphi and University of New Mexico dated April 15, 2005 |
| APPLIED CONTROLS CORPORATION | | PO BOX 1526 | | BROKEN ARROW, | OK | 74013-1526 | | Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |
| Aramark Uniform Services | Attn: Jon Thickstun, General Manager | 1450 NE Third Street | | Oklahoma City, | OK | 73117 | | Purchase Order No. 18316 |
| Barton Construction | | 2702 E N Sheridan | | Tulsa, | OK | 74115-2321 | | Delphi Automotive Systems Confidentiality Agreement with Michael F. Henry P.E. Inc. dated 10/2/2002 |
| Barton Construction Co Inc | | 2702 E N Sheridan | | Tulsa, | OK | 74115-2321 | | Delphi Automotive Systems Confidentiality Agreement with Barton Construction dated 5/24/2002 |
| Benteler Automotive | | 320 Hall St Sw | | Grand Rapids, | MI | 49507 | | Purchase Order No. 5500001765 |
| Bill Tuggle | | 2241 East Skelly Drive St.5 | | Tulsa, | OK | 74105 | | Delphi Automotive Systems Confidentiality Agreement with Master Pumps & Equipment Corp. dated 3/22/2002 |
| Black Box Network Services | (Frmly Norstan) | SDS 12-0976 | PO Box 86 | Minneapolis, | MN | 55486-0976 | | Purchase Order No. 21885 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 8

8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

Catalyst Assumption Notice Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Boreskov Institute of Catalysis | | 5 Lavrentieva Avenue | | Novosibirsk | | 630090 | Russia | Research Agreement No. 00274-03 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated October 23, 2000.  First Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated September 21, 2001.  Second Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Third Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated July 15, 2002.  Fourth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated November 15, 2002.  Fifth Amendment to Research Agreement #00274-03 of October 23, 2000 between Boreskov Institute of Catalysis and ASEC Manufacturing, Delphi Energy & Chassis Systems dated March 3, 2003.  Sixth Amendment |
| Boreskov Institute of Catalysis | | 5 Lavrentieva Avenue | | Novosibirsk | | 630090 | Russia | Service Agreement 04354-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |
| Boreskov Institute of Catalysis | | 5 Lavrentieva Avenue | | Novosibirsk | | 630090 | Russia | Service Agreement 02327-07 between Boreskov Institute of Catalysis and Delphi Automotive Systems |
| Brenda Harris | | 105 Temperature Lane | | Statesville, | NC | 28677 | | Delphi Automotive Systems Confidentiality Agreement with JMS Southeast Inc. dated 6/4/2002 |
| Brenntag Southwest Inc | | 206 E Morrow | | Sand Springs, | OK | 74063 | | Contract Order No. 50195 |
| Brenntag Southwest Inc | | PO Box 970230 | | Dallas, | TX | 75397-0230 | | Contract Order No. 50195 |
| BRUKER AXIS INC. | | 19 FORTUNE DR | | BILLERICA, | MA | 01821 | | Purchase Order No. 22388 |
| BSI INSPECTORATE PRECIOUS METALS | | 12000 AERO SPACE ST 200 | | HOUSTON, | TX | 77034 | | Purchase Order No. 21046 |
| C & L Development Corporation | | 12930 Saratoga Ave Ste D6 | | Saratoga, | CA | 95070 | | Contract Order No. 50212 |
| CDW | | 200 N. Milwaukee Avenue | | Vernon Hills, | IL | 60061 | | Purchase Order No. 17068 |
| Chemineer, Inc | Al Harold | 5870 Poe Avenue | | Dayton | OH | 45414 | | Delphi Automotive Systems Confidentiality Agreement with Chemineer, Inc. dated 2/6/2002 |
| CHRYSLER CORP | MR LAWRENCE R BISKNER | MANUFACTURING GROUP ACCOUNTING | 7150 METROPOLITAN PKWY | STERLING HEIGHTS, | MI | 48312 | | Long Term Productivity Agreement between DaimlerChrysler Corporation and Delphi Energy & Chassis Systems dated 1/7/2007 |
