OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Stanley L. Lane, Jr. (SL 8400)
Jenette A. Barrow-Bosshart (JB 5117)

Hearing Date and Time:
August 16, 2007 at 10:00 a.m.

Response Date and Time:
August 9, 2007 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
                                                              :  Case No. 05-44481 (RDD)
        Delphi Corporation, et al.,                           :  (Jointly Administered)
                                                              :
                                                              :  AFFIDAVIT OF SERVICE
                        Debtors.                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DONNA BECK, being duly sworn, deposes and says:

    1.    I am not a party to the action. I am over the age of 18 years and reside in Bellmore, New York.

    2.    On August 9, 2007 I caused a true copy of the Response of Claimant Milliken & Company to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Seeking, In Part, to Modify the Amount of

863812.1

Milliken's Filed Claim to be served on the parties on the annexed schedule in the manner and at the addresses and/or telefax numbers set forth on the annexed schedule.

*/s/ Donna Beck*
DONNA BECK

Sworn to before me this
9th day of August, 2007

*/s/ Notary Public*
Notary Public

JENETTE BARROW-BOSSHART
Notary Public, State of New York
No. 02BA6009269
Qualified in Westchester County
Commission Expires June 22, 20**09**

863812.1

## SCHEDULE

| ENTITY | METHOD | |
|---|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attention:    General Counsel | Telefax:<br><br><br>Federal Express: | (248) 813-2673<br>(Without Exhibits<br>other than Exhibit 4)<br>Priority Overnight<br>(With Exhibits) |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attention:    John Wm. Butler, Jr., Esq.<br>            John K. Lyons, Esq.<br>            Joseph N. Wharton, Esq. | Telefax:<br><br><br>Federal Express:<br><br>E-Mail:<br>(With Exhibits) | (312) 407-0411<br>(Without Exhibits<br>other than Exhibit 4)<br>Priority Overnight<br>(With Exhibits)<br>jbutler@skadden.com<br>jlyonsch@skadden.com<br>jwharton@skadden.com |

863812.1