

**Bona Vista**

Enriching Lives...
Enhancing Abilities!

July 30, 2007

www.bonavista.org

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

In re: Delphi Corporation. et al. Case No. 05-44481

Dear Judge Drain,

Claimant Bona Vista Programs, Inc. hereby provides notice to the Court that we are hereby withdrawing our Response to the Debtors' Eleventh Omnibus Objection under docket number 7650.

Respectfully submitted,

*James E. Milner, CPA*
James E. Milner, CPA
Chief Financial Officer
Bona Vista Programs, Inc.
765-457-8273

1220 E. Laguna ● P.O. Box 2496, Kokomo, IN 46904-2496 ● Phone: 765-457-8273 ● Fax: 765-456-3503
1221 S. Plate St. ● Kokomo, IN 46902 ● Phone: 765-454-5344 ● Fax: 765-454-5343
105 S. Benton ● Peru, IN 46970 ● Phone: 765-473-6744 ● Fax: 765-473-6749

*Accredited by the Commission on Accreditation of Rehabilitation Facilities.*