COUZENS, LANSKY, FEALK, ELLIS,  **Hearing Date and Time: August 16, 2007 at 10:00 a.m.**
ROEDER & LAZAR, P.C.  **Response Date and Time: August 9, 2007 at 4:00 p.m.**
39395 W. 12 Mile Road, Suite 200
Farmington Hills, MI  48331
Harold A. Larson (MI BAR #P16433)
harold.larson@couzens.com
(248) 489-8600 (Telephone)
(248) 324-4981 (Fax)

Attorneys for Circle Broach Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                       :      Chapter 11
    In re                                              :
DELPHI CORPORATION, et. al.,                           :      Case No. 05-44481 (RDD)
                                                       :
                                            Debtors.   :      (Jointly Administered)
------------------------------------------------------ x

## RESPONSE OF CIRCLE BROACH COMPANY TO 19TH OMNIBUS CLAIMS OBJECTION

   NOW COMES CIRCLE BROACH COMPANY, a Michigan Corporation, and submits this, its response to the 19th Omnibus Claims Objection and asserts:

   1.   Under the above-case caption, Claimant timely filed its claim in the amount of $30,818.00 representing completed and accepted involute spline and round pull broach work.

   2.   The said Case No. 05-44481 was indicated to Claimant as the appropriate Case Number against which the subject claim was to be submitted, and in accordance thereto Claimant proceeded accordingly.

   3.   The 19th Omnibus Claims Objection with respect to the claim submitted by Claimant does not contest the asserted claim amount, but alleges that the wrong correct Debtor/Case Number was utilized by Claimant in its filing.

   4.   The 19th Omnibus Claims Objection, not objecting to the asserted claim amount, asserts that the correct Debtor Number is 05-44640.  Based upon the assumption that the assertion is correct, Claimant prays that the Debtors and this Honorable Court proceed to modify the timely claim to the

extent that it be assigned to the correct Debtor/Case No. 05-44640 and that the disposition of the matter should be made accordingly for the uncontested sum of $30,818.00 on the apparent correct Debtor/Case No. 05-44640.

          Respectfully submitted,

          Harold A. Larson (MI BAR #P16433)
          COUZENS, LANSKY, FEALK, ELLIS,
          ROEDER & LAZAR, P.C.
          39395 W. 12 Mile Road, Suite 200
          Farmington Hills, MI  48331
          (248) 489-8600 (Telephone)
          (248) 324-4981 (Fax)

          Attorneys for Circle Broach Company

Dated: Farmington Hills, Michigan
       August 8, 2007