COUZENS, LANSKY, FEALK, ELLIS,
ROEDER & LAZAR, P.C.
39395 W. 12 Mile Road, Suite 200
Farmington Hills, MI 48331
Harold A. Larson (MI BAR #P16433)
harold.larson@couzens.com
(248) 489-8600 (Telephone)
(248) 324-4981 (Fax)

Attorneys for Circle Broach Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                      :      Chapter 11
       In re                                   :
DELPHI CORPORATION, et. al.,     :      Case No. 05-44481 (RDD)
                                                        :
                          Debtors.      :      (Jointly Administered)
------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF MICHIGAN     )
                                  )SS.
COUNTY OF OAKLAND    )

        Denise A. Whitehead, being duly sworn, deposes and says:

        1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Couzens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C., 39395 W. 12 Mile Road, Ste. 200, Farmington Hills, Michigan 48331.

        2.      On August 8, 2007, I served, via UPS Overnight Courier, a copy of the Response of Circle Broach Company to 19th Omnibus Claims Objection on the following persons or entities:

        The Honorable Robert D. Drain
        United States Bankruptcy Judge
        United States Bankruptcy Court for the
        Southern District of New York
        One Bowling Green, Room 632
        New York, NY 10004

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
    Attn:  John Wm. Butler, Jr., John K. Lyons
    And Joseph N. Wharton

_____
Denise A. Whitehead

Subscribed and sworn to before
me this 8th day of August, 2007

_____
Notary Public