

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel:  410-773-4089
Fax: 410-773-4057
Email:  Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

August 7, 2007

VIA OVERNIGHT MAIL

Clerk
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Response to Debtors' Nineteenth Omnibus Objection to Claims (Substantive)
In re:  Delphi Corporation, *et al.* ("Debtors")
Case No. 05-44481 (Jointly Administered) (Chapter 11)
Claimant – CDW Computer Centers, Inc., Claim Nos. 88 & 420

Dear Clerk:

As agent for the creditor, CDW Computer Centers, Inc. ("CDW"), we agree that claim no. 88 should be reduced to $3,335.24.  However, we disagree with the Debtors objection to reduce claim no. 420 from $14,748.55 to $8,964.94.  Payment has not been received for the goods shipped to the Debtors between April 2005 and October 2005.  Copies of the actual invoices are attached in support of the claim.

In that regard, we ask that the claim be evaluated on its merits and not reduced to the amount proposed by the Debtors.

Sincerely,

*Phyllis A. Hayes* (signature)

Phyllis A. Hayes
Receivable Management Services
Agent for CDW Computer Centers, Inc.

Enclosures

cc:
Delphi Corporation
Attn.:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher, Flom LLP
Attn.:  John Wm. Butler, Jr., Esq., John K.
Lyons, Esq. & Joseph N. Wharton, Esq.
333 West Wacker Dr., Ste. 2100
Chicago, IL  60606

Chambers Copy

Honorable Robert D. Drain
U.S. Bkcy Court – Southern NY
Room 632

10/26/2005

# CDW COMPUTER CENTERS, INC.

## STATEMENT OF ACCOUNT

| SOLD TO | Account No. | Invoice No. | Invoice Date | Purchase Order | SubTotal | Sales Tax | Freight | Invoice Total | AMOUNT OWED |
|---|---|---|---|---|---|---|---|---|---|
| DELPHI MECHATRONIC | 0351691 | RR04170 | 04/06/05 | 9571-671476 | $ 1,206.00 | $ 99.50 | | $ 1,305.50 | $ 99.50 |
| | | RV05348 | 04/18/05 | 9571-669258 | $ 439.00 | $ 36.22 | | $ 475.22 | $ 36.22 |
| | | RV05725 | 04/18/05 | 9570-669258 | $ 439.00 | $ 36.22 | | $ 475.22 | $ 36.22 |
| | | RX72164 | 04/25/05 | 9571-669258 | $ 2,844.07 | $ 234.63 | | $ 3,078.70 | $ 234.63 |
| | | RY22113 | 04/26/05 | 9570-520012 | $ 715.52 | $ 59.03 | | $ 774.55 | $ 59.03 |
| | | SA51300 | 05/02/05 | 9571-669263 | $ 437.42 | $ 36.09 | | $ 473.51 | $ 36.09 |
| | | SA62198 | 05/02/05 | 9571-672837 | $ 80.00 | $ 7.42 | $ 9.99 | $ 97.41 | $ 17.41 |
| | | SD92066 | 05/10/05 | 9571-669264 | $ 717.56 | $ 59.20 | | $ 776.76 | $ 59.20 |
| | | SE80572 | 05/12/05 | 9571-671519 | $ 352.00 | $ 29.04 | | $ 381.04 | $ 29.04 |
| | | SH70804 | 05/19/05 | 9571-672775 | $ 198.95 | $ 16.41 | | $ 215.36 | $ 16.41 |
| | | SK38347 | 05/26/05 | 9571-669284 | $ 228.73 | $ 18.87 | | $ 247.60 | $ 18.87 |
| | | SK95571 | 05/27/05 | 673054 | $ 221.00 | $ 18.23 | | $ 239.23 | $ 18.23 |
| | | SL33569 | 05/31/05 | 673053 | $ 268.00 | $ 22.11 | | $ 290.11 | $ 22.11 |
| | | SL40694 | 05/31/05 | 9571-672910 | $ 656.00 | $ 54.13 | | $ 710.13 | $ 54.13 |
| | | SL50492 | 05/31/05 | 9571-672909 | $ 486.00 | $ 40.10 | | $ 526.10 | $ 40.10 |
| | | SL52022 | 05/31/05 | 673058 | $ 192.00 | $ 15.84 | | $ 207.84 | $ 15.84 |
| | | SP48160 | 06/10/05 | 9571-669285 | $ 2,055.06 | $ 169.54 | | $ 2,224.60 | $ 169.54 |
| | | SQ08176 | 06/13/05 | 9571-672837 | $ 160.00 | $ 13.20 | | $ 173.20 | $ 13.20 |
| | | SR08030 | 06/15/05 | 669285 | $ 2,055.06 | $ 169.54 | | $ 2,224.60 | $ 169.54 |
| | | SS82140 | 06/20/05 | 9571-672963 | $ 186.00 | $ 15.35 | | $ 201.35 | $ 15.35 |
| | | SX72434 | 07/01/05 | 050630 | $ 194.00 | $ 16.01 | | $ 210.01 | $ 16.01 |
| | | TH80014 | 07/29/05 | 9571-675045 | $ 210.00 | $ 17.33 | | $ 227.33 | $ 17.33 |
| | | TI82112 | 08/02/05 | 9571-672950 | $ 262.00 | $ 21.62 | | $ 283.62 | $ 21.62 |
| | | TI97132 | 08/02/05 | 9571-672950 | $ 376.00 | $ 31.02 | | $ 407.02 | $ 31.02 |
| | | TJ17424 | 08/02/05 | 9571-675057 | $ 638.00 | $ 52.64 | | $ 690.64 | $ 52.64 |
| | | TM22768 | 08/10/05 | 9571-675077 | $ 98.00 | $ 8.09 | | $ 106.09 | $ 8.09 |
| | | TN73760 | 08/12/05 | 675083 | $ 40.00 | $ 4.71 | $ 17.06 | $ 61.77 | $ 61.77 |
| | | TO54041 | 08/16/05 | 9571-675085 | $ 86.00 | $ 7.10 | | $ 93.10 | $ 7.10 |
| | | TP74492 | 08/18/05 | 675083 | $ 80.00 | $ 9.43 | $ 34.12 | $ 123.55 | $ 123.55 |
| | | TQ81623 | 08/22/05 | 673181 | $ 188.41 | $ 15.55 | | $ 203.96 | $ 15.55 |
| | | TQ96519 | 08/22/05 | 673185 | $ 99.55 | $ 8.21 | | $ 107.76 | $ 8.21 |
| | | TT12215 | 08/26/05 | 673185 | $ 463.73 | $ 38.25 | | $ 501.98 | $ 38.25 |
| | | TT42354 | 08/26/05 | 9570-523022 | $ 1,582.90 | $ 102.89 | $ 9.99 | $ 1,695.78 | $ 112.88 |
| | | TV72605 | 09/01/05 | 9571-673157 | $ 39.58 | $ 3.26 | | $ 42.84 | $ 42.84 |
| | | TW13424 | 09/02/05 | 9571-673157 | $ 59.03 | $ 4.87 | | $ 63.90 | $ 63.90 |
| | | TW91167 | 09/06/05 | 9571-675160 | $ 97.80 | $ 8.07 | | $ 105.87 | $ 105.87 |
| | | TX78766 | 09/08/05 | 9571-675159 | $ 67.00 | $ 5.55 | | $ 72.55 | $ 72.55 |
| | | TY38417 | 09/09/05 | 9571-675169 | $ 674.37 | $ 55.64 | | $ 730.01 | $ 730.01 |
| | | TY57707 | 09/09/05 | 9570-523025 | $ 1,876.59 | $ 154.82 | | $ 2,031.41 | $ 2,031.41 |
| | | TZ00917 | 09/12/05 | 9571-675174 | $ 352.86 | $ 29.10 | | $ 381.96 | $ 381.96 |
| | | TZ37249 | 09/13/05 | 9571-673221 | $ 116.00 | $ 9.57 | | $ 125.57 | $ 125.57 |
| | | TZ38411 | 09/13/05 | 9570-523025 | $ 375.68 | $ 30.99 | | $ 406.67 | $ 406.67 |
| | | UA64863 | 09/15/05 | 9571-675174 | $ 24.84 | $ 2.05 | | $ 26.89 | $ 26.89 |
| | | UB39852 | 09/16/05 | 9571-675175 | $ 239.52 | $ 19.76 | | $ 259.28 | $ 259.28 |
| | | UD21288 | 09/21/05 | 9570-523030 | $ 935.70 | $ 60.82 | | $ 996.52 | $ 996.52 |
| | | UE54187 | 09/23/05 | 9571-675193 | $ 778.41 | $ 68.43 | $ 51.01 | $ 897.85 | $ 897.85 |
| | | UF49722 | 09/27/05 | 9571-675198 | $ 1,496.68 | $ 123.47 | | $ 1,620.15 | $ 1,620.15 |
| | | UF68278 | 09/27/05 | 9571-675197 | $ 442.00 | $ 36.47 | | $ 478.47 | $ 478.47 |
| | | UF69316 | 09/27/05 | 9571-675199 | $ 746.99 | $ 61.63 | | $ 808.62 | $ 808.62 |
| | | UH64826 | 09/30/05 | 9571-675193 | $ 187.41 | $ 15.46 | | $ 202.87 | $ 202.87 |
| | | UI100360 | 10/03/05 | 9571-675200 | $ 228.73 | $ 18.87 | | $ 247.60 | $ 247.60 |
| | | UJ25531 | 10/05/05 | 673263 | $ 1,742.00 | $ 143.72 | | $ 1,885.72 | $ 1,885.72 |
| | | UJ59806 | 10/06/05 | 9571-675196 | $ 119.25 | $ 9.84 | | $ 129.09 | $ 129.09 |
| | | UJ89687 | 10/06/05 | 9570-523031 | $ 1,464.83 | $ 95.22 | | $ 1,560.05 | $ 1,560.05 |
| | | | | TOTAL: | $ 30,321.23 | $ 2,441.13 | $ 122.17 | $ 32,884.53 | $ 14,748.55 |

