David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Jeffrey R. Gleit (JG-8710)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Contrarian Funds, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
In re                                                  )
                                                       )    Chapter 11 Case
DELPHI CORPORATION et al.,                             )
                                                       )    Case No. 05-44481 (RDD)
                                                       )
                Debtors.                               )    (Jointly Administered)
_____)

## AFFIDAVIT OF SERVICE

Anitra Fletcher, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2. On August 9, 2007, I served a true and correct copy of the *Response of Contrarian Funds, LLC to Debtors' Nineteenth Omnibus Claims Objections* upon the parties listed on the attached service list.

    Dated: New York, New York
           August 10, 2007

                            /s/Anitra Fletcher
                            Anitra Fletcher


Sworn before me this
August 10, 2007

/s/Marina Shrinder
Notary Public

## Exhibit A

By Hand

By Federal Express

**Hon. Robert D. Drain**
United States Bankruptcy Court
One Bowling Green, Room 610
New York, NY 10004

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

By Federal Express

**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606