**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: DELPHI CORPORATION, et al., | Case No.: 05-44481 (RDD) |
| Debtors. | Chapter 11 |
| | (Jointly Administered) |

---

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David A. Hodges, a member in good standing of the bar in the State of Arkansas, and the bar of the United States District Court for the Eastern and Western Districts of Arkansas, request admission, **pro hac vice**, before The Honorable Robert D. Drain, to represent James Lee Brown and Roseleen Brown in this case, in order to file a motion to lift stay as to a case pending in the Circuit Court of Pulaski County, Arkansas, *James Lee Brown and Roseleen Brown vs. Delphi Automotive Systems USA, Inc.*, et al., Case No. Civil 04-1073-6th.

My Mailing Address is:

David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201

My E-mail address is: david@hodgeslaw.com;
My telephone number is: (50) 374-2400.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 18, 2007
Little Rock, Arkansas

_____
David A. Hodges (Arkansas Bar No. 65021)