TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors-in-Possession,  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

Hearing Date: 8/17/2007  
at 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------------X  
In re                                  :   Chapter 11  
                                       :  
   DELPHI CORPORATION, et al.,         :   Case No. 05-44481 [RDD]  
                                       :  
                       Debtors.        :   (Jointly Administered)  
                                       :  
---------------------------------------------------------------X

**NOTICE OF PRESENTMENT  
OF JOINT SETTLEMENT AGREEMENT, STIPULATION, AND  
AGREED ORDER TO RESOLVE MEANS INDUSTRIES INC.'S MOTION  
TO SET OFF PRE-PETITION PAYMENT AGAINST PRE-PETITION CLAIMS  
AND TO RESOLVE OBJECTION TO AND REDUCE CLAIM NUMBER 9652  
(MEANS INDUSTRIES, INC.)**

**PLEASE TAKE NOTICE** that on July 13, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 9652 (the "Proof of Claim" or the "Claim") filed by Means Industries, Inc. ("Means" or "Claimant") against Delphi pursuant to the Nineteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Tax Claims

Subject to Modification, Modified Claims Asserting Reclamation and Consensually Modified and Reduced Claims (the "Objection") (Docket No. 8617).

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Proof of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Settlement Agreement, Stipulation, and Agreed Order To Resolve Means Industries, Inc.'s Motion To Set Off Pre-Petition Payment Against Pre-Petition Claims and To Resolve Objection To And Reduce Claim Number 9652 (the "Settlement Agreement and Joint Stipulation").

**[Concluded on following page]**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Agreement and Joint Stipulation, the Debtors and the Claimant have agreed, among other things, to allow the Claim as a general unsecured non-priority claim in the amount of $681,145.20 against the estate of DAS LLC.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Settlement Agreement and Joint Stipulation for consideration at the hearing scheduled for August 17, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York  
        August 9, 2007

DELPHI CORPORATION, *et al.*  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP  
By:

/s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000