SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                        :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                                    :
                    Debtors.    :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOFS OF CLAIM
NUMBERS 10231, 10232, AND 16416, AND WITHDRAWING PROOF OF CLAIM
NUMBER 10251 AND RECLAMATION CLAIM NUMBER 580
(MOTION INDUSTRIES, INC.)

PLEASE TAKE NOTICE that on April 27, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 16416 ("Proof of Claim 16416") filed by Motion Industries, Inc. (the "Claimant") pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

PLEASE TAKE NOTICE that on June 15, 2007, the Debtors objected to proof of claim number 10251 (the "Proof of Claim 10251") filed by the Claimant pursuant to the Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271) (the "Sixteenth Omnibus Objection").

PLEASE TAKE NOTICE that on June 15, 2007, the Debtors objected to proof of claim numbers 10231 ("Proof of Claim 10231") and 10232 ("Proof of Claim 10232," together with Proof of Claim 16416, Proof of Claim 10251, and Proof of Claim 10231, the "Proofs of Claim") filed by the Claimant pursuant to the Debtors' Seventeenth Omnibus (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject

05-44481-rdd    Doc 9028    Filed 08/10/07    Entered 08/10/07 16:17:02    Main Document
                                        Pg 3 of 4

To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have agreed to settle the Thirteenth Omnibus Claims Objection with respect to Proof of Claim 16416, the Sixteenth Omnibus Claims Objection with respect to Proof of Claim 10251, and the Seventeenth Omnibus Claims Objection with respect to Proof of Claim 10231 and Proof of Claim 10232 and because the claims (the "Claims") asserted in the Proofs of Claim involve ordinary course controversies and pursuant to the Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401), the Debtors and the Claimant have (i) entered into a Settlement Agreement dated as of July 25, 2007 (the "Settlement Agreement") and (ii) executed a Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 10231, 10232 And 16416, And Withdrawing Proof Of Claim Number 10251 And Reclamation Claim Number 580 (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to allow Proof of Claim 10231 as a general unsecured non-priority claim in the amount of $6,132.75, allow Proof Of Claim 10232 as a general unsecured non-priority claim in the amount of $108,287.35, allow Proof of Claim 16416 in part against Delphi Automotive Systems LLC as a general unsecured non-priority claim in the amount of $628,436.76 and in part against Specialty Electronics, Inc. as a general unsecured non-priority claim in the amount of $912.24.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for August 17, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
         August 10, 2007

>                             SKADDEN, ARPS, SLATE, MEAGHER &
>                               FLOM LLP
>
>                             By:  /s/ John Wm. Butler, Jr.
>                                 John Wm. Butler, Jr. (JB 4711)
>                                 John K. Lyons (JL 4951)
>                                 Ron E. Meisler (RM 3026)
>                             333 West Wacker Drive, Suite 2100
>                             Chicago, Illinois  60606
>                             (312) 407-0700
>
>                             By: /s/ Kayalyn A. Marafioti
>                                 Kayalyn A. Marafioti (KM 9632)
>                                 Thomas J. Matz (TM 5986)
>                             Four Times Square
>                             New York, New York 10036
>                             (212) 735-3000
>
>                             Attorneys for Delphi Corporation, et al.,
>                                 Debtors and Debtors-in-Possession