**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                              Chapter 11

                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                         Jointly Administered

                    Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Sarah B. Chapman Carter, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Sarah B. Chapman Carter, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 10, 2007
        New York, New York

                                                    /s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE