IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

In re                              :       Chapter 11
                                           :

DELPHI CORPORATION, et al.,       :       Case No. 05-44481 (RDD)
                                         :

                    Debtors.   :       (Jointly Administered)
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 6, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit A</u> hereto via postage pre-paid U.S. mail:

1) Informational Notice Of Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees [a copy of which is attached hereto as <u>Exhibit B</u>]

2) Notice Of Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees [a copy of which is attached hereto as <u>Exhibit C</u>]

Dated: August 10, 2007

_____*/s/ Evan Gershbein*_____
Evan Gershbein


State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of August, 2007, by
Evan Gershbein, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____*/s/ Leanne V. Rehder*_____

Commission Expires:___*3/2/08*_____

# EXHIBIT A

Delphi Corporation
Special Parties

| Name | Address1 | City | State | Zip |
|------|----------|------|-------|-----|
| Alfred Brown Jr | 1001 E Mary Ln | Oak Creek | WI | 53154 |
| Allen Rayeske | 9257 S Nicholson Rd | Oak Creek | WI | 53154 |
| Aloys Stieber Jr | 8858 Garden Ln | Greendale | WI | 53129 |
| Anthony Cefalu | 9273 S Sherwood Dr | Franklin | WI | 53132 |
| Anthony Cuellar Jr | 8185 S Willow Dr | Oak Creek | WI | 53154 |
| Anthony Salopek | 15841 W Mark Drive | New Berlin | WI | 53151 |
| Anton Price | W259 S6810 Brook Ct | Waukesha | WI | 53186 |
| Bruce Buschke | 4124 W Central Ave | Franklin | WI | 53132 |
| Bruce Greene | 1330 Brookedge Dr | Hamlin | NY | 14464 |
| Bruce Russell | N5364 Cobb Rd | Elkhorn | WI | 53121 |
| Buddy White | 8491 Lake Pointe Dr | Franklin | WI | 53132 |
| Celestino Garcia Jr | 3415 N Bremen Street | Milwaukee | WI | 53212 |
| Charles Davis | 39 S Sancher Road | Racine | WI | 53406 |
| Charles Mulligan | S77 W31462 Century Dr | Mukwonago | WI | 53149 |
| Christopher Schampers | 4405 S Moorland Rd | New Berlin | WI | 53151 |
| Craig Lawler | 2304 16Th Place | Kenosha | WI | 53140 |
| Daniel Bartlett | 1771 Lake Rd | Webster | NY | 14580 |
| Daniel Kennedy | 1238 Latta Rd Apt D | Rochester | NY | 14612 |
| Daniel Riley | 6681 S Whitnall Edge Rd | Franklin | WI | 53132 |
| David Filipiak | 2945 S 6Th Street | Milwaukee | WI | 53215 |
| David Gorsegner | 2819 Arlington Ave | Racine | WI | 53403 |
| David Koller | W164 S7363 Bay Lane Dr | Muskego | WI | 53150 |
| David Nessman | 3455 S Crandon Pl | Milwaukee | WI | 53219 |
| David Rakowski | 10202 S Nicholson Rd | Oak Creek | WI | 53154 |
| David Rasberry | 7702 W Margaret Lane | Franklin | WI | 53132 |
| Dean Schweisberger | 3516 E Armour Ave | Cudahy | WI | 53110 |
| Dennis Hornak | 4241 S Pine Ave | Milwaukee | WI | 53207 |
| Dennis Witt | 11908 W Woodcrest Cir | Franklin | WI | 53132 |
| Donald Kittelson | 7014 N Agnes Ave | Gladstone | MO | 64119 |
| Donald Lucas | W235 S7670 Vernon Hills Drive | Vernon | WI | 53103 |
| Donald Weber | 354 Midland Ave | Hartford | WI | 53027 |
| Douglas Datz | 3437 Brookside Blvd | Columbus | OH | 43204 |
| Douglas Heder | 8060 S 68Th St | Franklin | WI | 53132 |
| Edward Douglass | 2350 Argyle Dr | Columbus | OH | 43219 |
| Edward Waldeck Ii | 133 Guernsey Ave | Columbus | OH | 43204 |
| Eugene Lebryk | 3081 E Glen Eagle Dr | Chandler | AZ | 85249 |
| Felipe Perez | W228 S5095 Mill Ct | Waukesha | WI | 53189 |
| Frank Gole | 6711 Hill Park Ct | Greendale | WI | 53129 |
| Frank Gursky | 274 S Algonquin Ave | Columbus | OH | 43204 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 1 of 4

