Young Conaway Stargatt & Taylor, LLP
Attorneys for the Chapter 11 Trustee
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600
Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean M. Beach (DE Bar I.D. No. 4070)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Melissa L. Bertsch, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for creditor, Metalforming Technologies, Inc.. in the within captioned matter, and that on August 13, 2007, she a caused copy of the attached:

**Response to Debtors' Eighteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain Duplicate or Amended Claims**

to be served upon the parties identified on the service list attached hereto in the manner indicated.

                   Melissa L. Bertsch

SWORN TO AND SUBSCRIBED before me this 13 day of August, 2007.

                   Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 31, 2007

DB01:2439195.1                                  064106.1001

## SERVICE LIST
### Metalforming Technologies, Inc., et al.
### 8/13/2007

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: (312) 407-0411
(Delphi Corporation)
*First Class Mail & Facsimile*

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
(Debtors)
*First Class Mail*

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, NY 10004
*First Class Mail*