**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                                Chapter 11

                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                     Jointly Administered

                                 Debtors

-------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

     UPON the motion of David A. Hodges for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that David A. Hodges is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: August 10, 2007
          New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE