IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::::::::::
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

    I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On August 9, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via same-day messenger delivery:

1) Expedited Motion for Order Under 11 U.S.C. §§ 363, 1113, and 1114 and Fed. R. Bankr. P. 6004 and 9019 Approving (I) Memoranda of Understanding Among IUOE, IBEW, IAM, Delphi, and General Motors Corporation Including Modification of IUOE ,IBEW, and IAM Collective Bargaining Agreements and Retiree Welfare Benefits for Certain IUOE, IBEW, and IAM-Represented Retirees and (II) Modification of, and Term Sheet Regarding, Retiree Welfare Benefits for Certain Non-Represented Hourly Active Employees and Retirees ("IUOE, IBEW, and IAM 1113/1114 Settlement and Retiree Benefit Approval Motion") (Docket No. 8906) [a copy of which is attached hereto as Exhibit B]

2) Informational Notice Of Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees [a copy of which is attached hereto as Exhibit C]

3) Notice Of Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE ,IBEW, And IAM Collective

Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees [a copy of which is attached hereto as Exhibit D]


Dated: August 13, 2007

                                          */s/ Evan Gershbein*
                                          Evan Gershbein


State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of August, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Shannon J. Spencer*

Commission Expires: *6/20/10*

# EXHIBIT A

Delphi Corporation
Special Parties

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| BRIAN J LUBBE | 1310 TROUT DR | SAGINAW | MI | 48603-5654 |
| JAMI L DOTY | 1085 MIDLAND RD | BAY CITY | MI | 48706 |