# EXHIBIT B

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 19, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention:  Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention:  Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention:  John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention:  Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention:  Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention:  Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:  Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending February 28, 2007 is enclosed with this letter.  Also enclosed as part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635                    mah  428010.9

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                   Phone 937.443.6600
                           Dayton, Ohio 45401-8801         Fax  937.443.6635

# THOMPSON HINE

March 19, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of February, 2007, Thompson Hine is entitled to receive the total sum of $27,379.15, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 2/01/07 – 02/28/07 | $29,358.50 | $ 3,892.35 | $33,250.85 | $23,486.80 | $ 3,892.35 | $27,379.15 | $ 5,871.70 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON HINE

March 19, 2007
Page 3

cc:     Scott McBain, Esq.

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00105 | 02/01/07 - 02/28/07 | 2204205 | $80.00 | $0.00 | $80.00 |
| 00110 | 02/01/07 - 02/28/07 | 2204205 | $335.00 | $0.00 | $335.00 |
| 00148 | 02/01/07 - 02/28/07 | 2204205 | $603.00 | $0.00 | $603.00 |
| 00149 | 02/01/07 - 02/28/07 | 2204205 | $815.00 | $0.00 | $815.00 |
| 00159 | 02/01/07 - 02/28/07 | 2204205 | $80.00 | $0.00 | $80.00 |
| 00161 | 02/01/07 - 02/28/07 | 2204205 | $462.00 | $0.00 | $462.00 |
| 00162 | 02/01/07 - 02/28/07 | 2204205 | $80.00 | $0.00 | $80.00 |
| 00164 | 02/01/07 - 02/28/07 | 2204205 | $80.00 | $0.00 | $80.00 |
| 00165 | 02/01/07 - 02/28/07 | 2204205 | $2,335.00 | $0.00 | $2,335.00 |
| 00168 | 02/01/07 - 02/28/07 | 2204205 | $1,100.00 | $0.00 | $1,100.00 |
| 00189 | 02/01/07 - 02/28/07 | 2204205 | $80.00 | $2.40 | $82.40 |
| 00204 | 02/01/07 - 02/28/07 | 2204205 | $80.00 | $0.00 | $80.00 |
| 00208 | 02/01/07 - 02/28/07 | 2204205 | $4,788.50 | $267.95 | $5,056.45 |
| 00224 | 02/01/07 - 02/28/07 | 2204205 | $3,117.50 | $1,064.55 | $4,182.05 |
| 00226 | 02/01/07 - 02/28/07 | 2204205 | $107.50 | $1,233.30 | $1,340.80 |
| 00230 | 02/01/07 - 02/28/07 | 2204205 | $2,007.50 | $0.00 | $2,007.50 |
| 00232 | 02/01/07 - 02/28/07 | 2204205 | $735.00 | $0.00 | $735.00 |
| 00241 | 02/01/07 - 02/28/07 | 2204205 | $3,139.00 | $0.00 | $3,139.00 |
| 00244 | 02/01/07 - 02/28/07 | 2204205 | $2,924.00 | $1.05 | $2,925.05 |
| 00245 | 02/01/07 - 02/28/07 | 2204205 | $840.00 | $0.00 | $840.00 |
| 00247 | 02/01/07 - 02/28/07 | 2204205 | $0.00 | $238.00 | $238.00 |
| 00250 | 02/01/07 - 02/28/07 | 2204205 | $537.50 | $0.00 | $537.50 |
| 00252 | 02/01/07 - 02/28/07 | 2204205 | $4,902.00 | $1,085.10 | $5,987.10 |
| 490004.03164 | 02/01/07 - 02/28/07 | 2204205 | $130.00 | $0.00 | $130.00 |
| **Total Amount Invoiced** | | | **$29,358.50** | **$3,892.35** | **$33,250.85** |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

March 19, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 2/01/07 – 2/28/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $29,358.50 |
| Disbursements and Charges | $ 3,892.35 |
| Total Fees, Disbursements and Charges invoiced | $33,250.85 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $23,486.80 |
| Disbursements and Charges (100%) | $ 3,892.35 |
| ***Total Fees, Disbursements and Charges due*** | ***$27,379.15*** |

\*  The holdback amount (20% of the professional fees billed for this period) of $5,871.70 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                mah  469419.1

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.      www.ThompsonHine.com
ATTORNEYS AT LAW                 P.O. Box 8801                    Phone  937.443.6600
                                 Dayton, Ohio 45401-8801          Fax  937.443.6635

