# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

April 26, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent under the Debtors' post-petition credit facility

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE: Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending March 31, 2007 is enclosed with this letter. Also enclosed as part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah  428010.10

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

April 26, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of March, 2007, Thompson Hine is entitled to receive the total sum of $38,131.81, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 3/01/07 – 03/31/07 | $42,296.00 | $ 4,295.01 | $46,591.01 | $33,836.80 | $ 4,295.01 | $38,131.81 | $ 8,459.20 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON
# HINE

April 26, 2007
Page 3

cc:     Scott McBain, Esq.

### SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00110 | 03/01/07 - 03/31/07 | 2210417 | $435.50 | $0.00 | $435.50 |
| 00154 | 03/01/07 - 03/31/07 | 2210417 | $2,062.50 | $3.10 | $2,065.60 |
| 00158 | 03/01/07 - 03/31/07 | 2210417 | $2,282.50 | $2.70 | $2,285.20 |
| 00159 | 03/01/07 - 03/31/07 | 2210417 | $638.00 | $0.00 | $638.00 |
| 00161 | 03/01/07 - 03/31/07 | 2210417 | $1,210.00 | $0.30 | $1,210.30 |
| 00162 | 03/01/07 - 03/31/07 | 2210417 | $2,337.50 | $4.70 | $2,342.20 |
| 00168 | 03/01/07 - 03/31/07 | 2210417 | $1,100.00 | $79.50 | $1,179.50 |
| 00188 | 03/01/07 - 03/31/07 | 2210417 | $217.50 | $1.70 | $219.20 |
| 00191 | 03/01/07 - 03/31/07 | 2210417 | $80.00 | $1.90 | $81.90 |
| 00208 | 03/01/07 - 03/31/07 | 2210417 | $793.50 | $189.91 | $983.41 |
| 00214 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $1,700.00 | $1,700.00 |
| 00224 | 03/01/07 - 03/31/07 | 2210417 | $64.50 | $519.40 | $583.90 |
| 00226 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $226.80 | $226.80 |
| 00230 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $175.00 | $175.00 |
| 00232 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $300.00 | $300.00 |
| 00237 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $300.00 | $300.00 |
| 00241 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $250.00 | $250.00 |
| 00242 | 03/01/07 - 03/31/07 | 2210417 | $3,528.00 | $0.00 | $3,528.00 |
| 00244 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $290.00 | $290.00 |
| 00246 | 03/01/07 - 03/31/07 | 2210417 | $1,612.50 | $0.00 | $1,612.50 |
| 00247 | 03/01/07 - 03/31/07 | 2210417 | $8,415.00 | $0.00 | $8,415.00 |
| 00250 | 03/01/07 - 03/31/07 | 2210417 | $3,827.00 | $0.00 | $3,827.00 |
| 00251 | 03/01/07 - 03/31/07 | 2210417 | $4,106.50 | $0.00 | $4,106.50 |
| 00252 | 03/01/07 - 03/31/07 | 2210417 | $0.00 | $250.00 | $250.00 |
| 00257 | 03/01/07 - 03/31/07 | 2210417 | $1,510.50 | $0.00 | $1,510.50 |
| 00258 | 03/01/07 - 03/31/07 | 2210417 | $315.00 | $0.00 | $315.00 |
| 00259 | 03/01/07 - 03/31/07 | 2210417 | $3,905.00 | $0.00 | $3,905.00 |
| 00260 | 03/01/07 - 03/31/07 | 2210417 | $3,822.50 | $0.00 | $3,822.50 |
| 490004.03164 | 03/01/07 - 03/31/07 | 2210417 | $32.50 | $0.00 | $32.50 |
| **Total Amount Invoiced** | | | **$42,296.00** | **$4,295.01** | **$46,591.01** |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

April 26, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 3/01/07 - 3/31/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $42,296.00 |
| Disbursements and Charges | $ 4,295.01 |
| Total Fees, Disbursements and Charges invoiced | $46,591.01 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $33,836.80 |
| Disbursements and Charges (100%) | $ 4,295.01 |
| **Total Fees, Disbursements and Charges due** | **$38,131.81** |

\*    The holdback amount (20% of the professional fees billed for this period) of $8,459.20 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com    Phone 937.443.6958    Fax 937.443.6635                mah  472586.1

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW            P.O. Box 8801                Phone  937.443.6600
                    Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

