# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

May 24, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:  Thompson Hine LLP Invoices / Delphi Technologies, Inc.


Dear Sir/Madam:

Thompson Hine's invoice for the month ending April 30, 2007 is enclosed with this letter.  Also enclosed as part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635

mah  428010.11

THOMPSON HINE LLP    2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW     P.O. Box 8801               Phone  937.443.6600
                     Dayton, Ohio 45401-8801     Fax  937.443.6635

# THOMPSON HINE

May 24, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of April, 2007, Thompson Hine is entitled to receive the total sum of $33,458.00, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 4/01/07 – 04/30/07 | $40,023.50 | $ 1,439.20 | $41,462.70 | $32,018.80 | $ 1,439.20 | 33,458.00 | $ 8,004.70 |

Very truly yours,


Theodore D. Lienesch

# Thompson Hine

May 24, 2007
Page 3

cc:     Scott McBain, Esq.

### SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00105 | 04/01/07 - 04/30/07 | 2213919 | $1,569.50 | $16.00 | $1,585.50 |
| 00159 | 04/01/07 - 04/30/07 | 2213919 | $1,078.00 | $1.90 | $1,079.90 |
| 00160 | 04/01/07 - 04/30/07 | 2213919 | $2,337.50 | $2.90 | $2,340.40 |
| 00164 | 04/01/07 - 04/30/07 | 2213919 | $2,200.00 | $3.50 | $2,203.50 |
| 00189 | 04/01/07 - 04/30/07 | 2213919 | $322.50 | $0.00 | $322.50 |
| 00191 | 04/01/07 - 04/30/07 | 2213919 | $355.00 | $0.00 | $355.00 |
| 00204 | 04/01/07 - 04/30/07 | 2213919 | $2,282.50 | $3.90 | $2,286.40 |
| 00242 | 04/01/07 - 04/30/07 | 2213919 | $4,326.00 | $0.00 | $4,326.00 |
| 00246 | 04/01/07 - 04/30/07 | 2213919 | $0.00 | $225.00 | $225.00 |
| 00247 | 04/01/07 - 04/30/07 | 2213919 | $21,942.50 | $166.00 | $22,108.50 |
| 00248 | 04/01/07 - 04/30/07 | 2213919 | $1,787.50 | $0.00 | $1,787.50 |
| 00250 | 04/01/07 - 04/30/07 | 2213919 | $0.00 | $235.00 | $235.00 |
| 00251 | 04/01/07 - 04/30/07 | 2213919 | $107.50 | $0.00 | $107.50 |
| 00258 | 04/01/07 - 04/30/07 | 2213919 | $0.00 | $785.00 | $785.00 |
| 00259 | 04/01/07 - 04/30/07 | 2213919 | $825.00 | $0.00 | $825.00 |
| 00260 | 04/01/07 - 04/30/07 | 2213919 | $825.00 | $0.00 | $825.00 |
| 490004.03164 | 04/01/07 - 04/30/07 | 2213919 | $65.00 | $0.00 | $65.00 |
| | | | | | |
| **Total Amount Invoiced** | | | **$40,023.50** | **$1,439.20** | **$41,462.70** |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK

BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

May 15, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 4/01/07 - 4/30/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $40,023.50 |
| Disbursements and Charges | $ 1,439.20 |
| Total Fees, Disbursements and Charges invoiced | $41,462.70 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $32,018.80 |
| Disbursements and Charges (100%) | $ 1,439.20 |
| ***Total Fees, Disbursements and Charges due*** | ***$33,458.00*** |

\*    The holdback amount (20% of the professional fees billed for this period) of $8,004.70 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah  477821.1

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW                 P.O. Box 8801                      Phone 937.443.6600
                                 Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

May 15, 2007

Delphi Technologies, Inc.                         Invoice No. 2213919
Legal Staff-M/C 480-410-202                       Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 04/30/07:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 40,023.50 |
| Disbursements and Charges | $ | 1,439.20 |
| Total Fees, Disbursements and Charges | $ | 41,462.70 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 41,462.70 |

# THOMPSON HINE

Page 2
Our File No. 444859
Delphi Technologies, Inc.

