# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

June 28, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention:  Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention:  Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention:  Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention:  Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention:  Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:  Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending May 31, 2007 is enclosed with this letter.  Also enclosed as part of
the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah  428010.12

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

June 28, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges. Accordingly, for the month of May, 2007, Thompson Hine is entitled to receive the total sum of $26,076.00, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 5/01/07 – 05/31/07 | $31,545.75 | $  839.40 | $32,385.15 | $25,236.60 | $  839.40 | $26,076.00 | $6,309.15 |

Very truly yours,


Theodore D. Lienesch

# THOMPSON HINE

June 28, 2007
Page 3

cc:    Scott McBain, Esq.

# THOMPSON HINE

| **SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)** |

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00047 | 05/01/07 - 05/31/07 | 2216912 | $1,031.25 | $0.00 | $1,031.25 |
| 00148 | 05/01/07 - 05/31/07 | 2216912 | $1,018.00 | $1.50 | $1,019.50 |
| 00160 | 05/01/07 - 05/31/07 | 2216912 | $137.50 | $790.20 | $927.70 |
| 00189 | 05/01/07 - 05/31/07 | 2216912 | $1,182.50 | $9.40 | $1,191.90 |
| 00191 | 05/01/07 - 05/31/07 | 2216912 | $1,420.00 | $0.00 | $1,420.00 |
| 00195 | 05/01/07 - 05/31/07 | 2216912 | $1,650.00 | $2.30 | $1,652.30 |
| 00247 | 05/01/07 - 05/31/07 | 2216912 | $7,290.00 | $36.00 | $7,326.00 |
| 00248 | 05/01/07 - 05/31/07 | 2216912 | $2,777.50 | $0.00 | $2,777.50 |
| 00254 | 05/01/07 - 05/31/07 | 2216912 | $3,927.00 | $0.00 | $3,927.00 |
| 00255 | 05/01/07 - 05/31/07 | 2216912 | $4,510.00 | $0.00 | $4,510.00 |
| 00257 | 05/01/07 - 05/31/07 | 2216912 | $1,007.00 | $0.00 | $1,007.00 |
| 00258 | 05/01/07 - 05/31/07 | 2216912 | $3,780.00 | $0.00 | $3,780.00 |
| 00259 | 05/01/07 - 05/31/07 | 2216912 | $82.50 | $0.00 | $82.50 |
| 00260 | 05/01/07 - 05/31/07 | 2216912 | $82.50 | $0.00 | $82.50 |
| 00265 | 05/01/07 - 05/31/07 | 2216912 | $550.00 | $0.00 | $550.00 |
| 00266 | 05/01/07 - 05/31/07 | 2216912 | $550.00 | $0.00 | $550.00 |
| 00267 | 05/01/07 - 05/31/07 | 2216912 | $550.00 | $0.00 | $550.00 |
| | | | | | |
| | **Total Amount Invoiced** | | **$31,545.75** | **$839.40** | **$32,385.15** |

# THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON, D.C.

June 28, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 5/01/07 - 5/31/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $31,545.75 |
| Disbursements and Charges | $   839.40 |
| Total Fees, Disbursements and Charges invoiced | $32,385.15 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $25,236.60 |
| Disbursements and Charges (100%) | $   839.40 |
| **Total Fees, Disbursements and Charges due** | **$26,076.00** |

\*   The holdback amount (20% of the professional fees billed for this period) of $6,309.15 will be due
upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635                    mah  481342.1

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW               P.O. Box 8801                   Phone  937.443.6600
                               Dayton, Ohio 45401-8801         Fax  937.443.6635

# THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON, D.C.

June 22, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2216912
Our File No. 444859

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 05/31/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 31,545.75 |
| Disbursements and Charges | $ | 839.40 |
| Total Fees, Disbursements and Charges | $ | 32,385.15 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 32,385.15 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2                                                                                                June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.

