SQUIRE, SANDERS & DEMPSEY L.L.P.
Jeffrey A. Marks (JM 3907)
312 Walnut Street, Suite 3500
Cincinnati, Ohio 45202
(513) 361-1200 – phone
(513) 361-1201 – facsimile

Attorneys for Catalytic Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**MOTION FOR ADMISSION FOR**
**JEFFREY A. MARKS TO PRACTICE,** *Pro Hac Vice*

I, Jeffrey A. Marks, a member in good standing of the bar of the State of Ohio, the bar of the U.S. Court of Appeals for the Sixth Circuit, the bar of the U.S. District Courts for the Southern District of Ohio, Eastern District of Kentucky and Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Judge Robert D. Drain to represent Catalytic Solutions, Inc. ("CSI") in these chapter 11 cases. At an Auction sale of the Debtors' Catalyst Business held on August 8, 2007, CSI was designated the Alternate Bidder (as such capitalized terms are defined in the Delphi Corporation Catalyst Business Bidding Procedures, attached as Exhibit 1 to the Order Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 2002 and 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing in Connection with Sale of Catalyst

2

Business (Docket No. 8436), entered June 29, 2007). I agree to pay the fee of $25 upon approval

by this Court of admission to practice, *pro hac vice.*

August 14, 2007                                Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

/s/Jeffrey A. Marks
Jeffrey A. Marks (JM 3907)
312 Walnut Street, Suite 3500
Cincinnati, Ohio 45202
(513) 361-1200 – phone
(513) 361-1201 – facsimile
jemarks@ssd.com