**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**DELPHI CORPORATION, et al.,**

Debtors.

**Chapter 11**

**Case No. 05-44481 (RDD)**

**(Jointly Administered)**

## ORDER GRANTING MOTION FOR ADMISSION FOR JEFFREY A. MARKS TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Jeffrey A. Marks is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
New York, New York

/s/
UNITED STATES BANKRUPTCY JUDGE