DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140
Frank Velocci (FV 2185)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
                                                             :    Case No. 05-44481-rdd
DELPHI CORPORATION, *et al.*,                                :
                                                             :    (Jointly Administered)
                    Debtors                                  :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 14th day of August, 2007, I caused a true and correct copy of LIMITED OBJECTION OF QEK GLOBAL SOLUTIONS (US), LP TO ASSUMPTION AND/OR ASSIGNMENT OF UNEXPIRED LEASE TO QUALIFIED BIDDER IN CONNECTION WITH SALE OF CATALYST BUSINESS to be served upon the parties listed below in the manner indicated.

**Via United States Mail**
Thomas J. Matz, Esq.
Denise Kaloudis, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Dated: August 14, 2007              /s/ *Frank F. Velocci*
                                    Frank F. Velocci (FV 2185)
                                    DRINKER BIDDLE & REATH LLP
                                    A Delaware Limited Liability Partnership
                                    140 Broadway, 39th Floor
                                    New York, New York 10005
                                    (212) 248-3140

WM\7229\1