BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
(317) 236-1313
Mark R. Owens, Esq. (MO 9742)

*Attorneys for Clarion Corporation of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF MOTION OF CLARION CORPORATION OF AMERICA, PURSUANT TO 11 U.S.C. §§ 503 AND 507, FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM**

I hereby certify that on August 9, 2007, I caused a copy of the Notice of Withdrawal of Motion of Clarion Corporation of America, Pursuant to 11 U.S.C. §§ 503 and 507, for Allowance of an Administrative Expense Claim (Docket No. 8964) to be served (i) via Federal Express overnight delivery upon The Honorable Robert D. Drain, United States Bankruptcy Court Judge, 615-3 Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408; (ii) via Federal Express overnight delivery upon Debtors' counsel John Wm. Butler, Jr., Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606; (iii) via regular U.S. mail, postage prepaid, upon the remaining parties listed on the master service list at their respective, listed addresses; (iv) via e-mail to the parties listed on the master service and 2002 lists at their respective, listed e-mail addresses; and (v) via the Court's CM/ECF system.

| | |
|---|---|
| Dated: Indianapolis, Indiana<br>August 14, 2007 | Respectfully submitted,<br><br>/s/ Mark R. Owens<br>Mark R. Owens, Esq. (MO 9742)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Phone: (317) 236-1313<br>Facsimile:  (317) 231-7433<br><br>*Attorneys for Clarion Corporation of America* |

INDS01 ETHACKER 971333v1