**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:    Chapter 11

　　　　　　　　　　　　　　　　　　　　Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,    　Jointly Administered

　　　　　　　　　Debtors

------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

　　　UPON the motion of Jeffrey A. Marks for admission pro hac vice in this bankruptcy case; it is hereby

　　　ORDERED, that Jeffrey A. Marks is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 14, 2007
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE