Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Marc E. Richards (MER-9465)

Co-Counsel for
Denso International America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 <br> ) Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) <br> ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION BY DENSO INTERNATIONAL AMERICA, INC. TO ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO QUALIFIED BIDDER IN CONNECTION WITH SALE OF CATALYST BUSINESS**

TO:    **THE HONORABLE ROBERT D. DRAIN,
       UNITED STATES BANKRUPTCY JUDGE:**

Denso International America, Inc., by its co-counsel, Blank Rome LLP and Plunkett Cooney

PC, hereby withdraws its Limited Objection, dated August 6, 2007 to the Assumption and/or

Assignment of Executory Contract or Unexpired Lease to Qualified Bidder in connection with Sale of Catalyst Business.

August 14, 2007
New York, New York

BLANK ROME LLP

By: /s/ Marc E. Richards
Marc E. Richards (MER-9465)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

Douglas C. Bernstein
PLUNKETT COONEY PC
38505 Woodward Avenue
Bloomfield, MI 48304
(248) 901-4091

Co-Counsel to Denso International America, Inc.

124113.01600/6567444v.1