KUTAK ROCK LLP
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
(816) 502-4617
Jay Selanders (2483)
Attorneys for Chrysler LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    In re:                                     :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,       :      Case no. 05-44481-RDD
                                          :
                  Debtors.                :
------------------------------------------------------------X

## WITHDRAWAL OF OBJECTION OF CHRYSLER LLC TO ASSUMPTION AND/OR ASSIGNMENT OF CONTRACTS IN CONNECTION WITH THE SALE OF DEBTOR'S CATALYST BUSINESS

Chrysler LLC, formerly DaimlerChrysler Corporation ("Chrysler"), through its undersigned attorneys, withdraws its Objection to the Debtor's Assumption and/or Assignment of that certain Noble Metal Stock Account Agreement purportedly between Chrysler and Delphi Automotive Systems LLC ("Delphi"), and states as follows:

1. Chrysler filed an Objection to the Debtor's Assumption and/or Assignment of that certain Noble Metal Stock Account Agreement in connection with the sale of its catalyst business.

2. Delphi has represented to Chrysler that it will remove the Noble Metal Stock Account Agreement from the schedule listing agreements that it intends to assume and/or assign in connection with the sale of its catalyst business, and that it will not seek Bankruptcy Court authority to assume and/or assign the Noble Metal Stock Account Agreement to Umicore.

3. Based on the representation of Delphi above, Chrysler hereby withdraws its Objection.

4832-1395-6353.1

        Respectfully submitted,

        KUTAK ROCK LLP


        /s/ Jay Selanders
        Jay Selanders
        1010 Grand Blvd., Suite 500
        Kansas City MO 64106-2220
Dated: August 14, 2007        Counsel to Chrysler LLC

4832-1395-6353.1