United States Bankruptcy Court
Southern District of New York

In re DELPHI CORPORATION, et al.,   Case No. 05-44481
                                    (Jointly Administered)
                                    Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Covington & Burling LLP** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

| | |
|---|---|
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alisa Mumola**<br>**Phone 203-862-8211** | Court Record Address of Transferor<br>(Court Use Only)<br><br><br>Last Four Digits of Acct#:  N/A |
| Last Four Digits of Acct#:  N/A | Name and Current Address of Transferor |
| Name and Address where transferee payments should be sent<br>(if different from above) | **Covington & Burling LLP**<br>**1330 Avenue of the Americas**<br>**New York,  NY  10019**<br>**Attn: Susan Power Johnston** |
| **Claim No. 14179**<br>**Proof of Claim filed for $263,559.79** | **Phone 212-841-1000**<br><br>**Covington & Burling LLP**<br>**620 Eighth Avenue**<br>**New York, NY 10018**<br>**Attn: Susan Power Johnston**<br><br>**Phone 212-841-1005**<br><br><br>Last Four Digits of Acct#:  N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____August 14, 2007_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                           **CLERK OF THE COURT**

**EVIDENCE OF TRANSFER OF CLAIM**

**COVINGTON & BURLING LLP**, a limited liability partnership organized under the laws of the District of Columbia,, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated August 1, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 7th day of July 2007.

(Assignor)
COVINGTON & BURLING LLP

By: *Susan Johnston*
Name: Susan Johnston
Title: of Counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: *[signature]*
Name: Jon Bauer
Title: Managing Member

(Assignor)
WITNESS:

By: *[signature]*
Name: Suzanne Branon
Title: Administrative Assistant

KL2:2394444.1

## Schedule A
### Covington & Burling

| Debtor | Case Number | Schedule Amount | Proof of Claim | Claim No. |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | 05-44640 | 214,636.82 | 263,559.79 | 14179 |

Initials:
Seller *(signature)*
Buyer *(signature)*