CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## PROOF OF SERVICE

The undersigned states that he is an employee of Clark Hill PLC, and that he served papers as follows:

| | |
|---|---|
| Document Served: | *Response of ATS Ohio Inc. to Debtors' Nineteenth Omnibus Objection to Claims* |
| Method of Service / Served Upon: | By electronic mail (via the Court's CM/ECF System) upon all parties shown on <u>Exhibit A</u> attached hereto; and |
| | By overnight courier upon: |

Hon. Robert D. Drain
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Joseph N. Wharton
Skadden, Arps, Slate, Meagher &
Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Date of Service:    August 14, 2007

          /s/ Scott Dennison
              Scott Dennison
              Legal Secretary

5213590.1 25743/103154