**EXHIBIT A**

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Gordon, Robert D. entered on 8/14/2007 at 5:11 PM and filed on 8/14/2007

**Case Name:** Delphi Corporation and Catalytic Solutions, Inc.
**Case Number:** 05-44481-rdd
**Document Number:** 9075

**Docket Text:**
Response *of ATS Ohio Inc. to Debtors' Nineteenth Omnibus Objection to Claims* (related document(s)[8617]) filed by Robert D. Gordon on behalf of ATS Ohio Inc.. (Gordon, Robert)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\sdennison\My Documents\Case PDFs\ATS - Delphi\ATS Ohio Response to Objection to Claim.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/14/2007] [FileNumber=6088462-0]
[8a7fd0e1f5c178886fb2a506cd155aadfdcbbfe7c2ac48121ade36c11f0f480b35d7d
109e85239230e9e40949ffb278996af523cd6d6dea42012e5d52b2bda45]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson     aaronsoa@pepperlaw.com

David B. Aaronson     david.aaronson@dbr.com

Elizabeth Abdelmasieh     elizabeth@regencap.com

Franklin C. Adams     franklin.adams@bbklaw.com

Jason R. Adams     jadams@torys.com

Jennifer L. Adamy     bankruptcy@goodwin.com

David J. Adler     dadler@mccarter.com

Michael J. Alerding     malerding@binghammchale.com

Joseph W. Allen     jallen@jaeckle.com

Christopher A. Andreoff     candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker     philip.anker@wilmerhale.com

Joel D. Applebaum     japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Douglas P. Bartner    dbartner@shearman.com, bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,,henry

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com, dgeoghan@teamtogut.com;ygreenberg@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@team

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperla\

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Babette A. Ceccotti    bceccotti@cwsny.com

Sarah B. Chapman Carter    scarter@pselaw.com

Erik G. Chappell    egc@lydenlaw.com

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com

Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

Karen Veronica DeFio    kdefio@bsk.com

Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.co

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,

Seth A. Drucker    sdrucker@hongman.com

David F. DuMouchel    dumouchd@butzel.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com

Holly S. Falkowitz    hfalkowitz@sonnenschein.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder    ben.feder@thompsonhine.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer    cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com, mateofowler@quinnemanuel.com

Edward M. Fox    efox@klng.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Jeffrey R. Gleit     jgleit@kasowitz.com

Larry Ivan Glick     larryglick@erols.com

Matthew Alexander Gold     courts@argopartners.net

Scott R. Goldberg     sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com

Robert D. Gordon     rgordon@clarkhill.com

Gary A. Gotto     ggotto@krplc.com

Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com

Warren R. Graham     wrg@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com

Jonathan S. Green     greenj@millercanfield.com

Wendy B. Green     wgreen@formanlaw.com

John T. Gregg     jgregg@btlaw.com

Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross     sgross@hodgsonruss.com

Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin     janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak     phcdelphi@priceheneveld.com

Will Guerrant     wbg@ctw.com

Peter J. Gurfein     pgurfein@akingump.com

Dennis M. Haley     dhaley@winegarden-law.com

Michael Leo Hall     mhall@burr.com

Timothy C. Hall     tch@previant.com

Alan D. Halperin     ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton     electronicnoticing@aps-capital.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com

William Heuer    wheuer@deweyballantine.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    skhoos@mintz.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com;ewaters@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Howard Koh    hkoh@meisterseelig.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdon

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vssp.com

Darryl S. Laddin    bkrfilings@agg.com

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@walle

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel@klettrooney.com

Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com

Daniel A. Lowenthal    dlowenthal@thelen.com

A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnla

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    kcunningham@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Jeffrey A. Marks    jemarks@ssd.com, rlandwehr@ssd.com

Ilan Markus    imarkus@tylercooper.com

John J. Marquess    jjm@legalcost.com

Madison L. Martin    nashvillebankruptcyfilings@stites.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Aaron G. McCollough  amccollough@mcguirewoods.com

Michael K. McCrory  michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell  rmcdowell@bodmanllp.com

