UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                                                        In proceedings for Reorganization under Chapter 11

Delphi Corporation., et al.,                                         Case No. 05-44481
                                                                                  (Jointly Administered)
            (the "Debtor")

                                                                                  Claim No. **9940**
                                                                                  Claim Amount: **$6,678,072.11**

-------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIMS PURSUANT TO
## FRBP RULE 3001 (e) (2)

**To Transferor:**         SPCP GROUP, L.L.C.

Your unsecured claim no. 9940, in the amount of **$6,678,072.11** has been transferred to:

**Transferee:**              **DEUTSCHE BANK SECURITIES, INC.**
                                   60 Wall Street, 3rd Floor, New York, NY 10005
                                   Attn: Vikas Madan and Ross Rosenfelt
                                   Phone: 212-250-5760
                                   Fax: 212-797-8770

                                   with copies to:

                                   Attn:
                                   Fax:

The Evidence of Transfer of Claim is attached hereto. No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of this notice, you must:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    Clerk's Office
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York -----

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

---

(*FOR CLERK'S OFFICE USE ONLY*):
This notice was mail to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney

                                                                                              _____
                                                                                              Clerk

Refer to INTERNAL CONTROL NO. _____ in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant in this proceeding

BOS111 12021442.1                                                 2

# EVIDENCE OF TRANSFER OF PORTION OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of NY ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Delphi Automotive Systems LLC ("Debtor")
          Case No. 05-44481(RDD)

Claim #: __9940__ (SPCP Group, LLC, as assignee of Thyssenkrup Waupaca, Inc

SPCP GROUP, L.L.C. its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> DEUTSCHE BANK SECURITIES, INC.
> 60 Wall Street, 2nd Floor
> New York, NY 10005
> Attn: Matt Doheny
> Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to the Assigned Claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $6,678,072.11 ("Assigned Claim") of Claim # 9940 against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor. Seller retains all rights, title and interests in and to the remainder of Claim # 14139 (the "Retained Claim").

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated February 21, 2007.

SPCP GROUP, L.L.C.

By: _____
Name:
Title:   Michael A. Gatto
         Authorized Signatory

DEUTSCHE BANK SECURITIES, INC.

By: _____
Name:
Title:
         Scott G. Martin
         Managing Director