**Hearing Date: August 16, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
       In re                              :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                         Debtors.         :    (Jointly Administered)
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-FIRST OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:          United States Bankruptcy Court for the Southern District of New York,
                              Alexander Hamilton Custom House, Room 610, 6th Floor, One
                              Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

     A.      Introduction

     B.      Continued Or Adjourned Matters (2 Matters)

     C.      Uncontested, Agreed, Or Settled Matters (5 Matters)

     D.      Contested Matters (4 Matters)

     E.      Adversary Proceeding (1 Matter)

**B.      Continued Or Adjourned Matters\***

     1.      **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

          *Responses Filed:*     *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

                    *Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

---

\*     Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6723, and 6690 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, and ATEL Leasing Corporation's Motion To Allow Administrative Claim respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), and Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice).

*Reply Filed:*          *None.*

*Related Filings:*      *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)*

*Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

3

*Proposed Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtor's Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

*Status:*   *By agreement of the parties this matter is being adjourned to the October 25, 2007 omnibus hearing.*

2.   **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

*Response Filed:*   *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

*Reply Filed:*   *None.*

*Related Filings:*   *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)*

4

*Objection Of The Official Committee Of Equity
Security Holders To The Motion For An Order
Authorizing The Official Committee Of Unsecured
Creditors To Prosecute The Debtors' Claims And
Defenses Against General Motors Corporation And
Certain Former Officers Of The Debtors (Docket No.
5070)*

*Status:*          *This matter is being adjourned to the October 25,
2007 omnibus hearing.*

## C.    Uncontested, Agreed, Or Settled Matters

3.    **"Third 365(d)(4) Deadline Extension Motion" -** Motion For Order Under
11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject
Leases Of Nonresidential Real Property (Docket No. 8760)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be
proceeding.*

4.    **"Fourth Removal Deadline Extension Motion" -** Motion To Further
Extend Time Period Within Which Debtors May Remove Actions Under 28
U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 8761)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be
proceeding.*

5.    **"Preservation Of Estate Claims Procedures Motion"** - Expedited
Motion For Order Under 11 U.S.C. §§ 102(1)(a), 105(a), 107, 108(a)(2),
And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing
Debtors To Enter Into Stipulations Tolling Statute Of Limitations With
Respect To Certain Claims, (ii) Authorizing Procedures To Identify Causes
Of Action That Should Be Preserved, And (iii) Establishing Procedures For

5

Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 (Docket No. 8905)

*Responses Filed:*     *None.*

*Reply Filed:*     *None.*

*Related Filings:*     *None.*

*Status:*     *The hearing with respect to this matter will be proceeding.*

6.    **"IUOE, IBEW, And IAM 1113/1114 Settlement And Retiree Benefit Approval Motion"** - Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE, IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees (Docket No. 8906)

*Responses Filed:*     *None.*

*Reply Filed:*     *None.*

*Related Filings:*     *None.*

*Status:*     *The hearing with respect to this matter will be proceeding.*

7.    **"IUE-CWA 1113/1114 Settlement Approval Motion"** - Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees (Docket No. 8907)

*Responses Filed:*     *None.*

*Reply Filed:*     *None.*

*Related Filings:*     *None.*

*Status:*     *The hearing with respect to this matter will be proceeding.*

6

**D.    Contested Matters**

8.    **"Catalyst Sale Motion"**– Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Catalyst Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 8179)

Response Filed:    *Notice Of Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All The Assets Primarily Used In Debtors' Catalyst Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 8180)*

*Limited Objection Of Corning Incorporated To The Assumption Of, And The Cure Amounts Asserted By Debtor, For Contracts 50186, 50187, 50188 And 50189 In Debtor's Notices Of Assumption And Asserted Cure Amounts In Connection With The Sale Of Debtor's Catalyst Business (Docket No. 8592)*

*Maricopa County's Notice Of Perfected Lien And Objection To The "Catalyst Business Sale Motion" If The Taxes Are Not Paid From The Proceeds (Docket No. 8655)*

*Objection To Assumption And/Or Assignment Of Contracts By A-1 Specialized Services & Supplies, Inc. (Docket No. 8670)*

*Objection By A-1 Specialized Services & Supplies, Inc. To Notice Of Cure Amount (Docket No. 8669 and 8674)*

