DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
140 Broadway 39th Floor
New York, New York  10005
(212) 248-3140
Frank F. Velocci (FV 2185)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                                  :    Chapter 11
In re                                                             :
                                                                  :    Case No. 05-44481-rdd
DELPHI CORPORATION, *et al.*,                                     :
                                                                  :    (Jointly Administered)
                                            Debtors               :
-----------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF QEK GLOBAL SOLUTIONS (US), LP'S LIMITED OBJECTION TO ASSUMPTION AND/OR ASSIGNMENT OF UNEXPIRED LEASE TO QUALIFIED BIDDER IN CONNECTION WITH SALE OF CATALYST BUSINESS

QEK Global Solutions (US), LP ("QEK"), by and through its undersigned counsel, hereby withdraws its Limited Objection OF QEK Global Solutions (US), LP To Assumption And/Or Assignment Of Unexpired Lease To Qualified Bidder In Connection With Sale Of Catalyst Business (the "Objection"), and states as follows:

1.  On August 14, 2007, QEK filed its Objection (D.I. 9060).

2.  The Debtors have represented to QEK that they will remove any unexpired leases and/or executory contracts between QEK and the Debtors from the schedule listing agreements that they intend to assume and/or assign in connection with the sale of its catalyst business, and will not seek Bankruptcy Court approval of assumption and/or assignment of any such unexpired leases and/or executory contracts to Umicore pursuant to the sale of its catalyst business.

NS

3. Based on the Debtors representation, QEK hereby withdraws its Objection.

Dated:  August 15, 2007                         /s/ Frank F. Velocci
                                        Frank F. Velocci (FV 2185)
                                        DRINKER BIDDLE & REATH LLP
                                        A Delaware Limited Liability Partnership
                                        140 Broadway, 39th Floor
                                        New York, New York  10005
                                        (212) 248-3140

                                        and-

                                        Of Counsel:
                                        Andrew J. Flame, Esq.
                                        David P. Primack, Esq.
                                        DRINKER BIDDLE & REATH LLP
                                        1100 N. Market Street, Suite 1000
                                        Wilmington, DE 19801
                                        (302) 467-4200