# EXHIBIT C

**EXHIBIT C**

## Summary of Hours Billed by Attorneys and Paraprofessionals
## for the Period February 1, 2007 through May 31, 2007

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 91.90 | $30,464.85 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 309.10 | $102,003.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $330.00 | 245.50 | $81,015.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $330.00 | 3.00 | $990.00 |
| Daniel P. Malone | Shareholder | 1978 | $320.00 | 3.00 | $960.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 16.20 | $4,924.80 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 24.40 | $6,697.80 |
| Michael F. Golab | Shareholder | 1980 | $268.00 | .40 | $107.20 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 98.40 | $25,092.00 |
| David B. Braun | Shareholder | 1993 | $248.00 | 2.40 | $595.20 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 418.40 | $97,905.60 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 26.50 | $6,466.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $244.00 | 1.20 | $292.80 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 21.50 | $5,074.00 |
| Paula Hall | Associate | 2000 | $220.00 | 14.20 | $3,124.00 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 12.10 | $2,662.00 |
| John R. Stevenson | Associate | 2002 | $208.00 | 23.40 | $4,867.20 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 59.30 | $11,860.00 |
| Lori A. Burke | Associate | 2002 | $172.00 | 3.00 | $516.00 |
| Eric M. Mathis | Associate | 2003 | $172.00 | 12.30 | $2,115.60 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 504.90 | $81,541.35 |
| Brent W. Warner | Associate | 2004 | $157.26 | .50 | $78.63 |
| Michael T. Brennan | Associate | 2006 | $140.27 | .60 | $84.16 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 24.00 | $3,168.00 |
| Benjamin Steffans | Associate | 2006 | $131.76 | 1.40 | $184.46 |
| **Paraprofessionals** | | | | | |
| Laura E. Clark | Paralegal | | $119.00 | 106.60 | $12,685.40 |
| Michelle A. Pheban | Paralegal | | $117.00 | 1.00 | $117.00 |
| Alexis Richards | Paralegal | | $108.00 | 34.60 | $3,736.80 |
| Leonor Hendricksen | Paralegal | | $104.00 | 22.50 | $2,340.00 |
| Michelle A. Pheban | Paralegal | | $106.27 | .30 | $31.88 |

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| **Paraprofessionals (Continued)** | | | | | |
| Carole C. McKay | Paralegal | | $100.00 | .30 | $30.00 |
| Denise Gau | Paralegal | | $96.00 | .50 | $48.00 |
| Alexis Richards | Paralegal | | $96.00 | .20 | $19.20 |
| Kimberly Schoening | Paralegal | | $94.50 | 31.50 | $2,976.75 |
| Kimberly Schoening | Paralegal | | $85.00 | 3.50 | $297.50 |
| **Grand Total** | | | | **2,118.60** | **$495,072.18** |

000115900\0015\864993-1