# EXHIBIT D

# EXHIBIT D

## Summary of Hours Billed by Attorneys and Paraprofessionals
## for the Period February 1, 2007 through May 31, 2007

| Matter Description | Hours | Amount |
| --- | --- | --- |
| Business Operations | 647.40 | $200,044.60 |
| Employee Benefits/Pensions/Labor | 157.70 | $36,952.00 |
| Fee/Employment Applications | 4.90 | $1,617.00 |
| Fee/Employment Objections | .20 | $66.00 |
| Litigation | 1,308.40 | $256,392.58 |
| **Total:** | **2118.60** | **$495,072.18** |

000115900\0015\864974-1