# EXHIBIT E

## EXHIBIT E

### Summary of Disbursements
### for the Period February 1, 2007 through May 31, 2007

| Disbursement | Amount |
| --- | --- |
| Telephone Charges | $226.67 |
| Express Delivery Charges | $570.28 |
| Copies | $1,668.50 |
| Color Copies | $354.00 |
| Long Distance Telecopy Charges | $112.50 |
| Local Telecopy Charges | $.20 |
| Digital Reproduction | $1,008.20 |
| Special Postal Charge | $65.71 |
| Delivery – Car Messenger | $67.26 |
| Travel Expenses | $491.67 |
| CD Duplication | $90.00 |
| Blow Backs | $780.42 |
| Meeting Expenses | $23.50 |
| Motion Fee | $270.00 |
| Filing Fees | $235.00 |
| Jury Fee | $235.00 |
| Deposition Transcripts | $383.45 |
| USPTO Surcharge<br>  Vendor: Prism Litigation Technoloty | $337.50 |
| CT Corporation Services | $119.50 |
| Travel – Herbert C. Donovan | $98.94 |
|  |  |
| **Total:** | **$7,138.30** |