# EXHIBIT F
## (Part 1 of 5)

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

March 21, 2007

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category
for the Period February 1, 2007 through February 28, 2007**

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 118.10 | $36,366.80 |
| Employee Benefits/Pensions | 24.00 | 5,691.00 |
| Fee/Employment Applications | .40 | 132.00 |
| Fee/Employment Objections | .20 | 66.00 |
| Litigation | 228.20 | 46,061.45 |
| Totals: | 370.90 | $ 88,317.25 |

## Summary of Disbursements
### for the Period February 1, 2007 through February 28, 2007

| Disbursement | Amount |
|---|---|
| Copies | $28.70 |
| Digital Reproduction | $166.80 |
| Blow Backs | $780.42 |
| Special Postal Charges | $9.69 |
| Jury Fee | $235.00 |
| Telephone Charges | $33.70 |
| Deposition Transcripts | $383.45 |
| CD Duplication | $30.00 |
| Express Delivery | $23.74 |
| USPTO Surcharge<br>Vendor:  Prism Litigation Technology | $300.00 |
| Totals: | $1,991.50 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period February 1, 2007 through February 28, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 20.50 | $6,795.75 |
| Daniel P. Malone | Shareholder | 1978 | $320.00 | 2.70 | $864.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 3.60 | $1,094.40 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 81.40 | $26,862.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 19.00 | $6,270.00 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 67.40 | $15,771.60 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 6.20 | $1,463.20 |
| Paula A. Hall | Associate | 2000 | $220.00 | 3.80 | $836.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 16.20 | $4,131.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 7.80 | $1,560.00 |
| John R. Stevenson | Associate | 2002 | $208.00 | 2.60 | $540.80 |
| Lori A. Burke | Associate | 2002 | $172.00 | .90 | 154.80 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 131.60 | $21,253.40 |

**Paralegals**

| | | | | |
|---|---|---|---|---|
| Leonor Hendricksen | Paralegal | $104.00 | 5.70 | $592.80 |
| Kimberly Schoening | Paralegal | $85.00 | 1.50 | $127.50 |
| Grand Total: | | | 370.90 | $88,317.25 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   EMPLOYMENT SECONDMENT                          000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/06/07 | C_G | Drafted position statement in response to Richardson's Charge of Discrimination. | 06 | 3.30 |
| 02/07/07 | C_G | Finalized Richardson position statement for Jeff Peterson's review; e-mailed Richardson position statement to Jeff Peterson. | 06 | 3.50 |
| 02/07/07 | C_G | Finalized and mailed responses to additional requests for information from the investigator on the Clint Eastwood Jackson Charge. | 06 | .90 |
| 02/08/07 | C_G | Started drafting position statement for Swindell's third charge of discrimination in less than a year. | 06 | .30 |
| 02/13/07 | C_G | Drafted Swindell position statement. | 06 | 2.60 |
| 02/14/07 | C_G | Continued drafting Swindell position statement with new information from Dave Shade. | 06 | 2.10 |
| 02/15/07 | C_G | Call from David Shade; edited position statement for Swindell; e-mailed position statement to Jeff Peterson for his review. | 06 | 1.30 |
| 02/19/07 | C_G | Preparation of exhibits for filing; filed Swindell position statement. | 06 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| | | | | |
|---|---|---|---|---|
| 02/27/07 | C_G | Call from Investigator asking again for additional information on the Clint Eastwood Jackson Charge. | 06 | .40 |
| 02/28/07 | C_G | Attention to response to request for additional information on Clint Eastwood Jackson Charge including call to Dave Biddlecomb. | 06 | 1.30 |

TOTAL BILLABLE HOURS        16.20

TOTAL FEES            4131.00

DISBURSEMENTS:

Copies                                25.60
Special Postal Charges                 8.10
                                     ----------
                                        33.70


TOTAL FEES                  4131.00

TOTAL DISBURSEMENTS           33.70
                             ----------
Matter Total                4164.70
                           ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | MEW | Correspondence regarding Delphi agreement with other Customers. | 03 | .10 |
| 02/08/07 | MEW | Correspondence regarding finalization of settlements. | 03 | .10 |
| 02/09/07 | MEW | Correspondence re: payables issues. | 03 | .40 |
| 02/10/07 | MEW | Review payables reconciliation data. | 03 | .30 |
| 02/21/07 | MEW | Correspondence regarding request to disburse professional fees to BBK, Honigman. | 03 | .30 |
| 02/22/07 | MEW | Review stipulation regarding utility proceeds. | 03 | .20 |

TOTAL BILLABLE HOURS     1.40

TOTAL FEES          462.00

- - - - - - - - - -

TOTAL FEES          462.00

Matter Total          462.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   POST BANKRUPTCY GENERAL                          000115900-0100

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | TBR | Telephone conference with D. Miller regarding Total Travel. | 03 | .20 |
| 02/01/07 | TBR | E-mails with K. Craft regarding Total Travel. | 03 | .40 |
| 02/15/07 | TBR | Review interim fee orders. | 08 | .20 |
| 02/23/07 | TBR | Review Monthly Fee Statement. | 07 | .40 |

|  |  |  |
|--|--|--|
| TOTAL BILLABLE HOURS | 1.20 | |
| TOTAL FEES | | 396.00 |

DISBURSEMENTS:

|  |  |
|--|--|
| Copies | 3.40 |
| | ---------- |
| | 3.40 |

|  |  |
|--|--|
| TOTAL FEES | 396.00 |
| TOTAL DISBURSEMENTS | 3.40 |
| Matter Total | 399.40 |

===============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI PRODUCT & SERVICE SOLUTIONS        000115900-0113


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/23/07 | LB | Review Delphi fuel pump promotion and research spiffs. | 10 | .30 |
| 02/23/07 | LB | Draft e-mail to Mr. Derian discussing spiffs. | 10 | .30 |
| 02/23/07 | LB | Discuss same with Mr. Derian by phone. | 10 | .30 |

TOTAL BILLABLE HOURS        0.90

TOTAL FEES            154.80

- - - - - - - - - -


TOTAL FEES            154.80

Matter Total          154.80
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  CEP PRODUCTS                                  000115900-0119


