# EXHIBIT F
# (Part 2 of 5)

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
**butzel.com**

April 23, 2007

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period March 1, 2007 through March 31, 2007

| <u>Matter Description</u> | | <u>Amount</u> |
|---|---|---|
| Business Operations | 161.50 | $46,220.60 |
| Employee Benefits/Pensions | 39.80 | $9,368.00 |
| Fee/Employment Applications | 3.40 | $1,122.00 |
| Litigation | 276.40 | $56,441.18 |
| Totals: | <u>481.10</u> | <u>$113,151.78</u> |

## Summary of Disbursements
### for the Period March 1, 2007 through March 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $586.80 |
| Digital Reproduction | $337.20 |
| CT Corporation Services | $119.50 |
| Special Postal Charges | $8.66 |
| Long Distance Telecopy Charges | $112.50 |
| Travel – Herbert C. Donovan | $98.94 |
| Meeting Expenses – Herbert C. Donovan | $23.50 |
| CD Duplication | $10.00 |
| Express Delivery | $293.47 |
| Totals: | $1,590.57 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period March 1, 2007 through March 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 38.80 | $12,862.20 |
| Daniel P. Malone | Shareholder | 1978 | $320.00 | .30 | $96.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | .80 | $243.20 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 63.50 | $20,955.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 57.40 | $18,942.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 11.70 | $3,211.65 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | .20 | $48.80 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 79.90 | $18,696.60 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 1.60 | $377.60 |
| Paula A. Hall | Associate | 2000 | $220.00 | 2.80 | $616.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 25.60 | $6,528.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 14.20 | $2,840.00 |
| John R. Stevenson | Associate | 2002 | $208.00 | 20.80 | $4,326.40 |
| Lori A. Burke | Associate | 2002 | $172.00 | .90 | $154.80 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 95.70 | $15,455.55 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 3.90 | $514.80 |

April 23, 2007
Page 3

**Paralegals**

| | | | | |
|---|---|---|---|---|
| Laura Clark | Paralegal | $119.00 | 48.70 | $5,795.30 |
| Michelle Ann Pleban | Paralegal | $106.27 | .30 | $31.88 |
| Leonor Hendricksen | Paralegal | $104.00 | 14.00 | $1,456.00 |
| Grand Total: | | | 481.10 | $113,151.78 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                    April 24, 2007
INVOICE NO.:    8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL                                        000115900-0015


DISBURSEMENTS:

        Copies

                                                    324.90
                                                  ----------
                                                    324.90
                        TOTAL DISBURSEMENTS          324.90

                            Matter Total            324.90
                                                  ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   EMPLOYMENT SECONDMENT

000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/01/07 | C_G | Attention to Second Request for Information on the Jackson file; call to Dave Biddlecomb regarding second request; discussion with Dave Biddlecomb regarding additional information requested; e-mail to Dave Biddlecomb outlining the additional information requested. | 06 | .60 |
| 03/06/07 | C_G | Drafted responses to Glave's requests for additional information for Jackson Charge; call from Glave requesting interviews; call to Dave Biddlecomb regarding interviews and response to second request for additional information; filed response to second request for additional information; e-mailed Jeff Peterson and Dave Biddlecomb regarding interviews. | 06 | 3.00 |
| 03/12/07 | C_G | Receipt and review of Chenault charge; initiated investigation and drafted extension letter. | 06 | .70 |
| 03/12/07 | C_G | Receipt and review of Halstead charge; initiated investigation and drafted extension letter. | 06 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

| Date | | Description | | |
|---|---|---|---|---|
| 03/14/07 | C_G | Attention to drafting responses to request for additional information and on-site on Randall case, including conference call with Dave Sebastian, e-mail to Jeff Peterson, e-mail to Dave Sebastian and drafting objections. | 06 | 2.00 |
| 03/15/07 | C_G | Continued responding to request for additional information and on-site on Randall Charge, including: call to LaToya King re on-site; drafting responses; drafting affidavits and verifications for the employees. | 06 | 2.50 |
| 03/20/07 | C_G | Attention to response to additional information requested from Investigator King on the Randall Charge of Discrimination, including:  call to Doug Sebastian regarding additional information and drafting of Affidavits for ten employees as requested by Investigator King. | 06 | 6.90 |
| 03/20/07 | C_G | Follow-up call to Doug Sebastian on the Shon v. Chenault Charge of Discrimination. | 06 | .10 |
| 03/20/07 | C_G | Receipt and Review of information from Jodi Gushen on the Halstead Charge of Discrimination; follow-up e-mail to Jodi Gushen regarding Halstead Charge; follow-up phone call with Jodi Gushen regarding Halstead Charge. | 06 | 1.00 |
| 03/26/07 | C_G | Review of Response to Request for Additional Information on Randall Charge; edited Response; e-mail to Doug Sebastian asking for missing information. | 06 | .40 |
| 03/26/07 | C_G | Started drafting position statement on the Halstead charge; e-mail to Jodi Gushen regarding additional information needed. | 06 | 1.50 |
| 03/27/07 | C_G | Drafted position statement on the Halstead Charge; drafted affidavits for Charles Brinkman, Rebecca Otter and Pat Ross. | 06 | 3.30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/28/07 | C_G | Call to Biddlecomb regarding blank employment application for the Investigator on the Jackson case. | 06 | .10 |
| 03/28/07 | C_G | Call and e-mail to Jennifer McKenzie regarding Investigator's request for EEO1 data on the Clark matter. | 06 | .10 |
| 03/28/07 | C_G | Attention to Halstead Charge including detailed e-mail to Jodi Gushen regarding affidavits and additional information needed; reviewed and revised position statement. | 06 | 1.20 |
| 03/29/07 | C_G | Called Investigator and reminded her not to call the plant due to the fact that Delphi is represented on the Jackson Charge by me; e-mailed blank application to Investigator on Jackson Charge; e-mail exchange with Investigator regarding her "No cause" finding. | 06 | .20 |
| 03/29/07 | C_G | E-mail exchange with Jeff Peterson regarding EEO1 data for the Columbus Plant on the Clark charge. | 06 | .10 |
| 03/30/07 | C_G | Organized exhibits for Response to Request for Additional Information on the Clark Charge; drafted enclosure letter. | 06 | .10 |
| 03/30/07 | C_G | E-mails and phone calls to Doug Sebastian regarding the status of additional information on the Randall Charge; call to Investigator giving her a status update on the additional information requested. | 06 | .10 |
| 03/30/07 | C_G | Redrafted affidavits on the Halstead Charge of Discrimination; discussions with Jodi Gushen regarding affidavits; started to redraft position statement according to the new affidavits. | 06 | .90 |

TOTAL BILLABLE HOURS        25.60

TOTAL FEES            6528.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

DISBURSEMENTS:

| | |
|---|---:|
| Copies | 28.60 |
| Special Postal Charges | 3.06 |
| | ---------- |
| | 31.66 |

| | |
|---|---:|
| TOTAL FEES | 6528.00 |
| TOTAL DISBURSEMENTS | 31.66 |
| Matter Total | 6559.66 |
| | ============== |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:    POST BANKRUPTCY GENERAL                        000115900-0100

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/08/07 | TBR | Review proforma for monthly fee statement. | 07 | .50 |
| 03/21/07 | TBR | Prepare monthly fee statement. | 07 | .40 |
| 03/22/07 | TBR | Prepare monthly fee statement. | 07 | .30 |
| 03/28/07 | TBR | Review Skadden e-mail regarding Fourth Interim Fee Application. | 07 | .20 |
| 03/30/07 | TBR | Prepared Fourth Interim Fee Application. | 07 | 2.00 |

TOTAL BILLABLE HOURS        3.40

TOTAL FEES                        1122.00

- - - - - - - - - -

TOTAL FEES                        1122.00

Matter Total                        1122.00

===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   MPC

000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/22/07 | TBR | Telephone conference with N. Lamb-Hale regarding distribution. | 03 | .20 |
| 03/26/07 | TBR | Telephone conference with N. Lamb-Hale regarding distribution letter. | 03 | .20 |
| 03/26/07 | TBR | Review distribution letter. | 03 | .20 |
| 03/26/07 | TBR | Telephone conference and e-mail with A. Perry regarding distribution letter. | 03 | .20 |
| 03/26/07 | TBR | E-mail to Customer Group regarding distribution letter. | 03 | .20 |

TOTAL BILLABLE HOURS       1.00

TOTAL FEES              330.00

- - - - - - - - - -

TOTAL FEES              330.00

Matter Total           330.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.      000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/08/07 | D D | Telephone conference with Jim Derian regarding demand for arbitration and settlement. | 10 | .20 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES                          48.80

