# EXHIBIT F
## (Part 3 of 5)

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

May 23, 2007

To:    David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

## Summary of Total Billable Hours by Category
## for the Period April 1, 2007 through April 30, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 133.10 | $42,268.60 |
| Employee Benefits/Pensions | 52.00 | 11,791.50 |
| Fee/Employment Applications | .80 | 264.00 |
| Litigation | 184.70 | 39,858.80 |
| Totals: | 370.60 | $94,182.90 |

## Summary of Disbursements
### for the Period April 1, 2007 through April 30, 2007

| Disbursement | Amount |
|---|---|
| Copies | $270.20 |
| Color Copies | $354.00 |
| Digital Reproduction | $157.60 |
| Special Postal Charges | $24.48 |
| CD Duplication | $45.00 |
| Express Delivery | $171.69 |
| Litigation Support: Vendor: Prism Litigation Technology | $37.50 |
| Totals: | $1,060.47 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period April 1, 2007 through April 30, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 17.60 | $5,834.40 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 4.50 | $1,368.00 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 85.70 | $28,281.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 34.00 | $11,220.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 11.50 | $3,156.75 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 13.40 | $3,269.60 |
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 62.40 | $14,601.60 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 5.10 | $1,203.60 |
| Paula A. Hall | Associate | 2000 | $220.00 | 7.60 | $1,672.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 25.30 | $6,451.50 |
| Taylor, Maureen T. | Shareholder | 1997 | $220.00 | 9.00 | $1,980.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 26.70 | $5,340.00 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 40.90 | $6,605.35 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 10.00 | $1,320.00 |

May 23, 2007
Page 3

## Paralegals

| | | | | |
|---|---|---|---|---|
| Laura Clark | Paralegal | $119.00 | 10.00 | $1,190.00 |
| Michelle Ann Pleban | Paralegal | $117.00 | 1.00 | $117.00 |
| Leonor Hendricksen | Paralegal | $104.00 | 1.50 | $156.00 |
| Richards, Alexis | Paralegal | $96.00 | .20 | $19.20 |
| Schoening, Kimberly | Paralegal | $94.50 | 4.20 | $396.90 |
| | | | | |
| Grand Total: | | | 370.60 | $94,182.90 |

000115900\0015\850244-1

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                                     May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL                                     000115900-0015


DISBURSEMENTS:

        Copies                                            23.80
        Express Delivery Charges                         165.29
                                                       -----------
                                                          189.09

                        TOTAL DISBURSEMENTS               189.09

                        Matter Total                      189.09
                                                       =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MERIDIAN INDUSTRIES                          000115900-0026

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/03/07 | TBR | Review and respond to K. Craft e-mails regarding claim objection. | 03 | .30 |
| 04/03/07 | TBR | Review claim objection. | 03 | .40 |
| 04/03/07 | TBR | Review file regarding Proof of Claim. | 03 | .40 |
| 04/03/07 | TBR | Telephone conference with I. Scott regarding claim objection. | 03 | 1.30 |

TOTAL BILLABLE HOURS        2.40

TOTAL FEES                    792.00

- - - - - - - - - -

TOTAL FEES                    792.00

Matter Total                  792.00
=============

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  INTERMET CORPORATION                  000115900-0068

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/13/07 | TBR | Telephone conference with B. Chapman regarding resourcing. | 03 | .30 |
| 04/13/07 | TBR | Review Chapman e-mail regarding resourcing. | 03 | .20 |
| 04/13/07 | TBR | Review Intermet letter regarding terms. | 03 | .20 |
| 04/16/07 | TBR | Telephone conference with B. Chapman regarding Pulaski. | 03 | .20 |
| 04/17/07 | TBR | Review Chapman e-mails, draft letter agreement. | 03 | .40 |
| 04/17/07 | TBR | Telephone conference with B. Chapman regarding Pulaski. | 03 | .30 |
| 04/18/07 | TBR | Telephone conference with M. Everett regarding pending issues. | 03 | .20 |
| 04/18/07 | TBR | Conference call with Delphi Team regarding Pulaski. | 03 | .40 |
| 04/18/07 | TBR | Review Chapman e-mail regarding Pulaski. | 03 | .20 |
| 04/19/07 | TBR | Worked on supplemental letter agreement, revisions to main agreement. | 03 | 2.00 |
| 04/20/07 | TBR | Completed draft supplemental letter agreement. | 03 | .50 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | | Description | | |
|---|---|---|---|---|
| 04/20/07 | TBR | E-mails with B. Chapman regarding letter agreements, Pulaski. | 03 | .50 |

TOTAL BILLABLE HOURS        5.40

TOTAL FEES            1782.00

DISBURSEMENTS:

    Copies                                    0.80
                                                  - - - - - - - - - -
                                                    0.80

TOTAL FEES            1782.00

TOTAL DISBURSEMENTS        0.80

Matter Total            1782.80
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | C_G | Drafted Halstead position statement, affidavits and responses to Interrogatories; e-mailed position statement and responses to Interrogatories to Jeff Peterson; e-mailed affidavits to Jodi Gushen. | 06 | 3.60 |
| 04/02/07 | C_G | Started drafting Chenault position statement. | 06 | 2.10 |
| 04/03/07 | C_G | Attention to Response to Request for Additional information on Randall Charge including several phone conversations with Jennifer McKenzie regarding information. | 06 | .50 |
| 04/03/07 | C_G | Receipt of additional information from Jodi Gushen on the Halstead Charge; edited Responses to Interrogatories; attention to preparation of affidavits and exhibits for filing. | 06 | .80 |
| 04/03/07 | C_G | Continued drafting Chenault position statement and Responses to Interrogatories. | 06 | 1.00 |
| 04/16/07 | C_G | Follow-up regarding Rebecca Oster's affidavit for Halstead position statement; receipt of affidavit from Julie Gushen; review of affidavit in preparation for filing. | 06 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                 May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | | Description | | |
|---|---|---|---|---|
| 04/16/07 | C_G | Review of Martin Charge of Discrimination; contacted plant regarding investigation and initiation of investigation; contacted the OCRC to attain a complete version of the Charge of Discrimination. | 06 | 1.00 |
| 04/16/07 | C_G | Review of Tidwell Charge of Discrimination; contacted Plant regarding Charge of Discrimination; review of correspondence from the New York Human Rights Division; initiated investigation. | 06 | 1.00 |
| 04/16/07 | C_G | Receipt of Second Request for Additional Information on the Randall Charge of Discrimination; contacted Doug Sebastian regarding procuring additional information; called Investigator regarding additional information. | 06 | 1.00 |
| 04/17/07 | C_G | Another call to the Labor Relations Manager at the plant regarding the Martin Charge of Discrimination and necessary investigation. | 06 | .40 |
| 04/17/07 | C_G | Another call to the New York plant regarding the Tidwell investigation; return call from Carrie regarding investigation and lack of adverse employment action. | 06 | .50 |
| 04/17/07 | C_G | Attention to Second Request for Additional Information on the Randall Charge including e-mail from Doug Sebastian. | 06 | .20 |
| 04/17/07 | C_G | Drafted enclosure letter regarding Oster Affidavit and sent Oster Affidavit to the Investigator on the Halstead Charge. | 06 | .60 |
| 04/18/07 | C_G | Receipt of complete complaint on Martin Charge; call to Plant regarding faxing complete complaint. | 06 | .10 |
| 04/18/07 | C_G | Drafted Response to OCRC's Second Request for Additional Information and sent it to the Investigator. | 06 | 2.90 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

| Date | | Description | | |
|---|---|---|---|---|
| 04/23/07 | C_G | Research regarding New York Law for the Tidwell position statement; continued drafting the Tidwell position statement. | 06 | 5.30 |
| 04/24/07 | C_G | Finalized Tidwell position statement for Jeff Peterson's review; e-mailed position statement to Jeff Peterson; received comments from Jeff and edited position statement per his comments; filed position statement with the New York Human Rights Department. | 06 | 2.70 |
| 04/30/07 | C_G | Finalized Martin position statement for Jeff Peterson's review. | 06 | 1.30 |

                        TOTAL BILLABLE HOURS        25.30

                            TOTAL FEES                    6451.50

DISBURSEMENTS:

