# EXHIBIT F
# (Part 4 of 5)

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

June 28, 2007

To:    David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

### Summary of Total Billable Hours by Category
### for the Period May 1, 2007 through May 31, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 234.70 | $75,188.60 |
| Employee Benefits/Pensions | 41.90 | 10,101.50 |
| Fee/Employment Applications | .30 | 99.00 |
| Litigation | 619.10 | 114,031.15 |
| Totals: | 896.00 | $199,420.25 |

## Summary of Disbursements
### for the Period May 1, 2007 through May 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $782.80 |
| Digital Reproduction | $346.60 |
| Special Postal Charges | $22.88 |
| Telephone Charges | $192.97 |
| Local Telecopy Charges | $.20 |
| CD Duplication | $5.00 |
| Filing Fees | $235.00 |
| Express Delivery | $81.38 |
| Motion Fee | $270.00 |
| Delivery – Car Messenger | $67.26 |
| Travel Expenses | $491.67 |
| Totals: | $2,495.76 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period May 1, 2007 through May 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Edward M. Kronk | Shareholder | 1971 | $331.50 | 15.00 | $4,972.50 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 7.30 | $2,219.20 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 78.50 | $25,905.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 135.10 | $44,583.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $330.00 | 3.00 | $990.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 1.20 | $329.40 |
| Michael F. Golab | Shareholder | 1980 | $268.00 | .40 | $107.20 |
| David B. Braun | Shareholder | 1993 | $248.00 | 2.40 | $595.20 |
| Daniel N. Sharkey | Shareholder | 1995 | $244.00 | 1.20 | $292.80 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 12.90 | $3,147.60 |

June 28, 2007
Page 3

| | | | | | |
|---|---|---|---|---|---|
| Herbert C. Donovan | Shareholder | 1991 | $234.00 | 208.70 | $48,835.80 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 8.60 | $2,029.60 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 31.30 | $7,981.50 |
| Taylor, Maureen T. | Shareholder | 1997 | $220.00 | 3.10 | $682.00 |
| Charlotte A. Garry | Associate | 1998 | $200.00 | 10.60 | $2,120.00 |
| Lori A. Burke | Associate | 2002 | $172.00 | 1.20 | $206.40 |
| Eric M. Mathis | Associate | 2003 | $172.00 | 12.30 | $2,115.60 |
| Matthew H. Letzmann | Associate | 2003 | $161.50 | 236.70 | $38,227.05 |
| Brent W. Warner | Associate | 2004 | $157.26 | .50 | $78.63 |
| Michael T. Brennan | Associate | 2006 | $140.27 | .60 | $84.16 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 10.10 | $1,333.20 |
| Benjamin Steffans | Associate | 2006 | $131.76 | 1.40 | $184.46 |

**Paralegals**

| | | | | |
|---|---|---|---|---|
| Laura Clark | Paralegal | $119.00 | 47.90 | $5,700.10 |
| Leonor Hendricksen | Paralegal | $104.00 | 1.30 | $135.20 |
| Richards, Alexis | Paralegal | $108.00 | 34.60 | $3,736.80 |
| Carole C. McKay | Paralegal | $100.00 | .30 | $30.00 |
| Denise E. Gau | Paralegal | $96.00 | .50 | $48.00 |
| Schoening, Kimberly | Paralegal | $94.50 | 27.30 | $2,579.85 |
| Schoening, Kimberly | Paralegal | $85.00 | $2.00 | $170.00 |

Grand Total:                                        896.00        $199,420.25

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

June 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MERIDIAN INDUSTRIES                     000115900-0026

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/29/07 | TBR | Telephone conference with S. Corcoran regarding preference action. | 03 | .20 |
| 05/29/07 | TBR | E-mail to K. Keller regarding preference action. | 03 | .20 |
| 05/30/07 | TBR | Telephone conference and e-mail with N. Cohen regarding preference actions. | 03 | .40 |
| 05/30/07 | TBR | E-mails to S. Corcoran regarding extension to answer. | 03 | .30 |

TOTAL BILLABLE HOURS          1.10

TOTAL FEES                              363.00

- - - - - - - - - -

TOTAL FEES                              363.00

Matter Total                              363.00

===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/01/07 | C_G | Attention to Layton investigation including phone calls to Jodi Gushen, review of information from Jodi Gushen, and starting to draft position statement. | 06 | 3.80 |
| 05/01/07 | C_G | Finalized and filed Martin position statement. | 06 | 4.00 |
| 05/04/07 | C_G | Conference call with the Investigator on the Richardson case regarding conciliation. | 06 | .20 |
| 05/09/07 | C_G | Drafted and finalized responses to Third Request for Additional Information on the Randall Charge; sent Responses to Third Request for Additional Information to the Investigator. | 06 | 1.80 |
| 05/09/07 | C_G | Drafted Position Statement on the Layton Charge. | 06 | 3.80 |
| 05/10/07 | C_G | Finalized Layton position statement; drafted and finalized Responses to Interrogatories; E-mailed both documents to Jeff Peterson for his review. | 06 | 2.20 |
| 05/11/07 | C_G | Receipt of e-mails from Jodi Gushen and Jeff Peterson on the Layton Charge; requested more information per Jeff Peterson's suggestion from plant regarding discharge. | 06 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| | | | | |
|---|---|---|---|---|
| 05/14/07 | C_G | Finalized Layton position statement for filing; finalized Responses to Interrogatories for filing; prepared exhibits for filing; drafted enclosure letter; filed position statement and Responses to Interrogatories. | 06 | 2.40 |
| 05/18/07 | C_G | Calls to the Art Huber on the Layton Charge regarding the Investigator's request for additional information; call to the Investigator on the Layton Charge with answers to her request for additional information; drafted written response to request for additional information. | 06 | 1.70 |
| 05/18/07 | C_G | Call from Investigator on the Randall charge requesting additional information for the fourth time; discussion with investigator regarding the voluminous information already provided; received guarantee from the investigator that this was her last request; call and e-mail to Doug Sebastian regarding necessary additional information; started drafting Response to Fourth Request for Additional Information. | 06 | 1.80 |
| 05/22/07 | C_G | E-mailed and mailed Jeff Peterson regarding dismissal of the Martin Charge. | 06 | .20 |
| 05/22/07 | C_G | Started gathering information for Investigator's Fourth Request for Additional Information on the Randall Charge. | 06 | .80 |
| 05/24/07 | C_G | Attention to Fourth Request for Additional Information on the Randall Charge; e-mails and calls to Doug Sebastian and Jennifer McKenzie. | 06 | 7.00 |
| 05/30/07 | C_G | Call and e-mail to Jennifer McKenzie regarding necessary additional information; receipt of information from Jennifer McKenzie; drafted Response to Fourth Request for Additional Information on the Randall Charge. | 06 | 1.40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203


