UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re                               :         Chapter 11
:
DELPHI CORPORATION, et al.,       :         Case No. 05-44481 (RDD)
:
                    Debtors.       :         (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
MODIFYING CERTAIN CLAIMS IDENTIFIED IN SEVENTEENTH
OMNIBUS CLAIMS OBJECTION ON EXHIBIT E-2

("SEVENTEENTH OMNIBUS CLAIMS OBJECTION ORDER – EXHIBIT E-2")

Upon the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation, dated June 15, 2007 (the "Seventeenth Omnibus Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the Seventeenth Omnibus Claims Objection with respect to the Claims listed on Exhibit E-2 thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Seventeenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.  Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim") listed on <u>Exhibit D-2</u>[3] attached hereto was properly and timely served with a copy of the Seventeenth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Seventeenth Omnibus Claims Objection, and notice of the deadline for responding to the Seventeenth Omnibus Claims Objection.  No other or further notice of the Seventeenth Omnibus Claims Objection is necessary.

B.  This Court has jurisdiction over the Seventeenth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Seventeenth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Seventeenth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.  The Tax Claims listed on <u>Exhibit D-2</u> hereto (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (the "Tax Claims Subject To Modification").

D.  The relief requested in the Seventeenth Omnibus Claims Objection is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

---

[2]  Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

[3]  Each Claim listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection is listed on <u>Exhibit D-2</u> hereto.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Each "Claim As Docketed" amount and Debtor listed on Exhibit D-2[4] hereto is hereby revised to reflect the amount and Debtor listed as the "Claim As Modified." No Claimant listed on Exhibit D-2 shall be entitled to (a) a recovery for any Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-2, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2, subject to the Debtors' right to further object to each such Tax Claim Subject To Modification. The Tax Claims Subject To Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest. For clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced in Exhibit D-2.

2. With respect to each Claim for which a Response to the Seventeenth Omnibus Claims Objection has been filed and served, all of which Claims are listed on Exhibit E-9 hereto, the hearing regarding the objection to such Claims is adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures

---

[4] The Claims listed on Exhibits A-1, A-2, B-1, B-2, B-3, C, D-1, D-2, E-1, and E-3 to the Seventeenth Omnibus Claims Objection were disallowed and expunged, modified, or adjourned to a future hearing date, as the case may be, pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737) entered July 26, 2007 (the "Seventeenth Omnibus Claims Objection Order"). Pursuant to the Seventeenth Omnibus Claims Objection Order, this Court adjourned the hearing with respect to all Claims listed on Exhibit E-2 to the Seventeenth Omnibus Claims Objection to August 16, 2007.

Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely filed or otherwise deficient under the Claims Objection Procedures Order.

   3. Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Seventeenth Omnibus Claims Objection.

   4. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

   5. This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Seventeenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

   6. Each of the objections by the Debtors to each Claim addressed in the Seventeenth Omnibus Claims Objection attached hereto as Exhibits D-2 and E-9 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Seventeenth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

   7. Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

       8.       The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Seventeenth Omnibus Claims Objection.

Dated:  New York, New York
         August ___, 2007

                                                                            _____
                                                                      UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9090-2    Filed 08/15/07    Entered 08/15/07 13:19:23    Exhibit B
To Reply    Pg 6 of 20

