## Exhibit A

### In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

*Responses To The Debtors' Eighteenth Omnibus Claims Objection*
*Organized By Respondent[1]*

| | **RESPONSE** | **PROOF OF CLAIM NOS.** | **SUMMARY OF RESPONSE** | **BASIS FOR OBJECTION** | **TREATMENT[2]** |
|---|---|---|---|---|---|
| 1. | Beaver Valley Manufacturing, Inc. (Docket No. 8995) | 16615 | Beaver Valley Manufacturing, Inc. ("Beaver Valley") asserts that it filed proof of claim no. 16615 (the "Amended Claim") in the amount of $180,633.39 to amend its original claim, proof of claim no. 11186 (the "Original Claim").  According to Beaver Valley, it contested the Debtors' Fifteenth Omnibus Claims Objection to the Original Claim. Beaver Valley states that it filed the amended claim to submit a purchase order that was not issued by the Debtor until March 29, 2007. Beaver Valley contends that the amount of the purchase order was included in the Original Claim. | Duplicate and amended claim | Adjourn |

---

[1] This chart reflects all Responses entered on the docket as of Tuesday, August 14, 2007 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of Tuesday, August 14, 2007 at 12:00 p.m. (prevailing Eastern time).

1

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 2. | Metalforming Technologies, Inc. (Docket No. 9042) | 16612 | Metalforming Technologies, Inc. ("MTI") asserts that it filed proof of claim no. 9190 (the "Original Claim") in the amount of $315,746.36. The Debtors objected to the Original Claim in the Fifteenth Omnibus Claims Objection. MTI asserts that it subsequently filed proof of claim no. 16612 (the "Amended Claim") to amend the Original Claim before the order granting the Fifteenth Omnibus Claims Objection was entered. Therefore, MTI asserts the Debtors have no basis for objecting to the Amended Claim. | Duplicate and amended claim | Adjourn |
| 3. | MacArthur Corporation (undocketed) | 16616 | MacArthur Corporation ("MacArthur") asserts that it filed proof of claim no. 16616 for consumable products that it supplied to Delphi Corporation prior to October 8, 2005. MacArthur Corporation attaches invoices and purchase orders to its response in support of its claim. MacArthur asserts that it filed proof of claim no. 16616 as an amended claim to proof of claim no. 11599, and its claim should be allowed in the amount of $414,063.61. | Duplicate and amended claim | Adjourn |