UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
     In re                         :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
               Debtors.   :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS
SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND
CONSENSUALLY MODIFIED AND REDUCED CLAIMS IDENTIFIED IN NINETEENTH
<u>OMNIBUS CLAIMS OBJECTION</u>

("NINETEENTH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims

Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting

Reclamation, And Consensually Modified And Reduced Claims, dated July 13, 2007 (the

"Nineteenth Omnibus Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Nineteenth Omnibus Claims

Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
     Nineteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim") listed on Exhibits A, B-1, B-2, B-3, C, D-1, D-2, D-3, E-1, E-2, E-3, E-4, E-5,

E-6, E-7, and E-8 hereto was properly and timely served with a copy of the Nineteenth Omnibus

Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to

11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the proposed order granting the Nineteenth Omnibus Claims Objection, and

notice of the deadline for responding to the Nineteenth Omnibus Claims Objection.  No other or

further notice of the Nineteenth Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Nineteenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Nineteenth Omnibus Claims Objection is

a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Nineteenth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A hereto contain insufficient documentation

to support the Claims asserted (the "Insufficiently Documented Claims").

D.    The Claims listed on Exhibit B-1 hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records (the "Books And Records

Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.      The Claims listed on Exhibit B-2 hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Tax Claims").

F.      The Claims listed on Exhibit B-3 hereto, which were filed by taxing authorities, contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

G.      The Claim listed on Exhibit C hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

H.      The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

I.      The Tax Claims listed on Exhibit D-2 hereto (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (the "Tax Claims Subject To Modification").

J.      The Claims listed on Exhibit D-3 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

3

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

   K. The relief requested in the Nineteenth Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

   1. Each Insufficiently Documented Claim listed on Exhibit A hereto is

hereby disallowed and expunged in its entirety.

   2. Each Books And Records Claim listed on Exhibit B-1 hereto is hereby

disallowed and expunged in its entirety.

   3. Each Books And Records Tax Claim listed on Exhibit B-2 hereto is

hereby disallowed and expunged in its entirety.

   4. Each Untimely Books And Records Tax Claim listed on Exhibit B-3

hereto is hereby disallowed and expunged in its entirety.

   5. The Untimely Claim listed on Exhibit C hereto is hereby disallowed and

expunged in its entirety.

   6. Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit D-1 shall be entitled to (a) recover for any

Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

4

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-1, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

    7.  Each "Claim As Docketed" amount and Debtor listed on Exhibit D-2 hereto is hereby revised to reflect the amount and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit D-2 shall be entitled to (a) recover for any Tax Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-2, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

    8.  Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit D-3 shall be entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-3, and/or (c) assert a Claim against a Debtor whose case number is not listed in the

"Claim As Modified" column on <u>Exhibit D-3</u>, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation. The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

9.     With respect to each Claim for which a Response to the Nineteenth Omnibus Claims Objection has been filed and served, all of which Claims are listed on <u>Exhibits E-1</u>, <u>E-2</u>, <u>E-3</u>, <u>E-4</u>, <u>E-5</u>, <u>E-6</u>, <u>E-7</u>, and <u>E-8</u> hereto, the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; <u>provided</u>, <u>however</u>, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

10.     Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Nineteenth Omnibus Claims Objection.

11.     Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

12.     This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Nineteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

13.     Each of the objections by the Debtors to each Claim addressed in the Nineteenth Omnibus Claims Objection and attached hereto as <u>Exhibits A</u>, <u>B-1</u>, <u>B-2</u>, <u>B-3</u>, <u>C</u>, <u>D-1</u>, <u>D-2</u>, <u>D-3</u>, <u>E-1</u>, <u>E-2</u>, <u>E-3</u>, <u>E-4</u>, <u>E-5</u>, <u>E-6</u>, <u>E-7</u>, and <u>E-8</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with

6

respect to each Claim that is the subject of the Nineteenth Omnibus Claims Objection.  Any stay

of this order shall apply only to the contested matter which involves such Claim and shall not act

to stay the applicability or finality of this order with respect to the other contested matters

covered hereby.

14.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Nineteenth Omnibus Claims Objection.

Dated: New York, New York
        August ___, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE | 1511 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,920.00<br>$23,920.00 | 01/10/2006 | DELPHI CORPORATION (05-44481) |
| RIVIERA FINANCE OF TEXAS INC<br>ASSIGNEE HOOKED UP TRUCKING<br>PO BOX 100272<br>PASADENA, CA 91189-0272 | 4849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,952.50<br>$1,952.50 | 05/05/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| Total: | 2 | | $25,872.50 | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP AMERICAN 3CI 713 OAKDALE GRAND PRAIRIE, TX 75050 | 3545 | Secured: Priority: Administrative: Unsecured: Total: | $37.00 $37.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ALL THE WAY INC PO BOX 2675 LAREDO, TX 78044-2675 | 307 | Secured: Priority: Administrative: Unsecured: Total: | $475.00 $475.00 | 11/03/2005 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| BOWIE AUDIO VISUAL ENTERPRISES 290 HIGHPOINT DR RIDGELAND, MS 39157 | 5323 | Secured: Priority: Administrative: Unsecured: Total: | $169.64 $169.64 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| E2V TECHNOLOGIES INC 4 WESTCHESTER PLZ ELMSFORD, NY 10523 | 3334 | Secured: Priority: Administrative: Unsecured: Total: | $39,191.91 $39,191.91 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO EFT S A DE C V 805 W PRICE RD STE A 1 HLD PER RICHARD SANDOVAL BROWNSVILLE, TX 78521 | 15596 | Secured: Priority: Administrative: Unsecured: Total: | $160,741.71 $160,741.71 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO EFT S A DE C V 805 W PRICE RD STE A 1 BROWNSVILLE, TX 78521 | 15597 | Secured: Priority: Administrative: Unsecured: Total: | $59,555.76 $59,555.76 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HARDING UNIVERSITY BUSINESS OFFICE BOX 10770 SEARCY, AR 72149 | 400 | Secured: Priority: Administrative: Unsecured: Total: | $2,730.00 $2,730.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| JAMESTOWN CONTAINER LOCKPORT I 85 GRAND ST LOCKPORT, NY 14094-2299 | 14919 | Secured: Priority: Administrative: Unsecured: Total: | $9,236.72 $9,236.72 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMESTOWN CONTAINER LOCKPORT I 85 GRAND ST LOCKPORT, NY 14094-2299 | 14916 | Secured: Priority: Administrative: Unsecured: Total: | $39,660.52 $39,660.52 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JON C COX RUSSELL & SHIVER 3102 OAK LAWN STE 600 DALLAS, TX 75219 | 374 | Secured: Priority: Administrative: Unsecured: Total: | $1,000,000.00 $1,000,000.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| KUNTZMAN R INC 1805 W STATE ST ALLIANCE, OH 44601 | 9602 | Secured: Priority: Administrative: Unsecured: Total: | $13,934.50 $13,934.50 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| LEE UNIVERSITY BUSINESS OFFICE PO BOX 3450 CLEVELAND, OH 37320-3450 | 4879 | Secured: Priority: Administrative: Unsecured: Total: | $1,500.00 $1,500.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| MALONE SUSAN 132 NEWFIELD DR ROCHESTER, NY 14616 | 3036 | Secured: Priority: Administrative: Unsecured: Total: | $450.00 $450.00 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARTIN L SHANNON SHAW PO BOX 428 CLARKSDALE, MS 38614 | 1926 | Secured: Priority: Administrative: Unsecured: Total: | $40,000,000.00 $40,000,000.00 | 01/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MATHESON TRI GAS INC 6225 N STATE HWY 161 STE 200 IRVING, TX 75038 | 2060 | Secured: Priority: Administrative: Unsecured: Total: | $580.57 $580.57 | 02/21/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| METRO DETROIT CPA REVIEW BLS ENTERPRISES 34366 LANCASHIRE LIVONIA, MI 48152 | 3374 | Secured: Priority: Administrative: Unsecured: Total: | $1,100.00 $1,100.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SERVICE TECH TOOL & EQUIPMENT 90 WEST EASY ST UNIT 1 SIMI VALLEY, CA 93065 | 2083 | Secured: Priority: Administrative: Unsecured: Total: | $13,833.43 $13,833.43 | 02/21/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 207 | Secured: Priority: Administrative: Unsecured: Total: | $5,510.00 $5,510.00 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 212 | Secured: Priority: Administrative: Unsecured: Total: | $7,954.42 $7,954.42 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 216 | Secured: Priority: Administrative: Unsecured: Total: | $3.89 $3.89 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 210 | Secured: Priority: Administrative: Unsecured: Total: | $43,960.51 $43,960.51 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| THE ENERGY MANAGEMENT GROUP 1621 BROWNING IRVINE, CA 92606 | 4520 | Secured: Priority: Administrative: Unsecured: Total: | $878.97 $878.97 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| THE WORTHINGTON STEEL COMPANY 200 OLD WILSON BRIDGE RD COLUMBUS, OH 43085 | 9041 | Secured: Priority: Administrative: Unsecured: Total: | $400,782.24 $400,782.24 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| UW PARKSIDE PO BOX 2000 KENOSHA, WI 53141 | 787 | Secured: Priority: Administrative: Unsecured: Total: | $912.75 $912.75 | 11/22/2005 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZUMSTEIN INC EF<br>SCAC ZUMQ<br>PO BOX 700<br>524 N WATER ST<br>LEWISBURG, OH 45338-0700 | 6129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$154.34<br>$154.34 | 05/17/2006 | DELPHI CORPORATION (05-44481) |

|  | Total: | 25 | $41,803,353.88 |
|---|---|---|---|

**In re Delphi Corporation, et al.**    Nineteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 1515 | Secured: Priority: Administrative: Unsecured: Total: | $944,045.04 $944,045.04 | 01/11/2006 | DELPHI CORPORATION (05-44481) |
| | **Total: 1** | | **$944,045.04** | | |

**In re Delphi Corporation, et al.**    Nineteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16476 | Secured: Priority: Administrative: Unsecured: Total: | $949,212.04 $949,212.04 | 01/09/2007 | DELPHI CORPORATION (05-44481) |

Total:  1            $949,212.04

In re Delphi Corporation, <u>et al.</u>    Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRECISION SOUTHEAST INC<br>4900 HWY 501 WEST<br>MYRTLE BEACH, SC 29578-1405 | 16605 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$81,198.75<br>$81,198.75 | 05/29/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$81,198.75** | | |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14087**
Date Filed: 07/31/2006
Docketed Total: $109,872.00
Filing Creditor Name and Address:
3D SYSTEMS
26081 AVE HALL
VALENCIA, CA 91355

Claim Holder Name and Address
3D SYSTEMS
26081 AVE HALL
VALENCIA, CA 91355
Docketed Total: **$109,872.00**

Modified Total: **$31,327.83**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $109,872.00 |
| | | | **$109,872.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,327.83 |
| | | | **$31,327.83** |

---

**Claim: 3964**
Date Filed: 05/01/2006
Docketed Total: $12,566.40
Filing Creditor Name and Address:
AGAPE PLASTICS INC EFT
O 11474 FIRST AVE NW
GRAND RAPIDS, MI 49544

Claim Holder Name and Address
AGAPE PLASTICS INC EFT
O 11474 FIRST AVE NW
GRAND RAPIDS, MI 49544
Docketed Total: **$12,566.40**

Modified Total: **$12,566.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,566.40 |
| | | | **$12,566.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,566.40 |
| | | | **$12,566.40** |

---

**Claim: 8395**
Date Filed: 06/22/2006
Docketed Total: $639,529.99
Filing Creditor Name and Address:
AGILENT TECHNOLOGIES INC
3750 BROOKSIDE PARKWAY
ALPHARETTA, GA 30022

Claim Holder Name and Address
AGILENT TECHNOLOGIES INC
3750 BROOKSIDE PARKWAY
ALPHARETTA, GA 30022
Docketed Total: **$639,529.99**

Modified Total: **$411,538.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $639,529.99 |
| | | | **$639,529.99** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $411,538.67 |
| | | | **$411,538.67** |

---

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 9376**
Date Filed: 07/11/2006
Docketed Total: $20,135.31
Filing Creditor Name and Address:
AIM FABRICATION
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Claim Holder Name and Address
AIM FABRICATION
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Docketed Total: $20,135.31

Modified Total: $10,894.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,135.31 |
| | | | **$20,135.31** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,894.50 |
| | | | **$10,894.50** |

---

**Claim: 1651**
Date Filed: 01/24/2006
Docketed Total: $1,381.12
Filing Creditor Name and Address:
AIR LIQUIDE AMERICA LP
ATTN GWENDOLYN YOUNG
SMITHHEART
2700 POST OAK BLVD
HOUSTON, TX 77056

Claim Holder Name and Address
AIR LIQUIDE AMERICA LP
ATTN GWENDOLYN YOUNG
SMITHHEART
2700 POST OAK BLVD
HOUSTON, TX 77056

Docketed Total: $1,381.12

Modified Total: $1,324.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,381.12 |
| | | | **$1,381.12** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $1,324.42 |
| | | | **$1,324.42** |

---

**Claim: 2609**
Date Filed: 04/11/2006
Docketed Total: $27,316.10
Filing Creditor Name and Address:
AIR LIQUIDE INDUSTRIAL US LP
ATTN GWENDOLYN YOUNG
SMITHHEART
2700 POST OAK BLVD
HOUSTON, TX 77056

Claim Holder Name and Address
AIR LIQUIDE INDUSTRIAL US LP
ATTN GWENDOLYN YOUNG
SMITHHEART
2700 POST OAK BLVD
HOUSTON, TX 77056

Docketed Total: $27,316.10

Modified Total: $22,371.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,316.10 |
| | | | **$27,316.10** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,160.00 |
| 05-44482 | | | $21,211.22 |
| | | | **$22,371.22** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 19 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6972**
Date Filed: 05/30/2006
Docketed Total: $40,658.32
Filing Creditor Name and Address:
ALL AMERICAN
SEMICONDUCTOR
10805 HOLDER ST STE 100
CYPRESS, CA 90630

Claim Holder Name and Address

ALL AMERICAN SEMICONDUCTOR
10805 HOLDER ST STE 100
CYPRESS, CA 90630

Docketed Total: $40,658.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,658.32 |
| | | | $40,658.32 |

Modified Total: $38,282.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $38,282.67 |
| | | | $38,282.67 |

---

**Claim: 11573**
Date Filed: 07/27/2006
Docketed Total: $165,938.35
Filing Creditor Name and Address:
AMPHENOL PRECISION CABLE
MFG
PO BOX 1448
ROCKWALL, TX 75087

Claim Holder Name and Address

AMPHENOL PRECISION CABLE MFG
PO BOX 1448
ROCKWALL, TX 75087

Docketed Total: $165,938.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $165,938.35 |
| | | | $165,938.35 |

Modified Total: $25,570.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,570.41 |
| | | | $25,570.41 |

---

**Claim: 11577**
Date Filed: 07/27/2006
Docketed Total: $89,607.01
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF DEKALB METAL
FINISHING
AS ASSIGNEE OF DEKALB METAL
FINISHING
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $89,607.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,607.01 |
| | | | $89,607.01 |

Modified Total: $82,350.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,350.06 |
| | | | $82,350.06 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 20 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11576**
Date Filed: 07/27/2006
Docketed Total: $155,624.26
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF DYNAMIC
TECHNOLOGY INC
ATTN DAVID S LEINWAND
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $155,624.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $155,624.26 |
| | | | **$155,624.26** |

Modified Total: $124,635.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $122,028.20 |
| 05-44612 | | | $2,606.88 |
| | | | **$124,635.08** |

---

**Claim: 10638**
Date Filed: 07/25/2006
Docketed Total: $262,877.22
Filing Creditor Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIE
ONE APPLIED PLAZA
CLEVELAND, OH 44115-5056

Claim Holder Name and Address
APPLIED INDUSTRIAL
TECHNOLOGIE
ONE APPLIED PLAZA
CLEVELAND, OH 44115-5056

Docketed Total: $262,877.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $262,877.22 |
| | | | **$262,877.22** |

Modified Total: $210,171.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $210,171.57 |
| | | | **$210,171.57** |

---

**Claim: 10631**
Date Filed: 07/25/2006
Docketed Total: $192,374.01
Filing Creditor Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIES & FOLLOWING
SUBSIDIARIES APP IN TECH TX
LP APPLIED MICHIGAN AND
APPLIED IND TECH INDIANA
ONE APPLIED PLZ
E 36TH ST & EUDLID AVE
CLEVELAND, OH 44115-5056

Claim Holder Name and Address
APPLIED INDUSTRIAL
TECHNOLOGIES & FOLLOWING
SUBSIDIARIES APP IN TECH TX LP
APPLIED MICHIGAN AND APPLIED
IND TECH INDIANA
ONE APPLIED PLZ
E 36TH ST & EUDLID AVE
CLEVELAND, OH 44115-5056

Docketed Total: $192,374.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $192,374.01 |
| | | | **$192,374.01** |

Modified Total: $162,793.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $162,793.89 |
| | | | **$162,793.89** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 21 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10632**
Date Filed: 07/25/2006
Docketed Total: $3,094.33
Filing Creditor Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIES DIXIE INC
ONE APPLIED PLZ
EAST 36TH ST & EUCLID AVE
CLEVELAND, OH 44115-5056

