# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al | Chapter 11 (Jointly Administered) |
| Debtors | Judge Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE (*Pro Hac Vice*)

I, Mark Alan Greenberger, a member in good standing of the bar of the State of Ohio, request admission **pro hac vice**, before the Honorable Robert D. Drain, to represent as Trustee, U.S. Aeroteam, Inc. (the debtor in the bankruptcy case of *In re US Aeroteam, Inc.*, United States Bankruptcy Court, Southern District of Ohio, Case No. 3:03-bk-41063 (Chapter 7)), which is a creditor in the above referenced case.

Mailing Address:   Mark Alan Greenberger,
                   Trustee for U.S. Aeroteam, Inc.
                   105 E. Fourth Street
                   Suite 400
                   Cincinnati, Ohio 45202
E-mail address:    mag@kgnlaw.com
Phone Number:      513-721-5151
Facsimile Number:  513-621-9285

Dated: 15 August 2007

Cincinnati, Ohio

The filing fee of $25 has been paid by credit card with this motion for **pro hac vice** admission.

1

Respectfully submitted,

/s/ Mark Alan Greenberger

_____
Mark Alan Greenberger (T223; OH0020834)
105 E. Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 721-5151
(513) 621-9285 (facsimile)
mag@kgnlaw.com

Trustee for US Aeroteam, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission to Practice (*Pro Hac Vice*) has been served upon all interested parties through the court's electronic filing system on this 15th day of August, 2007.

/s/ Mark Alan Greenberger

_____
Mark Alan Greenberger (T223; OH0020834)


Kgn209361

1