## Exhibit A

### Summary of Monthly Fee Statements

| Period Covered | Fees Incurred | Fee Paid | Expense Incurred | Expense Paid |
|---|---|---|---|---|
| February 1 - February 28, 2007 | 47,218.00 | 37,774.40 | 12,428.67 | 12,428.67 |
| March 1 - March 31, 2007 | 68,916.00 | 55,132.80 | 24,254.33 | 24,254.33 |
| April 1 - April 30, 2007 | 41,174.26 | 32,939.41 | 18,162.53 | 18,162.53 |
| May 1 - May 31, 2007 | 61,311.50 | - | 21,309.79 | - |
| Total | 218,619.76 | 125,846.61 | 76,155.32 | 54,845.53 |