Exhibit B
Summary of Professional Hours

| Name | Title | Bar Admission | Hours | Hourly Rate | Billed $ |
|---|---|---|---|---|---|
| Charlie Bieneman | Attorney | | 15.50 | 299.96 | 4,649.44 |
| Glenn E. Forbis | Attorney | 1994 | 29.20 | 341.56 | 9,973.50 |
| Kristin Murphy | Attorney | 1997 | 12.40 | 298.31 | 3,699.00 |
| Linda E. Sudzina | Attorney | 2003 | 6.80 | 215.00 | 1,462.00 |
| Linda Kennedy | Attorney | 2002 | 11.10 | 215.14 | 2,388.00 |
| Mary Margaret L. O'Donnell | Attorney | 1998 | 26.50 | 275.00 | 7,287.50 |
| Michael D. Fishman | Attorney | 1984 | 228.80 | 395.00 | 90,376.00 |
| Michelle L. Visser | Attorney | 1998 | 41.30 | 260.00 | 10,738.00 |
| Richard D. Grauer | Attorney | 1965 | 14.38 | 499.65 | 7,185.00 |
| SHELLY L. HOKENSTAD | Attorney | 2004 | 33.00 | 209.95 | 6,928.38 |
| TOMOKO NAKAJIMA | Attorney | 2006 | 32.70 | 225.00 | 7,357.50 |
| Tracy L. Zawaski | Attorney | 2001 | 74.20 | 249.74 | 18,531.00 |
| William Halford | Attorney | 2006 | 12.00 | 160.00 | 1,920.00 |
| Yoichiro Yamaguchi | Attorney | 1994 | 0.80 | 425.00 | 340.00 |
| JOHN R. WARNER | Illustrator | N/A | (2.60) | 140.00 | (364.00) |
| Ava Billimoria | Law Clerk | N/A | 3.10 | 125.00 | 387.50 |
| ANGELA C. SCOLA | Legal Assistant | N/A | 10.90 | 145.00 | 1,580.50 |
| Barbara Myers | Legal Assistant | N/A | 167.30 | 125.00 | 20,912.50 |
| Dawna M. Tennant | Legal Assistant | N/A | 2.00 | 145.00 | 290.00 |
| Georgeann K. Mach | Legal Assistant | N/A | 89.10 | 122.72 | 10,934.00 |
| James F. Carpenter | Legal Assistant | N/A | 9.10 | 135.00 | 1,228.50 |
| Jennifer Greer | Legal Assistant | N/A | 4.80 | 130.00 | 624.00 |
| M. Jennifer Wunsche | Legal Assistant | N/A | 36.40 | 139.99 | 5,095.50 |
| Maureen Shannon | Legal Assistant | N/A | 1.80 | 100.00 | 180.00 |
| Patricia Towers | Legal Assistant | N/A | 0.90 | 150.00 | 135.00 |
| WENDI J. WOJCIECHOWSKI | Legal Assistant | N/A | 4.30 | 100.00 | 430.00 |
| Kathy Nash | Assistant | N/A | 0.30 | 110.00 | 33.00 |
| Kristen Zawaski | Assistant | N/A | 8.20 | 95.00 | 779.00 |
| Alexander D. Rabinovich | Patent Agent | N/A | 14.60 | 180.03 | 2,628.38 |
| Justin Cohen | Patent Agent | N/A | 6.50 | 140.09 | 910.56 |
| | | | 895.38 | 244.16 | 218,619.76 |

Worked Performed 2/1/07 thru 5/31/07