Hearing Date : October 25, 2007

RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave.
Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600
Leigh C. Taggart

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ x

NOTICE OF FILING OF FIFTH INTERIM APPLICATION FOR APPROVAL OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RADER, FISHMAN &
GRAUER PLLC, INTELLECTUAL PROPERTY COUNSEL TO THE DEBTORS, FOR
SERVICES RENDERED FROM
FEBRUARY 1, 2007 THROUGH MAY 31, 2007

PLEASE TAKE NOTICE that on July 30, 2007, Rader, Fishman & Grauer PLLC (the "Applicant" or "RFG"), intellectual property counsel for Delphi Corporation ("Delphi"), debtors and debtors-in-possession in the above- captioned cases (collectively, the "Debtors", "Delphi" or the "Company"), submitted its' fifth interim application (the "Interim Application"). RFG submitted this Interim Application for (a) allowance of compensation for professional services rendered by RFG to the Debtors, and (b) reimbursement of actual and necessary charges and disbursements incurred by RFG in the rendition of required professional services on behalf of the Debtors. The following exhibits were filed together with the Application:

A. Summary of Monthly Fee Statements

B. Summary of Professional Hours

C. Summary of Work Performed by Category

D. Order Approving Second Interim Fee Application

E. Certification with respect to Application

This Notice is being provided via overnight mail to all parties listed in paragraph 2(a) of the Interim Compensation Order, all required parties outlined in subsequent Interim Compensation Orders and via e-mail to all parties listed in Exhibit A.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on **October 25, 2007** (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

2

word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard) (vii) David M. Sherbin, Vice President & General Counsel, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098 (viii) John D. Sheehan, Vice President & Chief Restructuring Officer, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098 (ix) Valeria Venable, GE Plastics, Americas Credit Manager, 9930 Kincey Avenue, Huntersville, NC 28078 (x) Joseph Papelian, Esq., Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098. Since the objection deadline has not been set by the Court as of the date of this Notice, interested persons should contact the Court directly to determine the deadline for objections and to ensure that any objection is made within the time prescribed by the Court.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance

with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: Bloomfield Hills, Michigan
July 30, 2007

>RADER, FISHMAN & GRAUER PLLC
>
>By: _____
>    Leigh C. Taggart
>    39533 Woodward Ave.
>    Suite 140
>    Bloomfield Hills, MI 48304
>    (248) 594-0600