**C&S·LOGOS PATENT AND LAW OFFICE**

13th Floor, Seocho-Pyunghwa Building,
1451-34 Seocho-dong, Seocho-gu, Seoul 137-070, Korea

TEL : +82-2-2182-0300
FAX : +82-2-2182-0311~2

*Credibility & Sincerity*
*Since 1969*

**Website :** www.cnspat.com
**E-mail :** mailbox@cnspat.com
**Mailing Address:**
K.P.O.Box 103
Seoul, 110-601, Korea
**Patent Attorneys**
Choon-Hang CHUN(1917~2002)

| | |
|---|---|
| Won SON | Young-Chae YOON |
| Sang-Joon HAHM | Seung-Yun YEOM |
| Sung-Dong LEE | Se-Ho ROH |
| Byeong-Hoon YOON | Hyun-Il CHAE |
| Ji-Na HAN | Hun KIM |
| Gu-Bong KIM | Chi-Won HAN |
| In-Ku LEE | Pil-Sung JUN |
| Hyun-Jung JUN | Su-Kyung JUNG |
| Hong-Ju AHN | Dong-Suk KIM |

August 9, 2007

James M. Millerman III, Sr. Law Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004-1408
U.S.A.



Re: In re Delphi Corporation, et al., Debtors-Chapter 11-Case No.
    05-44481 (RDD)

Dear Mr. Millerman:

Enclosed, for filing in the above captioned proceeding, is my signed affidavit of legal ordinary course professional and an affidavit of service.

Please be informed that C&S Patent and Law Office has been changed its name to C&S.LOGOS Patent and Law Office due to the exclusive strategic alliance as shown in the attachment.

Please contact us at mailbox@cnspat.com or at +82-2-2182-0311~2 if you have any questions.

Thank you for your assistance in this matter.

Very truly yours,

Won SON / Patent Attorney
C&S.LOGOS Patent and Law Office

SW/yy

[제41호 서식]

## 공증인가 법무법인  로고스



Registered   2007   —   1145

# NOTARIAL  CERTIFICATE

THE LOGOS LAW  &  NOTARY OFFICE

159-9 SAMSEONG-DONG KANGNAM-GU SEOUL KOREA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
     In re                    :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
             Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

REPUBLIC OF KOREA              )
                               ) ss:
CITY OF SEOUL                  )

          Won SON , being duly sworn, deposes and says:

      1.     I am a principal of C&S.LOGOS Patent and Law Office ("C&S.LOGOS") which firm maintains offices at KPO Box 103, Seoul 110-601, Republic of Korea.

      2.     Neither I, C&S.LOGOS, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

      3.     C&S.LOGOS, has represented and advised the Debtors in Korea with respect to a broad range of aspects of the Debtors' businesses.

      4.     The Debtors have requested, and C&S.LOGOS has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and C&S.LOGOS proposes, to render the following services to the Debtors: legal services regarding the intellectual property

      5.     C&S.LOGOSs current fees arrangement is according to the attached schedule fee.

      6.     Except as set forth herein, no promises have been received by C&S.LOGOS or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.      C&S.LOGOS has no agreement with any entity to share with such entity any compensation received by C&S.LOGOS.

8.      C&S.LOGOS and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases.  C&S.LOGOS does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.      Neither I, C&S.LOGOS, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which C&S.LOGOS is to be engaged.

10.     The foregoing constitutes the statement of C&S.LOGOS pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Won SON / Principal of C&S. LOGOS Patent and Law Office

