**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**                x

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, et. al., | : | Chapter 11 |
| | : | |
| *Debtor* | : | (Jointly Administered) |
| | : | |
| | : | |
| _____x | | |

**NOTICE OF WITHDRAWAL OF A-1 SPECIALIZED SERVICES AND SUPPLIES, INC.'S, OBJECTION TO ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION WITH SALE OF CATALYST BUSINESS**

A-1 Specialized Services and Supplies, Inc.("A-1"), by counsel, hereby withdraws its Objection to Assumption and/or Assignment of Contracts (the"Objection"), and states as follows:

1. On June 6, 2007, Debtors filed its motion for orders approving, *inter alia*, the assumption and/or assignment of A-1's contracts with Debtor, in connection with the pending sale of Debtors' catalyst business to N.V. Umicore, S.A.("Umicore").

2. On or about July 12, 2007, A-1 filed the Objection (Docket No. 8670).

3. Debtors have represented to A-1 that they will remove any executory contracts between A-1 and Debtors from the schedule listing agreements that they intend to assign to, and/or assumption by, Umicore, and will not seek approval by this Court of the assumption by Umicore and/or assignment to Umicore of such executory contracts.

4. Based upon the Debtors' representations, as stated herein, A-1 withdraws its Objection.

Dated: August 15, 2007  LAW OFFICES OF MICHAEL O'HAYER

By,   /s/  Michael O'Hayer
22 North Walnut Street
West Chester  Pa.  19380
610-738-1230