| Profit ctr | Customer | Name 1 | Type | Doc.no. | Reference | Doc. date | Total AR |
|---|---|---|---|---|---|---|---|
| PB30120 | 30128828 | DELPHI AUTOMOTIVE SYSTEMS | YA | 8E+09 | 11307805 | 6/25/2004 | $ 476.00 |
| PB30120 | 30128828 | DELPHI AUTOMOTIVE SYSTEMS | YA | 8E+09 | 11365205 | 9/24/2004 | $ 654.50 |
| PB30120 | 30128828 | DELPHI AUTOMOTIVE SYSTEMS | YA | 8E+09 | 11385460 | 10/28/2004 | $ 1,785.00 |
| PB30127 | 30121999 | DELPHI CORP | YA | 8E+09 | 728908 | 10/29/2004 | $ 1,640.31 |
| PB30127 | 30121999 | DELPHI CORP | YA | 8E+09 | 733730 | 10/29/2004 | $ 1,665.26 |
| PB30120 | 30128828 | DELPHI AUTOMOTIVE SYSTEMS | YA | 8E+09 | 11404070 | 11/24/2004 | $ 1,130.50 |
| PB30109 | 30059993 | DELPHI CORP | YA | 8E+09 | 90045878 | 5/13/2005 | $ 519.56 |
| PB30167 | 30112263 | DELPHI CORP | YG | 8E+09 | 11534133 | 7/1/2005 | $ 186.00 |
| PB30120 | 30128828 | DELPHI AUTOMOTIVE SYSTEMS | YA | 8E+09 | 11543123 | 7/22/2005 | $ 1,000.00 |
| PB30109 | 30059993 | DELPHI CORP | YA | 8E+09 | 90049555 | 7/22/2005 | $ 484.00 |
| PB30120 | 30128828 | DELPHI AUTOMOTIVE SYSTEMS | YA | 8E+09 | 11561510 | 7/29/2005 | $ 1,000.00 |
| PB30125 | 30116557 | DELPHI CORP | YA | 8E+09 | 169112 | 8/10/2005 | $ 384.00 |
| PB30125 | 30116557 | DELPHI CORP | YA | 8E+09 | 406619 | 9/20/2005 | $ 384.00 |

Total Pre-Petition    $11,309.13