05-44481-rdd    Doc 9107-8    Filed 08/16/07    Entered 08/16/07 15:17:38    Exhibit 8
Pg 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT 8 - IUOE LOCAL 832S

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS GORLICK KRAVITZ & LISTHAUS PC 17 STATE ST NEW YORK, NY 10004 | 13699 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS GORLICK KRAVITZ & LISTHAUS PC 17 STATE ST NEW YORK, NY 10004 | 15075 | 07/31/2006 | DELPHI CORPORATION (05-44481) |