### EXHIBIT 9 - IUOE LOCAL 18S

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS<br>GORLICK KRAVITZ & LISTHAUS P C<br>17 STATE ST<br>NEW YORK, NY 10004 | 15071 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS<br>GORLICK KRAVITZ & LISTHAUS P C<br>17 STATE ST<br>NEW YORK, NY 10004 | 13734 | 07/31/2006 | DELPHI CORPORATION (05-44481) |