05-44481-rdd Doc 9107-11 Filed 08/16/07 Entered 08/16/07 15:17:38 Exhibit 11 Pg 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

# EXHIBIT 11 - IBEW

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS<br>PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 14350 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS<br>PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 13875 | 07/31/2006 | DELPHI CORPORATION (05-44481) |