**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT 12 - IAM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|
| IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVER CENTER DR STE 202<br>MILWAUKEE, WI 53212 | 14334 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 13863 | 07/31/2006 | DELPHI CORPORATION (05-44481) |