# EXHIBIT B

# Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :
                                                    :       Chapter 11
DELPHI CORPORATION, *et al.*,                       :       Case No.: 05-44481 (RDD)
                                                    :       (Jointly Administered)
                    Debtors.                        :
                                                    :
------------------------------------------------------------x

## ORDER ENLARGING THE TIME FOR FILING PROOF OF CLAIM PURSUANT TO RULE 9006(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the motion dated August 17, 2007 (the "*Motion*") of Marsilli & Co. S.p.A. (the "*Movant*"), by and through its counsel, for entry of an order enlarging the time for filing its proof of claim pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure; and notice (the "*Notice*") of the Motion having been given to the requisite parties in accordance with the Court's *Case Management Order* dated October 14, 2005; and it appearing that no other and further notice is required and such notice is deemed appropriate and sufficient; and the Court having held a hearing on September 28, 2007; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is approved; and it is further

ORDERED, that Movant's proof of claim is deemed to be timely filed.

Dated:  _____, 2007
        New York, New York

                                          _____
                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE