Hearing Date: September 28, 2007 at 10:00 a.m. (ET)
Objection Deadline: September 21, 2007 at 4:00 p.m. (ET)

HAHN & HESSEN LLP
Mark T. Power (MP 1607)
Jeffrey Zawadzki (JZ 1656)
488 Madison Avenue
New York, New York 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

    -and-

MILES & STOCKBRIDGE P.C.
Richard L. Costella
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464

*Attorneys for Marsilli & Co. S.p.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:                                            :
                                    :
                                    :    Chapter 11
DELPHI CORPORATION, *et al.*,                     :    Case No.: 05-44481 (RDD)
                                    :    (Jointly Administered)
        Debtors.                                :
                                    :
-------------------------------------------------------x

**NOTICE OF MOTION OF MARSILLI & CO. S.P.A. FOR AN ENLARGEMENT OF TIME FOR FILING PROOF OF CLAIM PURSUANT TO RULE 9006(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

     **PLEASE TAKE NOTICE** that on August 17, 2007, Marsilli & Co. S.p.A. ("*Movant*"), by and through counsel, filed with the United States Bankruptcy Court in the Southern District of New York (the "*Bankruptcy Court*"), the annexed *Motion of Marsilli & Co. S.p.A. for an Enlargement of Time for Filing Proof of Claim pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure* (the "*Motion*").

     **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Old Customs House, One Bowling Green, New York, New York 10004-1408, on **September 28, 2007 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the *User's Manual for the Electronic Case Filing System* can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch floppy disk, preferably in Portable Document Format (.pdf), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers) and shall be served so as to be actually received **no later than September 21, 2007 by 4:00 p.m. (prevailing Eastern time)** by (i) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, Attn: Mark T. Power, Esq. and (ii) Miles & Stockbridge, P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102, Attn: Richard L. Costella, Esq.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 17, 2007
     New York, New York

          HAHN & HESSEN LLP

          */s/ Mark T. Power*
          Mark T. Power (MP 1607)
          Jeffrey Zawadzki (JZ 1656)
          488 Madison Avenue
          New York, New York 10022
          Tel: (212) 478-7200
          Fax: (212) 478-7400

          -and-

          MILES & STOCKBRIDGE P.C.
          Richard L. Costella
          Patricia A. Borenstein
          10 Light Street
          Baltimore, MD 21202
          Tel: (410) 727-6464
          Fax: (410) 385-3700

          *Attorneys for Marsilli & Co. S.p.A.*