**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT 3 - USW

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | DATE FILED | DOCKETED DEBTOR |
| --- | --- | --- | --- |
| UNITED STEELWORKERS<br>FIVE GATEWAY CENTER RM 807<br>PITTSBURGH, PA 15222 | 11535 | 07/27/2006 | DELPHI CORPORATION (05-44481) |