UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :

    In re                                        :        Chapter 11

                                                 :

DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)

                                                 :

                       Debtors.    :        (Jointly Administered)

                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SCHEDULING NON-OMNIBUS HEARING ON
DEBTORS' EXPEDITED MOTION TO APPROVE SETTLEMENT UNDER 11 U.S.C.
§§ 363, 1113, 1114 WITH THE UNITED STEEL, PAPER AND FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION AND USW LOCAL 87L

        Upon the above-captioned Debtors' oral motion of August 16, 2007 for an order scheduling a non-omnibus hearing date for the Debtors' expedited motion to approve settlement under 11 U.S.C. §§ 363, 1113, 1114 with the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and USW Local 87L (the "USW 1113/1114 Settlement Approval Motion"); and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED AND DECREED THAT:

        1.        The hearing on the USW 1113/1114 Settlement Approval Motion shall be held on August 29, 2007 at 10:00 a.m. (prevailing Eastern time).

        2.        The objection deadline for the USW 1113/1114 Settlement Approval Motion shall be 4:00 p.m. (prevailing Eastern time) on August 27, 2007 and the reply deadline shall be 4:00 p.m. (prevailing Eastern time) on August 28, 2007.

3. Any objections or replies with respect to the USW 1113/1114 Settlement Approval Motion shall be filed with this Court and served in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order") and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418) (the "Amended Eighth Supplemental Order").

4. Service of this order shall be made in accordance with the Case Management Order and the Amended Eighth Supplemental Order.

Dated:   New York, New York
         August 20, 2007

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE