YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
Joseph M. Barry (NY 3932159; DE 4221)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | |
| | : | Case No. 05-44481 (RDD) |
| Debtors. | : | |
| | : | (Jointly Administered) |

-------------------------------------------------------:

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Joseph M. Barry, a member in good standing of the bars in the States of New York and Delaware, the United States District Court for the District of Delaware, the United States District Court for the Northern District of New York, the U.S. Court of Appeals for the Third Circuit and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Tyco Electronics Corporation, a creditor, in the above referenced case.

Mailing address: 1000 N. West Street, 17th Floor, Wilmington, DE 19801                ;

E-mail address: jbarry@ycst.com    ; telephone number (302) 571-6705              .

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: August 13, 2007          */s/ Joseph M. Barry*_____
       Wilmington, Delaware     Joseph M. Barry

_____

## **ORDER**

**ORDERED**, that Joseph M. Barry, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
Robert D. Drain
United States Bankruptcy Judge