IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-44481-RDD |
| Delphi Corporation, *et al.*, ) | Chapter 11 |
| ) | Judge Robert D. Drain |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Alabama Power Company ("APCO"), hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Eric T. Ray
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-mail: eray@balch.com

*Street Address*
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama  35203

Please take further notice that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including APCO with respect to: (a) the debtors; (b) property of the estate or proceeds thereof in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others

926029.1

that the debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by APCO.

Please take further notice that this notice is not a submission by APCO to the jurisdiction of this Court and that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) APCO's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) APCO's rights to a trial by jury in any proceeding so triable in this case or any case; (3) APCO's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which APCO is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments APCO expressly reserves.

Dated: August 21, 2007.

/s/ Eric T. Ray
Eric T. Ray
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

*Attorney for Alabama Power Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the parties shown below by United States Mail, properly addressed and postage prepaid, on this the 21st day of August, 2007:

Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street, 21st Floor
New York, NY 10004

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Andrew Currie, Esq.
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

/s/ Eric T. Ray
Of Counsel