# M<sup>c</sup>SHANE & BOWIE P.L.C.

DAVID L. SMITH
WILLIAM H. BOWIE
KEITH P. WALKER
TERRY J. MROZ
DAN M. CHALLA
WAYNE P. BRYAN
RICHARD A. DURELL
JOHN R. GRANT
BEN A. FOWLER
SEAN P. FITZGERALD
DOUGLAS W. POLAND
CHRISTOPHER J. BREAY
MICHELLE H. ANTHES
STEPHEN M. PRICE
WILLIAM R. VANDERSLUIS
JOHN T. KLEES
RUTH A. SKIDMORE
JAMES J. ROSLONIEC
ANDREW C. SHIER
AARON M. SMITH

1100 CAMPAU SQUARE PLAZA
99 MONROE AVENUE, N.W.
P.O. BOX 360
GRAND RAPIDS, MI 49501-0360
www.msblaw.com

TELEPHONE (616) 732-5000

FACSIMILE (616) 732-5099

JACK M. BOWIE
OF COUNSEL
―――――
T. GERALD McSHANE
(1902-1982)

Email address: jrg@msblaw.com

August 16, 2007

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green, Room 534
New York, NY 10004-1408

   Re: **Delphi Corporation**
     **Southern District of New York Case No. 05-44481**

Dear Sir or Madam:

  Enclosed please find an original and copy a Withdrawal of Proof of Claim submitted on behalf of Independent Bank in the above-referenced matter. Kindly return a date-stamped copy to the undersigned in the envelope enclosed.

  Thank you for your assistance in this regard. If you have any questions, please feel free to call me.

Very truly yours,

John R. Grant

JRG/slg
Enclosures
cc w/enc.: Trevor Tooker

#183702 v1



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.

    Debtor.

_____/

Case No. 05-44481
Chapter 11

### WITHDRAWAL OF PROOF OF CLAIM

Independent Bank, by and through its counsel, hereby withdraws its Proof of Claim filed in the above-referenced matter, Claim No. 12254.

Dated: August 16, 2007

By: _____
John R. Grant (P31233)
McShane and Bowie, P.L.C.
Counsel for Independent Bank
1100 Campau Square Plaza
99 Monroe Avenue, N.W.
P.O. Box 360
Grand Rapids, MI 49501-0360
(616) 732-5000

#183699 v1

