ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Cadence Innovation LLC,*
*PD George Co, Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
    **DELPHI CORPORATION,** *et. al.*,        :    Case No. 05-44481 (RDD)
                                                               :
        **Debtors.**         :    Jointly Administered
---------------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR
### NOTICE, AND RESERVATION OF RIGHTS

      Pursuant to Bankruptcy Rules 2002, and 9010, the undersigned hereby submit this Notice of Appearance, Request for Notice, and Reservation of Rights ("Notice of Appearance") and note their appearance on behalf of Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc. and request a copy of all notices given and all papers (including pleadings, motions, applications, complaints, orders and reports) served or otherwise filed in the above-captioned bankruptcy case, be served upon the undersigned at the mailing address, e-mail address, and facsimile number set forth below.

LEGAL02/30496587v1

Dennis J. Connolly
David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone: (404) 881-7269
Email: dennis.connolly@alston.com
Email: david.wender@alston.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto, (iii) any right to have the reference withdrawn by a district court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 22, 2007

ALSTON & BIRD LLP

By:    /s/ Dennis J. Connolly
       DENNIS J. CONNOLLY (DC 9932)

1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Cadence Innovation LLC, PD George Co, Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc.*