UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
    DELPHI CORPORATION, *et. al.*,                      :   Case No. 05-44481 (RDD)
                                                            :
               Debtors.                            :   Jointly Administered
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, David A. Wender, Esq., a member in good standing of the State Bar of Georgia, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, as counsel to Cadence Innovation LLC, PD George Co., Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc., creditors in the above-captioned cases.

    My business address is Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309. My business telephone number is (404) 881-7000, and my email address is david.wender@alston.com.

    I agree to pay the fee of twenty-five dollars ($25.00) upon entry of an order admitting me to practice ***pro hac vice***.

Dated: Atlanta, Georgia
       August 22, 2007                          /s/ David A. Wender
                                                                       David A. Wender

**ORDERED,**

    That David A. Wender, Esq., is admitted to practice ***pro hac vice*** in the above-referenced cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: August ____, 2007

                                                                   ROBERT D. DRAIN
                                                                   UNITED STATES BANKRUPTCY JUDGE