# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,   Case No. 05-44481
   (Jointly Administered)
   Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

| | |
|---|---|
| **Contrarian Funds, LLC** | **P & J Industries Inc.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | |
| **Contrarian Funds, LLC** | |
| **411 West Putnam Ave., Ste. 225** | Court Record Address of Transferor |
| **Greenwich, CT 06830** | (Court Use Only) |
| **Attn: Alisa Mumola** | |
| **Phone 203-862-8211** | |
| | Last Four Digits of Acct#: N/A |
| Last Four Digits of Acct#: N/A | |
| | Name and Current Address of Transferor |
| Name and Address where transferee payments should be sent (if different from above) | |
| | **P & J Industries Inc.** |
| | **4934 Lewis Ave.** |
| | **Toledo, OH 43612** |
| **Scheduled Amount $184,941.61 against Case No. 05-44640** | **Attn: James Power Jr.** |
| | Last Four Digits of Acct#: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____   Date: _____August 23, 2007_____
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____   _____
   **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**P & J INDUSTRIES, INC.**, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated August 10, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _10_ day of _August_ 2007.

(Assignor)
P & J INDUSTRIES, INC.

By: _[signature]_
Name: JAMES E POWERS JR
Title: PRESIDENT

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name:
Title: JANICE M. STANTON
MEMBER

(Assignor)
WITNESS:

By: _James Powers Sr_
Name: _James E Powers Sr_
Title: _CEO_

KL2:2394444.1

## Schedule A
### P & J Industries, Inc.

| Debtor | Case Number | Scheduled Amount |
|---|---|---|
| Delphi Automotive Systems LLC | 05-46640 | 184,941.61 |

Initials:

Seller *[signature]*

Buyer *[signature]*