**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re:                                                  Chapter 11

                                                        Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                             Jointly Administered

                        Debtors

------------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *David A. Wender* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *David A. Wender* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 23, 2007
         New York, New York

                              /s/Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE