**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                          Chapter 11

                                                Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                      Jointly Administered

                    Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Mark Alan Greenberger for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Mark Alan Greenberger is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: August 23, 2007
       New York, New York

                                    /s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE