# United States Bankruptcy Court
## For the Southern District of New York

In re: DELPHI CORPORATION, et al.                Case No. 05-44481 (RDD) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED AGAINST DEBTOR DELPHI COROPORATION IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TPG Credit Strategies Fund, L.P. | JPMorgan Chase Bank, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o TPG Credit Management, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attn: Vicki Dominguez

Phone: (612) 851-3035
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above): N/A

Phone: _____
Last Four Digits of Acct. #: _____

Court Claim # (if known): 12678 against Delphi Corporation

Amount of Claim: $2,119,455.24

Date Claim Filed:

Phone:
Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                    Date: _____8-23-07_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

334-076/COURT/1328991.1

# United States Bankruptcy Court
# For the Southern District of New York

In re: DELPHI CORPORATION, et al.        Case No. 05-44481 (RDD) (Jointly Administered)

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 12678 was filed or deemed filed under 11 U.S.C. § 111 (a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on __8/24/07__.

| JPMorgan Chase Bank, N.A. | TPG Credit Strategies Fund, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 2700 Park Avenue, 17th Floor<br>New York, NY 10017 | c/o TPG Credit Management, L.P.<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Attn.: Neelima Veluvolu<br>Tel.: (212) 270-2150<br>Facsimile: (212) 270-0575<br>Email: Neelima.Veluvolu@jpmorgan.com | Attn: Vicki Dominguez<br>Tel.: (612) 851-3035<br>Facsimile: (612) 851-3001<br>Email: shartman@tpgcredit.com |

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                    CLERK OF THE COURT

334-076/COURT/1328991.1

## EVIDENCE OF ARTIAL TRANSFER OF CLAIM –
## PROOF OF CLAIM NUMBER 12678

TO:    THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **JPMorgan Chase Bank, N.A.** with offices located at 270 Park Avenue, 17th Floor, New York, NY 10017 ("Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to **TPG Credit Strategies Fund, L.P.**, with offices at 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 ("Buyer") all of its right, title, interest, claim and causes of action in and to, or arising under or in connection with, Seller's pre-petition claims (identified as Claim No. 12678) against Delphi Corporation ("Delphi") and Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession (together, the "Debtors") in the jointly administered Chapter 11 reorganization case entitled, In re Delphi Corporation, et al., Chapter 11 Case No. 05-44481 (RDD), Jointly Administered (the "Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the aggregate amount of $2,119,455.24 against Delphi and in the aggregate amount of $4,950,544.76 against DAS LLC, which claims were agreed to pursuant to that certain Settlement Agreement dated as of May 11, 2007 among Electronic Data Systems Corporation, EDS Information Services L.L.C., and the Debtors (collectively the "Assigned Claims") and approved by the Bankruptcy Court by that certain Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 Authorizing And Approving Delphi Automotive Systems LLC's And Delphi Corporation's Entry Into Settlement Agreement With Electronic Data Systems Corporation, EDS Information Services L.L.C., And EDS de Mexico, S.A. de C.V. (the "Order") dated May 31, 2007.

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waive to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing Buyer as the sole owner and holder of such claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claims, and all payments or distributions of money or property in respect of the Assigned Claims, are to be delivered or made to the Buyer.

KL2 2508008.3

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st day of August, 2007.

SELLER:

JPMORGAN CHASE BANK, N.A.

By: *[signature]*
Name:  Stephanie Skowronski
Title:   Authorized Signatory

BUYER:

TPG Credit Strategies Fund, L.P.
By: TPG Credit Strategies Fund G.P., L.P.
Its General Partner

By: _____
Name:
Title:

KL2 2508008.3

- 17 -

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of August, 2007.

SELLER:

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:

BUYER:

TPG Credit Strategies Fund, L.P.
By: TPG Credit Strategies Fund G.P., L.P.
Its General Partner

By: _____
Name: Julie K. Braun
Title: Vice President

KL2 2508008.3

- 17 -