ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :

**In re:**                                        :        **Chapter 11**

     **DELPHI CORPORATION,** *et. al.*,      :        **Case No. 05-44481 (RDD)**

                     **Debtors.**      :        **Jointly Administered**
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                              )     ss:
COUNTY OF FULTON   )

       DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

       1.     I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

       2.     On the 24th day of August 2007, I caused true and correct copies of the **Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure Concerning Multiple Representation of Parties in Interest** and **Notice of Appearance, Request for Notice and Reservation of Rights** to be delivered via email on the parties listed on the Service List attached hereto as Exhibit "A" and by depositing

said copies in the United States Mail, with adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "B."

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 24th day of August 2007.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires:

July 14, 2008

- 2 -

LEGAL02/30500262v1

# EXHIBIT "A"

## SERVICE LIST VIA EMAIL

david.boyle@airgas.com
tajamie@ajamie.com
aswiech@akebono-usa.com
pgurfein@akingump.com
mgreger@allenmatkins.com
craig.freeman@alston.com
bkessinger@akebono-usa.com
steven.keyes@aam.com
gogimalik@andrewskurth.com
mblacker@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
aleinoff@amph.com
mhamilton@ampn.com
cohen.mitchell@arentfox.com
hirsh.robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
kim.robinson@bfkpn.com
william.barrett@bfkpn.com
alan.mills@btlaw.com
john.gregg@btlaw.com
mark.owens@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
wendy.brewer@btlaw.com
ffm@bostonbusinesslaw.com
tom@beemanlawoffice.com
hannah@blbglaw.com
sean@blbglaw.com
wallace@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com
pcostello@bbslaw.com
tgaa@bbslaw.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
chill@bsk.com
csullivan@bsk.com
sdonato@bsk.com
jhinshaw@boselaw.com
amcmullen@bccb.com
rjones@bccb.com
massimiliano_cini@brembo.it
dludman@brownconnery.com
schristianson@buchalter.com

mmoody@okmlaw.com
aenglund@orrick.com
fholden@orrick.com
jguy@orrick.com
mcheney@orrick.com
rwyron@orrick.com
cweidler@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
sshimshak@paulweiss.com
housnerp@michigan.gov
aaronsona@pepperlaw.com
lawallf@pepperlaw.com
jaffeh@pepperlaw.com
caseyl@pepperlaw.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com
jkp@qad.com
andrew.herenstein@quadranglegroup.com
patrick.bartels@quadranglegroup.com
jharris@quarles.com
knye@quarles.com
sgoldber@quarles.com
elazarou@reedsmith.com
rnorton@reedsmith.com
jlapinsky@republicengineered.com
jshickich@riddellwilliams.com
jcrotty@rieckcrotty.com
mscott@riemerlaw.com
holly@regencap.com
amathews@robinsonlaw.com
cnorgaard@ropers.com
gregory.kaden@ropesgray.com
marc.hirschfield@ropesgray.com
tslome@rsmllp.com
rtrack@msn.com
cschulman@sachnoff.com
agelman@sachnoff.com
cbelmonte@ssbb.com

