In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-1    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit A  
Pg 1 of 2

Twentieth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 15299<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AI SHREVEPORT LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $389,277.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $389,277.00 | Claim Number: 14645<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>ANDROID INDUSTRIES LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $3,184,562.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,184,562.00 |
| Claim Number: 16618<br>Date Filed: 07/02/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN<br>ONE E MAIN ST RM 100<br>FORT WAYNE, IN 46802<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $122.24<br>Administrative:<br>Unsecured:<br>Total: $122.24 | Claim Number: 16493<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE, IN 46802<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $18,144.44<br>Administrative:<br>Unsecured:<br>Total: $18,144.44 |
| Claim Number: 16619<br>Date Filed: 07/02/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN<br>PO BOX 2540<br>FORT WAYNE, IN 46801<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $17,847.03<br>Administrative:<br>Unsecured:<br>Total: $17,847.03 | Claim Number: 16493<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE, IN 46802<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $18,144.44<br>Administrative:<br>Unsecured:<br>Total: $18,144.44 |
| Claim Number: 127<br>Date Filed: 10/24/2005<br>Creditor's Name and Address:<br>DUN & BRADSTREET<br>ATTN WENDY FINNEGAN<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $91,461.50<br>Total: $91,461.50 | Claim Number: 15664<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $103,442.63<br>Total: $103,442.63 |
| Claim Number: 16625<br>Date Filed: 07/13/2007<br>Creditor's Name and Address:<br>MARION COUNTY TAX COLLECTOR OFFICE<br>PO BOX 970<br>OCALA, FL 34478-0970<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $331.57<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $331.57 | Claim Number: 4733<br>Date Filed: 05/04/2006<br>Creditor's Name and Address:<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $432.23<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $432.23 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-1    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit A
Pg 2 of 2

Twentieth Omnibus Claims Objection

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 9684<br>Date Filed: 07/17/2006<br>Creditor's Name and Address:<br>PRECISION RESOURCE KENTUCKY DIVISION<br>PO BOX 30375<br>HARTFORD, CT 06150 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $143,262.13<br>Total: $143,262.13 | Claim Number: 16609<br>Date Filed: 06/04/2007<br>Creditor's Name and Address:<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 06484 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $193,633.16<br>Total: $193,633.16 |
| Claim Number: 9363<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:<br>STATE OF WISCONSIN DEPARTMENT OF REVENUE<br>PO BOX 8901<br>MADISON, WI 53708-8901 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $493,781.97<br>Administrative:<br>Unsecured: $733,539.81<br>Total: $1,227,321.78 | Claim Number: 16620<br>Date Filed: 07/02/2007<br>Creditor's Name and Address:<br>STATE OF WISCONSIN DEPARTMENT OF REVENUE<br>PO BOX 8901<br>MADISON, WI 53708-8901 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,528.25<br>Total: $4,528.25 |

Total Claims to be Expunged: 7
Total Asserted Amount to be Expunged: $1,869,623.25

*UNL stands for unliquidated