05-44481-rdd    Doc 9151-2    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit B-1
Pg 1 of 1

In re Delphi Corporation, et al.                                                        Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDUSTRIAL DISTRIBUTION GROUP<br>3100 FARMTRAIL RD<br>YORK, PA 17402 | 1501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$11,418.78<br><br><br>$11,418.78 | 01/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| OLDE TOWN EXPRESS C O MICKY ONKS<br>PO BOX 833<br>JONESBOROUGH, TN 37659 | 3703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,026.75<br>$1,026.75 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| SIEMENS AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | 2571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,556.80<br>$30,556.80 | 04/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | 208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$750.00<br>$750.00 | 10/31/2005 | DELPHI CORPORATION<br>(05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | 214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,780.65<br>$2,780.65 | 10/31/2005 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **5** | | **$46,532.98** | | |

*UNL stands for unliquidated