**EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACCESS ELECTRONICS INC<br>4190 GROVE AVE<br>GURNEE, IL 60031 | 10399 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$67,970.98<br>$67,970.98 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE DORAN HAULING AND RIGGING CO<br>PO BOX 632496<br>CINCINNATI, OH 45263-2496 | 2946 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$592.89<br>$592.89 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| ANDROID INDUSTRIES LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | 14645 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,184,562.00<br><br><br><br>$3,184,562.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBELLO INVESTORS LLC<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| DELPHI CORP DERIVATIVELY BY SHAWN DANGERFIELD<br>AMBER L ECK<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>655 W BROADWAY STE 1900<br>SAN DIEGO, CA 92101 | 14763 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$100,000,000.00<br><br><br>$100,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ESSEX GROUP INC<br>1601 WALL ST<br>FORT WAYNE, IN 46801-1601 | 11530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $795,196.61<br>UNL<br><br>UNL<br>$795,196.61 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FCI AUSTRIA GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | 14042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$711.42<br>$711.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FEDERAL MOGUL CORPORATION<br>26555 NORTHWESTERN HWY<br>SOUTHFIELD, MI 48034 | 1111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,952,349.57<br><br><br><br>$1,952,349.57 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| FRANKENMUTH MUTAL INSURANCE GROUP<br>PO BOX 1988<br>MONTGOMERY, AL 36102 | 1089 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$167,224.87<br>$167,224.87 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$651,626.18<br>$651,626.18 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GREAT LAKES MECHANICAL INC<br>GREAT LAKES SERVICE GROUP<br>3821 MAPLE ST<br>DEARBORN, MI 48126 | 7350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,588.00<br>$4,588.00 | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| GUIDE CORPORATION<br>600 CORPORATION DRIVE<br>PENDLETON, IN 46064 | 14070 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| IOTA INVESTORS LLC<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MARILYN R RICH<br>4193 NW 60TH CIRCLE<br>BOCA RATON, FL 33486 | 11131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MORRIS CANTOR LUKASIK DOLCE & PANEPINTO PC<br>ATTORNEYS FOR PLAINTIFF<br>1000 LIBERTY BLDG<br>BUFFALO, NY 14202 | 10489 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$66,666.66<br>$66,666.66 | 07/24/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NEAL C FOLCK<br>JAMES R GREENE III & ASSOCIATES<br>LIBERTY TOWER STE 900<br>120 WEST SECOND ST<br>DAYTON, OH 45402 | 14805 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured:<br>Total: $10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF HEALTH<br>NYS OFFICE OF THE ATTORNEY GENERAL<br>120 BROADWAY<br>NEW YORK, NY 10271 | 1879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $619.08<br>Total: $619.08 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| NIAGARA MOHAWK<br>PO BOX 5026<br>BUFFALO, NY 14205 | 567 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $77,223.30<br>Total: $77,223.30 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| PIEDMONT NATURAL GAS COMPANY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | 2108 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $81.59<br>Total: $81.59 | 02/23/2006 | DELPHI CORPORATION (05-44481) |
| PLAINTIFF CLASS IN BERNSTEIN V DELPHI TRUST I ET AL IN RE DELPHI SECURITIES DERIVATIVE & ERISA LITIG<br>C O KANTROWITZ GOLDHAMER & GRAIFMAN PC<br>747 CHESTNUT RIDGE RD<br>CHESTNUT RIDGE, NY 10977 | 14298 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $250,000,000.00<br>Total: $250,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 6668 | Secured:<br>Priority: $2,000,000.00<br>Administrative:<br>Unsecured:<br>Total: $2,000,000.00 | 05/23/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| ROSS MARION AND WILLIAM<br>FRANK D ALLEN ESQ<br>ONE CENTENNIAL SQUARE<br>PO BOX 3000<br>HADDONFIELD, NJ 08033-0968 | 7594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $250,000.00<br>Total: $250,000.00 | 06/07/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 2174 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$234,500.00<br>$234,500.00 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VERIZON NORTH INC<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | 2340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,083.55<br>$5,083.55 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11889 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD CATALYST INVESTORS LLC<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD SPECTRUM TRADING LTD<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **27** | **$359,468,996.70** | | | |

*UNL stands for unliquidated