05-44481-rdd    Doc 9151-5    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit C-2
Pg 1 of 1

In re Delphi Corporation, et al.                                    Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSE C ALFARO AND MARTHA ALFARO<br>1301 OAK ST<br>HAYS, KS 67601 | 16471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 01/04/2007 | DELPHI CORPORATION (05-44481) |
| TOWER AUTOMOTIVE INC<br>200 E RANDOLPH DR<br>CHICAGO, IL 60601 | 16573 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 03/14/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$500,000.00** | | |

*UNL stands for unliquidated