05-44481-rdd    Doc 9151-6    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit C-3
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT C-3 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY CADILLAC PL 3030 W GRAND BLVD STE 10 200 DETROIT, MI 48202 | 9272 | Secured: Priority: Administrative: Unsecured: Total: | $5,731,238.42  $5,731,238.42 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| WISCONSIN DEPARTMENT OF REVENUE 2135 RIMROCK RD MADISON, WI 53713 | 8233 | Secured: Priority: Administrative: Unsecured: Total: | $8,556,645.87  $8,556,645.87 | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$14,287,884.29** | | |

*UNL stands for unliquidated