05-44481-rdd    Doc 9151-7    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit C-4
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT C-4 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16546 | Secured: Priority: Administrative: Unsecured: Total: | $1,158,884.07  $1,158,884.07 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF WISCONSIN DEPARTMENT OF REVENUE PO BOX 8901 MADISON, WI 53708-8901 | 16620 | Secured: Priority: Administrative: Unsecured: Total: | $4,528.25 $4,528.25 | 07/02/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$1,163,412.32** | | |

*UNL stands for unliquidated