In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT D - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEED STEEL COMPANY<br>228 SAWYER AVE<br>TONAWANDA, NY 14150 | 16566 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,453.62<br>$1,453.62 | 03/06/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$1,453.62** | | |

*UNL stands for unliquidated

Page 1 of 1