## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 10118**<br>Date Filed: 07/21/2006<br>Docketed Total: $ 194,813.34<br>Filing Creditor Name and Address:<br>AAVID THERMALLOY LLC<br>1 EAGLE SQ STE 509<br>CONCORD, NH 03301 | Claim Holder Name and Address<br><br>AAVID THERMALLOY LLC<br>1 EAGLE SQ STE 509<br>CONCORD, NH 03301 | Docketed Total: | | **$194,813.34** | | Modified Total: | | **$193,811.34** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$194,813.34 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$193,811.34 |
| | | | | **$194,813.34** | | | | **$193,811.34** |
| **Claim: 16469**<br>Date Filed: 12/28/2006<br>Docketed Total: $ 48,533.56<br>Filing Creditor Name and Address:<br>ACE RENT A CAR INC<br>5773 W WASHINGTON ST<br>INDIANAPOLIS, IN 46241 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | **$48,533.56** | | Modified Total: | | **$39,769.63** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,533.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$39,769.63 |
| | | | | **$48,533.56** | | | | **$39,769.63** |
| **Claim: 7702**<br>Date Filed: 06/09/2006<br>Docketed Total: $ 41,500.23<br>Filing Creditor Name and Address:<br>ADT SECURITY SERVICES<br>14200 E EXPOSITION AVE<br>AURORA, CO 80012 | Claim Holder Name and Address<br><br>ADT SECURITY SERVICES<br>14200 E EXPOSITION AVE<br>AURORA, CO 80012 | Docketed Total: | | **$41,500.23** | | Modified Total: | | **$20,269.57** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$41,500.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,269.57 |
| | | | | **$41,500.23** | | | | **$20,269.57** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14277<br>Date Filed: 07/31/2006<br>Docketed Total: $ 88,154.71<br>Filing Creditor Name and Address:<br>AIRGAS SOUTHWEST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087 | Claim Holder Name and Address<br><br>AIRGAS SOUTHWEST INC    Docketed Total:    **$88,154.71**<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087 | Modified Total:    **$82,016.97** |

<table>
<tr><td colspan="2">Case Number*</td><td>Secured</td><td>Priority</td><td>Unsecured</td><td>Case Number*</td><td>Secured</td><td>Priority</td><td>Unsecured</td></tr>
<tr><td colspan="2">05-44481</td><td></td><td></td><td>$88,154.71</td><td>05-44640</td><td></td><td></td><td>$82,016.97</td></tr>
<tr><td colspan="2"></td><td></td><td></td><td>**$88,154.71**</td><td></td><td></td><td></td><td>**$82,016.97**</td></tr>
</table>

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2593<br>Date Filed: 04/10/2006<br>Docketed Total: $ 92,815.91<br>Filing Creditor Name and Address:<br>AMERICAN MESSAGING<br>32255 NORTHWESTERN HWY<br>STE 143<br>FARMINGTON HILLS, MI 48334 | Claim Holder Name and Address<br><br>AMERICAN MESSAGING    Docketed Total:    **$92,815.91**<br>32255 NORTHWESTERN HWY<br>STE 143<br>FARMINGTON HILLS, MI 48334 | Modified Total:    **$84,526.00** |

<table>
<tr><td>Case Number*</td><td>Secured</td><td>Priority</td><td>Unsecured</td><td>Case Number*</td><td>Secured</td><td>Priority</td><td>Unsecured</td></tr>
<tr><td>05-44481</td><td></td><td></td><td>$92,815.91</td><td>05-44640</td><td></td><td></td><td>$84,526.00</td></tr>
<tr><td></td><td></td><td></td><td>**$92,815.91**</td><td></td><td></td><td></td><td>**$84,526.00**</td></tr>
</table>

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10716<br>Date Filed: 07/25/2006<br>Docketed Total: $ 693,692.38<br>Filing Creditor Name and Address:<br>AMPHENOL CORP AMPHENOL RF<br>4 OLD  NEWTON RD<br>DANBURY, CT 06810 | Claim Holder Name and Address<br><br>AMPHENOL CORP AMPHENOL RF    Docketed Total:    **$693,692.38**<br>4 OLD  NEWTON RD<br>DANBURY, CT 06810 | Modified Total:    **$687,494.02** |

<table>
<tr><td>Case Number*</td><td>Secured</td><td>Priority</td><td>Unsecured</td><td>Case Number*</td><td>Secured</td><td>Priority</td><td>Unsecured</td></tr>
<tr><td>05-44624</td><td></td><td></td><td>$693,692.38</td><td>05-44624</td><td></td><td></td><td>$687,494.02</td></tr>
<tr><td></td><td></td><td></td><td>**$693,692.38**</td><td></td><td></td><td></td><td>**$687,494.02**</td></tr>
</table>

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 7837
Date Filed: 06/12/2006
Docketed Total: $ 152,445.85
Filing Creditor Name and Address:
  AMROC INVESTMENTS LLC AS
  ASSIGNEE OF DERINGER MPG CO
  INC
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

Claim Holder Name and Address

AMROC INVESTMENTS LLC          Docketed Total:    **$152,445.85**
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $152,445.85 |
| | | | **$152,445.85** |

Modified Total:    **$143,532.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $143,532.08 |
| | | | **$143,532.08** |

---

Claim: 10058
Date Filed: 07/20/2006
Docketed Total: $ 13,388.20
Filing Creditor Name and Address:
  AMROC INVESTMENTS LLC AS
  ASSIGNEE OF MOONEY
  GENERAL PAPER CO
  ATTN DAVID S LEINARD
  535 MADISON AVE 15TH FLOOR
  NEW YORK, NY 10022

Claim Holder Name and Address

AMROC INVESTMENTS LLC          Docketed Total:    **$13,388.20**
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,388.20 |
| | | | **$13,388.20** |

Modified Total:    **$10,022.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,022.40 |
| | | | **$10,022.40** |

---

Claim: 8967
Date Filed: 07/05/2006
Docketed Total: $ 441.26
Filing Creditor Name and Address:
  B AND T EXPRESS
  9039 W KELLY RD
  LAKE CITY, MI 49651

Claim Holder Name and Address

B AND T EXPRESS          Docketed Total:    **$441.26**
9039 W KELLY RD
LAKE CITY, MI 49651

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $441.26 |
| | | | **$441.26** |

Modified Total:    **$302.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $302.90 |
| | | | **$302.90** |

---

Claim: 11459
Date Filed: 07/27/2006
Docketed Total: $ 156,246.02
Filing Creditor Name and Address:
  BAILEY MFG CO LLC
  10987 BENNETT STATE RD
  FORESTVILLE, NY 14062

Claim Holder Name and Address

BAILEY MFG CO LLC          Docketed Total:    **$156,246.02**
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156,246.02 |
| | | | **$156,246.02** |

Modified Total:    **$156,246.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $156,246.02 |
| | | | **$156,246.02** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Twentieth Omnibus Claims Objection

