In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-10    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit F
Pg 1 of 4

Twentieth Omnibus Claims Objection

**EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9709<br>Date Filed: 07/18/2006<br>Docketed Total: $1,541.53<br>Filing Creditor Name and Address:<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Holder Name and Address<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br><br>Docketed Total: $1,541.53<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44623 / $1,341.53 / / $200.00<br>**$1,341.53** / **$200.00** | Modified Total: $1,541.53<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44623 / / / $1,541.53<br>**$1,541.53** |
| Claim: 9824<br>Date Filed: 07/11/2006<br>Docketed Total: $20,112,352.05<br>Filing Creditor Name and Address:<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Holder Name and Address<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br><br>Docketed Total: $20,112,352.05<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $20,082,602.46 / $29,749.59<br>**$20,082,602.46** / **$29,749.59** | Modified Total: $7,800,000.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $7,800,000.00 / $0.00<br>**$7,800,000.00** / **$0.00** |
| Claim: 1532<br>Date Filed: 01/13/2006<br>Docketed Total: $36,026,477.41<br>Filing Creditor Name and Address:<br>OHIO DEPARTMENT OF TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | Claim Holder Name and Address<br>OHIO DEPARTMENT OF TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215<br><br>Docketed Total: $36,026,477.41<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / $36,026,477.41 /<br>**$36,026,477.41** | Modified Total: $3,532,000.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / $3,532,000.00 /<br>**$3,532,000.00** |

*See Exhibit K for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-10    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit F
Pg 2 of 4

Twentieth Omnibus Claims Objection

**EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2420<br>Date Filed: 03/27/2006<br>Docketed Total: $10,790,199.00<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $10,790,199.00<br><br>Case Number*: 05-44640   Secured: —   Priority: —   Unsecured: $10,790,199.00<br>Total: $10,790,199.00 | Modified Total: $2,892,800.00<br><br>Case Number*: 05-44640   Secured: —   Priority: —   Unsecured: $2,892,800.00<br>Total: $2,892,800.00 |
| Claim: 2422<br>Date Filed: 03/27/2006<br>Docketed Total: $6,386,401.82<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $6,386,401.82<br><br>Case Number*: 05-44640   Secured: —   Priority: $6,386,401.82   Unsecured: —<br>Total: $6,386,401.82 | Modified Total: $0.00<br><br>Case Number*: 05-44640   Secured: —   Priority: $0.00   Unsecured: —<br>Total: $0.00 |
| Claim: 4536<br>Date Filed: 05/02/2006<br>Docketed Total: $20,048.53<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $20,048.53<br><br>Case Number*: 05-44632   Secured: —   Priority: —   Unsecured: $20,048.53<br>Total: $20,048.53 | Modified Total: $0.00<br><br>Case Number*: 05-44632   Secured: —   Priority: —   Unsecured: $0.00<br>Total: $0.00 |

*See Exhibit K for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-10    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit F  
Pg 3 of 4

Twentieth Omnibus Claims Objection

**EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5761<br>Date Filed: 05/12/2006<br>Docketed Total: $1,250,306.00<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $1,250,306.00<br><br>Case Number\*   Secured   Priority   Unsecured<br>05-44554                                                      $1,250,306.00<br>                                                                              $1,250,306.00 | Modified Total: $0.00<br><br>Case Number\*   Secured   Priority   Unsecured<br>05-44554                                                      $0.00<br>                                                                              $0.00 |
| Claim: 5762<br>Date Filed: 05/12/2006<br>Docketed Total: $1,276,165.80<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $1,276,165.80<br><br>Case Number\*   Secured   Priority   Unsecured<br>05-44554                    $1,276,165.80<br>                                  $1,276,165.80 | Modified Total: $0.00<br><br>Case Number\*   Secured   Priority   Unsecured<br>05-44554                    $0.00<br>                                  $0.00 |
| Claim: 6354<br>Date Filed: 05/19/2006<br>Docketed Total: $666,927.27<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $666,927.27<br><br>Case Number\*   Secured   Priority   Unsecured<br>05-44481                                                 $666,927.27<br>                                                                       $666,927.27 | Modified Total: $0.00<br><br>Case Number\*   Secured   Priority   Unsecured<br>05-44481                                      $0.00<br>                                                              $0.00 |

\*See Exhibit K for a listing of debtor entities by case number.  
\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-10    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit F
Pg 4 of 4

Twentieth Omnibus Claims Objection

**EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6383<br>Date Filed: 05/19/2006<br>Docketed Total: $248,083.00<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $248,083.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $248,083.00<br>                                                 $248,083.00 | Modified Total: $0.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $0.00<br>                                                 $0.00 |

**Total Claims to be Modified: 10**

**Total Amount as Docketed:** $76,778,502.41

**Total Amount as Modified:** $14,226,341.53

*See Exhibit K for a listing of debtor entities by case number.

*UNL stands for unliquidated