In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-11    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit G
Pg 1 of 8

Twentieth Omnibus Claims Objection

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9120<br>Date Filed: 07/07/2006<br>Docketed Total: $ 160,270.22<br>Filing Creditor Name and Address:<br>AB AUTOMOTIVE ELECTRONICS LTD<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name and Address<br>AB AUTOMOTIVE ELECTRONICS LTD<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246<br><br>Docketed Total: $120,000.22<br><br>Case Number*  Secured    Priority        Unsecured<br>05-44640                  $120,000.00    $0.22<br>                          $120,000.00    $0.22 | Modified Total: $120,000.00<br><br>Case Number*  Secured    Priority        Unsecured<br>05-44640                  $120,000.00    $0.00<br>                          $120,000.00    $0.00 |
|  | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $40,270.00<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                              $40,270.00<br>                                      $40,270.00 | Modified Total: $17,982.34<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                              $17,982.34<br>                                      $17,982.34 |
| Claim: 8725<br>Date Filed: 06/28/2006<br>Docketed Total: $ 57,311.51<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $57,311.51<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                              $57,311.51<br>                                      $57,311.51 | Modified Total: $50,789.04<br><br>Case Number*  Secured    Priority      Unsecured<br>05-44640                  $3,491.22    $47,297.82<br>                          $3,491.22    $47,297.82 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-11    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit G
Pg 2 of 8

Twentieth Omnibus Claims Objection

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12686<br>Date Filed: 07/28/2006<br>Docketed Total: $ 2,466,373.54<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $2,466,373.54 | | Modified Total: | | $2,319,296.37 |
| | **Case Number*** <br> 05-44640 | **Secured** | **Priority** <br> $265,875.25 | **Unsecured** <br> $2,200,498.29 | **Case Number*** <br> 05-44640 | **Secured** | **Priority** <br> $265,875.25 | **Unsecured** <br> $2,053,421.12 |
| | | | $265,875.25 | $2,200,498.29 | | | $265,875.25 | $2,053,421.12 |
| Claim: 273<br>Date Filed: 11/01/2005<br>Docketed Total: $ 953,170.47<br>Filing Creditor Name and Address:<br>ENGINEERED MATERIALS SOLUTION INC<br>39 PERRY AVE<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $953,170.47 | | Modified Total: | | $944,660.93 |
| | **Case Number*** <br> 05-44481 | **Secured** <br> $311,406.63 | **Priority** | **Unsecured** <br> $641,763.84 | **Case Number*** <br> 05-44640 | **Secured** | **Priority** <br> $43,198.89 | **Unsecured** <br> $901,462.04 |
| | | $311,406.63 | | $641,763.84 | | | $43,198.89 | $901,462.04 |
| Claim: 12839<br>Date Filed: 07/28/2006<br>Docketed Total: $ 492,938.78<br>Filing Creditor Name and Address:<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Claim Holder Name and Address<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Docketed Total: | | $492,938.78 | | Modified Total: | | $470,221.58 |
| | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $492,938.78 | **Case Number*** <br> 05-44640 | **Secured** | **Priority** <br> $2,018.40 | **Unsecured** <br> $468,203.18 |
| | | | | $492,938.78 | | | $2,018.40 | $468,203.18 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al. Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9151-11   Filed 08/24/07   Entered 08/24/07 17:50:09   Exhibit G
Pg 3 of 8

Twentieth Omnibus Claims Objection

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 416<br>Date Filed: 11/07/2005<br>Docketed Total: $ 5,415,329.84<br>Filing Creditor Name and Address:<br>  HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>  ATTN MENACHEM O ZELMANOVITZ ESQ<br>  101 PARK AVE<br>  NEW YORK, NY 10178 | Claim Holder Name and Address<br>  HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>  CO MORGAN LEWIS & BOCKIUS LLP<br>  101 PARK AVE<br>  NEW YORK, NY 10178<br><br>Docketed Total: **$5,415,329.84** | | | | Modified Total: **$5,415,329.84** | | | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,110,565.18<br>**$2,110,565.18** | Unsecured<br>$3,304,764.66<br>**$3,304,764.66** | Case Number*<br>05-44640 | Secured | Priority<br>$219,986.79<br>**$219,986.79** | Unsecured<br>$5,195,343.05<br>**$5,195,343.05** |
| Claim: 6943<br>Date Filed: 05/26/2006<br>Docketed Total: $ 806,779.79<br>Filing Creditor Name and Address:<br>  IRISO USA INC<br>  34405 W TWELVE MILE RD STE 237<br>  FARMINGTON HILLS, MI 48331 | Claim Holder Name and Address<br>  AMROC INVESTMENTS LLC<br>  535 MADISON AVE 15TH FL<br>  NEW YORK, NY 10022<br><br>Docketed Total: **$747,926.37** | | | | Modified Total: **$803,540.39** | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$747,926.37<br>**$747,926.37** | Case Number*<br>05-44640 | Secured | Priority<br>$58,853.42<br>**$58,853.42** | Unsecured<br>$744,686.97<br>**$744,686.97** |
| Claim: 14403<br>Date Filed: 07/31/2006<br>Docketed Total: $ 6,240.00<br>Filing Creditor Name and Address:<br>  KOSTAL OF AMERICA INC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>  KOSTAL OF AMERICA INC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304<br><br>Docketed Total: **$6,240.00** | | | | Modified Total: **$6,240.00** | | | |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$6,240.00<br>**$6,240.00** | Case Number*<br>05-44567 | Secured | Priority<br>$1,872.00<br>**$1,872.00** | Unsecured<br>$4,368.00<br>**$4,368.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9151-11   Filed 08/24/07   Entered 08/24/07 17:50:09   Exhibit G
Pg 4 of 8

