In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9151-12    Filed 08/24/07    Entered 08/24/07 17:50:09    Exhibit H  
Pg 1 of 1    Twentieth Omnibus Claims Objection

**EXHIBIT H - CONSENSUALLY MODIFIED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10488<br>Date Filed: 07/24/2006<br>Docketed Total: $ 200,000.00<br>Filing Creditor Name and Address:<br>BRUCE C WHEELER<br>C O<br>MORRISCANTORLUKASIKDOLCE<br>&PANEPINTO<br>1000 LIBERTY BUILDING<br>420 MAIN ST<br>BUFFLAO, NY 14202 | Claim Holder Name and Address<br>BRUCE C WHEELER<br>C O<br>MORRISCANTORLUKASIKDOLCE<br>&PANEPINTO<br>1000 LIBERTY BUILDING<br>420 MAIN ST<br>BUFFLAO, NY 14202<br><br>Docketed Total: **$200,000.00**<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44481                              $200,000.00<br>                                              **$200,000.00** | Modified Total: **$60,000.00**<br><br><br><br><br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                              $60,000.00<br>                                              **$60,000.00** |
| Claim: 5070<br>Date Filed: 05/08/2006<br>Docketed Total: $ 0.00<br>Filing Creditor Name and Address:<br>MANNS DEBRA A<br>FRANK J DOLCE<br>1000 LIBERTY BLDG<br>420 MAIN ST<br>BUFFALO, NY 14202 | Claim Holder Name and Address<br>MANNS DEBRA A<br>FRANK J DOLCE<br>1000 LIBERTY BLDG<br>420 MAIN ST<br>BUFFALO, NY 14202<br><br>Docketed Total: **UNL**<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   UNL<br>                                                   **UNL** | Modified Total: **$45,000.00**<br><br><br><br><br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                              $45,000.00<br>                                              **$45,000.00** |
|  |  | **Total Claims to be Modified: 2**<br>**Total Amount as Docketed:  $200,000.00**<br>**Total Amount as Modified:  $ 105,000.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated