## EXHIBIT I - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6909<br>Date Filed: 05/26/2006<br>Docketed Total: $ 0.00<br>Filing Creditor Name and Address:<br>BALDWIN SANDRA L<br>2320 WEST JEFFERSON<br>TRENTON, MI 48183 | Claim Holder Name and Address<br>BALDWIN SANDRA L<br>2320 WEST JEFFERSON<br>TRENTON, MI 48183<br><br>Docketed Total: **UNL**<br><br>Case Number*: 05-44481 — Secured: — Priority: — Unsecured: UNL<br>Total: **UNL** | Modified Total: **$45,000.00**<br><br>Case Number*: 05-44481 — Secured: — Priority: — Unsecured: $45,000.00<br>Total: **$45,000.00** |
| Claim: 465<br>Date Filed: 11/09/2005<br>Docketed Total: $ 100,000.00<br>Filing Creditor Name and Address:<br>JENNIFER T ASHERBRANNER AND RONALD R ASHERBRANNER<br>PO BOX 968<br>DECATUR, AL 35602 | Claim Holder Name and Address<br>JENNIFER T ASHERBRANNER AND RONALD R ASHERBRANNER<br>PO BOX 968<br>DECATUR, AL 35602<br><br>Docketed Total: **$100,000.00**<br><br>Case Number*: 05-44640 — Secured: — Priority: — Unsecured: $100,000.00<br>Total: **$100,000.00** | Modified Total: **$225,000.00**<br><br>Case Number*: 05-44640 — Secured: — Priority: — Unsecured: $225,000.00<br>Total: **$225,000.00** |
| Claim: 6603<br>Date Filed: 05/22/2006<br>Docketed Total: $ 93,000.00<br>Filing Creditor Name and Address:<br>KELLY R GROCE & KELLY D GROCE<br>STEWART & STEWART<br>931 S RANGELINE RD<br>CARMEL, IN 46032 | Claim Holder Name and Address<br>KELLY R GROCE & KELLY D GROCE<br>STEWART & STEWART<br>931 S RANGELINE RD<br>CARMEL, IN 46032<br><br>Docketed Total: **$93,000.00**<br><br>Case Number*: 05-44481 — Secured: — Priority: — Unsecured: $93,000.00<br>Total: **$93,000.00** | Modified Total: **$35,000.00**<br><br>Case Number*: 05-44481 — Secured: — Priority: — Unsecured: $35,000.00<br>Total: **$35,000.00** |
|  |  | **Total Claims to be Modified: 3**<br>**Total Amount as Docketed:  $193,000.00**<br>**Total Amount as Modified:  $ 305,000.00** |

*See Exhibit J for a listing of debtor entities by case number.
*UNL stands for unliquidated