**In re Delphi Corporation, et al.**   **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### Exhibit J - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44618 | ASPIRE, INC. |
| 05-44623 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44632 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |