# LYDEN, LIEBENTHAL & CHAPPELL, LTD.
## ATTORNEYS AT LAW
5565 Airport Highway
Suite 101
Toledo, OH 43615
(419) 867-8900
Facsimile (419) 867-8909

Patricia G. Lyden*
Jon B. Liebenthal*+
Erik G. Chappell*
Russell R. Miller
Dominic J. Spinazze*
Brenda A. Ray*
Brian C. Kalas*
Brett C. Perelman^
Julie A. Douglas
Benjamin Z. Heywood*

Michigan Office:
25 S. Monroe St., Ste. 310
Monroe, MI 48161

Of Counsel
Duard D. Ballard
Marci L. Klumb*
Suzanne Belot Norton**

WRITER'S E-MAIL:
egc@lydenlaw.com

*Also Admitted in Michigan
+Also Admitted in D.C.
^Admitted in Michigan only
**Also Admitted in W. Virginia & PA

February 12, 2007

Evan Gershbein, Esq.
Kurtzman Carson Consultants, LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

RE:    Metro Fibres: Delphi Claim No. 1357

To Whom It May Concern:

Please take notice that Metro Fibres, through undersigned counsel, is hereby withdrawing its Claim No. 1357 in the amount of $16,896.00.

If you have any questions or wish to discuss this matter, please do not hesitate to contact me.

Very truly yours,

Lyden, Liebenthal & Chappell, Ltd.

Erik G. Chappell

EGC/lpe
cc:    Richard Eaton

Received
FEB 20 2007
Kurtzman Carson

