Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Outsourcing Counsel to the
Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                :         Chapter 11
                                                      :         Case No. 05-44481 (RDD)
  DELPHI CORPORATION, INC., et al.,                   :         (Jointly Administered)
                                      Debtors.        :
---------------------------------------------------------------x

## NOTICE OF NAME CHANGE

Please take notice that effective August 31, 2007 the name of MAYER, BROWN, ROWE & MAW LLP will be:

MAYER BROWN LLP
Our office address remains:
71 South Wacker Drive
Chicago, Illinois 60606
Tel.    312.782.0600
Fax    312.701.7711

Our email address will change from mayerbrownrowe.com to mayerbrown.com.

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

Dated: August 29, 2007            /s/ Paul J. N. Roy, Esq.
                                  Paul J. N. Roy, Esq.
                                  MAYER, BROWN, ROWE & MAW LLP
                                  71 South Wacker Drive
                                  Chicago, Illinois  60606
                                  Tel.    312.782.0600
                                  Fax    312.701.7711

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Outsourcing Counsel to the
Debtors and Debtors-in-Possession)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| In re: | : | Chapter 11 |
|  | : | Case No. 05-44481 (RDD) |
| **DELPHI  CORPORATION, INC., et al.,** | : | (Jointly Administered) |
| **Debtors.** | : |  |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

   Paul J.N. Roy, an attorney, hereby certifies that on August 29, 2007, he caused to be served, via email, a true and correct copy of the **NOTICE OF NAME CHANGE** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com, except for (i) Miami-Dade County Tax Collector, Metro-Dade Paralegal Unit, 140 West Flagler Street, Suite 1403, Miami, FL 33130; (ii) Professional Technologies Services, John V. Gorman, P.O. Box #304, Frankenmuth, MI  48734, (iii) Gregory J. Jordan, Dykema Gossett PLLC, 10 Wacker Drive, Suite 2300, Chicago, IL 60606; (iv) Internal Revenue Service, Attn: Insolvency Department, 477 Michigan Ave, Mail Stop 15, Detroit, MI 48226; (v) Beth Klimczak, Gen Cnsl., Jason, Inc., 411 E. Wisconsin Ave., Ste 2120, Milwaukee, Ave 53202; (vi) Stephen Toy, WL Ross & Co LLC; 600 Lexington Ave., 19th Fl., New York, NY 10022; and (vii) Tyco Electronics Corporation, MaryAnn Brereton, Assistant General Counsel, 60 Columbia Road, Morristown, NJ 07960, which parties were served via First Class, U.S. Mail, postage prepaid; and via overnight delivery, upon those parties that  constitute the "Notice Parties", pursuant to the Interim Compensation Order.  Registered members of the Court's CMECF system that are participants in these proceedings received electronic notice of this filing.

Dated:       Chicago, Illinois
     August 29, 2007           /s/ Paul J. N. Roy, Esq.
                       Paul J. N. Roy, Esq.