05-44481-rdd  Doc 9169-3  Filed 08/29/07  Entered 08/29/07 11:51:20  Exhibit 3
Pg 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT 3 - USW**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|
| UNITED STEELWORKERS<br>FIVE GATEWAY CENTER RM 807<br>PITTSBURGH, PA 15222 | 11535 | 07/27/2006 | DELPHI CORPORATION (05-44481) |