UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                                      :        Chapter 11
:
DELPHI CORPORATION, et al.,        :        Case No. 05-44481
:
                Debtors.        :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER – NATHAN L. STUART")

      Upon the application of Kayalyn A. Marafioti, dated August 29, 2007, for admission pro hac vice of Nathan L. Stuart in the above-captioned reorganization cases; it is hereby

      ORDERED, that Nathan L. Stuart is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
          August __, 2007

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE