UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
   In re                                              :        Chapter 11
:
DELPHI CORPORATION, et al.,            :        Case No. 05-44481
:
                             Debtors.       :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER – NATHAN L. STUART")

Upon the application of Kayalyn A. Marafioti, dated August 29, 2007, for admission pro hac vice of Nathan L. Stuart in the above-captioned reorganization cases; it is hereby

ORDERED, that Nathan L. Stuart is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        August 30, 2007

                                                     /s/Robert D. Drain_____
                                                   UNITED STATES BANKRUPTCY JUDGE