**SURETY**

**333 S. Wabash Avenue 41st Floor Chicago IL 60604**

**Douglas Mraz**
Senior Surety Claims Counsel
Telephone   312-822-2859
Facsimile    312-755-7276
Internet
Douglas.Mraz@cnasurety.com

August 24, 2007

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, NY 10274-5058

### In re Delphi Corporation., Case #05-44640

Dear Clerk:

Enclosed is a withdrawal of the proof of claim previously filed on behalf of National Fire Insurance Company of Hartford and Continental Casualty Company ("The Sureties").

The Sureties have not suffered a loss to date, thus they are withdrawing their claims without prejudice.

The Sureties reserve the right to file claims in the future.

If you have any questions please call me.

Sincerely,

*[signature]*

DOUGLAS MRAZ
Authorized Representative of the Sureties

RECEIVED
AUG 28 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM # 4744

National Fire Insurance Company of Hartford and Continental Casualty Company through the undersigned counsel, hereby withdraw their claims identified as Proof of Claim No. 4744 without prejudice.

Dated: August 24, 2007
    New York, New York

Respectfully submitted,

By: *Douglas Mraz*
Douglas Mraz, Senior Claims Counsel
CNA SURETY
333 S. Wabash Avenue, 41st Floor
Chicago, IL 60604
(312) 822 2859

