Victor J. Mastromarco, Jr. (Mich Bar No P34564)   Hearing Date: September 6, 2007
Russell C. Babcock (Mich Bar No P57662)          Time: 10:00 a.m. (Eastern Standard)
THE MASTROMARCO FIRM
Counsel to H.E. Services Company &
Robert Backie
1024 North Michigan Avenue
Post Office Box 3197
Saginaw, Michigan 48605-3197
(989) 752-1414

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

### EXHIBIT INDEX FOR H.E. SERVICES COMPANY AND ROBERT BACKIE'S AMENDED SUPPLEMENTAL RESPONSE

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1. | Robert Backie Affidavit |
| 2. | Universal Inspection Documents |
| 3. | Ancon Documents |
| 4. | H.E. Services Documents |
| 5 | Deposition of Richard Bolt |
| 6 | Minority Supplier Development Program |
| 7. | Deposition of Thomas Arnold |
| 8. | Deposition of Robin Schembri |
| 9. | Deposition of William Loricchio |
| 10. | Deposition of Patrick Harmon |
| 11. | Deposition of Jerry Haller |
| 12. | Deposition of Joseph Stearns |
| 13. | Deposition of Anthony Perna |
| 14. | Deposition of Bruce Waslusky |
| 15. | Deposition of David Sterns |
| 16. | Deposition of Enrique Chavez |
| 17. | Delphi Automotive Systems Purchase Request (Excello) |
| 18. | Amended Complaint with Attachments |