# UNIVERSAL
# INSPECTION

# EXHIBIT 2

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
260

**Invoice Date:**
Mar 5, 2004

**Page:**
1

Voice:   (989) 758-0950
Fax:     (989) 758-0954

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5094 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | COST TO SORT PARTS AT EUCLID FOR SECURITY PLASTICS. 26075272 COLUMNS | 390.00 | 390.00 |

|  |  |
|---|---|
| Subtotal | 390.00 |
| Sales Tax | |
| Total Invoice Amount | 390.00 |
| Payment/Credit Applied | |
| **TOTAL** | 390.00 |

Check/Credit Memo No:

00017

**DELPHI** Automotive Systems

## PURCHASE ORDER:    A2M22183

PAGE

**00018**

---

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
8601

SHIP TO:  DELPHI
SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
3561
US

INVOICE TO:  DELPHI
****
** INSTRUCTIONS **
****    SEE    ****
00000    BELOW    **** 00
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
[2] copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE
03/31/04

ALTERATION ISSUE DATE
S34

ALTERATION EFFECTIVE
DATE

PHONE: 256-552-5214
B ALLEN
Buyer

PURCHASING AGENT

F.O.B.
S/P FREIGHT COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE    BELOW

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ UNIT OF MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: PARIS ROGERS

*****************ATTENTION ALL SUPPLIERS***************
COMPLETE SHIP TO ADDRESS MUST BE ON ALL PACKING SLIPS
****************************************************

TERMS AND CONDITIONS PRINTED ON THE REVERSE
SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO
TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT
VALID.  DELPHI'S TERMS AND CONDITIONS CAN BE
FOUND ON THE WEB SITE LISTED BELOW.  SELLER
ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE INCORPORATED IN, AND
A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO
THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY
REFERRED TO AS THIS "CONTRACT").  A COPY OF

CONTINUE PAGE    2

0830    USER  SHERRY A LETSON

9126

# DELPHI
Automotive Systems

## PURCHASE ORDER:

PAGE

**A2M22183**

PHONE: 256-552-5214

| ORDER DATE | |
| --- | --- |
| 03/31/04 | B. ALLEN |
| ALTERATION ISSUE DATE | S 34 |
| | Buyer |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

00019

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| VENDOR NUMBER 02-099-1696 | SHIP TO: |
| --- | --- |
| THE SERVICES CO | DELPHI |
| UNIVERSAL INSPECTION DIV | SAGINAW STEERING SYSTEMS |
| 3870 E WASHINGTON RD | 231 PLANT 23 CISCO 44123 |
| SAGINAW MI | 6275 U.S. HWY. 31 SOUTH |
| 48601 | ATHENS AL |
| | 35611 |
| | US |

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

INVOICE TO:
DELPHI     **** SEE ****
**** INSTRUCTIONS **
00000     BELOW **** 00
US

| TERMS | | | | | |
| --- | --- | --- | --- | --- | --- |
| 2ND DAY OF 2ND MONTH | | F.O.B. S/P FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA SEE BELOW | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions hereof, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 500 | PR401162 001 | USER | BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS", FORMS, AND ADDITIONAL INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES ATTACHMENT C GENERAL TERMS AND CONDITIONS"). SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | 05/01/04 B 0.00% | | 1.0000 | DOL |
| | | SHERRY A LETSON | | | | | | | |

SHIPPING CHARGES TO GET/RETURN DEFECTIVE MATERIAL,
HOURLY RATE TO SORT THRU HOLE SIZE/FIX AS REQUIRED
WHO ORDERED: R RUMRILL 552-5246

CONTINUE PAGE 3

J0830
J01

# DELPHI
Automotive Systems

## PURCHASE ORDER.

PAGE

00020

003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 03/31/04 |
| ALTERATION ISSUE DATE | S34 |
| ALTERATION EFFECTIVE DATE | |

