

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

   ATTN.: **GREG ROVOLL**

INVOICE:      005985

HES CONTACT:    Lee Lambert

DATE:    12/28/03

PURCHASE ORDER #    S2S45240

DESCRIPTION:    OFF-SITE
    JOB# 890G906300    **SHIPPER#** 99999

| ITEM CODE | | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| (70.7 HRS) | STR TIME SORTING HOURS-$19.50/HR | 1378.65 | $1.00 | $1,378.65 |
| (0 HRS) | OVERTIME SORTING HOURS-$25.35/HR | 0.00 | $1.00 | $0.00 |
| (0 HRS) | DOUBLE TIME SORTING HOURS-$35.10/HR | 0.00 | $1.00 | $0.00 |
| | PERIOD ENDING 12/21/03 | | | |
| | | | TOTAL AMOUNT | $1,378.65 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00037**

# Invoice

*H.E. Services Universal Inspection Group*

*3870 E. Washington Rd.*

*Saginaw, MI 48601*

*USA*

Voice:   (989) 758-0950
Fax:     (989) 758-0954

**Invoice Number:**
6319

**Invoice Date:**
Jan 9, 2004

**Page:**
1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|-------------|-------------|---------------|
| Delphi | S2S45240 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|----------|-------------|------------|-----------|--------|
| 1.00 | (206.8 hrs)  Straight Time Sorting | 4,032.60 | 4,032.60 | 8900906300,Labor |
| 1.00 | (16.1 hrs)  Over Time Sorting Hours | 408.14 | 408.14 | |
| 1.00 | (24.0 Hrs)  Double Time Hours | 842.40 | 842.40 | |

W/E 1/11/04

**Total Invoice Amount**      5,283.14

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

**00038**

## SHIPPER / INVOICE



*Ancon Prototype & Machine | Universal Tool | Universal Inspection | Universal Manufacturing*

**H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400**

| | |
|---|---|
| Invoice Number | 006540 |
| Invoice Date | January 16, 2004 |
| PO Number | |
| Contract | |
| Job Description: | 89-0-J9063-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager  LEE LAMBERT

Job Description:      On-Site Delphi Sort

| | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Labor | 1.00 | 4,112.75 | 4,112.75 |
| Invoice Total | | | 4,112.75 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00039**

*H E Services Universal Inspection Group*

*3870 E. Washington Rd.*

*Saginaw, MI 48601*

*USA*

# Invoice

Voice:   (989) 758-0950
Fax:     (989) 758-0954

Invoice Number:
121

Invoice Date:
Jan 23, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI   48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI   48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | (66.9) STRAIGHT TIME SORTING HOURS-$19.50 | 1,304.55 | 1,304.55 | 8900906300 |
| | W/E 1/25/04 | | | |

Total Invoice Amount     1,304.55

Check/Credit Memo No:

Received by:_____

Date:_____

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan   48267-2742

**00040**



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

ATTN.: **GREG ROVOLL**

|  |  |
|---|---|
| INVOICE: | 006103 |
| HES CONTACT: | Lee Lambert |
| DATE: | 01/02/2004 |
| PURCHASE ORDER # | S2S45240 |

DESCRIPTION:       OFF-SITE
                JOB# 890H906300       SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (12.6 HRS)  STR TIME SORTING HOURS-$19.50/HR | 245.70 | $1.00 | $245.70 |
| (16.2 HRS) OVERTIME SORTING HOURS-$25.35/HR | 410.67 | $1.00 | $410.67 |
| (18 HRS) DOUBLE TIME SORTING HOURS-$35.10/HR | 631.80 | $1.00 | $631.80 |
| PERIOD ENDING 12/21/03 | | | |
| | | TOTAL AMOUNT | $1,288.17 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT. MICHIGAN 48267-2742

Received By: _____

Date: _____

**00041**

# HES

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

   ATTN.: **GREG ROVOLL**

INVOICE:  005198

HES CONTACT:  Lee Lambert

DATE:  11/21/2003

PURCHASE ORDER #  S2S45240

DESCRIPTION:  OFF-SITE
JOB# 890B906300    **SHIPPER#  9999**

| ITEM CODE | | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| (187 HRS) | STR TIME SORTING HOURS-$19.50/HR | 3646.50 | $1.00 | $3,646.50 |
| (32.5 HRS) | OVERTIME SORTING HOURS-$25.35/HR | 823.88 | $1.00 | $823.88 |
| | PERIOD ENDING 11/23/03 | | | |
| | | | TOTAL AMOUNT | $4,470.38 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00042

# HES

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| | **INVOICE:**   005216 |

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

   ATTN.:  **GREG ROVOLL**

**HES CONTACT:**   Lee Lambert

**DATE:**   11/28/2003

**PURCHASE ORDER #**   S2S45240

**DESCRIPTION:**        OFF-SITE
                    JOB# 890C906300   **SHIPPER#  9999**

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (94.4 HRS)   STR TIME SORTING HOURS-$19.50/HR | 1840.80 | $1.00 | $1,840.80 |
| (.5 HRS) OVERTIME SORTING HOURS-$25.35/HR | 12.68 | $1.00 | $12.68 |
| (32.4) DOUBLE TIME SORTING HOURS-$35.10/HR | 1137.24 | $1.00 | $1,137.24 |
| PERIOD ENDING 11/30/03 | | | |
| | | **TOTAL AMOUNT** | $2,990.72 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**HES**

