

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:       003527

HES CONTACT:   LEE LAMBERT

DATE:         10/05/03

PURCHASE ORDER #      2224

DESCRIPTION:

    JOB#   8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 185.0 | $19.50 | $3,607.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/05/03 | | | |
| | | TOTAL AMOUNT | $3,607.50 |

---

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00058



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: **Accounts Payable**

INVOICE:                003737

HES CONTACT:      LEE LAMBERT

DATE:                10/12/03

PURCHASE ORDER #            2038

**RECEIVED**
**NOV 03 2003**
**BY:**

DESCRIPTION:

JOB#    8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 159.0 | $19.50 | $3,100.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/12/03 | | | |
| | | TOTAL AMOUNT | $3,100.50 |

---

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00059



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street
HOLLAND, MI 49423

    ATTN.: Accounts Payable

INVOICE:            003737

HES CONTACT:        LEE LAMBERT

DATE:               10/12/03

PURCHASE ORDER #         2224

DESCRIPTION:

JOB#    8900907200  SHIPPER#  99999

| ITEM CODE | QUNI. | UNIT PRICE | AMOUNT |
|-----------|-------|------------|--------|
| STRAIGHT TIME SORTING HOURS | 159.0 | $19.50 | $3,100.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/12/03 | | | |
| | | TOTAL AMOUNT | $3,100.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

**00060**



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

Prince Manufacturing
19 W. 8th Street
HOLLAND, MI 49423

   ATTN.: Accounts Payable

| | |
|---|---|
| INVOICE: | 003738 |
| HES CONTACT: | LEE LAMBERT |
| DATE: | 10/19/03 |
| PURCHASE ORDER # | 2038 |

DESCRIPTION:

JOB#    8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 187.0 | $19.50 | $3,646.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/19/03 | | | |
| | | TOTAL AMOUNT | $3,646.50 |

RECEIVED
NOV 0 3 2003
BY:---------------

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00061

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, Mi 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street
HOLLAND, MI 49423

   ATTN.: Accounts Payable

| | |
|---|---|
| INVOICE: | 003736 |
| HES CONTACT: | LEE LAMBERT |
| DATE: | 10/19/03 |
| PURCHASE ORDER # | 2224 |

DESCRIPTION:

JOB# 8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS CHECK LOCK MODULES (SHORT SHOTS) FOR ROTATION AT YOUR FACILITY WEEKENDING 10/19/03 | 187.0 | $19.50 | $3,646.50 |
| | | TOTAL AMOUNT | $3,646.50 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00062



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RECEIVED
NOV 1 0 2003
BY: -------------------

| | |
|---|---|
| Prince Manufacturing | **INVOICE:**   003965 |
| 19 W. 8th Street | |
| HOLLAND, MI 49423 | |
| **ATTN.: Accounts Payable** | |

**HES CONTACT:**   LEE LAMBERT

**DATE:**   10/30/03

**PURCHASE ORDER #**   2224

DESCRIPTION:

JOB#   8900907200   **SHIPPER#  99999**

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 202.0 | $19.50 | $3,939.00 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| PERIOD ENDING 10/26/03 | | | |
| | | **TOTAL AMOUNT** | $3,939.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

00063



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

    ATTN.: Accounts Payable

INVOICE:                 003965

HES CONTACT:    LEE LAMBERT

DATE:                10/28/03

PURCHASE ORDER #              2224

DESCRIPTION:

JOB#    8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 202.0 | $19.50 | $3,939.00 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| PERIOD ENDING 10/26/03 | | | |
| | | TOTAL AMOUNT | $3,939.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00064



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:                004171

HES CONTACT:     LEE LAMBERT

DATE:                10/31/03

PURCHASE ORDER #              2224

DESCRIPTION:

JOB#   8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 179.0 | $19.50 | $3,490.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| PERIOD ENDING 10/31/03 | | | |
| | | TOTAL AMOUNT | $3,490.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00065**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| Prince Manufacturing<br>19 W. 8th Street<br><br>HOLLAND, MI 49423<br><br>ATTN.: Accounts Payable | **INVOICE:**   003740 |

|  |  |
|---|---|
| HES CONTACT: | LEE LAMBERT |
| DATE: | 10/12/03 |
| PURCHASE ORDER # | 2165 |

DESCRIPTION:

JOB#   8900907700  SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>VARIOUS PUMP ASM-VERIFY TORQUE<br>ON ASSEMBLIES ON LINE<br>    PERIOD ENDING 10/05/03 | 174.0 | $19.50 | $3,393.00 |
| | | TOTAL AMOUNT | $3,393.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00066**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

