


4985
needs
$185.48
Credit
for Shipper
17017
6819 pcs not sorted




3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER 017099

S.O. NUMBER 9088

SHIPPED TO Delphi - Saginaw

DATE SHIPPED 11/26/03

ADDRESS 3900 Holland Rd

CUSTOMER'S ORDER NUMBER 9015219

CITY Saginaw, MI 48601

INVOICE NUMBER

SHIPPED VIA Universal Insp

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 6512 | 6512 | 26015499 Rod Blank Inner Tie |
| | | 1@3397 1@3115 |
| 13768 | 13768 | corrected at delphi |
| ~~13678~~ | ~~13678~~ | 26074400 Rod Blank Inner Tie |
| | | 1@3289 1@3755 1@3242 1@3482 |
| 2978 | 2978 | 26048635 Rod Blank Inner Tie |
| | | 1@2978 |
| | | |
| 2831 | 2831 | * 26057598 Worm Blanks * Rejects * N/C |

HOW PACKED

RECD. BY:

00079

UNIVERSAL INSPECTION
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER 016803

S.O. NUMBER 9088

SHIPPED TO Delphi - Saginaw
DATE SHIPPED 11-4-03

ADDRESS 3900 Holland Rd.
CUSTOMER'S ORDER NUMBER 9015220

CITY Saginaw, MI 48601
INVOICE NUMBER

Plt. #6
SHIPPED VIA Universal Insp.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 3442 | 3442 | 26069432 Shaft |
| | | 1 @ 1703, 1 @ 1739 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED

RECD. BY:

Delphi Didn't pay

UNIVERSAL INSPECTION
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER 017245

S.O. NUMBER 9088

SHIPPED TO Delphi Saginaw

DATE SHIPPED 12/8/03

ADDRESS 3900 Holland

CUSTOMER'S ORDER NUMBER 90I5219

CITY Saginaw, Mi 48601

INVOICE NUMBER

SHIPPED VIA Universal Insp

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 5928 | 5928 | 26017266 Housing Blk Tie Rod |
| | | |
| 13721 | 13721 | 26015489 Rod Blank Inner Tie |
| | | 1@3748 1@3524 1@3361 1@3088 |
| | | |
| 5004 | 5004 | M844992 Housing Blk Tie Rod |
| | | |
| | | |
| | | |

HOW PACKED

RECD. BY [signature]

UNIVERSAL INSPECTION
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER 017245

S.O. NUMBER 9088

SHIPPED TO Delphi Saginaw

DATE SHIPPED 12/8/03

ADDRESS 3900 Holland

CUSTOMER'S ORDER NUMBER 90I5219

CITY Saginaw, Mi 48601

INVOICE NUMBER

SHIPPED VIA Universal Insp

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 5928 | 5928 | 26017266 Housing Blk Tie Rod |
| | | |
| 13721 | 13721 | 26015499 Rod Blank Inner Tie |
| | | 1 @ 3748 1 @ 3524 1 @ 3361 1 @ 3088 |
| | | |
| 5004 | 5004 | 7844992 Housing Blk Tie Rod |
| | | |
| | | |
| | | |

HOW PACKED

RECD. BY [signature]




3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
**A Division of H.E. Services**

**SHIPPING ORDER**

018119

SHIPPER NUMBER

S.O. NUMBER 9088

SHIPPED TO Delphi Saginaw

DATE SHIPPED 4-8-04

ADDRESS 3900 Holland Rd

CUSTOMER'S ORDER NUMBER 90IS219

CITY Saginaw MI 48601

INVOICE NUMBER

SHIPPED VIA Universal Insp

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 2000 | 2000 | 40705 Steering Shaft |
| | | 2 @ 1000 |
| | | |
| 3455 | 3455 | 40864 Shaft upper |
| | | 1 @ 1248 1 @ 1013 1 @ 1194 |
| | | |
| 6000 | 6000 | 26083145 Shaft Blank |
| | | 2 @ 3000 |
| | | |

HOW PACKED

RECD. BY:

00083

DELPHI Automotive Systems

Good

# PURCHASE ORDER: S2S33236

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3GI) PLT 3 - CENTRAL GAGE LAB
3900 HOLLAND RD
SAGINAW MI
48601 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
SEE INVOICE
INSTRUCTIONS 00
00000 US

VENDOR NUMBER 02-099-1696

TO:
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE: 11/28/01
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

517-757-4641
J NICHOLS
S01
Buyer
PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B.: SHIPPING POINT — DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02306 | | | | |
| 0001 | 2000 | PR319889 008 | PLT 3 CALIBRATE & SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | 12/07/01 | G 0.00% | 1.0000 | |
| 0002 | 2000 | PR319889 009 | PLT 4 CALIBRATE&SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | 12/07/01 | G 0.00% | 1.0000 | |
| 0003 | 2000 | PR319889 010 | PLT 5 CALIBRATE&SERIVE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | 12/07/01 | G 0.00% | 1.0000 | |
| 0004 | 2000 | PR319889 011 | PLT 6 CALIBRATE&SERIVE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | 12/07/01 | G 0.00% | 1.0000 | |
| 0005 | 2000 | PR319889 012 | PLT 7-CALIBRATE & SERVICE PERT99-0097 WHO ORDERED: B. MACK/7-5399 | 12/07/01 | G 0.00% | 1.0000 | |
| 0006 | 2000 | PR319889 013 | | 12/07/01 | G 0.00% | 1.0000 | |

00084

000521 USER TIFFONY STINSON

ORIGINAL

CONTINUE PAGE 2

SMDL03 11.

