# H E Services/Universal Inspection Group
# 3870 E. Washington Rd.
# Saginaw, MI 48601
# USA

# Invoice

Invoice Number:
291

Invoice Date:
Mar 12, 2004

Page:
1

Voice:   (989) 758-0950

Fax:   (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA
Karen  Bishop
Rob  Paquette

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S3S26691 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | 26115364 C/G OUTER RACE MODIFY ZEISS C/G OUTER PROGRAM       PR400365  OO1 | 320.00 | 320.00 | 8700540700 |

Check/Credit Memo No:

Total Invoice Amount          320.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

RECEIVED MAR 0 8

5309

**/DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

SHIP TO: ┌ DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                    US

INVOICE TO: ┌ DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                    US

PAGE

# PURCHASE
## ORDER: S3S26596

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE 03/03/04 | | 989-757-6668 |
| --- | --- | --- |
| ALTERATION ISSUE DATE | | K. HAYDEN Buyer |
| | | S20 |
| ALTERATION EFFECTIVE DATE | | |
| | | PURCHASING AGENT |

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereto, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA SEE BELOW |
| --- | --- | --- |
| | SHIPPING POINT | |

| PAYMENT TERMS NET 2ND DAY OF 2ND MONTH | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER / DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT MULTIPLE |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | |
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: LEE | | | | |
| | | | *************ATTENTION ALL SUPPLIERS****(ST) COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL WILL BE RETURNED. | | | | |
| 00001 | 1 | PR400095-001 | 26090532 ZEISS CMM GAGE R&R WHO ORDERED: SCHAPER/PLANT 5 | 07/30/04 | A  0.00% | 1280.0000 | |
| 00002 | 25 | PR400095 002 | 26090532 ZEISS AXLE BAR SET-UP (EACH TIME) WHO ORDERED: SCHAPER/PLANT 5 | 07/30/04 | A  0.00% | 80.0000 | |
| 00003 | 35 | PR400095 003 | 26090532 ZEISS AXLE BAR INSPECTION (BOTH SPLINE ENDS WHO ORDERED: SCHAPER/PLANT 5 | 07/30/04 | A  0.00% | 52.0000 | |

00101

CONTINUE PAGE 2

A000873  USER JAY R MIKOLEIZIK                          ORIGINAL

# H E Services/Universal Inspection Group
## 3870 E. Washington Rd.
## Saginaw, MI 48601
## USA

**Invoice**

Invoice Number:
337

Invoice Date:
Mar 26, 2004

Page:
1

Voice: (989) 758-0950

Fax: (989) 758-0954

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S3S26596 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | 26090532 ZEISS CMM GAGE R&R  PR400095  001 | 1,280.00 | 1,280.00 | 8700539700 |
| 4.00 | 26090532 ZEISS AXLE BAR SET-UP  PR400095  002 | 80.00 | 320.00 | 8700539700 |
| 35.00 | 26090532 ZEISS AXLE BAR INSPECTION (BOTH SPLINE ENDS)  PR400095  003 | 52.00 | 1,820.00 | 8700539700 |

Check/Credit Memo No:

Total Invoice Amount     3,420.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

00102

H E Services Universal

3870 E. Washington Rd.

Saginaw, MI 48601

USA

Voice:   (989) 758-0950
Fax:     (989) 758-0954

# Invoice

Invoice Number:
222

Invoice Date:
Feb 20, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
RAY BAKER
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 80.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 1 PC. 26109929 TRIPOT) | 1.00 | 80.00 | 8700538500 |

Total Invoice Amount          80.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

00103

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

8700 536700

Invoice Number:
197

Invoice Date:
Feb 13, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

Page:
1

Duplicate

Sold To:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

Ship to:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Jeff Bender
    Saginaw, MI  48601
    USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 3/14/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 160.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 5 PC. UPPER JACKET) | 1.00 | 160.00 |

| | |
|---|---|
| Subtotal | 160.00 |
| Sales Tax | |
| Total Invoice Amount | 160.00 |
| Payment/Credit Applied | |
| **TOTAL** | 160.00 |

Check/Credit Memo No:

**00104**

# Invoice

H.E Services Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

**Invoice Number:**
193

**Invoice Date:**
Feb 13, 2004

**Page:**
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
SEAN HEARN
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 204.00 | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME (REF. 1 PC. GA-291771 FIXTURE GAGE) | 1.00 | 204.00 | 8700535400 |

