# SHIPPER/INVOICE

00121

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN.: Mike BROWN

INVOICE: 002021

HES CONTACT: Lee Lambert

DATE: 8/29/03

PURCHASE ORDER # S2S45095

DESCRIPTION: OFF-SITE
JOB# 8700510700 SHIPPER# 16076

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ZEISS ECLIPSE CMM INSPECTION | 51 | $1.00 | $51.00 |
| STRAIGHT TIME | PR300420 001 | | |
| (REF. 4 PCS. 26097871 SHIFT ACTUATOR SHAFT) | | | |
| | | TOTAL AMOUNT | $51.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: ____________________

Date: ____________________

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request

Bold areas are required fields

| | |
|---|---|
| SB PO / REL No. | |
| MBO / BL PO No. SB02545 | Page 1 of 1 |
| PO# / Alt. | Req. No. 300420 |

Service ✓  Cap/Const. ___  Other ___

**Supplier:** Universal Inspection    Duns No. 020991660    Fax No. 758-3454
**Address:** 3870 E. Washington Rd.
Saginaw, MI 48601

**Contact:** Lee Lambert    Phone No. 758-3450

| | | APA Rec'd | Required |
|---|---|---|---|
| Date 8/24/05 | | | Promised |
| Ship to Dock 30I | | | Effective |
| Rec./Notify M. Mike Brown | | | Expires |
| Phone 7-4717 Mall/Pit.09 Fax | | | |

**Deliver To**

| Tax Code | WO Type | Number | GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. |
|---|---|---|---|---|---|---|---|---|---|
| | SE | 1C4SE01101 | 2 4 | 4 | 5 | 5 | 3 | 3 | 4 |

| Qty | U/M | Est. Cost | Actual Cost | Item ID / Description |
|---|---|---|---|---|
| 100 | Das | | $100 | Zeis Eclipse Cmm Inspection Straight Time (4 pcs. 26027871 shift Actutor shaft) |

| | |
|---|---|
| Total Est. Cost | |
| Must be Complete: Is a Substitute Material or Supplier Acceptable | Where Used / Remarks |
| Yes ___ No ___ Must Provide Justification | |
| Service Approved / Completed | |
| APA Rec'd Services | |
| Invoice / Packing Slip | Quote No. |

| | | |
|---|---|---|
| | Clauses | Purchasing Manager    Date |
| | Buyer    Date | |
| | Shipper    Date | |
| | FOB | |
| | Pay Terms | |

| Originator Michael Brown | Phone 2-4717 | Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval [sig] Date 10/13/05 | Approval [sig] Date |
|---|---|---|---|---|---|---|

APA / BUYER

DAS 2207 0399

00122



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.
SAGINAW, MI 48601

ATTN.: TOM BARRETT

INVOICE:   2017

HES CONTACT:   Lee Lambert

DATE:   8/29/2003

PURCHASE ORDER #   S2S44378

DESCRIPTION:   OFF-SITE
JOB#   8700505900   SHIPPER#   16136

| ITEM CODE | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ADVANCED CMM PROGRAMMING FOR LOW ANGLE QUADRASTEER DEVELOPMENT | 320 | $1.00 | $320.00 |
| PR390340 001 | | | |
| | | TOTAL AMOUNT | $320.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**00123**

H E Services Universal Inspect Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 152
Invoice Date: Feb 6, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG9015173 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | 26101021 BUMPER SORT ($.0298/PC) 18,000 PCS> | 536.40 | 536.40 | 8900403800 |

Total Invoice Amount: 536.40

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan 48267-2742

Received by: _____

Date: _____

00124

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

**017753**

SHIPPER NUMBER

S.O. NUMBER  4038

SHIPPED TO:  Delphi Saginaw    PH #6
ADDRESS:  3900 Holland Rd.
CITY:  Saginaw  MI  48601

DATE SHIPPED:  2-3-04
CUSTOMER'S ORDER NUMBER:  90I5173
INVOICE NUMBER:
SHIPPED VIA:  Universal Insp.

