**DELPHI AUTOMOTIVE SYSTEMS**
**Purchase Request**
Bold areas are required fields

Page 1 of 1
Req. No. 301065

| | |
|---|---|
| Service | X |
| Cap/Const. | |
| Other | |

SB PO / REL No. _____
MBO / BL PO No. 52B00545
PO# / Alt. _____

Supplier: Universal Inspection
Duns No. 020991696
Fax No. 758-2957

Address: 3800 E. Washington Rd.
Saginaw, MI 48601

Contact: Lee Lambert    Phone No. 758-0450

Date 10/3/05    APA Rec'd
Ship to Dock 352
Rec./Notify Brian Wendling
Phone 7.4393    Mail/Plt. 99    Fax

Deliver To

Tax Code    WO Type SC    Number KASC37245

| GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. |
|---|---|---|---|---|---|---|
| 2 | 4 | 5 | 5 | 3 | 3 | 4 |

| Qty | U/M | Est. Cost | Actual Cost | Item ID / Description |
|---|---|---|---|---|
| $1600 | Dis | | $100 | Zeiss Prism CMM Inspection Straight Time (Ref 13 pcs. 26096731 Jacket) |

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Total Est. Cost

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Quote No. _____

Buyer _____ Date
Purchasing Manager _____ Date
Shipper
FOB
Pay Terms

Originator _____ Phone    Haz'd Mat'l Appr.    Acct. Appr.    Date Approval

$1600
02-52150-01B
B.10-05183

00141

DAS 2207 0399

## SHIPPER / INVOICE



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 004234 |
| Invoice Date | October 10, 2003 |
| PO Number |  |
| Contract |  |
| Job Description: | 87-0-05183-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager   LEE LAMBERT

Current
Amount

Job Description:      Inspect Upper Jacket

         00000000001      Zeiss Prismo CMM Inspection                                        160.00

Invoice Total                                                                                160.00

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00142

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request

Bold areas are required fields

Page 1 of 1
Req. No. 30051

| | |
|---|---|
| Service | X |
| Cap/Const. | |
| Other | |

SB PO / REL No.
MBO / BL PO No. S2B02525
PO# / Alt.

Supplier: Universal Inspection   Duns No. 020991696   Fax No. 758-0451   APA Rec'd
Date 10/31/03
Ship to Dock 30I
Rec./Notify Mark Andrus
Address: 3870 E. Washington Rd.   Phone 7-428 [Mail/Plt.99]   Fax
Saginaw, MI 48601
Deliver To

Contact: Lee Lambert   Phone No. 758-0450
Tax Code   WO Type SG   Number KASE372U5

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $5000 Dols | | | $1.00 | | | | | | | | Zeiss Prismo CMM Inspection Straight Time (ref. 7pcs. 26101105 Jackets before & after heat treat |

Where Used / Remarks

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___   Must Provide Justification

Clauses

| | |
|---|---|
| Total Est. Cost | |

Quote No.

| | Date |
|---|---|
| Buyer | |
| Purchasing Manager | |

| | |
|---|---|
| Shipper | |
| FOB | |
| Pay Terms | |

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Phone   Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval
Originator

00143

## SHIPPER / INVOICE



**Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

| | |
|---|---|
| Invoice Number | 004250 |
| Invoice Date | October 17, 2003 |
| PO Number | |
| Contract | |
| Job Description: | 87-0-05190-00 |
| Page | 1 of 2 |

Manager   LEE LAMBERT

Current Amount

Job Description:   Inspect Upper Jacket

| 00000000001 | Zeiss Prismo CMM Inspection | 560.00 |

Invoice Total                                                                 560.00

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____
Date: _____

00144

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request

Page 1 of 1
Req. No. 301073

**Service:** X
**Cap/Const.:**
**Other:**

| Field | Value |
|---|---|
| SB PO / REL No. | |
| MBO / BL PO No. | |
| PO# / Alt. | |
| Date | 10/31/03 |
| Ship to Dock | 30I |
| Rec./Notify | Shawn Hearn |
| Phone | 7-5890 Mail/Pit 09 |
| Fax | |
| Deliver To | 11438 |

| Required | Promised | Effective | Expires |
|---|---|---|---|
| | | | |
| APA Rec'd | | | |

**Supplier:** Universal Inspection
**Duns No.** 020991646
**Fax No.** 758-0454
**Address:** 3870 E. Washington Rd.
Saginaw, MI 48601
**Contact:** Lee Lambert
**Phone No.** 758-0450
**Tax Code:** SC   **Number** KASC372u5
**WO Type**

| Qty | U/M | Est. Cost | Actual Cost | Tax Code GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35000 Dols | | | $1.00 | | | | | | | | Various Gage Calibration (Ref. GA-291773, GA-291344 & 66...) |

