# EXHIBIT 1

**Hearing Date:  September 6, 2007**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan III (AH 8807)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                           :
      In re                    :     Chapter 11
                           :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                           :
                           :     (Jointly Administered)
           Debtors.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AMENDED DECLARATION OF STEPHEN DAWE IN SUPPORT OF DEBTORS' AMENDED SUPPLEMENTAL REPLY WITH RESPECT TO PROOFS OF CLAIM NUMBERS 837 & 838 (H.E. SERVICES COMPANY & ROBERT BACKIE)

("AMENDED DAWE DECLARATION – H.E. SERVICES COMPANY, ET AL.")

Stephen Dawe declares as follows:

1.     Delphi Corporation and certain of its subsidiaries and affiliates are debtors and debtors-in-possession in these chapter 11 cases.  I submit this declaration in support of the Debtors' Amended Supplemental Reply With Respect To Proofs Of Claim 837 and 838  (H.E. Services Company and Robert Backie) (the "Amended Supplemental Reply").  Capitalized terms not otherwise defined in this declaration have the meanings ascribed to them in the Amended Supplemental Reply and the Statement of Disputed Issues.

2.     Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, my opinion, and my experience with and knowledge of Delphi Automotive Systems LLC's ("DAS LLC") relationship with H.E. Services Company  ("H.E. Services").  If I were called upon to testify, I could and would testify to the facts set forth herein.

3.     I have worked for DAS LLC, or its predecessor the GM Corporation ("GM"), in various capacities since 1973.  From 1996 to the present, I have been a member of the Purchasing Department.  From 1997 to 2000, I served as the Metallic Purchasing Manager for the DAS LLC Saginaw Steering Systems division.  In that capacity I oversaw Buyers who purchased products from H.E. Services.  From 2000 through 2002, I served as the Purchasing Manager – Contract Manufacturing for the DAS LLC Saginaw Steering Systems division.  In that capacity I oversaw both Buyers who purchased products from H.E. Services and Supplier Quality Engineers who evaluated the quality of H.E. Services' products.  From 2002 to the present, I have continued to serve as a Purchasing Manager for DAS LLC; in 2002 I was the Business Line Purchasing Manager for Halfshafts, from 2003 through 2005 I was the Purchasing

Manager for Indirect & M&E, and since 2006 I have been the Purchasing Manager – Machinery & Equipment.

**DAS LLC's General Process for Ordering Parts During the 1996-2004 Time Frame.[1]**

   4. As a DAS LLC purchasing manager since 1996, I have knowledge of the process by which DAS LLC orders parts.  Business Teams comprised of, among others, one manager from each business function, including engineering, purchasing, operations, sales and marketing, finance, and production control, oversee the part ordering process.  Each Business Team oversees multiple product teams.  Product teams focus on parts produced for specific model vehicles.  For example, from 2002-2003, I served as the purchasing representative on the Halfshaft Business Team.  The Halfshaft Business Team was responsible for fulfilling DAS LLC's halfshaft part requirements.  In that capacity, the Halfshaft Business Team oversaw multiple halfshaft product teams.  Each product team focused on a particular halfshaft produced for a specific model vehicle.

   5. I learned of DAS LLC's part requirements in one of two ways.  First, for parts that DAS LLC had not produced previously ("new parts"), our customer – usually GM – would notify the DAS LLC Sales Group of its needs.  The Sales Group communicated directly with the customer to understand its needs.  The Sales Group relayed the customer's requirements to the Cost Group.  Then the Cost Group initiated what is known as a "cost request."  A cost request is documentation directed to the Purchasing Department.  The cost request summarized the customer's needs, including part and machinery specifications, delivery specifications, and part volume estimates.  Based on my experience as a long-time DAS LLC employee and a

---

[1] The part ordering process remains substantially similar today; however, due to internal restructuring, some departments have been changed or eliminated.

3

member of the Purchasing Department, I understand that the Cost Group formulated its volume

estimates for new parts based on information supplied by the customer, as well as information

regarding the automotive industry and economy generally.

6.      Second, for parts that DAS LLC previously had produced in its plant

("existing parts"), the Business Team collectively would make a decision to attempt to outsource

the production of such parts.   This decision was based on many factors including, among other

things, labor rates, burden rates (i.e., expenses associated with production of the part), and floor

space capacity.  Once the Business Team determined to attempt outsourcing, the Cost Group

initiated a cost request directed to the Purchasing Department.  Cost requests for existing parts

summarized DAS LLC's requirements including, among other things, part and machinery

specifications, equipment and machinery consignment, delivery specifications, and part volume

estimates.   Based on my experience as a long-time DAS LLC employee and member of the

Purchasing Department, I understand that the Cost Group formulated its volume estimates for

existing parts based on DAS LLC's historical data, information supplied by the ultimate

customer (e.g., the volumes of specific models of vehicles GM expects to sell), and information

regarding automotive industry and economy generally.

7.      Once the Purchasing Department received a cost request – for either new

or existing parts – the Purchasing Department created a request for quotation ("RFQ") based on

the information in the cost request.  Then the Purchasing Department sent the RFQ to multiple

potential suppliers.  All RFQs included DAS LLC's General Terms and Conditions, which

appeared on the back of each page of the RFQ.  The General Terms and Conditions dated

September 30, 1998 contain language stating:  "Buyer may change the rate of scheduled

shipments or direct temporary suspension of scheduled shipments, neither of which shall entitle

Seller to a modification of the price for goods or services covered by this contract."[2]  (See Ex. A

§ 3 (1998 Terms & Conditions).)  In other words, scheduled shipments and projected part

volumes may change as DAS LLC's customer requirements change.

8.       After receiving RFQs, the potential suppliers bid on the business, i.e.,

submitted price and delivery quotes to DAS LLC.  Usually, several rounds of bidding occurred

before the Purchasing Department ultimately chose the most competitive supplier – in terms of

both cost and quality – to produce the parts in question.  This process is also known as DAS

LLC's "competitive bidding process" or the "RFQ Process."

9.       After the Purchasing Department chose the supplier of parts, the

Purchasing Department issued a purchase order to the supplier.  In the case of new parts, DAS

LLC first created a quotation for submission to its customer, for example GM.[3]  If GM issued a

purchase order to DAS LLC, only then would DAS LLC issue a purchase order to the winning

supplier.  In the case of existing parts, the Purchasing Department would simply issue a purchase

order to the supplier.

10.     Purchase orders for either new or existing parts were – and still are today –

generally issued suppliers on one of two forms.  The first form is called a "9FI" form.  Form 9FI

is used for spot buys, i.e., a one-time purchase of a relatively small number of parts.  In other

words, form 9FI is a fixed purchase order, specifying the fixed volume of parts that DAS LLC

---

[2]     This language was changed in the June 24, 1999 Terms and Conditions and reads:  "If Buyer determines that the
requirements of Buyer's customers or market, economic or other conditions require changes in delivery
schedules, Buyer may change the rate of scheduled shipments or direct temporary suspension of scheduled
shipments without entitling Seller to a price adjustment or other modification of this Contract."  (Ex. B § 2.3
(1999 Terms & Conditions).)

[3]     At this point, DAS LLC still had not been awarded GM's business.  In other words, GM was to DAS LLC as
DAS LLC was to its suppliers.  Thus, DAS LLC utilized quotes from its various suppliers, in addition to DAS
LLC's internal costs, to determine a price quote for production and assembly of the final part to GM.  GM could
choose to accept or reject DAS LLC's quote.

agreed to purchase. The second form is called a "90I" form. Form 90I is used to purchase DAS LLC's requirements on an as needed basis. The volume of parts DAS LLC requires is not specified on the form 90I, rather only the price and a brief description of the parts are listed on form 90I. In other words, form 90I is DAS LLC's form of a requirements contract.

11.    In cases when a form 90I requirements contract is issued to suppliers, the supplier ships parts at the times and in the quantities specified in "releases" issued to the supplier over the duration of the contract. Releases are issued by DAS LLC's Production Control group. Although I was not involved with issuing releases, based on my experience as a long-time DAS LLC employee and member of the Purchasing Department, I generally understand that Production Control issued the releases electronically to the supplier.

12.    In most cases, after the issuance of a purchase order, the Purchasing Department's involvement ceased. However, the Purchasing Department may have become involved in the business relationship after issuance of a purchase order to the extent that problems arose with respect to a particular supplier. In such cases, the Purchasing Department was called upon due to its close relationships with suppliers.

**Specific Involvement with H.E. Services.**

13.    I am unaware of DAS LLC ever asking H.E. Services or any employee of H.E. Services to establish a plant in the Flint Michigan area.

14.    In or around 2000, after H.E. Service's Flint plant was operational, I became involved with the Flint Relationship. With respect to the Flint Relationship, when I became the Purchasing Manager – Contract Manufacturing I assumed responsibility for overseeing both the quality and cost of products purchased from various suppliers, including the products purchased from H.E. Services' Flint Manufacturing division ("Flint Manufacturing"). I

6

was similarly responsible for overseeing both the quality and cost of products purchased from

H.E. Services' Saginaw plant, which was known as the Universal Manufacturing division

("Universal Manufacturing").

        15.    Prior to my involvement with the Flint Relationship, DAS LLC issued

purchase orders to H.E. Services for the manufacture of machine shift tubes and side covers at its

Flint Facility; after I became involved, DAS LLC issued a purchase order for press pins to the

Flint Facility.  Also prior to my involvement, in approximately 1999 and 2000, DAS LLC issued

purchase orders to Universal Manufacturing for the assembly of lower column brackets, pump

housings, tie rods, flanges and lock modules.  DAS LLC issued each of these purchase orders to

H.E. Services on form 90I requirements contracts.  None of these purchase orders stated any

estimated, much less guaranteed, volume of parts to be purchased; rather only the price and a

description of the parts appeared on the purchase orders.  (See Ex. C (purchase order 90I3412 for

flange assembly, coupling assembly, shaft assembly, pump housings, jack screw, and support

assembly, among other things); Ex. D (purchase order 90I4266 for side covers); Ex. E (purchase

order 90I4400 alterations[4] for lock modules, tie rods, and press pins, among other things); Ex. F

(purchase order 90I4317 for lock modules); Ex. G (purchase order 90I4332 alterations[5] for shift

tubes, lower column bracket assemblies, and pump housings, among other things).)[6]

---

[4]    DAS LLC was unable to locate the original purchase order 90I4400.

[5]    DAS LLC was unable to locate the original purchase order 90I4332.

[6]    Although I did not oversee the issuance of these purchase orders, as a long-time Purchasing Manager I have
general knowledge of how purchase orders are filed in the ordinary course of DAS LLC's business.  In
particular, purchase orders are filed by purchase order number (and not by supplier name).  If supplied with a
part number, one may use DAS LLC's computer system to search for all purchase orders for that part number;
this computer system is not searchable by part description.  I reviewed H.E. Services Supplemental Response to
attempt to determine what purchase order numbers or part numbers were at issue with respect to the Flint
Relationship; however, neither the purchase order numbers nor the part numbers were specified.  With the
assistance of counsel, I was able to piece together the part numbers at issue by looking at the documents

*(cont'd)*

7

16.    Furthermore, each of the purchase orders issued to H.E. Services' Flint Manufacturing and Universal Manufacturing divisions expressly incorporated DAS LLC's General Terms and Conditions.  (See id.)  The General Terms and Conditions state: "ACCEPTANCE:  Seller has read and understands this contract and agrees that Seller's written acceptance or commencement of any work or services under this contract shall constitute Seller's acceptance of these terms and conditions only."  (Ex. A § 1.)  The General Terms and Conditions also state:  "ENTIRE AGREEMENT:  This contract, together with the attachments, exhibits, supplements or other terms of Buyer specifically referenced in this contract, constitutes the entire agreement between Seller and Buyer with respect to the matters contained in this contract and supersedes all prior oral or written representations and agreements.  This contract may only be modified by a contract amendment issued by Buyer."  (Id. § 31.)

17.    Moreover, each purchase order was issued only after H.E. Services bid in response to an RFQ.  As explained above, DAS LLC's standard and well-established practice is to issue RFQs to multiple prospective suppliers who then have the opportunity to bid on the available work.  Both the value and the quality of suppliers' products are considered when awarding business to the most competitive supplier.  DAS LLC does not give prospective suppliers "high probability ratings" – or any probability ratings – related to their chance of securing future business.

18.    Indeed, over the course of the Flint Relationship, DAS LLC issued RFQs to H.E. Services for the production or assembly of many products.  In cases where H.E. Services failed to win the bid it was due solely to H.E. Services' relative lack of competitiveness.  (See,

_____

(cont'd from previous page)

produced during discovery.  I used these part numbers to search the computer system for the associated purchase order numbers.  Once I located the purchase order numbers, I asked Joan Nichols, the custodian of purchase order records, to locate the relevant purchase orders.

e.g., Ex. H (linear shift assemblies sourcing and recommendation summary demonstrating that H.E. Services bid was slightly higher than the current supplier's); Ex. I (shift bracket assembly sourcing and recommendation summary demonstrating that H.E. Services bid was $10.22 per part higher than the winning supplier); Ex. J ("tele motor and pot" assembly sourcing and recommendation summary demonstrating that H.E. Services bid was $5.34 per part higher than the winning supplier); Ex. K (motor bracket assembly sourcing and recommendation summary demonstrating that H.E. Services bid was $6.68 per part higher than the winning supplier); see also Ex. L (9/4/01 letter from Robert Backie indicating that H.E. Services was "advised that [it would] not be awarded a P.O. for the machining of shift bowls" and that H.E. Services received RFQs for trunnion, spacer and bearing holder and prototype operations)[7].)  Decisions not to award business to H.E. Services were not premised on H.E. Services' minority status; such decisions were premised solely on H.E. Services' relative competitiveness.

**Quality Problems Arise at H.E. Services.**

19.    Many quality problems arose with respect to products produced at both the Flint Manufacturing and Universal Manufacturing plants during the 2001-2003 timeframe.

20.    For example,  beginning in the summer of 2001 and continuing through early 2002, DAS LLC's customers issued Problem Reports and Resolutions ("PRR") to Universal Manufacturing, complaining of quality issues related to Universal Manufacturing's products.

21.    In response to these PRRs, I asked a Supplier Quality Engineer reporting to me, Sybil Chernek, to audit Universal Manufacturing's facility and report back to me on the results.  Ms. Chernek completed audits of Universal Manufacturing on March 22, 2002 and

---

[7]    Although Mr. Backie's September 4, 2001 letter indicates that H.E. Services had "shown a loss for fifteen straight months" (Ex. L), a November 28, 2001 letter from H.E. Services' Joe Stearns states that H.E. Services recorded a profit in October 2001 after instituting improvements and cost-cutting measures (Ex. M).

March 26, 2002.  (See Ex. N (audits).)  During these audits, Ms. Chernek reviewed Universal

Manufacturing's production of lock modules and flanges, respectively.  (See id.)  As a result of

the audits, DAS LLC placed Universal Manufacturing on "major nonconformity status" resulting

from the "absence or total breakdown of [quality systems]" at Universal Manufacturing.  (See id.

at 23.)  Further, it was determined that Universal Manufacturing's systems were unable to meet

DAS LLC's customer requirements.  (See id.)  All products produced at Universal Manufacturing

were thereby placed in Level II Containment[8] until the end of May 2002, or later depending on

subsequent findings.  (Id. at 8.)  Robert Backie was notified of this decision in a letter dated

March 31, 2002.  (Ex. O.)

        22.    Problems continued to surface at the Universal Manufacturing plant and,

in August of 2002, I was notified that a sticky residue was found on the pump housings

manufactured there.  (Ex. P.)  I also was informed that a visit to the plant revealed that "adequate

maintenance of [the] washer was neither being performed nor documented."  (Id.)

        23.    Similarly, in approximately the summer of 2002, I learned of quality

issues with respect to side covers produced by Flint Manufacturing.  Specifically, H.E. Services

consistently machined the side cover castings supplied to it by a third company, Madison-Kipp,

incorrectly.[9]  (Ex. Q.)  As a result, the product was routinely returned to Madison-Kipp, at

---

[8]   When products are placed in Level II Containment, the supplier bears the cost of hiring a third company to
inspect and sort all products prior to their use.  This differs from Level I Containment where the supplier may
inspect and sort their own products.

[9]   These problems were unrelated to the equipment DAS LLC supplied to Flint Manufacturing.  All equipment
consigned to H.E. Services was required to go through the Production Part Approval Process ("PPAP") before
such equipment could be utilized.  Although I was not involved in the PPAP, it is my understanding as a long-
time DAS LLC employee and member of the Purchasing Department, that during the PPAP both equipment and
the parts produced on that equipment are approved by DAS LLC's Quality Group.   The PPAP would insure
that parts produced on the consigned equipment met DAS LLC's requirements.  DAS LLC could not receive
parts against a purchase order until the PPAP had been completed.  It is my understanding that all of the
equipment consigned to H.E. Services went through the PPAP.

*(cont'd)*

substantial cost to Madison-Kipp, for reworking.  (Id.)  In August 2002, Madison-Kipp proposed

to DAS LLC that it machine the castings, rather than send the castings to H.E. Services.  (Id.)

Madison-Kipp offered Delphi a price of $2.1560 per side cover, resulting in a $0.371 savings per

side cover.  (See id.)    DAS LLC approached H.E. Services regarding both the quality and price

issues with respect to this product and gave H.E. Services several opportunities to make their

product more competitive and retain the business.  (See id.)

24.    Ultimately, on April 24, 2003, DAS LLC notified Robert Backie that H.E.

Services was on the "Delphi Saginaw Steering Systems Top Problem Supplier List" as a result of

H.E. Services' serious quality issues.  (Ex. R.)

**H.E. Services Requests Price Increases.**

25.    In approximately February 2002, as the quality of H.E. Services' products

began to deteriorate, H.E. Services proposed various price increases to DAS LLC for certain

parts produced at its Flint Manufacturing and Saginaw Manufacturing divisions.  H.E. Services

represented that these price increases were necessary to ensure their profitability where several

of DAS LLC's projected volumes had not been met.  However, DAS LLC never guaranteed

specific volumes for the products at issue.  The contractual relationships associated with these

products were requirements contracts whereby DAS LLC agreed to purchase its requirements

from H.E. Services.  That requirements will change and sometimes be less than anticipated is

well-known to sophisticated suppliers such as H.E. Services.  Because DAS LLC continued to

_____
*(cont'd from previous page)*

On occasions where I learned of problems related to any equipment on consignment to H.E. Services, I
immediately remedied the problem.  For example, in approximately 2001, I became aware of problems at Flint
Manufacturing related to tooling equipment that DAS LLC had outsourced to H.E. Services.  Specifically, I
learned that the pin presses DAS LLC had supplied H.E. Services were in need of repair.  In response, I
immediately hired a repairman to fix the pin presses.  After the repairs, the DAS LLC Supplier Quality Engineer
who reported to me informed me that the problem was resolved.

11

purchase its requirements under these contracts, DAS LLC determined that the proposed price increases were not warranted. Therefore, DAS LLC rejected H.E. Services' unilateral attempt to alter the pricing terms of its contracts. (See Ex. S (Price Increase Follow-Up indicating that the request was refused on 2/25/2002).)

26.     H.E. Services continued to pressure DAS LLC for price increases (and, conversely, the quality of its products continued to decrease, see supra ¶¶ 19-24). On or around April 9, 2002, DAS LLC personnel, including myself and Sybil Chernek, among others, and H.E. Services personnel, including Mr. Backie, met. Although the meeting was called to address the break down of quality systems at H.E. Services, Mr. Backie stated that he was uninterested in addressing the quality issues unless he was awarded price increases. (Ex. T (4/9/02 meeting notes).)[10] Mr. Backie further stated that "there would not be a quality system [without] a price increase." (Id. at 2.) Mr. Backie also indicated that he did not want DAS LLC's "piddley" assembly jobs; he wanted lucrative hi-tech jobs. (Id.) Moreover, Mr. Backie threatened to breach his contracts with DAS LLC unless he was awarded a price increase. (Id.)

**DAS LLC Properly Terminates its Contracts with H.E. Services.**

27.     On or around October 8, 2002, in response to H.E. Services' persistent requests for price increases, DAS LLC and H.E Services personnel met again. (See Ex. U.) During the meeting, H.E. Services stated that it refused to continue to produce the products at the agreed upon rates. (See id.) I again told H.E. Services that DAS LLC refused to accept the price increases. (See id.) As a result, I advised H.E. Services that DAS LLC intended to resource the

---

[10]    Sybil Chernek took notes during the meeting and they accurately reflect my memory of what occurred during the meeting.

H.E. Services business to more competitive suppliers, because H.E. Services refused to continue

producing parts at the contractually agreed upon prices.[11]    (See id.)

28.    In a subsequent meeting that occurred on or about December 4, 2002,

DAS LLC and H.E. Services mutually agreed that all of the H.E. Services business would be

resourced to more competitive suppliers because DAS LLC was unwilling to accept the proposed

price increases.  (See Ex. V (12/6/2002 Letter).)

29.    Due to H.E. Services' pervading quality issues and continual requests for

price increases, on or about December 6, 2002, DAS LLC notified H.E. Services in writing that

because H.E. Services refused to honor its contract prices, DAS LLC intended to terminate its

contracts with H.E. Services and resource the business to more competitive suppliers.  (See id.)

At that time, DAS LLC agreed to extend its current purchase orders with H.E. Services through

and including March 31, 2003, giving DAS LLC several months to pursue resourcing the

business.  (Id.)  DAS LLC further extended certain of these purchase orders as it continued to

pursue resourcing the business.  (See Ex. W (6/3/2004 Letter).)   Prior to termination of its

contracts with H.E. Services, DAS LLC ordered 100 percent of its requirements from H.E.

Services pursuant to the terms of the contracts.

**DAS LLC Resources Former H.E. Services Business to Other Suppliers.**

30.    Following the submission of RFQs to potential suppliers, DAS LLC

eventually resourced the H.E. Services business to several new suppliers, including Prince

Manufacturing ("Prince"), Contech Metal Forge ("Contech"), and Mariah Industries ("Mariah")

---

[11]    Although H.E. Services expressed a willingness to continue to perform under the few contracts it viewed as
lucrative, DAS LLC determined to terminate all of its contracts with H.E. Services.  (See Exs. U, V.)  Given
H.E. Services' on-going quality issues and refusal to honor certain of its contractual obligations to DAS LLC,
DAS LLC decided that it was prudent to resource all business away from H.E. Services' Flint Manufacturing
and Universal Manufacturing divisions.

because these suppliers offered prices lower than H.E. Services' prices.  (See, e.g., Ex. X (April 2,

2003 memorandum indicating that Prince's pricing resulted in a 17% savings to DAS LLC); Ex.

Y (recommendation summary indicating that DAS LLC would benefit from "significant logistics

saving[s]" by resourcing business away from H.E. Services to Contech, a division of SPX

Corporation).)   Mariah is a minority-owed company.  (Ex. Z (indicating that the majority of the

Universal Manufacturing business was resourced to another minority business enterprise

("MBE") named Mariah Industries).)

31.    Due to the lack of historical quality records at H.E. Services' Flint

Manufacturing and Universal Manufacturing divisions, we hired H.E. Services' Universal

Inspection division ("Universal Inspection") to inspect and sort products produced by Prince and

Mariah during the early production phase.[12]  Despite problems with H.E. Services' Flint

Manufacturing and Universal Manufacturing divisions, DAS LLC continued to have a good

working relationship with Universal Inspection.  (See id. ("It is our understanding that the

Universal Inspection and Ancon facilities were profitable and we are disappointed that they are

being closed.  It was our intention to continue the business relationship with these divisions.").)

32.    After DAS LLC resourced its business away from H.E. Services' Flint

Manufacturing and Universal Manufacturing divisions, DAS LLC reclaimed possession of

certain machinery and equipment that was on consignment to H.E. Services.  I was informed that

when DAS LLC collected this equipment it had been intentionally damaged.  For instance, wires

---

[12]    Because H.E. Services failed to maintain adequate quality process control records, there was not enough data
available to insure that the processes transferred to Prince and Mariah met DAS LLC quality standards.  DAS
LLC needed additional information, gathered through inspection, to assure itself that the processes in place met
quality control standards.

were severed inside the panel boxes of various pieces of equipment. (See Ex. AA.) DAS LLC bore the cost of repairing this damage.

**Investigation of Invoices Payable to H.E. Services.**

33.     In mid-2004 I participated in an invoice investigation and reconciliation initiated by H.E. Services together with its financial advisor, McTevia & Associates. During the course of my involvement with that investigation, DAS LLC paid over $200,000 in outstanding invoices to H.E. Services.[13] At that time, DAS LLC disputed the validity of certain invoices claimed by H.E. Services and refused to pay H.E. Services for those invoices. Specifically, DAS LLC refused to pay H.E. Services for six invoices addressed to Ramatech LLC for inspection work that H.E. Services performed when Ramatech was in Level II Containment. Although DAS LLC required that the inspection be performed, it was Ramatech's obligation as a supplier in Level II Containment to absorb the cost of this inspection. This is shown by the fact that the original invoices to Ramatech reference purchase order numbers that are not DAS LLC-generated purchase order numbers. (See Locricchio Am. Decl. Ex. H.)

     I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on August 30, 2007 in Saginaw, Michigan.



/s/  Stephen Dawe

Stephen Dawe

---

[13]    My involvement ceased in approximately September 2004 and I have no knowledge as to whether DAS LLC paid additional amounts to H.E. Services after that time.

# EXHIBIT A

**1. ACCEPTANCE:**

Seller has read and understands this contract and agrees that Seller's written acceptance or commencement of any work or services under this contract shall constitute Seller's acceptance of these terms and conditions only.

**2. SHIPPING AND BILLING:**

Seller agrees: (a) to properly pack, mark and ship goods in accordance with the requirements of Buyer, the involved carriers, and, if applicable, the country of destination; (b) to route shipments in accordance with Buyer's instructions; (c) to make no charge for handling, packaging, storage or transportation of goods, unless otherwise stated as an item on this contract; (d) to provide with each shipment packing slips with Buyer's contract and/or release number and date of shipment marked thereon; (e) to properly mark each package with a label/tag according to Buyer's instructions; (f) to promptly forward the original bill of lading or other shipping receipt for each shipment in accordance with Buyer's instructions. Seller will include on bills of lading or other shipping receipts correct classification identification of the goods shipped in accordance with Buyer's instructions and the carrier's requirements. The marks on each package and identification of the goods on packing slips, bills of lading and invoices (when required) shall be sufficient to enable Buyer to easily identify the goods purchased. Seller further agrees: (a) to accept payment based upon Buyer's Evaluated Receipt Record/Self Billed Invoice, unless an invoice is requested by Buyer; and (b) to accept payment by electronic funds transfer. The payment date is set forth in the Line Item Detail of this contract, or if not stated, shall be the date established by Buyer's Multilateral Netting System (MNS-2), which provides, on average, that payment shall be made on the second day of the second month following, in the case of the Buyer's North American facilities, Seller's shipment date of goods or date of services, and, for all of Buyer's other locations, Buyer's receipt date of the goods or date of services. Buyer may withhold payment pending receipt of evidence, in such form and detail as Buyer may direct, of the absence of any liens, encumbrances and claims on the goods or services under this contract.

**3. DELIVERY SCHEDULES:**

Time is of the essence, and deliveries shall be made both in quantities and at times specified in Buyer's schedules. Buyer shall not be required to make payment for goods delivered to Buyer that are in excess of quantities specified in Buyer's delivery schedules. Buyer may change the rate of scheduled shipments or direct temporary suspension of scheduled shipments, neither of which shall entitle Seller to a modification of the price for goods or services covered by this contract. Where quantities and/or delivery schedules are not specified, Seller shall deliver goods in such quantities and times as Buyer may direct in subsequent releases.

**4. PREMIUM SHIPMENTS:**

If Seller's acts or omissions result in Seller's failure to meet Buyer's delivery requirements and Buyer requires a more expeditious method of transportation for the goods than the transportation method originally specified by Buyer, Seller shall ship the goods as expeditiously as possible at Seller's sole expense.

**5. CHANGES:**

Buyer reserves the right at any time to direct changes, or cause Seller to make changes, to drawings and specifications of the goods or to otherwise change the scope of the work covered by this contract including work with respect to such matters as inspection, testing or quality control, and Seller agrees to promptly make such changes. Any difference in price or time for performance resulting from such changes shall be equitably adjusted by Buyer after receipt of documentation in such form and detail as Buyer may direct. Any changes to this contract shall be made in accordance with Paragraph 31.

**6. SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION:**

Seller agrees to participate in Buyer's supplier quality and development program(s) and to comply with all quality requirements and procedures specified by Buyer, as revised from time to time, including those applicable to Seller as set forth in Quality System Requirements QS-9000. In addition, Buyer shall have the right to enter Seller's facility at reasonable times to inspect the facility, goods, materials and any property of Buyer covered by this contract. Buyer's inspection of the goods, whether during manufacture, prior to delivery or within a reasonable time after delivery, shall not constitute acceptance of any work-in-process or finished goods.

**7. NONCONFORMING GOODS:**

Seller acknowledges that Buyer will not perform incoming inspections of the goods, and waives any rights to require Buyer to conduct such inspections. To the extent Buyer rejects goods as nonconforming, the quantities under this contract will automatically be reduced unless Buyer otherwise notifies Seller. Seller will not replace quantities so reduced without a new contract or schedule from Buyer. Nonconforming goods will be held by Buyer in accordance with Seller's instructions at Seller's risk. Seller's failure to provide written instructions within 10 days, or such shorter period as may be commercially reasonable under the circumstances, after notice of nonconformity shall entitle Buyer, at Buyer's option, to charge Seller for storage and handling or to dispose of the goods without liability to Seller. Payment for nonconforming goods shall not constitute an acceptance of them, limit or impair Buyer's right to assert any legal or equitable remedy, or relieve Seller's responsibility for latent defects.

**8. FORCE MAJEURE:**

Any delay or failure of either party to perform its obligations shall be excused if Seller is unable to produce, sell or deliver, or Buyer is unable to accept delivery, buy or use, the goods or services covered by this contract, as the result of an event or occurrence beyond the reasonable control of the party and without its fault or negligence, including, but not limited to, acts of God, actions by any governmental authority (whether valid or invalid), fires, floods, windstorms, explosions, riots, natural disasters, wars, sabotage, labor problems (including lockouts, strikes and slowdowns), inability to obtain power, material, labor, equipment or transportation, or court injunction or order; provided that written notice of such delay (including the anticipated duration of the delay) shall be given by the affected party to the other party as soon as possible after the event or occurrence (but in no event more than 10 days thereafter). During the period of such delay or failure to perform by Seller, Buyer, at its option, may purchase goods from other sources and reduce its schedules to Seller by such quantities, without liability to Seller, or have Seller provide the goods from other sources in quantities and at times requested by Buyer, and at the price set forth in this contract. In addition, Seller at its expense shall take all such actions as necessary to ensure the supply of goods to Buyer for a period of at least 30 days during any anticipated labor disruption or resulting from the expiration of Seller's labor contract(s). If requested by Buyer, Seller shall, within 10 days, provide adequate assurances that the delay shall not exceed 30 days. If the delay lasts more than 30 days or Seller does not provide adequate assurance that the delay will cease within 30 days, Buyer may immediately terminate this contract without liability.

**9. WARRANTY:**

Seller warrants/guarantees that the goods covered by this contract will conform to the specifications, drawings, samples, or descriptions furnished to or by Buyer, and will be merchantable, of good material and workmanship and free from defect. In addition, Seller acknowledges that Seller knows of Buyer's intended use and warrants/guarantees that all goods covered by this contract that have been selected, designed, manufactured or assembled by Seller based upon Buyer's stated use will be fit and sufficient for the particular purposes intended by Buyer. The warranty period shall be that provided by applicable law, except that if Buyer offers a longer warranty to its customers for goods installed on vehicles, such longer period shall apply.

**10. INGREDIENTS DISCLOSURE; SPECIAL WARNINGS AND INSTRUCTIONS:**

If requested by Buyer, Seller shall promptly furnish to Buyer in such form and detail as Buyer may direct: (a) a list of all ingredients in the goods; (b) the amount of all ingredients; and (c) information concerning any changes in or additions to such ingredients. Prior to and with the shipment of the goods, Seller agrees to furnish to Buyer sufficient warning and notice in writing (including appropriate labels on the goods, containers and packing) of any hazardous material that is an ingredient or a part of any of the goods, together with such special handling instructions as may be necessary to advise carriers, Buyer, and their respective employees of how to exercise that measure of care and precaution that will best prevent bodily injury or property damage in the handling,

transportation, processing, use or sale of the goods, whether used alone or in combination with other substances, and in the disposition of empty containers and packing shipped to Buyer.

**11. INSOLVENCY:**

Buyer may immediately terminate this contract without liability to Seller in any of the following or any other comparable events: (a) insolvency of Seller; (b) filing of a voluntary petition in bankruptcy by Seller; (c) filing of any involuntary petition in bankruptcy against Seller; (d) appointment of a receiver or trustee for Seller; or (e) execution of an assignment for the benefit of creditors by Seller, provided that such petition, appointment or assignment is not vacated or nullified within 15 days of such event. Seller shall reimburse Buyer for all costs incurred by Buyer in connection with any of the foregoing, including, but not limited to, all attorney's or other professional fees.

**12. TERMINATION FOR BREACH OR NONPERFORMANCE.**

Buyer reserves the right to terminate all or any part of this contract, without liability to Seller, if Seller: (a) repudiates or breaches any of the terms of this contract, including Seller's warranties; (b) fails to perform services or deliver goods as specified by Buyer; (c) fails to make progress so as to endanger timely and proper completion of services or delivery of goods; and does not correct such failure or breach within 10 days (or such shorter period of time if commercially reasonable under the circumstances) after receipt of written notice from Buyer specifying such failure or breach.

**13. TERMINATION FOR CONVENIENCE:**

In addition to any other rights of Buyer to terminate this contract, Buyer may, at its option, immediately terminate all or any part of this contract, at any time and for any reason, by giving written notice to Seller. Upon such termination, Buyer shall pay to Seller the following amounts without duplication: (a) the contract price for all goods or services that have been completed in accordance with this contract and not previously paid for; and (b) the actual costs of work-in-process and raw materials incurred by Seller in furnishing the goods or services under this contract to the extent such costs are reasonable in amount and are properly allocable or apportionable under generally accepted accounting principles to the terminated portion of this contract; less, however, the sum of the reasonable value or cost (whichever is higher) of any goods or materials used or sold by Seller with Buyer's written consent, and the cost of any damaged or destroyed goods or material. Buyer will make no payments for finished goods, work-in-process or raw materials fabricated or produced by Seller in amounts in excess of those authorized in delivery releases nor for any undelivered goods that are in Seller's standard stock or that are readily marketable. Payments made under this Paragraph shall not exceed the aggregate price payable by Buyer for finished goods that would be produced by Seller under delivery or release schedules outstanding at the date of termination. Except as provided in this Paragraph, Buyer shall not be liable for and shall not be required to make payments to Seller, directly or on account of claims by Seller's subcontractors, for loss of anticipated profit, unabsorbed overhead, interest on claims, product development and engineering costs, facilities and equipment rearrangement costs or rental, unamortized depreciation costs, or general and administrative burden charges from termination of this contract. Within 60 days from the effective date of termination, Seller shall submit a comprehensive termination claim to Buyer, with sufficient supporting data to permit Buyer's audit, and shall thereafter promptly furnish such supplemental and supporting information as Buyer shall request. Buyer or its agents shall have the right to audit and examine all books, records, facilities, work, material, inventories and other items relating to any termination claim of Seller.

**14. INTELLECTUAL PROPERTY:**

Seller agrees: (a) to defend, hold harmless and indemnify Buyer, its successors and customers against any claims of infringement (including patent, trademark, copyright, industrial design right, or other proprietary right, or misuse or misappropriation of trade secret) and resulting damages and expenses (including attorney's and other professional fees) arising in any way in relation to the goods or services contracted, including such claims where Seller has provided only part of the goods or services; Seller expressly waives any claim against Buyer that such infringement arose out of compliance with Buyer's specification; (b) that Buyer or Buyer's subcontractor has the right to repair, reconstruct, or rebuild the specific goods delivered under this contract without payment of any royalty to Seller; (c) that parts manufactured based on Buyer's drawings and/or specifications may not be used for its own use or sold to third parties without Buyer's express written authorization; and (d) to the extent that this contract is issued for the creation of copyrightable works, the works shall be considered "works made for hire," to the extent that the works do not qualify as "works made for hire," Seller hereby assigns to Buyer all right, title and interest in all copyrights and moral rights therein.

**15. TECHNICAL INFORMATION DISCLOSED TO BUYER:**

Seller agrees not to assert any claim (other than a claim for patent infringement) with respect to any technical information that Seller shall have disclosed or may hereafter disclose to Buyer in connection with the goods or services covered by this contract.

**16. INDEMNIFICATION.**

If Seller performs any work on Buyer's premises or utilizes the property of Buyer, whether on or off Buyer's premises, Seller shall indemnify and hold Buyer harmless from and against any liability, claims, demands or expenses (including attorney's and other professional fees) for damages to the property of or injuries (including death) to Buyer, its employees or any other person arising from or in connection with Seller's performance of work or use of Buyer's property, except for such liability, claim, or demand arising out of the sole negligence of Buyer.

**17. INSURANCE.**

Seller shall maintain insurance coverage with carriers acceptable to Buyer and in the amounts set forth in the Special Terms. Seller shall furnish to Buyer either a certificate showing compliance with these insurance requirements or certified copies of all insurance policies within 10 days of Buyer's written request. The certificate will provide that Buyer will receive 30 days' prior written notice from the insurer of any termination or reduction in the amount or scope of coverage. Seller's furnishing of certificates of insurance or purchase of insurance shall not release Seller of its obligations or liabilities under this contract.

**18. SELLER'S PROPERTY:**

Unless otherwise agreed to by Buyer, Seller, at its expense, shall furnish, keep in good condition, and replace when necessary all machinery, equipment, tools, jigs, dies, gauges, fixtures, molds, patterns and other items ("Seller's Property") necessary for the production of the goods. The cost of changes to Seller's Property necessary to make design and specification changes authorized by Buyer shall be paid for by Buyer. Seller shall insure Seller's Property with full fire and extended coverage insurance for its replacement value. Seller grants Buyer an irrevocable option to take possession of and title to Seller's Property that is special for the production of the goods upon payment to Seller of its net book value less any amounts that Buyer has previously paid to Seller for the cost of such items; provided, however, that this option shall not apply if Seller's Property is used to produce goods that are the standard stock of Seller or if a substantial quantity of like goods are being sold by Seller to others.

**19. BUYER'S PROPERTY:**

All supplies, materials, tools, jigs, dies, gauges, fixtures, molds, patterns, equipment and other items furnished by Buyer, either directly or indirectly, to Seller to perform this contract, or for which Seller has been reimbursed by Buyer, shall be and remain the property of Buyer and held by Seller on a bailment basis ("Buyer's Property"). Seller shall bear the risk of loss of and damage to Buyer's Property. Buyer's Property shall at all times be properly housed and maintained by Seller, at its expense, shall not be used by Seller for any purpose other than the performance of this contract; shall be deemed to be personalty; shall be conspicuously marked by Seller as the property of Buyer; shall not be commingled with the property of Seller or with that of a third person; and shall not be moved from Seller's premises without Buyer's prior written approval. Buyer shall have the right to enter Seller's premises at all reasonable times to inspect such property and Seller's records with respect thereto. Upon the request of Buyer, Buyer's Property shall be immediately released to Buyer or delivered to Buyer by Seller, either (i) F.O.B. transport equipment at Seller's plant, properly packed and marked in accordance with the requirements of the carrier selected by Buyer to transport such property, or (ii) to any location designated by Buyer, in which event Buyer shall pay to Seller the reasonable costs of delivering such property to such location. When permitted by law, Seller waives any lien or other rights that Seller might otherwise have on any of Buyer's Property for work performed on such property or otherwise.

**20. SERVICE AND REPLACEMENT PARTS.**

Seller will sell to Buyer goods necessary for it to fulfill its current model service and replacement parts requirements at the price(s) set forth in this contract. If the goods are systems or modules, Seller will sell the components or parts that comprise the system or module at price(s) that shall not, in the aggregate, exceed the price of the system or module less assembly costs. During the 15 year period after Buyer completes current model purchase, Seller will sell goods to Buyer to fulfill Buyer's past model service and replacement parts requirements. Following cancellation by Buyer, the price(s) during the first 3 years of this period shall be those in effect at the conclusion of current model purchase. For the remainder of this period, the price(s) for goods shall be as agreed to by the parties. When requested by Buyer, Seller shall make service literature and other materials available at no additional charge to support Buyer's service part sales activities.

**21. REMEDIES:**

The rights and remedies reserved to Buyer in this contract shall be cumulative with, and additional to, all other or further remedies provided in law or equity. Without limiting the foregoing, should any goods fail to conform to the warranties set forth in Paragraph 9, Buyer shall notify Seller and Seller shall, if requested by Buyer, reimburse Buyer for any incidental and consequential damages caused by such nonconforming goods, including, but not limited to, costs, expenses and losses incurred by Buyer (a) in inspecting, sorting, repairing or replacing such nonconforming goods; (b) resulting from production interruptions; (c) conducting recall campaigns or other corrective service actions, and (d) claims for personal injury (including death) or property damage caused by such nonconforming goods. If requested by Buyer, Seller will enter into a separate agreement for the administration or processing of warranty chargebacks for nonconforming goods.

**22. CUSTOMS; EXPORT CONTROLS:**

Credits or benefits resulting or arising from this contract, including trade credits, export credits or the refund of duties, taxes or fees, shall belong to Buyer. Seller shall provide all information necessary (including written documentation and electronic transaction records) to permit Buyer to receive such benefits or credits, as well as to fulfill its customs related obligations, origin marking or labeling requirements and local content origin requirements, if any. Export licenses or authorizations necessary for the export of the goods shall be the responsibility of Seller unless otherwise indicated in this contract, in which event Seller shall provide such information as may be necessary to enable Buyer to obtain such licenses or authorization(s). Seller shall undertake such arrangements as necessary for the goods to be covered by any duty deferral or free trade zone program(s) of the country of import.

**23. SETOFF/RECOUPMENT:**

In addition to any right of setoff or recoupment provided by law, all amounts due to Seller shall be considered net of indebtedness of Seller and its affiliates/subsidiaries to Buyer and its affiliates/subsidiaries; and Buyer shall have the right to setoff against or to recoup from any amounts due to Seller and its affiliates/subsidiaries from Buyer and its affiliates/subsidiaries.

**24. NO ADVERTISING:**

Seller shall not, without first obtaining the written consent of Buyer, in any manner advertise or publish the fact that Seller has contracted to furnish Buyer the goods or services covered by this contract, or use any trademarks or trade names of Buyer in Seller's advertising or promotional materials.

**25. COMPLIANCE WITH LAWS; FORCED LABOR:**

Seller, and any goods or services supplied by Seller, shall comply with all applicable laws, rules, regulations, orders, conventions, ordinances or standards of the country(ies) of destination or that relate to the manufacture, labeling, transportation, importation, exportation, licensing, approval or certification of the goods or services, including, but not limited to, those relating to environmental matters, wages, hours and conditions of employment, subcontractor selection, discrimination, occupational health/safety and motor vehicle safety. Seller further represents that neither it nor any of its subcontractors will utilize slave, prisoner or any other form of forced or involuntary labor in the supply of goods or provision of services under this contract. At Buyer's request, Seller shall certify in writing its compliance with the foregoing. Seller shall indemnify and hold Buyer harmless from and against any liability claims, demands or expenses (including attorney's or other professional fees) arising from or relating to Seller's noncompliance.

**26. NO IMPLIED WAIVER:**

The failure of either party at any time to require performance by the other party of any provision of this contract shall in no way affect the right to require such performance at any time thereafter, nor shall the waiver of either party of a breach of any provision of this contract constitute a waiver of any succeeding breach of the same or any other provision.

**27. NON-ASSIGNMENT:**

Seller may not assign or delegate its obligations under this contract without Buyer's prior written consent.

**28. RELATIONSHIP OF PARTIES:**

Seller and Buyer are independent contracting parties and nothing in this contract shall make either party the agent or legal representative of the other for any purpose whatsoever, nor does it grant either party any authority to assume or to create any obligation on behalf of or in the name of the other.

**29. GOVERNING LAW; JURISDICTION:**

This contract is to be construed according to the laws of the country (and state/province, if applicable) from which this contract is issued as shown by the address of Buyer, excluding the provisions of the United Nations Convention on Contracts for the International Sale of Goods and any conflict of law provisions that would require application of another choice of law. Any action or proceedings by Buyer against Seller may be brought by Buyer in any court(s) having jurisdiction over Seller, or, at Buyer's option, in the court(s) having jurisdiction over Buyer's location, in which event Seller consents to jurisdiction and service of process in accordance with applicable provisions. Any actions or proceedings by Seller against Buyer may be brought by Seller only in the court(s) having jurisdiction over the location of Buyer from which this contract is issued.

**30. SEVERABILITY:**

If any term(s) of this contract is invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule of law, such term(s) shall be deemed reformed or deleted, as the case may be, but only to the extent necessary to comply with such statute, regulation, ordinance, order or rule, and the remaining provisions of this contract shall remain in full force and effect.

**31. ENTIRE AGREEMENT:**

This contract, together with the attachments, exhibits, supplements or other terms of Buyer specifically referenced in this contract, constitutes the entire agreement between Seller and Buyer with respect to the matters contained in this contract and supersedes all prior oral or written representations and agreements. This contract may only be modified by a contract amendment issued by Buyer.

*Revised: September 30, 1998*

# EXHIBIT B

Revised June 24, 1999

# DELPHI AUTOMOTIVE SYSTEMS

## GENERAL TERMS AND CONDITIONS

*Delphi Automotive Systems seeks to exceed its customers' expectations. Delphi's suppliers are integral to achieving this objective, and Delphi hopes that its suppliers will recognize Delphi as their preferred customer. Delphi will establish high performance expectations for itself and its suppliers, measure performance and reward superior performance.*

## 1. ACCEPTANCE

Seller acknowledges and agrees that these General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). Seller acknowledges and agrees that it has read and understands these General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and these General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including these General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

## 2. SHIPPING AND BILLING

2.1 Shipping. Seller will (a) properly pack, mark and, ship goods as instructed by Buyer or any carriers and in accordance with any applicable laws or regulations, (b) route shipments as Buyer instructs, (c) not charge for costs relating to handling, packaging, storage or transportation (including duties, taxes, fees, etc.) unless otherwise expressly stated in this Contract, (d) provide packing slips with each shipment that identify Buyer's contract and/or release number and the date of the shipment, and (e) promptly forward the original bill of lading or other shipping receipt with respect to each shipment as Buyer instructs. Seller will include on bills of lading or other shipping receipts the correct classification identification of the goods shipped as Buyer or the carrier requires. The marks on each package and identification of the goods on packing slips, bills of lading and invoices must enable Buyer to easily identify the goods.

2.2 Billing. Seller will (a) accept payment based upon Buyer's Evaluated Receipt Record/Self-Billed Invoice unless Buyer requests that Seller issue and deliver an invoice and (b) accept payment by electronic funds transfer. If the payment due date is not otherwise specified in this Contract, the payment due date will be the due date established by the Multilateral Netting System (MNS-2) used by Buyer, which provides, on average, that payment will be due on the second day of the second month following the date Buyer receives the goods or services. Buyer may withhold payment for any goods or services until Buyer receives evidence, in such form and detail as Buyer requires, of the absence of any liens, encumbrances and claims on such goods or services.

2.3 Delivery Schedules. Deliveries will be made in the quantities, on the dates, and at the times specified by Buyer in this Contract or any subsequent releases or instructions Buyer issues under this Contract. Time is of

Revised June 24, 1999

the essence with respect to all delivery schedules Buyer establishes. Buyer will not be required to pay for any goods that exceed the quantities specified in Buyer's delivery schedules or to accept goods that are delivered in advance of the delivery date specified in Buyer's delivery schedules. Seller bears the risk of loss of all goods delivered in advance of the delivery date specified in Buyer's delivery schedules. If Buyer determines that the requirements of Buyer's customers or market, economic or other conditions require changes in delivery schedules, Buyer may change the rate of scheduled shipments or direct temporary suspension of scheduled shipments without entitling Seller to a price adjustment or other modification of this Contract.

2.4  Premium Shipments. If Seller fails to have goods ready for shipment in time to meet Buyer's delivery schedules using the method of transportation originally specified by Buyer and, as a result, Buyer requires Seller to ship the goods using a premium (more expeditious) method of transportation, Seller will ship the goods as expeditiously as possible. Seller will pay, and be responsible for, the entire cost of such premium shipment, unless Buyer's actions caused Seller to fail to meet Buyer's delivery schedules, in which case Buyer will pay any costs for premium shipment.

## 3. SPECIFICATION, DESIGN AND SCOPE CHANGES

Buyer may at any time require Seller to implement changes to the specifications or design of the goods or to the scope of any services or work covered by this Contract, including work related to inspection, testing or quality control. While Buyer will endeavor to discuss any such changes with Seller as early as practical, Seller will promptly implement such changes. Buyer will equitably determine any adjustment in price or delivery schedules resulting from such changes, including Buyer's payment of reasonable costs of modifications to Seller's Equipment and Facilities (as defined in Article 16) necessary to implement such changes. In order to assist in the determination of any equitable adjustment in price or delivery schedules, Seller will, as requested, provide information to Buyer, including documentation of changes in Seller's cost of production and the time to implement such changes. In the event of any disagreement arising out of such changes, Buyer and Seller will work to resolve the disagreement in good faith, provided, however, that Seller will continue performing under this Contract, including prompt implementation of changes required by Buyer, while Buyer and Seller resolve any disagreement arising out of such changes.

## 4. QUALITY AND INSPECTION

Seller will participate in Buyer's supplier quality and development program(s) and comply with all quality requirements and procedures Buyer specifies from time to time. Seller will permit Buyer and its representatives and consultants to (i) inspect Seller's books and records in order to monitor Seller's compliance with this Contract and Seller's financial condition and (ii) enter Seller's facilities at reasonable times to inspect such facilities and any goods, materials and property that relate to this Contract. No such inspection by Buyer will constitute acceptance by Buyer of any work-in-process or finished goods.

## 5. NON-CONFORMING GOODS

Buyer is not required to perform incoming inspections of any goods, and Seller waives any right to require Buyer to conduct any such inspections. Seller will not substitute any goods for the goods covered by this Contract unless Buyer consents in writing. If Buyer rejects any goods as non-conforming, Buyer may, at its option, (a) reduce the quantities of goods ordered under this Contract by the quantity of non-conforming goods, (b) require Seller to replace the non-conforming goods, and/or (c) exercise any other applicable rights or remedies. If Seller fails to inform Buyer in writing of the manner in which Seller desires that Buyer dispose of non-conforming goods within forty-eight (48) hours of notice of Buyer's rejection of non-conforming goods (or such shorter period as is reasonable under the circumstances), Buyer will be entitled to dispose of the non-conforming goods without liability to Seller, provided, however, that in any event Buyer may elect to

Revised June 24, 1999

arrange for the shipment of any non-conforming goods back to Seller at Seller's expense. Seller will bear all risk of loss with respect to all non-conforming goods and will promptly pay or reimburse all costs incurred by Buyer to return, store or dispose any non-conforming goods. Buyer's payment for any non-conforming goods will not constitute acceptance by Buyer, limit or impair Buyer's right to exercise any rights or remedies, or relieve Seller of responsibility for the non-conforming goods.

## 6. FORCE MAJEURE

If Seller is unable to produce, sell or deliver any goods or services covered by this Contract, or Buyer is unable to accept delivery, buy or use any goods or services covered by this Contract, as a result of an event or occurrence beyond the reasonable control of the affected party and without such party's fault or negligence, then any delay or failure to perform under this Contract that results from such event or occurrence will be excused for so long as such event or occurrence continues, provided, however, that the affected party gives written notice of such delay (including the anticipated duration of the delay) to the other party as soon as possible after the event or occurrence (but in no event more than three (3) days thereafter). Such events and occurrences may include, by way of example and not limitation, natural disasters, fires, floods, windstorms, severe weather, explosions, riots, wars, sabotage, labor problems (including lockouts, strikes and slowdowns), equipment breakdowns and power failures. During any delay or failure to perform by Seller, Buyer may (i) purchase substitute goods from other available sources, in which case the quantities under this Contract will be reduced by the quantities of such substitute goods and Seller will reimburse Buyer for any additional costs to Buyer of obtaining the substitute goods compared to the prices set forth in this Contract and/or (ii) have Seller provide substitute goods from other available sources in quantities and at times Buyer requests and at the prices set forth in this Contract. If Seller fails to provide adequate assurances that any delay will not exceed thirty (30) days or if any delay lasts more than thirty (30) days, Buyer may terminate this Contract without liability. Before any of Seller's labor contracts expire and as soon as Seller anticipates or learns of any impending strike, labor dispute, work stoppage or other disruption at Seller's facilities that might affect the delivery of goods to Buyer, Seller will produce (and locate in an area that will not be affected by any such disruption) a finished inventory of goods in quantities sufficient to ensure the supply of goods to Buyer for at least thirty (30) days after such disruption commences.

## 7. WARRANTY

7.1 General. Seller warrants and guarantees to Buyer, its successors, assigns and customers that the goods and services covered by this Contract will (a) conform to all applicable specifications, drawings, samples, descriptions, brochures and manuals furnished by Seller or Buyer, (b) will be merchantable, (c) of good material and workmanship, (d) free from defect, and (e) are fit and sufficient for the particular purposes intended by Buyer and any customer of Buyer. If requested by Buyer, Seller will enter into a separate agreement for the administration or processing of warranty chargebacks for nonconforming goods.

7.2 Date and Time Processing. Seller warrants and guarantees to Buyer and its customers that any products (including computer hardware, software, firmware, machinery and equipment) covered by this Contract must at all times accurately process, handle, calculate, compare and sequence date and time data from, into, within and between the 20th and 21st centuries, including leap year calculations.

7.3 Warranty Period. The period for each of the foregoing warranties will be that provided by applicable law, except that if Buyer ever provides a longer warranty to its customers, such longer warranty period will apply to the goods covered by this Contract.

Revised June 24, 1999

## 8. INGREDIENTS AND HAZARDOUS MATERIALS

If Buyer requests, Seller will promptly furnish to Buyer, in such form and detail as Buyer directs: (a) a list of all ingredients in the goods, (b) the amount of all ingredients, and (c) information concerning any changes in or additions to the ingredients. Prior to, and together with, the shipment of the goods, Seller will furnish to Buyer and all carriers sufficient written warning and notice (including appropriate labels on the goods, containers and packing) of any hazardous material that is an ingredient or a part of any of the goods, together with all special handling instructions, safety measures and precautions as may be necessary to comply with applicable law, to inform Buyer and all carriers of any applicable legal requirements and to best allow Buyer and all carriers to prevent bodily injury or property damage in the handling, transportation, processing, use or disposal of the goods, containers and packing.

## 9. INSOLVENCY OF SELLER

Buyer may immediately terminate this Contract without liability to Seller in any of the following or any similar events: (a) insolvency or financial difficulties of Seller, (b) filing of a voluntary petition in bankruptcy by Seller, (c) filing of any involuntary petition in bankruptcy against Seller, (d) appointment of a receiver or trustee for Seller, (e) execution of an assignment for the benefit of creditors by Seller, or (f) any accommodation by Buyer, financial or otherwise, not contemplated by this Contract, that are necessary for Seller to meet its obligations under this Contract. Seller will reimburse Buyer for all costs Buyer incurs in connection with any of the foregoing whether or not this Contract is terminated, including, but not limited to, all attorney or other professional fees.

## 10. TERMINATION FOR BREACH

Buyer may terminate all or any part of this Contract, without liability to Seller at any time after execution if Seller (a) repudiates, breaches, or threatens to breach any of the terms of this Contract, including Seller's warranties, (b) fails to perform or threatens not to perform services or deliver goods in accordance with this Contract; or (c) fails to assure timely and proper completion of services or delivery of goods.

## 11. TERMINATION FOR CONVENIENCE

In addition to any other rights of Buyer to terminate this Contract, Buyer may immediately terminate all or any part of this Contract, at any time and for any reason, by notifying Seller in writing. Upon such termination, Buyer may, at its option, purchase from Seller any or all raw materials, work-in-process and finished goods inventory related to the goods under this Contract which are useable and in a merchantable condition. The purchase price for such finished goods, raw materials and work-in-process, and Seller's sole and exclusive recovery from Buyer (without regard to the legal theory which is the basis for any claim by Seller) on account of such termination, will be (a) the contract price for all goods or services that have been completed in accordance with this Contract as of termination date and delivered and accepted by Buyer and not previously paid for, plus (b) the actual costs of work-in-process and raw materials incurred by Seller in furnishing the goods or services under this Contract to the extent such costs are reasonable in amount and are properly allocable or apportionable under generally accepted accounting principles to the terminated portion of this Contract less (c) the reasonable value or cost (whichever is higher) of any goods or materials used or sold by Seller with Buyer's written consent. In no event will Buyer be required to pay for finished goods, work-in-process or raw materials which Seller fabricates or procures in amounts that exceed those Buyer authorizes in delivery releases nor will Buyer be required to pay for any goods or materials that are in Seller's standard stock or that are readily marketable. Payments made under this Article will not exceed the aggregate price for finished goods that would be produced by Seller under delivery or release schedules outstanding at the date of termination. Within sixty (60) days after the effective date of termination, Seller will submit a comprehensive

**Revised June 24, 1999**

termination claim to Buyer, with sufficient supporting data to permit an audit by Buyer, and will thereafter promptly furnish any supplemental and supporting information Buyer requests.

## 12. TECHNICAL INFORMATION

12.1   <u>Exchange of Information</u>.   Buyer and Seller will cooperate to create, maintain, update, and share technical information about the goods, products, machinery, materials, formulations and their manufacture, use, application and control in compliance with Buyer's drafting and math data standards.   Such technical information will not be subject to any use or disclosure restrictions.   Accordingly, Seller agrees not to assert any claims against Buyer, its customers or their respective suppliers with respect to any technical information that Seller discloses in connection with this Contract.

12.2   <u>Waiver of Claims</u>.   Seller agrees not to assert any claim (other than a claim for patent infringement) against Buyer, Buyer's customers or their respective suppliers with respect to any technical information that Seller shall have disclosed or may hereafter disclose in connection with the goods or services covered by this Contract.

12.3   <u>Repair and Rebuild</u>.   Seller authorizes Buyer, its affiliates, agents and subcontractors, and Buyer's customers and their subcontractors to repair, reconstruct or rebuild the goods and products delivered under this Contract without payment of any royalty or other compensation to Seller.

12.4   <u>Computer Programs and Written Works</u>.   All works of authorship, including without limitation, software, computer programs, and databases (including object code, micro code, source code and data structures), and all enhancements, modifications and updates thereof and all other written work products or materials, which are created in the course of performing this Contract (separately or as part of any goods and components) are "works made for hire" and the sole property of Buyer.   To the extent that such works of authorship do not qualify under applicable law as works made for hire, Seller agrees to assign and assigns to Buyer all right, title and interest in any intellectual property rights in such works of authorship.

## 13. INDEMNIFICATION

13.1   <u>Infringement</u>. Seller will defend, hold harmless and indemnify Buyer and its customers, and their respective successors and assigns, against any claims of infringement (including patent, trademark, copyright, moral, industrial design or other proprietary rights, or misuse or misappropriation of trade secret) and resulting damages and expenses (including, without limitation, attorney and other professional fees and disbursements) relating to the goods or services covered by this Contract, including any claims in circumstances where Seller has provided only part of the goods or services.   Seller waives any claim against Buyer that any such infringement arose out of compliance with Buyer's specifications.

13.2   <u>Activities on Buyer's Premises</u>. Seller will defend, hold harmless, and indemnify Buyer from and against any liability, claims, demands, damages, costs or expenses (including, without limitation, reasonable attorney and other professional fees and disbursements) arising from or in connection with the performance of any service or work by Seller or its employees, agents, representatives and subcontractors on Buyer's or Buyer's customer's premises or the use of the property of Buyer or any customer of Buyer, except to the extent such liability arises out of the negligence or willful misconduct of Buyer or Buyer's customer.

13.3   <u>Product Liability</u> . Seller will defend, hold harmless, and indemnify Buyer from and against any liability and expenses (including, without limitation, attorney and other professional fees and disbursements) arising from or in connection with any third party claims or demands to recover for personal injury or death, property damage or economic loss caused by any of the goods or services supplied by Seller (regardless of whether

Revised June 24, 1999

such claim or demand arises under tort, negligence, contract, warranty, strict liability or other legal theories), except to the extent such injury, damage or loss results from Buyer's specifications as to design or materials or from alteration or improper repair, maintenance or installation by any party other than Seller.

## 14. COMPLIANCE WITH LAWS

Seller, and any goods or services supplied by Seller, will comply with all applicable laws, rules, regulations, orders, conventions, ordinances and standards of the country(ies) of origin and destination or that relate to the manufacture, labeling, transportation, importation, exportation, licensing, approval or certification of the goods or services, including, but not limited to, those relating to environmental matters, wages, hours and conditions of employment, subcontractor selection, discrimination, occupational health/safety and motor vehicle safety. Neither Seller nor any of its subcontractors will utilize slave, prisoner or any other form of forced or involuntary labor in the supply of goods or services under this Contract.  Upon Buyer's request, Seller will certify in writing its compliance with the foregoing.  Seller will defend, hold harmless and indemnify Buyer from and against any liability, claims, demands, damages or expenses (including reasonable attorney or other professional fees and disbursements) arising from or relating to Seller's noncompliance with this Article.

## 15. INSURANCE

Seller will maintain insurance coverage as required by applicable law or as reasonably requested by Buyer with carriers reasonably acceptable to Buyer.  With respect to any such insurance coverage, Seller will furnish to Buyer either a certificate evidencing satisfaction of the above-mentioned insurance requirements under this Contract or certified copies of all insurance policies within ten (10) days after Buyer requests.  The certificate must provide that Buyer will receive thirty (30) days prior written notice from the insurer of any termination or reduction in the amount or scope of coverage.  The furnishing of certificates of insurance and purchase of insurance will not limit or release Seller from Seller's obligations or liabilities under this Contract.

## 16. SELLER'S EQUIPMENT

Seller, at its expense, will furnish, keep in good condition, and replace when necessary all of its machinery and equipment, including related tooling, jigs, dies, gauges, fixtures, molds, patterns, fixtures and other accessories, required for the production of the products covered by this Contract ("Seller's Equipment"). Seller will insure Seller's Equipment with fire and extended coverage insurance for its full replacement value. Seller grants Buyer an irrevocable option to take possession of, and title to, all or part of Seller's Equipment that is specially designed or outfitted for the production of the goods covered by this Contract upon payment to Seller of the net book value of such Seller's Equipment less any amounts that Buyer has previously paid to Seller for the cost of such Seller's Equipment.  This option will not apply to the extent that Seller's Equipment is used to produce goods that are the standard stock of Seller or if a substantial quantity of like goods are being sold by Seller to others.  Buyer's right to exercise this option is not conditioned on Seller's breach or Buyer's termination of this Contract or upon payment of any other amounts due under this Contract.

## 17. BUYER'S PROPERTY

17.1  Bailment of Property.  All supplies, materials, tooling, jigs, dies, gauges, fixtures, molds, patterns, equipment and other items Buyer furnishes, either directly or indirectly, to Seller, or for which Buyer gives consideration to Seller in whole or in part ("Buyer's Property"), will be and remain the property of Buyer and be held by Seller on a bailment basis.  To the extent that this Contract provides that Buyer will reimburse Seller for any specific items of Buyer's Property (such as tooling), Seller will purchase and pay for such Buyer's Property as agent of Buyer.  To the extent that this Contract provides that Seller will obtain any specific items of Buyer's Property (such as tooling) without separate or additional payment or reimbursement by Seller,

Revised June 24, 1999

Seller acknowledges and agrees that Buyer's issuance of this Contract is good and sufficient consideration for such Buyer's Property and that title to such Buyer's Property shall vest immediately in Buyer and be held by Seller pursuant to this Article. Seller shall assign to Buyer any contract rights or claims in which Seller has an interest with respect to Buyer's Property. Seller shall also execute (i) any bills of sale or other documents of conveyance Buyer requests to evidence the transfer to Buyer of title to any Buyer's Property, related contract rights and claims and (ii) any financing statements or other documents Buyer requests to evidence Buyer's ownership of Buyer's Property. Title to all replacement parts, additions, improvements and accessories purchased by Seller will vest in Buyer immediately upon attachment to or incorporation into Buyer's Property. Seller will not sell, lend, rent, encumber, pledge, lease, transfer or otherwise dispose of Buyer's Property. Furthermore, Seller will not assert, or permit any person claiming an interest through Seller to assert any claims of ownership to or any other interest in Buyer's Property. When permitted by law, Seller waives any lien or other rights that Seller might otherwise have on or in any of Buyer's Property for work performed on such property or otherwise. Goods manufactured based on Buyer's drawings and/or specifications may not be used for Seller's own use or sold to third parties without Buyer's express written authorization.

17.2  Seller's Duties with Respect to Buyer's Property.  While Buyer's Property is in Seller's possession and until Seller delivers Buyer's Property back to Buyer, Seller bears the risk of loss and damage to Buyer's Property. Seller will be responsible for the cost of repairing or replacing Buyer's Property if it is damaged or destroyed regardless of cause or fault. Seller will at all times: (a) regularly inspect, maintain in good condition, and repair Buyer's Property at Seller's own expense, (b) use Buyer's Property only for the performance of this Contract, (c) deem Buyer's Property to be personal property, (d) conspicuously mark Buyer's Property as the property of Buyer and maintain such markings, (e) not commingle Buyer's Property with the property of Seller or with that of a third person, (f) not move Buyer's Property from Seller's premises without Buyer's written approval, and (g) use Buyer's Property in compliance with Buyer's or the manufacturer's instructions and in compliance with all federal, state and local laws, ordinances and regulations. Buyer will have the right to enter Seller's premises at all reasonable times to inspect Buyer's Property and Seller's records with respect thereto.

17.3  Return of Buyer's Property.  Seller agrees that Buyer has the right, at any time and from time to time, with or without reason and without payment of any kind, to retake possession of or request the return of Buyer's Property. Without further notice or court hearings, which rights, if any, are hereby waived, Buyer or its designee(s) will have the right to enter Seller's premises and take possession of any and all of Buyer's Property. Upon Buyer's request and in accordance with Buyer's instructions, Buyer's Property will be immediately released to Buyer or delivered to Buyer by Seller, either (i) Ex Works (Incoterms 1990) at Seller's plant properly packed and marked in accordance with the requirements of the carrier selected by Buyer to transport such Buyer's Property or (ii) to any location Buyer designates, in which event Buyer will pay Seller the reasonable costs of delivering Buyer's Property to the location Buyer designates. If Seller does not release and deliver any Buyer's Property in accordance with this Article, Buyer may obtain an immediate writ of possession without notice and without the posting of any bond and/or enter Seller's premises, with or without legal process, and take immediate possession of Buyer's Property.

17.4  Disclaimer of Warranties.  Seller acknowledges and agrees that (i) Buyer is not the manufacturer of Buyer's Property nor the manufacturer's agent nor a dealer therein, (ii) Buyer is bailing Buyer's Property to Seller for Seller's benefit, (iii) Seller is satisfied that Buyer's Property is suitable and fit for its purposes, and (iv) BUYER HAS NOT MADE AND DOES NOT MAKE ANY WARRANTY OR REPRESENTATION WHATSOEVER, EITHER EXPRESS OR IMPLIED, AS TO THE FITNESS, CONDITION, MERCHANTABILITY, DESIGN OR OPERATION OF BUYER'S PROPERTY OR ITS FITNESS FOR ANY PARTICULAR PURPOSE. Buyer will not be liable to Seller for any loss, damage, injury or expense of any kind or nature caused, directly or indirectly, by Buyer's Property, including, without limitation, the use or maintenance thereof, or the repair, service or adjustment thereof, or by any interruption of service or for any

**Revised June 24, 1999**

loss of business whatsoever or howsoever caused, including, without limitation, any loss of anticipatory damages, profits or any other indirect, special or consequential damages.

17.5 <u>Development, Engineering And Consulting Services</u>. Engineering, consulting or development services ("Development Services") funded under this Contract that result in any idea, invention, concept, discovery, work of authorship, patent, copyright, trademark, trade secret, know-how or other intellectual property ("IP") shall be the sole property of Buyer. Seller agrees to assign all right, title and interest in and to IP that results from Development Services ("Developed IP") to Buyer. Seller shall notify Buyer of the existence of Developed IP and assist Buyer in every reasonable way to perfect its right, title and interest in Developed IP, such as by executing and delivering all additional documents reasonably requested by Buyer in order to perfect, register, and/or enforce the same, and Buyer shall reimburse Seller for reasonable costs incurred by Seller in providing such assistance.

## 18. SERVICE AND REPLACEMENT PARTS

During the term of this Contract, Seller will sell to Buyer goods necessary to fulfill Buyer's service and replacement parts requirements to Buyer's customers at the then current production price(s) under this Contract. If the goods are systems or modules, Seller will sell the components or parts that comprise the system or module at price(s) that will not, in the aggregate, exceed the price of the system or module less assembly costs. If this Contract is in effect at the end of the vehicle production program into which the goods covered by the Contract are incorporated, Seller will also sell goods to Buyer to fulfill Buyer's and its customers' service and replacement parts requirements during the fifteen (15) year period following the end of such vehicle production program (the "Post-Production Period"), and this Contract will automatically remain in effect during the entire Post-Production Period. During the first three (3) years of the Post-Production Period, the price(s) for such goods will be the production price(s) which were in effect at the commencement of the Post-Production Period. For the remainder of the Post-Production Period, the price(s) for such service goods will be as reasonably agreed to by the parties. If requested by Buyer, Seller will also make service literature and other materials available at no additional charge to support Buyer's service activities.

## 19. REMEDIES

The rights and remedies reserved to Buyer in this Contract are cumulative with, and in addition to, all other or further remedies provided in law or equity.

## 20. CUSTOMS AND EXPORT CONTROLS

Credits or benefits resulting or arising from this Contract, including trade credits, export credits or the refund of duties, taxes or fees, belong to Buyer. Seller will provide all information necessary (including written documentation and electronic transaction records) to permit Buyer to receive these benefits or credits, and to fulfill any customs related obligations, origin marking or labeling requirements and local content origin requirements. Seller will obtain all export licenses or authorizations necessary for the export of the goods unless otherwise indicated in this Contract, in which event Seller will provide all information as may be necessary to enable Buyer to obtain such licensees or authorization(s). Seller will make all arrangements that are necessary for the goods to be covered by any duty deferral or free trade zone program(s) of the country of import.

## 21. SETOFF AND RECOVERY

Revised June 24, 1999

With respect to any monetary obligations of Seller or Seller's affiliates to Buyer or Buyer's affiliates, Buyer may (i) setoff such obligations against any sums owing to Seller or Seller's affiliates and/or (ii) recoup such obligations from any amounts paid to Seller or Seller's affiliates by Buyer or Buyer's affiliates.

## 22. NO ADVERTISING

Seller will not, in any manner, advertise or publish that Seller has contracted to furnish Buyer the goods or services covered by this Contract or use any trademarks or trade names of Buyer in Seller's advertising or promotional materials unless Buyer consents in writing.

## 23. NO IMPLIED WAIVER

The failure of either party at any time to require performance by the other party of any provision of this Contract will not affect the right to require such performance at any later time, nor will the waiver by either party of a breach of any provision of this Contract constitute a waiver of any succeeding breach of the same or any other provision. No course of dealing or course of performance may be used to evidence a waiver or limitation of Seller's obligations under this Contract.

## 24. ASSIGNMENT

Buyer may assign its rights and obligations under this Contract without Seller's prior written consent. Seller may not assign or delegate its rights or obligations under this Contract without Buyer's prior written consent.

## 25. RELATIONSHIP OF PARTIES

Seller and Buyer are independent contracting parties. Nothing in this Contract makes either party the agent or legal representative of the other for any purpose whatsoever, nor grants either party any authority to assume or create any obligation on behalf of or in the name of the other party.

## 26. GOVERNING LAW AND JURISDICTION

This Contract is to be construed according to the laws of the country (and state or province, if applicable) from which this Contract is issued as shown by the address of Buyer, excluding the provisions of the United Nations Convention on Contracts for the International Sale of Goods and any choice of law provisions that require application of any other law. Any action or proceedings by Buyer against Seller may be brought by Buyer in any court(s) having jurisdiction over Seller or, at Buyer's option, in the court(s) having jurisdiction over Buyer's location, in which event Seller consents to jurisdiction and service of process in accordance with applicable procedures. Any actions or proceedings by Seller against Buyer may be brought by Seller only in the court(s) having jurisdiction over the location of Buyer from which this Contract is issued.

## 27. SEVERABILITY

If any provision of this Contract is invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule of law, such provision will be deemed reformed or deleted, as the case may be, but only to the extent necessary to comply with such statute, regulation, ordinance, order or rule, and the remaining provisions of this Contract will remain in full force and effect.

## 28. RIGHT TO AUDIT AND INSPECT

**Revised June 24, 1999**

Buyer, at its expense, has the right to audit and review all relevant books, records, payroll data, receipts and other documents, including Seller's administrative and accounting policies, guidelines, practices and procedures, in order to substantiate any charges and other matters under this Contract. Seller will maintain and preserve all such documents for a period of four (4) years following final payment under this Contract. In addition, Buyer has the right to inspect all inventories, work-in-process, materials, machinery, equipment, tooling, fixtures, gauges, and other items related to Seller's performance of this Contract. Seller will provide Buyer with reasonable access to its facilities and otherwise cooperate and facilitate any such audits or inspections by Buyer.

## 29. ENTIRE AGREEMENT

This Contract, together with the attachments, exhibits, supplements or other terms of Buyer specifically referenced in this Contract, constitutes the entire agreement between Seller and Buyer with respect to the matters contained in this Contract and supersedes all prior oral or written representations and agreements. This Contract may only be modified by a written contract amendment issued by Buyer. Notwithstanding anything to the contrary contained herein, Buyer explicitly reserves, and this Contract will not constitute a waiver or release of, any rights and claims against Seller arising out of, or relating to, any fraud or duress in connection with the formation of this Contract or any breach or anticipatory breach of any previously existing contract between Buyer and Seller (whether or not such previously existing contract related to the same or similar goods or subject matter as this Contract). All payments by Buyer to Seller under this Contract are without prejudice to Buyer's claims, rights, or remedies.

# EXHIBIT C

DELPHI

PURCHASING LOCATION

PURCHASE ORDER    SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928    DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | C   CA |
| F.O.B.   SHIPPING POINT | | | VIA    SEE INSTRUCTIONS BELOW | |

STATE & LOCAL SALES,
USE TAX CODES            4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

THIS ORDER IS EFFECTIVE  4/23/98
AND EXPIRES 12/31/03.

ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE LINE ITEM DETAIL OF THIS
CONTRACT, OR IF NOT STATED, SHALL BE THE DATE ESTABLISHED BY THE BUYER'S
MULTILATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT PAYMENT
SHALL BE MADE ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT DATE OF GOODS OR DATE OF
SERVICES, AND, FOR ALL OF THE BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF
THE GOODS OR DATE OF SERVICES. BUYER MAY WITHOLD PAYMENT PENDING RECEIPT OF
EVIDENCE, IN SUCH FORM AND DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR SERVICES UNDER THIS CONTRACT.

THE SUPPLIER AGREES TO SELL AND THE BUYER AGREES TO PURCHASE, AT THE PRICE AND
UPON AND SUBJECT TO THE TERMS AND CONDITIONS IN THE FACE AND REVERSE SIDE HEREOF,
AND BY REFERENCE AS THOUGH TYPED HEREON, THE SUPPLEMENTAL TERMS AND CONDITIONS
ATTACHED TO THE REQUEST FOR QUOTATION, THE FOLLOWIING PERCENT OF OF THE
ARTICLE(S) DESCRIBED BELOW FOR THE ABOVE TIME PERIOD.

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER, THE INDICATOR FOR YOU THE
SUPPLIER IS THE "I" IN THE THIRD POSITION OF THE PURCHASE ORDER NUMBER. (EXAMPLE
SAGXX"I"XXXX) UNDER THE INVOICELESS PAYMENT PROGRAM, YOUR COMPANY IS NO LONGER
REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT. THE AUTOMOTIVE COMPONENTS GROUP
WILL GENERATE PAYMENTS TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT THE
CURRENT PRICE AND PAYMENT TERMS. TO EXPEDITE PAYMENT UNDER THE INVOICELESS
PAYMENT PROGRAM, YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1- ADVISE
THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO THE SHIPMENT OF TH
MATERIAL. 2- DELPHI PART/ITEM CODE NO. MUST BE INCLUDED ON ALL PACKING SLIPS AND

CONTINUED ON PAGE    2

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI
BUYER
PHONE:  (517) 757-3483
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

| PURCHASE ORDER | SAG90I3412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI            48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |

| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |

MAILED TO THE "RECEIVING NOTIFY" PERSON ON PO. 3- THE UNIT OF MEASURE ON THE
PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. 4- DO NOT
SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS. 5- A MONTHLY STATEMENT
IS REQUIRED BY THE 10TH OF EACH MONTH. 6- CONTAINER CHARGES, SET-UP CHARGES, AND
OTHER MISCELLANEOUS CHARGES MUST BE BILLED MONTHLY IN A SUMMARY BILLING WHICH
CONTAINS THE FOLLOWING INFORMATION: A- COMPLETE PURCHASE ORDER NUMBER. B- BILL OF
LADING OR PACKING SLIP NUMBER. C- RELEASE NUMBERS. D- SHIPMENT DATE FOR EACH
ITEM. WHEN THE ABOVE IS NECESSARY, BILL TO "NAO DISBURSEMENT ANALYSIS", PO BOX
436040, PONTIAC, MI 48343-6040. PLEASE NOTE THAT SALES TAX SHOULD NOT BE BILLED
IN A MONTHLY SUMMARY SINCE DELPHI SAGINAW HAS A DIRECT PAY PERMIT WITH THE
FOLLOWING STATES: ALABAMA PAY PERMIT NO. 224 MICHIGAN PAY PERMIT NO. ME3800440
NEW YORK PAY PERMIT NO. DP000036 COMPLIANCE WITH THESE GUIDELINES WILL PROMOTE
PROMPT PAYMENT.

| | 5673155 | COUPLING ASSY, FLANGE + STRG | 2.35 | PC |
| | | TO BLUEPRINT REV.   AE DATED 11/18/75 | | |
| | | PER CHART          REV.  AE DTD 11/18/75 | | |
| | | ACTIVE | | |
| | | ACT 2400   75109          TAX 4F | | |

| | 5689757 | FLANGE ASSY, COUPLING + | 2.35 | PC |
| | | TO BLUEPRINT REV.    F DATED  2/19/71 | | |
| | | PER CHART          REV.   F DTD  2/19/71 | | |
| | | ACTIVE | | |
| | | ACT 2400   75000          TAX 4F | | |

| | 5690345 | SHAFT ASSY, CPLG + UPPER STRG | 2.35 | PC |
| | | TO BLUEPRINT REV.    L DATED  2/21/75 | | |
| | | PER CHART          REV.   L DTD  2/21/75 | | |

CONTINUED ON PAGE   3

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9013412 |

APRIL 23, 1998

| INVOICE TO |
| --- |
| INVOICELESS PURCHASE ORDER DO NOT MAIL INVOICE |
| ATTN:    ACCOUNTS PAYABLE |

VENDOR 541928    DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

| SHIP TO |
| --- |
| SHIP ACCORDING TO RELEASE AND SHIPPING SCHEDULES |
| ----------------------------- |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | ACTIVE<br>ACT 2400  75000           TAX 4F | | |
| | 5690736 | FLANGE ASSY, LOWER<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV.   J DATED  7/13/71<br>PER CHART         REV.   J DTD  7/13/71<br>ACTIVE<br>ACT 2400  75000           TAX 4B | 2.35 | PC |
| | 5690809 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV. F   DATED  4/30/62<br>PER CHART         REV. F   DTD  4/30/62<br>ACTIVE<br>ACT 2400  75109           TAX 4F | 2.35 | PC |
| | 5691327 | FLANGE ASSY, LOWER<br>TO BLUEPRINT REV.   C DATED  1/20/78<br>PER CHART         REV.   C DTD  1/20/78<br>ACTIVE<br>ACT 2400  75109           TAX 4F | 2.35 | PC |
| | 5691448 | COUPLING ASSY, STEERING SHAFT<br>TO BLUEPRINT  DATED  5/09/62<br>PER CHART         DTD  5/09/62<br>ACTIVE<br>ACT 2400  75109           TAX 4F | 2.35 | PC |
| | 5691461 | FLANGE ASSY, STEERING SHAFT | 2.35 | PC |

CONTINUED ON PAGE    4

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
    HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE:  (517)  757-3183
FAX (517)  757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

**DELPHI**

PURCHASE ORDER    SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

| INVOICE TO |
| --- |
| INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE |

VENDOR 541928   DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

| SHIP TO |
| --- |

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                          48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | PURCHASED COMPLETE
TO BLUEPRINT REV.  C DATED  7/13/71
PER CHART              REV.  C DTD  7/13/71
ACTIVE
ACT 2400  75109                  TAX 4B | | |
| | 5691698 | FLANGE ASSY, LOWER
TO BLUEPRINT REV. K   DATED  4/27/79
PER CHART              REV. K   DTD  4/27/79
ACTIVE
ACT 2400  75109                  TAX 4F | 2.35 | PC |
| | 5692007 | FLANGE ASSY, COUPLING + LOWER
TO BLUEPRINT REV.  F DATED 11/18/75
PER CHART              REV.  F DTD 11/18/75
OBSOLETE
ACT 2400  75000                  TAX 4F | 2.35 | PC |
| | 5694708 | COUPLING ASSY, STEERING SHAFT
TO BLUEPRINT REV. 001 DATED  3/04/98
PER CHART              REV. 001 DTD  3/04/98
OBSOLETE
ACT 2400  75000                  TAX 4F | 2.35 | PC |
| | 5694709 | FLANGE ASSY, LOWER
TO BLUEPRINT REV.  D DATED  2/22/71
PER CHART              REV.  D DTD  2/22/71
ACTIVE
ACT 2400  75000                  TAX 4F | 2.35 | PC |

CONTINUED ON PAGE  5

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION | PURCHASE ORDER | SAG90I3412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 541928   DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | 5697454 | SHAFT ASSY, STEERING<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED  3/29/65<br>PER CHART          DTD  3/29/65<br>ACTIVE<br>ACT 2400  75000                TAX 4B | 2.35 | PC |
| | 5699250 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV.   X DATED 11/11/75<br>PER CHART          REV.   X DTD 11/11/75<br>ACTIVE<br>ACT 2400  75000                TAX 4F | 2.35 | PC |
| | 5699725 | FLANGE ASSY, BOLT + STEERING<br>TO BLUEPRINT REV.   B DATED  7/25/68<br>PER CHART          REV.   B DTD  7/25/68<br>OBSOLETE<br>ACT 2400  75000                TAX 4F | 2.35 | PC |
| | 7803710 | COUPLING ASSY, LOWER FLANGE +<br>TO BLUEPRINT REV. T   DATED  5/05/80<br>PER CHART          REV. T   DTD  5/05/80<br>ACTIVE<br>ACT 2400  75109                TAX 4F | 2.35 | PC |
| | 7803904 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV. R   DATED  9/18/81<br>PER CHART          REV. R   DTD  9/18/81 | 2.35 | PC |

CONTINUED ON PAGE   6

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER
PHONE:  (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9013412 |

APRIL 23, 1998

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928   DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                        48601

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACTIVE<br>ACT 2400  75000          TAX 4F | | |
| | 7804172 | COUPLING ASSY, STEERING SHAFT<br>TO BLUEPRINT REV.  F DATED  2/26/71<br>PER CHART          REV.  F DTD  2/26/71<br>ACTIVE<br>ACT 2400  75000          TAX 4F | 2.35 | PC |
| | 7806390 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV.  H DATED  2/26/71<br>PER CHART          REV.  H DTD  2/26/71<br>ACTIVE<br>ACT 2400  75000          TAX 4F | 2.35 | PC |
| | 7806391 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV.  L DATED 11/11/75<br>PER CHART          REV.  L DTD 11/11/75<br>ACTIVE<br>ACT 2400  75109          TAX 4F | 2.35 | PC |
| | 7807052 | FLANGE, STEERING SHAFT<br>TO BLUEPRINT REV. T  DATED  9/24/81<br>PER CHART          REV. T  DTD  9/24/81<br>ACTIVE<br>ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 7807386 | FLANGE ASSY, COUPLING + | 2.35 | PC |

CONTINUED ON PAGE  7

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983
                                        PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG9013412 |

APRIL 23, 1998

VENDOR 541928    DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                     48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
 USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV. 001 DATED  2/28/98<br>PER CHART          REV. 001 DTD  2/28/98<br>OBSOLETE<br>ACT 2400   75000          TAX 4F | | |
| | 7808007 | COUPLING ASSY, STEERING SHAFT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV.  E DATED 11/18/75<br>PER CHART          REV.  E DTD 11/18/75<br>ACTIVE<br>ACT 2400   75000          TAX 4B | 2.35 | PC |
| | 7809444 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV.  G DATED  6/21/76<br>PER CHART          REV.  G DTD  6/21/76<br>ACTIVE<br>ACT 2400   75000          TAX 4F | 2.35 | PC |
| | 7811601 | COUPLING ASSY, STEERING SHAFT<br>PURCHASED COMPLETE<br>TO BLUEPRINT   DATED  6/11/71<br>PER CHART          DTD  6/11/71<br>ACTIVE<br>ACT 2400   75000          TAX 4B | 2.35 | PC |
| | 7811859 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV. L  DATED  5/05/80<br>PER CHART          REV. L  DTD  5/05/80 | 2.35 | PC |

CONTINUED ON PAGE    8

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
  HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
 BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

PURCHASE ORDER    SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

APRIL 23, 1998

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

VENDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACTIVE<br>ACT 2400   75000                    TAX 4F | | |
| | 7812608 | COUPLING ASSY, STEERING SHAFT<br>TO BLUEPRINT REV.   F DATED   6/21/76<br>PER CHART                    REV.   F DTD   6/21/76<br>ACTIVE<br>ACT 2400   75000                    TAX 4F | 2.35 | PC |
| | 7813348 | FLANGE ASSY, COUPLING<br>TO BLUEPRINT REV.   B DATED   6/21/76<br>PER CHART                    REV.   B DTD   6/21/76<br>ACTIVE<br>ACT 2400   75000                    TAX 4F | 2.35 | PC |
| | 7813350 | FLANGE ASSY, COUPLING + STRG<br>TO BLUEPRINT REV. 001 DATED   2/28/98<br>PER CHART                    REV. 001 DTD   2/28/98<br>OBSOLETE<br>ACT 2400   75000                    TAX 4F | 2.35 | PC |
| | 7815819 | FLANGE ASSY, COUPLING<br>TO BLUEPRINT REV. 001 DATED   2/28/98<br>PER CHART                    REV. 001 DTD   2/28/98<br>OBSOLETE<br>ACT 2400   75000                    TAX 4F | 2.35 | PC |
| | 7815986 | FLANGE ASSY, COUPLING & | 2.35 | PC |

CONTINUED ON PAGE    9

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

DELPHI

Delphi Automotive Systems

PURCHASING LOCATION

| PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 541928   DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                     48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV.  B DATED  6/21/76<br>PER CHART          REV.  B DTD  6/21/76<br>ACTIVE<br>ACT 2400  75109            TAX 4F | | |
| | 7817753 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT REV. K   DATED  7/31/79<br>PER CHART          REV. K   DTD  7/31/79<br>ACTIVE<br>ACT 2400  75109            TAX 4F | 2.35 | PC |
| | 7818514 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT REV.  D DATED  6/21/76<br>PER CHART          REV.  D DTD  6/21/76<br>ACTIVE<br>ACT 2400  75109            TAX 4F | 2.35 | PC |
| | 7818568 | FLANGE ASSY, CPLG & STRG<br>TO BLUEPRINT REV.  B DATED 11/12/75<br>PER CHART          REV.  B DTD 11/12/75<br>ACTIVE<br>ACT 2400  75109            TAX 4F | 2.35 | PC |
| | 7825389 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV.  F DATED  9/12/77<br>PER CHART          REV.  F DTD  9/12/77<br>ACTIVE<br>ACT 2400  75000            TAX 4B | 2.35 | PC |

CONTINUED ON PAGE  10

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

PURCHASE ORDER   SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 541928   DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                          48601

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | 7825685 | FLANGE ASSY, COUPLING & <br> TO BLUEPRINT REV. F   DATED  7/31/79 <br> PER CHART          REV. F   DTD  7/31/79 <br> ACTIVE <br> ACT 2400  75109          TAX 4F | 2.35 | PCS |
| | 7825964 | FLANGE ASSY, COUPLING & <br> TO BLUEPRINT REV. D   DATED  7/31/79 <br> PER CHART          REV. D   DTD  7/31/79 <br> ACTIVE <br> ACT 2400  75000          TAX 4F | 2.35 | PC |
| | 7826445 | FLANGE ASSY, COUPLING + <br> TO BLUEPRINT REV. G   DATED  7/31/79 <br> PER CHART          REV. G   DTD  7/31/79 <br> ACTIVE <br> ACT 2400  75000          TAX 4F | 2.35 | PC |
| | 7826541 | COUPLING ASSY, STEERING SHAFT <br> PURCHASED COMPLETE <br> TO BLUEPRINT REV. -   DATED 11/03/75 <br> PER CHART          REV. -   DTD 11/03/75 <br> ACTIVE <br> ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 7826542 | FLANGE ASSY, COUPLING + <br> TO BLUEPRINT   DATED 11/03/75 <br> PER CHART          DTD 11/03/75 | 2.35 | PC |

CONTINUED ON PAGE  11

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE   1

LEGAL COPY

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I3412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

**SHIP TO**

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACTIVE<br>ACT 2400  75109              TAX 4F | | |
| | 7826543 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV.  A DATED  3/22/76<br>PER CHART          REV.  A DTD  3/22/76<br>ACTIVE<br>ACT 2400  75109              TAX 4F | 2.35 | PC |
| | 7826545 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV.  B DATED  9/12/77<br>PER CHART          REV.  B DTD  9/12/77<br>ACTIVE<br>ACT 2400  75000              TAX 4F | 2.35 | PC |
| | 7828733 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. B   DATED  7/31/79<br>PER CHART          REV. B   DTD  7/31/79<br>OBSOLETE<br>ACT 2400  75000              TAX 4B | 2.35 | PC |
| | 7829741 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT REV. D   DATED  7/31/79<br>PER CHART          REV. D   DTD  7/31/79<br>ACTIVE<br>ACT 2400  75000              TAX 4F | 2.35 | PC: |
| | 7829742 | FLANGE ASSY, COUPLING & | 2.35 | PC |

CONTINUED ON PAGE  12

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE    1

LEGAL COPY

PURCHASING LOCATION

| | PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

APRIL 23, 1998

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN: ACCOUNTS PAYABLE

VENDOR 541928  DUNS 007034445

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV. D DATED 7/31/79<br>PER CHART REV. D DTD 7/31/79<br>ACTIVE<br>ACT 2400 75000 TAX 4F | | |
| | 7829810 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. B DATED 9/12/77<br>PER CHART REV. B DTD 9/12/77<br>ACTIVE<br>ACT 2400 75000 TAX 4B | 2.35 | PC |
| | 7829811 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED 2/28/98<br>PER CHART REV. 001 DTD 2/28/98<br>OBSOLETE<br>ACT 2400 75000 TAX 4B | 2.35 | PC |
| | 7830087 | FLANGE ASSY, COUPLING<br>TO BLUEPRINT REV. 005 DATED 12/17/97<br>PER CHART REV. 005 DTD 12/17/97<br>REINSTATED<br>ACT 2400 75000 TAX 4F | 2.35 | PC |
| | 7830370 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT DATED 3/02/77<br>PER CHART DTD 3/02/77 | 2.35 | PC |

CONTINUED ON PAGE 13

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE 1

LEGAL COPY

PURCHASING LOCATION

**DELPHI**

PURCHASE ORDER   SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACTIVE<br>ACT 2400  75109                TAX 4F | | |
| | 7831303 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED  2/28/98<br>PER CHART          REV. 001 DTD  2/28/98<br>OBSOLETE<br>ACT 2400  75000                TAX 4B | 2.35 | PC |
| | 7833041 | FLANGE ASSY, COUPLING +<br>TO BLUEPRINT REV. B   DATED  7/31/79<br>PER CHART          REV. B   DTD  7/31/79<br>ACTIVE<br>ACT 2400  75109                TAX 4F | 2.35 | PC |
| | 7833455 | FLANGE ASSY, COUPLING<br>TO BLUEPRINT REV. 001 DATED  2/28/98<br>PER CHART          REV. 001 DTD  2/28/98<br>OBSOLETE<br>ACT 2400  75000                TAX 4F | 2.35 | PC |
| | 7834027 | SHAFT ASSY, INTER. STEERING<br>TO BLUEPRINT REV. F   DATED  9/25/80<br>PER CHART          REV. F   DTD  9/25/80<br>ACTIVE<br>ACT 2400  75000                TAX 4F | 2.35 | PC |
| | 7836230 | COUPLING ASM, FLANGE & STRG | 2.35 | PC |

CONTINUED ON PAGE  14

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE:  (517) 757-3183
FAX (517) 757-5983

PAGE        1

LEGAL COPY

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I3412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928    DUNS 007034445

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV. 004 DATED  9/11/97<br>PER CHART          REV. 004 DTD  9/11/97<br>ACTIVE<br>ACT 2400  75000            TAX 4F | | |
| | 7836277 | COUPLING ASM, FLANGE & STRG<br>TO BLUEPRINT REV. 004 DATED  9/11/97<br>PER CHART          REV. 004 DTD  9/11/97<br>ACTIVE<br>ACT 2400  75000            TAX 4F | 2.35 | PC |
| | 7838221 | COUPLING ASSY, FLANGE &<br>TO BLUEPRINT  DATED  7/25/80<br>PER CHART          DTD  7/25/80<br>ACTIVE<br>ACT 2400  75109            TAX 4F | 2.35 | PC |
| | 7838256 | COUPLING ASM, STEERING SHAFT<br>TO BLUEPRINT REV. B    DATED  1/10/84<br>PER CHART          REV. B   DTD  1/10/84<br>INACTIVE<br>ACT 2400  75000            TAX 4F | 2.35 | PC |
| | 7838501 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. A    DATED  2/06/81<br>PER CHART          REV. A   DTD  2/06/81<br>ACTIVE<br>ACT 2400  75000            TAX 4B | 2.35 | PC |

CONTINUED ON PAGE  15

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER

PHONE:  (517) 757-3183
FAX (517) 757-5983

PAGE      14

LEGAL COPY

PURCHASING LOCATION

**PURCHASE ORDER**   SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | 7839195 | COUPLING ASSY, STRG SHAFT<br>TO BLUEPRINT  DATED 12/16/80<br>PER CHART          DTD 12/16/80<br>ACTIVE<br>ACT 2400  75109          TAX 4F | 2.35 | PC |
| | 7839196 | FLANGE ASSY, COUPLING & STRG<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED 12/16/80<br>PER CHART          DTD 12/16/80<br>ACTIVE<br>ACT 2400  75109          TAX 4B | 2.35 | PC |
| | 7839450 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED  2/28/98<br>PER CHART          REV. 001 DTD  2/28/98<br>OBSOLETE<br>ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 7839451 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT  DATED  2/17/81<br>PER CHART          DTD  2/17/81<br>ACTIVE<br>ACT 2400  75109          TAX 4F | 2.35 | PC |
| | 7840336 | FLANGE ASSY, STEERING COUPLING<br>TO BLUEPRINT REV. E    DATED  2/22/83 | 2.35 | PC |

CONTINUED ON PAGE   16

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
    HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE          1

LEGAL COPY

DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9013412 |

APRIL 23, 1998

VENDOR 541928    DUNS 007034445

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PER CHART          REV. E   DTD  2/22/83 ACTIVE ACT 2400  75109          TAX 4F | | |
| | 7841711 | CPLG ASSY, STRG SHAFT PURCHASED COMPLETE TO BLUEPRINT  DATED 10/25/81 PER CHART          DTD 10/25/81 ACTIVE ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 7841712 | FLANGE ASSY, COUPLING & PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  2/28/98 PER CHART          REV. 001 DTD  2/28/98 OBSOLETE ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 7841713 | FLANGE ASSY, COUPLING & PURCHASED COMPLETE TO BLUEPRINT  DATED 10/25/81 PER CHART          DTD 10/25/81 ACTIVE ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 7841714 | FLANGE ASSY, COUPLING & PURCHASED COMPLETE TO BLUEPRINT  DATED 10/25/81 | 2.35 | PC |

CONTINUED ON PAGE   17

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE    1

LEGAL COPY

PURCHASING LOCATION

| | |
|---|---|
| | PURCHASE ORDER |
| | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928    DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                     48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PER CHART          DTD 10/25/81<br>ACTIVE<br>ACT 2400   75000          TAX 4B | | |
| | 7841715 | COUPLING ASSY, STEERING SHAFT<br>PURCHASED COMPLETE<br>TO BLUEPRINT   DATED 10/25/81<br>PER CHART          DTD 10/25/81<br>ACTIVE<br>ACT 2400   75000          TAX 4B | 2.35 | PC |
| | 7841716 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT   DATED 10/25/81<br>PER CHART          DTD 10/25/81<br>ACTIVE<br>ACT 2400   75000          TAX 4F | 2.35 | PC |
| | 7841717 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT   DATED 10/25/81<br>PER CHART          DTD 10/25/81<br>ACTIVE<br>ACT 2400   75109          TAX 4B | 2.35 | PC |
| | 7841718 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT   DATED 10/25/81<br>PER CHART          DTD 10/25/81 | 2.35 | PC |

CONTINUED ON PAGE  18

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE:  (517) 757-3183
FAX (517) 757-5983

PAGE    1

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9013412 |

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACTIVE<br>ACT 2400  75109             TAX 4B | | |
| | 7841719 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED 10/25/81<br>PER CHART        DTD 10/25/81<br>ACTIVE<br>ACT 2400  75000             TAX 4B | 2.35 | PC |
| | 7841720 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED 10/25/81<br>PER CHART        DTD 10/25/81<br>ACTIVE<br>ACT 2400  75000             TAX 4B | 2.35 | PC |
| | 7841721 | FLANGE ASSY, COUPLING &<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED 10/25/81<br>PER CHART        DTD 10/25/81<br>ACTIVE<br>ACT 2400  75000             TAX 4B | 2.35 | PC |
| | 7841722 | FLANGE ASSY, COUPLING &<br>TO BLUEPRINT  DATED 10/25/81<br>PER CHART        DTD 10/25/81<br>ACTIVE<br>ACT 2400  75109             TAX 4F | 2.35 | PC |

CONTINUED ON PAGE  19

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER
PHONE:  (517)  757-3183
FAX (517)  757-5983

PAGE    1

LEGAL COPY

PURCHASING LOCATION

| PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928    DUNS 007034445

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                     48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT. MEAS. |
|---|---|---|---|---|
| | 7841723 | FLANGE ASSY, COUPLING & <br> TO BLUEPRINT  DATED 10/25/81 <br> PER CHART           DTD 10/25/81 <br> ACTIVE <br> ACT 2400   75000           TAX 4F | 2.35 | PC |
| | 7841744 | COUPLING ASSY, STEERING SHAFT <br> PURCHASED COMPLETE <br> TO BLUEPRINT  DATED 10/26/81 <br> PER CHART           DTD 10/26/81 <br> ACTIVE <br> ACT 2400   75109           TAX 4B | 2.35 | PC |
| | 7844350 | BEARING ASM, NEEDLE <br> PURCHASED COMPLETE <br> TO BLUEPRINT REV. 018 DATED  2/06/98 <br> PER CHART           REV. 018 DTD  2/06/98 <br> ACTIVE <br> ACT 2400   75109           TAX 4F | .000001 | PC |
| | 7847241 | COUPLING ASM, FLANGE & STRG <br> TO BLUEPRINT REV. 004 DATED  9/11/97 <br> PER CHART           REV. 004 DTD  9/11/97 <br> ACTIVE <br> ACT 2400   75000           TAX 4F | 2.35 | PC |
| | 26000412 | COUPLING ASM, FLG & STRG <br> TO BLUEPRINT REV. _   DATED  1/10/86 | 2.35 | PC |

CONTINUED ON PAGE  20

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

**PHONE:** (517) 757-3183
FAX (517) 757-5983

PAGE          19

**DELPHI**

LEGAL COPY

PURCHASING LOCATION

| PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                           48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PER CHART          REV. _   DTD  1/10/86 ACTIVE ACT 2400  75000          TAX 4B | | |
| | 26000414 | COUPLING ASM, FLG & STRG TO BLUEPRINT REV. 006 DATED  9/11/97 PER CHART          REV. 006 DTD  9/11/97 ACTIVE ACT 2400  75000          TAX 4F | 2.35 | PC |
| | 26003921 | FLANGE ASM, COUPLING & TO BLUEPRINT REV. _   DATED  4/30/86 PER CHART          REV. _   DTD  4/30/86 ACTIVE ACT 2400  75000          TAX 4F | 2.35 | PCS |
| | 26004294 | CPLG ASM, FLG & STRG PURCHASED COMPLETE TO BLUEPRINT REV. _   DATED 10/22/86 PER CHART          REV. _   DTD 10/22/86 INACTIVE ACT 2400  75000          TAX 4B | 2.35 | PC |
| | 26004295 | CPLG ASM, FLG & STRG PURCHASED COMPLETE TO BLUEPRINT REV. _   DATED 10/22/86 PER CHART          REV. _   DTD 10/22/86 INACTIVE ACT 2400  75000          TAX 4B | 2.35 | PC |

CONTINUED ON PAGE  21

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE:  (517) 757-3183
FAX (517) 757-5983

PAGE  2

LEGAL COPY

PURCHASING LOCATION
PURCHASE ORDER    SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928    DUNS 007034445

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | 26015430 | FLANGE ASM , COUPLING &<br>TO BLUEPRINT REV. _   DATED  6/13/88<br>PER CHART          REV. _   DTD  6/13/88<br>ACTIVE<br>ACT 2400   75000                TAX 4F | 2.35 | PCS |
| 100% @ 1.00 EA | 26016961 | HOUSING, HYDRAULIC PUMP<br>TO BLUEPRINT REV. 009 DATED 12/13/96<br>ACTIVE<br>ACT 2400   75000                TAX 4B | Deleted<br>1.1014 | PC |
| Roctel<br>90I3641 | | | | |
| | 26038658 | HOUSING, HYD. PUMP<br>TO BLUEPRINT REV. 016 DATED 10/16/96<br>ACTIVE<br>ACT 2400   75000                TAX 4B<br>WEEKLY CAP      15000    MIN LOT SIZE | .812 | PC |
| | 26038672 | HOUSING, HYD. PUMP<br>TO BLUEPRINT REV. 018 DATED 10/16/96<br>ACTIVE<br>ACT 2400   75000                TAX 4B<br>WEEKLY CAP      15000    MIN LOT SIZE | .812 | PC |
| Roctel<br>90I3641 @ 81.00 EA | 26044493 | HOUSING, HYD. PUMP<br>TO BLUEPRINT REV. 008 DATED 10/16/96<br>PER CHART          REV. 008 DTD 10/16/96<br>ACTIVE<br>ACT 2400   75000                TAX 4B | Deleted<br>.812 | PC |

CONTINUED ON PAGE  22

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE    2

LEGAL COPY

PURCHASING LOCATION

**PURCHASE ORDER**   SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | 26044494 | HOUSING, HYDRAULIC PUMP<br>TO BLUEPRINT REV. 021 DATED  4/23/97<br>ACTIVE<br>ACT 2400  75000           TAX 4B<br>WEEKLY CAP      15000   MIN LOT SIZE | 1.014 | PC |
| | 26044806 | HOUSING, HYD PUMP<br>TO BLUEPRINT REV. 012 DATED 10/28/96<br>ACTIVE<br>ACT 2400  75000           TAX 4B<br>WEEKLY CAP      15000   MIN LOT SIZE | .812 | PC |
| | 26045826 | HOUSING, HYD PUMP<br>TO BLUEPRINT REV. 007 DATED  5/05/97<br>ACTIVE<br>ACT 2400  75000           TAX 4B<br>WEEKLY CAP      15000   MIN LOT SIZE | .812 | PC |
| | 26045841 | HOUSING, HYD PUMP<br>TO BLUEPRINT REV. 010 DATED  1/17/97<br>ACTIVE<br>ACT 2400  75000           TAX 4B<br>WEEKLY CAP      15000   MIN LOT SIZE | .812 | PC |
| | 26046130 | HOUSING, HYDRAULIC PUMP<br>TO BLUEPRINT REV. 008 DATED  5/05/97<br>ACTIVE<br>ACT 2400  75000           TAX 4B | 1.014 | PC |

CONTINUED ON PAGE  23

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
**PHONE:** (517) 757-3183
FAX (517) 757-5983

PAGE   2

LEGAL COPY

**DELPHI**
Delphi Automotive Systems

PURCHASING LOCATION

PURCHASE ORDER    SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928    DUNS 007034445

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                          48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - - - - - -

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP      15000    MIN LOT SIZE | | |
| | 26048638 | HOUSING, HYD. PUMP<br>TO BLUEPRINT REV. 006 DATED  1/17/97<br>ACTIVE<br>ACT 2400  75109              TAX 4B<br>WEEKLY CAP      15000    MIN LOT SIZE | .812 | PC |
| | 26055479 | HOUSING, HYD PUMP<br>TO BLUEPRINT REV. 008 DATED 10/16/96<br>ACTIVE<br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      15000    MIN LOT SIZE | 1.014 | PC |
| | 26055502 | HOUSING ASM, BALL<br>TO BLUEPRINT REV. 007 DATED 10/28/96<br>ACTIVE<br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      15000    MIN LOT SIZE | 1.014 | PC |
| | 26063810 | NUT<br>TO BLUEPRINT REV. 028 DATED  9/21/99<br>PER CHART          REV. 028 DTD  9/21/99<br>ACTIVE<br>ACT 2400  75109              TAX 4B<br><br>CONSIGNMENT | .000001 | PC |
| | 26063821 | ACTUATOR ASM, JACKSCREW TELE | .59 | PC |

CONTINUED ON PAGE  24

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE    2

LEGAL COPY

| PURCHASING LOCATION | PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 018 DATED 11/05/98<br>PER CHART        REV. 018 DTD 11/05/98<br>ACTIVE<br>ACT 2400  75109           TAX 4B<br>WEEKLY CAP      2000   MIN LOT SIZE | | |
| | 26063962 | YOKE ASM, NUT & CLAMP<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 011 DATED  9/16/98<br>PER CHART        REV. 011 DTD  9/16/98<br>ACTIVE<br>ACT 2400  75000           TAX 4B | .000001 | PC |
| | 26063969 | SUPPORT, STRG. COL. HSG<br>TO BLUEPRINT REV. 061 DATED  3/16/00<br>PER CHART        REV. 061 DTD  3/16/00<br>ACTIVE<br>ACT 2400  75109           TAX 4B | .000001 | PC |
| | 26069699 | SUPPORT ASM, TILT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 005 DATED  8/07/98<br>PER CHART        REV. 005 DTD  8/07/98<br>INACTIVE<br>ACT 2400  75000           TAX 4B<br>WEEKLY CAP      2000   MIN LOT SIZE | .55 | PC |
| | 26069846 | JACKSCREW, TELESCOPE | .000001 | PC |

CONTINUED ON PAGE  25

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE   2

LEGAL COPY

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG90I3412 |
|---|---|

APRIL 23, 1998

VENDOR 541928    DUNS 007034445

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV. 011 DATED 7/07/98<br>PER CHART          REV. 011 DTD 7/07/98<br>ACTIVE<br>ACT 2400  75109          TAX 4B<br><br>CONSIGNMENT | | |
| | 26069970 | NUT<br>TO BLUEPRINT REV. 023 DATED 9/21/99<br>PER CHART          REV. 023 DTD 9/21/99<br>ACTIVE<br>ACT 2400  75109          TAX 4B<br><br>CONSIGNMENT | .000001 | PC |
| | 26069971 | HOLDER, BEARING<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 006 DATED 2/11/99<br>PER CHART          REV. 006 DTD 2/11/99<br>ACTIVE<br>ACT 2400  75109          TAX 4B | .000001 | PC |
| | 26071778 | SUPPORT ASM, TILT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 005 DATED 8/07/98<br>PER CHART          REV. 005 DTD 8/07/98<br>INACTIVE<br>ACT 2400  75000          TAX 4B | .55 | PC |

CONTINUED ON PAGE 26

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE 2

LEGAL COPY

**DELPHI** Delphi Saginaw Systems

PURCHASING LOCATION

| | PURCHASE ORDER | SAG9013412 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

VENDOR 541928   DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |
| STATE & LOCAL SALES, USE TAX CODES | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP      2000    MIN LOT SIZE | | |
| | 26072123 | SUPPORT, STRG COL TILT HSG<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 007 DATED  3/16/00<br>PER CHART              REV. 007 DTD  3/16/00<br>ACTIVE<br>ACT 2400  75109              TAX 4B | .000001 | PC |
| | | CONSIGNMENT | | |
| | 26074647 | BUMPER TILT<br>TO BLUEPRINT REV. 002 DATED 11/10/97<br>ACTIVE<br>ACT 2400  75109              TAX 4B | .000001 | PC |
| | | CONSIGNMENT | | |
| | 26074648 | TILT HSG ASM, TRUNNION &<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 006 DATED 12/10/98<br>PER CHART              REV. 006 DTD 12/10/98<br>INACTIVE<br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      2000    MIN LOT SIZE | .48 | PC |
| | 26075533 | TILT HSG ASM, TRUNNION &<br>PURCHASED COMPLETE | .48 | PC |

CONTINUED ON PAGE  27

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
  HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE      26

05-44481-rdd   Doc 9200-1   Filed 08/30/07   Entered 08/30/07 17:56:45   Exhibit 1
Pg 57 of 269

PURCHASING LOCATION

**PURCHASE ORDER**  SAG90I3412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV. 002 DATED  3/31/98<br>PER CHART          REV. 002 DTD  3/31/98<br>ACTIVE<br>ACT 2400  75000          TAX 4B<br>WEEKLY CAP      2000   MIN LOT SIZE | | |
| | 26076566 | HOUSING ASM<br>TO BLUEPRINT REV. 001 DATED  2/28/98<br>ACTIVE<br>ACT 2400  75000          TAX 4B<br>WEEKLY CAP     15000   MIN LOT SIZE | 1.014 | PC |
| | 26078007 | TILT BEARING TRUNNION<br>TO BLUEPRINT REV. 009 DATED 12/17/99<br>PER CHART          REV. 009 DTD 12/17/99<br>ACTIVE<br>ACT 2400   75109        TAX 4B | .000001 | PC |
| | 26078018 | BEARING, THRUST<br>TO BLUEPRINT REV. 001 DATED  6/09/98<br>PER CHART          REV. 001 DTD  6/09/98<br>ACTIVE<br>ACT 2400   75109        TAX 4B<br><br>CONSIGNMENT | .000001 | PC |
| | 26078019 | WASHER, THRUST<br>TO BLUEPRINT REV. 001 DATED  6/09/98 | .000001 | PC |

CONTINUED ON PAGE  28

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE  2

LEGAL COPY

**PURCHASING LOCATION**

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | PURCHASE ORDER   SAG90I3412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PER CHART        REV. 001 DTD  6/09/98 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109             TAX 4B | | |
| | | | | |
| | | CONSIGNMENT | | |
| | 26078020 | BEARING, ROLLER | .000001 | PC |
| | | TO BLUEPRINT REV. 001 DATED  6/09/98 | | |
| | | PER CHART        REV. 001 DTD  6/09/98 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109             TAX 4B | | |
| | 26078023 | SUPPORT ASM, TILT | 3.00 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 011 DATED  9/29/99 | | |
| | | PER CHART        REV. 011 DTD  9/29/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109             TAX 4B | | |
| | | WEEKLY CAP      5000    MIN LOT SIZE | | |
| | | | | |
| | | CONSIGNMENT | | |
| | 26078024 | SUPPORT ASM, TILT | 3.00 | PC |
| | | TO BLUEPRINT REV. 011 DATED  9/29/99 | | |
| | | PER CHART        REV. 011 DTD  9/29/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109             TAX 4B | | |
| | 26078142 | SEAL, TILT DAMPER | .000001 | PC |

CONTINUED ON PAGE  29

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE
2

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I3412 |

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT REV. 010 DATED 11/10/98<br>PER CHART          REV. 010 DTD 11/10/98<br>ACTIVE<br>ACT 2400   75109          TAX 4B | | |
| | 26078143 | SPACER, TILT DAMPER<br>TO BLUEPRINT REV. 006 DATED  1/28/00<br>PER CHART          REV. 006 DTD  1/28/00<br>ACTIVE<br>ACT 2400   75109          TAX 4B | .000001 | PC |
| | 26078225 | HOLDER ASM, BEARING<br>TO BLUEPRINT REV. 003 DATED  9/27/99<br>PER CHART          REV. 003 DTD  9/27/99<br>ACTIVE<br>ACT 2400   75109          TAX 4B<br><br>CONSIGNMENT | .19 | PC |
| | 26078985 | ACTUATOR ASM, TILT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 007 DATED  9/23/99<br>PER CHART          REV. 007 DTD  9/23/99<br>ACTIVE<br>ACT 2400   75109          TAX 4B<br><br>CONSIGNMENT | .000001 | PC |
| | 26079497 | SHIELD, LOWER | .000001 | PC |

CONTINUED ON PAGE  30

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
    BUYER
PHONE:  (517) 757-3183
FAX (517) 757-5983

PAGE

DELPHI

LEGAL COPY

| PURCHASE ORDER | SAG9013412 |

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 541928   DUNS 007034445

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 013 DATED  4/23/99<br>PER CHART            REV. 013 DTD  4/23/99<br>ACTIVE<br>ACT 2400  75109            TAX 4B | | |
| | 26080031 | JACKSCREW CLIP<br>TO BLUEPRINT REV. 001 DATED  8/12/98<br>PER CHART            REV. 001 DTD  8/12/98<br>ACTIVE<br>ACT 2400  75109            TAX 4B<br><br>CONSIGNMENT | .000001 | PC |
| | 26080058 | SHIELD ASM, LOWER<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  4/23/99<br>PER CHART            REV. 002 DTD  4/23/99<br>ACTIVE<br>ACT 2400  75109            TAX 4B<br>WEEKLY CAP      5111    MIN LOT SIZE<br><br>CONSIGNMENT | .55 | PC |
| | 26080287 | HSG. BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT   DATED  8/26/98<br>PER CHART 26041568 DTD  8/26/98 | .837401 | PC |

Label I.D.

CONTINUED ON PAGE  31

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE   3

LEGAL COPY

DELPHI

PURCHASING LOCATION

| PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928    DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | UNRELEASED | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        40000    MIN LOT SIZE | | |
| | 26081079 | BRACKET ASM, LWR COL SUPPORT | .122 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 010 DATED  1/14/00 | | |
| | | PER CHART          REV. 010 DTD  1/14/00 | | |
| | | INACTIVE | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        9055    MIN LOT SIZE | | |
| | 26088205 | BLANK, HYD PUMP | .837401 | PC |
| | | TO BLUEPRINT  DATED 10/01/99 | | |
| | | UNRELEASED | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        40000    MIN LOT SIZE | | |
| | 26088207 | HSG BLANK, HYD PUMP | .837401 | PC |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT  DATED 10/01/99 | | |
| | | PER CHART          DTD 10/01/99 | | |
| | | UNRELEASED | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        40000    MIN LOT SIZE | | |
| | 26088211 | BLANK, HYD PUMP | .837401 | PC |
| | | PURCHASE COMPLETE | | |

CONTINUED ON PAGE  32

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
    HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE  3

LEGAL COPY

PURCHASING LOCATION

**PURCHASE ORDER**  SAG9013412

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

VENDOR 541928   DUNS 007034445

ATTN:   ACCOUNTS PAYABLE

**SHIP TO**

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT   DATED 10/01/99<br>PER CHART           DTD 10/01/99<br>UNRELEASED<br>ACT 2400   75000             TAX 4B<br>WEEKLY CAP      40000    MIN LOT SIZE | | |
| | 26088216 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT   DATED 10/01/99<br>PER CHART           DTD 10/01/99<br>UNRELEASED<br>ACT 2400   75000             TAX 4B<br>WEEKLY CAP      40000    MIN LOT SIZE | .837401 | PC |
| | 26088220 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT   DATED 10/01/99<br>PER CHART           DTD 10/01/99<br>UNRELEASED<br>ACT 2400   75000             TAX 4B<br>WEEKLY CAP      40000    MIN LOT SIZE | .837401 | PC |
| | 26088230 | HSG. BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT   DATED 10/01/99<br>PER CHART           DTD 10/01/99<br>UNRELEASED<br>ACT 2400   75000             TAX 4B | .837401 | PC |

CONTINUED ON PAGE   33

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE   3

DELPHI

LEGAL COPY

| PURCHASE ORDER | SAG9013412 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

**INVOICE TO**

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

VENDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - - - - - -

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP    40000    MIN LOT SIZE | | |
| | 26088236 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT  DATED 10/01/99<br>PER CHART          DTD 10/01/99<br>UNRELEASED<br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP    40000    MIN LOT SIZE | .837401 | PC |
| | 26090282 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT  DATED  2/02/00<br>PER CHART          DTD  2/02/00<br>UNRELEASED<br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP    40000    MIN LOT SIZE | .837401 | PC |
| | 26090285 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT  DATED  2/02/00<br>PER CHART          DTD  2/02/00<br>UNRELEASED<br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP    40000    MIN LOT SIZE | .837401 | PC |
| | 26090288 | HSG BLANK<br>LABEL, INDENTIFICATION<br>PURCHASE COMPLETE | .837401 | PC |

CONTINUED ON PAGE  34

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
BUYER

PHONE:  (517) 757-3183
FAX  (517) 757-5983

PAGE        3

**DELPHI**

LEGAL COPY

PURCHASING LOCATION

| PURCHASE ORDER | SAG9013412 |
|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | TO BLUEPRINT  DATED  2/02/00<br>PER CHART           DTD  2/02/00<br>UNRELEASED<br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP     40000   MIN LOT SIZE | | |
| | 26090289 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT  DATED  2/02/00<br>PER CHART           DTD  2/02/00<br>UNRELEASED<br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP     40000   MIN LOT SIZE | .837401 | PC |
| | 26090290 | HSG BLANK, HYDRAULIC PUMP<br>PURCHASED COMPLETE<br>TO BLUEPRINT  DATED  2/02/00<br>PER CHART           DTD  2/02/00<br>UNRELEASED<br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP     40000   MIN LOT SIZE | .837401 | PC |
| | 26090292 | HSG BLANK, HYD PUMP<br>PURCHASE COMPLETE<br>TO BLUEPRINT  DATED  2/02/00<br>PER CHART           DTD  2/02/00<br>UNRELEASED<br>ACT 2400  75000              TAX 4B | .837401 | PC |

CONTINUED ON PAGE  35

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE  3

PURCHASING LOG #1

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

APRIL 23, 1998

VENDOR 541928   DUNS 007034445

| INVOICE TO |
|---|
| INVOICELESS PURCHASE ORDER |
| DO NOT MAIL INVOICE |
| ATTN:    ACCOUNTS PAYABLE |

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

| SHIP TO |
|---|
| SHIP ACCORDING TO RELEASE AND |
| SHIPPING SCHEDULES |
| ----------------------------- |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP    40000    MIN LOT SIZE | | |

THIS IS NOTIFICATION FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS
(ACTIVE). SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN
ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE
STATED IN THIS ORDER.

ALL PARTS OR MATERIAL MUST BE PRODUCED IN ACCORDANCE W/GENERAL MOTORS' GENERAL
QUALITY STANDARDS FOR PURCHASED MATERIAL

WE WELCOME YOUR SUGGESTIONS ON ANY COST SAVINGS IDEAS. SPECIAL CONSIDERATION ON
FUTURE BUSINESS WILL BE GIVEN TO THOSE WHO HELP US REDUCE OUR COST.

MATERIAL SAFETY DATA SHEETS (MSDS) AND CORRESPONDING PURCHASE ORDER NUMBER,
APPLYING TO CHEMICALS AND/OR ARTICLES SUPPLIED TO DELPHI, SAGINAW, MI, MUST BE
INCLUDED WITH THE SHIPMENT AND A COPY SENT CERTIFIED MAIL TO THE DELPHI CHEMISTR
DEPARTMENT - WASTE WATER TREATMENT PLANT, SAGINAW, MICHIGAN. MSDS ONLY REQUIRED
WITH FIRST SHIPMENT AND, THEREAFTER EVERY FIRST SHIPMENT AFTER CHANGES TO MSDS.

IN ACCEPTING THIS ORDER, IN ADDITION TO THESE TERMS AND CONDITIONS DESCRIBED ON
THIS DOCUMENT, THE SELLER AGREES TO PAYMENT IN ACCORDANCE WITH ITS CURRENT EFT
PAYMENT AGREEMENT, OR WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKING PAYMEN
BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY
WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES. FOR EXAMPLE,
DURING CHRISTMAS, A DELAY OF ONE WEEK FROM THE NORMAL PAYMENT DATE WILL OCCUR. I
CONTRACT, EFT PAYMENTS WILL BE MADE THE FIRST BANKING DAY FOLLOWING THE EFT DUE
DATE, AND GOOD FUNDS WILL BE AVAILABLE ON THAT DATE.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. KOWALESKI,
  BUYER
PHONE:  (517) 757-3183
FAX (517) 757-5983           LAS

PAGE

**2. SHIPPING AND BILLING**

**3. DELIVERY SCHEDULES**

**4. PREMIUM SHIPMENTS**

**5. CHANGES**

**6. SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION**

**7. NONCONFORMING GOODS**

**8. FORCE MAJEURE**

**9. WARRANTY**

**10. INGREDIENTS DISCLOSURE; SPECIAL WARNINGS AND INSTRUCTIONS**

**12. TERMINATION FOR BREACH OR NONPERFORMANCE**

**13. TERMINATION FOR CONVENIENCE**

**14. INTELLECTUAL PROPERTY**

**15. TECHNICAL INFORMATION DISCLOSED TO BUYER**

**16. INDEMNIFICATION**

**17. INSURANCE**

**18. SELLER'S PROPERTY**

**19. BUYER'S PROPERTY**

**20. SERVICE AND REPLACEMENT PARTS**

**21. REMEDIES**

**22. CUSTOMS; EXPORT CONTROLS**

**23. SETOFF/RECOUPMENT**

**24. NO ADVERTISING**

**25. COMPLIANCE WITH LAWS; FORCED LABOR**

**26. NO IMPLIED WAIVER**

**27. NON-ASSIGNMENT**

**28. RELATIONSHIP OF PARTIES**

**29. GOVERNING LAW; JURISDICTION**

**30. SEVERABILITY**

**31. ENTIRE AGREEMENT**

Revised: September 30, 1998

EXHIBIT D

DELPHI

| PURCHASE ORDER | SAG90I4266 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

JUNE  6, 2000

VENDOR 344874    DUNS 144230695

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                          48601

**SHIP TO**
DELPHI SAGINAW STEERING SYSTEMS
PLANT 7 CISCO 44027
TOWERLINE RD OFF HOLLAND RD
SAGINAW, MI 48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | FA |

F.O.B.  SHIPPING POINT

VIA    SEE INSTRUCTIONS BELOW

STATE & LOCAL SALES, USE TAX CODES
PERMIT NO 3800440      4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/01/00 AND EXPIRES 12/31/01. | | |

ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE LINE ITEM DETAIL OF THIS
CONTRACT, OR IF NOT STATED, SHALL BE THE DATE ESTABLISHED BY THE BUYER'S
MULTILATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT PAYMENT
SHALL BE MADE ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT DATE OF GOODS OR DATE OF
SERVICES, AND, FOR ALL OF THE BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF
THE GOODS OR DATE OF SERVICES. BUYER MAY WITHOLD PAYMENT PENDING RECEIPT OF
EVIDENCE, IN SUCH FORM AND DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR SERVICES UNDER THIS CONTRACT.

ALL PURCHASE ORDERS THAT INCLUDE TOOLING
CHARGES MAY REQUIRE THAT BLUEPRINTS OR
CAD FILES BE SUBMITTED TO THE TOOLING
SPECIALIST PRIOR TO THE TOOLING BEING
COMPLETED.  A TOOL NUMBER OR OTHER
IDENTIFYING NUMBER SHALL BE ASSIGNED TO
THE TOOL AND THE TOOLING SHALL BE IDENT-
IFIED AS DELPHI PROPERTY WITH PART NO.
AND DESCRIPTION INDICATED ON THE TAGS
PROVIDED BY DELPHI.  THIS REQUIREMENT
PERTAINS TO TOOLING MODIFICATIONS AS
WELL AS NEW TOOLING.  PLEASE INCLUDE
PRINTS OR CAD FILES FOR BOTH THE OLD AND
NEW DESIGN TOOLING FOR COMPARISON
PURPOSES.  TOOLING CHARGES SHALL NOT BE

CONTINUED ON PAGE  2

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. R. BURNHAM
SENIOR BUYER
PHONE: (517) 757-3180
FAX (517) 757-5983

DELPHI

LEGAL COPY

| PURCHASE ORDER | SAG90I4266 |
|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

JUNE  6, 2000

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:        ACCOUNTS PAYABLE

VENDOR 344874   DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI                     48601

SHIP TO

DELPHI SAGINAW STEERING SYSTEMS
PLANT 7 CISCO 44027
TOWERLINE RD OFF HOLLAND RD
SAGINAW, MI 48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | | CODES IAR |
|---|---|---|---|---|---|---|
| F.O.B. | | | | | | |
| STATE & LOCAL SALES, USE TAX CODES | | | VIA | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PAID FOR UNTIL THESE REQUIREMENTS ARE MET AND APPROVED BY THE BUYER WITH REVIEW BY THE TOOLING SPECIALIST. CHARGES ASSOCIATED WITH THE PROPOSED TOOLING SHALL BE SUBJECT TO THE TOOLING SPECIALIST'S AUDIT AND YOU MAY BE REQUIRED TO PROVIDE ADDITIONAL INFOR- MATION TO VERIFY COST.  IF YOU HAVE ANY QUESTIONS CONCERNING THE CORRECT ROUTING OF THIS INFORMATION, PLEASE CONTACT THE BUYER. | | |

THE SUPPLIER AGREES TO SELL AND THE BUYER AGREES TO PURCHASE, AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS IN THE FACE AND REVERSE SIDE HEREOF, AND BY REFERENCE AS THOUGH TYPED HEREON, THE SUPPLEMENTAL TERMS AND CONDITIONS ATTACHED TO THE REQUEST FOR QUOTATION, THE FOLLOWIING PERCENT OF OF THE ARTICLE(S) DESCRIBED BELOW FOR THE ABOVE TIME PERIOD.

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER, THE INDICATOR FOR YOU THE SUPPLIER IS THE "I" IN THE THIRD POSITION OF THE PURCHASE ORDER NUMBER. (EXAMPLE: SAGXX"I"XXXX) UNDER THE INVOICELESS PAYMENT PROGRAM, YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT. THE AUTOMOTIVE COMPONENTS GROUP WILL GENERATE PAYMENTS TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT THE CURRENT PRICE AND PAYMENT TERMS. TO EXPEDITE PAYMENT UNDER THE INVOICELESS PAYMENT PROGRAM, YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1- ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO THE SHIPMENT OF THE MATERIAL. 2- DELPHI PART/ITEM CODE NO. MUST BE INCLUDED ON ALL PACKING SLIPS AND MAILED TO THE "RECEIVING NOTIFY" PERSON ON PO. 3- THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. 4- DO NOT

CONTINUED ON PAGE   3

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS HEREON AND ON THE REVERSE SIDE.

D. R. BURNHAM
SENIOR BUYER
PHONE: (517) 757-3180
FAX (517) 757-5983

PAGE     2

DELPHI

LEGAL COPY

| PURCHASE ORDER | SAG90I4266 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

JUNE  6, 2000

VENDOR 344874    DUNS 144230695

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**SHIP TO**
DELPHI SAGINAW STEERING SYSTEMS
PLANT 7 CISCO 44027
TOWERLINE RD OFF HOLLAND RD
SAGINAW, MI 48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | | CODES IAR |
| F.O.B. | | | | VIA | | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS. 5- A MONTHLY STATEMENT IS REQUIRED BY THE 10TH OF EACH MONTH. 6- CONTAINER CHARGES, SET-UP CHARGES, AND OTHER MISCELLANEOUS CHARGES MUST BE BILLED MONTHLY IN A SUMMARY BILLING WHICH CONTAINS THE FOLLOWING INFORMATION: A- COMPLETE PURCHASE ORDER NUMBER. B- BILL OF LADING OR PACKING SLIP NUMBER. C- RELEASE NUMBERS. D- SHIPMENT DATE FOR EACH ITEM. WHEN THE ABOVE IS NECESSARY, BILL TO "NAO DISBURSEMENT ANALYSIS", PO BOX 436040, PONTIAC, MI 48343-6040. PLEASE NOTE THAT SALES TAX SHOULD NOT BE BILLED IN A MONTHLY SUMMARY SINCE DELPHI SAGINAW HAS A DIRECT PAY PERMIT WITH THE FOLLOWING STATES: ALABAMA PAY PERMIT NO. 224 MICHIGAN PAY PERMIT NO. ME3800440 NEW YORK PAY PERMIT NO. DP000036 COMPLIANCE WITH THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

26063061 | COVER ASM, HOUSING SIDE
TO BLUEPRINT REV. 06B DATED  5/08/00
PER CHART         REV. 06B DTD  5/08/00
ACTIVE
ACT 2400  75000              TAX 4B
WEEKLY CAP      7000   MIN LOT SIZE

PRICE EFFECTIVE 09-15-00
B/P REVISION 06-B DATED 08MY00

.827 PC

SUPPLIER TO SHIP PRODUCTION SAMPLES TO "PPAP". LEAD TIMES TO REFLECT THESE REQUIREMENTS. IDENTIFIED IN AIAG PPAP MANUAL "PPAP" SECTION.

ALL PARTS OR MATERIAL MUST BE PRODUCED IN ACCORDANCE W/GENERAL MOTORS' GENERAL QUALITY STANDARDS FOR PURCHASED MATERIAL

WE WELCOME YOUR SUGGESTIONS ON ANY COST SAVINGS IDEAS. SPECIAL CONSIDERATION ON FUTURE BUSINESS WILL BE GIVEN TO THOSE WHO HELP US REDUCE OUR COST.

CONTINUED ON PAGE    4

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. R. BURNHAM
SENIOR BUYER
PHONE:  (517) 757-3180
FAX (517) 757-5983

DELPHI    LEGAL COPY

PURCHASING LOCATION

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | PURCHASE ORDER    SAG90I4266 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

JUNE  6, 2000

VENDOR 344874    DUNS 144230695

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                        48601

**SHIP TO**
DELPHI SAGINAW STEERING SYSTEMS
PLANT 7 CISCO 44027
TOWERLINE RD OFF HOLLAND RD
SAGINAW, MI 48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

MATERIAL SAFETY DATA SHEETS (MSDS) AND CORRESPONDING PURCHASE ORDER NUMBER, APPLYING TO CHEMICALS AND/OR ARTICLES SUPPLIED TO DELPHI, SAGINAW, MI, MUST BE INCLUDED WITH THE SHIPMENT AND A COPY SENT CERTIFIED MAIL TO THE DELPHI CHEMISTRY DEPARTMENT - WASTE WATER TREATMENT PLANT, SAGINAW, MICHIGAN. MSDS ONLY REQUIRED WITH FIRST SHIPMENT AND, THEREAFTER EVERY FIRST SHIPMENT AFTER CHANGES TO MSDS.

IN ACCEPTING THIS ORDER, IN ADDITION TO THESE TERMS AND CONDITIONS DESCRIBED ON THIS DOCUMENT, THE SELLER AGREES TO PAYMENT IN ACCORDANCE WITH ITS CURRENT EFT PAYMENT AGREEMENT, OR WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKING PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES. FOR EXAMPLE, DURING CHRISTMAS, A DELAY OF ONE WEEK FROM THE NORMAL PAYMENT DATE WILL OCCUR. IN CONTRACT, EFT PAYMENTS WILL BE MADE THE FIRST BANKING DAY FOLLOWING THE EFT DUE DATE, AND GOOD FUNDS WILL BE AVAILABLE ON THAT DATE.

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS
HEREON AND ON THE REVERSE SIDE.

D. R. BURNHAM
SENIOR BUYER
PHONE: (517) 757-3180
FAX (517) 757-5983            LAST
PAGE    4

**1. ACCEPTANCE:**

Seller has read and understands this contract and agrees that Seller's written acceptance or commencement of any work or services under this contract shall constitute Seller's acceptance of these terms and conditions only.

**2. SHIPPING AND BILLING:**

Seller agrees: (a) to properly pack, mark and ship goods in accordance with the requirements of Buyer, the involved carriers, and, if applicable, the country of destination; (b) to route shipments in accordance with Buyer's instructions; (c) to make no charge for handling, packaging, storage or transportation of goods, unless otherwise stated as an item on this contract; (d) to provide with each shipment packing slips with Buyer's contract and/or release number and date of shipment marked thereon; (e) to properly mark each package with a label/tag according to Buyer's instructions; (f) to promptly forward the original bill of lading or other shipping receipt for each shipment in accordance with Buyer's instructions. Seller will include on bills of lading or other shipping receipts correct classification identification of the goods shipped in accordance with Buyer's instructions and the carrier's requirements. The marks on each package and identification of the goods on packing slips, bills of lading and invoices (when required) shall be sufficient to enable Buyer to easily identify the goods purchased. Seller further agrees: (a) to accept payment based upon Buyer's Evaluated Receipt Record/Self Billed invoice, unless an invoice is requested by Buyer; and (b) to accept payment by electronic funds transfer. The payment date is set forth in the Line Item Detail of the contract, or if not stated, shall be the date established by Buyer's Multilateral Netting System (MNS-2), which provides, on average, that payment shall be made on the second day of the second month following, in the case of the Buyer's North American facilities, Seller's shipment date of goods or date of services, and, for all of Buyer's other locations, Buyer's receipt date of the goods or date of services. Buyer may withhold payment pending receipt of evidence, in such form and detail as Buyer may direct, of the absence of any liens, encumbrances and claims on the goods or services under the contract.

**3. DELIVERY SCHEDULES:**

Time is of the essence, and deliveries shall be made both in quantities and at times specified in Buyer's schedules. Buyer shall not be required to make payment for goods delivered to Buyer that are in excess of quantities specified in Buyer's delivery schedules. Buyer may change the rate of scheduled shipments or direct temporary suspension of scheduled shipments, neither of which shall entitle Seller to a modification of the price for goods or services covered by this contract. Where quantities and/or delivery schedules are not specified, Seller shall deliver goods in such quantities and times as Buyer may direct in subsequent releases.

**4. PREMIUM SHIPMENTS:**

If Seller's acts or omissions result in Seller's failure to meet Buyer's delivery requirements and Buyer requires a more expeditious method of transportation for the goods than the transportation method originally specified by Buyer, Seller shall ship the goods as expeditiously as possible at Seller's sole expense.

**5. CHANGES:**

Buyer reserves the right at any time to direct changes, or cause Seller to make changes, to drawings and specifications of the goods or to otherwise change the scope of the work covered by this contract including work with respect to such matters as inspection, testing or quality control, and Seller agrees to promptly make such changes. Any difference in price or time for performance resulting from such changes shall be equitably adjusted by Buyer after receipt of documentation in such form and detail as Buyer may direct. Any changes to this contract shall be made in accordance with Paragraph 31.

**6. SUPPLIER QUALITY AND DEVELOPMENT; INSPECTION:**

Seller agrees to participate in Buyer's supplier quality and development program(s) and to comply with all quality requirements and procedures specified by Buyer, as revised from time to time, including those applicable to Seller as set forth in Quality System Requirements QS-9000. In addition, Buyer shall have the right to enter Seller's facility at reasonable times to inspect the facility, goods, materials and any property of Buyer covered by this contract. Buyer's inspection of the goods, whether during manufacture, prior to delivery or within a reasonable time after delivery, shall not constitute acceptance of any work-in-process or finished goods.

**7. NONCONFORMING GOODS:**

Seller acknowledges that Buyer will not perform incoming inspections of the goods, and waives any rights to require Buyer to conduct such inspection. To the extent Buyer rejects goods as nonconforming, the quantities under this contract will automatically be reduced unless Buyer otherwise notifies Seller. Seller will not replace quantities so reduced without a new contract or schedule from Buyer. Nonconforming goods will be held by Buyer in accordance with Seller's instructions at Seller's risk. Seller's failure to provide written instructions within 10 days, or such shorter period as may be commercially reasonable under the circumstances, after notice of nonconformity shall entitle Buyer, at Buyer's option, to charge Seller for storage and handling or to dispose of the goods without liability to Seller. Payment for nonconforming goods shall not constitute an acceptance of them, limit or impair Buyer's right to assert any legal or equitable remedy, or relieve Seller's responsibility for latent defects.

**8. FORCE MAJEURE:**

Any delay or failure of either party to perform its obligations shall be excused if Seller is unable to produce, sell or deliver, or Buyer is unable to accept delivery, buy or use, the goods or services covered by this contract, as the result of an event or occurrence beyond the reasonable control of the party and without its fault or negligence, including, but not limited to, acts of God, actions by any governmental authority (whether valid or invalid), fires, floods, windstorms, explosions, riots, natural disasters, wars, sabotage, labor problems (including lockouts, strikes and slowdowns), inability to obtain power, material, labor equipment or transportation, or court injunction or order; provided that written notice of such delay (including the anticipated duration of the delay) shall be given by the affected party to the other party as soon as possible after the event or occurrence (but in no event more than 10 days thereafter). During the period of such delay or failure to perform by Seller, Buyer, at its option, may purchase goods from other sources and reduce its schedules to Seller by such quantities, without liability to Seller, or have Seller provide the goods from other sources in quantities and at times requested by Buyer, and at the price set forth in this contract. In addition, Seller at its expense shall take such actions as are necessary to ensure the supply of goods to Buyer for a period of at least 30 days during any anticipated labor disruption or resulting from the expiration of Seller's labor contract(s). If requested by Buyer, Seller shall, within 10 days, provide adequate assurances that the delay shall not exceed 30 days. If the delay lasts more than 30 days or Seller does not provide adequate assurance that the delay will cease within 30 days, Buyer may immediately terminate this contract without liability.

**9. WARRANTY:**

Seller warrants/guarantees that the goods covered by this contract will conform to the specifications, drawings, samples, or descriptions furnished to or by Buyer, and will be merchantable, of good material and workmanship and free from defect. In addition, Seller acknowledges that Seller knows of Buyer's intended use and warrants/guarantees that all goods covered by this contract that have been selected, designed, manufactured or assembled by Seller based upon Buyer's stated use will be fit and sufficient for the particular purposes intended by Buyer. The warranty period shall be that provided by applicable law, except that if Buyer offers a longer warranty to its customers for goods installed on vehicles, such longer period shall apply.

**10. INGREDIENTS DISCLOSURE; SPECIAL WARNINGS AND INSTRUCTIONS:**

If requested by Buyer, Seller shall promptly furnish to Buyer in such form and detail as Buyer may direct: (a) a list of all ingredients in the goods; (b) the amount of all ingredients; and (c) information concerning any changes in or additions to such ingredients. Prior to and with the shipment of the goods, Seller agrees to furnish to Buyer sufficient warning and notice in writing (including appropriate labels on the goods, containers and packing) of any hazardous material that is an ingredient or a part of any of the goods, together with such special handling instructions as may be necessary to advise carriers, Buyer, and their respective employees of how to exercise that measure of care and precaution that will best prevent bodily injury or property damage in the handling,

transportation, processing, use or disposal of the goods, containers and packing shipped to Buyer.

**11. INSOLVENCY:**

Buyer may immediately terminate this contract without liability to Seller in any of the following or any other comparable events: (a) insolvency of Seller; (b) filing of a voluntary petition in bankruptcy by Seller; (c) filing of any involuntary petition in bankruptcy against Seller; (d) appointment of a receiver or trustee for Seller; or (e) execution of an assignment for the benefit of creditors by Seller, provided that such petition, appointment or assignment is not vacated or nullified within 15 days of such event. Seller shall reimburse Buyer for all costs incurred by Buyer in connection with any of the foregoing, including, but not limited to, all attorney's or other professional fees.

**12. TERMINATION FOR BREACH OR NONPERFORMANCE:**

Buyer reserves the right to terminate all or any part of this contract, without liability to Seller, if Seller: (a) repudiates or breaches any of the terms of this contract, including Seller's warranties; (b) fails to perform services or deliver goods as specified by Buyer; (c) fails to make progress so as to endanger timely and proper completion of services or delivery of goods; and does not correct such failure or breach within 10 days (or such shorter period of time if commercially reasonable under the circumstances) after receipt of written notice from Buyer specifying such failure or breach.

**13. TERMINATION FOR CONVENIENCE:**

In addition to any other rights of Buyer to terminate this contract, Buyer may, at its option, immediately terminate all or any part of this contract, at any time and for any reason, by giving written notice to Seller. Upon such termination, Buyer shall pay to Seller the following amounts without duplication: (a) the contract price for all goods or services that have been completed in accordance with this contract and not previously paid for; and (b) the actual costs of work-in-process and raw materials incurred by Seller in furnishing the goods or services under this contract to the extent such costs are reasonable in amount and are properly allocable or apportionable under generally accepted accounting principles to the terminated portion of this contract; less, however, the sum of the reasonable value or cost (whichever is higher) of any goods or materials used or sold by Seller with Buyer's written consent, and the cost of any damaged or destroyed goods or material. Buyer will make no payments for finished goods, work-in-process or raw materials fabricated or procured by Seller in amounts in excess of those authorized in delivery releases nor for any undelivered goods that are in Seller's standard stock or that are readily marketable. Payments made under this Paragraph shall not exceed the aggregate price payable by Buyer for finished goods that would be produced by Seller under delivery or release schedules outstanding at the date of termination. Except as provided in this Paragraph, Buyer shall not be liable for and shall not be required to make payments to Seller, directly or on account of claims by Seller's subcontractors, for loss of anticipated profit, unabsorbed overhead, interest on claims, product development and engineering costs, facilities and equipment rearrangement costs or rental, unamortized depreciation costs, or general and administrative burden charges from termination of this contract. Within 60 days from the effective date of termination, Seller shall submit a comprehensive termination claim to Buyer, with sufficient supporting data to permit Buyer's audit, and shall thereafter promptly furnish such supplemental and supporting information as Buyer shall request. Buyer or its agents shall have the right to audit and examine all books, records, facilities, work, material, inventories and other items relating to any termination claim of Seller.

**14. INTELLECTUAL PROPERTY:**

Seller agrees: (a) to defend, hold harmless and indemnify Buyer, its successors and customers against any claims of infringement (including patent, trademark, copyright, industrial design right, or other proprietary right, or misuse or misappropriation of trade secret) and resulting damages and expenses (including attorney's and other professional fees) arising in any way in relation to the goods or services contracted, including such claims where Seller has provided only part of the goods or services; Seller expressly waives any claim against Buyer that such infringement arose out of compliance with Buyer's specification; (b) that Buyer or Buyer's subcontractor has the right to repair, reconstruct or rebuild the specific goods delivered under this contract without payment of any royalty to Seller; (c) that parts manufactured based on Buyer's drawings and/or specifications may not be used for its own use or sold to third parties without Buyer's express written authorization; and (d) to the extent that this contract is issued for the creation of copyrightable works, the works shall be considered "works made for hire;" to the extent that the works do not qualify as "works made for hire," Seller hereby assigns to Buyer all right, title and interest in all copyrights and moral rights therein.

**15. TECHNICAL INFORMATION DISCLOSED TO BUYER:**

Seller agrees not to assert any claim (other than a claim for patent infringement) with respect to any technical information that Seller shall have disclosed or may hereafter disclose to Buyer in connection with the goods or services covered by this contract.

**16. INDEMNIFICATION:**

If Seller performs any work on Buyer's premises or utilizes the property of Buyer, whether on or off Buyer's premises, Seller shall indemnify and hold Buyer harmless from and against any liability, claims, demands or expenses (including attorney's and other professional fees) for damages to the property of or injuries (including death) to Buyer, its employees or any other person arising from or in connection with Seller's performance of work or use of Buyer's property, except for such liability, claim, or demand arising out of the sole negligence of Buyer.

**17. INSURANCE:**

Seller shall maintain insurance coverage with carriers acceptable to Buyer and in the amounts set forth in the Special Terms. Seller shall furnish to Buyer either a certificate evincing compliance with these insurance requirements or certified copies of all insurance policies within 10 days of Buyer's written request. The certificate will provide that Buyer will receive 30 days' prior written notice from the insurer of any termination or reduction in the amount or scope of coverage. Seller's furnishing of certificates of insurance or purchase of insurance shall not release Seller of its obligations or liabilities under this contract.

**18. SELLER'S PROPERTY:**

Unless otherwise agreed to by Buyer, Seller, at its expense, shall furnish, keep in good condition, and replace when necessary all machinery, equipment, tools, jigs, dies, gauges, fixtures, molds, patterns and other items ("Seller's Property") necessary for the production of the goods. The cost of change to Seller's Property necessary to make design and specification changes authorized by Buyer shall be paid for by Buyer. Seller shall insure Seller's Property with full fire and extended coverage insurance for its replacement value. Seller grants Buyer an irrevocable option to take possession of and title to Seller's Property that is special for the production of the goods upon payment to Seller of its net book value less any amounts that Buyer has previously paid to Seller for the cost of such items; provided, however, that this option shall not apply if Seller's Property is used to produce goods that are the standard stock of Seller or if a substantial quantity of like goods are being sold by Seller to others.

**19. BUYER'S PROPERTY:**

All supplies, materials, tools, jigs, dies, gauges, fixtures, molds, patterns, equipment and other items furnished by Buyer, either directly or indirectly, to Seller to perform this contract, or for which Seller has been reimbursed by Buyer, shall be and remain the property of Buyer and held by Seller on a bailment basis ("Buyer's Property"). Seller shall bear the risk loss of and damage to Buyer's Property. Buyer's Property shall at all times be properly housed and maintained by Seller, at its expense, shall not be used by Seller for any purpose other than the performance of this contract; shall be deemed to be personalty; shall be conspicuously marked by Seller as the property of Buyer, shall not be commingled with the property of Seller or with that of a third person; and shall not be moved from Seller's premises without Buyer's prior written approval. Buyer shall have the right to enter Seller's premises at all reasonable times to inspect such property and Seller's records with respect thereto. Upon the request of Buyer, Buyer's Property shall be immediately released to Buyer or delivered to Buyer by Seller, either (i) F.O.B. transport equipment at Seller's plant, properly packed and marked in accordance with the requirements of the carrier selected by Buyer to transport such property, or (ii) to any location designated by Buyer, in which event Buyer shall pay to Seller the reasonable costs of delivering such property to such location. When permitted by law, Seller waives any lien or other rights that Seller might otherwise have on any of Buyer's Property for work performed on such property or otherwise.

**20. SERVICE AND REPLACEMENT PARTS:**

Seller will sell to Buyer goods necessary for it to fulfill its current model service and replacement parts requirements at the price(s) set forth in this contract. If the goods are systems or modules, Seller will sell the components or parts that comprise the system or module at price(s) that shall not, in the aggregate, exceed the price of the system or module less assembly costs. During the 15 year period after Buyer completes current model purchases, Seller will sell goods to Buyer to fulfill Buyer's past model service and replacement parts requirements. Unless otherwise agreed to by Buyer, the price(s) during the first 3 years of this period shall be those in effect at the conclusion of current model purchases. For the remainder of this period, the price(s) for goods shall be as agreed to by the parties. When repeated by Buyer, Seller shall make service literature and other materials available at no additional charge to support Buyer's part sales activities.

**21. REMEDIES:**

The rights and remedies reserved to Buyer in this contract shall be cumulative with, and additional to, all other or further remedies provided in law or equity. Without limiting the foregoing, should any goods fail to conform to the warranties set forth in Paragraph 9, Buyer shall notify Seller and Seller shall, if requested by Buyer, reimburse Buyer for any incidental and consequential damages caused by such nonconforming goods, including, but not limited to, costs, expenses and losses incurred by Buyer or: in inspecting, sorting, repairing or replacing such nonconforming goods; (b) resulting from production interruptions, (c) conducting recall campaigns or other corrective service actions, and (d) claims for personal injury (including death) or property damage caused by such nonconforming goods. If requested by Buyer, Seller will enter into a separate agreement for the administration or processing of warranty chargebacks for nonconforming goods.

**22. CUSTOMS; EXPORT CONTROLS:**

Credits or benefits resulting or arising from this contract, including trade credits, export credits or the refund of duties, taxes or fees, shall belong to Buyer. Seller shall provide all information necessary (including written documentation and electronic transaction records) to permit Buyer to receive such benefits or credits, as well as to fulfill its customs related obligations, origin marking or labeling requirements and local content origin requirements, if any. Export licenses or authorizations necessary for the export of the goods shall be the responsibility of Seller unless otherwise indicated in this contract, in which event Seller shall provide such information as may be necessary to enable Buyer to obtain such licenses or authorization(s). Seller shall undertake such arrangements as necessary for the goods to be covered by any duty deferral or free trade zone program(s) of the country of import.

**23. SETOFF/RECOUPMENT:**

In addition to any right of setoff or recoupment provided by law, all amounts due to Seller shall be considered net of indebtedness of Seller and its affiliates/subsidiaries to Buyer and its affiliates/subsidiaries; and Buyer shall have the right to setoff against or to recoup from any amounts due to Seller and its affiliates/subsidiaries from Buyer and its affiliates/subsidiaries.

**24. NO ADVERTISING:**

Seller shall not, without first obtaining the written consent of Buyer, in any manner advertise or publish the fact that Seller has contracted to furnish Buyer the goods or services covered by this contract, or use any trademarks or trade names of Buyer in Seller's advertising or promotional materials.

**25. COMPLIANCE WITH LAWS; FORCED LABOR:**

Seller, and any goods or services supplied by Seller, shall comply with all applicable laws, rules, regulations, orders, conventions, ordinances or standards of the country(ies) of destination or that relate to the manufacture, labeling, transportation, importation, exportation, licensing, approval or certification of the goods or services, including, but not limited to, those relating to environmental matters, wages, hours and conditions of employment, subcontractor selection, discrimination, occupational health/safety and motor vehicle safety. Seller further represents that neither it nor any of its subcontractors will utilize slave, prisoner or any other form of forced or involuntary labor in the supply of goods or provision of services under this contract. At Buyer's request, Seller shall certify in writing its compliance with the foregoing. Seller shall indemnify and hold Buyer harmless from and against any liability, claims, demands or expenses (including attorney's or other professional fees) arising from or relating to Seller's noncompliance.

**26. NO IMPLIED WAIVER:**

The failure of either party at any time to require performance by the other party of any provision of this contract shall in no way affect the right to require such performance at any time thereafter, nor shall the waiver of either party of a breach of any provision of this contract constitute a waiver of any succeeding breach of the same or any other provision.

**27. NON-ASSIGNMENT:**

Seller may not assign or delegate its obligations under this contract without Buyer's prior written consent.

**28. RELATIONSHIP OF PARTIES:**

Seller and Buyer are independent contracting parties and nothing in this contract shall make either party the agent or legal representative of the other for any purpose whatsoever, nor does it grant either party any authority to assume or to create any obligation on behalf of or in the name of the other.

**29. GOVERNING LAW; JURISDICTION:**

This contract is to be construed according to the laws of the country (and state/province, if applicable) from which this contract is issued as shown by the address of Buyer, excluding the provisions of the United Nations Convention on Contracts for the International Sale of Goods and any conflict of law provisions that would require application of another choice of law. Any action or proceedings by Buyer against Seller may be brought by Buyer in any court(s) having jurisdiction over Buyer's location, in which event Seller consents to jurisdiction and service of process in accordance with applicable procedures. Any actions or proceedings by Seller against Buyer may be brought by Seller only in the court(s) having jurisdiction over the location of Buyer from which this contract is issued.

**30. SEVERABILITY:**

If any term(s) of this contract is invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule of law, such term(s) shall be deemed reformed or deleted, as the case may be, but only to the extent necessary to comply with such statute, regulation, ordinance, order or rule, and the remaining provisions of this contract shall remain in full force and effect.

**31. ENTIRE AGREEMENT:**

This contract, together with the attachments, exhibits, supplements or other terms of Buyer specifically referenced in this contract, constitutes the entire agreement between Seller and Buyer with respect to the matters contained in this contract and supersedes all prior oral or written representations and agreements. This contract may only be modified by a contract amendment issued by Buyer.

Revised: September 30, 1998

# EXHIBIT E

LEGAL COPY

PURCHASING LOCATION

**DELPHI SAGINAW STEERING SYSTEMS**
**DELPHI AUTOMOTIVE SYSTEMS**
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER

SAG90I4400
ALTERATION 65624

ORDER ISSUE DATE: 09/25/00
JANUARY 22, 2001

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | FA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26088811 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED 12/15/99 PER CHART      REV. 001 DTD 12/15/99 ACTIVE | .084 | PC |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP      1000   MIN LOT SIZE | | |
| PC | 26093781 | LOCK HSG ASM PURCHASE COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART      REV. 002 DTD  8/23/00 ACTIVE | .000001 | PC |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP       100   MIN LOT SIZE | | |
| | | ADD ITEM REF.  26088811,26093781 | | |

**THIS IS NOT AN ORDER BUT CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.**

WOOD,J.
BUYER

PHONE: (517) 757-7126
FAX (517) 757-7079

PAGE  1

PU182C-1

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
| --- | --- |
| | ALTERATION 64793 |

ORDER ISSUE DATE: 09/25/00
JANUARY 11, 2001

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI

SHIP TO

48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | | CODES IAR |
| --- | --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | | | SA |
| | | | | VIA | | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********** | THE FOLLOWING PRICE EFFECTIVE   7/25/01 | ********** | |
| PCS | 26036474 | MODULE ASM, LOCK TO BLUEPRINT REV. 007 DATED  3/08/95 PER CHART          REV. 007 DTD  3/08/95 ACTIVE | .098 | PCS |
| | | ACT 2400  75109                TAX 4B WEEKLY CAP          700    MIN LOT SIZE | | |
| | | FUTURE PRICING: PRICE              EFF DATE .098               7-25-01 | | |
| | ********** | THE FOLLOWING PRICE EFFECTIVE   7/25/01 | ********** | |
| PCS | 26049449 | MODULE ASM, LOCK TO BLUEPRINT REV. 008 DATED  5/15/97 PER CHART          REV. 008 DTD  5/15/97 ACTIVE | .098 | PCS |
| | | ACT 2400  75109           TAX 4B | | |
| | | FUTURE PRICING: | | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079

PU182C-1

LOCATION

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
E HOLLAND RD.
NAW, MI  48601-9494

PURCHASE ORDER     SAG90I4400
ALTERATION 64793

ORDER ISSUE DATE: 09/25/00
JANUARY 11, 2001

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

VENDOR 344874    DUNS 144230695

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI           48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR S |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | PRICE          EFF DATE .098             7-25-01 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26057170 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED  7/13/95 PER CHART          REV. 001 DTD  7/13/95 ACTIVE | | .098 P |
| | | ACT 2400  75109               TAX 4B WEEKLY CAP        850    MIN LOT SIZE | | |
| | | FUTURE PRICING: PRICE          EFF DATE .098             7-25-01 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26075221 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART          REV. 001 DTD 12/09/97 ACTIVE | | .098 |
| | | ACT 2400  75109               TAX 4B WEEKLY CAP       1200    MIN LOT SIZE | | |
| | | FUTURE PRICING: PRICE          EFF DATE | | |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079

PAGE

**DELPHI**
Automotive Systems

**Exhibit A**
**LEGAL COPY**
**LEGAL COPY**

LOCATION

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
HOLLAND RD.
AW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
| --- | --- |

ALTERATION 64793

ORDER ISSUE DATE: 09/25/00
JANUARY 11, 2001                    H

VENDOR 344874    DUNS 144230695

| INVOICE TO |
| --- |

ATTN:      ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

| SHIP TO |
| --- |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| TE REQUIRED | DATE PROMISED | TERMS | | | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| .B. | | | REC. DEPT. NOTIFY | | SA |
| | | | VIA | | |

TE & LOCAL SALES,    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
E TAX CODES
RMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | .098                    7-25-01 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PC | 26089434 | MODULE ASM, LOCK | .098 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 001 DATED  1/05/00 | | |
| | | PER CHART          REV. 001 DTD  1/05/00 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75109              TAX 4B | | |
| | | WEEKLY CAP        6480    MIN LOT SIZE | | |
| | | | | |
| | | FUTURE PRICING: | | |
| | | PRICE              EFF DATE | | |
| | | .098               7-25-01 | | |
| | | | | |
| | | REF ABOVE ITEMS | | |
| | | PRICE CHANGE | | |
| | | EFF 7-25-01 | | |

S IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079          2

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
|---|---|
| | ALTERATION 65443 |

ORDER ISSUE DATE: 09/25/00
JANUARY 12, 2001

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

VENDOR 344874    DUNS 144230695

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT. MEAS. |
|---|---|---|---|---|
| PC | 26094202 | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>LOCK HOUSING ASM<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 002 DATED  9/15/00<br>PER CHART         REV. 002 DTD  9/15/00<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP         100    MIN LOT SIZE<br><br>ADD 26094202 | .000001 PC | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | |
|---|---|
| PURCHASE ORDER | SAG90I4400 |
| | ALTERATION 66176 |

ORDER ISSUE DATE: 09/25/00
FEBRUARY  9, 2001

INVOICE TO

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | FA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26094201 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  9/15/00 PER CHART         REV. 002 DTD  9/15/00 ACTIVE | .0995 | PC |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP       5310     MIN LOT SIZE | | |
| | | PRICE CHANGE REF.  26094201 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE: (517) 757-7126
FAX (517) 757-7079

PAGE

RU182C-1

LEGAL COPY

ING LOCATION

| PURCHASE ORDER |    SAG90I4400
ALTERATION 66-15

SAGINAW STEERING SYSTEMS
HI AUTOMOTIVE SYSTEMS
E HOLLAND RD.
GINAW, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
FEBRUARY  9, 2001

| INVOICE TO |

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE
| SHIP TO |

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR FA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE 11/15/00 | ******** | |
| PC | 26094201 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  9/15/00 PER CHART      REV. 002 DTD  9/15/00 ACTIVE | .10 | PC |
| | | ACT 2400  75109          TAX 4B WEEKLY CAP      5310    MIN LOT SIZE | | |
| | | PRICE CHANGE REF.  26094201 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE:  (517) 757-7126
FAX (517) 757-7079
PAGE

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | | PURCHASE ORDER | SAG90I4400 |
| --- | --- | --- | --- |
| | | | ALTERATION 75457 |

ORDER ISSUE DATE: 09/25/00
SEPTEMBER 14, 2001

VENDOR 344874   DUNS 144230695

**INVOICE TO**

ATTN:     ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**SHIP TO**

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26086202 | LOCK HOUSING ASM PURCHASE COMPLETE TO BLUEPRINT REV. 008 DATED  9/25/00 PER CHART     REV. 008 DTD  9/25/00 ACTIVE | .000001 | PC |
| | | ACT 2400  75000          TAX 4B | | |
| | | ADD 26086202 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE: (517) 757-7126
FAX (989) 757-7079

PU182C-1

PAGE     1

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4400 |
| --- | --- | --- |
| | ALTERATION 90028 |

ORDER ISSUE DATE: 09/25/00
JUNE 17, 2002   *aR*

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT. MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00 | | |
| | | AND EXPIRES 12/31/02. | | |
| | | | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| | | | | |
| PC | 26103560 | SUPPORT ASM, STRG COL | .25 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 01A DATED  3/26/02 | | |
| | | PER CHART       REV. 01A DTD  3/26/02 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75109         TAX 4B | | |
| | | | | |
| | | ADD 26103560 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE:  (989) 757-6009

PAGE

# DELPHI

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4400 |
| | | ALTERATION 01141 |

ORDER ISSUE DATE: 09/25/00
MAY  2, 2003

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | SA |

F.O.B.  BUYER'S PLANT FREIGHT COLLECT          VIA   SEE INSTRUCTIONS BELOW

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/03. | | |
| | | ******* THE ABOVE INFORMATION ******* ******* HAS BEEN CHANGED ******* | | |
| | | EXTEND PO THRU 31DE03 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

LEGAL COPY

# DELPHI

| PURCHASING LOCATION | PO 84500 | PURCHASE ORDER | SAG90I4400 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 99703

ORDER ISSUE DATE: 09/25/00
MARCH 31, 2003

VENDOR 344874   DUNS 144230695

**INVOICE TO**

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | | BA |
| F.O.B.  BUYER'S PLANT FREIGHT COLLECT | | | | VIA   SEE INSTRUCTIONS BELOW | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00<br>AND EXPIRES  5/01/03. | | |
| | | ******   THE ABOVE INFORMATION   ******<br>******   HAS BEEN CHANGED   ****** | | |
| | | EXTEND PURCHASE ORDER<br>FROM 3-31-03 TO 05-01-03 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

PAGE

LEGAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4400 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 96711

ORDER ISSUE DATE: 09/25/00
DECEMBER 20, 2002

VENDOR 344874   DUNS 144230695

**INVOICE TO**

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                        48601

**SHIP TO**

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - - - - - -

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | GA |
| F.O.B.  BUYER'S PLANT FREIGHT COLLECT | | | VIA   SEE INSTRUCTIONS BELOW | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES  3/31/03. | | |
| | | ******* THE ABOVE INFORMATION ******* ******* HAS BEEN CHANGED ******* | | |
| | | EXTEND PO THRU 03/31/03 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE:  (989) 757-6009

PAGE

PH182C-1

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

**PURCHASE ORDER**

SAG90I4400
ALTERATION 78153

ORDER ISSUE DATE: 09/25/00
NOVEMBER 19, 2001

VENDOR 344874    DUNS 144230695

**INVOICE TO**

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**SHIP TO**

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/02. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  6/02/02 | ********* | |
| PC | 26063655 | SUPPORT ASM, STRG COLUMN PURCHASE COMPLETE TO BLUEPRINT REV. 001 DATED 12/04/96 PER CHART          REV. 001 DTD 12/04/96 ACTIVE | .11612 PC | |
| | | ACT 2400  75000              TAX 4B | | |
| | | PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE:  (989) 757-7126
FAX (989) 757-7079

PAGE

PU182C-1

**DELPHI**
Automotive Systems

| | |
|---|---|
| LEGAL COPY | |

| PURCHASE ORDER | SAG90I4400 |
|---|---|

ON
NAW STEERING SYSTEMS
UMOTIVE SYSTEMS
LLAND RD.
MI  48601-9494

ALTERATION 78031

ORDER ISSUE DATE: 09/25/00
NOVEMBER 14, 2001

NDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/02. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  6/02/01 | ********* | |
| PC | 26063655 | SUPPORT ASM, STRG COLUMN PURCHASE COMPLETE TO BLUEPRINT REV. 001 DATED 12/04/96 PER CHART       REV. 001 DTD 12/04/96 ACTIVE | .12096 | PC |
| | | ACT 2400  75000            TAX 4B | | |
| | | PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

| |
|---|
| WOOD,J. BUYER |
| PHONE: (989) 757-7126 |

**DELPHI**
Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I4400 |
ALTERATION 78030

ON
 NAW STEERING SYSTEMS
OMOTIVE SYSTEMS
LLAND RD.
MI   48601-9494

ORDER ISSUE DATE: 09/25/00
NOVEMBER 14, 2001

INVOICE TO

ENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/02. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26063655 | SUPPORT ASM, STRG COLUMN PURCHASE COMPLETE TO BLUEPRINT REV. 001 DATED 12/04/96 PER CHART     REV. 001 DTD 12/04/96 ACTIVE | .12096 PC | |
| | | ACT 2400   75000          TAX 4B | | |
| | | ADD 26063655 | | |

*replaced by*
*alt 78153*

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

LEGAL COPY

ORIGINAL COPY

**DELPHI**
Automotive Systems

| PURCHASE ORDER | SAG90I4400 |

ALTERATION 78030

...ION
...NAW STEERING SYSTEMS
...OMOTIVE SYSTEMS
...LLAND RD.
, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
NOVEMBER 14, 2001

INVOICE TO

...ENDOR 344874   DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT. MEAS. |
|---|---|---|---|---|
| PC | 26063655 | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/02.<br><br>**** THE FOLLOWING HAS BEEN ADDED: ****<br><br>SUPPORT ASM, STRG COLUMN<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 001 DATED 12/04/96<br>PER CHART        REV. 001 DTD 12/04/96<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br><br>ADD 26063655 | .12096 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

LEGAL COPY

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER

SAG90I4400
ALTERATION 81942

ORDER ISSUE DATE: 09/25/00
FEBRUARY  1, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI            48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/02. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 7842933 | ROD BLANK, INNER TIE (RH) PURCHASED COMPLETE TO BLUEPRINT REV. 003 DATED  8/23/95 PER CHART        REV. 003 DTD  8/23/95 ACTIVE | .000001 | PC |
| | | ACT 2400  75000        TAX 4F | | |
| PC | 7844399 | ROD BLANK, INNER TIE (LH) PURCHASED COMPLETE TO BLUEPRINT REV. 003 DATED  8/23/95 PER CHART        REV. 003 DTD  8/23/95 ACTIVE | .000001 | PC |
| | | ACT 2400  75000        TAX 4F | | |
| | | ADD 7844399 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (989) 757-7126
FAX (989) 757-7079

PU182C-1

PAGE

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4400 |
| --- | --- | --- |
| | | ALTERATION 78029 |

ORDER ISSUE DATE: 09/25/00
NOVEMBER 14, 2001

VENDOR 344874   DUNS 144230695

**INVOICE TO**

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                 48601

**SHIP TO**

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00<br>AND EXPIRES 12/31/02. | | |
| | | ****   THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 7837221 | ROD ASM, OUTER TIE (LH)<br>TO BLUEPRINT REV. 008 DATED  7/16/99<br>PER CHART        REV. 008 DTD  7/16/99<br>ACTIVE<br><br>ACT 2400  75000            TAX 4B | 6.88 | PC |
| PC | 7837227 | ROD ASM, OUTER TIE (RH)<br>TO BLUEPRINT REV. 009 DATED  7/19/99<br>PER CHART        REV. 009 DTD  7/19/99<br>ACTIVE<br><br>ACT 2400  75000            TAX 4B | 6.88 | PC |
| PC | 7849352 | ROD SERV ASM, INNER TIE (RH)<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 013 DATED  4/30/98<br>PER CHART 07837666 REV. 013 DTD  4/30/98<br>REINSTATED<br><br>ACT 2400  75000            TAX 4B | 8.33 | PC |
| | 7849354 | ROD SERV ASM, INNER TIE (LH) | 8.33 | PC |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE: (989) 757-7126
FAX (989) 757-7079

PAGE        1

LEGAL COPY

| PURCHASE ORDER |
|---|

SAG90I4400
ALTERATION 78029

/ STEERING SYSTEMS
⌐TIVE SYSTEMS
⌐ND RD.
∟   48601-9494

ORDER ISSUE DATE: 09/25/00
NOVEMBER 14, 2001

| INVOICE TO |
|---|

⌐OR 344874   DUNS 144230695

ATTN:     ACCOUNTS PAYABLE

| SHIP TO |
|---|

E SERVICES CO
∟25 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 013 DATED  4/30/98<br>PER CHART 07837666 REV. 013 DTD  4/30/98<br>REINSTATED<br><br>ACT 2400  75000          TAX 4B<br><br>ADD ITEMS<br>THIS IS NOTIFICATION FOR AWARD OF<br>BUSINESS FOR PART NUMBERS NOT SHOWN AS<br>(ACTIVE).  SHIPMENT OF THOSE PARTS<br>AGAINST THIS ORDER IS PROHIBITED UNTIL<br>AN ALTERATION WITH CURRENT BLUE PRINT<br>DATE AND REVISION IS ISSUED, UNLESS<br>OTHERWISE STATED IN THIS ORDER. | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE: (989) 757-7126
FAX (989) 757-7079

PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
|---|---|
| | ALTERATION 78021 |

ORDER ISSUE DATE: 09/25/00
NOVEMBER 14, 2001

VENDOR 344874    DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

INVOICE TO

ATTN:      ACCOUNTS PAYABLE

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | SA |
| F.O.B.    SHIPPING POINT | | | VIA    SEE INSTRUCTIONS BELOW | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00<br>AND EXPIRES 12/31/02. | | |
| | | ******    THE ABOVE INFORMATION    ******<br>******       HAS BEEN CHANGED       ****** | | |
| | | EXTEND PO THRU 12-31-02 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE:  (989) 757-7126
FAX (989) 757-7079

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I440 |

ALTERATION 67 7

ORDER ISSUE DATE: 09/25/00
MARCH 12, 2001

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI

SHIP TO

48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | F A |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 | | |
| | | AND EXPIRES 12/31/01. | | |
| | | | | |
| | | ****   THE FOLLOWING HAS BEEN ADDED: **** | | |
| | | | | |
| PC | 26087774 | MODULE ASM, LOCK | .125 PC |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 003 DATED  7/20/00 | | |
| | | PER CHART          REV. 003 DTD  7/20/00 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP      5385    MIN LOT SIZE | | |
| | | | | |
| | | ADD ITEM | | |
| | | REF.  26087774 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079

PU182C-1

PAGE

.ATION

GINAW STEERING SYSTEMS
JTOMOTIVE SYSTEMS
OLLAND RD.
, MI  48601-9494

| PURCHASE ORDER |
| --- |

SAG90I4400
ALTERATION 67174

ORDER ISSUE DATE: 09/25/00
MARCH 12, 2001

VENDOR 344874    DUNS 144230695

| INVOICE TO |
| --- |

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

| SHIP TO |
| --- |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR |
| --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | VIA | FA |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00<br>AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  5/01/02 | ********* | |
| PC | 26087774 | MODULE ASM, LOCK<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 003 DATED  7/20/00<br>PER CHART        REV. 003 DTD  7/20/00<br>ACTIVE | .12 | PC |
| | | ACT 2400  75000              TAX 4B<br>WEEKLY CAP      5385    MIN LOT SIZE | | |
| | | PRICE CHANGE<br>REF.  26087774 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
  BUYER
PHONE:  (517) 757-7126
FAX (517) 757-7079

LEGAL COPY

PURCHASE ORDER          SAG90I4400
ALTERATION 67175

...ATION

..GINAW STEERING SYSTEMS
..UTOMOTIVE SYSTEMS
..IOLLAND RD.
.., MI  48601-9494

ORDER ISSUE DATE: 09/25/00
MARCH 12, 2001

INVOICE TO

ATTN:      ACCOUNTS PAYABLE

SHIP TO

.VENDOR 344874    DUNS 144230695

.H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD... IAR... |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | F... |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS... |
|---|---|---|---|---|
| PC | ********<br>26087774 | THIS ORDER IS EFFECTIVE  9/25/00<br>AND EXPIRES 12/31/01.<br><br>THE FOLLOWING HAS BEEN CHANGED TO READ:<br><br>THE FOLLOWING PRICE EFFECTIVE  5/01/03<br><br>MODULE ASM, LOCK<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 003 DATED  7/20/00<br>PER CHART        REV. 003 DTD  7/20/00<br>ACTIVE<br><br>ACT 2400  75000              TAX 4B<br>WEEKLY CAP      5385    MIN LOT SIZE<br><br>PRICE CHANGE<br>REF.  26087774 | ********<br><br><br><br>.1152 P | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079
PAGE

ATION

GINAW STEERING SYSTEMS
UTOMOTIVE SYSTEMS
OLLAND RD.
., MI   48601-9494

| | PURCHASE ORDER | SAG90I440( |
| | | ALTERATION 6717( |

ORDER ISSUE DATE: 09/25/00
MARCH 12, 2001

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD IAR |
| --- | --- | --- | --- | --- | --- |
| | | | | | F/ |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  5/01/04 | ********* | |
| PC | 26087774 | MODULE ASM, LOCK PURCHASE COMPLETE TO BLUEPRINT REV. 003 DATED  7/20/00 PER CHART       REV. 003 DTD  7/20/00 ACTIVE | .1105 P( | |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP      5385   MIN LOT SIZE | | |
| | | PRICE CHANGE REF. 26087774 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079

PAGE

**DELPHI**

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
|---|---|

ALTERATION 70997

ORDER ISSUE DATE: 09/25/00
JUNE  4, 2001

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI               48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26094784 | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED  1/30/01<br>PER CHART          REV. 001 DTD  1/30/01<br>ACTIVE<br><br>ACT 2400  75000          TAX 4B<br>WEEKLY CAP      100    MIN LOT SIZE<br><br>PRICES    EFFECTIVE DATES<br>.095        050101<br>.0912       050102<br>.0875       050103<br><br>ADD 26094784 | .095 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE:  (517) 757-7126
FAX  (989) 757-7079

**DELPHI**
Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I4400 |

ALTERATION 70998

...:ATION
..GINAW STEERING SYSTEMS
..UTOMOTIVE SYSTEMS
..HOLLAND RD.
../, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
JUNE  4, 2001

| INVOICE TO |

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

| SHIP TO |

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD... IAR... |
|---|---|---|---|---|---|
| | | | | | S/... |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 <u>AND EXPIRES 12/31/01.</u> | | |
| | | <u>THE FOLLOWING HAS BEEN CHANGED TO READ:</u> | | |
| | ********** | THE FOLLOWING PRICE EFFECTIVE  5/01/02 | ********** | |
| PC | 26094784 | MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED  1/30/01<br>PER CHART       REV. 001 DTD  1/30/01<br>ACTIVE | .0912 P... | |
| | | ACT 2400  75000               TAX 4B<br>WEEKLY CAP        100    MIN LOT SIZE | | |
| | | PRICES    EFFECTIVE DATES<br>.095       050101<br>.0912      050102<br>.0875      050103 | | |
| | | REF 26094787<br>PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE: (517) 757-7126
FAX (989) 757-7079

**DELPHI**
Automotive Systems

LEGAL COPY
LEGAL COPY

| PURCHASE ORDER | SAG90I440 |

ALTERATION 7099

...CATION
...GINAW STEERING SYSTEMS
...UTOMOTIVE SYSTEMS
...HOLLAND RD.
...N, MI   48601-9494

ORDER ISSUE DATE: 09/25/00
JUNE   4, 2001

VENDOR 344874    DUNS 144230695

| INVOICE TO |

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

| SHIP TO |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI/MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  5/01/03 | ********* | |
| PC | 26094784 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  1/30/01 PER CHART      REV. 001 DTD  1/30/01 ACTIVE | .0875 P | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP      100    MIN LOT SIZE | | |
| | | PRICES    EFFECTIVE DATES .095       050101 .0912      050102 .0875      050103 | | |
| | | REF 26094784 PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
| --- | --- |
| | ALTERATION 70994 |

ORDER ISSUE DATE: 09/25/00
JUNE 4, 2001

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES,   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| PC | 26094785 | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01.  **** THE FOLLOWING HAS BEEN ADDED: **** MODULE ASM. LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  1/30/01 PER CHART      REV. 001 DTD  1/30/01 ACTIVE  ACT 2400  75000            TAX 4B WEEKLY CAP      100    MIN LOT SIZE  PRICES      EFFECTIVE DATE .095          050101 .0912         050102 .0875         050103  ADD 26094785 | .095 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (989) 757-7079

LEGAL COPY

**DELPHI**
Automotive Systems

| PURCHASE ORDER | SAG90I440 |

ALTERATION 7099

...CATION

...GINAW STEERING SYSTEMS
...UTOMOTIVE SYSTEMS
...HOLLAND RD.
..., MI  48601-9494

ORDER ISSUE DATE: 09/25/00
JUNE  4, 2001

| INVOICE TO |

...VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

| SHIP TO |

...A E SERVICES CO
225 E MORLEY
SAGINAW MI                   48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
|---|---|---|---|---|---|

| F.O.B. | | | VIA | |
|---|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  5/01/02 | ********* | |
| PC | 26094785 | MODULE ASM. LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  1/30/01 PER CHART       REV. 001 DTD  1/30/01 ACTIVE | .0912 | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP        100    MIN LOT SIZE | | |
| | | PRICES      EFFECTIVE DATE .095         050101 .0912        050102 .0875        050103 | | |
| | | REF 26094785 PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER

PHONE:  (517) 757-7126

AGINAW STEERING SYSTEMS
UTOMOTIVE SYSTEMS
HOLLAND RD.
, MI   48601-9494

PURCHASE ORDER          SAG90I440
ALTERATION 7099

ORDER ISSUE DATE: 09/25/00
JUNE  4, 2001

INVOICE TO

ENDOR 344874   DUNS 144230695

ATTN:    ACCOUNTS PAYABLE
SHIP TO

E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  5/01/03 | ********* | |
| PC | 26094785 | MODULE ASM. LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  1/30/01 PER CHART          REV. 001 DTD  1/30/01 ACTIVE | .0875 PC | |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      100   MIN LOT SIZE | | |
| | | PRICES    EFFECTIVE DATE .095      050101 .0912     050102 .0875     050103 | | |
| | | REF 26094785 PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (989) 757-7079

PU182C-1                                              PAGE    1

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I440 |
ALTERATION 6429

ORDER ISSUE DATE: 09/25/00
JANUARY 8, 2001

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                     48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES,  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26056263 | MODULE ASM, LOCK TO BLUEPRINT REV. 010 DATED  4/29/97 PER CHART       REV. 010 DTD  4/29/97 ACTIVE | .0735 | |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP     7000    MIN LOT SIZE | | |
| | | FUTURE PRICING: PRICE              EFF DATE .0735           7-25-01 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26075081 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART       REV. 001 DTD 12/09/97 ACTIVE | .0735 | |
| | | ACT 2400  75109              TAX 4B | | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-7079

**DELPHI**
Automotive Systems

**LEGAL COPY**

| PURCHASE ORDER | SAG90I4400 |
|---|---|
| | ALTERATION 64292 |

**LOCATION**

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
2 HOLLAND RD.
VAW, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
JANUARY  8, 2001

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP      4000    MIN LOT SIZE | | |
| | | FUTURE PRICING: | | |
| | | PRICE            EFF DATE | | |
| | | .0735            7-25-01 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK | .0735 P( | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 002 DATED  8/23/00 | | |
| | | PER CHART          REV. 002 DTD  8/23/00 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109              TAX 4B | | |
| | | WEEKLY CAP      10500    MIN LOT SIZE | | |
| | | REF 26056263, 26075081, 26093782 | | |
| | | PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126

**DELPHI** Automotive Systems

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4400 |
| ALTERATION 61955 |

ORDER ISSUE DATE: 09/25/00
NOVEMBER 16, 2000

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

VENDOR 344874   DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI              48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00<br>AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26093782 | MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART        REV. 002 DTD  8/23/00<br>ACTIVE<br><br>ACT 2400  75000            TAX 4B<br>WEEKLY CAP     4000    MIN LOT SIZE | .075 P | |
| PC | 26094201 | MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  9/15/00<br>PER CHART        REV. 002 DTD  9/15/00<br>ACTIVE<br><br>ACT 2400  75000            TAX 4B<br>WEEKLY CAP     1200    MIN LOT SIZE<br><br>ADD 26093782 & 26094201<br>EFF 11-15-00 | .0995 P | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE:  (517) 757-7126
FAX  (517) 757-9222

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I440 |

ALTERATION 6195

ORDER ISSUE DATE: 09/25/00
NOVEMBER 16, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD IAR S |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART        REV. 002 DTD  8/23/00 ACTIVE | .07462 | P( |
| | | ACT 2400  75000                TAX 4B WEEKLY CAP      4000    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26094201 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  9/15/00 PER CHART        REV. 002 DTD  9/15/00 ACTIVE | .10 | P( |
| | | ACT 2400  75000                TAX 4B WEEKLY CAP      1200    MIN LOT SIZE | | |
| | | REF 26093782 & 26094201 | | |

CONTINUED ON PAGE  2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

**DELPHI**
Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I4400
ALTERATION 6195 |

LOCATION

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
E HOLLAND RD.
AW, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
NOVEMBER 16, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | PRICE CHANGE
EFF 11-15-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126

LEGAL COPY

DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4400 |
| --- | --- | --- |

ALTERATION 60359

ORDER ISSUE DATE: 09/25/00
OCTOBER 11, 2000

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

VENDOR 344874   DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | F A |

F.O.B.                                                                    VIA

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | | THE SUPPLIER AGREES TO SELL AND THE BUYER AGREES TO PURCHASE, AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS IN THE FACE AND REVERSE SIDE HEREOF, AND BY REFERENCE AS THOUGH TYPED HEREON, THE SUPPLEMENTAL TERMS AND CONDITIONS ATTACHED TO THE REQUEST FOR QUOTATION, THE FOLLOWIING PERCENT OF OF THE ARTICLE(S) DESCRIBED BELOW FOR THE ABOVE TIME PERIOD. | | |
| | | LINK W/PN 26089434 CHANGE PERCENT OF BUSINESS 26089434 CURR. %     FUT. %    FUT. DTE.   100       100      10/10/00 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J
BUYER

PHONE: (517) 757-7126
FAX (517) 757-9222

LEGAL COPY

**DELPHI**
Automotive Systems

Page 110 of 269

| | PURCHASE ORDER | SAG90I4400 |
|---|---|---|

PURCHASING LOCATION

ALTERATION 61020

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
OCTOBER 26, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR S. |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26089431 | LOCK HOUSING ASM TO BLUEPRINT REV. 003 DATED  1/04/00 PER CHART       REV. 003 DTD  1/04/00 ACTIVE | .000001 P | |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP        500   MIN LOT SIZE | | |
| | | ADD 26089431 EFF 10-25-00 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

DELPHI

Automotive Systems

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER          SAG90I440
ALTERATION 5952

ORDER ISSUE DATE: 09/25/00
OCTOBER  5, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26036319 | ACTUATOR, IGNITION LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 011 DATED  4/10/95 PER CHART         REV. 011 DTD  4/10/95 ACTIVE | .00001 | |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      500   MIN LOT SIZE | | |
| PC | 26036320 | ACTUATOR, IGN SWITCH PURCHASED COMPLETE TO BLUEPRINT REV. 004 DATED  8/27/96 PER CHART         REV. 004 DTD  8/27/96 ACTIVE | .00001 | |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      500   MIN LOT SIZE | | |
| PC | 26036321 | BACKING PLATE, LOCK MODULE PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED 10/21/94 PER CHART         REV. 002 DTD 10/21/94 ACTIVE | .00001 | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

LEGAL COPY

SING LOCATION

HI SAGINAW STEERING SYSTEMS
PHI AUTOMOTIVE SYSTEMS
00 E HOLLAND RD.
AGINAW, MI  48601-9494

| | |
|---|---|
| | PURCHASE ORDER |

SAG90I4400
ALTERATION 59528

ORDER ISSUE DATE: 09/25/00
OCTOBER  5, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:     ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACT 2400  75000              TAX 4B<br>WEEKLY CAP     500    MIN LOT SIZE | | |
| PC | 26036475 | HOUSING ASM, LOCK CYLINDER<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 010 DATED  1/23/95<br>PER CHART        REV. 010 DTD  1/23/95<br>ACTIVE | .00001 | PC |
| | | ACT 2400  75000              TAX 4B<br>WEEKLY CAP     500    MIN LOT SIZE | | |
| PC | 26049448 | HOUSING ASM, LOCK CYLINDER<br>TO BLUEPRINT REV. 035 DATED  9/27/99<br>PER CHART        REV. 035 DTD  9/27/99<br>ACTIVE | .00001 | PC |
| | | ACT 2400  75000              TAX 4B<br>WEEKLY CAP     500    MIN LOT SIZE | | |
| PC | 26054642 | BACKING PLATE, LOCK MODULE<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 026 DATED  1/24/97<br>PER CHART        REV. 026 DTD  1/24/97<br>ACTIVE | .00001 | PC |
| | | ACT 2400  75000            TAX 4B | | |

CONTINUED ON PAGE    3

**THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.**

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

PAGE

DELPHI

LEGAL COPY

SING LOCATION

| | PURCHASE ORDER | SAG90I4400 |

HI SAGINAW STEERING SYSTEMS
PHI AUTOMOTIVE SYSTEMS
00 E HOLLAND RD.
AGINAW, MI  48601-9494

ALTERATION 59528

ORDER ISSUE DATE: 09/25/00
OCTOBER  5, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:     ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                 48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26057168 | PLUG, LOCK CYLINDER<br>TO BLUEPRINT REV. 007 DATED  1/06/00<br>PER CHART 26089666 REV. 007 DTD  1/06/00<br>ACTIVE | .00001 | PC |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26057169 | LOCK HOUSING ASSY<br>TO BLUEPRINT REV. 001 DATED  7/13/95<br>ACTIVE | .00001 | PC |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26058383 | LOCK CYL HOUSING ASM<br>TO BLUEPRINT REV. 035 DATED  9/27/99<br>PER CHART        REV. 035 DTD  9/27/99<br>ACTIVE | .00001 | PC |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26058495 | ACTUATOR, IGNITION LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 099 DATED  4/06/99<br>PER CHART        REV. 099 DTD  4/06/99 | .00001 | PC |

CONTINUED ON PAGE   4

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

| WOOD,J. |
| BUYER |
| PHONE:  (517)  757-7126 |
| FAX (517)  757-9222 |

LEGAL COPY

...SING LOCATION

...HI SAGINAW STEERING SYSTEMS
...PHI AUTOMOTIVE SYSTEMS
...00 E HOLLAND RD.
.AGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I440 |
|---|---|

ALTERATION 5952

ORDER ISSUE DATE: 09/25/00
OCTOBER  5, 2000

INVOICE TO

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD... IAR... S... |
|---|---|---|---|---|
| F.O.B. | | | VIA | S. |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS... |
|---|---|---|---|---|
| | | ACTIVE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26069848 | HOUSING, LOCK CYLINDER | .00001 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 028 DATED 12/13/99 | | |
| | | PER CHART        REV. 028 DTD 12/13/99 | | |
| | | INACTIVE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26070072 | HOUSING ASM, LOCK CYLINDER | .00001 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 027 DATED  9/27/99 | | |
| | | PER CHART        REV. 027 DTD  9/27/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP     500   MIN LOT SIZE | | |
| PC | 26070074 | HOUSING ASM, LOCK CYLINDER | .00001 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 027 DATED  9/27/99 | | |
| | | PER CHART        REV. 027 DTD  9/27/99 | | |
| | | ACTIVE | | |

CONTINUED ON PAGE   5

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

**DELPHI**
*Automotive Systems*

LEGAL COPY

| PURCHASE ORDER | SAG90I4400 |
|---|---|

ALTERATION 59528

ASING LOCATION

PHI SAGINAW STEERING SYSTEMS
PHI AUTOMOTIVE SYSTEMS
00 E HOLLAND RD.
AGINAW, MI   48601-9494

ORDER ISSUE DATE: 09/25/00
OCTOBER  5, 2000

| INVOICE TO |
|---|

VENDOR 344874   DUNS 144230695

ATTN:     ACCOUNTS PAYABLE

| SHIP TO |
|---|

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACT 2400  75000          TAX 4B<br>WEEKLY CAP      500   MIN LOT SIZE<br><br>ADD ITEMS<br>THIS IS NOTIFICATION FOR AWARD OF<br>BUSINESS FOR PART NUMBERS NOT SHOWN AS<br>(ACTIVE).  SHIPMENT OF THOSE PARTS<br>AGAINST THIS ORDER IS PROHIBITED UNTIL<br>AN ALTERATION WITH CURRENT BLUE PRINT<br>DATE AND REVISION IS ISSUED, UNLESS<br>OTHERWISE STATED IN THIS ORDER. | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

**DELPHI**
Delphi Automotive Systems

| PURCHASE ORDER | SAG90I4400 |
ALTERATION 60734

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 09/25/00
OCTOBER 18, 2000

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | | SA |
| | | | VIA | | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  9/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26054646 | SHAFT, TUBULAR STRG PURCHASED COMPLETE TO BLUEPRINT REV. 155 DATED  4/01/97 PER CHART        REV. 155 DTD  4/01/97 ACTIVE | .00001 | PC |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP        500    MIN LOT SIZE | | |
| | | ADD 26054646 EFF 10-02-00 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (517) 757-7126
FAX (517) 757-9222

# EXHIBIT F

LEGAL COPY

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I4317 |

ALTERATION 74292

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 21, 2001

VENDOR 541928    DUNS 007034445

INVOICE TO

ATTN:        ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI            48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE |
|---|---|---|---|---|---|

F.O.B.                                                              VIA

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26093782 | THIS ORDER IS EFFECTIVE  7/25/00<br><br>AND EXPIRES 12/31/01.<br><br>THE FOLLOWING HAS BEEN CHANGED TO READ:<br><br>********  THE FOLLOWING PRICE EFFECTIVE  5/01/01  ********<br><br>MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART         REV. 002 DTD  8/23/00<br>ACTIVE<br><br>ACT 2400  75109              TAX 4B<br>WEEKLY CAP      42500    MIN LOT SIZE<br><br>PRICES      EFF DATES<br>.154        050101<br>.150        111501<br>.0735       010102<br><br>PRICE CHG | .154 | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER

PHONE:  (517) 757-7126
FAX  (989) 757-7079

PAGE

DELPHI
Delphi Corporation

LOCATION

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4317 |
| --- | --- |
| | ALTERATION 74293 |

ORDER ISSUE DATE: 07/27/00
AUGUST 21, 2001

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:   ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  7/25/00<br>AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART      REV. 002 DTD  8/23/00<br>ACTIVE | .15 | PC |
| | | ACT 2400  75109            TAX 4B<br>WEEKLY CAP     42500    MIN LOT SIZE | | |
| | | PRICES      EFF DATES<br>.154        050101<br>.150        111501<br>.0735       010102 | | |
| | | REF 26093782<br>PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE:  (517) 757-7126
FAX  (989) 757-7079

DELPHI
Automotive Systems

LEGAL COPY

**PURCHASE ORDER**     SAG90I4317
ALTERATION 74294

~CATION

~AGINAW STEERING SYSTEMS
~ AUTOMOTIVE SYSTEMS
~ HOLLAND RD.
~AW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 21, 2001

VENDOR 541928    DUNS 007034445

| INVOICE TO |
| --- |
| ATTN:    ACCOUNTS PAYABLE |

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

| SHIP TO |
| --- |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  7/25/00 | | |
| | | AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/02 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK | .0735 | PC |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 002 DATED  8/23/00 | | |
| | | PER CHART        REV. 002 DTD  8/23/00 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109              TAX 4B | | |
| | | WEEKLY CAP    42500   MIN LOT SIZE | | |
| | | PRICES     EFF DATES | | |
| | | .154      050101 | | |
| | | .150      111501 | | |
| | | .0735     010102 | | |
| | | REF 26093782 | | |
| | | PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (517) 757-7126
FAX (989) 757-7079

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
HOLLAND RD.
NAW, MI  48601-9494

| | PURCHASE ORDER | SAG9014317 |

ALTERATION 74292

ORDER ISSUE DATE: 07/27/00
AUGUST 21, 2001

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00  AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  5/01/01 | ******** | |
| PC | 26093782 | MODULE ASM, LOCK  PURCHASED COMPLETE  TO BLUEPRINT REV. 002 DATED  8/23/00  PER CHART          REV. 002 DTD  8/23/00  ACTIVE | .154 | PC |
| | | ACT 2400  75109                    TAX 4B  WEEKLY CAP     42500    MIN LOT SIZE | | |
| | | PRICES     EFF DATES  .154        050101  .150        111501  .0735       010102 | | |
| | | PRICE CHG | | |

*Chg buyer code orig not mailed*

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (989) 757-7079

PAGE

**Delphi**
Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I4317 |

ALTERATION 74293

LOCATION

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 21, 2001

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT. MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 <u>AND EXPIRES 12/31/01.</u> | | |
| | | <u>THE FOLLOWING HAS BEEN CHANGED TO READ:</u> | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART         REV. 002 DTD  8/23/00 ACTIVE | .15 | PC |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP    42500    MIN LOT SIZE | | |
| | | PRICES     EFF DATES .154        050101 .150        111501 .0735        010102 | | |
| | | REF 26093782 PRICE CHG | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (989) 757-7079

LEGAL COPY

**DELPHI**

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
E HOLLAND RD.
NAW, MI  48601-9494

PURCHASE ORDER        SAG90I4317
                      ALTERATION 74294

ORDER ISSUE DATE: 07/27/00
AUGUST 21, 2001

VENDOR 541928    DUNS 007034445

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | ********* 26093782 | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. THE FOLLOWING HAS BEEN CHANGED TO READ: THE FOLLOWING PRICE EFFECTIVE  1/01/02 MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART       REV. 002 DTD  8/23/00 ACTIVE  ACT 2400  75109            TAX 4B WEEKLY CAP    42500   MIN LOT SIZE  PRICES     EFF DATES .154       050101 .150       111501 .0735      010102  REF 26093782 PRICE CHG | ********* .0735 PC | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (989) 757-7079

PAGE

PU182C-1

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG9014317 |
|---|---|---|
| | | ALTERATION 66169 |

ORDER ISSUE DATE: 07/27/00
FEBRUARY  9, 2001

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:      ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | F A |

F.O.B.                                        VIA

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   1/10/01 | ********* | |
| PCS | 26075081 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART        REV. 001 DTD 12/09/97 ACTIVE | .175 | PCS |
| | | ACT 2400  75109                TAX 4F WEEKLY CAP      41500    MIN LOT SIZE | | |
| | | PRICE CHANGE REF.  26075081 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE

LEGAL COPY

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4317 |
|---|---|
| | ALTERATION 66170 |

ORDER ISSUE DATE: 07/27/00
FEBRUARY  9, 2001

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:      ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT: NOTIFY | CODE |
|---|---|---|---|---|---|
| | | | | | IAR |
| F.O.B. | | | | VIA | FA |

STATE & LOCAL SALES, USE TAX CODES
4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/10/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART        REV. 002 DTD  8/23/00 ACTIVE | .175 | PC |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP      24180    MIN LOT SIZE | | |
| | | PRICE CHANGE REF.  26093782 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4317 |
| --- | --- | --- |
| | | ALTERATION 64794 |

ORDER ISSUE DATE: 07/27/00
JANUARY 11, 2001

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   7/25/01 | ********* | |
| PCS | 26036474 | MODULE ASM, LOCK TO BLUEPRINT REV. 007 DATED  3/08/95 PER CHART          REV. 007 DTD  3/08/95 ACTIVE | .098 | PCS |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP        6480    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   7/25/01 | ********* | |
| PCS | 26049449 | MODULE ASM, LOCK TO BLUEPRINT REV. 008 DATED  5/15/97 PER CHART          REV. 008 DTD  5/15/97 ACTIVE | .098 | PCS |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP        6480    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   7/25/01 | ********* | |
| | 26057170 | MODULE ASM, LOCK | .098 | PCS |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE          1

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4317 |
|---|---|---|
| | | ALTERATION 64794 |

ORDER ISSUE DATE: 07/27/00
JANUARY 11, 2001

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:     ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 001 DATED  7/13/95 PER CHART          REV. 001 DTD  7/13/95 ACTIVE | | |
| | | ACT 2400  75109              TAX 4F WEEKLY CAP      6480    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26075221 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART          REV. 001 DTD 12/09/97 ACTIVE | .098 | PCS |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP      6480    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PC | 26089434 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  1/05/00 PER CHART          REV. 001 DTD  1/05/00 ACTIVE | .098 | PC |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP       650    MIN LOT SIZE | | |
| | | REF ABOVE ITEMS | | |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
  BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PU182C-1

PAGE      2

ASING LOCATION

_PHI SAGINAW STEERING SYSTEMS
_LPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4317 |

ALTERATION 64794

ORDER ISSUE DATE: 07/27/00
JANUARY 11, 2001

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:      ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PRICE CHANGE | | |
| | | EFF 7-25-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER

PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER      SAG90I4317
ALTERATION 6431?

ORDER ISSUE DATE: 07/27/00
JANUARY  9, 2001

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:      ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00<br>AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | \*\*\*\*\*\*\*\*\* | THE FOLLOWING PRICE EFFECTIVE 10/30/00 | \*\*\*\*\*\*\*\* | |
| PCS | 26075081 | MODULE ASM, LOCK<br>TO BLUEPRINT REV. 001 DATED 12/09/97<br>PER CHART        REV. 001 DTD 12/09/97<br>ACTIVE | .154 | PCS |
| | | ACT 2400  75109              TAX 4F<br>WEEKLY CAP      41500    MIN LOT SIZE | | |
| | \*\*\*\*\*\*\*\*\* | THE FOLLOWING PRICE EFFECTIVE 10/30/00 | \*\*\*\*\*\*\*\* | |
| PC | 26093782 | MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART        REV. 002 DTD  8/23/00<br>ACTIVE | .154 | PC |
| | | ACT 2400  75109              TAX 4B<br>WEEKLY CAP      15000    MIN LOT SIZE | | |
| | | REF 26075081 & 26093782<br>PRICE CHANGE | | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
  BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE                1

Automotive Systems

LEGAL COPY
LEGAL COPY

.ION

.NAW STEERING SYSTEMS
OMOTIVE SYSTEMS
LLAND RD.
MI   48601-9494

| PURCHASE ORDER |

SAG90I4317
ALTERATION 64316

ORDER ISSUE DATE: 07/27/00
JANUARY 9, 2001

| INVOICE TO |

NDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

| SHIP TO |

IVERSAL TOOL & EDM
860 E WASHINGTON
SAGINAW MI

48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | |
|---|---|---|---|---|
| F.O.B. | | | REC. DEPT. NOTIFY | CODES IAR |
| STATE & LOCAL SALES, USE TAX CODES | 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING. | | VIA | SA |
| PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT. | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | EFF 10-30-00 | | |
| | | REF C/R 76363 | | |

S IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517)

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4317 |
| ALTERATION 65440 |

ORDER ISSUE DATE: 07/27/00
JANUARY 12, 2001

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26093781 | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01.  ****   THE FOLLOWING HAS BEEN ADDED: ****  LOCK HSG ASM PURCHASE COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART         REV. 002 DTD  8/23/00 ACTIVE  ACT 2400  75000            TAX 4B WEEKLY CAP        100   MIN LOT SIZE  ADD 26093781 | .000001 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
  BUYER
PHONE:  (517) 757-7132
FAX (517) 757-3948

PAGE

LEGAL COPY

PURCHASING LOCATION

**PURCHASE ORDER**                 SAG90I4317
ALTERATION 64317

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
JANUARY 9, 2001

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:     ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   5/01/01 | ********* | |
| PCS | 26075081 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART          REV. 001 DTD 12/09/97 ACTIVE | .075 | PC |
| | | ACT 2400  75109              TAX 4F WEEKLY CAP      41500    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   5/01/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART          REV. 002 DTD  8/23/00 ACTIVE | .075 | PC |
| | | ACT 2400  75109              TAX 4B WEEKLY CAP      15000    MIN LOT SIZE | | |
| | | REF 26075081 & 26093782 EFF 5-01-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE

**DELPHI**
Automotive Systems

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4317 |
| --- | --- |
| | ALTERATION 57081 |

ORDER ISSUE DATE: 07/27/00
AUGUST 18, 2000

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
| --- | --- | --- | --- | --- |
| PC | 26089434 | THIS ORDER IS EFFECTIVE  7/25/00<br>AND EXPIRES 12/31/01.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED  1/05/00<br>PER CHART        REV. 001 DTD  1/05/00<br>ACTIVE<br><br>ACT 2400  75000            TAX 4B<br>WEEKLY CAP        650    MIN LOT SIZE<br><br>ADD 26089434 | .10 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER          SAG90I431
ALTERATION 5708

ORDER ISSUE DATE: 07/27/00
AUGUST 18, 2000

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:    ACCOUNTS PAYABLE
SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | ********* 26089434 | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01.  THE FOLLOWING HAS BEEN CHANGED TO READ:  THE FOLLOWING PRICE EFFECTIVE  7/25/01  MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED  1/05/00 PER CHART          REV. 001 DTD  1/05/00 ACTIVE  ACT 2400  75000          TAX 4B WEEKLY CAP        650   MIN LOT SIZE  REF 26089434 PRICE CHANGE EFF 7-25-01 | ********* .0995 | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PAGE

**DELPHI**
*Automotive Systems*

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I431 |
|---|---|
| | ALTERATION 570? |

ORDER ISSUE DATE: 07/27/00
AUGUST 18, 2000

VENDOR 541928    DUNS 007034445

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CC |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | 26069984 | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01.  ********  CANCEL THE FOLLOWING  ******** ********   ON THE ABOVE ORDER:   ********   DELETE 26069984 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
 SENIOR BUYER
PHONE:  (517) 757-4046
FAX (517) 757-5983

Delphi
Automotive Systems

LEGAL COPY

PURCHASING LOCATION

| PURCHASE ORDER | SAG90I4317 |

ALTERATION 56923

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

VENDOR 541928    DUNS 007034445

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR S/ |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 <u>AND EXPIRES 12/31/01.</u> | | |
| | | <u>THE FOLLOWING HAS BEEN CHANGED TO READ:</u> | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26036474 | MODULE ASM, LOCK TO BLUEPRINT REV. 007 DATED  3/08/95 PER CHART      REV. 007 DTD  3/08/95 ACTIVE | .0995 P | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP      700    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26049449 | MODULE ASM, LOCK TO BLUEPRINT REV. 008 DATED  5/15/97 PER CHART      REV. 008 DTD  5/15/97 ACTIVE | .0995 P | |
| | | ACT 2400  75000            TAX 4F WEEKLY CAP      700    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| | 26056263 | MODULE ASM, LOCK | .074625 P | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE:  (517) 757-4046
FAX (517) 757-5983

LEGAL COPY
Pg 137 of 269

DELPHI Automotive Systems

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I431 |
|---|---|
| | ALTERATION 5692 |

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

**INVOICE TO**

VENDOR 541928   DUNS 007034445

ATTN:   ACCOUNTS PAYABLE

**SHIP TO**

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT ME |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 010 DATED  4/29/97 | | |
| | | PER CHART         REV. 010 DTD  4/29/97 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000            TAX 4F | | |
| | | WEEKLY CAP      7000    MIN LOT SIZE | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| | | | | |
| | 26057170 | MODULE ASM, LOCK | .0995 | |
| PCS | | TO BLUEPRINT REV. 001 DATED  7/13/95 | | |
| | | PER CHART         REV. 001 DTD  7/13/95 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000            TAX 4F | | |
| | | WEEKLY CAP       850    MIN LOT SIZE | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| | | | | |
| | 26069984 | MODULE ASM, LOCK | .0995 | |
| PCS | | TO BLUEPRINT REV. 002 DATED 12/13/99 | | |
| | | PER CHART         REV. 002 DTD 12/13/99 | | |
| | | INACTIVE | | |
| | | | | |
| | | ACT 2400  75000            TAX 4F | | |
| | | WEEKLY CAP       650    MIN LOT SIZE | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| | | | | |
| | 26075081 | MODULE ASM, LOCK | .074625 | |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER          SAG90I431
ALTERATION 5692

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART          REV. 001 DTD 12/09/97 ACTIVE | | |
| | | ACT 2400  75000          TAX 4F WEEKLY CAP    4000   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26075221 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART          REV. 001 DTD 12/09/97 ACTIVE | .0995 P | |
| | | ACT 2400  75000          TAX 4F WEEKLY CAP    1200   MIN LOT SIZE | | |
| | | REF 26036474,26049449,26056263, 26057170,26069984,26075081,26075221 PRICE CHANGE EFF 7-25-01 THIS IS NOTIFICATION FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS (ACTIVE).  SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE STATED IN THIS ORDER. | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
 SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I431 |

ALTERATION 5692

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI           48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD IAR S. |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26036474 | MODULE ASM, LOCK TO BLUEPRINT REV. 007 DATED  3/08/95 PER CHART      REV. 007 DTD  3/08/95 ACTIVE | .10 | PC |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP      700   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26049449 | MODULE ASM, LOCK TO BLUEPRINT REV. 008 DATED  5/15/97 PER CHART      REV. 008 DTD  5/15/97 ACTIVE | .10 | PC |
| | | ACT 2400  75000           TAX 4F WEEKLY CAP      700   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| | 26056263 | MODULE ASM, LOCK | .075 | PC |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4317 |
| --- | --- |
| ALTERATION 56922 |

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:   ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR S/ |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
| --- | --- | --- | --- | --- |
| PCS | | TO BLUEPRINT REV. 010 DATED  4/29/97 | | |
| | | PER CHART         REV. 010 DTD  4/29/97 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP      7000    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26057170 | MODULE ASM, LOCK | .10  P | |
| | | TO BLUEPRINT REV. 001 DATED  7/13/95 | | |
| | | PER CHART         REV. 001 DTD  7/13/95 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP        850    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26069984 | MODULE ASM, LOCK | .10  P | |
| | | TO BLUEPRINT REV. 002 DATED 12/13/99 | | |
| | | PER CHART         REV. 002 DTD 12/13/99 | | |
| | | INACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP        650    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| | 26075081 | MODULE ASM, LOCK | .075  P | |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER          SAG90I431
                        ALTERATION 5692

ORDER ISSUE DATE: 07/27/00
        AUGUST 14, 2000

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE
SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART    REV. 001 DTD 12/09/97 ACTIVE | | |
| | | ACT 2400  75000          TAX 4F WEEKLY CAP    4000   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26075221 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART    REV. 001 DTD 12/09/97 ACTIVE | .10 | |
| | | ACT 2400  75000          TAX 4F WEEKLY CAP    1200   MIN LOT SIZE | | |
| | | REF 26036474,26049449,26056263, 26057170,26069984,26075081,26075221 PRICE CHANGE EFF 7-25-00 THIS IS NOTIFICATION FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS (ACTIVE).  SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE STATED IN THIS ORDER. | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PAGE

**Delphi**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4317 |
|---|---|
| | ALTERATION 60817 |

ORDER ISSUE DATE: 07/27/00
OCTOBER 20, 2000

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR S |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26088811 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 001 DATED 12/15/99 PER CHART       REV. 001 DTD 12/15/99 ACTIVE | .084 | P |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP      1000   MIN LOT SIZE | | |
| | | ADD 26088811 EFF 11-01-00 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX (517) 757-5983

PAGE

DELPHI
Automotive Systems

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9OI4317 |
| --- | --- |
| | ALTERATION 63286 |

ORDER ISSUE DATE: 07/27/00
DECEMBER  8, 2000

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI              48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES, PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING. 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26093782 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART       REV. 002 DTD  8/23/00 ACTIVE | .075 PC | |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP      9000   MIN LOT SIZE | | |
| | | ADD 26093782 EFF 11-15-00 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

PAGE

LEGAL COPY
Pg 144 of 269

Delphi
Automotive Systems

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I431 |
|---|---|
| | ALTERATION 6328 |

ORDER ISSUE DATE: 07/27/00
DECEMBER  8, 2000

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART        REV. 002 DTD  8/23/00 ACTIVE | .07462 | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP      9000   MIN LOT SIZE | | |
| | | REF 26093782 PRICE CHANGE EFF 11-15-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE: (517) 757-7132
FAX (517) 757-3948

DELPHI
Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I43... |
| --- | --- |

ALTERATION 5692...

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
| --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26036474 | MODULE ASM, LOCK TO BLUEPRINT REV. 007 DATED  3/08/95 PER CHART       REV. 007 DTD  3/08/95 ACTIVE | .10 | |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP       700    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| PCS | 26049449 | MODULE ASM, LOCK TO BLUEPRINT REV. 008 DATED  5/15/97 PER CHART       REV. 008 DTD  5/15/97 ACTIVE | .10 | |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP       700    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| | 26056263 | MODULE ASM, LOCK | .075 | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE:  (517) 757-4046
FAX  (517) 757-5983

**DELPHI**
Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I4317 |
|---|---|
| | ALTERATION 56922 |

URCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:   ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR S/ |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 010 DATED 4/29/97 | | |
| | | PER CHART        REV. 010 DTD  4/29/97 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP      7000    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| | 26057170 | MODULE ASM, LOCK | .10  P |
| PCS | | TO BLUEPRINT REV. 001 DATED  7/13/95 | | |
| | | PER CHART        REV. 001 DTD  7/13/95 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP        850    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| | 26069984 | MODULE ASM, LOCK | .10  P |
| PCS | | TO BLUEPRINT REV. 002 DATED 12/13/99 | | |
| | | PER CHART        REV. 002 DTD 12/13/99 | | |
| | | INACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP        650    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/00 | ********* | |
| | 26075081 | MODULE ASM, LOCK | .075 |

CONTINUED ON PAGE   3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046

**DELPHI**
Automotive Systems

**LEGAL COPY**

URCHASING LOCATION

| | |
|---|---|
| | PURCHASE ORDER   SAG90I43 |
| | ALTERATION 569 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:    ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | C |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | U/M |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART         REV. 001 DTD 12/09/97 ACTIVE | | |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP      4000    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE   7/25/00 | ********* | |
| PCS | 26075221 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART         REV. 001 DTD 12/09/97 ACTIVE | .10 | |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP      1200    MIN LOT SIZE | | |
| | | REF 26036474,26049449,26056263, 26057170,26069984,26075081,26075221 PRICE CHANGE EFF 7-25-00 THIS IS NOTIFICATION FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS (ACTIVE).  SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE STATED IN THIS ORDER. | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046

**DELPHI**
Automotive Systems

LEGAL COPY

URCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I43 |
|---|---|
| | ALTERATION 569 |

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

INVOICE TO

VENDOR 541928    DUNS 007034445

ATTN:      ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | U M |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 | | |
| | | AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ******** | |
| PCS | 26036474 | MODULE ASM, LOCK<br>TO BLUEPRINT REV. 007 DATED  3/08/95<br>PER CHART        REV. 007 DTD  3/08/95<br>ACTIVE | .0995 | |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP        700    MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ******** | |
| PCS | 26049449 | MODULE ASM, LOCK<br>TO BLUEPRINT REV. 008 DATED  5/15/97<br>PER CHART        REV. 008 DTD  5/15/97<br>ACTIVE | .0995 | |
| | | ACT 2400  75000            TAX 4F<br>WEEKLY CAP        700    MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ******** | |
| | 26056263 | MODULE ASM, LOCK | .074625 | |

CONTINUED ON PAGE    2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046

**DELPHI**
Automotive Systems

LEGAL COPY

URCHASING LOCATION

| PURCHASE ORDER | SAG90I431 |

ALTERATION 5692

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

VENDOR 541928    DUNS 007034445

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI
                        48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 010 DATED  4/29/97 PER CHART         REV. 010 DTD  4/29/97 ACTIVE | | |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP     7000    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26057170 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED  7/13/95 PER CHART        REV. 001 DTD  7/13/95 ACTIVE | .0995 P | |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP      850   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26069984 | MODULE ASM, LOCK TO BLUEPRINT REV. 002 DATED 12/13/99 PER CHART        REV. 002 DTD 12/13/99 INACTIVE | .0995 P | |
| | | ACT 2400  75000              TAX 4F WEEKLY CAP      650   MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| | 26075081 | MODULE ASM, LOCK | .074625 P | |

CONTINUED ON PAGE  3

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER

**DELPHI**
Automotive Systems

LEGAL COPY

PURCHASING LOCATION

| | |
|---|---|
| PURCHASE ORDER | SAG90I43 |
| | ALTERATION 569 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
AUGUST 14, 2000

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY |
|---|---|---|---|
| F.O.B. | | | VIA |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|
| PCS | | TO BLUEPRINT REV. 001 DATED 12/09/97<br>PER CHART       REV. 001 DTD 12/09/97<br>ACTIVE<br><br>ACT 2400  75000          TAX 4F<br>WEEKLY CAP      4000   MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ******** | |
| PCS | 26075221 | MODULE ASM, LOCK<br>TO BLUEPRINT REV. 001 DATED 12/09/97<br>PER CHART       REV. 001 DTD 12/09/97<br>ACTIVE<br><br>ACT 2400  75000          TAX 4F<br>WEEKLY CAP      1200   MIN LOT SIZE<br><br>REF 26036474,26049449,26056263,<br>26057170,26069984,26075081,26075221<br>PRICE CHANGE<br>EFF 7-25-01<br>THIS IS NOTIFICATION FOR AWARD OF<br>BUSINESS FOR PART NUMBERS NOT SHOWN AS<br>(ACTIVE).  SHIPMENT OF THOSE PARTS<br>AGAINST THIS ORDER IS PROHIBITED UNTIL<br>AN ALTERATION WITH CURRENT BLUE PRINT<br>DATE AND REVISION IS ISSUED, UNLESS<br>OTHERWISE STATED IN THIS ORDER. | .0995 | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

N BRYANT,
SENIOR BUYER
PHONE: (517) 757-4046
FAX  (517) 757-5983

DELPHI
Automotive Systems

| PURCHASE ORDER | SAG90I4317 |
|---|---|
| | ALTERATION 64291 |

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
JANUARY 8, 2001

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI            48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 AND EXPIRES 12/31/01. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26056263 | MODULE ASM, LOCK TO BLUEPRINT REV. 010 DATED  4/29/97 PER CHART       REV. 010 DTD  4/29/97 ACTIVE | .0735 P | |
| | | ACT 2400  75109              TAX 4F WEEKLY CAP      7000    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  7/25/01 | ********* | |
| PCS | 26075081 | MODULE ASM, LOCK TO BLUEPRINT REV. 001 DATED 12/09/97 PER CHART       REV. 001 DTD 12/09/97 ACTIVE | .0735 P | |
| | | ACT 2400  75109              TAX 4F WEEKLY CAP     41500    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/15/01 | ********* | |
| | 26093782 | MODULE ASM, LOCK | .0735 P | |

CONTINUED ON PAGE   2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER
PHONE:  (517)  757-7132
FAX  (517)  757-3948

LEGAL COPY

**DELPHI**
Automotive Systems

| PURCHASE ORDER | SAG90I4317 |
|---|---|

ALTERATION 64291

LOCATION

SAGINAW STEERING SYSTEMS
AUTOMOTIVE SYSTEMS
E HOLLAND RD.
NAW, MI  48601-9494

ORDER ISSUE DATE: 07/27/00
JANUARY  8, 2001

INVOICE TO

VENDOR 541928   DUNS 007034445

ATTN:   ACCOUNTS PAYABLE

SHIP TO

UNIVERSAL TOOL & EDM
3860 E WASHINGTON         48601
SAGINAW MI

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

|  |  | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|
|  |  |  | SA |

| DATE REQUIRED | DATE PROMISED | TERMS |  |
|---|---|---|---|
|  |  |  | VIA |

F.O.B.

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC |  | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART       REV. 002 DTD  8/23/00<br>ACTIVE<br><br>ACT 2400  75109              TAX 4B<br>WEEKLY CAP       15000   MIN LOT SIZE<br><br>REF 26056263, 26075081, 26093782<br>PRICE CHANGE |  |  |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING,
BUYER

PHONE:  (517) 757-7132
FAX  (517) 757-3948

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I431 |
| | | ALTERATION 6907 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.                    -          ORDER ISSUE DATE: 07/27/00
SAGINAW, MI  48601-9494                               APRIL 25, 2001

VENDOR 541928   DUNS 007034445

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

UNIVERSAL TOOL & EDM
3860 E WASHINGTON
SAGINAW MI            48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
USE TAX CODES
PERMIT NO 3800440 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  7/25/00 | | |
| | | AND EXPIRES 12/31/01. | | |
| | | | | |
| | | ****  THE FOLLOWING HAS BEEN ADDED: **** | | |
| | | | | |
| PC | 26086202 | LOCK HOUSING ASM | .000001 | |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 008 DATED  9/25/00 | | |
| | | PER CHART        REV. 008 DTD  9/25/00 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP       100    MIN LOT SIZE | | |
| | | | | |
| | | ADD 26086202 | | |
| | | EFF 3-22-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

L. DUENSING
 BUYER
PHONE: (517) 757-7132
FAX (517) 757-7079

PAGE

# EXHIBIT G

LEGAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |
|---|---|
| | ALTERATION 97191 |

ORDER ISSUE DATE: 08/10/00
JANUARY 15, 2003

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| EA | 26089797 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.  **** THE FOLLOWING HAS BEEN ADDED: **** ACTUATOR ASM, TILT PURCHASED COMPLETE TO BLUEPRINT REV. 03A DATED  8/21/02 PER CHART         REV. 03A DTD  8/21/02 ACTIVE  ACT 2400  75109            TAX 4B  ADD 26089797 | .00001 | EA |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

PU182C-1

# DELPHI

| | |
|---|---|
| | PURCHASE ORDER   SAG90I4332 |
| | ALTERATION 97422 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
JANUARY 23, 2003

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI               48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26016960 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.  **** THE FOLLOWING HAS BEEN ADDED: ****  HOUSING, PUMP TO BLUEPRINT REV. 11E DATED 11/21/01 PER CHART      REV. 11E DTD 11/21/01 ACTIVE  ACT 2400  75000            TAX 4B  ADD 26016960 | 2.11 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

LEGAL COPY

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

**PURCHASE ORDER**

SAG90I4332
ALTERATION 94829

ORDER ISSUE DATE: 08/10/00
OCTOBER 31, 2002

VENDOR 344874    DUNS 144230695

**INVOICE TO**

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00<br>AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/02 | ********* | |
| PC | 26063821 | ACTUATOR ASM, JACKSCREW TELE<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 20A DATED  7/24/02<br>PER CHART 26094025 REV. 20A DTD  7/24/02<br>ACTIVE | .83 | PC |
| | | ACT 2400  75109            TAX 4B<br>WEEKLY CAP    999999    MIN LOT SIZE | | |
| | | REF: 26063821<br>PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

PU182C-1

PAGE        1

**DELPHI**

LEGAL COPY

PURCHASE ORDER    SAG90I4332
ALTERATION 76993

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

✓

ORDER ISSUE DATE: 08/10/00
OCTOBER 24, 2001

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26086202 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>LOCK HOUSING ASM<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV.  008 DATED  9/25/00<br>PER CHART      REV.  008 DTD  9/25/00<br>ACTIVE<br><br>ACT 2400  75000            TAX 4B<br>WEEKLY CAP      100    MIN LOT SIZE<br><br>ADD 26086202 | .000001 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE: (989) 757-7126
FAX (989) 757-7079

PAGE

PU182C-1

DELPHI                    LEGAL COPY

| | | PURCHASE ORDER | | SAG90I4332 |
|---|---|---|---|---|

ALTERATION 76992

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
OCTOBER 24, 2001

INVOICE TO

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26088811 | THIS ORDER IS EFFECTIVE  8/09/00<br>AND EXPIRES 12/31/03.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED 12/15/99<br>PER CHART      REV. 001 DTD 12/15/99<br>ACTIVE<br><br>ACT 2400  75109              TAX 4B<br>WEEKLY CAP     42500   MIN LOT SIZE<br><br>ADD 26088811 | .084 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE:  (989) 757-7126
FAX (989) 757-7079

PU182C-1

PAGE

**DELPHI**

LEGAL COPY

| PURCHASE ORDER | SAG90I4332 |
|---|---|

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 76991

ORDER ISSUE DATE: 08/10/00
OCTOBER 24, 2001

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES
4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26093781 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | .000001 | PC |

THIS ORDER IS EFFECTIVE  8/09/00
AND EXPIRES 12/31/03.

**** THE FOLLOWING HAS BEEN ADDED: ****

LOCK HSG ASM
PURCHASE COMPLETE
TO BLUEPRINT REV. 002 DATED  8/23/00
PER CHART        REV. 002 DTD  8/23/00
ACTIVE

ACT 2400  75109              TAX 4B
WEEKLY CAP        100    MIN LOT SIZE

REF: 26093781
PRICE CHANGE

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (989) 757-7126
FAX (989) 757-7079

PU182C-1

PAGE

DELPHI

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |
|---|---|
| | ALTERATION 91799 |

ORDER ISSUE DATE: 08/10/00
AUGUST  8, 2002

INVOICE TO

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26088183 | LOCK HOUSING ASM - PASSLOCK II PURCHASE COMPLETE TO BLUEPRINT REV. 01B DATED  4/26/02 PER CHART        REV. 01B DTD  4/26/02 ACTIVE | .00001 | PC |
| | | ACT 2400  75109              TAX 4B | | |
| | | ADD 26088183 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE:  (989) 757-6009

PAGE

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4332 |
| | | ALTERATION 91693 |

ORDER ISSUE DATE: 08/10/00
AUGUST  6, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT. MEAS. |
|---|---|---|---|---|
| PC | 26080058 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.   THE FOLLOWING HAS BEEN CHANGED TO READ:   SHIELD ASM, LOWER PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  4/23/99 PER CHART         REV. 002 DTD  4/23/99 ACTIVE   ACT 2400  75109            TAX 4B WEEKLY CAP    999999   MIN LOT SIZE   REF: 26080058 CHANGE VERS/OPER | .55 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-0009

PAGE

PURCHASING LOCATION

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | PURCHASE ORDER     SAG90I4332 |
| DELPHI AUTOMOTIVE SYSTEMS | ALTERATION 74829 |
| 3900 E HOLLAND RD. | |
| SAGINAW, MI  48601-9494 | ORDER ISSUE DATE: 08/10/00 |
| | SEPTEMBER  4, 2001 |

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:     ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | S/ |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 <br> AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/09/00 | ********* | |
| PC | 26045841 | HOUSING, HYD PUMP <br> TO BLUEPRINT REV. 11P DATED  4/05/00 <br> PER CHART       REV. 11P DTD  4/05/00 <br> ACTIVE | .89 | P |
| | | ACT 2400  75109            TAX 4B <br> WEEKLY CAP       8640   MIN LOT SIZE | | |
| | | PRICE WAS INADVERTENTLY <br> CHANGED-PUTTING BACK PRICE <br> PER B.WASHINGTON | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

B. WASHINGTON
BUYER                    9/6/01
PHONE:  (517) 757-3183
FAX (989) 757-5983
PAGE

DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |

ALTERATION 6593

ORDER ISSUE DATE: 08/10/00
JANUARY 30, 2001

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODE IAR S |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26078020 | BEARING, ROLLER TO BLUEPRINT REV. 001 DATED  6/09/98 PER CHART     REV. 001 DTD  6/09/98 ACTIVE | .000001 P | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP      100   MIN LOT SIZE | | |
| | | ADD 26078020 EFF 1-23-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

D. KOWALESKI
BUYER

PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

PURCHASE ORDER   SAG90I4332
ALTERATION 80587

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
JANUARY 2, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:      ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |

F.O.B.                                                           VIA

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | *********  26093782 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. <br><br> THE FOLLOWING HAS BEEN CHANGED TO READ: <br><br> THE FOLLOWING PRICE EFFECTIVE  1/01/02 <br><br> MODULE ASM, LOCK <br> PURCHASED COMPLETE <br> TO BLUEPRINT REV. 002 DATED  8/23/00 <br> PER CHART          REV. 002 DTD  8/23/00 <br> ACTIVE <br><br> ACT 2400  75109              TAX 4B <br> WEEKLY CAP     999999   MIN LOT SIZE <br><br> PER C/R 76363  S/R 8897 <br><br> REF: 26093782 <br> PRICE CHANGE | ********* <br><br><br><br><br> .154 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE:  (989) 757-7126
FAX (989) 757-7079

PAGE

PU182C-1

**DELPHI** 269   ~~Pg 166 of 269~~   LEGAL COPY

Automotive Systems

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4332 |
|---|---|---|
| | | ALTERATION 86255 |

ORDER ISSUE DATE: 08/10/00
MARCH 21, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26068133 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.  ****   THE FOLLOWING HAS BEEN ADDED: ****  TOE PLATE TO BLUEPRINT REV. 018 DATED  1/16/97 ACTIVE  ACT 2400  75000        TAX 4B  TRANSFER FROM BUYER CODE 34 TO 44  ADD 26068133 | 4.95 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE:  (989) 757-6009

PAGE

DELPHI
Automotive Systems

LEGAL COPY

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4332 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 86253

ORDER ISSUE DATE: 08/10/00
MARCH 21, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26068538 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. **** THE FOLLOWING HAS BEEN ADDED: **** SPACER ASM TO BLUEPRINT REV. 013 DATED 12/10/97 PER CHART     REV. 013 DTD 12/10/97 ACTIVE ACT 2400  75000        TAX 4B TRANSFER FROM BUYER CODE 34 TO 44 ADD 26068538 | 2.505 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I433 |
| | | ALTERATION 8490 |

ORDER ISSUE DATE: 08/10/00
FEBRUARY 27, 2002

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI              48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD |
|---|---|---|---|---|

| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| PC | ********* <br> 26093782 | THIS ORDER IS EFFECTIVE  8/09/00 <br> AND EXPIRES 12/31/03. <br><br> THE FOLLOWING HAS BEEN CHANGED TO READ: <br><br> THE FOLLOWING PRICE EFFECTIVE  2/27/02 <br><br> MODULE ASM, LOCK <br> PURCHASED COMPLETE <br> TO BLUEPRINT REV. 002 DATED  8/23/00 <br> PER CHART      REV. 002 DTD  8/23/00 <br> ACTIVE <br><br> ACT 2400  75109              TAX 4B <br> WEEKLY CAP      999999   MIN LOT SIZE <br><br> PRICE REDUCTION FROM $0.154 <br><br> REF: 26093782 <br> PRICE CHG | ********* <br> .075 P | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

PAGE

PU182C-1

**DELPHI**

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I4332 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 89824

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ******** | | |
| PC | 26016962 | HOUSING ASM, BALL & PURCHASED COMPLETE TO BLUEPRINT REV. 11A DATED 10/10/01 PER CHART        REV. 11A DTD 10/10/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP     999999    MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ******** | | |
| PC | 26016963 | HOUSING, HYD PUMP TO BLUEPRINT REV. 07A DATED 10/10/01 PER CHART        REV. 07A DTD 10/10/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP     999999    MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ******** | | |
| | 26022874 | HOUSING, HYD PUMP | 2.11 | P |

CONTINUED ON PAGE    2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

PAGE

DELPHI

LEGAL COPY

ING LOCATION

HI SAGINAW STEERING SYSTEMS
PHI CORPORATION
900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | | SAG90I4332 |
|---|---|---|---|
| | | | ALTERATION 89824 |

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

VENDOR 344874   DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI          48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |

| F.O.B. | | | VIA | |
|---|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | TO BLUEPRINT REV. 11A DATED 10/10/01 | | |
| | | PER CHART          REV. 11A DTD 10/10/01 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP    999999   MIN LOT SIZE | | |
| | | | | |
| | | PRICE CHANGES | | |

**THIS IS NOT AN ORDER BUT CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.**

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

**DELPHI** Automotive Systems

LEGAL COPY

| PURCHASE ORDER | SAG90I4332 |
|---|---|

ALTERATION 89825

BILLING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI            48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ********* | | |
| PC | 26055479 | HOUSING, HYD PUMP TO BLUEPRINT REV. 10A DATED 10/09/01 PER CHART        REV. 10A DTD 10/09/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP    999999    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ********* | | |
| PC | 26055502 | HOUSING ASM, BALL TO BLUEPRINT REV. 09A DATED 10/09/01 PER CHART        REV. 09A DTD 10/09/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP    999999    MIN LOT SIZE | | |
| | | PRICE CHANGES | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
  BUYER

PHONE: (989) 757-6009

ING LOCATION

PHI SAGINAW STEERING SYSTEMS
PHI CORPORATION
900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | | PURCHASE ORDER | SAG90I4332 |
| --- | --- | --- | --- |
| | | | ALTERATION 89826 |

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODI IAR |
| --- | --- | --- | --- | --- | --- |
| | | | | | S/ |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
| --- | --- | --- | --- | --- |
| | | THIS ORDER IS EFFECTIVE  8/09/00 | | |
| | | AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/01 ********* | | |
| PC | 26038672 | HOUSING, HYD. PUMP | 2.11 | P |
| | | TO BLUEPRINT REV. 018 DATED 10/16/96 | | |
| | | ACTIVE | | |
| | | ACT 2400  75109          TAX 4B | | |
| | | WEEKLY CAP      8640   MIN LOT SIZE | | |
| | | REF: 26038672 | | |
| | | PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE:  (989) 757-6009

PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER    SAG90I4332
ALTERATION 90042

ORDER ISSUE DATE: 08/10/00
JUNE 17, 2002

INVOICE TO

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00<br>AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  4/01/02 | ********* | |
| PC | 26055502 | HOUSING ASM, BALL<br>TO BLUEPRINT REV. 09A DATED 10/09/01<br>PER CHART        REV. 09A DTD 10/09/01<br>ACTIVE | 2.11 | PC |
| | | ACT 2400  75000              TAX 4B<br>WEEKLY CAP     999999   MIN LOT SIZE | | |
| | | ADJUST PRICE ON EFFECTIVE DATES<br>PREVIOUSLY ESTABLISHED FOR THIS PART#. | | |
| | | REF: 26055502<br>PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE:  (989) 757-6009

PAGE

PU182C-1

LEGAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |
| --- | --- |
| | ALTERATION 97191 |

ORDER ISSUE DATE: 08/10/00
JANUARY 15, 2003

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| | | | | | SA |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| EA | 26089797 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. **** THE FOLLOWING HAS BEEN ADDED: **** ACTUATOR ASM, TILT PURCHASED COMPLETE TO BLUEPRINT REV. 03A DATED  8/21/02 PER CHART      REV. 03A DTD  8/21/02 ACTIVE ACT 2400  75109            TAX 4B ADD 26089797 | .00001 | EA |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

PU182C-1

LEGAL COPY
P. 175 of 269

# DELPHI

| | PURCHASE ORDER | SAG90I4332 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 97422

ORDER ISSUE DATE: 08/10/00
JANUARY 23, 2003

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI            48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |

| F.O.B. | | VIA | |
|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26016960 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.<br><br>**** THE FOLLOWING HAS BEEN ADDED: ****<br><br>HOUSING, PUMP<br>TO BLUEPRINT REV. 11E DATED 11/21/01<br>PER CHART        REV. 11E DTD 11/21/01<br>ACTIVE<br><br>ACT 2400  75000           TAX 4B<br><br>ADD 26016960 | 2.11 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

LEGAL COPY

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

**PURCHASE ORDER**       SAG90I4332
                        ALTERATION 94829

ORDER ISSUE DATE: 08/10/00
OCTOBER 31, 2002

**INVOICE TO**

VENDOR 344874    DUNS 144230695

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

H E SERVICES CO
225 E MORLEY
SAGINAW MI                 48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | ********* 26063821 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.  THE FOLLOWING HAS BEEN CHANGED TO READ:  THE FOLLOWING PRICE EFFECTIVE 10/01/02  ACTUATOR ASM, JACKSCREW TELE PURCHASED COMPLETE TO BLUEPRINT REV. 20A DATED  7/24/02 PER CHART 26094025 REV. 20A DTD  7/24/02 ACTIVE  ACT 2400  75109              TAX 4B WEEKLY CAP    999999    MIN LOT SIZE  REF: 26063821 PRICE CHANGE | ********* .83 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

PU182C-1

PAGE       1

LEGAL COPY

**DELPHI**

PURCHASING LOCATION

PURCHASE ORDER

SAG90I4332
ALTERATION 76993

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
OCTOBER 24, 2001

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26086202 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.  **** THE FOLLOWING HAS BEEN ADDED: ****  LOCK HOUSING ASM PURCHASE COMPLETE TO BLUEPRINT REV. 008 DATED  9/25/00 PER CHART      REV. 008 DTD  9/25/00 ACTIVE  ACT 2400  75000          TAX 4B WEEKLY CAP      100    MIN LOT SIZE  ADD 26086202 | .000001 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (989) 757-7126
FAX (989) 757-7079

PAGE

PU182C-1

DELPHI   LEGAL COPY

PURCHASING LOCATION

| PURCHASE ORDER |

SAG90I433
ALTERATION 7699

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
OCTOBER 24, 2001

VENDOR 344874   DUNS 144230695

| INVOICE TO |

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

| SHIP TO |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | 26088811 | THIS ORDER IS EFFECTIVE  8/09/00<br>AND EXPIRES 12/31/03.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 001 DATED 12/15/99<br>PER CHART        REV. 001 DTD 12/15/99<br>ACTIVE<br><br>ACT 2400  75109            TAX 4B<br>WEEKLY CAP      42500    MIN LOT SIZE<br><br>ADD 26088811 | .084 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE: (989) 757-7126
FAX (989) 757-7079

PU182C-1

PAGE

# DELPHI

**LEGAL COPY**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

SAG90I4332
ALTERATION 76991

**PURCHASE ORDER**

ORDER ISSUE DATE: 08/10/00
OCTOBER 24, 2001

VENDOR 344874   DUNS 144230695

**INVOICE TO**

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                     48601

**SHIP TO**

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | SA |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26093781 | LOCK HSG ASM PURCHASE COMPLETE TO BLUEPRINT REV. 002 DATED  8/23/00 PER CHART      REV. 002 DTD  8/23/00 ACTIVE | .000001 | PC |
| | | ACT 2400  75109          TAX 4B WEEKLY CAP      100    MIN LOT SIZE | | |
| | | REF: 26093781 PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD, J.
BUYER
PHONE:  (989) 757-7126
FAX  (989) 757-7079

PU182C-1

PAGE

DELPHI

LEGAL COPY

| PURCHASE ORDER | SAG90I4332 |
|---|---|
| | ALTERATION 91799 |

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
AUGUST  8, 2002

VENDOR 344874    DUNS 144230695

**INVOICE TO**

ATTN:    ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

**SHIP TO**

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

**STATE & LOCAL SALES, USE TAX CODES** 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26088183 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.<br><br>****   THE FOLLOWING HAS BEEN ADDED: ****<br><br>LOCK HOUSING ASM - PASSLOCK II PURCHASE COMPLETE TO BLUEPRINT REV. 01B DATED  4/26/02 PER CHART         REV. 01B DTD  4/26/02 ACTIVE<br><br>ACT 2400  75109            TAX 4B<br><br>ADD 26088183 | .00001 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-6009

PAGE

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

**PURCHASE ORDER**   SAG90I4332
ALTERATION 91693

ORDER ISSUE DATE: 08/10/00
AUGUST  6, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                 48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |

F.O.B.                                                                VIA

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26080058 | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03.  THE FOLLOWING HAS BEEN CHANGED TO READ:  SHIELD ASM, LOWER PURCHASED COMPLETE TO BLUEPRINT REV. 002 DATED  4/23/99 PER CHART          REV. 002 DTD  4/23/99 ACTIVE  ACT 2400  75109              TAX 4B WEEKLY CAP    999999   MIN LOT SIZE  REF: 26080058 CHANGE VERS/OPER | .55 | PC |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE: (989) 757-0009

PAGE

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I4332 |
|---|---|---|
| | | ALTERATION 74829 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
SEPTEMBER  4, 2001

INVOICE TO

VENDOR 344874   DUNS 144230695

ATTN:     ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI              48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR |
|---|---|---|---|---|
| F.O.B. | | | VIA | S/ |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  8/09/00 | ********* | |
| PC | 26045841 | HOUSING, HYD PUMP TO BLUEPRINT REV. 11P DATED  4/05/00 PER CHART        REV. 11P DTD  4/05/00 ACTIVE | .89 | PC |
| | | ACT 2400  75109            TAX 4B WEEKLY CAP      8640   MIN LOT SIZE | | |
| | | PRICE WAS INADVERTENTLY CHANGED-PUTTING BACK PRICE PER B.WASHINGTON | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

B. WASHINGTON
BUYER
PHONE:  (517) 757-3183
FAX (989) 757-5983
PAGE

LEGAL COPY

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4332 |
| | | ALTERATION 6593 |

ORDER ISSUE DATE: 08/10/00
JANUARY 30, 2001

VENDOR 344874    DUNS 144230695

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI              48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD IAR S |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26078020 | BEARING, ROLLER TO BLUEPRINT REV. 001 DATED  6/09/98 PER CHART       REV. 001 DTD  6/09/98 ACTIVE | .000001 P | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP        100   MIN LOT SIZE | | |
| | | ADD 26078020 EFF 1-23-01 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

D. KOWALESKI
BUYER
PHONE: (517) 757-3183
FAX (517) 757-5983

PAGE

LEGAL COPY

PURCHASING LOCATION

| | |
|---|---|
| | PURCHASE ORDER |

SAG90I4332
ALTERATION 80587

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/10/00
JANUARY 2, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:      ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |

F.O.B.                                                                      VIA

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00<br>AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/02 | ********* | |
| PC | 26093782 | MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART        REV. 002 DTD  8/23/00<br>ACTIVE<br><br>ACT 2400  75109            TAX 4B<br>WEEKLY CAP    999999   MIN LOT SIZE<br><br>PER C/R 76363  S/R 8897<br><br>REF: 26093782<br>PRICE CHANGE | .154 PC | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

WOOD,J.
BUYER
PHONE:  (989) 757-7126
FAX (989) 757-7079

PAGE

PU182C-1

LEGAL COPY

**DELPHI** 185 of 269
Automotive Systems

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4332 |
|---|---|---|
| | | ALTERATION 86255 |

ORDER ISSUE DATE: 08/10/00
MARCH 21, 2002

VENDOR 344874   DUNS 144230695

**INVOICE TO**

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**SHIP TO**

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | **** THE FOLLOWING HAS BEEN ADDED: **** | | |
| PC | 26068133 | TOE PLATE TO BLUEPRINT REV. 018 DATED  1/16/97 ACTIVE | 4.95 | PC |
| | | ACT 2400  75000            TAX 4B | | |
| | | TRANSFER FROM BUYER CODE 34 TO 44 | | |
| | | ADD 26068133 | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

**DELPHI**
Automotive Systems

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |
|---|---|
| | ALTERATION 86253 |

ORDER ISSUE DATE: 08/10/00
MARCH 21, 2002   *GW*

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | 26068538 | THIS ORDER IS EFFECTIVE  8/09/00 <br> AND EXPIRES 12/31/03. <br><br> ****   THE FOLLOWING HAS BEEN ADDED: **** <br><br> SPACER ASM <br> TO BLUEPRINT REV. 013 DATED 12/10/97 <br> PER CHART        REV. 013 DTD 12/10/97 <br> ACTIVE <br><br> ACT 2400   75000              TAX 4B <br><br> TRANSFER FROM BUYER CODE 34 TO 44 <br><br> ADD 26068538 | 2.505 PC | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER                    SAG90I4333

ALTERATION 84901

ORDER ISSUE DATE: 08/10/00
FEBRUARY 27, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD |
|---|---|---|---|---|
| | | | | SA |

| F.O.B. | | | VIA | |
|---|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| PC | ********<br>26093782 | THIS ORDER IS EFFECTIVE  8/09/00<br>AND EXPIRES 12/31/03.<br><br>THE FOLLOWING HAS BEEN CHANGED TO READ:<br><br>THE FOLLOWING PRICE EFFECTIVE  2/27/02<br><br>MODULE ASM, LOCK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 002 DATED  8/23/00<br>PER CHART      REV. 002 DTD  8/23/00<br>ACTIVE<br><br>ACT 2400  75109            TAX 4B<br>WEEKLY CAP    999999   MIN LOT SIZE<br><br>PRICE REDUCTION FROM $0.154<br><br>REF: 26093782<br>PRICE CHG | ********<br>.075 P |  |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE:  (989) 757-6009

PAGE

PU182C-1

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |
|---|---|
| | ALTERATION 89824 |

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 | | |
| | | AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE   1/01/02 ******** | | |
| PC | 26016962 | HOUSING ASM, BALL & PURCHASED COMPLETE TO BLUEPRINT REV. 11A DATED 10/10/01 PER CHART     REV. 11A DTD 10/10/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP    999999    MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE   1/01/02 ******** | | |
| PC | 26016963 | HOUSING, HYD PUMP TO BLUEPRINT REV. 07A DATED 10/10/01 PER CHART     REV. 07A DTD 10/10/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP    999999    MIN LOT SIZE | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE   1/01/02 ******** | | |
| | 26022874 | HOUSING, HYD PUMP | 2.11 | P |

CONTINUED ON PAGE    2

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI
BUYER
PHONE:  (989)-757-6009

PAGE

DELPHI

LEGAL COPY

NG LOCATION

HI SAGINAW STEERING SYSTEMS
PHI CORPORATION
900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | |
|---|---|
| | **PURCHASE ORDER**  SAG90I4332 |
| | ALTERATION 89824 |

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

**INVOICE TO**

VENDOR 344874   DUNS 144230695

ATTN:   ACCOUNTS PAYABLE

**SHIP TO**

H E SERVICES CO
225 E MORLEY
SAGINAW MI             48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | SA |
| **F.O.B.** | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| PC | | TO BLUEPRINT REV. 11A DATED 10/10/01 | | |
| | | PER CHART          REV. 11A DTD 10/10/01 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP    999999   MIN LOT SIZE | | |
| | | | | |
| | | PRICE CHANGES | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

**DELPHI** Automotive Systems

LEGAL COPY

**ING LOCATION**

HI SAGINAW STEERING SYSTEMS
PHI CORPORATION
900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I4332 |

ALTERATION 89825

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

VENDOR 344874   DUNS 144230695

| INVOICE TO |
| ATTN:   ACCOUNTS PAYABLE |

H E SERVICES CO
225 E MORLEY
SAGINAW MI              48601

| SHIP TO |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ********* | | |
| PC | 26055479 | HOUSING, HYD PUMP TO BLUEPRINT REV. 10A DATED 10/09/01 PER CHART        REV. 10A DTD 10/09/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP    999999    MIN LOT SIZE | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/02 ********* | | |
| PC | 26055502 | HOUSING ASM, BALL TO BLUEPRINT REV. 09A DATED 10/09/01 PER CHART        REV. 09A DTD 10/09/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP    999999    MIN LOT SIZE | | |
| | | PRICE CHANGES | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER

PHONE:  (989) 757-6009

BILLING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG90I4332 |
|---|---|---|
| | | ALTERATION 89826 |

ORDER ISSUE DATE: 08/10/00
JUNE 11, 2002

VENDOR 344874   DUNS 144230695

INVOICE TO

ATTN:     ACCOUNTS PAYABLE

SHIP TO

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD... IAR... SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 <br> AND EXPIRES 12/31/03. <br><br> THE FOLLOWING HAS BEEN CHANGED TO READ: <br><br> THE FOLLOWING PRICE EFFECTIVE 10/01/01 | | |
| | ******** | | ******** | |
| PC | 26038672 | HOUSING, HYD. PUMP <br> TO BLUEPRINT REV. 018 DATED 10/16/96 <br> ACTIVE <br><br> ACT 2400  75109         TAX 4B <br> WEEKLY CAP      8640   MIN LOT SIZE <br><br> REF: 26038672 <br> PRICE CHANGE | 2.11 | P |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER

PHONE: (989) 757-6009

PAGE

LEGAL COPY

PURCHASING LOCATION

PURCHASE ORDER                  SAG90I4332
                                ALTERATION 90042

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.                    ORDER ISSUE DATE: 08/10/00
SAGINAW, MI  48601-9494                      JUNE 17, 2002

                                        INVOICE TO

    VENDOR 344874    DUNS 144230695

                                    ATTN:    ACCOUNTS PAYABLE
                                        SHIP TO
H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR SA |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS ORDER IS EFFECTIVE  8/09/00 AND EXPIRES 12/31/03. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  4/01/02 | ******** | |
| PC | 26055502 | HOUSING ASM, BALL TO BLUEPRINT REV. 09A DATED 10/09/01 PER CHART      REV. 09A DTD 10/09/01 ACTIVE | 2.11 | PC |
| | | ACT 2400  75000              TAX 4B WEEKLY CAP   999999   MIN LOT SIZE | | |
| | | ADJUST PRICE ON EFFECTIVE DATES PREVIOUSLY ESTABLISHED FOR THIS PART#. | | |
| | | REF: 26055502 PRICE CHANGE | | |

THIS IS NOT AN ORDER BUT CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE

PII182C-1

# EXHIBIT H

# Buyer: Jodi Wood (36)
# GS #11072

## P/N Various Linear Shift Assemblies

### PROGRAM INFORMATION

Model Year/Car Body: 2002 GMT 800 & various other applications
Cost Book: Current Prices    $0 (Tooling)
APV/TPV: $4,824,724
PPAP: NA
SOP: 01JA02

### PRODUCT BACKGROUND

Negotiations with current supplier did not result in initial savings, last right of refusal was given and supplier answered the targets.

Business Team requires that the source be local.

Selected supplier would eventually purchase all components currently consigned and Delphi will purchase final assembly only.

### STRATEGY

Keep business local and provide same quality and technical expertise.

Link and Leverage future business with Euclid for additional savings

### RECOMMENDATION

Supplier: Euclid Industries @ 27.1 – 3 – 3 - 3

Current/primary supplier of Linear Shift assemblies to Delphi



# RECOMMENDATION SUMMARY

**Reporting Date:** 13-Mar-2002 12:26:44

**Buyer Name:** WOOD, JODI

**Activity/RFQ Project ID:** 11072

**Activity Type:** GLOBAL SOURCING

**Total NPV:** 10,117,453

**Currency:** USD

| Year | Comparison APV (first 12 months only) | Recommended APV (first 12 months only) | Quality / Reliability (parts only) | Tooling cost (+/-) (parts only) | Savings + (parts only) |
|---|---|---|---|---|---|
| 2002 | REDACTED | REDACTED | REDACTED | REDACTED | |
| 2003 | | | REDACTED | | |
| 2004 | | | REDACTED | | |
| 2005 | | | REDACTED | | |
| Totals | REDACTED | REDACTED | REDACTED | | |

| Recommended Supplier Name / DUNS Number | | Action | Supplier ID | Reg / Cert | Part Numbers |
|---|---|---|---|---|---|
| EUCLID INDUSTRIES INC 151506467 | 21 | N/A | QS 9000 07-Jan-2003 | 12 | 26051958MA999, 26057528MA999, 26063900MA020, 26064241MA999, 26075696MA999, 26077203MA999, 26078761MA999, 26088971MA999, 26089928MA999, |

Recommended Concurrence / NO

DSSS

**Buyer** _____

**Divisional Supplier Quality** _____

**Divisional Purchasing Director** _____ - 3/25/02

**Divisional/Production Control** _____

**Divisional Engineer** _____

**Regional Purchasing Director** _____

**DGP Commodity Director**
Pat Murtagh

**Commodity Team Leader/Manager**
Christine Gartenne

→ CONDITIONAL
UPON TIMING PLAN
TO HAVE EUCLID OBTAIN COMPONENTS THEMSELVES

—— DELPHI CONFIDENTIAL ——

# SOURCE COMPARISON DETAIL

**Buyer Name:** WOOD, JODI

**Reporting Date:** 13-Mar-2002 12:23:14

**Activity/RFQ Project ID:** 11072

All prices are expressed in the Receiving Country Currency

| SUPPLIER NAME / DUNS Number | Sell Currency | Source Sel... | Source Currency | Receiving Unit Price | Source Unit Price | Adjusted Net Present Value | NPV | Period 1 Savings |
|---|---|---|---|---|---|---|---|---|
| SKILLED MANUFACTURING INC 122000912 / Round 3 | US | | | | 0.0.0.0 | | | |
| HE SERVICES CO 081546288 / Round 4 | US USD | | REDACTED | REDACTED | REDACTED | | REDACTED | |
| EUCLID INDUSTRIES INC 051506467 / Round 4 | US USD | | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED |
| MEANS INDUSTRIES INC 057693145 / Round 4 | US USD | | REDACTED | REDACTED | REDACTED | | REDACTED | REDACTED |

DELPHI CONFIDENTIAL

# SOURCE COMPARISON DETAIL

**Buyer Name:**  WOOD, JODI

**Activity/RFQ Project ID:**  11072

All prices are expressed in the Receiving Country Currency

**Reporting Date:**    13-Mar-2002 12:23:14

## PART:

| PartNumber / Description | | | | | | | | | | | Estimated SOP Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 260519S8MA999 SHIFT ASM, LINEAR | | | | | | | | | | | Container /Package/Type - Comments |

REDACTED

## CURRENT SUPPLIERS/COSTBOOK:

| Supplier Name / DUNS Number / last Round Quoting suppliers only) | | | | | | | | | | NPV | Period 1 Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EUCLID INDUSTRIES INC 051506467 | | | | | | | | | | | |

REDACTED

## QUOTING SUPPLIERS:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANDROID INDUSTRIES-WHITMORE LK 195777627 / Round 1 | US | | | | 0,0,0 | | | | | | |
| MADISON-KIPP CORP 006071716 / Round 2 | US | | | | 0,0,0 | | | | | | |
| PRINCE MANUFACTURING CORP OXFORD 879345916 / Round 1 | US | | | | 0,0,0 | | | | | | |
| REA INTERNATIONAL INC 256854258 / Round 1 | CA | | | | 0,0,0 | | | | | | |

——— DELPHI CONFIDENTIAL ———

# EXHIBIT I

# GLOBAL SOURCING AND ADVANCED PURCHASING
## ROUNDS OF NEGOTIATION

REQUEST NUMBER: _____

BUYER NAME: DALE E. KOWALESKI

PART NUMBER: 26100244

PART NAME: Shift Bracket Assembly

DECISION DATE: _____

| SUPPLIER | 1ST ROUND PRICE/TOOLS | 2ND ROUND PRICE/TOOLS | 3RD ROUND PRICE/TOOLS | 4TH ROUND PRICE/TOOLS | 5TH ROUND PRICE/TOOLS | 6TH ROUND PRICE/TOOLS |
|---|---|---|---|---|---|---|
| H. E. SERVICES | | | | | | |
| | REDACTED | | | | | |
| MANCELONA MFG | | | | | | |
| | | REDACTED | | | | |
| TIERCON INDUSTRIES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CURRENT PRICE: _____

FINAL TARGET PRICE: _____

9/4/2002

S:\PURCHGS\COFORMS\26100244

REV: 10/19/00

# RECOMMENDATION SUMMARY

Reporting Date:    04-Oct-2002  14:50:37

**Buyer Name:** KOWALESKI, DALE
**Activity/RFQ Project ID:** 59725
**Activity Type:** ADVANCE PURCHASING
**Total Cost (NPV):** 90,416
**Currency:** USD

| Year | Comparison APV | Recommended APV | Calendar Year Savings (Parts only) | Tooling Cost < or = Costbook | Savings % (Parts only) |
|---|---|---|---|---|---|
| 2002 | | | | | |
| 2003 | REDACTED | REDACTED | REDACTED | REDACTED | |
| 2004 | | | | | |
| 2005 | | | | | |
| 2006 | | | | | |
| Totals | | | | | |

| Recommended Supplier Name/ DUNS Number | PPM | Top Problem Supplier | QS9000 Status/ Date | # Parts Recomm-ended | Part Numbers |
|---|---|---|---|---|---|
| MANCELONA MANUFACTURING INC 937511681 | 122 | NO | QS9000 13-Nov-2003 | 1 | 26100244 |

| Recommended Contract Types | Regions | Divisions |
|---|---|---|
| Long Term | N | DSSS |

**Buyer** _(signature)_

**Divisional Supplier Quality** _(signature)_

**Divisional Purchasing Director** _(signature)_ Joel C. Bryant

**Divisional Production Control** _(signature)_ 11/7/02

**Regional Purchasing Director** _(signature)_

**Divisional Engineer** _(signature)_ 230002

**DGP Commodity Director**

**Commodity Team Leader/Manager**

-------- DELPHI CONFIDENTIAL --------

Page 1 of 1

# EXHIBIT J

# GLOBAL SOURCING AND ADVANCED PURCHASING
## ROUNDS OF NEGOTIATION

REQUEST NUMBER: _____

BUYER NAME: _____DALE E. KOWALESKI_____

PART NUMBER: _____26100242_____

PART NAME: _____Tele Motor & Pot Assembly_____

DECISION DATE: _____

| SUPPLIER | 1ST ROUND PRICE/TOOLS | 2ND ROUND PRICE/TOOLS | 3RD ROUND PRICE/TOOLS | 4TH ROUND PRICE/TOOLS | 5TH ROUND PRICE/TOOLS | 6TH ROUND PRICE/TOOLS |
|---|---|---|---|---|---|---|
| H. E. SERVICES | | | | | | |
| | | | | | | |
| MANCELONA MFG | REDACTED | | | | | |
| | | REDACTED | | | | |
| TIERCON INDUSTRIES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CURRENT PRICE: _____

FINAL TARGET PRICE: _____

9/4/2002

REV: 10/19/00

S:\PURCH\GSO\FORMS\26100242

# RECOMMENDATION SUMMARY

Reporting Date:   03-Oct-2002  15:33:24

**Buyer Name:** KOWALESKI, DALE
**Activity/RFQ Project ID:** 59562
**Activity Type:** ADVANCE PURCHASING
**Total Cost (NPV):** 89,431
**Currency:** USD

| Year | Comparison APV | Recommended APV | Calendar Year Savings (Parts only) | Tooling Cost < or = Costbook | Savings % (Parts only) |
|---|---|---|---|---|---|
| 2002 | | | | | |
| 2003 | REDACTED | REDACTED | REDACTED | | REDACTED |
| 2004 | | | | | |
| 2005 | | | | | |
| 2006 | | | | | |
| Totals | | | | | |

| Recommended Supplier Name/ DUNS Number | PPM | Top Problem Supplier | QS9000 Status/ Date | # Parts Recomm-ended | Part Numbers |
|---|---|---|---|---|---|
| MANCELONA MANUFACTURING INC 937511681 | 122 | NO | QS9000 13-Nov-2003 | 1 | 26100242 |

| Recommended Contract Types | Regions | Divisions |
|---|---|---|
| | N | DSSS |

Buyer

Divisional Supplier Quality

Divisional Purchasing Director
Neil C. Bryant

Divisional Production Control
11/7/02

Regional Purchasing Director

Divisional Engineer
2002

DGP Commodity Director

Commodity Team Leader/Manager

------   DELPHI CONFIDENTIAL   ------

Page 1 of 1

EXHIBIT K

# GLOBAL SOURCING AND ADVANCED PURCHASING
## ROUNDS OF NEGOTIATION

REQUEST NUMBER: _____
BUYER NAME: DALE E. KOWALESKI

PART NUMBER: 26100243
PART NAME: Motor Bracket Assembly

DECISION DATE: _____

| SUPPLIER | 1ST ROUND PRICE/TOOLS | 2ND ROUND PRICE/TOOLS | 3RD ROUND PRICE/TOOLS | 4TH ROUND PRICE/TOOLS | 5TH ROUND PRICE/TOOLS | 6TH ROUND PRICE/TOOLS |
|---|---|---|---|---|---|---|
| H. E. SERVICES | | REDACTED | | | | |
| MANCELONA MFG | REDACTED | | | | | |
| TIERCON INDUSTRIES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CURRENT PRICE: _____
FINAL TARGET PRICE: _____

9/4/2002

REV: 10/19/00

S:\PURCH\GSC\FORMS\26100243

# RECOMMENDATION SUMMARY

Reporting Date:   04-Oct-2002 13:06:47

- **Buyer Name:** KOWALESKI, DALE
- **Activity/RFQ Project ID:** 59681
- **Activity Type:** ADVANCE PURCHASING
- **Total Cost (NPV):** 85,515
- **Currency:** USD

| Year | Comparison APV | Recommended APV | Calendar Year Savings (Parts only) | Tooling Cost < or = Costbook | Savings % (Parts only) |
|---|---|---|---|---|---|
| 2002 | | | | | |
| 2003 | | | | | |
| 2004 | REDACTED | REDACTED | | | |
| 2005 | | | REDACTED | | |
| 2006 | | | | | REDACTED |
| Totals | | | | | |

| Recommended Supplier Name/ DUNS Number | PPM | Top Problem Supplier | QS9000 Status/ Date | # Parts Recomm- ended | Part Numbers |
|---|---|---|---|---|---|
| MANCELONA MANUFACTURING INC 937511681 | 122 | NO | QS9000 13-Nov-2003 | 1 | 26100243 |

| Recommended Contract Types | Regions | Divisions |
|---|---|---|
| Long Term | N | DSSS |

_Buyer_ (signature)

_Divisional Supplier Quality_ (signature)

_Divisional Purchasing Director_ (signature)

_Divisional Production Control_ (signature) 11/1/02

_Regional Purchasing Director_ (signature)

_Divisional Engineer_ (signature) 250002

_DGP Commodity Director_

_Commodity Team Leader/Manager_

-------- DELPHI CONFIDENTIAL --------

Page 1 of 1

EXHIBIT L

**HES**

ENGINEERING / TESTING

MANUFACTURING

H E. SERVICES • 5117 S. DORT HWY • FLINT, MI 48507 • (810) 743-4900 • FAX (810) 743-8400

September 4, 2001

Delphi Saginaw Steering Systems
3900 Holland Rd.
Saginaw, MI 48601
Attention: Mr. Duane Bolinger
             Director of Purchasing

Dear Duane,

As of the present date, H.E. Services continues to support Delphi in their technical support requirements to assist in their operational objectives. As a supplier to Delphi for fifteen years and one of the largest minority owned business enterprises in the Delphi supplier base, we are thankful for the many opportunities we have been provided.

As you are well aware, we have gone through tremendous changes to address Delphi's need to improve profitability. H.E. Services has been forced to close operations, sell off equipment, reduce staff and implement an extreme austerity plan that is in its eighth phase totaling annualized cost cutting to exceed $3,360,000.

In addition to the above, ownership has infused an additional amount exceeding $1,000,000 to help ensure near-term continuation of our operations. Even with the above extreme changes, we have shown a loss for fifteen straight months totaling $1,681,901.

Our intent was, and still is, to execute a recovery action plan that provides you, our primary customer, with "Win-Win" opportunities. This plan was presented and initiated with positive verbal conversation with you and your staff, but with little results to date.

The following is a brief status of these "Win-Win" opportunities:

**Side Covers**
We have quoted competitively (we are told) on the 670 Left Hand Side Covers to allow for a 'win-win" opportunity". H.E. Services has machined, to date, an average of about 40% of the quoted volume of 1,400 parts per day and there is a need for approximately 1,800 per day. Awarding the additional quantities to H.E. Services will help us recover our losses we have taken on this program. Delphi wins because H.E. Services is the best supplier of Side Covers with a perfect record on both delivery and quality at a competitive price.

-2-

### Level II Containment and Sorting

We are an outstanding source for sorting and level II containment with superior qualifications to provide your organization with the level of quality assurance that Delphi should demand. We have recently provided Steve Dawe with an outline of our qualifications (copy attached) to compare to any other source and had suggested that the standards for qualification to engage in this business be comparable to ours. H.E. Services, as history suggests, has always reacted in record time to making available the necessary resources required to perform the job, including securing buildings for additional floor-space as required.

### Shift Bowls

We have recently been advised that we will not be awarded a P.O. for the machining of shift bowls.

### Trunnion, Spacer, and Bearing Holder

We have resubmitted a quote on the GMX270 Trunnion, Spacer, and Bearing Holder and have received a technical review package in preparation for a technical review meeting to be held on September 6, 2001.

### Prototype Operations

We have received an RFQ, which will allow us to submit our ideas for improving the effectiveness and efficiency of this important activity. We are looking forward to discussing this proposal with your people.

### Cost Bridging

Finally, the opportunity to allow us to cost bridge per the Delphi mentorship program for minority owned business enterprises would provide a win-win opportunity with respect to maintaining your low cost objectives. Our Ancon Prototype and Machine (Vendor no. 608814059) and Universal Tool and EDM (Vendor no. 00-703-4445) are fully QS9000 certified with the outstanding track record of delivery, quality and the highest technology in machine tool provisions. The 'Bridge Solution' is attached per the MBE mentorship program at Delphi.

It is my hope that all of these mutual beneficial opportunities can be initiated to allow us to maintain our excellent relationship and continued business viability. Please contact me upon your availability to further discuss the contents of this letter.

Sincerely yours,

Robert L. Backie – CEO

Cc: Mr. Ray Campbell

# EXHIBIT M

# -HES ENGINEERING / TESTING
## MANUFACTURING

H.E. SERVICES • 225 E. MORLEY DR. • SAGINAW, MI 48601 • (989) 753-9015 • FAX (989) 753-7703

November 28, 2001

Mr. Steve Dawe, Purchasing Dept.
Delphi Automotive
3900 Holland Rd.
Saginaw, Michigan 48601

Dear Steve,

In the past few months, we have continued to institute cost reduction measures in the form of reduced direct and indirect labor, material cost reductions, and improvements in efficiency. The results of these efforts are starting to pay off and we recorded a profit in the month of October. We have additional improvement measures in the planning stages and we fully expect this cost reduction trend to continue.

During this past year we have increased our customer base and have taken on new business in various sectors of our company. This diversification has strengthened our company and will continue to pay off as we go forward.

Our outlook for the short and long term is positive. However, until the general economy picks up we will not realize the profit levels that we had previously projected. Our employee moral is high and we are all feeling positive that we will continue to maintain our business position in the automotive business community and continue our companies growth pattern of the past 15 years.

The linear shift program is a perfect fit for our Flint facility and will have a very positive impact in spreading the fixed cost thus allowing this facility to make a major contribution to the company's bottom line. We are requesting that you award this business to H.E. Services and allow us to utilize the manufacturing floor space that we had reserved for our manufacturing expansion plans with your company.

I have attached a copy of a letter dated Oct. 24th, which addresses the TechCentral/ H.E. Services relationship. As you can see in the letter, these are two separate companies.

If you have need of additional information please feel free to contact me.

Regards,


Joseph A. Stearns
VP Engineering and Manufacturing


Attachment:

# EXHIBIT N

# DELPHI
## Automotive Systems

## PRODUCTION PROCESS REVIEW

Appendix 39

Supplier: _Universal Tool (HE)_    Part Number(s): _26056263, 26093782_
_26088811, 26075081 - Lock modules_
SQE: _Sybil Chernek_    Date: _March 22, 02_

## ** USE OPEN ISSUES LIST TO DOCUMENT ACTION ITEMS **

## Process Observations

Y ✓ N ___ 1. Is the product being manufactured at the production site using the production tooling, gaging, process, materials, operators, environment, and process settings?
Comments:_____
_____

Y ✓ N ___ 2. Are good housekeeping practices being followed? Is the work place properly configured? (adequate lighting, space, etc.)? Comments: _Lighting not good on factory floor_

## Quality Documents

Y ___ N ✓ 3. Does the actual process flow agree with the process flow diagram? Comments:_____
_____

Y ___ N ✓ 4. Are operator instructions/visual controls available and adhered to at each work station? *Not posted to w/f. Reviewer not P...* Comments: _Operator Instructions were posted and however Parts list / B/P's and Visual aids are needed for operator in order for operators to be assured they are building correct Part No's. II u...*

_WF need- updates_ Reject Mat'l added _Clear Containers Clear Containers Added_ +tagging Added

5. Are work instructions available for the following:
*(For additional detail, see optional 'Work Instruction' section)*
Y ___ N/A _____  • Start/Stop: (Explains how to start up run and shutdown equipment safely)
Y ✓ N _____  • Run: (Standardized method of performing work)
Y ___ N/A _____  • Setup/Changeover: (Requirements for set-up, changeover and start/end of shift)
Y ___ N/A _____  • Control & Gaging: (Control checks for 'important' product and process characteristics)

Comments: _no gaging req'd - no machines, no change over as in o machines. B) Operators did not know how to tell if correct part #'s were being built - mgt to post B/P's & Build sheets + vis... all operators were signed off on Job Instructions a..._

Y _✓_ N _ _  6. Is the production process control plan (or equivalent) easily accessible to operators?
Comments: _but operators don't know where_ _they are_

Y _✓_ N _ _  7. Does production process control plan relate to the process flow diagram and PFMEA? (i.e. Is the process control plan numerically sequenced to the process flow diagram and PFMEA?)
Comments: _Control Plan needs updating_ _On some of the verbage_

Y _✓_ N _ _  8. Does the production process control plan agree with the actual process? (i.e. Is the control plan being followed?) Comments: _in ~~some~~ cases the Control Plan is ~~better than the~~ better defines the Work Content than the ~~Rework Instruction~~_

Y _✓_ N _ _  9. Do production part checks and statistical monitoring take place and properly recorded as outlined on the process control plan? Comments: _There is no SPC requirements in this Process_

Y _ _ N/A  10. Is process capability data maintained and regularly updated as required for KPC's?
Comments: _Not a requirement_
   • Is it readily available? _N/A/NR_
   • How current is it? _N/A/NR_
   • Is the process in control (Ppk ≥ 1.67 Short Term, Cpk ≥ 1.33 Long Term)? _N/A/NR_

Y _ _ N/A  11. Does the statistical data make sense (Reasonable control limits, normal variation, common cause vs. special cause)? Comments: _N/A/NR_

Y _ _ N/A  12. Are measurement devices properly calibrated? Comments: _N/A/NR_

Y _✓_ N _ _  13. Is the process control plan sufficient to effectively meet the design record requirements? (KPC's, customer interface dimensions) Comments: _____

Y _ _ N _ _  14. Are High RPN potential failure modes, as identified in the PFMEA, addressed through error-proofing equipment or documented in the control plan? Comments: _not addressed by error proofing - but addressed thru proven double_

Y _✓_ N _ _  15. Is there proper lot traceability/identification of all material? (in-process and final labeling, packaging, shipping) Comments: _____

Y _✓_ N _ _  16. Can the parts run since the last good check be traced to the producing shift and operation to prevent reoccurrence? Comments: _____

_Needs to Revert to 7 Step_

_CFO → Mark → Joel Called on Spreadsheet to discuss the Problem @ 1:05 P.M._

## Gage Control/Error Proofing

Y ____ N /A    17. Does a calibration control system for manual gages exist?  Comments: _____
_____

Y ____ N /A    18. For automatic inspection stations, does a verification / calibration plan exist?  Comments: __
_____

Y ____ N /A    19. Is there evidence of compliance?  Comments: _____
_____

Y ____ N /A    20. Are gages labeled with calibration status?  Comments: _____
_____

Y ____ N /A    21. Are the required gages available at the point of use?  Comments: _____
_____

Y ____ N /A    22. Are they easy to use repetitively?  Comments: _____
_____

Y ____ N /A    23. Do gages have adequate repeatability and discrimination (Gage R & R)?  Comments: _____
_____

Y ____ N /A    24. Are variable gages used where necessary (i.e. KPC's) for tracking common cause variation?
Are attribute gages used where appropriate (i.e. 100% containment of special cause variation)?
Comments: _____
_____

Y ✓ N ____    25. Is error-proofing employed and implemented according to the PFMEA and process control
plan?  Comments: *Error Proofed fixture's*
_____

Y ✓ N ____    26. Does the machine logic prevent non-conforming parts from reaching subsequent operations (is
it effective)?  Comments: *no Mchines / however error
proofed fixtures are in place*

Y ✓ N ✓    27. Are error proofing devices checked periodically for proper function?  Comments:
*recommendation - fixture lay out should*

Y ____ N ____    28. Are Error Proof verification masters included?  Comments: _____
*be performed @ a frequency of E/6Mo*

Y ____ N ✓    29. Are the error proofing devices re-verified following P.M., etc. and is the frequency of error
proof verification identified in the work instruction?  Comments: *need to be write
P.M. WI nstruction and enstrue*

## Handling of Reject/Suspect Material

Y ✓ N ___  30. Does the process control plan contain a reaction plan for nonconformances?  Comments:___
*See last section of C/P*

Y ✓ N ___  31. Does the reaction plan have containment and corrective actions?  Comments:___
*Corrective actions must be addressed thru 5 phase, PRR's, 7-step corrective action*

Y ✓ N ___  32. When a part out of spec/control limits is identified as a result of the Control Plan, Pre-Control or SPC, is this condition properly managed within the organization (Action Plans, Assigned Responsibility, Progress Monitoring, and Containment)?
*need QSP 127*
   ✱ Comments: *Ref. Procedure # [QSP 127]*

Y ✓ N ___  33. Do problems, including out of spec./control limits, quickly get communicated to people that can help? Comments: *Ref. 5 phase In Book*

Y ___ N/A  34. Does information, including out of spec./out of control conditions, get passed across shifts?
   Comments: *Only runs (1) One Shift*

Y ✓ N ___  35. Does the support system respond to the operator? Comment:___
*Ref 5 phase*

Y ✓ N ___  36. Are controls in place to isolate incoming material until it has been approved?
   Comments:___

Y ✓ N ___  37. Are all non-conforming products (in-process and finished) properly quarantined and/or scrapped? Comments: *Non-Conforming is promptly returned to Supplier - not held over 24 hrs.*
*Record retention Problem*  *Employee couldn't find the remaing records - No Scrap da...*

Y ___ N ___  38. Is the suspect / scrap data recorded? Comments:___
*A JAN 5, 02 WAS Last date Shown on Rejects Rec'd - Ref QF 224*

Y ___ N ✓  39. Is there evidence that the data is used? Comments: *A Purchased or SAG MAde parts returned.*

Y ✓ N ___  40. Is it likely that a suspect / scrap part will be reintroduced into the normal process flow?
   Comments: *No records found to incidicate it couldn't Documentation Retention Problem - Also Lack of records - No organization...*

Y ✓ N ___  41. Are suspect / scrap containers available at each operation? Comments:___
*However parts were still Setting around Bit File Cont...*

Y ___ N ✓  42. Is the use of these containers defined in the operator work instructions? Comments:___
*new work Instructions Written in Jan of 02 defining the containers but the plant never reviewed/signed or Posted these instructions they were still Setting in the Book.*

Y ___ N ✓    43. Are the containers properly sized and identified for visual control (color coded, etc.)?
Comments: _Only (1) one Color Red Container_

Y ___ N ✓    44. Does the supplier proactively revert to their Early Production Containment Plan should
problems arise? Comments:
_No Documented Evedence_

*Docum . Contr... less than desire*
*has many issue's = Jack of Con*

## Work Instructions (Optional Detail)

### 45. Work Instruction - Start/Stop
**(Explains how to start-up, run, and shutdown equipment safely)**
- If Start/Stop procedure is not followed correctly, is there a negative impact on product quality?
- Do they exist?
- Do they have the correct content?
- Does it tell how to do a 'cold' start-up?
- Does it tell how to shut equipment down?

*N/A - No MACHine*

### 46. Work Instruction - Run
**(Standardized method of performing work)**
- Do they exist? *yes but not current*
- Are they posted in front of the operator? *NO - Central Location*
- For automatic stations, are they posted appropriately? *N/A*
- Do they have correct content? *NO*
- Are they short, simple, and easily understandable? *To Short/need up date*

*Ref Quality # 4 & 3*

### 47. Work Instruction - Setup/Changeover
**(Requirements for set-up, changeover, and start/end of shift)**
- Do they exist?
- Are they readily available?
- Does everyone who needs then know where to find them?
- Do they have the correct content?
- Are they short, simple, and easily understandable?
- Is it identified who is authorized to do what?
- Is setup inspection/verification method identified?
- Is proper disposal of set-up parts defined?
- Do instructions insure correct feeder parts are being assembled?

*N/A*

### 48. Work Instruction - Control & Gaging
**(Control checks for 'important' product and process characteristics)**
- Does it exist for both product and process?
- Is it posted in front of the operator?
- For automatic stations, is it posted appropriately?
- Are all required checks included?
- Are frequencies appropriate for process capability levels?
- Are they short, simple, and easily understandable?
- Are responsibilities for checks clearly defined?
- For automatic stations, do they tell operator/jobsetter what to do with part(s) in station when auto sequence is interrupted and how to restart?
- Is proper disposal of suspect/scrap parts defined for attended and unattended stations?

*N/A*

- Are Error Proof verification checks included? *NO*

## Training (Optional)

49. Is a training plan written and training materials available?  Comments: _____
*Training Materials limited to Work Instructions*

50. Are operators, jobsetters, etc. familiar with the training plan?  Comments: ___
*Ask the operators about HE's Training Plan - he said there is pretty Much not One -*

51. Is the training formalized?  Comments: _____
*NO*

52. Does the training have suitable content?  Comments: _____
*NO  Only short Work Instructions + a few Visual Aid.*

53. Does the plan address transfers, absences, etc.?  Comments: *Yes Ref Procedure # QSP-135 - 4.15 & 4.16*

54. Does the plan address the need for additional training due to product / process changes or improvements?  Comments: _____ *NO* _____

55. Does the plan recognize the need for retraining if a trained operator has not run a job in a long time?  Comments: _____
*NO*

---

## Additional Comments/Recommendations

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Overall Subjective Ranking:    ☒ Red    ☐ Yellow    ☐ Green

Follow-Up Date: _____ TBD _____    ☐ None Required

## *PRODUCTION PROCESS REVIEW*

# RESULTS SUMMARY

**SUPPLIER:** *HE Services Sal.*

**DATE OF PROCESS REVIEW:** *22 MR 02*

**S.Q.E.:** *Sybil Chernek*    **OTHERS:** _____

**STATUS (Circle one)\*:**    ⬛ RED ⬛ (circled)    ☐ YELLOW    ⬛⬛⬛

**PROCESS RESULTS:**
When checking Dock Audit records, duplicate copies were found when questioning person responsible for Dock Audits. She stated she was sick a lot in Jan. and she admitted to fudging the Doc. Audit records.

**ENGINEERING ISSUES:**
N/A

**SYSTEMIC CONCERNS:**
Ref. Attachment 1 and 2 Attached to
26056263

Note: All products produced @ HE Saginaw - has been placed in CS2 until End of May or later depending on findings

*Sybil*
*22 MR 02*

# DELPHI
## Automotive Systems

### PRODUCTION PROCESS REVIEW

Appendix 39

---

**Supplier:** _HE SERVICES (SAG.)_   **Part Number(s):** _7818568 (FLANGE)_

**SQE:** _SYBIL CHERNEK_   **Date:** _3/26/02_

---

**\*\* USE OPEN ISSUES LIST TO DOCUMENT ACTION ITEMS \*\***

## Process Observations

Y___ N_✓_  1. Is the product being manufactured at the production site using the production tooling, gaging, process, materials, operators, environment, and process settings?
Comments: _CAN NOT ANSWER this – No Flow, PFMEA, Control Plan ON HAND_

Y___ N_✓_  2. Are good housekeeping practices being followed? Is the work place properly configured? (adequate lighting, space, etc.)? Comments: _HS KEEPING OK CURRENTLY! Lighting POOR_

## Quality Documents

Y___ N_✓_  3. Does the actual process flow agree with the process flow diagram? Comments:_____
_NO FLOW DEVELOPED_

Y___ N_✓_  4. Are operator instructions/visual controls available and adhered to at each work station?
Comments: _No OPERATOR Instructions @ OPERATION Operator Stated She hAD Not SEEN ANy in Months_

5. Are work instructions available for the following:
*(For additional detail, see optional 'Work Instruction' section)*

Y___ N_✓_   • Start/Stop: (Explains how to start up run and shutdown equipment safely)
Y___ N_✓_   • Run: (Standardized method of performing work)
Y___ N_✓_   • Setup/Changeover: (Requirements for set-up, changeover and start/end of shift)
Y___ N_✓_   • Control & Gaging: (Control checks for 'important' product and process characteristics)
Comments: _Nothing ON HAND to Review_

Y ___ N _✓_ 6. Is the production process control plan (or equivalent) easily accessible to operators?
Comments: _Not DEVELOPED_____

Y ___ N _✓_ 7. Does production process control plan relate to the process flow diagram and PFMEA? (i.e. Is the process control plan numerically sequenced to the process flow diagram and PFMEA?)
Comments: _Not DEVELOPED_____

Y ___ N _✓_ 8. Does the production process control plan agree with the actual process? (i.e. Is the control plan being followed?) Comments: _Not DEVELOPED_____

Y ___ N _✓_ 9. Do production part checks and statistical monitoring take place and properly recorded as outlined on the process control plan? Comments: _OPERATOR USING WRONG CHART to RECORD ON for 2-3 DAYS & Not Properly USING CALIPERS - NEVER ZERO's out!_

Y ___ N/A 10. Is process capability data maintained and regularly updated as required for KPC's?
Comments: _NO KPC'D._____

  • Is it readily available? _N/A_____
  • How current is it? _N/A_____
  • Is the process in control (Ppk ≥ 1.67 Short Term, Cpk ≥ 1.33 Long Term)? _N/A_

Y ___ N/A 11. Does the statistical data make sense (Reasonable control limits, normal variation, common cause vs. special cause)? Comments: _N/A_____

Y _✓_ N ___ 12. Are measurement devices properly calibrated? Comments: _CALIPER & 1 GAGE USED WAS CALIBRATED_

Y ___ N _✓_ 13. Is the process control plan sufficient to effectively meet the design record requirements?
(KPC's, customer interface dimensions) Comments: _Control PLAN Not DEVELOPED - Could Not BE found_

Y ___ N _✓_ 14. Are High RPN potential failure modes, as identified in the PFMEA, addressed through error-proofing equipment or documented in the control plan? Comments: _No PFMEA found_

Y _✓_ N ___ 15. Is there proper lot traceability/identification of all material? (in-process and final labeling, packaging, shipping) Comments: _Note: PARTS BEING MANT-ACTURED to Ship (1150 Pcs) No! PPAP APPROVAL! they ARE Now ON HOLD Ref tAG II'o. 1363163 & 136 3196_

Y _✓_ N ___ 16. Can the parts run since the last good check be traced to the producing shift and operation to prevent reoccurrence? Comments: _____

## Gage Control/Error Proofing

Y ✓ N ___    17. Does a calibration control system for manual gages exist?  Comments:_____
_____

Y ___ N/A    18. For automatic inspection stations, does a verification / calibration plan exist?  Comments: __
_____

Y ___ N/A    19. Is there evidence of compliance?  Comments: _____
_____

Y ✓ N ___    20. Are gages labeled with calibration status?  Comments: _____
_____

Y ✓ N ___    21. Are the required gages available at the point of use?  Comments: _____
_____

Y ✓ N ___    22. Are they easy to use repetitively?  Comments: _____
_____

Y ___ N ✓    23. Do gages have adequate repeatability and discrimination (Gage R & R)?  Comments: _____
NO GAGE R+R'D FOUND

Y ___ N/A    24. Are variable gages used where necessary (i.e. KPC's) for tracking common cause variation?
Are attribute gages used where appropriate (i.e. 100% containment of special cause variation)?
Comments: _____
_____

Y ___ N ✓    25. Is error-proofing employed and implemented according to the PFMEA and process control
plan?  Comments: ___ NO PFMEA FOUND , NO CONTROL
PLAN FOUND

Y ___ N/A    26. Does the machine logic prevent non-conforming parts from reaching subsequent operations (is
it effective)?  Comments: _____
_____

Y ___ N/A    27. Are error proofing devices checked periodically for proper function?  Comments: N/A
_____

Y ___ N/A    28. Are Error Proof verification masters included?  Comments: ___ N/A ___
_____

Y ___ N/A    29. Are the error proofing devices re-verified following P.M., etc. and is the frequency of error
proof verification identified in the work instruction?  Comments:___ N/A
_____

## Handling of Reject/Suspect Material

Y ___ N ✓  30. Does the process control plan contain a reaction plan for nonconformances?  Comments: ___
*No Control Plan Found*

Y ___ N ✓  31. Does the reaction plan have containment and corrective actions?  Comments: _____
*No Control Plan Found*

Y ___ N ✓  32. When a part out of spec/control limits is identified as a result of the Control Plan, Pre-Control or SPC, is this condition properly managed within the organization (Action Plans, Assigned Responsibility, Progress Monitoring, and Containment)?
Comments: *Can't Comment No! Documents to Review*

Y ___ N ✓  33. Do problems, including out of spec./control limits, quickly get communicated to people that can help?  Comments: *No Documented Records to Review - Can't Comment*

Y ___ N ✓  34. Does information, including out of spec/out of control conditions, get passed across shifts?
Comments: *Can't Comment - No Records to Review!*

Y ___ N ✓  35. Does the support system respond to the operator?  Comment: *No Comment What Support System!??*

Y ✓ N ___  36. Are controls in place to isolate incoming material until it has been approved?
Comments: *Some what!! Needs improvement*

Y ___ N ✓  37. Are all non-conforming products (in-process and finished) properly quarantined and/or scrapped?  Comments: *Just put in place a Quarantine Area-*

Y ___ N ✓  38. Is the suspect / scrap data recorded?  Comments: *Not! Always - Scrap Data Could Not Be found, Reject log for Incoming Mat'l only Recorded Some times - Last Date Recorded 5Jan.*

Y ___ N ✓  39. Is there evidence that the data is used?  Comments: _____

Y ✓ N ___  40. Is it likely that a suspect / scrap part will be reintroduced into the normal process flow?
Comments: *Tagging & Record Keeping Less than Desirable*

Y ___ N ✓  41. Are suspect / scrap containers available at each operation?  Comments: _____

Y ___ N ✓  42. Is the use of these containers defined in the operator work instructions?  Comments: _____
*No Operator Instruction on Job!*

Y ___ N ✓    43. Are the containers properly sized and identified for visual control (color coded, etc.)?
             Comments: _____

Y ___ N ✓    44. Does the supplier proactively revert to their Early Production Containment Plan should
             problems arise? Comments: _No Control Plan Found_____

*Note: All these questions recieve a "NO" answer since no Work Instruction was on Job.*

## Work Instructions (Optional Detail)

**45. Work Instruction - Start/Stop**
**(Explains how to start-up, run, and shutdown equipment safely)**
- If Start/Stop procedure is not followed correctly, is there a negative impact on product quality? _____
- Do they exist? _____
- Do they have the correct content? _____
- Does it tell how to do a 'cold' start-up? _____
- Does it tell how to shut equipment down? _____

**46. Work Instruction - Run**
**(Standardized method of performing work)**
- Do they exist? _____
- Are they posted in front of the operator? _____
- For automatic stations, are they posted appropriately? _____
- Do they have correct content? _____
- Are they short, simple, and easily understandable? _____

**47. Work Instruction - Setup/Changeover**
**(Requirements for set-up, changeover, and start/end of shift)**
- Do they exist? _____
- Are they readily available? _____
- Does everyone who needs then know where to find them? _____
- Do they have the correct content? _____
- Are they short, simple, and easily understandable? _____
- Is it identified who is authorized to do what? _____
- Is setup inspection/verification method identified? _____
- Is proper disposal of set-up parts defined? _____
- Do instructions insure correct feeder parts are being assembled? _____

**48. Work Instruction - Control & Gaging**
**(Control checks for 'important' product and process characteristics)**
- Does it exist for both product and process? _____
- Is it posted in front of the operator? _____
- For automatic stations, is it posted appropriately? _____
- Are all required checks included? _____
- Are frequencies appropriate for process capability levels? _____
- Are they short, simple, and easily understandable? _____
- Are responsibilities for checks clearly defined? _____
- For automatic stations, do they tell operator/jobsetter what to do with part(s) in station when auto sequence is interrupted and how to restart? _____
- Is proper disposal of suspect/scrap parts defined for attended and unattended stations?
- Are Error Proof verification checks included? _____

## Training (Optional)

49. Is a training plan written and training materials available?  Comments: _____

TRAINING PLAN WRITTEN - Not WELL USED PER
OPERATORS ON FLOOR + MY QUESTIONS to OPERATORS

50. Are operators, jobsetters, etc. familiar with the training plan?  Comments: _____

MOST STATED NO OR NOT SURE

51. Is the training formalized?  Comments: __NO_____

52. Does the training have suitable content?  Comments: __NO_____

53. Does the plan address transfers, absences, etc.?  Comments: __YES_____

54. Does the plan address the need for additional training due to product / process
changes or improvements?  Comments: __NO_____

55. Does the plan recognize the need for retraining if a trained operator has not run a job
in a long time?  Comments: __NO_____

---

## Additional Comments/Recommendations

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Overall Subjective Ranking:**    ☒ **Red**    ☐ **Yellow**    ☐ **Green**

**Follow-Up Date:** ___TBD-_____    ☐ **None Required**

## *PRODUCTION PROCESS REVIEW*

## RESULTS SUMMARY

**SUPPLIER:** _HE Services (Sag.)_

**DATE OF PROCESS REVIEW:** _3/26/02_

**S.Q.E.:** _Sybil Chernek_    **OTHERS:** _____

**STATUS (Circle one)*:**    RED    YELLOW    ▉

**PROCESS RESULTS:**

A) _None - Rejected - No Documents to use as a standard to verify process_

**ENGINEERING ISSUES:**

B) _The same as Item "A"_

**SYSTEMIC CONCERNS:**

C) _There is not a system @ HE Service Washington Rd. "See Attachment". This has a on going problem for over 1 1/2 yrs. and no improvements to date! Please see attachment #1 - for HE Sag. Status as of Mr. 26, 02_

_This location currently in CS2 as of failure on 3/22/02 Audit._

_Sybil Chernek_
_Delphi AQE/SQE_
_26 MR. 02_
_989-284-1385_

# PRODUCTION PROCESS REVIEW

## Suggested guidelines for Red, Yellow, & Green rankings

  **(Institute Controlled Shipping)**

- KPC's, CQC's, or other **not** being monitored for statistical control.
- Substantial number of nonconformances to the process review which are deterrents to an effective quality system.
- Any non-compliance to the following questions that would probably result in a non-conformance being shipped to Delphi or Delphi's customers. (Questions 1,8,10,18,19,26,31,36,40 are major quality process requirements)
- Any noncompliance subject to the judgement and experience of the S.Q.E., which would result in a major failure of the quality system and/or non-conforming product being shipped to Delphi or Delphi's customers.

  **(Corrective action plans required within 30 days)**

- KPC's, CQC's, or other monitored but no reaction to out of control conditions or, control limits not established for KPC characteristics.
- Work instructions are not linked to the control plan. Items on the control plan should have specific links to specific instructions of the controlling characteristics.
- A number of nonconformances to the process review that are not likely to result in Delphi or one of its' customers receiving nonconforming product, but improvements within the quality system are recognized.

 **(Process in control, action plans as required)**

- KPC's are being effectively monitored and controlled.
- Minor noncompliance in part of the suppliers quality system.
- Confidence by the S.Q.E. that the supplier will not ship known nonconformances to Delphi or its' customer.

# PRODUCTION PROCESS REVIEW

## Suggested guidelines for Red, Yellow, & Green rankings

 **(Institute Controlled Shipping)**

- KPC's, CQC's, or other **not** being monitored for statistical control. *N/A*
- Substantial number of nonconformances to the process review which are deterrents to an effective quality system.
- Any non-compliance to the following questions that would probably result in a non-conformance being shipped to Delphi or Delphi's customers. (Questions 1,8,10,18,19,26,31,36,40 are major quality process requirements)
- Any noncompliance subject to the judgement and experience of the S.Q.E., which would result in a major failure of the quality system and/or non-conforming product being shipped to Delphi or Delphi's customers.    *Dock Audit Reject Log*

**YELLOW**    **(Corrective action plans required within 30 days)**

- KPC's, CQC's, or other monitored but no reaction to out of control conditions or, control limits not established for KPC characteristics.    *N/A*
- Work instructions are not linked to the control plan. Items on the control plan should have specific links to specific instructions of the controlling characteristics.
- A number of nonconformances to the process review that are not likely to result in Delphi or one of its' customers receiving nonconforming product, but improvements within the quality system are recognized.

**(Process in control, action plans as required)**

- KPC's are being effectively monitored and controlled.    *N/A*
- Minor noncompliance in part of the suppliers quality system.
- Confidence by the S.Q.E. that the supplier will not ship known nonconformances to Delphi or its' customer.

*Attachment #1*

**Phase III - Analysis and Report** A review of the findings of the first two phases is used to determine supplier conformance to *QS-9000*.

# Audit Summary Alternatives

The auditor/customer will determine which of two alternatives will be used to summarize audit findings:

- Recommended/not recommended
- Variable score

Each of the elements may be classified in one of two ways, depending on the customer's requirements:

- As a "conforms" or "minor/major nonconformance" status for that element.
- As a 0 to 10 point rating for the element, see Evaluation Process for Using a Variables Score Method.

# Definitions

**A MAJOR NONCONFORMITY** is either:

- The absence or total breakdown of a system to meet a *QS-9000* requirement. A number of minor nonconformities against one requirement which when combined can represent a total breakdown of the system and thus be considered a major nonconformity.

- Any noncompliance that would result in the probable shipment of a nonconforming product. A condition that may result in the failure or materially reduce the usability of the products or services for their intended purpose

- A noncompliance that judgment and experience indicate is likely either to result in the failure of the quality system or to materially reduce its ability to assure controlled processes and products.

**A MINOR NONCONFORMITY** is a QS-9000 noncompliance that judgment and experience indicate is not likely to :

- result in the failure of the quality system, or
- reduce its ability to assure controlled processes, or
- result in the probable shipment of nonconforming product.

2

Attach #2

Page 232 of 269

# Audit Summary for          3/26/02
## 3/26/02 - Flange Asm.

1) - No Work Instructions pasted @ job, operator stated she does not know where they are she hasn't had any since last Summer.

2) Operator not trained and/or Signed off on Work instructions

3) No gage instructions - Operator did not use Calipers properly - she did not "Zero" Out before use, then when I explained she needed to Zero Out she did "Once" and then made 6 to 7 checks before I explained Again you must "Zero" Out each time.

4) Operator using wrong inspection Chart for 7818568 Flange she was using Chart for 7815986 she had been using this Chart for 2 to 3 days, since she started the build.

5) Chart needs up dating if the added readings are to be recorded. (SEE ABOVE)

6) Could not find a Flow, PMEA and Control Plan for this part number

7) "No" PPAP Approval was found for this part no. and it "was not" Covered On any of the Warrents. The parts have been Put On Hold Until all documents are Complete & I approve them! SHIPPING WITHOUT PPAP.

8) Charts in use On Factory floor not being Completed as req'd these were failed Submitted for filing with Only Part No, date and Signed.

9) Flanges & Lock Modules in CS1 the required paper work Not submitted to the SOE Since day 1 I have ask for this Several times. (ALMOST 1 YEAR)

10) Flanges stored in a regular Card board Box under ASM. table rejected tag On them but Also displayed a "OK" Certified tag. (improper Container & tags Only 1 tag to Container)

11) Work/ASM Carts are Very! Very! "dirty" Bottom of Cart has unidentified parts On it.

12) Procedures Given to Me On Friday Mar. 22.02. Audit did not and does not Match the Master Book in the Document Control Center. the Procedures found in the Doc Center are the Ones that has been Cited by Delphi as insufficent @ the begehing of 2001 the Ones that was given to me On the 22 MR 02 was the Current up dated Ones. that was Completed in the time frame of my. June, July by Paris Rogers these were retained in a green Folder On Top of the File Cabinet Out Side Tom Mienks Office Also Several Procedure. was failed in the Computer @ Tom. Plant that don't Match Master Book.

13) The Master Procedure Book did not have a table of Contents you Could not tell what was suppose to be there, or what was or has been deleted and when.

14) Internal Audits for 2001 Could not be found in the Doc. Center

15) QS9000 Audits for 2001 and 02 Could not be found in Doc Center

16) The INTERNAL Audit Schedule was not on hand for review the Corp. Quality Manzer Stated it was on his Computer @ the Flint Office and was locked in his Computer by a Code. the Audit Schedule should/Shall be on hand and posted for review on site @ ALL times.

15) Charts/forms that are to be Controlled are not there several Versions on the floor @ Anytime and these don't match the Master book.

16) 15% of the Master forms/charts in the Book are not used @ least Can not be found filed in the Document Control Center - these must be used to full fill QS9000 requirements Since the Procedures in many Cases are Vague or non existent.

17) The records, Books ect. that are to be Contained in the Document Controls

Center needs Attention ASAP. The entire Doc Center is in a State of ~~decaying~~ disarray.

18) no records Could be found stating Who the Certified internal Auditors were

19) Tom's Plant don't really know where Quality records / Procedures are kept Or What status Quality items are in.

20) Please Read Attachment 1 After reviewing this report and you will understand why you are in a "MAJOR NONCONFORMITY" STATUS AS THE ABSENCE OF OR TOTAL BREAKDOWN OF A SYSTEM to MEET A QS9000 / Customer REQUIREMENT.

21) ON  8-24-01  HE WAS REQUESTED TO UPDATE PFMEA, CONTROL PLANS, PROCESS FLOW & WORK INSTRUCTIONS  AS A RESULT OF A QUALITY SPILL AT FORD. AS OF TODAY THIS UPDATE IS FAR FROM BEING COMPLETED. NO WORK INSTRUCTIONS ARE ON THE JOB.

Thank You,

Sylvil Chernek
Delph AQE/SQE

Phone  989- 757 3325
OR   Cell   989- 284- 1935

# EXHIBIT O

**DELPHI**
Automotive Systems

Mr. Robert Backie                                    31 MR 02
H E Services
5117 S. Dort Hwy.
Flint, MI 48507

Subject:          **CONTROLLED SHIPPING NOTIFICATION - LEVEL 2**

Dear Mr Backie:

It has come to our attention that the quality of your products shipped to our facility are falling substantially short of our specifications. We have determined that you have lost control of your process and we believe you currently lack the capability to isolate our plants from further discrepancies. We have, therefore, decided to implement Level 2 Controlled Shipping which requires you to bear the expense of a third party inspection company for containment and reinspection of your products until you re-establish suitable process control and quality systems..

The following part number(s), produced by your facility (Mfg. DUNS # 007034445) are unacceptable for use at Delphi Saginaw Steering Systems Plants 3, 6 , 7 & 33 at their current quality level:

| Part Number | Part Name | Problem |
|---|---|---|
| All Part Numbers Manufactured at this facility | Assemblies | Total breakdown of quality systems |

The third party's responsibilities will be to inspect your production parts and provide data for you to utilize in your root cause analysis. The inspection has two purposes:

- First, it will isolate our plants from nonconforming material.
- Second, it will provide your operating people with the actual discrepant parts and shorten the feedback loop to enhance corrective action efforts.

A meeting will be held at your Flint facility on 4/3/02 at 3 p.m. to outline containment requirements and documentation required. At that time exit criteria will be established.

You are instructed to notify your QS9000 registrar that you have been placed in Level 2 Controlled Shipping and provide evidence at the meeting on 4/3/02.

Thank you for your immediate attention to this matter. If you have further questions about this procedure, please contact me at (989) 757-2959 or fax at (989) 757- 1048.

Sincerely,

Diane Fries
Director of Supplier Quality

c.c.    Bill Vance          John Riester          Mark Johnston          Dale Kowaleski
        Steve Dawe          Bill Bringer          Mike Howerton          Brian Darling

## CONTROLLED SHIPPING CONFIRMATION REPLY

**TO:**  Sybil Chernek
    Delphi Saginaw Steering Systems
    3900 Holland Rd.
    Saginaw. MI 48601

**FROM:**  H E Services
    SUPPLIER DUNS NUMBER  007034445
    5117 S. Dort Hwy.
    Flint. MI 48507

We acknowledge receipt of your letter dated. _____ advising us that our above facility has been placed in:  (check those that apply)

    ☒ Controlled Shipping Level 1
    ☒ Controlled Shipping Level 2

☐ We understand the containment process requirements.
☐ We do not fully understand the containment process requirements.   Please
  contact:_____ (Name of contact)
  _____ (Telephone number)

Following is a description of how conforming parts and shipments will be identified to indicate that they have been qualified as conforming to requirements.

_____
_____
_____
_____
_____
_____

The containment activity will be performed at the following location:

_____
_____

The person responsible for the containment activity:
Name _____
Phone _____

_____  Date: _____
(Signature of person responsible for containment)

EXHIBIT P



**memo**

Date:       06AU02

To:         S. Chernek          D. Timma              T. Mienke
c.c.        D. C. Cook          S. Caird

From:       G. Gerrish   T. Maurer

Subject:    Residue on 26045841  Pump Housing - Visit to HE Services to Review Cleaning
            Process

A visit was made to HE Services to try to determine the cause of a "sticky" residue on
pump housing that are sent to Prince for assembly.  During review of the washer and
conversation with Tom Mienk, the Plant Manager, the following observations were
made:
   1. <u>In general, adequate maintenance of this washer was neither being performed
      nor documented.</u>  The maintenance procedure and data sheets need to be
      revised to reflect the corrective actions and to comply to basic quality record
      requirements per QS-9000.
   2. The washer appeared to need cleaning, based on condition of the wash and
      rinse tanks, as well as the presence of a sticky residue on various components
      of the track and vent.  Also, according to Tom Mienk, the last time the washer
      was drained, cleaned, and recharged was last September.
   3. Records of wash and rinse tank concentrations were incomplete:
      • Checks were not recorded every day
      • No checks were recorded since 19JL02
      • All checks in the wash tank were recorded at 3% and all rinse tank
        concentrations were recorded at 2.5%, with no readings recorded of the
        concentration before additions (assuming the recorded readings were
        taken after additions)
      • There were no specifications identified on the data sheets.
   4. There is no record of when additions were made, or how much cleaner was
      added.
   5. There were no weekly temperature checks recorded.

Based on these observations and further discussion, the following action items will be
taken by Tom Mienk:
   1. The washer will be drained, cleaned, and refilled at a minimum of quarterly
      intervals, beginning with today.
   2. Washer concentration checks will be recorded before and after additions (when
      necessary) daily.  If the washer is not running, N/R will be noted on that date.
      Amount and date of additions will be noted on the sheets.  Copies of these
      sheets will be obtained by S. Chernek for the next two weeks for review by the
      Delphi Metallurgy Department.
   3. The weekly temperature checks will be performed and recorded.

In addition to the preceding corrective actions, samples of the wash and rinse tanks
were taken to determine the concentration in the washer during this problem period.
Delphi Metallurgy will evaluate these samples.

EXHIBIT Q

Steve,

Just a quick summary supporting the move of the LH Side Cover (26063061) from H.E.
Services to Madison-Kipp.

As you can see from the letter addressed to me, from Sharon Mobry of Madison-Kipp
dated Aug. 13, 2002, quality was a huge issue. Madison-Kipp supplied the casting to
H.E. Services who was to machine it and press in a bushing and ship to Delphi. The
second paragraph of the letter explains that Madison-Kipp wanted to take on the
machining as well, due to H.E. Services lack of ability to machine the part correctly
resulting in product being returned to Madison-Kipp. This obviously was costly to
Madison-Kipp.

The second issue was price. Madison-Kipp produced the casting for a cost of  **REDACTED**
H.E. Services machined that casting and pressed the bushing in for $.827 ea. Making the
total cost of the Side Cover $2.527.

I had approached H.E. Services both on quality and the cost penalty. H.E. Services had
many opportunities to reduce cost and improve quality, to make the product more
competitive and retain the business. They were unable to accomplish this therefore, the
business was moved to Madison-Kipp.


                                                                 Steve Burk

## Burk, Steve

| | |
|---|---|
| **From:** | Mobry Sharon [smobry@madison-kipp.com] |
| **Sent:** | Tuesday, August 13, 2002 3:30 PM |
| **To:** | Burk, Steve |
| **Cc:** | Johnson Robert; McNulty Craig; Jerry Lawicki; Sholl Gary; Wojdak Joe |
| **Subject:** | Cost Reduction for part 26063061 |

Steve,

Confirming your phone conversation with Jerry Lawicki on Monday, August 12, 2002, Madison-Kipp Corporation is prepared to offer Delphi Saginaw a price on part 26063061, LH Side Cover of    **REDACTED**        RH Side Cover to cover the cost of the tooling change to reverse threads on the LH Side Cover.

Madison-Kipp Corporation can no longer accept the exorbitant cost of taking product back that HE Services can't machine correctly. Their CNC machining centers do not perform all the operations required to machine all features as is done by the MKC dedicated machining center. The unwillingness of HE and Delphi to address this problem over the past year has been unsatisfactory, and MKC will no longer accept parts back and perform the remaining operations. All this time MKC has absorbed transportation costs back to MKC and performed the rework at no cost to Delphi. MKC management specifically requests you award this business to MKC effective September 1, 2002.

MKC offers the above price for 100% of the business, currently estimated at 183,000 pieces per year. MKC has the capacity, prior operations instructions, prior quality instructions, and can take over the business upon approval. If you have any questions, please call me or contact Jerry upon his return from vacation on August 19th.

Regards.
Sharon Mobry
Madison-Kipp Corporation
Phone:  608-242-5272
Fax:      608-242-5284
Email: smobry@madison-kipp.com <mailto:smobry@madison-kipp.com>

1

# EXHIBIT R



Delphi Saginaw Steering Systems
3900 Holland Road
Saginaw, Michigan 48601

April 24, 2003

Robert Backie
HE Services
5117 S. Dort Hwy.
Flint, MI 48507

Dear Mr. Backie:

Reference: Mfg. DUNS: 007034445

This letter is to notify you that HE Services appears on the Delphi Saginaw Steering Systems Top Problem Supplier List for the month of March. HE Services must focus immediate attention to containing and irreversibly correcting the source of the quality issues. The inclusion of HE Services on this list is the direct result of parts not banded properly for shipment, causing 3 trays to be scrapped out, also, mistagged part.

Information concerning the suppliers appearing on this list is communicated across Delphi Corporation and receives high-level visibility and reviews. Removal from this list will occur only as the result of sustained quality improvement. Failure to resolve the quality issues within a timely manner will affect future sourcing decisions and current Delphi Corporation business with HE Services.

If additional help is required from Delphi Saginaw Steering Systems, please contact your Delphi Saginaw Steering Systems Supplier Quality Engineer, Sybil Chernek at 989-757-3325. Please acknowledge in writing the receipt of this letter and the actions HE Services will be taking to address the quality issues described above. Your prompt attention to the quality issues is appreciated. If you have any questions, please call me at 989-757-4904.

Sincerely,

Leisha McKay

Leisha McKay
Supplier Quality Manager
Delphi Saginaw Steering Systems

cc: Diane Fries, Beverly Gaskin, JP Sexton, Sybil Chernek, Jeff Uhl

EXHIBIT S



**DELPHI**

Automotive Systems

## Price Increase Follow-Up

| | Supplier: | H.E. Services |
| Mfg. Location: | Saginaw, MI |
| Parent Corporation: | H.E. Services |
| Contact: | David Stearns |
| Title: | Account Manager |
| Telephone: | (989)753-9015 |
| Fax: | (989)753-7703 |
| Contract Expiration: | 12/31/2002 |
| Notification Date: | 2/25/2002 |
| Buyer: | Dale E. Kowaleski |
| Commodity Manager: | Steve Dawe |
| Commodity Director: | Pat Murtagh |
| Commodity Team: | Assemblies |

| Division | Old $ | New $ | $ Inc. | % Inc. |
|---|---|---|---|---|
| DE&C | | | $0 | 0.00% |
| DDELCO | | | $0 | 0.00% |
| DITS | | | $0 | 0.00% |
| DILS | | | $0 | 0.00% |
| DPES | | | $0 | 0.00% |
| DSSS | $509,172 | $664,693 | $155,521 | 30.54% |
| | | | $0 | 0.00% |
| | | | $0 | 0.00% |
| | | | $0 | 0.00% |
| | | | $0 | 0.00% |
| Total: | $509,172 | $664,693 | $155,521 | 30.54% |

**Supplier Cost Savings History:**

| Year | % |
|---|---|
| | |
| | |
| | |

**Cost Breakdown**

| % Mat'l | % Labor |
|---|---|
| | |

Chemical ☐   Electrical ☐   Metallic ☑

Description: _____

| Action | | Date | Comments |
|---|---|---|---|
| Refuse Request | | 2/25/2002 | |
| Obtain Documentation | | | |
| G/S | | | |
| Move Business | | | |
| A/P Leverage | | | |
| Short Term Strategy | Lean | | |
| | Resale | | |
| | Mat'l Chg. | | |
| Reviews | Pur. Dir. | | |
| | Com. Dir. | | |
| | VP | | |
| DGP Staff | | | |
| Final Disposition | | | |

**Notes:**

1. Final documentation should be an approved action plan. (Supplier negotiation or Global sourcing)

Price Increase (HES)
9/4/2007 3:53 PM

Uncontrolled Copy

# EXHIBIT T

PREPARED BY 54Bil
DATE 4/9/02

HE Service Mtg -        10:30 AM.

Topic: Moving of All jobs from HE Serviices, Washington Rd Saginaw Mich due to total break down of Quality System

- Mr. Backie Stated while in the Main Lobby awaiting for Some one to pick him and his other personnel that if the Scheluded mtg was about Quality he was not going to Attend, I told him I did not know what all the mtg was about.

Start of Mtg.
Mr. Backie stated he was not interested in talking about Quality unless he was Awarded a pc. price increase

Mr. Backie Stated he Quoted 9/10 jobs this past year And Only got 3/4 out of those.

Mr. Backie Stated he just gave $279,000.00 rebates and his bank doesn't like what its Seeing.

PREPARED BY SYBIL
DATE 4/9/02

In regards to the Moving of the equipment from the Washington. Say he (Mr. Backie) was not interested unless he get's a Pc price increas And Delphi would pay for all equip-ment moves.

Mr. Backie Stated Again he had been kicking around the Quality Issue's and there would not be a Quality System w/out a price increas he stated he goes to the mtg's in Detroit & Troy and he knows whats going on and that Delphi's pricing is not Correct and that he really doesn't Want our "piddley" Asm jobs. He Wants Hi-Tech jobs and that he just got 2 "Big" jobs from Chrysler that he Can Make Money on.

Mr. Backie Stated Again. he will decide When the price increase is offered if he keeps the jobs are not.

Mr. Backie Stated he will go And talk to Bill Loyd and

PREPARED BY: Sybil
DATE: 4/9/02

J. T. Battenberg that he sits on boards with our "Hi-up's" and again he knows what is going on.

Mr. Backie expressed in detail loud & clear how unhappy he is and has been with Delphi and that again his bank don't like what they see.

He departed awaiting a answer from Delphi.

Sybil Chernek
Delphi AOE/SOE

Sybil
4/9/02

Backie HE Mtg.

Mtg - Troy - he know whats going on.

9/10 Jobs = Only Have 3/4 Jobs. Out of those
$279 000.00 - rebates to Tech Central -

① Move Equip - who pays?
② do all drop lines
Piddley ③ Kicking around Quality =
Got 2 new Jobs w/ Chrysler -
He goes to Mtg in Det. + listen

Say. is Your Re. Price Correct - ??

Proper pricing
What Price
will decide if they keep it.
Dont want to do ASM per Backie

$18,000.°° Putting error proofing =
Bill Loyd - Battenberg will
go talk to them.
Hwe Rd, Fenton =

not suppose to go out on Bid

# EXHIBIT U

# H.E. SERVICES COMPANY

**225 E. Morley Drive - Saginaw · MI · 48601 · (517) 753-9015 - fax (517) 753-7703**

October 9, 2002

Steve Dawe
Purchasing Department
Delphi – Saginaw Steering Systems
3900 Holland Road
Saginaw, Michigan 48601

Re:     **Purchase Orders Renewal/Cancellation Intent**

Mr. Dawe,

This letter is documentation and follow-up regarding a meeting held at your location on October 8, 2002. I presented you with information on H.E. Services historical actual volumes compared to quoted volumes supplied by Delphi Saginaw Steering Systems Purchasing. I had also discussed break-even analysis and how volume impacts profit and loss. H.E. Services is operating at a significant loss on programs where actual volumes are only 0% - 40% of quoted volumes.

| Program | Quoted Volume – YTD | 2002 Actual Volume – YTD | % of Quoted Volume |
|---|---|---|---|
| Outer Tie Rods | 18000 | 0 | 0% |
| Bearing Holder | 135,450 | 31,500 | 23.3% |
| Flange Coupling | 46,080 | 13,700 | 29.7% |
| Support Housing | 53,100 | 16,980 | 32.0% |
| Jack Screw | 45,900 | 19,308 | 32.7% |
| Dia Size Pumps | 315,000 | 117,629 | 37.3% |

H.E. Services had submitted price increases on these programs back on February 25, 2002 as a result of the non-materialized volumes. All of the programs where price increases were submitted have contracts that expire on 12/31/02. I stated in that meeting that our company would not renew these contracts under the given pricing structure. You stated that you would not grant the price increases due to budgetary concerns. It was decided by you to resource the business covering these programs. Furthermore, you decided that you would resource all of the business that you hold contracts with at the Universal Manufacturing Division of H.E. Services. Some of these programs have multi-year contracts. H.E. Services is not in agreement with cancellation on any program that has a multi-year, agreed upon, contract. H.E. Services does not want to be punished for making a sound business decision for cutting severe losses.

I am requesting that you identify which jobs and/or purchase orders you are considering or planning to cancel or not renew with H.E. Services. In addition, I need a detailed timeline and plan for each program. Please respond as soon as possible. H.E. Services has been a dedicated minority service supplier to your organization for over sixteen years and has provided top quality manufacturing services while never missing a delivery. H.E. Services understands Delphi's commitment to assist and foster minority supplier business development and growth.

Sincerely,

David Stearns
V.P. – Manufacturing

Cc: Robert Backie, Duane Bolinger

SteveDawe100902.doc

EXHIBIT V



Delphi Saginaw Steering Systems
3900 Holland Road
Saginaw, Michigan 48601
December 6, 2002


H.E. Services
Attn: Mr. David Stearns
225 E. Morley Drive
Saginaw, MI 48601


Dave:

As a follow-up to the meeting that Steve Dawe and I had with you and Tom Mienk on Wednesday, December 4th, I wanted to reiterate Delphi's intent to extend our current purchase orders with H.E. Services up through and including March 31, 2003. Based on a discussion that took place in a previous meeting, it was mutually agreed upon that the business be resourced since H.E. Services could no longer produce these parts at the current contract price and Delphi Saginaw could not accept the price increase that was being proposed. Note that we are aggressively pursuing this resourcing in compliance with our conversation and, therefore, the contract extension will be submitted at the current contract price foregoing any additional premium costs that were proposed for this period of time.

Best Regards,



Dale E. Kowaleski
Senior Buyer-Assemblies
Delphi Saginaw Steering Systems

EXHIBIT W

# DELPHI

Delphi Saginaw Steering Systems
3900 Holland Road
Saginaw, Michigan  48601

June 4, 2003

H.E. Services Company
Attn:  Patrick Harmon
5117 S. Dort Highway
Flint, MI  48507

Pat:

As we continue to move forward in the process of resourcing the business that Delphi Saginaw currently
has with H.E. Services (both in Saginaw and Flint), we need to insure that previous commitments made by
Delphi Saginaw to our customers remain intact.  From a delivery standpoint, much emphasis has been
placed on the bank build and availability of parts as we go through the validation process.  These efforts to
build this bank cannot be compromised.  The bank-build quantities that we've established through the
issuance of spot-buy P.O. #9FI4771 must be fulfilled by June 27, 2003.

With respect to quality, an obligation remains for H.E. Services to meet the standards outlined by Delphi
Saginaw for all parts in the system for which they have had manufacturing responsibility.  This
responsibility for quality and liability of all said parts will extend until all of these parts have been
exhausted through the Delphi Saginaw system.  In order to distinguish between suppliers, these parts
processed by the new supplier will be marked for identification.

Thank you for your continued cooperation and support as we work toward completion of this project.  If
you have any questions pertaining to this correspondence, please contact me immediately.

Best Regards,

Dale E. Kowaleski
Senior Buyer-Assemblies and
Remanufactured Components
(989)757-6009ph
(989)757-5983fx

CC:  Garrett Backie
     Diane Fries
     Leisha McKay
     Terry Wirsing
     Steve Dawe
     Sybil Chernek

EXHIBIT X



Delphi Saginaw Steering Systems
3900 Holland Road
Saginaw, Michigan 48601

April 2, 2003

To: J.P. Sexton, Terry Wirsing

From: Dale E. Kowaleski

RE: Lock Module Resourcing Summary/Overview of Prince Mfg (Delphi Saginaw Plant 33)


HE Services (HES) originally came to Delphi in March 2002 proposing a price increase that amounted to $155,000. This increase affected six of the eleven 'product families' that they assembled for Delphi. The price increase was fought off by Delphi until October 2002 when a meeting between both parties resulted in a mutual agreement whereby stating that neither party could continue on under the current business agreement. Delphi advised HES that they would begin to resource the business immediately. HES expressed their willingness to retain the 'families' that were viewed as financial winners. Delphi stated it was all or nothing and we continued on with our resourcing exercise.

The Assembly Commodity Team (ACT) provided a bid list of four suppliers to Saginaw. All four of these suppliers held minority status. Prior to the initial technical review, one of the four suppliers dropped out. Of the remaining three, only Mariah demonstrated a legitimate effort in working toward meeting our targets throughout multiple rounds of negotiations and provided out year price reductions as well. Even though their efforts identified them as the best of the suppliers from the ACT bid list, Mariah's pricing was still in excess of 30% higher than the prices we are currently paying through HES. At this point no one from the original bid list was competitive.

Prince Mfg (Plant 33) is a dedicated Delphi Saginaw facility located in Oxford, MI. In the 1st Quarter of 2001, they were chosen to take over the assembly of all TC Pumps (both Service and Production) manufactured by Delphi Saginaw. This line was transferred from Delphi Plant 21 in Alabama to Prince Mfg beginning in May 2001. As a dedicated facility, they have access to all Delphi IS&S and PC&L systems and are responsible for their own quality to other Delphi plants and/or customers.

A group from Saginaw Purchasing visited Prince Mfg's plant on Wednesday, February 5th to review the process improvements they had made to their facility as well as to Delphi-owned equipment. In attendance were Steve Dawe, JP Sexton, Duane Bolinger and Dale Kowaleski. Due to the success that was demonstrated by Prince, along with the significant gains that were made in transforming a losing TC Pump program into a winner, a decision was made at this meeting to identify new business opportunities for Prince Mfg. It was agreed that we would benchmark them on all remaining assemblies being resourced from HE Services. From the standpoint of economics, we felt we could leverage any open payment issues with the prospect of potential new business on the horizon. Upon receiving their responses back after multiple rounds of activity, we were pleasantly surprised to find Prince Mfg to be most competitive coming in with prices that represented a savings to those which we were currently on contract with HES. Prince's pricing resulted in a savings of approximately 17%.

Prince Mfg's capabilities include column and pump assembly, painting operations, column sequencing as well as pump housing machining. The majority of the work that they currently perform for Saginaw relates to the machining and assembly of TC Pumps. Long-range considerations include the transfer of assembly for S4 and P&N Pumps from Delphi Saginaw Plant 3 .

Our timeline for moving entirely out of HES is May 1, 2003. While this date has moved several times, the supplier has been very clear that this timing is now firm. We have prioritized the order in which we're moving the families of parts to Mariah. In order to build an adequate bank of parts prior to the moves, HES has indicated that they would need to utilize the manpower currently associated with lock module assembly. Due to the tight timing we're faced with, we will need to free up this manpower by finalizing the lock module resourcing allowing the build-ahead of other assemblies to occur.

# EXHIBIT Y

# RECOMMENDATION SUMMARY

Reporting Date:    15-May-2003    15:39:04

**Buyer Name:** ROUECH, KARRIE
**Activity/RFQ Project ID:** 70846
**Activity Type:** GLOBAL SOURCING
**Total Cost (NPV):** 1,805,087
**Currency:** USD

| Year | Comparison APV | Recommended APV | Calendar Year Savings (Parts only) | Tooling Cost < or = Costbook | Savings % (Parts only) |
|------|----------------|-----------------|-------------------------------------|------------------------------|------------------------|
| 2003 | | | | | |
| 2004 | REDACTED | | REDACTED | | REDACTED |
| 2005 | | | | | |
| 2006 | | REDACTED | | | |
| 2007 | | | | | |
| Totals | | | | | |

| Recommended Supplier Name/ DUNS Number | PPM | Top Problem Supplier | QS9000 Status/ Date | # Parts Recommended | Part Numbers |
|----------------------------------------|-----|----------------------|---------------------|---------------------|--------------|
| SPX CORP 053669594 | 79 | NO | QS9000 12-Sep-2005 | 2 | 26063655, 26103560 |

| Recommended Contract Types | Regions | Divisions |
|----------------------------|---------|-----------|
| Long Term | N | DSSS |

_signature_  5/20/03
**Buyer**

_signature_  6/2/03
**Divisional Purchasing Director** manager

**Regional Purchasing Director**

**DGP Commodity Director**

_signature_
**Divisional Supplier Quality**

_signature_  5-20-03
**Divisional Production Control**

_M. Domenott_
**Divisional Engineer** ECR Reward  5/30/03

**Commodity Team Leader/Manager**

If a field is blank, the calculated value may be too large to display. Contact your Divisional/Regional DGSS Primary Support for further information.

--------- DELPHI CONFIDENTIAL ---------

# BACKGROUND SHEET

Reporting Date:    22-May-2003  07:02:05

| | | |
|---|---|---|
| **Buyer Name:** | ROUECH, KARRIE | |
| **Activity/RFQ Project ID:** | 70846 | |

| | | | |
|---|---|---|---|
| **Activity Type:** | GLOBAL SOURCING | **Planned Approval Date:** | May-2003 |
| **Activity Description:** | SUPPORT, STRG COL IISG | **Buyer Phone:** | 989-757-3180 |
| **Savings Category:** | DGP | **Regions:** | N |
| **Commodity:** | METALLIC | **Divisions:** | DSSS |
| **Commodity Team:** | CASTINGS | | |
| **Commodity Subgroup:** | HIGH PRESSURE ALUMINUM | | |
| **Material Group:** | HIGH PRESSURE ALUMINUM | **Total Activity APV (USD):** | $560,124 |

## SUMMARY

| | |
|---|---|
| **Current Situation:** | SUPPORT PINS ARE ASSEMBLED TO THE HOUSING AT HE SERVICES.  DELPHI IS SEEKING TO EXIT ALL BUSINESS FROM HE, AS THEY HAVE REQUESTED A PRICE INCREASE. |
| **Customers:** | GM |
| **Product Lines:** | COLUMNS |
| **Activity Comments:** | CONTECH HAS OFFERED ADDITIONAL DAILY CAPACITY ON THE TWO-PIECE HOUSING OF 1,000 PARTS PER DAY IN EXCHANGE FOR THE AWARD OF THE PIN PRESS OPERATION. |
| **Activity Target %:** | 3 |
| **Quality & Engineering Functional Requirements:** | RISK ASSESSMENT & TECH REVIEWS |
| **Receiving Countries:** | US |
| **Estimated SOP Date:** | Jul-2003 |

## PURCHASING STRATEGY

SELECTED CONTECH FOR PRICE, SHORTENED VALUE STREAM, AVOIDED $400,000 INVESTMENT WHILE GAINING NEEDED MACHINING CAPACITY. SIGNIFICANT LOGISTICS SAVING VS. CURRENT SITUATION OR OTHER BIDDERS.

--------    **DELPHI CONFIDENTIAL**    --------

## Pin Press Savings

**Piece Price Savings:**

|  | HE Price | Contech Price | Savings Per Piece | Volumes | Savings per year |
|---|---|---|---|---|---|
| 26063655 |  |  |  |  |  |
| 26103560 | **REDACTED** |  |  |  |  |
|  |  |  | Total |  |  |

**Logistics Savings:**

Logistics savings on 3,100,000 parts per year are approximately $.0952 per support and $.0034 per set of two pins. This figures out to be approximately **$305,600 savings per year**.

**Inventory Savings:**

According to Curt Dalton, the expediter at plant 6, Delphi held a two day inventory of supports at HE Services. The savings from eliminating this inventory is approximately **$96,000**.

# EXHIBIT Z

The attached describes recent activity between HE Services and Delphi Saginaw Steering Systems. I will cover the points by HE locations in Saginaw, Mi.

**TechCentral:**
- Saginaw Steering spends approximately $20,000,000 with them annually
- Bob Backie sold this business in March 2004 to Troy Design

**Universal Inspection:**
- This location provides gage calibration services and sorting services
- Saginaw Steering Prototype operations purchased $528,000 in services from this location in the last year
- Universal was awarded a sorting contract on October 27, 2003 that is worth $400,000 on an annual basis
- We also do random sorting activities with an approximate value of $50,000
- Lee Lambert, who was the Manager of this facility under HE Services, has attempted to purchase the inspection services business.
- Our prototype operations will issue a purchase order to the new company for calibration after the sale is complete.

**HE Services – Morley St.:**
- Saginaw Steering has been doing validation testing at this site for 8 years
- The testing is done with Saginaw owned equipment and we pay monthly fees of approximately $150,000 which include facilities, technicians and utilities
- A decision was made in June, 2003 to insource this testing and HE Services was unofficially notified of this decision in September, 2003 (see attached engineering note on timing)
- The bundled service for personnel was to be maintained with HE Services until they announced closing of the business. This bundled service will go to Troy Design which purchased the contract employee business from HE

**Ancon:**
- Saginaw Steering Prototype operations purchased $1,268,000 in machined product from this location in the last year
- The prototype operations had an excellent relationship with Ancon. In many cases, Ancon approached us advising that they were short of work or could use additional opportunities. In every case, we have bent over backwards to accommodate them. Our Purchasing Manager directed, in some cases, that the buyer advise them of the market pricing so if they wished to match it, they would get the orders. Our buyers would also work with their management in reviewing their price performance "after the fact" so they could get a feel for where they had to be to get future work.

**It is our understanding that the Universal Inspection and Ancon facilities were profitable and we are disappointed that they are being closed. It was our intention to continue the business relationship with these divisions.**

Previously we also did business with another operation, Universal Manufacturing, which is now closed. We resourced the majority of this business to another MBE named Mariah Industries on July 1, 2003. The resourcing occurred due to quality issues and a requested price increase.

# EXHIBIT AA

# DELPHI
## Automotive Systems

Tuesday, July 15, 2003

To:       PAT HARMON

Company:  H E SERVICES

Phone:    (810)743-4900

Fax:      (810)743-8400 and (989)755-0337

From:   Dale E. Kowaleski, Senior Buyer - Misc
        Assemblies/Remanufactured Components
Email:  dale.e.kowaleski@delphi.com

Phone:  (989) 757-6009

Fax:    (989) 757-5983

Subject:  Resourcing Issues

[ ]Urgent    [ ] Review    [X] Reply

Number of Pages
(including Cover Sheet): 1

Pat:
As a follow-up to the discussion we had yesterday, here are the gage numbers (w/specifications) that are missing
from the Inner Tie Rod line:

246976    203.0mm
246976    429.5mm (+/- 1.0mm)
246976    263.0mm (+/- 2.0mm)
246976    33.7mm (+/- 3.0mm)

809014    M18x1.5mm (6H thread) minor diameter of 16.89mm/16.38mm
809014    33.0mm/36.0mm

980527    3.5mm (+/- 0.5mm)

980529    30.5mm (+/- 5mm)

In addition to these missing gages, several other issues remain as a result of this business moving from
Universal Mfg:

* Battery on bearing press in GMX Room became dislodged causing the program to be lost.
* Wires were cut IN panel boxes for equipment in GMX Room and Diamondsizer.
* Several wires in panel boxes for equipment in GMX Room were crossed.

Pat, we need you to look into these occurrences and respond back as soon as possible. As always, thanks for the
support you've offered to us during this period of transition.

Best Regards,

Saginaw Steering Systems   World Headquarters   3900 Holland Road   Saginaw, MI   48601-9494   USA