# EXHIBIT 3

ENTERED NOV 0 3 1999

## DELPHI AUTOMOTIVE SYSTEMS
### Purchase Request

Shaded areas are required fields

SB PO / REL No. S3B 00228 / 001 / 000
MBO / BL PO No.
PO# / Alt.
Req. No. PR233556

| Supplier | ANCON TOOL & DIE INC | Duns No. 608514059 | | Date 10/29/1999 | APA Rec'd | Require 10/01/2000 |
|---|---|---|---|---|---|---|
| | | Fax No. | | Ship To PO 3PI | | Promise |
| Address | 1755 WACCO RD | | | Rec./Notify Jay Mikolazik | | Effective 10/01/2000 |
| | | | | Phone (517) 757-4841 | Mail/Pit Fax | Expires 10/01/2003 |
| | SAGINAW | MI 48601 | | Deliver To | | |
| Contact: BARRY | | Phone No. (517) 755-0328 | | | | |
| Tax Code: 4A | WO Type: OTHER | Number: K9SE00411 | | 99 | 14 | 1 |

| Qty | U/M | Est Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Comp 3 | Loc 3 | Prod 4 | Item ID/Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | EA | $0.00 | $0.00 | | | | | | | | NPN - 000    INNER RACE, OUTER RACE |

ANCON AGREES NOT TO USE EXCELLO MACHINE OR TOOLING FOR ANY OF DELPHI'S COMPETITIORS. SUPPLIER WILL HAVE A SECURED AREA FOR EXCELLO MACHINE AND PARTS. MBO WILL BE EVALUATED EVERY 1/4 ON VOLUME, STARTING 3 MONTHS AFTER MACHINE IS PLACE AT UNIVERSAL TOOL AND RUN OFF IS SUCCESSFUL. PAYMENT FOR MACHINE IS INCLUDED IN PART PC. PRICE. PRICE BASED ON A QUANTITY OF 7,000 PCS ANNUALLY. THIS PRICE WILL GO UP OR DOWN BASED ON ACTUALY VOLUME EVER 1/4 TO INSURE PAYMENT OF MACHINE. REFER TO ANCON'S QUOTE DATED 10/12/1999. APPROVED AT SOURCING ON 10/16/1999. SOURCING DECISION ATTACHED.

Total Actual Cost    $0.00

| Total Est Cost | | Where Used / Remarks    EXCELLO MACHINE | Clauses | |
|---|---|---|---|---|
| | | * Complete GP-11 Submission REQUIRED | Buyer [signature]    Date 11/3/99 | |
| Must Be Complete. is a Substitute Material or Supplier Acceptable | | ANCON IS BLANKET HOLDER FOR EXCELLO MACHINE | Purchasing Manager    Date | |
| Yes ☐    No ☑ Must Provide Justification | | Quote No. | | Shipper |
| Invoice / Packing Slip | | | | FOB    Shipping Point |
| Service Approved / Completed | | | | Pay Terms  NET 25th |
| APA Rec'd Services | Haz'd Mat'l Appr. | Acct. Appr. KKumpf | Date 11-3-99    Approval | Date Approval |

Refer to signature page included

| Originator | Phone | | |
|---|---|---|---|
| SINIFF, DAVID | (517)757-3543 | | |
| | 03-99-01 | | |

ORIGINAL - DELPHI                    DAS 2207 0199

11/03/99 14:55 FAX → DEMPSI ☒01

DELPHI CONFIDENTIAL

# DELPHI SOURCE RECOMMENDATION FORM
## INDIRECT/MACHINERY and EQUIPMENT

DPR #: C9600068    MEETING DATE: 10/18/99-Monday    M & E ☐    INDIRECT ☒

DIVISION/LOCATION: Delphi Steering Systems/Prototype Headquarters

DESCRIPTION: INNER & OUTER RACE PROTOYPE BLANKET (BUILD TO PRINT)    (DPR RECEIVED NOV 0 3 1999)

CREATIVITY TEAM NAME: _____    LINKED / LEVERAGED: _____

PROGRAM: Halfshaft/various

MODEL YEAR: _____    DELIVERY DATE: 01-Oct-00

APP. REQUEST #: 0

COSTBOOK $: $2,968,369    AR $: $0

TARGET PRICE(S): $2,551,500

BUYER: Allen Fisher    PHONE: 8-357-3072

FINANCIAL: 0    PHONE: 0

| MS (*) | SUPPLIER | LOCATION | QUOTED PRICE $ | NEGOTIATED PRICE $ | BUYER SAVINGS $ | REDUCTION AGAINST AR/CB $ | % |
|---|---|---|---|---|---|---|---|
|  | ANCON PROTOTYPE | SAGINAW, MI | $3,144,255 | $2,662,359 | $481,896 | $306,010 | 10.31% |
|  |  |  |  |  |  |  |  |

