# EXHIBIT 9

# DELPHI
## Automotive Systems

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND RD.<br>SAGINAW MI<br>48601 | **SHIP TO:** DELPHI SAGINAW STEERING SYS.<br>(3PI) PROTOTYPE OPERATIONS<br>2975 NODULAR DR<br>SAGINAW MI<br>48601<br>US |
| **VENDOR NUMBER** 60-881-4059<br>H E SERVICES CO<br>ANCON PROTOTYPE MACHINE<br>1755 WICCO RD<br>SAGINAW MI<br>48601 | **INVOICE TO:** DELPHI AUTOMOTIVE SYSTEMS<br>PROTOTYPE OPERATIONS<br>3900 HOLLAND RD.<br>DEPT. 14<br>SAGINAW MI<br>48601<br>US |

**PURCHASE ORDER:** S3S18278    **PAGE** 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-3404 |
|---|---|
| 04/30/02 | J SANBORN |
| ALTERATION ISSUE DATE | S18    Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to the Buyer.
On the reverse side hereof are set terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES) | | | | | | |
| 00001 | 36 | PR359602 001 | | EXCELLO CONTRACT, REF QUOTE DATE 6/19/01 FOR<br>MANUFACTURE OF INNER/OUTER RACES<br>TO BE RECEIVED AS 1 LOT EACH MONTH STARTING<br>APRIL 2002.<br>WHO ORDERED: L.KRAMER/7-9801<br>*******SHIPPING AND ROUTING INSTRUCTIONS*********<br>FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER (DC)<br>CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT<br>CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-<br>STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE<br>NUMBER AS WELL AS THE PURCHASE ORDER NUMBER.<br>*******SHIPPING AND ROUTING INSTRUCTIONS*********<br>LESS THAN 150#-UPS CONSIGNEE BILLING IS HOW THE<br>SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT<br>INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR<br>LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL.<br>FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | 04/30/02 | A    0.00% | 22926.0000 | | LOT |
| | | | | IF SHIPPING FROM--USE THESE CARRIERS:<br>MI,IN,IL,WI,OH             ALVAN MOTOR FRT<br>ON, (ONTARIO)              U.S.F. HOLLAND | | | | | | |

| | | |
|---|---|---|
| 000522 USER MELISSA L KALEYTA | ORIGINAL | CONTINUE PAGE 2 |

# DELPHI
Automotive Systems

**PURCHASE ORDER:** S3S18278

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**VENDOR NUMBER** 60-881-4059
TO: ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

**ORDER DATE:** 04/30/02
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**PHONE:** 989-757-3404
**Buyer:** J SANBORN
S18

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | SHIP VIA | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ALL OTHER STATES | | SHIPPING POINT | | | | ROADWAY EXPRESS | | SEE BELOW | | |

OVER 12,000 # ---- CALL DELPHI SAGINAW TRANSPORTATION DEPARTMENT FOR CARRIER DESIGNATION
(517) 757-3509 OR (517) 757-3510
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW PURCHASING VIA A PURCHASE ORDER ALTERATION.
ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER WITH DETAILED EXPLANATION.
THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES).
DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAYMENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON THE FAX OR LETTER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN WITH SHIPMENTS. COPIES SHOULD ALSO BE MAILED TO THE

CONTINUE PAGE 3

ORIGINAL

000522  USER MELISSA L KALEYTA                              PURCHASING AGENT

# DELPHI
Automotive Systems

**PURCHASE ORDER:** S3S18278
**PAGE** 3

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
TO: ANCON PROTOTYPE MACHINE
H E SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA | PHONE: 989-757-3404 | | |
|---|---|---|---|---|---|---|
| 04/30/02 | | | SEE BELOW | J SANBORN<br>S18 | | Buyer<br>PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are set forth terms and conditions to which Seller agrees by acceptance of this order. This offer constitutes the entire agreement, and except for modifications in writing and executed by a Buyer where made in writing and executed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

"WHO ORDERED" PERSON AND THE "DELIVER TO" PERSON
REFERENCED ON THE ORDER. IF PAYMENT DID NOT OCCUR 2ND
DAY 2ND MONTH AFTER RECEIPT OF GOODS.
3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED
RECEIPT RECORDS.
5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
EAG DISBURSEMENTS PHONE (248) 874-4636
*********************************************
IF IT BECOMES NECESSARY TO "BILL TO" EAG DISBURSEMENT
ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN
DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224.

