# EXHIBIT 10



**DELPHI** — Automotive Systems

# PURCHASE ORDER: S3B00059 001
### ALTERATION ###

PAGE 1

###ESTABLISHED PER RELEASE###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
TO: ANCON PROTOTYPE MACHINE
H E SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

ORDER DATE: 05/01/02
ALTERATION ISSUE DATE: 05/06/02
ALTERATION EFFECTIVE DATE: 05/06/02

PHONE: 989-757-3404
Buyer: J SANBORN   S18
PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B.: DESTINATION UNLESS OTHERWISE INDICATED — SHIPPING POINT
SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT O MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|

THIS IS A MISC BLANKET ORDER FOR THE COMMODITY 2002 RE

#LOCAL BLANKET S3B00059 HAS BEEN ALTERED AS FOLLOWS#

EFFECTIVE DATE: 05/01/02  EXPIRATION DATE: 05/01/05

THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ADD CANCELLED MBO S3B00028 CLAUSES

MBO WILL BE EVALUATED EVERY 1/4 ON VOLUME, STARTING 3 MONTHS AFTER MACHINE IS PLACE AT UNIVERSAL TOOL AND RUN OFF IS SUCCESSFUL. PAYMENT FOR MACHINE IS INCLUDED IN PART PC. PRICE. PRICE BASED ON A QUANTITY OF 7,000 PCS ANNUALLY. THISPRICE WILL GO UP OR DOWN BASED ON ACTUAL VOLUME EVERY 1/4 TO INSURE PAYMENT OF MACHINE. REFER TO ANCON'S QUOTE S3B00028 DATED 10/12/1999. APPROVED AT AOURCING ON 10/18/1999. SOURCING DECISION ATTACHED.

LAST PAGE

M000032  USER: MELISSA L KALEYTA

ORIGINAL

SMO103 11/98

DELPHI

# PURCHASE ORDER

PAGE 1

ORDER: S3B00059 002

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-3404 |
|---|---|
| 05/01/02 | J SANBORN |
| ALTERATION ISSUE DATE | Buyer |
| 09/10/03 | S18 |
| ALTERATION EFFECTIVE DATE | |
| 09/10/03 | PURCHASING AGENT |

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

###ESTABLISHED PER RELEASE###

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS IS A MISC BLANKET ORDER FOR THE COMMODITY 2002 RE | | | | | | |
| | | | | #LOCAL BLANKET S3B00059 HAS BEEN ALTERED AS FOLLOWS# | | | | | | |
| | | | | EFFECTIVE DATE: 05/01/02  EXPIRATION DATE: 05/01/05 | | | | | | |
| | | | | THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | ALTER BLANKET TO INCLUDE PRICE/PROCESS BREAKDOWN ON INNER/OUTER RACES FROM BAR STOCK & INNER/OUTER RACES FROM BLANKS. ALSO ADD THE HEAT TREAT SAMPLES & SET UP CHARGES | | | | | | |
| | | | | *** BLANKE TO INCLUDE PRICE/PROCESS BREAKDOWN *** ON INNER/OUTER RACES FROM BAR STOCK & INNER/OUTER RACES FROM BLANKS | | | | | | |
| | | | | - PRODUCTION BLANK - INNER RACE | | | | $ 46.00 | | |
| | | | | GREEN MACHINE | | | | | | |
| | | | | HARD TURN O.D. | | | | $ 21.00 | | |
| | | | | MACHINE BALL GROOVE | | | | $ 29.75 | | |

CONTINUE PAGE 2

M000D39  USER: MELISSA L KALEYTA

ORIGINAL

SMO103 01/15/2003

DELPHI  PAGE   2
BLANKET ORDER ALTERATION ATTACHMENT FORM
ALTERATION NUMBER S9800059 002 ISSUE DATE 09/10/03

BUYER NAME: J SAMBORN
BUYER CODE: S18
VENDOR: H E SERVICES CO

| ITEM | VENDOR ITEM | NOUN NAME | DESCRIPTION | RFQ NUMBER | BASE UNIT PRICE | PRICE MULT | BUY U/M |
|---|---|---|---|---|---|---|---|
| SEQ | PERCENT IDENTIFICATION | | | | | | |
| | | O.D GRIND | | | $ 28.00 | | |
| | | COMPLETE | | | $ 96.75 | | |
| | | SET UP CHARGE | $350.00 | | | | |
| | | HEAT TREAT | | | $ 46.00 | | |
| | | | - BAR STOCK INNER RACE | | | | |
| | | HARD TURN O.D. | | | $ 21.00 | | |
| | | MACHINE BALL GROOVE | | | $ 29.75 | | |
| | | O.D. GRIND | | | $ 28.00 | | |
| | | GREEN MACHINE | | | $ 68.50 | | |
| | | COMPLETE | | | $119.25 | | |
| | | SET-UP | | | $450.00 | | |
| | | HEAT TREAT | | | $ 68.50 | | |
| | | PRODUCTION BLANK - OUTER RACE | | | | | |
| | | GREEN MACHINE O.D. | | | $ 46.00 | | |
| | | HARD TURN O.D. | | | $ 21.00 | | |
| | | MACHINE BALL GROOVES | | | $ 29.75 | | |
| | | COMPLETE | | | $ 96.75 | | |
| | | SET-UP | | | $350.00 | | |
| | | - BAR STOCK - OUTER RACE | | | | | |
| | | GREEN MACHINE O.D. | | | $ 68.50 | | |
| | | HARD TURN O.D. | | | $ 21.00 | | |
| | | MACHINE BALL GROOVES | | | $ 29.75 | | |
| | | COMPLETE | | | $119.25 | | |
| | | SET-UP | | | $450.00 | | |

M000039    USER: MELISSA L KALEYTA                               LAST PAGE