# EXHIBIT 11



**ENGINEERING / TESTING**
**MANUFACTURING**

H E. SERVICES • 5117 S. DORT HWY • FLINT, MI 48507 • (810) 743-4900 • FAX (810) 743-8400

January 3, 2003

Delphi Saginaw Steering Systems
Prototype Operations
Mr. Bruce Waslusky
2975 Nodular Drive
Saginaw, Michigan 48601

RE:   **Excello Machine Update**

Dear Bruce:

Excello has finally responded to my letter dated December 11, 2002. Excello indicates they expect to be paid 20%, or $123,628 by January 31, 2003. They do recognize that the machine went down but because of the current payment status they did not provide the service support.

I will respond to Excello by January 31, 2003 when I have a status report on getting the Excello machine operational again and related costs, if available. In my previous correspondence to Excello, I indicated we would have to evaluate our out-of-pocket cash payments and lost business opportunities in determining the final payment to Excello.

We will continue to work with Excello at finalizing the purchase price. I know that resolving the issues with Excello has taken longer than anticipated and based on the status to date I can not give you a firm date on when we may have a final resolution on this matter. I will keep everyone apprised of any new developments.

If there are any questions do not hesitate to call me at (810) 743.4900, extension 207 or Rick Everden at extension 289. I hope everyone had a happy and safe holiday!

Regards,

Mark G. Lesperance

Cc: Robert Backie
Dave Stearns
Rick Everden
Dave McGregor
Mark Martin
Jill Sanborn

**EXHIBIT**

Backie

5

NG  6-7-07

DPH-HES 0005699

CONFIDENTIAL