# EXHIBIT 12

**Hearing Date:  September 6, 2007**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Albert L. Hogan III (AH 8807)
Ron E. Meisler (RM 3026)

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  X
                                                   :
     In re                              :   Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :   Case No. 05-44481 (RDD)
                                                   :
                                                   :   (Jointly Administered)
        Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMENDED DECLARATION OF WILLIAM LOCRICCHIO IN SUPPORT OF DEBTORS'
AMENDED SUPPLEMENTAL REPLY WITH RESPECT TO PROOFS OF CLAIM
NUMBERS 837 & 838 (H.E. SERVICES COMPANY & ROBERT BACKIE)

("AMENDED LOCRICCHIO DECLARATION – H.E. SERVICES COMPANY, ET AL.")

William Locricchio declares as follows:

1.      Delphi Corporation and certain of its subsidiaries and affiliates are debtors and debtors-in-possession in these chapter 11 cases.  I submit this declaration in support of the Debtors' Supplemental Reply With Respect To Proofs Of Claim 837 & 838 (H.E. Services Company and Robert Backie) (the "Amended Supplemental Reply").  Capitalized terms not otherwise defined in this declaration have the meanings ascribed to them in the Amended Supplemental Reply and the Statement of Disputed Issues.

2.      Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, my review of relevant documents, my opinion, and my experience with and knowledge of Delphi Automotive Systems LLC's ("DAS LLC") relationship with H.E. Services Company  ("H.E. Services").  If I were called upon to testify, I could and would testify to the facts set forth herein.

3.      I am employed by Callaway Partners.  I work on a contract basis for DAS LLC as a Proof of Claim Analyst in the Claims Administration Center.  I have worked on DAS LLC matters since August 2006.  I am responsible for, among other things, investigating H.E. Services' claim that DAS LLC failed to pay H.E. Services for $979,239.02 worth of invoices (the "Unpaid Invoices Claim").  I have drawn the following conclusions relevant to the Unpaid Invoices Claim:

**Initial Review of the Unpaid Invoices Claim.**

4.      I began my investigation by reviewing the exhibits supporting H.E. Services' Unpaid Invoices Claim, which were attached to its Proof of Claim and its Supplemental Response.  Utilizing Microsoft Excel ("Excel"), I created a master list of all the individual invoices comprising each exhibit; this list categorizes the invoice number, invoice amount, date,

purchase order number, date ordered, and Supplemental Response exhibit number of each

individual invoice.  (See Ex. A.)

5.    Once I finalized the master list, I used an Excel formula to add together all

the invoice amounts.  The formula yielded a total amount of $975,990.04, which is $3,248.98

less than the amount H.E. Services alleged to be outstanding.  (See Supp. Resp. ¶ 5 (alleging

$979,239.02 in outstanding invoices).)  To reconcile this discrepancy, I compared my master list

with a handwritten chart of unpaid invoices located in H.E. Services' document production[1] (see

Ex. B).  I inputted the information reflected in the handwritten chart into Excel.  (Ex. C.)  Then I

sorted the information by invoice number to enable a comparison to the master list.  The

comparison revealed several errors or inconsistencies on H.E. Services' part that account for the

$3,248.98 discrepancy.   First, with respect to three invoices (numbers 123, 133, and 134), H.E.

Services failed to account for $5,304.18 of credit memos (i.e., DAS LLC debits) showing credits

H.E. Services provided to DAS LLC.  These credit memos were reflected in Exhibit 6 to H.E.

Services' Proof of Claim.  Second, with respect to four invoices (numbers 6517, 7150000070,

10000035746-HES, and 10000036281-HES), H.E. Services incorrectly transcribed the amount

shown on the invoice to the handwritten chart (i.e., the handwritten chart reflects the incorrect

invoice amount when compared to the hard copy invoice).  Third, H.E. Services' handwritten

chart did not include one invoice (number 10000045011-HES) that was attached as an exhibit to

the Supplemental Response.  Finally, H.E. Services' handwritten chart included reference to

three invoices (numbers "MISC," 122, and 578) that were not attached as exhibits to the

---

[1]    The handwritten chart was among the documents H.E. Services produced on May 19, 2007 in response to
Debtors' document requests.  The last page of the handwritten chart reflects a computation of allegedly unpaid
invoices identical to the amounts H.E. Services alleged to be outstanding in its Supplemental Response.
(Compare Ex. B with Supp. Resp. ¶ 5.)  As a result, I believe the Unpaid Invoices Claim amount is premised
upon the handwritten chart.

3

Supplemental Response.[2]  A summary spreadsheet reflecting reconciliation of the $3,248.98 discrepancy is attached as Exhibit D.

**Elimination of Duplicate Invoices.**

6.      During my review of the Supplemental Response exhibits, the master list, and the information reflected in the handwritten chart, I discovered that H.E. Services double counted 19 invoices, totaling $52,201.12.   These invoices were included twice among H.E. Services' exhibits.  These duplicate invoices appear in bolded text on Exhibit C (the Excel spreadsheet summarizing H.E. Services' handwritten chart).

7.      Specifically, as part of its Unpaid Invoices Claim, H.E. Services claims DAS LLC failed to pay its Universal Inspection Division $247,746.58.  In support of this claim, H.E. Services cites Exhibit 2 to its Supplemental Response.  My review of Exhibit 2 uncovered seven invoices (numbers 166, 193, 197, 260, 273, 288, 291, and 299), which were included twice in the exhibit.

8.      H.E. Services also claims DAS LLC failed to pay its Ancon Prototype/Machine division $133,291,20.  In support of this claim, H.E. Services cites Exhibit 3 to its Supplemental Response.  During my review of Exhibit 3, I uncovered four invoices (numbers 7110000068, 7110000149, 7110000166, and 195) that either were included twice in that exhibit or were already included in Exhibit 2.

9.      H.E. Services also claims DAS LLC failed to pay H.E. Services Engineering $598,201.44.  In support of this claim, H.E. Services cites Exhibit 4 to its

---

[2]     Even though H.E. Services failed to provide copies of these invoices, I nevertheless followed the procedures summarized in ¶¶ 15-16, infra, to attempt to reconcile these four invoices.  I found no records of these invoices in DAS LLC's accounts payable system.  This indicates that either DAS LLC never received the invoice, or the invoice was entered into the system under an alternate number.  See infra ¶¶ 14, 17. If H.E. Services intends to include these four invoices as part of its claim, H.E. Services must – at a minimum – provide a hard copy of each invoice to Debtors.

Supplemental Response.  During my review of Exhibit 4, I discovered eight invoices (numbers

144, 201, 213, 217, 132-133-134, 132-133-134-133a, and 149/150/164) that either were included

twice in that exhibit or were already included in Exhibit 3.

10.     A spreadsheet reflecting a summary of the duplicate invoices is attached

as Exhibit E.

11.     After reducing H.E. Services' original claim by $55,450.10 to account for

the $3,248.98 discrepancy and $52,201.12 worth of duplicate invoices (making the revised claim

amount $923,788.92), I proceeded to reconcile the Unpaid Invoices Claim to determine which

invoices DAS LLC previously paid to H.E. Services.

**Elimination of Previously Paid Invoices.**

12.     I began the reconciliation process by comparing each individual invoice

against DAS LLC's main accounts payable system, which is called the DACOR System

(Disbursement Analysis Control and Online Reporting System).  The DACOR System is used to

pay all DAS LLC's vendors as well as maintain all payable records.  Additionally, the DACOR

System distributes approvals to users, generates checks, prepares payment vouchers that are sent

to vendors, automates journal entries and inputs those entries into the general ledger, and

automates account distributions.  The DACOR System is updated daily and contains twelve

months worth of data.  Data is archived after twelve months.

13.     The main DACOR (Accounts Payable) System feeds a web-based

program called E-DACOR, a data repository program.  E-DACOR is a flat file that is updated

nightly and lists all account payable information that is included on the DACOR System.

Information may be viewed online or downloaded to a personal computer for sorting and further

analysis.  A user may search E-DACOR for both paid and unpaid invoices using the purchase

order number, bill of lading (i.e., shipper) number, or invoice number. Since the year 2003, all vendors who request access may view online their own records related to DAS LLC's accounts payable system. E-DACOR maintains a rolling 36 months of information available online.

14.    In my experience the DACOR System reliably reflects the liabilities of DAS LLC. It is standard business practice that each time DAS LLC receives a shipment from a vendor, the receiving department enters the shipment into the DACOR System.[3] The receiving department will either enter the shipment under the bill of lading or shipping manifest number (collectively, "shipper numbers") or under the invoice number.[4] Due to the documentation accompanying shipments (which may not include all relevant reference numbers), the large volume of shipments received, and the number of employees charged with shipment intake, the receiving departments are not always able to uniformly input the same information for each shipment. In other words, on certain occasions the receiving department may use the invoice numbers to catalogue the shipments it receives. On other occasions the receiving department may use the shipper numbers to catalogue shipments, without inputting the corresponding invoice numbers (even if such invoice numbers are available). This is because the DACOR system only allows entry of one number – either the shipper number or the invoice number – to avoid duplication of payment. Although these discrepancies do not affect the reliability of the DACOR System, such practices hinder the invoice reconciliation process in cases where the

---

[3]    Obviously services are not receipted in this manner. Rather, suppliers send invoices for services directly to the Buyer who requested the services. It is the Buyer's responsibility to confirm that the supplier completed the service, sign off on the invoice, and direct the invoice to the accounting department for entry into DACOR and supplier payment. If the supplier did not complete the service adequately, the Buyer must wait until the service is completed prior to signing off on the invoice.

[4]    In many cases, shipments do not include invoices. In such circumstances, the receiving department's only option is to enter the shipper number. If DAS LLC later receives an invoice for products it previously received, such invoice would neither be entered into DACOR nor maintained in any filing system. This is because DAS LLC pays upon receipt of goods – not upon invoice – as is noted on all purchase orders.

invoice at issue does not reflect all identifying numbers, i.e., where an invoice reflects only the invoice number and not the shipper numbers.

15.    To reconcile the invoices, I first entered each individual invoice number into the DACOR System to determine whether the DACOR System reflected that the invoice had been paid.  Out of the 222 non-duplicative invoices attached as exhibits to the Supplemental Response, the DACOR System reflected that 87 invoices catalogued by invoice number were previously paid.  These invoices total $497,573.08.[5]  A spreadsheet reflecting a summary of these previously paid invoices is attached as Exhibit F.[6]

16.    I then reviewed all the remaining open invoices against DAS LLC's archived payable system.  None of the invoices were reflected in the archived system.

17.    My next step was to determine whether any of the remaining open invoices were inputted into the DACOR System under a number other than the invoice number, i.e., under a shipper number.  In connection with that, I reviewed the remaining open invoices against files associated with an invoice investigation and reconciliation performed in 2004 (the "2004 audit").  DAS LLC participated in the 2004 audit together with H.E. Services and McTevia & Associates, a financial firm hired by H.E. Services to assist it with the collection of

---

[5]    All of these invoices were paid between January 2004 and May 2005.  From my review of the invoices attached to the Supplemental Response I noticed that many instruct DAS LLC to remit payment to H.E. Services' account with Comerica Bank.  Also, during my review of other documentation relevant to my investigation, I learned that sometime in approximately early-2004 H.E. Services' receivables were directed straight to Comerica Bank to satisfy debts H.E. Services owed to the bank.

[6]    Appendix I to Amended Locricchio Declaration ("Appendix I") contains the underlying documentation supporting Exhibit F.  Appendix I is divided into three tabs that correspond to Exhibits 2, 3 and 4 to H.E. Services' and Robert Backie's Supplemental Response ("HES Exhibits").  Behind each tab appears (1) a chart summarizing my findings, (2) the paid invoices and purchase orders that were included within the corresponding HES Exhibit, and (3) proof of payment of those invoices by DAS LLC.  Specifically, the proof of payment is the E-DACOR summary and detail search results retrieved by entering in the associated invoice number.  The summary search results indicate both the date paid and the payment number (either the electronic funds transfer number or the check number).  Moreover, the detail search results provide a brief description of the work performed, which corresponds to the invoices provided by H.E. Services.

receivables.  The 2004 audit files contained copies of multiple shipment orders associated with

the invoices attached as exhibits to H.E. Services' Supplemental Response.  This indicated to me

that H.E. Services shipped the goods associated with those invoices in multiple installments.  By

entering the shipper numbers associated with these invoices into the DACOR System, I was able

to determine that these invoices were previously paid to H.E. Services in installments as the

goods were received.  The payments were inputted in the DACOR System and catalogued under

the shipper numbers, rather than the associated invoice numbers.  These invoices total

$61,861.96.  A spreadsheet reflecting a summary of these invoices previously paid by shipper

number is attached as Exhibit G.[7]

18.     In connection with my review of the 2004 audit files, I learned that during

the 2004 audit, H.E. Services claimed, among other things, that DAS LLC was liable to it for six

invoices billed to Ramatech, LLC; however, it was determined at the time that Ramatech, not

DAS LLC, retained responsibility for these invoices.  (See Dawe Am. Decl. ¶ 33.)  These same

six invoices are included as exhibits to the Supplemental Response, but they are now addressed

to DAS LLC instead of Ramatech (i.e., H.E. Services apparently altered the addressee

information between the time of the 2004 audit and filing the Supplemental Response).  Because

the inspection services underlying these invoices remain unchanged, Ramatech retains

---

[7]     Comparison of the DACOR records to H.E. Services' summary invoices revealed apparent over- or under-
payment by DAS LLC in four cases.  In all but one case, the discrepancies were due to errors H.E. Services
made when preparing the final summary invoice, e.g., H.E. Services double counted shippers or failed to count
shippers.  (See Ex. G-1 setting forth a detailed reconciliation of the discrepancies noted on Exhibit G).)
Appendix II to Amended Locricchio Declaration ("Appendix II") contains the underlying documentation
supporting Exhibits G and G-1.  Appendix II contains ten tabs that correspond to the ten invoices that DAS LLC
paid under shipper numbers.  Behind each tab appears (1) a chart summarizing my findings, (2) if applicable, a
chart summarizing discrepancies between the invoice and payment amounts, (3) the invoice and associated
shippers alleged to be unpaid by H.E. Services, and (4) proof of payment by DAS LLC.  Specifically, the proof
of payment is the E-DACOR summary and detail search results retrieved by entering in the associated shipper
numbers.  The summary search results indicate both the date paid and the payment number (either the electronic
funds transfer number or the check number).  Moreover, the detail search results provide a brief description of
the work performed, which corresponds to the shippers I located in the 2004 audit files.

responsibility for payment of the invoices.  These invoices total $8,094.45.   A spreadsheet reflecting a summary of these invoices owed by Ramatech is attached as Exhibit H.  Also included as part of Exhibit H appear copies of the invoices to DAS LLC followed by copies of the same invoices to Ramatech (including underlying documentation).

19.    H.E. Services' Supplemental Response exhibits included one $6,400.00 invoice addressed to Delphi Polska Automotive Systems in Poland ("Delphi Poland").  To reconcile this invoice, I contacted Delphi Poland and asked for confirmation of payment.  Delphi Poland confirmed that this invoice was paid in full on August 4, 2004 and provided proof of payment.  (See Ex. I.)

**Elimination of Double Billed Invoices.**

20.    Next I reviewed the remaining open invoices for any anomalies or inconsistencies.  During this review I discovered 45 invoices that H.E. Services billed to DAS LLC twice under different invoice numbers.  In each instance, DAS LLC paid in full under one of the two invoice numbers.  For example, H.E. Services billed DAS LLC under invoice number 219-235 for $10,062.00, which DAS LLC paid on June 11, 2004.  H.E. Services also billed DAS LLC for the same work in installments under invoice numbers 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, and 235, which taken together total $10,062.00.  Because DAS LLC paid invoice number 219-235, DAS LLC did not – and was not required to – separately pay invoice numbers 219 through 235.  Both invoice number 219-235 and invoice numbers 219 through 235 are included as exhibits to the Supplemental Response and thus were counted twice in the Unpaid Invoices Claim.  The invoices billed in duplicate total $126,916.00.  A spreadsheet reflecting a summary of these invoices is attached as Exhibit J.

**Reconciliation of Invoices Addressed to Prince Manufacturing.**

21.    Of the remaining invoices, twelve are addressed to Prince Manufacturing (the "Prince Invoices") and contain reference to purchase order numbers that do not appear to be DAS LLC-generated.  However, correspondence included in H.E. Services' Supplemental Response exhibits suggests that DAS LLC may have agreed to pay these invoices.  I followed up with several DAS LLC employees and eventually I learned from Leisha McKay, Supplier Quality Manager, that DAS LLC was financially responsible for Universal Inspection's sorting for "short shots."   Of the twelve Prince Invoices, nine of them – totaling $35,529.00 – specify that they involved sorting short shots and thus are properly payable to H.E. Services (invoice numbers 3293, 3252, 3526, 3294, 3527, 3737, 3738, 3965, and 4171).  The remaining three Prince Invoices (invoice numbers 3740, 3713, and 3967) specify sorting to "verify torque on assemblies on line"; DAS LLC does not believe it is responsible for these invoices, but has requested more information from H.E. Services in order to reconcile these invoices.  (See infra ¶ 22.)

**Invoices For Which H.E. Services Provided Inadequate Information.**

22.    After completion of the above steps the remaining open invoices total $187,414.43.  Of these invoices, 26 invoices totaling $91,098.43 lack information on their face necessary for proper reconciliation.  Although I searched the DACOR System and the archived payable system for these 26 invoice numbers, I was unable to find any record of these invoices.  Based on my experience, I concluded that the invoices are likely catalogued under the associated

shipper numbers.[8] Thus, through DAS LLC's counsel, I asked H.E. Services to provide the

shipper numbers associated with, among others, these 26 invoices.[9] That request was sent to

counsel for H.E. Services on April 27, 2007.[10] (See Ex. K (letter).) To date, H.E. Services has

not provided the additional requested information and many of these invoices remain

unresolved.[11] A spreadsheet reflecting a summary of these invoices is attached as Exhibit L.

          23.      After requesting the shipper numbers from H.E. Services, I continued to

attempt to reconcile these 26 invoices. However, eight of these invoices, totaling $5,230.50, do

not reflect any DAS LLC identifying numbers, including the DAS LLC purchase order

number.[12] These eight invoices do not contain any other information that would enable

reconciliation. Only the H.E. Services' invoice number appears on these eight invoices (numbers

193, 222, 256, 307, 215, 4283, 5978[13], and 2502-1), and the invoice numbers have not been

---

[8]    Indeed, based on both H.E. Services' practice of shipping goods in installments and DAS LLC's practice of releasing the corresponding payments in installments – using the shipper number to record the payments – it is reasonably likely that these invoices were previously paid under the shipper numbers.

[9]    Originally, I included all of the Prince Invoices together with the invoices for which I requested more information. Subsequent to that request, I received information that certain of the Prince Invoices were properly payable. (See supra ¶ 21.)

[10]    In the ordinary course of business, DAS LLC routinely requests shipper numbers to reconcile invoices that were potentially paid in installments. It is DAS LLC's standard practice to refuse to pay such invoices until the supplier provides the shipper numbers so that DAS LLC may avoid double paying the supplier.

[11]    Although DAS LLC maintains files of all shippers it receives, it is impossible to locate the shippers relevant to H.E. Services' claim. DAS LLC files shippers by the date of receipt (and they are not cross-referenced by supplier name, purchase order number or invoice number). Additionally, shippers are filed at the location where the goods were received. Thus, to locate a particular shipper, one would need to know both the arrival date and place of the associated shipment. Even if one knew this information, finding the shipper would entail sifting through hundreds, if not thousands, of documents because each DAS LLC receiving location may receive up to 1,000 or more shipments per day. Regardless, the invoices H.E. Services supplied do not indicate the date of receipt, making location of the shippers a virtual impossibility.

[12]    This is contrary to DAS LLC's requirement that suppliers must include the DAS LLC purchase order number on all invoices.

[13]    During my review and despite the lack of information H.E. Services' provided with respect to invoice 5978 (totaling $320.00), I noticed that it is duplicative of invoice numbers 5978A and 5978B. Invoices 5978A and 5978B were previously paid and, taken together, total $320.00. (See Ex. F (schedule of paid invoices).)

entered into the DACOR system.  Thus, it is impossible to adequately reconcile these invoices because they may have been paid and catalogued under shipper numbers or purchase order numbers.   Moreover, these invoices are insufficient to warrant payment because they do not include a purchase order number as required by DAS LLC.

24.    Similarly, three of these invoices (numbers 3713, 3740, and 3967), totaling $13,279.00, do not reflect valid DAS LLC purchase order numbers.  As explained above, invoice numbers 3713, 3740, and 3967 are directed to Prince Manufacturing and DAS LLC disclaims liability for these invoices.  (See supra ¶ 21.)

25.    Of the remaining 15 invoices, three of them (numbers 10000029460-HES, M99999/4168[14], and 355) totaling $31,738.29 include purchase request, as opposed to purchase order, information.[15]   I contacted the buyers associated with these purchase requests to determine if they could provide information relevant to invoice reconciliation; however, the buyers were unable to provide any useful information.  Again, these invoices as submitted are insufficient to warrant payment because they do not include a purchase order number as required by DAS LLC.

26.    The remaining 12 invoices (numbers 116, 117, 121, 195, 200, 262, 273, 4980, 5930, 6319, 6540, and 149/150/164), totaling $40,850.14, each include valid purchase order numbers.  In an attempt to reconcile these invoices without shipper numbers, I looked up and analyzed all the payments made under each of the corresponding purchase order numbers:

---

[14]    This invoice appears in H.E. Services' Exhibit 2 both as invoice number M99999 and as invoice number 4168.

[15]    Purchase requests are forms that DAS LLC buyers complete – usually by hand – when they decide to purchase goods or services from a supplier.  The purchase request is ultimately sent to the Purchasing Department, which issues a purchase order.

(a)    First, invoice 273 (for $130.00) purports to correspond with purchase order S2S33587.  Each payment made on that purchase order was made under a shipper number.  (See Ex. M.)  However, no payments were made for exactly $130.00.  (Id.)  Since all the payments were made under shipper numbers, it is reasonable to assume that invoice 273, if paid, was paid under one or more shipper numbers.  But, because review of invoice 273 was inconclusive it remains unresolved.

(b)    Second, invoice numbers 116 (for $1,743.00) and 117 (for $1,428.00) purport to correspond with purchase order S2S45116.   The majority of payments made on that purchase order were made under shipper numbers and the remaining payments were made under invoice numbers.  (See Ex. N.)  Although no individual payment equals to the precise amounts reflected on invoices 116 or 117, payments on shipper numbers, taken together, add up to these precise amounts.  In particular, DAS LLC paid $525.00 under shipper number 6307 and $1,218.00 under shipper number LW0111, which taken together equals $1,743.00.  (Id.)  Alternatively, DAS LLC paid $210.00 under shipper number 6517, which taken together with the $1,218.00 paid under shipper number LW0111, equals $1,428.00.  (Id.)  Thus, it is reasonable to conclude that all or part of invoices 116 or 117 previously were paid under one or more shipper numbers.  This conclusion is bolstered by the fact that purchase order number S2S45116 was only authorized in the amount of $9,000.00.  (Ex. O.)  The payment history shows that DAS LLC paid H.E. Services $8,670.90 against this invoice.  (Ex. N.)  Thus, the most that DAS LLC could owe under this purchase order is $329.10.[16]

---

[16]    DAS LLC's accounts payable system prevents payment for or the acceptance of goods beyond the amount authorized in the purchase order.  If DAS LLC desired to order more than the amount authorized, an alteration to the purchase order must be approved and issued.

(c)    Third, invoice number 262 (for $661.32) purports to correspond with purchase order SAG90I5219.  Each payment made on that purchase order was made under a shipper number.  Furthermore, DAS LLC made a payment to H.E. Services in the precise amount of $661.32 under shipper number 17334.  (Ex. P.)  Thus, invoice 262 was paid in full.

(d)    Fourth, invoice numbers 121, 4980, 5930, 6319, and 6540 (totaling $25,505.82) purport to correspond with purchase order number S2S45240.  Review of the payment history shows that DAS LLC previously paid H.E. Services $28,553.87 against that purchase order.  (Ex. Q.)  However, all the paid amounts were claimed by H.E. Services under different invoice numbers and are reflected on Exhibit F as previously paid.  Thus, based on the information available, there is no indication that invoices 121, 4980, 5930, 6319, and 6540 previously were paid.  Nevertheless, the review revealed a discrepancy between these five invoices and invoice M99999/4168.  Specifically, the same exact H.E. Services price quotation attached to purchase order S2S45240 is also associated with invoice M99999/4168 in H.E. Services' exhibits.  (See Ex. R (purchase order).)  This reasonably suggests that M99999/4168 (for $29,410.29) encompasses all of the five invoices at issue here.  This conclusion is bolstered by the fact that purchase order number S2S45240 was only authorized in the amount of $60,000.00.  (Id.)  Because DAS LLC previously paid $28,553.87 against this purchase order, the most that DAS LLC could owe under this purchase order is $31,446.13.[17]   Absent additional information, however, it is impossible to tell which of these invoices are valid, if any.

(e)    Fifth, invoice numbers 195 and 200 (for $777.00 each) purport to correspond with purchase order number S2S45340.  Although no payments were made for precisely $777.00, DAS LLC did pay $6,012.00 of the $9,000.00 authorized by that purchase

---

[17]    See supra n.16.

14

order, some or all of which may relate to invoices 195 and/or 200. (See Ex. S.) Nevertheless, because the review was inconclusive both invoices 195 and 200 remain unresolved.

(f)     Sixth and finally, invoice number 149/150/164 (for $9,828.00) purports to correspond with purchase order S2S42283. This purchase order was closed after a July 1, 2003 payment of $9,360.00 against H.E. Services' shipper number 45309. This payment represents the entire amount authorized by purchase order S2S42283, as reflected by the purchase order attached to H.E. Services' invoice 149/150/164. Thus, this purchase order has been paid in full; therefore invoice 149/150/164 represents either an invalid or duplicative invoice that incorrectly exceeds the amount authorized by the corresponding purchase order.

27.     Following the above analysis of the 26 invoices for which H.E. Services provided inadequate information, I concluded that the $91,098.43 figure must be reduced by $37,121.20 to account for duplicative invoices (see supra n.13), paid invoices (see supra ¶¶ 26(c), (f)), and invoices that exceed the authorized purchase orders (see supra ¶¶ 26(b), (d), (f) and n.16). Therefore, of the 26 invoices in this category, the unresolved invoices total, at most, $53,977.23.

**Reconciliation of Remaining Invoices.**

28.     After the above steps, $96,316.00 worth of invoices remained unreconciled.[18] I sent these invoices to Linda Briggs, North America Financial Accounting Manager, of DAS LLC's Saginaw office to determine whether they are properly payable (the "Saginaw investigation").[19] The Saginaw investigation uncovered five problematic invoices.

---

[18]   These invoices do not include the unresolved invoices for which H.E. Services provided inadequate information.

