# EXHIBIT 14

# DELPHI AUTOMOTIVE SYSTEMS SA DE CV

**ORDEN DE COMPRA / PURCHASE ORDER**

**004761**
REV:

HNOS. ESCOBAR 5756 FOVISSSTE CHAMIZAL
CODIGO POSTAL 32310
CD. JUAREZ, CHIHUAHUA MEXICO
RANGER TOOL & DIE CO.
317 S. WESTERVELT
SAGINAW    MI

**EMBARCAR A: / SHIP TO:**
CD. JUAREZ, CHIHUAHUA MEXICO
P.O. BOX 981012
EL PASO TEXAS 79998
DELPHI AUTOMOTIVE SYSTEMS SA DE CV
32  CELERITY WAGON
EL PASO TEXAS   79906-          DASI

IMPORTANTE EL NUMERO DE ESTA ORDEN DEBERA APARECER EN TODA CORRESPONDENCIA, FACTURAS, REMISIONES, ETIQUETAS DE EMBARQUE, ENVASES, ADEMAS, LOS ENVASES DEBERAN INDICAR EL EDIFICIO AL QUE SE ESTA ENVIANDO.

IMPORTANT: THIS ORDER NUMBER MUST APPEAR ON ALL CORRESPONDENCE INVOICES, PACKING SLIPS, SHIPPING PAPERS AND CONTAINERS IN ADDITION CONTAINERS MUST INDICATE BUILDING-TO-WHICH DELIVERY IS TO BE MADE.

005514740

| COMPRADOR BUYER | FECHA DE ORDEN ORDER DATE | No. REQUISICION REQ. No. | DEPTO. DEPMT. | NUMERO DE CUENTA ACCOUNT NUMBER | L.A.B. F.O.B. | CVE. PROVEEDOR VENDOR CODE |
|---|---|---|---|---|---|---|
| EC | 07-14-98 | 06791 | 707 | 839000707-09430 | EL PASO WAREHOUSE | 4R003 |

| CONDICIONES DE PAGO PAYMENT TERMS | EMBARCAR NUESTRA PLANTA SALVO A VISO SHIP OUR PLANT, OTHERWISE NOTIFIED | ENTREGAR A: DELIVER TO: | FECHA REQUERIDA DATE WANTED |
|---|---|---|---|
| 25 PROX. | SU SERVICIO | MARCO ACOSTA 58117 | 07-14-98 |

FAVOR SURTIR LO SIGUIENTE SUJETO A TODAS LAS CONDICIONES E INSTRUCCIONES ESTABLECIDAS AL REVERSO
FURNISH THE FOLLOWING UPON AND SUBJECT TO ALL CONDITIONS AND INSTRUCTIONS STATED ON REVERSE SIDE

| PARTIDA ITEM | CANTIDAD QUANTITY | CODIGO PTA. PLANT CODE | DESCRIPCION / DESCRIPTION | PRECIO UNITARIO UNIT PRICE | PRECIO TOTAL EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 4 | | RACK STEERING SX 041122 | 1250.0000 | 5,000.00 |
| 2 | 4 | | PINION STEERING SX041123 | 395.0000 | 1,580.00 |
| | | | * TAX EXEMPTION NUMBER 3-82045-5708-6 * | | |
| | | | THE VENDOR WILL BE EXPECTED TO CORRECTLY COMPLETE HIS PACKING SLIP AND INVOICE WITH THE FOLLOWING INFORMATION: | | |
| | | | ********************* | | |
| | | | 1. QUANTITY              6. RELEASE # - FOLLOWING P.O. # | | |
| | | | 2. UNIT OF MEASURE          (IF APPLICABLE) | | |
| | | | 3. ITEM CODE             7. DATE RELEASED | | |
| | | | 4. DESCRIPTION           8. RELEASED BY | | |
| | | | 5. P.O. NUMBER           9. DUNS NUMBER | | |
| | | | ********************* | | |
| | | | SUB-TOTAL | | 6,580.00 |

DO NOT OVERSHIP, OVERSHIPMENTS WILL BE RETURNED AT SUPPLIER'S EXPENSE

US DOLLARS

**TOTAL / TOTAL PRICE** $ 6,580.00

NO SOBRE EMBARQUE SIN AUTORIZACION.
DO NOT OVERSHIP UNLESS AUTHORIZED.

