SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
    In re                           :        Chapter 11
                              :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                              :
                 Debtors.    :        (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER (I)
ADJOURNING HEARING ON DEBTORS' SEVENTEENTH OMNIBUS CLAIMS
OBJECTION WITH RESPECT TO PROOF OF CLAIM NUMBER 10707 AND (II)
REDUCING AND CAPPING PROOF OF CLAIM NUMBER 10707
(TYCO ELECTRONICS CORPORATION)

PLEASE TAKE NOTICE that on June 15, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 10707 (the "Proof of Claim") filed by Tyco Electronics Corporation (the "Claimant") pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject to Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant previously executed a Joint Stipulation And Agreed Order (i) Adjourning Hearing On Debtors' Seventeenth Omnibus Claims Objection With Respect To Proof Of Claim Number 10707 And (ii) Reducing And Capping Proof Of Claim Number 10707 (Tyco Electronics Corporation), pursuant to which the Claimant and the Debtors agreed to (i) adjourn the hearing on the Seventeenth Omnibus Claims Objection with respect to the Claim to August 16, 2007, (ii) extend the deadline by which TE must file a response to the Seventeenth Omnibus Claims Objection to August 14, 2007 at 4:00 p.m. (prevailing Eastern time), and (iii) reduce and cap the amount of the Claim at $4,389,119.31.

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimant have executed a Second Joint Stipulation And Agreed Order (i) Adjourning Hearing On Debtors' Seventeenth Omnibus Claims Objection With Respect To Proof Of Claim Number 10707 And

(ii) Reducing And Capping Proof Of Claim Number 10707 (Tyco Electronics Corporation) (the "Second Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Second Joint Stipulation, the Debtors and the Claimant have agreed to (i) further adjourn the hearing on the Seventeenth Omnibus Claims Objection with respect to the Claim to September 27, 2007, (ii) further extend the deadline by which the Claimant must file a response to the Seventeenth Omnibus Claims Objection to August 28, 2007 at 4:00 p.m. (prevailing Eastern time), and (iii) further reduce and cap the amount of the Claim at $2,997,056.91.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Second Joint Stipulation for consideration at the hearing scheduled for September 6, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
       August 30, 2007

            SKADDEN, ARPS, SLATE, MEAGHER &
              FLOM LLP

            By: /s/ John Wm. Butler, Jr.
                John Wm. Butler, Jr. (JB 4711)
                John K. Lyons (JL 4951)
                Ron E. Meisler (RM 3026)
            333 West Wacker Drive, Suite 2100
            Chicago, Illinois 60606
            (312) 407-0700

            By: /s/ Kayalyn A. Marafioti
                Kayalyn A. Marafioti (KM 9632)
                Thomas J. Matz (TM 5986)
            Four Times Square
            New York, New York 10036
            (212) 735-3000

            Attorneys for Delphi Corporation, et al.,
                Debtors and Debtors-in-Possession