B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**

Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>Name of Transferee | **AFC-Holcroft, L.L.C.**<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Brian A. Jarmain** | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $ 94,460.00** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Irene Wu** | Name and Current Address of transferor<br><br>**AFC-Holcroft, L.L.C.**<br>**49630 Pontiac Trail**<br>**Wixom, MI 48393**<br>**Attn: Gary Dawson**<br>**Attn: Jeff Taylor** |
| Phone: 203-542-4061<br>       203-542-4161 | Phone: 248-668-4036<br>       248-668-5596 |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Schedule F-1 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: **July 30, 2007**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____       _____
                                CLERK OF THE COURT

{00241647.DOC;}

AFCHOLCROFT                248 624 3710                04/03 '07 14:55 NO.800    10/12

**EXHIBIT A TO**
**ASSIGNMENT OF CLAIM**

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, AFC-Holcroft L.L.C. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $94,460.00 (the "Assigned Claim"), against Delphi Automotive Systems LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 3, 2007.

By: _____
Gary G Dawson
Vice President & CFO

M:\Delphi\AFC-Holcroft assignment to Silver Point Capital.doc
1:27:08 PM 4/3/2007

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640   Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1652275 - 10409203<br>AEROGEN COMPANY LTD<br>UNIT 17 NEWMAN LANE ALTON<br>HAMPSHIRE  GU342QR<br>UNITED KINGDOM | ACCOUNTS PAYABLE | | $2,569.79 |
| 1595427 - 10403759<br>AEROTEK INC<br>AUTOMOTIVE DIV<br>7301 PARKWAY DR<br>HANOVER  MD  21076 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1595426 - 10411620<br>AEROTEK INC<br>5975 WHITTLE RD STE 200<br>MISSISSAUGA  ON  L4Z 3N1<br>CANADA | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10396031 SCHEDULED<br>FOR $22,579.19 | Disputed,<br>Unliquidated | $22,579.19 |
| 1560445 - 10106698<br>AEROVENT, INC.<br>c/o FROST BROWN TODD LLC<br>Attn: DANIEL A. BROWN<br>300 NORTH MAIN STREET<br>SUITE 200<br>MIDDLETON  OH  45042 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1595432 - 10396032<br>AETNA FELT CORP<br>2401 W EMAUS AVE<br>ALLENTOWN  PA  18103 | ACCOUNTS PAYABLE | | $623.00 |
| 1595443 - 10407323<br>AFC TOOL INC EFT<br>1809 RADIO DR<br>DAYTON  OH  45437 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10396033 SCHEDULED<br>FOR $148,404.33 | | $172,709.40 |
| 1595445 - 10396034<br>AFC-HOLCROFT<br>PO BOX 67000<br>DEPARTMENT 122401<br>DETROIT  MI  48267 | ACCOUNTS PAYABLE | | $94,460.00 |
| 1595451 - 10396035<br>AFFILIATED MANUFACTURERS<br>U S HIGHWAY 22<br>PO BOX 5049<br>NORTH BRANCH  NJ  08876 | ACCOUNTS PAYABLE | | $796.00 |
| 1595454 - 10396036<br>AFFINA ST CATHARINES<br>89 W SOUTH BLVD STE 100<br>TROY  MI  48085 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $3,000.00 |
| 1595457 - 10396038<br>AFFINIA CANADA CORP<br>6601A GOREWAY DR<br>MISSISSAUGA  ON  L4V 1V6<br>CANADA | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $3,309.93 |
| 1595458 - 10396039<br>AFFINIA CANADA CORP<br>6601A GOREWAY DRIVE<br>MISSISSAUGA  ON  L4V 1V6<br>CANADA | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $258,254.42 |



Page: 22 of 1153