UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
   In re                                  :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No.  05 - 44481 (RDD)
                                          :
                     Debtors.             :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER WITHDRAWING WITHOUT PREJUDICE DEBTORS' MOTION FOR ORDER
UNDER 11 U.S.C. § 1113(c) AUTHORIZING REJECTION OF COLLECTIVE BARGAINING
AGREEMENTS AND AUTHORIZING MODIFICATION OF RETIREE WELFARE
BENEFITS UNDER 11 U.S.C. § 1114(g) (SUBJECT TO PRIOR SETTLEMENT ORDERS)

("SECTION 1113 AND 1114 WITHDRAWAL ORDER")

            In connection with  the orders authorizing Delphi Corporation and certain of its

domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases, to enter into comprehensive settlements with respect to, and withdraw without prejudice,

their Motion For Order Under 11 U.S.C. § 1113(c) Authorizing Rejection Of Collective

Bargaining Agreements And Under 11 U.S.C. § 1114(g) Authorizing Modification Of Retiree

Welfare Benefits, dated March 31, 2006 (the "1113/1114 Motion"), as the Motion pertains to the

international and/or local unions affiliated with (i) the United Automobile, Aerospace and

Agricultural Implement Workers of America (the "UAW"), (ii) the International Union of

Electronic, Electrical, Salaried, Machine and Furniture Workers-Communication Workers of

America (the "IUE-CWA"), (iii) the International Association of Machinists and Aerospace

Workers and its District 10 and Tool and Die Makers Lodge 78 (collectively, the "IAM"), the

International Brotherhood of Electrical Workers and its Local 663 (the "IBEW"), and the

International Union of Operating Engineers Locals 832S, 18S, and 101S (collectively, the

"IUOE"), and (iv) the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied

Industrial and Service Workers International Union and its Local Union 87L (collectively, the

"USW"), as such orders were entered with respect to the (a) UAW on July 19, 2007 (Docket No.

8693), (b) IUE-CWA on August 16, 2007 (Docket No. 9106), (c) IAM, the IBEW, and the IUOE

on August 16, 2007 (Docket No. 9107), and (d) USW on August 29, 2007 (Docket No. 9169);

and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT the 1113/1114 Motion is

withdrawn without prejudice subject to the orders above as it relates to all parties, including the

UAW, IUE-CWA, IAM, IBEW, IUOE, and USW and the intervening respondents.


Dated:    New York, New York
          September 4, 2007


                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE