In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-2    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit D-2
Pg 1 of 5

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2234<br>Date Filed: 03/09/2006<br>Docketed Total: $1,013.04<br>Filing Creditor Name and Address:<br>BOULDER COUNTY TREASURER<br>PO BOX 471<br>BOULDER, CO 80306 | Claim Holder Name and Address<br>BOULDER COUNTY TREASURER<br>PO BOX 471<br>BOULDER, CO 80306<br><br>Docketed Total: $1,013.04<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481      $1,013.04<br><br>$1,013.04 | Modified Total: $777.13<br><br>Case Number*  Secured     Priority   Unsecured<br>05-44640      $777.13<br><br>$777.13 |
| Claim: 671<br>Date Filed: 11/18/2005<br>Docketed Total: $37.00<br>Filing Creditor Name and Address:<br>DYER COUNTY TRUSTEE<br>PO BOX 220<br>DYERSBURG, TN 38025 | Claim Holder Name and Address<br>DYER COUNTY TRUSTEE<br>PO BOX 220<br>DYERSBURG, TN 38025<br><br>Docketed Total: $37.00<br><br>Case Number*  Secured  Priority   Unsecured<br>05-44481      $37.00<br><br>$37.00 | Modified Total: $28.38<br><br>Case Number*  Secured  Priority   Unsecured<br>05-44640      $28.38<br><br>$28.38 |
| Claim: 11372<br>Date Filed: 07/27/2006<br>Docketed Total: $218,106.97<br>Filing Creditor Name and Address:<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY, OH 44870 | Claim Holder Name and Address<br>ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY, OH 44870<br><br>Docketed Total: $218,106.97<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481      $218,106.97<br><br>$218,106.97 | Modified Total: $188,837.20<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44640      $188,837.20<br><br>$188,837.20 |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 5

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9223-2   Filed 09/04/07   Entered 09/04/07 17:17:23   Exhibit D-2
Pg 2 of 5

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7182<br>Date Filed: 05/31/2006<br>Docketed Total: $359.23<br>Filing Creditor Name and Address:<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI, TN 38478 | Claim Holder Name and Address<br>GILES CO TN<br>GILES COUNTY TRUSTEE<br>PO BOX 678<br>COURTHOUSE<br>PULASKI, TN 38478<br><br>Docketed Total: $359.23<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481       $359.23<br>               **$359.23** | Modified Total: $268.49<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640       $268.49<br>               **$268.49** |
| Claim: 3655<br>Date Filed: 05/01/2006<br>Docketed Total: $8.75<br>Filing Creditor Name and Address:<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE, TN 38012 | Claim Holder Name and Address<br>HAYWOOD COUNTY TRUSTEE<br>COURTHOUSE<br>BROWNSVILLE, TN 38012<br><br>Docketed Total: $8.75<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                  $8.58      $0.17<br>                          **$8.58**   **$0.17** | Modified Total: $8.58<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                             $0.00<br>05-44640                  $8.58<br>                          **$8.58**   **$0.00** |
| Claim: 16116<br>Date Filed: 08/09/2006<br>Docketed Total: $22.25<br>Filing Creditor Name and Address:<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE, IN 46360-3491 | Claim Holder Name and Address<br>LAPORTE COUNTY IN<br>LAPORTE COUNTY TREASURER<br>813 LINCOLNWAY STE 205<br>LAPORTE, IN 46360-3491<br><br>Docketed Total: $22.25<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                  $22.25<br>                          **$22.25** | Modified Total: $20.23<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                  $20.23<br>                          **$20.23** |

*See Exhibit F for a listing of debtor entities by case number.

