In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-3    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit E-9  
Pg 1 of 9

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 197<br>Date Filed: 10/28/2005<br>Docketed Total: $23,130.99<br>Filing Creditor Name and Address:<br>KNOX COUNTY TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE, TN 37901-0869 | Claim Holder Name and Address<br>KNOX COUNTY TRUSTEE<br>C O ATTORNEY DEAN B FARMER<br>HODGES DOUGHTY CARSON PLLC<br>PO BOX 869<br>KNOXVILLE, TN 37901-0869 | Docketed Total: | | $23,130.99 | | Modified Total: | | $17,744.32 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$23,130.99<br>**$23,130.99** | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$17,744.32<br>**$17,744.32** | Unsecured |
| Claim: 1108<br>Date Filed: 12/12/2005<br>Docketed Total: $17,534.38<br>Filing Creditor Name and Address:<br>MIAMI DADE COUNTY TAX COLLECTOR<br>140 W FLAGLER ST STE 1403<br>MIAMI, FL 33130 | Claim Holder Name and Address<br>MIAMI DADE COUNTY TAX COLLECTOR<br>140 W FLAGLER ST STE 1403<br>MIAMI, FL 33130 | Docketed Total: | | $17,534.38 | | Modified Total: | | $13,297.02 |
| | Case Number*<br>05-44481 | Secured<br>$17,534.38<br>**$17,534.38** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$13,297.02<br>**$13,297.02** | Priority | Unsecured |
| Claim: 8541<br>Date Filed: 06/26/2006<br>Docketed Total: $583,848.54<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Docketed Total: | | $583,848.54 | | Modified Total: | | $209,844.35 |
| | Case Number*<br>05-44481 | Secured<br>$583,848.54<br>**$583,848.54** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$209,844.35<br>**$209,844.35** | Priority | Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8545<br>Date Filed: 06/26/2006<br>Docketed Total: $182,850.01<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $182,850.01<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481      $182,850.01<br><br>              $182,850.01 | Modified Total: $65,719.34<br><br><br><br><br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $65,719.34<br><br>              $65,719.34 |
| Claim: 8547<br>Date Filed: 06/26/2006<br>Docketed Total: $578,440.64<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $578,440.64<br><br>Case Number*  Secured       Priority   Unsecured<br>05-44481      $578,440.64<br><br>              $578,440.64 | Modified Total: $207,900.92<br><br><br><br><br><br>Case Number*  Secured       Priority   Unsecured<br>05-44640      $207,900.92<br><br>              $207,900.92 |
| Claim: 8559<br>Date Filed: 06/26/2006<br>Docketed Total: $1,165.11<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,165.11<br><br>Case Number*  Secured     Priority   Unsecured<br>05-44481      $1,165.11<br><br>              $1,165.11 | Modified Total: $285.63<br><br><br><br><br><br>Case Number*  Secured    Priority   Unsecured<br>05-44640      $285.63<br><br>              $285.63 |

*See Exhibit F for a listing of debtor entities by case number.

Page 2 of 9

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8561<br>Date Filed: 06/26/2006<br>Docketed Total: $26,607.06<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $26,607.06<br><br>Case Number*  Secured       Priority  Unsecured<br>05-44481      $26,607.06<br>              $26,607.06 | Modified Total: $9,820.72<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44640      $9,820.72<br>              $9,820.72 |
| Claim: 8563<br>Date Filed: 06/26/2006<br>Docketed Total: $279,130.73<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $279,130.73<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44481      $279,130.73<br>              $279,130.73 | Modified Total: $100,363.00<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44640      $100,363.00<br>              $100,363.00 |
| Claim: 8549<br>Date Filed: 06/26/2006<br>Docketed Total: $1,179,183.93<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,179,183.93<br><br>Case Number*  Secured          Priority  Unsecured<br>05-44481      $1,179,183.93<br>              $1,179,183.93 | Modified Total: $444,646.98<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44640      $444,646.98<br>              $444,646.98 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-3    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit E-9
Pg 4 of 9

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8551<br>Date Filed: 06/26/2006<br>Docketed Total: $1,089.88<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,089.88<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — $1,089.88<br>**$1,089.88** | Modified Total: $391.74<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — $391.74<br>**$391.74** |
| Claim: 8553<br>Date Filed: 06/26/2006<br>Docketed Total: $72,963.37<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $72,963.37<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — $72,963.37<br>**$72,963.37** | Modified Total: $26,224.18<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — $26,224.18<br>**$26,224.18** |
| Claim: 8555<br>Date Filed: 06/26/2006<br>Docketed Total: $237.40<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $237.40<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — $237.40<br>**$237.40** | Modified Total: $85.35<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — $85.35<br>**$85.35** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-3    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit E-9
Pg 5 of 9

