In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9224-2    Filed 09/04/07    Entered 09/04/07 17:22:27    Exhibit B
Pg 1 of 1

Eighteenth Omnibus Claims Objection

**EXHIBIT B - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16615<br>Date Filed: 06/15/2007<br>Creditor's Name and Address:<br>BEAVER VALLEY MANUFACTURING INC<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,633.39<br>Total: $180,633.39 | Claim Number: 11186<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>BEAVER VALLEY MANUFACTURING INC<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $180,633.39<br>Total: $180,633.39 |
| Claim Number: 16616<br>Date Filed: 06/22/2007<br>Creditor's Name and Address:<br>MACARTHUR CORPORATION<br>WINEGARDEN HALEY LINDHOLM &<br>ROBERSTON PLC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $414,063.61<br>Total: $414,063.61 | Claim Number: 11599<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>MAC ARTHUR CORPORATION<br>3190 TRI PARK DR<br>GRAND BLANC, MI 48439-0010<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $432,705.04<br>Total: $432,705.04 |
| Claim Number: 16612<br>Date Filed: 06/11/2007<br>Creditor's Name and Address:<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO, IL 60611<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $257,482.41<br>Total: $257,482.41 | Claim Number: 9190<br>Date Filed: 07/10/2006<br>Creditor's Name and Address:<br>METALFORMING TECHNOLOGIES INC<br>980 N MICHIGAN AVE<br>STE 1900<br>CHICAGO, IL 60611<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $315,746.36<br>Total: $315,746.36 |

**Total Claims to be Expunged:** 3  
**Total Asserted Amount to be Expunged:** $852,179.41