**In re Delphi Corporation, et al.**  **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE | 1511 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,920.00<br>$23,920.00 | 01/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| RIVIERA FINANCE OF TEXAS INC<br>ASSIGNEE HOOKED UP TRUCKING<br>PO BOX 100272<br>PASADENA, CA 91189-0272 | 4849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,952.50<br>$1,952.50 | 05/05/2006 | DELPHI DIESEL SYSTEMS<br>CORP (05-44612) |
| Total: | 2 | | $25,872.50 | | |