**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP<br>AMERICAN 3CI<br>713 OAKDALE<br>GRAND PRAIRIE, TX 75050 | 3545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$37.00<br>$37.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ALL THE WAY INC<br>PO BOX 2675<br>LAREDO, TX 78044-2675 | 307 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$475.00<br><br><br>$475.00 | 11/03/2005 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| BOWIE AUDIO VISUAL ENTERPRISES<br>290 HIGHPOINT DR<br>RIDGELAND, MS 39157 | 5323 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$169.64<br>$169.64 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| E2V TECHNOLOGIES INC<br>4 WESTCHESTER PLZ<br>ELMSFORD, NY 10523 | 3334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$39,191.91<br>$39,191.91 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO<br>EFT<br>S A DE C V<br>805 W PRICE RD STE A 1<br>HLD PER RICHARD SANDOVAL<br>BROWNSVILLE, TX 78521 | 15596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$160,741.71<br>$160,741.71 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO<br>EFT S A DE C V<br>805 W PRICE RD STE A 1<br>BROWNSVILLE, TX 78521 | 15597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$59,555.76<br>$59,555.76 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HARDING UNIVERSITY<br>BUSINESS OFFICE<br>BOX 10770<br>SEARCY, AR 72149 | 400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,730.00<br>$2,730.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| JAMESTOWN CONTAINER<br>LOCKPORT I<br>85 GRAND ST<br>LOCKPORT, NY 14094-2299 | 14919 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,236.72<br>$9,236.72 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JAMESTOWN CONTAINER LOCKPORT I<br>85 GRAND ST<br>LOCKPORT, NY 14094-2299 | 14916 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $39,660.52<br>Total: $39,660.52 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JON C COX<br>RUSSELL & SHIVER<br>3102 OAK LAWN STE 600<br>DALLAS, TX 75219 | 374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,000,000.00<br>Total: $1,000,000.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| KUNTZMAN R INC<br>1805 W STATE ST<br>ALLIANCE, OH 44601 | 9602 | Secured:<br>Priority: $13,934.50<br>Administrative:<br>Unsecured:<br>Total: $13,934.50 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| LEE UNIVERSITY BUSINESS OFFICE<br>PO BOX 3450<br>CLEVELAND, OH 37320-3450 | 4879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,500.00<br>Total: $1,500.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| MALONE SUSAN<br>132 NEWFIELD DR<br>ROCHESTER, NY 14616 | 3036 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $450.00<br>Total: $450.00 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARTIN L SHANNON SHAW<br>PO BOX 428<br>CLARKSDALE, MS 38614 | 1926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $40,000,000.00<br>Total: $40,000,000.00 | 01/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MATHESON TRI GAS INC<br>6225 N STATE HWY 161 STE 200<br>IRVING, TX 75038 | 2060 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $580.57<br>Total: $580.57 | 02/21/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| METRO DETROIT CPA REVIEW BLS ENTERPRISES<br>34366 LANCASHIRE<br>LIVONIA, MI 48152 | 3374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,100.00<br>Total: $1,100.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SERVICE TECH TOOL & EQUIPMENT<br>90 WEST EASY ST UNIT 1<br>SIMI VALLEY, CA 93065 | 2083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,833.43<br>Total: $13,833.43 | 02/21/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | 207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,510.00<br>Total: $5,510.00 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | 212 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,954.42<br>Total: $7,954.42 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | 216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3.89<br>Total: $3.89 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC<br>23461 INDUSTRIAL PARK DR<br>FARMINGTON HILLS, MI 48335 | 210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $43,960.51<br>Total: $43,960.51 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| THE ENERGY MANAGEMENT GROUP<br>1621 BROWNING<br>IRVINE, CA 92606 | 4520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $878.97<br>Total: $878.97 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| THE WORTHINGTON STEEL COMPANY<br>200 OLD WILSON BRIDGE RD<br>COLUMBUS, OH 43085 | 9041 | Secured: $400,782.24<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $400,782.24 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| UW PARKSIDE<br>PO BOX 2000<br>KENOSHA, WI 53141 | 787 | Secured:<br>Priority: $912.75<br>Administrative:<br>Unsecured:<br>Total: $912.75 | 11/22/2005 | DELPHI CORPORATION (05-44481) |

05-44481-rdd    Doc 9225-2    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit B-1
Pg 4 of 4

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Nineteenth Omnibus Claims Objection

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZUMSTEIN INC EF<br>SCAC ZUMQ<br>PO BOX 700<br>524 N WATER ST<br>LEWISBURG, OH 45338-0700 | 6129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$154.34<br>$154.34 | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **25** | **$41,803,353.88** | | | |