**In re Delphi Corporation, et al.**  **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | 1515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$944,045.04<br><br>_____<br>$944,045.04 | 01/11/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:**    1                    **$944,045.04**