**In re Delphi Corporation, et al.**  Nineteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16476 | Secured: Priority: Administrative: Unsecured: Total: | $949,212.04 $949,212.04 | 01/09/2007 | DELPHI CORPORATION (05-44481) |

            Total:      1              $949,212.04