05-44481-rdd    Doc 9225-5    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit C
Pg 1 of 1

In re Delphi Corporation, et al.    Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRECISION SOUTHEAST INC<br>4900 HWY 501 WEST<br>MYRTLE BEACH, SC 29578-1405 | 16605 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$81,198.75<br>$81,198.75 | 05/29/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$81,198.75** | | |