| Chrysler Corp. | Mr. Lawrence R. Biskner | Manufacturing Group Accounting | 7150 Metropolitan Pkwy | Sterling Heights | MI | 48312 | | Noble Metal Stock Account Agreement between DaimlerChrysler Corporation and Delphi Automotive Systems LLC |
| Cimbar Performance Minerals | | 1212 Ave Of The Americas | | New York, | NY | 10036-1689 | | Contract Order No. 50218 |
| Cimbar Performance Minerals | | 25 Old River Rd Se | | Cartersville, | GA | 30120 | | Contract Order No. 50218 |
| Cimbar Performance Minerals | | K W Zank Trust Div A C5115114 | | Detroit, | MI | 48226 | | Contract Order No. 50218 |
| Cimbar Performance Minerals | | Lockbox 577 | | Carolstream, | IL | 60132-0577 | | Contract Order No. 50218 |
| City of Tulsa | Rogers County Port Authority | 5301 West Channel Road | Tulsa's Port of Catoosa | Catoosa, | OK | 74105 | | Lease Agreement entered into on the March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| City of Tulsa | Rogers County Port Authority | 5301 West Channel Road | Tulsa's Port of Catoosa | Catoosa, | OK | 74105 | | Lease Agreement entered into on March 15, 1974 by and between the City of Tulsa-Rogers County Port Authority and Universal Oil Products Company. December 1, 1981 Amendment to the Lease Agreement between the City of Tulsa-Rogers County Port Authority and UOP Inc., formerly Universal Oil Products Company. |
| CLIENTELE | | 8100 SW NYBERG RD | | TUALATIN, | OR | 97062 | | Purchase Order No. 21893 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ARAMARK UNIFORM & CAREER APPAREL INC DBA ARAMARK UNIFORM SERVICES | ATTN ALPA JIMENEZ | STAR SOURCE MANAGEMENT SERVICES | 411 W PUTNAM AVE STE 225 | GREENWICH, | CT | 06830 | | Purchase Order No. 18316 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 2 of 8                    8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| CORNING INCORPORATED | | AP 01 E8B | | CORNING, | NY | 14831 | | Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50186 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50187 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50188 |
| Corning Incorporated | Attn Corporate Secretary | One Riverfront Plz | | Corning, | NY | 14831 | | Contract Order No. 50189 |
| CORNING INCORPORATED | CORPORATE SECRETARY | ONE RIVERFRONT PLZ | | CORNING, | NY | 14831 | | Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |
| CORNING INCORPORATED | CORPORATE SECRETARY | ONE RIVERFRONT PLZ | | CORNING, | NY | 14831 | | Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50186 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50187 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50188 |
| Corning Incorporated | Ron Rogers | 50 W Big Beaver Rd | | Troy, | MI | 48084 | | Contract Order No. 50189 |
| CORNING INCORPORATED | RON ROGERS | 50 W BIG BEAVER RD | | TROY, | MI | 48084 | | Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |
| CORNING INCORPORATED | RON ROGERS | 50 W BIG BEAVER RD | | TROY, | MI | 48084 | | Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005.  Addendum to the Delphi Automotive Systems Long Term Contract between Corning Incorporated and Delphi Automotive Systems LLC through its Energy & Chassis Division dated May 1, 2005 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50186 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50187 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50188 |
| Corning Incorporated | | Ap 01 E8b | | Corning, | NY | 14831 | | Contract Order No. 50189 |
| Daiichi Kigenso Kagaku Kogyo Company, Ltd. | | 6-38 Hirabayashi Minami 1-Chome | Suminoe-ku | Osaka | | 559-0025 | Japan | Confidential Information Agreement made and effective as of January 1, 2005 by and between Sojitz Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |