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RR04170 | 0351691 | 4-06-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 9571-671476

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-06-05 | 4-06-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 085808      (01) | APC SMART UPS 2200 RM NET | 1206.00 | 1206.00 |
| | | | MFG#: SU2200RMXLNET | | | |
| | | | | Subtotal: | | 1206.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 99.50 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 1305.50 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

**Your Business is Appreciated**

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RV05725 | 0351691 | 4-18-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
CONDURA EATON CORP
615- ELCA LN STE A
ATTN:VICENTE MROPURCHASING
BROWNSVILLE, TX 785215700
YOUR P.O.# 9570-669258

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-18-05 | 4-18-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 568111    (01) | LACIE 500GB BIG DISK FW400 | 439.00 | 439.00 |
| | | | MFG#: 300721 | | | |
| | | | SERIAL#: 151309500 | | | |
| | | ASSET TAG ID#: | | | | |

SPECIAL INSTRUCTIONS:
COST CENTER: PO#: 9570-669258

| | |
|---|---|
| Subtotal: | 439.00 |
| Freight: | .00 |
| Sales Tax: | 36.22 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 475.22 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans

✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RV05348 | 0351691 | 4-18-05 |

S O L D   T O
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

S H I P   T O
CONDURA EATON CORP
615- ELCA LN STE A
ATTN:VICENTE MROPURCHASING
BROWNSVILLE, TX 785215700
YOUR P.O.# 9571-669258

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-18-05 | 4-18-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 568111      (01) | LACIE 500GB BIG DISK FW400 | 439.00 | 439.00 |
| | | | MFG#: 300721 | | | |
| | | | SERIAL#:  151310807 | | | |
| | ASSET TAG ID#: | | | | | |
| 1 | 0 | 0 | 757569      (01) | SONY VAIOFS500 C9/2.13 100 | 2844.07 | .00 |
| | | | MFG#: VGN-FS500P11 | | | |
| | | | SPECIAL INSTRUCTIONS: | | | |
| | | | COST CENTER:  PO#: 9571-669258 | | | |

Subtotal:    439.00
Freight:    .00
Sales Tax:    36.22

PLEASE REMIT TO:
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** ►

US Currency

475.22

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

# CDW

***ORIGINAL COPY***

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RX72164 | 0351691 | 4-25-05 |

**S O L D T O**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**S H I P T O**
CONDURA EATON CORP
615- ELCA LN STE A
ATTN:VICENTE MROPURCHASING
BROWNSVILLE, TX 785215700
YOUR P.O.# 9571-669258

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-18-05 | 4-25-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 757569 (01) | SONY VAIOFS500 C9/2.13 100 | 2844.07 | 2844.07 |
| | | | MFG#: VGN-FS500P11 | | | |
| | | | SERIAL#: | | | |
| | | | ASSET TAG ID#: | | | |

SPECIAL INSTRUCTIONS:
COST CENTER:   PO#: 9571-669258

| | |
|---|---|
| Subtotal: | 2844.07 |
| Freight: | .00 |
| Sales Tax: | 234.63 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 3078.70 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! www.cdw.com