8/9/2007 12:15 PM
Delphi Splinter Union Service Addresses list

Delphi Corporation
Special Parties

| Name | Address1 | City | State | Zip |
|---|---|---|---|---|
| Frank Rosiak | 9019 W Allerton Ave | Greenfield | WI | 53228 |
| Fred Goertz | 1313 Columbia Ave | So Milwaukee | WI | 53172 |
| Gary Janaszek | 1422 W Van Norman Ave | Milwaukee | WI | 53221 |
| Gary Kiekhaefer | 936 S 122 Street | West Allis | WI | 53214 |
| Gary Mitchell | W132 S6585 Saroyan Dr | Muskego | WI | 53150 |
| Gary Simons | S72 W24905 Wildwood Dr | Vernon | WI | 53189 |
| George Bagatta | 2060 Edgewater Dr | Grafton | WI | 53024 |
| Gerald Hansen | Po Box 373 | Rochester | WI | 53167 |
| Gerald Raymus | 542 Garrison Ct | Delafield | WI | 53018 |
| Glenn Spiroff | 183 Hillside Drive | Hilton | NY | 14468 |
| Gregory Boicourt | 5205 S Camelot Lane | Greenfield | WI | 53221 |
| Gregory Peterson | 7020 Idlewood Ct | Waterford | WI | 53185 |
| Henry Fleig | 56 University Ave | Atlanta | NY | 14808 |
| Howard Hickman | S102 W36430 Hwy Lo | Eagle | WI | 53119 |
| James Chambasian | 926 Ohio Street | Racine | WI | 53405 |
| James Davis | 4637 N 39Th St | Milwaukee | WI | 53209 |
| James Jorgenson | W306 N7024 Bette Ann Dr | Hartland | WI | 53209 |
| James La Vesser | N51 W27590 Willow Crk Dr | Pewaukee | WI | 53072 |
| James Magolan | W125 S8583 Country View Court | Muskego | WI | 53150 |
| James Reshel | S65 W27784 River Rd | Waukesha | WI | 53188 |
| James Smagalski | 3811 S 21St St | Milwaukee | WI | 53221 |
| Jay Christensen | 5401 S Cambrige Lane | Greenfield | WI | 53221 |
| Jay Cook | 1247 39Th Avenue | Kenosha | WI | 53144 |
| Jeffrey Benn | 8331 S 42Nd St | Franklin | WI | 53132 |
| Jeffrey Cieciwa | 4341 S Burrell St | Milwaukee | WI | 53207 |
| Jeffrey Curry | W127 S6767 Jaeger Pl | Muskego | WI | 53150 |
| Jeffrey Hierlmeier | 7203 W View Dr | Wind Lake | WI | 53185 |
| Jerome Bukiewicz | 12650 W Lagoon Rd | New Berlin | WI | 53151 |
| John Clark | 322 E Walnut St | Westerville | OH | 43081 |
| John Hoffmann | 5528 Northwestern Ave | Racine | WI | 53406 |
| Jonathan Babbitt | Po Box 60412 | Rochester | NY | 14606 |
| Jose Plem | W241 N6606 Fir St | Sussex | WI | 53089 |
| Joseph Lipp | 2123 W Cedar St | Oak Creek | WI | 53154 |
| Joseph Safranski | 516 Manitowoc Ave | So Milwaukee | WI | 53172 |
| Joseph Schwab | 860 E Oakwood Rd | Oak Creek | WI | 53154 |
| Karen Jegen | 5990 S Crosswinds Dr No 8 | Cudahy | WI | 53110 |
| Kathleen Slamka | 9210 S Chicago Rd | Oak Creek | WI | 53154 |
| Keith Adams | S1066 W36133 Matthew Ln | Eagle | WI | 53119 |
| Keith Grace | 29429 N Lake Dr | Waterford | WI | 53185 |

Delphi Corporation
Special Parties

| Name | Address1 | City | State | Zip |
|------|----------|------|-------|-----|
| Keith Larner | W234 S5217 Ermine Ct | Waukesha | WI | 53186 |
| Keith Seal | 3134 W Thorncrest Dr | Franklin | WI | 53132 |
| Kenneth Bolka | 2943 Thornapple Ct | Racine | WI | 53402 |
| Kenneth Kiedrowski | 2410 W Leroy Ave | Milwaukee | WI | 53221 |
| Kenneth Nickel | N4196 County Rd P | Sullivan | WI | 53178 |
| Kenneth Ward | 3706 N 53Rd St | Milwaukee | WI | 53216 |
| Larry Van Tubbergen | 8924 Old Spring St | Racine | WI | 53406 |
| Lawrence Nycz | W329 S10080 West Pointe Dr | Mukwonago | WI | 53149 |
| Margaret Valeri | 2904 1/2 Olive St | Racine | WI | 53403 |
| Mark Burbey | 16325 Overhill Dr | Brookfield | WI | 53005 |
| Mark Gehrke | 6116 Churchwood Lane | Greendale | WI | 53129 |
| Mark Grosso | 6525 Riverside Rd | Waterford | WI | 53185 |
| Mark Spangenberg | 5221 S 44Th St | Greenfield | WI | 53220 |
| Marquis Moore | 29209 Manor Drive | Waterford | WI | 53185 |
| Melvin Benford | 3856 N 24Th Pl | Milwaukee | WI | 53206 |
| Michael Bartol | 6921 Spring St | Racine | WI | 53406 |
| Michael Jankowski | 405 E Robert Rd | Oak Creek | WI | 53154 |
| Michael Keleher | 3567 E Barnard Ave No 1 | Cudahy | WI | 53110 |
| Michael Komorowski | 1433 W Violet Dr | Oak Creek | WI | 53154 |
| Michael Lueck | 9318 S Springhill Ln | Franklin | WI | 53132 |
| Michael Pagliaroni | 984 Hastings Ct | Racine | WI | 53406 |
| Michael Potter | N 38W 26876 Glacier Rd | Pewaukee | WI | 53072 |
| Michael Wszola | 2085 E Pendragon Ct | Oak Creek | WI | 53154 |
| Michael Yorton | 317 E Eagle Street | Eagle | WI | 53119 |
| Nathan Williams | 1754 Harrison Pond Dr | New Albany | OH | 43054 |
| Patrick Croak | S103 W20975 Heather Ln | Muskego | WI | 53150 |
| Paul Andrews | W224 S7540 Guthrie Dr | Big Bend | WI | 53103 |
| Paul Bennett | 729 Hawthorne No 1 | S. Milwaukee | WI | 53172 |
| Paul Vega | 500 E Darlene Ln | Oak Creek | WI | 53154 |
| R Foxhall Jr | 957 Manitou Rd | Hilton | NY | 14468 |
| Randal Middleton | 301 Beauregard St No 1607 | Alexandria | VA | 22312 |
| Raymond Budzinski | 6322 New Castle Lane | Racine | WI | 53402 |
| Richard Bruette | 4501 W 8 Mile Road | Caledonia | WI | 53108 |
| Richard Kasza | 4345 S 36Th St | Greenfield | WI | 53221 |
| Richard Leipzig | N8349 Greenwald Ct | East Troy | WI | 53120 |
| Richard Petrie | 7660 S 68Th St | Franklin | WI | 53132 |
| Richard Scharet | 4353 West Sprinbrook Rd | Castile | NY | 14427 |
| Richard Thomas | 1857 Big Tree Drive | Columbus | OH | 43223 |
| Richard Wilger | 3334 County Road Y | West Bend | WI | 53095 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