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

March 19, 2007

Delphi Technologies, Inc.                    Invoice No. 2204205
Legal Staff-M/C 480-410-202                  Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 02/28/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 29,358.50 |
| Disbursements and Charges | $ | 3,892.35 |
| Total Fees, Disbursements and Charges | $ | 33,250.85 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 33,250.85 |

---

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW               P.O. Box 8801                  Phone 937.443.6600
                               Dayton, Ohio 45401-8801        Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

Professional services rendered for your account:

**DP-304939 Patent DISC BRAKE ROTOR**
OUR FILE NO. 444859.00105

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**
OUR FILE NO. 444859.00110

| | |
|---|---:|
| Fees for Services | 335.00 |
| TOTAL DUE FOR THIS MATTER | 335.00 |

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)**
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 603.00 |
| TOTAL DUE FOR THIS MATTER | 603.00 |

**DP-311136 PATENT:  ELECTRICAL SYSTEM AND CONTROL MODULE AND SMART POWER SUPPLY MODULE FOR ELECTRICAL SYSTEM**
OUR FILE NO. 444859.00149

| | |
|---|---:|
| Fees for Services | 815.00 |
| TOTAL DUE FOR THIS MATTER | 815.00 |

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION**
OUR FILE NO. 444859.00159

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES**
OUR FILE NO. 444859.00161

| | |
|---|---:|
| Fees for Services | 462.00 |
| TOTAL DUE FOR THIS MATTER | 462.00 |

**DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES**
OUR FILE NO. 444859.00162

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**T**HOMPSON
**H**INE

Page 3                                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312440 PATENT:  WHIRLING OF INTEGRATED NUT CROSSOVER FOR BALLSCREW**
OUR FILE NO. 444859.00164

| | |
|---|---|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-312617 PATENT: AUTONOMOUS BRAKE APPLY**
OUR FILE NO. 444859.00165

| | |
|---|---|
| Fees for Services | 2,335.00 |
| TOTAL DUE FOR THIS MATTER | 2,335.00 |

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM**
OUR FILE NO. 444859.00168

| | |
|---|---|
| Fees for Services | 1,100.00 |
| TOTAL DUE FOR THIS MATTER | 1,100.00 |

**DP-313520 Patent: MICRO-CHANNEL COOLING FLUID CONTAINMENT**
OUR FILE NO. 444859.00189

| | |
|---|---|
| Fees for Services | 80.00 |
| Disbursements and Charges | 2.40 |
| TOTAL DUE FOR THIS MATTER | 82.40 |

**DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS**
OUR FILE NO. 444859.00204

| | |
|---|---|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**Delphi Bankruptcy Matters**
OUR FILE NO. 444859.00208

| | |
|---|---|
| Fees for Services | 4,788.50 |
| Disbursements and Charges | 267.95 |
| TOTAL DUE FOR THIS MATTER | 5,056.45 |

**DP-314943: Patent: Brake Disc for Enhanced Cooling**
OUR FILE NO. 444859.00224

| | |
|---|---|
| Fees for Services | 3,117.50 |
| Disbursements and Charges | 1,064.55 |
| TOTAL DUE FOR THIS MATTER | 4,182.05 |

**DP-314588: Patent: EXTREME EMERGENCY BRAKING ARCHITECTURES FOR BRAKE-BY-WIRE SYSTEMS**
OUR FILE NO. 444859.00226

| | |
|---|---|
| Fees for Services | 107.50 |
| Disbursements and Charges | 1,233.30 |
| TOTAL DUE FOR THIS MATTER | 1,340.80 |

# THOMPSON HINE

Page 4                                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315127: Patent: Method for Managing Recirculating Currents in Permanent Magnet Brushless Motor Control (Technical Center/Dayton)**
OUR FILE NO. 444859.00230

|  |  |
|---|---:|
| Fees for Services | 2,007.50 |
| TOTAL DUE FOR THIS MATTER | 2,007.50 |

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**
OUR FILE NO. 444859.00232

|  |  |
|---|---:|
| Fees for Services | 735.00 |
| TOTAL DUE FOR THIS MATTER | 735.00 |

**DP-315657: Patent: No-Additional-Cost Method of Vacuum Booster Assist**
OUR FILE NO. 444859.00241

|  |  |
|---|---:|
| Fees for Services | 3,139.00 |
| TOTAL DUE FOR THIS MATTER | 3,139.00 |