April 26, 2007

Delphi Technologies, Inc.                    Invoice No. 2210417
Legal Staff-M/C 480-410-202              Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 03/31/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 42,296.00 |
| Disbursements and Charges | $ | 4,295.01 |
| Total Fees, Disbursements and Charges | $ | 46,591.01 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 46,591.01 |

# THOMPSON HINE

Page 2                                                                                                April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


Professional services rendered for your account:


**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**
    OUR FILE NO. 444859.00110

| | |
|---|---:|
| Fees for Services | 435.50 |
| TOTAL DUE FOR THIS MATTER | 435.50 |

**DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
    OUR FILE NO. 444859.00154

| | |
|---|---:|
| Fees for Services | 2,062.50 |
| Disbursements and Charges | 3.10 |
| TOTAL DUE FOR THIS MATTER | 2,065.60 |

**DP-312209 PATENT: GROUND PATH ISOLATION ON CONTROLLED MONOTUBE STRUT**
    OUR FILE NO. 444859.00158

| | |
|---|---:|
| Fees for Services | 2,282.50 |
| Disbursements and Charges | 2.70 |
| TOTAL DUE FOR THIS MATTER | 2,285.20 |

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION**
    OUR FILE NO. 444859.00159

| | |
|---|---:|
| Fees for Services | 638.00 |
| TOTAL DUE FOR THIS MATTER | 638.00 |

**DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES**
    OUR FILE NO. 444859.00161

| | |
|---|---:|
| Fees for Services | 1,210.00 |
| Disbursements and Charges | 0.30 |
| TOTAL DUE FOR THIS MATTER | 1,210.30 |

**DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES**
    OUR FILE NO. 444859.00162

| | |
|---|---:|
| Fees for Services | 2,337.50 |
| Disbursements and Charges | 4.70 |
| TOTAL DUE FOR THIS MATTER | 2,342.20 |

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM**
    OUR FILE NO. 444859.00168

| | |
|---|---:|
| Fees for Services | 1,100.00 |

# Thompson Hine

Page 3                                                                 April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

|  |  |
|---|---|
| Disbursements and Charges | 79.50 |
| TOTAL DUE FOR THIS MATTER | 1,179.50 |

**DP-313424 Patent:  PASSIVE TIRE PRESSURE AUTO-PUMP**
OUR FILE NO. 444859.00188

|  |  |
|---|---|
| Fees for Services | 217.50 |
| Disbursements and Charges | 1.70 |
| TOTAL DUE FOR THIS MATTER | 219.20 |

**DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR**
OUR FILE NO. 444859.00191

|  |  |
|---|---|
| Fees for Services | 80.00 |
| Disbursements and Charges | 1.90 |
| TOTAL DUE FOR THIS MATTER | 81.90 |

**Delphi Bankruptcy Matters**
OUR FILE NO. 444859.00208

|  |  |
|---|---|
| Fees for Services | 793.50 |
| Disbursements and Charges | 189.91 |
| TOTAL DUE FOR THIS MATTER | 983.41 |

**DP-314566  Patent: IMPROVED CONTROLLED BRAKE HCU WITH SIX PISTON PUMP**
OUR FILE NO. 444859.00214

|  |  |
|---|---|
| Disbursements and Charges | 1,700.00 |
| TOTAL DUE FOR THIS MATTER | 1,700.00 |

**DP-314943: Patent: Brake Disc for Enhanced Cooling**
OUR FILE NO. 444859.00224

|  |  |
|---|---|
| Fees for Services | 64.50 |
| Disbursements and Charges | 519.40 |
| TOTAL DUE FOR THIS MATTER | 583.90 |

**DP-314588: Patent: EXTREME EMERGENCY BRAKING ARCHITECTURES FOR BRAKE-BY-WIRE SYSTEMS**
OUR FILE NO. 444859.00226

|  |  |
|---|---|
| Disbursements and Charges | 226.80 |
| TOTAL DUE FOR THIS MATTER | 226.80 |

**DP-315127: Patent: Method for Managing Recirculating Currents in Permanent Magnet Brushless Motor Control (Technical Center/Dayton)**
OUR FILE NO. 444859.00230

|  |  |
|---|---|
| Disbursements and Charges | 175.00 |
| TOTAL DUE FOR THIS MATTER | 175.00 |

# THOMPSON HINE

Page 4                                                                                            April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**
    OUR FILE NO. 444859.00232

| | |
|---|---:|
| Disbursements and Charges | 300.00 |
| TOTAL DUE FOR THIS MATTER | 300.00 |