May 15, 2007

Professional services rendered for your account:

**DP-304939 Patent: Disc Brake Rotor**
OUR FILE NO. 444859.00105

| | |
|---|---:|
| Fees for Services | 1,569.50 |
| Disbursements and Charges | 16.00 |
| TOTAL DUE FOR THIS MATTER | 1,585.50 |

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION**
OUR FILE NO. 444859.00159

| | |
|---|---:|
| Fees for Services | 1,078.00 |
| Disbursements and Charges | 1.90 |
| TOTAL DUE FOR THIS MATTER | 1,079.90 |

**DP-312251 PATENT: METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE**
OUR FILE NO. 444859.00160

| | |
|---|---:|
| Fees for Services | 2,337.50 |
| Disbursements and Charges | 2.90 |
| TOTAL DUE FOR THIS MATTER | 2,340.40 |

**DP-312440 PATENT: WHIRLING OF INTEGRATED NUT CROSSOVER FOR BALLSCREW**
OUR FILE NO. 444859.00164

| | |
|---|---:|
| Fees for Services | 2,200.00 |
| Disbursements and Charges | 3.50 |
| TOTAL DUE FOR THIS MATTER | 2,203.50 |

**DP-313520 Patent: MICRO-CHANNEL COOLING FLUID CONTAINMENT**
OUR FILE NO. 444859.00189

| | |
|---|---:|
| Fees for Services | 322.50 |
| TOTAL DUE FOR THIS MATTER | 322.50 |

**DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR**
OUR FILE NO. 444859.00191

| | |
|---|---:|
| Fees for Services | 355.00 |
| TOTAL DUE FOR THIS MATTER | 355.00 |

**DP-314410: Patent: FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS**
OUR FILE NO. 444859.00204

# THOMPSON HINE

Page 3                                                                May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

|                              |            |
| ---------------------------- | ---------- |
| Fees for Services            | 2,282.50   |
| Disbursements and Charges    | 3.90       |
| TOTAL DUE FOR THIS MATTER    | 2,286.40   |

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**
OUR FILE NO. 444859.00242

|                              |            |
| ---------------------------- | ---------- |
| Fees for Services            | 4,326.00   |
| TOTAL DUE FOR THIS MATTER    | 4,326.00   |

**DP-313623: Patent: Brake Caliper Guide Pin with Reversed Bushing**
OUR FILE NO. 444859.00246

|                              |            |
| ---------------------------- | ---------- |
| Disbursements and Charges    | 225.00     |
| TOTAL DUE FOR THIS MATTER    | 225.00     |

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
OUR FILE NO. 444859.00247

|                              |            |
| ---------------------------- | ---------- |
| Fees for Services            | 21,942.50  |
| Disbursements and Charges    | 166.00     |
| TOTAL DUE FOR THIS MATTER    | 22,108.50  |

**DP-315645: Patent Application: Compact DC Motor**
OUR FILE NO. 444859.00248

|                              |            |
| ---------------------------- | ---------- |
| Fees for Services            | 1,787.50   |
| TOTAL DUE FOR THIS MATTER    | 1,787.50   |

**DP-315892: Patent: MTB Suspended Fist/Housing Design**
OUR FILE NO. 444859.00250

|                              |            |
| ---------------------------- | ---------- |
| Disbursements and Charges    | 235.00     |
| TOTAL DUE FOR THIS MATTER    | 235.00     |

**DP-315897: Patent: Fault-tolerant E/E Architecture for Brake Pedal Emulator**
OUR FILE NO. 444859.00251

|                              |            |
| ---------------------------- | ---------- |
| Fees for Services            | 107.50     |
| TOTAL DUE FOR THIS MATTER    | 107.50     |