Professional services rendered for your account:

**DP-307031 PATENT - EXTERNAL FLOW CONTROLLING SERVO VALVE**
     OUR FILE NO. 444859.00047

|                              |          |
|------------------------------|----------|
| Fees for Services            | 1,031.25 |
| TOTAL DUE FOR THIS MATTER    | 1,031.25 |

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)**
     OUR FILE NO. 444859.00148

|                              |          |
|------------------------------|----------|
| Fees for Services            | 1,018.00 |
| Disbursements and Charges    | 1.50     |
| TOTAL DUE FOR THIS MATTER    | 1,019.50 |

**DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE**
     OUR FILE NO. 444859.00160

|                              |        |
|------------------------------|--------|
| Fees for Services            | 137.50 |
| Disbursements and Charges    | 790.20 |
| TOTAL DUE FOR THIS MATTER    | 927.70 |

**DP-313520 Patent: MICRO-CHANNEL COOLING FLUID CONTAINMENT**
     OUR FILE NO. 444859.00189

|                              |          |
|------------------------------|----------|
| Fees for Services            | 1,182.50 |
| Disbursements and Charges    | 9.40     |
| TOTAL DUE FOR THIS MATTER    | 1,191.90 |

**DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR**
     OUR FILE NO. 444859.00191

|                              |          |
|------------------------------|----------|
| Fees for Services            | 1,420.00 |
| TOTAL DUE FOR THIS MATTER    | 1,420.00 |

**DP-312365 ELECTRODES FOR THE DRW PROCESS**
     OUR FILE NO. 444859.00195

|                              |          |
|------------------------------|----------|
| Fees for Services            | 1,650.00 |
| Disbursements and Charges    | 2.30     |
| TOTAL DUE FOR THIS MATTER    | 1,652.30 |

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
     OUR FILE NO. 444859.00247

# THOMPSON HINE

Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

| | |
|---|---:|
| Fees for Services | 7,290.00 |
| Disbursements and Charges | 36.00 |
| TOTAL DUE FOR THIS MATTER | 7,326.00 |

**DP-315645: Patent Application: Compact DC Motor**
OUR FILE NO. 444859.00248

| | |
|---|---:|
| Fees for Services | 2,777.50 |
| TOTAL DUE FOR THIS MATTER | 2,777.50 |

**DP-316005: Patent: 6.0 mm ABS Pump**
OUR FILE NO. 444859.00254

| | |
|---|---:|
| Fees for Services | 3,927.00 |
| TOTAL DUE FOR THIS MATTER | 3,927.00 |

**DP-316169 Patent Application: Asymmetric Piston On MR Damper**
OUR FILE NO. 444859.00255

| | |
|---|---:|
| Fees for Services | 4,510.00 |
| TOTAL DUE FOR THIS MATTER | 4,510.00 |

**DP-316171 Patent Application MR Fluids With Fluorocarbon Thickener (Combined with DP-316173)**
OUR FILE NO. 444859.00257

| | |
|---|---:|
| Fees for Services | 1,007.00 |
| TOTAL DUE FOR THIS MATTER | 1,007.00 |

**DP-312978 (USSN 11/249,709) Patent Application: Brake Pad**
OUR FILE NO. 444859.00258

| | |
|---|---:|
| Fees for Services | 3,780.00 |
| TOTAL DUE FOR THIS MATTER | 3,780.00 |

**DP-315532 Patent Application: Pressure Sensor Mount**
OUR FILE NO. 444859.00259

| | |
|---|---:|
| Fees for Services | 82.50 |
| TOTAL DUE FOR THIS MATTER | 82.50 |

**DP-315533 Patent Application: Mr Mount Pressure Sensor Algorithm**
OUR FILE NO. 444859.00260

| | |
|---|---:|
| Fees for Services | 82.50 |
| TOTAL DUE FOR THIS MATTER | 82.50 |

**DP-316632 Patent: Enhanced Gas Cup Assembly for Mr Damper**
OUR FILE NO. 444859.00265

| | |
|---|---:|
| Fees for Services | 550.00 |
| TOTAL DUE FOR THIS MATTER | 550.00 |

# THOMPSON HINE

Page 4                                                                                                   June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.


**DP-316561 Patent:  Rebound Travel Limiter**
    OUR FILE NO. 444859.00266

| | |
|---|---|
| Fees for Services | 550.00 |
| TOTAL DUE FOR THIS MATTER | 550.00 |

**DP-316493  Patent: Lubricated Piston Ring**
    OUR FILE NO. 444859.00267

| | |
|---|---|
| Fees for Services | 550.00 |
| TOTAL DUE FOR THIS MATTER | 550.00 |
| TOTAL DUE FOR THIS INVOICE | $    32,385.15 |

# THOMPSON HINE

Page 5                                                                                    June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.