Douglas J. McGill  douglas.mcgill@dbr.com

Frank McGinn  ffm@bostonbusinesslaw.com

Scott S. McKessy  smckessy@reedsmith.com

Greta A. McMorris  gmcmorris@stinsonmoheck.com

Austin L. McMullen  amcmulle@bccb.com

Patrick E. Mears  patrick.mears@btlaw.com

Derek F. Meek  dmeek@burr.com

Barbara S Mehlsack  bmehlsack@gkllaw.com

Timothy Mehok  timothy.mehok@hellerehrman.com

Richard M. Meth  msteen@daypitney.com, rmmnybankruptcy@daypitney.com

Sally Meyer  smeyer@madisonliquidity.com

Merle C. Meyers  mmeyers@mlg-pc.com

Robert N. Michaelson  rmichaelson@kl.com

Laurie J. Michelson  michelso@butzel.com

Angela Z. Miller  amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller  kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller  miller@taftlaw.com

Alan K. Mills  amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff  lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan  bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy  jmoloy@dannpecar.com

Michael C. Moody  mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog  amoog@hhlaw.com

Brett S. Moore  bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pl

Gene T. Moore     gtmlaw@bellsouth.net

Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison     sarah.morrison@doj.ca.gov

Whitney L. Mosby     wmosby@binghammchale.com

Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola     alisa@contrariancapital.com

Jill L. Murch     jmurch@foley.com, khall@foley.com

James P. Murphy     murph@berrymoorman.com

Robert D. Nachman     rnachman@scgk.com

Bruce S. Nathan     bnathan@lowenstein.com

Michael R. Nestor     bankruptcy@ycst.com

Lauren Newman     lnewman@fagelhaber.com

Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton     rnorton@reedsmith.com

Gordon Z. Novod     gnovod@kramerlevin.com

Kasey C. Nye     knye@quarles.com

Michael P. O'Connor     mpolaw@aol.com

Michael O'Hayer     mkohayer@aol.com

Martin P. Ochs     martin@oglaw.net

Sean A. Okeefe     sokeefe@winthropcouchot.com

Karen Ostad     kostad@mofo.com

Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com

Charles Palella     cpalella@kurzman.com

Ingrid S. Palermo     ipalermo@hselaw.com

Richard J. Parks     rjp@pbandg.com, kas@pbandg.com

Felton E. Parrish     fparrish@kslaw.com

Susan P. Persichilli     persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters    gpeters@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Thomas A. Pitta    tpitta@lowenstein.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta    jposta@stark-stark.com

Constantine Pourakis    cp@stevenslee.com

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David Sol Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszyjw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Bryan I. Schwartz    bschwartz@lplegal.com

Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com

Mark S. Scott    mscott@riemerlaw.com

Sarah Seewer    sseewer@honigman.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    andrew.rosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon    jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Wendy W. Smith    wendy@bindermalter.com, jennifer@bindermalter.com

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com

Marc P. Solomon    msolomon@burr.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Byron C. Starcher    byron.starcher@nelsonmullins.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

James M. Sullivan     jmsullivan@mwe.com

Paul Sweeney     psweeney@linowes-law.com

Robert Szwajkos     rsz@curtinheefner.com

Douglas T. Tabachnik     DTTLAW@aol.com, dttlaw@verizon.net

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton     roger.tarbutton@jocogov.org

John E. Taylor     jtaylor@binghammchale.com

Zakarij O. Thomas     zothomas@klettrooney.com

Melinda S. Thornton     cao.bkc@miamidade.gov

Douglas M. Tisdale     doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering     gtoering@wnj.com

Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll     lawtoll@comcast.net

Laura L. Torrado     ltorrado@bear.com, msussman@bear.com

Martin B. Tucker     mtucker@fbtlaw.com

Raymond J. Urbanik     rurbanik@munsch.com

Philip Urofsky     philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi     rusadi@cahill.com

Shmuel Vasser     svasser@eapdlaw.com

Lori V. Vaughan     lvaughan@foley.com

Frank F. Velocci     frank.velocci@dbr.com, steven.alfred@dbr.com

Joseph J. Vitale     jvitale@cwsny.com

Arthur T. Walsh     rkirby@omclaw.com

Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner     bankruptcy@warnerstevens.com

W. Clark Watson     cwatson@balch.com

Robert K. Weiler     rweiler@greenseifter.com, lellis@greenseifter.com

Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com