*Letter To Judge Drain From Varroc Exhaust Systems, Pvt. Ldt. Regarding Assumption/ Assignment of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business Of Delphi Corporation (Docket No. 8681)*

*Limited Objection Of Contrarian Funds, LLC To Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Catalyst Business (Docket No. 8877)*

*Amended Limited Objection Of Corning Incorporated To The Assumption Of, And The Cure Amounts Asserted By Debtor, For Contracts 50186, 50187, 50188 And 50189 In Debtor's Notices Of Assumption And Asserted Cure Amounts In Connection With The Sale Of Debtor's Catalyst Business (Docket No. 8894)*

*Limited Objection By Denso International America, Inc. To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Qualified Bidder In Connection With Sale Of Catalyst Business (Docket No. 8904)*

*Objection Of A-1 Specialized Services & Supplies, Inc. To Assumption And/Or Assignment Of Contracts By/To Catalytic Solutions, Inc. (Docket No. 8977)*

*Objection Of Chrysler LLC To  Assumption And/Or Assignment Of Contracts In Connection With The Sale Of Debtor's Catalyst Business (Docket No. 9040)*

*Limited Objection Of QEK Global Solutions (US), LP To Assumption And/Or Assignment Of Unexpired Lease To Qualified Bidder In Connection With Sale Of Catalyst Business (Docket No. 9060)*

8

*Impala Platinum's Objection To Assumption Or Assignment Of Contract (Docket No. 9084)*

*Letter from Tosoh Corporation, dated August 9, 2007 (Not filed)*

Reply Filed:      *An omnibus reply will be filed.*

Related Filings:      *Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing In Connection With Sale Of Catalyst Business (Docket No. 8436)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business (Docket No. 8487)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Catalyst Business (Docket No. 8488)*

*Notice Of Extension Of Bid Deadline And Auction In Connection With Sale Of Catalyst Business (Docket No. 8653)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business (Docket No. 8672)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With The Sale Of Catalyst Business (Docket No. 8726)*

*Withdrawal Of Maricopa County's Objection To The Debtor's "Catalyst Business Sale Motion" If The Taxes Are Not Paid From The Proceeds (Docket No. 8731)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business (Docket No. 8816)*

9

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Qualified Bidder In Connection To Sale Of Catalyst Business (Docket No. 8837)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Purchasers In Connection With Sale Of Catalyst Business (Docket No. 8903)*

*Notice Of Withdrawal Of Limited Objection By Denso International America, Inc. To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Qualified Bidder In Connection With Sale Of Catalyst Business (Docket No. 9071)*

*Withdrawal Of Objection Of Chrysler LLC To Assumption And/Or Assignment Of Contracts In Connection With The Sale Of Debtor's Catalyst Business (Docket No. 9072)*

*Memorandum In Support Of Objection To Assumption Of Executory Contract Filed By A-1 Specialized Services And Supplies, Inc. (Docket No. 9085)*

*Status:*      *The hearing with respect to this matter will be proceeding.*

9.    **"Seventeenth Omnibus Claims Objection"**– Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

*Responses Filed:*      *Response Of Hoover Precision Products, Inc. To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8388)*

*Response To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)*

10

*Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8460)*

*Response And Objection Of Fraenkische USA, LP To Debtors' Seventeenth Omnibus Claims Objection With Respect To Claim Number 16511 (Docket No. 8473)*

*Response Of Motorola, Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8482)*

*Response Of Temic Automotive Of North America, Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8483)*

*Joint Response To Motion Of Barnes Group Canada Corp., As Claimant, And Longacre Master Fund, Ltd., As Assignee (Docket No. 8493)*

*Response Of Datwyler Rubber & Plastics, Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Claim Number 10907) (Docket No. 8495)*

*Response And Objection Of ZF Boge Elastmetall LLC To Debtor's Seventeenth Omnibus Claims Objection (Docket No. 8507)*

*Response Of Contrarian Funds, LLC To Debtors' Seventeenth Omnibus Claims Objections (Docket No. 8508)*

*Eaton Corporation's Response To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8509)*

*Holset Engineering Company's Response To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8512)*

*Response Of ON Semiconductor Components Industries LLC To Debtors' 17th Omnibus Objection To Claims (Docket No. 8513)*

*Claimant's Response To Debtors' Objection To Proofs Of Claim Filed By RLI Insurance Company (Docket No. 8523)*