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/02/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .30 |
| 02/05/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .20 |
| 02/06/07 | TBR | Review BBK e-mail regarding Customer percentages. | 03 | .20 |
| 02/07/07 | TBR | Telephone conference with N. Sahai regarding Hermosillo. | 03 | .30 |
| 02/09/07 | TBR | Review and respond to Bambery e-mail regarding participations. | 03 | .40 |
| 02/09/07 | TBR | Review Visteon e-mail regarding participations. | 03 | .20 |
| 02/12/07 | TBR | Telephone conference with A. Perry, M. Johnson regarding Parker Hannifin. | 03 | .20 |
| 02/12/07 | TBR | Review Johnson e-mail regarding A/P paid to Parker. | 03 | .20 |
| 02/12/07 | TBR | Review customer e-mails regarding CEP Disclosure Statement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/12/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio, Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.50 |
| 02/13/07 | TBR | Telephone conferences with A. Perry, M. Everett regarding claim. | 03 | .60 |
| 02/13/07 | TBR | Review court docket regarding bar date. | 03 | .20 |
| 02/13/07 | TBR | Review Disclosure Statement and Plan. | 03 | 1.00 |
| 02/13/07 | TBR | E-mail to A. Perry regarding Disclosure Statement and Plan. | 03 | .20 |
| 02/13/07 | TBR | Review  A. Perry e-mail regarding claim. | 03 | .20 |
| 02/14/07 | TBR | Conference call with Customers, BBK regarding Plan. | 03 | .50 |
| 02/14/07 | TBR | Telephone conference and e-mail with S. Gordon regarding Parker-Hannifin. | 03 | .50 |
| 02/14/07 | TBR | Telephone conference with A. Perry, M. Johnson regarding claim, A/P. | 03 | .40 |
| 02/14/07 | TBR | Review Perry e-mail regarding claim offer. | 03 | .20 |
| 02/14/07 | TBR | Telephone conference with S. Corcoran regarding claim offer. | 03 | .20 |
| 02/16/07 | TBR | Telephone conference with Delphi Team regarding claim. | 03 | .30 |
| 02/19/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .70 |
| 02/20/07 | TBR | Telephone conference with J. Campana regarding Parker Hannifin. | 03 | .30 |
| 02/20/07 | TBR | E-mails with T. Wearsch regarding Middlefield. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 02/20/07 | TBR | E-mail to J. Fetter, C. Justice regarding Middlefield. | 03 | .20 |
| 02/21/07 | TBR | Telephone conference with A. Perry regarding escrow. | 03 | .30 |
| 02/21/07 | TBR | Telephone conference with M. Hammer regarding escrow. | 03 | .30 |
| 02/22/07 | TBR | Telephone conference with A. Perry regarding escrow. | 03 | .20 |
| 02/22/07 | TBR | Review DIP order regarding escrow. | 03 | .50 |
| 02/23/07 | TBR | Telephone conference with M. Hammer regarding Plan, escrow. | 03 | .30 |
| 02/23/07 | TBR | Telephone conference with M. Pizzorno regarding escrow. | 03 | .30 |
| 02/23/07 | TBR | E-mail to Customer Group regarding escrow. | 03 | .20 |
| 02/23/07 | P H | Attention to proof of claim detail. | 03 | .40 |
| 02/26/07 | MEW | Review supporting data regarding claim. | 03 | 1.50 |
| 02/26/07 | MEW | Conference with Delphi team regarding proof of claim. | 03 | .50 |
| 02/26/07 | MEW | Review DIP loan documents regarding proof of claim. | 03 | 1.00 |
| 02/26/07 | P H | Conference with M. E. Wilkins re: proof of claim preparation. | 03 | .40 |
| 02/26/07 | P H | Attention to proof of claim preparation. | 03 | .40 |
| 02/27/07 | TBR | Review and reply to office e-mail regarding Proof of Claim. | 03 | .20 |
| 02/27/07 | TBR | E-mail to A. Perry regarding Proof of Claim. | 03 | .20 |
| 02/27/07 | TBR | Review S. Seewer e-mail regarding escrow. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

| Date | Initials | Description | | Hours |
|------|----------|-------------|---|------|
| 02/27/07 | MEW | Review supporting information for proof of claim and outline claim components. | 03 | 2.00 |
| 02/27/07 | MEW | Prepare for and participate in Delphi team call to discuss claim. | 03 | .50 |
| 02/27/07 | MEW | Review revised supporting information for claim. | 03 | .50 |
| 02/27/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 2.30 |
| 02/27/07 | P H | Conference with M. E. Wilkins re: claim preparation. | 03 | .20 |
| 02/28/07 | MEW | Review supporting data for proof of claim. | 03 | 1.50 |
| 02/28/07 | MEW | Draft Proof of Claim and addendum and forward to claims processor for filing. | 03 | 2.50 |

TOTAL BILLABLE HOURS      26.00

TOTAL FEES          7296.00

DISBURSEMENTS:

Copies                                    43.60
                                     ----------
                                         43.60


TOTAL FEES              7296.00

TOTAL DISBURSEMENTS          43.60
                        _____

Matter Total            7339.60
                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.                    000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/08/07 | TBR | Review Dunn e-mails regarding status with Supplier. | 03 | .20 |
| 02/08/07 | TBR | Telephone conference with T. Dunn regarding status with Supplier. | 03 | .20 |

TOTAL BILLABLE HOURS        0.40

TOTAL FEES              132.00

- - - - - - - - - -


TOTAL FEES              132.00

Matter Total           132.00
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INNOVATIVE GROUP GLOBAL, INC.          000115900-0122


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/26/07 | MEW | Review order extending deadline to file Plan. | 03 | .20 |

                    TOTAL BILLABLE HOURS          0.20

                         TOTAL FEES                    66.00

                                              - - - - - - - - - -


                    TOTAL FEES              66.00

                         Matter Total              66.00
                                         ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  I & W INDUSTRIES, INC.                    000115900-0124

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | TBR | Review and respond to Lindahl e-mail regarding ancillary equipment. | 03 | .30 |
| 02/02/07 | TBR | Review Lindahl e-mail regarding ancillary equipment sale. | 03 | .20 |
| 02/02/07 | TBR | E-mails with R. Schneider regarding ancillary equipment sale. | 03 | .40 |
| 02/07/07 | TBR | Telephone conference with A. Perry regarding severance. | 03 | .20 |
| 02/12/07 | TBR | Review Rose e-mail regarding severance. | 03 | .20 |
| 02/12/07 | TBR | Review file regarding extensions. | 03 | .40 |
| 02/12/07 | TBR | E-mail to S. Grow regarding extensions. | 03 | .20 |
| 02/13/07 | TBR | E-mail to D. Rose regarding Escrow Agreement. | 03 | .20 |
| 02/26/07 | TBR | Review S. Grow e-mail regarding Agreements. | 03 | .20 |

TOTAL BILLABLE HOURS        2.30

TOTAL FEES          759.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


DISBURSEMENTS:

          Copies                                      2.00
          Telephone Charges                          33.70
                                                  ----------
                                                      35.70