- - - - - - - - - -

TOTAL FEES                          48.80

Matter Total                        48.80
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI PRODUCT & SERVICE SOLUTIONS      000115900-0113

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/08/07 | LB | Review Mr. Derian's e-mail regarding an upcoming promotion and respond. | 03 | .30 |
| 03/12/07 | LB | Review e-mails from Mr. Derian and the rules and promotional plan for the 2007 Global Promotion and provide advice on an AMOE for the promotion. | 03 | .60 |

TOTAL BILLABLE HOURS      0.90

TOTAL FEES      154.80

- - - - - - - - - -

TOTAL FEES      154.80

Matter Total      154.80

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/02/07 | MEW | Conference with Delphi, BBK regarding production and remaining items at one of CEP's plants. | 03 | .50 |
| 03/05/07 | MEW | Conference with T. Radom regarding amending proof of claim. | 03 | .20 |
| 03/05/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 2.00 |
| 03/06/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.00 |
| 03/07/07 | TBR | Review revised draft of amendment to DIP Order. | 03 | .50 |
| 03/07/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 2.50 |
| 03/08/07 | TBR | Telephone conference with J. Bambery regarding DIP budget. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 03/08/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .50 |
| 03/09/07 | TBR | Review and reply to Bambery e-mail regarding budget comparison. | 03 | .20 |
| 03/15/07 | TBR | Telephone conference with A. Perry regarding Proof of Claim. | 03 | .20 |
| 03/20/07 | TBR | Telephone conference with A. Perry regarding participation holdback. | 03 | .30 |
| 03/21/07 | TBR | Review revised draft order amending DIP order. | 03 | .50 |
| 03/21/07 | TBR | Telephone conference with M. Hammer regarding order. | 03 | .30 |
| 03/21/07 | TBR | E-mail to A. Perry regarding order. | 03 | .20 |
| 03/21/07 | TBR | Review motion for examiner. | 03 | .40 |
| 03/23/07 | TBR | Review Wachovia objection to motion for examiner. | 03 | .20 |
| 03/23/07 | TBR | Review Washington Penn objections to Debtor, Committee fee applications. | 03 | .50 |
| 03/23/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 3.00 |
| 03/26/07 | TBR | Review and respond to Hutchinson e-mail regarding DIP order. | 03 | .20 |
| 03/26/07 | TBR | Telephone conference and e-mail with A. Perry regarding A/P. | 03 | .40 |
| 03/26/07 | TBR | Review agenda for March 27 hearing. | 03 | .20 |
| 03/26/07 | TBR | Telephonic status conference with Court regarding March 27 hearing agenda. | 03 | 1.00 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Init. | Description | | Hours |
|------|------|-------------|------|-------|
| 03/26/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 3.00 |
| 03/27/07 | TBR | Telephone conferences with M. Everett, A. Perry, M. Wilkins regarding A/P. | 03 | .50 |
| 03/27/07 | MEW | Review correspondence, documentation regarding Delphi payables and discuss with A. Perry and M. Everett. | 03 | .90 |
| 03/27/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 2.00 |
| 03/27/07 | JRS | Appear telephonically at hearing on motion to expedite hearing on motion to appoint examiner et al. | 03 | 2.40 |
| 03/28/07 | TBR | Review file regarding Middlefield equipment sale. | 03 | .20 |
| 03/28/07 | TBR | E-mail to A. Perry regarding Middlefield equipment sale. | 03 | .20 |
| 03/28/07 | TBR | Telephone conference with A. Perry regarding A/P reconciliation. | 03 | .30 |
| 03/28/07 | TBR | Review Freedlander letter regarding Washington Penn. | 03 | .20 |
| 03/28/07 | JRS | Confer with T. Radom re hearing on motion to expedite hearing on motion to appoint examiner et al. | 03 | .20 |
| 03/29/07 | TBR | Conference with J. Stevenson regarding Examiner Motion. | 03 | .20 |
| 03/29/07 | TBR | Review and respond to J. Hutchinson e-mail regarding DIP order. | 03 | .30 |
| 03/29/07 | TBR | Telephone conference with A. Perry regarding A/P. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

03/29/07  JRS  Appear telephonically at pre-hearing           03         .20
               conference re motion to expedite hearing on
               motion to appoint examiner.


                        TOTAL BILLABLE HOURS        25.90

                              TOTAL FEES                  5041.40


DISBURSEMENTS:

        Copies                                     17.90
        Express Delivery Charges                   46.25
                                                 -----------
                                                   64.15



                    TOTAL FEES                      5041.40

                    TOTAL DISBURSEMENTS               64.15
                                                 -----------
                    Matter Total                    5105.55
                                                 =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PIXLEY RICHARDS, INC.                          000115900-0120


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/06/07 | TBR | Telephone conference with A. Perry regarding March 7 conference call. | 03 | .20 |
| 03/07/07 | TBR | Review company financials, agreements with Supplier and Bank. | 03 | 1.30 |
| 03/07/07 | TBR | Conference call with Delphi Team regarding legal, business options. | 03 | .70 |
| 03/09/07 | TBR | Review and respond to draft term sheet. | 03 | .70 |
| 03/12/07 | TBR | E-mails with M. Everett regarding term sheet. | 03 | .30 |
| 03/14/07 | TBR | Telephone conference with M. Everett regarding status. | 03 | .20 |
| 03/16/07 | TBR | Telephone conference with M. Everett regarding Pixley meeting. | 03 | .20 |
| 03/20/07 | TBR | Telephone conference with M. Everett regarding status. | 03 | .20 |
| 03/23/07 | TBR | Review Everett e-mail regarding agreements. | 03 | .20 |
| 03/28/07 | TBR | Telephone conference with M. Everett regarding status. | 03 | .20 |
| 03/28/07 | TBR | Review PWC report. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

03/29/07  TBR   Telephone conference with A. Perry regarding  03       .20
                status.


                        TOTAL BILLABLE HOURS      4.80

                             TOTAL FEES                  1584.00

DISBURSEMENTS:

        Copies                                    1.30
                                                -----------
                                                       1.30


                    TOTAL FEES                    1584.00

                    TOTAL DISBURSEMENTS               1.30
                                            ---------------
                    Matter Total                  1585.30
                                            ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MILLER INDUSTRIAL PRODUCTS                    000115900-0121

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/15/07 | MEW | Status report from Craig Archambault. | 03 | .30 |

TOTAL BILLABLE HOURS            0.30

TOTAL FEES                    99.00

- - - - - - - - - -

TOTAL FEES                    99.00

Matter Total                 99.00

===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  I & W INDUSTRIES, INC.              000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/23/07 | TBR | Review Bank letter regarding sale of collateral. | 03 | .20 |
| 03/23/07 | TBR | Telephone conference and e-mails with A. Perry regarding Bank letter, equipment release, Bank debt. | 03 | .70 |

                    TOTAL BILLABLE HOURS        0.90

                        TOTAL FEES                  297.00

DISBURSEMENTS:

        Copies                              1.20
                                        ----------
                                            1.20