        Copies                                        99.40
        Special Postal Charges                        24.48
                                                    ----------
                                                      123.88


                        TOTAL FEES                    6451.50

                        TOTAL DISBURSEMENTS             123.88
                                                    _____

                        Matter Total                  6575.38
                                                    ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   POST BANKRUPTCY GENERAL                    000115900-0100

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/12/07 | TBR | Review time records for monthly fee statement. | 07 | .30 |
| 04/18/07 | TBR | Reply to A. Zsoldos e-mail regarding monthly fee statement. | 07 | .20 |
| 04/24/07 | TBR | Prepare March fee statement. | 07 | .30 |

TOTAL BILLABLE HOURS        0.80

TOTAL FEES                264.00

DISBURSEMENTS:

    Copies                              3.10
                                   ----------
                                        3.10

TOTAL FEES                          264.00

TOTAL DISBURSEMENTS                   3.10

Matter Total                        267.10
                                 ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI CORPORATION VS. SEGWAY, INC.     000115900-0112

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/04/07 | D D | Review and analysis of file. | 10 | .70 |
| 04/05/07 | D D | Further review of file. | 10 | 2.00 |
| 04/05/07 | D D | Draft demand letter to Segway general counsel. | 10 | .50 |
| 04/06/07 | D D | Review and analysis of New Hampshire law. | 10 | 1.40 |
| 04/06/07 | D D | Analyze whether to file in federal court or with American Arbitration Association. | 10 | .40 |
| 04/06/07 | D D | Prepare e-mail to Jim Derian regarding demand for arbitration and letter to Segway. | 10 | .20 |
| 04/06/07 | D D | Work on demand for arbitration and letter to Segway regarding resolution. | 10 | .40 |
| 04/15/07 | D D | Review and analysis of Michigan law regarding material misrepresentation and other potential claims for possible Michigan lawsuit against Segway. | 10 | .60 |
| 04/16/07 | D D | Left voice mail with Jim Derian regarding Complaint. | 10 | .10 |
| 04/16/07 | D D | Receipt and review of voice mail from Jim Derian regarding strategy. | 10 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | Init. | Description | | |
|------|-------|-------------|---|---|
| 04/18/07 | D D | Conference with Ben Steffans regarding research on statute of limitations applicable to quasi contract claims under Michigan law. | 10 | .20 |
| 04/18/07 | D D | Telephone conference with Jim Derian re: strategy. | 10 | .20 |
| 04/20/07 | D D | Review and analysis of memo from Ben Steffans regarding statute of limitations of Michigan law claims. | 10 | .20 |
| 04/20/07 | BS | Research accrual times for claims against Segway. | 10 | 1.30 |
| 04/20/07 | BS | Summarized results in memo to D. Dulworth. | 10 | 1.40 |
| 04/20/07 | BS | Research statute of limitations. | 10 | 1.30 |
| 04/23/07 | D D | Conference with Ben Steffans regarding legal research. | 10 | .20 |
| 04/23/07 | D D | Legal research regarding implied contract theories of liability under Michigan law. | 10 | 1.50 |
| 04/25/07 | D D | Work on file, including: review of file and correspondence between Delphi and Segway. | 10 | 1.40 |
| 04/25/07 | D D | Conference with Jim Wynne regarding strategies. | 10 | .50 |
| 04/25/07 | D D | Revise complaint. | 10 | .50 |
| 04/25/07 | D D | Telephone conference with Jim Derian regarding strategy. | 10 | .30 |
| 04/25/07 | D D | Conference with Ben Steffans regarding status of research. | 10 | .30 |
| 04/25/07 | BS | Research cases in which an automotive supplier sues a customer who requests it to "ramp-up" in preparation for customer selling product and specifically focused on cases with promissory estoppel, unjust enrichment and other claims. | 10 | 3.50 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032
```

| | | | | |
|---|---|---|---|---|
| 04/26/07 | D D | Review and analysis of records for revisions to complaint. | 10 | .80 |
| 04/26/07 | D D | Conference with Ben Steffans regarding revisions to complaint. | 10 | .50 |
| 04/26/07 | BS | Drafted additions to arbitration demand. | 10 | 1.00 |
| 04/26/07 | BS | Met with D. Dulworth to discuss additions. | 10 | .50 |
| 04/26/07 | BS | Review arbitration demand in light of recent research on suppliers suing customers. | 10 | 1.00 |
| 04/27/07 | D D | Review and analysis of documents related to Delphi's cancellation charges for inclusion into Complaint. | 10 | .40 |