                    TOTAL BILLABLE HOURS      31.30

                         TOTAL FEES              7981.50

DISBURSEMENTS:

        Copies                          33.70
        Special Postal Charges           5.69
                                        ----------
                                             39.39


                    TOTAL FEES               7981.50

                    TOTAL DISBURSEMENTS         39.39
                                        _____

                    Matter Total             8020.89
                                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

June 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   TUBE TECH                                          000115900-0093

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/21/07 | MEW | Conference with T. Monahan and Nicole Boland, and assessment of BML payment issue. | 03 | .40 |
| 05/21/07 | MEW | Correspondence from Nicole Boland regarding BML issues (including position email from BML counsel). | 03 | .30 |
| 05/22/07 | MEW | Review correspondence between Delphi--Tube Tech and BBK regarding sums due BML. | 03 | .60 |
| 05/22/07 | MEW | Conference with BML counsel regarding BML claims. | 03 | .40 |
| 05/23/07 | MEW | Review background of issue with unpaid supplier and discuss with T. Monahan and Nicole Boland. | 03 | 1.30 |
| 05/23/07 | MEW | Analysis of BML position regarding Delphi liability for unpaid sum owed BML. | 03 | .60 |
| 05/23/07 | MEW | Conference with BML counsel regarding matter background, Delphi position. | 03 | .30 |
| 05/23/07 | MEW | Review BML correspondence regarding documents supporting its position. | 03 | .20 |

TOTAL BILLABLE HOURS        4.10

TOTAL FEES        1353.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8344203

- - - - - - - - - -

                    TOTAL FEES                        1353.00
                                          _____

                    Matter Total                      1353.00
                                          ===================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   POST BANKRUPTCY GENERAL                 000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/23/07 | TBR | Prepared Monthly Fee Statement. | 07 | .30 |

|  |  |  |
|--|--|--|
| TOTAL BILLABLE HOURS | 0.30 | |
| TOTAL FEES | | 99.00 |
| | | ---------- |
| TOTAL FEES | | 99.00 |
| Matter Total | | 99.00 |
| | | ============= |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

June 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   MPC                                                  000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/24/07 | TBR | Telephone conference with C. Carson regarding escrow. | 03 | .30 |

TOTAL BILLABLE HOURS        0.30

TOTAL FEES                          99.00

- - - - - - - - - -

TOTAL FEES                          99.00
_____

Matter Total                        99.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/03/07 | D D | Conference with Ben Steffans. | 10 | .30 |
| 05/03/07 | D D | E-mails to and from Jim Derian regarding Complaint and distinction between quantum meruit and unjust enrichment. | 10 | .60 |
| 05/03/07 | D D | Review and analysis of file for documents related to Segway's failure to pay in full amounts in individual purchase orders. | 10 | 1.40 |
| 05/03/07 | D D | Further revisions to Complaint. | 10 | 1.70 |
| 05/04/07 | D D | Review and revise Complaint. | 10 | 1.20 |
| 05/04/07 | D D | Revise, draft, and mail letter to Segway General Counsel. | 10 | .60 |
| 05/04/07 | D D | Telephone conference with Jim Derian regarding strategy. | 10 | .30 |
| 05/04/07 | D D | Various e-mail from and to Jim Derian regarding Complaint. | 10 | .60 |
| 05/08/07 | D D | Various e-mail to and from Jim Derian regarding finalizing and service of Complaint. | 10 | .60 |
| 05/08/07 | D D | Revise Complaint and demand letter and arrange for service on Segway General Counsel. | 10 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| | | | | |
|---|---|---|---|---|
| 05/16/07 | D D | Email to Jim Derian regarding email from Segway General Counsel. | 10 | .20 |
| 05/16/07 | D D | Receipt and review of e-mail with attachments from Segway General Counsel. | 10 | .30 |
| 05/17/07 | D D | Review and analysis of CU and UI Build-Out Agreement between Segway and Delphi. | 10 | .40 |
| 05/17/07 | D D | Telephone conference with Jim Derian regarding CU and UI Build-out Agreement between Segway and Delphi. | 10 | .20 |
| 05/21/07 | D D | E-mail to Jim Derian regarding Segway's response to demand letter. | 10 | .30 |
| 05/22/07 | D D | Telephone conference with Jim Derian regarding applicability of release language in Control Unit Board Agreement to claims for battery program. | 10 | .30 |
| 05/22/07 | D D | Conference with Associate regarding legal research regarding applicability of release provisions under Michigan law. | 10 | .20 |
| 05/22/07 | BS | Review CU Buildout Agreement focusing on possible impact of waiver / release clause. | 10 | .90 |
| 05/22/07 | BS | Research waiver / release clauses. | 10 | 6.40 |
| 05/22/07 | BS | Read and analyzed two most relevant cases on operation of waiver clause beyond the contract in which it is found. | 10 | 1.70 |
| 05/22/07 | BS | Draft email to D. Dulworth discussing results of research re: operation of waiver / release clause beyond the contract in which it is found. | 10 | 1.10 |
| 05/23/07 | D D | Review and analysis of memo and case law from Ben Steffans regarding applicability of waiver and release in Delphi Control Unit Agreement with Segway to the lithium ion battery program. | 10 | .60 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | | Description | | |
|---|---|---|---|---|
| 05/24/07 | D D | Conference with Ben Steffans regarding applicability of release in CU Build Out Agreement to battery claims. | 10 | .20 |
| 05/24/07 | D D | Prepare e-mail to Jim Derian regarding applicability if release in CU Build-out Agreement to battery claims. | 10 | .30 |
| 05/25/07 | CCM | Obtain the name and address of the resident agent for Segway, Inc., a Delaware corporation. | 10 | .30 |
| 05/25/07 | D D | E-mail from and to Jim Derian regarding applicability of release language in CU Build Out Agreement and filing of Complaint. | 10 | .30 |
| 05/25/07 | D D | Work on preparation of Summons and Complaint for filing with the Court and service on Segway. | 10 | .70 |
| 05/25/07 | D D | Review and analysis of file for purchase orders to attach as exhibit to Complaint. | 10 | .50 |
| 05/29/07 | D D | Arrange for service of Complaint upon Segway's CEO and Registered Agent. | 10 | .30 |