Exhibit B  
Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2234<br>Date Filed: 03/09/2006<br>Docketed Total: $1,013.04<br>Filing Creditor Name and Address:<br>BOULDER COUNTY TREASURER<br>PO BOX 471<br>BOULDER, CO 80306 | Claim Holder Name and Address<br>BOULDER COUNTY TREASURER<br>PO BOX 471<br>BOULDER, CO 80306<br><br>Docketed Total: $1,013.04 | | | | | | | Modified Total: $777.13 |
| | Case Number*<br>05-44481 | Secured<br>$1,013.04<br>**$1,013.04** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$777.13<br>**$777.13** | Priority | Unsecured |
| Claim: 671<br>Date Filed: 11/18/2005<br>Docketed Total: $37.00<br>Filing Creditor Name and Address:<br>DYER COUNTY TRUSTEE<br>PO BOX 220<br>DYERSBURG, TN 38025 | Claim Holder Name and Address<br>DYER COUNTY TRUSTEE<br>PO BOX 220<br>DYERSBURG, TN 38025<br><br>Docketed Total: $37.00 | | | | | | | Modified Total: $28.38 |
| | Case Number*<br>05-44481 | Secured<br>$37.00<br>**$37.00** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$28.38<br>**$28.38** | Priority | Unsecured |
| Claim: 11372<br>Date Filed: 07/27/2006<br>Docketed Total: $218,106.97<br>Filing Creditor Name and Address:<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY, OH 44870 | Claim Holder Name and Address<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY, OH 44870<br><br>Docketed Total: $218,106.97 | | | | | | | Modified Total: $188,837.20 |
| | Case Number*<br>05-44481 | Secured<br>$218,106.97<br>**$218,106.97** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$188,837.20<br>**$188,837.20** | Priority | Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9090-2    Filed 08/15/07    Entered 08/15/07 13:19:23    Exhibit B
To Reply    Pg 7 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7182<br>Date Filed: 05/31/2006<br>Docketed Total: $359.23<br>Filing Creditor Name and Address:<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI, TN 38478 | Claim Holder Name and Address<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI, TN 38478<br><br>Docketed Total: $359.23<br><br>Case Number*  Secured     Priority     Unsecured<br>05-44481       $359.23<br>                        **$359.23** | Modified Total: $268.49<br><br>Case Number*  Secured     Priority     Unsecured<br>05-44640       $268.49<br>                        **$268.49** |
| Claim: 3655<br>Date Filed: 05/01/2006<br>Docketed Total: $8.75<br>Filing Creditor Name and Address:<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE, TN 38012 | Claim Holder Name and Address<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE, TN 38012<br><br>Docketed Total: $8.75<br><br>Case Number*  Secured     Priority     Unsecured<br>05-44481                  $8.58        $0.17<br>                              **$8.58**     **$0.17** | Modified Total: $8.58<br><br>Case Number*  Secured     Priority     Unsecured<br>05-44481                               $0.00<br>05-44640                  $8.58<br>                              **$8.58**     **$0.00** |
| Claim: 16116<br>Date Filed: 08/09/2006<br>Docketed Total: $22.25<br>Filing Creditor Name and Address:<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE, IN 46360-3491 | Claim Holder Name and Address<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE, IN 46360-3491<br><br>Docketed Total: $22.25<br><br>Case Number*  Secured     Priority     Unsecured<br>05-44481                  $22.25<br>                              **$22.25** | Modified Total: $20.23<br><br>Case Number*  Secured     Priority     Unsecured<br>05-44640                  $20.23<br>                              **$20.23** |

*See Exhibit F for a listing of debtor entities by case number.