Claim Holder Name and Address
APPLIED INDUSTRIAL
TECHNOLOGIES DIXIE INC
ONE APPLIED PLZ
EAST 36TH ST & EUCLID AVE
CLEVELAND, OH 44115-5056

Docketed Total: **$3,094.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44626 | | | $3,094.33 |
| | | | **$3,094.33** |

Modified Total: **$2,631.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,631.20 |
| | | | **$2,631.20** |

---

**Claim: 2166**
Date Filed: 03/01/2006
Docketed Total: $288,900.67
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
EVERETT CHARLES
TECHNOLOGIES
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL AS ASSIGNEE FOR
EVERETT CHARLES TECHNOLOGIES
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total: **$288,900.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $288,900.67 |
| | | | **$288,900.67** |

Modified Total: **$270,876.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $270,876.29 |
| | | | **$270,876.29** |

---

**Claim: 2167**
Date Filed: 03/01/2006
Docketed Total: $272,579.43
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
UNIVERSAL INSTRUMENTS CORP
7600 JERICHO TPKE STE 302
WOODBURY, NJ 11797

Claim Holder Name and Address
ASM CAPITAL AS ASSIGNEE FOR
UNIVERSAL INSTRUMENTS CORP
7600 JERICHO TPKE STE 302
WOODBURY, NJ 11797

Docketed Total: **$272,579.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $272,579.43 |
| | | | **$272,579.43** |

Modified Total: **$260,078.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $260,078.21 |
| | | | **$260,078.21** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 22 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7203**
Date Filed: 05/31/2006
Docketed Total: $10,695.33
Filing Creditor Name and Address:
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702

Claim Holder Name and Address
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702
Docketed Total: $10,695.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,695.33 |
| | | | **$10,695.33** |

Modified Total: $2,280.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,280.91 |
| | | | **$2,280.91** |

---

**Claim: 7204**
Date Filed: 05/31/2006
Docketed Total: $13,597.57
Filing Creditor Name and Address:
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702

Claim Holder Name and Address
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702
Docketed Total: $13,597.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,597.57 |
| | | | **$13,597.57** |

Modified Total: $8,277.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,277.75 |
| | | | **$8,277.75** |

---

**Claim: 5233**
Date Filed: 05/08/2006
Docketed Total: $1,425.00
Filing Creditor Name and Address:
AVERY DENNINSON VITAL
17700 FOLTZ IND PKWY
STRONGSVILLE, OH 44077

Claim Holder Name and Address
AVERY DENNINSON VITAL
17700 FOLTZ IND PKWY
STRONGSVILLE, OH 44077
Docketed Total: $1,425.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,425.00 |
| | | | **$1,425.00** |

Modified Total: $1,425.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,425.00 |
| | | | **$1,425.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 23 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14027**
Date Filed:    07/31/2006
Docketed Total:    $513,080.99
Filing Creditor Name and Address:
   AXON CABLE INC
   FREEBORN & PETERS LLP
   311 S WACKER DR STE 3000
   CHICAGO, IL 60606

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:    **$513,080.99**

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$513,080.99 |
|---|---|---|---|
| | | | **$513,080.99** |

Modified Total:    **$501,065.06**

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$501,065.06 |
|---|---|---|---|
| | | | **$501,065.06** |

---

**Claim: 2056**
Date Filed:    02/17/2006
Docketed Total:    $20,637.70
Filing Creditor Name and Address:
   BAJA TAPE & SUPPLY INC
   12773 GRAND RIVER DR
   EL PASO, TX 79928

Claim Holder Name and Address
BAJA TAPE & SUPPLY INC
12773 GRAND RIVER DR
EL PASO, TX 79928

Docketed Total:    **$20,637.70**

| Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,637.70 |
|---|---|---|---|
| | | | **$20,637.70** |

Modified Total:    **$10,318.85**

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,318.85 |
|---|---|---|---|
| | | | **$10,318.85** |

---

**Claim: 145**
Date Filed:    10/28/2005
Docketed Total:    $48,243.00
Filing Creditor Name and Address:
   BOOTH INC
   PO BOX 487
   MIO, MI 48647

Claim Holder Name and Address
BOOTH INC
PO BOX 487
MIO, MI 48647

Docketed Total:    **$48,243.00**

| Case Number*<br>05-44481 | Secured | Priority<br>$48,243.00 | Unsecured |
|---|---|---|---|
| | | **$48,243.00** | |

Modified Total:    **$45,786.00**

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,786.00 |
|---|---|---|---|
| | | | **$45,786.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 7 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 24 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6683<br>Date Filed: 05/23/2006<br>Docketed Total: $43,850.88<br>Filing Creditor Name and Address:<br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Claim Holder Name and Address<br><br>BOURNS INC    Docketed Total: $43,850.88<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Modified Total: $26,969.88 |
| | **Case Number\*** 05-44640   Secured   Priority   Unsecured $43,850.88 <br><br> $43,850.88 | **Case Number\*** 05-44640   Secured   Priority   Unsecured $26,969.88 <br><br> $26,969.88 |
| Claim: 13882<br>Date Filed: 07/31/2006<br>Docketed Total: $4,164.75<br>Filing Creditor Name and Address:<br>BP PRODUCTS NORTH AMERICA INC<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | Claim Holder Name and Address<br><br>BP PRODUCTS NORTH AMERICA INC    Docketed Total: $4,164.75<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | Modified Total: $4,164.75 |
| | **Case Number\*** 05-44481   Secured   Priority   Unsecured $4,164.75 <br><br> $4,164.75 | **Case Number\*** 05-44640   Secured   Priority   Unsecured $4,164.75 <br><br> $4,164.75 |
| Claim: 9808<br>Date Filed: 07/17/2006<br>Docketed Total: $49,258.57<br>Filing Creditor Name and Address:<br>BURNEX CORP<br>703 W ALGONQUIN RD<br>ALGONQUIN, IL 60102 | Claim Holder Name and Address<br><br>BURNEX CORP    Docketed Total: $49,258.57<br>703 W ALGONQUIN RD<br>ALGONQUIN, IL 60102 | Modified Total: $21,206.64 |
| | **Case Number\*** 05-44640   Secured   Priority   Unsecured $49,258.57 <br><br> $49,258.57 | **Case Number\*** 05-44640   Secured   Priority   Unsecured $21,206.64 <br><br> $21,206.64 |

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 25 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1628**
Date Filed: 01/23/2006
Docketed Total: $14,003.86
Filing Creditor Name and Address:
CALLANAN INDUSTRIES INC DBA
MANITOU CONCRETE COMPANY
5 S FITZHUGH ST
ROCHESTER, NY 14614

Claim Holder Name and Address
CALLANAN INDUSTRIES INC DBA
MANITOU CONCRETE COMPANY
5 S FITZHUGH ST
ROCHESTER, NY 14614
Docketed Total: $14,003.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,003.86 |
| | | | **$14,003.86** |

Modified Total: $4,042.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,042.88 |
| | | | **$4,042.88** |

---

**Claim: 9681**
Date Filed: 07/17/2006
Docketed Total: $122,735.46
Filing Creditor Name and Address:
CHEVRON PRODUCTS CO
PO BOX F
CONCORD, CA 94524

Claim Holder Name and Address
CHEVRON PRODUCTS CO
PO BOX F
CONCORD, CA 94524
Docketed Total: $122,735.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $122,735.46 |
| | | | **$122,735.46** |

Modified Total: $105,386.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $105,386.78 |
| | | | **$105,386.78** |

---

**Claim: 5086**
Date Filed: 05/08/2006
Docketed Total: $7,831.58
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309
Docketed Total: $7,831.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,831.58 |
| | | | **$7,831.58** |

Modified Total: $7,831.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,831.58 |
| | | | **$7,831.58** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 26 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15602<br>Date Filed:   07/31/2006<br>Docketed Total:   $48,145.89<br>Filing Creditor Name and Address:<br>  CIT COMMUNICATIONS FINANCE<br>  CORPORATION DBA AVAYA<br>  FINANCIAL SERVICES FKA AT&T<br>  CREDIT CORPORATION<br>  ATTN BANKRUPTCY DEPT<br>  1 CIT DR STE 4104A<br>  LIVINGSTON, NJ 07039 | Claim Holder Name and Address<br><br>CIT COMMUNICATIONS FINANCE<br>CORPORATION DBA AVAYA<br>FINANCIAL SERVICES FKA AT&T<br>CREDIT CORPORATION<br>ATTN BANKRUPTCY DEPT<br>1 CIT DR STE 4104A<br>LIVINGSTON, NJ 07039<br><br>Docketed Total:   $48,145.89 | Modified Total:   $48,145.89 |
| | Case Number* 05-44612    Secured    Priority    Unsecured $48,145.89    **$48,145.89** | Case Number* 05-44640    Secured    Priority    Unsecured $48,145.89    **$48,145.89** |
| Claim: 712<br>Date Filed:   11/21/2005<br>Docketed Total:   $9,554.69<br>Filing Creditor Name and Address:<br>  COMPAGNIE DEUTSCH ORLEANS<br>  22 RUE DES CHAISES<br>  45142 ST JEAN DE LA RUELLE<br>  CEDEX<br>  BP 96FRANCE | Claim Holder Name and Address<br><br>COMPAGNIE DEUTSCH ORLEANS<br>22 RUE DES CHAISES<br>45142 ST JEAN DE LA RUELLE<br>CEDEX<br>BP 96FRANCE<br><br>Docketed Total:   $9,554.69 | Modified Total:   $9,554.69 |
| | Case Number* 05-44481    Secured    Priority    Unsecured $9,554.69    **$9,554.69** | Case Number* 05-44640    Secured    Priority    Unsecured $9,554.69    **$9,554.69** |
| Claim: 7044<br>Date Filed:   05/30/2006<br>Docketed Total:   $10,860.00<br>Filing Creditor Name and Address:<br>  COMPONENT DISTRIBUTORS INC<br>  PO BOX 13017<br>  DENVER, CO 80201-3017 | Claim Holder Name and Address<br><br>COMPONENT DISTRIBUTORS INC<br>PO BOX 13017<br>DENVER, CO 80201-3017<br><br>Docketed Total:   $10,860.00 | Modified Total:   $7,240.00 |
| | Case Number* 05-44481    Secured    Priority    Unsecured $10,860.00    **$10,860.00** | Case Number* 05-44640    Secured    Priority    Unsecured $7,240.00    **$7,240.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 2530
Date Filed: 04/03/2006
Docketed Total: $2,956,707.11
Filing Creditor Name and Address:
CONSUMERS ENERGY COMPANY
ONE ENERGY PLAZA
JACKSON, MI 49201

Claim Holder Name and Address
CONSUMERS ENERGY COMPANY
ONE ENERGY PLAZA
JACKSON, MI 49201

Docketed Total: $2,956,707.11

Modified Total: $42,993.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,956,707.11 | 05-44640 | | | $42,993.95 |
| | | | **$2,956,707.11** | | | | **$42,993.95** |

Claim: 1211
Date Filed: 12/19/2005
Docketed Total: $2,599.00
Filing Creditor Name and Address:
CROWLEY LINER SERVICES INC
PO BOX 2110
JACKSONVILLE, FL 32203-2110

Claim Holder Name and Address
CROWLEY LINER SERVICES INC
PO BOX 2110
JACKSONVILLE, FL 32203-2110

Docketed Total: $2,599.00

Modified Total: $2,599.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,599.00 | 05-44640 | | | $2,599.00 |
| | | | **$2,599.00** | | | | **$2,599.00** |

Claim: 10599
Date Filed: 07/25/2006
Docketed Total: $46,506.23
Filing Creditor Name and Address:
CS BUSINESS SYSTEMS INC
1236 MAIN ST
BUFFALO, NY 14209

Claim Holder Name and Address
CS BUSINESS SYSTEMS INC
1236 MAIN ST
BUFFALO, NY 14209

Docketed Total: $46,506.23

Modified Total: $44,803.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $46,506.23 | 05-44640 | | | $44,803.23 |
| | | | **$46,506.23** | | | | **$44,803.23** |

Claim: 1183
Date Filed: 12/19/2005
Docketed Total: $5,555.00
Filing Creditor Name and Address:
DAYTON ICE MACHINE INC
3463 SUCCESSFUL WY
DAYTON, OH 45414

Claim Holder Name and Address
DAYTON ICE MACHINE INC
3463 SUCCESSFUL WY
DAYTON, OH 45414

Docketed Total: $5,555.00

Modified Total: $5,555.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,555.00 | 05-44640 | | | $5,555.00 |
| | | | **$5,555.00** | | | | **$5,555.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 28 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10149**
Date Filed: 07/21/2006
Docketed Total: $80,378.48
Filing Creditor Name and Address:
DEKKO TECHNOLOGIES INC
HALLER & COLVIN PC
444 E MAIN ST
FORT WAYNE, IN 46802

Claim Holder Name and Address
DEKKO TECHNOLOGIES INC
HALLER & COLVIN PC
444 E MAIN ST
FORT WAYNE, IN 46802
Docketed Total: **$80,378.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $80,378.48 |
| | | | **$80,378.48** |

Modified Total: **$80,378.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,378.48 |
| | | | **$80,378.48** |

---

**Claim: 5108**
Date Filed: 05/08/2006
Docketed Total: $14,586.67
Filing Creditor Name and Address:
DEWITT ROSS & STEVENS SC
2 E MIFFLIN ST STE 600
MADISON, WI 53703

Claim Holder Name and Address
DEWITT ROSS & STEVENS SC
2 E MIFFLIN ST STE 600
MADISON, WI 53703
Docketed Total: **$14,586.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,586.67 |
| | | | **$14,586.67** |

Modified Total: **$14,586.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,586.67 |
| | | | **$14,586.67** |

---

**Claim: 116**
Date Filed: 10/25/2005
Docketed Total: $289,004.91
Filing Creditor Name and Address:
DRAKA AUTOMOTIVE GMBH
DICKESTR 23
WUPPERTAL, D 42369
GERMANY

Claim Holder Name and Address
DRAKA AUTOMOTIVE GMBH
DICKESTR 23
WUPPERTAL, D 42369
GERMANY
Docketed Total: **$289,004.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $289,004.91 |
| | | | **$289,004.91** |

Modified Total: **$330,559.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $330,559.89 |
| | | | **$330,559.89** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 29 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2319**
Date Filed:    03/16/2006
Docketed Total:    $2,448.00
Filing Creditor Name and Address:
DRAKE MANUFACTURING
SERVICES INC
4371 N LEAVITT RD
WARREN, OH 44485

Claim Holder Name and Address

DRAKE MANUFACTURING SERVICES INC
4371 N LEAVITT RD
WARREN, OH 44485

Docketed Total:    **$2,448.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,448.00 |
| | | | **$2,448.00** |

Modified Total:    **$2,448.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,448.00 |
| | | | **$2,448.00** |

---

**Claim: 1220**
Date Filed:    12/19/2005
Docketed Total:    $18,479.84
Filing Creditor Name and Address:
DRAPER CHEVROLET CO
4200 BAY RD
PO BOX 2139
SAGINAW, MI 48603

Claim Holder Name and Address

DRAPER CHEVROLET CO
4200 BAY RD
PO BOX 2139
SAGINAW, MI 48603

Docketed Total:    **$18,479.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,479.84 |
| | | | **$18,479.84** |

Modified Total:    **$18,436.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,436.43 |
| | | | **$18,436.43** |

---

**Claim: 2761**
Date Filed:    04/25/2006
Docketed Total:    $221,546.49
Filing Creditor Name and Address:
DTE ENERGY (DETROIT EDISON
& MICHCON)
3200 HOBSON ST LOWER LEVEL
DETROIT, MI 48201-2927

Claim Holder Name and Address

DTE ENERGY (DETROIT EDISON &
MICHCON)
3200 HOBSON ST LOWER LEVEL
DETROIT, MI 48201-2927

Docketed Total:    **$221,546.49**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $221,546.49 |
| | | | **$221,546.49** |

Modified Total:    **$216,969.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $216,969.48 |
| | | | **$216,969.48** |

*See Exhibit F for a listing of debtor entities by case number.