Subscribed and sworn before me
this 9th day of August, 2007

Lee Sang Gon

Notary Public

LOGOS LAW & NOTARY OFFICE

2

 **C&S · lOGOS** PATENT AND LAW OFFICE



# *FEE SCHEDULE* 

## C&S ·LOGOS PATENT AND LAW OFFICE

Seoul, Korea

www.cnspat.com



**C&S · LOGOS** PATENT AND LAW OFFICE

# PATENT
## (Including PCT National Phase)

| Filing; Examination |
|---|

| | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Application for Patent | 870.00 | 42.00 |
| 2. Division of an application | 870.00 | 42.00 |
| 3. Claiming Convention Priority | | |
|    1) Earliest priority | 100.00 | 22.00 |
|    2) Each additional priority | 55.00 | 22.00 |
| 4. Request of exemption from loss of novelty | 220.00 | |
| 5. Request for early laid-open | 100.00 | |
| 6. Request for Examination | | |
|    1) Basic fee | 110.00 | 121.00 |
|    2) Additional fee for each claim | 5.00 | 36.00 |
| 7. Bookkeeping fee for the request of examination and the payment of annuity per case | 100.00 | |
| 8. Reviewing and reporting an Office Action against a pending application | Time charge* | |
| 9. Filing a responsive amendment to the specification, claims or drawings against an Office Action in a pending application | | |
|    1) Basic fee | Time charge* | 3.00 |
|    2) Additional fee for each claim added by the amendment | | 36.00 |
| 10. Filing a written argument against an Office Action in a pending application | Time charge* | |
| 11. Request for expedition of examination | | |
|    1) Basic fee | 400.00 | 150.00 |
|    2) Additional fee for each claim | 5.00 | 36.00 |
| 12. Late filing of any document and correction to filing details/particulars in a pending application | 100.00 | 3.00 |

 **C&S · lOGOS** PATENT AND LAW OFFICE

*Confidently & Sincerely*
*Since 1969*

| | | |
|---|---|---|
| 13. Interview with the examiner | 600.00up | |
| 14. Request for extension of term | 100.00 | 22.00(1st) |
| | 50.00 | 33.00(2nd) |
| | 50.00 | 67.00(3rd) |
| | 50.00 | 133.00(4th) |
| | 50.00 | 267.00(5th) |
| 15. Deposition of each micro-organism with an authorized local depositary | 300.00 | As paid |



\*    The fees for preparing/filing a written argument and amendment against an Office
Action are variable according to time consumed.

# C&S · lOGOS PATENT AND LAW OFFICE

*Candidly & Sincerity*
Since 1969

| Opposition; Trials; Appeals | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Trial against a decision to reject an application or to dismiss an amendment | | |
| 1) Basic fee | 2500.00 | 111.00 |
| 2) Additional fee for each claim | | 12.00 |
| 2. Trial for invalidation | | |
| 1) Basic fee for representation of a demandant(s) | 4500.00 | 111.00 |
| Basic fee for representation of a patentee(s) | 3000.00 | |
| 2) Additional fee for each claim | 100.00 | 12.00 |
| 3. Trial for permission to correct the specification, claims or drawings of a patented invention | 2500.00 | 111.00 |
| 4. Trial for a ruling to confirm the scope of protection of a patented invention | | |
| 1) Basic fee | 4500.00 | 111.00 |
| 2) Additional fee for each claim | 100.00 | 12.00 |
| 5. Trial for invalidation of a correction | | |
| 1) Basic fee | 3000.00 | 111.00 |
| 2) Additional fee for each claim | 100.00 | 12.00 |
| 6. Trial for grant of a non-exclusive license | | |
| 1) Basic fee | 3000.00 | 111.00 |
| 2) Additional fee for each claim | 100.00 | 12.00 |
| 7. Appeal against a decision of trial board to the Patent Court | 9800.00up | 316.00 |
| 8. Retrial | | |
| 1) Basic fee | 4500.00 | 111.00 |
| 2) Additional fee for each claim | 100.00 | 12.00 |
| 9. Petition of adjudication for grant of non-exclusive license | 3000.00 | As paid |
| 10. Filing a rebuttal or rejoinder in a trial case | 500.00up | |
| 11. Attendance at oral hearing, inspection of evidence, preparatory proceedings in trial board or court | 1000.00 | |

 *C&S · LOGOS* PATENT AND LAW OFFICE

*Cordiality & Sincerity*
Since 1969

| | | |
|---|---|---|
| 12. Motion for preservation of evidence or taking of evidence | 2000.00 | As paid |
| 13. Request for a provisional injunction | 5000.00 | As paid |
| 14. Petition against administrative actions | 3000.00 | As paid |
| 15. Administrative litigation before the Administrative Court | 5000.00 | As paid |
| 16. Suit against an infringement etc. | | |
|   1) Suit before a District Court | 10000.00up | As paid |
|   2) Appeal before a High Court | 10000.00up | As paid |
|   3) Appeal before the Supreme Court | 10000.00up | As paid |
| 17. Appeal against a decision of the Patent Court before the Supreme Court | 10000.00up | 559.00 |