LEGAL02/30500262v1

- 2 -

| | |
|---|---|
| mhall@burr.com | pbosswick@ssbb.com |
| sabelman@cagewilliams.com | dweiner@schaferandweiner.com |
| jonathan.greenberg@engelhard.com | hborin@schaferandweiner.com |
| rusadi@cahill.com | mnewman@schaferandweiner.com |
| driggio@candklaw.com | rheilman@schaferandweiner.com |
| rweisberg@carsonfischer.com | wkohn@schiffhardin.com |
| cahn@clm.com | egeekie@schiffhardin.com |
| japplebaum@clarkhill.com | myarnoff@sbclasslaw.com |
| sdeeby@clarkhill.com | shandler@sbclasslaw.com |
| rgordon@clarkhill.com | james.bentley@srz.com |
| maofiling@cgsh.com | michael.cook@srz.com |
| tmaxson@cohenlaw.com | carol.weiner.levy@srz.com |
| bsimon@cwsny.com | pbaisier@seyfarth.com |
| jvitale@cwsny.com | rdremluk@seyfarth.com |
| bceccotti@cwsny.com | whanlon@seyfarth.com |
| srosen@cb-shea.com | bharwood@sheehan.com |
| amalone@colwinlaw.com | lawtoll@comcast.net |
| elliott@cmplaw.com | ewaters@sheppardmullin.com |
| jwisler@cblh.com | msternstein@sheppardmullin.com |
| solax@contrariancapital.com | tcohen@sheppardmullin.com |
| mlee@contrariancapital.com | twardle@sheppardmullin.com |
| jstanton@contrariancapital.com | rthibeaux@shergarner.com |
| wraine@contrariancapital.com | rthibeaux@shergarner.com |
| pretekin@coollaw.com | bankruptcy@goodwin.com |
| wachstein@coollaw.com | asherman@sillscummis.com |
| derrien@coollaw.com | jzackin@sillscummis.com |
| nhp4@cornell.edu | vhamilton@sillscummis.com |
| sjohnston@cov.com | skimmelman@sillscummis.com |
| swalsh@chglaw.com | cfortgang@silverpointcapital.com |
| dpm@curtinheefner.com | bellis-monro@sgrlaw.com |
| rsz@curtinheefner.com | kmiller@skfdelaware.com |
| athau@cm-p.com | fyates@sonnenschein.com |
| dkarp@cm-p.com | rrichards@sonnenschein.com |
| sreisman@cm-p.com | lloyd.sarakin@am.sony.com |
| krk4@daimlerchrysler.com | emarcks@ssd.com |
| wsavino@damonmorey.com | pabutler@ssd.com |
| carol_sowa@denso-diam.com | sarah.morrison@doj.ca.gov |
| gdiconza@dlawpc.com | hwangr@michigan.gov |
| john.persiani@dinslaw.com | jmbaumann@steeltechnologies.com |
| richard.kremen@dlapiper.com | rkidd@srcm-law.com |
| andrew.kassner@dbr.com | shapiro@steinbergshapiro.com |
| janice.grubin@dbr.com | jposta@sternslaw.com |
| david.aaronson@dbr.com | jspecf@sternslaw.com |
| jhlemkin@duanemorris.com | cs@stevenslee.com |
| dmdelphi@duanemorris.com | cp@stevenslee.com |
| wmsimkulak@duanemorris.com | mshaiken@stinsonmoheck.com |
| mbusenkell@eckertseamans.com | robert.goodrich@stites.com |
| ayala.hassell@eds.com | madison.cashman@stites.com |
| akatz@entergy.com | wbeard@stites.com |
| dfreedman@ermanteicher.com | jminias@stroock.com |
| gettelman@e-hlaw.com | khansen@stroock.com |
| ggreen@fagelhaber.com | rnsteinwurtzel@swidlaw.com |
| lnewman@fagelhaber.com | ferrell@taftlaw.com |
| charles@filardi-law.com | miller@taftlaw.com |
| tdonovan@foley.com | marvin.clements@state.tn.us |
| mrichman@foley.com | ddraper@terra-law.com |

ddragich@finkgold.com
jmurch@foley.com
jsimon@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
crieders@gjb-law.com
dcrapo@gibbonslaw.com
mmeyers@gsmdlaw.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
gjarvis@gelaw.com
jeisenhofer@gelaw.com
snirmul@gelaw.com
mrr@previant.com
tch@previant.com
mdebbeler@graydon.com
jpb@greensfelder.com
ckm@greensfelder.com
herb.reiner@guarantygroup.com
jdyas@halperinlaw.net
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
hleinwand@aol.com
timothy.mehok@hellerehrman.com
carren.shulman@hellerehrman.com
prubin@herrick.com
anne.kennelly@hp.com
glen.dumont@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
echarlton@hiscockbarclay.com
jkreher@hodgsonruss.com
sgross@hodgsonruss.com
amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
elizabeth.flaagan@hro.com
dbaty@honigman.com
tsable@honigman.com
fgorman@honigman.com
rweiss@honigman.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
ben.caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
pbarr@jaffelaw.com
rpeterson@jenner.com
gerdekomarek@bellsouth.net

jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com
dlowenthal@thelenreid.com
rhett.campbell@tklaw.com
ira.herman@tklaw.com
john.brannon@tklaw.com
ephillips@thurman-phillips.com
jlevi@toddlevi.com
bmcdonough@teamtogut.com
jwilson@tylercooper.com
hzamboni@underbergkessler.com
mkilgore@up.com
djury@steelworkers-usw.org
msmcelwee@varnumlaw.com
rjsidman@vssp.com
tscobb@vssp.com
eakleinhaus@wlrk.com
rgmason@wlrk.com
david.lemke@wallerlaw.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
mwarner@warnerstevens.com
lekvall@wgllp.com
aordubegian@weineisen.com
guzzi@whitecase.com
gkurtz@ny.whitecase.com
gpeters@weltman.com
dbaumstein@ny.whitecase.com
featon@miami.whitecase.com
tlauria@whitecase.com
barnold@whdlaw.com
bspears@winstead.com
mfarquhar@winstead.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
oiglesias@wlross.com
lpinto@wcsr.com
pjanovsky@zeklaw.com
skrause@zeklaw.com
jgtougas@mayerbrownrowe.com
rdaversa@mayerbrown.com
jsalmas@mccarthy.ca
mkhambati@mwe.com
pclark@mwe.com
dadler@mccarter.com
eglas@mccarter.com
lsalzman@mccarthy.ca
jmsullivan@mwe.com
dcleary@mwe.com
jdejonker@mwe.com
sselbst@mwe.com
amccollough@mcguirewoods.com

- 3 -

LEGAL02/30500262v1

sjfriedman@jonesday.com
john.sieger@kattenlaw.com
kcookson@keglerbrown.com
claufenberg@kellerrohrback.com
lsarko@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
mbane@kelleydrye.com
msomerstein@kelleydrye.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
sdabney@kslaw.com
bdimos@kslaw.com
jstempel@kirkland.com
efox@klng.com
dbrown@klettrooney.com
schnabel@klettrooney.com
sosimmerman@kwgd.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
smcook@lambertleser.com
erika.ruiz@lw.com
henry.baer@lw.com
robert.rosenberg@lw.com
john.weiss@lw.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
gschwed@loeb.com
whawkins@loeb.com
tmcfadden@lordbissell.com
tbrink@lordbissell.com
kwalsh@lordbissell.com
rcovino@lordbissell.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
metkin@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
egc@lydenlaw.com
rparks@mijb.com
jlanden@madisoncap.com
jml@ml-legal.com
vmastromar@aol.com
donald.bernstein@dpw.com
brian.resnick@dpw.com
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com

sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
egunn@mcguirewoods.com
hkolko@msek.com
lpeterson@msek.com
emeyers@mrrlaw.net
rrosenbaum@mrrlaw.net
miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
khopkins@milesstockbridge.com
trenda@milesstockbridge.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
greenj@millercanfield.com
fusco@millercanfield.com
pjricotta@mintz.com
skhoos@mintz.com
jeff.ott@molex.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
resterkin@morganlewis.com
lberkoff@moritthock.com
mdallago@morrisoncohen.com
jmoldovan@morrisoncohen.com
drukavina@munsch.com
rurbanik@munsch.com
jwielebinski@munsch.com
sandy@nlsg.com
knathan@nathanneuman.com
lisa.moore2@nationalcity.com
george.cauthen@nelsonmullins.com
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
mmharner@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
michaelz@orbotech.com
gsantella@masudafunai.com
lmc@ml-legal.com
ggotto@kellerrohrback.com
adalberto@canadas.com
jtaylor@binghammchale.com
malerding@binghammchale.com
wmosby@binghammchale.com
jeannine.damico@cwt.com
jrobertson@calfee.com
ddeutsch@chadbourne.com
rmeth@daypitney.com
rbeacher@daypitney.com
cchiu@daypitney.com
iguerrier@dreierllp.com