Exhibit E

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1415<br>Date Filed: 12/30/2005<br>Docketed Total: $ 6,421.37<br>Filing Creditor Name and Address:<br>BALZERS INC<br>2511 TECHNOLOGY DR STE 114<br>ELGIN, IL 60123 | Claim Holder Name and Address<br><br>BALZERS INC<br>2511 TECHNOLOGY DR STE 114<br>ELGIN, IL 60123 | | Docketed Total: | **$6,421.37** | | | Modified Total: | **$4,805.65** |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured<br>$6,421.37<br><br>**$6,421.37** | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured<br>$4,805.65<br><br>**$4,805.65** |
| Claim: 9881<br>Date Filed: 07/19/2006<br>Docketed Total: $ 54,725.45<br>Filing Creditor Name and Address:<br>BROWN & SHARPE INC<br>BROWN & SHARPE MFG CP<br>200 FRENCHTOWN RD<br>NORTH KINGSTOWN, RI 02852 | Claim Holder Name and Address<br><br>BROWN & SHARPE INC<br>BROWN & SHARPE MFG CP<br>200 FRENCHTOWN RD<br>NORTH KINGSTOWN, RI 02852 | | Docketed Total: | **$54,725.45** | | | Modified Total: | **$54,725.45** |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured<br>$54,725.45<br><br>**$54,725.45** | **Case Number\*** <br>05-44640 | Secured | Priority | Unsecured<br>$54,725.45<br><br>**$54,725.45** |
| Claim: 2404<br>Date Filed: 03/27/2006<br>Docketed Total: $ 24,380.00<br>Filing Creditor Name and Address:<br>CAMBRON ENGINEERING INC<br>3800 WILDER RD<br>BAY CITY, MI 48706 | Claim Holder Name and Address<br><br>CAMBRON ENGINEERING INC<br>3800 WILDER RD<br>BAY CITY, MI 48706 | | Docketed Total: | **$24,380.00** | | | Modified Total: | **$23,358.00** |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured<br>$24,380.00<br><br>**$24,380.00** | **Case Number\*** <br>05-44640 | Secured | Priority | Unsecured<br>$23,358.00<br><br>**$23,358.00** |
| Claim: 1673<br>Date Filed: 01/26/2006<br>Docketed Total: $ 7,962.38<br>Filing Creditor Name and Address:<br>CANON BUSINESS SOLUTIONS EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071 | Claim Holder Name and Address<br><br>CANON BUSINESS SOLUTIONS EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071 | | Docketed Total: | **$7,962.38** | | | Modified Total: | **$7,962.38** |
| | **Case Number\*** <br>05-44481 | Secured | Priority | Unsecured<br>$7,962.38<br><br>**$7,962.38** | **Case Number\*** <br>05-44618 | Secured | Priority | Unsecured<br>$7,962.38<br><br>**$7,962.38** |

\*See Exhibit J for a listing of debtor entities by case number.

\*UNL stands for unliquidated

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 972**
Date Filed: 12/02/2005
Docketed Total: $ 13,629.56
Filing Creditor Name and Address:
  CENTRAL FREIGHT LINES INC
  PO BOX 2638
  WACO, TX 76702-2638

Claim Holder Name and Address
  CENTRAL FREIGHT LINES INC    Docketed Total:    **$13,629.56**
  PO BOX 2638
  WACO, TX 76702-2638

Modified Total:    **$13,629.56**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,629.56 | 05-44640 | | | $13,629.56 |
| | | | **$13,629.56** | | | | **$13,629.56** |

**Claim: 5087**
Date Filed: 05/08/2006
Docketed Total: $ 31,423.21
Filing Creditor Name and Address:
  CINGULAR WIRELESS
  PO BOX 309
  PORTLAND, OR 97207-0309

Claim Holder Name and Address
  CINGULAR WIRELESS    Docketed Total:    **$31,423.21**
  PO BOX 309
  PORTLAND, OR 97207-0309

Modified Total:    **$10,761.88**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,423.21 | 05-44640 | | | $10,761.88 |
| | | | **$31,423.21** | | | | **$10,761.88** |

**Claim: 8237**
Date Filed: 06/19/2006
Docketed Total: $ 20,906.18
Filing Creditor Name and Address:
  CITY OF COLUMBUS
  910 DUBLIN RD
  COLUMBUS, OH 43215

Claim Holder Name and Address
  CITY OF COLUMBUS    Docketed Total:    **$20,906.18**
  910 DUBLIN RD
  COLUMBUS, OH 43215

Modified Total:    **$20,906.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $20,906.18 | 05-44640 | | | $20,906.18 |
| | | | **$20,906.18** | | | | **$20,906.18** |

**Claim: 2268**
Date Filed: 03/13/2006
Docketed Total: $ 20,941.97
Filing Creditor Name and Address:
  CITY OF ROCHESTER
  DEPARTMENT OF LAW
  30 CHURCH STREET
  ROCHESTER, NY 14614

Claim Holder Name and Address
  CITY OF ROCHESTER    Docketed Total:    **$20,941.97**
  DEPARTMENT OF LAW
  30 CHURCH STREET
  ROCHESTER, NY 14614

Modified Total:    **$19,334.43**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $20,941.97 | | | 05-44640 | | | $19,334.43 |
| | **$20,941.97** | | | | | | **$19,334.43** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 6 of 34

Exhibit E
Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7374**
Date Filed: 06/02/2006
Docketed Total: $ 595,983.31
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN
ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830    Docketed Total: **$595,983.31**

Modified Total: **$530,803.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $595,983.31 | 05-44640 | | | $530,803.34 |
| | | | **$595,983.31** | | | | **$530,803.34** |

**Claim: 8243**
Date Filed: 06/20/2006
Docketed Total: $ 5,080.10
Filing Creditor Name and Address:
COYOTE INDUSTRIAL
HARDWARE INC
3012 PRODUCTION COURT
DAYTON, OH 45414

Claim Holder Name and Address
COYOTE INDUSTRIAL HARDWARE
INC
3012 PRODUCTION COURT
DAYTON, OH 45414    Docketed Total: **$5,080.10**

Modified Total: **$5,080.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,080.10 | 05-44640 | | | $5,080.10 |
| | | | **$5,080.10** | | | | **$5,080.10** |

**Claim: 13458**
Date Filed: 07/31/2006
Docketed Total: $ 74,664.00
Filing Creditor Name and Address:
DECO AUTOMOTIVE A DIVISION
OF MAGNA INTERNATIONAL
INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address
DECO AUTOMOTIVE A DIVISION OF
MAGNA INTERNATIONAL INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304    Docketed Total: **$74,664.00**

Modified Total: **$74,664.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $74,664.00 | | | 05-44640 | | | $74,664.00 |
| | **$74,664.00** | | | | | | **$74,664.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 418**
Date Filed: 11/07/2005
Docketed Total: $ 4,411.20
Filing Creditor Name and Address:
DUKE ENERGY CORPORATION
PO BOX 1244
CHARLOTTE, NC 28201-1244

Claim Holder Name and Address
DUKE ENERGY CORPORATION
PO BOX 1244
CHARLOTTE, NC 28201-1244

Docketed Total: **$4,411.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,411.20 |
| | | | **$4,411.20** |

Modified Total: **$4,411.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $4,411.20 |
| | | | **$4,411.20** |

**Claim: 15664**
Date Filed: 07/31/2006
Docketed Total: $ 103,442.63
Filing Creditor Name and Address:
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$103,442.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,442.63 |
| | | | **$103,442.63** |

Modified Total: **$51,355.42**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,355.42 |
| 05-44481 | | | $0.00 |
| | | | **$51,355.42** |

**Claim: 14400**
Date Filed: 07/31/2006
Docketed Total: $ 95,539.00
Filing Creditor Name and Address:
EL PASO ELECTRIC CO
100 N STANTON
EL PASO, TX 79901

Claim Holder Name and Address
EL PASO ELECTRIC CO
100 N STANTON
EL PASO, TX 79901