Twentieth Omnibus Claims Objection

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14479<br>Date Filed: 07/31/2006<br>Docketed Total: $ 609,554.90<br>Filing Creditor Name and Address:<br>  KOSTAL OF AMERICA INC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>  APS CAPITAL CORP<br>  1301 CAPITAL OF TEXAS HWY STE<br>  NO B 220<br>  AUSTIN, TX 78746<br><br>Docketed Total: $609,554.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $609,554.90<br>                                        $609,554.90 | Modified Total: $567,619.16<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $222.80  $567,396.36<br>                      $222.80  $567,396.36 |
| Claim: 8317<br>Date Filed: 06/21/2006<br>Docketed Total: $ 86,804.08<br>Filing Creditor Name and Address:<br>  METAL SURFACES INC<br>  6060 SHULL ST<br>  BELL GARDENS, CA 90201 | Claim Holder Name and Address<br>  HAIN CAPITAL HOLDINGS LLC<br>  301 RTE 17 6TH FL<br>  RUTHERFORD, NJ 07070<br><br>Docketed Total: $86,804.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44539           $9,354.04  $77,450.04<br>                   $9,354.04  $77,450.04 | Modified Total: $81,284.63<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44539           $8,234.65  $73,049.98<br>                   $8,234.65  $73,049.98 |
| Claim: 9962<br>Date Filed: 07/19/2006<br>Docketed Total: $ 963,916.70<br>Filing Creditor Name and Address:<br>  OSRAM OPTO<br>  SEMICONDUCTORS INC<br>  COOLEY GODWARD LLP<br>  101 CALIFORNIA ST 5TH FL<br>  SAN FRANCISCO, CA 94111-5800 | Claim Holder Name and Address<br>  OSRAM OPTO SEMICONDUCTORS<br>  INC<br>  COOLEY GODWARD LLP<br>  101 CALIFORNIA ST 5TH FL<br>  SAN FRANCISCO, CA 94111-5800<br><br>Docketed Total: $963,916.70<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640       UNL              $963,916.70<br>               UNL              $963,916.70 | Modified Total: $963,916.70<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $88,989.40  $874,927.30<br>                      $88,989.40  $874,927.30 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9151-11   Filed 08/24/07   Entered 08/24/07 17:50:09   Exhibit G  
Pg 5 of 8

Twentieth Omnibus Claims Objection

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9993<br>Date Filed: 07/20/2006<br>Docketed Total: $ 1,094,656.41<br>Filing Creditor Name and Address:<br>  OSRAM SYLVANIA INC<br>  100 ENDICOTT ST<br>  DANVERS, MA 01923-3623 | Claim Holder Name and Address<br>  DEUTSCHE BANK SECURITIES INC      Docketed Total:   $928,226.61<br>  60 WALL ST 3RD FL<br>  NEW YORK, NY 10005<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                     $928,226.61<br>                                                                     ─────────<br>                                                                     $928,226.61 | Modified Total:   $878,312.62<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                   $57,468.93      $820,843.69<br>                                                   ─────────        ─────────<br>                                                   $57,468.93      $820,843.69 |
| | Claim Holder Name and Address<br>  SPCP GROUP LLC          Docketed Total:   $166,429.80<br>  2 GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 06830<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                     $166,429.80<br>                                                                     ─────────<br>                                                                     $166,429.80 | Modified Total:   $157,480.29<br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                     $157,480.29<br>                                                                     ─────────<br>                                                                     $157,480.29 |
| Claim: 14102<br>Date Filed: 07/31/2006<br>Docketed Total: $ 38,399.50<br>Filing Creditor Name and Address:<br>  PHOTO STENCIL LLC<br>  ROTHGERBER JOHNSON &<br>  LYONS LLP<br>  1200 17TH ST STE 3000<br>  DENVER, CO 80202-5855 | Claim Holder Name and Address<br>  PHOTO STENCIL LLC       Docketed Total:   $38,399.50<br>  ROTHGERBER JOHNSON & LYONS<br>  LLP<br>  1200 17TH ST STE 3000<br>  DENVER, CO 80202-5855<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                     $38,399.50<br>                                                                     ─────────<br>                                                                     $38,399.50 | Modified Total:   $25,389.48<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                                     $2,600.00<br>05-44640                                   $5,295.00      $17,494.48<br>                                                   ─────────        ─────────<br>                                                   $5,295.00      $20,094.48 |