PHONE: 256-552-5214
B. ALLEN
Buyer

PURCHASING AGENT

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

**INVOICE TO:**
DELPHI
**** SEE ****
** INSTRUCTIONS **
**** BELOW **** 00
00000
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611

UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

This copy is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to the Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the reverse side hereof, constitutes the entire agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | F.O.B. S/P FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | SHIP VIA SEE BELOW | | | |

ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE
LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED,
SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI-
LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON
AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY
OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT
DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF
BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE
GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT
PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND
DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR
SERVICES UNDER THIS CONTRACT.
***

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE
ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND
INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES).
DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED
UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAY
MENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO
ADHERE TO THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURC
HASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION
VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PUR-
CHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON

CONTINUE PAGE    4

| 00830 | USER | SHERRY A LETSON |

# DELPHI
Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE 4

00021

---

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611

US

SHIP TO:
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611

US

INVOICE TO:
DELPHI
**** SEE ****
** INSTRUCTIONS **
**** BELOW ****
00000
00

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE: 03/31/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 256-552-5214
B. ALLEN
S34    Buyer

PURCHASING AGENT

| TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | S/P FREIGHT COLLECT | | | | SEE BELOW | | | |

THE FAX OR LETTER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER
NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN
WITH SHIPMENTS. COPIES SHOULD ALSO BE MAILED TO THE
"WHO ORDERED" PERSON REFERENCED ON THE ORDER.
********IF PAYMENT DID NOT OCCUR 2ND DAY OF THE 2ND
MONTH AFTER RECEIPT OF GOODS.
3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON
RECEIPT RECORDS.
5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES 'TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED"
PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
***************************************************
EAG DISBURSEMENTS    PHONE (248) 874-4636
***

CONTINUE PAGE    5

---

J0830    USER    SHERRY A LETSON

# DELPHI
Automotive Systems

**PURCHASE ORDER:** A2M22183

PAGE 5

00022

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 03/31/04 | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 256-552-5214
B. ALLEN    S34
Buyer

PURCHASING AGENT

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
**** SEE ****
** INSTRUCTIONS **
**** BELOW **** 00
00000
US

| TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | | SEE BELOW |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTIPLE MEASUR | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|
| 00830 | | USER | SHERRY A LETSON | | | | | | 6 |

CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW
PURCHASING VIA A PURCHASE ORDER ALTERATION.
ANY CHANGES IN DELIVERY DATE FOR ANY REASON
WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO
THE BUYER WITH DETAILED EXPLANATION.

**********NEW PROCESS EFFECTIVE 5-24-02***************
***SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL***
LESS THAN 40 #--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT OR
PREPAID.ALL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL. PLANT NUMBER MUST BE ON THE LABEL,
FOR ITEMS COLLECTIVELY WEIGHING 40 #-12,000#. SEE
BELOW.
IF SHIPPING FROM--USE THESE CARRIERS:
MI, IN, IL, WI, OH        U.S.F. HOLLAND
ON, (ONTARIO)             U.S.F. HOLLAND
ALL OTHER STATES          CENTRAL TRANSPORT
------------------------------------------------------------
OVER 12,000#--- CALL DELPHI TRANSPORTATION DEPART-
MENT FOR CARRIER DESIGNATION SEND COLLECT (989) 757-
3509. WHEN SENDING UPS CONSIGNEE BILLING (NOT COLLECT
OR PREPAID) USE THE FOLLOWING UPS ACCOUNT NUMBERS FOR
RESPECTIVE PLANT: DO NOT SEND PREPAID ONLY UPS

CONTINUE PAGE 6

# DELPHI
Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE 6

00023

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 256-552-5214 |
| 03/31/04 | B. ALLEN |
| ALTERATION ISSUE DATE | S 34 | Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611

US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
DELPHI  ****

US

INVOICE TO:
DELPHI  ****
**  INSTRUCTIONS **
****        BELOW ****  00
00000

SEE
US

| TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | | SEE BELOW |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE / MULTIPLE MEASUR | UNIT OF MEASUR |