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 HOLLAND AVE.<br><br>Saginaw, MI 48601<br><br>ATTN.: **GREG ROVOLL** | INVOICE: 005454 |

HES CONTACT:        Lee Lambert

DATE:        12/07/2003

PURCHASE ORDER #        S2S45240

DESCRIPTION:                OFF-SITE
                JOB# 890D906300        SHIPPER# 9999

| | ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| (193 HRS) | STR TIME SORTING HOURS-$19.50/HR | 3763.50 | $1.00 | $3,763.50 |
| (18.3 HRS) | OVERTIME SORTING HOURS-$25.35/HR | 463.91 | $1.00 | $463.91 |
| (21) | DOUBLE TIME SORTING HOURS-$35.10/HR | 737.10 | $1.00 | $737.10 |
| | PERIOD ENDING 12/07/03 | | | |
| | | | TOTAL AMOUNT | $4,964.51 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00044**



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400



FAXED
11/6/03
K.R.

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 HOLLAND AVE.<br><br>Saginaw, MI 48601<br><br>ATTN.: **GREG ROVOLL** | INVOICE:   00:4169 |

HES CONTACT:   Lee Lambert

DATE:   10/31/03

S2S45240

PURCHASE ORDER #

DESCRIPTION:                OFF-SITE
JOB#      890090L300  SHIPPER#

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (356 HRS) STR TIME SORTING HOURS-$19.50/HR | 6942.00 | $1.00 | $6,942.00 |
| (54.6 HRS) OVERTIME SORTING HOURS-$25.35/HR | 1384.11 | $1.00 | $1,384.11 |
| DOUBLE TIME SORTING HOURS-$35.10/HR | | | |
| PERIOD ENDING 10/31/03 | | | |

PR 326576 001

TOTAL AMOUNT   $8,326.11

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00045

## SHIPPER / INVOICE



**Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

| | |
|---|---|
| Invoice Number | 004169 |
| Invoice Date | October 31, 2003 |
| PO Number | S2B02595 |
| Contract | |
| Job Description: | 89-0-09063-00 |
| Page | 1 of 1 |

Manager   LEE LAMBERT

Job Description:      Sort Brgs for Cracks-Delphi

| | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Straight Time Sorting | 1.00 | 8,326.11 | 8,326.11 |
| Invoice Total | | | 8,326.11 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00046



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

*10/27/03*

*Greg turned in*
*faxed copy*
*to purch.*

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN: *Greg Rovoll*

INVOICE:   (M99999)

HES CONTACT:   Lee Lambert

DATE:   10/27/03

PURCHASE ORDER #

DESCRIPTION:   OFF-SITE
JOB#   8900906300   SHIPPER#   99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 1063 | $19.50 | $20,724.60 |
| OVER TIME SORTING HOURS | 217.6 | $25.35 | $5,516.16 |
| DOUBLE TIME SORTING HOURS (REF. SORT BALL BRGS FOR CRACKS WITH MICROSCOPE @ DELPHI) | 90.3 | $35.10 | $3,169.53 |
| | | TOTAL AMOUNT | $29,410.29 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00047

## SHIPPER / INVOICE

 **Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

**H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400**

| | |
|---|---|
| **Invoice Number** | 004168 |
| **Invoice Date** | October 31, 2003 |
| **PO Number** | S2B02595 |
| **Contract** | |
| **Job Description:** | 89-0-09063-00 |
| | |
| **Page** | 1 of 1 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager   LEE LAMBERT

Job Description:      Sort Brgs for Cracks-Delphi

| | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Straight Time Sorting | 1.00 | 29,410.29 | 29,410.29 |
| Invoice Total | | | 29,410.29 |

**Remit Payment To:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**A Division of H.E. Services**

3870 E. Washington Road, Saginaw, Michigan 48601
Bus. (989) 758-0950   Fax (989) 758-0954

TO: Delphi Automotive Systems

DATE: 9/03/03
QUOTE #: 2129
VALID FOR 30 DAYS

ATTN: Purchasing / Greg Rovoll

We are pleased to submit the following quote:

| Qty | Part # | Description | Unit Price | Total Price |
|-----|--------|-------------|-----------|-------------|
| TBD | N/A | Straight Time Sorting Hours | $19.50 | On-Going |
| TBD | N/A | Overtime Sorting Hours | $25.35 | On-Going |
| TBD | N/A | Double Time Sorting Hours | $35.10 | On-Going |

**Grand Total: $TBD**

Note: This Quote is for sorting Ball Bearings for cracks using microscopes.

Please reference our Quote # on your Purchase Order. By issuing a P.O., you are agreeing to the above listed terms.

Thank you for the opportunity to provide this quote.