ATTN.: Accounts Payable

INVOICE:                    003713

HES CONTACT:        LEE LAMBERT

DATE:                10/05/03

PURCHASE ORDER #        2165

DESCRIPTION:

JOB#    8900907700  SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 252.0 | $19.50 | $4,914.00 |
| VARIOUS PUMP ASM-VERIFY TORQUE | | | |
| ON ASSEMBLIES ON LINE | | | |
| PERIOD ENDING 09/28/03 | | | |
| | | TOTAL AMOUNT | $4,914.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00067



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:          003967

HES CONTACT:     LEE LAMBERT

DATE:          10/24/03

PURCHASE ORDER #          2165

DESCRIPTION:

   JOB#    8900907700 SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 255.0 | $19.50 | $4,972.50 |
| VARIOUS PUMP ASM-VERIFY TORQUE | | | |
| ON ASSEMBLIES ON LINE | | | |
| PERIOD ENDING 10/26/03 | | | |
| | | TOTAL AMOUNT | $4,972.50 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00068**

# H E Services/Universal Inspection Group
## 3870 E. Washington Rd.
## Saginaw, MI  48601
## USA

# Invoice

Invoice Number:
356

Invoice Date:
Mar 26, 2004

Page:
1

Voice:   (989) 758-0950

Fax:     (989) 758-0954

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA
*Joe Munger*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | *Credit Card- please use Attached form* | Net 30 Days | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | DIGITAL HEIGHT STAND - CALIBRATION | 65.00 | 65.00 | 8400718000 |

Check/Credit Memo No:

Total Invoice Amount          65.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

**00069**

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

**SHIPPING ORDER**

017871

SHIPPER NUMBER

S.O. NUMBER   870-7180

| | | |
|---|---|---|
| SHIPPED TO | DELPHI SAGINAW DEPT. 16 | DATE SHIPPED   3/09/2004 |
| ADDRESS | 3900 HOLLAND ROAD | CUSTOMER'S ORDER NUMBER |
| CITY | SAGINAW    MI   48601 | INVOICE NUMBER |
| | JOE MUNGER | SHIPPED VIA   PICK-UP |

| QUANTITY | | DESCRIPTION |
|---|---|---|
| ORDERED | SHIPPED | |
| 1 | 1 | 01   DSS-6205   0-18" DIGITAL HEIGHT GAGE |
| | | 02            CALIBRATION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED _____

RECD. BY _____

00070

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI  48601**
**USA**

# Invoice

Invoice Number:
355

Invoice Date:
Mar 26, 2004

| Voice: | (989) 758-0950 |
| Fax: | (989) 758-0954 |

Page:
1

| Sold To: | Ship to: |
|---|---|
| Delphi Saginaw Steering Systems | Delphi Saginaw Steering Systems |
| 3900 E. Holland Ave. | 3900 E. Holland Ave. |
| Saginaw, MI  48601 | Saginaw, MI  48601 |
| USA | USA |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,080.00 | GENERAL INSPECTION STRAIGHT TIME (REF. GAGES FOR THE MONTH OF MARCH) | 1.00 | 1,080.00 | 8400717400 |

Check/Credit Memo No:

Total Invoice Amount          1,080.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

00071

# DELPHI
## Purchase Request
Bold areas are required fields

Page 1 of 1

| Service | X |
| Cap/Const. | |
| Other | |

**Supplier:** Universal Inspection

**Address:** 3870 E. Washington Rd.
Saginaw, MI 48601

**Duns No.** 020091646
**Fax No.**

**Contact:** Lee Lambert
**Phone No.** 75B-0450

SB PO / REL No.
MBO / BL PO No. 52B02950xxl / Req. No. 382719
PO# / Alt.

| | | | |
|---|---|---|---|
| Date 4/1/01 | APA Rec'd | | Required |
| Ship to Dock 201 | | | Promised |
| Rec./Notify John Ekelso | | | Effective |
| Phone 7-3324 | Mail/Plt. 09 | Fax | Expires |

Deliver To

**Tax Code** — **Number** 75B-0450

| Qty | U/M | Est. Cost | Actual Cost | WO Type | GC 2 | GL 4 | Dept. 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ≈1,000.00 | Dns | | $1.00 | | | | | | | | | General Inspector Straight Time (Ref. Bases for the month of March) |

Where Used / Remarks

Clauses

**Total Est. Cost**

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

| | |
|---|---|
| Buyer | Date |
| Purchasing Manager | Date |

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Quote No.

| | |
|---|---|
| Shipper | |
| FOB | |
| Pay Terms | |

**Originator** — **Phone** — Haz'd Mat'l Appr. — Acct. Appr. — Date — Approval — Date

DAS 2207 07/02

00072

**DELPHI**
**Purchase Request**
Bold areas are required fields

Page __1__ of __1__
SB PO / REL No. _____
MBO / BL PO No. S2B02045004 / Req. No. **382719**
PO# / Alt.