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI 48601**
**USA**

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 299
Invoice Date: Mar 12, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA
Connie Huizar

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S33236 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 120.00 | PLANT #6 CALIBRATE PER T-099<br>PR319889 011<br>(Ref. On-Site Cal of Contour reader) | 1.00 | 120.00 | 8400716300 |

Check/Credit Memo No:

Total Invoice Amount 120.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: ____________________

Date: ____________________

DELPHI

**memo**

Date: 6NO03
To: Universal Gage
From: David Reid
Subject: Payment for gage calibration
cc.: Lora Thrun

Please contact Lora Thrun for A card payment for calibration of the Omega load cell and Snap On torque wrench. Lora can be reached at (810) 257 5846.

Thanks

David Reid
(810) 341 0830

SHIPPER / INVOICE



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

| | |
|---|---|
| Invoice Number | 006527 |
| Invoice Date | January 09, 2004 |
| PO Number | Credit Card |
| Contract | |
| Job Description: | 84-0-07066-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager LEE LAMBERT

Job Description: Cal-David Reid

| | Current Qty | Rate | Current Amount |
|---|---|---|---|
| General Inspection Str Time | 1.00 | 369.00 | 369.00 |
| Invoice Total | | | 369.00 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: ______________________

Date: ______________________

Elizabeth

Credit Card info for David Reid - Delphi

UNIVERSAL GAGE

ATT: TERRY BOULTON

Terry

DELPHI 7001

RECEIVED JAN 29

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

# PURCHASE ORDER: S2S46508

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 02-099-1696

TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | 01/23/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

989-757-4048
S RUDZINSKI
S12 Buyer
PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | |
| 00001 | 160 | PR301074 001 | 02/27/04 G 0.00% | 1.0000 | |
| | | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF 2 PCS SPLINE RING GAGES) WHO ORDERED: J.ESKELSON/757-3384 | | |
| | | | ALL INVOICES MUST BE SENT TO: J.ESKELSON/757-3384 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | |
| | | | *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. | | |
| | | | *****************SALES TAX CODES***************(TX) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | |

00089

\000859 USER STEPHEN PARKS ORIGINAL CONTINUE PAGE 2

2502

**DELPHI AUTOMOTIVE SYSTEMS**
**Purchase Request**
Bold areas are required fields

**Service** X
**Cap/Const.**
**Other**

SB PO / REL No.
MBO / BL PO No. S2B02595
PO# / Alt.

Page 1 of 1
Req. No. 301074

Supplier: Universal Inspection
Duns No. 020991696
Fax No. 758-3951
Address: 3870 E. Washington Rd.
Saginaw, MI 48601
Contact: Lee Lambert
Phone No. 758-0950
Tax Code
WO Type
Number

**Date** 9/12/05 | APA Rec'd | Required
**Ship to Dock** 35I | Promised
**Rec./Notify** Jean Eskelson | Effective
**Phone** 7-3384 **Mail/Plt.** 99 | Fax | Expires
Deliver To

| **Qty** | **U/M** | **Est. Cost** | Actual Cost | **GC** 2 | **GL** 4 | **Dept** 5 | **Sub Acct.** 5 | **Corp.** 3 | **Loc.** 3 | **Prod.** 4 | **Item ID / Description** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6000 | Docs | | $1.00 | K9 | 8390 | 99161 | 09696 | 000 | 000 | 0000 | Zeiss Prismo CMM Inspection |
| | | | | | | | | | | | Straight Time |
| | | | | | | | | | | | (Re: 2pcs. Spline Ring Gages) |

Total Est. Cost

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ______
No ______ Must Provide Justification

Buyer Date
Purchasing Manager Date

Invoice / Packing Slip
Quote No.
Shipper
Service Approved / Completed
FOB
APA Rec'd Services
Pay Terms

**Originator** Jean Eskelson **Phone** 757-3384
Haz'd Mat'l Appr.
**Acct. Appr.** Date
Approval Date
Approval Date

DAS 2207 0399

00090

REQUISITIONER COPY

SHIPPER / INVOICE



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN.: JEAN ESKELSON

INVOICE: 002502

HES CONTACT: Lee Lambert

DATE: 9/12/03

PURCHASE ORDER # S2S46508

DESCRIPTION: OFF-SITE

JOB# 8400700100 SHIPPER# 16109, 16113

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 2 PCS SPLINE RING GAGES) PR30107U 001 | 160 | $1.00 | $160.00 |
| | | TOTAL AMOUNT | $160.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** [signature]

**Date:** 2/3/04

00091

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA
Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 256

Invoice Date: Mar 1, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
~~3900 E. Holland Ave.~~
Saginaw, MI 48601
USA

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | To apply the rest of invoice #2502 | 30.50 | 30.50 | 8400700100 |

Total Invoice Amount 30.50

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan 48267-2742

Received by:______________________

Date:______________________

00092

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA
Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 2502-1

Invoice Date: Jan 23, 2004

Page: 1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | TO APPLY PAYMENT` | 30.00 | 30.00 | |

Total Invoice Amount 30.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan 48267-2742

Received by:_______________

Date:_______________

00093

# DELPHI
## Purchase Request
Bold areas are required fields

**Service**
**Cap/Const.**
**Other**

SB PO / REL No.
MBO / BL PO No. 52B02595 004
PO# / Alt.