Total Invoice Amount    204.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

**00105**

**DELPHI**
Purchase Request
Bold areas are required fields

Page 1 of 1
Req. No. 382717

Service. X
Cap/Const.
Other

| Field | Value |
|---|---|
| Supplier | Universal Inspection |
| Address | 3870 E. Washington Rd. |
| | Saginaw, MI 48601 |
| Contact | Lee Lambert |
| Tax Code | |

Duns No.
Fax No. 758-0454
Phone No. 758-0450
Number K456 00 809
WO Type S13

SB PO / REL No.
MBO / BL PO No. 52805645 0004
PO# / Alt.

APA Rec'd
Date 2/19/01
Ship to Dock 301
Rec./Notify Patrick Ryne
Phone 7-1209 Mail/Plt. 99   Fax

Required
Promised
Effective
Expires

Deliver To

Duns No. D2099164e
758-0454

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,440 | Dos | | $1.00 | | | | | | | | Zeiss Prisma Cmm Inspection |
| | | | | | | | | | | | Straight Time |
| 2,160 | Dos | | $1.00 | | | | | | | | General Inspection Straight Time |
| | | | | | | | | | | | (Ref. 2 pcs. 2L099782 & 2 pcs. 2L099782) |

Where Used / Remarks

Clauses

Total
Est.
Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ____
No ____ Must Provide Justification

Quote No.

Buyer                          Date

Purchasing Manager             Date

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Shipper
FOB
Pay Terms

Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval   Date

Originator                 Phone

DAS 2207 07/02

00106

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number:
307

Invoice Date:
Mar 19, 2004

Voice:   (989) 758-0950
Fax:      (989) 758-0954

Page:
1

Duplicate

| Sold To: | Ship to: |
|---|---|
| Delphi Saginaw Steering Systems | Delphi Saginaw Steering Systems |
| 3900 E. Holland Ave. | 3900 E. Holland Ave. |
| Saginaw, MI  48601 | Saginaw, MI  48601 |
| USA | USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/18/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3,440.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME | 1.00 | 3,440.00 |
| 216.00 | | GENERAL INSPECTION STRAIGHT TIME (REF. 2 PCS. 26099782 & 2 PCS. 26099788) | 1.00 | 216.00 |

| | |
|---|---|
| Subtotal | 3,656.00 |
| Sales Tax | |
| Total Invoice Amount | 3,656.00 |
| Payment/Credit Applied | |
| **TOTAL** | 3,656.00 |

Check/Credit Memo No:

00107

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Bold areas are required fields

Page 1 of 1
Req. No. 301081

Service  X
Cap/Const.
Other

SB PO / REL No.
MBO / BL PO No. 52B32545
PO# / Alt.

**Supplier** Universal Inspection
**Address** 3370 E. Washington Rd.
Saginaw MI 48601

Duns No. 020941496
Fax No. 758-0951

Date 1 12/21
Ship to Dock 301
Rec./Notify Mark Andrus
Phone 7-4284 Mail/Plt. 94  Fax

APA Rec'd

**Contact** Lee Lambert
Phone No. 758-0450

Deliver To

| Tax Code | | WO Type SC | Number KGSC37045 | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Qty** | **U/M** | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 |

| Qty | U/M | Est. Cost | Actual Cost | Item ID / Description |
|---|---|---|---|---|
| 1,000 | 00CS | | $100 | Zeiss Prism Cmm Inspection |
| | | | | Straight Time |
| | | | | (Ref 40 pcs. 86107125 Bef EAft H.T. |
| | | | | & 9 pcs. 86106520 Upper Skt) |

Where Used / Remarks

Clauses

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____  Must Provide Justification

Quote No.