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 18,000 | 18,000 | 26101021  Bumpers |
|  |  | 6 @ 3000 |

RECEIVED
DELPHI SAGINAW
FEB 03 2004
PLANT NO. 6
BY:

HOW PACKED
RECD. BY:

00125

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number: 350

Invoice Date: Mar 26, 2004

Voice:  (989) 758-0950
Fax:    (989) 758-0954

Page: 1

Duplicate

Sold To:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

Ship to:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5173 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|  | Airborne |  | 4/25/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | 26101021 BUMPER SORT (36,000 PCS. $.0298/PC.) | 1,072.80 | 1,072.80 |

Subtotal: 1,072.80
Sales Tax:
Total Invoice Amount: 1,072.80
Payment/Credit Applied:

Check/Credit Memo No:

TOTAL: 1,072.80

00126



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

ATTN.: Joe Blaylock

INVOICE: 002489  002519

HES CONTACT: Lee Lambert

DATE: 9/12/2003

PURCHASE ORDER # SAG9015173

DESCRIPTION:    OFF-SITE
JOB#    8900403800    SHIPPER#    15953, 15984, 16020

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| P/N 26101021 BUMPER SORT | 27000 | $0.0298 | $804.60 |
|  |  | TOTAL AMOUNT | $804.60 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00127

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax  (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER: 015953

S.O. NUMBER: 4038

SHIPPED TO: Delphi Saginaw
ADDRESS: 3900 Holland Rd
CITY: Sag. MI 48605
Plant #6

DATE SHIPPED: 8/27/03
CUSTOMER'S ORDER NUMBER: 90I5173
INVOICE NUMBER:
SHIPPED VIA: H.E. Services

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 9000 | 9000 | 26101021 Bumpers |

RECEIVED
DELPHI SAGINAW
AUG 2 7 2003
PLANT NO. 6

HOW PACKED:
RECD. BY:
BY: [signature]

00128



3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER: **015984**

S.O. NUMBER: 4038

SHIPPED TO: Delphi-Saginaw
ADDRESS: 3900 Holland Rd.
CITY: Saginaw, MI 48601
Plant #6

DATE SHIPPED: 9-3-03
CUSTOMER'S ORDER NUMBER: 90I5173
INVOICE NUMBER: 
SHIPPED VIA: H.E. Services

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 6000 | 6000 | 26101021 Bumpers 2 @ 3000 |

RECEIVED
DELPHI SAGINAW
SEP 03 2003
PLANT NO. 6
BY: [signature]

HOW PACKED: 
RECD. BY: 

00129

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.    (989) 758-0950
Fax    (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER: 016020

S.O. NUMBER: 4038

TO: Delphi - Saginaw
3900 Holland Rd.
Saginaw, MI 48601
Plant #6

DATE SHIPPED: 9-9-03
CUSTOMER'S ORDER NUMBER:
INVOICE NUMBER:
SHIPPED VIA: H.E. Services

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
|  | 12000 | 26101021 Bumpers 4 @ 3000 |

RECEIVED
DELPHI SAGINAW
SEP 0 9 2003
PLANT NO. 6
BY: [signature]

RECD. BY:

00130

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number:
262

Invoice Date:
Mar 5, 2004

Voice:  (989) 758-0950
Fax:    (989) 758-0954

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PARTS | 661.32 | 661.32 |

Subtotal: 661.32
Sales Tax:
Total Invoice Amount: 661.32
Payment/Credit Applied:
**TOTAL**: 661.32

Check/Credit Memo No:

00131

# DELPHI
## Purchase Request

Bold areas are required fields

Page 1 of 1
SB PO / REL No. _____
MBO / BL PO No. 52802306-004   Req. No. 386291
PO# / Alt _____

Service: X
Cap/Const: _____
Other: _____

| | Required | Promised | Effective | Expires |
|---|---|---|---|---|
| Date 4/5/02 | | | | |

APA Rec'd _____
Ship to Dock PLT #7
Rec./Notify MIKE HOWERTON
Phone 7-5709   Mail/Plt. 7
Fax _____
Deliver To _____

**Supplier** UNIVERSAL INSPECTION   Duns No. 020991696   Fax No. 758-0954
**Address** 3870 E. WASHINGTON
SAGINAW MI. 48601

**Contact** LEE LAMBERT   Phone No. 758-0150

Tax Code _____   WO Type _____   Number _____

| Qty | U/M | Est. Cost | Actual Cost | GC | GL | Dept | Sub Acct | Corp. | Loc. | Prod. | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,248* | DOL | | $1.00 | 2 | 4 | 5 | 5 | 3 | 3 | 4 | 64 HR @ $19.50 SORTING STR. TIME (REF. 26063061 - SIDE COVER #56, SORT FOR EXCESS FLASH, CHAMFER BOLT HOLE, 8,100 PCS + ONSITE SORT AT PLT #7) |

Where Used / Remarks: REPLACEMENT REQ'D   NEW SIGNATURE  REPLACE C.F.T. $1.00

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____ Must Provide Justification

Total Est. Cost _____
Invoice / Packing Slip _____
Service Approved / Completed _____
APA Rec'd Services _____

Clauses _____
Quote No. _____

| Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval |
| Phone | | | |

| Originator | Buyer | Date | Approval |
| | Purchasing Manager | Date | Approval |
| | Shipper | FOB | |
| | Pay Terms | | |