**Where Used / Remarks**

**Total Est. Cost**

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

**Originator** Shawn Hearn  1/27/04  **Phone** 7-5890

**Quote No.**

| Haz'd Mat'l Appr. | Acct. Appr. | Date Approval | Clauses | Buyer | Date | Shipper | FOB | Pay Terms |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | Purchasing Manager | Date | | | |
| | | | | | Date Approval | | | |

DAS 22

1-27 Left PO & SIG to Hearn by Terry Dehoff

00-80970-078
010

00145



# SHIPPER / INVOICE

**Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| | Invoice Number    004283 |
| | Invoice Date      October 31, 2003 |
| Delphi | PO Number |
| 3900 Holland Ave | Contract |
| Saginaw, MI 48601 | Job Description:   84-0-07016-00 |
| United States | |
| | Page              1 of 2 |

Manager   LEE LAMBERT

Job Description:    In-House Cal-Delphi Shawn

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| General Inspection Str Time | 1.00 | 350.00 | 350.00 |
| Invoice Total | | | 350.00 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

00146

# Purchase Request

Page 1 of 1
Req. No. 30103

Bold areas are required fields

**Supplier:** Universal Inspection Systems
**Duns No.** 020991696
**MBO/BL PO No.** 5380251
Cap/Const. ___ Other ___
PO#/Alt. ___

**Address:** 3876 E. Washington Rd., Saginaw, MI 48601
**Fax No.** 758-0951
**Date** 10/31/03  APA Rec'd ___
**Ship to Dock** 301
**Rec./Notify** Mark Andrus
**Phone** 4694 Mail/Plt Off ___ Fax ___

**Contact:** Lee Lambert
**Phone No.** 758-0450
Deliver To ___

**Tax Code:** SC
**WO Type** ___ **Number** KASC312Q45

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $4100 | Dol | | $122 | | | | | | | | Zeiss Prismo CMM Inspection Straight Time |
| $1148 | Dol | | $100 | | | | | | | | General Inspection Straight Time (Ref. 17pcs 2610492 & 15pcs 2610492) |

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___ No ___ Must Provide Justification

Total Est. Cost

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Quote No. ___
Buyer ___ Date ___
Purchasing Manager ___ Date ___
Shipper ___
FOB ___
Pay Terms ___

Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval
Originator ___ | Phone ___ | Date ___ | Approval

CO-91650-01 30

00147

DAS 2207 0399

## SHIPPER / INVOICE



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

| | |
|---|---|
| Invoice Number | 004277 |
| Invoice Date | October 31, 2003 |
| PO Number | |
| Contract | |
| Job Description: | 87-0-05216-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager  LEE LAMBERT

Current Amount

| Job Description: | Inspect Upper Jackets-M Andrus | |
|---|---|---|
| 00000000001 | Zeiss Prismo CMM Inspection | 400.00 |
| 00000000003 | General Inspection Str Time | 144.00 |
| Invoice Total | | 544.00 |

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____
Date: _____

00148

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER: 016923
S.O. NUMBER: 870-5216

SHIPPED TO: DELPHI SAGINAW STEERING SYSTEM
ADDRESS: 3900 HOLLAND ROAD
CITY: SAGINAW   MI   48601
MARK ANDRUS

DATE SHIPPED: 10/28/03
CUSTOMER'S ORDER NUMBER:
INVOICE NUMBER:
SHIPPED VIA:

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 17 | 17 | 01   26104972   UPPER JACKETS |
| 15 | 15 | 02   26104972   UPPER JACKETS |
|  |  | 03   INSPECTION |

HOW PACKED:
RECD. BY: [signature]

00149

*H E Services Universal Inspection Group*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice: (989) 758-0950
Fax:   (989) 758-0954

# Invoice

Invoice Number: 123
Invoice Date: Jan 23, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORTING VARIOUS PIECES | 8,654.80 | 8,654.80 | 8900908800 |

Total Invoice Amount    8,654.80

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

**00150**

*H.E. Services Universal Inspection*
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number:
159

Invoice Date:
Feb 6, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORT VARIOUS PIECES | 7,334.22 | 7,334.22 | 8900908800 |

Total Invoice Amount 7,334.22

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan 48267-2742

Received by:_____

Date:_____

00151

# Invoice

*H.E. Services/Universal Inspection Group*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice: (989) 758-0950
Fax: (989) 758-0954