COMMENTS: 3 year contract effective 10/01/2000/ Supplier req'd to purchase machine from Excello
Ancon's price reduction for 2nd & 3rd year, 3%, 3%

|  | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| STATE COSTBOOK BY YEAR: |  | $164,909 | $989,456 | $989,456 | $824,547 |
| SAVINGS AGAINST AR/CB: |  | $17,001 | $102,003 | $102,003 | $85,003 |

APPROVAL SIGNATURES:

_[signature] 10/28/99_    _[signature] David L. [?] 10/28/99_    _[signature]_
BUYER    REQUISITIONER    DIVISIONAL MANAGER

_[signature] 10/28/99_    _____    _[signature]_
COMMODITY MANAGER    DIVISIONAL/REGIONAL DIRECTOR    COMMODITY DIRECTOR    VICE PRESIDENT

Rev 5/3/99

DELPHI CONFIDENTIAL

Dick Ross

# DELPHI SOURCE RECOMMENDATION FORM
## INDIRECT/MACHINERY and EQUIPMENT

| | | |
|---|---|---|
| DPR # C9600068 | M & E | |
| MEETING DATE: 10/18/99-Monday | INDIRECT | X |

**DIVISION/LOCATION:** Delphi Steering Systems/Prototype Headquarters

**DESCRIPTION:** INNER & OUTER RACE PROTOYPE BLANKET (BUILD TO PRINT)

**CREATIVITY TEAM NAME:**

**PROGRAM:** Halfshaft/various        **LINKED / LEVERAGED:** _____ (DPR #) _____

**MODEL YEAR:**

**APP. REQUEST #:** 0                  **DELIVERY DATE:** 01-Oct-00

**COSTBOOK $:** $2,968,369             **A/R $** $0

**TARGET PRICE(S):** $2,551,500

**BUYER:** Allen Fisher                **PHONE:** 8-357-3072

**FINANCIAL:** 0                       **PHONE:** 0

| MS (1) | SUPPLIER | LOCATION | QUOTED PRICE $ | NEGOTIATED PRICE $ | BUYER SAVINGS $ | REDUCTION AGAINST AR/CB $ | % |
|---|---|---|---|---|---|---|---|
| | ANCON PROTOTYPE | SAGINAW, MI | $3,144,255 | $2,662,359 | $481,896 | $306,010 | 10.31% |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**COMMENTS:** 3 year contract effective 10/01/2000/ Supplier req'd to purchase machine from Excello Ancon's price reduction for 2nd & 3rd year. 3%, 3%

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| STATE COSTBOOK BY YEAR: | | $164,909 | $989,456 | $989,456 | $824,547 |
| SAVINGS AGAINST AR/CB: | | $17,001 | $102,003 | $102,003 | $85,003 |

**APPROVAL SIGNATURES:**

REQUISITIONER _[signature]_  DIVISIONAL MANAGER _[signature]_ 10/2/99

BUYER                        COMMODITY DIRECTOR Oct 18 99   VICE PRESIDENT _[signature]_

COMMODITY MANAGER    DIVISIONAL/REGIONAL DIRECTOR

Rev 5/3/99

REQUISITIONER COPY

**DELPHI AUTOMOTIVE SYSTEMS**
Purchase Request
Bold areas are required fields

| | |
|---|---|
| Supplier: Anton | Service: ___ CaptConst: ___ Other: ___ |
| Duns No. 608814059 | SB PO / REL No. S3B00026 / 003  Page ___ of ___ |
| Fax No. | MBO / BL PO No. ___  Req. No. 346553 / 233556 |
| Address: | PO# / Alt: ___ |
| | Date 5/6/02  APA Rec'd  Required ___ Promised ___ |
| | Ship to Dock  Effective ___ Expires ___ |
| Contact: Barry | Rec/Notify |
| Phone No. | Phone ___ Mail/Pt ___ Fax ___ |
| Tax Code: 4A | Number |
| WO Type | Deliver To |

| Qty | U/M | Est. Cost | Actual Cost | G/C 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp 3 | Loc 3 | Prod 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (ALL) | | | | | | | CASKEL BLANKET PO. |
| | | | | | | | | | | | IT HAS BEEN REISSUED AS |
| | | | | | | | | | | | S3B00059/001 |
| | | | | | | | | | | | ENTERED MAY 0 3 2002 |

Where Used / Remarks: EXCELLO

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

| | | Quote No. ___ |
|---|---|---|
| Invoice / Packing Slip | | |
| Service Approved / Completed | | Clauses |
| APA Rec'd Services | | |

| Total Est. Cost | | Haz'd Mat'l Appr. | Acct. Appr. S.C.02 | Acct. Appr. | Date | Approval | Buyer Sanborn 5/6/02 | Date 5/6/02 |
|---|---|---|---|---|---|---|---|---|
| | | | M Kaurll | | | | Purchasing Manager | Date |

| Originator | Phone | | | | | | Shipper | |
|---|---|---|---|---|---|---|---|---|
| Jill Sanborn | 7-3404 | | | | | | FOB | |
| | | | | | | | Pay Terms | |
| | | | | | | Date | Approval | Date |