CONTINUE PAGE 4

ORIGINAL

000522   USER MELISSA L KALEYTA

# DELPHI
## Automotive Systems

**PURCHASE ORDER:** S3S18278

**PAGE** 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**ORDER DATE:** 04/30/02
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**SHIP VIA:** SEE BELOW

**PHONE:** 989-757-3404
**Buyer:** J. SANBORN   S18

**VENDOR NUMBER** 60-881-4059
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**TO:** H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. They constitute the only terms and conditions of the sale, and receipt and use of goods hereof constitute the complete and final agreement between Buyer and Seller and no other terms and conditions of any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET  2ND DAY OF 2ND MONTH

**F.O.B.** SHIPPING POINT  DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT O MEASU |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MICHIGAN PAY PERMIT ME3800440, NY. DP00036 ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11. GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND MANDATORY FOR THIS ORDER / RELEASE. FOR FURTHER INFORMATION CONTACT GREG ROVOLL AT (517) 757-3095. ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11 "FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE & PROTOTYPE GP-11". SUBMISSION LEVEL "B" IS REQUIRED, WITH COMPLETE DOCUMENTATION. MATERIAL CERTIFICATION MUST ACCOMPANY THE SHIPMENT WITH TEST DATA SHOWING COMPLIANCE. DELPHI SAGINAW REQUIRES SERIALIZATION USING OF THE JULIAN DATE (I.E. 0145-001). NOT THE "S-001" METHOD DESCRIBED WITHIN THE PROCEDURE. COMPLETE CHARACTERISTIC INSPECTION OF ALL PRINT DIMENSIONS SHALL BE CONDUCTED ON 3 PIECES (1 PIECE ON PLASTIC INJECTED, RUBBER, CASTINGS & STAMPINGS). ALL KEY PRODUCT CHARACTERISTICS (KPC'S AND STARRED* DIMENSIONS), MUST BE MEASURED ON ALL PARTS. INSPECTION RESULTS WILL BE RECORDED. OUT OF TOLERANCE SPECIFICATION DIMENSIONS MUST BE CIRCLED. PROCURING DELPHI ENGINEER MUST SIGN OFF ON THE WARRANT TO ACCEPT ANY DEVIATION(S) PRIOR TO SHIPMENT. SHIPMENT WILL NOT BE ACCEPTED INTO THE SYSTEM FOR | | | | | | |

CONTINUE PAGE 5

ORIGINAL

000522   USER MELISSA L KALEYTA

# DELPHI
Automotive Systems

## PURCHASE ORDER: S3S18278

PAGE 5

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059

TO:
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/30/02
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-3404
J SANBORN   Buyer
S18
PURCHASING AGENT

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be evidenced on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are set the terms and conditions to which Seller agrees by acceptance of this order. This order includes terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B.: SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PAYMENT UNTIL REQUIREMENTS ARE MET. NON-COMPLIANCE MAY RESULT IN THE ISSUANCE OF A PROBLEM REPORT AND RESOLUTION (PR & R) UTILIZING THE GLOBAL QUALITY TRACKING SYSTEM (GQTS) PER GP-5. COMPLETE DETAILS ARE AVAILABLE WITHIN THE GP-11 REFERENCE MANUAL. FOR INFORMATION CONCERNING SUBMISSION REQUIREMENTS OR A COPY OF THE MANUAL, CONTACT GREG ROVOLL AT SAGINAW DELPHI PROTOTYPE OPERATIONS 517-757-3095.<br><br>TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

SMDL03 11/98

ORIGINAL

A000522    USER MELISSA L KALEYTA

**DELPHI AUTOMOTIVE SYSTEMS**
**Purchase Request**
Bold areas are required fields

**Service** ______
**Cap/Const.** ______
**Other** ______

SB PO / REL No. D5518278 Page ______ of ______
MBO / BL PO No. ______ Req. No. 359602
PO# / Alt. ______

Supplier ANCON
Duns No. 608814059
Fax No.
Address

Contact
Phone No.
Tax Code 4
WO Type
Number

**Date** 4-30-02
APA Rec'd
**Ship to Dock**
**Rec./Notify**
**Phone**
**Mail/Plt.**
Fax
Required
Promised
Effective
Expires
Deliver To

| **Qty** | **U/M** | **Est. Cost** | Actual Cost | **GC** 2 | **GL** 4 | **Dept** 5 | **Sub Acct.** 5 | **Corp.** 3 | **Loc.** 3 | **Prod.** 4 | **Item ID / Description** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | LOTS | $22,926 | | | K9SE01217 (P) | | | | | | EXCELLO CONTRACT, REF. QUOTE |
| | | | | | | | | | | | DATED 6-19-01 FOR MANUFACTURE |
| | | | | | | | | | | | OF INNER/OUTER RACES. |
| | | | | | | | | | | | TO BE REC'D AS 1 LOT EACH |
| | | | | | | | | | | | MONTH STARTING APRIL 2002. |
| | | | | | | | | | | | |
| | | | | | | | | | | | ENTERED APR 30 2002 |

Total Est. Cost $82,5336.00

Where Used / Remarks
EXCELLO MACHINE

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ______
No ______ Must Provide Justification

Buyer [signature] Date 4/30/02 S18
Purchasing Manager Date

Invoice / Packing Slip
Quote No.
Shipper
Service Approved / Completed
FOB
APA Rec'd Services
Pay Terms

**Originator** Loren Kramer **Phone** 7-9801
Haz'd Mat'l Appr.
**Acct. Appr.** 4.30.02 Date [signature]
Approval [signature] Date 4/30/02
Approval Date

DAS 2207 0399

APA/BUYER