[19]   Unlike the invoices for which H.E. Services provided inadequate information, the invoices that were the subject of the Saginaw Investigation included all relevant reference numbers – including invoice, purchase order, and

*(cont'd)*

First, three invoices (numbers 299, 356, and 6527) totaling $554.00 reflect payment on a DAS

LLC corporate MasterCard.  The 2004 DAS LLC corporate credit card administrator, Robert

Prueter, was contacted and requested to provide credit card statements evidencing proof of

payment.  Mr. Prueter complied with this request as to invoice number 356 and the statement

evidencing proof of payment is attached as Exhibit T.[20]  Second, Tim Bennett, DAS LLC Senior

Validation Engineer, confirmed that H.E. Services did not complete the work associated with

invoice number 179 for $8,944.00.[21]  Mr. Bennett confirmed that DAS LLC never received the

engineering drawings underlying this invoice and DAS LLC ultimately hired another vendor to

produce the drawings.  Thus, DAS LLC disputes the validity of invoice number 179.  Finally,

Dawn Buckner, Payable Liaison, determined that H.E. Services time records are necessary to

determine whether H.E. Services performed the work under invoice number 10000045011-HES

for $6,500.00.  Thus, through DAS LLC's counsel, I asked H.E. Services to provide the

employee time records associated with this invoice.  That request was sent to counsel for H.E.

Services on May 14, 2007.  (See Ex. U (letter).)  To date, H.E. Services has not provided the

additional requested information so this invoice remains unresolved.

        29.     After completion of the Saginaw investigation, the remaining 31 open

invoices total $80,318.00.  Twenty-nine of these invoices were for services and two were for

---

*(cont'd from previous page)*

    shipper numbers – which allowed for an accurate determination of whether DAS LLC previously paid the invoices.

[20]    Credit card statements for invoice numbers 299 and 6527 have not yet been located, however, based on the documentation H.E. Services provided it is reasonable to conclude that these invoices were similarly paid via credit card.

[21]    Indeed, Mr. Bennett indicated that H.E. Services permanently closed prior to completion of the work associated with invoice 179 and the corresponding purchase order, the latter of which was issued to H.E. Services on March 17, 2004.

non-productive parts.[22] Together with the properly payable Prince Invoices (<u>supra</u> ¶ 21), DAS LLC agrees that a total of $115,847.00 is properly payable to H.E. Services.[23] A spreadsheet reflecting a summary of the entire Unpaid Invoices Claim, which demonstrates how I determined the amount of outstanding invoices, is attached as Exhibit V.

30.    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed on August 30, 2007 in Troy, Michigan

_____/s/ William Locricchio_____

William Locricchio

---

[22]  None of these invoices were inputted into the DACOR system. There are several possible explanations for this. For the services invoices, human error is the most probable explanation. As explained above, suppliers send services invoices directly to the DAS LLC Buyer who purchased the services. It is the Buyer's responsibility to sign off on the invoice, indicating that the supplier performed the service, and send the invoice to the accounting department for payment. If the services were incomplete at the time the Buyer received the invoice, the Buyer must wait to authorize payment, leaving room for human error. Moreover simple errors, such as neglect or misdirection, may prevent services invoices from being paid promptly. Suppliers act as a check upon Buyers in such circumstances, however, in this case H.E. Services' closure likely impacted normal supplier follow-up. As to the non-productive part invoices, there are several possible explanations for why these invoices were not receipted into DACOR: (1) there may have been something wrong with the shipment, causing it to be set aside and the paperwork to be misdirected; (2) the shipment may have arrived without paperwork; or (3) the invoice may have included an as yet unperformed service.

[23]  Again, this amount does not reflect any of the unresolved invoices for which H.E. Services provided inadequate information.

17

# EXHIBIT A

# H.E. SERVICES
# TOTAL CLAIM AMOUNT
**BASED ON ATTACHED DOCUMENTS TO THE RESPONSE**

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXHIBIT # |
|---|---|---|---|---|---|
| S2S46197 | 12/19/2003 | 105 | 1/29/2004 | $ 8,288.00 | 4 |
| S2S46281 | | 106 | 1/29/2004 | $ 5,460.00 | 4 |
| S2S46795 | 2/10/2004 | 107 | 1/23/2004 | $ 240.00 | 2 |
| S2S45116 | | 116 | 1/12/2004 | $ 1,743.00 | 3 |
| S2S45116 | | 117 | 1/19/2004 | $ 1,428.00 | 3 |
| S2S45240 | 10/24/2003 | 121 | 1/23/2004 | $ 1,304.55 | 2 |
| SAG9015219 | | 123 | 1/23/2004 | $ 8,654.80 | 2 |
| SAG90I5219 | | 123 | 1/1/2004 | $ (897.18) | 2 |
| S3S23392 | | 125 | 2/19/2004 | $ 2,080.00 | 4 |
| S2S44042 | | 126 | 2/19/2004 | $ 22,184.00 | 4 |
| S2S46221 | 12/22/2003 | 130 | 2/19/2004 | $ 9,336.00 | 4 |
| S2S46792 | 2/10/2004 | 132 | 2/19/2004 | $ 4,410.00 | 3 |
| S2S47841 | 04/01104 | 133 | 2/6/2004 | $ 640.00 | 2 |
| S2S46792 | 2/10/2004 | 133 | 2/19/2004 | $ 5,070.00 | 4 |
| S2S46792 | 2/19/2004 | 133 | | $ (2,145.00) | CR1001 |
| S2S46792 | 2/10/2004 | 134 | 2/19/2004 | $ 3,354.00 | 4 |
| S2S46792 | 2/19/2004 | 134 | | $ (2,262.00) | CR1002 |
| S2S47853 | 4/2/2004 | 135 | 2/6/2004 | $ 321.00 | 2 |
| S3S20950-004 | 11/22/2002 | 137 | 2/29/2004 | $ 10,457.50 | 4 |
| S2S46708 | 2/5/2004 | 138 | 2/29/2004 | $ 3,744.00 | 3 |
| S2S45771 | 11/25/2003 | 139 | 2/29/2004 | $ 9,976.00 | 3 |
| S2S46553 | 01/26104 | 144 | 2/29/2004 | $ 4,160.00 | 3 |
| S2S47019 | 2/23/2004 | 145 | 2/29/2004 | $ 4,160.00 | 3 |
| S2S47016 | 2/23/2004 | 146 | 2/29/2004 | $ 1,976.00 | 3 |
| S2S46297 | 1/8/2004 | 147 | 2/29/2004 | $ 5,382.00 | 3 |
| S2S46298 | 1/8/2004 | 148 | 2/29/2004 | $ 5,850.00 | 3 |
| S2846300 | 1/8/2004 | 149 | 2/29/2004 | $ 2,379.00 | 3 |
| S2S46300 | 1/8/2004 | 150 | 2/29/2004 | $ 6,903.00 | 3 |
| SAG90I5173 | | 152 | 2/6/2004 | $ 536.40 | 2 |
| S2S46548 | 1/26/2004 | 153 | 2/29/2004 | $ 9,823.00 | 3 |
| SAG9015219 | | 159 | 2/6/2004 | $ 7,334.22 | 2 |
| FDS73450 001 | 1/8/2004 | 166 | 2/6/2004 | $ 2,622.12 | 4 |
| S2S46932 | 2/18/2004 | 173 | 4/4/2004 | $ 1,548.00 | 3 |
| S2S47549 | 3/17/2004 | 174 | 4/4/2004 | $ 7,955.00 | 3 |
| 82547549 | 3/17/2004 | 175 | 4/4/2004 | $ 3,225.00 | 3 |
| S2S28280 | | 176 | 4/15/2004 | $ 133,542.74 | 4 |
| S2S46157 | 12/02103 | 177 | 4/4/2004 | $ 5,418.00 | 4 |
| 82844042 | 8/5/2003 | 178 | 4/4/2004 | $ 9,274.00 | 4 |
| S2S47547 | 3/17/2004 | 179 | 4/4/2004 | $ 8,944.00 | 4 |
| S2S47555 | 03117/04 | 180 | 4/4/2004 | $ 9,589.00 | 4 |
| S2S47552. | 3/17/2004 | 181 | 4/4/2004 | $ 5,369.00 | 4 |
| 82847552 | 3/17/2004 | 182 | 4/4/2004 | $ 559.00 | 4 |
| S2S46158 | 12/1/2003 | 185 | 4/4/2004 | $ 5,160.00 | 4 |
| S2S47549 | 3/17/2004 | 186 | 4/4/2004 | $ 2,150.00 | 3 |
| S2S47333 | 3/9/2004 | 187 | 4/4/2004 | $ 9,498.00 | 4 |
| S2S47809 | 3/31/2004 | 188 | 2/13/2004 | $ 3,078.00 | 2 |

# H.E. SERVICES
# TOTAL CLAIM AMOUNT
**BASED ON ATTACHED DOCUMENTS TO THE RESPONSE**

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXHIBIT # |
|---|---|---|---|---|---|
| S2S46158 | 12101103 | 190 | 4/14/2004 | $ 1,935.00 | 4 |
| S2S46158 | 12/1/2003 | 191 | 4/14/2004 | $ 2,752.00 | 4 |
| S2S45340 | | 192 | 3/10/2004 | $ 1,522.50 | 3 |
| | | 193 | 2/13/2004 | $ 204.00 | 2 |
| S2S47260 | 3/5/2004 | 193 | 4/14/2004 | $ 6,396.00 | 4 |
| S2S47260 | 3/5/2004 | 194 | 4/14/2004 | $ 1,699.00 | 4 |
| S2S45340 | | 195 | 3/17/2004 | $ 777.00 | 2 |
| S2S47260 | 3/5/2004 | 195 | 4/14/2004 | $ 935.00 | 3 |
| S2S47504 | 3/16/2004 | 196 | 4/14/2004 | $ 3,354.00 | 4 |
| | | 197 | 2/13/2004 | $ 160.00 | 2 |
| S2S47512 | 3/16/2004 | 198 | 4/11/2004 | $ 9,126.00 | 4 |
| S2S47549 | 3/17/2004 | 199 | 4/14/2004 | $ 946.00 | 3 |
| S2S47552 | 3/17/2004 | 200 | 4/14/2004 | $ 777.00 | 3 |
| S2S47552 | 3/17/2004 | 200 | 4/14/2004 | $ 4,641.00 | 3 |
| S2S47552 | 3/17/2004 | 201 | 4/14/2004 | $ 1,680.00 | 3 |
| S2S47552 | 3/17/2004 | 201 | 4/14/2004 | $ 4,563.00 | 3 |
| S2S47553 | 3/17/2004 | 202 | 4/14/2004 | $ 1,680.00 | 3 |
| S2S47553 | 3/17/2004 | 202 | 4/14/2004 | $ 3,627.00 | 3 |
| S2S47553 | 3/17/2004 | 203 | 4/14/2004 | $ 7,059.00 | 4 |
| S2S47553 | 3/17/2004 | 204 | 4/14/2004 | $ 390.00 | 4 |
| S2S47553 | 3/17/2004 | 205 | 4/14/2004 | $ 2,106.00 | 4 |
| S2S47554 | 3/17/2004 | 206 | 4/14/2004 | $ 5,848.00 | 4 |
| S2S47556 | 3/17/2004 | 207 | 4/14/2004 | $ 1,333.00 | 4 |
| S2S47556 | 03/17104 | 208 | 4/14/2004 | $ 1,032.00 | 4 |
| S2S47556 | 03117/04 | 209 | 4/14/2004 | $ 4,601.00 | 4 |
| S2S47556 | 3/17/2004 | 210 | 4/14/2004 | $ 3,139.00 | 4 |
| S2S47557 | 3/17/2004 | 211 | 4/14/2004 | $ 10,179.00 | 4 |
| 52545166 | | 213 | 3/29/2004 | $ 1,680.00 | 3 |
| S2S47769 | 3/29/2004 | 216 | 4/14/2004 | $ 2,820.00 | 4 |
| SAG90I5219 | | 217 | 2/20/2004 | $ 5,886.43 | 2 |
| S2S45533 | | 217 | 4/4/2004 | $ 1,638.00 | 3 |
| S2S47859 | 4/2/2004 | 217 | 4/14/2004 | $ 8,460.00 | 4 |
| SMS78320 | 03105/04 | 218 | 4/14/2004 | $ 3,000.00 | 4 |
| SMS48357 | 3/11/2004 | 219 | 4/14/2004 | $ 2,580.00 | 4 |
| S2S47867 | 4/2/2004 | 220 | 2/20/2004 | $ 160.00 | 2 |
| SMS78357 | 3/11/2004 | 220 | 4/14/2004 | $ 645.00 | 4 |
| SMS78357 | 3/11/2004 | 221 | 4/14/2004 | $ 688.00 | 4 |
| | | 222 | 2/20/2004 | $ 80.00 | 2 |
| SMS78357 | 03/11104 | 222 | 4/14/2004 | $ 258.00 | 4 |
| SMS78357 | 3/11/2004 | 223 | 4/14/2004 | $ 1,075.00 | 4 |
| S2S47762 | 3/29/2004 | 224 | 2/20/2004 | $ 255.00 | 2 |
| SMS78357 | 03111/04 | 224 | 4/14/2004 | $ 215.00 | 4 |
| SMS78357 | 3/11/2004 | 225 | 4/14/2004 | $ 129.00 | 4 |
| SMS78357 | 3/11/2004 | 226 | 4/14/2004 | $ 129.00 | 4 |
| SMS78357 | 03111/04 | 227 | 4/14/2004 | $ 1,505.00 | 4 |

# H.E. SERVICES
# TOTAL CLAIM AMOUNT
### BASED ON ATTACHED DOCUMENTS TO THE RESPONSE

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXHIBIT # |
|---|---|---|---|---|---|
| SMS78357 | 3/11/2004 | 228 | 4/14/2004 | $ 301.00 | 4 |
| SMS78357 | 3/11/2004 | 229 | 4/14/2004 | $ 946.00 | 4 |
| SMS78357 | 3/11/2004 | 230 | 4/14/2004 | $ 86.00 | 4 |
| SMS78357 | 03111/04 | 231 | 4/14/2004 | $ 817.00 | 4 |
| SAG90I2519 | | 232 | 2/27/2004 | $ 6,989.33 | 2 |
| SMS78357 | 3/11/2004 | 232 | 4/14/2004 | $ 215.00 | 4 |
| SMS78357 | 3/11/2004 | 233 | 4/14/2004 | $ 86.00 | 4 |
| SMS78357 | 3/11/2004 | 234 | 4/14/2004 | $ 215.00 | 4 |
| SMS78357 | 03/11104 | 235 | 4/14/2004 | $ 172.00 | 4 |
| SMS78147 | | 236 | 4/15/2004 | $ 5,848.00 | 4 |
| SMS78147 | | 237 | 4/15/2004 | $ 5,160.00 | 4 |
| SMS78147 | | 238 | 4/15/2004 | $ 1,376.00 | 4 |
| SMS78147 | | 239 | 4/15/2004 | $ 1,290.00 | 4 |
| S2S47865 | 4/2/2004 | 240 | 2/27/2004 | $ 1,326.00 | 2 |
| SMS78147 | | 240 | 4/15/2004 | $ 688.00 | 4 |
| SMS78147 | | 241 | 4/15/2004 | $ 430.00 | 4 |
| SMS78147 | | 242 | 4/15/2004 | $ 430.00 | 4 |
| SMS78147 | | 243 | 4/15/2004 | $ 430.00 | 4 |
| SMS78147 | | 244 | 4/15/2004 | $ 344.00 | 4 |
| SMS78147 | | 245 | 4/15/2004 | $ 1,376.00 | 4 |
| SMS78147 | | 246 | 4/15/2004 | $ 1,720.00 | 4 |
| | | 256 | 3/1/2004 | $ 30.50 | 2 |
| SAG90I5219 | | 257 | 3/5/2004 | $ 5,836.50 | 2 |
| SAG90I5094 | 3/1/2004 | 260 | 3/5/2004 | $ 390.00 | 2 |
| SAG90I5219 | | 262 | 3/5/2004 | $ 661.32 | 2 |
| 57N11052 | | 265 | 2/18/2004 | $ 1,150.00 | 3 |
| S2S47866 | 4/2/2004 | 267 | 3/5/2004 | $ 800.00 | 2 |
| S2S33567-001 | | 273 | 3/5/2004 | $ 130.00 | 2 |
| S2S47680 | 3/23/2004 | 277 | 3/5/2004 | $ 1,520.00 | 2 |
| SAG9015219 | | 281 | 3/12/2004 | $ 7,618.15 | 2 |
| S3S26650 | 3/8/2004 | 288 | 3/12/2004 | $ 480.00 | 2 |
| S3S26691 | 3/10/2004 | 291 | 3/12/2004 | $ 320.00 | 2 |
| S2833236 | 03/12104 | 299 | 3/12/2004 | $ 120.00 | 2 |
| | | 307 | 3/19/2004 | $ 3,656.00 | 2 |
| | | 315 | 3/19/2004 | $ 560.00 | 2 |
| SAG90I5219 | | 320 | 3/19/2004 | $ 5,610.06 | 2 |
| SAG90I5219 | | 333 | 3/26/2004 | $ 4,414.34 | 2 |
| S3S26596 | 3/3/2004 | 337 | 3/26/2004 | $ 3,420.00 | 2 |
| SAG9015173 | | 350 | 3/26/2004 | $ 1,072.80 | 2 |
| A2M22183 | 3/31/2004 | 351 | 3/26/2004 | $ 500.00 | 2 |
| S2B02595 | | 355 | 3/26/2004 | $ 1,080.00 | 2 |
| CREDIT CARD | | 356 | 3/26/2004 | $ 65.00 | 2 |
| SAG90I5219 | | 361 | 3/26/2004 | $ 9,342.51 | 2 |
| S3S26309 | | 451 | 3/12/2004 | $ 1,764.00 | 3 |
| S3S26879 | | 509 | 3/31/2004 | $ 495.00 | 3 |

# H.E. SERVICES
# TOTAL CLAIM AMOUNT
**BASED ON ATTACHED DOCUMENTS TO THE RESPONSE**

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXHIBIT # |
|---|---|---|---|---|---|
| 33523710 | 06127/03 | 511 | 4/11/2004 | $ 150.00 | 3 |
| 83S26309 | 2/12/2004 | 512 | 4/11/2004 | $ 821.25 | 3 |
| 83S26345 | 2/13/2004 | 513 | 4/11/2004 | $ 1,454.00 | 3 |
| S3S26346 | 2/13/2004 | 514 | 4/11/2004 | $ 1,500.00 | 3 |
| S3S26379 | 2/16/2004 | 515 | 4/11/2004 | $ 1,173.00 | 3 |
| S3S26557 | 03101/04 | 516 | 4/11/2004 | $ 1,715.45 | 3 |
| S3S26900 | 3/26/2004 | 518 | 4/11/2004 | $ 360.00 | 3 |
| S2S44378 | | 2017 | 08/29103 | $ 320.00 | 2 |
| S2545095 | 10/14/2003 | 2021 | 8/29/2003 | $ 51.00 | 2 |
| S2S45150 | 10/20/2003 | 2492 | 9/5/2003 | $ 2,827.50 | 2 |
| S2S46508 | | 2502 | 9/12/2003 | $ 160.00 | 2 |
| SAG901I5173 | | 2519 | 9/12/2003 | $ 804.60 | 2 |
| | | 3252 | 9/26/2003 | $ 4,699.50 | 2 |
| | | 3293 | 9/22/2003 | $ 4,134.00 | 2 |
| | | 3294 | 9/29/2003 | $ 5,772.00 | 2 |
| | | 3526 | 9/28/2003 | $ 3,139.50 | 2 |
| 2038 | | 3527 | 10/5/2003 | $ 3,607.50 | 2 |
| 2165 | | 3713 | 10/5/2003 | $ 4,914.00 | 2 |
| 2038 | | 3737 | 10/12/2003 | $ 3,100.50 | 2 |
| 2038 | | 3738 | 10/19/2003 | $ 3,646.50 | 2 |
| 2165 | | 3740 | 10/12/2003 | $ 3,393.00 | 2 |
| 2224 | | 3965 | 10/26/2003 | $ 3,939.00 | 2 |
| 2165 | | 3967 | 10/24/2003 | $ 4,972.50 | 2 |
| S2B02595 | | 4169 | 10/31/2003 | $ 8,326.11 | 2 |
| 2224 | | 4171 | 10/31/2003 | $ 3,490.50 | 2 |
| | | 4234 | 10/10/2003 | $ 160.00 | 2 |
| | | 4250 | 10/17/2003 | $ 560.00 | 2 |
| S2B02595 | | 4277 | 10/31/2003 | $ 544.00 | 2 |
| | | 4283 | 10/31/2003 | $ 350.00 | 2 |
| S2S45240 | | 4980 | 11/7/2003 | $ 9,169.88 | 2 |
| S2S844646 | | 5188 | 11/30/2003 | $ 84.00 | 4 |
| S2S45240 | | 5198 | 11/21/2003 | $ 4,470.38 | 2 |
| S2S45240 | | 5216 | 11/28/2003 | $ 2,990.72 | 2 |
| S2S45183 | | 5448 | 12/10/2003 | $ 8,118.00 | 4 |
| S2S44042 | | 5449 | 12/10/2003 | $ 20,962.00 | 4 |
| S2S45240 | | 5454 | 12/7/2003 | $ 4,964.51 | 2 |
| S2S45240 | | 5714 | 12/14/2003 | $ 5,135.33 | 2 |
| S2S45240 | 10/24/2003 | 5930 | 12/21/2003 | $ 5,635.50 | 2 |
| | | 5978 | 12/19/2003 | $ 320.00 | 2 |
| S2S45240 | | 5985 | 12/28/2003 | $ 1,378.65 | 2 |
| 4440001980 | | 6071 | 12/26/2003 | $ 6,400.00 | 2 |
| S2S45240 | | 6103 | 1/2/2004 | $ 1,288.17 | 2 |
| S2S45116 | | 6307 | 1/14/2004 | $ 525.00 | 3 |
| S2S45240 | 10/24103 | 6319 | 1/9/2004 | $ 5,283.14 | 2 |
| S2S45116 | | 6517 | 1/21/2004 | $ 210.00 | 3 |

# H.E. SERVICES
## TOTAL CLAIM AMOUNT
**BASED ON ATTACHED DOCUMENTS TO THE RESPONSE**

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXHIBIT # |
|---|---|---|---|---|---|
| CREDIT CARD | | 6527 | 1/9/2004 | $ 369.00 | 2 |
| S2S45240 | | 6540 | 1/16/2004 | $ 4,112.75 | 2 |
| S3S21425 | | 45011 | 4/24/2004 | $ 6,500.00 | 4 |
| S2S48822 | | 20050106 | 1/6/2005 | $ 11,395.00 | 4 |
| S3S23710 | | 7100000089 | 8/14/2003 | $ 4,888.00 | 3 |
| S3S23710 | | 7110000053 | 7/31/2003 | $ 3,600.00 | 3 |
| PR333446-006 | | 7110000068 | 8/22/2003 | $ 565.00 | 3 |
| S3S23710 | | 7110000090 | 8/14/2003 | $ 1,770.00 | 3 |
| PR333446-0O1 | | 7110000131 | 9/10/2003 | $ 6,537.00 | 3 |
| 9012401 | | 7110000149 | 9/12/2003 | $ 1,800.00 | 3 |
| 9012401 | | 7110000166 | 9/16/2003 | $ 2,520.00 | 3 |
| 57N11052 | 11/18/2003 | 7110000393 | 12/16/2003 | $ 2,280.00 | 3 |
| S2B02306-004 | | 10000029460-HES | 4/10/2002 | $ 1,248.00 | 2 |
| | | 10000035746-HES | 9/26/2002 | $ 1,938.30 | 2 |
| | | 10000036281-HES | 10/11/2002 | $ 1,446.90 | 2 |
| | | 10000036648-HES | 10/17/2002 | $ 497.25 | 2 |
| | | 10000037371-HES | 10/30/2002 | $ 2,063.10 | 2 |
| | | 10000038416-HES | 11/21/2002 | $ 1,267.50 | 2 |
| | | 10000039409-HES | 12/12/2002 | $ 881.40 | 2 |
| | | 10000040580-HES | 1/22/2003 | $ 1,593.15 | 2 |
| S3S21425 | | 10000045011-HES | 4/24/2003 | $ 6,500.00 | 4 |
| S2S46281 | | 106-07-08-09-10-11-' | 1/29/2004 | $ 12,636.00 | 4 |
| S3S23584 | | 120-121-122-123 | 2/19/2004 | $ 2,256.00 | 4 |
| S2S46792 | | 132-133-134 | 2/19/2004 | $ 13,767.00 | 4 |
| S2S46792 | | 132-133-134-133a | 2/19/2004 | $ 9,360.00 | 4 |
| S2S46792 | | 132a | 2/19/2004 | $ 933.00 | 4 |
| S2S42283 | | 149/150/164 | 2/29/2004 | $ 9,828.00 | 4 |
| S2S47549 | | 174-175-186-199 | 4/14/2004 | $ 14,276.00 | 4 |
| S2S46157 | | 177-184 | 4/4/2004 | $ 5,977.00 | 4 |
| S2S47552 | | 181-182 | 4/4/2004 | $ 5,928.00 | 4 |
| S2S46158 | | 185-190-191 | 4/14/2004 | $ 9,847.00 | 4 |
| S2S47553 | | 202-203-204-205 | 4/14/2004 | $ 13,182.00 | 4 |
| S2S47556 | | 207-208-209-210 | 4/14/2004 | $ 10,105.00 | 4 |
| SMS78357 | | 219-235 | 4/14/2004 | $ 10,062.00 | 4 |
| SMS78147 | | 236-246 | 4/14/2004 | $ 19,092.00 | 4 |
| | | 2502-1 | 1/23/2004 | $ 30.00 | 2 |
| S2S46146 | | 5978A | 12/19/2003 | $ 128.00 | 2 |
| S2S46148 | | 5978B | 12/19/2003 | $ 192.00 | 2 |
| S2S45116 | | LW 01-11 | 12/17/2003 | $ 1,218.00 | 3 |
| S2B02595 | | M99999 | 10/27/2003 | $ 29,410.29 | 2 |

TOTAL          **$ 923,788.92**

# H.E. SERVICES
## TOTAL CLAIM AMOUNT
**BASED ON ATTACHED DOCUMENTS TO THE RESPONSE**

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXHIBIT # |
|---|---|---|---|---|---|
| | **DUPLICATES** | | | | |
| | | 166 | 2/6/2004 | $ 2,622.12 | 2 |
| | | 193 | 4/14/2004 | $ 204.00 | 2 |
| | | 197 | 2/13/2004 | $ 160.00 | 2 |
| | | 260 | 3/5/2004 | $ 390.00 | 2 |
| | | 273 | 3/5/2004 | $ 130.00 | 2 |
| | | 288 | 3/12/2004 | $ 480.00 | 2 |
| | | 291 | 3/12/2004 | $ 320.00 | 2 |
| | | 299 | 3/12/2004 | $ 120.00 | 2 |
| | | 7110000068 | 8/22/2003 | $ 565.00 | 3 |
| | | 7110000149 | 9/12/2003 | $ 1,800.00 | 3 |
| | | 7110000166 | 9/16/2003 | $ 2,520.00 | 3 |
| | | 195 | 4/14/2004 | $ 777.00 | 3 |
| | | 144 | 2/29/2004 | $ 4,160.00 | 4 |
| | | 201 | 4/14/2004 | $ 1,680.00 | 4 |
| | | 213 | 3/29/2004 | $ 1,680.00 | 4 |
| | | 217 | 4/14/2004 | $ 1,638.00 | 4 |
| | | 132-133-134 | 2/19/2004 | $ 13,767.00 | 4 |
| | | 132-133-134-133a | 2/19/2004 | $ 9,360.00 | 4 |
| | | 149/150/164 | 2/29/2004 | $ 9,828.00 | 4 |
| | | | | | |
| | **UNLOCATED** | | | $ 3,248.98 | |
| | | | | | |
| | TOTAL DUPLICATES | | | $ 55,450.10 | |
| | | | | | |
| | TOTAL CLAIM AMOUNT | | | $ 979,239.02 | |

# EXHIBIT B

**H.E. SERVICES Co.**

LEADER  R. LAFRENIERE     PAGE ___1___ of ___3___

DIVISION  ENGINEERING

$92,689.00

| CUSTOMER | PURCHASE ORDER | BUYER | DISCRIPTION | P.O. PRICE | INVOICE # | TOTAL |
|---|---|---|---|---|---|---|
| Delphi Steering | 52546792 | P. Fallon | Design | | 132-133-134 | 9,360.00 |
| Delphi Steering | 52546792 | P. Fallon | Design | | 932-133-134 | 13,760.00 |
| Delphi Steering | 52800034 | T. Fallon | Design | | 901239000 | 23?? |
| Delph Steering | 53521425 | Phil Gibson | Design | | 45011 | 6500 |
| Delphi Steering | 52544042 | S. Rudzinski | Personnel | | 126 | 22,784 |
| Delphi Steering | 52544042 | S. Rudzinski | Stack-up calc. | | 0005449 | 20,960 |
| Delphi Steering | 52800034 | T. Bennett | Screw Design | | 901239000 | 11,7?? |
| Delphi Steering | 52546553 | M. Anspaugh | Lock Dev. | | 144 | 4,160.80 |
| Delphi Steering | 52800034 | M. Anspaugh | Lock Tilt | | 901736000 | 1,240 |
| Delphi Steering | 52542283 | P. Fallon | Design | | 901679000 / 901739000 / 901741000 | 9828 |
| Delphi Steering | 52542283 | P. Fallon | Activator | | 901739000 | 14,522 |
| Delphi Steering | 52542203 | P. Fallon | Design Support | | 901679000 | 2,150 |
| Delphi Steering | 52547552 | P. Fallon | Design Support | | 181-182 | 5928.00 |

61,412.00

H.E. SERVICES CO.