AUTORIZADO POR:
AUTHORIZED BY:

PROVEEDOR

# DELPHI AUTOMOTIVE SYSTEMS SA DE CV

**ORDEN DE COMPRA / PURCHASE ORDER**

**005234**

REV:

AV. HNOS. ESCOBAR 5756 FOVISSSTE CHAMIZAL
CODIGO POSTAL 32310
CD JUAREZ, CHIHUAHUA MEXICO

HE SERVICES CO.
700 N. STANTON
3RD FLOOR
EL PASO        TX

EMBARCAR A: / SHIP TO:
CD. JUAREZ, CHIHUAHUA MEXICO
P.O. BOX 981012
EL PASO TEXAS 79998
DELPHI AUTOMOTIVE SYSTEMS SA DE CV
32 CELERITY WAGON
EL PASO TEXAS 79906-          DAS1

IMPORTANTE: EL NUMERO DE ESTA DEBERA APARECER EN TODA CORRESPONDENCIA, FACTURAS, REMISIONES, NOTAS, DE EMBARQUE, ENVASES, A LOS ENVASES DEBERAN INDICAR EL CIO AL QUE SE ESTA ENVIANDO.

IMPORTANT: THIS ORDER NUMBER APPEAR ON ALL CORRESPONDENCES, PACKING SLIPS, SHIPPING AND CONTAINERS. IN ADDITION NERS MUST INDICATE BUILDING TO DELIVERY IS TO BE MADE.

NUM. DUNS:
014092543

| COMPRADOR BUYER | FECHA DE ORDEN ORDER DATE | No: REQUISICION REQ. No. | DEPTO. DEPMT. | NUMERO DE CUENTA ACCOUNT NUMBER | L.A.B. F.O.B. | CVE. PROVEED VENDOR CO |
|---|---|---|---|---|---|---|
| EC | 09-08-98 | 12478 | 701 | 839000701-09320 | EL PASO WAREHOUSE | 2H008 |

| CONDICIONES DE PAGO PAYMENT TERMS | EMBARCAR NUESTRA PLANTA SALVO AVISO SHIP OUR PLANT, OTHERWISE NOTIFIED | ENTREGAR A: DELIVER TO: | FECHA REQUERIDA DATE WANTED |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | S.P. COLLECT | MARCO ACOSTA | 09-08-98 |

FAVOR SURTIR LO SIGUIENTE SUJETO A TODAS LAS CONDICIONES E INSTRUCCIONES ESTABLECIDAS AL REVERSO
FURNISH THE FOLLOWING UPON AND SUBJECT TO ALL CONDITIONS AND INSTRUCTIONS STATED ON REVERSE SIDE

| PARTIDA ITEM | CANTIDAD QUANTITY | CODIGO PTA. PLANT CODE | DESCRIPCION / DESCRIPTION | PRECIO UNITARIO UNIT PRICE | PRECIO TOTAL EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 15 | | RACK BEARING SX042812 MP<br>GP-11 REQUIRED.<br>DELIVERY CARLOS GARZA WILL PICK UP 7 PIECES OF ANCON IN SAGINAW MI.<br>BALANCE TO BE DELIVERED TO DELPHI AUTOMOTIVE SYSTEMS, MTC.<br><br>* TAX EXEMPTION NUMBER 3-82045-5708-6 * | 191.0000 | 2,865.00 |

THE VENDOR WILL BE EXPECTED TO CORRECTLY COMPLETE HIS
PACKING SLIP AND INVOICE WITH THE FOLLOWING INFORMATION
****************
1. QUANTITY           6. RELEASE # - FOLLOWING P.O. #
2. UNIT OF MEASURE       (IF APPLICABLE)
3. ITEM CODE          7. DATE RELEASED
4. DESCRIPTION        8. RELEASED BY
5. P.O. NUMBER        9. DUNS NUMBER
****************

SUB-TOTAL                                                                                  2,865.00

DO NOT OVERSHIP, OVERSHIPMENTS WILL BE RETURNED AT SUPPLIER'S EXPENSE

US DOLLARS                                         TOTAL / TOTAL PRICE    2,865.00

| NO SOBRE EMBARQUE SIN AUTORIZACION: DO NOT OVERSHIP UNLESS AUTHORIZED. | AUTORIZADO POR: AUTHORIZED BY: Juan Carlos<br>10SE98 |