Page 2 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-2    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit D-2
Pg 3 of 5

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8415<br>Date Filed: 06/23/2006<br>Docketed Total: $455.00<br>Filing Creditor Name and Address:<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY<br>TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE, TN 37041 | Claim Holder Name and Address<br>MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE, TN 37041<br><br>Docketed Total: $455.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                  $455.00<br>                              $455.00 | Modified Total: $422.68<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                  $422.68<br>                              $422.68 |
| Claim: 8537<br>Date Filed: 06/26/2006<br>Docketed Total: $13,321.05<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 817600<br>DAYTON, OH 45481 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 817600<br>DAYTON, OH 45481<br><br>Docketed Total: $13,321.05<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $13,321.05<br>              $13,321.05 | Modified Total: $4,787.82<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $4,787.82<br>              $4,787.82 |
| Claim: 1681<br>Date Filed: 01/26/2006<br>Docketed Total: $1,290.10<br>Filing Creditor Name and Address:<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715 | Claim Holder Name and Address<br>PALM BEACH COUNTY TAX COLLECTOR<br>PO BOX 3715<br>WEST PALM BEACH, FL 33402-3715<br><br>Docketed Total: $1,290.10<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $1,290.10<br>              $1,290.10 | Modified Total: $989.67<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640      $989.67<br>              $989.67 |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9223-2   Filed 09/04/07   Entered 09/04/07 17:17:23   Exhibit D-2
Pg 4 of 5

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8661<br>Date Filed: 06/27/2006<br>Docketed Total: $47,271.82<br>Filing Creditor Name and Address:<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Claim Holder Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401<br><br>Docketed Total: $47,271.82<br><br>Case Number*  Secured         Priority  Unsecured<br>05-44640       $47,271.82<br><br>$47,271.82 | Modified Total: $906.59<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44640       $906.59<br><br>$906.59 |
| Claim: 1783<br>Date Filed: 02/06/2006<br>Docketed Total: $569.53<br>Filing Creditor Name and Address:<br>PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85232-0729 | Claim Holder Name and Address<br>PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85232-0729<br><br>Docketed Total: $569.53<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44640       $569.53<br><br>$569.53 | Modified Total: $557.21<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44640       $557.21<br><br>$557.21 |
| Claim: 559<br>Date Filed: 11/14/2005<br>Docketed Total: $502.98<br>Filing Creditor Name and Address:<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751 | Claim Holder Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751<br><br>Docketed Total: $502.98<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44481       $502.98<br><br>$502.98 | Modified Total: $385.85<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44640       $385.85<br><br>$385.85 |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-2    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit D-2
Pg 5 of 5

Seventeenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 560<br>Date Filed: 11/14/2005<br>Docketed Total: $153.92<br>Filing Creditor Name and Address:<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751 | Claim Holder Name and Address<br>SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101-2751<br><br>Docketed Total: $153.92<br><br>Case Number*: 05-44640<br>Secured: $153.92<br>Priority:<br>Unsecured:<br>**$153.92** | Modified Total: $118.08<br><br>Case Number*: 05-44640<br>Secured: $118.08<br>Priority:<br>Unsecured:<br>**$118.08** |
| Claim: 9302<br>Date Filed: 07/11/2006<br>Docketed Total: $761,504.21<br>Filing Creditor Name and Address:<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN, OH 44481-1090 | Claim Holder Name and Address<br>TRUMBULL COUNTY TREASURER<br>160 HIGH ST NW<br>WARREN, OH 44481-1090<br><br>Docketed Total: $761,504.21<br><br>Case Number*: 05-44481<br>Secured: $761,504.21<br>Priority:<br>Unsecured:<br>**$761,504.21** | Modified Total: $661,150.94<br><br>Case Number*: 05-44640<br>Secured: $661,150.94<br>Priority:<br>Unsecured:<br>**$661,150.94** |
| Claim: 13581<br>Date Filed: 07/31/2006<br>Docketed Total: $1,058.87<br>Filing Creditor Name and Address:<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO, MS 39194 | Claim Holder Name and Address<br>YAZOO CO MS<br>YAZOO COUNTY TAX COLLECTOR<br>PO BOX 108<br>YAZOO, MS 39194<br><br>Docketed Total: $1,058.87<br><br>Case Number*: 05-44640<br>Secured:<br>Priority: $1,058.87<br>Unsecured:<br>**$1,058.87** | Modified Total: $998.94<br><br>Case Number*: 05-44640<br>Secured:<br>Priority: $998.94<br>Unsecured:<br>**$998.94** |
| | | **Total Claims to be Modified: 15**<br>**Total Amount as Docketed:** $1,045,674.72<br>**Total Amount as Modified:** $860,257.79 |

*See Exhibit F for a listing of debtor entities by case number.