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8557<br>Date Filed: 06/26/2006<br>Docketed Total: $1,516.63<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W. THIRD ST.<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $1,516.63<br><br>Case Number*: 05-44481<br>Secured: $1,516.63<br>Priority:<br>Unsecured:<br>**$1,516.63** | Modified Total: $549.17<br><br>Case Number*: 05-44640<br>Secured: $549.17<br>Priority:<br>Unsecured:<br>**$549.17** |
| Claim: 8535<br>Date Filed: 06/26/2006<br>Docketed Total: $9,984.48<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $9,984.48<br><br>Case Number*: 05-44481<br>Secured: $9,984.48<br>Priority:<br>Unsecured:<br>**$9,984.48** | Modified Total: $3,600.61<br><br>Case Number*: 05-44640<br>Secured: $3,600.61<br>Priority:<br>Unsecured:<br>**$3,600.61** |
| Claim: 8540<br>Date Filed: 06/26/2006<br>Docketed Total: $55.96<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $55.96<br><br>Case Number*: 05-44481<br>Secured: $55.96<br>Priority:<br>Unsecured:<br>**$55.96** | Modified Total: $13.71<br><br>Case Number*: 05-44640<br>Secured: $13.71<br>Priority:<br>Unsecured:<br>**$13.71** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8542<br>Date Filed: 06/26/2006<br>Docketed Total: $4,329.83<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $4,329.83<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481       $4,329.83<br>               $4,329.83 | Modified Total: $1,059.72<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640       $1,059.72<br>               $1,059.72 |
| Claim: 8543<br>Date Filed: 06/26/2006<br>Docketed Total: $9,370.62<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $9,370.62<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481       $9,370.62<br>               $9,370.62 | Modified Total: $3,367.94<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640       $3,367.94<br>               $3,367.94 |
| Claim: 8546<br>Date Filed: 06/26/2006<br>Docketed Total: $2,628.90<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $2,628.90<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481       $2,628.90<br>               $2,628.90 | Modified Total: $944.88<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640       $944.88<br>               $944.88 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9223-3   Filed 09/04/07   Entered 09/04/07 17:17:23   Exhibit E-9
Pg 7 of 9

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8548<br>Date Filed: 06/26/2006<br>Docketed Total: $35,659.30<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $35,659.30<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481      $35,659.30<br><br>$35,659.30 | Modified Total: $12,816.60<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $12,816.60<br><br>$12,816.60 |
| Claim: 8550<br>Date Filed: 06/26/2006<br>Docketed Total: $78,139.90<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $78,139.90<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481      $78,139.90<br><br>$78,139.90 | Modified Total: $28,084.71<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $28,084.71<br><br>$28,084.71 |
| Claim: 8552<br>Date Filed: 06/26/2006<br>Docketed Total: $938.16<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $938.16<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44481      $938.16<br><br>$938.16 | Modified Total: $337.21<br><br>Case Number*  Secured      Priority   Unsecured<br>05-44640      $337.21<br><br>$337.21 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-3    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit E-9
Pg 8 of 9

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8554<br>Date Filed: 06/26/2006<br>Docketed Total: $32,104.56<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $32,104.56<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $32,104.56<br>**$32,104.56** | Modified Total: $23,129.72<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $23,129.72<br>**$23,129.72** |
| Claim: 8558<br>Date Filed: 06/26/2006<br>Docketed Total: $882.12<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $882.12<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $882.12<br>**$882.12** | Modified Total: $319.10<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $319.10<br>**$319.10** |
| Claim: 8560<br>Date Filed: 06/26/2006<br>Docketed Total: $492.69<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY<br>TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $492.69<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $492.69<br>**$492.69** | Modified Total: $343.59<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / $343.59<br>**$343.59** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9223-3    Filed 09/04/07    Entered 09/04/07 17:17:23    Exhibit E-9
Pg 9 of 9

Seventeenth Omnibus Claims Objection

**EXHIBIT E-9 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8562<br>Date Filed: 06/26/2006<br>Docketed Total: $97.46<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>PO BOX 972<br>DAYTON, OH 45422-0475<br><br>Docketed Total: $97.46<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481      $97.46<br>              $97.46 | Modified Total: $35.13<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640      $35.13<br>              $35.13 |
| Claim: 2661<br>Date Filed: 04/17/2006<br>Docketed Total: $22,464.47<br>Filing Creditor Name and Address:<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401 | Claim Holder Name and Address<br>PEYTON C COCHRANE TAX COLLECTOR<br>714 GREENSBORO AVE RM 124<br>TUSCALOOSA, AL 35401<br><br>Docketed Total: $22,464.47<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640      $22,464.47<br>              $22,464.47 | Modified Total: $21,600.45<br><br>Case Number*  Secured       Priority    Unsecured<br>05-44640      $21,600.45<br>              $21,600.45 |
| | | **Total Claims to be Modified: 26**<br>**Total Amount as Docketed:** $3,144,847.12<br>**Total Amount as Modified:** $1,192,526.09 |

*See Exhibit F for a listing of debtor entities by case number.