| Daimlerchrysler Corporation | Attn Nancy Broyles | Cims 484 04 10 | 800 Chrysler Dr | Auburn Hills, | MI | 48326-2757 | | Purchase Order Nos. O4559089, O4559090, O4559074, O5559316, O4559076, O5559311, O5559004, O4559075, O4559074, O7559025, O7559032, O7559027, O5559304, O6559025, O5559310, O7559026, O5559309, O8559030 |
| David A Matthews | | 1317 S 77th E Ave | | Tulsa, | OK | 74112 | | Purchase Order No. 21083 |
| DAVID MATTHEWS | | 1317 S. 77TH E AVE | | TULSA, | OK | 74112 | | Purchase Order No. 22257 |
| DAVID MAYFIELD CONSTRUCTION COM | | 1298 HIGHWAY 13 | | CUNNINGHAM, | TN | 37052 | | Delphi Automotive Systems Confidentiality Agreement with Joe Mayfield Construction Co. Inc. dated 6/3/2002 |
| David Milum II | dba Tri-Pro Consulting | 202-B Pringle Circle | | Green Cove Springs, | FL | 32043 | | Purchase Order Nos. 20655, 20656 and 22127 |
| Dell | Edward Spater | One Dell Way | | Round Rock, | TX | 78682 | | ASEC - Dell Server Support Agreement |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 18444 |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 18796 |
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 181838 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 8

8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Dell Computer | | One Dell Way | | Round Rock, | TX | 78682 | | Purchase Order No. 17075 |
| DELL FINANCIAL SERVICES | | 99355 COLLECTION CENTER DR | | CHICAGO, | IL | 60693 | | Purchase Order No. 22748 |
| Denso International America Inc | Attn Carol Sowa | 24777 Denso Dr | | Southfield, | MI | 48033 | | Contract Order No. 50084 |
| Denso International America Inc | | PO Box 5133 | | Southfield, | MI | 48086-5133 | | Contract Order No. 50084 |
| Denso International America Inc | | PO Box 88812 | | Chicago, | IL | 60695-1812 | | Contract Order No. 50084 |
| Detroit Diesel Corporation | | 13400 Outer Drive West | | Detroit, | MI | 48239 | | Agreement between Detroit Diesel Corporation and Delphi Energy & Engine Management Systems division of General Motors Corporation dated 3/20/1996 |
| Draisewerke Inc | | 40 Whitney Road | | Mahwah, | NJ | 07430 | | Delphi Automotive Systems Confidentiality Agreement with Draiawerke, Inc. dated 3/25/2002 |
| Ed Wallace | | 2205 E.L. Anderson Blvd | | Claremore, | OK | 74017 | | Delphi Automotive Systems Confidentiality Agreement with Blackmer/Tarby Pumps dated 3/21/2002 |
| Engine Control Systems Ltd | | 165 Pony Dr | | Newmarket | ON | L3Y7V1 | Canada | Supply Agreement between Engine Control Systems, Ltd. and ASEC Sales |
| Epicor Software Corporation | | 18200 Von Karman | Suite #1000 | Irvine, | CA | 92612 | | Purchase Order No. 21893 |
| Eversharp Tool Inc | | 11350 E 60th Pl | | Tulsa, | OK | 74146-6817 | | Delphi Automotive Systems Confidentiality Agreement with Eversharp Tool, Ind. Dated 4/30/2003 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. M29398 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 12999 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 12834 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 15588 |
| First American Capital Mgmt Group | | 527 Marquette Ave. South | 1600 Rand Tower | Minneapolis, | MN | 55402 | | Purchase Order No. 12559 |
| FIRST AMERICAN CAPITAL MGMT. GROUP | | 527 MARQUETTE AVE. SOUTH | 1600 RAND TOWER | MINNEAPOLIS, | MN | 55402 | | Purchase Order No. 12834, 12999, 15588 & M29398 |
| Gary Martin | | 415 E. Houston | | Broken Arrow, | OK | 74012 | | Delphi Automotive Systems Confidentiality Agreement with Werco Inc. dated 10/25/2002 |
| General Motors Corporation | GM Euro Metals | | | Russelsheim, | | D-65423 | Germany | Consignment Agreement for Platinum Group Metal between GMC and ASEC Manufacturing Sales (Pty) Ltd. owned by Delphi Automotive Systems (Holding), Inc. dated January 31, 2001 |