**Your Business is Appreciated**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| RY22113 | 0351691 | 4-26-05 |

SOLD TO:
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

SHIP TO:
CONDURA EATON CORP
615- ELCA LN STE A
ATTN:RONALD W. GARRISON
BROWNSVILLE, TX  785215700
YOUR P.O.# 9570-520012

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-04-05 | 4-26-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 | 4 | 0 | 417318      (01) | SEAGATE 36.7GB U320SCSI 68 | 178.88 | 715.52 |
| | | | MFG#: ST336607LW | | | |
| | | | SERIAL#: 3JAA6QMC | 3JAA6ZCV | 3JAA704K | |
| | | | ASSET TAG ID#: | | | |
| | | | 3JAA75YC | | | |

SPECIAL INSTRUCTIONS:
COST CENTER: PO#: 9570-520012

|  | |
|---|---|
| Subtotal: | 715.52 |
| Freight: | .00 |
| Sales Tax: | 59.03 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723**

| INVOICE TOTAL ➤ | US Currency |
|---|---|
| | 774.55 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**
**Your Business is Appreciated**



**The Right Technology,**
**Right Away.™**
www.cdw.com
**800-800-4239**



***ORIGINAL COPY***

**The Right Technology.**
**Right Away.** ™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SA51300 | 0351691 | 5-02-05 |

S O L D T O
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

S H I P T O
DELPHI MECHATRONIC SYSTEMS
3541 E. 14TH ST. STE. G
ATTN:ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521
YOUR P.O.# 9571-669263

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-29-05 | 5-02-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 695065      (01) | ACER AL1703SM 17IN LCD BLK | 218.71 | 437.42 |
| | | | MFG#: ET.L3409.004 | | | |
| | | | SERIAL#:  512016A9PQ10 | 5130084DPQ10 | | |
| | | ASSET TAG ID#: | | | | |

SPECIAL INSTRUCTIONS:
COST CENTER:  PO#: 9571-669263

|  | Subtotal: | 437.42 |
|---|---|---|
| | Freight: | .00 |
| | Sales Tax: | 36.09 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 473.51 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support   ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982



**The Right Technology.**
**Right Away.** ™

www.cdw.com
800-800-4239

Visit us on the Internet!  **www.cdw.com**

## Your Business is Appreciated

Date: 10/26/05    Time: 10:53 AM    To: 1410773405?

***ORIGINAL COPY***

# CDW®
## The Right Technology.
## Right Away.™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SA62198 | 0351691 | 5-02-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 9571-672837

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-02-05 | 5-02-05 | | DHL (Ground Domes | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 | 5 | 0 | 492383    (01) MFG#: 911530-0403 | LABTEC 3BTN OPTICAL MOUSE | 16.00 | 80.00 |
| | | | | Subtotal: | | 80.00 |
| | | | | Freight: | | 9.99 |
| | | | | Sales Tax: | | 7.42 |

| INVOICE TOTAL ➤ | US Currency |
|---|---|
| | 97.41 |

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.
### CDW offers the best service and support in the industry with:
✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**
Your Business is Appreci...

# CDW® The Right Technology.
## Right Away.™

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SD92066 | 0351691 | 5-10-05 |

**S O L D  T O**
DELPHI MECHATRONIC
615-ELCA IN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**S H I P  T O**
DELPHI MECHATRONIC SYSTEMS
3541 E. 14TH ST. STE. G
ATTN:ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521
YOUR P.O.# 9571-669264

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 4-29-05 | 5-10-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 423002     (01) MFG#: 2844-20301-0001 SERIAL#: LP2844 ASSET TAG ID#: | ELTRON 2844 W/DT/DISPENSER 42A051800434 | 358.78 | 717.56 |

SPECIAL INSTRUCTIONS:
COST CENTER:  PO#: 9571-669264

|  |  |
|---|---|
| Subtotal: | 717.56 |
| Freight: | .00 |
| Sales Tax: | 59.20 |

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ➤ | US Currency |
|---|---|
| | 776.76 |

XPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW's servicing your PC needs since 1982

Visit us on the Internet! www.cdw.com
**Your Business is Appreciated**


CDW® The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SE80572 | 0351691 | 5-12-05 |

S
O  DELPHI MECHATRONIC
L  615-ELCA LN
D  STE A
T  BROWNSVILLE, TX  78521-5700
O: 9565545700

S  DELPHI MECHATRONICS
H  3541 E 14TH ST STE G
I  ATTN: JESUS FLORES
P  BROWNSVILLE, TX  78521-3244
T  YOUR P.O.# 9571671519
O

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-05-05 | 5-12-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 423002      (01) | ELTRON 2844 W/DT/DISPENSER | 352.00 | 352.00 |
| | | | MFG#: 2844-20301-0001 | | | |
| | | | SERIAL#:  42A050702975 | | | |
| | | | ASSET TAG ID#: | | | |

Subtotal: 352.00
Freight: .00
Sales Tax: 29.04

| | |
|---|---|
| INVOICE TOTAL | US Currency |
| | 381.04 |

PLEASE REMIT TO:
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

**Buy with confidence! CDW is a Fortune 500 company.**

CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SH70804 | 0351691 | 5-19-05 |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI MECHATRONIC | | DELPHI MECHATRONICS | |
| 615-ELCA LN | | 3541 E 14TH ST STE G | |
| STE A | | | |
| BROWNSVILLE, TX  78521-5700 | | BROWNSVILLE, TX  78521-3244 | |
| 9565545700 | | YOUR P.O.# 9571672775 | |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-19-05 | 5-19-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 028935       (01) | PANASONIC P2023 24PIN NARR | 198.95 | 198.95 |
| | | | MFG#: KX-P2023 | | | |
| | | | SERIAL#:   ~5CTBVH19126 | | | |
| | | | ASSET TAG ID#: | | | |

Subtotal: 198.95
Freight: .00
Sales Tax: 16.41

**PLEASE REMIT TO:**
**CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 215.36 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

# Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**



***ORIGINAL COPY***

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SK38347 | 0351691 | 5-26-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC SYSTEMS
3541 E. 14TH ST. STE. G
ATTN:VICENTE /PURCHASING
BROWNSVILLE, TX  78521
YOUR P.O.# 9571-669284

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-26-05 | 5-26-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 374199      (01) | HAND HELD 3800 EXT RANGE S | 228.73 | 228.73 |
| | | | MFG#: 3800LX-14USBKIT | | | |
| | | | | SPECIAL INSTRUCTIONS: | | |
| | | | | COST CENTER:  PO#: 9571-669284 | | |

Subtotal:                228.73
Freight:                     .00
Sales Tax:                 18.87

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| ▶ | 247.60 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

**Buy with confidence! CDW is a Fortune 500 company.**

CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support   ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SK95571 | 0351691 | 5-27-05 |

**S O L D T O**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**S H I P T O**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
ATTN: LIDIA GARIB
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 673054