8/9/2007 12:15 PM
Delphi Splinter Union Service Addresses list

Delphi Corporation
Special Parties

| Name | Address1 | City | State | Zip |
|------|----------|------|-------|-----|
| Richard Zawada | W333 N4294 Parc Way | Nashota | WI | 53058 |
| Robert Blask | 8235 W Howard Ave | Greenfield | WI | 53220 |
| Robert Farmer | 6425 Retton Rd | Reynoldsburg | OH | 43068 |
| Robert Jaeck | 2222 Sunrise Rd | Racine | WI | 53402 |
| Robert Janiszewski | S67 W12685 Larkspur Rd | Muskego | WI | 53150 |
| Robert Kloet | 4131 Matthew Dr | Racine | WI | 53402 |
| Robert Steger | Pobox 251 | Mukwonago | WI | 53149 |
| Robert Stroik | 1704 Menomonee Ave | S Milwaukee | WI | 53172 |
| Robert Wolf | 531 W College Ave | Oak Creek | WI | 53154 |
| Roger Struckman | 4932 London-Groveport Rd | Orient | OH | 43146 |
| Ronald Bostic | 193 Hawkes Ave | Columbus | OH | 43223 |
| Ronald Clark | 161 Works Rd | Honeoye Falls | NY | 14472 |
| Ronald Kreutzer | 8383 W Holmes Ave | Milwaukee | WI | 53220 |
| Rudolph Williams | 2500 17Th Ave | So Milwaukee | WI | 53172 |
| Rudy Gawlitta | S70 W12852 Flintlock Trl | Muskego | WI | 53150 |
| Russell Backes | 1645 Monroe Avenue | So Milwaukee | WI | 53172 |
| Stephen Goodman | 7362 Jean Ellen Road | West Bend | WI | 53090 |
| Steven Winski | 981 E Elm Rd | Oak Creek | WI | 53154 |
| Terrence Naffier | 7014 Breezy Point Road | Wind Lake | WI | 53185 |
| Terry Dick | 11610 223Rd Avenue | Bristol | WI | 53104 |
| Thomas Carlson | 649 Swan Drive | Waterford | WI | 53185 |
| Thomas Schumacher | 3278 E Norwich Ave | Saint Francis | WI | 53235 |
| Tim Berghoefer | S25 W30307 Jenna Lane | Waukesha | WI | 53188 |
| Wayne Plevak | 39 S Fancher Road | Racine | WI | 53406 |
| Wayne Ziemer | 11400 W 7 Mile Rd | Franksville | WI | 53126 |
| William Eurick | W224 S7600 Guthrie Dr | Big Bend | WI | 53103 |
| William Johnston | 439 Uhler Ave | Marion | OH | 43302 |
| William Mink | 5850 North River Bay Rd | Waterford | WI | 53185 |
| William Odell | 6412 Buckeye Path Dr N | Grove City | OH | 43123 |
| Willie Flora | 2321 Penbrook Drive | Racine | WI | 53406 |
| Worthly Brock | 8703 W Becher St | West Allis | WI | 53227 |

Delphi Corporation
Special Parties

| Name | Address1 | City | State | Zip |
|------|----------|------|-------|-----|
| Alfred Bock | 7930 W Lincoln St Ne | Masury | OH | 44438-9780 |
| Allene Williams | 416 Woodland Hills Ct | Madison | MS | 39110-7819 |
| Bertha Thompson | 215 Lake Of Pines Dr | Jackson | MS | 39206-3226 |
| Betty Longo | 536 Bay Pointe Drive | Brandon | MS | 39047 |
| Carlotta Hluchan | 1482 Bristol-Champion Town | Warren | OH | 44481 |
| Charles Flask Jr. | 276 Aspen Dr Nw | Warren | OH | 44483-1183 |
| Corinne Smith | 3942 N West River Rd | Sanford | MI | 48657-9367 |
| Dale Cox | Po Box 654 | Waynesville | OH | 45068-0654 |
| David Lewis | 500 Ardussi Ave | Saginaw | MI | 48602 |
| Frank Farner | 206 Indian Mound Rd | Clinton | MS | 39056-4902 |
| Frank Wilson | Po Box 53 | Clinton | MS | 39060-0053 |
| Fred King | 5626 Dixie Hwy Apt 2 | Saginaw | MI | 48601-5863 |
| Gerald Eickholt | Po Box 797 | Freeland | MI | 48623-0797 |
| Jeffrey Gray | 1190 Barbeau Dr | Saginaw | MI | 48603-5401 |
| Joan Bartholomew | 5706 Everett East | Hubbard | OH | 44425 |
| Joan Duvall | 4430 Durham Ct. | Ravenna | OH | 44266 |
| Judith Shortreed | 2086 Quail Run Dr | Cortland | OH | 44410-1828 |
| Martin Cipriano | 23 Lattavo Dr. | New Castle | PA | 16105 |
| Mary Poweski | 404 Westchester Dr.Se | Warren | OH | 44484 |
| Michael Basner | 2322 Adams Blvd. | Saginaw | MI | 48602 |
| Michael Burden | 2223 N Mason St | Saginaw | MI | 48602-5209 |
| Patricia Shaffer | 476 Charles St | Cortland | OH | 44410 |
| Rebecca Tipton | 330 Brownstone Dr | Englewood | OH | 45322-1712 |
| Robert Jackson | 127 Mulberry St | Chesterfield | IN | 46017-1718 |
| Ronald Nelson | 1382 Calvin Dr | Burton | MI | 48509 |
| Scott Reibold | 8149 Anderson Ave Ne | Warren | OH | 44484-1534 |
| Tara King | 3628 Madison Ave | Anderson | IN | 46013-4050 |
| Walter Patterson | 3455 Green Gable Rd | Terry | MS | 39170 |
| William Rinehart | 5667 Clingan Dr. | Struthers | OH | 44471-1007 |

# EXHIBIT B

A COMPLETE COPY OF DELPHI'S COURT
PAPERS, INCLUDING THE MEMORANDA
OF UNDERSTANDING, CAN BE OBTAINED
AT WWW.DELPHIDOCKET.COM OR BY
CALLING 1-888-249-2691