**DP-315766 combined with DP-315767:  Patent:  ABS Normally Closed Valve/ABS Normally Open Valve**
OUR FILE NO. 444859.00244

|  |  |
|---|---:|
| Fees for Services | 2,924.00 |
| Disbursements and Charges | 1.05 |
| TOTAL DUE FOR THIS MATTER | 2,925.05 |

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**
OUR FILE NO. 444859.00245

|  |  |
|---|---:|
| Fees for Services | 840.00 |
| TOTAL DUE FOR THIS MATTER | 840.00 |

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
OUR FILE NO. 444859.00247

|  |  |
|---|---:|
| Disbursements and Charges | 238.00 |
| TOTAL DUE FOR THIS MATTER | 238.00 |

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**
OUR FILE NO. 444859.00250

|  |  |
|---|---:|
| Fees for Services | 537.50 |
| TOTAL DUE FOR THIS MATTER | 537.50 |

**DP-315927:  Patent:  Single Piece Normally Closed Actuator Housing**
OUR FILE NO. 444859.00252

|  |  |
|---|---:|
| Fees for Services | 4,902.00 |
| Disbursements and Charges | 1,085.10 |
| TOTAL DUE FOR THIS MATTER | 5,987.10 |

# THOMPSON HINE

Page 5                                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Hutz, James, et al. v. Stephanie Gray, et al.**
    OUR FILE NO. 490004.03164

|                                   |           |
|-----------------------------------|-----------|
| Fees for Services                 | 130.00    |
| TOTAL DUE FOR THIS MATTER         | 130.00    |
|                                   |           |
| TOTAL DUE FOR THIS INVOICE        | $ 33,250.85 |

# THOMPSON HINE

Page 6                                                                                       March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-304939 Patent DISC BRAKE ROTOR**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/16/07 | DP-304939 - Review and docket Office action (continuation case). | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 7                                                                                          March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.


**DP-309805 Patent PERCOLATION BRAKE FORCE
SENSOR**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/27/07 | Review application and telephone call to Mr. McBain; review standards regarding Petition to Revive. | | |
| | Steven J. Elleman | 1.00 | 335.00 |
| | Fee for Professional Services | | $335.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.00 | 335.00 | 335.00 |

# THOMPSON HINE

Page 8
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

### DP-311073 PATENT A NEW FAMILY OF
### CONTROLLED BRAKE HYDRAULIC SYSTEMS
### USING BRAKE RESPONSE VALVE (BRV)

#### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/28/07 | Examination of law and prepare draft Petition; prepare correspondence. | | |
| | Steven J. Elleman | 1.80 | 603.00 |
| | Fee for Professional Services | | $603.00 |

#### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.80 | 335.00 | 603.00 |

# THOMPSON HINE

Page 9                                                                March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-311136 PATENT:  ELECTRICAL SYSTEM AND CONTROL MODULE AND SMART POWER SUPPLY MODULE FOR ELECTRICAL SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/19/07 | Review and docket two-month Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 02/21/07 | Review USPTO action history; teleconference with examiner authorizing examiner amendments. | | |
| | David R. Jaglowski | 0.50 | 105.00 |
| 02/28/07 | Review USPTO action history; draft formal response to Ex Parte Quayle action. | | |
| | David R. Jaglowski | 3.00 | 630.00 |
| | Fee for Professional Services | | $815.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 3.50 | 210.00 | 735.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 10                                                                              March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC
## MULTI-NETWORK ID CONFIGURATION

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/19/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/26/07 | Analysis of Office action; analysis of prior art cited in Office action. | | |
| | Chris W. Elswick | 2.10 | 462.00 |
| | Fee for Professional Services | | $462.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 2.10 | 220.00 | 462.00 |

# THOMPSON HINE

Page 12
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

**DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/15/07 | Review and docket final Office action (continuation case). | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 13
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

**DP-312440 PATENT: WHIRLING OF INTEGRATED
NUT CROSSOVER FOR BALLSCREW**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/19/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 14
March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.