**DP-314858: Patent: Coilless Strain Sensor and Electronic Circuit Designed to Measure Its Low Inductance**
    OUR FILE NO. 444859.00237

| | |
|---|---:|
| Disbursements and Charges | 300.00 |
| TOTAL DUE FOR THIS MATTER | 300.00 |

**DP-315657: Patent: No-Additional-Cost Method of Vacuum Booster Assist**
    OUR FILE NO. 444859.00241

| | |
|---|---:|
| Disbursements and Charges | 250.00 |
| TOTAL DUE FOR THIS MATTER | 250.00 |

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**
    OUR FILE NO. 444859.00242

| | |
|---|---:|
| Fees for Services | 3,528.00 |
| TOTAL DUE FOR THIS MATTER | 3,528.00 |

**DP-315766 combined with DP-315767:  Patent:  ABS Normally Closed Valve/ABS Normally Open Valve**
    OUR FILE NO. 444859.00244

| | |
|---|---:|
| Disbursements and Charges | 290.00 |
| TOTAL DUE FOR THIS MATTER | 290.00 |

**DP-313623: Patent: Brake Caliper Guide Pin with Reversed Bushing**
    OUR FILE NO. 444859.00246

| | |
|---|---:|
| Fees for Services | 1,612.50 |
| TOTAL DUE FOR THIS MATTER | 1,612.50 |

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
    OUR FILE NO. 444859.00247

| | |
|---|---:|
| Fees for Services | 8,415.00 |
| TOTAL DUE FOR THIS MATTER | 8,415.00 |

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**
    OUR FILE NO. 444859.00250

| | |
|---|---:|
| Fees for Services | 3,827.00 |
| TOTAL DUE FOR THIS MATTER | 3,827.00 |

**DP-315897:  Patent:  Fault-tolerant E/E Architecture for Brake Pedal Emulator**
    OUR FILE NO. 444859.00251

# THOMPSON HINE

Page 5                                                                April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

|  | |
|---|---:|
| Fees for Services | 4,106.50 |
| TOTAL DUE FOR THIS MATTER | 4,106.50 |

**DP-315927: Patent: Single Piece Normally Closed Actuator Housing**
     OUR FILE NO. 444859.00252

|  | |
|---|---:|
| Disbursements and Charges | 250.00 |
| TOTAL DUE FOR THIS MATTER | 250.00 |

**DP-316171 Patent Application MR Fluids With Fluorocarbon Thickener (Combined with DP-316173)**
     OUR FILE NO. 444859.00257

|  | |
|---|---:|
| Fees for Services | 1,510.50 |
| TOTAL DUE FOR THIS MATTER | 1,510.50 |

**DP-312978 (USSN 11/249,709) Patent Application: Brake Pad**
     OUR FILE NO. 444859.00258

|  | |
|---|---:|
| Fees for Services | 315.00 |
| TOTAL DUE FOR THIS MATTER | 315.00 |

**DP-315532 Patent Application: Pressure Sensor Mount**
     OUR FILE NO. 444859.00259

|  | |
|---|---:|
| Fees for Services | 3,905.00 |
| TOTAL DUE FOR THIS MATTER | 3,905.00 |

**DP-315533 Patent Application: Mr Mount Pressure Sensor Algorithm**
     OUR FILE NO. 444859.00260

|  | |
|---|---:|
| Fees for Services | 3,822.50 |
| TOTAL DUE FOR THIS MATTER | 3,822.50 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
     OUR FILE NO. 490004.03164

|  | |
|---|---:|
| Fees for Services | 32.50 |
| TOTAL DUE FOR THIS MATTER | 32.50 |

|  | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $  46,591.01 |

# THOMPSON HINE

Page 6                                                                                     April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/02/07 | Draft Petition and prepare Statement.<br>Steven J. Elleman | 1.30 | 435.50 |
| | Fee for Professional Services | | $435.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.30 | 335.00 | 435.50 |

# THOMPSON HINE

Page 7                                                                    April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/01/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| 03/02/07 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 3.50 | 962.50 |
| | Fee for Professional Services | | $2,062.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.50 | 275.00 | 2,062.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 3.10 | |
| Total Disbursements and Charges | | 3.10 |

# THOMPSON HINE

Page 8                                                                        April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312209 PATENT: GROUND PATH ISOLATION ON
## CONTROLLED MONOTUBE STRUT