**DP-312978 (USSN 11/249,709) Patent Application: Brake Pad**
OUR FILE NO. 444859.00258

|                              |            |
| ---------------------------- | ---------- |
| Disbursements and Charges    | 785.00     |
| TOTAL DUE FOR THIS MATTER    | 785.00     |

**DP-315532 Patent Application: Pressure Sensor Mount**
OUR FILE NO. 444859.00259

|                              |            |
| ---------------------------- | ---------- |
| Fees for Services            | 825.00     |
| TOTAL DUE FOR THIS MATTER    | 825.00     |

# THOMPSON
# HINE

Page 4                                                                                           May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315533  Patent Application: Mr Mount Pressure Sensor Algorithm**
    OUR FILE NO. 444859.00260

|                                  |          |
|----------------------------------|----------|
| Fees for Services                | 825.00   |
| TOTAL DUE FOR THIS MATTER        | 825.00   |

**Hutz, James, et al. v. Stephanie Gray, et al.**
    OUR FILE NO. 490004.03164

|                                  |          |
|----------------------------------|----------|
| Fees for Services                | 65.00    |
| TOTAL DUE FOR THIS MATTER        | 65.00    |

TOTAL DUE FOR THIS INVOICE            $    41,462.70

# THOMPSON HINE

Page 5                                                                                      May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-304939 Patent: Disc Brake Rotor**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/05/07 | Review application; review Office action and cited art. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 04/06/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 5.30 | 1,139.50 |
| 04/09/07 | Revise amendment. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $1,569.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 7.30 | 215.00 | 1,569.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 8.00 |
| Patent Download | 8.00 |
| Total Disbursements and Charges | 16.00 |

# THOMPSON HINE

Page 6                                                                May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC
MULTI-NETWORK ID CONFIGURATION**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/05/07 | Prepare response to Office action. | | |
| | Chris W. Elswick | 4.50 | 990.00 |
| 04/09/07 | Prepare response to Office action; file response to Office action. | | |
| | Chris W. Elswick | 0.40 | 88.00 |
| | Fee for Professional Services | | $1,078.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 4.90 | 220.00 | 1,078.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 1.90 | |
| Total Disbursements and Charges | | 1.90 |

# THOMPSON HINE

Page 7                                                                                  May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312251 PATENT: METHOD FOR JOINING
## FEATURES TO STRUCTURES USING
## INTERFERENCE RESISTANCE WELDING AND DRW
## COMPONENTS SHAPE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/02/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 7.80 | 2,145.00 |
| 04/03/07 | Prepare Amendment; Final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.20 | 55.00 |
| 04/27/07 | Review  Advisory Action. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $2,337.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.50 | 275.00 | 2,337.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 2.90 |
| Total Disbursements and Charges | 2.90 |

# THOMPSON HINE

Page 8
Our File No. 444859
Delphi Technologies, Inc.

May 15, 2007

### DP-312440 PATENT: WHIRLING OF INTEGRATED NUT CROSSOVER FOR BALLSCREW

#### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/03/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| 04/04/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 3.50 | 962.50 |
| 04/05/07 | Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.20 | 55.00 |
| | Fee for Professional Services | | $2,200.00 |

#### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.00 | 275.00 | 2,200.00 |

#### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.50 |
| Total Disbursements and Charges | 3.50 |

# THOMPSON HINE

Page 9                                                                    May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-313520 Patent: MICRO-CHANNEL COOLING
FLUID CONTAINMENT**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/27/07 | Review Office action and cited art. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| | Fee for Professional Services | | $322.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.50 | 215.00 | 322.50 |

# THOMPSON HINE

Page 10
Our File No. 444859
Delphi Technologies, Inc.