## DP-307031 PATENT - EXTERNAL FLOW CONTROLLING SERVO VALVE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/23/07 | Prepare proposed amendments and remarks to overcome cited art; instructions to foreign agent to respond to EPO by EP application deadline. | | |
| | Douglas E. Erickson | 3.75 | 1,031.25 |
| | Fee for Professional Services | | $1,031.25 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 3.75 | 275.00 | 1,031.25 |

# THOMPSON HINE

Page 6
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/22/07 | Review Office action and anaylze cited references. | | |
| | Steven J. Elleman | 1.00 | 335.00 |
| 05/23/07 | Analyze Office action and compare cited art to claims; outline response strategy and prepare correspondence. | | |
| | Steven J. Elleman | 1.50 | 502.50 |
| 05/24/07 | Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| 05/25/07 | Draft correspondence. | | |
| | Steven J. Elleman | 0.30 | 100.50 |
| | Fee for Professional Services | | $1,018.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 2.80 | 335.00 | 938.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|

| Description | Amount |
|-------------|--------|
| Photocopy | 1.50 |
| Total Disbursements and Charges | 1.50 |

# THOMPSON HINE

Page 7
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

# THOMPSON HINE

June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.

**DP-312251 PATENT:  METHOD FOR JOINING
FEATURES TO STRUCTURES USING
INTERFERENCE RESISTANCE WELDING AND DRW
COMPONENTS SHAPE**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/04/07 | Prepare RCE. | | |
| | Douglas E. Erickson | 0.20 | 55.00 |
| 05/07/07 | File RCE in USPTO. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $137.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 275.00 | 137.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| **Description** | **Amount** |
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filng fee for RCE | 790.00 |
| Photocopy | 0.20 |
| Total Disbursements and Charges | 790.20 |

# THOMPSON HINE

Page 9                                                                    June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.

**DP-313520 Patent: MICRO-CHANNEL COOLING
FLUID CONTAINMENT**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/03/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| | Fee for Professional Services | | $1,182.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.50 | 215.00 | 1,182.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 9.40 |
| Total Disbursements and Charges | 9.40 |

# THOMPSON HINE

June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 05/03/07 | Analysis of cited art, prepare draft Response. | | |
| | Michael J. Nieberding | 1.50 | 532.50 |
| 05/04/07 | Telephone conference with inventor regarding cited prior art. | | |
| | Michael J. Nieberding | 0.50 | 177.50 |
| 05/05/07 | Prepare Response to Office action. | | |
| | Michael J. Nieberding | 2.00 | 710.00 |
| | Fee for Professional Services | | $1,420.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Michael J. Nieberding | 4.00 | 355.00 | 1,420.00 |

# THOMPSON HINE

Page 11
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

## DP-312365 ELECTRODES FOR THE DRW PROCESS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/07/07 | Draft Amendment. | | |
| | Douglas E. Erickson | 4.50 | 1,237.50 |
| 05/07/07 | Prepare Amendment. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 05/08/07 | Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $1,650.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.00 | 275.00 | 1,650.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| **Description** | **Amount** |
| Photocopy | 2.30 |
| Total Disbursements and Charges | 2.30 |

# THOMPSON HINE

June 22, 2007

Our File No. 444859.00047
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/02/07 | Revise state-of-the-art-study opinion letter. | | |
| | Douglas E. Erickson | 7.30 | 2,007.50 |
| 05/03/07 | Revise state-of-the-art study opinion letter. | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| 05/21/07 | Prepare opinions. | | |
| | Theodore D. Lienesch | 2.00 | 790.00 |
| 05/23/07 | Prepare opinions. | | |
| | Theodore D. Lienesch | 1.00 | 395.00 |
| 05/29/07 | Revise state-of-the-art study. | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| 05/30/07 | Revise state-of-the-art study. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| | Fee for Professional Services | | $7,290.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Theodore D. Lienesch | 3.00 | 395.00 | 1,185.00 |
| Douglas E. Erickson | 22.20 | 275.00 | 6,105.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 36.00 |

# THOMPSON
# HINE

Page 13                                                                June 22, 2007
Our File No. 444859.00047
Delphi Technologies, Inc.

Total Disbursements and Charges                              36.00

# THOMPSON HINE

Page 14
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

**DP-315645: Patent Application: Compact DC Motor**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/01/07 | Darft application including informal drawings. | | |
| | Douglas E. Erickson | 8.30 | 2,282.50 |
| 05/02/07 | Draft application. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| 05/30/07 | Telephone calls to Mr. Flanagan and Ms. Train concerning Delphi's review of draft application; email draft application to Mr. Baumgartner for review; telephone discussion with Mr. Baumgartner. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| | Fee for Professional Services | | $2,777.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 10.10 | 275.00 | 2,777.50 |