*Miami-Dade County Tax Collector's Response To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8527)*

*Response On Behalf Of Knox County To Debtors' Seventeenth Omnibus Objection (Docket No. 8528)*

*Response Of City Of McAllen And South Texas College To Debtor's Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtor's Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records,(D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8530)*

*Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8531)*

*Objection To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims Subject to Modification, Tax Claims Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 8535)*

*Response To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bank. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)*

*Insurance Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8538)*

*Response of Contech LLC To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8542)*

*Response Of Motion Industries, Inc. To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Claims Objection")  (Docket No. 8545)*

*Response Of Vanguard Distributors, Inc. To Debtors' Seventeenth Omnibus Objection To Proofs Of Claim (Docket No. 8547)*

*Response Of Rothrist Tube Inc. To The Debtors' Seventeenth Omnibus Objection To Claims (Claim Number 2680) (Docket No. 8552)*

*Response Of NEC Electronics America, Inc. To Debtors' Objection To Claim No. 16368 (Docket No. 8553)*

*Response Of Cleo Inc. To Debtors' Seventeenth Omnibus Objection To Claims (Docket No. 8554)*

*Response Of Siemens PLC (A&D Division) To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification,*

*Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8566)*

*Response Of E.I. Du Pont De Nemours And
Company To Debtors' Seventeenth Omnibus
Objection To Claims (Docket No. 8569)*

*Collins & Aikman Corporation, et al.'s Response To
Debtors' Seventeenth Omnibus Objection (Docket
No. 8572)*

*United States Of America's Response To Debtors'
Objection To The Claim Of The Internal Revenue
Service (Docket No. 8573)*

*Response And Opposition Of Conestoga-Rovers &
Associates, Inc. To Debtors' Objection To Claim,
Made Within Debtors' Seventeenth Omnibus Claims
Objection (Docket No. 8576)*

*Response Of Contitech Elastomer Coatings To
Debtors' Seventeenth Omnibus Objection To Claim
No. 9079 (Docket No. 8577)*

*Response Of Benecke-Kaliko AG To Debtors'
Seventeenth Omnibus Objection To Claim No. 9080
(Docket No. 8578)*

*Response Of Harco Brake Systems, Inc. To
Seventeenth Omnibus Claim Objection (Docket No.
8580)*

*L&W Engineering Co.'s Response To Debtors'
Seventeenth Omnibus Objection (Docket No. 8581)*

*Joint Response Of United Plastics Group, As
Claimant, And Longacre Master Fund, LTD., As
Assignee, To Debtors' Seventeenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. §
502(d) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books
And Records, (D) Untimely Claims And Untimely
Tax Claims, And (E) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified
Claims Asserting Reclamation (Docket No. 8585)*

14

*Response Of A. Schulman, Inc. In Opposition To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8586)*

*Ohio Department Of Taxation's Response To Debtors' Seventeenth Objection To Claims (Docket No. 8587)*

*Response Of Viasystems To Debtors' Objection To Claim No. 12383 (Docket No. 8591)*

*Response And Objection Of SPCP Group, L.L.C. To Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Related On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 8599)*

*Response To Seventeenth Omnibus Claims Objection By Knox County Trustee Scheduled Exhibit D-2 (Docket No. 8896)*

*Response Of Montgomery County, Ohio To Debtors' Seventeenth Omnibus Objection (Docket No. 9010)*

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books* |

15

*And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)*

Status:     *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

10.   **"Eighteenth Omnibus Claims Objection"** - Debtors' Eighteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate Or Amended Claims (Docket No. 8616)

Responses Filed:     *Motion Of Beaver Valley Manufacturing, Inc. For An Order Granting It Leave To Amend Its Claim, No. 11186, Filed July 26, 2006 And Response To Objection To Amended Proof Of Claim Together With Notice Thereof To Parties In Interest Of Opportunity Or Need To Be Heard (Docket No. 8995)*

    *Metalforming Technologies, Inc.'s Response To Debtors' Eighteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate Or Amended Claims (Docket No. 9042)*

Reply Filed:     *An omnibus reply will be filed.*

Related Filings:     *None.*

Status:     *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b)*

16

*And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

11. **"Nineteenth Omnibus Claims Objection"** - Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)

*Responses Filed:*         *Response Of GE Fanuc Automation North America, Inc. To: Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8723)*