                    TOTAL FEES                       759.00

                    TOTAL DISBURSEMENTS               35.70
                                                  _____

                    Matter Total                     794.70
                                                  =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.              000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | TBR | Telephone conferences and e-mails with Delphi Team regarding Agreements. | 03 | 1.50 |
| 02/01/07 | TBR | Review draft Agreement and revise same. | 03 | .50 |
| 02/01/07 | TBR | E-mails with Banks, Customers, Bing regarding Agreements. | 03 | .50 |
| 02/01/07 | TBR | Telephone conferences with J. Fischer, M. Bakst regarding Agreements. | 03 | .50 |
| 02/02/07 | TBR | Telephone conferences with M. Everett, S. Rausch regarding tooling release. | 03 | .80 |
| 02/02/07 | TBR | Telephone conferences and e-mails with J. Fischer regarding tooling release. | 03 | 1.00 |
| 02/13/07 | TBR | Telephone conference with M. Everett, A. Perry regarding extension. | 03 | .20 |
| 02/19/07 | TBR | E-mail to M. Everett, A. Perry regarding term sheet. | 03 | .20 |
| 02/19/07 | TBR | Review Bing term sheet. | 03 | .20 |
| 02/20/07 | TBR | Telephone conference with M. Everett, A. Perry regarding Bing. | 03 | .30 |
| 02/20/07 | TBR | Review Bing product list. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

| Date | Initials | Description | | |
|------|----------|-------------|------|------|
| 02/23/07 | TBR | Draft response to term sheet. | 03 | .50 |
| 02/23/07 | TBR | E-mails with Delphi Team regarding response. | 03 | .40 |
| 02/23/07 | TBR | Telephone conference with J. Fischer regarding term sheet. | 03 | .30 |
| 02/23/07 | TBR | E-mail to M. Everett regarding Fischer call. | 03 | .20 |
| 02/23/07 | TBR | E-mail to Customers, Banks, Bing regarding Delphi response. | 03 | .20 |
| 02/23/07 | MEW | Correspondence regarding production issues. | 03 | .50 |
| 02/28/07 | TBR | Review Weisberg e-mail regarding extension. | 03 | .20 |
| 02/28/07 | TBR | E-mail to Delphi Team regarding Weisberg e-mail. | 03 | .20 |

                    TOTAL BILLABLE HOURS        8.40

                         TOTAL FEES                    2772.00

DISBURSEMENTS:

        Copies                              1.30
                                        ----------
                                            1.30

                    TOTAL FEES                    2772.00

                    TOTAL DISBURSEMENTS            1.30
                                        _____
                    Matter Total                2773.30
                                        =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TENATRONICS LTD.                     000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | TBR | E-mail to C. Reider regarding Inventory Purchase Agreement. | 03 | .20 |
| 02/05/07 | TBR | Review Receiver Agreements, revised Inventory Purchase Agreement. | 03 | 1.30 |
| 02/05/07 | TBR | E-mail to C. Reider regarding Inventory Agreement. | 03 | .20 |
| 02/06/07 | TBR | Review Reider e-mail regarding Inventory Purchase Agreement. | 03 | .20 |
| 02/06/07 | TBR | Review Receiver documents. | 03 | 1.00 |
| 02/07/07 | TBR | Telephone conferences with L. Ellis regarding Inventory Purchase Agreement. | 03 | 1.00 |
| 02/07/07 | TBR | Review and analyze Amphenol warranties. | 03 | 1.00 |
| 02/07/07 | TBR | E-mail to C. Reider regarding Amphenol warranty. | 03 | .50 |
| 02/07/07 | TBR | Review and respond to Goy e-mail regarding professional fees. | 03 | .40 |
| 02/12/07 | TBR | Telephone conference with D. Rose regarding inventory. | 03 | .20 |
| 02/14/07 | TBR | E-mail and telephone conference with M. Everett regarding inventory. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

| Date | | Description | | |
|---|---|---|---|---|
| 02/14/07 | TBR | Telephone conference with D. Rose regarding tools, inventory. | 03 | .30 |
| 02/16/07 | TBR | E-mail to M. Everett regarding inventory. | 03 | .20 |
| 02/19/07 | TBR | Review Reider e-mail regarding inventory. | 03 | .20 |
| 02/20/07 | TBR | Telephone conferences with A. Perry, M. Everett regarding inventory. | 03 | .60 |
| 02/20/07 | TBR | Telephone conference with D. Rose regarding inventory. | 03 | .30 |
| 02/20/07 | TBR | Revise Inventory Purchase Agreement. | 03 | .50 |
| 02/20/07 | TBR | E-mail to Delphi Team regarding inventory. | 03 | .20 |
| 02/21/07 | TBR | Telephone conference with R. Estrada regarding inventory. | 03 | .20 |
| 02/21/07 | TBR | Telephone conference with A. Perry regarding inventory, tooling. | 03 | .20 |
| 02/23/07 | TBR | Telephone conference with D. Rose regarding inventory, tooling. | 03 | .40 |
| 02/23/07 | TBR | Telephone conferences with B. Chapman regarding Adronics. | 03 | .50 |
| 02/23/07 | TBR | Review License Agreements. | 03 | .50 |

TOTAL BILLABLE HOURS     10.60

TOTAL FEES          3498.00

DISBURSEMENTS:

Copies                                          10.90
                                        ----------
                                             10.90

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                       March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