                    TOTAL FEES                  297.00

                    TOTAL DISBURSEMENTS          1.20
                                        ----------
                    Matter Total                298.20
                                        =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.                    000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/01/07 | TBR | Review Weisberg e-mail regarding Agreements. | 03 | .20 |
| 03/01/07 | TBR | E-mail to M. Everett regarding Agreements. | 03 | .20 |
| 03/01/07 | MEW | Review proposed terms and negotiations regarding amended participation and accommodation agreement. | 03 | .50 |
| 03/01/07 | MEW | Review updates from A. Perry regarding production and financing status. | 03 | .20 |
| 03/02/07 | TBR | Review Baty, LaPlante e-mails regarding Agreements. | 03 | .20 |
| 03/02/07 | MEW | Review status, terms that Delphi is willing to proceed under. | 03 | 1.00 |
| 03/05/07 | TBR | Telephone conferences with J. Fischer regarding Agreements. | 03 | .50 |
| 03/05/07 | TBR | Telephone conference with A. Perry regarding Agreements. | 03 | .20 |
| 03/05/07 | TBR | E-mail to M. Everett, A. Perry regarding Agreements. | 03 | .20 |
| 03/05/07 | MEW | Voicemail to and conference with Comerica counsel regarding agreement status. | 03 | .30 |
| 03/05/07 | MEW | Review current versions of Agreements. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 03/06/07 | TBR | Review e-mails regarding agreements. | 03 | .30 |
| 03/06/07 | TBR | Telephone conference with A. Perry regarding Agreements. | 03 | .20 |
| 03/06/07 | MEW | Review current versions of Subordinated Participation and Accommodation Agreements and correspondence regarding agreements. | 03 | 1.20 |
| 03/06/07 | MEW | Correspondence to A. Perry regarding Bing status. | 03 | .10 |
| 03/06/07 | MEW | Correspondence regarding re-sourcing aspect of Amended Accommodation Agreement. | 03 | .20 |
| 03/07/07 | TBR | Telephone conferences with Drucker, Fischer offices regarding agreements. | 03 | .40 |
| 03/07/07 | TBR | Review execution drafts of Agreements. | 03 | .40 |
| 03/07/07 | TBR | Telephone conference and e-mails with A. Perry, M. Everett regarding Agreements. | 03 | .50 |
| 03/07/07 | TBR | E-mail to Customers, Bank, Bing regarding Agreements. | 03 | .20 |
| 03/07/07 | MEW | Correspondence regarding execution of Accommodation and Participation agreements. | 03 | .10 |
| 03/07/07 | MEW | Review fully executed agreements. | 03 | .20 |
| 03/14/07 | TBR | Telephone conference with M. Everett, A. Perry regarding extension. | 03 | .20 |
| 03/15/07 | TBR | Telephone conference with C. Fischer regarding extension. | 03 | .20 |
| 03/15/07 | TBR | E-mail to Delphi Team regarding extension. | 03 | .20 |
| 03/16/07 | TBR | Review revised Fifth Amendment to Accommodation Agreement. | 03 | .40 |
| 03/16/07 | TBR | E-mail to Delphi Team regarding Fifth Amendment. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | | Description | | |
|---|---|---|---|---|
| 03/16/07 | TBR | Telephone conference with Delphi Team regarding new business prospects. | 03 | .70 |
| 03/19/07 | TBR | E-mail to Delphi Team regarding Fifth Amendment to Accommodation Agreement. | 03 | .20 |
| 03/19/07 | TBR | E-mail to Bing, Customers, Banks regarding Fifth Amendment. | 03 | .20 |
| 03/19/07 | TBR | Review Bakst e-mail regarding Fifth Amendment. | 03 | .20 |
| 03/21/07 | TBR | Telephone conference and e-mails with J. Fischer regarding LTA. | 03 | .70 |
| 03/21/07 | TBR | E-mail to Delphi Team regarding Fischer call. | 03 | .20 |
| 03/22/07 | TBR | Telephone conference with M. Everett regarding Bing meeting. | 03 | .20 |
| 03/23/07 | TBR | Review and revise draft letter to Bing. | 03 | .50 |
| 03/23/07 | TBR | E-mails to Delphi Team regarding Bing letter. | 03 | .50 |
| 03/23/07 | TBR | Telephone conference with Ken S. regarding Bing letter. | 03 | .20 |
| 03/29/07 | TBR | Review draft Sixth Amendment to Accommodation Agreement. | 03 | .20 |
| 03/29/07 | TBR | E-mails with Delphi Team regarding Sixth Amendment, status with OEMs, Banks. | 03 | .60 |
| 03/29/07 | TBR | Telephone conference with J. Fischer regarding Sixth Amendment, status with OEMs, Banks. | 03 | .30 |
| 03/30/07 | TBR | Review parties' e-mails regarding Sixth Amendment. | 03 | .30 |

TOTAL BILLABLE HOURS        13.90

TOTAL FEES              4587.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


DISBURSEMENTS:

    Copies                                              2.10
                                                  - - - - - - - - - -
                                                        2.10


                    TOTAL FEES                        4587.00

                    TOTAL DISBURSEMENTS                  2.10
                                                  _____

                    Matter Total                     4589.10
                                                  ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  TENATRONICS LTD.

000115900-0126

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/07/07 | TBR | Review and reply to L. Ellis e-mail regarding status of inventory. | 03 | .40 |
| 03/07/07 | TBR | E-mail to A. Perry, R. Estrada regarding March 8 conference call. | 03 | .20 |
| 03/08/07 | TBR | E-mails with A. Perry regarding call with Receiver. | 03 | .40 |
| 03/09/07 | TBR | Conference calls with Delphi Team regarding inventory, tools, A/P. | 03 | 1.50 |
| 03/09/07 | TBR | Conference call with Receiver, Delphi Team, BBK regarding inventory, tools, A/P. | 03 | 1.00 |
| 03/09/07 | TBR | Telephone conference with L. Ellis regarding inventory. | 03 | .40 |
| 03/09/07 | TBR | Review Amphenol extended warranty, tool spreadsheet. | 03 | .50 |
| 03/12/07 | TBR | Revised inventory purchase letter. | 03 | .50 |
| 03/12/07 | TBR | E-mail and telephone conference with A. Perry regarding inventory letter. | 03 | .50 |
| 03/12/07 | TBR | E-mail to L. Ellis regarding inventory letter. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/14/07 | TBR | Telephone conferences with A. Perry, R. Estrada regarding inventory purchase, freight charges. | 03 | 1.00 |
| 03/14/07 | TBR | Telephone conference with L. Ellis regarding inventory letter. | 03 | .50 |
| 03/14/07 | TBR | Revise inventory letter. | 03 | .40 |
| 03/14/07 | TBR | E-mail to A. Perry, R. Estrada regarding inventory letter. | 03 | .20 |
| 03/15/07 | TBR | Telephone conferences with A. Perry, R. Estrada, P. Goy regarding inventory purchase, Freight charges. | 03 | 1.50 |
| 03/15/07 | TBR | Telephone conferences with L. Ellis, Receiver regarding inventory. | 03 | 1.00 |
| 03/15/07 | TBR | Review inventory surcharge. | 03 | .40 |
| 03/16/07 | TBR | Review and reply to R. Estrada e-mails regarding inventory letter. | 03 | .50 |
| 03/16/07 | TBR | Telephone conference with A. Perry regarding inventory letter. | 03 | .20 |
| 03/16/07 | TBR | E-mail to L. Ellis regarding inventory letter. | 03 | .20 |
| 03/16/07 | TBR | Review exhibits to inventory letter. | 03 | .30 |
| 03/19/07 | TBR | Telephone conference with L. Ellis regarding inventory letter. | 03 | .30 |
| 03/19/07 | TBR | E-mail and telephone conference with R. Estrada regarding inventory letter. | 03 | .40 |
| 03/19/07 | TBR | Telephone conference and e-mail with C. Valdivia regarding inventory letter. | 03 | .40 |
| 03/21/07 | TBR | Review Ellis letter regarding inventory, freight charges. | 03 | .20 |
| 03/21/07 | TBR | E-mail to Perry, Estrada regarding letter. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/21/07 | TBR | Telephone conference with A. Perry regarding letter. | 03 | .20 |
| 03/21/07 | TBR | E-mail to L. Ellis regarding letter. | 03 | .20 |
| 03/21/07 | TBR | E-mail and telephone conference with A. Perry regarding freight charges. | 03 | .40 |
| 03/28/07 | TBR | E-mail to A. Perry, R. Estrada regarding inventory purchase letter. | 03 | .30 |

TOTAL BILLABLE HOURS        14.40

TOTAL FEES              4752.00

DISBURSEMENTS:

Copies                                        3.70
                                          ----------
                                              3.70