```
            TOTAL BILLABLE HOURS       23.40

                    TOTAL FEES              4589.60

                                        - - - - - - - - - -


                    TOTAL FEES              4589.60
                                        _____

                    Matter Total            4589.60
                                        ================
```

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                                  000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/04/07 | TBR | Telephone conference with J. Hutchinson regarding A/P. | 03 | .30 |
| 04/04/07 | TBR | Telephone conference with A. Perry regarding A/P. | 03 | .20 |
| 04/05/07 | TBR | Telephone conference with T. Wearsch regarding Mexico. | 03 | .30 |
| 04/05/07 | TBR | E-mail to D. Mesler regarding Mexico. | 03 | .20 |
| 04/06/07 | TBR | Review Customer Agreement regarding inventory buy back. | 03 | .20 |
| 04/06/07 | TBR | E-mail to A. Perry regarding Middlefield inventory. | 03 | .30 |
| 04/11/07 | TBR | Telephone conference and e-mail with J. Bambery regarding actual to budget comparison. | 03 | .40 |
| 04/11/07 | TBR | E-mail to S. Seewer, M. Hammer regarding actual to budget comparison. | 03 | .20 |
| 04/12/07 | TBR | Telephone conference with J. Hutchinson regarding A/P reconciliation issues. | 03 | .30 |
| 04/12/07 | TBR | Review e-mails regarding Faurecia. | 03 | .30 |
| 04/13/07 | TBR | E-mail and telephone conference with D. Messler regarding Hermosillo equipment. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

| Date | Init | Description | | Hours |
|---|---|---|---|---|
| 04/13/07 | TBR | Telephone conference with A. Perry regarding status of A/P reconciliation. | 03 | .20 |
| 04/13/07 | TBR | Conference call with Delphi Team regarding Middlefield Inventory. | 03 | .50 |
| 04/17/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .70 |
| 04/20/07 | TBR | Telephone conference with A. Perry regarding A/P, Middlefield inventory. | 03 | .20 |
| 04/24/07 | TBR | Telephone conferences with A. Perry regarding A/P, inventory reconciliation. | 03 | .50 |
| 04/25/07 | TBR | Telephone conference with A. Perry regarding status of A/P reconciliation. | 03 | .30 |
| 04/26/07 | TBR | Review Perry e-mails regarding A/P, inventory. | 03 | .40 |

TOTAL BILLABLE HOURS        5.90

TOTAL FEES          1788.80

DISBURSEMENTS:

    Copies                                          4.00
                                              ----------
                                                    4.00


                    TOTAL FEES              1788.80

                    TOTAL DISBURSEMENTS        4.00
                                           ------------
                    Matter Total            1792.80
                                           ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PIXLEY RICHARDS, INC.                    000115900-0120

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | TBR | Review PWC reports. | 03 | 2.30 |
| 04/02/07 | TBR | Conference call with Delphi Team, PWC regarding analysis of financial alternatives. | 03 | 1.50 |
| 04/04/07 | TBR | Review and respond to M. Everett, A. Perry e-mails regarding Lake Pointe, strategy. | 03 | .50 |
| 04/04/07 | TBR | Conference call with Delphi Team, PWC regarding Accommodation Agreement terms. | 03 | 1.20 |
| 04/04/07 | TBR | Telephone conferences with M. Everett, A. Perry regarding term sheet. | 03 | .40 |
| 04/04/07 | TBR | Summarize notes of conference call. | 03 | .40 |
| 04/04/07 | TBR | E-mail summary to M. Everett, A. Perry. | 03 | .20 |
| 04/04/07 | TBR | Draft term sheet. | 03 | .80 |
| 04/04/07 | TBR | E-mail to Delphi Team, PWC regarding term sheet. | 03 | .20 |
| 04/05/07 | TBR | Review PWC comments to term sheet. | 03 | .20 |
| 04/05/07 | TBR | Review and reply to M. Everett e-mails regarding equipment purchase. | 03 | .40 |
| 04/05/07 | TBR | Telephone conference with M. Everett, A. Perry regarding term sheet. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| 04/05/07 | TBR | Review A. Perry comments to term sheet. | 03 | .20 |
|---|---|---|---|---|
| 04/05/07 | TBR | Revise term sheet. | 03 | .50 |
| 04/05/07 | TBR | E-mail to Delphi Team, PWC regarding revised term sheet. | 03 | .20 |
| 04/05/07 | TBR | Review UCC search. | 03 | .60 |
| 04/05/07 | TBR | Further on-line search regarding liens. | 03 | .50 |
| 04/05/07 | L H | Office conference with Thomas Radom. Obtained a UCC search and corporate status of Pixley-Richards, Inc. from the Massachusetts Secretary of State. | 03 | .80 |
| 04/06/07 | TBR | Further review of PWC report. | 03 | .70 |
| 04/10/07 | TBR | Review and reply to PWC e-mail regarding April 11 conference call. | 03 | .20 |
| 04/11/07 | TBR | Telephone conference with M. Everett, A. Perry regarding strategy. | 03 | .40 |
| 04/12/07 | TBR | Conference call with Delphi Team, PWC regarding revised financials. | 03 | 1.30 |
| 04/12/07 | TBR | Review PWC updated analysis. | 03 | 1.00 |
| 04/13/07 | TBR | Conference call with Delphi Team, PWC regarding bankruptcy filing. | 03 | .50 |
| 04/16/07 | TBR | Prepare for and attend meeting with Delphi Team, Pixley Team regarding accommodations, bankruptcy planning. | 03 | 6.50 |
| 04/17/07 | TBR | Review PWC report. | 03 | 1.00 |
| 04/17/07 | TBR | Review no-setoff letter. | 03 | .20 |
| 04/17/07 | TBR | Telephone conference with A. Perry regarding no-setoff letter. | 03 | .20 |
| 04/18/07 | TBR | Telephone conference with M. Everett regarding status of Wachovia. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8340032

| Date | Initials | Description | | Hours |
|---|---|---|---|---|
| 04/18/07 | TBR | Conference calls with Delphi Team regarding funding options, strategy. | 03 | 2.80 |
| 04/18/07 | TBR | Telephone conferences with B. Smith regarding Wachovia. | 03 | .40 |
| 04/18/07 | TBR | Telephone conference with R. Patterson regarding Wachovia. | 03 | .20 |
| 04/18/07 | TBR | E-mails to Delphi Team regarding Wachovia. | 03 | .40 |
| 04/18/07 | TBR | Conference call with Company, Wachovia, Delphi Team regarding funding. | 03 | .80 |
| 04/19/07 | TBR | Conference call with Delphi Team regarding funding issues, sale. | 03 | 1.30 |
| 04/19/07 | TBR | Telephone conferences with B. Smith regarding funding issues, sale alternatives. | 03 | .70 |
| 04/19/07 | TBR | Telephone conference with M. Wilkins regarding background. | 03 | .20 |
| 04/19/07 | TBR | Telephone conference with A. Perry regarding alternatives. | 03 | .30 |
| 04/19/07 | MEW | Status call. | 03 | .70 |
| 04/19/07 | MEW | Status call. | 03 | .80 |
| 04/19/07 | MEW | Correspondence regarding hostage payment demand. | 03 | .10 |
| 04/19/07 | MEW | Draft and revise Letter Agreement and Promissory Note. | 03 | 1.20 |
| 04/19/07 | MEW | Review options and analysis. | 03 | .30 |
| 04/19/07 | MEW | Review PWC options, cost analysis. | 03 | .30 |
| 04/19/07 | MEW | Review PWC four week cash flow projection. | 03 | .20 |
| 04/19/07 | MEW | Conference with P. Hall, T. Radom regarding personal criminal liability for PRI officers for non-payment of vacation pay. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384383)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