                    TOTAL BILLABLE HOURS      23.30

                         TOTAL FEES                    4510.80

DISBURSEMENTS:

| | |
|---|---|
| Copies | 29.40 |
| Special Postal Charges | 17.19 |
| Messenger Services | 29.43 |
| Express Delivery Charges | 14.37 |
| Filing Fees | 235.00 |
| | ---------- |
| | 325.39 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

June 12, 2007

| | |
|---|---|
| TOTAL FEES | 4510.80 |
| TOTAL DISBURSEMENTS | 325.39 |
| Matter Total | 4836.19 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI PRODUCT & SERVICE SOLUTIONS        000115900-0113

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/31/07 | LB | Review and revise rules for the DPSS Get Hooked Program. | 03 | 1.20 |

TOTAL BILLABLE HOURS        1.20

TOTAL FEES            206.40

- - - - - - - - - -

TOTAL FEES            206.40

Matter Total            206.40
=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8344203

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   CEP PRODUCTS                                  000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/04/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.30 |
| 05/14/07 | TBR | Review Freedlander e-mail regarding open A/R issues. | 03 | .20 |
| 05/15/07 | TBR | Telephone conferences with A. Perry, M. Johnson regarding A/P. | 03 | .40 |
| 05/17/07 | TBR | Telephone conference with A. Perry regarding A/P. | 03 | .40 |
| 05/17/07 | TBR | Telephone conference with M. Freedlander regarding A/P. | 03 | .30 |
| 05/18/07 | TBR | Telephone conferences with A. Perry regarding A/P. | 03 | .30 |
| 05/21/07 | TBR | Telephone conference with A. Perry regarding A/R settlement. | 03 | .30 |
| 05/21/07 | TBR | E-mail to M. Freedlander regarding A/R settlement. | 03 | .20 |
| 05/22/07 | TBR | Review and respond to M. Freedlander e-mail regarding A/P settlement. | 03 | .30 |
| 05/24/07 | TBR | Review revised Order amending DIP Order. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | | Description | | |
|---|---|---|---|---|
| 05/25/07 | TBR | Revise draft A/R order. | 03 | .30 |
| 05/25/07 | TBR | E-mail to parties regarding Delphi comments to A/R order. | 03 | .20 |
| 05/30/07 | TBR | Review revised A/R order. | 03 | .20 |
| 05/30/07 | TBR | E-mail to M. Freedlander regarding A/R order. | 03 | .20 |
| 05/30/07 | TBR | E-mail to A. Perry regarding A/R order. | 03 | .20 |
| 05/31/07 | TBR | E-mails with T. Wearsch regarding Hermosillo. | 03 | .30 |
| 05/31/07 | TBR | E-mail to D. Mesler regarding Hermosillo. | 03 | .20 |
| 05/31/07 | TBR | Review Hutchinson, Seewer e-mails regarding A/R order. | 03 | .40 |

                     TOTAL BILLABLE HOURS        6.20

                            TOTAL FEES              1752.20

DISBURSEMENTS:

        Copies                                  6.20
        Telephone Charges                      36.34
                                          ----------
                                               42.54


                     TOTAL FEES                    1752.20

                     TOTAL DISBURSEMENTS             42.54
                                             ------------
                     Matter Total                  1794.74
                                             ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

June 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  PIXLEY RICHARDS, INC.                    000115900-0120

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/01/07 | TBR | Conference calls with Delphi Team regarding financial options. | 03 | 2.50 |
| 05/01/07 | TBR | E-mail to B. Smith regarding equipment purchase. | 03 | .20 |
| 05/01/07 | TBR | Telephone conference with M. Wilkins regarding Wachovia, financial options. | 03 | .20 |
| 05/01/07 | MEW | Prepare for internal status call. | 03 | 1.00 |
| 05/01/07 | MEW | Prepare for internal status call. | 03 | 1.00 |
| 05/01/07 | MEW | Conference with M. Everett and team status call. | 03 | 1.50 |
| 05/01/07 | MEW | Status call regarding open items. | 03 | .50 |
| 05/01/07 | MEW | Correspondence regarding purchase of injection molding machine. | 03 | .10 |
| 05/01/07 | MEW | Correspondence from PWC regarding funding needs and priorities. | 03 | .10 |
| 05/01/07 | MEW | Correspondence regarding use of Delphi funding to partially satisfy unfunded vacation pay obligation. | 03 | .10 |
| 05/01/07 | MEW | Correspondence regarding sale status, funding issues. | 03 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 05/01/07 | MEW | Review option analysis. | 03 | .20 |
| 05/01/07 | MEW | Draft, review and revise Access and Security Agreement. | 03 | .90 |
| 05/01/07 | MEW | Review (revised) option summary. | 03 | .20 |
| 05/02/07 | TBR | Telephone conference and e-mails with M. Everett, A. Perry regarding other customers. | 03 | .70 |
| 05/02/07 | TBR | E-mails with Delphi Team regarding equipment appraisal. | 03 | .40 |
| 05/02/07 | TBR | Review Patterson e-mail regarding Dynaplast. | 03 | .20 |
| 05/02/07 | MEW | Prepare for and participate in internal call. | 03 | .90 |
| 05/02/07 | MEW | Prepare for and participate in team call. | 03 | 1.20 |
| 05/02/07 | MEW | Review option analysis (version 4). | 03 | .40 |
| 05/02/07 | MEW | Correspondence regarding trying to involve other customers in funding. | 03 | .30 |
| 05/02/07 | MEW | Review PWC analysis regarding risk of losing other customers. | 03 | .30 |
| 05/02/07 | MEW | Review 13-week cash flow forecast. | 03 | .30 |
| 05/02/07 | MEW | Summarize current status, open issues. | 03 | 1.20 |
| 05/03/07 | MEW | Conference with M. Everett, T. Willingham regarding current status and strategy. | 03 | .20 |
| 05/03/07 | MEW | Conference with M. Hoseley regarding approach to other customers overall strategy. | 03 | .30 |
| 05/03/07 | MEW | Review 2006 equipment appraisal and utilization of funds loaned to Pixley by Delphi. | 03 | .40 |
| 05/03/07 | MEW | Draft DIP Financing order with Accommodation Agreement. | 03 | 2.50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