Page 2 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9090-2   Filed 08/15/07   Entered 08/15/07 13:19:23   Exhibit B
To Reply   Pg 8 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8415<br>Date Filed: 06/23/2006<br>Docketed Total: $455.00<br>Filing Creditor Name and Address:<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE, TN 37041 | Claim Holder Name and Address<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE, TN 37041<br><br>Docketed Total: $455.00<br><br>Case Number* 05-44640<br>Secured: <br>Priority: $455.00<br>Unsecured: <br>**$455.00** | Modified Total: $422.68<br><br>Case Number* 05-44640<br>Secured: <br>Priority: $422.68<br>Unsecured: <br>**$422.68** |
| Claim: 8537<br>Date Filed: 06/26/2006<br>Docketed Total: $13,321.05<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON, OH 45481 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON, OH 45481<br><br>Docketed Total: $13,321.05<br><br>Case Number* 05-44640<br>Secured: $13,321.05<br>Priority: <br>Unsecured: <br>**$13,321.05** | Modified Total: $4,787.82<br><br>Case Number* 05-44640<br>Secured: $4,787.82<br>Priority: <br>Unsecured: <br>**$4,787.82** |
| Claim: 1681<br>Date Filed: 01/26/2006<br>Docketed Total: $1,290.10<br>Filing Creditor Name and Address:<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Holder Name and Address<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715<br><br>Docketed Total: $1,290.10<br><br>Case Number* 05-44640<br>Secured: $1,290.10<br>Priority: <br>Unsecured: <br>**$1,290.10** | Modified Total: $989.67<br><br>Case Number* 05-44640<br>Secured: $989.67<br>Priority: <br>Unsecured: <br>**$989.67** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9090-2    Filed 08/15/07    Entered 08/15/07 13:19:23    Exhibit B
To Reply    Pg 9 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8661<br>Date Filed: 06/27/2006<br>Docketed Total: $47,271.82<br>Filing Creditor Name and Address:<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Claim Holder Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401<br><br>Docketed Total: $47,271.82<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $47,271.82<br><br>$47,271.82 | Modified Total: $906.59<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $906.59<br><br>$906.59 |
| Claim: 1783<br>Date Filed: 02/06/2006<br>Docketed Total: $569.53<br>Filing Creditor Name and Address:<br>PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85232-0729 | Claim Holder Name and Address<br>PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85232-0729<br><br>Docketed Total: $569.53<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $569.53<br><br>$569.53 | Modified Total: $557.21<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $557.21<br><br>$557.21 |
| Claim: 559<br>Date Filed: 11/14/2005<br>Docketed Total: $502.98<br>Filing Creditor Name and Address:<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751 | Claim Holder Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751<br><br>Docketed Total: $502.98<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $502.98<br><br>$502.98 | Modified Total: $385.85<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $385.85<br><br>$385.85 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9090-2    Filed 08/15/07    Entered 08/15/07 13:19:23    Exhibit B  
To Reply    Pg 10 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 560<br>Date Filed: 11/14/2005<br>Docketed Total: $153.92<br>Filing Creditor Name and Address:<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751 | Claim Holder Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751<br><br>Docketed Total: $153.92<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $153.92<br>**$153.92** | Modified Total: $118.08<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $118.08<br>**$118.08** |
| Claim: 9302<br>Date Filed: 07/11/2006<br>Docketed Total: $761,504.21<br>Filing Creditor Name and Address:<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN, OH 44481-1090 | Claim Holder Name and Address<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN, OH 44481-1090<br><br>Docketed Total: $761,504.21<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $761,504.21<br>**$761,504.21** | Modified Total: $661,150.94<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $661,150.94<br>**$661,150.94** |
| Claim: 13581<br>Date Filed: 07/31/2006<br>Docketed Total: $1,058.87<br>Filing Creditor Name and Address:<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO, MS 39194 | Claim Holder Name and Address<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO, MS 39194<br><br>Docketed Total: $1,058.87<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $1,058.87<br>**$1,058.87** | Modified Total: $998.94<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $998.94<br>**$998.94** |

**Total Claims to be Modified: 15**

**Total Amount as Docketed:** $1,045,674.72

**Total Amount as Modified:** $860,257.79

*See Exhibit F for a listing of debtor entities by case number.