Page 13 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 30 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2901**
Date Filed:    04/27/2006
Docketed Total:    $16,138.00
Filing Creditor Name and Address:
DYNALENE HEAT TRANSFER
FLUIDS
PO BOX A
COPLAY, PA 18037

Claim Holder Name and Address
DYNALENE HEAT TRANSFER
FLUIDS
PO BOX A
COPLAY, PA 18037

Docketed Total:    **$16,138.00**

Modified Total:    **$15,018.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $16,138.00 | 05-44640 | | | $15,018.00 |
| | | | **$16,138.00** | | | | **$15,018.00** |

**Claim: 3951**
Date Filed:    05/01/2006
Docketed Total:    $21,055.17
Filing Creditor Name and Address:
EDWARDS MEDICAL SUPPLY INC
EFT
PO BOX 1639
BOLINGBROOK, IL 60440

Claim Holder Name and Address
EDWARDS MEDICAL SUPPLY INC
EFT
PO BOX 1639
BOLINGBROOK, IL 60440

Docketed Total:    **$21,055.17**

Modified Total:    **$9,676.11**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $21,055.17 | 05-44640 | | | $9,676.11 |
| | | | **$21,055.17** | | | | **$9,676.11** |

**Claim: 182**
Date Filed:    10/28/2005
Docketed Total:    $21,460.00
Filing Creditor Name and Address:
ENMARK TOOL & GAGE CO INC
18100 CROSS LANE
FRASER, MI 48026

Claim Holder Name and Address
KT TRUST
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total:    **$21,460.00**

Modified Total:    **$21,460.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,460.00 | 05-44640 | | | $21,460.00 |
| | | | **$21,460.00** | | | | **$21,460.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 14 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 31 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15032**
Date Filed:   07/31/2006
Docketed Total:   $1,840,554.00
Filing Creditor Name and Address:
  EQ HERITAGE LLC
  HONIGMAN MILLER SCHWARTZ
  & COHN LLP
  2290 FIRST NATIONAL BUILDING
  660 WOODWARD AVE
  DETROIT, MI 48226

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:   **$1,839,554.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $867,780.00 | | $971,774.00 |
| | **$867,780.00** | | **$971,774.00** |

Modified Total:   **$1,014,281.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $1,014,281.00 |
| | **$0.00** | | **$1,014,281.00** |

Claim Holder Name and Address

EQ HERITAGE LLC
HONIGMAN MILLER SCHWARTZ &
COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226

Docketed Total:   **$1,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $1,000.00 |
| | | | **$0.00** |

Modified Total:   **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $0.00 |
| | **$0.00** | | **$0.00** |

**Claim: 1543**
Date Filed:   01/17/2006
Docketed Total:   $204,771.15
Filing Creditor Name and Address:
  EXPORT DEVELOPMENT
  CANADA EDC
  151 O CONNOR ST 18TH FLR
  OTTAWA, ON KIA IK3
  CANADA

Claim Holder Name and Address

EXPORT DEVELOPMENT CANADA
EDC
151 O CONNOR ST 18TH FLR
OTTAWA, ON KIA IK3
CANADA

Docketed Total:   **$204,771.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $204,771.15 |
| | | | **$204,771.15** |

Modified Total:   **$187,324.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,324.48 |
| | | | **$187,324.48** |

*See Exhibit F for a listing of debtor entities by case number.

Page 15 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 32 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12232**
Date Filed: 07/28/2006
Docketed Total: $31,230.88
Filing Creditor Name and Address:
FANUC ROBOTICS AMERICA INC
3900 W HAMLIN RD
ROCHESTER HILLS, MI
48309-3253

Claim Holder Name and Address

FANUC ROBOTICS AMERICA INC
3900 W HAMLIN RD
ROCHESTER HILLS, MI 48309-3253

Docketed Total: **$31,230.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,230.88 |
| | | | **$31,230.88** |

Modified Total: **$31,230.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,230.88 |
| | | | **$31,230.88** |

---

**Claim: 7476**
Date Filed: 06/05/2006
Docketed Total: $17,775.69
Filing Creditor Name and Address:
GOLDSMITH TR AND SON INC
ANN MARIE STENGEL
16 PEUQUET PKY
TONAWANDA, NY 14150-2413

Claim Holder Name and Address

GOLDSMITH TR AND SON INC
ANN MARIE STENGEL
16 PEUQUET PKY
TONAWANDA, NY 14150-2413

Docketed Total: **$17,775.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,775.69 |
| | | | **$17,775.69** |

Modified Total: **$17,538.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,538.35 |
| | | | **$17,538.35** |

---

**Claim: 4294**
Date Filed: 05/01/2006
Docketed Total: $1,415.04
Filing Creditor Name and Address:
GREAT LAKES POWER LIFT INC
7455 TYLER BLVD
MENTOR, OH 44060

Claim Holder Name and Address

GREAT LAKES POWER LIFT INC
7455 TYLER BLVD
MENTOR, OH 44060

Docketed Total: **$1,415.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,415.04 |
| | | | **$1,415.04** |

Modified Total: **$1,415.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,415.04 |
| | | | **$1,415.04** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 33 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3780**
Date Filed:   05/01/2006
Docketed Total:   $576.26
Filing Creditor Name and Address:
  HOBART SALES AND SERVICE
  181 INDUSTRIAL PKWY
  MANSFIELD, OH 44903

Claim Holder Name and Address

HOBART SALES AND SERVICE
181 INDUSTRIAL PKWY
MANSFIELD, OH 44903

Docketed Total:   **$576.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $576.26 | |
| | | **$576.26** | |

Modified Total:   **$576.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $576.26 |
| | | | **$576.26** |

---

**Claim: 15220**
Date Filed:   07/31/2006
Docketed Total:   $321,256.00
Filing Creditor Name and Address:
  HUTCHINSON SEAL
  CORPORATION
  PO BOX 1886
  GRAND RAPIDS, MI 49501

Claim Holder Name and Address

HUTCHINSON SEAL CORPORATION
PO BOX 1886
GRAND RAPIDS, MI 49501

Docketed Total:   **$321,256.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $321,256.00 |
| | | | **$321,256.00** |

Modified Total:   **$201,945.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $201,945.43 |
| | | | **$201,945.43** |

---

**Claim: 15341**
Date Filed:   07/31/2006
Docketed Total:   $15,304.24
Filing Creditor Name and Address:
  HYDRO ELLAY ENFIELD
  LIMITED ENGLAND
  JOSEPH NOBLE RD
  LILLYHALL INDUSTRIAL EST
  WORKINGTON CUMBRIA, CA14
  4JX
  UNITED KINGDOM

Claim Holder Name and Address

HYDRO ELLAY ENFIELD LIMITED
ENGLAND
JOSEPH NOBLE RD
LILLYHALL INDUSTRIAL EST
WORKINGTON CUMBRIA, CA14 4JX
UNITED KINGDOM

Docketed Total:   **$15,304.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,304.24 |
| | | | **$15,304.24** |

Modified Total:   **$6,196.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,196.24 |
| | | | **$6,196.24** |

*See Exhibit F for a listing of debtor entities by case number.

Page 17 of 36

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 680**
Date Filed: 11/18/2005
Docketed Total: $514,319.83
Filing Creditor Name and Address:
IBM CORPORATION
TWO LINCOLN CTR
OAKBROOK TERRACE, IL 60181

Claim Holder Name and Address

IBM CORPORATION
TWO LINCOLN CTR
OAKBROOK TERRACE, IL 60181

Docketed Total: **$514,319.83**

Modified Total: **$438,719.83**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $514,319.83 | 05-44624 | | | $90.61 |
| | | | | 05-44640 | | | $22,777.05 |
| | | | **$514,319.83** | 05-44567 | | | $15,863.77 |
| | | | | 05-44612 | | | $399,988.40 |
| | | | | | | | **$438,719.83** |

**Claim: 2203**
Date Filed: 03/07/2006
Docketed Total: $4,196.78
Filing Creditor Name and Address:
ICS CUSTOMS SERVICE INC
1099 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Claim Holder Name and Address

ICS CUSTOMS SERVICE INC
1099 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Docketed Total: **$4,196.78**

Modified Total: **$3,890.01**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,057.66 | $3,139.12 | 05-44640 | | | $3,890.01 |
| | | **$1,057.66** | **$3,139.12** | | | | **$3,890.01** |

**Claim: 10279**
Date Filed: 07/24/2006
Docketed Total: $1,456,361.79
Filing Creditor Name and Address:
INTEGRATED SILICON
SOLUTION EF INC
2231 LAWSON LN
SANTA CLARA, CA 95054

Claim Holder Name and Address

INTEGRATED SILICON SOLUTION
EF INC
2231 LAWSON LN
SANTA CLARA, CA 95054

Docketed Total: **$1,456,361.79**

Modified Total: **$1,398,447.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,456,361.79 | 05-44640 | | | $1,398,447.10 |
| | | | **$1,456,361.79** | | | | **$1,398,447.10** |

*See Exhibit F for a listing of debtor entities by case number.

Page 18 of 36

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: 5404<br>Date Filed: 05/09/2006<br>Docketed Total: $429,262.62<br>Filing Creditor Name and Address:<br>JADA PRECISION PLASTICS CO<br>EFT INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Claim Holder Name and Address<br><br>JADA PRECISION PLASTICS CO EFT<br>INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Docketed Total: **$429,262.62** | | Modified Total: | **$420,062.84** | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $429,262.62 | 05-44640 | | | $420,062.84 |
| | | | **$429,262.62** | | | | **$420,062.84** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: 14915<br>Date Filed: 07/31/2006<br>Docketed Total: $468,786.87<br>Filing Creditor Name and Address:<br>JAMESTOWN CONTAINER CORP<br>SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225 | Claim Holder Name and Address<br><br>JAMESTOWN CONTAINER CORP<br>SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225 | Docketed Total: **$468,786.87** | | Modified Total: | **$407,193.80** | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $468,786.87 | 05-44640 | | | $407,193.80 |
| | | | **$468,786.87** | | | | **$407,193.80** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim: 15982<br>Date Filed: 08/09/2006<br>Docketed Total: $181,540.86<br>Filing Creditor Name and Address:<br>KENMODE TOOL & ENGR INC<br>EFT<br>820 W ALGONQUIN RD<br>ALGONQUIN, IL 60102 | Claim Holder Name and Address<br><br>KENMODE TOOL & ENGR INC EFT<br>820 W ALGONQUIN RD<br>ALGONQUIN, IL 60102 | Docketed Total: **$181,540.86** | | Modified Total: | **$161,180.85** | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $181,540.86 | 05-44640 | | | $161,180.85 |
| | | | **$181,540.86** | | | | **$161,180.85** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 36 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3641**
Date Filed:   05/01/2006
Docketed Total:   $3,140.80
Filing Creditor Name and Address:
KORTEN QUALITY SYSTEMS
LIMITED
PO BOX 454
ROMEO, MI 48065

Claim Holder Name and Address

MADISON NICHE OPPORTUNITIES
FUND LLC
6143 S WILLOW DR STE 200
GREENWOOD VILLAGE, CO 80111

Docketed Total:   **$3,140.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,140.80 |
| | | | **$3,140.80** |

Modified Total:   **$2,675.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,675.25 |
| | | | **$2,675.25** |

---

**Claim: 2895**
Date Filed:   04/27/2006
Docketed Total:   $14,399.78
Filing Creditor Name and Address:
LDMI
311 N MAIN ST
BOX 7820
ANN ARBOR, MI 48107

Claim Holder Name and Address

ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:   **$14,399.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,399.78 |
| | | | **$14,399.78** |

Modified Total:   **$9,022.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,022.00 |
| | | | **$9,022.00** |

---

**Claim: 1178**
Date Filed:   12/16/2005
Docketed Total:   $116,317.23
Filing Creditor Name and Address:
LE JOINT FRANCAIS
17 RUE ANDRE BUILLE BP700
CHATTELLERAULT CEDEX,
86107
FRANCE

Claim Holder Name and Address

LE JOINT FRANCAIS
17 RUE ANDRE BUILLE BP700
CHATTELLERAULT CEDEX, 86107
FRANCE

Docketed Total:   **$116,317.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $116,317.23 |
| | | | **$116,317.23** |

Modified Total:   **$58,805.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58,805.98 |
| | | | **$58,805.98** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 37 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 1179**
Date Filed:  12/16/2005
Docketed Total:  $57,976.00
Filing Creditor Name and Address:
LE JOINT FRANCAIS
17 RUE ANDRE BUILLE BP700
CHATTELLERAULT CEDEX,
86107
FRANCE

Claim Holder Name and Address

LE JOINT FRANCAIS
17 RUE ANDRE BUILLE BP700
CHATTELLERAULT CEDEX, 86107
FRANCE

Docketed Total:    **$57,976.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,976.00 |
| | | | **$57,976.00** |

Modified Total:    **$40,176.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,176.00 |
| | | | **$40,176.00** |

---

**Claim: 635**
Date Filed:  11/17/2005
Docketed Total:  $3,100.00
Filing Creditor Name and Address:
M & S SPRING CO INC
34137 DOREKA DR
FRASER, MI 48026

Claim Holder Name and Address

M & S SPRING CO INC
34137 DOREKA DR
FRASER, MI 48026

Docketed Total:    **$3,100.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,100.00 |
| | | | **$3,100.00** |

Modified Total:    **$3,100.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,100.00 |
| | | | **$3,100.00** |

---

**Claim: 6450**
Date Filed:  05/22/2006
Docketed Total:  $130,697.79
Filing Creditor Name and Address:
MAGID GLOVE & SAFETY MFG
CO LLC
2060 N KOLMAR AVE
CHICAGO, IL 60639

Claim Holder Name and Address

MAGID GLOVE & SAFETY MFG CO
LLC
2060 N KOLMAR AVE
CHICAGO, IL 60639

Docketed Total:    **$130,697.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $100,407.40 | | $30,290.39 |
| | **$100,407.40** | | **$30,290.39** |

Modified Total:    **$130,697.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $130,697.79 |
| | | | **$130,697.79** |

---

*See Exhibit F for a listing of debtor entities by case number.

Page 21 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 38 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 936**
Date Filed: 11/29/2005
Docketed Total: $768.52
Filing Creditor Name and Address:
 MATHESON TRIGAS INC
 6225 N STATE HWY 161 STE 200
 IRVING, TX 75038

Claim Holder Name and Address

MATHESON TRIGAS INC
6225 N STATE HWY 161 STE 200
IRVING, TX 75038

Docketed Total: $768.52

Modified Total: $133.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $768.52 | 05-44640 | | | $133.26 |
| | | | **$768.52** | | | | **$133.26** |

**Claim: 5306**
Date Filed: 05/08/2006
Docketed Total: $53,842.15
Filing Creditor Name and Address:
 MATSUO ELECTRONICS OF
 AMERICA
 2134 MAIN ST STE 100
 HUNTINGTON BEACH, CA 92648

Claim Holder Name and Address

MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

Docketed Total: $53,842.15

Modified Total: $44,574.85

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $53,842.15 | 05-44640 | | | $35,158.60 |
| | | | | 05-44610 | | | $9,416.25 |
| | | | **$53,842.15** | | | | **$44,574.85** |

**Claim: 9652**
Date Filed: 07/17/2006
Docketed Total: $1,243,150.59
Filing Creditor Name and Address:
 MEANS INDUSTRIES INC
 SCHIFF HARDIN LLP
 6600 SEARS TOWER
 CHICAGO, IL 60606

Claim Holder Name and Address

MEANS INDUSTRIES INC
SCHIFF HARDIN LLP
6600 SEARS TOWER
CHICAGO, IL 60606

Docketed Total: $1,243,150.59

Modified Total: $681,145.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,243,150.59 | 05-44640 | | | $681,145.20 |
| | | | **$1,243,150.59** | | | | **$681,145.20** |

*See Exhibit F for a listing of debtor entities by case number.

Page 22 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 39 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10008**
Date Filed: 07/20/2006
Docketed Total: $714,233.39
Filing Creditor Name and Address:
MITTAL STEEL USA INC FKA
ISPAT INLAND STEEL
1 S DEARBORN
CHICAGO, IL 60603

Claim Holder Name and Address
MITTAL STEEL USA INC FKA ISPAT
INLAND STEEL
1 S DEARBORN
CHICAGO, IL 60603

Docketed Total: **$714,233.39**

Modified Total: **$238,077.39**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $714,233.39 | 05-44640 | | | $238,077.39 |
| | | | **$714,233.39** | | | | **$238,077.39** |

---

**Claim: 2779**
Date Filed: 04/26/2006
Docketed Total: $67,031.00
Filing Creditor Name and Address:
MOLDING CONCEPTS
6700 SIMS
STERLING HEIGHTS, MI
48313-3727

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: **$67,031.00**

Modified Total: **$64,031.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $67,031.00 | 05-44567 | | | $64,031.00 |
| | | | **$67,031.00** | | | | **$64,031.00** |

---

**Claim: 6764**
Date Filed: 05/24/2006
Docketed Total: $467,395.85
Filing Creditor Name and Address:
MORAT GEAR TECHNOLOGY INC
K N A IMS GEAR INC
SMITH GAMBRELL & RUSSELL
LLP
1230 PEACHTREE ST NE STE
3100
ATLANTA, GA 30309

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$467,395.85**

Modified Total: **$453,438.26**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $51,768.59 | | $415,627.26 | 05-44640 | | | $453,438.26 |
| | **$51,768.59** | | **$415,627.26** | | | | **$453,438.26** |

*See Exhibit F for a listing of debtor entities by case number.