 **C&S · LOGOS** PATENT AND LAW OFFICE

Since 1989

| Recordation; Others | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Transfer of a pending application | | |
|   1) Preparing and sending the required document(s) | 90.00 | |
|   2) By succession or merger | 100.00 | 7.00 |
|   3) By assignment or other | 100.00 | 14.00 |
| 2. Recordation of the change of the name or address of the applicant(s) in a pending application | 190.00 | |
| 3. Recordation of the transfer of a patent right | | |
|   1) Preparing and sending the required document(s) | 200.00 | |
|   2) By succession or merger | 230.00 | 16.00 |
|   3) By assignment or other | 230.00 | 71.00 |
| 4. Recordation of the change of the name or address of the patentee | 280.00 | 6.00 |
| 5. Recordation of a license | | |
|   1) Preparing and sending the required document(s) | 200.00 | |
|   2) Exclusive license | 230.00 | 80.00 |
|   3) Non-exclusive license | 230.00 | 48.00 |
| 6. Recordation of the transfer of a license | | |
|   1) Preparing and sending the required document(s) | 200.00 | |
|   2) By succession | 230.00 | 17.00 |
|   3) By assignment, merger or other | 230.00 | 49.00 |
| 7. Recordation of the cancellation of a license | 300.00 | 5.50 |
| 8. Recordation of the extinction of a patent right | 300.00 | 5.50 |
| 9. Recordation of the creation of a pledge | 540.00 | 94.00 |
| 10. Preparing and delivering a warning letter to an infringer of a patent right or a reply letter thereto | 500.00up | |
| 11. Request for reissuance of letters patent | 190.00 | 8.00 |
| 12. Request for issuance of a certified copy of a patent register and other document(s) | 80.00 | 0.60 |
| 13. Request for a delivery of a priority document | 270.00 | |

 **C&S · LOGOS** PATENT AND LAW OFFICE

Cordiality & Sincerity
Since 1969

| Registration; Annuities | | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|---|
| 1. Basic registration fees and annuities | | | |
| 1) 1st to 3rd year (in lump sum, as registration fee) | | 200.00 | 90.00 |
| 2) 4th to 6th year (each year) | | 110.00 | 67.00 |
| 3) 7th to 9th year (each year) | | 130.00 | 133.00 |
| 4) 10th to 12th year (each year) | | 140.00 | 267.00 |
| 5) 13th to 15th year (each year) | | 170.00 | 400.00 |
| 6) 16th to 18th year (each year) | | 200.00 | 400.00 |
| 7) 19th to 20th year (each year) | | 230.00 | 400.00 |
| 2. Additional registration fees and annuities for each claim | | | |
| 1) 1st to 3rd year (in lump sum, as registration fee) | | 5.00 | 60.00 |
| 2) 4th to 6th year (each year) | | 5.00 | 28.00 |
| 3) 7th to 9th year (each year) | | 5.00 | 44.00 |
| 4) 10th to 12th year (each year) | | 5.00 | 61.00 |
| 5) 13th to 15th year (each year) | | 7.00 | 61.00 |
| 6) 16th to 18th year (each year) | | 7.00 | 61.00 |
| 7) 19th to 20th year (each year) | | 7.00 | 61.00 |
| 3. Additional fee for late payment | | | 100% |

 **C&S · LOGOS** PATENT AND LAW OFFICE

# UTILITY MODEL

| Filing; Recordation | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Application for registration of a utility model | 830.00 | 19.00 |
| 2. Division of an application | 830.00 | 19.00 |
| 3. Claiming convention priority | | |
|    1) Earliest priority | 100.00 | 22.00 |
|    2) Each additional priority | 55.00 | 22.00 |
| 4. Request for Examination | | |
|    1) Basic fee | 110.00 | 61.00 |
|    2) Additional fee for each claim | 5.00 | 16.00 |
| 5. Recordation of the transfer of a utility model right | | |
|    1) Preparing and sending the required document(s) | 200.00 | |
|    2) By succession | 230.00 | 16.00 |
|    3) By assignment, merger or other | 230.00 | 57.00 |

※ Items not stated shall apply to PATENT.