- 4 -

mike.nefkens@eds.com
cschiff@flextronics.com
paul.anderson@flextronics.com
trey.chambers@freescale.com
rodbuje@ffhsi.com
sliviri@ffhsj.com
randall.eisenberg@fticonsulting.com
valerie.venable@ge.com
lhassel@groom.com
mariaivalerio@irs.gov
bderrough@jefferies.com
richard.duker@jpmorgan.com
gianni.russello@jpmorgan.com
gnovod@kramerlevin.com
tmayer@kramerlevin.com
sbetance@kccllc.com
daniel.fisher@lawdeb.com
patrick.healy@lawdeb.com
 conh@mctiguelaw.com
bmctigue@mctiguelaw.com
lszlezinger@mesirowfinancial.com
gbray@milbank.com
tkreller@milbank.com
jtill@milbank.com
newyork@sec.gov
william.dombos@oag.state.ny.us
rsiegel@omm.com
tjerman@omm.com
garrick.sandra@pbgc.gov
efile@pbgc.gov
landy.ralph@pbgc.gov
sriemer@phillipsnizer.com
david.resnick@us.rothschild.com
dbartner@shearman.com
jfrizzley@shearman.com
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com
jbutler@skadden.com
jlyonsch@skadden.com

diconzam@gtlaw.co
heyens@gtlaw.com
jdyas@halperinlaw.net
rjclark@hancocklaw.com
judith.elkin@haynesboone.com
lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
sdrucker@honigman.com
lgretchko@howardandhoward.com
lmcbryan@hwmklaw.com
heather@inplaytechnologies.com
amiller@internet.com
jrs@parmenterlaw.com
rsmolev@kayescholer.com
jeffery.gillispie@infineon.com
jay.selanders@kutakrock.com
mkohayer@aol.com
axs@maddinhauser.com
jdonahue@miheritage.com
tracy.richardson@dol.lps.state.nj.us
mseidl@pszyjw.com
wweintraub@pszyjw.com
kmayhew@pepehazard.com
enrique.bujidos@es.pwc.com
rmeisler@skadden.com
kmarafio@skadden.com
tmatz@skadden.com
ddoyle@spencerfane.com
nfranke@spencerfane.com
harvey.miller@weil.com
jeff.tanenbaum@weil.com
martin.bienenstock@weil.com
michael.kessler@weil.com
scimalore@wilmingtontrust.com

- 5 -

LEGAL02/30500262v1

# EXHIBIT "B"

## SERVICE LIST VIA UNITED STATES MAIL

| | |
|---|---|
| Timothy C. Hall<br>1555 N. RiverCenter Dr.<br>Suite 202<br>Milwaukee, WI 53212 | Beth Klimczak, Esq.<br>Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202 |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 Flagler Street<br>Suite 1403<br>Miami, FL  33130 | John V. Gorman<br>Professional Technologies Services<br>P. O. Box 304<br>Frankenmuth, MI  48734 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Avenue<br>Mail Stop 15<br>Detroit, MI  48226-3583 | Tyco Electronics Corporation<br>Attn: MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  007960 |
| Gregory J. Jordan, Esq.<br>Dykema Gossett PLLC<br>10 Wacker, Suite 2300<br>Chicago, IL  60606 | Stephen Toy<br>WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY  10022 |
| Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | IUE-CWA<br>Conference Board Chairman<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 |