Docketed Total: **$95,539.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $95,539.00 |
| | | | **$95,539.00** |

Modified Total: **$55,463.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $55,463.35 |
| | | | **$55,463.35** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 8 of 34

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10718**
Date Filed: 07/25/2006
Docketed Total: $ 958,965.92
Filing Creditor Name and Address:
EQUISTAR CHEMICALS LP
1221 MC KINNEY STE 1500
HOUSTON, TX 77010

Claim Holder Name and Address
EQUISTAR CHEMICALS LP
1221 MC KINNEY STE 1500
HOUSTON, TX 77010

Docketed Total: **$958,965.92**

Modified Total: **$450,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $545,000.06 | | $413,965.86 | 05-44481 | $0.00 | | |
| | | | | 05-44640 | | | $450,000.00 |
| | **$545,000.06** | | **$413,965.86** | | **$0.00** | | **$450,000.00** |

**Claim: 7247**
Date Filed: 06/01/2006
Docketed Total: $ 192,937.77
Filing Creditor Name and Address:
EXXONMOBIL OIL
CORPORATION
EXXONMOBIL BUSINESS
SUPPORT CENTER
120 MCDONALD ST
ST JOHN, NB E2J 1M5
CANADA

Claim Holder Name and Address
EXXONMOBIL OIL CORPORATION
EXXONMOBIL BUSINESS SUPPORT
CENTER
120 MCDONALD ST
ST JOHN, NB E2J 1M5
CANADA

Docketed Total: **$192,937.77**

Modified Total: **$7,352.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $192,937.77 | 05-44640 | | | $7,352.96 |
| | | | **$192,937.77** | | | | **$7,352.96** |

**Claim: 14126**
Date Filed: 07/31/2006
Docketed Total: $ 376,357.61
Filing Creditor Name and Address:
FCI AUTOMOTIVE
DEUTSCHLAND GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110

Claim Holder Name and Address
FCI AUTOMOTIVE DEUTSCHLAND
GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110

Docketed Total: **$376,357.61**

Modified Total: **$148,675.44**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $376,357.61 | 05-44640 | | | $148,675.44 |
| | | | **$376,357.61** | | | | **$148,675.44** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 9 of 34

Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14129**
Date Filed: 07/31/2006
Docketed Total: $ 15,945.87
Filing Creditor Name and Address:
 FCI AUTOMOTIVE FRANCE SA
 PIERCE ATWOOD LLP
 ONE MONUMENT SQUARE
 PORTLAND, ME 04101-1110

Claim Holder Name and Address

FCI AUTOMOTIVE FRANCE SA
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total: **$15,945.87**

Modified Total: **$1,981.36**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $15,945.87 | 05-44640 | | | $1,981.36 |
| | | | **$15,945.87** | | | | **$1,981.36** |

**Claim: 14125**
Date Filed: 07/31/2006
Docketed Total: $ 76,964.21
Filing Creditor Name and Address:
 FCI CANADA INC
 PIERCE ATWOOD LLP
 ONE MONUMENT SQUARE
 PORTLAND, ME 04101-1110

Claim Holder Name and Address

FCI CANADA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total: **$76,964.21**

Modified Total: **$64,568.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $76,964.21 | 05-44567 | | | $2,000.00 |
| | | | | 05-44640 | | | $62,568.00 |
| | | | **$76,964.21** | | | | **$64,568.00** |

**Claim: 14128**
Date Filed: 07/31/2006
Docketed Total: $ 294,001.77
Filing Creditor Name and Address:
 FCI ELECTRONICS MEXIDO S DE
 RL DE CV
 PIERCE ATWOOD LLP
 ONE MONUMENT SQUARE
 PORTLAND, ME 04101-1110

Claim Holder Name and Address

FCI ELECTRONICS MEXIDO S DE RL
DE CV
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total: **$294,001.77**

Modified Total: **$179,807.77**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $294,001.77 | 05-44567 | | | $7,920.00 |
| | | | | 05-44640 | | | $171,887.77 |
| | | | **$294,001.77** | | | | **$179,807.77** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14127<br>Date Filed: 07/31/2006<br>Docketed Total: $ 361.40<br>Filing Creditor Name and Address:<br>　FCI ITALIA SPA<br>　PIERCE ATWOOD LLP<br>　ONE MONUMENT SQUARE<br>　PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br><br>FCI ITALIA SPA<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110　　Docketed Total:　**$361.40** | Modified Total:　**$104.51** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $361.40 | 05-44640 | | | $104.51 |
| | | | | **$361.40** | | | | **$104.51** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14130<br>Date Filed: 07/31/2006<br>Docketed Total: $ 407,299.95<br>Filing Creditor Name and Address:<br>　FCI USA INC<br>　PIERCE ATWOOD LLP<br>　ONE MONUMENT SQUARE<br>　PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br><br>FCI USA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110　　Docketed Total:　**$407,299.95** | Modified Total:　**$252,375.95** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $407,299.95 | 05-44567 | | | $183.00 |
| | | | | | 05-44640 | | | $252,192.95 |
| | | | | **$407,299.95** | | | | **$252,375.95** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10349<br>Date Filed: 07/24/2006<br>Docketed Total: $ 10,310.02<br>Filing Creditor Name and Address:<br>　FERGUSON ENTERPRISES INC<br>　12500 JEFFERSON AVE<br>　NEWPORT NEWS, VA 23602-4314 | Claim Holder Name and Address<br><br>FERGUSON ENTERPRISES INC<br>12500 JEFFERSON AVE<br>NEWPORT NEWS, VA 23602-4314　　Docketed Total:　**$10,310.02** | Modified Total:　**$10,310.02** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $10,310.02 | 05-44640 | | | $10,310.02 |
| | | | | **$10,310.02** | | | | **$10,310.02** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 11 of 34

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9950**
Date Filed: 07/19/2006
Docketed Total: $ 131,873.52
Filing Creditor Name and Address:
FERRO ELECTRONIC MATERIALS
1000 LAKESIDE AVE
CLEVELAND, OH 44114

Claim Holder Name and Address
CONTRARIAN FUNDS LLC          Docketed Total:    **$131,873.52**
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $131,873.52 |
| | | | **$131,873.52** |

Modified Total:    **$47,252.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $47,252.75 |
| | | | **$47,252.75** |

---

**Claim: 12212**
Date Filed: 07/28/2006
Docketed Total: $ 800,348.45
Filing Creditor Name and Address:
FLAMBEAU INC
801 LYNN AVE
BARABOO, WI 53913

Claim Holder Name and Address
FLAMBEAU INC          Docketed Total:    **$800,348.45**
801 LYNN AVE
BARABOO, WI 53913

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $800,348.45 | | |
| | **$800,348.45** | | |

Modified Total:    **$475,334.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $475,334.73 |
| | | | **$475,334.73** |

---

**Claim: 666**
Date Filed: 11/18/2005
Docketed Total: $ 20,756.67
Filing Creditor Name and Address:
FLUKE CORPORATION
PO BOX 9090
EVERETT, WA 98206-9090

Claim Holder Name and Address
FLUKE CORPORATION          Docketed Total:    **$20,756.67**
PO BOX 9090
EVERETT, WA 98206-9090

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,756.67 |
| | | | **$20,756.67** |