*See Exhibit J for a listing of debtor entities by case number.  
*UNL stands for unliquidated

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16479<br>Date Filed: 01/11/2007<br>Docketed Total: $ 561,083.00<br>Filing Creditor Name and Address:<br>SENSUS PRECISION DIE CASTING INC<br>PO BOX 11587<br>RICHMOND, VA 15871 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | | Docketed Total: | $561,083.00 | | | Modified Total: | $561,083.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$561,083.00<br>―――――<br>$561,083.00 | Case Number*<br>05-44640 | Secured | Priority<br>$101,745.58<br>―――――<br>$101,745.58 | Unsecured<br>$459,337.42<br>―――――<br>$459,337.42 |
| Claim: 2713<br>Date Filed: 04/24/2006<br>Docketed Total: $ 6,253,576.29<br>Filing Creditor Name and Address:<br>TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C<br>MUNSCH HARDT KOPF & HARR PC<br>3800 LINCOLN PLZ<br>500 N AKARD ST<br>DALLAS, TX 75201-6659 | Claim Holder Name and Address<br><br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | | Docketed Total: | $6,253,576.29 | | | Modified Total: | $6,253,576.29 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,253,576.29<br>―――――<br>$6,253,576.29 | Case Number*<br>05-44640 | Secured | Priority<br>$64,270.14<br>―――――<br>$64,270.14 | Unsecured<br>$6,189,306.15<br>―――――<br>$6,189,306.15 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9037<br>Date Filed: 07/05/2006<br>Docketed Total: $ 1,676,212.31<br>Filing Creditor Name and Address:<br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: **$920,461.40**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $920,461.40<br>                                          **$920,461.40** | Modified Total: **$0.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $0.00<br>                                          **$0.00** |
| | Claim Holder Name and Address<br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246<br><br>Docketed Total: **$755,750.91**<br><br>Case Number*  Secured  Priority       Unsecured<br>05-44640                       $21,833.87    $733,917.04<br>                               **$21,833.87**  **$733,917.04** | Modified Total: **$157,945.50**<br><br>Case Number*  Secured  Priority      Unsecured<br>05-44640                       $5,458.47    $152,487.03<br>                               **$5,458.47**  **$152,487.03** |
| Claim: 13572<br>Date Filed: 07/25/2006<br>Docketed Total: $ 46,538.80<br>Filing Creditor Name and Address:<br>UNITED PLASTICS GROUP INC<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Claim Holder Name and Address<br>UNITED PLASTICS GROUP INC<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523<br><br>Docketed Total: **$46,538.80**<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44640       $46,538.80<br>               **$46,538.80** | Modified Total: **$43,513.29**<br><br>Case Number*  Secured  Priority      Unsecured<br>05-44640                       $2,010.69    $41,502.60<br>                               **$2,010.69**  **$41,502.60** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11640<br>Date Filed: 07/27/2006<br>Docketed Total: $ 10,208,032.27<br>Filing Creditor Name and Address:<br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | Claim Holder Name and Address<br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | Docketed Total: | | $10,208,032.27 | | Modified Total: | | $4,183,936.11 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$658,509.45 | Unsecured<br>$9,549,522.82 | Case Number*<br>05-44640 | Secured | Priority<br>$658,509.45 | Unsecured<br>$3,525,426.66 |
| | | | $658,509.45 | $9,549,522.82 | | | $658,509.45 | $3,525,426.66 |

**Total Claims to be Modified: 18**

**Total Amount as Docketed:  $31,897,188.41**

**Total Amount as Modified:  $ 24,022,117.56**

*See Exhibit J for a listing of debtor entities by case number.
*UNL stands for unliquidated
Page 8 of 8