00830    USER    SHERRY A LETSON

CONSIGNEE.
PLT. 2101 ACCT. 333958
PLT. 2301 ACCT. 335998
SHIPPING AND ROUTING INSTRUCTIONS FOR DIRECT MATERIAL
*********CALL 888/303-0033 FOR INSTRUCTIONS********
WHEN SHIPPING CAPITAL EQUIPMENT DOMESTICALLY PLEASE
CALL ARTISAN AND ASSOCIATES 800/338-6486.
SHIPMENTS THAT CROSS BORDERS, PLEASE CONTACT
989/757-5509 FOR DETAILED INSTRUCTIONS.

**********************SALES TAX CODES***********************
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM.  BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
(A)  NOT TAXABLE-EXPERIMENTAL ENGINEERING
(A)  NOT TAXABLE-INDUSTRIAL PROCESSING
(C)  NOT TAXABLE-FOR RESALE
(D)  NOT TAXABLE - SALES PROMOTION AND CONSUMER
     INFLUENCE.  VENDOR RESPONSIBLE FOR TAX.
(E)  NOT TAXABLE-POLLUTION CONTROL EQUIP.
(F)  TAXABLE-DO NOT BILL TAX.  BUYER HAS DIRECT PAY
PERMIT.
(G)  NOT TAXABLE-SERVICE VENDOR-LABOR ONLY
(H)  NOT TAXABLE-DO NOT BILL-FOR CONSUMPTION IN MEXICO

CONTINUE PAGE    7

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
In the event a signed acknowledgement copy is not returned to Buyer, acceptance of this order shall be constituted by acceptance of all or any part of the articles herein ordered, or by commencement of performance of any work.
This order is subject to the terms and conditions on the face and reverse side hereof and the complete and final agreement between Buyer and Seller and the same supersedes in any way, modifying any of said terms and conditions will be wholly inoperative unless signed by Buyer's authorized purchasing representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# DELPHI
Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE  7

00024

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611

**SHIP TO:**
DELPHI
SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
**** ****
** INSTRUCTIONS **
***** BELOW **** 00
00000
US

| TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | ORDER DATE | PHONE: 256-552-5214 |
|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | | 03/31/04 | B. ALLEN  S34 |

ORDER DATE: 03/31/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA
SEE BELOW

PURCHASING AGENT

Buyer

This card is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|

(I) MATERIAL ONLY TAXABLE-CONSTRUCTION CONTRACT FOR
REAL PROPERTY.  CONTRACTOR RESPONSIBLE FOR SALES
TAX ON MATERIAL*.
**********ALABAMA ONLY***********************
(J) NOT TAXABLE - INDUSTRIAL PROCESSING
(REPLACES IDB PURCHASED EQUIPMENT)
(K) TAXABLE - INDUSTRIAL PROCESSING.  DO NOT BILL
TAX.  BUYER HAS DIRECT PAY PERMIT (NEW M/E
AND TOOLING)
(L) TAXABLE - INDUSTRIAL PROCESSING.  DO NOT BILL
TAX.  BUYER HAS DIRECT PAY PERMIT.  (NEW M/E AND
TOOLING - ABATEMENT)
(M) NOT TAXABLE - RENTALS.  SUPPLIER RESPONSIBLE
FOR SALES TAX.
*********ATTENTION ALL SUPPLIERS***************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.