Sincerely,

Lee Lambert
Vice President / Inspection Operations

00049

# Sorting Kick-off Sheet

P.O. #: _____

\* ☐ New Customers please check here
& fill in bottom of form

Company Name: _Delphi Saginaw Pt#1_

Contact Name: _Greg Ronell_          Phone #: _757-3095_

Part #: _____    Part Name: _Ball Bearings_

Description: _Sort Balls for cracks - we are to_
_supply 3 people (and two micro scopes)_

---

\*Bill to Address: _____

Signature _Paris Rogers_          Date _7/28/03_

Note: If the word CONTROLLED is not in red ink, this document is uncontrolled.

00050

QF-68
REV.003
03/06/03
Page 1 of 1



# PRINCE
## MANUFACTURING

November 21, 2003



RECEIVED
NOV 2 4 2003

H.E. Services
5117 S. Dort Hwy
Flint, MI 48507

Dear Sir or Madam:

The following invoices were billed to Prince Manufacturing in error.  See attached
email from Stan Patterson dated November 10, 2003.  According to this email
and conversation, the lock module containment to check rotation, because of the
short shots, is a Delphi responsibility.  I am not positive of the billing address.
However, you may start by sending them to:

> Delphi
> Attn:  Dale Kowaleski
> 3900 Holland Rd
> Saginaw, MI 48601-9494

Sincerely,

Douglas J. Brink

Corporate Controller

enclosure



19 W 8TH STREET, SUITE 200, HOLLAND, MI 49423
P.O. BOX 2519, HOLLAND, MI 49422-2519
PHONE: 616-494-0502   FAX: 616-494-9361

00051

**Doug Brink**

| | |
|---|---|
| **From:** | Stan Patterson [SPatterson@princemanufacturing.com] |
| **Sent:** | Monday, November 10, 2003 12:04 PM |
| **To:** | Doug Brink |
| **Subject:** | Lock module containment |

Doug,

Per our conversation last Friday, we are not responsible to paying the
containment costs.  On Tuesday, October 21st, I spoke to Sybil Chernek,
Delphi SQE, and Paris Rogers, HE Services, about sending the lock module
containment bill to Delphi.

Stan Patterson
Prince Manufacturing - Oxford
Office:  (248) 628-2778
Mobile:  (248) 830-4008

00052



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400



OCT 2 0 2003

BY:_____

| | |
|---|---|
| Prince Manufacturing<br>19 W. 8th Street<br>HOLLAND, MI 49423<br><br>ATTN.: Accounts Payable | INVOICE:   003293 |

HES CONTACT:   LEE LAMBERT

DATE:   09/22/03

*10/30 Blank PO*

PURCHASE ORDER #   2038

DESCRIPTION:

JOB#   8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 9/14/03 | 212.0 | $19.50 | $4,134.00 |
| | | TOTAL AMOUNT | $4,134.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00053



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

PRINCE MANUFACTURING
19 WEST 8TH ST

HOLLAND, MI 49423

ATTN.: **ACCOUNTS PAYABLE**

INVOICE:          003252

HES CONTACT:      LEE LAMBERT

DATE:          9/26/03

*10/16 open*
*10/30 Blank PO*

PURCHASE ORDER #          2038

DESCRIPTION:

JOB#     8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|-----------|-------|------------|--------|
| STRAIGHT TIME SORTING HOURS CHECK FOR ROTATION (SHORT SHOTS) AT YOUR FACILITY WEEKENDING 9/7/03 | 241 | $19.50 | $4,699.50 |
| | | TOTAL AMOUNT | $4,699.50 |

*10/29*



RECEIVED
OCT 16 2003
BY:

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00054



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| Prince Manufacturing<br>19 W. 8th Street<br>HOLLAND, MI 49423<br><br>ATTN.: **Accounts Payable** | **INVOICE:**  003526 |

*10/30*
*Blank PO*

| | |
|---|---|
| HES CONTACT: | LEE LAMBERT |
| DATE: | 09/28/03 |
| PURCHASE ORDER # | 2038 |

**DESCRIPTION:**

JOB#   8900907200 SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 9/28/03 | 161.0 | $19.50 | $3,139.50 |
| | | TOTAL AMOUNT | $3,139.50 |

RECEIVED
OCT 2 7 2003
BY:................

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00055



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   **ATTN.: Accounts Payable**

**INVOICE:**          003294

**HES CONTACT:**     LEE LAMBERT

**DATE:**          09/29/03

*10/30  Blank P.O*

**PURCHASE ORDER #**          2038

**DESCRIPTION:**

   JOB#     8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 9/21/03 | 296.0 | $19.50 | $5,772.00 |
| | | **TOTAL AMOUNT** | **$5,772.00** |

*10/29*



RECEIVED
OCT 2 2 2003
BY:------------------

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

00056

 **H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street
HOLLAND, MI 49423

   ATTN.: **Accounts Payable**

**INVOICE:**       003527

HES CONTACT:    LEE LAMBERT

DATE:     10/05/03

PURCHASE ORDER #    2038

DESCRIPTION:

      JOB#  8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 185.0 | $19.50 | $3,607.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/05/03 | | | |
| | | **TOTAL AMOUNT** | **$3,607.50** |



**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00057