Service X
Cap/Const. _____
Other _____

Supplier: Universal Inspection
Duns No. 020081646
Fax No. _____   APA Rec'd
Address: 3870 E. Washington Rd.
Saginaw MI 48601

Date 4/1/04   Ship to Dock BOI
Rec./Notify John Baldwin
Phone 7-3324 Mail/Plt. 09   Fax

Contact Lee Lambert   Phone No. 758-0050
Tax Code _____   WO Type _____   Number _____

Deliver To

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DBOP Dis | | $1.00 | | | | | | | | General Inspection Straight Time (Ref. Gages for the month of March |

Where Used / Remarks

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____ Must Provide Justification

Invoice / Packing Slip   Quote No.
Service Approved / Completed
APA Rec'd Services

Clauses

Buyer _____   Date
Purchasing Manager _____   Date
Shipper
FOB
Pay Terms

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval | Date |
|---|---|---|---|---|---|---|

DAS 2207 07/02

00-4160-48

**00073**

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI  48601**
**USA**

# Invoice

Invoice Number:
273

Invoice Date:
Mar 5, 2004

Page:
1

Voice:  (989) 758-0950

Fax:  (989) 758-0954

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Greg Hover
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S33587 001 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | INSPECTION SERVICES FOR QS-4 (REF. ON-SITE CALIBRATION) | 130.00 | 130.00 | 8400717500 |
| | GL-018 MICROMETER | | | |
| | GA-291213 TEMPLATE GAGE | | | |
| | GA-291212 TEMPLATE GAGE | | | |
| | TL-289098 PLUG GAGE | | | |
| | GA-289885 SNAP RING | | | |
| | GA-289886 | | | |
| | PR 329633 001 | | | |

Check/Credit Memo No:

Total Invoice Amount          130.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

00074

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

*8900908800*

**Invoice Number:**
.281

**Invoice Date:**
Mar 12, 2004

| | |
|---|---|
| Voice: | (989) 758-0950 |
| Fax: | (989) 758-0954 |

**Page:**
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 4/11/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | Sort Various Pieces | 7,618.15 | 7,618.15 |

| | |
|---|---|
| Subtotal | 7,618.15 |
| Sales Tax | |
| Total Invoice Amount | 7,618.15 |
| Payment/Credit Applied | |
| **TOTAL** | 7,618.15 |

Check/Credit Memo No:

**00075**

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Invoice Number:
320

Invoice Date:
Mar 19, 2004

Page:
1

Voice:   (989) 758-0950
Fax:     (989) 758-0954

*3900 908000*

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/18/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PCS (WEEKENDING 3/21/04) | 5,610.06 | 5,610.06 |

|  |  |
|---|---|
| Subtotal | 5,610.06 |
| Sales Tax | |
| Total Invoice Amount | 5,610.06 |
| Payment/Credit Applied | |
| **TOTAL** | 5,610.06 |

Check/Credit Memo No:

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
333

**Invoice Date:**
Mar 26, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

**Page:**
1

Duplicate

| Sold To: | Ship to: |
|---|---|
| Delphi Saginaw Steering Systems<br>3900 E. Holland Ave.<br>Saginaw, MI  48601<br>USA | Delphi Saginaw Steering Systems<br>3900 E. Holland Ave.<br>Saginaw, MI  48601<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/25/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PIECES | 4,414.34 | 4,414.34 |

| | |
|---|---|
| Subtotal | 4,414.34 |
| Sales Tax | |
| Total Invoice Amount | 4,414.34 |
| Payment/Credit Applied | |
| **TOTAL** | 4,414.34 |

Check/Credit Memo No:

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
361

**Invoice Date:**
Mar 26, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

**Page:**
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 4/25/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PIECES | 9,342.51 | 9,342.51 |

| | |
|---|---|
| Subtotal | 9,342.51 |
| Sales Tax | |
| Total Invoice Amount | 9,342.51 |
| Payment/Credit Applied | |
| **TOTAL** | 9,342.51 |

Check/Credit Memo No:

00078