Page 1 of 1
Req. No. 382718

Supplier: Universal Inspection
Duns No. 020991696
Fax No. 758-0954
Address: 3870 E. Washington Rd.
Saginaw, MI 48601
Contact: Lee Lambert
Phone No. 758-0950
Tax Code
WO Type: SC
Number: 1C9SC3B635

**Date** 3/19/04
APA Rec'd
**Ship to Dock** 301
**Rec./Notify** Tom Tighe
**Phone** 7-9278 **Mail/Plt.** 99
Fax
Deliver To

Required
Promised
Effective
Expires

| **Qty** | **U/M** | **Est. Cost** | Actual Cost | **GC** 2 | **GL** 4 | **Dept** 5 | **Sub Acct.** 5 | **Corp.** 3 | **Loc.** 3 | **Prod.** 4 | **Item ID / Description** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $560.00 | Doc | | $100 | | | | | | | | Zeiss Prismo CMM Inspection |
| | | | | | | | | | | | Straight Time |
| | | | | | | | | | | | (Ref. 4 pcs. 26104874 Jacket |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Total Est. Cost

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ______
No ______ Must Provide Justification

Buyer Date
Purchasing Manager Date

Invoice / Packing Slip
Quote No.
Service Approved / Completed
APA Rec'd Services

Shipper
FOB
Pay Terms

**Originator** **Phone**
Haz'd Mat'l Appr.
**Acct. Appr.** Date
Approval Date
Approval Date

DAS 2207 07/02

870-05412-08

00094

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI 48601**
**USA**

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 315
Invoice Date: Mar 19, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 560.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 4 PCS. 26104874 JACKET) | 1.00 | 560.00 | 8700541200 |

Check/Credit Memo No:

Total Invoice Amount 560.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: ______________________

Date: ______________________

DELPHI

5403

REC'D

# PURCHASE ORDER: S3S26650

PAGE

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601 US

VENDOR NUMBER 02-099-1696

TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 03/08/04 | K HAYDEN 989-757-0687 |
|---|---|---|
| ALTERATION ISSUE DATE | | S20 Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | |
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: LEE LAMBERT | | |
| | | | ***************ATTENTION ALL SUPPLIERS*****(ST) COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL WILL BE RETURNED. | | |
| 00001 | 20 | PR400189 001 | 03/22/04 A 0.00% 26095919 INNER RACE ZEISS INSPECTION (BALL GROOVES) WHO ORDERED: BISHOP/PAQUETTE | 24.0000 | |
| | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | |

00096

A000876 USER JAY R MIKOLEIZIK ORIGINAL LAST PAGE

SMPL03 01/15/2003

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI 48601**
**USA**

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 288
Invoice Date: Mar 12, 2004
Page: 1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
~~3900 E. Holland Ave.~~
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
~~3900 E. Holland Ave.~~
Saginaw, MI 48601
USA
Karen Bishop
Rob Paquette

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S3S26650 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 20.00 | 26095919 INNER RACE ZEISS INSPECTION (BALL GROOVES) PR400189 001 | 24.00 | 480.00 | 8700540300 |

Check/Credit Memo No:

Total Invoice Amount 480.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: ______________________

Date: ______________________

00097




3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

017867

SHIPPER NUMBER

870-5403

S.O. NUMBER

SHIPPED TO DELPHI PROTOTYPE CENTER

DATE SHIPPED

ADDRESS 2975 NODULAR DRIVE

CUSTOMER'S ORDER NUMBER

CITY SAGINAW MI 48601

INVOICE NUMBER

BOB PAQUETTE

SHIPPED VIA

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 20 | 20 | 01 26095619 CG INNERS |
| | | 02 INSPECTION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED

RECD BY: Dave Edinger

00098

DELPHI

5407

RECEIVED

**PURCHASE ORDER:** S3S26691 PAGE

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601 US

VENDOR NUMBER 02-099-1696

TO:
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| ORDER DATE | | |
|---|---|---|
| 03/10/04 | K HAYDEN | 989-757-068 |
| ALTERATION ISSUE DATE | S20 | Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE UM |
|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | |
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: LEE LAMBERT | | |
| | | | ***************ATTENTION ALL SUPPLIERS*****(ST) COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL WILL BE RETURNED. | | |
| 00001 | 1 | PR400365 001 | 03/24/04 A 0.00% 26115364 C/G OUTER RACE MODIFY ZEISS C/G OUTER PROGRM WHO ORDERED: BISHOP/PAQUETTE | 320.0000 | |
| | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | |

00099