Buyer                                        Date

Purchasing Manager                           Date

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Originator          Phone          Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval   Date

Shipper
FOB
Pay Terms

DAS 2207 0399

*H E Services Universal Inspection Group*

*3870 E. Washington Rd.*

*Saginaw, MI 48601*

*USA*

Voice:   (989) 758-0950
Fax:      (989) 758-0954

# Invoice

Invoice Number:
107

Invoice Date:
Jan 23, 2004

Page:
1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
MARK ANDRUS
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46795 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 240.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 9 PCS. 26106522 UPPER JACKET)  PR301081 001 | 1.00 | 240.00 | 8700532300 |

Total Invoice Amount          240.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

00109

A005225 · USER ALYSON BOND

# DELPHI

**DELPHI CORPORATION**
DELPHI S&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO: DELPHI THERMAL & INTERIOR SYS.
M/C 799 - MTC - 202
48 WALTER JONES BLVD.
BLDG. "B"    DOCK 87 & 88
EL PASO, TX
79906
US

INVOICE TO: DELPHI T&I - DIV. OFFICE.
US

## PURCHASE ORDER: FDSX3450

PAGE    1

| ORDER DATE | 01/08/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0681
S. WARD    CA
Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading. Packing Slip must accompany each shipment.
(3 copies of the packing slip must accompany cash shipment.)
Item Identification Number must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

INVOICING NOT REQUIRED FOR
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING PT-FREIGHT COLLECT | | CHEAPEST WAY |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE UEAS | UNIT C MEAS |
|---|---|---|---|---|---|---|---|---|
| 42 | PRMTC074 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | 01/19/04 | C    0.00% | 62.4300 | OTC | |

***********ATTENTION ALL SUPPLIERS**************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS
ON HOW TO ACCESS THIS NEW FEATURE.

WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS
& GEAR DATA
WHO ORDERED: PATRICIA RAMIREZ

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS OR-
DER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER
AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

ORIGINAL

LAST PAGE

SMO103 01/15/2003

00110

# DELPHI

DELPHI CORPORATION
DELPHI S&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

US

VENDOR NUMBER 02-099-1696

TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
M/C 799 MTC - 202
48 WALTER JONES BLVD.
BLDG. "B" DOCK 87 & 88
EL PASO, TX
79906
INVOICING NOT REQUIRED FOR

INVOICE TO:
DELPHI T&I - DIV OFFICE
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.

US

US

## PURCHASE ORDER   PAGE 1

FDS73450 001
### A L T E R A T I O N ###

### ### ### ### ###

This Number Must Appear On All Invoices,
Packages and Bills of Lading.

1) Copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and
Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-655-0681
S WARD
CA   [signature]

PURCHASING AGENT

| ORDER DATE | 01/08/04 |
|---|---|
| ALTERATION ISSUE DATE | 01/09/04 |
| ALTERATION EFFECTIVE DATE | 01/09/04 |

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING PT-FREIGHT COLLECT

SHIP VIA
CHEAPEST WAY

This order is of binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to buyer...
[fine print terms and conditions]

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT O MEASU |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY FDS73450 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ADDED SEQUENCES AND CHANGED PRICING IN SEQ 001 PER REQUEST. 1/9/04 ALB | | | | | | |
| 000001 | 42 | PRMTC074 001 | | ### THIS ITEM HAS BEEN CHANGED ### | | 01/19/04 | C 0.00% | 22.8600 | | OTC |
| | | | | WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA WHO ORDERED: PATRICIA RAMIREZ | | | | | | |
| 000002 | 1 | PRMTC074 002 | | ### THIS ITEM HAS BEEN ADDED ### | | 01/19/04 | C 0.00% | 1050.0000 | | PCS |
| | | | | ZEISS GEAR NUT INSPECTION (CRITICAL ONLY INCL. CP AND CPK) (PART NUMBER 201605587) WHO ORDERED: PATRICIA RAMIREZ | | | | | | |
| 000003 | 1 | PRMTC074 003 | | ### THIS ITEM HAS BEEN ADDED ### | | 01/19/04 | C 0.00% | 612.0000 | | PCS |
| | | | | GEAR NUT 100% REMAINING MAPPED OUT PRINT DIMENSIONS WHO ORDERED: PATRICIA RAMIREZ | | | | | | |

LAST PAGE

0005016 USER ALYSON BOND

ORIGINAL

SMDL03 01/15/2003

00111

*H E Services Universal Inspection Group*

3870 E. Washington Rd.

*Saginaw, MI 48601*

*USA*

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number:
166

Invoice Date:
Feb 6, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
ADAM COOK
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | FDS73450 001 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 42.00 | WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA PRMTC074 001 | 22.86 | 960.12 | 8700532100 |
| 1.00 | ZEISS GEAR NUT INSPECTION (CRITICAL ONLY INCL. CP AND CPK) PRMTC074 002 | 1,050.00 | 1,050.00 | |
| 1.00 | GEAR NUT 100% MAPPED OUT PRINT DIMENSIONS PRMTC074 003 | 612.00 | 612.00 | |