DA3 2207 07/02

00132



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

|  |  |
|---|---|
| Delphi Saginaw Steering Systems<br>3900 Holland Rd.<br><br>Saginaw MI 48601<br>ATTENTION:    Mike Howerton | INVOICE:    I0000029460-HES<br>CONTACT:    Lee Lambert<br>DATE:    04/10/2002<br>P.O.: |

DESCRIPTION:

JOB# 687417000   SHIPER# 99999

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,248 | 64 HOURS @ $19.50 SORTING STR. TIME<br>(REF. 26063061 SIDE COVER HSG. SORT FOR<br>EX. FLASH, CHAMF BOLT HOLE 8,100 PCS.) | $1.00 | $1,248.00 |
|  | TOTAL AMOUNT |  | $1,248.00 |

Remit Payment To:

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

00133



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

|  |  |
|---|---|
| Delphi<br>3900 Holland Ave<br><br>Saginaw MI 48601<br>ATTENTION:   Mike Howerton | INVOICE:  I0000035746-HES<br>CONTACT:  Lee Lambert<br>DATE:     09/26/2002<br>P.O.: |

DESCRIPTION:

JOB# 687457200  SHIPPER# 99999

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 99.4 | ON-SITE SORTING HOURS (REF. 26095346<br>SPOOL SHAFT AT DELPHI PLANT #7<br>(HOURS ACCUMULATED THRU 9/8/02) | $19.50 | $1,938.30 |
|  | TOTAL AMOUNT |  | $1,938.30 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

00134

|  |  |
|---|---|
| Delphi<br>3900 Holland Ave<br><br>Saginaw MI 48601<br>ATTENTION: Mike Howerton | INVOICE: I0000036281-HES<br>CONTACT: Lee Lambert<br>DATE: 10/11/2002<br>P.O.: |

DESCRIPTION:

JOB# 687457200  SHIPPER# 12551

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 74.2 | STRAIGHT TIME SORTING HOURS<br>PERIOD ENDING 9/29/02 | $19.50 | $1,446.90 |
|  | TOTAL AMOUNT |  | $1,446.90 |

00135

INVOICE: I0000036648-HES
CONTACT: Lee Lambert
DATE: 10/17/2002
P.O.:

Delphi
3900 Holland Ave

Saginaw MI 48601
ATTENTION: Mike Howerton

DESCRIPTION:

job# 687457200 shipper# 12563

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 25.5 | | $19.50 | $497.25 |
| | | TOTAL AMOUNT | $497.25 |

00136

|  |  |
|---|---|
| Delphi<br>3900 Holland Ave<br><br>Saginaw MI 48601<br>ATTENTION: Mike Howerton | INVOICE: I0000037371-HES<br>CONTACT: Lee Lambert<br>DATE: 10/30/2002<br>P.O.: |

**DESCRIPTION:**   For the Period: [10/20/2002 through 10/20/2002]

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 105.8 | STRAIGHT TIME SORTING HOURS | $19.50 | $2,063.10 |
|  | **TOTAL AMOUNT** |  | **$2,063.10** |

00137

|  | |
|---|---|
| Delphi<br>3900 Holland Ave<br><br>Saginaw MI 48601<br>**ATTENTION:** Mike Howerton | **INVOICE:** I0000038416-HES<br>**CONTACT:** Lee Lambert<br>**DATE:** 11/21/2002<br>**P.O.:** |

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14055

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 65 | STRAIGHT TIME SORTIN HOURS<br>WE 11/10/02 | $19.50 | $1,267.50 |
| | **TOTAL AMOUNT** | | **$1,267.50** |

00138

|  |  |
|---|---|
| Delphi<br>3900 Holland Ave<br><br>Saginaw MI 48601<br>ATTENTION: Mike Howerton | INVOICE: I0000039409-HES<br>CONTACT: Lee Lambert<br>DATE: 12/12/2002<br>P.O.: |

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14234

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 45.2 | STRAIGHT TIME SORTING HOURS<br>WEEKENDING 12/8/02 | $19.50 | $881.40 |
|  | TOTAL AMOUNT |  | $881.40 |

00139



# SHIPPER/INVOICE

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

|  |  |
|---|---|
| Delphi<br>3900 Holland Ave<br><br>Saginaw MI 48601<br>ATTENTION:   Mike Howerton | INVOICE:  10000040580-HES<br>CONTACT:  Lee Lambert<br>DATE:  01/22/2003<br>P.O.: |

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14159

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 81.7 | STRAIGHT TIME SORTING HOURS<br>PERIOD ENDING 1/15/03 (LAST BILL) | $19.50 | $1,593.15 |
|  | TOTAL AMOUNT |  | $1,593.15 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

00140