Invoice Number: 217
Invoice Date: Feb 20, 2004
Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORT VARIOUS PIECES | 5,886.43 | 5,886.43 | |

Total Invoice Amount  5,886.43

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan 48267-2742

Received by: _____

Date: _____

00152

H.E. Services Universal Sort*continued*

3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax:   (989) 758-0954

# Invoice

Invoice Number: 232

Invoice Date: Feb 27, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI   48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI   48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SSG90I2519 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORT VARIOUS PIECES (WEEKENDING 2/29/04) | 6,989.33 | 6,989.33 | 8900908800 |

Total Invoice Amount        6,989.33

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

00153

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number: 257

Invoice Date: Mar 5, 2004

Page: 1

Voice:  (989) 758-0950
Fax:    (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PART NUMBERS | 5,836.50 | 5,836.50 |

Subtotal  5,836.50
Sales Tax
Total Invoice Amount  5,836.50
Check/Credit Memo No:  Payment/Credit Applied
**TOTAL**  5,836.50

00154

# DELPHI

**PURCHASE ORDER:** S2S47841

PAGE 1

| | |
|---|---|
| ORDER DATE | 04/01/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| PURCHASING AGENT | 989-757-4048 S RUDZINSKI S12 Buyer |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips an Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
SHIP TO: (301) PLANT 3
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT MEA | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 640 | PR382701 001 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 8 PCS 26110611 AXLE BAR) WHO ORDERED: T. MEHL/7-3347 ******************************** * THIS IS A REPRINT DOCUMENT REQUESTED BY * * STEPHEN PARKS/EDI * ******************************** THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR APPROVAL VIA A PURCHASE ORDER ALTERATION. PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON RECEIPT OF MATERIAL AND PRICED PACKING SLIP, DO NOT | | 04/30/04 | G 0.00% | 1.0000 | Dol | |

USER STEPHEN PARKS

ORIGINAL                        CONTINUE PAGE 2

00155

# DELPHI

## PURCHASE ORDER: S2S47841

PAGE 2

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO: DELPHI SAGINAW STEERING SYS.
(301) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips an Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/01/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

989-757-4048
S. RUDZINSKI  Buyer
S12
PURCHASING AGENT

This order is not binding until accepted. Acceptance copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | | | | SEE BELOW | | |

MAIL INVOICES FOR MATERIAL. FOR SERVICE ITEMS PAYMENT WILL BE MADE UPON APPROVAL AND RECEIPT INTO OUR SYSTEM OF YOUR PRICED PACKING SLIP (OR INVOICE). PLEASE MAIL THE ABOVE DIRECTLY TO THE DELPHI PERSON RESPONSIBLE FOR ORDERING THIS SERVICE WHO IS LISTED UPON THE PO WITHIN THE "WHO ORDERED" FIELD.
TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS OR INVOICES
3. THE UNIT OF MEASURE ON THE PACKING SLIP OR INVOICE MUST BE THE SAME AS THE PO UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS.
5. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN.
6. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK

A0000000  USER STEPHEN PARKS

ORIGINAL

CONTINUE PAGE 3

00156

SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S2S47841

PAGE 3

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS. (30I) PLANT 3 3900 HOLLAND RD SAGINAW MI 48601 US |
| INVOICE TO: | DELPHI SEE INVOICE INSTRUCTIONS 00 00000 US |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 04/01/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | S12 |
| | 989-757-4048 S. RUDZINSKI Buyer |
| | PURCHASING AGENT |

VENDOR NUMBER 02-099-1696
THE UNIVERSAL INSPECTION DIV
SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | | | |
|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | | | |

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE UNIT / MULTIPLE MEA |
|---|---|---|---|---|---|---|---|---|---|

ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
*****************************************************
DISBURSEMENT SERVICE PHONE (248) 874-4636
*****************************************************
ANY SUBSTITUTIONS OR DEVIATIONS FROM ENCLOSED
PRINT(S) REQUIRE PRIOR WRITTEN APPROVAL BY REQUESTING
ENGINEER.
TERMS AND CONDITIONS SEPTEMBER 30, 1998, APPLY,
OF WHICH SUPPLIER HAS RECEIVED A COPY.
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*****************SALES TAX CODES****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.
SALES TAX EXEMPTION CERTIFICATES
ALABAMA       805
GEORGIA       300-45870-B
              OHIO  9S-002667
              TEXAS 1-38-3431131-1