Leader _____ R. LAFRENIERE _____

Page 2 of 2

Revision _____ Engineering _____

| Customer | Purchase Order | Buyer | Description | Invoice # | Total |
|---|---|---|---|---|---|
| Delphi Steering | ~~52B00034~~ | P. Fallon | ~~Fabr Assy Protos~~ | ~~B11750000~~ | ~~$ 7280.00~~ |
| Delphi Steering | 52546281 | P. Fallon | Design Support | VARIOUS | 12,636.00 |
| Delphi Steering | 52546281 | P. Fallon | Design Support — Extention | 106 90/687 0000 | 5,460.00 |
| Delphi Steering | ~~52B00039~~ | P. Fallon | (Gear/Mot'l) | 90/687 0000 | 6,180.00 |
| Delphi Steering | ~~52B00034~~ | T. Bennett | loan/mat'l | 90/47... | 7,200.00 |
| Delphi Steering | ~~52B00034~~ | M. Wieck | Shift Lever Design | 69016 600 | 57... |
| Delphi Steering | 53523584 | G. Frahm | Design / Axle | 122 | 48.00 |
| Delphi Steering | 53523392 | M. Wieck | Shift Lever Design | 125 | 2080.00 |
| Delphi Steering | 53523584 | D. Witucki | Design Support | 120-121-122-123 | 2256.00 |
| Delphi Steering | 52546157 | T. Bennett | Design Support | 177-184 | 5,977.00 |
| Delphi Steering | 52542283 | P. Fallon | Design Support | 14A-150-164 | 9,828.00 |
| Delphi Steering | 52546792 | P. Fallon | Design Support | 132-133-134-132a | 9,362.00 |
| Delphi Steering | 52546792 | P. Fallon | Design Support | 132-133-134 | 13,767.00 |

H.E. SERVICES CO.

Engineers ___ R. Lariviere ___

Revision ___ Leader ___ Page 3 of 7

124,786.00

| CUSTOMER | PURCHASE ORDER | BUYER | DISCRIPTION | INVOICE No. | TOTAL |
|---|---|---|---|---|---|
| ...PHI STEERING | 5254-5183 | S. Rudzinski | Pivot Pin Dev. | 005448 | 8,118.00 |
| DELPHI | 52544546 | — | Design Support | 005886 | 84.00 |
| Delph Chassis | SMS78147 | R. Wendling | Design Support | 236-246 | 19,092.00 |
| ...lphi Steering | 5254 7553 | T. Bennett | Design Support | 202-203, 204-205 | 13,182.00 |
| ...lphi Steering | 52546158 | T. Bennett | Design Support | 185-190-191 | 9,847.00 |
| ...lph Steering | 5254 7556 | T. Bennett | Design Support | 267-208-209, 210 | 10,105.00 |
| ...lphi Steering | 52547599 | T. Bennett | Design Support | 174-175-186-199 | 14,276.00 |
| ...lphi Steern | 525 SMS78357 | R. Wendling | Design Support | 219-235 | 10,062.00 |
| ...lph Steery | 52548822 |  | Design Support | 20050106 | 11,395.00 |
| ...lphi Steern | 52545166 | L. Wehner | Design Support | 201 | 1,680.00 |
| ...lphi Steern | 52545533 | L. Wehner | Design Support | 217 | 1,638.00 |
| ...lph Steern | 52545166 | L. Wehner | Design Support | 213 | 1,680.00 |
| ...lphi Steern | 52546197 | S. Rudzinski | Design Support | 105 | 8,288.00 |
| ...lphi Steern | 52546221 | S. Rudzinski | Design Support | 130 | 9,336.00 |
| ...lph Steery | 52546792 | S. Rudzinski | Design Support | 132 a | 933.00 |
| ...lph Steern | 52546792 | S. Rudzinski | Design Support | 133 | 5,070.00 |

89,608.50

Page 4 of 7

Division: Engineering   M.E. Services Co   R. Lafreniere — Leader

| Customer | Purchase Order | Buyer | Description | Invoice No | Total |
|---|---|---|---|---|---|
| Delphi | 5254-6792 | S. Rudzinski | Design Support | 134 | 3354.00 |
| Delphi | 53520950 | G. Frahm | Design Support | 138 | 10,457.50 |
| Delphi | 3952944 | T. Bennett | Design Support | 177 | 5418.00 |
| Delphi | 52544042 | S. Rudzinski | Design Support | 178 | 9,274.00 |
| Delphi | 52547547 | S. Rudzinski | Design Support | 179 | 8,944.00 |
| Delphi | 52547555 | S. Rudzinski | Design Support | 180 | 9,589.00 |
| Delphi | 52547552 | S. Rudzinski | Design Support | 181 | 5,369.00 |
| Delphi | 52547552 | S. Rudzinski | Design Support | 182 | 559.00 |
| Delphi | 52547552 | S. Rudzinski | Design Support | 200 | 4641.00 |
| Delphi | 52547552 | S. Rudzinski | Design Support | 201 | 4563.00 |
| Delphi | 52546158 | T. Bennett | Design Support | 185 | 5160.00 |
| Delphi | 52546159 | T. Bennett | Design Support | 190 | 1935.00 |
| Delphi | 52546158 | T. Bennett | Design Support | 191 | 2752.00 |
| Delphi | 52547333 | S. Rudzinski | Design Support | 187 | 9498.00 |
| Delphi | 52547260 | S. Rudzinski | Design Support | 193 | 6396.00 |
| Delphi | 52547260 | S. Rudzinski | Design Support | 194 | 1699.00 |

70,234.00 / 7

M.E. SERVICES CO.

DIVISION: ENGINEERING   CUSTOMER: LEASER R. LAFRONIERE   Page 5 of 7

| CUSTOMER | PURCHASE ORDER | BUYER | DESCRIPTION | INVOICE NO | AMOUNT |
|---|---|---|---|---|---|
| Delphi | 5254-7260 | S. Rudzinski | Design Support | 195 | 935.00 |
| Delphi | 5254-7504 | '' | '' | 196 | 3354.00 |
| Delphi | 52547512 | '' | '' | 198 | 9126.00 |
| '' | 52547553 | '' | '' | 202 | 3627.00 |
| '' | 52547553 | '' | '' | 203 | 7059.00 |
| '' | 52547553 | '' | '' | 204 | 390.00 |
| '' | 52547553 | '' | '' | 205 | 2106.00 |
| '' | 52547554 | '' | '' | 206 | 5848.00 |
| '' | 52547556 | '' | '' | 207 | 1,333.00 |
| '' | 52547556 | '' | '' | 208 | 1,032.00 |
| '' | 52547556 | '' | '' | 209 | 4,601.00 |
| '' | 52547557 | '' | '' | 210 | 3,139.00 |
| '' | 52547769 | '' | '' | 211 | 10,179.00 |
| '' | 52547859 | '' | '' | 216 | 2,820.00 |
| '' | SMS78320 | C. Nichols | Documentation | 217 | 8,460.00 |
| '' | SMS48357 | C. Nichols | Design | 218 | 3,000.00 |
| '' | SMS78357 | C. Nichols | Design | 219 | 2,580.00 |
| '' | SMS78357 | C. Nichols | Design | 220 | 645.00 |

M.E. Services Co.

Division Engineering    Leader R. LaFonder    Page 6 of 7

20,511.00

| Customer | Purchase Order | Buyer | Description | Invoice No | Amount |
|---|---|---|---|---|---|
| Delphi | SMS78357 | Nichols | Design Gages | 221 | 688.00 |
| " | SMS78357 | " | " | 222 | 258.00 |
| " | SMS78357 | " | " | 223 | 1,075.00 |
| " | " | " | " | 224 | 215.00 |
| " | " | " | " | 225 | 129.00 |
| " | " | " | " | 226 | 129.00 |
| " | " | " | " | 227 | 1305.00 |
| " | " | " | " | 228 | 301.00 |
| " | " | " | " | 229 | 946.00 |
| " | " | " | " | 230 | 86.00 |
| " | " | " | " | 231 | 817.00 |
| " | " | " | " | 232 | 215.00 |
| " | " | " | " | 233 | 86.00 |
| " | " | " | " | 234 | 215.00 |
| " | " | " | " | 235 | 172.00 |
| Delphi | SMS78147 | " | " | 236 | 5848.00 |
| " | " | " | " | 237 | 5160.00 |
| " | " | " | " | 238 | 1376.00 |
| " | " | " | " | 239 | 1,290.00 |

138,960.74

M.E. SERVICES Co.

DIVISION ___ Eng. ___ LEADER ___ R. LAFRANIERE ___ PAGE 7 of ___ ?

| CUSTOMER | Purchase Order | Buyer | Discription | Invoice No. | Amount |
|---|---|---|---|---|---|
| Delphi | SMS78147 | Nichols | DESIGN GAGES | 240 | 688.00 |
| '' | '' | '' | '' | 241 | 430.00 |
| '' | '' | '' | '' | 242 | 430.00 |
| '' | '' | '' | '' | 243 | 430.00 |
| '' | '' | '' | '' | 244 | 344.00 |
| '' | '' | '' | '' | 245 | 1,376.00 |
| '' | '' | '' | '' | 246 | 1,720.00 |
| DELFI LAB | 52528280 | S. KIELAR | LAB SERVICES | 176 | 133,542.74 |

H.E. SERVICES CO.

DIVISION ___ ANCON ___   LEADER ___ J. KARWAT ___   Page ___ 1 ___ of ___ 4 ___

22,810.00

| CUSTOMER | PURCHASE ORDER | BUYER | DESCRIPTION | UNIT | SHIPPER | TOTAL |
|---|---|---|---|---|---|---|
| DELPHI STERLING | S3S26758 | J. SANBORN | TRIPOT (4 pcs) | $70.00 | 578 - | 2,800.00 - |
| DELPHI | S3S23710 | K. BISHOP | BALL TRIPOT (100 pcs) | 36.00 | 715000051 | 3600.00 |
| DELPHI | S3S23710 | K. BISHOP | BALL TRIPOT (52 pcs) | 47.00 | 715000095 | 4888.00 |
| DELPHI | S3S23710 | K. BISHOP | BALL TRIPOT (52 pcs) | 47.00 - | 715000095 - | - 0 - |
| DELPHI | S3/S23710 | K. BISHOP | BALL OUTER (30 pcs) | 59.00 | 715000096 | 1,770.00 - |
| DELPHI | S3S23710 | K. BISHOP | BALL OUTER (1) | 150.00 | DELIVERED - | 150.00 - |
| DELPHI | PR 333446-006 | M. BURK | YOKE TEST | | 715000070 | 565.00 |
| DELPHI | PR 333446-006 | M. BURK | YOKE TEST | | 715000070 | 585.00 |
| DELPHI-MEX. | 57N11052 | L. GONZALEZ | MACHINING | | 029490 029469 | 1150.00 |
| DELPHI | 9012401 | | SHIFT TUBE 720 pcs | 6.00 | 715000050 | 1800.00 |
| DELPHI | 9012401 | | SHIFT TUBE 720 pcs | 6.00 | 715000171 | 2520.00 |
| DELPHI | S3S26305 | K. DUCHARME | OUTER RACE UNIT (8) | 164.25 | 029710 | 1764.00 |
| DELPHI | S2S45116 | S. RYSINSKI | BLANKET | - | LW-01-11 | 1218.00 |

F.I.E. SERVICES

J. KARWAT

LEADER ——— PAGE 2 of 4

28,870.50

| DIVISION ANCOM CUSTOMER | PURCHASE ORDER | BUYER | DESCRIPTION | INVOICE NUMBER Nb | TOTAL |
|---|---|---|---|---|---|
| DELPHI | 52545116 | S. RUDZINSKI | Design Support | 117 | 1428.00 |
| Delphi | 52545116 | S. RUDZINSKI | Design Support-I | 6517 | 210.00 |
| Delphi | 52545116 | S. RUDZINSKI | Design Support | 006517 | 1428.00 |
| Delphi | 52545116 | S. RUDZINSKI | Design Support | 006307 | 1743.00 |
| Delphi | 52545116 | S. RUDZINSKI | Design Support | 6307 | 525.00 |
| Delphi | 52545340 | S. RUDZINSKI | Design Support | 192 | 1522.50 |
| Delphi | 52545166 | S. RUDZINSKI | Design Support | 213 | 1680.00 |
| Delphi | 52545533 | S. RUDZINSKI | Design Support | 217 | 1638.82 |
| Delphi | 52545340 | S. RUDZINSKI | Design Support | 200 | 777.00 |
| Delphi | 52545340 | S. RUDZINSKI | Design Support | 195 | 777.00 |
| Delphi | 52545166 | S. RUDZINSKI | Design Support | 201 | 1680.00 |
| Delphi | 52545166 | S. RUDZINSKI | Design Support | 202 | 7680.00 |
| Delphi | PR-33346-001 | M. BURK | Torsion Test | 7110000131 | 6537.00 |
| Delphi | 9012401 | | SHIFT TUBES (720) | | 1800.00 |
| Delphi | 9012401 | | SHIFT TUBES | 7110000149 | 2520.00 |
| Delphi | 57N11052 | L. GONZALEZ | outer race | 7110000166 | 2280.00 |
| Delphi | 53526879 | J. SANBORN | BALL-TRIPOT | 7110000393 | 495.00 |
| Delphi | 53523710 | J. Sanborn | BALL-TRIPOT | 511 | 150.00 |

$49,060.70 /4

W.E. SERVICES

DIVISION XNCon    LEADER J. KARHUT    Page 3 of ___

| Customer | Purchase Order | Buyer | Description | Invoice No | Amount |
|---|---|---|---|---|---|
| ...lphi Proto | 5352 6309 | J. SANBORN | Outer Race | 512 | 821.25 |
| ...lphi Proto | 5352 6345 | J. SANBORN | Inner Race | 513 | 1454.00 |
| ...lphi Proto | 5352 6346 | J. SANBORN | Outer Race | 514 | 1500.00 |
| ...lphi Proto | 5352 6379 | J. SANBORN | Shaft Clamp | 515 | 1173.00 |
| ...lphi Proto | 5352 6557 | J. SANBORN / K. HAYDEN | Torsion Bar | 516 | 1,715.45 |
| ...lphi Proto | 5352 6900 | J. SANBORN | Hub Worm | 518 | 360.00 |
| ...lphi Steem | 5254 6792 | S. RUDZINSKI | Clamp Fixtures | 132- | 4,410.00 |
| ...lphi Steem | 5254 6708 | S. RUDZINSKI | Design/Bld. | 138 | 3,744.00 |
| ...lphi Steem | 5254 5771 | S. RUDZINSKI | Design/Bld | 139 | 9,976.00 |
| ...lphi Steem | 5254 6553 | S. RUDZINSKI | Development | 144 | 4,160.00 |
| ...lphi Sturn | 5254 7019 | S. RUDZINSKI | Development | 145 | 4,160.00 |
| ...lphi Steem | 5254 7016 | S. RUDZINSKI | Development | 146 | 1,976.00 |
| ...lphi Steem | 5254 6297 | S. RUDZINSKI | Development | 147 | 5,382.00 |
| ...lphi Steem | 5254 6298 | S. RUDZINSKI | Development | 148 | 5,850.00 |
| ...lphi Steem | 5254 6300 | S. RUDZINSKI | Development | 149 | 2,379.00 / |

DIVISION ANCON

H.E. SERVICES

LEADER J. KARWAT    Page 4 of 4

Total $52,550.00

| CUSTOMER | PURCHASE ORDER | BUYER | DESCRIPTION | INVOICE No | TOTAL |
|---|---|---|---|---|---|
| DelphI | 52546300 | S. Rudzinski | Development | 150 | 6903.00 |
| DelphI | 52546548 | S. Rudzinski | Development | 153 | 9823.00 |
| DelphI | 52546932 | S. Rudzinski | Development | 173 | 1548.00 |
| DelphI | 52547549 | S. Rudzinski | Development | 174 | 7955.00 |
| DelphI | 52547549 | S. Rudzinski | Development | 175 | 3225.00 |
| DelphI | 52547549 | S. Rudzinski | Development | 186 | 2150.00 |
| DelphI | 52547549 | S. Rudzinski | Development | 199 | 946.00 |

$81,187.48

N.E. Services

Page 1 of ___

| Customer | Division | Purchase Order | Buyer | Description | Invoice # | Total |
|---|---|---|---|---|---|---|
| | Delphi Steering | SAG 9005094 | | Sort Parts | 00 260 | 390.00 |
| | Delphi Steering | N2M22183 | B. Allen | Sort Parts | 00 351 | 500.00 |
| | Delphi Steering | 5254-5150 | S. Caird | Sort Parts | 002492 | 2827.50 |
| | Delphi Steering | 5254-5240 | G. Rovoll | Sort Parts | 004980 | 9,169.88 |
| | Delphi Steering | S254-5240 | G. Rovoll | Sort Parts | 005714 | 5,135.33 |
| | Delphi Steering | 5254-240 | G. Rovoll | Sort Parts | 005930 | 5635.50 |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 005985 | 1378.65 |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 00 6319 | 5,283.1? |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 006540 | 4,112.75 |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 121 | 1304.55 |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 00 6103 | 1288.17 |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 005198 | 4470.38 |
| | Delphi Steering | S254240 | G. Rovoll | Sort Parts | 00 5216 | 2990.72 |
| | Delphi Steering | 5254240 | G. Rovoll | Sort Parts | 005454 | 4964.51 |
| | Delphi Steering | S254248 | G. Rovoll | Sort Parts | 004169 | 8326.11 |
| | Delphi Steering | 52802595 | G. Rovoll | Sort Parts | M99999 | 24,410.29 |

130,083.50  #7

M.E. SERVICES

DIVISION - UNIVERSAL INSPECTION — LEDGER — L. LAMBERT   Page 2 of 7

| CUSTOMER | PURCHASE ORDER | BUYER | DESCRIPTION | INVOICE No. | TOTAL |
|---|---|---|---|---|---|
| DELPHI | PRINCE-2038 | D. KOWALESKI | SORT | 003293 | 4134.00 |
| DELPHI | PRINCE-2038 | D. KOWALESKI | SORT | 003252 | 4699.50 |
| DELPHI | PRINCE-2038 | D. KOWALESKI | SORT | 003526 | 3139.50 |
| DELPHI | PRINCE-2038 | D. KOWALESKI | SORT | 003294 | 5772.00 |
| DELPHI | PRINCE-2038 2224 | D. KOWALESKI | SORT | 003527 | 3607.50 |
| DELPHI | PRINCE-2038 2224 | D. KOWALESKI | SORT | 003737 | 3100.50 |
| DELPHI | PRINCE-2038 2224 | D. KOWALESKI | SORT | 003738 | 3646.50 |
| DELPHI | PRINCE-2038 2224 | D. KOWALESKI | SORT | 003965 | 3939.00 |
| DELPHI | PRINCE-2224 2165 | D. KOWALESKI | SORT | 004171 | 3490.50 |
| DELPHI | PRINCE-2165 | D. KOWALESKI | SORT | 003746 | 3393.00 |
| DELPHI | PRINCE-2165 | D. KOWALESKI | SORT | 003713 | 4914.00 |
| DELPHI | PRINCE-2165 | D. KOWALESKI | SORT | 003767 | 4972.50 |
| DELPHI | CREDIT CARD | J. MUNGER | CALIBRATION | 356 | 65.00 |
| DELPHI | 382719 | J. ESKELSON | GAGE INSP. | 355 | 1,080.00 |
| DELPHI | 52533587-001 | | CALIBRATION | 273 | 130.00 |

P.E. Services
Leader  L. Lambert
Page 3 of

Universal Inspection

52,554.76

| Customer | Purchase Order | Buyer | Description | Invoice No | Total |
|---|---|---|---|---|---|
| DELPHI | SAG 90157219 | | SORT | 281 | 7618.15 |
| DELPHI | SAG90157219 | | SORT | 320 | 5,610.06 |
| DELPHI | SAG 90157219 | | SORT | 333 | 4,414.34 |
| DELPHI | SAG 90157219 | | SORT | 361 | 9,342.51 |
| DELPHI | 52533236 | C. HUIZAR | CALIBRATION | 299 | 120.00 |
| DELPHI | CREDIT-CARD | D. REID | INSPECTION | 006527 | 329.00 |
| DELPHI | 5254508 | S. RUDZINSKI | INSPECTION | 002502 | 160.00 |
| DELPHI | 301074 | J. ESKELSON | INSPECTION | ~~256~~ 2502-1 | 30.50 |
| DELPHI | 301074 | J. ESKELSON | INSPECTION | 2502-1 | 30.00 |
| DELPHI | 382718 | V. ESKELSON | INSPECTION | 315 | 560.00 |
| DELPHI | 5352665 | K. HAYDEN | BALL GROOVE INSP. | 288 | 480.00 |
| DELPHI | 5352691 | K. HAYDEN | OUTER RACE-INSP | 291 | 320.00 |
| DELPHI | 5352696 | K. HAYDEN | INSPECTION | 337 | 3420.00 |
| DELPHI | | R. BAKER | INSPECTION | ZZZ | 80.00 |

17,368.24

A.E. SERVICES

DIVISION   UNIV. INSP   LEADER _____   Page # of #

| Customer | Purchase Order | Buyer | Description | Invoice No | Total |
|---|---|---|---|---|---|
| Delphi | | J. Bender | Inspection | 197 | 160.00 |
| Delphi | 382717 | S. Hearn | Inspection | 193 | 204.00 |
| Elphi | 301081 | P. Ryne | Inspection | 307 | 3656.00 |
| Elphi | FDS 73450-001 | M. Andrus | Inspection | 107 | 240.00 |
| Elphi | S2 S4-6146 | S. Ward | Inspection | 166 | 2622.12 |
| Elphi | S2 S4-6148 | T. Barrett | Inspection | 5978 A | 128.00 |
| Elphi | 87-0-05306-00 | T. Barrett | Inspection | 5978 B | 192.00 |
| Delphi | 444-0001980 | D. Morell | Inspection | 005978 | 320.00 |
| Delphi | S2 S4-5095 | R. Iskra | Inspection | 006071 | 6,400.00 |
| Delphi | S2 S4-4378 | S. Rudzinski | Inspection | 002021 | 51.00 |
| Delphi | SAG 9015173 | T. Barrett | Inspection | 2017 | 320.00 |
| Delphi | SAG 901 5173 | J. Blaylock | Sort | 152 | 536.40 |
| Delphi | SAG 901 5173 | J. Blaylock | Sort | 350 | 1072.80 |
| Delphi | | J. Blaylock | Sort | 002519 | 804.60 |
| Delphi | SAG 901 528 | | Sort | 262 | 661.32 |

H.E. Services
Ledger L. Lambert
Division _____ Universal Inst. _____
Page _5_ of _7_

34,423.85
7

| Customer | Purchase Order | Buyer | Description | Invoice No | Amount |
|---|---|---|---|---|---|
| Delphi | 38629 1 | M. Howerton | Sort | 10000029460-HES | 1248.00 |
| Delphi | 38629 1 | M. Howerton | Sort | 10000035746-HES | 1938.00 |
| Delphi | 38629 1 | M. Howerton | Sort | 10000036281-HES | 1446.00 |
| Delphi | JOB# 687457200 | M. Howerton | Sort | 10000036848-HES | 497.25 |
| Delphi | JOB# 687457200 | M. Howerton | Sort | 10000037571-HES | 2,063.10 |
| Delphi | JOB# 687457200 | M. Howerton | Sort | 10000038416-HES | 1,267.50 |
| Delphi | JOB# 687457200 | M. Howerton | Sort | 10000039407-HES | 881.40 |
| Delphi | JOB# 687457200 | M. Howerton | Sort | 10000040580-HES | 1593.15 |
| Delphi | 301865 | B. Wendling | Inspection | 004234 | 160.00 |
| Delphi | 301851 | M. Andrus | Inspection | 004250 | 560.00 |
| Delphi | 301073 | S. Hearn | Calibration | 004283 | 350.00 |
| Delphi | 301050 | M. Andrus | Inspection | 004277 | 544.00 |
| Delphi | SAG9015219 | | Sort | 123 | 8,654.80 |
| Delphi | SAG9015219 | | Sort | 159 | 7,334.22 |
| Delphi | SAG9015219 | | Sort | 217 | 5,886.43 |

24,911.95

PAGE 6 — of 7

# H.E., SERVICES

DIVISION Universal Inspection    LEADER L. Lambert    PAGE 6 — of 7

| CUSTOMER | PURCHASE ORDER | BUYER | DESCRIPTION | INVOICE No | AMOUNT |
|---|---|---|---|---|---|
| Delphi | SSG9012519 | | SORT | 232 | 6989.33 |
| Delphi | SSG9012519 | S, | SORT | 257 | 5836.50 |
| Delphi | 52547841 | S, RUDZINSKI | INSPECTION | 133 | 640.00 |
| Delphi | 52547853 | S, RUDZINSKI | INSPECTION | 135 | 521.00 |
| Delphi | FDS73450-001 | S, WARD | INSPECTION | 166 | 2622.12 |
| Delphi | 52547809 | S, RUDZINSKI | INSPECTION | 188 | 3078.00 |
| Delphi | 382707 | S, HEARN | INSPECTION | 193 | 204.00 |
| Delphi | 382706 | J, BENDER | INSPECTION | 197 | 160.00 |
| Delphi | 52547867 | S, RUDZINSKI | INSPECTION | 220 | 160.00 |
| Delphi | 52547762 | S, RUDZINSKI | INSPECTION | 224 | 255.00 |
| Delphi | 52547865 | S, RUDZINSKI | INSPECTION | 240 | 1326.00 |
| Delphi | SAG9015094 | P, KOWALESKI | SORT | 260 | 390.00 |
| Delphi | 52547866 | S, RUDZINSKI | INSPECTION | 267 | 800.00 |
| Delphi | 52533587-001 | G, HOVER | INSPECTION | 273 | 130.00 |
| Delphi | 52547680 | S, RUDZINSKI | INSPECTION | 277 | 1520.00 |
| Delphi | 53526650 | K, HAYDEN | INSPECTION | 288 | 480.00 |