**PROVEEDOR**

# DELPHI AUTOMOTIVE SYSTEMS SA DE CV

**ORDEN DE COMPRA / PURCHASE ORDER**

**006603**
REV:

AV.HNOS.ESCOBAR 5756 FOVISSSTE CHAMIZAL
CODIGO POSTAL 32310
CD.JUAREZ,CHIHUAHUA MEXICO

BELL ENGINEERING INC.
735 S. OUTER DRIVE
SAGINAW MI

EMBARCAR A: / SHIP TO:
CD.JUAREZ,CHIHUAHUA MEXICO
P.O. BOX 981012
EL PASO TEXAS 79998

DELPHI AUTOMOTIVE SYSTEMS SA DE CV
AV.HNOS.ESCOBAR 5756 FOVISSSTE CHAMIZAL
CD.JUAREZ,CHIHUAHUA MEXICO   DA51

IMPORTANTE: EL NUMERO DE ESTA
DEBERA APARECER EN TODA CORRE
DENCIA, FACTURAS, REMISIONES, E
TAS, DE EMBARQUE, ENVASES, AD
LOS ENVASES DEBERAN INDICAR EL
CIO AL QUE SE ESTA ENVIANDO.

IMPORTANT: THIS ORDER NUMBER
APPEAR ON ALL CORRESPONDENCE
CES, PACKING SLIPS, SHIPPING
AND CONTAINERS. IN ADDITION
NERS MUST INDICATE BUILDING TO
DELIVERY IS TO BE MADE.

NUM.DUNS:
006523450

| COMPRADOR BUYER | FECHA DE ORDEN ORDER DATE | No: REQUISICION REQ. No. | DEPTO. DEPMT. | NUMERO DE CUENTA ACCOUNT NUMBER | L.A.B. F.O.B. | CVE. PROVEED VENDOR COD |
|---|---|---|---|---|---|---|
| JQ | 01-15-99 | 11878 | 707 | 839000707-09430 | TECHNICAL CENTER | 4B014 |

| CONDICIONES DE PAGO PAYMENT TERMS | EMBARCAR NUESTRA PLANTA SALVO AVISO SHIP OUR PLANT, OTHERWISE NOTIFIED | ENTREGAR A: DELIVER TO: | FECHA REQUERIDA DATE WANTED |
|---|---|---|---|
| 2ND DAY 2ND MONTH | SU SERVICIO | LUIS LEON | 02-15-99 |

FAVOR SURTIR LO SIGUIENTE SUJETO A TODAS LAS CONDICIONES E INSTRUCCIONES ESTABLECIDAS AL REVERSO
FURNISH THE FOLLOWING UPON AND SUBJECT TO ALL CONDITIONS AND INSTRUCTIONS STATED ON REVERSE SIDE

| PARTIDA ITEM | CANTIDAD QUANTITY | CODIGO PTA. PLANT CODE | DESCRIPCION / DESCRIPTION | PRECIO UNITARIO UNIT PRICE | PRECIO TOTAL EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 30 | | SX041117 HOUSING MACHINING JOB<br>GP-11 REQUIRED<br>ATTN: LUIS LEON (DELPHI-S)<br>DELPHI AUTOMOTIVE SYSTEMS<br>32 CELERITY WAGON ST.<br>EL PASO, TX. 79906 -5315<br><br>* TAX EXEMPTION NUMBER 3-82045-5708-6 * | 350.0000 | 10,500.00 |

THE VENDOR WILL BE EXPECTED TO CORRECTLY COMPLETE HIS
PACKING SLIP AND INVOICE WITH THE FOLLOWING INFORMATION:
****************
1. QUANTITY            6. RELEASE # - FOLLOWING P. O. #
2. UNIT OF MEASURE        (IF APPLICABLE)
3. ITEM CODE           7. DATE RELEASED
4. DESCRIPTION         8. RELEASED BY
5. P.O. NUMBER         9. DUNS NUMBER
****************

SUB-TOTAL                                    10,500.00

DO NOT OVERSHIP, OVERSHIPMENTS WILL BE RETURNED AT SUPPLIER'S EXPENSE

US DOLLARS                       TOTAL / TOTAL PRICE    $  10,500.00

NO SOBRE EMBARQUE SIN AUTORIZACION:
DO NOT OVERSHIP UNLESS AUTHORIZED.

AUTORIZADO POR: / AUTHORIZED BY:

PROVEEDOR