| General Motors Corporation | GM Euro Metals | | | Russelsheim, | | D-65424 | Germany | Consignment Agreement for Platinum Group Metals between GM and ASEC Manufacturing Sales SAS dated 3/30/01 |
| General Motors Corporation | Powertrain Division | 777 Joslyn Ave | | Pontiac, | MI | 48348 | | Purchase Order Nos. 550015396, 550014835, 550016206, 550060257, 550060259, 550055386, 550055387, 550063956, 550063957, 550060416, 550059663, 550059665, 550077234, 550014714 |
| GENERAL MOTORS CORPORATION | POWERTRAIN DIVISION | 777 JOSLYN AVE | | PONTIAC, | MI | 48348 | | Purchase and Sale Agreement among General Motors Corporation, Exhaust Systems Corporation, Environmental Catalysts, LLC, AlliedSignal Environmental Catalysts, Inc. and Allied Signal, Inc. dated June 22, 1998 |
| General Motors Corporation | Powertrain Division | 777 Joslyn Ave | | Pontiac, | MI | 48348 | | Transfer Agreement dated November 4, 1994 between AlliedSignal Inc., General Motors Corporation, AlliedSignal Environmental Catalysts Inc., AlliedSignal Automotive de Mexico S.A. de C.V., and Financiere AlliedSignal SA. |
| GM CORPORATION POWERTRAIN | | 777 JOSLYN AVE | | PONTIAC, | MI | 48340-2925 | | Consignment Agreement for Platinum Group Metal between GMC and ASEC owned by Exhaust Systems Incorporated and Environmental Catalyst, LLC dated 12/20/2000; First Amendment dated March 24, 2001 to Consignment Agreement for Platinum Group Metals between GM and ASEC dated December 21, 2000 |
| Grace Davison | | 4127 Collections Ctr Dr | | Chicago, | IL | 60693 | | Contract Order No. 50214 |
| Grace Davison | | 7500 Grace Drive | | Columbia, | MD | 21044-4098 | | Confidential Information Agreement between Grace Davison and Delphi Energy and Chassis Systems, a division of Delphi Automotive Systems LLC |
| Grace Davison | | PO Box 75147 | | Charlotte, | NC | 28275 | | Contract Order No. 50214 |
| Grace Davison W R Grace & Co Conn | Attn Manager Credit & Collections | 7500 Grace Dr | | Columbia, | MD | 21044 | | Contract Order No. 50214 |
| Harcros Chemicals Inc | | 3810 S Elwood Ave | | Tulsa, | OK | 74107 | | Contract Order No. 50210 |
| Harcros Chemicals Inc | | 5200 Speaker Rd | | Kansas City, | KS | 66106 | | Contract Order No. 50210 |
| Harcros Chemicals Inc | | PO Box 74583 Br 0006 | | Chicago, | IL | 60690 | | Contract Order No. 50210 |
| HARLEY FINANCIAL SERVICES | | PO BOX 702904 | | TULSA, | OK | 74170-2904 | | Purchase Order No. 19516 |
| HASLER LEASING/GE CAPITAL CORP | | 3000 LAKESIDE DR SUITE 200N | | BANNOCKBURN, | IL | 60015 | | Purchase Order No. 19218 |
| Heraeus Chemicals Sa Pty | | PO Box 1987 | | Port Elizabeth | | 6000 | South Africa | Purchase Order No. 50112 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 4 of 8
8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Heraeus Chemicals Sa Pty | | PO Box 1987 | | Port Elizabeth | | 6000 | South Africa | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Metal Processing Inc | c/o Jason J Dejonker Esq | Mcdermott Will & Emery Llp | 227 W Monroe St | Chicago, | IL | 60606-5096 | | Purchase Order No. 50112 |
| Heraeus Metal Processing Inc | c/o Jason J Dejonker Esq | Mcdermott Will & Emery Llp | 227 W Monroe St | Chicago, | IL | 60606-5096 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Metals Processing | | PO Box 910468 | | Dallas, | TX | 75391-0468 | | Purchase Order No. 50112 |
| Heraeus Metals Processing | | PO Box 910468 | | Dallas, | TX | 75391-0468 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Metals Processing Inc | Formerly PGP Industries | 13429 Alondra Blvd | | Santa Fe, | CA | 90670 | | Purchase Order No. 50112 |