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-27-05 | 5-27-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 107244    (01)  MFG#: RBC11 | APC REPLACE BAT SU1400XL S | 221.00 | 221.00 |
| | | | | Subtotal: | | 221.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 18.23 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 239.23 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SL33569 | 0351691 | 5-31-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
LIDIA GARIB
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 673053

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-27-05 | 5-31-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 4 | 4 | 0 | 127772    (01) MFG#: KTD-WS410/128 | KINGSTON 128MB DELL PRECIS | 67.00 | 268.00 |
| | | | | Subtotal: | | 268.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 22.11 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| ▶ | 290.11 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW®:**
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SL40694 | 0351691 | 5-31-05 |

| | | |
|---|---|---|
| **S O L D T O** | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX  78521-5700<br>9565545700 | **S H I P T O** | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>BROWNSVILLE, TX  78521-3244<br>YOUR P.O.# 9571-672910 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-31-05 | 5-31-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 474696      (01)<br>MFG#: MVCCD500<br>SERIAL#:  S010408419C<br>ASSET TAG ID#: | SONY MAVICA MVC-CD500 5MP | 582.00 | 582.00 |
| 1 | 1 | 0 | 391129      (01)<br>MFG#: ACCMVCD2 | SONY ACCESSORY KIT MAVICA | 74.00 | 74.00 |
| | | | | Subtotal: | | 656.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 54.13 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 710.13 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans

✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

# CDW® The Right Technology.
## Right Away.™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SL50492 | 0351691 | 5-31-05 |

S O L D T O
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

S H I P T O
DELPHI MECHATRONICS
3541 E 14TH ST STE G
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571-672909

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-31-05 | 5-31-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 559647        (01) | HP BUSINESS INKJET 2300 PR | 486.00 | 486.00 |
| | | | MFG#: C8125A#A2L | | | |
| | | | SERIAL#:  SCN4991306N | | | |
| | | ASSET TAG ID#: | | | | |

Subtotal:                486.00
Freight:                    .00
Sales Tax:                40.10

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

INVOICE TOTAL ▶

US Currency
526.10

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

Your Business is Appreciated



CDW® The Right Technology.
Right Away.™
www.cdw.com
800-800-4239



**The Right Technology.**
**Right Away.** ™

*www.cdw.com*
*800-800-4239*

***ORIGINAL COPY***

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SL52022 | 0351691 | 5-31-05 |

| S O L D T O | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX 78521-5700<br>9565545700 | S H I P T O | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>LIDIA GARIB<br>BROWNSVILLE, TX 78521-3244<br>YOUR P.O.# 673058 |
|---|---|---|---|

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 5-31-05 | 5-31-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 488746 (01)<br>MFG#: 26-490-05 | EXTRON VGA MALE 50FT MIN H | 96.00 | 192.00 |
| | | | | Subtotal: | | 192.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 15.84 |

| | |
|---|---|
| PLEASE REMIT TO:<br>CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723 | INVOICE TOTAL   US Currency<br>207.84 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support   ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW®:**
**servicing your**
**PC needs**
**since 1982**

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.** ™

*www.cdw.com*
*800-800-4239*

***ORIGINAL COPY***

# CDW

**The Right Technology. Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|-------------|-------------|--------------|
| SP48160 | 0351691 | 6-10-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC SYSTEMS
3541 E. 14TH ST. STE. G
ATTN:VICENTE CASTAÑEDA
BROWNSVILLE, TX 78521
YOUR P.O.# 9571-669285

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|-----------------|--------------|--------------|--------|-------------|-------|
| MARIO BINETT | 5-27-05 | 6-10-05 | | UPS Next Day Air | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|------|------|-----|-------------|-------------|------------|-----------|
| 1 | 1 | 0 | 663042   (01) | PRINTRONIX RJS INSPCTR D40 | 2055.06 | 2055.06 |
| | | | MFG#: PTXRJS002-7851 | | | |
| | | | SERIAL#: 424507189286 | | | |
| | | | ASSET TAG ID#: | | | |
| | | | | SPECIAL INSTRUCTIONS: | | |
| | | | | COST CENTER: PO#: 9571-669285 | | |

Subtotal: 2055.06
Freight: .00
Sales Tax: 169.54

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** ▶

US Currency
2224.60

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology. Right Away.™**

www.cdw.com
**800-800-4239**

\*\*\*ORIGINAL COPY\*\*\*



**The Right Technology.
Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SO08176 | 0351691 | 6-13-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
MARY PADRON
BROWNSVILLE, TX 78521-3244
YOUR P.O.# 9571-672837

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 6-13-05 | 6-13-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | 10 | 0 | 492383 (01)<br>MFG#: 911530-0403 | LABTEC 3BTN OPTICAL MOUSE | 16.00 | 160.00 |
| | | | | Subtotal: | | 160.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 13.20 |

**INVOICE TOTAL** ➤

US Currency
173.20

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology,
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SR08030 | 0351691 | 6-15-05 |

S O L D T O
DELPHI MECHATRONIC
615-ELCA IN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

S H I P T O
DELPHI MECHATRONIC SYSTEMS
3541 E. 14TH ST. STE. G
ATTN:VICENTE MROPURCHASING
BROWNSVILLE, TX 78521
YOUR P.O.# 669285

| | ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|---|
| | MARIO BINETT | 6-02-05 | 6-15-05 | | UPS Next Day Air | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 663042 (01) | PRINTRONIX RJS INSPCTR D40 | 2055.06 | 2055.06 |
| | | | MFG#: PTXRJS002-7851 | | | |
| | | | SERIAL#: 424522198993 | | | |
| | ASSET TAG ID#: | | | | | |

SPECIAL INSTRUCTIONS:
COST CENTER: PO#: 669285

Subtotal:     2055.06
Freight:     .00
Sales Tax:     169.54

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 2224.60 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW**:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

# CDW

***ORIGINAL COPY***

**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SS82140 | 0351691 | 6-20-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA IN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
MARY PADRON
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571672963

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 6-20-05 | 6-20-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 231727      (01) | EPS LX300+ 9PIN NARROW IMP | 186.00 | 186.00 |
| | | | MFG#: C294001 | | | |
| | | | SERIAL#: CDSY172187 | | | |
| | | | ASSET TAG ID#: | | | |
| | | | | Subtotal: | | 186.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 15.35 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 201.35 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE, IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  www.cdw.com

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW ®

**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| SX72434 | 0351691 | 7-01-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 050630

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 7-01-05 | 7-01-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 572645      (01) | NEC AS900-BK 19IN CRT 1600 | 194.00 | 194.00 |
| | | | MFG#: AS900-BK | | | |
| | | | SERIAL#:  S54E01767KA | | | |
| | | ASSET TAG ID#: | | | | |
| | | | | Subtotal: | | 194.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 16.01 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 210.01 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**
*www.cdw.com*
**800-800-4239**