---

This is a notice of a motion to the U.S. Bankruptcy Court which may affect you as a present or
former employee of Delphi:

FOR A SUMMARY OF THE RELIEF SOUGHT IN THIS MOTION REGARDING MEMBERS
OF:
IUOE LOCAL 832S: SEE PAGES 3 & 4
IUOE LOCAL 18S: SEE PAGES 5 & 6
IUOE LOCAL 101S: SEE PAGES 7 & 8
IBEW (ELECTRONICS & SAFETY): SEE PAGES 9 & 10
IBEW (POWERTRAIN): SEE PAGES 11& 12
IAM: SEE PAGES 13 &14
NON-REPRESENTED HOURLY ACTIVE EMPLOYEES AND RETIREES: SEE PAGE 15

The information in this notice is only a summary and you can obtain complete papers as set forth
above this box and on page 16.

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :          Chapter 11
                                          :
DELPHI CORPORATION, <u>et</u> <u>al.</u>,          :          Case No. 05-44481 (RDD)
                                          :
                       Debtors. :          (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INFORMATIONAL NOTICE OF EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C.
§§ 363, 1113, AND 1114 AND FED. R. BANKR. P. 6004 AND 9019 APPROVING
(I) MEMORANDA OF UNDERSTANDING AMONG IUOE, IBEW, IAM,
DELPHI, AND GENERAL MOTORS CORPORATION INCLUDING MODIFICATION
OF IUOE, IBEW, AND IAM COLLECTIVE BARGAINING AGREEMENTS AND
RETIREE WELFARE BENEFITS FOR CERTAIN IUOE, IBEW, AND IAM-REPRESENTED
RETIREES AND (II) MODIFICATION OF, AND TERM SHEET REGARDING,
RETIREE WELFARE BENEFITS FOR CERTAIN NON-REPRESENTED
<u>HOURLY ACTIVE EMPLOYEES AND RETIREES</u>

INFORMATION FOR IUOE, IBEW, AND IAM-REPRESENTED
EMPLOYEES AND RETIREES AND CERTAIN NON-REPRESENTED
HOURLY ACTIVE EMPLOYEES AND RETIREES OF DELPHI CORPORATION

On August 6, 2007, Delphi Corporation and certain of its affiliated debtors and
debtors-in-possession ("Delphi"), filed the **Expedited Motion For Order Under 11 U.S.C. §§**

**363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE, IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees** (the "Motion"), which seeks bankruptcy court approval (subject to ratification by the IUOE,[1] IBEW, and IAM, respectively) of six memoranda of understanding dated July 31 and August 1, 2007 (the "Settlement Agreements" or "Memoranda of Understanding") among Delphi, General Motors, and the IUOE, IBEW, and IAM, respectively, regarding Delphi's restructuring as well as bankruptcy court approval of modification of retiree welfare benefits for certain non-represented hourly active employees and retirees and a term sheet between GM and Delphi regarding such modification.

On August 16, 2007 at 10:00 a.m., the United States Bankruptcy Court (the "Court") for the Southern District of New York will conduct a hearing on approval of the Settlement Agreements.

If approved by the Court (and ratified, where necessary, by the IUOE, IBEW, and IAM, respectively), each Settlement Agreement will go into effect.

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Memoranda of Understanding with the additional clarification that use of the IUOE refers to Locals 832S, 18S, and 101S of the International Union of Operating Engineers and not to the international union itself.

## IUOE Local 832S

The **IUOE Local 832S** Settlement Agreement, among other subject matters, provides that:

(A)    Effective upon the later of entry of this Court's approval order in respect of the Motion or the first Monday following receipt of written notice of ratification from the International Union of Operating Engineers and its Local 832S ("IUOE Local 832S"):

- The 2003 IUOE Local 832S – Delphi Powertrain – Rochester Agreements and all related agreements and understandings are extended until September 14, 2011, subject to their termination provisions;

- A workforce transition program is implemented for eligible IUOE Local 832S-represented employees that provides eligible employees with transformation plan options including (i) attrition options similar to the previously-approved UAW and IUE-CWA attrition program for eligible IUOE Local 832S employees who are participants in the Delphi Hourly-Rate Employees Pension Plan, (ii) provision of a lump sum "buy-down" payment totaling $10,000 for eligible employees, and (iii) severance payments up to $40,000 to eligible employees who are permanently laid off prior to September 14, 2011;

- Certain terms of certain IUOE CBAs are modified with respect to wages, personal savings plans, Independence Week Pay, holidays, vacation accrual, GIS, job security and/or guaranteed employment levels, subsidized discount programs, tuition assistance, attendance, representation, and dispute resolution; and

- All employee, retiree, and union asserted and unasserted claims are settled (except for waiver of rights to vested pension benefits, workers compensation benefits, unemployment compensation benefits, and the right to pursue pending ordinary course grievance except for employees who have signed individual releases of claims).

(B)    Effective upon the execution by Delphi and GM of a comprehensive settlement agreement resolving certain financial, commercial, and other matters between Delphi and GM and substantial consummation of a plan of reorganization proposed by Delphi in its chapter 11 cases and confirmed by this Court which incorporates, approves, and is consistent with all of the terms of the IUOE Local 832S Settlement Agreement and Delphi-GM settlement:

-3-

- Delphi's obligation to provide certain retiree welfare benefits is eliminated and GM is obligated to provide certain retiree welfare benefits for certain IUOE Local 832S-represented retirees and eligible employees covered as provided in the Term Sheet – Delphi Cessation and GM Provision of OPEB;

- Delphi's existing pension plan is frozen in certain respects effective upon emergence from chapter 11 for certain covered IUOE Local 832S-represented employees as provided in Section D.2 of the IUOE Local 832S Settlement Agreement;

- The Memorandum of Understanding (including certain IUOE CBAs) is assumed pursuant to 11 U.S.C. § 365;

- The IUOE Local 832S released parties are exculpated and released in connection with the IUOE Local 832S Memorandum of Understanding and Delphi's chapter 11 cases; and

- Delphi and GM receive releases from the IUOE Local 832S, all employees and former employees of Delphi represented or formerly represented by the IUOE Local 832S, and all persons or entities with claims derived from or related to any relationship with such employees of Delphi arising directly or indirectly from or in any way related to any obligations under the collective bargaining agreements or the IUOE Local 832S Memorandum of Understanding (except for claims for benefits provided for or explicitly not waived under the IUOE Local 832S Memorandum of Understanding, including, but not limited to, workers' compensation benefits and unemployment compensation benefits against Delphi, its subsidiaries, or affiliates that are otherwise assertable under applicable law).