**DP-312617 PATENT: AUTONOMOUS BRAKE APPLY**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/06/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 02/22/07 | Draft suggested EP response for Delphi to send to their EP patent attorney to respond to rejection of all EP claims which required careful reading of 5 prior art patents each cited as particularly relevant if taken alone and wherein EP patent attorney suggested abandoning EP application. | | |
| | Douglas E. Erickson | 7.50 | 2,062.50 |
| 02/23/07 | Draft suggested EP response; suggested EP response emailed as an attachment to Mr. McBain and Ms. Train of Delphi. | | |
| | Douglas E. Erickson | 0.70 | 192.50 |
| | Fee for Professional Services | | $2,335.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.20 | 275.00 | 2,255.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 15                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312734 PATENT:  MAGNERIDE WHEEL HOP
## CONTROL ALGORITHM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/28/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| | Fee for Professional Services | | $1,100.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 4.00 | 275.00 | 1,100.00 |

# THOMPSON HINE

Page 16
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

## DP-313520 Patent: MICRO-CHANNEL COOLING FLUID CONTAINMENT

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/12/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 2.40 | |
| Total Disbursements and Charges | | 2.40 |

# THOMPSON HINE

March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH
MODULATION CONTROL OF 3 PHASE MOTORS**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/19/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 18                                                                                                  March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.


**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/05/07 | Review fee application and procedural orders in connection therewith; telephone conference with LCC. | | |
| | Lawrence T. Burick | 1.00 | 350.00 |
| 02/06/07 | Telephone conference with LCC. | | |
| | Lawrence T. Burick | 0.40 | 140.00 |
| 02/07/07 | Telephone conference with D. Sherbin. | | |
| | Lawrence T. Burick | 0.30 | 105.00 |
| 02/08/07 | Review email from Delphi attorney; email to Delphi attorney. | | |
| | Lawrence T. Burick | 0.50 | 175.00 |
| 02/08/07 | Correspondence regarding fee application. | | |
| | Theodore D. Lienesch | 0.50 | 197.50 |
| 02/23/07 | Prepare fee statement. | | |
| | Theodore D. Lienesch | 1.50 | 592.50 |
| 02/27/07 | Prepare 4th entered fee and expense application. | | |
| | Lawrence T. Burick | 2.50 | 875.00 |
| 02/27/07 | Prepare fee application; prepare budget forecast. | | |
| | Theodore D. Lienesch | 4.30 | 1,698.50 |
| 02/28/07 | Prepare budget forecast. | | |
| | Theodore D. Lienesch | 1.00 | 395.00 |
| 02/28/07 | Reviewed Fee application and related documents. | | |
| | Benjamin D. Feder | 0.50 | 260.00 |
| | Fee for Professional Services | | $4,788.50 |

## THOMPSON HINE

Page 19                                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 4.70 | 350.00 | 1,645.00 |
| Theodore D. Lienesch | 7.30 | 395.00 | 2,883.50 |
| Benjamin D. Feder | 0.50 | 520.00 | 260.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 198.00 |
| Facsimile Charges | 69.60 |
| Telephone | 0.35 |
| Total Disbursements and Charges | 267.95 |

# THOMPSON HINE

Page 20
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

**DP-314943: Patent: Brake Disc for Enhanced Cooling**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/18/07 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| 02/25/07 | Review provisional application and record of invention; draft utility application. | | |
| | Victor J. Wasylyna | 4.00 | 860.00 |
| 02/27/07 | Draft utility application; telephone conference with Mr. Lee. | | |
| | Victor J. Wasylyna | 7.00 | 1,505.00 |
| | Fee for Professional Services | | $3,117.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 14.50 | 215.00 | 3,117.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - filing fee for utility patent application and assignment recordation fee | 1,040.00 |
| Photocopy | 4.90 |
| Telephone | 5.25 |
| Postage Expenses | 14.40 |
| Total Disbursements and Charges | 1,064.55 |

# THOMPSON HINE

Page 21
Our File No. 444859
Delphi Technologies, Inc.

March 19, 2007

## DP-314588: Patent: EXTREME EMERGENCY BRAKING ARCHITECTURES FOR BRAKE-BY-WIRE SYSTEMS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/15/07 | Review formal drawings; draft foreign filing claims. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $107.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 215.00 | 107.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for large entity utility application with four extra claims | 1,200.00 | |
| Photocopy | 18.90 | |
| Postage Expenses | 14.40 | |
| Total Disbursements and Charges | | 1,233.30 |

# THOMPSON HINE

Page 22                                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315127: Patent: Method for Managing Recirculating
Currents in Permanent Magnet Brushless Motor Control
(Technical Center/Dayton)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/01/07 | Revise patent application; email revised patent application (with 22-page specification) to inventors for review. | | |
| | Douglas E. Erickson | 6.00 | 1,650.00 |
| 02/16/07 | Request formal drawings. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| 02/26/07 | Review formal drawings; request corrections to formal drawings. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 02/27/07 | Review corrected formal drawings; final patent application (with 22 page specification) and formal drawings emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $2,007.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.30 | 275.00 | 2,007.50 |

# THOMPSON HINE

March 19, 2007

Our File No. 444859
Delphi Technologies, Inc.