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/27/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 3.80 | 1,045.00 |
| 03/28/07 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 4.50 | 1,237.50 |
| | Fee for Professional Services | | $2,282.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.30 | 275.00 | 2,282.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 2.70 | |
| Total Disbursements and Charges | | 2.70 |

THOMPSON
HINE

Page 9                                                                                        April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC
MULTI-NETWORK ID CONFIGURATION**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/05/07 | Analysis of Office action; analysis of prior art cited in Office action. | | |
| | Chris W. Elswick | 2.40 | 528.00 |
| 03/23/07 | Analysis of Office action; analysis of prior art. | | |
| | Chris W. Elswick | 0.50 | 110.00 |
| | Fee for Professional Services | | $638.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 2.90 | 220.00 | 638.00 |

# THOMPSON HINE

Page 10                                                                                      April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

### DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL COMBINATION VALVES

#### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/16/07 | Prepare response to non-final Office action. | | |
| | Chris W. Elswick | 5.10 | 1,122.00 |
| 03/19/07 | Prepare response to Office action; file response to Office action. | | |
| | Chris W. Elswick | 0.40 | 88.00 |
| | Fee for Professional Services | | $1,210.00 |

#### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 5.50 | 220.00 | 1,210.00 |

#### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 0.30 | |
| Total Disbursements and Charges | | 0.30 |

# THOMPSON HINE

April 26, 2007

Our File No. 444859
Delphi Technologies, Inc.

## DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/26/07 | Prepare amendment after final. | | |
| | Douglas E. Erickson | 7.00 | 1,925.00 |
| 03/27/07 | Draft amendment after final; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $2,337.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.50 | 275.00 | 2,337.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 4.70 | |
| Total Disbursements and Charges | | 4.70 |

# THOMPSON HINE

Page 12
Our File No. 444859
Delphi Technologies, Inc.

April 26, 2007

## DP-312734 PATENT: MAGNERIDE WHEEL HOP CONTROL ALGORITHM

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 03/01/07 | Draft amendment; requested corrections to formal drawings. | | |
| | Douglas E. Erickson | 3.00 | 825.00 |
| 03/02/07 | Draft amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $1,100.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 4.00 | 275.00 | 1,100.00 |

### Disbursements and Charges

| Description | Amount | |
|---|---|---|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal patent drawings | 75.00 | |
| Photocopy | 4.50 | |
| Total Disbursements and Charges | | 79.50 |

# THOMPSON HINE

April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-313424 Patent:  PASSIVE TIRE PRESSURE AUTO-PUMP**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 03/20/07 | Review and docket 1-month Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 03/20/07 | Draft esponse to election requirement; response to election requirement filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $217.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 0.50 | 275.00 | 137.50 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

### Disbursements and Charges

| Description | Amount | |
|---|---|---|
| Photocopy | 1.70 | |
| Total Disbursements and Charges | | 1.70 |

# THOMPSON HINE

Page 14
Our File No. 444859
Delphi Technologies, Inc.

April 26, 2007

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/02/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 1.90 | |
| Total Disbursements and Charges | | 1.90 |

THOMPSON
HINE

Page 15                                                                April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/28/07 | Review fee issues. | | |
| | Lawrence T. Burick | 0.80 | 280.00 |
| 03/28/07 | Receipt and review of correspondence regarding fee statement. | | |
| | Theodore D. Lienesch | 0.80 | 316.00 |
| 03/29/07 | Review fee application comments. | | |
| | Theodore D. Lienesch | 0.50 | 197.50 |
| | Fee for Professional Services | | $793.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 0.80 | 350.00 | 280.00 |
| Theodore D. Lienesch | 1.30 | 395.00 | 513.50 |


### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Fedex charge by Sandi Collins, DAY TO: Delphi Corporation ATTN: David M. Sherbin Esq. | 17.66 |
| Fedex charge by Sandi Collins, DAY TO: Delphi Corporation ATTN: John D. Sheehan VP & CRO | 17.66 |
| Fedex charge by Sandi Collins, DAY TO: GE Plastics Americas ATTN: Valeria Venable Americas Cr. M | 22.03 |
| Fedex charge by Sandi Collins, DAY TO: Legal Cost Control Inc. ATTN: Joe Sykes | 22.03 |
| Fedex charge by Sandi Collins, DAY TO: Skadden Arps Slate Meagher & F ATTN: John Wm. Butler Jr. Esq. | 17.66 |