May 15, 2007

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/13/07 | Consideration and analysis of Office action and cited art. | | |
| | Michael J. Nieberding | 1.00 | 355.00 |
| | Fee for Professional Services | | $355.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Michael J. Nieberding | 1.00 | 355.00 | 355.00 |

# THOMPSON HINE

Page 11                                                                                          May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH
MODULATION CONTROL OF 3 PHASE MOTORS**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/03/07 | Review Office action and cited art; correspondence to inventor Bob Disser requesting his comments on the Office action. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| 04/11/07 | Telephone discussion with inventor Robert Disser; draft Amendment and Rule 132 Declaration; e-mailed Amendment and Rule 132 Declaration to Robert Disser for his review. | | |
| | Douglas E. Erickson | 2.80 | 770.00 |
| 04/20/07 | Meet with Bob Disser at Delphi to revise his Rule 132 Declaration and my Amendment; final Amendment and Rule 132 Declaration filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $2,282.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.30 | 275.00 | 2,282.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.90 |
| Total Disbursements and Charges | 3.90 |

# THOMPSON
# HINE

Page 12                                                                    May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315651 combined with DP-315652: Patent: Using
Lateral Forces From Estimation of Tire Lateral Forces and
Vehicle Parameters Tire Sensors/Using Vertical Forces
from...**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/06/07 | Draft patent specification. | | |
| | David R. Jaglowski | 6.40 | 1,344.00 |
| 04/09/07 | Draft patent specification. | | |
| | David R. Jaglowski | 2.00 | 420.00 |
| 04/11/07 | Draft patent specification. | | |
| | David R. Jaglowski | 2.50 | 525.00 |
| 04/13/07 | Draft patent specification. | | |
| | David R. Jaglowski | 6.00 | 1,260.00 |
| 04/16/07 | Draft patent specification. | | |
| | David R. Jaglowski | 3.70 | 777.00 |
| | Fee for Professional Services | | $4,326.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 20.60 | 210.00 | 4,326.00 |

# THOMPSON HINE

Page 13                                                                                                    May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.


**DP-313623: Patent: Brake Caliper Guide Pin with Reversed Bushing**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |


### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting- A4 size formal patent drawings | 225.00 |
| Total Disbursements and Charges | 225.00 |

# THOMPSON HINE

Page 14                                                                 May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/10/07 | Patentability and U.S. preliminary clearance study #3. | | |
| | Douglas E. Erickson | 1.80 | 495.00 |
| 04/11/07 | Patentability and U.S. preliminary clearance study #3. | | |
| | Douglas E. Erickson | 4.50 | 1,237.50 |
| 04/12/07 | Patentability and EPO preliminary clearance #3; patentability and U.S. Preliminary clearance #4. | | |
| | Douglas E. Erickson | 7.30 | 2,007.50 |
| 04/13/07 | Patentability and EPO preliminary clearance study #4; patentability and U.S. preliminary clearance study #5. | | |
| | Douglas E. Erickson | 7.30 | 2,007.50 |
| 04/16/07 | Patentability and U.S. preliminary clearance study #5; patentability and EPO preliminary clearance study #5. | | |
| | Douglas E. Erickson | 8.50 | 2,337.50 |
| 04/17/07 | Patentability and preliminary clearance study of 20 prior art patent documents provided by the inventor from Nerac for "Motor Investigation - Part 1". | | |
| | Douglas E. Erickson | 3.00 | 825.00 |
| 04/17/07 | Patentability and preliminary clearance study of 63 prior art patent documents provided by the inventor from Nerac for "Motor Investigation - Part 2". | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| 04/18/07 | Patentability and preliminary clearance study of 63 prior art patent documents provided by the inventor from Nerac for "Motor Investigation - Part 2". | | |
| | Douglas E. Erickson | 8.30 | 2,282.50 |
| 04/23/07 | Draft opinion letter for state of the art study incorporating the patentability, U.S. preliminary clearance, and EPO preliminary clearance studies and the studies of the 83 inventor supplied patents. | | |
| | Douglas E. Erickson | 7.80 | 2,145.00 |
| 04/24/07 | Draft opinion letter for state-of-the-art study; left message with inventor Harald Klode to call. | | |
| | Douglas E. Erickson | 4.80 | 1,320.00 |