# THOMPSON HINE

Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

## DP-316005:  Patent:  6.0 mm ABS Pump

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/22/07 | Correspondence to Mr. McBain regarding filing recommendation and request for instructions relating to inlet and outlet check valve improvements. | | |
| | David R. Jaglowski | 1.00 | 210.00 |
| 05/23/07 | Review additional figures received from Mr. Waller; order formal drawings; review DP-314566 specification. | | |
| | David R. Jaglowski | 1.60 | 336.00 |
| 05/24/07 | Draft continuation-in-part specification; revise formal drawings and review new formal drawing; draft claims. | | |
| | David R. Jaglowski | 8.20 | 1,722.00 |
| 05/29/07 | Revise draft and new formal drawing; complete claims; teleconference (message only) with Mr. Waller regarding the feasibility of using the disclosed directional lip in stepped-bore pump designs. | | |
| | David R. Jaglowski | 7.90 | 1,659.00 |
| | Fee for Professional Services | | $3,927.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 18.70 | 210.00 | 3,927.00 |

# Thompson Hine

Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

## DP-316169 Patent Application: Asymmetric Piston On MR Damper

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/15/07 | Draft application. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 05/21/07 | Draft application. | | |
| | Douglas E. Erickson | 2.80 | 770.00 |
| 05/21/07 | Prepare for meeting; meeting with inventor at Delphi. | | |
| | Douglas E. Erickson | 2.50 | 687.50 |
| 05/22/07 | Draft application; creating 6 informal drawings. | | |
| | Douglas E. Erickson | 8.00 | 2,200.00 |
| 05/23/07 | Draft application. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| 05/24/07 | Revise application; request formal drawings. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| | Fee for Professional Services | | $4,510.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 16.40 | 275.00 | 4,510.00 |

# THOMPSON HINE

## DP-316171 Patent Application MR Fluids With Fluorocarbon Thickener (Combined with DP-316173)

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/24/07 | Review of invention record and prior art relating to same. Review of related applications. Telephone conference with inventor with respect to same. Draft application. | | |
| | John F. Kane | 2.80 | 742.00 |
| 05/25/07 | Review of file and invention record. Telephone call to inventor with respect to same. | | |
| | John F. Kane | 0.20 | 53.00 |
| 05/30/07 | Review of invention record and prior art. Telephone conference with inventor with respect to same. | | |
| | John F. Kane | 0.80 | 212.00 |
| | Fee for Professional Services | | $1,007.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| John F. Kane | 3.80 | 265.00 | 1,007.00 |

# THOMPSON HINE

June 22, 2007

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 05/01/07 | Review Office action and asserted art; draft Office action response; review application specification and identify required corrections (typos, numbering, "leading" and "trailing" terminology). | | |
| | David R. Jaglowski | 7.60 | 1,596.00 |
| 05/02/07 | Complete Office action response; add amendments to the specification correcting typos, numbering, and "leading" and "trailing terminology. | | |
| | David R. Jaglowski | 8.40 | 1,764.00 |
| 05/03/07 | Prepare substitute specification and resubmit formal drawings to correct USPTO system error. | | |
| | David R. Jaglowski | 2.00 | 420.00 |
| | Fee for Professional Services | | $3,780.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| David R. Jaglowski | 18.00 | 210.00 | 3,780.00 |

# THOMPSON HINE

June 22, 2007

**DP-315532 Patent Application: Pressure Sensor Mount**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/30/07 | Follow-up messages to inventors concerning their review of draft application and revised claims. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $82.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 275.00 | 82.50 |

# THOMPSON HINE

Page 20
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

## DP-315533  Patent Application: Mr Mount Pressure Sensor Algorithm

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/30/07 | Messages to inventors concerning their review of draft application and revised claims. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $82.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 275.00 | 82.50 |

# Thompson Hine

June 22, 2007

**DP-316632 Patent:  Enhanced Gas Cup Assembly for Mr Damper**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 05/31/07 | Review record of invention; meet with inventor at Delphi; prepare provisional patent application. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| | Fee for Professional Services | | $550.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 2.00 | 275.00 | 550.00 |

# THOMPSON HINE

Page 22
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

**DP-316561 Patent:  Rebound Travel Limiter**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/31/07 | Review record of invention; meet with inventor at Delphi; prepare provisional patent application. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| | Fee for Professional Services | | $550.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.00 | 275.00 | 550.00 |

# THOMPSON HINE

Page 23
Our File No. 444859.00047
Delphi Technologies, Inc.

June 22, 2007

**DP-316493  Patent: Lubricated Piston Ring**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 05/31/07 | Review record of invention; meet with inventor at Delphi; prepare provisional patent application. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| | Fee for Professional Services | | $550.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.00 | 275.00 | 550.00 |