*Response Of Angelina County, Bexar County, Cameron County, City Of El Paso, City Of Harlingen, City Of San Marcos, Cypress-Fairbanks ISD, Dallas County, Harlingen CISD, Harris County/City Of Houston, Hidalgo County, Montague County, Montgomery County, Nueces County, San Marcos CISD & Tarrant County To Debtor's Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtor's Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8857)*

*Response Of Akzo Nobel Coatings Inc., To The Debtors' Nineteenth Omnibus Objection To Claims (Docket No. 8902)*

17

*Response Of Quality Synthetic Rubber, Inc. To Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims (Docket No. 8917)*

*Response Of United States Steel Corporation To Debtors' Nineteenth Omnibus Claims Objection (Substantive) Pursuant To 11 U.S.C. 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8921)*

*Response Of Ametek Inc. To Debtors' Nineteenth Omnibus Objection To Claims (Docket No. 8923)*

*Response Of Sierra Inc. To Debtors' Nineteenth Omnibus Objection To Claims (Docket No.8924)*

*Response Of Siemens Energy & Automation, Inc. To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Resolved Claims (Docket No. 8925)*

*Response Of Solectron Corporation To Nineteenth Omnibus Objection To Claims (Docket No. 8927)*

*Response Of Liquidity Solutions, Inc., As Assignee, To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8928)*

18

*Response Of Bellsouth Telecommunications Inc. To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8929)*

*Response Of Demag Plastics Group, Corporation. Dba Van Dorn Demag Corporation To The Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8931)*

*Response Of Computer Patent Annuities Limited To The Debtors' Nineteenth Omnibus Claims Objection (Docket No. 8932)*

*Response Of Cingular Wireless N/K/A AT&T Mobility To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8933)*

*NXP Semiconductors USA Inc.'s Response To The Debtors' Nineteenth Omnibus Objection (Docket No. 8935)*

*Response Of DC Coaters, Inc. To The Debtors' Nineteenth Omnibus Objection To Claims (Docket No. 8938)*

19

*Response Of PBR Australia Party Ltd. To Debtors'
Nineteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claim, And (D) Claims
Subject To Modification, Tax Claims Subject To
Modification, Modified Claims Asserting
Reclamation, And Consensually Modified And
Reduced Claims (Docket No. 8939)*

*Response Of Arnold Center, Inc. To Debtors'
Nineteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P.
3007 To Certain (A) Insufficiently Documents
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claim, And (D) Claims
Subject To Modification, Tax, Claims Subject To
Modification, Modified Claims Asserting
Reclamation, And Consensually Modified And
Reduced Claims (Docket No. 8940)*

*NXP Semiconductors USA, Inc.'s Corrected
Response To The Debtors' Nineteenth Omnibus
Objection (Docket No. 8941)*

*Response Of Microsys Technologies, Inc. To The
Debtors' Nineteenth Omnibus Objection To Claims
(Docket No. 8949)*

*Response Of Parkview Metal Products, Inc. To
Debtors' Nineteenth Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, (C) Untimely Claims
And (D) Claims Subject To Modification, Tax Claims
Subject To Modification, Modified Claims Asserting
Reclamation, And Consensually Modified And
Reduced Claims (Docket No. 8950)*

*Response Of Contrarian Funds, LLC To Debtors'
Nineteenth Omnibus Claims Objections (Docket No.
8953)*

*The State Of New Jersey, Division Of Taxation's
Opposition To Debtors' Nineteenth Omnibus*

20

*Objection (Substantive) To Claims (Docket No. 8956)*

*Response Of Benecke-Kaliko AG To Debtors' Nineteenth Omnibus Objection To Claim No. 9081 (Docket No. 8959)*

*Sherwin Williams Automotive Finishes Corp's Response To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation And Consensually Modified And Reduced Claims (Docket No. 8961)*

*Marquardt Switches Inc.'s Response To Debtors' Nineteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. Bankr. P. 3007 (Docket No. 8965)*

*Response And Objection Of SPCP Group, L.L.C. To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Claim No. 14134) (Docket No. 8967)*

*PIC Productivity Improvement Center's Response To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation And Consensually Modified And Reduced Claims (Docket No. 8969)*

*Limited Joinder Of TPG Credit Opportunities Fund, L.P. And TPG Credit Opportunities Investors, L.P. To The Response Of Solectron Corporation To Nineteenth Omnibus Objection To Claims (Docket No. 8973)*