                    TOTAL FEES                  3498.00

                    TOTAL DISBURSEMENTS           10.90
                                              _____

                    Matter Total               3508.90
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  QC ONICS                                    000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | MEW | Prepare for and participate in Customer call. | 03 | .70 |
| 02/01/07 | MEW | Correspondence regarding Hilco sale agreement. | 03 | .30 |
| 02/01/07 | MEW | Review language for Hilco agreement reflecting that sale is dependent upon stay relief. | 03 | .20 |
| 02/02/07 | P H | Attention to Hilco agreement. | 03 | .70 |
| 02/05/07 | P H | Conference call with Customer Group. | 03 | .80 |
| 02/08/07 | MEW | Conference with D. Wollschlager regarding claim of post-petition vendor and possible objection to stay relief motion. | 03 | .30 |
| 02/08/07 | MEW | Status email from BBK. | 03 | .20 |
| 02/09/07 | MEW | Correspondence re: disposition of collateral. | 03 | .10 |
| 02/11/07 | MEW | Correspondence re: money at National City; status of say motion approval. | 03 | .20 |
| 02/12/07 | MEW | Prepare for and participate in status call. | 03 | .50 |
| 02/12/07 | MEW | Review issue re: additional funds held by National City. | 03 | .40 |
| 02/12/07 | MEW | Review UCC search. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 02/13/07 | MEW | Review status of stay relief motion. | 03 | .20 |
| 02/13/07 | MEW | Conference with Delphi regarding machinery auction. | 03 | .20 |
| 02/13/07 | MEW | Conference with D. Wollschlager regarding matter status. | 03 | .20 |
| 02/13/07 | MEW | Review draft Hilco advertisement and postcard and discuss with D. Wollschlager. | 03 | .30 |
| 02/13/07 | MEW | Correspondence regarding case status from BBK. | 03 | .20 |
| 02/13/07 | MEW | Correspondence regarding Hilco advertising and sale. | 03 | .10 |
| 02/13/07 | MEW | Correspondence regarding Hilco auction. | 03 | .10 |
| 02/13/07 | MEW | Correspondence regarding relief from stay order status. | 03 | .10 |
| 02/14/07 | MEW | Review status of stay relief motion and order. | 03 | .20 |
| 02/16/07 | MEW | Review stay relief order. | 03 | .20 |
| 02/19/07 | MEW | Prepare for and participate in Customer call and review open issues. | 03 | 1.20 |
| 02/20/07 | P H | Correspondence to and from D. Wollschlager and A. Alley re: trust agreements. | 03 | .70 |
| 02/21/07 | MEW | Review Asset Marketing Agreement, as executed. | 03 | .30 |
| 02/26/07 | MEW | Review sale issues. | 03 | .20 |
| 02/28/07 | MEW | Review draft Bailment Agreement. | 03 | .30 |
| 02/28/07 | JRS | Research and draft bailment agreement between Delphi and Access | 03 | 2.60 |

TOTAL BILLABLE HOURS        11.70

TOTAL FEES              3301.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


DISBURSEMENTS:

        Copies                                        7.50
                                              ----------
                                                      7.50


                    TOTAL FEES                      3301.80

                    TOTAL DISBURSEMENTS                7.50
                                              _____

                    Matter Total                   3309.30
                                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   GENERAL MOTORS ARBITRATION                    000115900-0129

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | EMK | Work on letter to GM regarding document production. | 10 | .60 |
| 02/01/07 | HCD | Work on letter to GM re supplemental document production. | 10 | 1.60 |
| 02/01/07 | M_L | Continue review of GM documents including correspondence and Benteler purchase orders. | 10 | 3.30 |
| 02/02/07 | HCD | Work on letter to GM counsel re supplemental request for documents. | 10 | 1.50 |
| 02/02/07 | HCD | Conferences with client re supplemental request for documents. | 10 | .40 |
| 02/02/07 | M_L | Began review of privilege log to determine documents subject to protection. | 10 | 2.80 |
| 02/05/07 | EMK | Telephone call from J. Papelian and W. Cosnowski regarding presentation. | 10 | .70 |
| 02/05/07 | EMK | Work on presentation. | 10 | .50 |
| 02/05/07 | EMK | Telephone call from W. Cosnowski regarding schedule. | 10 | .10 |
| 02/05/07 | HCD | Review damages disclosure. | 10 | .40 |
| 02/05/07 | HCD | Review and revise proofs outline. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 02/05/07 | HCD | Assess burden of proof in expert issues as it pertains to bending moment. | 10 | .60 |
| 02/05/07 | HCD | Continue review of privilege materials. | 10 | .50 |
| 02/05/07 | HCD | Review of disclosures and consider which fact witnesses to depose. | 10 | 1.20 |
| 02/05/07 | HCD | Review GM production re tests, and root cause. | 10 | 1.80 |
| 02/05/07 | M_L | Review of documents in privilege log to supplement production. | 10 | 8.80 |
| 02/06/07 | EMK | Review file documents and work on theme and issue summary in preparation for meeting on 2/7. | 10 | 4.00 |
| 02/06/07 | EMK | E-mail to J. Papelian and W. Cosnowski. | 10 | .20 |
| 02/06/07 | HCD | Assess expert issues. | 10 | .40 |
| 02/06/07 | HCD | Work on defense themes and presentation to Senior Delphi management. | 10 | 3.80 |
| 02/06/07 | HCD | Review privilege documents re supplement production. | 10 | 1.10 |
| 02/06/07 | M_L | Review of documents in privilege log to supplement production, reviewing for attorney involvement and documents outside ordinary course of business. | 10 | 9.50 |
| 02/06/07 | K_S | Review correspondence and create chronology of same. | 10 | 1.50 |
| 02/07/07 | EMK | Preparation for client and meeting at Delphi with W. Cosnowski and J. Papelian regarding status of proofs and preparation for management presentation. | 10 | 5.20 |
| 02/07/07 | HCD | Prepare for and attend meeting with W. Cosnowski, Papelian and Krausch re case themes, strategy and discovery and deposition plan. | 10 | 5.70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