TOTAL FEES                         4752.00

TOTAL DISBURSEMENTS                    3.70
                                   _____
Matter Total                       4755.70
                                   ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   QC ONICS                                    000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/01/07 | MEW | Review bailment and consignment status as to machinery to be purchased at UCC auction and provided to new suppliers. | 03 | .50 |
| 03/01/07 | MEW | Review court notice of status hearing and Yazaki North America counsel correspondence. | 03 | .10 |
| 03/01/07 | MEW | Correspondence from BBK, Larry Smith regarding auction sale. | 03 | .10 |
| 03/03/07 | MEW | Review U.S. Trustee motion to dismiss and convert. | 03 | .10 |
| 03/05/07 | MEW | Prepare for and participate in Customer call. | 03 | 1.20 |
| 03/05/07 | MEW | Follow-up call with Delphi team regarding sale. | 03 | .40 |
| 03/05/07 | MEW | Work on Notice of Public Sale. | 03 | 1.20 |
| 03/05/07 | MEW | Review liens, claims filed for notice of public sale to be served. | 03 | 1.80 |
| 03/05/07 | MEW | Correspondence with T. Yoder regarding UCC sale. | 03 | .60 |
| 03/05/07 | MEW | Follow-up work regarding logistics of auction sale. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | | Description | | |
|---|---|---|---|---|
| 03/06/07 | MEW | Prepare for and participate in Delphi team call regarding auction sale. | 03 | 1.00 |
| 03/06/07 | MEW | Prepare for and participate in Customer group call regarding auction sale, procedures for bidding. | 03 | 1.00 |
| 03/06/07 | MEW | Prepare for and send notice regarding auction sale. | 03 | 1.50 |
| 03/06/07 | MEW | Review UCC search results from Yazaki North America counsel. | 03 | .40 |
| 03/06/07 | MEW | Correspondence regarding minimum bids from Hilco. | 03 | .30 |
| 03/07/07 | MEW | Review notice to various parties regarding auction sale. | 03 | .20 |
| 03/07/07 | MEW | Review and revise secured party disclosure and forward to BBK for Hilco. | 03 | .80 |
| 03/07/07 | MEW | Correspondence from BBK regarding auction sale, bidding process. | 03 | .30 |
| 03/07/07 | MEW | Correspondence with customer group and D. Wollschlager of BBK regarding auction logistics, ensuring commercially reasonable sale. | 03 | 1.90 |
| 03/08/07 | MEW | Correspondence regarding auction sale of collateral. | 03 | .10 |
| 03/08/07 | MEW | Conference with D. Wollschlager regarding sale issues. | 03 | .20 |
| 03/08/07 | MEW | Correspondence regarding sale structure. | 03 | .10 |
| 03/08/07 | MEW | Review language to be posted on auction site regarding disclaimer. | 03 | .20 |
| 03/09/07 | MEW | Correspondence regarding sale status with Tom Yoder, YNA counsel. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                       April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Atty | Description | | Hours |
|------|------|-------------|---|------|
| 03/09/07 | MEW | Review remaining issues including disposition of remaining raw materials and inventory, collection of customer receivables. | 03 | 1.60 |
| 03/09/07 | P H | Conference with M. E. Wilkins. | 03 | .70 |
| 03/09/07 | P H | Draft extension to Trust Agreement. | 03 | .40 |
| 03/12/07 | MEW | Prepare for and participate in Customer call. | 03 | .70 |
| 03/12/07 | MEW | Review auction status and email to R. Chapman of Delphi re same. | 03 | 1.20 |
| 03/12/07 | MEW | Correspondence and discussions regarding auction process, bid options. | 03 | .40 |
| 03/12/07 | P H | Correspondence to A. Perry re: extension of Trust Agreement. | 03 | .20 |
| 03/13/07 | MEW | Communication and correspondence with BBK, Delphi team, YNA counsel and Hilco regarding auction sale bidding procedures and credit bids. | 03 | 2.70 |
| 03/13/07 | MEW | Review issue regarding sale of raw material inventory for cost. | 03 | .50 |
| 03/14/07 | MEW | Review auction status, strategy. | 03 | .50 |
| 03/14/07 | MEW | Continue review of disposition of other customer inventory and discuss with BBK. | 03 | .90 |
| 03/15/07 | MEW | Review auction status and Delphi bids. | 03 | 1.00 |
| 03/15/07 | MEW | Prepare for and attend conclusion of auction of collateral (at Hilco auctioneers). | 03 | 4.00 |
| 03/15/07 | MEW | Review Delphi invoices from auction sale. | 03 | .30 |
| 03/15/07 | P H | Revisions to Trust Agreement. | 03 | .40 |
| 03/15/07 | P H | Correspondence to A. Perry re: same. | 03 | .40 |
| 03/16/07 | MEW | Correspondence regarding extension of trusts. | 03 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

| | | | | |
|---|---|---|---|---|
| 03/16/07 | MEW | Correspondence regarding liquidation of assets. | 03 | .10 |
| 03/16/07 | MEW | Correspondence regarding sale of office equipment. | 03 | .10 |
| 03/16/07 | P H | Correspondence to A. Perry re: extension of Trust Agreement. | 03 | .30 |
| 03/19/07 | MEW | Correspondence regarding liquidation of assets. | 03 | .20 |
| 03/19/07 | MEW | Research regarding UCC notice requirements, impact on "abandonment in bankruptcy." | 03 | 1.00 |
| 03/19/07 | BS | Research:  Article 9's requirement that persons with interest in property be notified prior to that property's sale and if that requirement is waived/ terminated by a judicial order in which party abandons all interest in the property. | 03 | 3.90 |
| 03/20/07 | MEW | Correspondence regarding status from T. Yoder. | 03 | .10 |
| 03/20/07 | MEW | Conference with T. Yoder and T. Monahan regarding case status, disposition of miscellaneous collateral. | 03 | .30 |
| 03/20/07 | MEW | Correspondence regarding liquidation of raw materials inventory. | 03 | .10 |
| 03/20/07 | MEW | Correspondence regarding funds and makeup in QC bank account. | 03 | .30 |
| 03/21/07 | MEW | Travel to and from Fort Wayne to attend court's status hearing and hearing on motion to convert case. | 03 | 7.00 |
| 03/21/07 | MEW | Prepare for and attend status hearing and hearing on motion to convert case. | 03 | 1.50 |
| 03/21/07 | MEW | Review liquidation analysis. | 03 | .20 |
| 03/22/07 | MEW | Correspondence regarding sale of Behr-related material and discuss with T. Monahan of BBK. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| 03/22/07 | MEW | Prepare for and participate in call regarding disposition of Behr inventory. | 03 | .40 |
|----------|-----|---|----|-----|
| 03/22/07 | MEW | Correspondence to Yazaki counsel regarding disposition of Behr inventory. | 03 | .10 |
| 03/22/07 | MEW | Review auction sale results and strategy for disposing of remaining items. | 03 | .70 |
| 03/22/07 | MEW | Forward draft Bill of Sale to BBK and review same. | 03 | .20 |
| 03/25/07 | MEW | Status correspondence from Yazaki counsel. | 03 | .10 |
| 03/26/07 | MEW | Review other assets to be liquidated. | 03 | .20 |
| 03/26/07 | MEW | Status call with A. Perry. | 03 | .20 |
| 03/26/07 | MEW | Prepare for Customer call -- review agenda and various schedules of assets liquidated and to be liquidated. | 03 | 1.30 |
| 03/26/07 | MEW | Prepare for and participate in Customer status call. | 03 | 1.10 |
| 03/26/07 | MEW | Correspondence regarding open issues. | 03 | .20 |
| 03/26/07 | MEW | Review liquidation analysis, forward to A. Perry. | 03 | .20 |
| 03/27/07 | MEW | Work on liquidation of remaining assets. | 03 | .40 |
| 03/27/07 | MEW | Review Order converting case and notice of first meeting, related correspondence. | 03 | .30 |
| 03/27/07 | MEW | Research regarding UCC protections for proceeds of collateral in QC account. | 03 | 1.60 |
| 03/27/07 | MEW | Correspondence regarding Texas sales tax, auction sale. | 03 | .20 |
| 03/27/07 | MEW | Correspondence from BBK regarding sales tax issue. | 03 | .10 |
| 03/27/07 | MEW | Review UCC searches. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829
```

| Date | | Description | | |
|------|------|-------------|------|------|
| 03/28/07 | MEW | Correspondence regarding liquidation of remaining collateral. | 03 | .50 |
| 03/28/07 | MEW | Work on liquidation of remaining raw materials, miscellaneous assets. | 03 | 1.50 |
| 03/28/07 | MEW | Review National City secured position, documents. | 03 | .40 |
| 03/28/07 | MEW | Correspondence regarding disposition of cars. | 03 | .20 |
| 03/29/07 | MEW | Review list of remaining assets to be liquidated, and assess next steps in liquidation process. | 03 | .60 |
| 03/29/07 | MEW | Correspondence regarding liquidation of remaining assets. | 03 | .20 |
| 03/29/07 | MEW | Review description of additional assets to be sold. | 03 | .10 |
| 03/30/07 | MEW | Correspondence from BBK regarding liquidation of certain assets. | 03 | .40 |

```
                TOTAL BILLABLE HOURS       57.60

                     TOTAL FEES          17971.80
```

DISBURSEMENTS:

```
        Copies                          70.60
        Telecopier Charges             112.50
        Express Delivery Charges       237.60
                                      ----------
                                       420.70
```

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

| | |
|---|---|
| TOTAL FEES | 17971.80 |
| TOTAL DISBURSEMENTS | 420.70 |
| Matter Total | 18392.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL MOTORS ARBITRATION                000115900-0129


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/01/07 | EMK | Work on management presentation. | 10 | .20 |
| 03/01/07 | HCD | Interview three fact witnesses in Flint. | 10 | 8.10 |
| 03/01/07 | HCD | Prepare for client presentation. | 10 | .60 |
| 03/01/07 | HCD | Review supplemental materials provided by client. | 10 | .50 |
| 03/01/07 | HCD | Follow up re scheduling issues, especially as relates to expert reports. | 10 | .30 |
| 03/01/07 | M_L | Continued review of GM documents to prepare for presentation to client. | 10 | 8.50 |
| 03/02/07 | EMK | E-mail exchange with E. Dwyer regarding new schedule. | 10 | .10 |
| 03/02/07 | EMK | Prepare for management presentation. | 10 | .40 |
| 03/02/07 | HCD | Interview four fact witnesses in Flint. | 10 | 8.90 |
| 03/02/07 | HCD | Meet F. Manley and work on updated draft of expert report re resonance and lateral vibration. | 10 | 1.20 |
| 03/02/07 | L C | File management including updating the case notebook, file inserts, and discovery checklist. | 10 | 4.70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Initials | Description | | |
|------|------|------|------|------|
| 03/02/07 | M_L | Complete review of GM supplemental production. | 10 | 9.10 |
| 03/03/07 | EMK | Prepare for management presentation. | 10 | 3.20 |
| 03/03/07 | L C | Reviewed, organized, and indexed pertinent documents produced by GM. | 10 | 6.40 |
| 03/04/07 | EMK | Work on management presentation. | 10 | 5.90 |
| 03/04/07 | HCD | Work on Delphi case presentation to Senior Management. | 10 | 3.70 |
| 03/04/07 | M_L | Complete draft brief on in camera review issue for arbitrator. | 10 | 2.80 |
| 03/05/07 | EMK | Work on program and prepare for management presentation. | 10 | 9.50 |
| 03/05/07 | L C | Reviewed, organized, and indexed incident reports produced by GM. | 10 | 5.80 |
| 03/05/07 | M_L | Review brief on in camera review issue. | 10 | 3.50 |
| 03/05/07 | M_L | Organize and summarize relevant documents from GM production demonstrating internal discussions regarding root cause. | 10 | 2.70 |
| 03/06/07 | EMK | Prepare for management presentation. | 10 | 3.10 |
| 03/06/07 | EMK | Attend meeting at Delphi and present Delphi position. | 10 | 3.70 |
| 03/06/07 | HCD | Prepare for and attend client presentation of Delphi case. | 10 | 8.30 |
| 03/06/07 | HCD | Follow up re open discovery and document collection issues. | 10 | .60 |
| 03/06/07 | HCD | Review e-mail re new date. | 10 | .10 |
| 03/06/07 | L C | Reviewed, organized, and indexed the GM test summaries and the case notebook. | 10 | 5.90 |
| 03/07/07 | EMK | E-mail from E. Dwyer regarding new schedule. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/07/07 | EMK | Reply to E. Dwyer regarding schedule. | 10 | .10 |
| 03/07/07 | EMK | Telephone call to L. Abramczyk regarding schedule. | 10 | .10 |
| 03/07/07 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 03/07/07 | HCD | Work on brief re in camera review. | 10 | 1.00 |
| 03/07/07 | L C | Reviewed, organized and indexed the pertinent portions of GM's 3rd production of documents. | 10 | 4.20 |
| 03/07/07 | M_L | Review revisions to brief on in camera issue. | 10 | .20 |
| 03/07/07 | M_L | Review GM brief on in camera issue. | 10 | .40 |
| 03/08/07 | HCD | Prepare for D. Krausch telephone conference. | 10 | .30 |
| 03/08/07 | HCD | Follow up research re document review and required GM CARB submission. | 10 | .40 |
| 03/08/07 | HCD | Update to do list. | 10 | .30 |
| 03/08/07 | HCD | Review updated draft expert report re bending mode and supporting data and summaries. | 10 | .50 |
| 03/08/07 | HCD | Follow up re status of collection of materials for validation binder. | 10 | .20 |
| 03/08/07 | HCD | Finalize and serve in camera review brief re in camera review. | 10 | .70 |
| 03/08/07 | HCD | Review GM brief. | 10 | .50 |
| 03/08/07 | M_L | Review documents from GM referencing CARB reports to determine posible witness on issue of correspondence with board. | 10 | 1.80 |
| 03/08/07 | M_L | Review amendments to CARB Emission Warranty Information Reporting procedures. | 10 | 3.70 |
| 03/08/07 | M_L | Review emissions reporting requirements for EPA for possible FOIA request. | 10 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 03/09/07 | HCD | Prepare for and participate in conference with D. Krausch re defense themes. | 10 | 1.20 |
| 03/09/07 | HCD | Review client e-mail re: taxi fleets and conference with client re same. | 10 | 1.10 |
| 03/09/07 | HCD | Work on updated discovery plan in light of client e-mails re taxi fleets. | 10 | 1.30 |
| 03/09/07 | HCD | CARB and CARB FOIA research. | 10 | .80 |
| 03/09/07 | L C | Updated the discovery checklist and docket. | 10 | .20 |
| 03/09/07 | L C | Searched the C.A.R.B. web site for information regarding their policies and procedures for a F.O.I.A. request. | 10 | .40 |
| 03/09/07 | M_L | Review documents to determine which versions of powerpoints on '01 W-car and N-car included documents reflecting discussions on taxi fleet testing. | 10 | 2.40 |
| 03/09/07 | M_L | Review of California Air Resource Board reporting requirements for times at issue. | 10 | 1.50 |
| 03/09/07 | M_L | Review all documents referencing submission or scheduled submission of reports to California Air Resource Board to determine dates for FOIA request. | 10 | 2.20 |
| 03/12/07 | EMK | Work on discovery plan regarding taxi fleet. | 10 | .20 |
| 03/12/07 | EMK | Review taxi fleet documents from W. Cosnowski. | 10 | .10 |
| 03/12/07 | HCD | Review GM supplied documents and assess best use of documents re taxi fleet testing. | 10 | .80 |
| 03/12/07 | HCD | Work on updated discovery plan and proofs outline. | 10 | 1.30 |
| 03/12/07 | HCD | CARB research and work on FOIA. | 10 | .50 |
| 03/12/07 | HCD | Assess potential motion to compel and review associated discovery requests and responses. | 10 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| 03/12/07 | HCD | Assess witnesses to depose and order of same. | 10 | .40 |
| 03/12/07 | HCD | Prepare for client conference. | 10 | .50 |
| 03/12/07 | L C | Communications with H. Donovan and P. Tottis identifying the document productions we would like OCR'd. | 10 | .50 |
| 03/12/07 | M_L | Review of discovery requests and letter to GM regarding outstanding materials and GM's responses pertinent to correspondence with California Air Resources Board and taxi fleet test issue. | 10 | 2.00 |
| 03/12/07 | M_L | Begin draft memo summarizing GM position on CARB correspondence and taxi testing materials, analyzed against produced documents. | 10 | 2.80 |
| 03/12/07 | M_L | Review of Field Information Reports to determine all car models, labor codes at issue to create description for FOIA request. | 10 | .70 |
| 03/12/07 | M_L | Revise FOIA letter to California Air Resources Board. | 10 | .20 |
| 03/12/07 | M_L | E-mail to counsel regarding return/destruction of GM privileged documents. | 10 | .20 |
| 03/12/07 | M_L | Meeting to discuss next steps in discovery. | 10 | .30 |
| 03/13/07 | EMK | Further review of taxi fleet documents. | 10 | .10 |
| 03/13/07 | EMK | Work on next steps regarding taxi fleet. | 10 | .50 |
| 03/13/07 | HCD | Review taxi fleet document and requests. | 10 | .40 |
| 03/13/07 | HCD | Follow up re CARB issues, including additional statutory and regulatory research and FOIA research. | 10 | 1.20 |
| 03/13/07 | HCD | Work on updated discovery and arbitration preparation plan. | 10 | .40 |
| 03/13/07 | HCD | Work on FOIA letter. | 10 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/13/07 | L C | Continued indexing the categories of documents sorted from GM's second production. | 10 | 2.30 |
| 03/13/07 | M_L | Review of GM vehicle-level validation tests from initial production. | 10 | 1.30 |
| 03/13/07 | M_L | Review of GM correspondence with third-parties related to converters from initial production as referenced in GM discovery responses. | 10 | 2.80 |
| 03/13/07 | M_L | Complete memo on discovery requests and GM's responses, summarizing GM's position on CARB and taxi testing documents. | 10 | 2.30 |
| 03/13/07 | M_L | Begin revised discovery plan in light of supplemental production and GM position on key documents. | 10 | 1.50 |
| 03/14/07 | EMK | Telephone call from W. Cosnowski and J. Papelian regarding strategy in light of taxi test documents. | 10 | .70 |
| 03/14/07 | EMK | Work on draft letter to GM regarding taxi documents. | 10 | .10 |
| 03/14/07 | HCD | Prepare for and participate in conference call with clients re taxi fleet and CARB issues. | 10 | .70 |
| 03/14/07 | HCD | Review drafts of GM power points re liabilities and defenses for the purposes of identifying omissions, additions, and other changes. | 10 | .50 |
| 03/14/07 | HCD | Work on draft letter to GM re documents and materials not produced. | 10 | .70 |
| 03/14/07 | L C | Completed indexing the categories of documents sorted from GM's second production. | 10 | 2.80 |
| 03/15/07 | EMK | Work on draft letter to GM regarding failure to produce documents. | 10 | 1.10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/15/07 | HCD | Work on letter to GM re taxi fleet, CARB and discovery issues. | 10 | 1.40 |
| 03/15/07 | HCD | Prepare for client conference call. | 10 | .30 |
| 03/15/07 | HCD | Review draft expert report and follow up with client re validation issues. | 10 | .50 |
| 03/15/07 | HCD | Review CARB, taxi fleet documents. | 10 | .60 |
| 03/15/07 | L C | Prepared notebooks of the GM production sorted and indexed by category. | 10 | 1.80 |
| 03/15/07 | M_L | Organize and compare GM produced versions of powerpoints on '01-'02 W-car with L36 and LA1. | 10 | 2.50 |
| 03/15/07 | M_L | Continue revisions to discovery plan. | 10 | 1.60 |
| 03/16/07 | EMK | Prepare for conference call regarding taxi fleet CARB documents. | 10 | .50 |
| 03/16/07 | EMK | Participate in conference call regarding taxi and CARB. | 10 | .50 |
| 03/16/07 | EMK | Further work on letter to E. Dwyer regarding discovery issues. | 10 | .40 |
| 03/16/07 | HCD | Work on extensive letter to GM counsel re discovery responses, including review of Delphi requests, GM responses and production. | 10 | 2.60 |
| 03/16/07 | HCD | Conference with client re GM responses. | 10 | .30 |
| 03/16/07 | HCD | Prepare for and participate in conference call with client and key management personnel re status, strategy and next steps. | 10 | 1.20 |
| 03/16/07 | M_L | Finalize FOIA request to CARB. | 10 | .20 |
| 03/19/07 | HCD | Work on draft letters to GM re discovery issues. | 10 | .60 |
| 03/19/07 | HCD | Work on CARB FOIA. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8336829

| 03/19/07 | HCD | Arrange and prepare for further oral argument re privilege issues. | 10 | 1.30 |
| 03/19/07 | M_L | Review of moving papers on motion to compel and in camera issue to prepare talking points for argument. | 10 | 1.80 |
| 03/20/07 | EMK | E-mail from W. Cosnowski regarding meeting with Schutzman. | 10 | .10 |
| 03/20/07 | EMK | Telephone call to W. Cosnowski regarding letter to E. Dwyer. | 10 | .20 |
| 03/20/07 | EMK | Further work on letter to E. Dwyer. | 10 | .80 |
| 03/20/07 | EMK | E-mail from W. Cosnowski regarding further revisions. | 10 | .10 |
| 03/20/07 | EMK | Finalize letter. | 10 | .30 |
| 03/20/07 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 03/20/07 | HCD | Work on letter to GM re document issues. | 10 | .40 |
| 03/20/07 | HCD | Conference with client re document issues. | 10 | .60 |
| 03/20/07 | HCD | Prepare for hearing on motion to compel. | 10 | .60 |
| 03/20/07 | L C | Shepardized and obtained the cases cited in GM's brief for in camera review. | 10 | 1.80 |
| 03/20/07 | L C | Attention to obtaining the complete set of images, index, and OCR file of Delphi's privilege log. | 10 | .30 |
| 03/20/07 | M_L | Complete talking points for oral argument on document review issue. | 10 | 1.50 |
| 03/20/07 | M_L | Begin review of GM production to gather documents for examination of Vince Chlubiski and Mike D'Aniello. | 10 | 4.80 |
| 03/21/07 | EMK | Work on position regarding who reviews work product documents. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Init. | Description | | Amount |
|------|-------|-------------|---|--------|
| 03/21/07 | HCD | Prepare for and participate in hearing on motion to compel. | 10 | 1.40 |
| 03/21/07 | HCD | Prepare for and schedule fact witness depositions. | 10 | .80 |
| 03/21/07 | HCD | Work on deposition examination outlines. | 10 | .60 |
| 03/21/07 | M_L | Continue review and collection of documents pertinent to questions for Chlubiski and D'Aniello. | 10 | 6.70 |
| 03/22/07 | HCD | Work deposition preparation and proofs outline. | 10 | .60 |
| 03/22/07 | M_L | Continue review of GM production to collect documents relating to Chlubiski and D'Aniello involvement on testing and reporting issues. | 10 | 3.40 |
| 03/23/07 | EMK | Letter from E. Dwyer regarding response to demand for taxi fleet and CARB documents. | 10 | .20 |
| 03/23/07 | EMK | E-mail to W. Cosnowski. | 10 | .10 |
| 03/23/07 | EMK | Further e-mail exchange with W. Cosnowski regarding conference to discuss next steps. | 10 | .10 |
| 03/23/07 | HCD | Review letter from opposing counsel re discovery issues and follow up re same. | 10 | .30 |
| 03/23/07 | M_L | Review of internal correspondence to and from M. D'Aniello and V. Chlubiski regarding vibration pattern in police cars and CARB reporting obligations. | 10 | 4.50 |
| 03/23/07 | M_L | Review of Emission Test information sheets and related emissions data. | 10 | 2.20 |
| 03/24/07 | EMK | Prepare for conference call with W. Cosnowski and J. Papelian regarding GM taxi fleet and CARB letter. | 10 | .20 |
| 03/24/07 | EMK | Participate in conference call with W. Cosnowski and J. Papelian regarding next steps. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/24/07 | HCD | Prepare for and participate in conference call re Dwyer letter re CARB and taxi documents. | 10 | .80 |
| 03/24/07 | HCD | Outline and draft follow up letter to Dwyer re CARB and taxi matters. | 10 | .60 |
| 03/24/07 | HCD | Review memo re prior requests for CARB and taxi materials. | 10 | .30 |
| 03/26/07 | EMK | Work on reply to E. Dwyer regarding taxi fleet. | 10 | .90 |
| 03/26/07 | EMK | E-mail to W. Cosnowski and J. Papelian. | 10 | .10 |
| 03/26/07 | EMK | Review GM documents regarding taxi fleet. | 10 | .70 |
| 03/26/07 | EMK | E-mail from W. Cosnowski. | 10 | .10 |
| 03/26/07 | HCD | Work on response to Dwyer letter. | 10 | .50 |
| 03/26/07 | HCD | Work on discovery/strategy plan. | 10 | .30 |
| 03/27/07 | EMK | E-mail from J. Papelian regarding letter to E. Dwyer. | 10 | .10 |
| 03/27/07 | EMK | E-mail from W. Cosnowski regarding letter to E. Dwyer. | 10 | .10 |
| 03/27/07 | EMK | Revise letter. | 10 | .30 |
| 03/27/07 | EMK | Telephone call from W. Cosnowski. | 10 | .10 |
| 03/27/07 | EMK | Further work on letter. | 10 | .10 |
| 03/27/07 | EMK | Fax from arbitrator regarding in camera documents. | 10 | .10 |
| 03/27/07 | EMK | E-mail to W. Cosnowski regarding documents. | 10 | .10 |
| 03/27/07 | HCD | Identify open issues and work on "to do" list. | 10 | .50 |
| 03/27/07 | HCD | Review and revise letter to GM counsel re discovery issues. | 10 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| Date | Initials | Description | | |
|------|------|------|------|------|
| 03/27/07 | HCD | Work on production of requested privilege log documents to Abramczyk | 10 | .40 |
| 03/27/07 | MAP | Assist L. Clark with load file issues. | 10 | .30 |
| 03/27/07 | L C | Corrected the folder errors and loaded the privilege log images, OCR, and load file from the DVD into Summation. | 10 | 1.60 |
| 03/27/07 | M_L | Review letter from arbitrator regarding random selections for review from privilege log. | 10 | .10 |
| 03/27/07 | M_L | Coordinate gathering of documents selected by arbitrator. | 10 | .20 |
| 03/28/07 | EMK | E-mail exchange with D. Sherbin regarding status. | 10 | .10 |
| 03/28/07 | EMK | Prepare for telephone conference with D. Sherbin regarding status. | 10 | .10 |
| 03/28/07 | HCD | Respond to Arbitrator's request for in camera review, including document review to determine whether redaction is necessary. | 10 | 1.20 |
| 03/28/07 | HCD | Begin preparations for fact witness depositions. | 10 | .60 |
| 03/28/07 | HCD | Work on updated proofs outline. | 10 | .80 |
| 03/28/07 | L C | Searched, gathered, indexed, and organized the documents the arbitrator identified from the privilege log for review. | 10 | 6.80 |
| 03/28/07 | M_L | Review of correspondence regarding privilege log. | 10 | .20 |
| 03/28/07 | M_L | Coordinate production of documents to arbitrator. | 10 | .20 |
| 03/29/07 | EMK | Work on privilege log. | 10 | .10 |
| 03/29/07 | EMK | Work on proofs outline and analysis. | 10 | 1.20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 03/29/07 | EMK | Telephone call from D. Sherbin regarding status and strategy. | 10 | .50 |
| 03/29/07 | EMK | Further work on redaction of privilege documents for arbitrator. | 10 | .40 |
| 03/29/07 | EMK | Letter from E. Dwyer. | 10 | .10 |
| 03/29/07 | EMK | E-mail to W. Cosnowski and J. Papelian. | 10 | .10 |
| 03/29/07 | HCD | Review privileged materials identified by Abramczyk for settlement and work product and prepare for production. | 10 | 2.30 |
| 03/29/07 | HCD | Call from D. Sherbin re status, strategy and schedule. | 10 | .50 |
| 03/29/07 | HCD | Work on updated proof outline. | 10 | 1.60 |
| 03/29/07 | HCD | Prepare for fact witness depositions. | 10 | .80 |
| 03/29/07 | HCD | Review updated privileged log and additional client supplied materials. | 10 | .40 |
| 03/29/07 | HCD | Review letter from opposing counsel re discovery issues and follow up re same. | 10 | .30 |
| 03/29/07 | M_L | Review of e-mail communications regarding high speed stalling of police vehicles and engineering positions on insulation change. | 10 | 1.80 |
| 03/30/07 | HCD | Work on draft motion to compel. | 10 | .50 |
| 03/30/07 | HCD | Work on updated proofs outline. | 10 | .80 |
| 03/30/07 | HCD | Work on document production of privileged documents to Arbitrator. | 10 | 1.10 |
| 03/30/07 | HCD | Further review of GM responses and letters re supplemental responses. | 10 | .60 |
| 03/30/07 | HCD | Conference with client re next steps. | 10 | .20 |
| 03/30/07 | L C | Redacted several documents the arbitrator requested to review from the privilege log. | 10 | 3.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

| | | | | |
|---|---|---|---|---|
| 03/30/07 | M_L | Review of GM letter in response to 3/20 letter. | 10 | .30 |
| 03/30/07 | M_L | Review of 2/2 and 3/20 Delphi letters. | 10 | .70 |
| 03/30/07 | M_L | Review of arbitration agreement on production of relevant documents. | 10 | .20 |
| 03/30/07 | M_L | Review of Delphi request for supplemental disclosure for damages requests. | 10 | .20 |
| 03/30/07 | M_L | Review of GM response to request for supplemental disclosure. | 10 | .10 |
| 03/30/07 | M_L | Begin motion to compel production of re-pricing documents. | 10 | 2.40 |
| 03/31/07 | M_L | Draft motion to compel production of documents relating to re-pricing of replacement parts. | 10 | 5.70 |

TOTAL BILLABLE HOURS      263.40

TOTAL FEES          52841.53

DISBURSEMENTS:

| | |
|---|---|
| Copies | 435.50 |
| Express Delivery Charges | 9.62 |
| Meeting Expenses | 23.50 |
| Travel Expenses | 98.94 |
| Digital Services | 10.00 |
| | ---------- |
| | 577.56 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

| | |
|---|---:|
| TOTAL FEES | 52841.53 |
| TOTAL DISBURSEMENTS | 577.56 |
| Matter Total | 53419.09 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   INTERIOR GROUP SALE                    000115900-0130

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/02/07 | SJ | Review revised representations and schedule 4.14 of draft Master Service Agreement. | 03 | .50 |
| 03/13/07 | SJ | Follow up with Margaret Fakuda regarding Mark Hester's question regarding Section 11.4.2.4 of draft Renco Master Service Agreement. | 03 | .30 |
| 03/21/07 | SJ | Follow up communication to Mark Hester regarding transfer of waste disposal agreements. | 03 | .20 |
| 03/27/07 | SJ | Review H & A Uranium Study for Adrian in response to Bicknell correspondence. | 03 | .60 |

TOTAL BILLABLE HOURS          1.60

TOTAL FEES                    377.60

----------

TOTAL FEES                    377.60

Matter Total                 377.60
==============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   THE AMERICAN TEAM, INC.                    000115900-0132

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/05/07 | TBR | Review final draft of amendment to Accommodation Agreement. | 03 | .20 |
| 03/05/07 | TBR | E-mail to A. Bowman regarding Agreement. | 03 | .20 |
| 03/05/07 | TBR | Telephone conference with A. Silver regarding Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        0.60

TOTAL FEES              198.00

- - - - - - - - - - -

TOTAL FEES              198.00

Matter Total              198.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  TAWAS INDUSTRIES

000115900-0137

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/12/07 | P H | Correspondence to J. McTevia re: Tawas release. | 03 | .20 |
| 03/13/07 | P H | Correspondence to and from J. McTevia re: release. | 03 | .20 |

TOTAL BILLABLE HOURS        0.40

TOTAL FEES                    88.00

- - - - - - - - - -

TOTAL FEES                    88.00

Matter Total                  88.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ACCESS ELECTRONICS, INC.                    000115900-0139


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/09/07 | TBR | E-mails with J. Hanusa regarding Agreements. | 03 | .30 |
| 03/09/07 | TBR | Telephone conference with A. Perry regarding agreements. | 03 | .20 |
| 03/14/07 | TBR | Telephone conference with M. Everett regarding status. | 03 | .20 |
| 03/16/07 | TBR | Telephone conference with M. Everett, A. Perry regarding Access meeting. | 03 | .20 |
| 03/19/07 | TBR | Review executed Agreements. | 03 | .30 |
| 03/19/07 | TBR | E-mail to Delphi Team regarding executed Agreements. | 03 | .20 |

                    TOTAL BILLABLE HOURS        1.40

                            TOTAL FEES            462.00

DISBURSEMENTS:

        CT Corporation Services              119.50
                                            ----------
                                              119.50

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

| | |
|---|---:|
| TOTAL FEES | 462.00 |
| TOTAL DISBURSEMENTS | 119.50 |
| Matter Total | 581.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   SECONDMENT OVER 8 HOURS                    000115900-0140


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/20/07 | C_G | Call and e-mail to David Biddlecomb regarding Jackson Charge of Discrimination and phone interviews scheduled for March 22nd. | 06 | .40 |
| 03/21/07 | C_G | Finalized affidavits on the Randall Charge and e-mailed them to Doug Sebastian; conference call with Doug Sebastian and Jennifer McKenzie; edited responses to request for additional information per information received in conference call. | 06 | 2.30 |
| 03/22/07 | C_G | Preparation for Investigator Glave's interviews on the Jackson charge; phone conference with Dave Biddlecombe, Greg Moody, Dave Miller and Coston Jordon to prepare them for interviews; participation in interviews of Greg Moody, Dave Miller, Coston Jordon and Dave Biddlecombe. | 06 | 2.60 |
| 03/22/07 | C_G | Continued drafting responses to request for additional information on the Randall Charge. | 06 | .70 |
| 03/23/07 | C_G | Continued to work on response to Request for Additional Information on the Randall Charge. | 06 | 2.00 |
| 03/30/07 | C_G | Redrafted affidavits on the Halstead Charge of Discrimination; discussions with Jodi Gushen regarding affidavits; started to redraft position statement according to the new affidavits. | 06 | 6.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829


TOTAL BILLABLE HOURS        14.20

TOTAL FEES          2840.00

- - - - - - - - - -


TOTAL FEES                    2840.00
_____
Matter Total                 2840.00
===============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PARKVIEW METAL PRODUCTS, LLC          000115900-0141

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/07/07 | TBR | Telephone conference with B. Chapman regarding Exit Agreement. | 03 | .40 |
| 03/08/07 | TBR | Review Chapman e-mail regarding raw material. | 03 | .20 |

TOTAL BILLABLE HOURS          0.60

TOTAL FEES                        198.00

- - - - - - - - - -

TOTAL FEES                        198.00

Matter Total                     198.00

===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING          000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/06/07 | JEW | Examine proof of service and correspondence to client re status of service and due date for the complaint. | 10 | .30 |
| 03/21/07 | DPM | Follow-up from phone call with defense counsel with Jim Wynne and Yvonne Jackson. | 10 | .30 |
| 03/21/07 | JEW | Correspondence from and to opposing counsel regarding an exhibit to the complaint. | 10 | .20 |
| 03/21/07 | JEW | Correspondence to and from client regarding the response from counsel for the defendant and general status. | 10 | .30 |

TOTAL BILLABLE HOURS      1.10

TOTAL FEES                339.20

DISBURSEMENTS:

     Special Postal Charges                  5.60
                                          ----------
                                              5.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

| | |
|---|---:|
| TOTAL FEES | 339.20 |
| TOTAL DISBURSEMENTS | 5.60 |
| Matter Total | 344.80 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  KINPO GROUP

000115900-0144

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/27/07 | D_S | Began reviewing documents from P. Pollack binder. | 10 | 2.30 |
| 03/28/07 | D_S | Continued reviewing documents from P. Pollack binder. | 10 | 1.50 |
| 03/29/07 | D_S | Completed reviewing documents from P. Pollack binder and reviewed documents from M. Whelan, D. Seto, J. Huh. | 10 | 2.80 |
| 03/30/07 | D_S | Reviewed documents from B. Brigmann, A. Avelar, and additional documents from P. Pollack. | 10 | 1.50 |
| 03/30/07 | D_S | Began drafting Complaint. | 10 | 1.00 |
| 03/30/07 | D_S | Began drafting memorandum analyzing case. | 10 | .60 |
| 03/30/07 | D_S | Telephone conference with C. Brown re same. | 10 | .20 |
| 03/31/07 | D_S | Continued drafting Complaint and Memorandum. | 10 | 1.80 |

TOTAL BILLABLE HOURS      11.70

TOTAL FEES          3211.65

- - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2584883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

April 24, 2007

TOTAL FEES                    3211.65

Matter Total              3211.65
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   WILLOW HILL INDUSTRIES                    000115900-0145

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 03/14/07 | TBR | Review letter correspondence with Supplier. | 03 | .40 |
| 03/14/07 | TBR | Telephone conferences with D. Deibel regarding background. | 03 | .70 |
| 03/15/07 | TBR | Conference call with Delphi Team regarding strategy. | 03 | 1.50 |
| 03/15/07 | TBR | Review and revise letter to supplier. | 03 | .30 |
| 03/15/07 | TBR | Telephone conference with D. Deibel regarding letter. | 03 | .20 |
| 03/15/07 | TBR | E-mail to D. Deibel regarding letter. | 03 | .20 |
| 03/20/07 | TBR | Telephone conference with office regarding March 21 conference call. | 03 | .20 |
| 03/20/07 | TBR | Telephone conferences with M. Everett, A. Perry regarding March 21 conference call. | 03 | .40 |
| 03/20/07 | TBR | E-mail to A. Perry, M. Everett regarding March 21 conference call. | 03 | .20 |
| 03/21/07 | TBR | Conference call with Delphi Team regarding strategy with Supplier. | 03 | 1.70 |
| 03/21/07 | TBR | Review and revise discussion points. | 03 | .60 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8336829

| | | | | |
|---|---|---|---|---|
| 03/21/07 | TBR | E-mail to D. Deibel regarding discussion points. | 03 | .20 |
| 03/21/07 | TBR | Conference with J. Stevenson regarding research. | 03 | .20 |
| 03/21/07 | JRS | Legal research and analysis re breach of contract. | 03 | .60 |
| 03/22/07 | TBR | Conference call with Delphi Team regarding strategy. | 03 | 1.80 |
| 03/22/07 | JRS | Legal research and analysis re breach of contract. | 03 | 3.00 |
| 03/22/07 | JRS | Confer with T. Radom re breach of contract. | 03 | .50 |
| 03/23/07 | TBR | Telephone conferences with D. Deibel, A. Perry regarding settlement terms. | 03 | .80 |
| 03/23/07 | TBR | Draft binding term sheet, release. | 03 | 2.00 |
| 03/23/07 | TBR | E-mail drafts to Delphi Team. | 03 | .20 |
| 03/23/07 | TBR | Conference with J. Stevenson regarding research. | 03 | .20 |
| 03/23/07 | JRS | Legal research and analysis re breach of contract. | 03 | 2.90 |
| 03/23/07 | JRS | Confer with T. Radom re breach of contract. | 03 | .20 |
| 03/26/07 | TBR | Telephone conference with M. Sicherman, attorney for Supplier, regarding term sheet, release. | 03 | .50 |
| 03/26/07 | TBR | E-mail to Delphi Team regarding Sicherman call. | 03 | .30 |
| 03/26/07 | JRS | Legal research and analysis re breach of contract. | 03 | .50 |
| 03/27/07 | JRS | Legal research and analysis re breach of contract. | 03 | 2.10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

| Date | Initials | Description | | Hours |
|------|----------|-------------|---|-------|
| 03/28/07 | TBR | Telephone conference and e-mail to D. Deibel regarding PPAP status. | 03 | .40 |
| 03/28/07 | TBR | Review Bank changes to term sheet. | 03 | .20 |
| 03/28/07 | JRS | Legal research and analysis re breach of contract. | 03 | 3.20 |
| 03/29/07 | TBR | Telephone conferences with M. Sicherman regarding term sheet, bank forbearance, settlement. | 03 | .70 |
| 03/29/07 | TBR | Telephone conference with M. Sicherman, R. Sweeney regarding Bank, term sheet. | 03 | .40 |
| 03/29/07 | TBR | E-mails with Delphi Team regarding call with Company attorney. | 03 | .30 |
| 03/29/07 | TBR | Telephone conferences with J. McInerney regarding shipment. | 03 | .40 |
| 03/29/07 | TBR | Review Bank term sheet regarding forbearance. | 03 | .20 |
| 03/29/07 | JRS | Legal research and analysis re breach of contract. | 03 | 3.20 |
| 03/30/07 | TBR | Telephone conferences with M. Sicherman regarding Bank, plant closure. | 03 | .80 |
| 03/30/07 | TBR | Telephone conferences with Delphi Team regarding plant closure. | 03 | .60 |
| 03/30/07 | TBR | E-mail to Delphi Team regarding reclamation notice. | 03 | .40 |
| 03/30/07 | TBR | E-mails with D. Deibel regarding inventory. | 03 | .40 |
| 03/30/07 | JRS | Legal research and analysis re breach of contract. | 03 | 1.80 |

TOTAL BILLABLE HOURS      35.40

TOTAL FEES              9486.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          April 24, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8336829


DISBURSEMENTS:

        Copies                                      38.20
                                                 -----------
                                                      38.20


                        TOTAL FEES                  9486.00

                        TOTAL DISBURSEMENTS           38.20
                                                 -----------
                        Matter Total               9524.20
                                                 =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8336829

April 24, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   AUTOCAM CORPORATION                          000115900-0146

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/04/07 | TBR | Telephone conference with A. Mazzola regarding Confidentiality Agreement. | 03 | .20 |
| 01/16/07 | TBR | Review Mazzola e-mail regarding NDA. | 03 | .20 |
| 01/17/07 | TBR | Review Perry e-mail regarding setoff. | 03 | .20 |
| 01/17/07 | TBR | Telephone conference with A. Perry regarding setoff. | 03 | .30 |
| 01/23/07 | TBR | Telephone conference with B. Mazzola regarding NDA, rights. | 03 | .30 |
| 01/24/07 | TBR | Conference call with Delphi Team, CMD regarding status report. | 03 | .60 |

TOTAL BILLABLE HOURS          1.80

TOTAL FEES                              594.00

- - - - - - - - - -

TOTAL FEES                              594.00

Matter Total                            594.00
============