```
DELPHI AUTOMOTIVE SYSTEMS                May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032
```

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 04/19/07 | P H | Conference with M. E. Wilkins re research. | 03 | 1.80 |
| 04/19/07 | P H | Research re: liability for non-payment of wages and/or accrued vacation benefits. | 03 | .50 |
| 04/19/07 | P H | Research re: successor liability. | 03 | .50 |
| 04/20/07 | TBR | Conference calls with Delphi Team, PWC regarding funding, strategic alternatives. | 03 | 1.00 |
| 04/20/07 | TBR | Review and revise letter agreement, promissory note. | 03 | .60 |
| 04/20/07 | TBR | Telephone conference with D. Rothman regarding Wachovia. | 03 | .40 |
| 04/20/07 | TBR | Review Bank documents. | 03 | 1.50 |
| 04/20/07 | TBR | Review PWC e-mail regarding landlord, funding issues. | 03 | .20 |
| 04/20/07 | MEW | Status update from PWC. | 03 | .20 |
| 04/20/07 | MEW | Revise and finalize Note and Letter Agreement and forward to Pixley counsel for execution. | 03 | 1.20 |
| 04/20/07 | MEW | Prepare for and participate in internal status call. | 03 | .80 |
| 04/20/07 | P H | Attention to promissory note. | 03 | 1.10 |
| 04/20/07 | P H | Research re: credit bid and successor liability. | 03 | 2.00 |
| 04/23/07 | TBR | Conference call with Delphi Team, Wachovia, Pixley regarding financial issues, funding. | 03 | .80 |
| 04/23/07 | TBR | Review and reply to M. Everett e-mail regarding payment terms. | 03 | .30 |
| 04/23/07 | MEW | Prepare for and participate in call with company, lender and follow-up with Delphi team. | 03 | 1.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| | | | | |
|---|---|---|---|---|
| 04/23/07 | MEW | Review Letter Agreement per PRI request, circulate for execution. | 03 | .20 |
| 04/23/07 | MEW | Review Delphi team notes regarding overall agreement with lender and company. | 03 | .20 |
| 04/23/07 | MEW | Correspondence from Supplier financial advisor regarding current issues facing company. | 03 | .20 |
| 04/23/07 | MEW | Review and analysis of previous term sheet presented to PRI. | 03 | .50 |
| 04/23/07 | MEW | Receive and forward signed Letter Agreement to A. Perry. | 03 | .10 |
| 04/23/07 | P H | Attention to case law re: successor liability. | 03 | .70 |
| 04/24/07 | TBR | Conference call with Delphi Team, PWC regarding financial alternatives. | 03 | 1.00 |
| 04/24/07 | TBR | Review PWC e-mails regarding vendor issues. | 03 | .50 |
| 04/24/07 | TBR | Review Everett, Perry e-mails regarding management issues. | 03 | .40 |
| 04/24/07 | TBR | E-mails with Everett regarding vendor issues. | 03 | .40 |
| 04/24/07 | MEW | Correspondence regarding financial status, possible need to file Chapter 11. | 03 | .30 |
| 04/24/07 | MEW | Correspondence regarding lender status, revolving loan availability. | 03 | .20 |
| 04/24/07 | MEW | Correspondence regarding status, strategy going forward. | 03 | .20 |
| 04/24/07 | MEW | Correspondence regarding lender position on ongoing funding. | 03 | .10 |
| 04/24/07 | MEW | Review PWC projections, cash needs. | 03 | .70 |
| 04/25/07 | TBR | Telephone with D. Rothman regarding Wachovia. | 03 | .80 |
| 04/25/07 | TBR | E-mail to Delphi Team regarding Wachovia. | 03 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | Init | Description | | |
|---|---|---|---|---|
| 04/25/07 | TBR | Telephone conference with M. Everett regarding Wachovia. | 03 | .20 |
| 04/25/07 | TBR | Telephone conference with A. Perry regarding options. | 03 | .20 |
| 04/25/07 | TBR | Review PWC analysis regarding options. | 03 | .60 |
| 04/25/07 | TBR | Review case law regarding UCC sales. | 03 | 2.00 |
| 04/25/07 | TBR | E-mails with B. Smith regarding UCC sales. | 03 | .40 |
| 04/25/07 | TBR | E-mails with A. Marshall regarding vendor contracts. | 03 | .30 |
| 04/25/07 | MEW | Conferences with T. Radom regarding case background and review current Bank requests. | 03 | 1.00 |
| 04/25/07 | MEW | Review PWC payables memo, analysis of out-of-court refinancing and restructuring. | 03 | .70 |
| 04/25/07 | MEW | Review A/P balances of 4/19/07 versus 3/01/07. | 03 | .30 |
| 04/26/07 | TBR | Conference call with Delphi Team, PWC regarding options. | 03 | 1.00 |
| 04/26/07 | TBR | Telephone conference with B. Smith regarding Wachovia. | 03 | .40 |
| 04/26/07 | TBR | Review PWC e-mails, analysis regarding options. | 03 | .70 |
| 04/26/07 | TBR | E-mails with B. Smith regarding employee issue, funding. | 03 | .50 |
| 04/26/07 | TBR | Review Patterson e-mail regarding funding. | 03 | .20 |
| 04/26/07 | TBR | Telephone conference with M. Everett, C. Archambault, L. Sears regarding employee issue. | 03 | .30 |
| 04/26/07 | TBR | Telephone conference with M. Wilkins regarding funding. | 03 | .20 |
| 04/26/07 | TBR | Review supply contracts. | 03 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 04/26/07 | MEW | Review PWC analysis of out of court refinancing and restructuring. | 03 | .40 |
| 04/26/07 | MEW | Review timing and risks of various options. | 03 | .30 |
| 04/26/07 | MEW | Correspondence regarding Second Delphi Loan, use of funds. | 03 | .20 |
| 04/26/07 | MEW | Review and analysis of costs and benefits of various strategic options. | 03 | .90 |
| 04/27/07 | TBR | Conference calls with Delphi Team, PWC regarding financing options. | 03 | 1.80 |
| 04/27/07 | TBR | Telephone conferences with M. Fencer, D. Rothman regarding Wachovia. | 03 | 1.50 |
| 04/27/07 | TBR | Review PWC options analysis. | 03 | 1.00 |
| 04/27/07 | TBR | E-mail to Delphi Team regarding Wachovia funding. | 03 | .20 |
| 04/27/07 | MEW | Prepare for and participate in Delphi call. | 03 | .70 |
| 04/27/07 | MEW | Review updated cash flow projections and PWC explanation of variance (through 5/12/07) from Supplier's prior request. | 03 | .50 |
| 04/27/07 | MEW | Draft and circulate for execution Second Promissory Note and Letter Agreement. | 03 | .70 |
| 04/27/07 | MEW | Conference with Supplier's counsel regarding terms of note and Letter Agreement. | 03 | .20 |
| 04/27/07 | MEW | Review resourcing cost and timing summary. | 03 | .30 |
| 04/27/07 | MEW | Review PWC options analysis. | 03 | .80 |
| 04/27/07 | MEW | Conference with T. Radom regarding status, lender issues. | 03 | .50 |
| 04/27/07 | MEW | Review options regarding Accommodation Agreement with Wachovia. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| 04/30/07 | TBR | Telephone conferences with Delphi Team regarding options, Wachovia. | 03 | .50 |
|---|---|---|---|---|
| 04/30/07 | TBR | Telephone conferences with B. Smith, M. Fencer and D. Rothman regarding Wachovia. | 03 | 1.00 |
| 04/30/07 | TBR | Review Wachovia letter. | 03 | .20 |
| 04/30/07 | TBR | Telephone conferences with M. Wilkins regarding Wachovia. | 03 | .40 |
| 04/30/07 | MEW | Prepare for and participate in Delphi team call. | 03 | 1.00 |
| 04/30/07 | MEW | Prepare for and participate in all hands call. | 03 | 1.00 |
| 04/30/07 | MEW | Obtain, return countersigned Notes to Supplier and Lender. | 03 | .10 |
| 04/30/07 | MEW | Work on access Agreement, outline Accommodation Agreement terms. | 03 | 1.00 |
| 04/30/07 | MEW | Correspondence and review Pixley increased cash request. | 03 | .30 |
| 04/30/07 | MEW | Conference with PWC regarding protocol for working to develop 13-week cash flow and review outline of proposal. | 03 | .20 |
| 04/30/07 | MEW | Prepare for and participate in Delphi team call. | 03 | .70 |
| 04/30/07 | MEW | Review updated cash flow and cash needs. | 03 | .30 |

TOTAL BILLABLE HOURS      82.60

TOTAL FEES                      26351.20

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

DISBURSEMENTS:

| | |
|---|---:|
| Copies | 64.30 |
| Color Copies | 354.00 |
| | ---------- |
| | 418.30 |

| | |
|---|---:|
| TOTAL FEES | 26351.20 |
| TOTAL DISBURSEMENTS | 418.30 |
| Matter Total | 26769.50 |
| | ============= |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  I & W INDUSTRIES, INC.                    000115900-0124


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/04/07 | TBR | Review file regarding equipment sale. | 03 | .40 |
| 04/04/07 | TBR | E-mail to R. Schneider regarding software. | 03 | .20 |
| 04/04/07 | TBR | Review J. McInerney e-mail regarding software. | 03 | .20 |
| 04/18/07 | TBR | Review e-mails regarding final funding demand. | 03 | .40 |
| 04/18/07 | TBR | E-mail to Delphi Team regarding final funding demands. | 03 | .20 |
| 04/18/07 | TBR | E-mail and telephone conference with R. Schneider, A. Perry regarding equipment, final funding demand. | 03 | .50 |