| 05/03/07 | MEW | Delphi internal call regarding prospective purchasers for Pxley business. | 03 | 1.00 |
| 05/03/07 | MEW | Review asset appraisal of Pixley assets. | 03 | .30 |
| 05/03/07 | MEW | Review cash needs, specific vendor needs. | 03 | .10 |
| 05/03/07 | MEW | Correspondence re grading possible hostage payments and how to respond. | 03 | .10 |
| 05/03/07 | MEW | Review, draft and revise Third Delphi Promissory Note and Letter Agreement. | 03 | .20 |
| 05/03/07 | MEW | Draft Subordinated Participation Agreement for funding through Wachovia. | 03 | 1.10 |
| 05/04/07 | TBR | Review Lake Pointe customer analysis. | 03 | .40 |
| 05/04/07 | TBR | Review PWC cash forecast. | 03 | .40 |
| 05/04/07 | TBR | E-mail to Delphi Team regarding Interplex. | 03 | .20 |
| 05/04/07 | MEW | Revise and draft term sheet for accommodations requested from Pixley, Wachovia, other customers. | 03 | .90 |
| 05/04/07 | MEW | Draft DIP Financing Agreement with Accommodations. | 03 | 1.50 |
| 05/04/07 | MEW | Internal team status and strategy call. | 03 | 1.00 |
| 05/04/07 | MEW | Correspondence regarding and review strategy for approaching other customers. | 03 | .30 |
| 05/04/07 | MEW | Correspondence regarding prospective purchasers. | 03 | .10 |
| 05/04/07 | MEW | Correspondence regarding PRI issues with Delphi subsidiary. | 03 | .20 |
| 05/04/07 | MEW | Correspondence regarding tooling liabilities to Pixley. | 03 | .20 |
| 05/04/07 | MEW | Revise and circulate Term Sheet to Delphi team. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| 05/04/07 | MEW | Review PRI funding request and allocation. | 03 | .20 |
| 05/04/07 | MEW | Review updated (PWC) cash flow forecast and assumptions. | 03 | .40 |
| 05/04/07 | MEW | Correspondence regarding use of Delphi funding to provide for PRI unpaid vacation accruals. | 03 | .30 |
| 05/04/07 | MEW | Conferences with Delphi team regarding funding request by PRI and options and strategy for responding. | 03 | 1.20 |
| 05/04/07 | MEW | Prepare Third Promissory Note and Letter Agreement and forward to PRI counsel. | 03 | .30 |
| 05/04/07 | MEW | Correspondence from PRI counsel regarding current funding request. | 03 | .10 |
| 05/04/07 | MEW | Revise Third Promissory Note and forward to PRI counsel for execution. | 03 | .30 |
| 05/04/07 | MEW | Revise Term Sheet and circulate to Delphi team. | 03 | .30 |
| 05/04/07 | MEW | Review additional comments to Term Sheet from PWC. | 03 | .20 |
| 05/04/07 | MEW | Conference with Lender counsel regarding status, term sheet. | 03 | .40 |
| 05/04/07 | MEW | Review additional PWC comments to Term Sheet. | 03 | .10 |
| 05/04/07 | MEW | Receive and circulate PRI-signed loan documents (for Delphi signature). | 03 | .20 |
| 05/04/07 | MEW | Review correspondence from Wachovia to PRI regarding Wachovia requests of Delphi. | 03 | .10 |
| 05/04/07 | MEW | Revise and circulate Term Sheet to Delphi. | 03 | .20 |
| 05/04/07 | MEW | Correspondence to PRI and Wachovia with Term Sheet. | 03 | .30 |
| 05/04/07 | MEW | Email from Wachovia regarding Term Sheet. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(J.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

June 12, 2007

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 05/06/07 | MEW | Draft and revise Interim DIP Financing Order (with Customer Accommodations incorporated). | 03 | 2.00 |
| 05/06/07 | MEW | Revise Access and Security Agreement. | 03 | .50 |
| 05/06/07 | MEW | Draft Subordinated Participation Agreement. | 03 | .50 |
| 05/07/07 | TBR | Telephone conference with B. Smith, M. Fencer, M. Wilkins regarding sale options. | 03 | .70 |
| 05/07/07 | TBR | Conference calls and e-mails with Delphi Team regarding sale options, term sheet. | 03 | 3.50 |
| 05/07/07 | TBR | Review draft Access Agreement, DIP Financing Order. | 03 | 1.00 |
| 05/07/07 | MEW | Prepare for and participate in team update call. | 03 | 1.00 |
| 05/07/07 | MEW | Delphi internal strategy call. | 03 | .70 |
| 05/07/07 | MEW | Correspondence regarding PWC actions and strategy for week. | 03 | .10 |
| 05/07/07 | MEW | Correspondence to Pixley and Wachovia counsel regarding term sheet discussion. | 03 | .10 |
| 05/07/07 | MEW | Review "no set-off" letter agreement with Wachovia. | 03 | .30 |
| 05/07/07 | MEW | Review, revise, draft and circulate DIP Order (with Accommodation Agreement and Access and Security Agreement). | 03 | 2.20 |
| 05/07/07 | MEW | Correspondence to Delphi team regarding meeting to discuss term sheet, vacation accrual. | 03 | .20 |
| 05/07/07 | MEW | Correspondence to M. Everett regarding status of negotiations with Wachovia. | 03 | .20 |
| 05/07/07 | MEW | Prepare for Team strategy call. | 03 | 1.20 |
| 05/07/07 | MEW | Correspondence regarding potential out-of-court sale (Plainfield). | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                                June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| 05/08/07 | TBR | Telephone conference with M. Everett, T. Willingham regarding options. | 03 | .50 |
|---|---|---|---|---|
| 05/08/07 | TBR | Conference calls with Delphi Team regarding options. | 03 | 2.50 |
| 05/08/07 | TBR | Telephone conference with M. Hoesley regarding options. | 03 | .30 |
| 05/08/07 | TBR | Telephone conference with M. Wilkins regarding options. | 03 | .20 |
| 05/08/07 | TBR | Conference call with M. Wilkins, Plainfield representatives regarding asset sale. | 03 | 1.00 |
| 05/08/07 | TBR | Telephone conference with A. Perry, M. Wilkins regarding Plainfield. | 03 | .40 |
| 05/08/07 | MEW | Prepare for and participate in internal Delphi team strategy call. | 03 | 1.00 |
| 05/08/07 | MEW | Participate in continued strategy call. | 03 | 1.30 |
| 05/08/07 | MEW | Delphi team strategy call. | 03 | 1.20 |
| 05/08/07 | MEW | Conference with Pixley counsel regarding Delphi proposal, continued funding. | 03 | .30 |
| 05/08/07 | MEW | Conference with A. Perry regarding and revise Note and letter Agreement for Fourth Promissory Note. | 03 | .50 |
| 05/08/07 | MEW | Correspondence regarding Dominican Republic business. | 03 | .10 |
| 05/08/07 | MEW | Correspondence regarding today's funding needs. | 03 | .10 |
| 05/08/07 | MEW | Correspondence regarding today's funding needs. | 03 | .20 |
| 05/08/07 | MEW | Continue review of Plainfield proposal. | 03 | .10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