Page 5 of 5

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 197<br>Date Filed: 10/28/2005<br>Docketed Total: $23,130.99<br>Filing Creditor Name and Address:<br>KNOX COUNTY TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE, TN 37901-0869 | Claim Holder Name and Address<br>KNOX COUNTY TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE, TN 37901-0869<br><br>Docketed Total: $23,130.99<br><br>Case Number*: 05-44481  Secured: —  Priority: $23,130.99  Unsecured: —<br>$23,130.99 | Modified Total: $17,744.32<br><br>Case Number*: 05-44640  Secured: —  Priority: $17,744.32  Unsecured: —<br>$17,744.32 |
| Claim: 1108<br>Date Filed: 12/12/2005<br>Docketed Total: $17,534.38<br>Filing Creditor Name and Address:<br>MIAMI DADE COUNTY TAX COLLECTOR<br>140 W FLAGLER ST STE 1403<br>MIAMI, FL 33130 | Claim Holder Name and Address<br>MIAMI DADE COUNTY TAX COLLECTOR<br>140 W FLAGLER ST STE 1403<br>MIAMI, FL 33130<br><br>Docketed Total: $17,534.38<br><br>Case Number*: 05-44481  Secured: $17,534.38  Priority: —  Unsecured: —<br>$17,534.38 | Modified Total: $13,297.02<br><br>Case Number*: 05-44640  Secured: $13,297.02  Priority: —  Unsecured: —<br>$13,297.02 |
| Claim: 8541<br>Date Filed: 06/26/2006<br>Docketed Total: $583,848.54<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $583,848.54<br><br>Case Number*: 05-44481  Secured: $583,848.54  Priority: —  Unsecured: —<br>$583,848.54 | Modified Total: $209,844.35<br><br>Case Number*: 05-44640  Secured: $209,844.35  Priority: —  Unsecured: —<br>$209,844.35 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9090-2    Filed 08/15/07    Entered 08/15/07 13:19:23    Exhibit B
To Reply    Pg 12 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8545<br>Date Filed: 06/26/2006<br>Docketed Total: $182,850.01<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $182,850.01<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481       $182,850.01<br>               $182,850.01 | Modified Total: $65,719.34<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $65,719.34<br>              $65,719.34 |
| Claim: 8547<br>Date Filed: 06/26/2006<br>Docketed Total: $578,440.64<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $578,440.64<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481       $578,440.64<br>               $578,440.64 | Modified Total: $207,900.92<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44640       $207,900.92<br>               $207,900.92 |
| Claim: 8559<br>Date Filed: 06/26/2006<br>Docketed Total: $1,165.11<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,165.11<br><br>Case Number*  Secured    Priority   Unsecured<br>05-44481       $1,165.11<br>               $1,165.11 | Modified Total: $285.63<br><br>Case Number*  Secured    Priority   Unsecured<br>05-44640      $285.63<br>              $285.63 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8561<br>Date Filed: 06/26/2006<br>Docketed Total: $26,607.06<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $26,607.06<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44481      $26,607.06<br><br>**$26,607.06** | Modified Total: $9,820.72<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640      $9,820.72<br><br>**$9,820.72** |
| Claim: 8563<br>Date Filed: 06/26/2006<br>Docketed Total: $279,130.73<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $279,130.73<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44481      $279,130.73<br><br>**$279,130.73** | Modified Total: $100,363.00<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640      $100,363.00<br><br>**$100,363.00** |
| Claim: 8549<br>Date Filed: 06/26/2006<br>Docketed Total: $1,179,183.93<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,179,183.93<br><br>Case Number*  Secured        Priority    Unsecured<br>05-44481      $1,179,183.93<br><br>**$1,179,183.93** | Modified Total: $444,646.98<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640      $444,646.98<br><br>**$444,646.98** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9090-2   Filed 08/15/07   Entered 08/15/07 13:19:23   Exhibit B
To Reply   Pg 14 of 20

Exhibit B
Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8551<br>Date Filed: 06/26/2006<br>Docketed Total: $1,089.88<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,089.88<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44481       $1,089.88<br>               $1,089.88 | Modified Total: $391.74<br><br>Case Number*  Secured    Priority  Unsecured<br>05-44640      $391.74<br>              $391.74 |
| Claim: 8553<br>Date Filed: 06/26/2006<br>Docketed Total: $72,963.37<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $72,963.37<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44481      $72,963.37<br>              $72,963.37 | Modified Total: $26,224.18<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44640      $26,224.18<br>              $26,224.18 |
| Claim: 8555<br>Date Filed: 06/26/2006<br>Docketed Total: $237.40<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $237.40<br><br>Case Number*  Secured    Priority  Unsecured<br>05-44481      $237.40<br>              $237.40 | Modified Total: $85.35<br><br>Case Number*  Secured   Priority  Unsecured<br>05-44640      $85.35<br>              $85.35 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9090-2   Filed 08/15/07   Entered 08/15/07 13:19:23   Exhibit B
To Reply   Pg 15 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8557<br>Date Filed: 06/26/2006<br>Docketed Total: $1,516.63<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,516.63<br><br>Case Number*  Secured        Priority    Unsecured<br>05-44481      $1,516.63<br>              $1,516.63 | Modified Total: $549.17<br><br>Case Number*  Secured     Priority   Unsecured<br>05-44640      $549.17<br>              $549.17 |
| Claim: 8535<br>Date Filed: 06/26/2006<br>Docketed Total: $9,984.48<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $9,984.48<br><br>Case Number*  Secured        Priority    Unsecured<br>05-44481      $9,984.48<br>              $9,984.48 | Modified Total: $3,600.61<br><br>Case Number*  Secured     Priority   Unsecured<br>05-44640      $3,600.61<br>              $3,600.61 |
| Claim: 8540<br>Date Filed: 06/26/2006<br>Docketed Total: $55.96<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $55.96<br><br>Case Number*  Secured        Priority    Unsecured<br>05-44481      $55.96<br>              $55.96 | Modified Total: $13.71<br><br>Case Number*  Secured     Priority   Unsecured<br>05-44640      $13.71<br>              $13.71 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9090-2   Filed 08/15/07   Entered 08/15/07 13:19:23   Exhibit B
To Reply   Pg 16 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8542<br>Date Filed: 06/26/2006<br>Docketed Total: $4,329.83<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $4,329.83<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $4,329.83<br>**$4,329.83** | Modified Total: $1,059.72<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $1,059.72<br>**$1,059.72** |
| Claim: 8543<br>Date Filed: 06/26/2006<br>Docketed Total: $9,370.62<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $9,370.62<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $9,370.62<br>**$9,370.62** | Modified Total: $3,367.94<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $3,367.94<br>**$3,367.94** |
| Claim: 8546<br>Date Filed: 06/26/2006<br>Docketed Total: $2,628.90<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $2,628.90<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $2,628.90<br>**$2,628.90** | Modified Total: $944.88<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $944.88<br>**$944.88** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9090-2    Filed 08/15/07    Entered 08/15/07 13:19:23    Exhibit B
To Reply    Pg 17 of 20