Page 23 of 36

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B  
To Reply   Pg 40 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1512**
Date Filed: 01/11/2006
Docketed Total: $8,859.49
Filing Creditor Name and Address:
  MOSIER AUTOMATION INC
  9247 N MERIDIAN ST STE 200
  INDIANAPOLIS, IN 46260

Claim Holder Name and Address

  MOSIER AUTOMATION INC
  9247 N MERIDIAN ST STE 200
  INDIANAPOLIS, IN 46260

Docketed Total: **$8,859.49**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $8,859.49 | | |
| | **$8,859.49** | | |

Modified Total: **$3,861.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,861.29 |
| | | | **$3,861.29** |

---

**Claim: 4303**
Date Filed: 05/01/2006
Docketed Total: $2,679.95
Filing Creditor Name and Address:
  MSJ TRUCKING INC
  1118 HWY 84 EAST
  OPP, AL 36467

Claim Holder Name and Address

  MSJ TRUCKING INC
  1118 HWY 84 EAST
  OPP, AL 36467

Docketed Total: **$2,679.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,679.95 |
| | | | **$2,679.95** |

Modified Total: **$2,679.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,679.95 |
| | | | **$2,679.95** |

---

**Claim: 7563**
Date Filed: 06/06/2006
Docketed Total: $47,094.44
Filing Creditor Name and Address:
  ORTHODYNE ELECTRONICS
  CORP
  16700 RED HILL AVE
  IRVINE, CA 92606-4802

Claim Holder Name and Address

  ORTHODYNE ELECTRONICS CORP
  16700 RED HILL AVE
  IRVINE, CA 92606-4802

Docketed Total: **$47,094.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $47,094.44 |
| | | | **$47,094.44** |

Modified Total: **$46,524.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,524.44 |
| | | | **$46,524.44** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 41 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1134**
Date Filed: 12/13/2005
Docketed Total: $73,142.59
Filing Creditor Name and Address:
PACKAGING ENGINEERING LLC
2620 CENTENNIAL RD SUITES
TOLEDO, OH 43613

Claim Holder Name and Address

PACKAGING ENGINEERING LLC
2620 CENTENNIAL RD SUITES
TOLEDO, OH 43613

Docketed Total: **$73,142.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $73,142.59 |
| | | | **$73,142.59** |

Modified Total: **$58,765.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $52,818.49 |
| 05-44482 | | | $5,946.60 |
| | | | **$58,765.09** |

---

**Claim: 16376**
Date Filed: 10/20/2006
Docketed Total: $590,769.00
Filing Creditor Name and Address:
PANASONIC ELECTRIC WORKS
CORP OF AMERICA FKA
AROMAT CORP
629 CENTRAL AVE
NEW PROVIDENCE, NJ 07974

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$590,769.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $590,769.00 |
| | | | **$590,769.00** |

Modified Total: **$574,127.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $574,127.00 |
| | | | **$574,127.00** |

---

**Claim: 13459**
Date Filed: 07/25/2006
Docketed Total: $370,568.92
Filing Creditor Name and Address:
PAR FOAM PRODUCTS INC
239 VAN RENSSELAER ST
BUFFALO, NY 14210

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$370,568.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $370,568.92 |
| | | | **$370,568.92** |

Modified Total: **$361,682.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $361,682.12 |
| | | | **$361,682.12** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 42 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7229**
Date Filed: 05/31/2006
Docketed Total: $58,733.72
Filing Creditor Name and Address:
PAUL HASTINGS JANOFSKY AND
WALKER LLP
515 S FLOWER ST 25TH FL
LOS ANGELES, CA 90071

Claim Holder Name and Address
PAUL HASTINGS JANOFSKY AND
WALKER LLP
515 S FLOWER ST 25TH FL
LOS ANGELES, CA 90071

Docketed Total: $58,733.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $58,733.72 |
| | | | **$58,733.72** |

Modified Total: $57,957.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $814.06 |
| 05-44624 | | | $690.00 |
| 05-44640 | | | $50,283.05 |
| 05-44554 | | | $6,170.81 |
| | | | **$57,957.92** |

**Claim: 3997**
Date Filed: 05/01/2006
Docketed Total: $29,291.56
Filing Creditor Name and Address:
PEERLESS STEEL COMPANY INC
2450 AUSTIN AVE
TROY, MI 48083-2030

Claim Holder Name and Address
PEERLESS STEEL COMPANY INC
2450 AUSTIN AVE
TROY, MI 48083-2030

Docketed Total: $29,291.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $29,291.56 |
| | | | **$29,291.56** |

Modified Total: $25,472.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,472.23 |
| | | | **$25,472.23** |

**Claim: 11446**
Date Filed: 07/27/2006
Docketed Total: $39,944.00
Filing Creditor Name and Address:
PETERSON TOOL CO
739 FESSLERS LN
NASHVILLE, TN 37210

Claim Holder Name and Address
PETERSON TOOL CO
739 FESSLERS LN
NASHVILLE, TN 37210

Docketed Total: $39,944.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,944.00 |
| | | | **$39,944.00** |

Modified Total: $13,301.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,301.00 |
| | | | **$13,301.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16602<br>Date Filed:  05/15/2007<br>Docketed Total:  $16,679.09<br>Filing Creditor Name and Address:<br>  PRECISION HARNESS INC EFT<br>  340 TRANSFER DR STE A<br>  INDIANAPOLIS, IN 46214 | Claim Holder Name and Address<br><br>PRECISION HARNESS INC EFT<br>340 TRANSFER DR STE A<br>INDIANAPOLIS, IN 46214 | Docketed Total: | | $16,679.09 | | Modified Total: | | $16,283.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,679.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,283.76 |
| | | | | $16,679.09 | | | | $16,283.76 |
| Claim: 9957<br>Date Filed:  07/19/2006<br>Docketed Total:  $43,229.50<br>Filing Creditor Name and Address:<br>  PREMACARE<br>  ODDEN 1 MAILBOX 115<br>  GRIMSTAD, 4891<br>  NORWAY | Claim Holder Name and Address<br><br>PREMACARE<br>ODDEN 1 MAILBOX 115<br>GRIMSTAD, 4891<br>NORWAY | Docketed Total: | | $43,229.50 | | Modified Total: | | $18,456.85 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$43,229.50 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$18,456.85 |
| | | | | $43,229.50 | | | | $18,456.85 |
| Claim: 10624<br>Date Filed:  07/25/2006<br>Docketed Total:  $511,659.39<br>Filing Creditor Name and Address:<br>  QUANEX CORP<br>  MACSTEEL<br>  ONE JACKSON SQ STE 500<br>  JACKSON, MI 49201 | Claim Holder Name and Address<br><br>QUANEX CORP<br>MACSTEEL<br>ONE JACKSON SQ STE 500<br>JACKSON, MI 49201 | Docketed Total: | | $511,659.39 | | Modified Total: | | $127,914.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$511,659.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$127,914.39 |
| | | | | $511,659.39 | | | | $127,914.39 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 833<br>Date Filed: 11/23/2005<br>Docketed Total: $9,352.72<br>Filing Creditor Name and Address:<br>RAITHEL & CO GMBH<br>GOETHESTRASSE 6<br>WEISSENSTADT, 95163<br>GERMANY | Claim Holder Name and Address<br><br>RAITHEL & CO GMBH<br>GOETHESTRASSE 6<br>WEISSENSTADT, 95163<br>GERMANY | Docketed Total: | | **$9,352.72** | | Modified Total: | | **$5,288.78** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $9,352.72 | 05-44640 | | | $5,288.78 |
| | | | | **$9,352.72** | | | | **$5,288.78** |
| Claim: 10194<br>Date Filed: 07/21/2006<br>Docketed Total: $15,361.12<br>Filing Creditor Name and Address:<br>RB & W CORPORATION EFT<br>5190 BRADCO BLVD<br>MISSISSAUGA, ON L4W 1G7<br>CANADA | Claim Holder Name and Address<br><br>RB & W CORPORATION EFT<br>5190 BRADCO BLVD<br>MISSISSAUGA, ON L4W 1G7<br>CANADA | Docketed Total: | | **$15,361.12** | | Modified Total: | | **$13,051.04** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $15,361.12 | 05-44640 | | | $13,051.04 |
| | | | | **$15,361.12** | | | | **$13,051.04** |
| Claim: 2243<br>Date Filed: 03/10/2006<br>Docketed Total: $50,107.99<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR LOWRY HOLDING<br>COMPANY INC DBA LOWRY<br>COMPUTER PRODUCTS<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br><br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR LOWRY HOLDING<br>COMPANY INC DBA LOWRY<br>COMPUTER PRODUCTS<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Docketed Total: | | **$50,107.99** | | Modified Total: | | **$45,943.30** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $50,107.99 | 05-44640 | | | $45,943.30 |
| | | | | **$50,107.99** | | | | **$45,943.30** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 45 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8862**
Date Filed: 06/30/2006
Docketed Total: $724,499.86
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR MPS GROUP
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR MPS GROUP
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: $724,499.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $724,499.86 |
| | | | $724,499.86 |

Modified Total: $716,457.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $716,457.80 |
| | | | $716,457.80 |

**Claim: 15030**
Date Filed: 07/27/2006
Docketed Total: $31,425.99
Filing Creditor Name and Address:
SAEGERTOWN MANUFACTURING
CORP
SAEGERTON MFG CORP
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Claim Holder Name and Address
SAEGERTOWN MANUFACTURING
CORP
SAEGERTON MFG CORP
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Docketed Total: $31,425.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,425.99 |
| | | | $31,425.99 |

Modified Total: $31,425.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,425.99 |
| | | | $31,425.99 |

**Claim: 11263**
Date Filed: 07/27/2006
Docketed Total: $8,031.02
Filing Creditor Name and Address:
SAEGERTOWN MANUFACTURING
CORPORATION
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Claim Holder Name and Address
SAEGERTOWN MANUFACTURING
CORPORATION
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Docketed Total: $8,031.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,031.02 |
| | | | $8,031.02 |

Modified Total: $8,031.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,031.02 |
| | | | $8,031.02 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 3293<br>Date Filed:  04/28/2006<br>Docketed Total:   $33,851.52<br>Filing Creditor Name and Address:<br>SEALED AIR CORPORATION<br>19440 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748 | SEALED AIR CORPORATION<br>19440 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748<br><br>Docketed Total:  **$33,851.52** | Modified Total:  **$8,727.25** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $33,851.52 | 05-44640 | | | $8,727.25 |
| | | | **$33,851.52** | | | | **$8,727.25** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 15692<br>Date Filed:  07/31/2006<br>Docketed Total:   $12,209.13<br>Filing Creditor Name and Address:<br>SIEMENS BULDING<br>TECHNOLOGIES INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603 | SIEMENS BULDING TECHNOLOGIES INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603<br><br>Docketed Total:  **$12,209.13** | Modified Total:  **$5,506.56** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $12,209.13 | | | 05-44640 | | | $5,506.56 |
| | **$12,209.13** | | | | | | **$5,506.56** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 14688<br>Date Filed:  07/31/2006<br>Docketed Total:   $11,218.89<br>Filing Creditor Name and Address:<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE ENGEL MACHINERY<br>INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE ENGEL MACHINERY INC<br>ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Docketed Total:  **$11,218.89** | Modified Total:  **$10,488.14** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $11,218.89 | 05-44624 | | | $892.50 |
| | | | | 05-44640 | | | $9,595.64 |
| | | | **$11,218.89** | | | | **$10,488.14** |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5856**
Date Filed: 05/15/2006
Docketed Total: $226,825.26
Filing Creditor Name and Address:
SUPPLY SOLUTION INC ITS
SUCCESSOR TRADEBEAM INC
TRADEBEAM INC
TWO WATERS PARK DR STE 200
SAN MATEO, CA 94403

Claim Holder Name and Address

SUPPLY SOLUTION INC ITS
SUCCESSOR TRADEBEAM INC
TRADEBEAM INC
TWO WATERS PARK DR STE 200
SAN MATEO, CA 94403

Docketed Total:    $226,825.26

Modified Total:    $226,825.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $226,825.26 |
| | | | **$226,825.26** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $222,426.00 |
| 05-44567 | | | $4,399.26 |
| | | | **$226,825.26** |

---

**Claim: 7180**
Date Filed: 05/31/2006
Docketed Total: $1,458.32
Filing Creditor Name and Address:
TAPESWITCH CORP OF AMERICA
100 SCHMITT BLVD
FARMINGDALE, NY 11735

Claim Holder Name and Address

TAPESWITCH CORP OF AMERICA
100 SCHMITT BLVD
FARMINGDALE, NY 11735

Docketed Total:    $1,458.32

Modified Total:    $1,458.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,458.32 |
| | | | **$1,458.32** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,458.32 |
| | | | **$1,458.32** |

---

**Claim: 2563**
Date Filed: 04/05/2006
Docketed Total: $92,338.09
Filing Creditor Name and Address:
THE CROWN GROUP
INCORPORATED
2111 WALTER REUTHER DR
WARREN, MI 48091

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total:    $92,338.09

Modified Total:    $84,558.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $92,338.09 |
| | | | **$92,338.09** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,558.77 |
| | | | **$84,558.77** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 48 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16555**
Date Filed: 02/26/2007
Docketed Total: $48,067.68
Filing Creditor Name and Address:
THE FURUKAWA ELECTRIC CO LTD
SQUIRE SANDERS & DEMPSEY LLP
600 HANSEN WY
PALO ALTO, CA 94304-1043

Claim Holder Name and Address
THE FURUKAWA ELECTRIC CO LTD
SQUIRE SANDERS & DEMPSEY LLP
600 HANSEN WY
PALO ALTO, CA 94304-1043

Docketed Total: $48,067.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,067.68 |
| | | | **$48,067.68** |

Modified Total: $32,356.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,356.14 |
| | | | **$32,356.14** |

---

**Claim: 6613**
Date Filed: 05/22/2006
Docketed Total: $40,360.73
Filing Creditor Name and Address:
THERMALEX INC
2758 GUNTER PK DR W
MONTGOMERY, AL 36109

Claim Holder Name and Address
THERMALEX INC
2758 GUNTER PK DR W
MONTGOMERY, AL 36109

Docketed Total: $40,360.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,360.73 |
| | | | **$40,360.73** |

Modified Total: $31,118.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,118.59 |
| | | | **$31,118.59** |

---

**Claim: 8523**
Date Filed: 06/26/2006
Docketed Total: $56,537.23
Filing Creditor Name and Address:
TWIN CORPORATION
WINEGARDEN HALEY
LINDHOLM & ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Claim Holder Name and Address
TWIN CORPORATION
WINEGARDEN HALEY LINDHOLM &
ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Docketed Total: $56,537.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,537.23 |
| | | | **$56,537.23** |

Modified Total: $26,554.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,368.00 |
| 05-44640 | | | $25,186.67 |
| | | | **$26,554.67** |

*See Exhibit F for a listing of debtor entities by case number.

Page 32 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 49 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12396**
Date Filed:   07/28/2006
Docketed Total:    $148,325.65
Filing Creditor Name and Address:
TYZ ALL PLASTICS INC
120 EXPRESS ST STE 1
PLAINVIEW, NY 11803

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $148,325.65        Modified Total:    $143,989.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $148,325.65 | 05-44640 | | | $143,989.26 |
| | | | **$148,325.65** | | | | **$143,989.26** |

**Claim: 1744**
Date Filed:   02/01/2006
Docketed Total:    $70,521.92
Filing Creditor Name and Address:
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT, IL 60018

Claim Holder Name and Address
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT, IL 60018

Docketed Total:    $70,521.92        Modified Total:    $64,403.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $70,521.92 | 05-44567 | | | $64,403.80 |
| | | | **$70,521.92** | | | | **$64,403.80** |

**Claim: 1098**
Date Filed:   12/09/2005
Docketed Total:    $54,912.75
Filing Creditor Name and Address:
UNIVERSAL METAL PRODUCTS
INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

Claim Holder Name and Address
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

Docketed Total:    $54,912.75        Modified Total:    $47,481.64

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,912.75 | 05-44640 | | | $47,481.64 |
| | | | **$54,912.75** | | | | **$47,481.64** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 50 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2069**
Date Filed: 02/21/2006
Docketed Total: $14,704.15
Filing Creditor Name and Address:
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

Claim Holder Name and Address

UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

Docketed Total: $14,704.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,704.15 |
| | | | **$14,704.15** |

Modified Total: $14,704.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,704.15 |
| | | | **$14,704.15** |

---

**Claim: 16249**
Date Filed: 08/22/2006
Docketed Total: $79,765.09
Filing Creditor Name and Address:
VALIANT TOOL & MOLD INC
KERR RUSSELL & WEBER PLC
500 WOODWORD AVE STE 2500
DETROIT, MI 48226

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $79,765.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $77,637.34 | | $2,127.75 |
| | **$77,637.34** | | **$2,127.75** |

Modified Total: $65,985.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,985.78 |
| | | | **$65,985.78** |

---

**Claim: 1760**
Date Filed: 02/03/2006
Docketed Total: $1,215.00
Filing Creditor Name and Address:
WHITESIDE COMMUNICATION
MANAGEMENT
1938 BURDETTE
FERNDALE, MI 48220

Claim Holder Name and Address

WHITESIDE COMMUNICATION
MANAGEMENT
1938 BURDETTE
FERNDALE, MI 48220

Docketed Total: $1,215.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,215.00 |
| | | | **$1,215.00** |

Modified Total: $1,215.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,215.00 |
| | | | **$1,215.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 34 of 36