 **C&S · LOGOS** PATENT AND LAW OFFICE

*Candidity & Sincerity*
Since 1969

---

| **Registration; Annuities** | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| **1. Basic annuities** | | |
| 1) 1st and 3rd year (in lump sum) | 200.00 | 67.00 |
| 2) 4th to 6th year (each year) | 110.00 | 44.00 |
| 3) 7th to 9th year (each year) | 130.00 | 89.00 |
| 4) 10th to 12th year (each year) | 140.00 | 178.00 |
| 5) 13th to 15th year (each year) | 170.00 | 267.00 |
| **2. Additional annuities for each claim** | | |
| 1) 1st and 3rd year (in lump sum) | 5.00 | 17.00 |
| 2) 4th to 6th year (each year) | 5.00 | 11.00 |
| 3) 7th to 9th year (each year) | 5.00 | 17.00 |
| 4) 10th to 12th year (each year) | 7.00 | 22.00 |
| 5) 13th to 15th year (each year) | 7.00 | 22.00 |
| **3. Additional fee for late payment** | | 100% |



 **C&S · LOGOS** PATENT AND LAW OFFICE

*Credibility & Sincerity*
Since 1969

# DESIGN

### Filing; Opposition; Recordation

| | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Application for registration of a design or a similar design | 620.00 | 67.00 |
| 2. Multiple Design Application for non-examining articles | | |
|   1) Basic fee | 620.00 | 50.00 |
|   2) Additional fee for each design in excess of one (1) | 496.00 | 50.00 |
| 3. Division of an application | 620.00 | 67.00 |
| 4. Alteration of an application pursuant to Art. 20 of the Design Act | 240.00 | 11.00 |
| 5. Claming convention priority | 100.00 | 22.00 |
| 6. Request for a guarantee of secrecy of design on file | 140.00 | 27.00 |
| 7. Request for early laid-open | 100.00 | 27.00 |
| 8. Opposition against registration of non-examining articles | | |
|   1) Basic fee | 1800.00 | 12.00 |
|   2) Additional fee for each design in excess of one (1) | 500.00 | 12.00 |
| 9. Recordation of the transfer of a design right | | |
|   1) Preparing and sending the required document(s) | 200.00 | |
|   2) By succession | 230.00 | 16.00 |
|   3) By assignment, merger or other | 230.00 | 57.00 |



※ Items not stated shall apply to PATENT.

 **C&S · LOGOS** PATENT AND LAW OFFICE

## Trials; Appeals

| | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Trial for invalidation | | |
| 1) Basic fee for representation of a demandant(s) | 3500.00 | 133.00 |
| Basic fee for representation of an owner(s) | 3000.00 | |
| 2) Additional fee for each design in excess of one(1) | 500.00 | 133.00 |
| 2. Trial for a ruling to confirm the scope of protection of a design registration | | |
| 1) Basic fee | 3500.00 | 133.00 |
| 2) Additional fee for each design in excess of one(1) | 500.00 | 133.00 |
| 3. Appeal against a decision of trial board to the Patent Court | 6860.00up | 316.00 |
| 4. Appeal against a decision of the Patent Court before the Supreme Court | 7000.00up | 559.00 |



## Registration; Annuities

| | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Registration fee for a design or a similar design | | |
| 1) 1st to 3rd year (in lump sum, as registration fee) | 100.00 | 83.00 |
| 2) 4th to 6th year (each year) | 110.00 | 39.00 |
| 3) 7th to 9th year (each year) | 130.00 | 78.00 |
| 4) 10th to 12th year (each year) | 140.00 | 156.00 |
| 5) 13th to 15th year (each year) | 170.00 | 233.00 |
| 2. Registration fee for Multiple Design Application | | |
| 1) 1st to 3rd year (in lump sum, as registration fee) | | |
| a) Basic fee | 100.00 | 83.00 |
| b) Additional fee for each design in excess of one (1) | 80.00 | 83.00 |
| 2) 4th to 15th year: same as No. 1 (official fees shall be multiplied by the number of designs) | | |
| 3. Additional fee for late payment | | 100% |