Modified Total:    **$19,790.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $183.00 |
| 05-44640 | | | $19,607.67 |
| | | | **$19,790.67** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2377<br>Date Filed: 03/22/2006<br>Docketed Total: $ 5,504,674.99<br>Filing Creditor Name and Address:<br>FUJITSU TEN CORP OF AMERICA<br>47800 HALYARD DR<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br><br>FUJITSU TEN CORP OF AMERICA<br>47800 HALYARD DR<br>PLYMOUTH, MI 48170 | | Docketed Total: | **$5,504,674.99** | | | Modified Total: | **$5,203,385.28** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,504,674.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,203,385.28 |
| | | | | **$5,504,674.99** | | | | **$5,203,385.28** |
| Claim: 5982<br>Date Filed: 05/16/2006<br>Docketed Total: $ 5,309.70<br>Filing Creditor Name and Address:<br>FUTURE DIE CAST &<br>ENGINEERING INC<br>14100 ROCCO CT<br>SHELBY TOWNSHIP, MI 48315 | Claim Holder Name and Address<br><br>FUTURE DIE CAST & ENGINEERING<br>INC<br>14100 ROCCO CT<br>SHELBY TOWNSHIP, MI 48315 | | Docketed Total: | **$5,309.70** | | | Modified Total: | **$5,106.30** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,309.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,106.30 |
| | | | | **$5,309.70** | | | | **$5,106.30** |
| Claim: 10191<br>Date Filed: 07/21/2006<br>Docketed Total: $ 7,020.00<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F<br>K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A<br>GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | | Docketed Total: | **$7,020.00** | | | Modified Total: | **$3,680.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,020.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,680.00 |
| | | | | **$7,020.00** | | | | **$3,680.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 13 of 34

Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7325<br>Date Filed: 06/01/2006<br>Docketed Total: $ 388,310.09<br>Filing Creditor Name and Address:<br>GOODYEAR CANADA INC<br>1144 E MARKET ST<br>AKRON, OH 44316 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $388,310.09 | | Modified Total: | | $363,079.29 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$388,310.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$363,079.29 |
| | | | | $388,310.09 | | | | $363,079.29 |
| Claim: 2058<br>Date Filed: 02/17/2006<br>Docketed Total: $ 49,978.89<br>Filing Creditor Name and Address:<br>HAERTER STANZTECHNIK GMBH<br>GUTENBERGSTRASSE 8<br>KONIGSBACH STEIN, 75203 | Claim Holder Name and Address<br><br>HAERTER STANZTECHNIK GMBH<br>GUTENBERGSTRASSE 8<br>KONIGSBACH STEIN, 75203 | Docketed Total: | | $49,978.89 | | Modified Total: | | $49,126.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$49,978.89 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$49,126.02 |
| | | | | $49,978.89 | | | | $49,126.02 |
| Claim: 5618<br>Date Filed: 05/11/2006<br>Docketed Total: $ 2,724.00<br>Filing Creditor Name and Address:<br>HARRINGTON INDUSTRIAL PLA<br>3440 PK DAVIS CIR<br>INDIANAPOLIS, IN 46236 | Claim Holder Name and Address<br><br>HARRINGTON INDUSTRIAL PLA<br>3440 PK DAVIS CIR<br>INDIANAPOLIS, IN 46236 | Docketed Total: | | $2,724.00 | | Modified Total: | | $2,724.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,724.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,724.00 |
| | | | | $2,724.00 | | | | $2,724.00 |
| Claim: 394<br>Date Filed: 11/07/2005<br>Docketed Total: $ 323.24<br>Filing Creditor Name and Address:<br>HENRY TROEMNER LLC<br>201 WOLF DR<br>PO BOX 87<br>THOROFARE, NJ 08086-0087 | Claim Holder Name and Address<br><br>HENRY TROEMNER LLC<br>201 WOLF DR<br>PO BOX 87<br>THOROFARE, NJ 08086-0087 | Docketed Total: | | $323.24 | | Modified Total: | | $262.47 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$323.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$262.47 |
| | | | | $323.24 | | | | $262.47 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 14 of 34

Exhibit E
Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9352**
Date Filed: 07/11/2006
Docketed Total: $ 4,948,005.65
Filing Creditor Name and Address:
HEWLETT PACKARD COMPANY
2125 E KATELLA AVE STE 400
ANAHEIM, CA 92806

Claim Holder Name and Address
HEWLETT PACKARD COMPANY
2125 E KATELLA AVE STE 400
ANAHEIM, CA 92806

Docketed Total: **$4,948,005.65**

Modified Total: **$4,887,481.59**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,948,005.65 | 05-44482 | | | $290.64 |
| | | | | 05-44481 | | | $4,887,190.95 |
| | | | **$4,948,005.65** | | | | **$4,887,481.59** |

**Claim: 10683**
Date Filed: 07/26/2006
Docketed Total: $ 953,280.40
Filing Creditor Name and Address:
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY FKA
COMPAQ FINANCIAL SERVICES
CORPORATION
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974-0006

Claim Holder Name and Address
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY FKA COMPAQ
FINANCIAL SERVICES
CORPORATION
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974-0006

Docketed Total: **$953,280.40**

Modified Total: **$166,642.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $953,280.40 | 05-44640 | | | $166,642.02 |
| | | | **$953,280.40** | | | | **$166,642.02** |

**Claim: 14110**
Date Filed: 07/31/2006
Docketed Total: $ 389,977.54
Filing Creditor Name and Address:
HONEYWELL INTERNATIONAL S
& C
1140 W WARNER RD BLDG 1233 M
TEMPE, AZ 85284

Claim Holder Name and Address
HONEYWELL INTERNATIONAL S &
C
1140 W WARNER RD BLDG 1233 M
TEMPE, AZ 85284

Docketed Total: **$389,977.54**

Modified Total: **$378,251.23**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $389,977.54 | 05-44640 | | | $378,251.23 |
| | | | **$389,977.54** | | | | **$378,251.23** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11968<br>Date Filed: 07/28/2006<br>Docketed Total: $ 6,491,471.33<br>Filing Creditor Name and Address:<br>INFINEON TECHNOLOGIES NORTH AMERICA CORP SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>INFINEON TECHNOLOGIES NORTH AMERICA CORP SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606   Docketed Total:  **$6,491,471.33** | Modified Total:  **$6,333,628.25** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $6,491,471.33 | 05-44640 | | | $6,333,628.25 |
| | | | | **$6,491,471.33** | | | | **$6,333,628.25** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14236<br>Date Filed: 07/31/2006<br>Docketed Total: $ 588,927.08<br>Filing Creditor Name and Address:<br>IR EPI SERVICES INC SHEPPARD MULLIN RICHTER & HAMPTON LLP 333 S HOPE ST 48TH FLOOR LOS ANGELES, CA 90071 | Claim Holder Name and Address<br><br>IR EPI SERVICES INC SHEPPARD MULLIN RICHTER & HAMPTON LLP 333 S HOPE ST 48TH FLOOR LOS ANGELES, CA 90071   Docketed Total:  **$588,927.08** | Modified Total:  **$488,834.60** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $588,927.08 | 05-44640 | | | $488,834.60 |
| | | | | **$588,927.08** | | | | **$488,834.60** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11040<br>Date Filed: 07/26/2006<br>Docketed Total: $ 4,224.00<br>Filing Creditor Name and Address:<br>JB HUNT TRANSPORTATION INC PO BOX 130 LOWELL, AR 72745 | Claim Holder Name and Address<br><br>JB HUNT TRANSPORTATION INC PO BOX 130 LOWELL, AR 72745   Docketed Total:  **$4,224.00** | Modified Total:  **$4,224.00** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $4,224.00 | 05-44640 | | | $4,224.00 |
| | | | | **$4,224.00** | | | | **$4,224.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15567**
Date Filed: 07/31/2006
Docketed Total: $ 151,311.95
Filing Creditor Name and Address:
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Claim Holder Name and Address
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Docketed Total: **$151,311.95**