*RIGHT TO AUDIT*                        (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI CORPORATION FOR

CONTINUE PAGE    8

00830   USER   SHERRY A LETSON

DELPHI
Automotive Systems

# PURCHASE ORDER:

PAGE    8

A2M22183

PHONE: 256-552-5214

B. ALLEN    Buyer
S 3 4

| ORDER DATE | 03/31/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**SHIP TO:**

DELPHI SAGINAW STEERING SYSTEMS
23I PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL.
35611
US

**VENDOR NUMBER 02-099-1696**
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM

**INVOICE TO:**
DELPHI    **** ****
DELPHI    ** INSTRUCTIONS **
SEE    **** ****
00000    BELOW    00
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On its face hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including all blanket orders and releases as to item and delivery schedule and price, represents the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED S/P FREIGHT COLLECT | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE UNIT O. MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

**TERMS**
2ND DAY OF 2ND MONTH

A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.    (ZM)

*INVOICES*
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER - - INVOICE/PACKING SLIP NO.
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME & ADDRESS (IAR), IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN.
*NOTICE*
*FOR SERVICES ONLY*
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR
INVOICE IN A TIMELY MANNER.

*COST-QUANTITY ON PO/RELEASE*    (ZX)
THE $1.00 UNIT PRICE DOES NOT REPRESENT COST, BUT
IS A MULTIPLIER.    COST IS REPRESENTED BY QUANTITY

00B30    USER SHERRY A LETSON

CONTINUE PAGE    9

00025

# ΔΕLPHI
Automotive Systems

**PURCHASE**

**ORDER:** A2M22183

PAGE 9

00026

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611

SHIP TO:

DELPHI
SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI            SEE        ****
** INSTRUCTIONS **
****        BELOW    ****
00000                        00
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

The order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE! % | BASE UNIT PRICE | PRICE UNIT O MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|

**TERMS**
2ND DAY OF 2ND MONTH

**F.O.B.**
S/P FREIGHT COLLECT

**DESTINATION UNLESS OTHERWISE INDICATED**

**SHIP VIA**
SEE BELOW

**ORDER DATE** 03/31/04

**PHONE:** 256-552-5214

**ALTERATION ISSUE DATE** S34

B. ALLEN    Buyer

**ALTERATION EFFECTIVE DATE**

PURCHASING AGENT

ON PO/RELEASE.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

00830    USER    SHERRY A LETSON

LAST PAGE

# H E Services/Universal Inspection Group
## 3870 E. Washington Rd.
## Saginaw, MI 48601
## USA

# Invoice

Invoice Number:
351

Invoice Date:
Mar 26, 2004

Page:
1

Voice: (989) 758-0950

Fax: (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | A2M22183 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 500.00 | SHIPPING CHARGES TO GET/RETURN DEFECTIVE MATERIAL HOURLY RATE TO SORT THRU HOLE SIZE/FIX AS REQUIRED | 1.00 | 500.00 | 8900910600 |

Check/Credit Memo No:

Total Invoice Amount     500.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

00027

# DELPHI
## Purchase Request

Yellow shaded areas are required fields

**Req. No.** 401162

| | | | Service | | | |
|---|---|---|---|---|---|---|
| | | | SB PO / REL No. | | | |
| Supplier | Universal | | Cap/Const. | Other | | |
| | | Duns No. | MBO / BL PO No. | | A2M22183 | APA Rec'd | Required |
| | | | PO# / Alt. | | | | Promised |
| | | Fax No. | Date | 03/29/04 | | Effective |
| Address | 3780 Washington Rd Saginaw Michigan | | Ship to Dock | | FAX | | Expires |
| | | | Rec./Notify | R. Rumrill | | |
| | | | Phone | 552-5246 | Mail/Pit | |
| | | | Delivery To | | | |

| Contact | Paris Rogers | Phone No. | 989-753-6221 | | Clauses |
|---|---|---|---|---|---|
| Tax Code | | WO Type | Number | | |
| **Total** | | | Where Used / Remarks | | |
| **Est.** | $500 | | Charges to sort approx 1,200 TC pump lugs for thru hole size. | | Buyer | | Date |
| **Cost** | | | The date stamp sent a burr into opening of thru hole. 26082895's | | Purchasing Manager | | Date |