Total Invoice Amount          2,622.12

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

**00112**



**UNIVERSAL INSPECTION**
A Division of H.E. Services

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954

# SHIPPING ORDER

SHIPPER NUMBER
**017459**

S.O. NUMBER
870-5321

SHIPPED TO __DELPHI SAFETY & INTERIORS__   DATE SHIPPED __1/30/04__

ADDRESS __1401 CROOKS RD.__   CUSTOMER'S ORDER NUMBER __FDS 73450__

CITY __TROY__   MI   48084-7155   INVOICE NUMBER _____

__ADAM COOK__   SHIPPED VIA __UPS__

| QUANTITY ORDERED | QUANTITY SHIPPED | | DESCRIPTION |
|---|---|---|---|
| 30 | 30 | 01   20160587 | GEAR NUT |
| | | 02 | INSPECTION |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

HOW PACKED _____   RECD. BY: _____

**00113**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN.: **TOM BARRETT**

INVOICE:          5978A

HES CONTACT:      Lee Lambert

DATE:             12/19/2003

PURCHASE ORDER #      S2S46146

DESCRIPTION:          OFF-SITE
                      JOB#      8700530600      SHIPPER#   17425

| ITEM CODE | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ADVANCED CMM PROGRAMMING FOR LOW ANGLE QUADRASTEER DEVELOPMENT FOR HOUSING & BALL SCREW ACTUATOR PR3904879 001 | 128 | $1.00 | $128.00 |
| | | TOTAL AMOUNT | $128.00 |

OK to pay $128.
Received By: _Tom Barrett_

Date: _11 MRØ 4_

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

00114

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN.: TOM BARRETT

INVOICE:        5978B

HES CONTACT:      Lee Lambert

DATE:        12/19/2003

PURCHASE ORDER #      S2S46148

DESCRIPTION:        OFF-SITE
        JOB#      8700530600      SHIPPER# 17425

| ITEM CODE | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CMM PROGRAMMING FOR ACTIVE FRONT STEER COMPONENTS GEARING & HOUSING TUBES | 192 | $1.00 | $192.00 |
| PR3904880 001 | | | |
| | | TOTAL AMOUNT | $192.00 |

OK to pay $192.

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _Tom Barrett_

Date: _11 MR0 4_

00115

Invoice Attachment   005978
Project/Wrk Ordr   87-0-05306-00

Delphi

Page   1 of 1

## Invoice Attachment

Project/Wrk Ordr   Inspect Ball Nut

Task   Zeiss Prismo CMM Inspection

| | | | Current Hours | Rate | Current Amount |
|---|---|---|---|---|---|
| Labor: | | | | | |
| Inspection | DENNIS MORELL | 12/19/2003 | 4.00 | 80.00 | 320.00 |
| | Labor: | | 4.00 | | 320.00 |
| Subtotal Task | | Zeiss Prismo CMM Inspection | | | 320.00 |
| Subtotal Project/Wrk Ordr | | Inspect Ball Nut | | | 320.00 |

# UNIVERSAL INSPECTION

## 3870 E. WASHINGTON
## SAGINAW, MI  48601

ACCREDITED
CERT # 1331.01

---

*To:*  Ryszard Iskra / Accts. Payable

*Company:*  Delphi Polska

*Fax #:*  0048 32 32 910 82

*Telephone #:*  0048 32 21 85 600

*Number of Pages:*  3

*From:*  Elizabeth Stockwell

*Fax #*        (989) 758-0954

*Telephone #*    (989) 758-0950

*Today's Date*    03 / 03 / 04

---

*Message:* _____

_____

Invoice # 006071  12/26/03  $6,400.00  P.O. # 4440001980

is over 60 days.

Please contact me with a payment date.

Phone: 989-758-0950

Fax: 989-758-0954

E-mail: estockwell@heservices.com

Thanks for your help!

If you receive this message in error please call us collect at the above number and destroy documents.