1000000  USER STEPHEN PARKS                ORIGINAL                              CONTINUE PAGE 4

00157

# DELPHI

**PURCHASE ORDER:** S2S47841

PAGE 00158

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS.<br>(30I) PLANT 3<br>3900 HOLLAND RD<br>SAGINAW MI<br>48601<br>US |
| INVOICE TO: | DELPHI<br>SEE INVOICE INSTRUCTIONS 00<br>00000<br>US |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips an Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ORDER DATE** 04/01/04

**ALTERATION ISSUE DATE**

**ALTERATION EFFECTIVE DATE**

S RUDZINSKI   989-757-4048
S12                              Buyer

PURCHASING AGENT

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

**PAYMENT TERMS:** 2ND DAY OF 2ND MONTH

**F.O.B.** SHIPPING POINT

**DESTINATION UNLESS OTHERWISE INDICATED**

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEA |
|---|---|---|---|---|---|---|---|---|---|---|
| A000000 | | | | 10187021300011   WISCONSIN WDP-99-01-010037<br>KANSAS              MICHIGAN 38-3431131<br>MISSISSIPPI 98-003A<br>NEW YORK DP-3487<br>ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE<br>LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED,<br>SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI-<br>LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON<br>AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY<br>OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE<br>BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT<br>DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF<br>BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE<br>GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT<br>PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND<br>DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY<br>LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR<br>SERVICES UNDER THIS CONTRACT<br>***************NEW PROCESS EFFECTIVE 05-24-02***************<br>*****SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL*****<br>LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE<br>SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT OR<br>PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN 150#<br>(TOTAL WEIGHT OF ALL PACKAGES) AND LABEL WITH PLANT #<br>FOR ITEMS COLLECTIVELY WEIGHING 150#-12,000# BELOW | | | | | | |

USER STEPHEN PARKS

ORIGINAL

CONTINUE PAGE 5

SMDL03 01/15/2003

PAGE 4

# DELPHI

| | | | **PURCHASE ORDER:** S2S47841 | | | PAGE 00159 |
|---|---|---|---|---|---|---|

SHIP TO: DELPHI SAGINAW STEERING SYS.
(301) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 04/01/04 | | |

989-757-4048
S RUDZINSKI    Buyer
S12
PURCHASING AGENT

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance copy which should be returned to Buyer.
The reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | PAYMENT AGENT | TITLE SEQUENCE | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | SHIPPING POINT | | SEE BELOW |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEA |
|---|---|---|---|---|---|---|---|---|

IF SHIPPING FROM----USE THESE CARRIERS:
MI, IN, IL, OH                ALVAN MOTOR FREIGHT
WI, MN, IA, KY, WV, KY.       U.S.F. HOLLAND
TN, NC, SC, GA, AL, ONT.      U.S.F. HOLLAND
ALL OTHERS                    CENTRAL TRANSPORT
ALVAN 1-800-632-4172, CENTRAL 1-800-635-0064
OVER 12,000 # ---- CALL DELPHI TRANSPORTATION DEPART-
MENNT FOR CARRIER DESIGNATION 989-757-3509 OR 3510
ALSO ANYTHING SHIPPING TO OTHER THAN SAGINAW MI.
WHEN SENDING UPS CONSIGNEE BILLING (NOT COLLECT OR
PREPAID) USE THE FOLLOWING UPS ACCOUNT NUMBERS FOR
RESPECTIVE PLANT
DO NOT SEND PREPAID ONLY UPS CONSIGNEE
PLANT 101 ACCOUNT A8303E
PLANT 301 ACCOUNT 452277
PLANT 401 ACCOUNT 58X893
PLANT 501 ACCOUNT 458526
PLANT 601 ACCOUNT 4X9195
PLANT 701 ACCOUNT 7954X4
PLANT 23I ACCOUNT 335998
PLANT 21I ACCOUNT 333958       ANY OTHERS A45F49
SHIPPING AND ROUTING INSTRUCTIONS FOR DIRECT MATERIAL
******CALL 888/303-0033 FOR INSTURCTIONS******
WHEN R&R'S ARE REQUIRED WITH DOCUMENTATION, PARTS
WILL BE PROVIDED

A000000   USER STEPHEN PARKS          ORIGINAL          CONTINUE PAGE 6          SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S2S47841

PAGE 00160 6

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
(30I) PLANT 3
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI SAGINAW STEERING SYS.
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

ORDER DATE: 04/01/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

Buyer: S RUDZINSKI  S12  989-757-4048
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

F.O.B.: SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE MEA |
|---|---|---|---|---|---|---|---|---|

TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

A000000  USER STEPHEN PARKS  ORIGINAL  LAST PAGE  SMD L03 01/15/2003