$1217.00

Page 1 of 1

M.E. SERVICES

DIVISION Universal Inspection  LEADER L. Lambert  Page 1 of 1

| Customer | Purchase Order | Buyer | Description | Invoice No | Amount |
|---|---|---|---|---|---|
| DelPNI | S3S26691 | K. HAYDEN | OUTER RACE | 291 | 320.00 |
| DelPNI | S2S3 3236 | J. NICHOLS | CALIBRATION | 299 | 120.00 |
| ~~(illegible)~~ | ~~(illegible)~~ | ~~(illegible)~~ | | | |
| DelPNI | S2 S4-S340 | L. WEHNER | DESIGN | 195 | 777.00 |

$ 87,187.48
50,083.50
32,554.56
17,368.24
34,423.85
24,911.95
1,217.00
$ 247,746.58

$ 22,810.00
28,870.50
49,060.70
32,550.00
$ 133,291.20

ENGINEERING / TESTING

$ 92,689.00
61,412.00
124,786.00
89,608.50
70,234.00
20,511.00
138,960.74
$ 598,201.24

TOTAL

247,746.58
598,201.24
133,291.20
$ 979,239.02

EXHIBIT C

# H.E. SERVICES
## HANDWRITTEN SHEETS

| INVOICE # | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|
| | | | | matched by dollars to hard-copy |
| 105 | $ 8,288.00 | 3 | 4 | |
| 107 | $ 240.00 | 15 | 2 | |
| 117 | $ 1,428.00 | 9 | 3 | |
| 121 | $ 1,304.55 | 12 | 2 | |
| 122 | $ 48.00 | 2 | #N/A | **MISSING** |
| 123 | $ 8,654.80 | 16 | 2 | |
| 125 | $ 2,080.00 | 2 | 4 | |
| 126 | $ 22,184.00 | 1 | 4 | |
| 130 | $ 9,336.00 | 3 | 4 | |
| 132 | $ 4,410.00 | 10 | 3 | |
| 133 | $ 5,070.00 | 3 | 2 | |
| 133 | $ 640.00 | 17 | 2 | |
| 134 | $ 3,354.00 | 4 | 4 | |
| 135 | $ 321.00 | 17 | 2 | |
| 138 | $ 10,457.50 | 4 | 3 | matched to 137 |
| 138 | $ 3,744.00 | 10 | 3 | |
| 139 | $ 9,976.00 | 10 | 3 | |
| **144** | **$ 4,160.00** | **1** | 3 | |
| **144** | **$ 4,160.00** | **10** | 3 | |
| 145 | $ 4,160.00 | 10 | 3 | |
| 146 | $ 1,976.00 | 10 | 3 | |
| 147 | $ 5,382.00 | 10 | 3 | |
| 148 | $ 5,850.00 | 10 | 3 | |
| 149 | $ 2,379.00 | 10 | 3 | |
| 150 | $ 6,903.00 | 11 | 3 | |
| 152 | $ 536.40 | 15 | 2 | |
| 153 | $ 9,823.00 | 11 | 3 | |
| 159 | $ 7,334.22 | 16 | 2 | |
| **166** | **$ 2,622.12** | **15** | 2 | |
| **166** | **$ 2,622.12** | **17** | 2 | |
| 173 | $ 1,548.00 | 11 | 3 | |
| 174 | $ 7,955.00 | 11 | 3 | |
| 175 | $ 3,225.00 | 11 | 3 | |
| 176 | $ 133,542.74 | 7 | 4 | |
| 177 | $ 5,418.00 | 4 | 4 | |
| 178 | $ 9,274.00 | 4 | 4 | |
| 179 | $ 8,944.00 | 4 | 4 | |
| 180 | $ 9,589.00 | 4 | 4 | |
| 181 | $ 5,369.00 | 4 | 4 | |
| 182 | $ 559.00 | 4 | 4 | |

## H.E. SERVICES
## HANDWRITTEN SHEETS

| INVOICE # | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|
| | | | | matched by dollars to hard-copy |
| 185 | $ 5,160.00 | 4 | 4 | |
| 186 | $ 2,150.00 | 11 | 3 | |
| 187 | $ 9,498.00 | 4 | 4 | |
| 188 | $ 3,078.00 | 17 | 2 | |
| 190 | $ 1,935.00 | 4 | 4 | |
| 191 | $ 2,752.00 | 4 | 4 | |
| 192 | $ 1,522.50 | 9 | 3 | |
| 193 | $ 6,396.00 | 4 | 2 | |
| **193** | **$ 204.00** | **15** | 2 | |
| **193** | **$ 204.00** | **17** | 2 | |
| 194 | $ 1,699.00 | 4 | 4 | |
| 195 | $ 935.00 | 5 | 2 | |
| **195** | **$ 777.00** | **9** | 2 | |
| **195** | **$ 777.00** | **18** | 2 | |
| 196 | $ 3,354.00 | 5 | 4 | |
| **197** | **$ 160.00** | **15** | 2 | |
| **197** | **$ 160.00** | **17** | 2 | |
| 198 | $ 9,126.00 | 5 | 4 | |
| 199 | $ 946.00 | 11 | 3 | |
| 200 | $ 4,641.00 | 4 | 3 | |
| 200 | $ 777.00 | 9 | 3 | |
| **201** | **$ 1,680.00** | **3** | 3 | |
| 201 | $ 4,563.00 | 4 | 3 | |
| **201** | **$ 1,680.00** | **9** | 3 | |
| 202 | $ 3,627.00 | 5 | 3 | |
| 202 | $ 1,680.00 | 9 | 3 | |
| 203 | $ 7,059.00 | 5 | 4 | |
| 204 | $ 390.00 | 5 | 4 | |
| 205 | $ 2,106.00 | 5 | 4 | |
| 206 | $ 5,848.00 | 5 | 4 | |
| 207 | $ 1,333.00 | 5 | 4 | |
| 208 | $ 1,032.00 | 5 | 4 | |
| 209 | $ 4,601.00 | 5 | 4 | |
| 210 | $ 3,139.00 | 5 | 4 | |
| 211 | $ 10,179.00 | 5 | 4 | |
| **213** | **$ 1,680.00** | **3** | 3 | |
| **213** | **$ 1,680.00** | **9** | 3 | |
| 216 | $ 2,820.00 | 5 | 4 | |
| **217** | **$ 1,638.00** | **3** | 2 | |
| 217 | $ 8,460.00 | 5 | 2 | |

**H.E. SERVICES**
**HANDWRITTEN SHEETS**

| INVOICE # | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|
| | | | | matched by dollars to hard-copy |
| **217** | **$ 1,638.00** | **9** | 2 | |
| 217 | $ 5,886.43 | 16 | 2 | |
| 218 | $ 3,000.00 | 5 | 4 | |
| 219 | $ 2,580.00 | 5 | 4 | |
| 220 | $ 645.00 | 5 | 2 | |
| 220 | $ 160.00 | 17 | 2 | |
| 221 | $ 688.00 | 6 | 4 | |
| 222 | $ 258.00 | 6 | 2 | |
| 222 | $ 80.00 | 14 | 2 | |
| 223 | $ 1,075.00 | 6 | 4 | |
| 224 | $ 215.00 | 6 | 2 | |
| 224 | $ 255.00 | 17 | 2 | |
| 225 | $ 129.00 | 6 | 4 | |
| 226 | $ 129.00 | 6 | 4 | |
| 227 | $ 1,505.00 | 6 | 4 | |
| 228 | $ 301.00 | 6 | 4 | |
| 229 | $ 946.00 | 6 | 4 | |
| 230 | $ 86.00 | 6 | 4 | |
| 231 | $ 817.00 | 6 | 4 | |
| 232 | $ 215.00 | 6 | 2 | |
| 232 | $ 6,989.33 | 17 | 2 | |
| 233 | $ 86.00 | 6 | 4 | |
| 234 | $ 215.00 | 6 | 4 | |
| 235 | $ 172.00 | 6 | 4 | |
| 236 | $ 5,848.00 | 6 | 4 | |
| 237 | $ 5,160.00 | 6 | 4 | |
| 238 | $ 1,376.00 | 6 | 4 | |
| 239 | $ 1,290.00 | 6 | 4 | |
| 240 | $ 688.00 | 7 | 2 | |
| 240 | $ 1,326.00 | 17 | 2 | |
| 241 | $ 430.00 | 7 | 4 | |
| 242 | $ 430.00 | 7 | 4 | |
| 243 | $ 430.00 | 7 | 4 | |
| 244 | $ 344.00 | 7 | 4 | |
| 245 | $ 1,376.00 | 7 | 4 | |
| 246 | $ 1,720.00 | 7 | 4 | |
| 256 | $ 30.50 | 14 | 2 | |
| 257 | $ 5,836.50 | 17 | 2 | |
| **260** | **$ 390.00** | **12** | 2 | |
| **260** | **$ 390.00** | **17** | 2 | |

# H.E. SERVICES
## HANDWRITTEN SHEETS

| INVOICE # | | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|---|
| | | | | | **matched by dollars to hard-copy** |
| 262 | $ | 661.32 | 15 | 2 | |
| 267 | $ | 800.00 | 17 | 2 | |
| **273** | **$** | **130.00** | **13** | **2** | |
| **273** | **$** | **130.00** | **17** | **2** | |
| 277 | $ | 1,520.00 | 17 | 2 | |
| 281 | $ | 7,618.15 | 14 | 2 | |
| **288** | **$** | **480.00** | **14** | **2** | |
| **288** | **$** | **480.00** | **17** | **2** | |
| **291** | **$** | **320.00** | **14** | **2** | |
| **291** | **$** | **320.00** | **18** | **2** | |
| **299** | **$** | **120.00** | **14** | **2** | |
| **299** | **$** | **120.00** | **18** | **2** | |
| 307 | $ | 3,656.00 | 15 | 2 | |
| 315 | $ | 560.00 | 14 | 2 | |
| 320 | $ | 5,610.06 | 14 | 2 | |
| 333 | $ | 4,414.34 | 14 | 2 | |
| 337 | $ | 3,420.00 | 14 | 2 | |
| 350 | $ | 1,072.80 | 15 | 2 | |
| 351 | $ | 500.00 | 12 | 2 | |
| 355 | $ | 1,080.00 | 13 | 2 | |
| 356 | $ | 65.00 | 13 | 2 | |
| 361 | $ | 9,342.51 | 14 | 2 | |
| 397 | $ | 4,972.50 | 13 | 2 | matched to 3967 |
| 509 | $ | 495.00 | 9 | 3 | |
| 511 | $ | 150.00 | 9 | 3 | |
| 512 | $ | 821.25 | 10 | 3 | |
| 513 | $ | 1,454.00 | 10 | 3 | |
| 514 | $ | 1,500.00 | 10 | 3 | |
| 515 | $ | 1,173.00 | 10 | 3 | |
| 516 | $ | 1,715.45 | 10 | 3 | |
| 518 | $ | 360.00 | 10 | 3 | |
| 578 | $ | 2,800.00 | 8 | #N/A | **MISSING** |
| 2017 | $ | 320.00 | 15 | 2 | |
| 2021 | $ | 51.00 | 15 | 2 | |
| 2492 | $ | 2,827.50 | 12 | 2 | |
| 2502 | $ | 160.00 | 14 | 2 | |
| 2519 | $ | 804.60 | 15 | 2 | |
| 3252 | $ | 4,699.50 | 13 | 2 | |
| 3293 | $ | 4,134.00 | 13 | 2 | |
| 3294 | $ | 5,772.00 | 13 | 2 | |

**H.E. SERVICES**
**HANDWRITTEN SHEETS**

| INVOICE # | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|
| | | | | matched by dollars to hard-copy |
| 3526 | $ 3,139.50 | 13 | 2 | |
| 3527 | $ 3,607.50 | 13 | 2 | |
| 3713 | $ 4,914.00 | 13 | 2 | |
| 3737 | $ 3,100.50 | 13 | 2 | |
| 3738 | $ 3,646.50 | 13 | 2 | |
| 3740 | $ 3,393.00 | 13 | 2 | |
| 3965 | $ 3,939.00 | 13 | 2 | |
| 4169 | $ 8,326.11 | 12 | 2 | |
| 4171 | $ 3,490.50 | 13 | 2 | |
| 4234 | $ 160.00 | 16 | 2 | |
| 4250 | $ 560.00 | 16 | 2 | |
| 4277 | $ 544.00 | 16 | 2 | |
| 4283 | $ 350.00 | 16 | 2 | |
| 4980 | $ 9,169.88 | 12 | 2 | |
| 5188 | $ 84.00 | 3 | 4 | |
| 5198 | $ 4,470.38 | 12 | 2 | |
| 5216 | $ 2,990.72 | 12 | 2 | |
| 5448 | $ 8,118.00 | 3 | 4 | |
| 5449 | $ 20,962.00 | 1 | 4 | |
| 5454 | $ 4,964.51 | 12 | 2 | |
| 5714 | $ 5,135.33 | 12 | 2 | |
| 5930 | $ 5,635.50 | 12 | 2 | |
| 5978 | $ 320.00 | 15 | 2 | |
| 5985 | $ 1,378.65 | 12 | 2 | |
| 6071 | $ 6,400.00 | 15 | 2 | |
| 6103 | $ 1,288.17 | 12 | 2 | |
| 6307 | $ 1,743.00 | 9 | 3 | |
| 6307 | $ 525.00 | 9 | 3 | matched to 116 |
| 6319 | $ 5,283.14 | 12 | 2 | |
| 6517 | $ 210.00 | 9 | 3 | |
| 6517 | $ 1,428.00 | 9 | 3 | |
| 6527 | $ 369.00 | 14 | 2 | |
| 6540 | $ 4,112.75 | 12 | 2 | |
| 29710 | $ 1,764.00 | 8 | 3 | matched to 451 |
| 45011 | $ 6,500.00 | 1 | 4 | |
| 20050106 | $ 11,395.00 | 3 | 4 | |
| 7110000131 | $ 6,537.00 | 9 | 3 | |
| **7110000149** | **$ 1,800.00** | **9** | 3 | |
| **7110000166** | **$ 2,520.00** | **9** | 3 | |
| 7110000393 | $ 2,280.00 | 9 | 3 | |

# H.E. SERVICES
## HANDWRITTEN SHEETS

| INVOICE # | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|
| | | | | matched by dollars to hard-copy |
| 7150000051 | $ 3,600.00 | 8 | 3 | matched to 7110000053 |
| **7110000068** **7150000070** | **$ 585.00** | **8** | 3 | matched to 7110000068 off $20.00 |
| **7110000068** **7150000070** | **$ 565.00** | **8** | 3 | matched to 7110000068 |
| 7150000095 | $ 4,888.00 | 8 | 3 | matched to 7100000089 |
| 7150000096 | $ 1,770.00 | 8 | 3 | matched to 7100000090 |
| **7110000149** **7150000150** | **$ 1,800.00** | **8** | 3 | matched to 7110000149 |
| **7110000166** **7150000171** | **$ 2,520.00** | **8** | 3 | matched to 7110000166 |
| **149-150-164** **9017410000** | **$ 9,828.00** | **1** | 4 | matched to 149/150/164 |
| 10000029460-HES | $ 1,248.00 | 16 | 2 | |
| 10000034909-HES | $ 881.40 | 16 | 2 | matched to 10000039409-HES |
| 10000035746-HES | $ 1,938.00 | 16 | 2 | |
| 10000036281-HES | $ 1,446.00 | 16 | 2 | |
| 1000036648-HES | $ 497.25 | 16 | 2 | |
| 10000037371-HES | $ 2,063.10 | 16 | 2 | |
| 10000038416-HES | $ 1,267.50 | 16 | 2 | |
| 10000040580-HES | $ 1,593.15 | 16 | 2 | |
| 106-9016870000 | $ 5,460.00 | 2 | 4 | matched to 106 |
| 120-121-122-123 | $ 2,256.00 | 2 | 4 | |
| **132-133-134** | **$ 13,767.00** | **1** | 4 | |
| **132-133-134** | **$ 13,767.00** | **2** | 4 | |
| **132-133-134-133a** | **$ 9,360.00** | **1** | 4 | |
| **132-133-134-133a** | **$ 9,360.00** | **2** | 4 | |
| 132a | $ 933.00 | 3 | 4 | |
| **9017410000 149-150-164** | **$ 9,828.00** | **2** | 4 | matched to 149/150/164 |
| 174-175-186-199 | $ 14,276.00 | 3 | 4 | |
| 177-184 | $ 5,977.00 | 2 | 4 | |
| 181-182 | $ 5,928.00 | 1 | 4 | |
| 185-190-191 | $ 9,847.00 | 3 | 4 | |
| 202-203-204-205 | $ 13,182.00 | 3 | 4 | |
| 207-208-209-210 | $ 10,105.00 | 3 | 4 | |
| 219-235 | $ 10,062.00 | 3 | 4 | |
| 236-246 | $ 19,092.00 | 3 | 4 | |
| 2502-1 | $ 30.00 | 14 | 2 | |
| 29490-29469 | $ 1,150.00 | 8 | 3 | matched to 265 |
| 5978A | $ 128.00 | 15 | 2 | |
| 5978B | $ 192.00 | 15 | 2 | |
| delivered | $ 150.00 | 8 | #N/A | **MISSING** |
| LW-01-11 | $ 1,218.00 | 8 | 3 | matched to LW 01-11 |
| M99999 | $ 29,410.29 | 12 | 2 | |
| various | $ 12,636.00 | 2 | 4 | matched to 106-07-08-09-10-11-12 |

# H.E. SERVICES
# HANDWRITTEN SHEETS

| INVOICE # | | TOTAL | PAGE # | EXH # | NOTES |
|---|---|---|---|---|---|
| | | | | | matched by dollars to hard-copy |
| GRAND TOTAL | | $    979,239.02 | | | |
| | TOTAL # of INVOICES | 241 | | | |
| TOTAL OF HIGHLIGHTED INVOICES | | $    104,422.24 | | | |
| | DIVIDED BY 2 | $    52,211.12 | | | |
| see 7110000068 | actual | $    52,201.12 | | | |
| off $20.00 | | | | | |

# EXHIBIT D

**H.E. SERVICES**
**SUMMARY OF DIFFERENCES**

| exhibit | INVOICE# | ACTUAL INVOICES | H.E. SCH | DIFFERENCE | EXPLANATIONS |
|---------|----------|-----------------|----------|------------|--------------|
| 4 | 123 | $ 7,757.62 | $ 8,654.80 | $ 897.18 | H.E. did not reflect a credit memo |
| 4 | 133 | $ 3,565.00 | $ 5,710.00 | $ 2,145.00 | H.E. did not reflect a credit memo 10001 |
| 4 | 134 | $ 1,092.00 | $ 3,354.00 | $ 2,262.00 | H.E. did not reflect a credit memo 10002 |
| 3 | 6517 | $ 210.00 | $ 1,638.00 | $ 1,428.00 | actual invoice shows $210.00 and Delphi paid $210.00 |
| 2 | 10000035746-HES | $ 1,938.30 | $ 1,938.00 | $ (0.30) | actual invoice shows $1,938.30 RAMATECH invoice |
| 2 | 10000036281-HES | $ 1,446.90 | $ 1,446.00 | $ (0.90) | actual invoice shows $1,446.90 RAMATECH invoice |
| 3 | **7150000070**/7110000068 | $ 1,130.00 | $ 1,150.00 | $ 20.00 | Difference of $20.00 two invoices of $565.00 each |
| 3 | 10000045011-HES | $ 6,500.00 | $ - | $ (6,500.00) | invoice not reflected on H.E. handwritten schedule |
| | MISC | | $ 150.00 | $ 150.00 | have no hard copy of this invoice |
| | 122 | | $ 48.00 | $ 48.00 | have no hard copy of this invoice |
| | 578 | | $ 2,800.00 | $ 2,800.00 | have no hard copy of this invoice |
| | TOTALS | $ 23,639.82 | $ 26,888.80 | $ 3,248.98 | |

# EXHIBIT E

# H.E. SERVICES
## DUPLICATE  INVOICES
**(SAME INVOICE INCLUDED TWICE WITH DETAIL)**

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXH # original | EXH # Duplicate | NOTES |
|---|---|---|---|---|---|---|---|
| S2S46553 | 01/26104 | 144 | 2/29/2004 | $ 4,160.00 | 3 | 4 | |
| FDS73450 001 | 1/8/2004 | 166 | 2/6/2004 | $ 2,622.12 | 2 | 2 | |
| | | 193 | 4/14/2004 | $ 204.00 | 2 | 2 | |
| S2S45340 | | 195 | 4/14/2004 | $ 777.00 | 2 | 3 | |
| | | 197 | 2/13/2004 | $ 160.00 | 2 | 2 | |
| S2S47552 | 3/17/2004 | 201 | 4/14/2004 | $ 1,680.00 | 3 | 4 | |
| 52545166 | | 213 | 3/29/2004 | $ 1,680.00 | 3 | 4 | |
| S2S45533 | | 217 | 4/14/2004 | $ 1,638.00 | 3 | 4 | |
| SAG90I5094 | 3/1/2004 | 260 | 3/5/2004 | $ 390.00 | 2 | 2 | |
| S2S33567-001 | | 273 | 3/5/2004 | $ 130.00 | 2 | 2 | |
| S3S26650 | 3/8/2004 | 288 | 3/12/2004 | $ 480.00 | 2 | 2 | |
| S2833236 | 03/12104 | 291 | 3/12/2004 | $ 320.00 | 2 | 2 | |
| S2833236 | 03/12104 | 299 | 3/12/2004 | $ 120.00 | 2 | 2 | |
| PR333446-006 | | 7110000068 | 8/22/2003 | $ 565.00 | 3 | 3 | |
| 9012401 | | 7110000149 | 9/12/2003 | $ 1,800.00 | 3 | 3 | |
| 9012401 | | 7110000166 | 9/16/2003 | $ 2,520.00 | 3 | 3 | |
| S2S46792 | | 132-133-134 | 2/19/2004 | $ 13,767.00 | 4 | 4 | |
| S2S46792 | | 132-133-134-133a | 2/19/2004 | $ 9,360.00 | 4 | 4 | |
| S2S42283 | | 149/150/164 | 2/29/2004 | $ 9,828.00 | 4 | 4 | |

TOTAL DUPLICATES          $ 52,201.12

Number of invoices                    19

# EXHIBIT F

## H.E. SERVICES
## PAID INVOICES

| Purchase Order No. | EXHIBIT NUMBER | Invoice No. | Invoice Date | Amount | BOL | PAID | DATE PAID | PAYMENT # |
|---|---|---|---|---|---|---|---|---|
| S2S46795 | 2 | 107 | 1/23/2004 | $ 240.00 | | $ 240.00 | 5/13/2005 | 651438 |
| S2S47841 | 2 | 133 | 2/6/2004 | $ 640.00 | | $ 640.00 | 3/9/2005 | 641134 |
| S2S47853 | 2 | 135 | 2/6/2004 | $ 321.00 | | $ 321.00 | 3/9/2005 | 641134 |
| SAG90I5173 | 2 | 152 | 2/6/2004 | $ 536.40 | 17753 | $ 536.40 | 4/1/2004 | 588269 |
| FDS73450 001 | 2 | 166 | 2/6/2004 | $ 2,622.12 | 0019 | $ 2,622.12 | 7/1/2004 | 602358 |
| S2S47809 | 2 | 188 | 2/13/2004 | $ 3,078.00 | | $ 3,078.00 | 10/1/2004 | 616401 |
| S2S47909 | 2 | 197 | 2/13/2004 | $ 160.00 | | $ 160.00 | 11/17/2004 | 623275 |
| S2S47867 | 2 | 220 | 2/20/2004 | $ 160.00 | | $ 160.00 | 10/1/2004 | 616401 |
| S2S47865 | 2 | 240 | 2/27/2004 | $ 1,326.00 | | $ 1,326.00 | 9/10/2004 | 613045 |
| S2S47866 | 2 | 267 | 3/5/2004 | $ 800.00 | | $ 800.00 | 10/1/2004 | 616401 |
| S2S47680 | 2 | 277 | 3/5/2004 | $ 1,520.00 | | $ 1,520.00 | 9/10/2004 | 613045 |
| S3S26650 | 2 | 288 | 3/12/2004 | $ 480.00 | | $ 480.00 | 11/18/2004 | 623469 |
| S3S26691 | 2 | 291 | 3/12/2004 | $ 320.00 | | $ 320.00 | 11/18/2004 | 623469 |
| S3S26596 | 2 | 337 | 3/26/2004 | $ 3,420.00 | | $ 3,420.00 | 11/16/2004 | 623120 |
| S2S45150 | 2 | 2492 | 9/5/2003 | $ 2,827.50 | | $ 2,827.50 | 4/29/2005 | 650062 |
| S2S46508 | 2 | 2502 | 9/12/2003 | $ 160.00 | | $ 160.00 | 3/18/2004 | 585445 |
| S2B02595 | 2 | 4169 | 10/31/2003 | $ 8,326.11 | | $ 8,326.11 | 1/23/2004 | 576546 |
| S2S45240 | 2 | 5198 | 11/21/2003 | $ 4,470.38 | | $ 4,470.38 | 1/23/2004 | 576546 |
| S2S45240 | 2 | 5216 | 11/28/2003 | $ 2,990.72 | | $ 2,990.72 | 1/23/2004 | 576546 |
| S2S45240 | 2 | 5454 | 12/7/2003 | $ 4,964.51 | | $ 4,964.51 | 2/3/2004 | 578914 |
| S2S45240 | 2 | 5714 | 12/14/2003 | $ 5,135.33 | | $ 5,135.33 | 2/3/2004 | 578914 |
| S2S45240 | 2 | 5985 | 12/28/2003 | $ 1,378.65 | | $ 1,378.65 | 2/3/2004 | 578914 |
| S2S45240 | 2 | 6103 | 1/2/2004 | $ 1,288.17 | | $ 1,288.17 | 3/2/2004 | 583476 |
| S2S46146 | 2 | 5978A | 12/19/2003 | $ 128.00 | | $ 128.00 | 4/6/2004 | 589294 |
| S2S46148 | 2 | 5978B | 12/19/2003 | $ 192.00 | | $ 192.00 | 4/6/2004 | 589294 |
| S2S45771 | 3 | 139 | 2/29/2004 | $ 9,976.00 | | $ 9,976.00 | 5/4/2005 | 650560 |
| S2S46553 | 3 | 144 | 2/29/2004 | $ 4,160.00 | | $ 4,160.00 | 10/1/2004 | 616401 |
| S2S47019 | 3 | 145 | 2/29/2004 | $ 4,160.00 | | $ 4,160.00 | 10/1/2004 | 616401 |
| S2S47016 | 3 | 146 | 2/29/2004 | $ 1,976.00 | | $ 1,976.00 | 10/5/2004 | 617344 |
| S2S46548 | 3 | **153** | 2/29/2004 | $ 9,823.00 | | $ 9,823.00 | 11/18/2004 | 623469 |
| S2S46932 | 3 | 173 | 4/4/2004 | $ 1,548.00 | | $ 1,548.00 | 6/30/2004 | 600690 |
| S2S47549 | 3 | 174 | 4/4/2004 | $ 7,955.00 | | $ 7,955.00 | 2/15/2005 | 637141 |
| 82S47549 | 3 | 175 | 4/4/2004 | $ 3,225.00 | | $ 3,225.00 | 2/15/2005 | 637141 |
| S2S47549 | 3 | 186 | 4/4/2004 | $ 2,150.00 | | $ 2,150.00 | 2/15/2005 | 637141 |
| S2S45340 | 3 | 192 | 3/10/2004 | $ 1,522.50 | | $ 1,522.50 | 4/30/2004 | 592705 |
| S2S47549 | 3 | 199 | 4/14/2004 | $ 946.00 | | $ 946.00 | 2/15/2005 | 627141 |
| **S2S47552** | 3 | **201** | **4/14/2004** | **$ 1,680.00** | **5443** | $ 1,680.00 | 2/24/2004 | 581210 |
| S3S26309 | 3 | 451 | 3/12/2004 | $ 1,764.00 | 29710 | $ 1,764.00 | 4/30/2004 | 592705 |
| **S3S26879** | 3 | 509 | 3/31/2004 | $ 495.00 | 29756 | $ 495.00 | 4/30/2004 | 592705 |
| 33523710 | 3 | 511 | 4/11/2004 | $ 150.00 | 29765 | $ 150.00 | 4/13/2004 | 589689 |

## H.E. SERVICES
## PAID INVOICES

| Purchase Order No. | EXHIBIT NUMBER | Invoice No. | Invoice Date | Amount | BOL | PAID | DATE PAID | PAYMENT # |
|---|---|---|---|---|---|---|---|---|
| 83S26345 | 3 | 513 | 4/11/2004 | $ 1,454.00 | 29766 | $ 1,454.00 | 6/1/2004 | 597618 |
| S3S26346 | 3 | 514 | 4/11/2004 | $ 1,500.00 | 29767 | $ 1,500.00 | 6/1/2004 | 597618 |
| S3S26379 | 3 | 515 | 4/11/2004 | $ 1,173.00 | 29769 | $ 1,173.00 | 6/1/2004 | 597618 |
| S3S26557 | 3 | 516 | 4/11/2004 | $ 1,715.45 | 29771 | $ 1,715.45 | 6/1/2004 | 597618 |
| S3S26900 | 3 | 518 | 4/11/2004 | $ 360.00 | 29768 | $ 360.00 | 6/1/2004 | 597618 |
| S2S45116 | 3 | 6307 | 1/14/2004 | $ 525.00 | | $ 525.00 | 3/2/2004 | 583476 |
| S2S45116 | 3 | 6517 | 1/21/2004 | $ 210.00 | | $ 210.00 | 3/2/2004 | 583476 |
| S2S45116 | 3 | LW 01-11 | 12/17/2003 | $ 1,218.00 | | $ 1,218.00 | 4/15/2004 | 589938 |
| S2S46197 | 4 | 105 | 1/29/2004 | $ 8,288.00 | | $ 8,288.00 | 3/2/2005 | 639922 |
| S3S23392 | 4 | 125 | 2/19/2004 | $ 2,080.00 | | $ 2,080.00 | 4/1/2004 | 588269 |
| S2S44042 | 4 | 126 | 2/19/2004 | $ 22,184.00 | | $ 22,184.00 | 4/20/2004 | 590211 |
| S2S46221 | 4 | 130 | 2/19/2004 | $ 9,336.00 | | $ 9,336.00 | 2/24/2005 | 637778 |
| S3S20950-004 | 4 | 137 | 2/29/2004 | $ 10,457.50 | 6331 | $ 10,457.50 | 3/2/2004 | 583476 |
| S2S28280 | 4 | 176 | 4/15/2004 | $ 133,542.74 | | $ 133,542.74 | 10/1/2004 | 616401 |
| S2S46157 | 4 | 177 | 4/4/2004 | $ 5,418.00 | | $ 5,418.00 | 5/4/2005 | 650560 |
| S2S47555 | 4 | 180 | 4/4/2004 | $ 9,589.00 | | $ 9,589.00 | 2/15/2005 | 637141 |
| S2S47552. | 4 | 181 | 4/4/2004 | $ 5,369.00 | | $ 5,369.00 | 2/15/2005 | 637141 |
| 82847552 | 4 | 182 | 4/4/2004 | $ 559.00 | | $ 559.00 | 2/15/2005 | 637141 |
| S2S46158 | 4 | 185 | 4/4/2004 | $ 5,160.00 | | $ 5,160.00 | 5/4/2005 | 650560 |
| S2S47333 | 4 | 187 | 4/4/2004 | $ 9,498.00 | | $ 9,498.00 | 6/1/2004 | 597618 |
| S2S46158 | 4 | 190 | 4/14/2004 | $ 1,935.00 | | $ 1,935.00 | 5/4/2005 | 650560 |
| S2S46158 | 4 | 191 | 4/14/2004 | $ 2,752.00 | | $ 2,752.00 | 5/4/2005 | 650560 |
| S2S47260 | 4 | 193 | 4/14/2004 | $ 6,396.00 | | $ 6,396.00 | 12/13/2004 | 627770 |
| S2S47260 | 4 | 194 | 4/14/2004 | $ 1,699.00 | | $ 1,699.00 | 12/13/2004 | 627770 |
| S2S47512 | 4 | 198 | 4/11/2004 | $ 9,126.00 | | $ 9,126.00 | 7/7/2004 | 603413 |
| **S2S47552** | 4 | **200** | **4/14/2004** | **$ 4,641.00** | | $ 4,641.00 | 2/15/2005 | 637141 |
| **S2S47552** | 4 | **201** | **4/14/2004** | **$ 4,563.00** | | $ 4,563.00 | 2/15/2005 | 637141 |
| **S2S47553** | 4 | **202** | **4/14/2004** | **$ 3,627.00** | | $ 3,627.00 | 7/7/2004 | 603413 |
| S2S47553 | 4 | 203 | 4/14/2004 | $ 7,059.00 | | $ 7,059.00 | 7/7/2004 | 603413 |
| S2S47553 | 4 | 205 | 4/14/2004 | $ 2,106.00 | | $ 2,106.00 | 7/7/2004 | 603413 |
| S2S47554 | 4 | 206 | 4/14/2004 | $ 5,848.00 | | $ 5,848.00 | 2/15/2005 | 637141 |
| S2S47556 | 4 | 207 | 4/14/2004 | $ 1,333.00 | | $ 1,333.00 | 2/15/2005 | 637141 |
| S2S47556 | 4 | 208 | 4/14/2004 | $ 1,032.00 | | $ 1,032.00 | 2/15/2005 | 637141 |
| S2S47556 | 4 | 209 | 4/14/2004 | $ 4,601.00 | | $ 4,601.00 | 2/15/2005 | 637141 |
| S2S47556 | 4 | 210 | 4/14/2004 | $ 3,139.00 | | $ 3,139.00 | 2/15/2005 | 637141 |
| S2S47557 | 4 | 211 | 4/14/2004 | $ 10,179.00 | | $ 10,179.00 | 7/7/2004 | 603413 |
| S2S47769 | 4 | 216 | 4/14/2004 | $ 2,820.00 | | $ 2,820.00 | 1/20/2004 | 632708 |
| S2S47859 | 4 | **217** | 4/14/2004 | $ 8,460.00 | | $ 8,460.00 | 5/6/2005 | 650792 |
| SMS78320 | 4 | 218 | 4/14/2004 | $ 3,000.00 | | $ 3,000.00 | 6/10/2004 | 599078 |
| S2S844646 | 4 | 5188 | 11/30/2003 | $ 84.00 | | $ 84.00 | 4/15/2004 | 589938 |
| S2S45183 | 4 | 5448 | 12/10/2003 | $ 8,118.00 | | $ 8,118.00 | 2/3/2004 | 578914 |

## H.E. SERVICES
## PAID INVOICES

| Purchase Order No. | EXHIBIT NUMBER | Invoice No. | Invoice Date | Amount | BOL | PAID | DATE PAID | PAYMENT # |
|---|---|---|---|---|---|---|---|---|
| S2S44042 | 4 | 5449 | 12/10/2003 | $ 20,962.00 | | $ 20,962.00 | 2/3/2004 | 578914 |
| S2S48822 | 4 | 20050106 | 1/6/2005 | $ 11,395.00 | | $ 11,395.00 | 3/2/2005 | 639922 |
| S2S46281 | 4 | 106-07-08-09-10-11-12 | 1/29/2004 | $ 12,636.00 | | $ 12,636.00 | 3/2/2004 | 583476 |
| S3S23584 | 4 | 120-121-122-123 | 2/19/2004 | $ 2,256.00 | | $ 2,256.00 | 4/1/2004 | 588269 |
| SMS78357 | 4 | 219-235 | 4/14/2004 | $ 10,062.00 | | $ 10,062.00 | 6/11/2004 | 599208 |
| SMS78147 | 4 | 236-246 | 4/14/2004 | $ 19,092.00 | | $ 19,092.00 | 6/11/2004 | 599208 |
| | | | TOTAL | | | $ 497,573.08 | | |

# EXHIBIT G

**H.E. SERVICES**
**ADDITIONAL INVOICES PAID**
**BY SHIPPER NUMBER**

| INVOICE # | DATE | PAID AMOUNT | EXHIBIT # | NOTES |
|-----------|------|-------------|-----------|-------|
| 123 | 1/23/2004 | $ 7,757.62 | 2 | A. |
| 159 | 2/6/2004 | $ 7,334.22 | 2 | |
| 217 | 2/20/2004 | $ 5,886.43 | 2 | |
| 232 | 2/27/2004 | $ 6,989.33 | 2 | |
| 257 | 3/5/2004 | $ 5,836.50 | 2 | B. |
| 281 | 3/12/2004 | $ 7,618.15 | 2 | |
| 320 | 3/19/2004 | $ 5,610.06 | 2 | C. |
| 333 | 3/26/2004 | $ 4,414.34 | 2 | |
| 350 | 3/26/2004 | $ 1,072.80 | 2 | |
| 361 | 3/26/2004 | $ 9,342.51 | 2 | D. |
| | TOTALS | $ 61,861.96 | | |

A. DACOR detail is $39.86 less than the invoice amount
B. DACOR detail is $200.75 less than the invoice amount because of item on shipper 17982
C. DACOR detail is $19.97  more than the invoice amount.
D. DACOR detail is $782.08 less than the invoice amount because shipper 18122 incl twice.

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #361
### 3/26/2004

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 18070 | 3/29/2004 | $ 188.90 | 4/30/2004 | 592705 |
| 18072 | 3/29/2004 | $ 244.80 | 4/30/2004 | 592705 |
| 18074 | 3/30/2004 | $ 462.30 | 4/30/2004 | 592705 |
| 18076 | 3/30/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 18078 | 3/30/2004 | $ 321.90 | 4/30/2004 | 592705 |
| 18119 | 4/8/2004 | $ 311.58 | 6/1/2004 | 597618 |
| 18121 | 4/7/2004 | $ 913.50 | 6/1/2004 | 597618 |
| **18122** | **4/7/2004** | **$ 783.36** | **6/1/2004** | **597618** |
| 18123 | 4/7/2004 | $ 221.58 | 6/1/2004 | 597618 |
| 18124 | 4/7/2004 | $ 581.12 | 6/1/2004 | 597618 |
| 18125 | 4/6/2004 | $ - | 6/1/2004 | 597618 |
| 18126 | 4/6/2004 | $ 261.12 | 6/1/2004 | 597618 |
| 18127 | 4/6/2004 | $ 778.40 | 6/1/2004 | 597618 |
| 18128 | 4/6/2004 | $ 32.19 | 6/1/2004 | 597618 |
| 18130 | 4/6/2004 | $ 81.55 | 6/1/2004 | 597618 |
| 18131 | 4/6/2004 | $ 107.45 | 6/1/2004 | 597618 |
| 18133 | 4/5/2004 | $ 592.80 | 6/1/2004 | 597618 |
| 18135 | 4/2/2004 | $ 244.80 | 6/1/2004 | 597618 |
| 18136 | 4/2/2004 | $ 522.24 | 6/1/2004 | 597618 |
| 18137 | 4/2/2004 | $ 313.20 | 6/1/2004 | 597618 |
| 18139 | 4/1/2004 | $ 174.08 | 6/1/2004 | 597618 |
| 18140 | 4/1/2004 | $ 505.80 | 6/1/2004 | 597618 |
| 18145 | 4/1/2004 | $ 107.30 | 6/1/2004 | 597618 |
| 18146 | 3/31/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 18147 | 3/31/2004 | $ 462.30 | 4/30/2004 | 592705 |

|  |  |  |
|---|---|---|
| TOTAL | $ | 8,560.43 |
| INVOICE TOTAL | $ | 9,342.51 |
| DIFFERENCE | $ | (782.08) |

| 18122 | shipper included | | |
|---|---|---|---|
| | twice in invoice | $ | (783.36) |
| | misc | $ | 1.28 |
| | | $ | (782.08) |

# H.E. SERVICES
## SUMMARY SUPPORT

**INVOICE #320**

**3/19/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17904 | 3/18/2004 | $ 342.26 | 4/30/2004 | 592705 |
| 17905 | 3/18/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 17906 | 3/18/2004 | $ 456.96 | 4/30/2004 | 592705 |
| 17907 | 3/18/2004 | $ 159.50 | 4/30/2004 | 592705 |
| 17908 | 3/19/2004 | $ 607.00 | 4/30/2004 | 592705 |
| 17910 | 3/19/2004 | $ 80.74 | 4/30/2004 | 592705 |
| 17918 | 3/17/2004 | $ 310.30 | 4/30/2004 | 592705 |
| 17919 | 3/17/2004 | $ 196.82 | 4/30/2004 | 592705 |
| 17921 | 3/17/2004 | $ 190.40 | 4/30/2004 | 592705 |
| 17922 | 3/16/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 17925 | 3/16/2004 | $ 185.45 | 4/30/2004 | 592705 |
| 17926 | 3/16/2004 | $ 342.60 | 4/30/2004 | 592705 |
| 17927 | 3/16/2004 | $ 185.67 | 4/30/2004 | 592705 |
| 17928 | 3/16/2004 | $ 265.10 | 4/30/2004 | 592705 |
| 17929 | 3/16/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 17930 | 3/16/2004 | $ 131.96 | 4/30/2004 | 592705 |
| 17932 | 3/15/2004 | $ 49.30 | 4/30/2004 | 592705 |
| 17933 | 3/15/2004 | $ 732.69 | 4/30/2004 | 592705 |
| 17934 | 3/15/2004 | $ 342.60 | 4/30/2004 | 592705 |
| 17935 | 3/15/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 17936 | 3/15/2004 | $ 354.36 | 4/30/2004 | 592705 |

| | | |
|---|---|---|
| TOTAL | $ | 5,630.03 |
| INVOICE TOTAL | $ | 5,610.06 |
| DIFFERENCE | $ | 19.97 |

| | | |
|---|---|---|
| misc | $ | 19.97 |
| | $ | 19.97 |

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #333
**3/26/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17912 | 3/22/2004 | $ 369.90 | 4/30/2004 | 592705 |
| 17914 | 3/22/2004 | $ 179.80 | 4/30/2004 | 592705 |
| 18051 | 3/23/2004 | $ 130.56 | 4/30/2004 | 592705 |
| 18052 | 3/23/2004 | $ 429.60 | 4/30/2004 | 592705 |
| 18053 | 3/23/2004 | $ 515.45 | 4/30/2004 | 592705 |
| 18054 | 3/23/2004 | $ 187.60 | 4/30/2004 | 592705 |
| 18055 | 3/23/2004 | $ 62.18 | 4/30/2004 | 592705 |
| 18058 | 3/24/2004 | $ 152.32 | 4/30/2004 | 592705 |
| 18059 | 3/24/2004 | $ 179.80 | 4/30/2004 | 592705 |
| 18062 | 3/25/2004 | $ 723.70 | 4/30/2004 | 592705 |
| 18063 | 3/25/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 18066 | 3/26/2004 | $ 522.24 | 4/30/2004 | 592705 |
| 18067 | 3/26/2004 | $ 700.10 | 4/30/2004 | 592705 |
| 18068 | 3/26/2004 | $ 87.00 | 4/30/2004 | 592705 |



| | | |
|---|---|---|
| TOTAL | $ | 4,414.33 |
| INVOICE TOTAL | $ | 4,414.34 |
| DIFFERENCE | $ | (0.01) |

| | | |
|---|---|---|
| misc | $ | (0.01) |
| | $ | (0.01) |

**H.E. SERVICES**
**SUMMARY SUPPORT**
**INVOICE #281**
**3/12/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17937 | 3/12/2004 | $ 226.58 | 4/30/2004 | 592705 |
| 17938 | 3/12/2004 | $ 527.80 | 4/30/2004 | 592705 |
| 17939 | 3/12/2004 | $ 181.10 | 4/30/2004 | 592705 |
| 17940 | 3/12/2004 | $ 174.00 | 4/30/2004 | 592705 |
| 17941 | 3/12/2004 | $ 500.48 | 4/30/2004 | 592705 |
| 17943 | 3/12/2004 | $ 538.07 | 4/30/2004 | 592705 |
| 17947 | 3/11/2004 | $ 425.65 | 4/30/2004 | 592705 |
| 17947 | 3/11/2004 | $ 43.50 | 4/30/2004 | 592705 |
| 17949 | 3/11/2004 | $ 549.30 | 4/30/2004 | 592705 |
| 17950 | 3/11/2004 | $ 130.56 | 4/30/2004 | 592705 |
| 17951 | 3/11/2004 | $ 146.06 | 4/30/2004 | 592705 |
| 17952 | 3/11/2004 | $ 369.62 | 4/30/2004 | 592705 |
| 17954 | 3/10/2004 | $ 360.05 | 4/30/2004 | 592705 |
| 17955 | 3/10/2004 | $ 412.08 | 4/30/2004 | 592705 |
| 17956 | 3/10/2004 | $ 197.31 | 4/30/2004 | 592705 |
| 17957 | 3/10/2004 | $ 195.84 | 4/30/2004 | 592705 |
| 17958 | 3/10/2004 | $ 314.10 | 4/30/2004 | 592705 |
| 17959 | 3/10/2004 | $ 355.83 | 4/30/2004 | 592705 |
| 17960 | 3/9/2004 | $ 87.00 | 4/30/2004 | 592705 |
| 17962 | 3/9/2004 | $ 189.94 | 4/30/2004 | 592705 |
| 17966 | 3/9/2004 | $ 233.88 | 4/30/2004 | 592705 |
| 17967 | 3/9/2004 | $ 152.32 | 4/30/2004 | 592705 |
| 17969 | 3/9/2004 | $ 76.70 | 4/30/2004 | 592705 |
| 17970 | 3/9/2004 | $ 221.24 | 4/30/2004 | 592705 |
| 17971 | 3/8/2004 | $ 87.00 | 4/30/2004 | 592705 |
| 17973 | 3/8/2004 | $ 189.39 | 4/30/2004 | 592705 |
| 17974 | 3/8/2004 | $ 150.80 | 4/30/2004 | 592705 |
| 17977 | 3/8/2004 | $ 130.56 | 4/30/2004 | 592705 |
| 17978 | 3/8/2004 | $ 451.38 | 4/30/2004 | 592705 |

|  |  |  |
|---|---|---|
| TOTAL | $ | 7,618.14 |
| INVOICE TOTAL | $ | 7,618.15 |
| DIFFERENCE | $ | (0.01) |

| misc | $ | 0.01 |
|---|---|---|
|  | $ | 0.01 |

**H.E. SERVICES**
**SUMMARY SUPPORT**
**INVOICE #257**
**3/5/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17980 | 3/5/2004 | $ 179.80 | 4/30/2004 | 592705 |
| 17982 | 3/5/2004 | $ - | | |
| 17983 | 3/5/2004 | $ 380.76 | 4/30/2004 | 592705 |
| 17984 | 3/5/2004 | $ 500.48 | 4/30/2004 | 592705 |
| 17985 | 3/5/2004 | $ 256.77 | 4/30/2004 | 592705 |
| 17986 | 3/4/2004 | $ 289.96 | 4/30/2004 | 592705 |
| 17988 | 3/4/2004 | $ 314.10 | 4/30/2004 | 592705 |
| 17989 | 3/4/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 17990 | 3/4/2004 | $ 235.61 | 4/30/2004 | 592705 |
| 17991 | 3/4/2004 | $ 324.82 | 4/30/2004 | 592705 |
| 17992 | 3/3/2004 | $ 234.14 | 4/30/2004 | 592705 |
| 17993 | 3/3/2004 | $ 179.80 | 4/30/2004 | 592705 |
| 17995 | 3/3/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 17996 | 3/3/2004 | $ 240.66 | 4/30/2004 | 592705 |
| 17998 | 3/3/2004 | $ 296.16 | 4/30/2004 | 592705 |
| 17999 | 3/2/2004 | $ 229.10 | 4/30/2004 | 592705 |
| 18001 | 3/2/2004 | $ 196.11 | 4/30/2004 | 592705 |
| 18003 | 3/2/2004 | $ 227.10 | 4/30/2004 | 592705 |
| 18004 | 3/2/2004 | $ 174.08 | 4/30/2004 | 592705 |
| 18005 | 3/2/2004 | $ 187.73 | 4/30/2004 | 592705 |
| 18006 | 3/1/2004 | $ 98.60 | 4/30/2004 | 592705 |
| 18008 | 3/1/2004 | $ 364.38 | 4/30/2004 | 592705 |
| 18009 | 3/1/2004 | $ 177.89 | 4/30/2004 | 592705 |
| 18010 | 3/1/2004 | $ 199.54 | 4/30/2004 | 592705 |

TOTAL          $          5,635.75

INVOICE TOTAL  $          5,836.50

DIFFERENCE     $           (200.75)

show no payment on shipper 17982     $     (200.75) a.
                                     $     (200.75)

a. 7381 units times .0272     $          200.76

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #123
### 1/23/2004

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17404 | 1/20/2004 | $ 1,102.36 | 3/2/2004 | 583476 |
| 17405 | 1/20/2004 | $ 166.16 | 3/2/2004 | 583476 |
| 17406 | 1/20/2004 | $ 185.69 | 3/2/2004 | 583476 |
| 17407 | 1/20/2004 | $ 394.32 | 3/2/2004 | 583476 |
| 17408 | 1/20/2004 | $ 108.80 | 3/2/2004 | 583476 |
| 17409 | 1/20/2004 | $ 185.78 | 3/2/2004 | 583476 |
| 17410 | 1/20/2004 | $ 68.60 | 3/2/2004 | 583476 |
| 17411 | 1/21/2004 | $ 513.89 | 3/2/2004 | 583476 |
| 17412 | 1/21/2004 | $ 350.82 | 3/2/2004 | 583476 |
| 17413 | 1/21/2004 | $ 152.32 | 3/2/2004 | 583476 |
| 17414 | 1/21/2004 | $ 204.33 | 3/2/2004 | 583476 |
| 17415 | 1/21/2004 | $ 374.40 | 3/2/2004 | 583476 |
| 17416 | 1/22/2004 | $ 678.72 | 3/2/2004 | 583476 |
| 17417 | 1/22/2004 | $ 444.42 | 3/2/2004 | 583476 |
| 17418 | 1/22/2004 | $ 752.16 | 3/2/2004 | 583476 |
| 17803 | 1/23/2004 | $ 43.50 | 3/2/2004 | 583476 |
| 17804 | 1/23/2004 | $ 238.63 | 3/2/2004 | 583476 |
| 17806 | 1/23/2004 | $ 194.32 | 3/2/2004 | 583476 |
| 17807 | 1/23/2004 | $ 364.38 | 3/2/2004 | 583476 |
| 17808 | 1/23/2004 | $ 391.68 | 3/2/2004 | 583476 |
| 17809 | 1/23/2004 | $ 606.64 | 3/2/2004 | 583476 |
| 17813 | 1/22/2004 | $ 195.84 | 3/2/2004 | 583476 |



| | | |
|---|---|---|
| TOTAL | $ | 7,717.76 |
| INVOICE TOTAL | $ | 7,757.62 | less credit memo 100001 |
| DIFFERENCE | $ | (39.86) |

| | | |
|---|---|---|
| miscellaneous | $ | (39.86) |
| | $ | (39.86) |

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #159
**2/6/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17733 | 2/6/2004 | $ 304.50 | 4/1/2004 | 588269 |
| 17734 | 2/6/2004 | $ 211.89 | 4/1/2004 | 588269 |
| 17735 | 2/6/2004 | $ 183.74 | 4/1/2004 | 588269 |
| 17736 | 2/6/2004 | $ 581.88 | 4/1/2004 | 588269 |
| 17738 | 2/6/2004 | $ 304.64 | 4/1/2004 | 588269 |
| 17739 | 2/6/2004 | $ 350.83 | 4/1/2004 | 588269 |
| 17740 | 2/5/2004 | $ 188.58 | 4/1/2004 | 588269 |
| 17741 | 2/5/2004 | $ 196.60 | 4/1/2004 | 588269 |
| 17742 | 2/5/2004 | $ 263.82 | 4/1/2004 | 588269 |
| 17743 | 2/5/2004 | $ 152.32 | 4/1/2004 | 588269 |
| 17744 | 2/4/2004 | $ 198.75 | 4/1/2004 | 588269 |
| 17745 | 2/4/2004 | $ 130.50 | 4/1/2004 | 588269 |
| 17746 | 2/5/2004 | $ 347.10 | 4/1/2004 | 588269 |
| 17747 | 2/4/2004 | $ 394.32 | 4/1/2004 | 588269 |
| 17748 | 2/4/2004 | $ 152.32 | 4/1/2004 | 588269 |
| 17750 | 2/4/2004 | $ 145.74 | 4/1/2004 | 588269 |
| 17752 | 2/3/2004 | $ 43.50 | 4/1/2004 | 588269 |
| 17754 | 2/3/2004 | $ 370.03 | 4/1/2004 | 588269 |
| 17755 | 2/3/2004 | $ 401.10 | 4/1/2004 | 588269 |
| 17756 | 2/3/2004 | $ 152.32 | 4/1/2004 | 588269 |
| 17758 | 2/3/2004 | $ 330.70 | 4/1/2004 | 588269 |
| 17759 | 2/3/2004 | $ 252.64 | 4/1/2004 | 588269 |
| 17760 | 2/2/2004 | $ 130.50 | 4/1/2004 | 588269 |
| 17761 | 2/2/2004 | $ 219.94 | 4/1/2004 | 588269 |
| 17762 | 2/2/2004 | $ 186.89 | 4/1/2004 | 588269 |
| 17763 | 2/2/2004 | $ 701.64 | 4/1/2004 | 588269 |
| 17765 | 2/2/2004 | $ 239.36 | 4/1/2004 | 588269 |
| 17766 | 2/2/2004 | $ 198.10 | 4/1/2004 | 588269 |
| | TOTAL | $ 7,334.25 | | |
| | INVOICE TOTAL | $ 7,334.22 | | |
| | DIFFERENCE | $ 0.03 | | |

| miscellaneous | $ 0.03 |
|---|---|
| | $ 0.03 |

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #217
**2/20/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17670 | 2/20/2004 | $ 432.37 | 4/1/2004 | 588269 |
| 17672 | 2/20/2004 | $ 478.42 | 4/1/2004 | 588269 |
| 17673 | 2/20/2004 | $ 326.40 | 4/1/2004 | 588269 |
| 17674 | 2/20/2004 | $ 213.38 | 4/1/2004 | 588269 |
| 17676 | 2/19/2004 | $ 316.10 | 4/1/2004 | 588269 |
| 17678 | 2/19/2004 | $ 220.76 | 4/1/2004 | 588269 |
| 17679 | 2/19/2004 | $ 414.58 | 4/1/2004 | 588269 |
| 17680 | 2/19/2004 | $ 195.84 | 4/1/2004 | 588269 |
| 17684 | 2/18/2004 | $ 266.80 | 4/1/2004 | 588269 |
| 17686 | 2/18/2004 | $ 174.08 | 4/1/2004 | 588269 |
| 17689 | 2/18/2004 | $ 531.60 | 4/1/2004 | 588269 |
| 17690 | 2/18/2004 | $ 232.51 | 4/1/2004 | 588269 |
| 17691 | 2/17/2004 | $ 277.38 | 4/1/2004 | 588269 |
| 17692 | 2/17/2004 | $ 152.32 | 4/1/2004 | 588269 |
| 17693 | 2/17/2004 | $ 49.30 | 4/1/2004 | 588269 |
| 17694 | 2/17/2004 | $ 387.52 | 4/1/2004 | 588269 |
| 17695 | 2/16/2004 | $ 136.30 | 4/1/2004 | 588269 |
| 17696 | 2/16/2004 | $ 207.16 | 4/1/2004 | 588269 |
| 17701 | 2/19/2004 | $ 261.12 | 4/1/2004 | 588269 |
| 17702 | 2/16/2004 | $ 401.10 | 4/1/2004 | 588269 |
| 17704 | 2/16/2004 | $ 211.40 | 4/1/2004 | 588269 |



| | | |
|---|---|---|
| TOTAL | $ | 5,886.44 |
| INVOICE TOTAL | $ | 5,886.43 |
| DIFFERENCE | $ | 0.01 |

| | | |
|---|---|---|
| miscellaneous | $ | 0.01 |
| | $ | 0.01 |

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #232
**2/27/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17646 | 2/26/2004 | $ 378.71 | 4/1/2004 | 588269 |
| 17648 | 2/24/2004 | $ 261.00 | 4/1/2004 | 588269 |
| 17649 | 2/24/2004 | $ 150.33 | 4/1/2004 | 588269 |
| 17650 | 2/25/2004 | $ 193.36 | 4/1/2004 | 588269 |
| 17651 | 2/25/2004 | $ 152.32 | 4/1/2004 | 588269 |
| 17652 | 2/25/2004 | $ 511.26 | 4/1/2004 | 588269 |
| 17653 | 2/25/2004 | $ 178.95 | 4/1/2004 | 588269 |
| 17654 | 2/24/2004 | $ 130.50 | 4/1/2004 | 588269 |
| 17655 | 2/24/2004 | $ 208.73 | 4/1/2004 | 588269 |
| 17656 | 2/24/2004 | $ 174.08 | 4/1/2004 | 588269 |
| 17657 | 2/24/2004 | $ 199.29 | 4/1/2004 | 588269 |
| 17658 | 2/24/2004 | $ 327.66 | 4/1/2004 | 588269 |
| 17660 | 2/24/2004 | $ 192.60 | 4/1/2004 | 588269 |
| 17661 | 2/23/2004 | $ 130.50 | 4/1/2004 | 588269 |
| 17662 | 2/23/2004 | $ 202.80 | 4/1/2004 | 588269 |
| 17664 | 2/23/2004 | $ 142.69 | 4/1/2004 | 588269 |
| 17665 | 2/23/2004 | $ 511.26 | 4/1/2004 | 588269 |
| 17666 | 2/23/2004 | $ 304.64 | 4/1/2004 | 588269 |
| 18012 | 2/27/2004 | $ 199.84 | 4/30/2004 | 592705 |
| 18013 | 2/27/2004 | $ 484.23 | 4/1/2004 | 588269 |
| 18014 | 2/27/2004 | $ 478.72 | 4/1/2004 | 588269 |
| 18015 | 2/27/2004 | $ 419.34 | 4/30/2004 | 592705 |
| 18018 | 2/27/2004 | $ 531.60 | 4/1/2004 | 588269 |
| 18020 | 2/26/2004 | $ 350.82 | 4/1/2004 | 588269 |
| 18021 | 2/26/2004 | $ 174.08 | 4/1/2004 | 588269 |

TOTAL $ 6,989.31

INVOICE TOTAL $ 6,989.33

DIFFERENCE $ (0.02)

miscellaneous $ (0.02)
$ (0.02)

# H.E. SERVICES
## SUMMARY SUPPORT
### INVOICE #350
**3/26/2004**

| BILL OF LADING# | SHIP DATE | AMOUNT | PAID DATE | WIRE/CHECK # |
|---|---|---|---|---|
| 17964 | 3/8/2004 | $ 536.40 | 4/30/2004 | 592705 |
| 18144 | 3/31/2004 | $ 536.40 | 4/30/2004 | 592705 |



|  |  |  |
|---|---|---|
| TOTAL | $ | 1,072.80 |
| INVOICE TOTAL | $ | 1,072.80 |
| DIFFERENCE | $ | - |

| miscellaneous | $ | - |
|---|---|---|
|  | $ | - |

# EXHIBIT G-1

**H.E. SERVICES**
**DIFFERENCES ON EXHIBIT 2 PART 2**

| INVOICE #123 |
|---|

QUANTITY                                    PART NUMBERS

| BILL OF LADING# | SHIP DATE | 7839877 | 7844992 | 26056003 | 26057598 | 26083145 | 40705 | 40780 | 26107266 | 26105499 | 26023803 | 26074400 | 26097037 | 26048635 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17404 | 1/20/2004 | 6,437 | 30,756 | | | | | | 3,335 | | | | | | 40,528 |
| 17405 | 1/20/2004 | | | | | | | | | 2,174 | 230 | 1,481 | 1,083 | 1,052 | 6,020 |
| 17406 | 1/20/2004 | | 6,827 | | | | | | | | | | | | 6,827 |
| 17407 | 1/20/2004 | | | 6,000 | | 8,100 | | | | | | | | | 14,100 |
| 17408 | 1/20/2004 | | | | 4,000 | | | | | | | | | | 4,000 |
| 17409 | 1/20/2004 | 6,830 | | | | | | | | | | | | | 6,830 |
| 17410 | 1/20/2004 | | | | | | | 2,522 | | | | | | | 2,522 |
| 17411 | 1/21/2004 | | 18,893 | | | | | | | | | | | | 18,893 |
| 17412 | 1/21/2004 | | | 4,500 | | 8,100 | | | | | | | | | 12,600 |
| 17413 | 1/21/2004 | | | | 5,600 | | | | | | | | | | 5,600 |
| 17414 | 1/21/2004 | | | | | | | | 7,512 | | | | | | 7,512 |
| 17415 | 1/21/2004 | 5,802 | | | | | | | 7,963 | | | | | | 13,765 |
| 17416 | 1/22/2004 | | | 12,000 | | 8,100 | 4,059 | | | | | | | | 24,159 |
| 17417 | 1/22/2004 | | | | | | | | 16,339 | | | | | | 16,339 |
| 17418 | 1/22/2004 | 27,653 | | | | | | | 0 | | | | | | 27,653 |
| 17803 | 1/23/2004 | | | 1,500 | | | | | | | | | | | 1,500 |
| 17804 | 1/23/2004 | | 6,483 | | | | | | 2,290 | | | | | | 8,773 |
| 17806 | 1/23/2004 | 7,144 | | | | | | | | | | | | | 7,144 |
| 17807 | 1/23/2004 | | | 7,500 | | 5,400 | | | | | | | | | 12,900 |
| 17808 | 1/23/2004 | | | | 14,400 | | | | | | | | | | 14,400 |
| 17809 | 1/23/2004 | | 6,082 | | | | | | 16,221 | | | | | | 22,303 |
| 17813 | 1/23/2004 | | | | 7,200 | | | | | | | | | | 7,200 |
| | TOTALS | 53,866 | 69,041 | 31,500 | 31,200 | 29,700 | 4,059 | 2,522 | 53,660 | 2,174 | 230 | 1,481 | 1,083 | 1,052 | 281,568 |
| | PRICE | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.0295 | |
| | TOTALS | $ 1,465.16 | $ 1,877.92 | $ 913.50 | $ 848.64 | $ 807.84 | $ 110.40 | $ 68.60 | $ 1,459.55 | $ 59.13 | $ 6.26 | $ 40.28 | $ 29.46 | $ 31.03 | $ 7,717.77 |
| | | OK | OK | OK | OK | OK | OK | OFF | OFF | OFF | OFF | OFF | OFF | OFF | $ 7,717.76 |

| ON H.E. INVOICE |
|---|

59,680  TOTAL UNITS PER SHIPPERS part #26107266,26105499,26023803,26074400,26097037,26048635

61,234  TOTAL UNITS PER INVOICE  all in as part #26107266

(1,554) DIFFERENCE IN UNITS
0.0272 PRICE PER PER UNIT
$  (42.27) TOTAL SHORT-FALL  IN DIFFERENCE

PRICE OVERPAYMENT ON PART 26048635
PAID AT .0295 BILLED AT .0272
$  2.52 1,095 UNITS TIMES .0023

| $  (39.75) NET DIFFERENCE |
|---|

**H.E. SERVICES**
**DIFFERENCES ON EXHIBIT 2 PART 2**

| INVOICE #257 |
|---|

QUANTITIY                                      PART NUMBERS

| BILL OF LADING# | SHIP DATE | 7839877 | 7844992 | 26056003 | 26057598 | 26083145 | 40705 | 40780 | 26069432 | 26105499 | 26023803 | 26074400 | 26017266 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17980 | 3/5/2004 | | | 4,500 | | | | | 1,700 | | | | | 6,200 |
| 17982 | 3/5/2004 | 7,381 | | | | | | | | | | | | 7,381 |
| 17983 | 3/5/2004 | | | 3,000 | | 10,800 | | | | | | | | 13,800 |
| 17984 | 3/5/2004 | | | | 18,400 | | | | | | | | | 18,400 |
| 17985 | 3/5/2004 | | | | | | | | | | | | 9,440 | 9,440 |
| 17986 | 3/4/2004 | | | 4,500 | | 4,050 | | | 1,700 | | | | | 10,250 |
| 17988 | 3/4/2004 | | | 4,500 | | 6,750 | | | | | | | | 11,250 |
| 17989 | 3/4/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 17990 | 3/4/2004 | | | | | | | | | | | | 8,662 | 8,662 |
| 17991 | 3/4/2004 | | 11,942 | | | | | | | | | | | 11,942 |
| 17992 | 3/3/2004 | | | | | | | | | | | | 8,608 | 8,608 |
| 17993 | 3/3/2004 | | | 4,500 | | | | | 1,700 | | | | | 6,200 |
| 17995 | 3/3/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 17996 | 3/3/2004 | | | 4,500 | | 4,050 | | | | | | | | 8,550 |
| 17998 | 3/3/2004 | | 6,583 | | | | | | | | | | 4,305 | 10,888 |
| 17999 | 3/2/2004 | | | 4,500 | | | | | 3,400 | | | | | 7,900 |
| 18001 | 3/2/2004 | | 7,210 | | | | | | | | | | | 7,210 |
| 18003 | 3/2/2004 | | | 1,500 | | 6,750 | | | | | | | | 8,250 |
| 18004 | 3/2/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 18005 | 3/2/2004 | | 6,902 | | | | | | | | | | | 6,902 |
| 18006 | 3/1/2004 | | | | | | | | 3,400 | | | | | 3,400 |
| 18008 | 3/1/2004 | | | 7,500 | | 5,400 | | | | | | | | 12,900 |
| 18009 | 3/1/2004 | | 6,540 | | | | | | | | | | | 6,540 |
| 18010 | 3/1/2004 | | 7,336 | | | | | | | | | | | 7,336 |
| | | | | | | | | | | | | | | - |
| TOTALS | | 7,381 | 46,513 | 39,000 | 37,600 | 37,800 | - | - | 11,900 | - | - | - | 31,015 | 211,209 |
| PRICE | | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | |
| TOTALS | | $ 200.76 | $ 1,265.15 | $ 1,131.00 | $ 1,022.72 | $ 1,028.16 | $ - | $ - | $ 345.10 | $ - | $ - | $ - | $ - | $ 843.61 | $ 5,836.50 |
| | | OFF | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

|  | $ 5,836.50 |
|---|---|

| ON H.E. INVOICE | $ 0.00 |
|---|---|

**7,381** TOTAL UNITS PER SHIPPER #17982-NOT PAID IN DACOR
0.0272 PRICE PER PER UNIT
$ 200.76 TOTAL SHORT-FALL

| $ 200.76 | NET DIFFERENCE |
|---|---|

**H.E. SERVICES**
**DIFFERENCES ON EXHIBIT 2 PART 2**

| INVOICE #320 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | QUANTITIY | | | | PART NUMBERS | | | | | | | | |

| BILL OF LADING# | SHIP DATE | 7839877 | 7844992 | 26056003 | 26057598 | 26083145 | 40705 | 40780 | 26069432 | 26105499 | 26023803 | 26074400 | 26017266 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17904 | 3/18/2004 | | | 9,000 | | 3,000 | | | | | | | | 12,000 |
| 17905 | 3/18/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 17906 | 3/18/2004 | | | 16,800 | | | | | | | | | | 16,800 |
| 17907 | 3/18/2004 | 5,864 | | | | | | | | | | | | 5,864 |
| 17908 | 3/19/2004 | | | | | 18,000 | 4,316 | | | | | | | 22,316 |
| 17910 | 3/19/2004 | | | 1,500 | | | 1,369 | | | | | | | 2,869 |
| 17918 | 3/17/2004 | | | 9,000 | | | | | 1,700 | | | | | 10,700 |
| 17919 | 3/17/2004 | 7,236 | | | | | | | | | | | | 7,236 |
| 17921 | 3/17/2004 | 7,000 | | | | | | | | | | | | 7,000 |
| 17922 | 3/16/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 17925 | 3/16/2004 | 6,818 | | | | | | | | | | | | 6,818 |
| 17926 | 3/16/2004 | | | 9,000 | | 3,000 | | | | | | | | 12,000 |
| 17927 | 3/16/2004 | 6,826 | | | | | | | | | | | | 6,826 |
| 17928 | 3/16/2004 | | | | | 9,000 | | | | | | 700 | | 9,700 |
| 17929 | 3/16/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 17930 | 3/16/2004 | | | 2,306 | 2,393 | | | | | | | | | 4,699 |
| 17932 | 3/15/2004 | | | | | | | | 1,700 | | | | | 1,700 |
| 17933 | 3/15/2004 | 20,372 | 6,565 | | | | | | | | | | | 26,937 |
| 17934 | 3/15/2004 | | | 9,000 | | 3,000 | | | | | | | | 12,000 |
| 17935 | 3/15/2004 | | | | 6,400 | | | | | | | | | 6,400 |
| 17936 | 3/15/2004 | 6,501 | 6,527 | | | | | | | | | | | 13,028 |
| | | | | | | | | | | | | | | - |
| TOTALS | | 60,617 | 13,092 | 39,806 | 44,793 | 36,000 | 5,685 | - | 3,400 | - | - | 700 | - | 204,093 |
| PRICE | | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | |
| TOTALS | | $ 1,648.78 | $ 356.10 | $ 1,154.37 | $ 1,218.37 | $ 979.20 | $ 154.63 | $ - | $ 98.60 | $ - | $ - | $ 19.04 | $ - | $ 5,629.10 |
| | | OK | OK | OK | OK | OFF | OFF | OK | OK | OK | OK | OFF | OK | OK |

PAID    $  5,630.03

$  (0.93)

| ON H.E. INVOICE |
|---|

PART #26083145 IS OVER BY 3,000 UNITS
PART #40750 IS UNDER BY 3,000 UNITS
SAME PRICE -NO IMPACT

PART #         26074400
PAID IN DACOR BUT NOT ON INVOICE      $   19.04

OVER PAID IN DACOR VS DETAIL          $   0.93

TOTAL OVERPAYMENT                     | $   19.97 |

**H.E. SERVICES**
**DIFFERENCES ON EXHIBIT 2 PART 2**

INVOICE #361

| BILL OF LADING# | SHIP DATE | QUANTITIY 7839877 | 7844992 | 26056003 | 26057598 | 26083145 | 40705 | 40780 | PART NUMBERS 26069432 | 26105499 | 26075440 | 26074400 | 40864 | 26017266 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18070 | 3/29/2004 | | | 3,000 | | 3,000 | | | | | 700 | | | | 6,700 |
| 18072 | 3/29/2004 | | | | 9,000 | | | | | | | | | | 9,000 |
| 18073 | 3/29/2004 | | | | | - | | | | | | | | | - |
| 18074 | 3/30/2004 | | | 7,500 | | 9,000 | | | | | | | | | 16,500 |
| 18076 | 3/30/2004 | | | | 6,400 | | | | | | | | | | 6,400 |
| 18078 | 3/30/2004 | | | 6,000 | | | | | 5,100 | | | | | | 11,100 |
| 18119 | 4/8/2004 | | | | | 6,000 | 2,000 | | | | | | 3,455 | | 11,455 |
| 18121 | 4/7/2004 | | | 31,500 | | | | | | | | | | | 31,500 |
| 18122 | 4/7/2004 | | | | 28,800 | | | | | | | | | | 28,800 |
| 18123 | 4/7/2004 | | | | | 6,000 | | | | | 700 | | 1,400 | | 8,100 |
| 18124 | 4/7/2004 | | | 11,543 | | | 1,430 | | 7,154 | | | | | | 20,127 |
| 18125 | 4/6/2004 | | | | | | | | | | - | | | | - |
| 18126 | 4/6/2004 | | | | 9,600 | | | | | | | | | | 9,600 |
| 18127 | 4/6/2004 | | | 15,000 | | 9,000 | | | 3,400 | | | | | | 27,400 |
| 18128 | 4/6/2004 | | | | | | | | | | | 1,110 | | | 1,110 |
| 18130 | 4/6/2004 | | | | 2,630 | 368 | | | | | | | | | 2,998 |
| 18131 | 4/6/2004 | | | 2,010 | | | | | 1,470 | | | 225 | | | 3,705 |
| 18133 | 4/5/2004 | | | 12,000 | | 9,000 | | | | | | | | | 21,000 |
| 18135 | 4/2/2004 | | | | | 9,000 | | | | | | | | | 9,000 |
| 18136 | 4/2/2004 | | | | 19,200 | | | | | | | | | | 19,200 |
| 18137 | 4/2/2004 | | | 6,000 | | | | | 3,400 | | | 1,400 | | | 10,800 |
| 18139 | 4/1/2004 | | | | 6,400 | | | | | | | | | | 6,400 |
| 18140 | 4/1/2004 | | | 9,000 | | 9,000 | | | | | | | | | 18,000 |
| 18145 | 4/1/2004 | | | 3,000 | | | | | | | 700 | | | | 3,700 |
| 18146 | 3/31/2004 | | | | 6,400 | | | | | | | | | | 6,400 |
| 18147 | 3/31/2004 | | | 7,500 | | 9,000 | | | | | | | | | 16,500 |
| | | | | | | | | | | | | | | | - |
| **TOTALS** | | - | - | 114,053 | 79,430 | 78,368 | 3,430 | - | 20,524 | - | 4,835 | - | 4,855 | - | 305,495 |
| **PRICE** | | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.0272 | 0.0272 | 0.0272 | 0.029 | 0.0272 | 0.029 | 0.029 | 0.0272 | 0.0272 | |
| **TOTALS** | | $ - | $ - | $ 3,307.54 | $ 2,160.50 | $ 2,131.61 | $ 93.30 | $ - | $ 595.20 | $ - | $ 140.22 | $ - | $ 132.06 | $ - | $ 8,560.41 |
| | | OK | OK | OK | OFF | OK | OK | OK | OFF | OK | OK | OFF | OK | OK | |

PAID $ 8,560.43

DIFFERENCE $ (0.02)

ON H.E. INVOICE

PART #26057598 ON INVOICE #18122 HAS BEEN
RECORDED TWICE ON THE INVOICE
28,800 UNITS TIMES .0272                $    783.36

PART #         260754400
ON INVOICE SHOWS  4,135 UNITS
SHIPPERS SHOW 4,835 UNITS
DIFFERENCE OF 700 UNITS TIMES .0290    $    (20.30)

PART #         26074400
ON INVOICE SHOWS  700 UNITS
SHIPPERS SHOW 0 UNITS
DIFFERENCE OF 700 UNITS TIMES .0272    $    19.04

TOTAL DIFFERENCE    $    782.10

# EXHIBIT H

# H.E. SERVICES
# RAMATECH INVOICES

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EX # | BOL | NOTES |
|---|---|---|---|---|---|---|---|
| | | 10000035746-HES | 9/26/2002 | $1,938.30 | 2 | 99999 | RAMATECH |
| | | 10000036281-HES | 10/11/2002 | $1,446.90 | 2 | 12551 | RAMATECH |
| | | 10000036648-HES | 10/17/2002 | $497.25 | 2 | 12563 | RAMATECH |
| | | 10000037371-HES | 10/30/2002 | $2,063.10 | 2 | | RAMATECH |
| | | 10000038416-HES | 11/21/2002 | $1,267.50 | 2 | 14055 | RAMATECH |
| | | 10000039409-HES | 12/12/2002 | $881.40 | 2 | 14234 | RAMATECH |

$8,094.45

| Number of invoices | 6 |
|---|---|

# SHIPPER/INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

|  |  |
|---|---|
| | **INVOICE:** I0000035746-HES |
| Delphi | **CONTACT:** Lee Lambert |
| 3900 Holland Ave | **DATE:** 09/26/2002 |
| | **P.O.:** |
| Saginaw MI 48601 | |
| **ATTENTION:** Mike Howerton | |

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 99999

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 99.4 | ON-SITE SORTING HOURS (REF. 26095346 | $19.50 | $1,938.30 |
| | SPOOL SHAFT AT DELPHI PLANT #7 | | |
| | (HOURS ACCUMULATED THRU 9/8/02) | | |
| | **TOTAL AMOUNT** | | $1,938.30 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

**Received By:** _____

**Date:** _____

**SHIPPER / INVOICE**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RAMATECH LLC
7565 HAGGERTY RD

BELLEVILLE, MI 48111

    ATTN: ACCOUNTS PAYABLE

INVOICE:  I00000254-46-HES

HES CONTACT:  LEE LAMBERT

DATE:  9/26/02

PURCHASE ORDER #  25794

DESCRIPTION:
        JOB#     687467200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SORT PT#26095345 | 99 | $19.50 | $1,938.30 |
| STRAIGHT TIME SORTING HOURS | | | |
| (REF. QUOTE #1819 REV. 001. ATTACHED) | | | |
| | | TOTAL AMOUNT | $1,938.30 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

**INVOICE:**  I0000036281-HES
**CONTACT:**  Lee Lambert
**DATE:**  10/11/2002
**P.O.:**

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 12551

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|----------|-------|-----------|--------|
| 74.2 | STRAIGHT TIME SORTING HOURS | $19.50 | $1,446.90 |
|  | PERIOD ENDING 9/29/02 |  |  |
|  | **TOTAL AMOUNT** |  | **$1,446.90** |

**SHIPPER/INVOICE**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RAMATECH LLC
7565 HAGGERTY RD

BELLEVILLE, MI 48111

ATTN.: ACCOUNTS PAYABLE

INVOICE: I0000036281-HES

HES CONTACT: LEE LAMBERT

DATE: 10/11/2002

PURCHASE ORDER # 25794

DESCRIPTION:

JOB#   8874572C0 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SORT PT#26095345 | 74.2 | $19.50 | $1,446.90 |
| STRAIGHT TIME SORTING HOURS | | | |
| (REF. QUOTE #1819 REV. 001, ATTACHED) | | | |
| | | TOTAL AMOUNT | $1,446.90 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:** Mike Howerton

**INVOICE:** I0000036648-HES
**CONTACT:** Lee Lambert
**DATE:** 10/17/2002
**P.O.:**

**DESCRIPTION:**

job# 687457200  shipper# 12563

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 25.5 | | $19.50 | $497.25 |
| | TOTAL AMOUNT | | $497.25 |

SHIPPER/INVOICE



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RAMATECH LLC
7565 HAGGERTY RD

BELLEVILLE, MI 48111

　　ATTN.: ACCOUNTS PAYABLE

INVOICE:  I0000036648-HES

HES CONTACT:  LEE LAMBERT

DATE:  10/17/02

PURCHASE ORDER #  25794

DESCRIPTION:

　　JOB#    687457200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|-----------|-------|------------|--------|
| SORT PT#26095345 STRAIGHT TIME SORTING HOURS (REF. QUOTE #1819 REV. 001, ATTACHED) | 25.5 | $19.50 | $497.25 |
| | | TOTAL AMOUNT | $497.25 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

**SHIPPING ORDER**

SHIPPER NUMBER    012563

S.O. NUMBER    4572

SHIPPED TO _Delphi - Saginaw_    DATE SHIPPED _9-30-02_

ADDRESS _3900 Holland Rd._    CUSTOMER'S ORDER NUMBER _90I3706_

CITY _Saginaw, MI 48601_    INVOICE NUMBER

_Plant #10_    SHIPPED VIA _Our truck_

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 1062 | 1062 | 26095346  Spool Shafts "Ramstech" |
|  |  |  |
|  |  |  |
|  |  | P.O.# SAG90I3706 |
|  |  |  |
|  |  | Delivery for Ramstech per Delphi Plt. #7 Request |
|  |  |  |

RECEIVED BY
DELPHI SAGINAW · PLANT 7

SEP 30 2002

HOW PACKED _____    RECD. BY: _____

UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER   012589

S.O. NUMBER   4572

| SHIPPED TO | Delphi - Saginaw | DATE SHIPPED | 10·03·02 |
|---|---|---|---|
| ADDRESS | 3900 Holland Rd. | CUSTOMER'S ORDER NUMBER | |
| CITY | Saginaw, MI 48601 | INVOICE NUMBER | |
| | Plt #7 | SHIPPED VIA | Jur Truck |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 1750 | 1750 | 26095346   Spool Shafts   (2 @ 1750) Total |
| 350 | 350 | 26105658   Spool Shafts   (1 @ 350) |
| | | |
| | | |
| | | RECEIVED |
| | | DELPHI SAGINAW |
| | | OCT 0 3 2002 |
| | | "Already Received"   EO |
| | | |
| | | |

| HOW PACKED | | RECD. BY: |
|---|---|---|

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**  Mike Howerton

**INVOICE:**  I0000037371-HES
**CONTACT:**  Lee Lambert
**DATE:**  10/30/2002
**P.O.:**

**DESCRIPTION:**    For the Period: [10/20/2002 through 10/20/2002]

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 105.8 | STRAIGHT TIME SORTING HOURS | $19.50 | $2,063.10 |
| | **TOTAL AMOUNT** | | **$2,063.10** |

SHIPPER INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RAMATECH LLC
7565 HAGGERTY RD

BELLEVILLE, MI 48111

ATTN.: ACCOUNTS PAYABLE

INVOICE: I00000037371-HES

HES CONTACT: LEE LAMBERT

DATE: 10/30/02

PURCHASE ORDER # 25794

DESCRIPTION:

JOB#   687457200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SORT PT#26095345 STRAIGHT TIME SORTING HOURS (REF. QUOTE #1819 REV. 001, ATTACHED) | 105.8 | $19.50 | $2,063.10 |
| | | TOTAL AMOUNT | $2,063.10 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

**INVOICE:** I0000038416-HES

**CONTACT:** Lee Lambert

**DATE:** 11/21/2002

**P.O.:**

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:** Mike Howerton

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14055

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 65 | STRAIGHT TIME SORTIN HOURS | $19.50 | $1,267.50 |
| | WE 11/10/02 | | |
| | **TOTAL AMOUNT** | | **$1,267.50** |

# SHIPPER / INVOICE

**HES**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RAMATECH LLC
7565 HAGGERTY RD

BELLEVILLE, MI 48111

   ATTN.: ACCOUNTS PAYABLE

INVOICE:   I0000038416-HES

HES CONTACT:   LEE LAMBERT

DATE:   11/22/02

PURCHASE ORDER #   25794

DESCRIPTION:

JOB#      687457200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SORT PT#26095345<br>STRAIGHT TIME SORTING HOURS<br>(REF. QUOTE #1819 REV. 001)<br>WEEKENDING 11/10/02 | 65.0 | $19.50 | $1,267.50 |
| | | TOTAL AMOUNT | $1,267.50 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

# SHIPPING ORDER

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

SHIPPER NUMBER    014086

S.O. NUMBER    4275

| SHIPPED TO | Delphi - Saginaw | DATE SHIPPED | 11-9-02 |
| ADDRESS | 3900 Holland Rd. | CUSTOMER'S ORDER NUMBER | 90I 3706 |
| CITY | Saginaw, MI 48601 | INVOICE NUMBER | |
| | Plant #7 | SHIPPED VIA | our Truck |

| QUANTITY | | DESCRIPTION |
| ORDERED | SHIPPED | |
| --- | --- | --- |
| 400 ct | 400 ct | 26105658  spool Shaft |
| | | |
| | | |
| | | |
| | | RECEIVED BY |
| | | DELPHI SAGINAW • PLANT 7 |
| | | NOV 09 2002 |
| | | |
| | | |

| HOW PACKED | | RECD. BY: |

UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER    014085

S.O. NUMBER    _U275_

SHIPPED TO _Delphi — Saginaw_    DATE SHIPPED _11-8-02_

ADDRESS _3900 Holland Rd._    CUSTOMER'S ORDER NUMBER _90I3706_

CITY _Saginaw, MI 48601_    INVOICE NUMBER _____

_Plant #7_    SHIPPED VIA _our truck_

| QUANTITY | | DESCRIPTION |
|---|---|---|
| ORDERED | SHIPPED | |
| 385 CT | 385 CT | 26095346  Spool Shaft |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED BY
DELPHI SAGINAW • PLANT 7
NOV 0 9 2002

HOW PACKED _____    RECD. BY: _____

UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER                014083

S.O. NUMBER    *9275*

SHIPPED TO _Delphi Saginaw_          DATE SHIPPED _11/8/02_

ADDRESS _5900 Holland Rd_            CUSTOMER'S ORDER NUMBER _90I3706_

CITY _Saginaw MI 48605_             INVOICE NUMBER _____

                                    _P/+7_  SHIPPED VIA _Our Truck_

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 200 | 200 | 26105658   Spool Shaft |
| | | 4 to 50 |
| | | |
| | | |
| | | RECEIVED BY |
| | | DELPHI SAGINAW • PLANT 7 |
| | | NOV 0 8 2002 |
| | | B Lemanski |
| | | |

HOW PACKED _____        RECD. BY: _____

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954

**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER    014079

S.O. NUMBER    4275

| SHIPPED TO | *Delphi Saginaw* | DATE SHIPPED | *11/8/02* |
| ADDRESS | *3900 Holland Rd* | CUSTOMER'S ORDER NUMBER | *90T3700* |
| CITY | *Saginaw Mi 48601* | INVOICE NUMBER | |
| | *PH #7* | SHIPPED VIA | *Our Truck* |

| QUANTITY | | DESCRIPTION |
| ORDERED | SHIPPED | |
|---|---|---|
| 450 | 450 | 26105658    *Spool Shaft* |
| | | 9 @ 50 |
| | | |
| 500 | 500 | 26095346    *Spool Shafts* |
| | | 10 @ 50 |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED

RECD. BY:   *[signature]*

UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER    014076

S.O. NUMBER    4275

| SHIPPED TO | Delphi Saginaw | DATE SHIPPED | 11/8/02 |
|---|---|---|---|
| ADDRESS | 3900 Holland Rd | CUSTOMER'S ORDER NUMBER | 90t 3706 |
| CITY | Saginaw, Mi 48601 | INVOICE NUMBER | |
| | PH #7 | SHIPPED VIA | Our Truck |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 300 | 300 | 26105658    Spool |
| | | 6 @ 50 |
| 600 | 600 | 26095346    Shafts |
| | | 12 @ 50 |
| | | |
| | | |
| | | |
| | | |

RECEIVED BY
DELPHI SAGINAW • PLANT 7

NOV 0 8 2002

HOW PACKED _____    RECD. BY _____

# SHIPPING ORDER



UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

SHIPPER NUMBER    014068

S.O. NUMBER    4275

| SHIPPED TO | Ralph Sagenaw | DATE SHIPPED | 11/7/02 |
|---|---|---|---|
| ADDRESS | 3900 Holland Rd | CUSTOMER'S ORDER NUMBER | 90I37d6 |
| CITY | Saginaw, Mi 48601 | INVOICE NUMBER | |
| | Plt #7 | SHIPPED VIA | Our Delivery |

| QUANTITY | | DESCRIPTION |
|---|---|---|
| ORDERED | SHIPPED | |
| 300 | 300 | 26105658 Spool Shaft |
| 150 | 150 | |
| | | 3 # @ 50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| HOW PACKED | | RECD. BY: | |
|---|---|---|---|

RAMATECH LLC
7565 HAGGERTY ROAD
BELLEVILLE, MI 48111

P U R C H A S E    O R D E R

Order Number: 25794    Revision:   0
Order Date: 09/20/02    Page:     1
Print Date: 09/20/02

Supplier: 7478

UNIVERSAL INSPECTION
3870 E WASHINGTON Rd
SAGINAW, MI 48601

Ship To: 210

RAMATECH LLC
7565 HAGGERTY ROAD
BELLEVILLE, MI 48111

ATTENTION: LEE LAMBERT

Confirming: yes
      Buyer: 25
Credit Terms:

      Remarks:

Supplier Telephone: 989-758-0950
      Contact: LEE LAMBERT
      Ship Via:
         FOB:

THIS FOR STRAIGHT TIME TO SORT PART 26095346 SPOOL SHAFT AT DELPHI PLANT #7.
THIS P.O. IS FOR AN ONGOING SORT UNTIL LEVEL 2 IS REMOVED OR TERMINATED BY
MUTUAL AGREEMENT.

| Ln | Item Number | T | Due | Qty Open | UM | Unit Cost | Extended Cost |
|----|-------------|---|-----|----------|-----|-----------|---------------|
| 1 | SORT PT#26095346 | N | 12/31/02 | 1.0 | hr | 19.50 | 19.50 |
|   | Site: 210 | | | | | | |
|   | Supplier Item: FOR OUR PART 40001 | | | | | | |
|   | Type: Memo | | | | | | |

Taxable Total:  0.00                         Line Total:        19.50
Tax[1]: 0.00%   [2]: 0.00%   [3]: 0.00%      Total Tax:          0.00
                                         USD    Total:          19.50

By: _____
        Authorized Signature

| | |
|---|---|
| **INVOICE:** | I0000039409-HES |
| **CONTACT:** | Lee Lambert |
| **DATE:** | 12/12/2002 |
| **P.O.:** | |

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14234

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 45.2 | STRAIGHT TIME SORTING HOURS | $19.50 | $881.40 |
| | WEEKENDING 12/8/02 | | |
| | **TOTAL AMOUNT** | | **$881.40** |

# SHIPPER/INVOICE

**HES**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

RAMATECH LLC
7565 HAGGERTY RD

BELLEVILLE, MI 48111

ATTN.: **ACCOUNTS PAYABLE**

INVOICE:  I0000039409-HES

HES CONTACT:  LEE LAMBERT

DATE:  12/12/02

PURCHASE ORDER #  25794

DESCRIPTION:

JOB#     687457200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|-----------|-------|-----------|--------|
| SORT PT#26095345 STRAIGHT TIME SORTING HOURS (REF. QUOTE #1819 REV. 001) WEEKENDING 12/08/02 | 45.2 | $19.50 | $881.40 |
|  |  | TOTAL AMOUNT | $881.40 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

# SHIPPING ORDER

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954

**A Division of H.E. Services**

SHIPPER NUMBER   014234

S.O. NUMBER   4572

SHIPPED TO   Delphi Saginaw

ADDRESS   3900 Holland Rd

CITY   Saginaw MI 48603

DATE SHIPPED   12p/03

CUSTOMER'S ORDER NUMBER   90I3700

INVOICE NUMBER

SHIPPED VIA   customer

PI+7

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 1500 | 1500 | 26105658 Spool Shaft |
|  |  | 1@ |
| 850 | 850 | 26095346   Spool Shaft |
|  |  | 1@ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

HOW PACKED

RECD. BY

# SHIPPING ORDER

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.    (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

SHIPPER NUMBER    014245

S.O. NUMBER    4375

SHIPPED TO _Delphi - Saginaw_    DATE SHIPPED _12-3-0_

ADDRESS _3900 Holland Rd_    CUSTOMER'S ORDER NUMBER _90J3746_

CITY _Saginaw, MI 48601_    INVOICE NUMBER _____

_PLANT # 7_    SHIPPED VIA _our Truck_

| QUANTITY | | DESCRIPTION |
|---|---|---|
| ORDERED | SHIPPED | |
| 800 | 500 | 26095346    Spool Shaft |
| | | |
| | | |
| | | RECEIVED BY |
| | | DELPHI SAGINAW • PLANT 7 |
| | | DEC 0 3 2002 |
| | | |
| | | |
| | | |

HOW PACKED _____    RECD. BY: _____

UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER _____

S.O. NUMBER _____

| SHIPPED TO | Delphi - Saginaw | DATE SHIPPED _____ |
|---|---|---|
| ADDRESS | 3900 Holland Rd. | CUSTOMER'S ORDER NUMBER _____ |
| CITY | Saginaw MI 48605 | INVOICE NUMBER _____ |
| | | SHIPPED VIA _____ |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 300 | 300 | 26093346   Spool Shafts |
| | | 1@ 300 |
| | | |
| | | |
| | | |
| | | |
| | | SLEMANSKI |
| | | |
| | | |

HOW PACKED _____

RECD. BY: _____

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

# SHIPPING ORDER

SHIPPER NUMBER   013767

S.O. NUMBER   4573

SHIPPED TO   Delphi Saginaw

ADDRESS   3900 Holland Rd.

CITY   Sag.   MI   48605

DATE SHIPPED   12/6/05

CUSTOMER'S ORDER NUMBER

INVOICE NUMBER

P/+ )   SHIPPED VIA   Out Truck

| QUANTITY | | DESCRIPTION |
| ORDERED | SHIPPED | |
| --- | --- | --- |
| 750 | 750 | 2610S6S8  Spool Shaft |
| | | 1 @ 750 |
| 1080 | 1080 | 26095346  Spool shafts |
| 950 | 950 | 1 @ 950 |
| | | |
| | | RECEIVED
DEC 06 2005 |
| | | R Lemanski |

HOW PACKED _____     RECD. BY: _____

RAMATECH LLC
7565 HAGGERTY ROAD
BELLEVILLE, MI 48111

P U R C H A S E   O R D E R

Order Number: 25794   Revision:
Order Date: 09/20/02   Page:
Print Date: 09/20/02

Supplier: 7478

Ship To: 210

UNIVERSAL INSPECTION
3870 E WASHINGTON Rd
SAGINAW, MI 48601

RAMATECH LLC
7565 HAGGERTY ROAD
BELLEVILLE, MI 48111

ATTENTION: LEE LAMBERT

Confirming: yes
Buyer: 25
Credit Terms:

Supplier Telephone: 989-752-0950
Contact: LEE LAMBERT
Ship Via:
FOB:

Remarks:

THIS FOR STRAIGHT TIME TO SORT PART 26095346 SPOOL SHAFT AT DELPHI PLANT #7.
THIS P.O. IS FOR AN ONGOING SORT UNTIL LEVEL 2 IS REMOVED OR TERMINATED BY
MUTUAL AGREEMENT.

| Ln | Item Number | T | Due | Qty Open | UM | Unit Cost | Extended Cost |
|----|-------------|---|-----|----------|-----|-----------|---------------|
| 1 | SORT PT#26095346 | N | 12/31/02 | 1.0 | hr | 19.50 | 19.50 |
|   | Site: 210 | | | | | | |
|   | Supplier Item: FOR OUR PART 40001 | | | | | | |
|   | Type: Memo | | | | | | |

Taxable Total:  0.00
Tax(1): 0.00%   (2): 0.00%   (3): 0.00%

Line Total:    19.50
Total Tax:      0.00
USD   Total:   19.50

By: _____
      Authorized Signature

# EXHIBIT I

| | |
|---|---|
| **From:** | Szankin, Boguslawa <boguslawa.szankin@delphi.com> |
| **Sent:** | Monday, April 30, 2007 6:37 AM |
| **To:** | Locricchio, William |
| **Cc:** | Iskra, Ryszard; Cisek, Karolina |
| **Subject:** | RE: H.E. SERVICES |

Dear Willam,
The payment was released at 08/04/2004.
Please confirm if you need bank transfer confirmation.

DPH-HES 0002451
Skadden Internal Tracking Number



### Wyświetlanie pozycji poj. dostawcy: Lista nom.

Struktura poz.    Pole dodatkowe...    Informacje o czeku

1050000013 / 5C70          Wybór:      Dokument rozlicz.  1500025271
Dostawca jednorazowy - USD    2 od 2734

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 216/1/IV/04 | 1500025271 | KZ | 08.04.04 | 25 | | USD | 6.400,00 | 271 | |
| 363/7/III | 1900065568 | F5 | 26.12.03 | 31 | | USD | 6.400,00- | 271 | 6071 |

| | | |
|---|---|---|
| Wybrane | 0,00 | PLN |
| Wyświetlone | 0,00 | PLN |

**Boguslawa Szankin**
Delphi Polska Automotive Systems Sp z o.o
43-100 Tychy,
ul. Towarowa 6
POLAND
Finance Department- AP/AR Supervisor
Tel.+48 32 21 85 611, Fax. +48 32 32 910 82
E-mail : Boguslawa.Szankin@delphi.com

| | |
|---|---|
| Sąd Rejestrowy: Sąd Rejonowy w Katowicach, VIII Wydział Gospodarczy Krajowego Rejestru Sądowego | Registered in: Registration Court in Katowice, |

DPH-HES 0002452

Skadden Internal Tracking Number

| | |
|---|---|
| Numer wpisu do rejestru:  KRS 0000051200 | VIII Commercial Department of the National Court Registry |
| | Registration number: KRS 0000051200 |
| NIP: 646-21-01-342; REGON:  273332450 | Tax registration number (VAT):  PL 6462101342 |
| Kapitał zakładowy:  20.923.650,00 PLN | Share capital: PLN 20.923.650,00 |

**From:** Cisek, Karolina
**Sent:** Thursday, April 26, 2007 10:31 AM
**To:** Szankin, Boguslawa
**Cc:** Iskra, Ryszard; Locricchio, William
**Subject:** RE: H.E. SERVICES

Bogusia,

Can you please check why the payment was not released?

Ryszard, Can you confirm that items were delivered to Tychy plant.

Thanks,Karolina

---

**From:** Locricchio, William
**Sent:** Wednesday, April 25, 2007 8:14 PM
**To:** Cisek, Karolina
**Cc:** Iskra, Ryszard
**Subject:** H.E. SERVICES

Hi Karolina,

I am claims analyst currently working on a lawsuit filed by **H.E. Services**. Included in their lawsuit is an unpaid invoice **(#006071)** in the amount of $6,400.00, dated 12-26-2003. This invoice was for the Poland operations. I have attached copies of the invoice and purchase request.  Can you tell me if this is a valid invoice? And if it is a valid invoice was the invoice ever paid according to your records? If the invoice was paid, please send me some documentation, i.e. a screen shot of your payable system will suffice for now.

Due to the lawsuit, this is an important issue.
If you have any questions feel free to contact me, my information is listed below.

Thank you for your help in this matter.


Bill


*William M. Locricchio*
*POC Analyst*
*900 Tower Drive*
*Suite 900*
*Troy, MI 48098*
*248-265-4305 (p)*
*248-265-4276 (f)*
*M/C 480-900-001*

DPH-HES 0002453
Skadden Internal Tracking Number

# EXHIBIT J

# H.E. SERVICES
## INVOICES BILLED TWICE UNDER
## DIFFERENT INVOICE NUMBERS

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXH # original | EXH # Duplicate | NOTES |
|---|---|---|---|---|---|---|---|
| S2S46792 | 2/10/2004 | 132 | 2/19/2004 | $ 4,410.00 | 3 | EX 4 | Duplicate132-133-134 |
| S2S47553 | 3/17/2004 | 202 | 4/14/2004 | $ 1,680.00 | 3 | EX 3 | Duplicate OF 201, Paid |
| 52545166 | | 213 | 3/29/2004 | $ 1,680.00 | 3 | EX 3 | Duplicate OF 201, Paid |
| S2S46281 | | 106 | 1/29/2004 | $ 5,460.00 | 4 | EX 4 | this is included in invoice 106-07-08-09-10-11-12 |
| S2S46792 | | 132a | 2/19/2004 | $ 933.00 | 4 | EX 4 | this is a duplicate of invoice 132-133-134-133a |
| S2S46792 | 2/10/2004 | 133 | 2/19/2004 | $ 5,070.00 | 4 | EX 4 | this is a duplicate of invoice 132-133-134-133a |
| S2S46792 | 2/19/2004 | 133 | 2/19/2004 | $ (2,145.00) | 4 | EX 4 | this is a duplicate of invoice 132-133-134-133a |
| S2S46792 | 2/10/2004 | 134 | 2/19/2004 | $ 3,354.00 | 4 | EX 4 | this is a duplicate of invoice 132-133-134-133a |
| S2S46792 | 2/19/2004 | 134 | 2/19/2004 | $ (2,262.00) | 4 | EX 4 | this is a duplicate of invoice 132-133-134-133a |
| SMS48357 | 3/11/2004 | 219 | 4/14/2004 | $ 2,580.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 220 | 4/14/2004 | $ 645.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 221 | 4/14/2004 | $ 688.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 222 | 4/14/2004 | $ 258.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 223 | 4/14/2004 | $ 1,075.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 224 | 4/14/2004 | $ 215.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 225 | 4/14/2004 | $ 129.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 226 | 4/14/2004 | $ 129.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 227 | 4/14/2004 | $ 1,505.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 228 | 4/14/2004 | $ 301.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 229 | 4/14/2004 | $ 946.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 230 | 4/14/2004 | $ 86.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 231 | 4/14/2004 | $ 817.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 232 | 4/14/2004 | $ 215.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 233 | 4/14/2004 | $ 86.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 234 | 4/14/2004 | $ 215.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78357 | 3/11/2004 | 235 | 4/14/2004 | $ 172.00 | 4 | EX 4 | billed twice see invoice 219-235 PAID |
| SMS78147 | | 236 | 4/15/2004 | $ 5,848.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 237 | 4/15/2004 | $ 5,160.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 238 | 4/15/2004 | $ 1,376.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 239 | 4/15/2004 | $ 1,290.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 240 | 4/15/2004 | $ 688.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 241 | 4/15/2004 | $ 430.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 242 | 4/15/2004 | $ 430.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 243 | 4/15/2004 | $ 430.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 244 | 4/15/2004 | $ 344.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 245 | 4/15/2004 | $ 1,376.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |
| SMS78147 | | 246 | 4/15/2004 | $ 1,720.00 | 4 | EX 4 | billed twice see invoice 236-246 PAID |

# H.E. SERVICES
## INVOICES BILLED TWICE UNDER
## DIFFERENT INVOICE NUMBERS

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EXH # original | EXH # Duplicate | NOTES |
|---|---|---|---|---|---|---|---|
| S3S21425 | | 45011 | 4/24/2004 | $ 6,500.00 | 4 | EX 4 | Duplicate of Invoice 10000045011-HES |
| S2S46792 | | 132-133-134 | 2/19/2004 | $ 13,767.00 | 4 | EX 4 | Duplicate of invoice 132-133-134-133a without credit memo |
| S2S47549 | | 174-175-186-199 | 4/14/2004 | $ 14,276.00 | 4 | EX 3,4 | Duplicate of invoices 174, 175 (exh 3) and 186/199(exh 4)-paid |
| S2S46157 | | 177-184 | 4/4/2004 | $ 5,977.00 | 4 | EX 4 | Duplicate of invoices 177 (exh 4) and 184 (not on-exh)-paid |
| S2S47552 | | 181-182 | 4/4/2004 | $ 5,928.00 | 4 | EX 4 | Duplicate of invoices 181 (exh 4)  and 182 (exhibit 4)-paid |
| S2S46158 | | 185-190-191 | 4/14/2004 | $ 9,847.00 | 4 | EX 4 | Duplicate of invoices 185, 190, 191  (exhibit 4)  Paid |
| S2S47553 | | 202-203-204-205 | 4/14/2004 | $ 13,182.00 | 4 | EX 4 | Duplicate of invoices 202, 203, 204 and 205  (exh 4) Paid-except204 |
| S2S47556 | | 207-208-209-210 | 4/14/2004 | $ 10,105.00 | 4 | EX 4 | Duplicate of invoices 207, 208, 209 and 210  (exh 4)  All Paid |

$ 126,916.00

| Number of invoices | 45 |
|---|---|

# EXHIBIT K

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
312-407-0785
DIRECT FAX
312-407-8572
EMAIL ADDRESS
AHOGAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

CONFIDENTIAL

April 27, 2007

***Via Federal Express***

Victor J. Mastromarco, Jr., Esq.
The Mastromarco Firm
1024 North Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

RE:    Delphi:  HE Services Unpaid Invoices Claim

Dear Mr. Mastromarco:

I write in connection with HE Services' claim that Delphi failed to pay $979,239.02 worth of invoices to HE Services (the "Unpaid Invoices Claim"). As we discussed during our meet and confer conference in Troy, Delphi is currently working to reconcile the Unpaid Invoices Claim such that we might have a further discussion, and potentially resolve some or all of this aspect of HE Services' claim.

In order to complete its investigation of the Unpaid Invoices Claim, Delphi determined that it requires additional information from HE Services. Specifically, for 36 of the invoices at issue, Delphi needs all the shipper numbers associated with the invoices to determine whether the invoices were paid – either in full or in part – or remain outstanding. This information is necessary because, in some cases, HE Services responded to a Delphi purchase order by shipping products in multiple shipments on different dates. In such circumstances, it was Delphi's practice to issue payment as Delphi received the shipments, using HE Services' shipper number as a reference. Thus, although HE Services later invoiced Delphi for

Victor J. Mastromarco, Jr., Esq.
April 27, 2007
Page 2

all the shipments together, that invoice number was not reflected in Delphi's payment
records.

      Therefore, to facilitate Delphi's investigation of the Unpaid Invoices
Claim, please provide the HE Services' shipper numbers associated with the
following invoice numbers:

| | | |
|---|---|---|
| 116 | 355 | 4171 |
| 117 | 3252 | 4283 |
| 121 | 3293 | 4980 |
| 193 | 3294 | 5930 |
| 195 | 3526 | 5978 |
| 200 | 3527 | 6319 |
| 222 | 3713 | 6540 |
| 256 | 3737 | 10000029460-HES |
| 262 | 3738 | 10000040580-HES |
| 273 | 3740 | 149/150/164 |
| 307 | 3965 | 2502-1 |
| 315 | 3967 | M99999/4168 |

      I appreciate your prompt attention to this matter.  If you have any
questions, please call.

             Best regards,

             *Albert Hogan III/avg*

             Albert L. Hogan, III

EXHIBIT L

## H.E. SERVICES
## OPEN INVOICES-REQUESTED ADDITIONAL INFORMATION FROM H.E. SERVICES

| Purchase Order No. | Date Ordered | Invoice No. | Invoice Date | Amount | EX # | BOL | NOTES |
|---|---|---|---|---|---|---|---|
| S2S45116 | | 116 | 1/12/2004 | $ 1,743.00 | 3 | | |
| S2S45116 | | 117 | 1/19/2004 | $ 1,428.00 | 3 | | |
| S2S45240 | 10/24/2003 | 121 | 1/23/2004 | $ 1,304.55 | 2 | | |
| | | 193 | 2/13/2004 | $ 204.00 | 2 | | |
| S2S45340 | | 195 | 3/17/2004 | $ 777.00 | 2 | | |
| S2S47552 | 3/17/2004 | 200 | 4/14/2004 | $ 777.00 | 3 | | |
| | | 222 | 2/20/2004 | $ 80.00 | 2 | | |
| | | 256 | 3/1/2004 | $ 30.50 | 2 | | |
| SAG90I5219 | | 262 | 3/5/2004 | $ 661.32 | 2 | | |
| S2S33567-001 | | 273 | 3/5/2004 | $ 130.00 | 2 | | |
| | | 307 | 3/19/2004 | $ 3,656.00 | 2 | | |
| | | 315 | 3/19/2004 | $ 560.00 | 2 | | |
| S2B02595 | | 355 | 3/26/2004 | $ 1,080.00 | 2 | | |
| | | 3252 | 9/26/2003 | $ 4,699.50 | 2 | 99999 | |
| | | 3293 | 9/22/2003 | $ 4,134.00 | 2 | 99999 | |
| | | 3294 | 9/29/2003 | $ 5,772.00 | 2 | 99999 | |
| | | 3526 | 9/28/2003 | $ 3,139.50 | 2 | 99999 | |
| 2038 | | 3527 | 10/5/2003 | $ 3,607.50 | 2 | 99999 | |
| 2165 | | 3713 | 10/5/2003 | $ 4,914.00 | 2 | 99999 | |
| 2038 | | 3737 | 10/12/2003 | $ 3,100.50 | 2 | 99999 | |
| 2038 | | 3738 | 10/19/2003 | $ 3,646.50 | 2 | 99999 | |
| 2165 | | 3740 | 10/12/2003 | $ 3,393.00 | 2 | 99999 | |
| 2224 | | 3965 | 10/26/2003 | $ 3,939.00 | 2 | 99999 | |
| 2165 | | 3967 | 10/24/2003 | $ 4,972.50 | 2 | 99999 | |
| 2224 | | 4171 | 10/31/2003 | $ 3,490.50 | 2 | 99999 | |
| | | 4283 | 10/31/2003 | $ 350.00 | 2 | | |
| S2S45240 | | 4980 | 11/7/2003 | $ 9,169.88 | 2 | | |
| S2S45240 | 10/24/2003 | 5930 | 12/21/2003 | $ 5,635.50 | 2 | | |
| | | 5978 | 12/19/2003 | $ 320.00 | 2 | | |
| S2S45240 | 10/24/2003 | 6319 | 1/9/2004 | $ 5,283.14 | 2 | | |
| S2S45240 | | 6540 | 1/16/2004 | $ 4,112.75 | 2 | | |
| S2B02306-004 | | 10000029460-HES | 4/10/2002 | $ 1,248.00 | 2 | 99999 | |
| S2S42283 | | 149/150/164 | 2/29/2004 | $ 9,828.00 | 4 | | |
| | | 2502-1 | 1/23/2004 | $ 30.00 | 2 | | |
| S2B02595 | | M99999/4168 | 10/27/2003 | $ 29,410.29 | 2 | | |
| | | | | $ 126,627.43 | | | |

| Number of invoices | 35 |
|---|---|

# EXHIBIT M



### E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⬇ | 9000025945514 | K9 | 02 | 041539320001 | 11/14/2003 | $80.00 | USD | 5008 | S2S33587 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000025945515 | K9 | 02 | 041539330001 | 11/28/2003 | $116.00 | USD | 5220 | S2S33587 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000025945516 | K9 | 02 | 041539340001 | 12/19/2003 | $80.00 | USD | 5976 | S2S33587 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000025945517 | K9 | 02 | 041539350001 | 12/19/2003 | $125.00 | USD | 5942 | S2S33587 | PAID | 04/07/2004 | 000589391 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

# EXHIBIT N



## E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⬇ | 9000025945518 | K9 | 02 | 041539440001 | 10/10/2003 | $1,268.40 | USD | 5436 | S2S45116 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000025945519 | K9 | 02 | 041539450001 | 11/30/2003 | $745.50 | USD | 5189 | S2S45116 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000025945520 | K9 | 02 | 041539460001 | 12/17/2003 | $84.00 | USD | 5697 | S2S45116 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000025945521 | K9 | 02 | 041539470001 | 12/17/2003 | $693.00 | USD | LW1221 | S2S45116 | PAID | 04/07/2004 | 000589391 |
| ⬇ | 9000026047030 | K9 | 02 | 041545370001 | 12/17/2003 | $1,218.00 ① | USD | LW0111 | S2S45116 | PAID | 04/15/2004 | 000589938 |
| ⬇ | 9000025508555 | K9 | 02 | 041514160001 | 01/14/2004 | $525.00 ③ | USD | 6307 | S2S45116 | PAID | 03/02/2004 | 000583476 |
| ⬇ | 9000025508554 | K9 | 02 | 041514150001 | 01/21/2004 | $210.00 ② | USD | 6517 | S2S45116 | PAID | 03/02/2004 | 000583476 |
| ⬇ | 9000025508553 | K9 | 02 | 041514140001 | 01/26/2004 | $1,176.00 | USD | 118 | S2S45116 | PAID | 03/02/2004 | 000583476 |
| ⬇ | 9000025508552 | K9 | 02 | 041514130001 | 01/31/2004 | $966.00 | USD | 125 | S2S45116 | PAID | 03/02/2004 | 000583476 |
| ⬇ | 9000025508551 | K9 | 02 | 041514120001 | 02/09/2004 | $1,260.00 | USD | 153 | S2S45116 | PAID | 04/01/2004 | 000588269 |
| ⬇ | 9000025508549 | K9 | 02 | 041514100001 | 02/16/2004 | $525.00 | USD | 163 | S2S45116 | PAID | 04/01/2004 | 000588269 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

≤ 1+2   $1,743.00   TOTAL of INVOICE #116
≤ 1+3   $1,428.00   TOTAL of INVOICE #117

# EXHIBIT O

# PURCHASE ORDER: S2S45116

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips.

Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | BUYER |
|---|---|
| 10/16/03 | 989-757-4048 |
| ALTERATION ISSUE DATE | S RUDZINSKI |
| | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: SEE BELOW

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

TO:
VENDOR NUMBER 14-423-0695
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 9000 | PR393213 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | S2B00034 | 10/31/03 B | 0.00% | | 1.0000 |

THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034

LEAD DESIGNER - SPLINE HELIX ENDING ROLLING HEAD
DESIGN IMPROVEMENTS.
WHO ORDERED: D.BRAUN/757-5544

ALL INVOICES MUST BE SENT TO: D.BRAUN/757-5544
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*************************SALES TAX CODES*************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS

CONTINUE PAGE 2

ORIGINAL

A000798  USER STEPHEN PARKS

SMDL07 01/15/20



# PURCHASE ORDER: S2S45116

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 10/16/03 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

989-757-4048
S RUDZINSKI  Buyer
S12

PURCHASING AGENT

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, which consists of the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
(If Goverment Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | NET | 2ND DAY OF 2ND MONTH |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| | SHIPPING POINT |

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.
SALES TAX EXEMPTION CERTIFICATES
ALABAMA    805
GEORGIA    300-45870-B
INDIANA    101870213OO11
KANSAS     98-003A
OHIO 9S-002667
TEXAS 1-38-3431131-1
WISCONSIN WDP-99-01-010037
MICHIGAN 38-3431131
MISSISSIPPI APPLIED FOR
NEW YORK DP-3487
NEW JERSEY APPLIED FOR
FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC)
********************NOTICE TO CONTRACTORS************(CF)
THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A
WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE
OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES
(29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES
HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN-
ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY
AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT
THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH &
SAFETY DEPT. AT (517) 757-4348.
QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE

CONTINUE PAGE 3

ORIGINAL

SMDL03 01/15/200

# PURCHASE

# ORDER: S2S45116

PAGE    3

SMDL03 01/15/200

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | | |
|---|---|---|
| 10/16/03 | | 989-757-4048 |
| | | Buyer |
| ALTERATION ISSUE DATE | S RUDZINSKI | |
| ALTERATION EFFECTIVE DATE | S12 | |
| | | PURCHASING AGENT |

SHIP VIA
SEE BELOW

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601                    US

SHIP TO:

DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                    US

INVOICE TO:

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                    US

TO:

VENDOR NUMBER 14-423-0695
IHE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| | SHIPPING POINT |

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO) | | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

ORIGINAL

A000798   USER STEPHEN PARKS

# DELPHI
## Purchase Request
Bold areas are required fields

Page __1__ of __1__
Req. No. __393213__

| | |
|---|---|
| Service | |
| Cap/Const. | |
| Other | |

SB PO / REL No. 625-45116
MBO / BL PO No. 52800034
PO# / Alt.

Supplier __# I. Services__
Duns No. __144230695__
Fax No. __989-753-7703__

Address __225 EAST MORLEY DR.__
__SAGINAW, MI. 48601__

Date __9-4-603__ APA Rec'd
Ship to Dock __231__
Rec./Notify __DAN BLANN__
Phone __7-5544__ Mail/Plt.
Fax

Deliver To

Contact __KATHY HARRIS__
Phone No. __989-753-5015__

Tax Code __B__   WO Type   Number

ENTERED OCT 1 5 2003

Item ID / Description

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp 3 | Loc 3 | Prod 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000.006 | EA | 1.00 | 1.00 | K9 | 839005261 | | 08656.000 | 020.00000 | | | LEAD DESIGNER |

Where Used / Remarks
SPOT BUT FOR SPLINE HELIX
AND ROLLING HEAD DESIGN
IMPROVEMENTS.

Clauses

Buyer _____ Date __10/16__
Purchasing Manager _____ Date

Quote No.

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____   Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Total Est. Cost __$2000__

Haz'd Mat'l Appr.

Acct. Appr. _____

Approval __J. CZERNY__   Date __10/15/03__

| | Shipper | | |
|---|---|---|---|
| | FOB | | |
| | Pay Terms | | |
| | Approval | Date | |
| | | 13OC03 | |

Originator __DAN BLANN__   Phone __7-5544__

DAS 2207 07/02

# EXHIBIT P



**E-DACOR DOCUMENT SEARCH RESULTS**

**Search Results For Duns Number: RD 175211044**

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | 9000024967827 | K9 | 02 | 017334ISE1983806 | 01/05/2004 | $661.32 | USD | 017334 | SAG90I5219 | PAID | 03/02/2004 | 000583476 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.



## E-DACOR SEARCH RESULTS-Part Level Detail
### Search Results For Document Number: 9000024967827

back

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| 07839877 001 | | 6830.000 | PC | $185.78 | USD | SAG90I5219 |
| 26015499 002 | | 17483.000 | PC | $475.54 | USD | SAG90I5219 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number:
262

Invoice Date:
Mar 5, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

Page:
1

Sold To:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

Ship to:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PARTS | 661.32 | 661.32 |

| | |
|---|---|
| Subtotal | 661.32 |
| Sales Tax | |
| Total Invoice Amount | 661.32 |
| Payment/Credit Applied | |
| **TOTAL** | 661.32 |

Check/Credit Memo No:

EXHIBIT Q



## E-DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 175211044

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↓ | 9000025096436 | K9 | 02 | 041490360001 | 10/31/2003 | $8,326.11 | USD | 004169 | S2S45240 | PAID | 01/23/2004 | 000576546 |
| ↓ | 9000025096437 | K9 | 02 | 041490370001 | 11/21/2003 | $4,470.38 | USD | 005198 | S2S45240 | PAID | 01/23/2004 | 000576546 |
| ↓ | 9000025096438 | K9 | 02 | 041490380001 | 11/28/2003 | $2,990.72 | USD | 005216 | S2S45240 | PAID | 01/23/2004 | 000576546 |
| ↓ | 9000025096439 | K9 | 02 | 041490390001 | 12/07/2003 | $4,964.51 | USD | 005454 | S2S45240 | PAID | 02/03/2004 | 000578914 |
| ↓ | 9000025096440 | K9 | 02 | 041490400001 | 12/14/2003 | $5,135.33 | USD | 005714 | S2S45240 | PAID | 02/03/2004 | 000578914 |
| ↓ | 9000025096441 | K9 | 02 | 041490410001 | 12/28/2003 | $1,378.65 | USD | 005985 | S2S45240 | PAID | 02/03/2004 | 000578914 |
| ↓ | 9000025096442 | K9 | 02 | 041490440001 | 01/02/2004 | $1,288.17 | USD | 006103 | S2S45240 | PAID | 03/02/2004 | 000583476 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

# EXHIBIT R

# DELPHI

PAGE 1

## PURCHASE ORDER: S2S45240

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
TO: HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips,
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-4
Buyer G KELCH
PURCHASING AGENT S21

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 10/24/03 | |

ALTERATION EFFECTIVE DATE

SHIP VIA
SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, constitutes the complete and final
agreement between Buyer and Seller and no modifying of any of said terms and conditions
will be binding upon Buyer and Seller unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED  SHIPPING POINT | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | PRICE PER MULTIPLE/U | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 60000 | PR326576 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 10/31/03 | B  0.00% | 1.0000 | |

STRAIGHT TIME SORTING HOURS - 19.50/HR
OVERTIME SORTING HOURS - 25.35/HR
DOUBLE TIME SORTING HOURS - 35.10/HR
WHO ORDERED: G.ROVOLL/757-5951

ALL INVOICES MUST BE SENT TO: G.ROVOLL/757-5951
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
                                        (ZH)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
******************SALES TAX CODES************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE

CONTINUE PAGE 2

A000804  USER SUZANNE J BEARDSLEY          ORIGINAL

SMDL03 01/15/



**PURCHASE**

PAGE 2

**ORDER:** S2S45240

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or
Invoices.
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-4114
G KELCH                Buyer
S21               PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 10/24/03 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA
SEE BELOW

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
SHIP TO: 3900 HOLLAND RD
SAGINAW MI
48601                        US

DELPHI
SEE INVOICE
INVOICE TO: INSTRUCTIONS 00
00000                        US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

TO:
VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the front and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | QUANTITY ORDERED | BASE UNIT PRICE | PRICE MULTIPLE/UM |
|---|---|---|---|---|---|---|---|---|---|

THAT WE HAVE AND DO
CONDITIONS AND DIRECT PAY PERMITS
NOT CHARGE US SALES TAX.
SALES TAX EXEMPTION CERTIFICATES
ALABAMA    805         OHIO 9S-002667
GEORGIA    300-45870-B   TEXAS 1-38-3431131-1
INDIANA    10187021300I1  WISCONSIN WDP-99-01-010037
KANSAS     98-003A      MICHIGAN 38-3431131
MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR
NEW YORK DP-3487
FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636.   DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO.  YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER.  (DC)
*************NOTICE TO CONTRACTORS************(CF)
THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A
WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE
OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES
(29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES
HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN-
ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY
AND MUST BE FOLLOWED.  IF YOU HAVE ANY QUESTIONS ABOUT
THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH &
SAFETY DEPT. AT (517) 757-4348.
QUANTITY SHOWN ON THIS ORDER IS  APPROXIMATE AND ARE
NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY

CONTINUE PAGE   3

ORIGINAL

A000804   USER SUZANNE J BEARDSLEY

SMDL03 01/15/2

DELPHI

# PURCHASE ORDER: S2S45240

SMDL03 01/15/2

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip,
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Packing
Post.

PHONE: 989-757-4116
G KELCH                    Buyer
S21

| ORDER DATE | 10/24/03 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

SHIP VIA
SEE BELOW

| TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| (QO) | | |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601                US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Herein, Additional Terms and Conditions
Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| | SHIPPING POINT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                US

TO:
VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| PAYMENT TERMS | |
| NET | 2ND DAY OF 2ND MONTH |

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | QUANTITY ORDERED |
| | | | BUYER TO PURCHASE THESE QUANTITIES. | | | |
| | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

LAST PAGE

A000804    USER SUZANNE J BEARDSLEY                    ORIGINAL

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Bold areas are required fields

**Supplier** UNIVERSAL INSPECTION

**Address** 3870 E. WASHINGTON
SAGINAW, MI 48601

Duns No. 020 991 696    Fax No. 989 758 0954

**Contact** PARIS ROGERS    Phone No. 753 6440

**Tax Code B** B    WO Type    Number

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|-----|-----|-----------|-------------|------|------|--------|-----------|---------|--------|---------|----------------------|
| 40000 | DOL | 1.00 | | K9 | SC | 37167 | | | | | Straight Time Sorting Hours ($9.50/hour) |
| | | | | | | | | | | | Overtime Sorting Hours ($25.35) HR |
| | | | | | | | | | | | Double Time Sorting Hours ($35.10) HR |

Service ____  Cap/Const. ____  Other ____

SB PO / REL No. 525452 0
MBO / BL PO No. ____
PO# / Alt. ____

Date 9-23-03    APA Rec'd
Ship to Dock
Rec./Notify 9ST
Phone    Mail/Plt.    Fax
Deliver To

Required
Promised
Effective 7/03
Expires

Page ____ of ____
Req. No. 326576

ENTERED

**Where Used / Remarks** People / Labor Only

No Savings V.P.
LB Lambert
Said He's working with
John Blaine
Quote No.    2:10 P.m. 10-06-03

**Must be Complete: Is a Substitute Material or Supplier Acceptable**
Yes ____
No XX  Must Provide Justification    See Back

Haz'd Mat'l Appr.    Acct. Appr.

**Total Est. Cost** $460,000

**Invoice / Packing Slip**
**Service Approved / Completed**
**APA Rec'd Services**

**Originator** GREG ROOD//    Phone 989 757-9971

Clauses

Buyer    Date 10-6-03
Purchasing Manager    Date 10-10-03
Shipper
FOB
Pay Terms
Approval    Jeannie 9-29-03    Date

DAS 2207  0399



## A Division of H.E. Services

3870 E. Washington Road, Saginaw, Michigan 48601
Bus. (989) 758-0950    Fax (989) 758-0954

TO: Delphi Automotive Systems

DATE: 9/03/03
QUOTE #: 2129
VALID FOR 30 DAYS

ATTN: Purchasing / Greg Rovoll

We are pleased to submit the following quote:

| Qty | Part # | Description | Unit Price | Total Price |
|-----|--------|-------------|------------|-------------|
| TBD | N/A | Straight Time Sorting Hours | $19.50 | On-Going |
| TBD | N/A | Overtime Sorting Hours | $25.35 | On-Going |
| TBD | N/A | Double Time Sorting Hours | $35.10 | On-Going |

**Grand Total: $TBD**

Note: This Quote is for sorting Ball Bearings for cracks using microscopes.

Please reference our Quote # on your Purchase Order. By issuing a P.O., you are agreeing to the above listed terms.

Thank you for the opportunity to provide this quote.

Sincerely,

Lee Lambert
Vice President / Inspection Operations

EXHIBIT S



**E-DACOR DOCUMENT SEARCH RESULTS**

**Search Results For Duns Number: RD 175211044**

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↓ | 9000025508550 | K9 | 02 | 041514110001 | 02/16/2004 | $1,113.00 | USD | 164 | S2S45340 | PAID | 04/01/2004 | 000588269 |
| ↓ | 9000025808628 | K9 | 02 | 041529670001 | 02/23/2004 | $1,659.00 | USD | 175 | S2S45340 | PAID | 04/01/2004 | 000588269 |
| ↓ | 9000025808630 | K9 | 02 | 041529690001 | 02/29/2004 | $1,722.00 | USD | 184 | S2S45340 | PAID | 04/01/2004 | 000588269 |
| ↓ | 9000025808629 | K9 | 02 | 041529680001 | 03/10/2004 | $1,522.50 | USD | 192 | S2S45340 | PAID | 04/30/2004 | 000592705 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

# EXHIBIT T

# H E Services/Universal Inspection Group
3870 E. Washington Rd.
**Saginaw, MI  48601**
**JSA**

**Invoice**

Invoice Number:
356

Invoice Date:
Mar 26, 2004

Page:
1

Voice:    (989) 758-0950

Fax:      (989) 758-0954

Sold To:
  Delphi Saginaw Steering Systems
  3900 E. Holland Ave.
  Saginaw, MI  48601
  USA

Ship to:
  Delphi Saginaw Steering Systems
  3900 E. Holland Ave.
  Saginaw, MI  48601
  USA
  *Joe Munger*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | *Credit Card- please use Attached Form* | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | DIGITAL HEIGHT STAND - CALIBRATION | 65.00 | 65.00 | 8400718000 |

*7-3198*

Check/Credit Memo No:

Total Invoice Amount          65.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

**citi**

4540598000095977800000000000000152

| Account Number | Payment Date | New Balance | Minimum Amount Due | Enter Amount Paid |
|---|---|---|---|---|
| 5405-9800-0095-9778 | 05/10/04 | $0.00 | $0.00 | |

CAROL S HAMMOND
FOR AUTHORIZED USE ONLY
MC ETL
3900 E HOLLAND RD
SAGINAW MI 48601-9494

CITIBANK
P.O. BOX 6575
THE LAKES, NEVADA
88901-6575

N 001808

For a credit balance refund, or a telephone or address change, please place an X in the parentheses and make the desired changes on the reverse side. ( )

Payment coupon: Please tear along perforation and return this portion with your payment. Make check or money order payable in U.S. dollars on a U.S. bank to Citibank. Include account number on check or money order. No cash please. Do not staple or tape your check to this coupon.

# CITIBANK CORPORATE CARD

Statement Date
04/15/04

| Previous Balance | Payments and Credits | New Charges | New Balance | Credit Line |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $10,000 |

Payment Date
05/10/04

FOR CUSTOMER SERVICE CALL OR WRITE 1-800-248-4553 P.O. BOX 6125 SIOUX FALLS, SD 57117

SEND PAYMENTS TO: CITIBANK   P.O. BOX 6575   THE LAKES, NEVADA 88901-6575

| 5405-9800-0095-9778 | Cash Advance Limit^ $00 | Available Credit Line $10,000 | Available Cash Line^^ $00 |
|---|---|---|---|

| Sale Date | Post Date | Reference Number | Type of Activity | | | Amount |
|---|---|---|---|---|---|---|
| ************************************* | | | NOTICE MEMO ITEMS LISTED-BELOW | ************************************* | | |
| 04/01 | 04/15 | 65424544105923606510019 | H E SERVICES CO | 810-7434900 | MI | 65.00 |
| 04/14 | 04/15 | 67436874105131055787459 | SCHUNK INC | MORRISVILLE | NC | 803.32 |
| 04/02 | 04/05 | 67125364095980742926510 | TRANSDUCER TECHNIQUES | TEMECULA | CA | 545.00 |
| 03/31 | 04/01 | 67436874091130916019934 | MEASUREMENTS GROUP INC | WENDELL | NC | 1,338.30 |
| 03/29 | 03/30 | 65417344090690900939126 | WW GRAINGER 9002 | 877-6994890 | IA | 60.58 CR |
| 03/29 | 03/30 | 65417344090690900939134 | WW GRAINGER 9002 | 877-6994890 | IA | 153.63 CR |
| 03/19 | 03/22 | 60481074081698912980034 | STANDARD ELECTRIC | SAGINAW | MI | 23.21 |
| 03/19 | 03/22 | 66432864079000668992146 | MCMASTER-CARR SUPPLY | 630-834-9600 | IL | 22.70 |
| 03/19 | 03/22 | 67417344080690800846155 | WW GRAINGER 678 | 877-6994890 | MI | 119.00 |
| 03/19 | 03/22 | 67417344080690800865601 | WW GRAINGER 9002 | 877-6994890 | IA | 16.41 |
| 03/17 | 03/22 | 67547514079133181050356 | STANLEY VIDMAR STRG TE | ALLENTOWN | PA | 9.47 |
| 03/15 | 03/17 | 65541864076004052027694 | SEARS ROEBUCK 7701 | TUCSON | AZ | 26.38 CR |
| 03/15 | 03/17 | 65541864076004052029464 | SEARS ROEBUCK 7701 | TUCSON | AZ | 74.19 CR |
| 03/15 | 03/17 | 68410194076904096075399 | KMART 00040964 | SAGINAW | MI | 8.90 |
| 03/15 | 03/17 | 68486754076004911980012 | EASY PRINTING CENTER | SAGINAW | MI | 42.31 |
| ************************************* | | | TOTAL AMOUNT OF MEMO ITEM(S): | | | 2,678.84 |

| ACCOUNT SUMMARY CURRENT PERIOD | | Previous Balance | Payments | Credits | Purchases And Advances | Interest Charges | New Balance |
|---|---|---|---|---|---|---|---|
| | Purchases | 0.00 | | | | | 0.00 |
| | Advances | 0.00 | | | | | 0.00 |
| | TOTAL | 0.00 | | | | | 0.00 |

DAYS IN BILLING PERIOD: 31

| | | Purchases | Cash Advances | | |
|---|---|---|---|---|---|
| Balance Subject To Interest Charge | > | .00 | .00 | Payment Due: | .00 |
| Periodic Rate | > | .5208% | .0000% | Amount Over Credit Limit: | .00 |
| ANNUAL PERCENTAGE RATE | > | 6.25% | 0.00% | Amount Past Due: | .00 |
| | | | | MINIMUM AMOUNT DUE: | .00 |

^ Cash Advance Limit is a portion of your Total Credit Line
^^ Available Cash Line is a portion of your Available Credit Line

A member of citigroup



**UNIVERSAL INSPECTION**

A Division of N.E. Services

3870 E. Washington Road, Saginaw, Michigan 48601
Bus. (989) 758-0950   Fax (989) 758-0954

TO: Delphi Saginaw

DATE: 02/16/04
QUOTE #: 2296
VALID FOR 30 DAYS

ATTN: Joe Munger

We are pleased to submit the following quote:

| Qty | Description | Price | Delivery |
|-----|-------------|-------|----------|
| 1 | DSS-6205  0-18" Starrett Height Gage | $65.00 | 3 Days |
| | Shipping & Handling | ~~$20.00~~ | |
| | **Grand Total** | **$85.00** | |

Calibration for the Digital Height Gage will be performed with Universal Inspection Work Instruction #019 which includes T.O. 33K6-1626-1 section(s) 3-4 .
Calibration Frequency will be determined by customer.
Tolerances will be determined by the customer prior to service.
Calibration Reports from Universal Inspection will be in "As Received" and "As Final" format.
Any number of factors, to include the uncertainty or measurement, should be included when looking at the "As Final" data.
Please reference our Quote # on your Purchase Order.  By issuing a Purchase Order, you are agreeing to the above listed terms.

Thank you for the opportunity to provide this quote.

Sincerely,

Eric Avery
Calibration Manager

# EXHIBIT U

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285
———
TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
312-407-0785
DIRECT FAX
312-407-8572
EMAIL ADDRESS
AHOGAN@SKADDEN.COM

CONFIDENTIAL

May 14, 2007

***Via Federal Express***
Victor J. Mastromarco, Jr., Esq.
The Mastromarco Firm
1024 North Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

RE:    Delphi:  HE Services Unpaid Invoices Claim

Dear Mr. Mastromarco:

I write in connection with HE Services' claim that Delphi failed to pay $979,239.02 worth of invoices to HE Services (the "Unpaid Invoices Claim").  As mentioned in my letter dated April 27, 2007, Delphi is currently working to reconcile the Unpaid Invoices Claim such that we might have a further discussion, and potentially resolve some or all of this aspect of HE Services' claim.

In order to complete its investigation of the Unpaid Invoices Claim, Delphi determined that it requires additional information from HE Services.  In particular, Delphi needs supporting documentation, such as time sheets, showing that HE Services performed the work associated with invoice number 10000045011-HES (Delphi purchase order number S3S21425, dated April 24, 2003).  To facilitate reconciliation of this invoice, please provide such supporting documentation at your earliest convenience.

I appreciate your prompt attention to this matter.  If you have any questions, please call.

Best regards,

*Albert L. Hogan III / avg*

Albert L. Hogan, III

# EXHIBIT V

# H.E. SERVICES
## SUMMARY
## EXHIBIT  V

| DESCRIPTION | DOLLAR VALUE | | EXHIBIT # | INVOICE COUNT |
|---|---|---|---|---|
| TOTAL CLAIM AMOUNT | $    979,239.02 | | A. | 240 |
| RECONCILIATION DIFFERENCE | $      (3,248.98) | | D. | 0 |
| DUPLICATE INVOICES ON CLAIM | $    (52,201.12) | | E. | -19 |
| PAID INVOICES BY INVOICE # | $  (497,573.08) | | F. | -87 |
| PAID INVOICES BY SHIPPER # | $    (61,861.96) | | G. | -11 |
| RAMATECH INVOICES | $      (8,094.45) | | H. | -6 |
| POLAND INVOICE | $      (6,400.00) | | I. | -1 |
| INVOICES BILLED TWICE-DIFFERENT #'S | $  (126,916.00) | | J. | -45 |
| INVOICES SENT TO H.E. SERVICES | $    (91,098.43) | #2 | L. | -26 |
| INVOICE PAID BY CREDIT CARD | $        (554.00) | | M. | -3 |
| INVOICE 179- NOT OWING PER MR. BENNETT | $      (8,944.00) | #1 | Paragraph 22 | -1 |
| INVOICE  10000045011-HES-request for more data | $      (6,500.00) | #1 | Paragraph 22 | -1 |
| TOTAL | $    115,847.00 | | | 40 |

#1.       Per Amended Declaration of William Locricchio
#2        Reflects a reduction of 9 invoices billed to Prince Manufacturing for "short shot" work, total amount of $35,529.00.