| Heraeus Metals Processing Inc | Formerly PGP Industries | 13429 Alondra Blvd | | Santa Fe, | CA | 90670 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Heraeus Precious Metals Management LLC | | 540 Madison Avenu | | New York, | NY | 10022 | | Purchase Order No. 50112 |
| Heraeus Precious Metals Management LLC | | 540 Madison Avenu | | New York, | NY | 10022 | | Contract between Heraeus and Delphi Automotive Systems LLC dated July 24, 2004 |
| Hercules Incorporated | Aqualon Division | Hercules Plz | 1313 N Market St | Wilmington, | DE | 19894-0001 | | Contract Order No. 50221 |
| Hercules Incorporated | Aqualon Division | Hercules Plz | | Wilmington, | DE | 19894-0001 | | Contract Order No. 50221 |
| Hercules Incorporated | | PO Box 846046 | | Dallas, | TX | 75284-6046 | | Contract Order No. 50221 |
| HERITAGE CRYSTAL CLEAN | | PO BOX 68123 | | INDIANAPOLIS, | IN | 46268 | | Purchase Order No. M41277 |
| Hewlett-Packard Company | | MS 5518 | 8000 Foothills Blvd | Roseville, | CA | 95747 | | Purchase Order No. 22120 |
| HOLLY EQUIPMENT SALES | | 8180 EAST 46TH STREET | | TULSA, | OK | 74145 | | Purchase Order No. 21226 |
| Impala Platinum Limited | Isle Of Houghton | 3rd Fl Old Trafford 4 | Boundary Rd | Houghton | | 2198 | South Africa | Precious Metals Supply Agreement dated November 2004 between Impala Platinum Limited and Delphi Automotive Systems, LLC |
| Impala Platinum Limited | Isle Of Houghton | 3rd Fl Old Trafford 4 | Boundary Rd | Houghton | | 2198 | South Africa | Precious Metals Supply Agreement dated December 2000 between Impala Platinum Limited and Delphi Automotive Systems, LLC. |
| Industrial Equipment & Design Company | | 110 American Blvd., Suite 1 | | Turnersville, | NJ | 08012 | | Delphi Automotive Systems Confidentiality Agreement with Industrial Equipment & Design Company dated 3/6/2002 |
| Inventory Limited | | 2 Lansdowne Crescent | | Bournemouth | | BH1 1SA | United Kingdom | Purchase Order No. 20991 |
| Israel E. Wachs | Department of Chemical Engineering | Iacocca Hall | 111 Research Drive | Bethlehem, | PA | 18015 | | Master Agreement with Lehigh University dated as of September 4, 2002 |
| Israel E. Wachs | Department of Chemical Engineering | Iacocca Hall | 111 Research Drive | Bethlehem, | PA | 18015 | | Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| Israel E. Wachs | Operando Molecular Spectroscopy and Catalysis Laboratory | Sinclair Lab, 7 Asa Drive | | Bethlehem, | PA | 18015 | | Master Agreement with Lehigh University dated as of September 4, 2002 |
| Israel E. Wachs | Operando Molecular Spectroscopy and Catalysis Laboratory | Sinclair Lab, 7 Asa Drive | | Bethlehem, | PA | 18015 | | Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| JET SPECIALTY | | 4339 S. 93RD, EAST AVE. | | TULSA, | OK | 74145 | | Delphi Automotive Systems Confidentiality Agreement with Jet Specialty dated 5/22/2002 |
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Contract Order No. 50226 |
| Johnson Matthey Alfa Aesar | | 30 Bond St | | Ward Hill, | MA | 01835-8099 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Inc | | 88 Dong Xing Road | Song Jiang Industrial Zone | Shanghai | | 201613 | China | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Contract Order No. 50226 |
| Johnson Matthey Inc | | PO Box 88848 | Dept 110 | Chicago, | IL | 60695-1848 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Inc. | | 88 Dong Xing Road | Song Jiang Industrial Zone | Shanghai | | 201613 | China | Contract Order No. 50226 |
| Johnson Matthey Inc. | | 88 Dong Xing Road | Song Jiang Industrial Zone | Shanghai, | | 201613 | China | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 5 of 8
8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

Catalyst Assumption Notice Special Parties

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Johnson Matthey Plc | PO Box 88877 | Dept 310 | | Chicago, | IL | 60695-1877 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey Plc | Precious Metals Marketing Division | 2001 Nolte Dr | Dept 310 | Chicago, | IL | 60695-1877 | | Johnson Matthey Confidentiality Agreement effective August 27, 2002 with Delphi Automotive Systems LLC |
| Johnson Matthey PLC | Precious Metals Marketing Division | 2001 Nolte Dr | | West Deptford, | NJ | 08066 | | Contract Order No. 50226 |
| Johnson Matthey Plc | Precious Metals Marketing Division | 2001 Nolte Dr | | West Deptford, | NJ | 08066 | | Bailment Agreement made and entered into on October 29, 2004 by and between Delphi Automotive Systems LLC and Johnson Matthey Inc |
| Johnson Matthey PLC | | PO Box 88877 | Dept 310 | Chicago, | IL | 60695-1877 | | Contract Order No. 50226 |
| KELLY TEMPORARY SERVICES | | 3121 UNIVERSITY DR  STE 160 | | AUBURN HILLS, | MI | 48326 | | Purchase Order No. 19938 |
| K-tron America | | Routes 55 & 553 | | Pitman, | NJ | 08071 | | Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |
| KUNZ JANITORIAL | | 7835 S GRANITE AVE | | TULSA, | OK | 74136 | | Purchase Order No. M41402 |
| L.I.M.S. (USA), Inc. | | 4000 Hollywood Blvd | Ste. 730N | Hollywood, | FL | 33021 | | Purchase Order No. 21768 |
| Lehigh University | Research Accounting | 526 Brodhead Ave | | Bethlehem, | PA | 18015 | | Academic Partnerships Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| Lehigh University | Research Accounting | 526 Brodhead Avenue | | Bethlehem, | PA | 18015 | | Academic Partnerships Master Agreement with Lehigh University dated September 4, 2002 |
| Lehigh University | Research Accounting | 526 Brodhead Avenue | | Bethlehem, | PA | 18015 | | Academic Partnership Master Agreement between LeHigh University and Delphi Automotive Corporation, LLC signed August 30, 2002 and September 4, 2002 |
| LESTER ASSOCIATES | | P.O. BOX 354 | | CHATHAM, | NJ | 07928 | | Purchase Order No. 19513 |
| Lester Associates Inc. | | 383 Main St Ste 202 | PO Box 354 | Chatham, | NJ | 07928-2100 | | Purchase Order No. 19513 |
| Magnesium Electron Inc. | | 500 Point Breeze Road | | Flemington, | NJ | 0882 | | Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |
| Magnesium Elektron Inc | C O Jerrold S Kulback Esq | Archer & Greiner Pc | One Centennial Sq | Haddonfield, | NJ | 08033 | | Contract Order No. 50217 |
| Magnesium Elektron Inc | | 500 Point Breeze Rd | | Flemington, | NJ | 08822-9111 | | Contract Order No. 50217 |
| Magnesium Elektron Inc | | PO Box 8500 2480 | | Philadelphia, | PA | 19178-2480 | | Contract Order No. 50217 |
| Magnesium Elektron Ltd. | Lums Lane | Clifton Junction | Swinton | Manchester | | M27 8LS | England | Confidential Information Agreement made and effective as of April 1, 2005 by and between Magnesium Elektron Ltd. and Magnesium Electron Inc. and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |
| Mark Kennon | | 5401 S. Sheridon | | Tulsa, | OK | 74145 | | Delphi Automotive Systems Confidentiality Agreement with Applied Controls Corp. dated 6/30/2002 |
| Martin Marietta Energy Systems, Inc. | | PO Box 2009 | | Oak Ridge, | TN | 37831-8242 | | Stevenson-Wydler Cooperative Research and Development Agreement between Martin Marietta Energy Systems, Inc. and General Motors AC Rochester dated 1993 |
| Maybee and Associates | Mr. Don Maybee | 7015 Fieldcrest Rd. | | Brighton, | MI | 48116 | | Sales Representative Agreement between Delphi Automotive Systems LLC and Tawas Industries Components, Inc. dated December 7, 2005 |
| McDonnell Information Systems Incorporated | | 5310 Beethoven Street | | Los Angeles, | CA | 90066 | | Agreement between ASEC and MDIS – CHESS Agreement #2427 dated 9/29/1995 |
| Metropolitan Life Insurance Company | Attention:  Robert C. Love, Vice President | 25300 Telegraph Road, Suite 580 | | Southfield, | MI | 48034 | | Dental Care Benefits Administrative Services Agreement between Metropolitan Life Insurance Company and ASEC Manufacturing Company, effective January 1, 2001 |
| Micro-Tel Center | | 3700 Holcomb Bridge Rd. | | Norcross, | GA | 30092 | | Purchase Order No. 21685 |
| MIDLAND RECYCLING | MIDAMERICA RECYCLING | 2742 S.E. MARKET ST. | | DES MOINES, | IA | 50317 | | Purchase Order No. 15982 |
| Mitsubishi Corporation | | 6-3, Marunouchi 2-Chome | Chiyoda-Ku | Tokyo | | 100-86 | Japan | Noble Metal Stock Account Agreement between Allied-Signal Automotive Catalyst Company, a division of Allied-Signal Inc. and Mitsubishi Corporation dated 7/1/1990 |
| MITSUBISHI MOTORS CORPORATION | | 33-8 SHIBA 5-CHOME | MINATO-KU | TOKYO, | | 108 | JAPAN | General Agreement For Purchase Of Catalyst between Automotive Products Division, UOP Inc. and Mitsubishi Motors Corporation dated 7/12/1982 along with Amendments thereto dated 1/6/1988 and 10/21/1994 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 8

8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| NANOSTELLER INC. | | 3696 HAVEN AVENUE | | REDWOOD CITY, | CA | 94063 | | Proprietary Information Agreement between Nanostellar, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated January 5, 2006 |
| Nanox Inc | | 4975 Rideau Street | | Quebec | QC | | Canada | Confidential Information Agreement Nanox, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) dated October 1, 2005 |
| National Instruments | | 11500 N. Mopac Expwy | Bldg. A | Austin, | TX | 78759-3504 | | Purchase Order No. 21800 |
| NGK Automotive Ceramics USA Inc | | 119 Mazzeppa Rd | | Mooresville, | NC | 28115 | | Purchase Order No. 50028 |
| NGK Spark Plug Mfg Usa Inc | | PO Box 2943 | | Charleston, | WV | 25330-2943 | | Purchase Order No. 50028 |
| Nippon Light Metal Company Limited | | 2-20 Higashi-Shinagawa 2 chome | Shinagawa-ku | Tokyo | | 140-8628 | Japan | Non-Disclosure Agreement between Nippon Light Metal Company, Limited, ASEC Manufacturing General Partnership and ASEC Sales General Partnership and Sojitz Corporation of America dated January 26, 2007 |
| NN Chemical Corporation | | Roppongi 25 Mori Bldg. | 4-30 Roppongi 1-chome | Minato-ku | Tokyo | 106-0032 | Japan | Confidential Information Agreement made and effective as of January 1, 2005 by and between Delphi Corporation of America, NN Chemical Corporation, Daiichi Kigenso Kagaku Kogyo Company, Ltd. and Delphi Corporation |
| Norit Americas | | 3200 University Ave | PO Box 790 | Marshall, | TX | 75670 | | Confidential Information Agreement between Norit Americas, Inc. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective June 22, 2006 |
| Nyacol Nano Technologies Inc | | Megunko Rd | PO Box 349 | Ashland, | MA | 01721-0349 | | Contract Order No. 50219 |
| Nyacol Nano Technologies Inc | | PO Box 847928 | | Boston, | MA | 02284-7928 | | Contract Order No. 50219 |
| Office of Research Services | Ann Powell | University of New Mexico | Scholes Hall, RM 102 | Albuquerque, | NM | 87131 | | University of New Mexico Industrial Sponsored Research Agreement between Delphi and the Regents of the University of New Mexico dated March 1, 2005 |
| OMG Americas Inc | | 811 Sharon Dr | | Westlake, | OH | 44145-1522 | | Contract Order No. 50216 |
| OMG Americas Inc | | PO Box 6066n | | Cleveland, | OH | 44193 | | Contract Order No. 50216 |
| ORAFTI | | Aandorenstraat 1 | | Tienen, | | 3300 | Belgium | Delphi Automotive Systems Confidentiality Agreement with ORAFTI dated 10/14/2002 |
| Pacific Industrial Development Corp. | | 4788 Runway Blvd. | | Ann Arbor, | MI | 48108 | | Confidential Information Agreement between Pacific Industrial Development Corp. and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective November 2, 2005 |
| Pathfinder Systems, Inc. | | 200 Union Blvd., Suite 300 | | Lakewood, | CO | 80228-1831 | | Delphi Automotive Systems Confidentiality Agreement with K-tron America/Pathfinder Systems, Inc. dated 6/7/2002 |
| Pattison Precision | Raymond Pattison | 701 North 15th Street | | Broken Arrow, | OK | 74012 | | Delphi Automotive Systems Confidentiality Agreement with Pattison Precision dated 10/25/2002 |
| PC Computers & Software Inc | | 8125-G E 51st St | | Tulsa, | OK | 74145 | | Purchase Order No. 20469 |
| PC Computers & Software Inc | | 8125-G E 51st St | | Tulsa, | OK | 74145 | | Purchase Order No. 20621 |
| Performance Industries | | 20 Lake Marian | | Carpentersville, | IL | 60102 | | Proprietary Information Agreement between Performance Industries and Delphi Corporation (along with its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership) effective January 1, 2006 |
| PERKIN ELMER LLC | | 761 MAIN AVE | MAIL STATION 10 | NORWALK, | CT | 06859-0010 | | Purchase Order No. 19863 |
| PERKIN ELMER LLC | | PO BOX 101668 | | ATLANTA, | GA | 30392-1668 | | Purchase Order No. 19863 |
| Philadelphia Mixer Company | | PO Box 8500 2180 | | Philadelphia, | PA | 19178-2180 | | Delphi Automotive Systems Confidentiality Agreement with Philadelphia Mixer Company, Inc. dated 3/12/2002 |
| PREMIER MANUFACTURING SUPPORT SVC | | 2828 HIGHLAND AVE. | | CINCINNATI, | OH | 45212 | | Purchase Order No. M41284 |
| PREMIER MANUFACTURING SUPPORT SVC | | PO BOX 73287 | | CHICAGO, | IL | 60673-7287 | | Purchase Order No. M41284 |
| Premier Mill | | 1 Birchmont Drive | | Reading, | PA | 19606-3298 | | Delphi Automotive Systems Confidentiality Agreement with Premier Mill dated 3/22/2002 |
| Prime Systems Incorporated | | 32915 Aurora Rd. | Suite 100 | Solon, | OH | 44139 | | ASEC & PRIME (Software License agreement) dated 09/16/1996 |
| PSI Water Systems, Inc. | | 97 Eddy Rd. Unit 6 | | Manchester, | NH | 03102 | | Delphi Automotive Systems Confidentiality Agreement with PSI Water Systems, Inc. dated 7/17/2002 |
| QEK Global Solutions (US) Inc. | Cindy Vest | 6001 N. Adams Rd. Ste. 100 | | Bloomfield Hills, | MI | 48304 | | Leased VEL Test Vehicles |
| Radley Corporation | | 23077 Greenfield | Ste. 440 | Southfield, | MI | 48075 | | Purchase Order No. 17677 |
| Realist Technology Limited Partnership | | 555 Pleasantdale Road | | Doraville, | GA | 30340 | | RTL/Delphi License for India, dated November 3, 1997 |
| Realist Technology Limited Partnership | | 555 Pleasantdale Road | | Doraville, | GA | 30340 | | RTL/Delphi License for South Africa, dated November 3, 1997 |
| Realist Technology Limited Partnership | | 555 Pleasantdale Road | | Doraville, | GA | 30340 | | RTL/Delphi License for Brazil, dated November 3, 1997 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 7 of 8
8/7/2007 11:24 AM
Catalyst Assumption merge file 070801

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | Agreement |
|---|---|---|---|---|---|---|---|---|
| Rhodia E&C Inc. | | 259 Prospect Plains Road | | Cranbury, | NJ | 08512 | | Confidential Information Agreement made and effective as of April 6, 2005 by and between Rhodia Electronics and Catalysis and Delphi Corporation through its affiliates ASEC Manufacturing General Partnership and ASEC Sales General Partnership |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 8

8/7/2007 11:24 AM
Catalyst Assumption merge file 070801