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TH80014 | 0351691 | 7-29-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 9571-675045

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 7-25-05 | 7-29-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 5 | 5 | 0 | 152829      (01)  MFG#: 283623-001 | CPQ-SPS-BD,PWR SPLY,225W,H | 42.00 | 210.00 |
| | | | | Subtotal: | | 210.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 17.33 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

**INVOICE TOTAL** ▶

US Currency
227.33

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the internet! **www.cdw.com**

Your Business is Appreciated



CDW
The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TI82112 | 0351691 | 8-02-05 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX  78521-5700<br>9565545700 | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>MARY PADRON<br>BROWNSVILLE, TX  78521-3244<br>YOUR P.O.# 9571-672950 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 7-27-05 | 8-02-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 773627      (01)<br>MFG#: 2824-21101-0001<br>SERIAL#:  22A052600740<br>ASSET TAG ID#: | ZEBRA LP2824 EPL W/SER,USB | 262.00 | 262.00 |
| 1 | 0 | 0 | 387044      (01)<br>MFG#: C236975 | EPSON U200 ETHERNET RECEIP | 376.00 | .00 |
| | | | | Subtotal: | | 262.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 21.62 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 283.62 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  www.cdw.com



**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

## Your Business is Appreciated

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|-------------|-------------|--------------|
| TI97132 | 0351691 | 8-02-05 |

| | |
|---|---|
| S O L D T O | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX  78521-5700<br>9565545700 | S H I P T O | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>MARY PADRON<br>BROWNSVILLE, TX  78521-3244<br>YOUR P.O.# 9571-672950 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|-----------------|--------------|--------------|--------|-------------|-------|
| MARIO BINETT | 7-27-05 | 8-02-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|------|------|-----|-------------|-------------|------------|-----------|
| 1 | 1 | 0 | 387044      (01)<br>MFG#: C236975<br>SERIAL#:  CPUG039296<br>ASSET TAG ID#: | EPSON U200 ETHERNET RECEIP | 376.00 | 376.00 |
| | | | | Subtotal: | | 376.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 31.02 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---------------|-------------|
| | 407.02 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

**Your Business is Appreciated**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TJ17424 | 0351691 | 8-02-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC/ASTRO IMPORT
3541 E 14TH ST STE G

BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571675057

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 8-01-05 | 8-02-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 680853      (01) | HP LJ2420D LASERJET | 638.00 | 638.00 |
| | | | MFG#: Q5957A#ABA | | | |
| | | | SERIAL#:  SCNGKB45916 | | | |
| | | | ASSET TAG ID#: | | | |
| | | | | Subtotal: | | 638.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 52.64 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 690.64 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW®:**
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

**Your Business is Appreciated**

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TM22768 | 0351691 | 8-10-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
YOUR P.O.# 9571-675077

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 8-10-05 | 8-10-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 285246    (01)   MFG#: 68005 | DYMO LABELWRITER 330 | 98.00 | 98.00 |
| 1 | 0 | 0 | 374043    (01)   MFG#: C823361 | EPSON TM SERIAL RS-232 INT | 32.00 | .00 |
| | | | | Subtotal: | | 98.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 8.09 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 106.09 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TN73760 | 0351691 | 8-12-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 675083

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 8-12-05 | 8-12-05 | | UPS Next Day Air | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 12 | 4 | 0 | 154780      (01) <br> MFG#: 5319BK060450 | ZEBRA 5319 WAX RIBBON 2.36 | 10.00 | 40.00 |
| | | | | Subtotal: | | 40.00 |
| | | | | Freight: | | 17.06 |
| | | | | Sales Tax: | | 4.71 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 61.77 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW**:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



**CDW**
The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

**Your Business is Appreciated**

***ORIGINAL COPY***

# CDW®

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TO54041 | 0351691 | 8-16-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
YOUR P.O.# 9571675085

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 8-15-05 | 8-16-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 761797 (01) | PANASONIC 5.8GHZ PHONE W/C | 86.00 | 86.00 |
| | | | MFG#: KXTG5421S | | | |
| | | | SERIAL#: %5FAXA159527 | | | |
| | | | ASSET TAG ID#: | | | |
| | | | | Subtotal: | | 86.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 7.10 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 93.10 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**
www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW
**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TP74492 | 0351691 | 8-18-05 |

S O L D T O
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

S H I P T O
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O. # 675083

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| MARIO BINETT | 8-12-05 | 8-18-05 | | UPS Next Day Air | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 12 | 8 | 0 | 154780      (01) MFG#: 5319BK060450 | ZEBRA 5319 WAX RIBBON 2.36 | 10.00 | 80.00 |
| | | | | Subtotal: | | 80.00 |
| | | | | Freight: | | 34.12 |
| | | | | Sales Tax: | | 9.43 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723**

| INVOICE TOTAL ➤ | US Currency |
|---|---|
| | 123.55 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**



**The Right Technology.**
**Right Away.™**
www.cdw.com
800-800-4239

## Your Business is Appreciated

***ORIGINAL COPY***

# CDW®

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TO81623 | 0351691 | 8-22-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O. # 673181

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 8-22-05 | 8-22-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 774217      (01)<br>MFG#: IC144A-R2 | BLACK BOX USB TO IDE ADAPT | 84.72 | 84.72 |
| 1 | 1 | 0 | 461841      (01)<br>MFG#: PA096U | TARGUS USB TO PARALLEL ADA | 50.17 | 50.17 |
| 2 | 2 | 0 | 423877      (01)<br>MFG#: PA088U | TARGUS USB TO SERIAL CABLE | 26.76 | 53.52 |
| | | | | Subtotal: | | 188.41 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 15.55 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 203.96 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

Date: 10/26/05 Time: 10:42 AM To: 14107734057     CDW     Page: 026-034
05-44481-rdd   Doc 9012   Filed 08/09/07   Entered 08/10/07 11:02:56   Main Document
Pg 33 of 56

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TO96519 | 0351691 | 8-22-05 |

**SOLD TO:**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO:**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 673185

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 8-22-05 | 8-22-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 763531 (01) MFG#: DSCH1 | SONY CYBERSHOT DSC-H1 5.1M | 463.73 | .00 |
| 1 | 0 | 0 | 662206 (01) MFG#: ACCCN3M | SONY CYBERSHOT P73/P93 STA | 28.94 | .00 |
| 1 | 1 | 0 | 799281 (01) MFG#: MSX1GS | SONY 1 GB MEMORY STICK PRO | 99.55 | 99.55 |
| | | | | Subtotal: | | 99.55 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 8.21 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 107.76 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®: servicing your PC needs since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

\*\*\*ORIGINAL COPY\*\*\*



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TT12215 | 0351691 | 8-26-05 |

| | | |
|---|---|---|
| S O L D T O | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX 78521-5700<br>9565545700 | S H I P T O | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>ASTRO IMPORT EXPORT<br>BROWNSVILLE, TX 78521-3244<br>YOUR P.O.# 673185 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 8-22-05 | 8-26-05 | | UPS COLLECT-2nd D | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 763531    (01) | SONY CYBERSHOT DSC-H1 5.1M | 463.73 | 463.73 |
| | | | MFG#: DSCH1 | | | |
| | | | SERIAL#:  S013556824J | | | |
| | | | ASSET TAG ID#: | | | |
| | | | | Subtotal: | | 463.73 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 38.25 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 501.98 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

# Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TT42354 | 0351691 | 8-26-05 |

**SOLD TO:**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO:**
DELPHI MECHATRONIC
3110 WOODCREEK DR
DOWNERS GROVE, IL  60515-5411
YOUR P.O.# 9570-523022

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 8-26-05 | 8-26-05 | | UPS Ground | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 55 | 55 | 0 | 125884      (01)  MFG#: 183270 | MAXELL 1PK DLT IV 40/80GB | 28.78 | 1582.90 |
| | | | | Subtotal: | | 1582.90 |
| | | | | Freight: | | 9.99 |
| | | | | Sales Tax: | | 102.89 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 1695.78 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

# Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW®:**
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

## Your Business is Appreciated



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TV72605 | 0351691 | 9-01-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
3541 E 14TH ST STE G
ATTN: ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O. # 9571-673157

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-01-05 | 9-01-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 360993      (01) MFG#: MVCFD200 | SONY FD MAVICA MVC-FD200 2 | 296.00 | .00 |
| 1 | 0 | 0 | 539877      (01) MFG#: MSACUS30 | SONY MEMORY STICK USB READ | 59.03 | .00 |
| 1 | 1 | 0 | 644534      (01) MFG#: MSH-128 | SONY 128MB MEMORY STICK ME | 39.58 | 39.58 |
| | | | | Subtotal: | | 39.58 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 3.26 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| ▶ | 42.84 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



**Your Business is Appreciated**

CDW®
The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TW13424 | 0351691 | 9-02-05 |

SOLD TO:
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

SHIP TO:
DELPHI MECHATRONIC
3541 E 14TH ST STE G
ATTN: ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571-673157

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-01-05 | 9-02-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 360993      (01)<br>MFG#: MVCFD200 | SONY FD MAVICA MVC-FD200 2 | 296.00 | .00 |
| 1 | 1 | 0 | 539877      (01)<br>MFG#: MSACUS30 | SONY MEMORY STICK USB READ | 59.03 | 59.03 |
| | | | | Subtotal: | | 59.03 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 4.87 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 63.90 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW':
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

**Your Business is Appreciated**



***ORIGINAL COPY***

# The Right Technology.
## Right Away.™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TW91167 | 0351691 | 9-06-05 |

| S O L D T O | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX  78521-5700<br>9565545700 | S H I P T O | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>ASTRO IMPORT EXPORT<br>BROWNSVILLE, TX  78521-3244<br>YOUR P.O.# 9571-675160 |
|---|---|---|---|

| | ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|---|
| | ALEX CRUZ | 9-06-05 | 9-06-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 15 | 15 | 0 | 492383        (01)<br>MFG#: 911530-0408 | LABTEC 3BTN OPTICAL MOUSE | 6.52 | 97.80 |
| | | | | Subtotal: | | 97.80 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 8.07 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723**

| | |
|---|---|
| INVOICE TOTAL | US Currency<br>105.87 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

# Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support   ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW:**
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

**Your Business is Appreciated**

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TX78766 | 0351691 | 9-08-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O. # 9571-675159

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-06-05 | 9-08-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 127772     (01) MFG#: KTD-WS410/128 | KINGSTON 128MB DELL PRECIS | 67.00 | 67.00 |
| | | | | Subtotal: | | 67.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 5.53 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 72.53 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



CDW

The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TY38417 | 0351691 | 9-09-05 |

| S O L D T O | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX  78521-5700<br>9565545700 | S H I P T O | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>C/O ASTRO IMPORT EXPORT<br>BROWNSVILLE, TX  78521-3244<br>YOUR P.O.# 9571-675169 |
|---|---|---|---|

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-09-05 | 9-09-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 3 | 3 | 0 | 776588        (01) | ACER AL1715B-0 1280X1024 N | 224.79 | 674.37 |
| | | | MFG#: ET.1715B.001 | | | |
| | | | SERIAL#:  53000F90ED6A | 53000F92ED6A | 53001199ED6A | |
| | | | ASSET TAG ID#: | | | |

| | |
|---|---|
| Subtotal: | 674.37 |
| Freight: | .00 |
| Sales Tax: | 55.64 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 730.01 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.** ™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TY57707 | 0351691 | 9-09-05 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI MECHATRONIC | DELPHI MECHATRONIC |
| 615-ELCA LN | 615-ELCA LN |
| STE A | STE A |
| BROWNSVILLE, TX  78521-5700 | BROWNSVILLE, TX  78521-5700 |
| 9565545700 | YOUR P.O.# 9570-523025 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-09-05 | 9-09-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 15 | 15 | 0 | 708009        (01) MFG#: BX3-00008 | MS WRLS NB OPTICAL MOUSE S | 30.06 | 450.90 |
| 1 | 0 | 0 | 653428        (01) MFG#: VLT-XL5LP | MITSUBISHI XL5U REPLACEMEN | 375.68 | .00 |
| 1 | 1 | 0 | 651915        (01) MFG#: XL5U SERIAL#:  S0020304 ASSET TAG ID#: | MITSUBISHI XL5U XGA 1700 L | 1425.69 | 1425.69 |
| | | | | Subtotal: | | 1876.59 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 154.82 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 2031.41 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW**:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.** ™

www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW®

**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TZ00917 | 0351691 | 9-12-05 |

**S O L D T O**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**S H I P T O**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
C/O ASTRO IMPORT EXPORT
BROWNSVILLE, TX 78521-3244
YOUR P.O.# 9571-675174

| | ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|---|
| | ALEX CRUZ | 9-12-05 | 9-12-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 3 | 3 | 0 | 760306 (01) MFG#: SDCZ4-1024-A10 | SANDISK 1GB CRUZER MICRO U | 86.58 | 259.74 |
| 2 | 2 | 0 | 532721 (01) MFG#: 200110PK | MAXELL 10PK 4MM 4/8GB DDS2 | 46.56 | 93.12 |
| 2 | 0 | 0 | 824440 (01) MFG#: 95169 | VERBATIM CDRW 80M 2X-4X 25 | 12.42 | .00 |

Subtotal: 352.86
Freight: .00
Sales Tax: 29.10

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 381.96 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans

✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.** ™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TZ37249 | 0351691 | 9-13-05 |

S O L D   T O
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

S H I P   T O
CONDURA EATON CORP
615 ELCA LN STE A
ATTN: LIDIA GARIB
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 9571-673221

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-13-05 | 9-13-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 454531      (01)  MFG#: ST340014A  SERIAL#:  4JV40PT1  ASSET TAG ID#: | SEAGATE 40GB ATA/100 7.2K  5JXJXYGZ4531 | 58.00 | 116.00 |
| | | | | Subtotal: | | 116.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 9.57 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO,  IL  60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 125.57 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans

✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



The Right Technology.
Right Away. ™

www.cdw.com
800-800-4239

**Your Business is Appreciated**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.** ™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| TZ38411 | 0351691 | 9-13-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
YOUR P.O.# 9570-523025

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-09-05 | 9-13-05 | | UPS COLLECT-3 Day | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 653428        (01)<br>MFG#: VLT-XL5LP | MITSUBISHI XL5U REPLACEMEN | 375.68 | 375.68 |
| | | | | Subtotal: | | 375.68 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 30.99 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723

**INVOICE TOTAL** ▶

US Currency

406.67

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.** ™

www.cdw.com
**800-800-4239**

***ORIGINAL COPY***

# CDW®
## The Right Technology.
## Right Away.™

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UA64863 | 0351691 | 9-15-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
C/O ASTRO IMPORT EXPORT
BROWNSVILLE, TX 78521-3244
YOUR P.O. # 9571-675174

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-12-05 | 9-15-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 824440 (01)<br>MFG#: 95169 | VERBATIM CDRW 80M 2X-4X 25 | 12.42 | 24.84 |
| | | | | Subtotal: | | 24.84 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 2.05 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 26.89 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW:**
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



CDW®
The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.** ™

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UB39852 | 0351691 | 9-16-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
C/O ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571-675175

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-12-05 | 9-16-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 24 | 24 | 0 | 154780      (01) MFG#: 5319BK060450 | ZEBRA 5319 WAX RIBBON 2.36 | 9.98 | 239.52 |
| | | | | Subtotal: | | 239.52 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 19.76 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 259.28 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

**CDW:**
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**



**The Right Technology,**
**Right Away.** ™

*www.cdw.com*
**800-800-4239**

**Your Business is Appreciated**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UD21288 | 0351691 | 9-21-05 |

| | |
|---|---|
| **S O L D T O** DELPHI MECHATRONIC 615-ELCA LN STE A BROWNSVILLE, TX  78521-5700 9565545700 | **S H I P T O** DELPHI MECHATRONIC 3110 WOODCREEK DR DOWNERS GROVE, IL  60515-5411 YOUR P.O. # 9570-523030 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-21-05 | 9-21-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 479136      (01) MFG#: 215231001 | 3D SPACEBALL 5000 3D CONTR -USB | 467.85 | 935.70 |
| | | | | Subtotal: | | 935.70 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 60.82 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO,  IL  60675-5723

| INVOICE TOTAL ▶ | US Currency |
|---|---|
| | 996.52 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW®

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UE54187 | 0351691 | 9-23-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA IN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONIC
3541 E 14TH ST STE G
C/O ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571-675193

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-23-05 | 9-23-05 | | UPS Next Day Air | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 765608      (01) | EPSON POWERLITE S3 SVGA 16 | 778.41 | 778.41 |
| | | | MFG#: V11H179020 | | | |
| | | | SERIAL#:  GM9G58295BF | | | |
| | | ASSET TAG ID#: | | | | |
| 1 | 0 | 0 | 496424      (01) | SVCNET 3YR PROJECTOR WTY $ | 187.41 | .00 |
| | | | MFG#: 3CWLC1 | | | |
| | | | | Subtotal: | | 778.41 |
| | | | | Freight: | | 51.01 |
| | | | | Sales Tax: | | 68.43 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 897.85 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! www.cdw.com

**Your Business is Appreciated**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239



***ORIGINAL COPY***

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UF49722 | 0351691 | 9-27-05 |

SOLD TO
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

SHIP TO
DELPHI MECHATRONICS
3541 E 14TH ST STE G
C/O ASTRO IMPORT EXPORT
BROWNSVILLE, TX  78521-3244
YOUR P.O.# 9571-675198

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-27-05 | 9-27-05 | | UPS COLLECT-Next | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 519321 (01) MFG#: KX-FL511 SERIAL#: %5GBWD244768 ASSET TAG ID#: | PANASONIC KX-FL511 LASER/F | 199.71 | 199.71 |
| 1 | 1 | 0 | 755326 (01) MFG#: V11H187020 SERIAL#: ASSET TAG ID#: | EPSON POWERLITE 732C XGA 2 | 1296.97 | 1296.97 |

Subtotal: 1496.68
Freight: .00
Sales Tax: 123.47

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

INVOICE TOTAL    US Currency    1620.15

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW: servicing your PC needs since 1982

Visit us on the Internet! **www.cdw.com**
**Your Business is Appreciated**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW®

**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UF68278 | 0351691 | 9-27-05 |

**SOLD TO:**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

**SHIP TO:**
DELPHI MECHATRONIC
615 ELCA LN STE A

BROWNSVILLE, TX  78521-5700
YOUR P.O. # 9571-675197

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-27-05 | 9-27-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 107244 (01)<br>MFG#: RBC11 | APC REPLACE BAT SU1400XL S | 221.00 | 442.00 |
| | | | | Subtotal: | | 442.00 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 36.47 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 478.47 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**CDW®**  The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UF69316 | 0351691 | 9-27-05 |

S
O  DELPHI MECHATRONIC
L  615-ELCA LN
D  STE A
T  BROWNSVILLE, TX  78521-5700
O  9565545700

S  DELPHI MECHATRONICS
H  3541 E 14TH ST STE G
I  C/O ASTRO IMPORT EXPORT
P  BROWNSVILLE, TX  78521-3244
T
O  YOUR P.O. # 9571-675199

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-27-05 | 9-27-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 584330        (01) | HP LASERJET 3015 ALL-IN-ON | 264.63 | 264.63 |
| | | | MFG#: Q2669A#ABA | | | |
| | | | SERIAL#:  SCNBM283378 | | | |
| | | ASSET TAG ID#: | | | | |
| 1 | 1 | 0 | 554054        (01) | EPSON FX-890N NETWORK IMPA | 482.36 | 482.36 |
| | | | MFG#: C11C524001NT | | | |
| | | | SERIAL#:  E8BY132200 | | | |
| | | ASSET TAG ID#: | | | | |

Subtotal:        746.99
Freight:          .00
Sales Tax:       61.63

PLEASE REMIT TO:
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 808.62 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the internet! **www.cdw.com**



The Right Technology.
Right Away.™

*www.cdw.com*
*800-800-4239*

**Your Business is Appreciated**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UH64826 | 0351691 | 9-30-05 |

| | |
|---|---|
| S O L D T O | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX  78521-5700<br>9565545700 | S H I P T O | DELPHI MECHATRONIC<br>3541 E 14TH ST STE G<br>C/O ASTRO IMPORT EXPORT<br>BROWNSVILLE, TX  78521-3244<br>YOUR P.O.# 9571-675193 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-23-05 | 9-30-05 | | UPS Next Day Air | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 496424 (01)<br>MFG#: 3CWLC1 | SVCNET 3YR PROJECTOR WTY $ | 187.41 | 187.41 |
| | | | | Subtotal: | | 187.41 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 15.46 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 202.87 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**



The Right Technology.
Right Away.™
www.cdw.com
800-800-4239

**Your Business is Appreciated**

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UI00360 | 0351691 | 10-03-05 |

| | | |
|---|---|---|
| **S O L D T O** | DELPHI MECHATRONIC<br>615-ELCA LN<br>STE A<br>BROWNSVILLE, TX 78521-5700<br>9565545700 | **S H I P T O** | DELPHI MECHATRONICS<br>3541 E 14TH ST STE G<br>C/O ASTRO IMPORT EXPORT<br>BROWNSVILLE, TX 78521-3244<br>YOUR P.O. # 9571-675200 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-29-05 | 10-03-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 374199      (01) <br> MFG#: 3800LX-14USBKIT | HAND HELD 3800 EXT RANGE S | 228.73 | 228.73 |
| | | | | Subtotal: | | 228.73 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 18.87 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 247.60 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

# Buy with confidence! CDW is a Fortune 500 company.

## CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW®:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**

**Your Business is Appreciated**



The Right Technology.
Right Away.™

www.cdw.com
800-800-4239

***ORIGINAL COPY***



**The Right Technology.**
**Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UJ25531 | 0351691 | 10-05-05 |

| | |
|---|---|
| **S O L D  T O** DELPHI MECHATRONIC 615-ELCA LN STE A BROWNSVILLE, TX 78521-5700 9565545700 | **S H I P  T O** DELPHI MECHATRONIC 3541 E 14TH ST STE G C/O ASTRO IMPORT EXPORT BROWNSVILLE, TX 78521-3244 YOUR P.O.# 673263 |

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 10-05-05 | 10-05-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 356810          (01) MFG#: 10500-2001-0000 SERIAL#:  6487086 ASSET TAG ID#: | ZEBRA 105SL 203DPI SER/PAR | 1742.00 | 1742.00 |
| | | | | Subtotal: Freight: Sales Tax: | | 1742.00 .00 143.72 |

**PLEASE REMIT TO:**
CDW DIRECT,LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL ➤ | US Currency 1885.72 |
|---|---|

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

www.cdw.com
800-800-4239

***ORIGINAL COPY***

# CDW

**The Right Technology.**
**Right Away.™**

*www.cdw.com*
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UJ59806 | 0351691 | 10-06-05 |

**SOLD TO**
DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX 78521-5700
9565545700

**SHIP TO**
DELPHI MECHATRONICS
3541 E 14TH ST STE G
C/O ASTRO IMPORT EXPORT
BROWNSVILLE, TX 78521-3244
YOUR P.O.# 9571-675196

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 9-27-05 | 10-06-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 642250      (01)<br>MFG#: 53977-TM | TOTAL MICRO LI-ION BAT F/D | 119.25 | 119.25 |
| | | | | Subtotal: | | 119.25 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 9.84 |

**PLEASE REMIT TO:**
CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL 60675-5723

| INVOICE TOTAL | US Currency |
|---|---|
| | 129.09 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs  ✔ Custom configuration  ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet!  **www.cdw.com**

**Your Business is Appreciated**



**The Right Technology.**
**Right Away.™**

*www.cdw.com*
800-800-4239

***ORIGINAL COPY***



**The Right Technology.
Right Away.™**

www.cdw.com
**800-800-4239**

Tax Identification
36-4530079

| INVOICE NO. | ACCOUNT NO. | INVOICE DATE |
|---|---|---|
| UJ89687 | 0351691 | 10-06-05 |

S O L D T O

DELPHI MECHATRONIC
615-ELCA LN
STE A
BROWNSVILLE, TX  78521-5700
9565545700

S H I P T O

DELPHI MECHANTRONIC SYSTEMS
3110 WOODCREEK DR
DOWNERS GROVE, IL  60515-5411
YOUR P.O. # 9570-523031

| ACCOUNT MANAGER | DATE ORDERED | DATE SHIPPED | WEIGHT | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|
| ALEX CRUZ | 10-06-05 | 10-06-05 | | UPS COLLECT-Groun | NET 30 Days |

| ORD. | SHP. | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 196823 (01) MFG#: BEFSR41 SERIAL#:  C2120E802048 ASSET TAG ID#: | LINKSYS ETHERFAST DSL/CABL | 54.61 | 54.61 |
| 65 | 49 | 0 | 125884 (01) MFG#: 183270 | MAXELL 1PK DLT IV 40/80GB | 28.78 | 1410.22 |
| | | | | Subtotal: | | 1464.83 |
| | | | | Freight: | | .00 |
| | | | | Sales Tax: | | 95.22 |

**PLEASE REMIT TO:**
**CDW DIRECT, LLC, PO BOX 75723, CHICAGO, IL  60675-5723**

| INVOICE TOTAL | US Currency |
|---|---|
| | 1560.05 |

EXPLANATION OF OUR RETURN AND FREIGHT POLICIES ARE ON BACK OF THIS INVOICE. IF YOU HAVE ANY QUESTIONS ABOUT THE ORDER OR INVOICE, PLEASE WRITE OR CALL.

## Buy with confidence! CDW is a Fortune 500 company.

### CDW offers the best service and support in the industry with:

✔ Account managers dedicated to providing solutions specific to your computing needs ✔ Custom configuration ✔ Extended service plans
✔ Toll-free technical support  ✔ Comprehensive product selection and secure online ordering at www.cdw.com

CDW:
servicing your
PC needs
since 1982

Visit us on the Internet! **www.cdw.com**



**The Right Technology.
Right Away.™**

www.cdw.com
**800-800-4239**

## Your Business is Appreciated