-4-

### IUOE Local 18S

The **IUOE Local 18S** Settlement Agreement, among other subject matters, provides that:

(A)    Effective upon the later of entry of this Court's approval order in respect of the Motion or the first Monday following receipt of written notice of ratification from the International Union of Operating Engineers and its Local 18S ("IUOE Local 18S"):

- The IUOE Local 18S, Delphi, and GM acknowledge that the Delphi Thermal & Interior – Columbus operation is scheduled to be closed;

- The term of the 2003 IUOE Local 18S – Delphi Agreements and all related agreements and understandings are extended until September 14, 2011, subject to their termination provisions;

- A workforce transition program is implemented for eligible IUOE Local 18S-represented employees that provides eligible employees with transformation plan options including (i) attrition options similar to the previously-approved UAW and IUE-CWA attrition program for eligible IUOE Local 18S employees who are participants in the Delphi Hourly-Rate Employees Pension Plan, (ii) provision of a lump sum "buy-down" payment totaling $10,000 for eligible employees, and (iii) severance payments up to $40,000 to eligible employees who are permanently laid off prior to September 14, 2011;

- Certain terms of certain IUOE CBAs are modified with respect to wages, personal savings plans, Independence Week Pay, holidays, vacation accrual, GIS, job security and/or guaranteed employment levels, Plant Closing and Sale Moratorium, subsidized discount programs, tuition assistance, and representation;

- On a case-by-case basis, Delphi employees transferring from a Delphi plant to another Delphi plant may be eligible for a Relocation Allowance based on actual expenses incurred, up to a maximum of $10,000; and

- All employee, retiree, and union asserted and unasserted claims are settled (except for waiver of rights to vested pension benefits, workers compensation benefits, unemployment compensation benefits, and the right to pursue pending ordinary course grievance except for employees who have signed individual releases of claims).

(B)     Effective upon the execution by Delphi and GM of a comprehensive
settlement agreement resolving certain financial, commercial, and other
matters between Delphi and GM and substantial consummation of a plan
of reorganization proposed by Delphi in its chapter 11 cases and
confirmed by this Court which incorporates, approves, and is consistent
with all of the terms of the IUOE Local 18S Settlement Agreement and
Delphi-GM settlement:

- Delphi's obligation to provide certain retiree welfare benefits is
eliminated and GM is obligated to provide certain retiree welfare
benefits for certain IUOE Local 18S-represented retirees and
eligible employees covered as provided in the Term Sheet – Delphi
Cessation and GM Provision of OPEB;

- Delphi's existing pension plan is frozen in certain respects effective
upon emergence from chapter 11 for certain covered IUOE Local
18S-represented employees as provided in Section D.2 of the
IUOE Local 18S Settlement Agreement;

- The Memorandum of Understanding (including certain IUOE
CBAs) is assumed pursuant to 11 U.S.C. § 365;

- The IUOE Local 18S released parties are exculpated and released
in connection with the IUOE Local 18S Memorandum of
Understanding and Delphi's chapter 11 cases; and

- Delphi and GM receive releases from the IUOE Local 18S, all
employees and former employees of Delphi represented or
formerly represented by the IUOE Local 18S, and all persons or
entities with claims derived from or related to any relationship with
such employees of Delphi arising directly or indirectly from or in
any way related to any obligations under the collective bargaining
agreements or the IUOE Local 18S Memorandum of
Understanding (except for claims for benefits provided for or
explicitly not waived under the IUOE Local 18S Memorandum of
Understanding, including, but not limited to, workers'
compensation benefits and unemployment compensation benefits
against Delphi, its subsidiaries, or affiliates that are otherwise
assertable under applicable law).

## IUOE Local 101S

The **IUOE Local 101S** Settlement Agreement, among other subject matters, provides that:

(A)    Effective upon the entry of this Court's approval order in respect of the Motion:

- The International Union of Operating Engineers Local 101S ("IUOE Local 101S"), Delphi, and GM acknowledge that the Delphi Automotive Holdings Group – Olathe operations are closed, and that Delphi no longer employs any Olathe bargaining unit employees;

- The IUOE Local 101S Settlement Agreement terminates and supersedes the 2003 IUOE Local 101S – Delphi Agreements and all related agreements and understandings; and

- All employee, retiree, and union asserted and unasserted claims are settled (except for waiver of rights to vested pension benefits, workers compensation benefits, unemployment compensation benefits, and the right to pursue pending ordinary course grievance except for employees who have signed individual releases of claims).

(B)    Effective upon the execution by Delphi and GM of a comprehensive settlement agreement resolving certain financial, commercial, and other matters between Delphi and GM and substantial consummation of a plan of reorganization proposed by Delphi in its chapter 11 cases and confirmed by this Court which incorporates, approves, and is consistent with all of the terms of the IUOE Local 101S Settlement Agreement and Delphi-GM settlement:

- Delphi's obligation to provide certain retiree welfare benefits is eliminated and GM is obligated to provide certain retiree welfare benefits for certain IUOE Local 101S-represented retirees and eligible employees covered as provided in the Term Sheet – Delphi Cessation and GM Provision of OPEB;

- Delphi's existing pension plan is frozen in certain respects effective upon emergence from chapter 11 for certain covered IUOE Local 101S-represented employees as provided in Section C of the IUOE Local 101S Settlement Agreement;

- The Memorandum of Understanding (including certain IUOE agreements) is assumed pursuant to 11 U.S.C. § 365;

- The IUOE Local 101S released parties are exculpated and released in connection with the IUOE Local 101S Memorandum of Understanding and Delphi's chapter 11 cases; and

- Delphi and GM receive releases from the IUOE Local 101S, all employees and former employees of Delphi represented or formerly represented by the IUOE Local 101S, and all persons or entities with claims derived from or related to any relationship with such employees of Delphi arising directly or indirectly from or in any way related to any obligations under the collective bargaining agreements or the IUOE Local 101S Memorandum of Understanding (except for claims for benefits provided for or explicitly not waived under the IUOE Local 101S Memorandum of Understanding, including, but not limited to, workers' compensation benefits and unemployment compensation benefits against Delphi, its subsidiaries, or affiliates that are otherwise assertable under applicable law).

## IBEW (Electronics & Safety)

The **IBEW E&S** Settlement Agreement, among other subject matters, provides that:

(A)    Effective upon the later of entry of this Court's approval order in respect of the Motion or the first Monday following receipt of written notice of ratification from the IBEW:

- The IBEW, Delphi, and GM acknowledge that the Delphi Electronics & Safety – Milwaukee operation is scheduled to be closed;

- The term of the 2003 IBEW – Delphi E&S Agreements and all related agreements and understandings are extended until September 14, 2011, subject to their termination provisions;

- A workforce transition program is implemented for eligible IBEW-represented employees that provides eligible employees with transformation plan options, including (i) attrition options similar to the previously-approved UAW and IUE-CWA attrition program for eligible IBEW employees who are participants in the Delphi Hourly-Rate Employees Pension Plan, (ii) provision of a lump sum "buy-down" payment totaling $10,000 for eligible employees, and (iii) severance payments up to $40,000 to eligible employees who are permanently laid off prior to September 14, 2011;

- Certain terms of the IBEW CBAs are modified with respect to wages, personal savings plans, Independence Week Pay, holidays, vacation accrual, Plant Closing and Sale Moratorium, GIS, job security and/or guaranteed employment levels, tuition assistance, subsidized discount programs, strikes, and stoppages; and

- All employee, retiree, and union asserted and unasserted claims are settled (except for waiver of rights to vested pension benefits, workers compensation benefits, unemployment compensation benefits, and the right to pursue pending ordinary course grievance except for employees who have signed individual releases of claims).

(B)    Effective upon the execution by Delphi and GM of a comprehensive settlement agreement resolving certain financial, commercial, and other matters between Delphi and GM and substantial consummation of a plan of reorganization proposed by Delphi in its chapter 11 cases and confirmed by this Court which incorporates, approves, and is consistent with all of the terms of the IBEW E&S Settlement Agreement and Delphi-GM settlement:

- Delphi's obligation to provide certain retiree welfare benefits is eliminated and GM is obligated to provide certain retiree welfare benefits for certain IBEW-represented retirees and eligible employees covered as provided in the Term Sheet – Delphi Cessation and GM Provision of OPEB;

- Delphi's existing pension plan is frozen in certain respects effective upon emergence from chapter 11 for certain covered IBEW-represented employees as provided in Section D.2 of the IBEW E&S Settlement Agreement;

- The Memorandum of Understanding (including certain IBEW CBAs) is assumed pursuant to 11 U.S.C. § 365;

- The IBEW released parties are exculpated and released in connection with the IBEW E&S Memorandum of Understanding and Delphi's chapter 11 cases; and

- Delphi and GM receive releases from the IBEW, all employees and former employees of Delphi represented or formerly represented by the IBEW, and all persons or entities with claims derived from or related to any relationship with such employees of Delphi arising directly or indirectly from or in any way related to any obligations under the collective bargaining agreements or the IBEW E&S Memorandum of Understanding (except for claims for benefits provided for or explicitly not waived under the IBEW E&S Memorandum of Understanding, including, but not limited to, workers' compensation benefits and unemployment compensation benefits against Delphi, its subsidiaries, or affiliates that are otherwise assertable under applicable law).

## IBEW (Powertrain)

The **IBEW Powertrain** Settlement Agreement, among other subject matters, provides that:

    (A)    Effective upon the later of entry of this Court's approval order in respect of the Motion or the first Monday following receipt of written notice of ratification from the IBEW:

- The IBEW, Delphi, and GM acknowledge that the Delphi Powertrain – Milwaukee operation is scheduled to be closed;

- The term of the 2003 IBEW – Delphi Powertrain (formerly Delphi E&C) – Milwaukee Operations Agreements and all related agreements and understandings are extended until September 14, 2011, subject to their termination provisions;

- A workforce transition program is implemented for eligible IBEW-represented employees that provides eligible employees with transformation plan options, including (i) attrition options similar to the previously-approved UAW and IUE-CWA attrition program for eligible IBEW employees who are participants in the Delphi Hourly-Rate Employees Pension Plan, (ii) provision of a lump sum "buy-down" payment totaling $10,000 for eligible employees, and (iii) severance payments up to $40,000 to eligible employees who are permanently laid off prior to September 14, 2011;

- Certain terms of the IBEW CBAs are modified with respect to wages, personal savings plans, Independence Week Pay, holidays, vacation accrual, Plant Closing Restrictions, GIS, job security and/or guaranteed employment levels, tuition assistance, subsidized discount programs, strikes, and stoppages; and

- All employee, retiree, and union asserted and unasserted claims are settled (except for waiver of rights to vested pension benefits, workers compensation benefits, unemployment compensation benefits, and the right to pursue pending ordinary course grievance except for employees who have signed individual releases of claims).

    (B)    Effective upon the execution by Delphi and GM of a comprehensive settlement agreement resolving certain financial, commercial, and other matters between Delphi and GM and substantial consummation of a plan of reorganization proposed by Delphi in its chapter 11 cases and confirmed by this Court which incorporates, approves, and is consistent with all of the terms of the IBEW Powertrain Settlement Agreement and Delphi-GM settlement:

-11-

- Delphi's obligation to provide certain retiree welfare benefits is eliminated and GM is obligated to provide certain retiree welfare benefits for certain IBEW-represented retirees and eligible employees covered as provided in the Term Sheet – Delphi Cessation and GM Provision of OPEB;

- Delphi's existing pension plan is frozen in certain respects effective upon emergence from chapter 11 for certain covered IBEW-represented employees as provided in Section D.2 of the IBEW Powertrain Settlement Agreement;

- The Memorandum of Understanding (including certain IBEW CBAs) is assumed pursuant to 11 U.S.C. § 365;

- The IBEW released parties are exculpated and released in connection with the IBEW Powertrain Memorandum of Understanding and Delphi's chapter 11 cases; and

- Delphi and GM receive releases from the IBEW, all employees and former employees of Delphi represented or formerly represented by the IBEW, and all persons or entities with claims derived from or related to any relationship with such employees of Delphi arising directly or indirectly from or in any way related to any obligations under the collective bargaining agreements or the IBEW Powertrain Memorandum of Understanding (except for claims for benefits provided for or explicitly not waived under the IBEW Powertrain Memorandum of Understanding, including, but not limited to, workers' compensation benefits and unemployment compensation benefits against Delphi, its subsidiaries, or affiliates that are otherwise assertable under applicable law).

# IAM

The **IAM** Settlement Agreement, among other subject matters, provides that:

(A)     Effective upon the later of entry of this Court's approval order in respect of the Motion or the first Monday following receipt of written notice of ratification from the IAM:

- The IAM, Delphi, and GM acknowledge that the Delphi Electronics & Safety – Milwaukee operation is scheduled to be closed;

- The term of the 2003 IAM – Delphi Electronics & Safety – Milwaukee Operations Agreements and all related agreements and understandings are extended until September 14, 2011, subject to their termination provisions;

- A workforce transition program is implemented for eligible IAM-represented employees that provides eligible employees with transformation plan options including (i) attrition options similar to the previously-approved UAW and IUE-CWA attrition program for eligible IAM employees who are participants in the Delphi Hourly-Rate Employees Pension Plan, (ii) provision of a lump sum "buy-down" payment totaling $10,000 for eligible employees, and (iii) severance payments up to $40,000 to eligible employees who are permanently laid off prior to September 14, 2011;

- Certain terms of the IAM CBAs are modified with respect to wages, personal savings plans, Independence Week Pay, holidays, vacation accrual, Plant Closing and Sale Moratorium, GIS, job security and/or guaranteed employment levels, tuition assistance, subsidized discount programs, strikes, and stoppages; and

- All employee, retiree, and union asserted and unasserted claims are settled (except for waiver of rights to vested pension benefits, workers compensation benefits, unemployment compensation benefits, and the right to pursue pending ordinary course grievance except for employees who have signed individual releases of claims).

(B)     Effective upon the execution by Delphi and GM of a comprehensive settlement agreement resolving certain financial, commercial, and other matters between Delphi and GM and substantial consummation of a plan of reorganization proposed by Delphi in its chapter 11 cases and confirmed by this Court which incorporates, approves, and is consistent

-13-

with all of the terms of the IAM Settlement Agreement and Delphi-GM
settlement:

- Delphi's obligation to provide certain retiree welfare benefits is
  eliminated and GM is obligated to provide certain retiree welfare
  benefits for certain IAM-represented retirees and eligible
  employees covered as provided in the Term Sheet – Delphi
  Cessation and GM Provision of OPEB;

- Delphi's existing pension plan is frozen in certain respects effective
  upon emergence from chapter 11 for certain covered IAM-
  represented employees as provided in Section D.2 of the IAM
  Settlement Agreement;

- The Memorandum of Understanding (including certain IAM
  CBAs) is assumed pursuant to 11 U.S.C. § 365;

- The IAM released parties are exculpated and released in
  connection with the IAM Memorandum of Understanding and
  Delphi's chapter 11 cases; and

- Delphi and GM receive releases from the IAM, all employees and
  former employees of Delphi represented or formerly represented
  by the IAM, and all persons or entities with claims derived from or
  related to any relationship with such employees of Delphi arising
  directly or indirectly from or in any way related to any obligations
  under the collective bargaining agreements or the IAM
  Memorandum of Understanding (except for claims for benefits
  provided for or explicitly not waived under the IAM Memorandum
  of Understanding, including, but not limited to, workers'
  compensation benefits and unemployment compensation benefits
  against Delphi, its subsidiaries, or affiliates that are otherwise
  assertable under applicable law).

-14-

## <u>Non-Represented Hourly Active  Employees And Retirees</u>

The Motion also requests that the Court approve modification of retiree welfare benefits for certain **non-represented hourly active employees and retirees** of the Debtors pursuant to 11 U.S.C. § 363.  On August 3, 2007, Delphi and GM agreed to the treatment of these non-represented hourly individuals in the Term Sheet – Delphi Cessation and GM Provision of OPEB For Certain Non-Represented Delphi Employees and Retirees (the "Non-Represented Term Sheet").   Upon the effective date of the Non-Represented Term Sheet, GM will provide post-retirement medical benefits to certain of the non-represented hourly active employees and retirees in accordance with all the ongoing terms, conditions and eligibility requirements of the GM Health Care Program for Hourly Employees and GM will provide the applicable level of post retirement medical benefits to certain of the non-represented hourly active employees and retirees consistent with the terms of the Modified Plan, as defined in the settlement agreement approved by the court in the case <u>IUE, et al. v. General Motors Corporation</u> (case number 2:06-cv-12151), on the same basis as such benefits are provided to GM-IUE-CWA hourly employees who retired from GM with eligibility to participate in the GM Health Care Program.  Further, GM will provide all employer-paid post-retirement Basic Life Insurance benefits to certain of the non-represented hourly active employees and retirees in accordance with all the ongoing terms, conditions, and eligibility requirements of the GM Life and Disability Benefits Program for Hourly Employees and at the level provided for non-represented hourly retirees on the date immediately preceding the GM's provision of such benefits, <u>provided, however</u>, that GM will not be required to provide life insurance benefits at a level and scope that exceeds that being provided for similarly situated IBEW or IAM-represented hourly retirees of GM.  Certain active non-represented hourly employees, may be eligible for an attrition program substantially similar to the special attrition program, known as the SAP-T, currently agreed to by the IUE-CWA, subject to Court approval.

~      ~      ~

This information is only a summary of the Motion and of some of the terms of the Settlement Agreements and are qualified entirely by and are subject to the actual terms and conditions of the Settlement Agreements and the Non-Represented Term Sheet.  A complete copy of Delphi's court papers, including the Settlement Agreements, can be obtained at www.delphidocket.com or by calling 1-888-249-2691.  Delphi's plan of reorganization will be considered by the Court at a later time and you will receive notice about that proceeding.

A copy of the notice of the Motion is attached hereto.

Dated:          New York, New York
               August 6, 2007

                              SKADDEN, ARPS, SLATE, MEAGHER
                               & FLOM LLP

                    By:     /s/ John Wm. Butler, Jr.
                           John Wm. Butler, Jr. (JB 4711)
                           John K. Lyons (JL 4951)
                           Ron E. Meisler (RM 3026)
                            333 West Wacker Drive, Suite 2100
                            Chicago, Illinois 60606
                            (312) 407-0700

                               - and -

                    By:     /s/ Kayalyn A. Marafioti
                           Kayalyn A. Marafioti (KM 9632)
                           Thomas J. Matz (TM 5986)
                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000

                               - and-

                    O'MELVENY & MYERS LLP

                    By:    /s/ Tom A. Jerman
                           Tom A. Jerman (TJ 1129)
                           Jessica Kastin (JK 2288)
                           1625 Eye Street, NW
                           Washington, DC 20006
                           (202) 383-5300

                    Attorneys for Delphi Corporation, et al.,
                      Debtors and Debtors-in-Possession

-16-

# EXHIBIT C

**Hearing Date And Time: August 16, 2007 at 10:00 a.m.**
**Objection Deadline: August 13, 2007 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        -and-

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

        -and-

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Tom A. Jerman (TJ 1129)
Jessica Kastin (JK 2288)


 Attorneys for Delphi Corporation, et al.,
    Debtor and Debtors-in-Possession

 Delphi Legal Information Hotline:
 Toll Free:  (800) 718-5305
 International:  (248) 813-2698
 Delphi Legal Information Website:
 http://www.delphidocket.com

 UNITED STATES BANKRUPTCY COURT
 SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
          In re                         :        Chapter 11
                                        :
 DELPHI CORPORATION, et al.,            :        Case No. 05-44481 (RDD)
                                        :
                    Debtors. :        (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF EXPEDITED MOTION FOR ORDER UNDER 11 U.S.C. §§ 363, 1113,
AND 1114 AND FED. R. BANKR. P. 6004 AND 9019 APPROVING (I) MEMORANDA OF UNDERSTANDING AMONG IUOE,
IBEW, IAM, DELPHI, AND GENERAL MOTORS CORPORATION INCLUDING MODIFICATION OF IUOE, IBEW, AND IAM
COLLECTIVE BARGAINING AGREEMENTS AND RETIREE WELFARE BENEFITS FOR CERTAIN IUOE, IBEW, AND IAM-
REPRESENTED RETIREES AND (II) MODIFICATION OF, AND TERM SHEET REGARDING, RETIREE WELFARE BENEFITS
FOR CERTAIN NON-REPRESENTED HOURLY ACTIVE EMPLOYEES AND RETIREES

PLEASE TAKE NOTICE that on August 6, 2007, Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), filed an Expedited Motion For Order Under 11 U.S.C. §§

363, 1113 And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of

Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including

Modification Of IUOE, IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare

Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And

Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active

Employees And Retirees (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion

will be held on August 16, 2007 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the

Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must

(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Supplemental Order

Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014

Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative

Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order")

and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr.

P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures, entered October 26, 2006 (Docket No. 5418) (together

with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the

Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file

on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers

of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi

Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n:  General Counsel), (ii) counsel to the

Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago,

Illinois 60606 (Att'n:  John Wm. Butler, Jr.), O'Melveny & Myers LLP, 1625 Eye Street, NW,

Washington, DC 20006 (Att'n:  Tom A. Jerman), and Groom Law Group, Chartered, 1701

Pennsylvania Avenue NW Washington, DC 20006 (Att'n:  Lonie Hassel), (iii) counsel for the agent

under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New

York 10017 (Att'n:  Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of

unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n:

Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security

holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n:  Bonnie Steingart), (vi) the Office of the United States Trustee for the Southern District

of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M.

Leonhard), (vii) counsel to the IUOE, Gorlick, Kravitz & Listhaus, P.C., 17 State Street, 4th Floor,

New York, New York 10004 (Att'n: Barbara S. Mehlsack), and (viii) counsel to the IAM and IBEW,

Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C., 1555 N. RiverCenter Drive, Suite

202, Milwaukee, Wisconsin 53212 (Att'n: Marianne G. Robbins) in each case so as to be **received** no

later than **4:00 p.m. (prevailing Eastern time)** on **August 13, 2007** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and the Case Management Orders, the Bankruptcy Court may enter a final order granting the Motion without further notice.

Dated:    New York, New York
          August 6, 2007

                              SKADDEN, ARPS, SLATE, MEAGHER
                               & FLOM LLP

                         By:    /s/ John Wm. Butler, Jr.
                                John Wm. Butler, Jr. (JB 4711)
                                John K. Lyons (JL 4951)
                                Ron E. Meisler (RM 3026)
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois 60606
                                (312) 407-0700

                                    - and -

                         By:    /s/ Kayalyn A. Marafioti
                                Kayalyn A. Marafioti (KM 9632)
                                Thomas J. Matz (TM 5986)
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                    - and-

                         O'MELVENY & MYERS LLP

                         By: /s/ Tom A. Jerman
                                Tom A. Jerman (TJ 1129)
                                Jessica Kastin (JK 2288)
                                1625 Eye Street, NW
                                Washington, DC 20006
                                (202) 383-5300

                         Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession

4