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/21/07 | Prepare drafting instructions and order final drawings; communicate with inventors regarding approval of final draft, completion of declaration and assignment and disposition of documents. | | |
| | David R. Jaglowski | 3.00 | 630.00 |
| 02/27/07 | Review formal drawings and request corrections. | | |
| | David R. Jaglowski | 0.50 | 105.00 |
| | Fee for Professional Services | | $735.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 3.50 | 210.00 | 735.00 |

# THOMPSON HINE

Page 24                                                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315657: Patent: No-Additional-Cost Method of Vacuum
Booster Assist**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/01/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.30 | 494.50 |
| 02/02/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| 02/05/07 | Draft application. | | |
| | Victor J. Wasylyna | 6.50 | 1,397.50 |
| 02/13/07 | Telephone conference with Mr. Kuo. | | |
| | Victor J. Wasylyna | 0.30 | 64.50 |
| | Fee for Professional Services | | $3,139.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 14.60 | 215.00 | 3,139.00 |

# THOMPSON HINE

Page 25                                                                    March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315766 combined with DP-315767:  Patent:  ABS
Normally Closed Valve/ABS Normally Open Valve**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/19/07 | Review record of Invention; telephone conference with Mr. Cano; draft patent application. | | |
| | Victor J. Wasylyna | 4.30 | 924.50 |
| 02/20/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 8.50 | 1,827.50 |
| 02/21/07 | Telephone conference with Mr. Cano; revise application. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| 02/27/07 | Review and revise formal drawings. | | |
| | Victor J. Wasylyna | 0.30 | 64.50 |
| | Fee for Professional Services | | $2,924.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 13.60 | 215.00 | 2,924.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Telephone | 1.05 |
| Total Disbursements and Charges | 1.05 |

# THOMPSON HINE

March 19, 2007

Our File No. 444859
Delphi Technologies, Inc.

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/21/07 | Draft application specification and claims. | | |
| | David R. Jaglowski | 4.00 | 840.00 |
| | Fee for Professional Services | | $840.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 4.00 | 210.00 | 840.00 |

# THOMPSON HINE

Page 27                                                                      March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake
Motor Design**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services | | $0.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Patent Download | 238.00 | |
| Total Disbursements and Charges | | 238.00 |

# THOMPSON HINE

Page 28                                                                      March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/22/07 | Review record of invention. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| | Fee for Professional Services | | $537.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.50 | 215.00 | 537.50 |

# THOMPSON HINE

Page 29                                                                                  March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-315927:  Patent:  Single Piece Normally Closed Actuator Housing

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/08/07 | Review record of invention. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| 02/12/07 | Review record of invention; telephone conference with Ms. Rubio; draft patent application. | | |
| | Victor J. Wasylyna | 7.00 | 1,505.00 |
| 02/13/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| 02/14/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.80 | 602.00 |
| 02/15/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.00 | 1,505.00 |
| 02/16/07 | Telephone conference with Ms. Rubio; revise and file patent application; review declaration and assignment; telephone conference with Mr. Moreno; review formal drawing. | | |
| | Victor J. Wasylyna | 3.00 | 645.00 |
| | Fee for Professional Services | | $4,902.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 22.80 | 215.00 | 4,902.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for large entity patent application and recordation of assignment | 1,040.00 |
| Photocopy | 16.70 |
| Telephone | 14.00 |

# THOMPSON
# HINE

Page 30                                                                  March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

Postage Expenses                                                14.40

Total Disbursements and Charges                      1,085.10

# THOMPSON HINE

Page 31                                                                                      March 19, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Hutz, James, et al. v. Stephanie Gray, et al.**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 02/20/07 | Correspondence with P. Tottis regarding status of Hutz court action; obtain and review court notes on pretrial conference. | | |
| | Scott A. King | 0.20 | 65.00 |
| 02/21/07 | Teleconference with P. Tottis regarding filing of proof of claim by S. Gray and potential responses. | | |
| | Scott A. King | 0.20 | 65.00 |
| | Fee for Professional Services | | $130.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.40 | 325.00 | 130.00 |