# THOMPSON HINE

Page 16                                                              April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

| | |
|---|---|
| Fedex charge by Sandi Collins, DAY TO: Simpson thacher & Bartlett LLP ATTN: Marissa Wesley Esq. | 22.03 |
| Fedex charge by Sandi Collins, DAY TO: Davis Polk & Wardwell ATTN: Marlane Melican Esq. | 22.03 |
| Fedex charge by Sandi Collins, DAY TO: Latham & Watkins LLP ATTN: Robert J. Rosenberg Esq. | 19.58 |
| Fedex charge by Sandi Collins, DAY TO: US Trusteefor the Southern Dis ATTN: Alicia M. Leonhard Esq. | 22.03 |
| Photocopy | 7.20 |

Total Disbursements and Charges                    189.91

# Thompson Hine

**DP-314566  Patent: IMPROVED CONTROLLED BRAKE
HCU WITH SIX PISTON PUMP**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting services for formal patent drawings - DP-314566 | 1,700.00 |
| Total Disbursements and Charges | 1,700.00 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

**DP-314943: Patent: Brake Disc for Enhanced Cooling**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/06/07 | Review formal drawings. | | |
| | Victor J. Wasylyna | 0.30 | 64.50 |
| | Fee for Professional Services | | $64.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.30 | 215.00 | 64.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 500.00 | |
| Photocopy | 19.40 | |
| Total Disbursements and Charges | | 519.40 |

# THOMPSON HINE

Page 19                                                                                    April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-314588: Patent: EXTREME EMERGENCY BRAKING ARCHITECTURES FOR BRAKE-BY-WIRE SYSTEMS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal patent drawings | 225.00 |
| Photocopy | 1.80 |
| Total Disbursements and Charges | 226.80 |

# THOMPSON HINE

Page 20                                                                  April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315127: Patent: Method for Managing Recirculating
Currents in Permanent Magnet Brushless Motor Control
(Technical Center/Dayton)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |       | $0.00   |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal patent drawings | 175.00 |
| Total Disbursements and Charges | 175.00 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

April 26, 2007

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 300.00 |
| Total Disbursements and Charges | 300.00 |

# THOMPSON HINE

Page 22                                                                                         April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314858: Patent: Coilless Strain Sensor and Electronic
Circuit Designed to Measure Its Low Inductance**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 300.00 |
| Total Disbursements and Charges | 300.00 |

# THOMPSON HINE

Page 23                                                                      April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315657: Patent: No-Additional-Cost Method of Vacuum Booster Assist**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 250.00 |
| Total Disbursements and Charges | 250.00 |

# THOMPSON HINE

Page 24                                                                April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315651 combined with DP-315652: Patent: Using
Lateral Forces From Estimation of Tire Lateral Forces and
Vehicle Parameters Tire Sensors/Using Vertical Forces
from...**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/06/07 | Draft patent application specification. | | |
| | David R. Jaglowski | 1.30 | 273.00 |
| 03/07/07 | Draft patent application specification. | | |
| | David R. Jaglowski | 8.10 | 1,701.00 |
| 03/09/07 | Draft patent application specification. | | |
| | David R. Jaglowski | 7.40 | 1,554.00 |
| | Fee for Professional Services | | $3,528.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 16.80 | 210.00 | 3,528.00 |

# THOMPSON HINE

Page 25                                                           April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315766 combined with DP-315767:  Patent:  ABS
Normally Closed Valve/ABS Normally Open Valve**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent drawings | 290.00 |
| Total Disbursements and Charges | 290.00 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

April 26, 2007

## DP-313623: Patent: Brake Caliper Guide Pin with Reversed Bushing

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 03/21/07 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 7.50 | 1,612.50 |
| | Fee for Professional Services | | $1,612.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 7.50 | 215.00 | 1,612.50 |

# THOMPSON HINE

Page 27                                                                                          April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake
Motor Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/16/07 | Review patents for state-of-art search. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 03/19/07 | Review patents found in U.S. Search #1 and draft patentability study and U.S. preliminary clearance study #1 for the motor bearings aspect of the compact DC motor design. | | |
| | Douglas E. Erickson | 8.50 | 2,337.50 |
| 03/20/07 | Review patents found in U.S. Search #1 and draft patentability study and U.S. preliminary clearance study #1 for the motor bearings aspect of the compact DC motor design. | | |
| | Douglas E. Erickson | 5.80 | 1,595.00 |
| 03/21/07 | Review patents found in EPO Search #1 (motor bearings) and review patents found in U.S. Search #2 (cantilevered armature) and draft patentability and preliminary clearance studies therefor. | | |
| | Douglas E. Erickson | 7.80 | 2,145.00 |
| 03/22/07 | Review patents found in U.S. and EPO Searches #2 (cantilevered armature) and draft patentability and preliminary clearance studies therefor; review of patents found in U.S. and EPO Search #3 (commutater and brushes). | | |
| | Douglas E. Erickson | 7.00 | 1,925.00 |
| 03/23/07 | Review patents found in U.S. and EPO Search #3 (commutator and brushes) and draft patentability and preliminary clearance studies therefor. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $8,415.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 30.60 | 275.00 | 8,415.00 |

# THOMPSON HINE

Page 28                                                                                            April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/06/07 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 03/14/07 | Review Record of Invention; draft patent application. | | |
| | Victor J. Wasylyna | 1.00 | 215.00 |
| 03/15/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| 03/16/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.00 | 860.00 |
| 03/20/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.00 | 1,075.00 |
| 03/28/07 | Review formal drawings; revise application. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| | Fee for Professional Services | | $3,827.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 17.80 | 215.00 | 3,827.00 |

# THOMPSON HINE

Page 29                                                             April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315897: Patent: Fault-tolerant E/E Architecture for
Brake Pedal Emulator**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/05/07 | Review record of invention. | | |
| | Victor J. Wasylyna | 1.30 | 279.50 |
| 03/08/07 | Telephone conference with Mr. Disser; draft patent application. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| 03/13/07 | Draft application. | | |
| | Victor J. Wasylyna | 4.80 | 1,032.00 |
| 03/14/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.50 | 1,612.50 |
| | Fee for Professional Services | | $4,106.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 19.10 | 215.00 | 4,106.50 |

# THOMPSON HINE

Page 30                                                            April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315927:  Patent:  Single Piece Normally Closed
Actuator Housing**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent drawings | 250.00 |
| Total Disbursements and Charges | 250.00 |

# THOMPSON HINE

April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316171 Patent Application MR Fluids With
Fluorocarbon Thickener (Combined with DP-316173)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/16/07 | Receipt and review of invention records. Research regarding related patents and published applications. Review of references developed during search. | | |
| | John F. Kane | 4.20 | 1,113.00 |
| 03/24/07 | Review of references relating to invention. | | |
| | John F. Kane | 1.50 | 397.50 |
| | Fee for Professional Services | | $1,510.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| John F. Kane | 5.70 | 265.00 | 1,510.50 |

# THOMPSON HINE

Page 32
Our File No. 444859
Delphi Technologies, Inc.

April 26, 2007

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/19/07 | Review draft formal drawings and request corrections from draftsman; review specification and note corrections to be made in response. | | |
| | David R. Jaglowski | 1.50 | 315.00 |
| | Fee for Professional Services | | $315.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 1.50 | 210.00 | 315.00 |

# THOMPSON HINE

Page 33                                                            April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315532 Patent Application: Pressure Sensor Mount**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/08/07 | Review invention disclosure in preparation for drafting patent application. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| 03/09/07 | Meet with inventor at Delphi; draft application. | | |
| | Douglas E. Erickson | 3.80 | 1,045.00 |
| 03/12/07 | Draft patent application. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| 03/13/07 | Draft application. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| 03/14/07 | Draft application. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 03/16/07 | Prepare application; first draft application sent to inventor. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| | Fee for Professional Services | | $3,905.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 14.20 | 275.00 | 3,905.00 |

# THOMPSON HINE

Page 34                                                                                                    April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-315533  Patent Application: Mr Mount Pressure Sensor Algorithm

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/08/07 | Review invention disclosure in preparation for drafting patent application. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| 03/09/07 | Meet with inventor at Delphi; draft application. | | |
| | Douglas E. Erickson | 3.80 | 1,045.00 |
| 03/12/07 | Draft patent application. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| 03/14/07 | Draft application. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 03/16/07 | Prepare application; first draft application sent to inventor. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| | Fee for Professional Services | | $3,822.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 13.90 | 275.00 | 3,822.50 |

# THOMPSON HINE

Page 35                                                April 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Hutz, James, et al. v. Stephanie Gray, et al.**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 03/05/07 | Review Hutz claim and response to objection. | | |
| | Scott A. King | 0.10 | 32.50 |
| | Fee for Professional Services | | $32.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.10 | 325.00 | 32.50 |