# Thompson Hine

Page 15                                                                                          May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

| Date | Description | | |
|---|---|---|---|
| 04/25/07 | Telephone conference with inventor which confirmed my understanding of invention with regard to claims of 22 patent documents; preparation for meeting with inventor at Delphi to review claims of 17 patent documents; meeting with inventor at Delphi. | | |
| | Douglas E. Erickson | 6.30 | 1,732.50 |
| 04/26/07 | Review and revise opinion letter for state of the art study which reviewed some 208 patent documents (which included some duplicates found for different features of the invention) | | |
| | Douglas E. Erickson | 7.50 | 2,062.50 |
| 04/27/07 | Prepare clearance opinions. | | |
| | Theodore D. Lienesch | 2.50 | 987.50 |
| 04/27/07 | Review and revise opinion letter for state of the art study. | | |
| | Douglas E. Erickson | 3.30 | 907.50 |
| 04/27/07 | Telephone discussion with Scott McBain. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $21,942.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Theodore D. Lienesch | 2.50 | 395.00 | 987.50 |
| Douglas E. Erickson | 76.20 | 275.00 | 20,955.00 |

## Disbursements and Charges

| Description | Amount |
|---|---|
| Patent Download | 166.00 |
| Total Disbursements and Charges | 166.00 |

# THOMPSON HINE

Page 16                                                                May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.


**DP-315645: Patent Application: Compact DC Motor**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/30/07 | Draft application. | | |
| | Douglas E. Erickson | 6.50 | 1,787.50 |
| | Fee for Professional Services | | $1,787.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.50 | 275.00 | 1,787.50 |

# THOMPSON HINE

Page 17                                                                                    May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings inv# 8401 | 235.00 |
| Total Disbursements and Charges | 235.00 |

# THOMPSON HINE

Page 18                                                                May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315897:  Patent:  Fault-tolerant E/E Architecture for
Brake Pedal Emulator**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/02/07 | Review record of invention; telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $107.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 215.00 | 107.50 |

# THOMPSON HINE

Page 19                                                                                           May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Drafting services for formal patent drawings DP 312978 | 785.00 |
| Total Disbursements and Charges | 785.00 |

# THOMPSON HINE

Page 20                                                                                           May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315532 Patent Application: Pressure Sensor Mount**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/20/07 | Meeting at Delphi at the request of inventors Mark Bodie and Dave Barton to discuss the DP-315532 and the DP-315533 draft patent applications with respect to adding Porsche-only matter DP-315533 as added claims to DP-315532; revise patent application. | | |
| | Douglas E. Erickson | 3.00 | 825.00 |
| | Fee for Professional Services | | $825.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 3.00 | 275.00 | 825.00 |

# THOMPSON
# HINE

Page 21                                                                                           May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315533  Patent Application: Mr Mount Pressure Sensor
Algorithm**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/20/07 | Meeting at Delphi at the request of inventors Mark Bodie and Dave Barton to discuss the DP-315532 and DP-315533 patent applications with respect to limiting DP-315533 to Delphi-only claims; revise patent application. | | |
| | Douglas E. Erickson | 3.00 | 825.00 |
| | Fee for Professional Services | | $825.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 3.00 | 275.00 | 825.00 |

# THOMPSON HINE

Page 22                                                                                          May 15, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Hutz, James, et al. v. Stephanie Gray, et al.**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 04/23/07 | Review docket; telephone conference with P. Tottis regarding status of Hutz action. | | |
| | Scott A. King | 0.20 | 65.00 |
| | Fee for Professional Services | | $65.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.20 | 325.00 | 65.00 |