*Secretary OF Labor's Response To The Debtors' Nineteenth Omnibus Claims Objection To Her Proof Of Claim Filed On Behalf Of The Delphi Personal Savings Plan For Hourly Employees In The United States (Docket No. 8975)*

*Response Of Freudenberg Nonwovens LP To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims; (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8976)*

*Response Of Siemens Building Technologies, Inc. To Debtors' Nineteenth Omnibus Objection To Claims (Docket No. 8978)*

*Kiefel Technologies, Inc.'s Response To Notice Of Objection To Claim (Docket No. 8979)*

*Response of CPT Carrera, Inc. dba Carclo Technical Plastics To Debtors' Nineteenth Omnibus Claims Objection (Docket No. 8980)*

*Response Of Empresas Ca Le Tlaxcala SA De CV (Claim Number 15511) To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8981)*

*Response To 19th Omnibus Objection To Claims By Delphi Corporation, et al; Sierra Liquidity Fund, LLC (Assignee); Showers Group Inc. – Shepard Mfg Co., Inc. (Assignor), Claim No. 4211 (Docket No. 8982)*

*Response To 19th Omnibus Objection To Claims By Delphi Corporation, et al; Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor), Claim No. 14669 (Docket No. 8984)*

*Response Of Furukawa Electric North America APD And Furukawa Electric Co., Ltd. To Debtors' 19th Omnibus Claims Objection (Regarding Claim No. 10574) (Docket No. 8986)*

*Response Of City Of Vandalia, Ohio To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax, Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8987)*

*Response Of Freudenberg-NOK, Inc. To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims; (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8989)*

*Response Of George & Sipes, LLP Claimants To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting*

23

*Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8990)*

*Response Of Vector Cantech, Inc. To Debtors' Nineteenth Omnibus Objection (Substantive) To Certain Claims (Docket No. 8991)*

*Affidavit In Response To The United States Bankruptcy Court To The Objection Of Defendant Delphi Corporation, et al. To Disallow, Expunge Or Modify Claims (Docket No. 8992)*

*Response Of Freudenberg-NOK General Partnership To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims; (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8993)*

*Response Of Select Industries Corporation In Opposition To Debtors' Nineteenth Omnibus Claims Objection (Docket No. 8994)*

*Response Of Schaeffler KG To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8996)*

*Response Of Claimant Milliken & Company To Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Seeking, In Part, To Modify The Amount Of Milliken's Filed Claim (Docket No. 8997)*

24

*Secretary Of Labor's Response To The Debtors'
Nineteenth Omnibus Claims Objection To Her Proof
Of Claim Filed On Behalf Of The ASEC
Manufacturing Sponsored Employee Benefit Plans
(Docket No. 9000)*

*Sherwin Williams Company's Response To Debtors'
Nineteenth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claims And (D) Claims
Subject To Modification, Tax Claims Subject To
Modification, Modified Claims Asserting
Reclamation And Consensually Modified And
Reduced Claims (Docket No. 9007)*

*Response Of Circle Broach Company To 19th
Omnibus Claims Objection (Docket No. 9011)*

*Response To Debtor's Nineteenth Omnibus
Objection To Claims by Phyllis A. Hayes On Behalf
Of CDW Computer Centers, Inc. (Docket No. 9012)*

*Response To 19th Omnibus Objection To Claims By
Delphi Corporation, et al.; Sierra Liquidity Fund,
LLC (Assignee); SMK Electronics Corp USA
(Assignor), Claim No. 11615 (Docket No. 9041)*

*Response Of ATS Ohio Inc. To Debtors' Nineteenth
Omnibus Objection To Claims (Docket No. 9075)*

| | |
|---|---|
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

25

E.    **Adversary Proceeding**

12.    **"National Union Fire Insurance Company Of Pittsburgh, PA, Declaratory Judgment"**– Complaint For Declaratory Judgment Adversary Proceeding No. 07-01435 (Docket No. 1)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Summons And Notice of Pretrial Conference In An Adversary Proceeding (Docket No. 2)* |
| | *Stipulation Extending Time To Answer Or Move (Docket No. 4)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the September 27, 2007 omnibus hearing.* |

Dated:  New York, New York
        August 15, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

26