| 02/07/07 | HCD | Work on memo re follow up issues. | 10 | .60 |
| 02/07/07 | M_L | Review of documents in privilege log to supplement production, reviewing for work product and privileged materials. | 10 | 10.80 |
| 02/08/07 | HCD | Review validation materials in preparation for meeting with F. Manley. | 10 | .70 |
| 02/08/07 | HCD | Review discovery responses and other materials to assist in selecting the fact witnesses Delphi will depose. | 10 | .50 |
| 02/08/07 | HCD | Assess follow up options re GM failure to supplement. | 10 | .40 |
| 02/08/07 | HCD | Assist in review of privilege documents to determine whether to supplemental production. | 10 | .60 |
| 02/08/07 | M_L | Review of documents in privilege log to supplement production. | 10 | 10.20 |
| 02/09/07 | HCD | Prepare for and participate in meeting with Manley and Cosnowski re to do list and validation issues. | 10 | 3.80 |
| 02/09/07 | HCD | Review additional documents pertinent to validation issues. | 10 | .60 |
| 02/09/07 | HCD | Work on updated memo re next steps and arbitration preparation and forward to client. | 10 | .70 |
| 02/09/07 | HCD | Work on deposition outline. | 10 | .60 |
| 02/09/07 | M_L | Complete review of documents in privilege log. | 10 | 3.80 |
| 02/09/07 | M_L | Review of D. Krausch deposition. | 10 | 2.80 |
| 02/11/07 | M_L | Continue review of documents listed on privilege log in light of Krausch testimony. | 10 | 3.50 |
| 02/12/07 | M_L | Revise memo to highlight documents for production and open questions. | 10 | .80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 02/12/07 | M_L | Review GM documents produced to gather all reports submitted to California Air Resources Board. | 10 | 2.70 |
| 02/12/07 | M_L | Review of Michigan law to determine whether failure to test end-product can be asserted by component manufacturer in defense of breach of warranty claims. | 10 | 2.80 |
| 02/13/07 | HCD | Complete review of privilege documents. | 10 | 2.60 |
| 02/13/07 | HCD | Review Shainin and root cause powerpoints. | 10 | 1.80 |
| 02/13/07 | HCD | Conference with client re privilege issues. | 10 | .30 |
| 02/13/07 | HCD | Review response to document demand. | 10 | .30 |
| 02/13/07 | M_L | Revise memo on supplemental production. | 10 | 2.40 |
| 02/13/07 | M_L | Continue research of Michigan and other jurisdictions on failure to test by seller/manufacturer asserting breach of warranty claims. | 10 | 4.50 |
| 02/13/07 | M_L | Complete review of GM reporting/summary documents to obtain all versions of reports submitted to CARB. | 10 | 2.50 |
| 02/14/07 | HCD | Review "new" Shanin root cause analysis. | 10 | .40 |
| 02/14/07 | HCD | Assess use of Shanin materials and tests as expert reports. | 10 | .30 |
| 02/14/07 | HCD | Review letter re GM supplemental production and assess follow up. | 10 | .30 |
| 02/14/07 | HCD | Review GM reply re motion to compel and assess next steps. | 10 | .30 |
| 02/14/07 | M_L | Review of correspondence from GM counsel. | 10 | .10 |
| 02/14/07 | M_L | Review of GM's reply in support of motion to compel, authorities cited. | 10 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 02/14/07 | M_L | Review of Michigan and other jurisdictions law for authority that in camera review of documents claimed to be work product is inappropriate where reviewing judge or arbiter is trier of fact. | 10 | 3.70 |
| 02/14/07 | M_L | Review of federal and state case law for authority that failure to test by seller/manufacturer of end-product is tantamount to assumption of the risk that product fails or is defective. | 10 | 2.80 |
| 02/15/07 | EMK | Work on privilege issues. | 10 | .10 |
| 02/15/07 | HCD | Contact expert re damages issues. | 10 | .20 |
| 02/15/07 | HCD | Further review of GM response. | 10 | .60 |
| 02/15/07 | HCD | Follow up on to do list items. | 10 | .50 |
| 02/15/07 | HCD | Work on supplemental production of privileged materials. | 10 | 1.10 |
| 02/15/07 | HCD | Work on deposition scheduling, sequence and outlines. | 10 | 1.70 |
| 02/16/07 | EMK | Work on privilege document review in connection with supplemental document production. | 10 | 2.00 |
| 02/16/07 | HCD | Follow up re "failure to test" research. | 10 | .20 |
| 02/16/07 | HCD | Update to do list. | 10 | .20 |
| 02/16/07 | HCD | Prepare for client interviews. | 10 | .80 |
| 02/16/07 | M_L | Review arbitration opinions and advisory opinions on in camera review by trier of fact. | 10 | 3.50 |
| 02/19/07 | EMK | E-mail from E. Dwyer regarding motion to compel. | 10 | .10 |
| 02/19/07 | EMK | Work on strategy for motion to compel hearing. | 10 | .20 |
| 02/19/07 | HCD | Review GM document production. | 10 | .80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| | | | | |
|---|---|---|---|---|
| 02/19/07 | HCD | Work on draft of "expert" slides based on the Shanin materials and Warranty Team data. | 10 | 1.20 |
| 02/19/07 | M_L | Draft surreply to GM's motion to compel. | 10 | 3.60 |
| 02/19/07 | M_L | Begin talking points summary for argument on motion to compel. | 10 | 1.20 |
| 02/20/07 | HCD | Work on sur-reply to motion to compel. | 10 | .40 |
| 02/20/07 | HCD | Conference with client re expert issues. | 10 | .20 |
| 02/20/07 | HCD | Review corporate designee notice. | 10 | .30 |
| 02/20/07 | M_L | Review of GM supplemental production. | 10 | 3.80 |
| 02/20/07 | M_L | Review of moving papers on motion to compel to continue talking points summary. | 10 | 1.50 |
| 02/21/07 | HCD | Work on draft of Oldeck expert report support slides. | 10 | .70 |
| 02/21/07 | HCD | Prepare for client presentation. | 10 | .60 |
| 02/21/07 | HCD | Review GM letter re supplement production and assess follow up and response. | 10 | .50 |
| 02/21/07 | HCD | Arrange hearing on motion to compel. | 10 | .30 |
| 02/21/07 | HCD | Prepare for hearing on motion to compel. | 10 | .80 |
| 02/21/07 | HCD | Review GM supplemental production. | 10 | 1.00 |
| 02/21/07 | M_L | Continue review of GM supplemental production. | 10 | 6.80 |
| 02/22/07 | M_L | Complete talking points summary. | 10 | .70 |
| 02/22/07 | M_L | Continue review of GM supplemental production. | 10 | 7.00 |
| 02/23/07 | EMK | Letter from E. Dwyer regarding deposition of Delphi. | 10 | .20 |
| 02/23/07 | HCD | Work on Oldeck report slides. | 10 | 1.90 |
| 02/23/07 | HCD | Work on presentation to clients. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

| Date | Init. | Description | | |
|------|-------|-------------|---|---|
| 02/23/07 | HCD | Follow up re discovery and document review issues. | 10 | .80 |
| 02/23/07 | M_L | Continue review of GM supplemental production of documents. | 10 | 4.10 |
| 02/24/07 | M_L | Continue review of GM supplemental production, search for correspondence with California Air Resources Board. | 10 | 4.60 |
| 02/25/07 | EMK | Work on management presentation. | 10 | .20 |
| 02/25/07 | HCD | Work on draft expert report outline. | 10 | .90 |
| 02/25/07 | HCD | Prepare for conference with W. Oldeck. | 10 | .70 |
| 02/25/07 | HCD | Review supplemental document production | 10 | .60 |
| 02/25/07 | HCD | Update to do list. | 10 | .40 |
| 02/25/07 | HCD | Prepare for presentation to executives. | 10 | .30 |
| 02/26/07 | EMK | Prepare for hearing on motion to compel. | 10 | .20 |
| 02/26/07 | EMK | Participate in phone hearing. | 10 | 1.10 |
| 02/26/07 | EMK | Report to W. Cosnowski. | 10 | .10 |
| 02/26/07 | EMK | Work on argument for brief regarding in camera review. | 10 | .20 |
| 02/26/07 | HCD | Prepare for and participate in hearing on motion to compel. | 10 | 2.30 |
| 02/26/07 | HCD | Conference with client re hearing on motion to compel. | 10 | .30 |
| 02/26/07 | HCD | Work on follow up, including outline of supplemental brief issues. | 10 | 1.10 |
| 02/26/07 | HCD | Work on draft expert report. | 10 | .90 |
| 02/26/07 | HCD | Conference with W. Oldeck re expert report. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| | | | | |
|---|---|---|---|---|
| 02/26/07 | M_L | Continue review of supplemental GM documents, correspondence, testing documents. | 10 | 3.00 |
| 02/26/07 | M_L | Begin draft brief in support of position on in camera review by third-party. | 10 | 4.20 |
| 02/27/07 | EMK | Letter from L. Abramczyk. | 10 | .10 |
| 02/27/07 | EMK | E-mail to J. Papelian and W. Cosnowski. | 10 | .10 |
| 02/27/07 | EMK | Prepare for management presentation. | 10 | .60 |
| 02/27/07 | HCD | Prepare for client presentation. | 10 | 1.40 |
| 02/27/07 | HCD | Prepare for Flint interviews of fact witnesses. | 10 | 1.50 |
| 02/27/07 | HCD | Review and revise draft expert report. | 10 | .30 |
| 02/27/07 | HCD | Follow up re validation proofs. | 10 | .30 |
| 02/27/07 | M_L | Review arbitration agreement and AAA rules regarding mediation/settlement. | 10 | 1.10 |
| 02/27/07 | M_L | Review Michigan law and other jurisdictions for law regarding policy favoring exclusion of settlement offers from evidence. | 10 | 1.30 |
| 02/27/07 | M_L | Continue brief on document inspection issue. | 10 | 2.10 |
| 02/27/07 | M_L | Review of privilege log and document types cited by GM in hearing as inconsistently produced and withheld. | 10 | 1.50 |
| 02/28/07 | EMK | Participate in conference call with F. Manly, W. Olbeck, W. Cosnowski and B. Donovan regarding expert report. | 10 | 2.10 |
| 02/28/07 | EMK | Telephone call to E. Dwyer. | 10 | .80 |
| 02/28/07 | EMK | Telephone call to E. Dwyer regarding GM privileged documents inadvertently produced. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

| Date | Initials | Description | | |
|------|----------|-------------|---|---|
| 02/28/07 | EMK | Telephone call from W. Cosnowski regarding E. Dwyer conference and plan for management meeting. | 10 | .30 |
| 02/28/07 | EMK | E-mail to L. Abramczyk regarding schedule. | 10 | .10 |
| 02/28/07 | EMK | Work on management presentation. | 10 | .30 |
| 02/28/07 | EMK | E-mail from S. Haven regarding GM's inadvertently produced privileged documents. | 10 | .10 |
| 02/28/07 | EMK | E-mail from E. Dwyer regarding revised schedule. | 10 | .10 |
| 02/28/07 | HCD | Prepare for fact witness interviews in Flint. | 10 | 3.80 |
| 02/28/07 | HCD | Prepare for client presentation re defenses. | 10 | .40 |
| 02/28/07 | HCD | Prepare for and participate in conference with clients re draft expert report. | 10 | 2.50 |
| 02/28/07 | M_L | Review of secondary sources for authority on insulating trier of fact from unduly prejudicial evidence. | 10 | 2.00 |

TOTAL BILLABLE HOURS      221.00

TOTAL FEES                43948.25

DISBURSEMENTS:

| | |
|---|---|
| Copies | 61.60 |
| Special Postal Charges | 1.59 |
| Express Delivery Charges | 23.74 |
| Deposition & Transcripts | 383.45 |
| USPTO Surcharge | 300.00 |
| Digital Services | 810.42 |
| | ---------- |
| | 1580.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

| | |
|---|---|
| TOTAL FEES | 43948.25 |
| TOTAL DISBURSEMENTS | 1580.80 |
| Matter Total | 45529.05 |

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   INTERIOR GROUP SALE                    000115900-0130

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/06/07 | SJ | Call with Dan Bicknell and Margaret Fukuda regarding Renco revisions to term sheet. | 03 | .30 |
| 02/08/07 | SJ | Review and respond to Renco issues from Margaret Fukuda and Al VanDenBergh. | 03 | .70 |
| 02/08/07 | SJ | Call with Margaret Fukuda and Al VanDenBergh regarding Renco term sheet issues. | 03 | .30 |
| 02/08/07 | SJ | Review draft MSA terms and disclosure requirement. | 03 | .40 |
| 02/08/07 | SJ | Call with Paula Bond regarding MSA environmental disclosures. | 03 | .20 |
| 02/11/07 | SJ | Review draft disclosure from Paula Bond. | 03 | .30 |
| 02/15/07 | SJ | Conference call with Margaret Fukuda and Don Bicknell regarding finalization of MSA and Columbus lease. | 03 | .20 |
| 02/15/07 | SJ | Review final Closures Term Sheet | 03 | .60 |
| 02/16/07 | SJ | Conference call with Mark Hester and Dan Bicknell regarding status of transaction. | 03 | .40 |
| 02/21/07 | SJ | Participate in legal team update conference call. | 03 | .80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| Date | | Description | | |
|------|----|-------------|----|------|
| 02/21/07 | SJ | Review and comment on draft MSA to Margaret Fukuda. | 03 | 1.10 |
| 02/22/07 | SJ | Review and respond to comments on MSA from Dan Bicknell. | 03 | .30 |
| 02/23/07 | SJ | Review and respond to Karen Check regarding indemnification language in MSA. | 03 | .30 |
| 02/26/07 | SJ | Review and comment on draft disclosures to draft MSA. | 03 | .30 |

TOTAL BILLABLE HOURS        6.20

TOTAL FEES                         1463.20

- - - - - - - - - -

TOTAL FEES                         1463.20

Matter Total                       1463.20
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  THE AMERICAN TEAM, INC.                     000115900-0132

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/05/07 | TBR | Telephone conference with A. Silver regarding GM accommodations. | 03 | .40 |
| 02/08/07 | TBR | Review revised draft of Amendment to Accommodation Agreement. | 03 | .20 |
| 02/08/07 | TBR | E-mail to A. Bowman regarding Amendment. | 03 | .20 |
| 02/14/07 | TBR | Review revised Agreements. | 03 | .40 |
| 02/14/07 | TBR | E-mail to A. Bowman regarding revised Agreements. | 03 | .20 |

TOTAL BILLABLE HOURS        1.40

TOTAL FEES              462.00

- - - - - - - - - -

TOTAL FEES              462.00

Matter Total            462.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2584883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   TAWAS INDUSTRIES                                    000115900-0137

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/08/07 | P H | Correspondence to K. Kable re: release from Tawas. | 03 | .20 |

TOTAL BILLABLE HOURS          0.20

TOTAL FEES                                   44.00

- - - - - - - - - -

TOTAL FEES                                   44.00

Matter Total                                 44.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ACCESS ELECTRONICS, INC.              000115900-0139


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/02/07 | TBR | Conference call with Delphi Team regarding funding. | 03 | .50 |
| 02/05/07 | TBR | Prepared Term Sheet for Bank participation. | 03 | 1.00 |
| 02/05/07 | TBR | Telephone conferences with M. Everett, A. Perry regarding term sheet. | 03 | .70 |
| 02/06/07 | TBR | Draft Accommodation, Access Agreements. | 03 | 2.00 |
| 02/06/07 | TBR | Telephone conferences and e-mails with M. Everett, A. Perry regarding Agreements. | 03 | 1.00 |
| 02/06/07 | TBR | Review UCC search. | 03 | .50 |
| 02/06/07 | TBR | Conference call with Delphi, Bank regarding participation. | 03 | .30 |
| 02/06/07 | L H | Office conference with Thomas Radom re UCC Search. | 03 | .20 |
| 02/06/07 | L H | Obtained and reviewed UCC-11 search on "Access "Electronics, Inc." from the Illinois Secretary of State. | 03 | .50 |
| 02/07/07 | TBR | Revised Agreements. | 03 | 1.50 |
| 02/07/07 | TBR | Telephone conferences with M. Everett, A. Perry regarding Agreements. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

| Date | | Description | | |
|------|-----|-------------|----|------|
| 02/07/07 | TBR | E-mail to Access, Bank regarding Agreements. | 03 | .20 |
| 02/07/07 | TBR | Review Bank e-mail regarding Royal American Bank. | 03 | .20 |
| 02/08/07 | TBR | Conference calls with Supplier, Bank and Delphi Team regarding Agreements, funding. | 03 | 3.00 |
| 02/08/07 | TBR | Telephone conferences with Delphi Team regarding Agreement, funding. | 03 | .80 |
| 02/08/07 | TBR | Telephone conference with Bank counsel regarding Agreements. | 03 | .40 |
| 02/09/07 | TBR | Revise term sheet. | 03 | 2.00 |
| 02/09/07 | TBR | Conference calls with Bank, Access, Delphi Team regarding term sheet, funding. | 03 | 1.20 |
| 02/09/07 | TBR | Telephone conferences with Delphi Team regarding term sheet, funding. | 03 | 1.00 |
| 02/09/07 | TBR | E-mails to parties regarding term sheet. | 03 | .40 |
| 02/09/07 | TBR | Telephone conferences with Bank counsel regarding Agreements, term sheet. | 03 | .70 |
| 02/12/07 | TBR | Telephone conference with A. Perry regarding term sheet. | 03 | .20 |
| 02/12/07 | TBR | Telephone conference with M. Everett regarding status of Agreements. | 03 | .20 |
| 02/12/07 | TBR | Review and reply to Hanusa e-mails regarding Agreements. | 03 | .40 |
| 02/12/07 | TBR | Revise term sheet. | 03 | .20 |
| 02/12/07 | TBR | E-mails to Bank, Access, Delphi Team regarding revised term sheet. | 03 | .30 |
| 02/13/07 | TBR | E-mail and telephone conference with J. Hanusa regarding status of Agreements. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

| | | | | |
|---|---|---|---|---|
| 02/13/07 | TBR | Telephone conferences and e-mails with M. Everett, A. Perry regarding Agreements. | 03 | .60 |
| 02/13/07 | TBR | Review revisions to Agreements. | 03 | .60 |
| 02/14/07 | TBR | Conference call and e-mails with Delphi Team regarding Accommodation, Access Agreements. | 03 | 1.50 |
| 02/14/07 | TBR | Telephone conference with J. Hanusa regarding Agreements. | 03 | .20 |
| 02/14/07 | TBR | Revise Accommodation, Access Agreements. | 03 | 2.00 |
| 02/15/07 | TBR | Review draft Forbearance Agreement. | 03 | 1.00 |
| 02/15/07 | TBR | Telephone conference with A. Perry regarding Accommodation, Access, Participation Agreements. | 03 | .50 |
| 02/15/07 | TBR | E-mail to J. Hanusa, D. Alman regarding Agreements. | 03 | .20 |
| 02/16/07 | TBR | Telephone conferences with A. Perry regarding Bank Agreements. | 03 | 1.40 |
| 02/16/07 | TBR | Review and revise Bank agreements. | 03 | 2.00 |
| 02/16/07 | TBR | Telephone conference and e-mails with D. Alman regarding Accommodation, Access Agreements. | 03 | .80 |
| 02/16/07 | TBR | E-mail to Delphi Team regarding Agreements. | 03 | .20 |
| 02/16/07 | TBR | E-mail to parties regarding funding. | 03 | .20 |
| 02/19/07 | TBR | Review Bank changes to Agreements. | 03 | 1.00 |
| 02/20/07 | TBR | Telephone conference with D. Alman regarding agreements. | 03 | 1.00 |
| 02/20/07 | TBR | Telephone conference with J. Hanusa regarding agreements. | 03 | .30 |
| 02/20/07 | TBR | E-mails with Alman, Hanusa, regarding agreements. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

| Date | | Description | | |
|------|-----|-------------|----|------|
| 02/20/07 | TBR | Revise agreements. | 03 | .70 |
| 02/20/07 | TBR | E-mails to Delphi Team regarding agreements. | 03 | .40 |
| 02/21/07 | TBR | Review Alman e-mail regarding Access Agreement. | 03 | .20 |
| 02/21/07 | TBR | Revise Agreements. | 03 | .40 |
| 02/21/07 | TBR | E-mail to parties regarding Agreements. | 03 | .20 |
| 02/22/07 | TBR | Telephone conferences and e-mail with J. Hanusa regarding Agreements. | 03 | 1.00 |
| 02/22/07 | TBR | Review and revise Agreements. | 03 | .50 |
| 02/22/07 | TBR | Telephone conferences and e-mail with A. Perry regarding Agreements. | 03 | .70 |
| 02/22/07 | TBR | E-mails to parties regarding signed agreements. | 03 | .40 |
| 02/22/07 | TBR | Telephone conferences with A. Perry, M. Olson regarding Access Agreement. | 03 | .50 |
| 02/22/07 | TBR | Review landlord waiver. | 03 | .20 |

TOTAL BILLABLE HOURS        39.60

TOTAL FEES                          12909.80

DISBURSEMENTS:

        Copies

                                        36.20
                                     ----------
                                        36.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

| | |
|---|---:|
| TOTAL FEES | 12909.80 |
| TOTAL DISBURSEMENTS | 36.20 |
| Matter Total | 12946.00 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854
```

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   SECONDMENT OVER 8 HOURS                    000115900-0140

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/08/07 | C_G | Started drafting position statement for Swindell's third charge of discrimination in less than a year. | 06 | 5.50 |
| 02/09/07 | C_G | Filed Richardson position statement. | 06 | .10 |
| 02/09/07 | C_G | Follow up call to Dave Shade regarding additional documentation for Swindell position statement; continued drafting Swindell position statement. | 06 | 2.20 |

```
              TOTAL BILLABLE HOURS        7.80

                    TOTAL FEES                  1560.00

                                          - - - - - - - - - -


                    TOTAL FEES                  1560.00

                       Matter Total            1560.00
                                          ==============
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PARKVIEW METAL PRODUCTS, LLC          000115900-0141

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/01/07 | TBR | Review Chapman e-mail regarding Exit Agreement. | 03 | .20 |
| 02/02/07 | TBR | Review Chapman e-mail regarding Plant issues. | 03 | .20 |
| 02/05/07 | TBR | Telephone conference with B. Chapman regarding Exit Agreement. | 03 | .40 |
| 02/06/07 | TBR | Revise Exit Agreement. | 03 | .80 |
| 02/06/07 | TBR | Telephone conference and e-mail with B. Chapman regarding Exit Agreement. | 03 | .50 |
| 02/06/07 | TBR | E-mail to K. Richman regarding Exit Agreement. | 03 | .20 |
| 02/07/07 | TBR | Telephone conferences with B. Chapman regarding Exit Agreement. | 03 | .70 |
| 02/07/07 | TBR | Telephone conference with K. Richman regarding Exit Agreement. | 03 | .20 |
| 02/07/07 | TBR | Review and reply to Richman e-mail regarding Exit Agreement. | 03 | .40 |
| 02/07/07 | TBR | Review Nels L. e-mail regarding inventory. | 03 | .20 |
| 02/07/07 | TBR | Review Chapman e-mail regarding inventory. | 03 | .20 |
| 02/08/07 | TBR | Review Chapman e-mail regarding Exit Agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

| Date | | Description | | |
|---|---|---|---|---|
| 02/12/07 | TBR | Telephone conference and e-mail to B. Chapman regarding Exit Agreement. | 03 | .40 |
| 02/12/07 | TBR | Revise Exit Agreement. | 03 | .40 |
| 02/12/07 | TBR | E-mail to K. Richman regarding revised Exit Agreement. | 03 | .20 |
| 02/13/07 | TBR | Review Richman e-mail regarding Exit Agreement. | 03 | .20 |
| 02/13/07 | TBR | E-mail to B. Chapman regarding Exit Agreement. | 03 | .20 |
| 02/14/07 | TBR | Telephone conference with B. Chapman regarding revision to Exit Agreement. | 03 | .20 |
| 02/14/07 | TBR | Revise Exit Agreement. | 03 | .20 |
| 02/14/07 | TBR | E-mail to K. Richman regarding Exit Agreement. | 03 | .20 |
| 02/15/07 | TBR | E-mail to parties regarding final Exit Agreement. | 03 | .20 |
| 02/15/07 | TBR | Respond to Chapman e-mail regarding Exit Agreement. | 03 | .20 |
| 02/19/07 | TBR | E-mails with B. Chapman regarding Exit Agreement. | 03 | .30 |
| 02/20/07 | TBR | Review schedules to Exit Agreement. | 03 | .30 |
| 02/20/07 | TBR | E-mails with K. Richman regarding Exit Agreement. | 03 | .40 |
| 02/20/07 | TBR | E-mails with B. Chapman regarding Exit Agreement. | 03 | .40 |
| 02/23/07 | TBR | Telephone conferences with B. Chapman regarding Exit Agreement. | 03 | .50 |
| 02/23/07 | TBR | E-mail to K. Richman regarding Exit Agreement. | 03 | .20 |
| 02/26/07 | TBR | Review K. Richman e-mail regarding Exit Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        March 19, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

02/27/07  TBR  E-mail to K. Richman regarding Exit Agreement. 03          .20


                        TOTAL BILLABLE HOURS        9.10

                              TOTAL FEES                    3003.00

DISBURSEMENTS:

        Copies

                                              3.40
                                        ----------
                                              3.40


                        TOTAL FEES                   3003.00

                        TOTAL DISBURSEMENTS              3.40

                        Matter Total                 3006.40
                                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8332854

March 19, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MICHIGAN SPRING AND STAMPING                000115900-0142

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 02/02/07 | JEW | Correspondence from and to client re contents of complaint and revise and edit draft of complaint. | 10 | .50 |
| 02/05/07 | JEW | Correspondence from and to client re contents of complaint and revise draft complaint. | 10 | .70 |
| 02/06/07 | DPM | Communication with Jim Wynne re: edit complaint. | 10 | .50 |
| 02/06/07 | JEW | Correspondence from and to client re particulars of the complaint and information about the choice of forum. | 10 | .40 |
| 02/08/07 | DPM | Communication with Jim Wynne re complaint. | 10 | .20 |
| 02/08/07 | DPM | Edit complaint. | 10 | .30 |
| 02/08/07 | DPM | Forward edits to client. | 10 | .20 |
| 02/08/07 | JEW | Collaboration with Dan Malone and Jim Derian to finalize complaint and exhibit attachments. | 10 | .40 |
| 02/09/07 | DPM | Organize material documents. | 10 | .70 |
| 02/15/07 | DPM | Meeting with Jim Wynne re:  case. | 10 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8332854

March 19, 2007

| Date | | Description | | |
|---|---|---|---|---|
| 02/16/07 | JEW | Further revisions to draft complaint and conference with and correspondence to client re terms and conditions from web site and form and filing of complaint. | 10 | .60 |
| 02/16/07 | JEW | Analyze suggestions of client concerning issues of jurisdiction and venue and correspondence to client re same. | 10 | .40 |
| 02/19/07 | JEW | Collaboration with client and drafting and finalization of the complaint for filing tomorrow. | 10 | .60 |

TOTAL BILLABLE HOURS          6.30

TOTAL FEES          1958.40

DISBURSEMENTS:

Jury Fee          235.00

- - - - - - - - - -
235.00

TOTAL FEES          1958.40

TOTAL DISBURSEMENTS          235.00

Matter Total          2193.40
==============