| 04/18/07 | TBR | Telephone conference with S. Grow regarding Bank debt. | 03 | .30 |
| 04/19/07 | TBR | Telephone conference with A. Perry, R. Schneider, J. McInerney regarding funding issue. | 03 | .30 |
| 04/19/07 | TBR | Telephone conferences with T. Lindahl regarding funding issue. | 03 | .60 |
| 04/19/07 | TBR | Conference call with Delphi Team, I & W regarding funding issue. | 03 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


TOTAL BILLABLE HOURS        3.90

TOTAL FEES            1287.00

DISBURSEMENTS:

Copies                              0.70
                                 - - - - - - - - - -
                                     0.70


TOTAL FEES                1287.00

TOTAL DISBURSEMENTS            0.70

Matter Total                1287.70
                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BING METALS GROUP, INC.            000115900-0125

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | TBR | Telephone conference with J. Fischer regarding Sixth Amendment. | 03 | .20 |
| 04/02/07 | TBR | E-mail with Delphi Team regarding Sixth Amendment. | 03 | .30 |
| 04/02/07 | TBR | E-mail to Bing, Banks, Customers regarding Sixth Amendment. | 03 | .20 |
| 04/02/07 | TBR | Review Drucker e-mail regarding Sixth Amendment. | 03 | .20 |
| 04/04/07 | TBR | E-mail to Delphi Team regarding Sixth Amendment. | 03 | .20 |
| 04/13/07 | TBR | E-mail to Delphi Team regarding extension. | 03 | .20 |
| 04/13/07 | TBR | E-mails with J. Fischer regarding extension. | 03 | .40 |
| 04/16/07 | TBR | E-mails with Delphi Team regarding Seventh Amendment. | 03 | .40 |
| 04/16/07 | TBR | E-mail to Company, Customers, Banks regarding Seventh Amendment. | 03 | .20 |
| 04/17/07 | TBR | Telephone conference with J. Fischer regarding status. | 03 | .20 |
| 04/18/07 | TBR | E-mail to Delphi Team regarding Seventh Amendment to Accommodation Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 04/20/07 | TBR | Review extension documents. | 03 | .40 |
| 04/20/07 | TBR | E-mail to Delphi Team regarding extension documents. | 03 | .20 |
| 04/23/07 | TBR | Review and e-mail to Delphi Team regarding Eighth Amendment to Accommodation Agreement, Fourth Amended Subordinated Participation Agreement. | 03 | .50 |
| 04/24/07 | TBR | E-mails with Delphi Team regarding amendment to Accommodation Agreement. | 03 | .50 |
| 04/24/07 | TBR | E-mail to Bing, Customers, Banks regarding Amendment to Accommodation Agreement. | 03 | .20 |
| 04/24/07 | TBR | Telephone conference with J. Fischer regarding Amendment to Accommodation Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS      4.70

TOTAL FEES                      1551.00

- - - - - - - - - -

TOTAL FEES                      1551.00

Matter Total                    1551.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TENATRONICS LTD.                    000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/09/07 | TBR | E-mail to R. Estrada regarding freight issue. | 03 | .20 |
| 04/12/07 | TBR | Telephone conference with L. Ellis regarding open issues. | 03 | .50 |
| 04/12/07 | TBR | Telephone conference with A. Perry regarding open issues. | 03 | .20 |
| 04/13/07 | TBR | Conference call with A. Perry, R. Estrada regarding open issues. | 03 | .40 |
| 04/13/07 | TBR | Telephone conference with L. Ellis regarding open issues. | 03 | .20 |
| 04/24/07 | TBR | E-mail to R. Estrada regarding status of open issues. | 03 | .20 |
| 04/27/07 | TBR | Review and respond to Ellis e-mail regarding status of inventory issues. | 03 | .20 |


                    TOTAL BILLABLE HOURS        1.90

                        TOTAL FEES              627.00

                                        - - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

TOTAL FEES                           627.00

Matter Total                         627.00
                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  QC ONICS                                    000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | MEW | Review agenda and prepare for Customer call. | 03 | .30 |
| 04/05/07 | MEW | Review assets remaining to be liquidated, and related correspondence. | 03 | .30 |
| 04/06/07 | MEW | Correspondence regarding liquidation of inventory. | 03 | .30 |
| 04/09/07 | MEW | Review current case status, open issues, status of disposition of collateral. | 03 | 1.00 |
| 04/10/07 | MEW | Prepare for and participate in attorney call re review JST issues. | 03 | 1.20 |
| 04/10/07 | MEW | Prepare for and participate in Customer call. | 03 | 1.00 |
| 04/10/07 | MEW | Review JST equipment issues. | 03 | .90 |
| 04/10/07 | MEW | Correspondence regarding $5,000 to be returned to Customers by National City. | 03 | .10 |
| 04/16/07 | MEW | Review agenda for customer update call. | 03 | .20 |
| 04/16/07 | P H | Conference call with Customer Group. | 03 | 1.00 |
| 04/18/07 | MEW | Review memorandum and research regarding perfection of (bank's) lien in proceeds in QC account, transferability to Customers. | 03 | 1.40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| | | | | |
|---|---|---|---|---|
| 04/19/07 | MEW | Review scrap and book value inventory information. | 03 | .20 |
| 04/19/07 | MEW | Correspondence and analysis regarding disposition of remaining collateral. | 03 | 1.10 |
| 04/19/07 | MEW | Correspondence regarding handling JST equipment. | 03 | .20 |
| 04/23/07 | MEW | Review agenda of open items for conference call. | 03 | .20 |
| 04/23/07 | MEW | Correspondence regarding JST equipment. | 03 | .20 |
| 04/24/07 | MEW | Correspondence regarding return of JST leased equipment. | 03 | .10 |
| 04/25/07 | MEW | Review leased equipment (JST) status, proposal to ship to JST. | 03 | .40 |
| 04/25/07 | MEW | Correspondence regarding JST equipment. | 03 | .20 |
| 04/26/07 | MEW | Correspondence regarding JST leased equipment and shipping. | 03 | .20 |
| 04/26/07 | MEW | Correspondence regarding JST equipment, return to JST. | 03 | .10 |
| 04/26/07 | MEW | Correspondence regarding disposition of inventory, Penske warehouse. | 03 | .20 |
| 04/27/07 | MEW | Correspondence regarding matter status, Penske warehouse lease extension. | 03 | .20 |
| 04/30/07 | MEW | Review Customer call agenda, related correspondence. | 03 | .20 |

TOTAL BILLABLE HOURS        11.20

TOTAL FEES                3586.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


DISBURSEMENTS:

        Copies                                      1.20
                                               -----------
                                                    1.20


                    TOTAL FEES                    3586.00

                    TOTAL DISBURSEMENTS              1.20
                                               -----------

                    Matter Total                 3587.20
                                               ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   GENERAL MOTORS ARBITRATION                    000115900-0129

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/01/07 | M_L | Research Michigan law for authority on broadening trend of discovery. | 10 | 1.80 |
| 04/01/07 | M_L | Continue Motion to Compel. | 10 | 1.80 |
| 04/02/07 | HCD | Work on proofs outline and "to do" list re witness and investigation. | 10 | 1.20 |
| 04/02/07 | HCD | Review GM production re proofs outline. | 10 | .70 |
| 04/02/07 | HCD | Review and organize Delphi production. | 10 | .80 |
| 04/02/07 | HCD | Assess possible motion to compel and timing re same. | 10 | .40 |
| 04/02/07 | L C | Located and corrected the dii file error for the additional documents to be added to the privilege log database in Summation. | 10 | .50 |
| 04/03/07 | EMK | Letter from E. Dwyer regarding Taxi documents. | 10 | .10 |
| 04/03/07 | EMK | E-mail to W. Cosnowski and J. Papelian regarding response. | 10 | .10 |
| 04/03/07 | EMK | E-mail exchange with W. Cosnowski regarding follow up. | 10 | .10 |
| 04/03/07 | HCD | Continued work on proofs outline and to do list. | 10 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

| Date | Init. | Description | | Hours |
|---|---|---|---|---|
| 04/03/07 | HCD | Review Dwyer letter re discovery issues and assess/outline possible response. | 10 | .40 |
| 04/03/07 | L C | Loaded additional documents and images from the privilege log into Summation. | 10 | .30 |
| 04/04/07 | EMK | Prepare for conference call with W. Cosnowski and J. Papelian regarding E. Dwyer's latest letter. | 10 | .20 |
| 04/04/07 | EMK | Conference call regarding strategy for response. | 10 | .40 |
| 04/04/07 | EMK | Work on proofs outline. | 10 | .50 |
| 04/04/07 | EMK | Telephone call to R. Crawford regarding damage expert testimony. | 10 | .10 |
| 04/04/07 | HCD | Prepare for client conference, including review of Dwyer letters. | 10 | .50 |
| 04/04/07 | HCD | Client conference re response to Dwyer and potential motion to compel. | 10 | .40 |
| 04/04/07 | HCD | Outline and begin drafting motion to compel. | 10 | .60 |
| 04/04/07 | HCD | Work on proofs outline and to do list and draft memo to file re same. | 10 | 1.60 |
| 04/05/07 | EMK | Work on response to E. Dwyer letter. | 10 | .80 |
| 04/05/07 | HCD | Work on motion to compel. | 10 | 1.80 |
| 04/05/07 | HCD | Assess motion strategy and response content and timing pertinent to letters from GM counsel. | 10 | 1.60 |
| 04/05/07 | HCD | Review all correspondence regarding discovery issues to date. | 10 | .60 |
| 04/09/07 | EMK | Work on draft "meet and confer" letter to E. Dwyer regarding taxi documents. | 10 | .50 |
| 04/09/07 | HCD | Draft, revise and edit motion to compel and brief and affidavit in support. | 10 | 8.60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | Init. | Description | | |
|------|-------|-------------|---|---|
| 04/09/07 | HCD | Draft, revise and edit letter to E. Dwyer re open discovery issues. | 10 | 1.40 |
| 04/09/07 | M_L | Review and confer re: Motion to Compel. | 10 | .70 |
| 04/16/07 | EMK | E-mail from W. Cosnowski regarding draft letter and motion to compel concerning documents. | 10 | .10 |
| 04/16/07 | EMK | Telephone call to W. Cosnowski regarding revised letter and motion. | 10 | .10 |
| 04/16/07 | EMK | Work on revised letter. | 10 | .80 |
| 04/16/07 | EMK | Begin work on revised motion. | 10 | .60 |
| 04/16/07 | EMK | E-mail to GM attorney re: motion to compel. | 10 | .10 |
| 04/16/07 | HCD | Conference with client re motion and letter. | 10 | .20 |
| 04/16/07 | HCD | Review suggested revisions to motion and letter. | 10 | .20 |
| 04/16/07 | HCD | Revised motion to compel. | 10 | .60 |
| 04/16/07 | HCD | Review CARB submissions and follow up re status of CARB requests. | 10 | .50 |
| 04/16/07 | HCD | Review E. Dwyer letter and assess response. | 10 | .40 |
| 04/17/07 | HCD | Review L. Abramczyk e-mail. | 10 | .20 |
| 04/17/07 | HCD | Prepare for telephone conference with F. Manley re expert issues. | 10 | .30 |
| 04/17/07 | HCD | Work on follow up/response to same. | 10 | .90 |
| 04/17/07 | HCD | Work on revisions to motion to compel. | 10 | .40 |
| 04/17/07 | M_L | Assemble and review information in response to arbitrator's questions on selected documents provided for in camera review. | 10 | 1.80 |
| 04/17/07 | M_L | Review of documents highlighted by arbitrator. | 10 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| 04/18/07 | EMK | Letter from E. Dwyer regarding pending discovery. | 10 | .20 |
|---|---|---|---|---|
| 04/18/07 | EMK | E-mail to W. Cosnowski and J. Papelian re pending discovery. | 10 | .10 |
| 04/18/07 | EMK | Second letter from E. Dwyer re: pending discovery. | 10 | .10 |
| 04/18/07 | EMK | E-mail to W. Cosnowski and J. Papelian re: Dwyer letter. | 10 | .10 |
| 04/18/07 | HCD | Work on response to L. Abramczyk pertaining to requests for sample privilege documents. | 10 | .80 |
| 04/18/07 | HCD | Work on revised draft of motion to compel. | 10 | .30 |
| 04/18/07 | L C | Researching and collecting documents regarding the arbitrator's questions regarding the privilege log entries. | 10 | .90 |
| 04/18/07 | M_L | Continue gathering documents and review of privilege log to address arbitrator's inquiry. | 10 | 3.40 |
| 04/19/07 | EMK | E-mail from L. Abramczyk regarding conflict. | 10 | .10 |
| 04/19/07 | EMK | E-mail from J. Papelian (no conflict). | 10 | .10 |
| 04/19/07 | EMK | E-mail to L. Abramczyk re: conflict issue. | 10 | .10 |
| 04/19/07 | HCD | Review correspondence from E. Dwyer re discovery issues. | 10 | .30 |
| 04/19/07 | HCD | Work on revised motion to compel. | 10 | .50 |
| 04/19/07 | HCD | Follow up re discovery. | 10 | .30 |
| 04/19/07 | L C | Continued researching and collecting documents referenced in the arbitrator's questions regarding the privilege log. | 10 | .80 |
| 04/20/07 | EMK | Work on motion to compel. | 10 | .30 |
| 04/20/07 | EMK | Telephone call to W. Cosnowski re: motion to compel. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384483)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 04/20/07 | HCD | Work on e-mail to L. Abramczyk re privilege log issues and review associated documents and communications. | 10 | 1.60 |
| 04/20/07 | HCD | Work on response to Dwyer letter re supplemental disclosure. | 10 | 1.30 |
| 04/20/07 | HCD | Work on revised motion to compel. | 10 | .40 |
| 04/20/07 | HCD | Work on updated to do list. | 10 | .40 |
| 04/20/07 | HCD | Review supplemental GM production. | 10 | .50 |
| 04/20/07 | HCD | Meet with E. Kronk re motion. | 10 | .20 |
| 04/20/07 | L C | Completed researching and collecting documents regarding the arbitrator's questions regarding the privilege log entries. | 10 | 1.20 |
| 04/22/07 | EMK | Work on motion to compel. | 10 | 2.80 |
| 04/22/07 | HCD | Work on updated motion to compel. | 10 | 1.10 |
| 04/22/07 | HCD | Review letters to and from GM counsel re discovery issues. | 10 | .50 |
| 04/22/07 | HCD | Review associated production and assess responses and next steps. | 10 | .80 |
| 04/22/07 | M_L | Review of Ford supplemental production of CARB-related documents. | 10 | 2.40 |
| 04/23/07 | EMK | Telephone call from W. Cosnowski and J. Papelian regarding motion to compel. | 10 | .20 |
| 04/23/07 | EMK | Further work on motion to compel. | 10 | 2.60 |
| 04/23/07 | EMK | Review status of discovery requests and GM responses in connection with motion to compel. | 10 | 1.00 |
| 04/23/07 | HCD | Work on updated motion to compel. | 10 | .80 |
| 04/23/07 | HCD | Prepare for and participate in conference call with F. Manley re edits and updates to expert report. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

| 04/23/07 | HCD | Review revised report. | 10 | .20 |
|---|---|---|---|---|
| 04/23/07 | M_L | Continued review of CARB documents. | 10 | 4.50 |
| 04/24/07 | EMK | Further work on draft motion to compel. | 10 | .80 |
| 04/24/07 | EMK | Telephone call from W. Cosnowski re: discovery issue. | 10 | .10 |
| 04/24/07 | M_L | Review emission warranty information reports. | 10 | 3.10 |
| 04/25/07 | EMK | Further work on motion to compel based on Papelian edits. | 10 | .50 |
| 04/25/07 | EMK | Review L. Abramczyk ruling regarding privilege log. | 10 | .10 |
| 04/25/07 | EMK | Work on follow up to ruling. | 10 | .40 |
| 04/25/07 | HCD | Prepare for Manley conference re report. | 10 | .30 |
| 04/25/07 | HCD | Work on updated motion and affidavit. | 10 | 1.70 |
| 04/25/07 | HCD | Review order re motion to compel and follow up re same, including collection of documents. | 10 | 1.20 |
| 04/25/07 | HCD | Review supplemental GM documents re CARB. | 10 | 1.40 |
| 04/25/07 | HCD | Update to do list and discovery plan. | 10 | .30 |
| 04/25/07 | HCD | Review revised Oldeck/Manley expert report. | 10 | .30 |
| 04/25/07 | HCD | Prepare for Ogger meeting and interview. | 10 | .50 |
| 04/25/07 | M_L | Review arbitrator's ruling. | 10 | .10 |
| 04/25/07 | M_L | Begin gathering documents in accordance with arbitrator's ruling. | 10 | 1.80 |
| 04/25/07 | M_L | Begin review of other items on privilege log potentially subject to production consistent with arbitrator's ruling. | 10 | 2.50 |
| 04/26/07 | EMK | Work on McIntosh affidavit. | 10 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

| 04/26/07 | EMK | E-mail from E. Dwyer regarding follow up on privilege ruling. | 10 | .10 |
|---|---|---|---|---|
| 04/26/07 | EMK | E-mail from E. Dwyer regarding scheduling of depositions. | 10 | .10 |
| 04/26/07 | HCD | Review 3M Subpoena and follow up re same. | 10 | .40 |
| 04/26/07 | HCD | Prepare for and attend meeting with J. Ogger re his knowledge of taxi fleet issues. | 10 | 1.40 |
| 04/26/07 | HCD | Review draft expert report prepared by F. Manley and Oldeck. | 10 | .50 |
| 04/26/07 | HCD | Prepare for and participate in conferences with F. Manley re draft expert report and re motion to compel and supporting affidavit. | 10 | .80 |
| 04/26/07 | HCD | Revise and edit motion to compel, brief in support, and affidavit. | 10 | 2.10 |
| 04/26/07 | HCD | Review numerous lengthy letters and requests from opposing counsel re discovery issues and follow up re same, including assessment of scope of supplemental production obligations. | 10 | 2.20 |
| 04/26/07 | HCD | Work on supplemental production per L. Abramczyk Order. | 10 | .70 |
| 04/26/07 | HCD | Deposition scheduling. | 10 | .40 |
| 04/26/07 | L C | Collected the documents from the privilege log to be produced per L. Adamczyk's ruling following the in camera document review. | 10 | .60 |
| 04/26/07 | M_L | Review documents for supplemental production consistent with arbitrator's order. | 10 | 2.20 |
| 04/26/07 | M_L | Continue review of GM supplemental production. | 10 | 2.60 |
| 04/27/07 | EMK | Further work on McIntosh affidavit and motion to compel. | 10 | .50 |
| 04/27/07 | EMK | Work on responses to discovery requests (letters). | 10 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 04/27/07 | HCD | Review deposition letter and work deposition schedule and preparations. | 10 | 1.50 |
| 04/27/07 | HCD | Work on L. McIntosh affidavit and brief in support of motion to compel. | 10 | 1.10 |
| 04/27/07 | HCD | Multiple conferences with F. Manley re associated factual issues and strategy. | 10 | 1.30 |
| 04/27/07 | HCD | Conduct Loel McIntosh interview re affidavit edits. | 10 | .90 |
| 04/27/07 | HCD | Prepare for depositions. | 10 | 1.40 |
| 04/27/07 | HCD | Work on supplemental production of documents. | 10 | .80 |
| 04/27/07 | HCD | Review letters from opposing counsel re supplemental discovery and assess responses to same. | 10 | 1.30 |
| 04/27/07 | L C | Prepared documents from the privilege log for production per L. Adamczyk's ruling following the in camera document review. | 10 | 2.80 |
| 04/27/07 | M_L | Complete supplemental production document set to GM. | 10 | 2.50 |
| 04/27/07 | M_L | Draft letter to GM counsel enclosing documents. | 10 | .30 |
| 04/27/07 | M_L | Continue gathering documents in preparation for depositions of D'Aniello and Chlubiski. | 10 | 2.10 |
| 04/30/07 | EMK | Telephone call to W. Cosnowski and J. Papelian regarding various discovery and document issues. | 10 | .40 |
| 04/30/07 | EMK | E-mail from E. Dwyer regarding taxi documents. | 10 | .10 |
| 04/30/07 | EMK | Telephone call to W. Cosnowski regarding response to E. Dwyer. | 10 | .10 |
| 04/30/07 | EMK | Review converter shipping documents from McIntosh. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| 04/30/07 | EMK | E-mail to E. Dwyer regarding serial numbers. | 10 | .30 |
| 04/30/07 | HCD | Revise and edit draft motion to compel and McIntosh Affidavit. | 10 | .80 |
| 04/30/07 | HCD | Prepare motion to compel and affidavit for filing. | 10 | .20 |
| 04/30/07 | HCD | Deposition planning and preparation. | 10 | 1.20 |
| 04/30/07 | HCD | Document review planning. | 10 | 2.20 |
| 04/30/07 | HCD | Conference with client re open issues. | 10 | .30 |
| 04/30/07 | L C | Discussion and email to HCD and MHL regarding the status of the Delphi and GM document productions in anticipation of upcoming depositions. | 10 | 2.20 |
| 04/30/07 | L C | Forwarded to P. Tottis an electronic copy of the documents from the privilege log that L. Adamczyk ruled should be produced. | 10 | .70 |
| 04/30/07 | M_L | Organize documents for deposition preparation. | 10 | 4.50 |
| 04/30/07 | M_L | Memo to file regarding GM supplemental production of CARB materials. | 10 | 1.80 |

                    TOTAL BILLABLE HOURS        130.90

                         TOTAL FEES             28231.35

DISBURSEMENTS:

            Copies                          226.20
            Litigation Support               37.50
            Digital Services                 45.00
                                          ----------
                                            308.70

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


TOTAL FEES                    28231.35

TOTAL DISBURSEMENTS              308.70
                              ───────────

Matter Total                  28540.05
                              =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  INTERIOR GROUP SALE                                   000115900-0130

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | SJ | Review Renco requested changes to Master Service Agreement. | 03 | 1.50 |
| 04/04/07 | SJ | Conference call on Interiors and Closure legal issues. | 03 | .60 |
| 04/04/07 | SJ | Review and respond to communication from Mark Hester regarding providing wastewater treatment services to divested Mexico Unit. | 03 | .30 |
| 04/13/07 | SJ | Review RENCO MSA revision issue summaries from Karen Check. | 03 | .40 |
| 04/26/07 | SJ | Conference call with Mark Hester and Dan Bicknell. | 03 | .50 |
| 04/27/07 | SJ | Conference call with Mark Hester and Dan Bicknell regarding Renco environmental changes to MSA. | 03 | 1.80 |

TOTAL BILLABLE HOURS          5.10

TOTAL FEES                    1203.60

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

TOTAL FEES                           1203.60

Matter Total                         1203.60
                            ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ACCESS ELECTRONICS, INC.              000115900-0139


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/17/07 | TBR | Telephone conference with A. Perry regarding additional financing. | 03 | .20 |
| 04/17/07 | TBR | Telephone conference and e-mail with J. Hanusa regarding additional financing. | 03 | .50 |
| 04/17/07 | TBR | Review Agreements regarding additional financing. | 03 | .40 |
| 04/18/07 | TBR | E-mails with A. Perry regarding additional funding. | 03 | .40 |
| 04/20/07 | TBR | Telephone conferences with A. Perry regarding funding. | 03 | .50 |
| 04/20/07 | TBR | Telephone conference with J. Hanusa regarding funding. | 03 | .50 |
| 04/24/07 | TBR | Review J. Hanusa voicemail regarding documents. | 03 | .20 |
| 04/24/07 | TBR | Telephone conference and e-mail with A. Perry regarding additional funding. | 03 | .50 |
| 04/24/07 | TBR | Review funding documents. | 03 | .50 |
| 04/26/07 | TBR | Review Everett e-mail regarding options. | 03 | .20 |
| 04/27/07 | TBR | Telephone conference with M. Everett regarding resourcing options. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


TOTAL BILLABLE HOURS        4.10

        TOTAL FEES              1353.00

                            - - - - - - - - - -


        TOTAL FEES                1353.00
                            _____

        Matter Total              1353.00
                            ================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   SECONDMENT OVER 8 HOURS              000115900-0140


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/03/07 | C_G | Continued drafting Chenault position statement and Responses to Interrogatories; e-mailed drafts of both to Jeff Peterson for his review. | 06 | 4.30 |
| 04/04/07 | C_G | Finalized and mailed extensive responses to Requests for Additional Information on the Randall Charge. | 06 | 1.00 |
| 04/04/07 | C_G | Edited Chenault position statement per Jeff Peterson's suggestions; edited Responses to Interrogatories per new information from Doug Sebastian. | 06 | .50 |
| 04/05/07 | C_G | Finalized entire Chenault filing; drafted enclosure letter; sent position statement and discovery to the Investigator. | 06 | .60 |
| 04/05/07 | C_G | Edited Halstead position statement per Jeff Peterson's instructions; filed position statement and discovery. | 06 | .50 |
| 04/05/07 | C_G | Reviewed Martin Charge of Discrimination and drafted extension letter. | 06 | .50 |
| 04/05/07 | C_G | Reviewed Tidwell Charge of Discrimination; drafted extension letter. | 06 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | | Description | | |
|---|---|---|---|---|
| 04/18/07 | C_G | Drafted Response to OCRC's Second Request for Additional Information and sent it to the Investigator. | 06 | 2.90 |
| 04/19/07 | C_G | Attention to Martin Charge of Discrimination including call to Dave Elliott regarding investigation and call from Investigator; started drafting position statement. | 06 | 2.20 |
| 04/20/07 | C_G | Attention to Tidwell Charge including follow-up questions regarding the investigation and drafting the Position Statement. | 06 | 5.90 |
| 04/24/07 | C_G | Finalized Tidwell position statement for Jeff Peterson's review; e-mailed position statement to Jeff Peterson; received comments from Jeff and edited position statement per his comments; filed position statement with the New York Human Rights Department. | 06 | 2.10 |
| 04/25/07 | C_G | Review of Layton Charge; drafted extension letter; called Jodi Gushen to initiate investigation; faxed Charge to Jodi Gushen. | 06 | .60 |
| 04/25/07 | C_G | Continued drafting Martin position statement. | 06 | 1.00 |
| 04/26/07 | C_G | Continued drafting position statement for the Martin Charge; call to Steve O. for documentation for the Martin Charge. | 06 | 3.00 |
| 04/27/07 | C_G | Continued to write Martin position statement including phone conversations with Donna Ryder for follow-up information. | 06 | 1.30 |

TOTAL BILLABLE HOURS       26.70

TOTAL FEES                 5340.00

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

|  |  |
|---|---|
| TOTAL FEES | 5340.00 |
| Matter Total | 5340.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PARKVIEW METAL PRODUCTS, LLC          000115900-0141


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/23/07 | TBR | E-mails with B. Chapman regarding status of resourcing. | 03 | .30 |

TOTAL BILLABLE HOURS        0.30

TOTAL FEES                      99.00

----------

TOTAL FEES                      99.00

Matter Total                    99.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MICHIGAN SPRING AND STAMPING          000115900-0142

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | JEW | Correspondence from and to client re status. | 10 | .10 |
| 04/02/07 | JEW | Secure check of electronic docket for case and review results of check showing answer timely filed. | 10 | .10 |
| 04/02/07 | A_R | Online search re: copy of the current docket sheet. | 10 | .20 |
| 04/15/07 | JEW | Preparation for phone meeting with client next day. | 10 | .40 |
| 04/16/07 | JEW | Preparation for and conduct phone meeting with client and client's counsel regarding status of the litigation and plans and next steps for the case now that Michigan Spring has answered the complaint. | 10 | 3.00 |
| 04/19/07 | MTT | Review/analyze pleadings and documents provided by client. | 10 | 1.30 |
| 04/19/07 | MTT | Work on draft internal preservation letters for key personnel and IT department. | 10 | .70 |
| 04/19/07 | MTT | Work on draft interrogatories and document requests to PPG. | 10 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 04/23/07 | JEW | Correspondence to client laying out recommendations for internal housekeeping on electronic document production and preservation. | 10 | .40 |
| 04/23/07 | MTT | Review client documents for framing discovery requests. | 10 | 2.60 |
| 04/23/07 | MTT | Draft interrogatories and requests for production of documents. | 10 | 1.60 |
| 04/23/07 | MTT | Draft internal preservation letters to key personnel and IT department. | 10 | .40 |
| 04/24/07 | MTT | Continue drafting interrogatories and requests for production of documents to defendant. | 10 | 1.20 |
| 04/24/07 | MTT | Review client documents for interrogatories and requests for production. | 10 | .40 |
| 04/25/07 | JEW | Correspondence to client proposing discovery requests and addressing the issue of Electronically Stored Information. | 10 | .50 |
| 04/25/07 | MTT | Review e-mail from J. Wynne to client regarding draft discovery requests. | 10 | .20 |

TOTAL BILLABLE HOURS        13.70

TOTAL FEES              3367.20
- - - - - - - - - -

TOTAL FEES              3367.20

Matter Total             3367.20
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  KINPO GROUP

000115900-0144

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/02/07 | D_S | Continued and completed drafting Complaint: finished drafting factual summary section, drafted counts from breach of contract, anticipatory repudiation, and fraud; revised Complaint. | 10 | 5.00 |
| 04/02/07 | D_S | Drafted email correspondence to C. Brown re Complaint and key factual and damages issues need further factual investigation. | 10 | 1.30 |
| 04/04/07 | D_S | Reviewed email correspondence from P. Pollack re meeting. | 10 | .10 |
| 04/04/07 | D_S | Drafted email correspondence to C. Brown re meeting. | 10 | .10 |
| 04/04/07 | D_S | Reviewed email correspondence from C. Brown re meeting. | 10 | .10 |
| 04/16/07 | D_S | Drafted email correspondence to C. Brown re meeting with P. Pollack. | 10 | .10 |
| 04/16/07 | D_S | Reviewed email correspondence from C. Brown re meeting. | 10 | .10 |
| 04/16/07 | D_S | Reviewed email correspondence from P. Pollack re meeting. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| | | | | |
|---|---|---|---|---|
| 04/20/07 | D_S | Conference with C. Brown, P. Pollack, and M. Whelan re factual background, draft of Complaint, jurisdiction, liability, damages issues, and plan for completing draft and handling lawsuit. | 10 | 2.50 |
| 04/21/07 | D_S | Follow-up e-mail to C. Brown, P. Pollack, and M. Whelan re follow-up issues for document review and completing Complaint. | 10 | .30 |
| 04/23/07 | MAP | Review case materials forwarded by Dan Sharkey. | 10 | .50 |
| 04/24/07 | MAP | Discuss with Sharkey the preferred format for additional case materials to be provided by client. | 10 | .20 |
| 04/24/07 | MAP | Create Summation database for anticipated electronic materials. | 10 | .30 |
| 04/24/07 | D_S | Received voicemail from P. Newton re document production. | 10 | .10 |
| 04/24/07 | D_S | Draft email correspondence to M. Pleban re document production. | 10 | .10 |
| 04/24/07 | D_S | Telephone conference call to P. Newton re same. | 10 | .10 |
| 04/27/07 | D_S | Received voicemail from P. Newton re documents. | 10 | .10 |
| 04/27/07 | D_S | Telephone call to and drafted email correspondence to P. Newton re documents. | 10 | .10 |
| 04/27/07 | D_S | Reviewed email correspondence from and telephone conference with M. Pleban re documents. | 10 | .10 |
| 04/30/07 | D_S | Preliminary review of CDÆs with Delphi documents. | 10 | .70 |
| 04/30/07 | D_S | Reviewed correspondence from P. Newton re documents. | 10 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    May 22, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

| Date | | Description | | |
|---|---|---|---|---|
| 04/30/07 | D_S | Assigned A. Richards and K. Schoening re documents. | 10 | .20 |
| 04/30/07 | D_S | Drafted email correspondence to C. Brown and P. Newton re plan for review of documents and filing of Complaint. | 10 | .20 |
| 04/30/07 | K_S | Load electronic documents into Summation for process of reviewing. | 10 | 4.20 |

TOTAL BILLABLE HOURS    16.70

TOTAL FEES    3670.65

DISBURSEMENTS:

Copies                                          10.70
                                             ----------
                                                10.70

TOTAL FEES                    3670.65

TOTAL DISBURSEMENTS              10.70
                              ------------
Matter Total                  3681.35
                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   WILLOW HILL INDUSTRIES                     000115900-0145

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/03/07 | TBR | Telephone conference with D. Deibel, A. Perry regarding inventory, A/P. | 03 | .40 |
| 04/04/07 | TBR | Review and reply to D. Deibel e-mail regarding inventory proposal. | 03 | .20 |
| 04/11/07 | TBR | Telephone conference with D. Deibel regarding inventory agreement. | 03 | .20 |
| 04/12/07 | TBR | Review file and e-mail to D. Deibel regarding draft inventory letter. | 03 | .30 |

TOTAL BILLABLE HOURS          1.10

TOTAL FEES                363.00

- - - - - - - - - -

TOTAL FEES                363.00

Matter Total              363.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   WREN INDUSTRIES

000115900-0147

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/03/07 | TBR | Conference call with Delphi Team regarding FTS strategy. | 03 | 1.00 |
| 04/03/07 | TBR | Review Supplier financials. | 03 | .50 |
| 04/03/07 | TBR | E-mail to M. Everett, A. Perry regarding financials. | 03 | .20 |

TOTAL BILLABLE HOURS        1.70

TOTAL FEES            561.00

- - - - - - - - - -

TOTAL FEES            561.00

Matter Total        561.00

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8340032

May 22, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   PRODUCTION SPECIALTIES GROUP, LLC          000115900-0148

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 04/26/07 | MEW | Review status information, underlying contracts and assignment pleadings. | 03 | 1.00 |
| 04/27/07 | TBR | Review e-mails regarding background. | 03 | .40 |
| 04/27/07 | TBR | Conference call with Delphi Team regarding receivership, open issues. | 03 | 1.00 |
| 04/27/07 | TBR | Conference with Mr Wilkins regarding open issues. | 03 | .40 |

TOTAL BILLABLE HOURS          2.80

TOTAL FEES                       924.00

- - - - - - - - - -

TOTAL FEES                       924.00

Matter Total                     924.00
==============