June 12, 2007

| Date | Initials | Description | | |
|------|----------|-------------|---|---|
| 05/08/07 | MEW | Correspondence regarding Delphi request that PRI agree to Access and Accommodation Agreements. | 03 | .10 |
| 05/09/07 | TBR | Telephone conference with A. Perry, M. Everett regarding sale options. | 03 | .40 |
| 05/09/07 | TBR | Review and respond to Fencer e-mail regarding setoff. | 03 | .30 |
| 05/09/07 | TBR | Telephone conferences with B. Smith, M. Fencer, M. Wilkins regarding setoff, term sheet. | 03 | .60 |
| 05/09/07 | TBR | Review and respond to S. Corcoran e-mail regarding status report. | 03 | .30 |
| 05/09/07 | TBR | Review K. Craft e-mail regarding terms and conditions. | 03 | .20 |
| 05/09/07 | TBR | Conference call with Delphi Team regarding sale process. | 03 | .70 |
| 05/09/07 | TBR | Review Fencer e-mail regarding term sheet. | 03 | .20 |
| 05/09/07 | TBR | E-mail to Delphi Team regarding term sheet. | 03 | .20 |
| 05/09/07 | TBR | Telephone conference with B. Smith regarding Interplex. | 03 | .30 |
| 05/09/07 | TBR | E-mail to Delphi Team regarding Interplex. | 03 | .30 |
| 05/09/07 | MEW | Strategy call with Delphi team. | 03 | .50 |
| 05/09/07 | MEW | Draft Second Note and Security Agreement. | 03 | 1.00 |
| 05/09/07 | MEW | Draft and revise Access Agreement (for PRI only). | 03 | 1.50 |
| 05/09/07 | MEW | Prepare for Delphi team strategy call. | 03 | 1.00 |
| 05/09/07 | MEW | Correspondence regarding open term sheet items with Pixley counsel. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

| | | | | |
|---|---|---|---|---|
| 05/09/07 | MEW | Correspondence and telephone to PWC regarding Delphi loan documentation. | 03 | .20 |
| 05/09/07 | MEW | Review and analysis of initial responses to Delphi terms from Pixley counsel. | 03 | .30 |
| 05/09/07 | MEW | Correspondence regarding Delphi "no setoff" agreement with Wachovia. | 03 | .20 |
| 05/09/07 | MEW | Correspondence from T. Willingham regarding Plainfield and Interplex proposals. | 03 | .10 |
| 05/09/07 | MEW | Correspondence regarding Interplex letter of intent to Pixley. | 03 | .10 |
| 05/09/07 | MEW | Correspondence regarding tooling vendor direct payments. | 03 | .20 |
| 05/09/07 | MEW | Correspondence regarding Wachovia funding, Note. | 03 | .20 |
| 05/09/07 | MEW | Correspondence regarding future Delphi funding. | 03 | .20 |
| 05/09/07 | DEG | Assist M. Wilkins with Promissory Note and Security Agreement | 03 | .50 |
| 05/10/07 | TBR | Telephone conferences and e-mail with M. Fencer regarding payment of tooling vendors. | 03 | 1.00 |
| 05/10/07 | TBR | E-mail to M. Hoesley regarding tooling vendors. | 03 | .20 |
| 05/10/07 | TBR | Conference calls with Delphi Team regarding sale prospects, tooling, funding. | 03 | 2.00 |
| 05/10/07 | TBR | Telephone conference with Plainfield representatives regarding potential buyer. | 03 | .60 |
| 05/10/07 | TBR | Telephone conference with M. Wilkins regarding Plainfield. | 03 | .20 |
| 05/10/07 | TBR | E-mail to Delphi Team regarding tooling vendors. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| | | | | |
|---|---|---|---|---|
| 05/10/07 | MEW | Delphi internal call to review term sheets regarding Pixley sale. | 03 | .60 |
| 05/10/07 | MEW | Prepare for internal Delphi status and strategy call. | 03 | 1.00 |
| 05/10/07 | MEW | Correspondence from M. Hoseley regarding Pixley request to reallocate Delphi funding. | 03 | .10 |
| 05/10/07 | MEW | Status and strategy call with Delphi team. | 03 | .80 |
| 05/10/07 | MEW | Correspondence regarding Delphi to do additional funding on secured basis. | 03 | .10 |
| 05/10/07 | MEW | Review and circulate Access and Security Agreement to Pixley counsel. | 03 | 1.80 |
| 05/10/07 | MEW | Correspondence and analysis regarding reallocation of Delphi funding and immediate cash needs. | 03 | .20 |
| 05/10/07 | MEW | Review updated cash flow projections and related, supporting documents from PWC. | 03 | .40 |
| 05/10/07 | MEW | Work on notes for new funding and for tooling cost overrun. | 03 | .50 |
| 05/10/07 | MEW | Review and revise Secured Note. | 03 | .40 |
| 05/10/07 | MEW | Correspondence regarding wire transfer for tooling purchase orders, current payables. | 03 | .10 |
| 05/10/07 | MEW | Review 1.5 air meter tooling payment issue. | 03 | .20 |
| 05/10/07 | MEW | Correspondence to Pixley counsel regarding funding of cash needs and tooling cost overrun. | 03 | .20 |
| 05/10/07 | MEW | Review, revise and forward Fifth Note and Letter Agreement to Pixley counsel. | 03 | .40 |
| 05/10/07 | MEW | Revise and forward Fifth Note and Letter Agreement to Pixley counsel. | 03 | .40 |
| 05/10/07 | MEW | Review landlord default letter. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| | | | | |
|---|---|---|---|---|
| 05/10/07 | MEW | Correspondence from PRI counsel regarding Fifth Note, tooling cost overrun issue and review revised Fifth Note. | 03 | .20 |
| 05/10/07 | MEW | Correspondence to Delphi and to Pixley regarding Pixley position on tooling cost overrun. | 03 | .20 |
| 05/10/07 | MEW | Conference with A. Perry regarding Fifth Note covering funding and tooling cost overrun. | 03 | .20 |
| 05/10/07 | MEW | Correspondence from Pixley counsel regarding Pixley's position on responsibility for cost overrun. | 03 | .20 |
| 05/10/07 | MEW | Correspondence regarding direct payments to vendors. | 03 | .10 |
| 05/10/07 | DBB | Firm conferences with Mr. Wilkins re: assignment regarding preparation of a note and security agreement. | 03 | .40 |
| 05/10/07 | DBB | Draft Note. | 03 | .60 |
| 05/10/07 | DBB | Revise and redraft Note. | 03 | .40 |
| 05/10/07 | DBB | Draft Security Agreement. | 03 | .60 |
| 05/10/07 | DBB | Revise and redraft Security Agreement. | 03 | .40 |
| 05/11/07 | TBR | Telephone conference with J. Novak regarding sale issues. | 03 | .50 |
| 05/11/07 | TBR | Conference call with Delphi Team regarding sale issues, funding. | 03 | 1.00 |
| 05/11/07 | TBR | Telephone conference with M. Wilkins regarding funding. | 03 | .20 |
| 05/11/07 | TBR | E-mail to Delphi Team regarding Fencer e-mail. | 03 | .20 |
| 05/11/07 | MEW | Correspondence regarding respective liability for tool cost overrun. | 03 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| 05/11/07 | MEW | Review and analysis of PWC cash flow forecast, incremental funding needs through bankruptcy. | 03 | .40 |
|---|---|---|---|---|
| 05/11/07 | MEW | Review Plainfield letter and proposal regarding Delphi concessions in proposed acquisition of Pixley. | 03 | .30 |
| 05/11/07 | MEW | Review and analysis of Interplex proposal to acquire Pixley assets. | 03 | .40 |
| 05/11/07 | MEW | Correspondence regarding tooling and payable payment, today's cash needs. | 03 | .20 |
| 05/11/07 | MEW | Review Interplex issues and terms regarding possible acquisition. | 03 | .20 |
| 05/11/07 | MEW | Conferences regarding Pixley funding request, how to advance, designations for use of proceeds and letter to Smith regarding Fifth Note. | 03 | 1.20 |
| 05/11/07 | MEW | Review draft template outlining key issues for prospective purchasers of Pixley assets, comments. | 03 | .20 |
| 05/11/07 | MEW | Draft Fifth Note, Letter Agreement and circulate for execution and funding. | 03 | 1.00 |
| 05/11/07 | MEW | Conference with M. Hoseley regarding Wachovia reduction in availability. | 03 | .20 |
| 05/11/07 | MEW | Delphi status and strategy call. | 03 | .80 |
| 05/11/07 | MEW | Delphi strategy call regarding prospective purchasers. | 03 | 1.20 |
| 05/11/07 | MEW | Review Interplex and Plainfield offer comparison and comparison of all options (prepared by PWC). | 03 | .40 |
| 05/11/07 | MEW | Correspondence regarding tooling claims and disputes. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

June 12, 2007

| | | | | |
|---|---|---|---|---|
| 05/14/07 | MEW | Review PWC cash flow and needs projection, Plainfield and Interplex offers, PWC comparison. | 03 | 1.00 |
| 05/14/07 | MEW | Prepare for and conference with T. Willingham regarding strategy for prospective purchaser. | 03 | .40 |
| 05/14/07 | MEW | Delphi internal meeting in advance of Interplex meeting. | 03 | .50 |
| 05/14/07 | MEW | Conference call with Interplex representatives. | 03 | 2.00 |
| 05/14/07 | MEW | Draft Sixth Promissory Note (two versions) and revise proposed Secured Note. | 03 | .80 |
| 05/14/07 | MEW | Conference with PWC, A. Perry, M. Everett regarding funding need -- instructed to document unsecured advance. | 03 | .40 |
| 05/14/07 | MEW | Prepare for and participate in call with Plainfield. | 03 | 1.30 |
| 05/14/07 | MEW | Correspondence and assessment of default notice from Pixley landlord. | 03 | .20 |
| 05/14/07 | MEW | Review and forward Pixley-signed Note and Letter Agreement to Delphi. | 03 | .10 |
| 05/15/07 | TBR | Telephone conference with A. Marshall regarding Delphi Shanghai. | 03 | .30 |
| 05/15/07 | TBR | Telephone conference with M. Fencer regarding Delphi Shanghai. | 03 | .50 |
| 05/15/07 | MEW | Conferences with T. Willingham, Delphi team regarding Interplex and Plainfield status, next steps. | 03 | 1.00 |
| 05/15/07 | MEW | Conferences with Delphi team regarding status, strategy next steps. | 03 | 1.50 |
| 05/15/07 | MEW | Conference with Bob Andary regarding discussion with Pixley regarding preferred new vendor. | 03 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| | | | | |
|---|---|---|---|---|
| 05/15/07 | MEW | Prepare for and conference with Bob Andary, Pixley counsel regarding sale status. | 03 | .50 |
| 05/15/07 | MEW | Prepare for Delphi team update call. | 03 | .90 |
| 05/15/07 | MEW | Telephone from Pixley counsel regarding Interplex proposal, bankruptcy timing. | 03 | .50 |
| 05/15/07 | MEW | Work on Interplex term sheet. | 03 | .70 |
| 05/15/07 | MEW | Review updated PWC analysis of sale options (Interplex vs. Plainfield). | 03 | .30 |
| 05/15/07 | MEW | Correspondence regarding Pixley shipments to Delphi-Shanghai. | 03 | .10 |
| 05/15/07 | MEW | Correspondence from PWC regarding request to fund payroll. | 03 | .10 |
| 05/16/07 | MEW | Internal status and strategy call. | 03 | .70 |
| 05/16/07 | MEW | Internal status and strategy call. | 03 | .60 |
| 05/16/07 | MEW | Internal update call. | 03 | .50 |
| 05/16/07 | MEW | Review preliminary draft of terms for Interplex deal. | 03 | .40 |
| 05/16/07 | MEW | Draft Seventh Promissory Note and Letter Agreement for Oberg funding. | 03 | .30 |
| 05/16/07 | MEW | Review revised analysis and supporting information regarding offer comparisons. | 03 | .50 |
| 05/16/07 | MEW | Correspondence from Pixley regarding Oberg direct purchase. | 03 | .10 |
| 05/17/07 | TBR | Conference call with Delphi Team regarding sale issues, consignment. | 03 | 1.00 |
| 05/17/07 | TBR | Review draft Consignment Agreement. | 03 | .40 |
| 05/17/07 | TBR | E-mail to M. Wilkins regarding Consignment Agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 05/17/07 | TBR | Telephone conference with B. Smith regarding sale issues. | 03 | .40 |
| 05/17/07 | TBR | Review e-mails regarding sale strategy, options. | 03 | .40 |
| 05/17/07 | MEW | Prepare for and participate in update call. | 03 | .80 |
| 05/17/07 | MEW | Review funding note, payees for this week. | 03 | .20 |
| 05/17/07 | MEW | Draft Seventh Promissory Note and Letter Agreement and forward to M. Fencer. | 03 | .50 |
| 05/17/07 | MEW | Review draft of (Delphi) Funding Request. | 03 | .40 |
| 05/17/07 | MEW | Attention to Oberg direct purchase. | 03 | .30 |
| 05/17/07 | MEW | Review PWC edits to funding request, projected cash needs, PWC comments to financing situation. | 03 | .70 |
| 05/18/07 | TBR | Telephone conference with M. Wilkins regarding consignment. | 03 | .30 |
| 05/18/07 | TBR | Conference call with B. Smith, M. Fencer, M. Wilkins regarding consignment, sale. | 03 | 1.00 |
| 05/18/07 | TBR | Telephone conferences with A. Perry regarding sale options. | 03 | .60 |
| 05/18/07 | MEW | Attention to funding for and purchase Oberg materials. | 03 | .40 |
| 05/18/07 | MEW | Review proposed templates for information regarding prospective new supplier (Plainfield). | 03 | .20 |
| 05/18/07 | MEW | Prepare for and participate in update call -- internal. | 03 | .90 |
| 05/18/07 | MEW | Correspondence from PWC regarding funding options to maximize Delphi's position. | 03 | .20 |
| 05/18/07 | MEW | Telephone to Wachovia counsel regarding status and  meeting in Boston. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | Initials | Description | | |
|------|----------|-------------|---|---|
| 05/18/07 | MEW | Review updated funding note and discuss with A. Perry. | 03 | .30 |
| 05/18/07 | MEW | Review PWC comments to draft funding note. | 03 | .10 |
| 05/21/07 | TBR | Telephone conferences with B. Smith, M. Fencer regarding Interplex APA, sale issues. | 03 | 1.00 |
| 05/21/07 | TBR | Conference call with Delphi Team regarding sale issues. | 03 | 1.00 |
| 05/21/07 | TBR | Review Interplex APA. | 03 | 1.00 |
| 05/21/07 | MEW | Internal Delphi team strategy call. | 03 | .80 |
| 05/21/07 | MEW | Revise Subordinate participation Agreement. | 03 | 1.10 |
| 05/21/07 | MEW | Review and revise DIP order with Accommodations. | 03 | .80 |
| 05/22/07 | TBR | Telephone conference with J. Novak regarding sale issues. | 03 | .30 |
| 05/22/07 | TBR | Conference call with Delphi Team regarding review of open issues. | 03 | .50 |
| 05/22/07 | TBR | E-mail to M. Fencer regarding equipment. | 03 | .20 |
| 05/22/07 | TBR | Conference with M. Wilkins regarding Bank agreement. | 03 | .50 |
| 05/22/07 | MEW | Review current status and open issues. | 03 | .60 |
| 05/22/07 | MEW | Prepare for and participate in internal team status call. | 03 | .80 |
| 05/22/07 | MEW | Review Interplex and Interpix asset purchase agreement. | 03 | 1.70 |
| 05/22/07 | MEW | Work on Limited Guaranty and Buy Back Agreement. | 03 | 1.30 |
| 05/22/07 | MEW | Review Plainfield balance sheet, letter of financial support. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

| Date | | Description | | |
|---|---|---|---|---|
| 05/22/07 | MEW | Review and analysis of revised option analysis (Plainfield vs. Interplex). | 03 | 1.20 |
| 05/23/07 | TBR | Worked on Limited Guaranty and Inventory Purchase Agreement. | 03 | 1.00 |
| 05/23/07 | TBR | Telephone conference with M. Wilkins regarding sale issues. | 03 | .30 |
| 05/23/07 | TBR | Telephone conference with M. Everett regarding machine purchase. | 03 | .20 |
| 05/23/07 | MEW | Prepare for and participate in internal team call. | 03 | .70 |
| 05/23/07 | MEW | Draft and revise Guaranty and Inventory Buy Back Agreement from bank. | 03 | .60 |
| 05/23/07 | MEW | Correspondence regarding equipment sale. | 03 | .10 |
| 05/23/07 | MEW | Review funding needs for this week. | 03 | .20 |
| 05/23/07 | MEW | Review and analysis of Plainfield deal points. | 03 | .40 |
| 05/24/07 | TBR | Worked on and completed drafts Limited Guaranty and Inventory Purchase Agreement. | 03 | 2.00 |
| 05/24/07 | TBR | Telephone conference and meeting with M. Wilkins regarding Agreement, sale issues. | 03 | 1.00 |
| 05/24/07 | TBR | Telephone conference with A. Perry, M. Wilkins regarding Wachovia. | 03 | .40 |
| 05/24/07 | TBR | Conference calls with Delphi Team regarding sale issues. | 03 | 1.20 |
| 05/24/07 | TBR | Review M. Hoesley memo regarding Plainfield. | 03 | .30 |
| 05/24/07 | TBR | Review Plainfield term sheet. | 03 | .20 |
| 05/24/07 | TBR | E-mail to D. Rothman regarding Guaranty Agreement. | 03 | .20 |
| 05/24/07 | MEW | Internal update and status call. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 05/24/07 | MEW | Conference with Wachovia counsel regarding offer to provide limited guaranty. | 03 | .30 |
| 05/24/07 | MEW | Correspondence to Delphi team regarding Wachovia rejection of proposal, this week's funding needs. | 03 | .30 |
| 05/24/07 | MEW | Review funding needs, and draft 8th Promissory Note and forward to Pixley counsel. | 03 | .90 |
| 05/24/07 | MEW | Review Limited Guaranty and Inventory Buy-Back agreement and discuss with T. Radom. | 03 | .50 |
| 05/24/07 | MEW | Analysis of potential issues in Plainfield offer and discuss with T. Radom. | 03 | 1.00 |
| 05/24/07 | MEW | Correspondence regarding Plainfield conflict waiver. | 03 | .20 |
| 05/24/07 | MEW | Review ConEdison letter threatening to shut off service to Pixley. | 03 | .10 |
| 05/24/07 | MEW | Review minutes from today's call, agenda for 5/25 and action items. | 03 | .10 |
| 05/24/07 | MEW | Correspondence from PWC regarding structure of Plainfield transaction. | 03 | .20 |
| 05/24/07 | MEW | Correspondence regarding funding ConEdison payment. | 03 | .10 |
| 05/25/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .70 |
| 05/25/07 | MEW | Prepare for and participate in internal status and strategy call. | 03 | .50 |
| 05/25/07 | MEW | Review and analysis of open issues regarding Plainfield purchase and proposal to Delphi regarding working capital adjustment. | 03 | .70 |
| 05/25/07 | MEW | Review and approve Eighth funding Note. | 03 | .20 |
| 05/25/07 | MEW | Correspondence regarding Plainfield terms and status. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 05/29/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .80 |
| 05/29/07 | TBR | Telephone conference with B. Smith regarding status of sale process. | 03 | .30 |
| 05/29/07 | TBR | E-mail to J. Corcoran, K. Craft regarding conflict waiver. | 03 | .20 |
| 05/29/07 | TBR | E-mails with M. Wilkins regarding LTA. | 03 | .40 |
| 05/29/07 | MEW | Prepare for and participate in internal update call. | 03 | .50 |
| 05/29/07 | MEW | Prepare for Team call regarding Plainfield status, Letter Agreement. | 03 | 1.10 |
| 05/29/07 | MEW | Review and draft Letter Agreement from Powertrain and forward comments to Delphi team. | 03 | 1.20 |
| 05/29/07 | MEW | Review letter agreement, as revised. | 03 | .10 |
| 05/29/07 | MEW | Correspondence regarding tool transfer to Dynaples. | 03 | .10 |
| 05/30/07 | MEW | Prepare for and participate in team update call. | 03 | .50 |
| 05/30/07 | MEW | Correspondence regarding all current business at Plainfield. | 03 | .10 |
| 05/30/07 | MEW | Review draft Short Term Agreement (for Plainfield - chassis division) | 03 | .30 |
| 05/30/07 | MEW | Assess current strategy, leverage, structure of ongoing funding. | 03 | .70 |
| 05/31/07 | TBR | Conference call with Delphi Team, PWC regarding action items. | 03 | 1.00 |
| 05/31/07 | MEW | Prepare for and participate in internal team call. | 03 | .60 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 98-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8344203

| | | | | |
|---|---|---|---|---|
| 05/31/07 | MEW | Correspondence regarding current funding needs, bank's response to Delphi's proposal. | 03 | .40 |
| 05/31/07 | MEW | Draft Ninth Promissory Note and Letter Agreement. | 03 | .30 |
| 05/31/07 | MEW | Review, revise and draft Secured Promissory Note. | 03 | .40 |
| 05/31/07 | MEW | Outline potential options for funding, responses to Plainfield and Pixley. | 03 | .70 |
| 05/31/07 | MEW | Correspondence from Wachovia and make recommendation to Delphi for response. | 03 | .30 |
| 05/31/07 | MEW | Correspondence regarding funding needs this week. | 03 | .20 |
| 05/31/07 | MEW | Correspondence from Pixley rejecting secured funding proposal. | 03 | .10 |

TOTAL BILLABLE HOURS      153.60

TOTAL FEES            50374.20

DISBURSEMENTS:

            Copies                          30.50
            Telephone Charges              156.63
                                        ----------
                                           187.13


                  TOTAL FEES            50374.20

                  TOTAL DISBURSEMENTS      187.13
                                        _____

                  Matter Total          50561.33
                                        ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

June 12, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  I & W INDUSTRIES, INC.                    000115900-0124

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 05/01/07 | TBR | Telephone conference with P. Rhodes regarding status of Bank debt, collateral. | 03 | .40 |
| 05/01/07 | TBR | Telephone conference and e-mails with R. Schneider regarding equipment purchase. | 03 | .60 |
| 05/02/07 | TBR | E-mails with Delphi Team regarding status with Bank, collateral. | 03 | .60 |
| 05/09/07 | TBR | Telephone conference with P. Rhoades regarding bank debt, real estate offer. | 03 | .30 |
| 05/17/07 | TBR | Telephone conference with A. Perry regarding real estate options. | 03 | .40 |
| 05/18/07 | TBR | Review Rhoades letter regarding real estate. | 03 | .20 |
| 05/21/07 | TBR | Review real estate offer. | 03 | .20 |
| 05/21/07 | TBR | E-mail to Delphi Team regarding real estate offer analysis. | 03 | .50 |
| 05/22/07 | TBR | Telephone conferences with A. Perry regarding real estate. | 03 | .70 |
| 05/23/07 | TBR | Telephone conferences and e-mail with A. Perry regarding real estate offer. | 03 | .50 |
| 05/23/07 | TBR | Telephone conference and e-mail with P. Rhoades regarding real estate offer. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(J.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    June 12, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8344203

| 05/29/07 | TBR | Telephone conference and e-mail with T. Lindahl regarding real estate purchase. | 03 | .60 |
| 05/29/07 | TBR | Telephone conference with A. Perry regarding real estate purchase. | 03 | .30 |

TOTAL BILLABLE HOURS       5.80

TOTAL FEES                  1914.00

- - - - - - - - - -

TOTAL FEES                  1914.00

Matter Total               1914.00

==============