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8548<br>Date Filed: 06/26/2006<br>Docketed Total: $35,659.30<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $35,659.30 | | | | | | | Modified Total: $12,816.60 |
| | Case Number*<br>05-44481 | Secured<br>$35,659.30<br>**$35,659.30** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$12,816.60<br>**$12,816.60** | Priority | Unsecured |
| Claim: 8550<br>Date Filed: 06/26/2006<br>Docketed Total: $78,139.90<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $78,139.90 | | | | | | | Modified Total: $28,084.71 |
| | Case Number*<br>05-44481 | Secured<br>$78,139.90<br>**$78,139.90** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$28,084.71<br>**$28,084.71** | Priority | Unsecured |
| Claim: 8552<br>Date Filed: 06/26/2006<br>Docketed Total: $938.16<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $938.16 | | | | | | | Modified Total: $337.21 |
| | Case Number*<br>05-44481 | Secured<br>$938.16<br>**$938.16** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$337.21<br>**$337.21** | Priority | Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8554<br>Date Filed: 06/26/2006<br>Docketed Total: $32,104.56<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $32,104.56 | | | | | | | Modified Total: $23,129.72 |
| | Case Number*<br>05-44481 | Secured<br>$32,104.56<br>**$32,104.56** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$23,129.72<br>**$23,129.72** | Priority | Unsecured |
| Claim: 8558<br>Date Filed: 06/26/2006<br>Docketed Total: $882.12<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $882.12 | | | | | | | Modified Total: $319.10 |
| | Case Number*<br>05-44481 | Secured<br>$882.12<br>**$882.12** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$319.10<br>**$319.10** | Priority | Unsecured |
| Claim: 8560<br>Date Filed: 06/26/2006<br>Docketed Total: $492.69<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $492.69 | | | | | | | Modified Total: $343.59 |
| | Case Number*<br>05-44481 | Secured<br>$492.69<br>**$492.69** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$343.59<br>**$343.59** | Priority | Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8562<br>Date Filed: 06/26/2006<br>Docketed Total: $97.46<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $97.46<br><br>Case Number* 05-44481  Secured $97.46  Priority  Unsecured<br>$97.46 | Modified Total: $35.13<br><br>Case Number* 05-44640  Secured $35.13  Priority  Unsecured<br>$35.13 |
| Claim: 2661<br>Date Filed: 04/17/2006<br>Docketed Total: $22,464.47<br>Filing Creditor Name and Address:<br>PEYTON C COCHRANE TAX<br>COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Claim Holder Name and Address<br>PEYTON C COCHRANE TAX<br>COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401<br><br>Docketed Total: $22,464.47<br><br>Case Number* 05-44640  Secured $22,464.47  Priority  Unsecured<br>$22,464.47 | Modified Total: $21,600.45<br><br>Case Number* 05-44640  Secured $21,600.45  Priority  Unsecured<br>$21,600.45 |
|  |  | **Total Claims to be Modified: 26**<br>**Total Amount as Docketed:** $3,144,847.12<br>**Total Amount as Modified:** $1,192,526.09 |

*See Exhibit F for a listing of debtor entities by case number.

Page 9 of 9

**In re Delphi Corporation, et al.**                              **Seventeenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILE ARIA, INC. |