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 51 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7652<br>Date Filed: 06/08/2006<br>Docketed Total: $61,254.66<br>Filing Creditor Name and Address:<br>WILLOW HILL INDUSTRIES LLC<br>37611 EUCLID AVE<br>WILLOUGHBY, OH 44094 | Claim Holder Name and Address<br><br>WILLOW HILL INDUSTRIES LLC    Docketed Total: **$61,254.66**<br>37611 EUCLID AVE<br>WILLOUGHBY, OH 44094 | Modified Total: **$49,792.47** |

Case Number* 05-44640 — Secured — Priority — Unsecured $61,254.66 / **$61,254.66**

Case Number* 05-44640 — Secured — Priority — Unsecured $49,792.47 / **$49,792.47**

| | | |
|---|---|---|
| Claim: 9528<br>Date Filed: 07/14/2006<br>Docketed Total: $33,270.43<br>Filing Creditor Name and Address:<br>WIX FILTRATION PRODUCTS<br>EUROPE LTD FKA DANA SPICER<br>EUROPE LTD<br>C O AFFINIA GROUP INC<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | Claim Holder Name and Address<br><br>WIX FILTRATION PRODUCTS    Docketed Total: **$33,270.43**<br>EUROPE LTD FKA DANA SPICER<br>EUROPE LTD<br>C O AFFINIA GROUP INC<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | Modified Total: **$30,470.47** |

Case Number* 05-44481 — Secured — Priority — Unsecured $33,270.43 / **$33,270.43**

Case Number* 05-44640 — Secured — Priority — Unsecured $30,470.47 / **$30,470.47**

| | | |
|---|---|---|
| Claim: 9043<br>Date Filed: 07/05/2006<br>Docketed Total: $11,002.13<br>Filing Creditor Name and Address:<br>XPEDX<br>4510 READING RD<br>PO BOX 29460<br>CINCINNATI, OH 45229-0460 | Claim Holder Name and Address<br><br>XPEDX    Docketed Total: **$11,002.13**<br>4510 READING RD<br>PO BOX 29460<br>CINCINNATI, OH 45229-0460 | Modified Total: **$9,291.53** |

Case Number* 05-44481 — Secured — Priority — Unsecured $11,002.13 / **$11,002.13**

Case Number* 05-44640 — Secured — Priority — Unsecured $9,291.53 / **$9,291.53**

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 4293
Date Filed: 05/01/2006
Docketed Total: $98,455.53
Filing Creditor Name and Address:
XPEDX A DIV OF INTL PAPER
1059 W RIDGE RD
ROCHESTER, NY 14615

Claim Holder Name and Address

XPEDX A DIV OF INTL PAPER      Docketed Total:    **$98,455.53**
1059 W RIDGE RD
ROCHESTER, NY 14615

Modified Total:    **$98,455.53**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $98,455.53 | 05-44640 | | | $98,455.53 |
| | | | **$98,455.53** | | | | **$98,455.53** |

**Total Claims to be Modified: 106**

**Total Amount as Docketed:**    **$18,984,134.31**

**Total Amount as Modified:**    **$12,373,079.71**

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7106**
Date Filed: 05/30/2006
Docketed Total: $151.44
Filing Creditor Name and Address:
BARTHOLOMEW COUNTY IN
BARTHOLOMEW COUNTY
TREASURER
PO BOX 1986
COLUMBUS, IN 47202

Claim Holder Name and Address

BARTHOLOMEW COUNTY IN
BARTHOLOMEW COUNTY
TREASURER
PO BOX 1986
COLUMBUS, IN 47202

Docketed Total: **$151.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $151.44 | |
| | | **$151.44** | |

Modified Total: **$131.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $131.48 | |
| | | **$131.48** | |

---

**Claim: 1282**
Date Filed: 12/27/2005
Docketed Total: $3,675.75
Filing Creditor Name and Address:
BROWNSVILLE ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address

BROWNSVILLE ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: **$3,675.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $3,675.75 | | |
| | **$3,675.75** | | |

Modified Total: **$2,819.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $2,819.75 | | |
| | **$2,819.75** | | |

---

**Claim: 2003**
Date Filed: 02/14/2006
Docketed Total: $8,872.60
Filing Creditor Name and Address:
CARROLLTON FARMERS BRANCH
INDEPENDENT SCHOOL
DISTRICT
LAW OFFICES OF ROBERT E
LUNA PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Holder Name and Address

CARROLLTON FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF ROBERT E LUNA
PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Docketed Total: **$8,872.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $8,872.60 | | |
| | **$8,872.60** | | |

Modified Total: **$6,806.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $6,806.38 | | |
| | **$6,806.38** | | |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2005**
Date Filed: 02/14/2006
Docketed Total: $356.05
Filing Creditor Name and Address:
CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF ROBERT E LUNA PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Claim Holder Name and Address
CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT
LAW OFFICES OF ROBERT E LUNA PC
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

Docketed Total: **$356.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $356.05 | | |
| | **$356.05** | | |

Modified Total: **$273.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $273.13 | | |
| | **$273.13** | | |

---

**Claim: 511**
Date Filed: 11/14/2005
Docketed Total: $1,018.83
Filing Creditor Name and Address:
COLLIN COUNTY TAX
777 E 15TH ST
PLANO, TX 75074

Claim Holder Name and Address
COLLIN COUNTY TAX
777 E 15TH ST
PLANO, TX 75074

Docketed Total: **$1,018.83**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $1,018.83 | | |
| | **$1,018.83** | | |

Modified Total: **$781.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $781.57 | | |
| | **$781.57** | | |

---

**Claim: 2269**
Date Filed: 03/13/2006
Docketed Total: $264.13
Filing Creditor Name and Address:
COUNTY OF COMAL
MCCREARY VESELKA BRAGG & ALLEN PC
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN, TX 78755

Claim Holder Name and Address
COUNTY OF COMAL
MCCREARY VESELKA BRAGG & ALLEN PC
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN, TX 78755

Docketed Total: **$264.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $264.13 | | |
| | **$264.13** | | |

Modified Total: **$202.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $202.62 | | |
| | **$202.62** | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 55 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2270**
Date Filed: 03/13/2006
Docketed Total: $335.36
Filing Creditor Name and Address:
  COUNTY OF DENTON
  5929 BALCONES DR STE 200
  PO BOX 26990
  AUSTIN, TX 78755

Claim Holder Name and Address

COUNTY OF DENTON CITY OF SANGER
MCCREARY VESELKA BRAGG & ALLEN PC
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN, TX 78755

Docketed Total: $335.36

Modified Total: $224.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $335.36 | | |
| | **$335.36** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $224.04 | | |
| | **$224.04** | | |

---

**Claim: 2271**
Date Filed: 03/13/2006
Docketed Total: $223.15
Filing Creditor Name and Address:
  COUNTY OF HAYS
  MCCREARY VESELKA BRAGG & ALLEN PC
  5929 BALCONES DR STE 200
  PO BOX 26990
  AUSTIN, TX 78755

Claim Holder Name and Address

COUNTY OF HAYS
MCCREARY VESELKA BRAGG & ALLEN PC
5929 BALCONES DR STE 200
PO BOX 26990
AUSTIN, TX 78755

Docketed Total: $223.15

Modified Total: $171.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $223.15 | | |
| | **$223.15** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $171.18 | | |
| | **$171.18** | | |

---

**Claim: 3619**
Date Filed: 05/01/2006
Docketed Total: $361.26
Filing Creditor Name and Address:
  DUBOIS COUNTY IN
  DUBOIS COUNTY TREASURER
  1 COURTHOUSE SQ
  JASPER, IN 47546

Claim Holder Name and Address

DUBOIS COUNTY IN
DUBOIS COUNTY TREASURER
1 COURTHOUSE SQ
JASPER, IN 47546

Docketed Total: $361.26

Modified Total: $277.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $361.26 | | |
| | **$361.26** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $277.14 | | |
| | **$277.14** | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Nineteenth Omnibus Claims Objection**

#### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15808**
Date Filed: 08/03/2006
Docketed Total: $300,836.22
Filing Creditor Name and Address:
FRANKLIN COUNTY OHIO
TREASURER
373 S HIGH ST 17TH FL
COLUMBUS, OH 43215

Claim Holder Name and Address
FRANKLIN COUNTY OHIO
TREASURER
373 S HIGH ST 17TH FL
COLUMBUS, OH 43215

Docketed Total: $300,836.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $300,836.22 | | |
| | $300,836.22 | | |

Modified Total: $260,464.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $260,464.26 | | |
| | $260,464.26 | | |

---

**Claim: 2297**
Date Filed: 03/15/2006
Docketed Total: $40,151.05
Filing Creditor Name and Address:
HENRY COUNTY TREASURER
101 S MAIN ST
NEW CASTLE, IN 47362

Claim Holder Name and Address
HENRY COUNTY TREASURER
101 S MAIN ST
NEW CASTLE, IN 47362

Docketed Total: $40,151.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $40,151.05 | | |
| | $40,151.05 | | |

Modified Total: $27,460.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $27,460.26 | | |
| | $27,460.26 | | |

---

**Claim: 16506**
Date Filed: 02/02/2007
Docketed Total: $7,146,906.58
Filing Creditor Name and Address:
HOWARD COUNTY INDIANA
BARNES & THORNBURG LLP
11 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
HOWARD COUNTY INDIANA
BARNES & THORNBURG LLP
11 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46204

Docketed Total: $7,146,906.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $2,069,991.66 | $5,076,914.92 | |
| | $2,069,991.66 | $5,076,914.92 | |

Modified Total: $6,497,197.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,881,810.60 | $4,615,386.77 | |
| | $1,881,810.60 | $4,615,386.77 | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 57 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8544**
Date Filed:   06/26/2006
Docketed Total:   $132,479.24
Filing Creditor Name and Address:
  MONTGOMERY COUNTY
  TREASURER
  451 W THIRD ST
  DAYTON, OH 45422-0476

Claim Holder Name and Address

MONTGOMERY COUNTY
TREASURER
451 W THIRD ST
DAYTON, OH 45422-0476

Docketed Total:   $132,479.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $132,479.24 | | |
| | **$132,479.24** | | |

Modified Total:   $32,423.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $32,423.82 | | |
| | **$32,423.82** | | |

---

**Claim: 3784**
Date Filed:   05/01/2006
Docketed Total:   $262.76
Filing Creditor Name and Address:
  NACOGDOCHES COUNTY CAD
  220 W HOSPITAL ST
  NACOGDOCHES, TX 75963-1668

Claim Holder Name and Address

NACOGDOCHES COUNTY CAD
220 W HOSPITAL ST
NACOGDOCHES, TX 75963-1668

Docketed Total:   $262.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $262.76 | | |
| | **$262.76** | | |

Modified Total:   $232.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $232.12 | | |
| | **$232.12** | | |

---

**Claim: 8768**
Date Filed:   06/29/2006
Docketed Total:   $62,517.67
Filing Creditor Name and Address:
  SPARTANBURG CO TAX
  COLLECTOR
  DRAWER 3060
  SPARTANBURG, SC 29304

Claim Holder Name and Address

SPARTANBURG CO TAX
COLLECTOR
DRAWER 3060
SPARTANBURG, SC 29304

Docketed Total:   $62,517.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $62,517.67 | | |
| | **$62,517.67** | | |

Modified Total:   $52,917.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | $47,374.63 | | |
| 05-44640 | $5,542.40 | | |
| | **$52,917.03** | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 58 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7846**
Date Filed: 06/12/2006
Docketed Total: $30,158.42
Filing Creditor Name and Address:
UNITED INDEPENDENT SCHOOL DISTRICT
401 EAST HILLSIDE RD 2ND FLOOR
LAREDO, TX 78041

Claim Holder Name and Address
UNITED INDEPENDENT SCHOOL DISTRICT
401 EAST HILLSIDE RD 2ND FLOOR
LAREDO, TX 78041

Docketed Total: **$30,158.42**    Modified Total: **$26,688.87**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | $30,158.42 | | | | 05-44640 | $26,688.87 | | |
| | **$30,158.42** | | | | | **$26,688.87** | | |

**Claim: 4171**
Date Filed: 05/01/2006
Docketed Total: $22.08
Filing Creditor Name and Address:
WABASH COUNTY IN
WABASH COUNTY TREASURER
COURTHOUSE 1 W HILL ST
STE 4B
WABASH, IN 46992

Claim Holder Name and Address
WABASH COUNTY IN
WABASH COUNTY TREASURER
COURTHOUSE 1 W HILL ST
STE 4B
WABASH, IN 46992

Docketed Total: **$22.08**    Modified Total: **$16.94**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $22.08 | | | | 05-44640 | $16.94 | | |
| | **$22.08** | | | | | **$16.94** | | |

**Claim: 2077**
Date Filed: 02/21/2006
Docketed Total: $18,530.81
Filing Creditor Name and Address:
WICHITA COUNTY
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS, TX 76307

Claim Holder Name and Address
WICHITA COUNTY
PERDUE BRANDON FIELDER
COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS, TX 76307

Docketed Total: **$18,530.81**    Modified Total: **$17,318.51**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $18,530.81 | | | | 05-44640 | $17,318.51 | | |
| | **$18,530.81** | | | | | **$17,318.51** | | |

Total Claims to be Modified: 18

Total Amount as Docketed:     **$7,747,123.40**

Total Amount as Modified:     **$6,926,406.47**

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 59 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2654**
Date Filed: 04/14/2006
Docketed Total: $96,201.43
Filing Creditor Name and Address:
AMERICHEM INC
225 BROADWAY E
CUYAHOGA FALLS, OH 44221

Claim Holder Name and Address
AMERICHEM INC
225 BROADWAY E
CUYAHOGA FALLS, OH 44221

Docketed Total: **$96,201.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $96,201.43 |
| | | | **$96,201.43** |

Modified Total: **$57,690.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,797.43 | $50,893.49 |
| | | **$6,797.43** | **$50,893.49** |

---

**Claim: 12346**
Date Filed: 07/28/2006
Docketed Total: $215,079.82
Filing Creditor Name and Address:
ANGELL DEMMEL NORTH
AMERICA INC
1516 STANLEY AVE
DAYTON, OH 45404

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$215,079.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,948.73 | $168,131.09 |
| | | **$46,948.73** | **$168,131.09** |

Modified Total: **$193,346.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,807.69 | $179,538.87 |
| | | **$13,807.69** | **$179,538.87** |

---

**Claim: 14296**
Date Filed: 07/31/2006
Docketed Total: $62,288.96
Filing Creditor Name and Address:
ASSEMBLEON AMERICA INC
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Claim Holder Name and Address
LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Docketed Total: **$62,288.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $62,288.96 |
| | | | **$62,288.96** |

Modified Total: **$62,288.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,170.09 | $49,118.87 |
| | | **$13,170.09** | **$49,118.87** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 5

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6670**
Date Filed: 05/23/2006
Docketed Total: $293,357.43
Filing Creditor Name and Address:
EMHART TEKNOLOGIES LLC
49201 GRATIOT AVE
CHESTERFIELD, MI 48051

Claim Holder Name and Address
EMHART TEKNOLOGIES LLC
49201 GRATIOT AVE
CHESTERFIELD, MI 48051

Docketed Total: $293,357.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $293,357.43 |
| | | | **$293,357.43** |

Modified Total: $188,345.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $27,128.77 | $150,416.31 |
| 05-44567 | | | $10,800.00 |
| | | **$27,128.77** | **$161,216.31** |

---

**Claim: 10396**
Date Filed: 07/24/2006
Docketed Total: $126,239.42
Filing Creditor Name and Address:
GLEASON WORKS THE
1000 UNIVERSITY AVE
ROCHESTER, NY 14607-1239

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $126,239.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $27,955.00 | $98,284.42 |
| | | **$27,955.00** | **$98,284.42** |

Modified Total: $125,398.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $27,955.00 | $97,443.20 |
| | | **$27,955.00** | **$97,443.20** |

---

**Claim: 10421**
Date Filed: 07/24/2006
Docketed Total: $53,587.08
Filing Creditor Name and Address:
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

Claim Holder Name and Address
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

Docketed Total: $53,587.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,219.78 | $27,367.30 |
| | | **$26,219.78** | **$27,367.30** |

Modified Total: $42,486.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,190.61 | $40,296.17 |
| | | **$2,190.61** | **$40,296.17** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 61 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13454<br>Date Filed:  07/31/2006<br>Docketed Total:  $225,224.02<br>Filing Creditor Name and Address:<br>LAKE ERIE PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br><br>LAKE ERIE PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114<br><br>Docketed Total:  **$225,224.02**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $225,224.02<br>**$225,224.02** | Modified Total:  **$33,866.24**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $14,082.57 / $19,783.67<br>**$14,082.57** **$19,783.67** |
| Claim: 7816<br>Date Filed:  06/12/2006<br>Docketed Total:  $351,868.14<br>Filing Creditor Name and Address:<br>MNP CORPORATION EFT<br>44225 UTICA RD<br>PO BOX 189002<br>UTICA, MI 48318-9002 | Claim Holder Name and Address<br><br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Docketed Total:  **$351,868.14**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $351,868.14<br>**$351,868.14** | Modified Total:  **$60,301.82**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $25,163.47 / $35,138.35<br>**$25,163.47** **$35,138.35** |
| Claim: 2229<br>Date Filed:  03/09/2006<br>Docketed Total:  $360,413.11<br>Filing Creditor Name and Address:<br>NICHICON AMERICA<br>CORPORATION<br>CO GARY D SANTELLA<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br><br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total:  **$360,413.11**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $360,413.11<br>**$360,413.11** | Modified Total:  **$345,973.33**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / / / $11,497.88<br>05-44640 / / $5,052.44 / $329,423.01<br>**$5,052.44** **$340,920.89** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 62 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12359**
Date Filed:   07/28/2006
Docketed Total:   $631,500.50
Filing Creditor Name and Address:
   PLYMOUTH RUBBER COMPANY
   INC
   BURNS & LEVINSON LLP
   125 SUMMER ST
   BOSTON, MA 21101624

Claim Holder Name and Address

PLYMOUTH RUBBER COMPANY INC        Docketed Total:        $631,500.50
BURNS & LEVINSON LLP
125 SUMMER ST
BOSTON, MA 21101624

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $631,500.50 | $0.00 | |
| | **$631,500.50** | **$0.00** | |

Modified Total:        $384,286.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,290.58 | $379,995.75 |
| | | **$4,290.58** | **$379,995.75** |

---

**Claim: 2482**
Date Filed:   04/03/2006
Docketed Total:   $1,495,516.58
Filing Creditor Name and Address:
   ROHM ELECTRONICS USA LLC
   KLEHR HARRISON HARVEY
   BRANZBURG
   260 S BROAD ST
   PHILADELPHIA, PA 19102-5003

Claim Holder Name and Address

ROHM ELECTRONICS USA LLC        Docketed Total:        $1,495,516.58
KLEHR HARRISON HARVEY
BRANZBURG
260 S BROAD ST
PHILADELPHIA, PA 19102-5003

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | **$1,495,516.58** |

Modified Total:        $1,415,844.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $107,101.70 | $1,282,960.82 |
| 05-44567 | | | $25,781.57 |
| | | **$107,101.70** | **$1,308,742.39** |

---

**Claim: 1470**
Date Filed:   01/09/2006
Docketed Total:   $37,398.75
Filing Creditor Name and Address:
   SHERWIN WILLIAMS COMPANY
   101 PROSPECT AVE NW
   625 REPUBLIC BLDG
   CLEVELAND, OH 44115

Claim Holder Name and Address

SHERWIN WILLIAMS COMPANY        Docketed Total:        $37,398.75
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $37,398.75 |
| | | | **$37,398.75** |

Modified Total:        $37,181.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,146.69 | $32,034.36 |
| | | **$5,146.69** | **$32,034.36** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 63 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12258**
Date Filed: 07/28/2006
Docketed Total: $1,040,216.50
Filing Creditor Name and Address:
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name and Address
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Docketed Total: **$1,040,216.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $124,235.47 | $915,981.03 |
| | | **$124,235.47** | **$915,981.03** |

Modified Total: **$1,031,144.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $6,457.00 |
| 05-44640 | | $102,426.47 | $922,260.54 |
| | | **$102,426.47** | **$928,717.54** |

---

**Claim: 2065**
Date Filed: 02/21/2006
Docketed Total: $126,918.43
Filing Creditor Name and Address:
TRANS MATIC MFG CO INC
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: **$126,918.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,918.43 |
| | | | **$126,918.43** |

Modified Total: **$125,305.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,207.62 | $119,097.74 |
| | | **$6,207.62** | **$119,097.74** |

---

**Claim: 10207**
Date Filed: 07/21/2006
Docketed Total: $208,704.95
Filing Creditor Name and Address:
WAMCO INC
AKIN GUMP STRAUSS HAUER &
FELD
2029 CENTURY PARK E 24TH FL
LOS ANGELES, CA 90067

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$208,704.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $208,704.95 |
| | | | **$208,704.95** |

Modified Total: **$208,499.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $22,402.52 | $186,097.43 |
| | | **$22,402.52** | **$186,097.43** |

---

Total Claims to be Modified: 15

Total Amount as Docketed:      $5,324,515.12

Total Amount as Modified:      $4,311,958.68

*See Exhibit F for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**                                    **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,370.20<br>$1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,011.99<br>$1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS ENERGY & AUTOMATION INC<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND, VA 23219 | 8675 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,639.39<br>$12,639.39 | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **3** | | **$15,021.58** | | |

In re Delphi Corporation, et al.    Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREUDENBERG NOK GENERAL PARTNERSHIP BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11603 | Secured: Priority: Administrative: Unsecured: Total: | $358,851.00 $80,742.02 $60,066.20 $499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11602 | Secured: Priority: Administrative: Unsecured: Total: | $1,759.31 $2,878.86 $4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP EFT 2975 PEMBROKE RD HOPKINSVILLE, KY 42240 | 5463 | Secured: Priority: Administrative: Unsecured: Total: | $17,971.26 $17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC ROBINSON & COLE LLP 280 TRUMBULL ST HARTFORD, CT 06103 | 500 | Secured: Priority: Administrative: Unsecured: Total: | $6,837.48 $6,837.48 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC 3710 NASHUA DRIVE UNIT 1 MISSISSAUGA, ON L4V 1M5 CANADA | 2053 | Secured: Priority: Administrative: Unsecured: Total: | $9,044.19 $9,044.19 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC 3710 NASHUA DRIVE UNIT 1 MISSISSAUGA, ON L4V 1M5 CANADA | 2054 | Secured: Priority: Administrative: Unsecured: Total: | $1,775.00 $1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| SECRETARY OF LABOR ON BEHALF OF THE DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED STATES US DEPT OF LABOR OFFICE OF THE SOLICITOR 230 S DEARBORN ST 8TH FLOOR CHICAGO, IL 60604 | 15135 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 4211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,528.00<br>$7,528.00 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| US LABOR SECRETARY ON BEHALF OF ASEC MANUFACTURING SPONSORED EMPLOYEE BENEFIT PLANS<br>USDOL 525 S GRIFFIN ST STE 501<br>DALLAS, TX 75202 | 9826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 07/18/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP<br>(05-44482) |
| **Total:** | **9** | | **$547,453.32** | | |

In re Delphi Corporation, <u>et al.</u>    <span>Nineteenth Omnibus Claims Objection</span>
Case No. 05-44481 (RDD)

## EXHIBIT E-3 - ADJOURNED BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VANDALIA CITY OF OH 333 JAMES E BOHANAN MEMORIAL DR VANDALIA, OH 45377 | 7219 | Secured: Priority: Administrative: Unsecured: Total: | $46,961.95 $46,961.95 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:  1** | **$46,961.95** | | | |

**In re Delphi Corporation, et al.**    Nineteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16610 | Secured: Priority: Administrative: Unsecured: Total: | $171,000.00 $171,000.00 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695 | 16611 | Secured: Priority: Administrative: Unsecured: Total: | $448,527.31 $448,527.31 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | | $619,527.31 | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 69 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15234**
Date Filed: 07/31/2006
Docketed Total: $425,367.33
Filing Creditor Name and Address:
AKZO NOBEL COATINGS INC
5555 SPALDING DR
NORCROSS, GA 30092

Claim Holder Name and Address
AKZO NOBEL COATINGS INC
5555 SPALDING DR
NORCROSS, GA 30092

Docketed Total: $425,367.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $425,367.33 |
| | | | **$425,367.33** |

Modified Total: $369,629.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $369,629.76 |
| | | | **$369,629.76** |

---

**Claim: 11900**
Date Filed: 07/28/2006
Docketed Total: $32,498.64
Filing Creditor Name and Address:
AMETEK INC
3000 TWO LOGAN SQ 18TH &
ARCH STREETS
PHILADELPHIA, PA 19103

Claim Holder Name and Address
AMETEK INC
3000 TWO LOGAN SQ 18TH & ARCH
STREETS
PHILADELPHIA, PA 19103

Docketed Total: $32,498.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,498.64 |
| | | | **$32,498.64** |

Modified Total: $25,375.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,375.00 |
| | | | **$25,375.00** |

---

**Claim: 12197**
Date Filed: 07/28/2006
Docketed Total: $135,298.72
Filing Creditor Name and Address:
ARNOLD CENTER INC
LAMBERT LESER ISACKSON
COOK & GIUNTA PC
916 WASHINGTON AVE STE 309
BAY CITY, MI 48708

Claim Holder Name and Address
ARNOLD CENTER INC
LAMBERT LESER ISACKSON COOK &
GIUNTA PC
916 WASHINGTON AVE STE 309
BAY CITY, MI 48708

Docketed Total: $135,298.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $135,298.72 |
| | | | **$135,298.72** |

Modified Total: $77,516.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,516.26 |
| | | | **$77,516.26** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 70 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 15671**
Date Filed: 07/31/2006
Docketed Total: $1,621,059.30
Filing Creditor Name and Address:
ATS OHIO INC
250 ROYAL OAK RD
CAMBRIDGE, ON N3H 4R6
CANADA

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$1,621,059.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,621,059.30 |
| | | | **$1,621,059.30** |

Modified Total: **$360,854.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,854.30 |
| | | | **$360,854.30** |

---

**Claim: 1570**
Date Filed: 01/17/2006
Docketed Total: $1,621.57
Filing Creditor Name and Address:
BELLSOUTH
TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202

Claim Holder Name and Address
BELLSOUTH
TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202

Docketed Total: **$1,621.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,621.57 |
| | | | **$1,621.57** |

Modified Total: **$1,429.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,429.20 |
| | | | **$1,429.20** |

---

**Claim: 9081**
Date Filed: 07/06/2006
Docketed Total: $72,359.49
Filing Creditor Name and Address:
BENECKE KALIKO AG
CONTINENTAL AG
STRAWINSKYLAAN 3111 6TH FL
AMSTERDAM, 1077ZX
NETHERLANDS

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$72,359.49**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,359.49 |
| | | | **$72,359.49** |

Modified Total: **$10,679.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,679.26 |
| | | | **$10,679.26** |

*See Exhibit F for a listing of debtor entities by case number.

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 7310<br>Date Filed:  06/01/2006<br>Docketed Total:  $789,854.35<br>Filing Creditor Name and Address:<br>  CARCLO TECHNICAL PLASTICS<br>  600 DEPOT ST<br>  LATROBE, PA 15650 | Claim Holder Name and Address<br><br>  CARCLO TECHNICAL PLASTICS<br>  600 DEPOT ST<br>  LATROBE, PA 15650 | Docketed Total: | **$789,854.35** | | Modified Total: | **$502,325.52** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$789,854.35<br><br>**$789,854.35** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$502,325.52<br><br>**$502,325.52** |
| Claim: 88<br>Date Filed:  10/24/2005<br>Docketed Total:  $5,813.57<br>Filing Creditor Name and Address:<br>  CDW COMPUTER CENTERS INC<br>  PO BOX 5126<br>  TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>  CDW COMPUTER CENTERS INC<br>  PO BOX 5126<br>  TIMONIUM, MD 21094 | Docketed Total: | **$5,813.57** | | Modified Total: | **$3,335.24** |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$5,813.57<br><br>**$5,813.57** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$3,335.24<br><br>**$3,335.24** |
| Claim: 420<br>Date Filed:  11/08/2005<br>Docketed Total:  $14,748.55<br>Filing Creditor Name and Address:<br>  CDW COMPUTER CENTERS INC<br>  PO BOX 5126<br>  TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>  CDW COMPUTER CENTERS INC<br>  PO BOX 5126<br>  TIMONIUM, MD 21094 | Docketed Total: | **$14,748.55** | | Modified Total: | **$8,964.94** |
| | **Case Number\***<br>05-44567 | **Secured** | **Priority** | **Unsecured**<br>$14,748.55<br><br>**$14,748.55** | **Case Number\***<br>05-44567 | **Secured** | **Priority** | **Unsecured**<br>$8,964.94<br><br>**$8,964.94** |
| Claim: 9541<br>Date Filed:  07/14/2006<br>Docketed Total:  $30,818.00<br>Filing Creditor Name and Address:<br>  CIRCLE BROACH COMPANY INC<br>  38358 ABRUZZI DR<br>  WESTLAND, MI 48185 | Claim Holder Name and Address<br><br>  CIRCLE BROACH COMPANY INC<br>  38358 ABRUZZI DR<br>  WESTLAND, MI 48185 | Docketed Total: | **$30,818.00** | | Modified Total: | **$30,818.00** |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$30,818.00<br><br>**$30,818.00** | **Unsecured**<br>$0.00<br><br>**$0.00** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$30,818.00<br><br>**$30,818.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 72 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15379**
Date Filed:   07/31/2006
Docketed Total:   $617,204.24
Filing Creditor Name and Address:
COMPUTER PATENT ANNUITIES
LP
CPA HOUSE
11 15 SEATON PLACE
ST HELIER JERSEY, JE1 1BL
CHANNEL ISLANDS

Claim Holder Name and Address

COMPUTER PATENT ANNUITIES LP     Docketed Total:     **$617,204.24**
CPA HOUSE
11 15 SEATON PLACE
ST HELIER JERSEY, JE1 1BL
CHANNEL ISLANDS

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $617,204.24 |
| | | | **$617,204.24** |

Modified Total:     **$602,481.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $602,481.60 |
| | | | **$602,481.60** |

---

**Claim: 9109**
Date Filed:   07/07/2006
Docketed Total:   $1,254,290.43
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF BLISSFIELD
MANUFACTURING COMPANY
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS     Docketed Total:     **$1,254,290.43**
ASSIGNEE OF BLISSFIELD
MANUFACTURING COMPANY
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,254,290.43 |
| | | | **$1,254,290.43** |

Modified Total:     **$1,253,185.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,253,185.67 |
| | | | **$1,253,185.67** |

---

**Claim: 12667**
Date Filed:   07/28/2006
Docketed Total:   $3,585,701.25
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CEP PRODUCTS
LLC FKA CARLISLE ENGINEERED
PRODUCTS
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS     Docketed Total:     **$3,585,701.25**
ASSIGNEE OF CEP PRODUCTS LLC
FKA CARLISLE ENGINEERED
PRODUCTS
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,585,701.25 |
| | | | **$3,585,701.25** |

Modified Total:     **$2,682,447.14**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,682,447.14 |
| | | | **$2,682,447.14** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 73 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 16132<br>Date Filed: 08/09/2006<br>Docketed Total: $22,475.50<br>Filing Creditor Name and Address:<br>CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075 | CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075      Docketed Total:      $22,475.50 | Modified Total:      $22,475.50 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $22,475.50<br><br>                                         **$22,475.50** | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $22,475.50<br><br>                                         **$22,475.50** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 5723<br>Date Filed: 05/12/2006<br>Docketed Total: $11,422.93<br>Filing Creditor Name and Address:<br>DC COATERS INC<br>550 W INDUSTRIAL DR<br>TIPTON, IN 46072 | DC COATERS INC<br>550 W INDUSTRIAL DR<br>TIPTON, IN 46072      Docketed Total:      $11,422.93 | Modified Total:      $4,254.37 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $11,422.93<br><br>                                         **$11,422.93** | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $4,254.37<br><br>                                         **$4,254.37** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 10284<br>Date Filed: 07/24/2006<br>Docketed Total: $22,268.60<br>Filing Creditor Name and Address:<br>DEMAG PLASTICS GROUP CORP<br>11792 ALAMEDA DR<br>STRONGSVILLE, OH 44149 | DEMAG PLASTICS GROUP CORP<br>11792 ALAMEDA DR<br>STRONGSVILLE, OH 44149      Docketed Total:      $22,268.60 | Modified Total:      $9,596.80 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $22,268.60<br><br>                                         **$22,268.60** | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $9,596.80<br><br>                                         **$9,596.80** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 432<br>Date Filed: 11/08/2005<br>Docketed Total: $155,995.20<br>Filing Creditor Name and Address:<br>ELKHART PRODUCTS<br>CORPORATION<br>1255 OAK ST<br>PO BOX 1008<br>ELKHART, IN 46515 | LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601      Docketed Total:      $155,995.20 | Modified Total:      $138,545.28 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $155,995.20<br><br>                                         **$155,995.20** | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $138,545.28<br><br>                                         **$138,545.28** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 74 of 101

Exhibit B
Nineteenth Omnibus Claims Objection

## EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15511<br>Date Filed: 07/31/2006<br>Docketed Total: $184,306.40<br>Filing Creditor Name and Address:<br>EMPRESAS CA LE TIAXCALA SA DE CV<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>EMPRESAS CA LE TIAXCALA SA DE CV<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606    Docketed Total: **$184,306.40** | Modified Total: **$64,346.40** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $184,306.40 | 05-44640 | | | $64,346.40 |
| | | | | **$184,306.40** | | | | **$64,346.40** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8718<br>Date Filed: 06/28/2006<br>Docketed Total: $234,631.11<br>Filing Creditor Name and Address:<br>HOWARD & HOWARD ATTORNEYS P C<br>39400 WOODWARD AVE STE 101<br>BLOOMFIELD HILLS, MI 48304-5151 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830    Docketed Total: **$234,631.11** | Modified Total: **$234,354.86** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44554 | $1,346.50 | | $233,284.61 | 05-44554 | | | $234,354.86 |
| | | **$1,346.50** | | **$233,284.61** | | | | **$234,354.86** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10184<br>Date Filed: 07/21/2006<br>Docketed Total: $193,926.15<br>Filing Creditor Name and Address:<br>KEYSTONE INDUSTRIES LTD<br>2501 THUNDERHAWK CT<br>DAYTON, OH 45414 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830    Docketed Total: **$193,926.15** | Modified Total: **$183,132.59** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $193,926.15 | 05-44640 | | | $183,132.59 |
| | | | | **$193,926.15** | | | | **$183,132.59** |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 75 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 10593<br>Date Filed: 07/25/2006<br>Docketed Total: $44,876.00<br>Filing Creditor Name and Address:<br>KIEFEL TECHNOLOGIES INC<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON, NH 03842 | Claim Holder Name and Address<br>KIEFEL TECHNOLOGIES INC<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON, NH 03842 | Docketed Total: **$44,876.00** | | Modified Total: **$22,368.04** |
| | **Case Number\*** 05-44640    Secured    Priority    Unsecured $44,876.00<br><br>**$44,876.00** | | **Case Number\*** 05-44640    Secured    Priority    Unsecured $22,368.04<br><br>**$22,368.04** | |
| Claim: 12162<br>Date Filed: 07/28/2006<br>Docketed Total: $89,372.32<br>Filing Creditor Name and Address:<br>MARQUARDT SWITCHES INC<br>2711 ROUTE 20 E<br>CAZENOVIA, NY 13035 | Claim Holder Name and Address<br>MARQUARDT SWITCHES INC<br>2711 ROUTE 20 E<br>CAZENOVIA, NY 13035 | Docketed Total: **$89,372.32** | | Modified Total: **$78,154.17** |
| | **Case Number\*** 05-44640    Secured    Priority    Unsecured $89,372.32<br><br>**$89,372.32** | | **Case Number\*** 05-44640    Secured    Priority    Unsecured $78,154.17<br><br>**$78,154.17** | |
| Claim: 1748<br>Date Filed: 02/02/2006<br>Docketed Total: $72,097.93<br>Filing Creditor Name and Address:<br>MICHIGAN RUBBER PRODUCTS INC<br>1200 EIGHTH AVE<br>CADILLAC, MI 49601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Docketed Total: **$72,097.93** | | Modified Total: **$48,704.49** |
| | **Case Number\*** 05-44481    Secured    Priority    Unsecured $72,097.93<br><br>**$72,097.93** | | **Case Number\*** 05-44640    Secured    Priority    Unsecured $48,704.49<br><br>**$48,704.49** | |

\*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 76 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 2548<br>Date Filed:    04/04/2006<br>Docketed Total:    $562,192.18<br>Filing Creditor Name and Address:<br>  PBR AUSTRALIA PTY LTD<br>  ATTN PETER VALENTINE<br>  PO BOX 176<br>  BENTLEIGH E VI 3165,<br>  AUSTRALIA | Claim Holder Name and Address<br><br>PBR AUSTRALIA PTY LTD    Docketed Total:    **$223,390.20**<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165, AUSTRALIA | Modified Total:    **$39,766.37** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $223,390.20 | 05-44640 | | | $39,766.37 |
| | | | **$223,390.20** | | | | **$39,766.37** |

| Claim Holder Name and Address<br><br>SPECIAL SITUATIONS INVESTING    Docketed Total:    **$338,801.98**<br>GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | Modified Total:    **$338,801.98** |
|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $338,801.98 | 05-44640 | | | $338,801.98 |
| | | | **$338,801.98** | | | | **$338,801.98** |

| Claim: 2173<br>Date Filed:    03/03/2006<br>Docketed Total:    $550,320.80<br>Filing Creditor Name and Address:<br>  PIC PRODUCTIVITY<br>  IMPROVEMENT CTR<br>  199 WENTWORTH ST E<br>  OSHAWA, ON L1H 3V6<br>  CANADA | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD    Docketed Total:    **$550,320.80**<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Modified Total:    **$355,828.83** |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $550,320.80 | 05-44640 | | | $355,828.83 |
| | | | **$550,320.80** | | | | **$355,828.83** |

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 11

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5907**
Date Filed: 05/16/2006
Docketed Total: $64,430.50
Filing Creditor Name and Address:
SCHAEFFLER KG
SCHAEFFLER ACCOUNTING
SERVICES
GEORG SCHAFER STR 30
SCHWEINFURT, 97421
GERMANY

Claim Holder Name and Address

SCHAEFFLER KG
SCHAEFFLER ACCOUNTING
SERVICES
GEORG SCHAFER STR 30
SCHWEINFURT, 97421
GERMANY

Docketed Total: **$64,430.50**

Modified Total: **$9,452.04**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $64,430.50 | 05-44640 | | | $9,452.04 |
| | | | **$64,430.50** | | | | **$9,452.04** |

**Claim: 2274**
Date Filed: 03/13/2006
Docketed Total: $222,238.45
Filing Creditor Name and Address:
SHERWIN WILLIAMS
AUTOMOTIVE FINISHES CORP
4440 WARRENSVILLE CENTER
RD
WARRENSVILLE HEIGHTS, OH
44128

Claim Holder Name and Address

SHERWIN WILLIAMS AUTOMOTIVE
FINISHES CORP
4440 WARRENSVILLE CENTER RD
WARRENSVILLE HEIGHTS, OH 44128

Docketed Total: **$222,238.45**

Modified Total: **$112,748.03**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $222,238.45 | 05-44640 | | | $112,748.03 |
| | | | **$222,238.45** | | | | **$112,748.03** |

**Claim: 8674**
Date Filed: 06/27/2006
Docketed Total: $416,511.60
Filing Creditor Name and Address:
SIEMENS ENERGY &
AUTOMOTION INC SUCCESSOR
BY WAY OF MERGER TO
SIEMENS LOGISTICS & ASSEMBLY
SYSTEMS INC
MCGUIRE WOODS LLP
ONE JAMES CENTER
901 E CARY ST
RICHMOND, VA 23219

Claim Holder Name and Address

SIEMENS ENERGY & AUTOMATION
INC SUCCESSOR BY WAY OF
MERGER TO SIEMENS LOGISTICS &
ASSEMBLY SYSTEMS INC
MCGUIRE WOODS LLP
ONE JAMES CENTER
901 E CARY ST
RICHMOND, VA 23219

Docketed Total: **$416,511.60**

Modified Total: **$338,318.55**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $416,511.60 | 05-44640 | | | $338,318.55 |
| | | | **$416,511.60** | | | | **$338,318.55** |

*See Exhibit F for a listing of debtor entities by case number.

Page 9 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 78 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 1726**
Date Filed: 01/31/2006
Docketed Total: $5,849.70
Filing Creditor Name and Address:
SIERRA INTERNATIONAL INC
155 SOUTH LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$5,849.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $629.00 | | $5,220.70 |
| | **$629.00** | | **$5,220.70** |

Modified Total: **$3,333.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,333.70 |
| | | | **$3,333.70** |

---

**Claim: 14669**
Date Filed: 07/31/2006
Docketed Total: $216,301.71
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE DYNAMIC
CORPORATION ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address

SIERRA LIQUIDITY FUND LLC
ASSIGNEE DYNAMIC CORPORATION
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$216,301.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $216,301.71 |
| | | | **$216,301.71** |

Modified Total: **$204,762.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $204,762.78 |
| | | | **$204,762.78** |

---

**Claim: 11615**
Date Filed: 07/27/2006
Docketed Total: $12,665.01
Filing Creditor Name and Address:
SMK ELECTRONICS CORP USA
1055 TIERRA DEL REY
CHULA VISTA, CA 91910

Claim Holder Name and Address

SMK ELECTRONICS CORP USA
1055 TIERRA DEL REY
CHULA VISTA, CA 91910

Docketed Total: **$12,665.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,665.01 |
| | | | **$12,665.01** |

Modified Total: **$1,155.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,155.00 |
| | | | **$1,155.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

Page 10 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 79 of 101

Nineteenth Omnibus Claims Objection

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8657<br>Date Filed:    06/27/2006<br>Docketed Total:    $399,548.00<br>Filing Creditor Name and Address:<br>  UNITED STATES STEEL CORP<br>  US STEEL AUTOMOTIVE CTR<br>  5850 NEW KING CT<br>  TROY, MI 48098 | Claim Holder Name and Address<br><br>  UNITED STATES STEEL CORP<br>  US STEEL AUTOMOTIVE CTR<br>  5850 NEW KING CT<br>  TROY, MI 48098 | Modified Total:    $32,760.10 |

Docketed Total:    $399,548.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $399,548.00 |
| | | | **$399,548.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,760.10 |
| | | | **$32,760.10** |

**Total Claims to be Modified: 32**

**Total Amount as Docketed:**    $12,068,065.53

**Total Amount as Modified:**    $8,171,901.77

*See Exhibit F for a listing of debtor entities by case number.

Page 11 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 80 of 101

Nineteenth Omnibus Claims Objection

## EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1267**
Date Filed: 12/23/2005
Docketed Total: $16,528.09
Filing Creditor Name and Address:
ANGELINA COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address

ANGELINA COUNTY          Docketed Total:   $16,528.09
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $16,528.09 | | |
| | **$16,528.09** | | |

Modified Total:   $12,679.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $12,679.09 | | |
| | **$12,679.09** | | |

---

**Claim: 1288**
Date Filed: 12/27/2005
Docketed Total: $18,673.95
Filing Creditor Name and Address:
BEXAR COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Claim Holder Name and Address

BEXAR COUNTY          Docketed Total:   $18,673.95
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $18,673.95 | | |
| | **$18,673.95** | | |

Modified Total:   $14,325.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $14,325.22 | | |
| | **$14,325.22** | | |

---

**Claim: 14187**
Date Filed: 07/25/2006
Docketed Total: $199,010.90
Filing Creditor Name and Address:
CAMERON COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address

CAMERON COUNTY          Docketed Total:   $199,010.90
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $199,010.90 | | |
| | **$199,010.90** | | |

Modified Total:   $165,698.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $165,698.73 | | |
| | **$165,698.73** | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 81 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 1289
Date Filed: 12/27/2005
Docketed Total: $268,433.18
Filing Creditor Name and Address:
CITY OF EL PASO
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CITY OF EL PASO
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Docketed Total: $268,433.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $268,433.18 | | |
| | **$268,433.18** | | |

**CLAIM AS MODIFIED**

Modified Total: $205,921.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $205,921.35 | | |
| | **$205,921.35** | | |

---

**CLAIM TO BE MODIFIED**

Claim: 1330
Date Filed: 12/27/2005
Docketed Total: $53.65
Filing Creditor Name and Address:
CITY OF HARLINGEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CITY OF HARLINGEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: $53.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $53.65 | | |
| | **$53.65** | | |

**CLAIM AS MODIFIED**

Modified Total: $41.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $41.16 | | |
| | **$41.16** | | |

---

**CLAIM TO BE MODIFIED**

Claim: 5520
Date Filed: 05/10/2006
Docketed Total: $176.75
Filing Creditor Name and Address:
CITY OF SAN MARCOS
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CITY OF SAN MARCOS
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: $176.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $176.75 | | |
| | **$176.75** | | |

**CLAIM AS MODIFIED**

Modified Total: $176.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $176.75 | | |
| | **$176.75** | | |

*See Exhibit F for a listing of debtor entities by case number.

Page 2 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 82 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 – ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5300<br>Date Filed: 05/08/2006<br>Docketed Total: $59.65<br>Filing Creditor Name and Address:<br>CYPRESS FAIRBANKS ISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>CYPRESS FAIRBANKS ISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Docketed Total: $59.65 | Modified Total: $59.65 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44481   $59.65<br>       **$59.65** | **Case Number\***   Secured   Priority   Unsecured<br>05-44640   $59.65<br>       **$59.65** |
| Claim: 853<br>Date Filed: 11/28/2005<br>Docketed Total: $23,488.83<br>Filing Creditor Name and Address:<br>DALLAS COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN STREET STE 1600<br>DALLAS, TX 75201 | Claim Holder Name and Address<br><br>DALLAS COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN STREET STE 1600<br>DALLAS, TX 75201<br><br>Docketed Total: $23,488.83 | Modified Total: $7,616.77 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44481   $23,488.83<br>       **$23,488.83** | **Case Number\***   Secured   Priority   Unsecured<br>05-44640   $7,616.77<br>       **$7,616.77** |
| Claim: 1283<br>Date Filed: 12/27/2005<br>Docketed Total: $140.82<br>Filing Creditor Name and Address:<br>HARLINGEN CISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>HARLINGEN CISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Docketed Total: $140.82 | Modified Total: $108.03 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44481   $140.82<br>       **$140.82** | **Case Number\***   Secured   Priority   Unsecured<br>05-44640   $108.03<br>       **$108.03** |

\*See Exhibit F for a listing of debtor entities by case number.

### EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5301**
Date Filed:   05/08/2006
Docketed Total:   $902.84
Filing Creditor Name and Address:
  HARRIS COUNTY CITY OF
  HOUSTON
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  PO BOX 3064
  HOUSTON, TX 77253-3064

Claim Holder Name and Address
  HARRIS COUNTY CITY OF HOUSTON       Docketed Total:       $902.84
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  PO BOX 3064
  HOUSTON, TX 77253-3064

Modified Total:       $902.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $902.84 | | |
| | **$902.84** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $902.84 | | |
| | **$902.84** | | |

---

**Claim: 7914**
Date Filed:   06/13/2006
Docketed Total:   $7,726.30
Filing Creditor Name and Address:
  HIDALGO COUNTY
  DIANE W SANDERS
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  1949 SOUTH IH 35 78741  PO BOX
  17428
  AUSTIN, TX 78760-7428

Claim Holder Name and Address
  HIDALGO COUNTY       Docketed Total:       $7,726.30
  DIANE W SANDERS
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  1949 SOUTH IH 35 78741  PO BOX
  17428
  AUSTIN, TX 78760-7428

Modified Total:       $7,726.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $7,726.30 | | |
| | **$7,726.30** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $7,726.30 | | |
| | **$7,726.30** | | |

---

**Claim: 6470**
Date Filed:   05/22/2006
Docketed Total:   $55.11
Filing Creditor Name and Address:
  MONTAGUE COUNTY
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201

Claim Holder Name and Address
  MONTAGUE COUNTY       Docketed Total:       $55.11
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  2323 BRYAN ST STE 1600
  DALLAS, TX 75201

Modified Total:       $42.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $55.11 | | |
| | **$55.11** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $42.28 | | |
| | **$42.28** | | |

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

Claim: 1266
Date Filed:   12/23/2005
Docketed Total:    $93.64
Filing Creditor Name and Address:
  MONTGOMERY COUNTY
  LINEBARGER GOGGAN BLAIR &
  SAMPSON
  PO BOX 3064
  HOUSTON, TX 77253-3064

Claim Holder Name and Address

  MONTGOMERY COUNTY         Docketed Total:        $93.64
  LINEBARGER GOGGAN BLAIR &
  SAMPSON
  PO BOX 3064
  HOUSTON, TX 77253-3064

Modified Total:        $93.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $93.64 | | |
| | **$93.64** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $93.64 | | |
| | **$93.64** | | |

---

Claim: 1284
Date Filed:   12/27/2005
Docketed Total:    $880.28
Filing Creditor Name and Address:
  NUECES COUNTY
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  1949 S IH 35 78741
  PO BOX 17428
  AUSTIN, TX 78760-7428

Claim Holder Name and Address

  NUECES COUNTY             Docketed Total:        $880.28
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  1949 S IH 35 78741
  PO BOX 17428
  AUSTIN, TX 78760-7428

Modified Total:        $675.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $880.28 | | |
| | **$880.28** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $675.28 | | |
| | **$675.28** | | |

---

Claim: 5521
Date Filed:   05/10/2006
Docketed Total:    $687.88
Filing Creditor Name and Address:
  SAN MARCOS CISD
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  1949 SOUTH IH 35 78741
  PO BOX 17428
  AUSTIN, TX 78760-7428

Claim Holder Name and Address

  SAN MARCOS CISD           Docketed Total:        $687.88
  LINEBARGER GOGGAN BLAIR &
  SAMPSON LLP
  1949 SOUTH IH 35 78741
  PO BOX 17428
  AUSTIN, TX 78760-7428

Modified Total:        $687.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $687.88 | | |
| | **$687.88** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $687.88 | | |
| | **$687.88** | | |

---

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 85 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 854
Date Filed:    11/28/2005
Docketed Total:    $414.71
Filing Creditor Name and Address:
TARRANT COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Holder Name and Address

TARRANT COUNTY                     Docketed Total:        $414.71
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Modified Total:        $318.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $414.71 | | |
| | **$414.71** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $318.13 | | |
| | **$318.13** | | |

**Total Claims to be Modified: 16**

**Total Amount as Docketed:**        **$537,326.58**

**Total Amount as Modified:**        **$417,073.10**

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 86 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 12693
Date Filed:   07/28/2006
Docketed Total:    $1,494,571.82
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TROSTEL LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TROSTEL LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    $1,494,571.82

Modified Total:    $1,374,018.29

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 | | 05-44640 | | $16,194.53 | $1,357,823.76 |
| | | $16,213.43 | $1,478,358.39 | | | | $16,194.53 | $1,357,823.76 |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 7

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 87 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 10574
Date Filed: 07/25/2006
Docketed Total: $5,069,133.35
Filing Creditor Name and Address:
  FURUKAWA ELECTRIC NORTH
  AMERICA APD INC AND
  FURUKAWA ELECTRIC
  COMPANY
  VARNUM RIDDERING SCHMIDT &
  HOWLETT LLP
  PO BOX 352
  GRAND RAPIDS, MI 49501-0352

---

**CLAIM AS DOCKETED**

Claim Holder Name and Address

FURUKAWA ELECTRIC NORTH
AMERICA APD INC AND
FURUKAWA ELECTRIC COMPANY
VARNUM RIDDERING SCHMIDT &
HOWLETT LLP
PO BOX 352
GRAND RAPIDS, MI 49501-0352

Docketed Total: $312,926.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $312,926.79 | | |
| | **$312,926.79** | | |

**CLAIM AS MODIFIED**

Modified Total: $267,320.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $988.18 | $266,332.33 |
| | | **$988.18** | **$266,332.33** |

---

**CLAIM AS DOCKETED**

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $4,000,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,000,000.00 |
| | | | **$4,000,000.00** |

**CLAIM AS MODIFIED**

Modified Total: $3,417,035.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,417,035.76 |
| | | | **$3,417,035.76** |

---

**CLAIM AS DOCKETED**

Claim Holder Name and Address

SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $756,206.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $756,206.56 |
| | | | **$756,206.56** |

**CLAIM AS MODIFIED**

Modified Total: $645,996.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $645,996.21 |
| | | | **$645,996.21** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 88 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 – ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 6147**
Date Filed:  05/17/2006
Docketed Total:  $2,996,365.10
Filing Creditor Name and Address:
LITTELFUSE INC
LITTELFUSE INC
800 NORTHWEST HIGHWAY
DES PLAINES, IL 60016

Claim Holder Name and Address

BANK OF AMERICA N A
100 N TRYON ST 20TH FL
MAIL CODE NCI 007 20 01
CHARLOTTE, NC 28255

Docketed Total:  **$22,350.37**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,350.37 |
| | | | **$22,350.37** |

Modified Total:  **$53,359.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $53,359.18 | |
| | | **$53,359.18** | |

---

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:  **$2,974,014.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,974,014.73 |
| | | | **$2,974,014.73** |

Modified Total:  **$2,920,073.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,920,073.34 |
| | | | **$2,920,073.34** |

---

**Claim: 2710**
Date Filed:  04/05/2006
Docketed Total:  $149,746.96
Filing Creditor Name and Address:
METAL POWDER PRODUCTS
COMPANY
17005 A WESTFIELD PARK RD
WESTFIELD, IN 46074-9373

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:  **$149,746.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $149,746.96 |
| | | | **$149,746.96** |

Modified Total:  **$145,323.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,498.18 | $143,824.89 |
| | | **$1,498.18** | **$143,824.89** |

---

**Claim: 11646**
Date Filed:  07/27/2006
Docketed Total:  $1,393,393.41
Filing Creditor Name and Address:
MILLIKEN & COMPANY
1045 SIXTH AVE
NEW YORK, NY 10018

Claim Holder Name and Address

MILLIKEN & COMPANY
1045 SIXTH AVE
NEW YORK, NY 10018

Docketed Total:  **$1,393,393.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $202,412.11 | $1,190,981.30 |
| | | **$202,412.11** | **$1,190,981.30** |

Modified Total:  **$894,607.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $202,412.11 | $692,195.36 |
| | | **$202,412.11** | **$692,195.36** |

---

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13929**
Date Filed:    07/31/2006
Docketed Total:    $187,374.96
Filing Creditor Name and Address:
  PARKVIEW METAL PRODUCTS
  MILLER JOHNSON
  PO BOX 306
  GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address

PARKVIEW METAL PRODUCTS
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total:    $187,374.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | **$187,374.96** |

Modified Total:    $109,722.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $17,050.64 | $92,672.08 |
| | | **$17,050.64** | **$92,672.08** |

---

**Claim: 14347**
Date Filed:    07/31/2006
Docketed Total:    $5,486,881.18
Filing Creditor Name and Address:
  PHILIPS SEMICONDUCTORS INC
  KIRKPATRICK & LOCKHART
  NICHOLSON GRAHAM LLP
  599 LEXINGTON AVE
  NEW YORK, NY 10022

Claim Holder Name and Address

NXP SEMICONDUCTORS USA INC
1109 MCKAY DR
SAN JOSE, CA 95131

Docketed Total:    $5,486,881.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,486,881.18 |
| | | | **$5,486,881.18** |

Modified Total:    $5,171,725.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $34,544.50 |
| 05-44640 | | $194,274.52 | $4,942,906.90 |
| | | **$194,274.52** | **$4,977,451.40** |

---

**Claim: 15230**
Date Filed:    07/31/2006
Docketed Total:    $826,312.04
Filing Creditor Name and Address:
  QUALITY SYNTHETIC RUBBER
  INC
  BUCKINGHAM DOOLITTLE &
  BURROUGHS LLP
  PO BOX 1500
  AKRON, OH 44309-1500

Claim Holder Name and Address

QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Docketed Total:    $826,312.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $826,312.04 |
| | | | **$826,312.04** |

Modified Total:    $742,729.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $84,115.76 | $658,613.75 |
| | | **$84,115.76** | **$658,613.75** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9094-2   Filed 08/15/07   Entered 08/15/07 14:36:01   Exhibit B
To Reply   Pg 90 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 15231**
Date Filed:   07/31/2006
Docketed Total:   $614,058.16
Filing Creditor Name and Address:
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Claim Holder Name and Address
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Docketed Total:   $614,058.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $614,058.16 |
| | | | $614,058.16 |

Modified Total:   $581,771.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | $103,082.00 | $478,689.40 |
| | | $103,082.00 | $478,689.40 |

---

**Claim: 10014**
Date Filed:   07/20/2006
Docketed Total:   $507,337.84
Filing Creditor Name and Address:
SELECT INDUSTRIES
CORPORATION FKA SELECT
TOOL & DIE CORP
425 WALNUT STT STE 1800
CINCINNATI, OH 45202

Claim Holder Name and Address
SELECT INDUSTRIES CORPORATION
FKA SELECT TOOL & DIE CORP
425 WALNUT STT STE 1800
CINCINNATI, OH 45202

Docketed Total:   $507,337.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $507,337.84 | | |
| | $507,337.84 | | |

Modified Total:   $272,812.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $252,075.90 | $20,736.60 | |
| | $252,075.90 | $20,736.60 | |

---

**Claim: 1472**
Date Filed:   01/09/2006
Docketed Total:   $161,816.60
Filing Creditor Name and Address:
SHERWIN WILLIAMS COMPANY
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115

Claim Holder Name and Address
SHERWIN WILLIAMS COMPANY
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115

Docketed Total:   $161,816.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $161,816.60 |
| | | | $161,816.60 |

Modified Total:   $151,725.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,179.25 | $149,546.65 |
| | | $2,179.25 | $149,546.65 |

---

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 91 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10914**
Date Filed: 07/26/2006
Docketed Total: $10,382,335.46
Filing Creditor Name and Address:
SOLECTRON CORPORATION
SOLECTRON MANUFACTURA DE
MEXICO SA AND VARIOUS OF
THEIR AFFILIATES AND
SUBSIDIARIES
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address

SOLECTRON CORPORATION
SOLECTRON MANUFACTURA DE
MEXICO SA AND VARIOUS OF THEIR
AFFILIATES AND SUBSIDIARIES
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Docketed Total: **$2,532,173.93**

Modified Total: **$1,892,151.03**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,532,173.93 | | 05-44640 | | $35,454.74 | $1,856,696.29 |
| | | | **$2,532,173.93** | | | | **$35,454.74** | **$1,856,696.29** |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: **$7,850,161.53**

Modified Total: **$5,865,983.81**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,850,161.53 | | 05-44640 | | | $5,865,983.81 |
| | | | **$7,850,161.53** | | | | | **$5,865,983.81** |

**Claim: 14134**
Date Filed: 07/31/2006
Docketed Total: $511,656.31
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF KEY PLASTICS LLC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

SPCP GROUP LLC AS ASSIGNEE OF
KEY PLASTICS LLC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$511,656.31**

Modified Total: **$165,042.14**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $511,656.31 | | 05-44640 | | $4,011.27 | $161,030.87 |
| | | | **$511,656.31** | | | | **$4,011.27** | **$161,030.87** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 92 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 – ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 14065
Date Filed:   07/31/2006
Docketed Total:    $267,735.70
Filing Creditor Name and Address:
  VECTOR CANTECH INC
  150 W JEFFERSON STE 2500
  DETROIT, MI 48226-4415

Claim Holder Name and Address

VECTOR CANTECH INC        Docketed Total:        $267,735.70
150 W JEFFERSON STE 2500
DETROIT, MI 48226-4415

Modified Total:        $249,253.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $267,735.70 | 05-44640 | | $28,846.40 | $220,407.30 |
| | | | **$267,735.70** | | | **$28,846.40** | **$220,407.30** |

**Total Claims to be Modified: 14**

**Total Amount as Docketed:**        **$30,048,718.89**

**Total Amount as Modified:**        **$24,920,652.46**

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 93 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12032<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>ARBOGAST MICHAEL A AND<br>REBECCA C ARBOGAST<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>ARBOGAST MICHAEL A AND     Docketed Total:     **$30,000.00**<br>REBECCA C ARBOGAST<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $30,000.00<br>                                                 **$30,000.00** | Modified Total:     **$5,000.00**<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $5,000.00<br>                                                 **$5,000.00** |
| Claim: 12034<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>BEUKE ROBERT L<br>LAUDIG GEORGE RUTHERFORD<br>& SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>BEUKE ROBERT L     Docketed Total:     **$30,000.00**<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $30,000.00<br>                                                 **$30,000.00** | Modified Total:     **$5,000.00**<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $5,000.00<br>                                                 **$5,000.00** |
| Claim: 12033<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>BEX RUSSELL AND BARBARA A<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>BEX RUSSELL AND BARBARA A     Docketed Total:     **$30,000.00**<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $30,000.00<br>                                                 **$30,000.00** | Modified Total:     **$5,000.00**<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $5,000.00<br>                                                 **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 8

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 15756**
Date Filed:   07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  BUEKE ROBERT L AND NORMA J
  LINDA GEORGE ESQ
  156 E MARKET ST
  600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

BUEKE ROBERT L AND NORMA J
LINDA GEORGE ESQ
156 E MARKET ST
600
INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

---

**Claim: 12035**
Date Filed:   07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  BUIS JAMES AND JACQUELINE
  LINDA GEORGE ESQ
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

BUIS JAMES AND JACQUELINE
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

---

**Claim: 12036**
Date Filed:   07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  CANTER RICHARD AND
  LOUANNA
  LINDA GEORGE ESQ
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

CANTER RICHARD AND LOUANNA
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B
To Reply    Pg 95 of 101

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**CLAIM TO BE MODIFIED**

Claim: 12037
Date Filed:    07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
CLONCS DONALD AND CAROLE L
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CLONCS DONALD AND CAROLE L
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**CLAIM TO BE MODIFIED**

Claim: 12038
Date Filed:    07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
DAVIS II ROBERT E PLAINTIFF V
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**

Claim Holder Name and Address

DAVIS II ROBERT E PLAINTIFF V
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**CLAIM TO BE MODIFIED**

Claim: 12039
Date Filed:    07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
ENNIS DONALD AND CAROL
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ENNIS DONALD AND CAROL
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 8

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9094-2    Filed 08/15/07    Entered 08/15/07 14:36:01    Exhibit B  
To Reply    Pg 96 of 101

Exhibit B  
Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12040<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>HOYT ARTHUR AND VIVIAN<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>HOYT ARTHUR AND VIVIAN<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204    Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br><br>**$30,000.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br><br>**$5,000** |

| Claim: 12041<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>HUBBARD CLARENCE E<br>LAUDIG GEORGE RUTHERFORD<br>& SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>HUBBARD CLARENCE E<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204    Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,000.00<br><br>**$30,000.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br><br>**$5,000** |

| Claim: 12042<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>MERRITT JAMES AND BONNIE<br>KATHLEEN A MUSGRAVE ESQ<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>MERRITT JAMES AND BONNIE<br>KATHLEEN A MUSGRAVE ESQ<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204    Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00<br><br>**$30,000.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00<br><br>**$5,000** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 – ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12043<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>　MINNICK RALPH D<br>　LAUDIG GEORGE RUTHERFORD<br>　& SIPES<br>　156 E MARKET ST<br>　STE 600<br>　INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>MINNICK RALPH D<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | | Modified Total: | **$5,000.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
| | | | | **$30,000.00** | | | | **$5,000.00** |
| Claim: 12044<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>　OBRIEN MICHAEL AND INGRID<br>　OBRIEN<br>　LINDA GEORGE<br>　156 E MARKET ST<br>　STE 600<br>　INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>OBRIEN MICHAEL AND INGRID<br>OBRIEN<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | | Modified Total: | **$5,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
| | | | | **$30,000.00** | | | | **$5,000.00** |
| Claim: 12045<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>　PHELPS JOHN W AND DEBORAH J<br>　PHELPS<br>　L GEORGE W R SIPES<br>　156 EAST MARKET ST<br>　STE 600<br>　INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>PHELPS JOHN W AND DEBORAH J<br>PHELPS<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | | Modified Total: | **$5,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
| | | | | **$30,000.00** | | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 12046**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
PHILLIPS ROBERT
LINDA GEORGE ESQW RUSSELL
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address

PHILLIPS ROBERT
LINDA GEORGE ESQW RUSSELL
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: **$30,000.00**

Modified Total: **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

---

**Claim: 12047**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address

PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: **$30,000.00**

Modified Total: **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

---

**Claim: 12048**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
RUSSELL THOMAS AND NORMA
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address

RUSSELL THOMAS AND NORMA
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: **$30,000.00**

Modified Total: **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| Claim: 12049<br>Date Filed:  07/28/2006<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address:<br>  SMITH JAMES O AND BETTY J<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>SMITH JAMES O AND BETTY J<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | Modified Total: | | **$5,000.00** |

Case Number* 05-44640 — Secured — Priority — Unsecured $30,000.00 — **$30,000.00** | Case Number* 05-44640 — Secured — Priority — Unsecured $5,000.00 — **$5,000.00**

| Claim: 12050<br>Date Filed:  07/28/2006<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address:<br>  STANSBURY II ROBERT L<br>  LUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>STANSBURY II ROBERT L<br>LUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | Modified Total: | | **$5,000.00** |

Case Number* 05-44481 — Secured — Priority — Unsecured $30,000.00 — **$30,000.00** | Case Number* 05-44640 — Secured — Priority — Unsecured $5,000.00 — **$5,000.00**

| Claim: 12051<br>Date Filed:  07/28/2006<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address:<br>  STUCK RONALD P SHELLEY A<br>  STUCK<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>STUCK RONALD P SHELLEY A<br>STUCK<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | Modified Total: | | **$5,000.00** |

Case Number* 05-44640 — Secured — Priority — Unsecured $30,000.00 — **$30,000.00** | Case Number* 05-44640 — Secured — Priority — Unsecured $5,000.00 — **$5,000.00**

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12052<br>Date Filed:  07/28/2006<br>Docketed Total:  $30,000.00<br>Filing Creditor Name and Address:<br>  WALDO RICHARD L AND<br>  GWENDOLYN A WALDO<br>  PLAINTIFFS V<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>  WALDO RICHARD L AND<br>  GWENDOLYN A WALDO<br>  PLAINTIFFS V<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204<br><br>Docketed Total:  **$30,000.00** | Modified Total:  **$5,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
|---|---|---|---|---|---|---|---|
| | | | **$30,000.00** | | | | **$5,000.00** |

| | | |
|---|---|---|
| Claim: 12053<br>Date Filed:  07/28/2006<br>Docketed Total:  $30,000.00<br>Filing Creditor Name and Address:<br>  YATES DALE A AND<br>  JACQUELINE R YATES<br>  L GEORGE W R SIPES<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>  YATES DALE A AND JACQUELINE R<br>  YATES<br>  L GEORGE W R SIPES<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204<br><br>Docketed Total:  **$30,000.00** | Modified Total:  **$5,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
|---|---|---|---|---|---|---|---|
| | | | **$30,000.00** | | | | **$5,000.00** |

**Total Claims to be Modified: 23**

**Total Amount as Docketed:**    **$690,000.00**

**Total Amount as Modified:**    **$115,000.00**

**In re Delphi Corporation, <u>et al.</u>**                          **Nineteenth Omnibus Objection**

**Case No. 05-44481 (RDD)**

**Exhibit F - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44626 | PACKARD HUGHES INTERCONNECT COMPANY |