 **C&S · LOGOS** PATENT AND LAW OFFICE

*Credibility & Sincerity*
Since 1969

# TRADEMARK

| Filing; Opposition | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Application for registration of a trademark/ service mark/ collective mark/ business mark for each class; | 500.00 | 62.00 |
| 2.  Renewal application for registration of a trademark/ service mark/ collective mark/ business mark; | 500.00 | 62.00 |
| Reclassification of the designated goods/services in accordance with Int'l Class | 100.00 | |
| 3. Multi-Class Application for registration of a trademark/ service mark; Multi-Class Renewal Application for registration of a trademark/ service mark | | |
| 1) The first class | 500.00 | 62.00 |
| 2) Additional fee for each class in excess of one(1) | 400.00 | 62.00 |
| 4. Application for supplementary registration of designated goods/ services/ businesses for each class | 500.00 | 62.00 |
| 5. Divisional application for registration of a trademark/ service mark/ collective mark/ business mark for each class | 500.00 | 62.00 |
| 6. Alternation of an application pursuant to Art. 19 of the Trademark Act | 240.00 | 11.00 |
| 7. Claiming convention priority | 100.00 | 22.00 (per class) |
| 8. Amendment to goods/ services/ businesses for a pending application/ renewal application | | |
| 1) Basic fee | 300.00 | (3.00) |
| 2) Additional fee for each class added by the amendment | 300.00 | 62.00 |
| 9. Filing a written argument against an Office Action | 500.00up | |
| 10. Opposition against a pending application | | |
| 1) Basic fee | 1800.00 | 12.00 |
| 2) Additional fee for each class in excess of one(1) | 500.00 | |



**C&S · LOGOS** PATENT AND LAW OFFICE

| Trials; Appeals | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Trial for cancellation of a trademark right | 2500.00 | 133.00 |
| 2. Trial for cancellation of a trademark right in Multi-Class Application | | |
| 1) The first class | 2500.00 | 133.00 |
| 2) Additional fee for each class in excess of one(1) | 2000.00 | 133.00 |

※ Items not stated shall apply to DESIGN.

| Recordation; Registration | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Recordation of the transfer of a trademark right | | |
| 1) By succession | 460.00 | 25.00 |
| 2) By assignment, merger or other | 550.00 | 125.00 |
| 2. Recordation of a license | | |
| 1) Preparing and sending the required document(s) for Exclusive license | 720.00 | 80.00 |
| 2) Preparing and sending the required document(s) Non exclusive license | 720.00 | 47.00 |
| 3. Recordation of the cancellation of a non-exclusive license | 300.00 | 5.00 |
| 4. Registration fee for a trademark/ service mark/ collective mark/ business mark for each class | 250.00 | 240.00 |
| 5. Registration fee for a trademark/ service mark in Multi-Class Application | | |
| 1) The first class | 250.00 | 240.00 |
| 2) Additional fee for each class in excess of one(1) | 200.00 | 234.00 |
| 6. Registration fee for renewal of a trademark/ service mark/ collective mark/ business mark | 250.00 | 290.00 |
| 7. Registration fee for supplementary goods/ services/ businesses for each class | 250.00 | 240.00 |



# OTHERS

| Search; Translation; Typing | Attorney Fee (US$) | Official Fee (US$) |
|---|---|---|
| 1. Preparing and handling drawings or pictures for patent, utility model and design application per sheet | As disbursed | |
| 2. Search for prior patents, utility models, designs, trademarks or other materials for each subject | 400.00up | As paid |
| 3. Consultation with clients | | |
|    1) On an hourly rate | 180.00up | |
|    2) On a yearly rate | 1600.00 | |
| 4. Translation | | |
|    1) from English to Korean, per 100 words | 26.00 | |
|    2) from Japanese to Korean, per page (A4 size, Japanese, 29 lines) | 66.00 | |
|    3) from foreign language other than English and Japanese to Korean, per 100 words | 40.00 | |
|    4) from Korean to English per 100 words | 40.00 | |
|    5) from Korean to Japanese per page (A4 size, Japanese, 29 lines) | 77.00 | |
|    6) from Korean to foreign language other than English and Japanese per 100 words | 53.00 | |
| 5. Typing: A4 size (per page) | 10.00 | |

※  Extra fees are to be charged for urgent work.

(Translation)

# Commercial Register

**Registration No. 003053**
**Recordation No. 114671-0030538**

## Name

~~C&S Patent and Law Office~~

C&S.LOGOS Patent and Law Office                    Changed on May 29, 2007
                                                   Registered on May 31, 2007

## Purpose

1. Services prescribed under Article 2 of the Patent Attorney Act
2. Services belonging to the duties of the patent attorney pursuant to other laws
3. Other services belonging to the duties of the patent attorney
4. All incidental services relating to each of the above subparagraphs

## Directors

| | |
|---|---|
| Patent Attorney / Won SON | 521002-1****** |
| Patent Attorney /Yoon-Young CHAE | 450313-1****** |
| Patent Attorney / Sang-Joon HAHM | 590215-1****** |
| Patent Attorney / Seung-Yun YEOM | 610812-2****** |
| Patent Attorney / Sung-Dong LEE | 680601-1****** |

## Date of establishment registration of the office

June 26, 2003

This is to certify that this document is a true copy of the original registry.
                              June 8, 2007

Corporation Register Office of Seoul District Civil Court

Officer : Han-Su KANG

## 공증인가 법무법인 로고스

[제43호 서식]                                                           (영문서서대리인용지)

등부    2007 년    제 1145 호        Registered      2007      –      1145

### 인    증                          NOTARIAL  CERTIFICATE

위                                      Park Ji-young

　　　진술서            에          attorney-in-fact-of

기재된 특허법인 씨엔에스로고스          Won Son
　　대표변리사 손원                    Principal of
                                        C&S. LOGOS Patent and Law Office
대리인 박지영        은 (는)          appeared before me and admitted

본직의 면전에서  위  본인이          said  principal's  subscription  to

서명날인  한 것임을 자인하였다.        the  attached

                                        AFFIDAVIT OF LEGAL ORDINARY COURSE
                                        PROFESSIONAL
                                        This is hereby attested  on
2007년      8월      9일
                                        this 9th      day of  Aug.    2007
이   사무소에서 위 인증한다.
                                        at  this office.

공증인가 법무법인 로고스                THE  LOGOS  LAW  &  NOTARY  OFFICE.
서울특별시 강남구 삼성동 159-9          159-9 SAMSEONG-DONG KANGNAM-GU SEOUL
                                        KOREA

　　공증담당
　　변 호 사

Attorney at law
L e e   S a n g   G o n
This office has been authorized by the Minister of Justice, the Republic
of Korea. to act as Notary Public since Dec. 19. 2000 under Law No. 188.

[제41호 서식]

## 공증인가 법무법인 로고스



Registered    2007    —    1146

# NOTARIAL   CERTIFICATE

THE LOGOS LAW  &  NOTARY OFFICE

159-9 SAMSEONG-DONG KANGNAM-GU SEOUL KOREA

23230-053 11 9
90.11.26 승인

210㎜ X 297㎜ 인쇄용지(특급) 70g/㎡

## CERTIFICATE OF SERVICE

Won SON, a principal, hereby certifies that on August 9, 2007, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring
Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated August 8, 2007

Won SON
C&S.LOGOS Patent and Law Office
KPO Box 103
Seoul 110-601
Republic of Korea
+82-2-2182-0300



Sworn before me this 9th
day of August, 2007.

Lee Sang Gon

Notary Public
139-8 GAESEONG-DONG KANGNAN-GU SEOUL KOREA
LOGOS LAW & NOTARY OFFICE

공증인가 법무법인 로고스

[제43호 서식]                                                            (영문서사대리인용지)

| | |
|---|---|
| 등부   2007 년   제 1146 호 | Registered    2007    –    1146 |

<table>
<tr><td>

인   증

위

　　서비스확인서　　에

기재된 특허법인 씨엔에스로고스
　　대표변리사 손원

대리인 박지영　　은 (는)

본직의 면전에서 위 본인이

서명날인 한 것임을 자인하였다.


2007년　　8월　　9일

이   사무소에서 위 인증한다.



공증인가 법무법인 로고스

서울특별시 강남구 삼성동 159-9


　　공증담당
　　변 호 사

</td><td>

NOTARIAL  CERTIFICATE

Park Ji-young

attorney-in-fact-of

Won Son

Principal of
C&S. LOGOS Patent and Law Office
appeared before me and admitted

said  principal's  subscription  to

the  attached

CERTIFICATE OF SERVICE

This is hereby attested  on

this 9th      day of   Aug.    2007

at  this office.


THE  LOGOS  LAW   &   NOTARY  OFFICE.

159-9 SAMSEONG-DONG KANGNAM-GU SEOUL
KOREA

</td></tr>
</table>

이 상 곤

Lee Sang Gon

Attorney at law

L e e   S a n g   G o n

This office has been authorized by the Minister of Justice, the Republic
of Korea. to act as Notary Public since Dec. 19. 2000 under Law No. 188.

210㎜ X 297㎜ 인쇄용지(특급) 70g/㎡