Modified Total: **$151,311.95**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $151,311.95 | 05-44640 | | | $151,311.95 |
| | | | **$151,311.95** | | | | **$151,311.95** |

**Claim: 642**
Date Filed: 11/17/2005
Docketed Total: $ 1,703,785.68
Filing Creditor Name and Address:
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name and Address
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Docketed Total: **$1,703,785.68**

Modified Total: **$1,655,726.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,703,785.68 | 05-44640 | | | $1,655,726.96 |
| | | | **$1,703,785.68** | | | | **$1,655,726.96** |

**Claim: 12210**
Date Filed: 07/28/2006
Docketed Total: $ 34,446.55
Filing Creditor Name and Address:
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Claim Holder Name and Address
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total: **$34,446.55**

Modified Total: **$27,677.75**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $34,446.55 | 05-44567 | | | $27,677.75 |
| | | | **$34,446.55** | | | | **$27,677.75** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12211**
Date Filed: 07/28/2006
Docketed Total: $ 881,156.41
Filing Creditor Name and Address:
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Claim Holder Name and Address
KEMET ELECTRONICS CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total: **$881,156.41**

Modified Total: **$794,243.23**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $881,156.41 | 05-44640 | | | $794,243.23 |
| | | | **$881,156.41** | | | | **$794,243.23** |

---

**Claim: 5587**
Date Filed: 05/10/2006
Docketed Total: $ 34,297.45
Filing Creditor Name and Address:
KIEMLE HANKINS CO THE
KIEMLE HANKINS SERVICE CO
94 H ST AMPOINT
PERRYSBURG, OH 43551

Claim Holder Name and Address
KIEMLE HANKINS CO THE
KIEMLE HANKINS SERVICE CO
94 H ST AMPOINT
PERRYSBURG, OH 43551

Docketed Total: **$34,297.45**

Modified Total: **$31,497.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,297.45 | 05-44640 | | | $31,497.45 |
| | | | **$34,297.45** | | | | **$31,497.45** |

---

**Claim: 4919**
Date Filed: 05/05/2006
Docketed Total: $ 46,119.52
Filing Creditor Name and Address:
KIMBALL MIDWEST
PO BOX 2470
COLUMBUS, OH 43216-2470

Claim Holder Name and Address
KIMBALL MIDWEST
PO BOX 2470
COLUMBUS, OH 43216-2470

Docketed Total: **$46,119.52**

Modified Total: **$36,280.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $46,119.52 | 05-44640 | | | $36,280.18 |
| | | | **$46,119.52** | | | | **$36,280.18** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4021**
Date Filed: 05/01/2006
Docketed Total: $ 18,228.18
Filing Creditor Name and Address:
  KRAMER AIR TOOL SALES &
  SERVIC
  23149 COMMERCE DR
  FARMINGTON HILLS, MI 48335

Claim Holder Name and Address
  KRAMER AIR TOOL SALES & SERVIC
  23149 COMMERCE DR
  FARMINGTON HILLS, MI 48335

Docketed Total: **$18,228.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,228.18 |
| | | | **$18,228.18** |

Modified Total: **$17,033.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,033.73 |
| | | | **$17,033.73** |

---

**Claim: 13752**
Date Filed: 07/31/2006
Docketed Total: $ 80,134.04
Filing Creditor Name and Address:
  LEONI CABLE INC EFT
  EBERHARD ROHM & HEIKE M
  VOGEL
  1675 BROADWAY
  NEW YORK, NY 10019

Claim Holder Name and Address
  LEONI CABLE INC EFT
  EBERHARD ROHM & HEIKE M
  VOGEL
  1675 BROADWAY
  NEW YORK, NY 10019

Docketed Total: **$80,134.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,134.04 |
| | | | **$80,134.04** |

Modified Total: **$32,880.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,880.09 |
| | | | **$32,880.09** |

---

**Claim: 2289**
Date Filed: 03/14/2006
Docketed Total: $ 34,239.45
Filing Creditor Name and Address:
  LINDE GAS LLC
  PO BOX 94737
  CLEVELAND, OH 44101-4737

Claim Holder Name and Address
  LINDE GAS LLC
  PO BOX 94737
  CLEVELAND, OH 44101-4737

Docketed Total: **$34,239.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,239.45 |
| | | | **$34,239.45** |

Modified Total: **$34,239.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,239.45 |
| | | | **$34,239.45** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6620**
Date Filed: 05/22/2006
Docketed Total: $ 21,950.17
Filing Creditor Name and Address:
  MC MACHINERY MITSUBISHI
  1500 MICHAEL DR
  WOODDALE, IL 60191

Claim Holder Name and Address
  MC MACHINERY MITSUBISHI
  1500 MICHAEL DR
  WOODDALE, IL 60191     Docketed Total: **$21,950.17**     Modified Total: **$5,132.89**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,950.17 | 05-44481 | | | $5,132.89 |
| | | | **$21,950.17** | | | | **$5,132.89** |

**Claim: 1157**
Date Filed: 12/09/2005
Docketed Total: $ 18,679.06
Filing Creditor Name and Address:
  MOTOROLA INC
  1307 E ALGONQUIN RD SWA2
  SCHAUMBURG, IL 60196-1078

Claim Holder Name and Address
  MOTOROLA INC
  1307 E ALGONQUIN RD SWA2
  SCHAUMBURG, IL 60196-1078     Docketed Total: **$18,679.06**     Modified Total: **$763.98**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,679.06 | 05-44640 | | | $763.98 |
| | | | **$18,679.06** | | | | **$763.98** |

**Claim: 2088**
Date Filed: 02/21/2006
Docketed Total: $ 723,848.28
Filing Creditor Name and Address:
  NORTHEAST VERIZON WIRELESS
  404 BROCK DR
  BLOOMINGTON, IL 61701

Claim Holder Name and Address
  NORTHEAST VERIZON WIRELESS
  404 BROCK DR
  BLOOMINGTON, IL 61701     Docketed Total: **$723,848.28**     Modified Total: **$712,745.23**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $723,848.28 | 05-44640 | | | $712,745.23 |
| | | | **$723,848.28** | | | | **$712,745.23** |

**Claim: 9771**
Date Filed: 07/18/2006
Docketed Total: $ 977,354.65
Filing Creditor Name and Address:
  NSS TECHNOLOGIES INC FKA
  NATIONAL SET SCREW CORP
  C O ROBERT SZWAJKOS ESQ
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA
  MORRISVILLE, PA 19067

Claim Holder Name and Address
  BEAR STEARNS INVESTMENT
  PRODUCTS INC
  383 MADISON AVE
  NEW YORK, NY 10179     Docketed Total: **$977,354.65**     Modified Total: **$713,175.52**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $977,354.65 | 05-44640 | | | $713,175.52 |
| | | | **$977,354.65** | | | | **$713,175.52** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 20 of 34

Exhibit E
**Twentieth Omnibus Claims Objection**

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10901**
Date Filed: 07/25/2006
Docketed Total: $ 9,608.75
Filing Creditor Name and Address:
 PACIFIC RIM CAPITAL INC
 15 ENTERPRISE STE 400
 ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: **$9,608.75**

Modified Total: **$939.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $9,496.44 | $112.31 | |
| | **$9,496.44** | **$112.31** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $939.59 |
| 05-44481 | | $0.00 | |
| | **$0.00** | **$0.00** | **$939.59** |

---

**Claim: 10902**
Date Filed: 07/25/2006
Docketed Total: $ 54,470.00
Filing Creditor Name and Address:
 PACIFIC RIM CAPITAL INC
 15 ENTERPRISE STE 400
 ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: **$54,470.00**

Modified Total: **$2,991.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $45,000.00 | $197.00 | $9,273.00 |
| | **$45,000.00** | **$197.00** | **$9,273.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | $0.00 | |
| 05-44640 | | | $2,991.58 |
| | **$0.00** | **$0.00** | **$2,991.58** |

---

**Claim: 10903**
Date Filed: 07/25/2006
Docketed Total: $ 121,353.00
Filing Creditor Name and Address:
 PACIFIC RIM CAPITAL INC
 15 ENTERPRISE STE 400
 ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: **$121,353.00**

Modified Total: **$3,892.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $69,000.00 | $880.00 | $51,473.00 |
| | **$69,000.00** | **$880.00** | **$51,473.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,892.57 |
| 05-44481 | $0.00 | $0.00 | |
| | **$0.00** | **$0.00** | **$3,892.57** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9151-9   Filed 08/24/07   Entered 08/24/07 17:50:09   Exhibit E
Pg 21 of 34

Exhibit E
Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10904**
Date Filed: 07/25/2006
Docketed Total: $ 96,981.00
Filing Creditor Name and Address:
PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Claim Holder Name and Address
PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: **$96,981.00**

Modified Total: **$8,359.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $63,000.00 | $667.00 | $33,314.00 | 05-44481 | $0.00 | $0.00 | |
| | | | | 05-44640 | | | $8,359.96 |
| | **$63,000.00** | **$667.00** | **$33,314.00** | | **$0.00** | **$0.00** | **$8,359.96** |

**Claim: 2171**
Date Filed: 03/02/2006
Docketed Total: $ 82,080.57
Filing Creditor Name and Address:
PEI GENESIS INC
FOX ROTHSCHILD LLP
2000 MARKET ST 10TH FL
PHILADELPHIA, PA 19103

Claim Holder Name and Address
PEI GENESIS INC
FOX ROTHSCHILD LLP
2000 MARKET ST 10TH FL
PHILADELPHIA, PA 19103

Docketed Total: **$82,080.57**

Modified Total: **$77,632.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $82,080.57 | 05-44640 | | | $77,632.72 |
| | | | **$82,080.57** | | | | **$77,632.72** |

**Claim: 5988**
Date Filed: 05/16/2006
Docketed Total: $ 223,768.64
Filing Creditor Name and Address:
PLASTOMER CORP
PO BOX 67000 DEPT 15601
DETROIT, MI 48267-0156

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$223,768.64**

Modified Total: **$215,256.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $223,768.64 | 05-44640 | | | $215,256.38 |
| | | | **$223,768.64** | | | | **$215,256.38** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5388**
Date Filed: 05/09/2006
Docketed Total: $ 157,798.33
Filing Creditor Name and Address:
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

Claim Holder Name and Address
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768    Docketed Total:    **$157,798.33**

Modified Total:    **$150,958.83**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $157,798.33 | 05-44640 | | | $150,958.83 |
| | | | **$157,798.33** | | | | **$150,958.83** |

---

**Claim: 12398**
Date Filed: 07/28/2006
Docketed Total: $ 349,265.13
Filing Creditor Name and Address:
PRYCE AUTOMOTIVE INC
51 APPLE BLOSSOM BLVD
BOWMANVILLE, ON L1C 4L9
CANADA

Claim Holder Name and Address
PRYCE AUTOMOTIVE INC
51 APPLE BLOSSOM BLVD
BOWMANVILLE, ON L1C 4L9
CANADA    Docketed Total:    **$349,265.13**

Modified Total:    **$280,659.46**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $349,265.13 | 05-44640 | | | $280,659.46 |
| | | | **$349,265.13** | | | | **$280,659.46** |

---

**Claim: 6480**
Date Filed: 05/22/2006
Docketed Total: $ 115,460.08
Filing Creditor Name and Address:
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Claim Holder Name and Address
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619    Docketed Total:    **$115,460.08**

Modified Total:    **$54,304.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $115,460.08 | 05-44640 | | | $54,304.10 |
| | | | **$115,460.08** | | | | **$54,304.10** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 23 of 34

Exhibit E
Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9305<br>Date Filed: 07/11/2006<br>Docketed Total: $ 84,319.48<br>Filing Creditor Name and Address:<br>QUALITY INSPECTION &<br>CONTAINMENT CO INC<br>PO BOX 66<br>DAYTON, OH 45409 | Claim Holder Name and Address<br><br>QUALITY INSPECTION &<br>CONTAINMENT CO INC<br>PO BOX 66<br>DAYTON, OH 45409 | Docketed Total: | | $84,319.48 | | Modified Total: | | $81,520.23 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$84,319.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$81,520.23 |
| | | | | $84,319.48 | | | | $81,520.23 |
| Claim: 11623<br>Date Filed: 07/27/2006<br>Docketed Total: $ 54,921.81<br>Filing Creditor Name and Address:<br>RADER FISHMAN & GRAVER<br>PLLC<br>39533 WOODWARD AVE STE 140<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>RADER FISHMAN & GRAVER PLLC<br>39533 WOODWARD AVE STE 140<br>BLOOMFIELD HILLS, MI 48304 | Docketed Total: | | $54,921.81 | | Modified Total: | | $54,921.81 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$54,921.81 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$54,921.81 |
| | | | | $54,921.81 | | | | $54,921.81 |
| Claim: 5967<br>Date Filed: 05/16/2006<br>Docketed Total: $ 221,190.88<br>Filing Creditor Name and Address:<br>RED SPOT PAINT & VARNISH CO<br>IN<br>PO BOX 418<br>EVANSVILLE, IN 47703-0418 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $221,190.88 | | Modified Total: | | $188,028.67 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$221,190.88 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$188,028.67 |
| | | | | $221,190.88 | | | | $188,028.67 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 24 of 34

Exhibit E
Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 16347**
Date Filed: 10/02/2006
Docketed Total: $ 26,769.62
Filing Creditor Name and Address:
RELATIONAL FUNDING
CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

Claim Holder Name and Address

RELATIONAL FUNDING CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

Docketed Total: **$26,769.62**

Modified Total: **$10,585.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $26,769.62 | 05-44640 | | | $10,585.92 |
| | | | **$26,769.62** | | | | **$10,585.92** |

---

**Claim: 11572**
Date Filed: 07/27/2006
Docketed Total: $ 6,971.97
Filing Creditor Name and Address:
RENAISSANCE CAPITAL
ALLIANCE L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

Claim Holder Name and Address

RENAISSANCE CAPITAL ALLIANCE
L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

Docketed Total: **$6,971.97**

Modified Total: **$6,969.97**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $6,969.97 | $1.00 | $1.00 | 05-44481 | $0.00 | $0.00 | $6,969.97 |
| | **$6,969.97** | **$1.00** | **$1.00** | | **$0.00** | **$0.00** | **$6,969.97** |

---

**Claim: 8875**
Date Filed: 06/30/2006
Docketed Total: $ 505,106.24
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR PRODUCT
ACTION INTERNATIONAL LLC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR PRODUCT ACTION
INTERNATIONAL LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024

Docketed Total: **$505,106.24**

Modified Total: **$168,224.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $505,106.24 | 05-44567 | | | $12,415.13 |
| | | | | 05-44640 | | | $155,808.94 |
| | | | **$505,106.24** | | | | **$168,224.07** |

---

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4001**
Date Filed: 05/01/2006
Docketed Total: $ 7,480.00
Filing Creditor Name and Address:
  ROOT NEAL & CO INC
  64 PEABODY ST
  BUFFALO, NY 14210-1523

Claim Holder Name and Address

MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: **$7,480.00**

Modified Total: **$7,480.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,480.00 | 05-44640 | | | $7,480.00 |
| | | | **$7,480.00** | | | | **$7,480.00** |

---

**Claim: 4011**
Date Filed: 05/01/2006
Docketed Total: $ 30,350.37
Filing Creditor Name and Address:
  ROOT NEAL & CO INC
  64 PEABODY ST
  BUFFALO, NY 14240

Claim Holder Name and Address

MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: **$30,350.37**

Modified Total: **$22,815.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,350.37 | 05-44640 | | | $22,815.18 |
| | | | **$30,350.37** | | | | **$22,815.18** |

---

**Claim: 13456**
Date Filed: 07/31/2006
Docketed Total: $ 42,130.53
Filing Creditor Name and Address:
  ROTOFORM A DIVISION OF
  MAGNA POWER TRAIN INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

ROTOFORM A DIVISION OF MAGNA POWER TRAIN INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total: **$42,130.53**

Modified Total: **$42,130.53**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $42,130.53 | | | 05-44640 | | | $42,130.53 |
| | **$42,130.53** | | | | | | **$42,130.53** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 26 of 34

Exhibit E
Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 12030**
Date Filed: 07/28/2006
Docketed Total: $ 40,444.54
Filing Creditor Name and Address:
SAINT GOBAIN PERFORMANCE
1199 S CHILLICOTHE RD
AURORA, OH 44202

Claim Holder Name and Address
SAINT GOBAIN PERFORMANCE
1199 S CHILLICOTHE RD
AURORA, OH 44202

Docketed Total: **$40,444.54**

Modified Total: **$31,402.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,444.54 | 05-44624 | | | $3,908.96 |
| | | | | 05-44640 | | | $27,493.38 |
| | | | **$40,444.54** | | | | **$31,402.34** |

---

**Claim: 604**
Date Filed: 11/16/2005
Docketed Total: $ 37,280.00
Filing Creditor Name and Address:
SHIPPERS INTERNATIONAL
3750 STEWARTS LN
NASHVILLE, TN 37218

Claim Holder Name and Address
SHIPPERS INTERNATIONAL
3750 STEWARTS LN
NASHVILLE, TN 37218

Docketed Total: **$37,280.00**

Modified Total: **$36,950.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $37,280.00 | 05-44640 | | | $36,950.00 |
| | | | **$37,280.00** | | | | **$36,950.00** |

---

**Claim: 3657**
Date Filed: 05/01/2006
Docketed Total: $ 17,579.52
Filing Creditor Name and Address:
SIEMENS AKTIENGESELLCHAFT
10 SOUTH WACKER DRIVE 40TH
FL
CHICAGO, IL 60606

Claim Holder Name and Address
SIEMENS AKTIENGESELLCHAFT
10 SOUTH WACKER DRIVE 40TH FL
CHICAGO, IL 60606

Docketed Total: **$17,579.52**

Modified Total: **$4,753.03**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $17,579.52 | 05-44640 | | | $4,753.03 |
| | | | **$17,579.52** | | | | **$4,753.03** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 27 of 34

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14672**
Date Filed: 07/31/2006
Docketed Total: $ 10,328.69
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE AGE INDUSTRIES INC
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND LLC
ASSIGNEE AGE INDUSTRIES INC
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $10,328.69
Modified Total: $7,110.72

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $10,328.69 | 05-44640 | | | $7,110.72 |
| | | | **$10,328.69** | | | | **$7,110.72** |

**Claim: 15973**
Date Filed: 08/09/2006
Docketed Total: $ 31,262.85
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE INSPEX INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND LLC
ASSIGNEE INSPEX INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $31,262.85
Modified Total: $31,262.85

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,262.85 | 05-44640 | | | $31,262.85 |
| | | | **$31,262.85** | | | | **$31,262.85** |

**Claim: 417**
Date Filed: 11/07/2005
Docketed Total: $ 4,491.96
Filing Creditor Name and Address:
SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC 29202

Claim Holder Name and Address
SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC 29202

Docketed Total: $4,491.96
Modified Total: $4,491.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,491.96 | 05-44640 | | | $4,491.96 |
| | | | **$4,491.96** | | | | **$4,491.96** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12108**
Date Filed: 07/28/2006
Docketed Total: $ 27,271.67
Filing Creditor Name and Address:
   SOUTHWEST RESEARCH
   INSTITUTE
   PO DRAWER 28510
   SAN ANTONIO, TX 78228-8400

Claim Holder Name and Address

SOUTHWEST RESEARCH INSTITUTE      Docketed Total:      **$27,271.67**
PO DRAWER 28510
SAN ANTONIO, TX 78228-8400

|                                                              | Modified Total: **$21,639.49** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $27,271.67 |
| | | | **$27,271.67** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,639.49 |
| | | | **$21,639.49** |

---

**Claim: 14135**
Date Filed: 07/31/2006
Docketed Total: $ 1,424,133.17
Filing Creditor Name and Address:
   SPCP GROUP LLC AS ASSIGNEE
   OF ENERGY CONVERSION
   COMPANY
   TWO GREENWICH PLZ 1ST FL
   GREENWICH, CT 06830

Claim Holder Name and Address

SPCP GROUP LLC AS ASSIGNEE OF      Docketed Total:      **$46,446.17**
ENERGY CONVERSION COMPANY
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Modified Total:      **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,446.17 | |
| | | **$46,446.17** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | |
| | | **$0.00** | |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING      Docketed Total:      **$1,377,687.00**
GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Modified Total:      **$874,366.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $341,143.65 | $1,036,543.35 |
| | | **$341,143.65** | **$1,036,543.35** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $874,366.13 |
| | | **$0.00** | **$874,366.13** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 29 of 34

Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9772**
Date Filed: 07/18/2006
Docketed Total: $ 72,034.20
Filing Creditor Name and Address:
SPS TECHNOLOGIES
WATERFORD COMPANY FKA
TERRY MACHINE COMPANY
C O ROBERT SZWAJKOS ESQUIRE
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$72,034.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | **$72,034.20** |

Modified Total: **$72,025.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,025.32 |
| | | | **$72,025.32** |

---

**Claim: 11259**
Date Filed: 07/27/2006
Docketed Total: $ 814,710.90
Filing Creditor Name and Address:
T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Claim Holder Name and Address
T L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Docketed Total: **$814,710.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $814,710.90 |
| | | | **$814,710.90** |

Modified Total: **$364,710.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $364,710.90 |
| | | | **$364,710.90** |

---

**Claim: 7443**
Date Filed: 06/05/2006
Docketed Total: $ 108,297.25
Filing Creditor Name and Address:
TEKNOR APEX COMPANY
505 CENTRAL AVE
PAWTUCKET, RI 02861

Claim Holder Name and Address
TEKNOR APEX COMPANY
505 CENTRAL AVE
PAWTUCKET, RI 02861

Docketed Total: **$108,297.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $108,297.25 |
| | | | **$108,297.25** |

Modified Total: **$94,466.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $94,466.13 |
| | | | **$94,466.13** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 30 of 34

Exhibit E
Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15378**
Date Filed: 07/31/2006
Docketed Total: $ 996,729.62
Filing Creditor Name and Address:
TEXAS INSTRUMENTS
INCORPORATED
MUNSCH HARDT KOPF & HARR
PC
500 N AKARD ST SUITE 3800
DALLAS, TX 75201-6659

Claim Holder Name and Address

TEXAS INSTRUMENTS
INCORPORATED
MUNSCH HARDT KOPF & HARR PC
500 N AKARD ST SUITE 3800
DALLAS, TX 75201-6659

Docketed Total:    $996,729.62

Modified Total:    $345,112.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $996,729.62 |
| | | | **$996,729.62** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $345,112.09 |
| | | | **$345,112.09** |

**Claim: 16120**
Date Filed: 08/09/2006
Docketed Total: $ 45,212.36
Filing Creditor Name and Address:
THERMO ELECTRON NORTH
AMERICA
1400 NORTHPOINTE PKWY STE10
WEST PALM BEACH, FL 33407

Claim Holder Name and Address

THERMO ELECTRON NORTH
AMERICA
1400 NORTHPOINTE PKWY STE10
WEST PALM BEACH, FL 33407

Docketed Total:    $45,212.36

Modified Total:    $28,732.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $45,212.36 |
| | | | **$45,212.36** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,732.97 |
| | | | **$28,732.97** |

**Claim: 13420**
Date Filed: 07/31/2006
Docketed Total: $ 759,698.01
Filing Creditor Name and Address:
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Claim Holder Name and Address

TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Docketed Total:    $759,698.01

Modified Total:    $759,698.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $759,698.01 |
| | | | **$759,698.01** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $33,088.73 |
| 05-44640 | | | $726,609.28 |
| | | | **$759,698.01** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 462**
Date Filed: 11/09/2005
Docketed Total: $ 4,836.00
Filing Creditor Name and Address:
TRUCKS FOR YOU INC
PO BOX AH
MUSKOGEE, OK 74402

Claim Holder Name and Address

TRUCKS FOR YOU INC
PO BOX AH
MUSKOGEE, OK 74402     Docketed Total: **$4,836.00**

Modified Total: **$4,836.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,836.00 |
| | | | **$4,836.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,836.00 |
| | | | **$4,836.00** |

---

**Claim: 6407**
Date Filed: 05/22/2006
Docketed Total: $ 289,254.87
Filing Creditor Name and Address:
UNITED TELEPHONE COMPANY
OF OHIO
PO BOX 7971
SHAWNEE MISSION, KS
66207-0971

Claim Holder Name and Address

UNITED TELEPHONE COMPANY OF
OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971     Docketed Total: **$289,254.87**

Modified Total: **$119,526.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $289,254.87 |
| | | | **$289,254.87** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,526.48 |
| | | | **$119,526.48** |

---

**Claim: 10561**
Date Filed: 07/24/2006
Docketed Total: $ 8,456.58
Filing Creditor Name and Address:
VA MEDICAL CENTER
AGT CSHR 04C
1055 CLERMONT ST
DENVER, CO 80220

Claim Holder Name and Address

VA MEDICAL CENTER
AGT CSHR 04C
1055 CLERMONT ST
DENVER, CO 80220     Docketed Total: **$8,456.58**

Modified Total: **$8,456.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,456.58 |
| | | | **$8,456.58** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,456.58 |
| | | | **$8,456.58** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 32 of 34

Exhibit E
Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7365**
Date Filed: 06/02/2006
Docketed Total: $ 24,747.08
Filing Creditor Name and Address:
VERIZON WIRELESS MESSAGING SERVICES LLC
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVE
ROSELAND, NJ 07068

Claim Holder Name and Address
CELLCO PARTNERSHIP
ONE VERIZON WY
VC52S 243
BASKING RIDGE, NJ 07920

Docketed Total: **$24,747.08**

Modified Total: **$24,747.08**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $24,747.08 | 05-44640 | | | $24,747.08 |
| | | | **$24,747.08** | | | | **$24,747.08** |

**Claim: 12385**
Date Filed: 07/28/2006
Docketed Total: $ 125,315.71
Filing Creditor Name and Address:
VIASYSTEMS
1915 TROLLEY RD
YORK, PA 17408

Claim Holder Name and Address
VIASYSTEMS
1915 TROLLEY RD
YORK, PA 17408

Docketed Total: **$125,315.71**

Modified Total: **$122,708.51**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $125,315.71 | 05-44567 | | | $122,708.51 |
| | | | **$125,315.71** | | | | **$122,708.51** |

**Claim: 579**
Date Filed: 11/15/2005
Docketed Total: $ 78,355.00
Filing Creditor Name and Address:
VISCOM INC
3290 GREEN POINTE PKWY STE 400
NORCROSS, GA 30092

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$78,355.00**

Modified Total: **$65,511.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $57,000.00 | | $21,355.00 | 05-44640 | | | $65,511.00 |
| | **$57,000.00** | | **$21,355.00** | | | | **$65,511.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-9    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit E
Pg 33 of 34

Exhibit E
Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 8534**
Date Filed: 06/26/2006
Docketed Total: $ 5,945.45
Filing Creditor Name and Address:
X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

Claim Holder Name and Address
X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

Docketed Total: **$5,945.45**

Modified Total: **$4,611.86**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,945.45 | 05-44640 | | | $4,611.86 |
| | | | **$5,945.45** | | | | **$4,611.86** |

**Claim: 10592**
Date Filed: 07/25/2006
Docketed Total: $ 4,612.09
Filing Creditor Name and Address:
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

Claim Holder Name and Address
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

Docketed Total: **$4,612.09**

Modified Total: **$1,471.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,612.09 | 05-44640 | | | $1,471.45 |
| | | | **$4,612.09** | | | | **$1,471.45** |

**Claim: 8533**
Date Filed: 06/26/2006
Docketed Total: $ 63,793.42
Filing Creditor Name and Address:
XRI TESTING
1961 THUNDERBIRD
TROY, MI 48084

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$63,793.42**

Modified Total: **$54,428.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $63,793.42 | 05-44640 | | | $54,428.10 |
| | | | **$63,793.42** | | | | **$54,428.10** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10408<br>Date Filed: 07/24/2006<br>Docketed Total: $ 1,000.00<br>Filing Creditor Name and Address:<br>  YOUNT LORETTA OBO TINA L<br>  COOLEY A MINOR<br>  DYER GAROFALO MANN &<br>  SCHULTZ<br>  131 NORTH LUDLOW ST STE 1400<br>  DAYTON, OH 45402 | Claim Holder Name and Address<br><br>  YOUNT LORETTA OBO TINA L    Docketed Total:    **$1,000.00**<br>  COOLEY A MINOR<br>  DYER GAROFALO MANN &<br>  SCHULTZ<br>  131 NORTH LUDLOW ST STE 1400<br>  DAYTON, OH 45402 | Modified Total:    **$1,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,000.00 | 05-44640 | | | $1,000.00 |
| | | | **$1,000.00** | | | | **$1,000.00** |

**Total Claims to be Modified: 104**

**Total Amount as Docketed:  $37,073,260.62**

**Total Amount as Modified:  $ 30,514,440.06**

*See Exhibit J for a listing of debtor entities by case number.                Page 34 of 34

*UNL stands for unliquidated