Must be Complete: Is a Substitute Material or Supplier Acceptable

Yes

No.    **Must Provide Justification**

| | | | | Quote No. | | Shipper |
|---|---|---|---|---|---|---|
| Invoice / Packing Slip | | | | | | FOB |
| Service Approved / Complete | | | | | | Pay Terms |
| APA Rec'd Services | | | | | | |

| Originator | Phone | | | | Acct. Appr. | Date | Approval | Date | Approval | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| R. Rumrill | 256-552-5246 | | | | | | | | | |

| Qty | U/M | Est. Unit Cost | Actual Unit Cost | GC | GL | DEPT | SUB | CORP | LOC | PROD | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ea | $50 | | | | | | | | | Shipping charges to get / return defective material |
| 6 | hr | $126 | | | | | | | | | Hourly rate to sort thru hole size / fix as required |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Das 2207    12-Mar-04

00028



**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER

· 018150

S.O. NUMBER

SHIPPED TO Prince Manufacturing

ADDRESS 10105 N. Lapeer Rd.

CITY Oxford, MI 48371

DATE SHIPPED 3·31·04

CUSTOMER'S ORDER NUMBER

INVOICE NUMBER

SHIPPED VIA Universal Inspection

| QUANTITY | | DESCRIPTION |
|---|---|---|
| ORDERED | SHIPPED | |
| 1296 | 1296 | 216082895  Housing |
| | | ·3 @ 432 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED _____

RECD. BY: A. Green

DELPHI

DELPHI 9070

**PURCHASE**

PAGE

**ORDER:** S2S45150

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4117

| ORDER DATE 10/20/03 | | G KELCH | Buyer |
| --- | --- | --- | --- |
| ALTERATION ISSUE DATE | | S21 | |
| ALTERATION EFFECTIVE DATE | | | |

PURCHASING AGENT

---

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between the Buyer and Seller and no other terms and conditions in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached May Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA SEE BELOW |
| --- | --- | --- |
| SHIPPING POINT | | |

| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | | | | |
| --- | --- | --- | --- | --- | --- |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER |

| | | | | | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 10/27/03 | B  0.00% | 1.0000 | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

| 00001 | 2827.50 | PR361026 001 | | QUALITY SORT FOR SHAFTS |
| --- | --- | --- | --- | --- |

WHO ORDERED: K.COLE/7557-4606

ALL INVOICES MUST BE SENT TO: K.COLE/757-4606
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT* (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILI-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
***************SALES TAX CODES***************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.

TODD HYBELS BEOW

USER SUZANNE J BEARDSLEY    ORIGINAL    CONTINUE PAGE

**00030**

SMDL03 01/15/2003

PAGE 2

A000800



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

   ATTN.: **STEVE CAIRD**

| | |
|---|---|
| **INVOICE:** | 002492 |
| **HES CONTACT:** | Lee Lambert |
| **DATE:** | 9/5/03 |

PURCHASE ORDER #   52545150

**DESCRIPTION:**

        OFF-SITE

   JOB#   8900907000   **SHIPPER#**  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 145 | $19.50 | $2,827.50 |
| FOR SORTING PUMP ARMS 100% AT PR 361026001 | | | |
| PRINCE MANUFACTURING | | | |
| | | **TOTAL AMOUNT** | **$2,827.50** |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

00031

# UNIVERSAL INSPECTION

## 3870 E. WASHINGTON
## SAGINAW, MI  48601

**To:** Todd Hausbeck

**Company:** Delphi

**Fax #:** 757-4773

**Telephone #:** 757-4606

**Number of Pages:** 2

**From:** Elizabeth Stockwell

**Fax #**          (989) 758-0954

**Telephone #**     (989) 758-0950

**Today's Date**    10 / 08 / 03

**Message:**

This is the invoice I spoke with you about on the phone.  This job was
initiated on 8/15 & was closed on 8/22.  Steve Caird is the contact
I have in the folder.  We were given a number of PR 361026-001
& were supposed to receive a P.O. # when we had pricing.

I need to get a P.O. for this invoice & have it  receipted so that payment
will be scheduled.  If you still have questions after reviewing this
invoice please contact me at 758-0950 or Paris Rogers at 753-6440.

Thanks for your help!

If you receive this message in error please call us collect at the above number and destroy documents.





FAXED
10/8/03  3:45pm
00032

# UNIVERSAL INSPECTION

### 3870 E. WASHINGTON
### SAGINAW, MI  48601

**ACCREDITED**
**CERT #1323.01**

| | |
|---|---|
| *To:* Greg Rovoll | *From:* Elizabeth Stockwell |
| *Company:* Delphi | *Fax #*        (989) 758-0954 |
| *Fax #:* 757-4911 | *Telephone #*        (989) 758-0950 |
| *Telephone #:* 798-7822 | *Today's Date*    01 /21/ 04  29 |
| *Number of Pages:*    2 | |

*Message:*

I just checked the payment system & invoice # 4980 11/07/03

for $9,169.88  P.O. S2S45240 is not in the system.  All the other

9 invoices on that job are scheduled for payment, but this one

must have gotten missed.

It is over 60 days so if you could please receipt it as soon as

possible that would be great.

Give me a call if you have any questions.

If you receive this message in error please call us collect at the above number and destroy documents.

## FAX COVER SHEET





FAXED
1/29/04 11:32am

00033



FAXED
1/21/04 9:08am

/\DELPHI

**PURCHASE ORDER:** S2S45240

PAGE 1

**00034**

ORDER DATE 10/24/03

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

SHIP VIA
SEE BELOW

PHONE: 989-757-4117
G KELCH
S21                          Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO: (3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYS.
DELPHI INVOICE
US

| NET TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE / UNIT MEA |
|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | 60000 | PR326576 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | 10/31/03 | B  0.00% | 1.0000 | |

F.O.B.
DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

RFQ NUMBER

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.)

STRAIGHT TIME SORTING HOURS - 19.50/HR
OVERTIME SORTING HOURS - 25.35/HR
DOUBLE TIME SORTING HOURS - 35.10/HR
WHO ORDERED: G.ROVOLL/757-5951

ALL INVOICES MUST BE SENT TO: G.ROVOLL/757-5951
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
**************************SALES TAX CODES*************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE

(ZH)
B

G0L3



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

   ATTN.: **GREG ROVOLL**

| | |
|---|---|
| INVOICE: | 005714 |
| HES CONTACT: | Lee Lambert |
| DATE: | 12/14/03 |
| PURCHASE ORDER # | S2S45240 |

DESCRIPTION:          OFF-SITE
                JOB# 890E906300     SHIPPER# 99999

| | ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| (172.3 HRS) | STR TIME SORTING HOURS-$19.50/HR | 3359.85 | $1.00 | $3,359.85 |
| (32.1 HRS) | OVERTIME SORTING HOURS-$25.35/HR | 813.74 | $1.00 | $813.74 |
| (27.4) | DOUBLE TIME SORTING HOURS-$35.10/HR | 961.74 | $1.00 | $961.74 |
| | PERIOD ENDING 12/14/03 | | | |
| | | | TOTAL AMOUNT | $5,135.33 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00035**



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

   ATTN.: **GREG ROVOLL**

| | |
|---|---|
| INVOICE: | 0065930 |
| HES CONTACT: | Lee Lambert |
| DATE: | 12/21/03 |
| PURCHASE ORDER # | S2S45240 |

DESCRIPTION:       OFF-SITE
           JOB# 890F906300    **SHIPPER#** 99999

| | ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| (184.2 HRS) | STR TIME SORTING HOURS-$19.50/HR | 3591.90 | $1.00 | $3,591.90 |
| (28 HRS) | OVERTIME SORTING HOURS-$25.35/HR | 709.80 | $1.00 | $709.80 |
| (38 HRS) | DOUBLE TIME SORTING HOURS-$35.10/HR | 1333.80 | $1.00 | $1,333.80 |
| | PERIOD ENDING 12/21/03 | | | |
| | | | TOTAL AMOUNT | $5,635.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

**00036**