**FAX COVER SHEET**

00117



**FAXED**
3/3/04 10:07am

# DELPHI

Driving Tomorrow's Technology

RECEIVED FEB 1 8

Delphi Polska Automotive Systems Sp. z o.o.
ul. Towarowa 6,
43-100 Tychy,
POLAND
Tel : 0048 32 21 85 600, Fax : 0048 32 32 910 82
NIP : 646-21-01-342, REGON : 273332450

Page: 1 / 1

## Purchase Order

Proszę o przesłanie potwierdzonej kopii zamów.

Please send us confirmed copy of this PO

Universal Inspection
A Division Of H.E. Services
3870 E. Washington Road
SAGINAW   48601
USA

Attention: Lee Lambert

| PO number/date |
| 4440001980 / 15 Dec 2003 |
| Contact person / Telephone |

Your vendor number : 1050000013
Y/ person responsible: Lee Lambert
Y/ Telephone : +1 989 758 0950
Y/ offer: 2237  dated 12 Dec 2003

Please deliver to:
Delphi Polska Automotive Systems
Sp. z o.o.
Towarowa 6
43-100 Tychy

TO MAKE A PAYMENT OUR
PURCHASE ORDER NUMBER
MUST BE ON THE INVOICE

Payment terms :  2ND DAY PROX, 2ND MONTH                    Curr : USD

| Item | P/N | Description Rev Level          Valid From | Del date | Qty | Unit | Unit Price |
|------|-----|------------------------------------------|----------|-----|------|------------|
| 00010 | | 26099788 Lower Shaft Zeiss | 23.12.2003 | | | 3.200,00 |
| | | .10 Program Devrlopment | | 3.200 | PU | 1,00 |
| 00020 | | 26099782 Upper Shaft Zeiss | 23.12.2003 | | | 3.200,00 |
| | | .10 Program Development | | 3.200 | PU | 1,00 |

| Purchasing Department Karolina Cisek Tel. +48322185692 Fax +4832325108? | Signatures | TOTAL VAT ex. | 6.400,00 |

SPECJALISTA
ds. zakupów
Karolina Cisek

**00118**

Niniejszym upoważniamy Waszą firmę do wystawiania faktury VAT bez naszego podpisu.

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort rtwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI POLSKA AUTOMOTIVE SYSTEMS Sp. z o.o.
ul. Towarowa 6,
43-100 Tychy
POLAND

   ATTN.: RYSZARD ISKRA

**INVOICE: 006071**

CONTACT: LEE LAMBERT

DATE: 12/26/03

PURCHASE ORDER # 4440001980

DESCRIPTION:
         JOB #      8700530400 SHIPPER # 99999

| ITEM | DESCRIPTION | DEL DATE | QTY | UNIT | UNIT PRICE |
|------|-------------|----------|-----|------|-----------|
| 00010 | 26099788 LOWER SHAFT ZEISS 10 PROGRAM DEVELOPMENT | 23.12.03 | 3,200.00 | PU | 3,200 |
| 00020 | 26099782 UPPER SHAFT ZEISS 10 PROGRAM DEVELOPMENT | 23.12.03 | 3,200.00 | PU | 3,200 |
| | | | TOTAL AMOUNT | | 6,400.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00119**

# DELPHI

**RECEIVED OCT · 6 2003**

## PURCHASE ORDER: S2S45095

PAGE 1

**00120**

---

| VENDOR NUMBER 02-099-1696 | | |
|---|---|---|
| THE UNIVERSAL INSPECTION DIV | | |
| 3870 E WASHINGTON RD | | |
| SAGINAW MI 48601 | | |

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601
US

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI 48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE 10/14/03 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

| SHIP VIA SEE BELOW |

| 989-757-4048 | S RUDZINSKI |
| S12 | Buyer |

PURCHASING AGENT

---

**PAYMENT TERMS** 2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|
| 51 | PR300420 001 | | | | | | | |

F.O.B. SHIPPING POINT.  DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.

This order, including the terms and conditions to which Seller agrees by acceptance of this order, the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY: USD USD DOLLAR (UNITED STATES).

ZEISS ECLLSPE CMM INSPECTION STRAIGHT TIME (4 PCS     10/31/03     G   0.00%     1.0000
26097871 SHIFT ACUTOR SHAFT)                                                                          (ZH)
WHO ORDERED: M.BROWN/757-4717

                                            (IN)
*RIGHT TO AUDIT*
ALL INVOICES MUST BE SENT TO: M.BROWN/757-4717
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*******************SALES TAX CODES**************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS