In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 1 of 35

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14087**
Date Filed: 07/31/2006
Docketed Total: $109,872.00
Filing Creditor Name and Address:
3D SYSTEMS
26081 AVE HALL
VALENCIA, CA 91355

Claim Holder Name and Address
3D SYSTEMS
26081 AVE HALL
VALENCIA, CA 91355
Docketed Total: **$109,872.00**

Modified Total: **$31,327.83**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44554 | | | $109,872.00 | 05-44640 | | | $31,327.83 |
| | | | **$109,872.00** | | | | **$31,327.83** |

**Claim: 3964**
Date Filed: 05/01/2006
Docketed Total: $12,566.40
Filing Creditor Name and Address:
AGAPE PLASTICS INC EFT
O 11474 FIRST AVE NW
GRAND RAPIDS, MI 49544

Claim Holder Name and Address
AGAPE PLASTICS INC EFT
O 11474 FIRST AVE NW
GRAND RAPIDS, MI 49544
Docketed Total: **$12,566.40**

Modified Total: **$12,566.40**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,566.40 | 05-44640 | | | $12,566.40 |
| | | | **$12,566.40** | | | | **$12,566.40** |

**Claim: 8395**
Date Filed: 06/22/2006
Docketed Total: $639,529.99
Filing Creditor Name and Address:
AGILENT TECHNOLOGIES INC
3750 BROOKSIDE PARKWAY
ALPHARETTA, GA 30022

Claim Holder Name and Address
AGILENT TECHNOLOGIES INC
3750 BROOKSIDE PARKWAY
ALPHARETTA, GA 30022
Docketed Total: **$639,529.99**

Modified Total: **$411,538.67**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $639,529.99 | 05-44640 | | | $411,538.67 |
| | | | **$639,529.99** | | | | **$411,538.67** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 2 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9376**
Date Filed:   07/11/2006
Docketed Total:   $20,135.31
Filing Creditor Name and Address:
  AIM FABRICATION
  9100 HENRI BOURASSA E
  MONTREAL QUEBEC, H1E 2S4
  CANADA

Claim Holder Name and Address

AIM FABRICATION
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Docketed Total:   **$20,135.31**

Modified Total:   **$10,894.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $20,135.31 | 05-44640 | | | $10,894.50 |
| | | | **$20,135.31** | | | | **$10,894.50** |

---

**Claim: 1651**
Date Filed:   01/24/2006
Docketed Total:   $1,381.12
Filing Creditor Name and Address:
  AIR LIQUIDE AMERICA LP
  ATTN GWENDOLYN YOUNG
  SMITHHEART
  2700 POST OAK BLVD
  HOUSTON, TX 77056

Claim Holder Name and Address

AIR LIQUIDE AMERICA LP
ATTN GWENDOLYN YOUNG
SMITHHEART
2700 POST OAK BLVD
HOUSTON, TX 77056

Docketed Total:   **$1,381.12**

Modified Total:   **$1,324.42**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,381.12 | 05-44482 | | | $1,324.42 |
| | | | **$1,381.12** | | | | **$1,324.42** |

---

**Claim: 2609**
Date Filed:   04/11/2006
Docketed Total:   $27,316.10
Filing Creditor Name and Address:
  AIR LIQUIDE INDUSTRIAL US LP
  ATTN GWENDOLYN YOUNG
  SMITHHEART
  2700 POST OAK BLVD
  HOUSTON, TX 77056

Claim Holder Name and Address

AIR LIQUIDE INDUSTRIAL US LP
ATTN GWENDOLYN YOUNG
SMITHHEART
2700 POST OAK BLVD
HOUSTON, TX 77056

Docketed Total:   **$27,316.10**

Modified Total:   **$22,371.22**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $27,316.10 | 05-44640 | | | $1,160.00 |
| | | | | 05-44482 | | | $21,211.22 |
| | | | **$27,316.10** | | | | **$22,371.22** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 3 of 35

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 6972**
Date Filed:    05/30/2006
Docketed Total:    $40,658.32
Filing Creditor Name and Address:
ALL AMERICAN
SEMICONDUCTOR
10805 HOLDER ST STE 100
CYPRESS, CA 90630

Claim Holder Name and Address
ALL AMERICAN SEMICONDUCTOR
10805 HOLDER ST STE 100
CYPRESS, CA 90630

Docketed Total:    **$40,658.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,658.32 |
| | | | **$40,658.32** |

Modified Total:    **$38,282.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $38,282.67 |
| | | | **$38,282.67** |

---

**Claim: 11573**
Date Filed:    07/27/2006
Docketed Total:    $165,938.35
Filing Creditor Name and Address:
AMPHENOL PRECISION CABLE
MFG
PO BOX 1448
ROCKWALL, TX 75087

Claim Holder Name and Address
AMPHENOL PRECISION CABLE MFG
PO BOX 1448
ROCKWALL, TX 75087

Docketed Total:    **$165,938.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $165,938.35 |
| | | | **$165,938.35** |

Modified Total:    **$25,570.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,570.41 |
| | | | **$25,570.41** |

---

**Claim: 11577**
Date Filed:    07/27/2006
Docketed Total:    $89,607.01
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF DEKALB METAL
FINISHING
AS ASSIGNEE OF DEKALB METAL
FINISHING
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:    **$89,607.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,607.01 |
| | | | **$89,607.01** |

Modified Total:    **$82,350.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,350.06 |
| | | | **$82,350.06** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 4 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11576**
Date Filed: 07/27/2006
Docketed Total: $155,624.26
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF DYNAMIC
TECHNOLOGY INC
ATTN DAVID S LEINWAND
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $155,624.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $155,624.26 |
| | | | **$155,624.26** |

Modified Total: $124,635.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $122,028.20 |
| 05-44612 | | | $2,606.88 |
| | | | **$124,635.08** |

---

**Claim: 10638**
Date Filed: 07/25/2006
Docketed Total: $262,877.22
Filing Creditor Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIE
ONE APPLIED PLAZA
CLEVELAND, OH 44115-5056

Claim Holder Name and Address
APPLIED INDUSTRIAL
TECHNOLOGIE
ONE APPLIED PLAZA
CLEVELAND, OH 44115-5056

Docketed Total: $262,877.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $262,877.22 |
| | | | **$262,877.22** |

Modified Total: $210,171.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $210,171.57 |
| | | | **$210,171.57** |

---

**Claim: 10631**
Date Filed: 07/25/2006
Docketed Total: $192,374.01
Filing Creditor Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIES & FOLLOWING
SUBSIDIARIES APP IN TECH TX
LP APPLIED MICHIGAN AND
APPLIED IND TECH INDIANA
ONE APPLIED PLZ
E 36TH ST & EUDLID AVE
CLEVELAND, OH 44115-5056

Claim Holder Name and Address
APPLIED INDUSTRIAL
TECHNOLOGIES & FOLLOWING
SUBSIDIARIES APP IN TECH TX LP
APPLIED MICHIGAN AND APPLIED
IND TECH INDIANA
ONE APPLIED PLZ
E 36TH ST & EUDLID AVE
CLEVELAND, OH 44115-5056

Docketed Total: $192,374.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $192,374.01 |
| | | | **$192,374.01** |

Modified Total: $162,793.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $162,793.89 |
| | | | **$162,793.89** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 5 of 35

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 10632**
Date Filed: 07/25/2006
Docketed Total: $3,094.33
Filing Creditor Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIES DIXIE INC
ONE APPLIED PLZ
EAST 36TH ST & EUCLID AVE
CLEVELAND, OH 44115-5056

Claim Holder Name and Address:
APPLIED INDUSTRIAL
TECHNOLOGIES DIXIE INC
ONE APPLIED PLZ
EAST 36TH ST & EUCLID AVE
CLEVELAND, OH 44115-5056

Docketed Total: $3,094.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44626 | | | $3,094.33 |
| | | | **$3,094.33** |

Modified Total: $2,631.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,631.20 |
| | | | **$2,631.20** |

---

**Claim: 2166**
Date Filed: 03/01/2006
Docketed Total: $288,900.67
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
EVERETT CHARLES
TECHNOLOGIES
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
EVERETT CHARLES TECHNOLOGIES
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total: $288,900.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $288,900.67 |
| | | | **$288,900.67** |

Modified Total: $270,876.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $270,876.29 |
| | | | **$270,876.29** |

---

**Claim: 2167**
Date Filed: 03/01/2006
Docketed Total: $272,579.43
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
UNIVERSAL INSTRUMENTS CORP
7600 JERICHO TPKE STE 302
WOODBURY, NJ 11797

Claim Holder Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
UNIVERSAL INSTRUMENTS CORP
7600 JERICHO TPKE STE 302
WOODBURY, NJ 11797

Docketed Total: $272,579.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $272,579.43 |
| | | | **$272,579.43** |

Modified Total: $260,078.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $260,078.21 |
| | | | **$260,078.21** |

*See Exhibit F for a listing of debtor entities by case number.

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|

**Claim: 7203**
Date Filed: 05/31/2006
Docketed Total: $10,695.33
Filing Creditor Name and Address:
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702

Claim Holder Name and Address
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702

Docketed Total: $10,695.33

Modified Total: $2,280.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $10,695.33 | 05-44640 | | | $2,280.91 |
| | | | **$10,695.33** | | | | **$2,280.91** |

**Claim: 7204**
Date Filed: 05/31/2006
Docketed Total: $13,597.57
Filing Creditor Name and Address:
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702

Claim Holder Name and Address
ATKINS & PEARCE INC
1 BRAID WAY
COVINGTON, KY 41017-9702

Docketed Total: $13,597.57

Modified Total: $8,277.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,597.57 | 05-44640 | | | $8,277.75 |
| | | | **$13,597.57** | | | | **$8,277.75** |

**Claim: 5233**
Date Filed: 05/08/2006
Docketed Total: $1,425.00
Filing Creditor Name and Address:
AVERY DENNINSON VITAL
17700 FOLTZ IND PKWY
STRONGSVILLE, OH 44077

Claim Holder Name and Address
AVERY DENNINSON VITAL
17700 FOLTZ IND PKWY
STRONGSVILLE, OH 44077

Docketed Total: $1,425.00

Modified Total: $1,425.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,425.00 | 05-44640 | | | $1,425.00 |
| | | | **$1,425.00** | | | | **$1,425.00** |

*See Exhibit F for a listing of debtor entities by case number.

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14027**
Date Filed: 07/31/2006
Docketed Total: $513,080.99
Filing Creditor Name and Address:
AXON CABLE INC
FREEBORN & PETERS LLP
311 S WACKER DR STE 3000
CHICAGO, IL 60606

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: **$513,080.99**　　　　Modified Total: **$501,065.06**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $513,080.99 | 05-44640 | | | $501,065.06 |
| | | | **$513,080.99** | | | | **$501,065.06** |

---

**Claim: 2056**
Date Filed: 02/17/2006
Docketed Total: $20,637.70
Filing Creditor Name and Address:
BAJA TAPE & SUPPLY INC
12773 GRAND RIVER DR
EL PASO, TX 79928

Claim Holder Name and Address
BAJA TAPE & SUPPLY INC
12773 GRAND RIVER DR
EL PASO, TX 79928

Docketed Total: **$20,637.70**　　　　Modified Total: **$10,318.85**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $20,637.70 | 05-44640 | | | $10,318.85 |
| | | | **$20,637.70** | | | | **$10,318.85** |

---

**Claim: 145**
Date Filed: 10/28/2005
Docketed Total: $48,243.00
Filing Creditor Name and Address:
BOOTH INC
PO BOX 487
MIO, MI 48647

Claim Holder Name and Address
BOOTH INC
PO BOX 487
MIO, MI 48647

Docketed Total: **$48,243.00**　　　　Modified Total: **$45,786.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $48,243.00 | | 05-44640 | | | $45,786.00 |
| | | **$48,243.00** | | | | | **$45,786.00** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 8 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6683**
Date Filed:    05/23/2006
Docketed Total:    $43,850.88
Filing Creditor Name and Address:
  BOURNS INC
  1200 COLUMBIA AVE
  RIVERSIDE, CA 92507

Claim Holder Name and Address
  BOURNS INC        Docketed Total:    $43,850.88
  1200 COLUMBIA AVE
  RIVERSIDE, CA 92507

Modified Total:    $26,969.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,850.88 |
| | | | **$43,850.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,969.88 |
| | | | **$26,969.88** |

---

**Claim: 13882**
Date Filed:    07/31/2006
Docketed Total:    $4,164.75
Filing Creditor Name and Address:
  BP PRODUCTS NORTH AMERICA
  INC
  ATTN TOM W STRATTAN
  28100 TORCH PKWY STE 300
  WARRENVILLE, IL 60555

Claim Holder Name and Address
  BP PRODUCTS NORTH AMERICA        Docketed Total:    $4,164.75
  INC
  ATTN TOM W STRATTAN
  28100 TORCH PKWY STE 300
  WARRENVILLE, IL 60555

Modified Total:    $4,164.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,164.75 |
| | | | **$4,164.75** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,164.75 |
| | | | **$4,164.75** |

---

**Claim: 9808**
Date Filed:    07/17/2006
Docketed Total:    $49,258.57
Filing Creditor Name and Address:
  BURNEX CORP
  703 W ALGONQUIN RD
  ALGONQUIN, IL 60102

Claim Holder Name and Address
  BURNEX CORP        Docketed Total:    $49,258.57
  703 W ALGONQUIN RD
  ALGONQUIN, IL 60102

Modified Total:    $21,206.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,258.57 |
| | | | **$49,258.57** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,206.64 |
| | | | **$21,206.64** |

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 9 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1628**
Date Filed: 01/23/2006
Docketed Total: $14,003.86
Filing Creditor Name and Address:
CALLANAN INDUSTRIES INC DBA
MANITOU CONCRETE COMPANY
5 S FITZHUGH ST
ROCHESTER, NY 14614

Claim Holder Name and Address
CALLANAN INDUSTRIES INC DBA
MANITOU CONCRETE COMPANY
5 S FITZHUGH ST
ROCHESTER, NY 14614          Docketed Total: $14,003.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,003.86 |
| | | | **$14,003.86** |

Modified Total: $4,042.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,042.88 |
| | | | **$4,042.88** |

---

**Claim: 9681**
Date Filed: 07/17/2006
Docketed Total: $122,735.46
Filing Creditor Name and Address:
CHEVRON PRODUCTS CO
PO BOX F
CONCORD, CA 94524

Claim Holder Name and Address
CHEVRON PRODUCTS CO
PO BOX F
CONCORD, CA 94524          Docketed Total: $122,735.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $122,735.46 |
| | | | **$122,735.46** |

Modified Total: $105,386.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $105,386.78 |
| | | | **$105,386.78** |

---

**Claim: 5086**
Date Filed: 05/08/2006
Docketed Total: $7,831.58
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309          Docketed Total: $7,831.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,831.58 |
| | | | **$7,831.58** |

Modified Total: $7,831.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,831.58 |
| | | | **$7,831.58** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 10 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15602**
Date Filed:  07/31/2006
Docketed Total:   $48,145.89
Filing Creditor Name and Address:
    CIT COMMUNICATIONS FINANCE
    CORPORATION DBA AVAYA
    FINANCIAL SERVICES FKA AT&T
    CREDIT CORPORATION
    ATTN BANKRUPTCY DEPT
    1 CIT DR STE 4104A
    LIVINGSTON, NJ 07039

Claim Holder Name and Address

CIT COMMUNICATIONS FINANCE
CORPORATION DBA AVAYA
FINANCIAL SERVICES FKA AT&T
CREDIT CORPORATION
ATTN BANKRUPTCY DEPT
1 CIT DR STE 4104A
LIVINGSTON, NJ 07039

Docketed Total:   **$48,145.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $48,145.89 |
| | | | **$48,145.89** |

Modified Total:   **$48,145.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,145.89 |
| | | | **$48,145.89** |

---

**Claim: 712**
Date Filed:  11/21/2005
Docketed Total:   $9,554.69
Filing Creditor Name and Address:
    COMPAGNIE DEUTSCH ORLEANS
    22 RUE DES CHAISES
    45142 ST JEAN DE LA RUELLE
    CEDEX
    BP 96FRANCE

Claim Holder Name and Address

COMPAGNIE DEUTSCH ORLEANS
22 RUE DES CHAISES
45142 ST JEAN DE LA RUELLE
CEDEX
BP 96FRANCE

Docketed Total:   **$9,554.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,554.69 |
| | | | **$9,554.69** |

Modified Total:   **$9,554.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,554.69 |
| | | | **$9,554.69** |

---

**Claim: 7044**
Date Filed:  05/30/2006
Docketed Total:   $10,860.00
Filing Creditor Name and Address:
    COMPONENT DISTRIBUTORS INC
    PO BOX 13017
    DENVER, CO 80201-3017

Claim Holder Name and Address

COMPONENT DISTRIBUTORS INC
PO BOX 13017
DENVER, CO 80201-3017

Docketed Total:   **$10,860.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,860.00 |
| | | | **$10,860.00** |

Modified Total:   **$7,240.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,240.00 |
| | | | **$7,240.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 10 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 11 of 35

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2530**
Date Filed: 04/03/2006
Docketed Total: $2,956,707.11
Filing Creditor Name and Address:
CONSUMERS ENERGY COMPANY
ONE ENERGY PLAZA
JACKSON, MI 49201

Claim Holder Name and Address
CONSUMERS ENERGY COMPANY
ONE ENERGY PLAZA
JACKSON, MI 49201
Docketed Total: $2,956,707.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,956,707.11 |
| | | | **$2,956,707.11** |

Modified Total: $42,993.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $42,993.95 |
| | | | **$42,993.95** |

---

**Claim: 1211**
Date Filed: 12/19/2005
Docketed Total: $2,599.00
Filing Creditor Name and Address:
CROWLEY LINER SERVICES INC
PO BOX 2110
JACKSONVILLE, FL 32203-2110

Claim Holder Name and Address
CROWLEY LINER SERVICES INC
PO BOX 2110
JACKSONVILLE, FL 32203-2110
Docketed Total: $2,599.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,599.00 |
| | | | **$2,599.00** |

Modified Total: $2,599.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,599.00 |
| | | | **$2,599.00** |

---

**Claim: 10599**
Date Filed: 07/25/2006
Docketed Total: $46,506.23
Filing Creditor Name and Address:
CS BUSINESS SYSTEMS INC
1236 MAIN ST
BUFFALO, NY 14209

Claim Holder Name and Address
CS BUSINESS SYSTEMS INC
1236 MAIN ST
BUFFALO, NY 14209
Docketed Total: $46,506.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,506.23 |
| | | | **$46,506.23** |

Modified Total: $44,803.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,803.23 |
| | | | **$44,803.23** |

---

**Claim: 1183**
Date Filed: 12/19/2005
Docketed Total: $5,555.00
Filing Creditor Name and Address:
DAYTON ICE MACHINE INC
3463 SUCCESSFUL WY
DAYTON, OH 45414

Claim Holder Name and Address
DAYTON ICE MACHINE INC
3463 SUCCESSFUL WY
DAYTON, OH 45414
Docketed Total: $5,555.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,555.00 |
| | | | **$5,555.00** |

Modified Total: $5,555.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,555.00 |
| | | | **$5,555.00** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 12 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10149**
Date Filed: 07/21/2006
Docketed Total: $80,378.48
Filing Creditor Name and Address:
DEKKO TECHNOLOGIES INC
HALLER & COLVIN PC
444 E MAIN ST
FORT WAYNE, IN 46802

Claim Holder Name and Address
DEKKO TECHNOLOGIES INC
HALLER & COLVIN PC
444 E MAIN ST
FORT WAYNE, IN 46802

Docketed Total: $80,378.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $80,378.48 |
| | | | **$80,378.48** |

Modified Total: $80,378.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,378.48 |
| | | | **$80,378.48** |

---

**Claim: 5108**
Date Filed: 05/08/2006
Docketed Total: $14,586.67
Filing Creditor Name and Address:
DEWITT ROSS & STEVENS SC
2 E MIFFLIN ST STE 600
MADISON, WI 53703

Claim Holder Name and Address
DEWITT ROSS & STEVENS SC
2 E MIFFLIN ST STE 600
MADISON, WI 53703

Docketed Total: $14,586.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,586.67 |
| | | | **$14,586.67** |

Modified Total: $14,586.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,586.67 |
| | | | **$14,586.67** |

---

**Claim: 116**
Date Filed: 10/25/2005
Docketed Total: $289,004.91
Filing Creditor Name and Address:
DRAKA AUTOMOTIVE GMBH
DICKESTR 23
WUPPERTAL, D 42369
GERMANY

Claim Holder Name and Address
DRAKA AUTOMOTIVE GMBH
DICKESTR 23
WUPPERTAL, D 42369
GERMANY

Docketed Total: $289,004.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $289,004.91 |
| | | | **$289,004.91** |

Modified Total: $330,559.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $330,559.89 |
| | | | **$330,559.89** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 13 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2319**
Date Filed: 03/16/2006
Docketed Total: $2,448.00
Filing Creditor Name and Address:
DRAKE MANUFACTURING
SERVICES INC
4371 N LEAVITT RD
WARREN, OH 44485

Claim Holder Name and Address
DRAKE MANUFACTURING SERVICES INC
4371 N LEAVITT RD
WARREN, OH 44485

Docketed Total: **$2,448.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,448.00 |
| | | | **$2,448.00** |

Modified Total: **$2,448.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,448.00 |
| | | | **$2,448.00** |

---

**Claim: 1220**
Date Filed: 12/19/2005
Docketed Total: $18,479.84
Filing Creditor Name and Address:
DRAPER CHEVROLET CO
4200 BAY RD
PO BOX 2139
SAGINAW, MI 48603

Claim Holder Name and Address
DRAPER CHEVROLET CO
4200 BAY RD
PO BOX 2139
SAGINAW, MI 48603

Docketed Total: **$18,479.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,479.84 |
| | | | **$18,479.84** |

Modified Total: **$18,436.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,436.43 |
| | | | **$18,436.43** |

---

**Claim: 2761**
Date Filed: 04/25/2006
Docketed Total: $221,546.49
Filing Creditor Name and Address:
DTE ENERGY (DETROIT EDISON
& MICHCON)
3200 HOBSON ST LOWER LEVEL
DETROIT, MI 48201-2927

Claim Holder Name and Address
DTE ENERGY (DETROIT EDISON & MICHCON)
3200 HOBSON ST LOWER LEVEL
DETROIT, MI 48201-2927

Docketed Total: **$221,546.49**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $221,546.49 |
| | | | **$221,546.49** |

Modified Total: **$216,969.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $216,969.48 |
| | | | **$216,969.48** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 14 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2901**
Date Filed: 04/27/2006
Docketed Total: $16,138.00
Filing Creditor Name and Address:
DYNALENE HEAT TRANSFER
FLUIDS
PO BOX A
COPLAY, PA 18037

Claim Holder Name and Address
DYNALENE HEAT TRANSFER FLUIDS
PO BOX A
COPLAY, PA 18037

Docketed Total: **$16,138.00**

Modified Total: **$15,018.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $16,138.00 | 05-44640 | | | $15,018.00 |
| | | | **$16,138.00** | | | | **$15,018.00** |

**Claim: 3951**
Date Filed: 05/01/2006
Docketed Total: $21,055.17
Filing Creditor Name and Address:
EDWARDS MEDICAL SUPPLY INC
EFT
PO BOX 1639
BOLINGBROOK, IL 60440

Claim Holder Name and Address
EDWARDS MEDICAL SUPPLY INC
EFT
PO BOX 1639
BOLINGBROOK, IL 60440

Docketed Total: **$21,055.17**

Modified Total: **$9,676.11**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $21,055.17 | 05-44640 | | | $9,676.11 |
| | | | **$21,055.17** | | | | **$9,676.11** |

**Claim: 182**
Date Filed: 10/28/2005
Docketed Total: $21,460.00
Filing Creditor Name and Address:
ENMARK TOOL & GAGE CO INC
18100 CROSS LANE
FRASER, MI 48026

Claim Holder Name and Address
KT TRUST
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: **$21,460.00**

Modified Total: **$21,460.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,460.00 | 05-44640 | | | $21,460.00 |
| | | | **$21,460.00** | | | | **$21,460.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 14 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 15 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15032**
Date Filed: 07/31/2006
Docketed Total: $1,840,554.00
Filing Creditor Name and Address:
  EQ HERITAGE LLC
  HONIGMAN MILLER SCHWARTZ
  & COHN LLP
  2290 FIRST NATIONAL BUILDING
  660 WOODWARD AVE
  DETROIT, MI 48226

Claim Holder Name and Address

AMROC INVESTMENTS LLC     Docketed Total:    $1,839,554.00
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $867,780.00 | | $971,774.00 |
| | **$867,780.00** | | **$971,774.00** |

Modified Total:    $1,014,281.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $1,014,281.00 |
| | **$0.00** | | **$1,014,281.00** |

---

Claim Holder Name and Address

EQ HERITAGE LLC     Docketed Total:    $1,000.00
HONIGMAN MILLER SCHWARTZ &
COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $1,000.00 |
| | | | **$1,000.00** |

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $0.00 |
| | **$0.00** | | **$0.00** |

---

**Claim: 1543**
Date Filed: 01/17/2006
Docketed Total: $204,771.15
Filing Creditor Name and Address:
  EXPORT DEVELOPMENT
  CANADA EDC
  151 O CONNOR ST 18TH FLR
  OTTAWA, ON KIA IK3
  CANADA

Claim Holder Name and Address

EXPORT DEVELOPMENT CANADA     Docketed Total:    $204,771.15
EDC
151 O CONNOR ST 18TH FLR
OTTAWA, ON KIA IK3
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $204,771.15 |
| | | | **$204,771.15** |

Modified Total:    $187,324.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,324.48 |
| | | | **$187,324.48** |

*See Exhibit F for a listing of debtor entities by case number.

Page 15 of 35

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1  
Pg 16 of 35

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12232**
Date Filed:   07/28/2006
Docketed Total:   $31,230.88
Filing Creditor Name and Address:
  FANUC ROBOTICS AMERICA INC
  3900 W HAMLIN RD
  ROCHESTER HILLS, MI
  48309-3253

Claim Holder Name and Address

FANUC ROBOTICS AMERICA INC
3900 W HAMLIN RD
ROCHESTER HILLS, MI 48309-3253

Docketed Total:   **$31,230.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,230.88 |
| | | | **$31,230.88** |

Modified Total:   **$31,230.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,230.88 |
| | | | **$31,230.88** |

---

**Claim: 7476**
Date Filed:   06/05/2006
Docketed Total:   $17,775.69
Filing Creditor Name and Address:
  GOLDSMITH TR AND SON INC
  ANN MARIE STENGEL
  16 PEUQUET PKY
  TONAWANDA, NY 14150-2413

Claim Holder Name and Address

GOLDSMITH TR AND SON INC
ANN MARIE STENGEL
16 PEUQUET PKY
TONAWANDA, NY 14150-2413

Docketed Total:   **$17,775.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,775.69 |
| | | | **$17,775.69** |

Modified Total:   **$17,538.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,538.35 |
| | | | **$17,538.35** |

---

**Claim: 4294**
Date Filed:   05/01/2006
Docketed Total:   $1,415.04
Filing Creditor Name and Address:
  GREAT LAKES POWER LIFT INC
  7455 TYLER BLVD
  MENTOR, OH 44060

Claim Holder Name and Address

GREAT LAKES POWER LIFT INC
7455 TYLER BLVD
MENTOR, OH 44060

Docketed Total:   **$1,415.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,415.04 |
| | | | **$1,415.04** |

Modified Total:   **$1,415.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,415.04 |
| | | | **$1,415.04** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 17 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3780**

Date Filed: 05/01/2006
Docketed Total: $576.26
Filing Creditor Name and Address:
HOBART SALES AND SERVICE
181 INDUSTRIAL PKWY
MANSFIELD, OH 44903

Claim Holder Name and Address

HOBART SALES AND SERVICE
181 INDUSTRIAL PKWY
MANSFIELD, OH 44903

Docketed Total: $576.26

Modified Total: $576.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $576.26 | | 05-44640 | | | $576.26 |
| | | **$576.26** | | | | | **$576.26** |

**Claim: 15220**

Date Filed: 07/31/2006
Docketed Total: $321,256.00
Filing Creditor Name and Address:
HUTCHINSON SEAL
CORPORATION
PO BOX 1886
GRAND RAPIDS, MI 49501

Claim Holder Name and Address

HUTCHINSON SEAL CORPORATION
PO BOX 1886
GRAND RAPIDS, MI 49501

Docketed Total: $321,256.00

Modified Total: $201,945.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $321,256.00 | 05-44640 | | | $201,945.43 |
| | | | **$321,256.00** | | | | **$201,945.43** |

**Claim: 15341**

Date Filed: 07/31/2006
Docketed Total: $15,304.24
Filing Creditor Name and Address:
HYDRO ELLAY ENFIELD
LIMITED ENGLAND
JOSEPH NOBLE RD
LILLYHALL INDUSTRIAL EST
WORKINGTON CUMBRIA, CA14
4JX
UNITED KINGDOM

Claim Holder Name and Address

HYDRO ELLAY ENFIELD LIMITED
ENGLAND
JOSEPH NOBLE RD
LILLYHALL INDUSTRIAL EST
WORKINGTON CUMBRIA, CA14 4JX
UNITED KINGDOM

Docketed Total: $15,304.24

Modified Total: $6,196.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $15,304.24 | 05-44640 | | | $6,196.24 |
| | | | **$15,304.24** | | | | **$6,196.24** |

*See Exhibit F for a listing of debtor entities by case number.

Page 17 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 18 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 680**
Date Filed: 11/18/2005
Docketed Total: $514,319.83
Filing Creditor Name and Address:
 IBM CORPORATION
 TWO LINCOLN CTR
 OAKBROOK TERRACE, IL 60181

Claim Holder Name and Address

IBM CORPORATION
TWO LINCOLN CTR
OAKBROOK TERRACE, IL 60181

Docketed Total: $514,319.83

Modified Total: $438,719.83

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $514,319.83 | | 05-44624 | | | $90.61 |
| | | | | | 05-44640 | | | $22,777.05 |
| | | | **$514,319.83** | | 05-44567 | | | $15,863.77 |
| | | | | | 05-44612 | | | $399,988.40 |
| | | | | | | | | **$438,719.83** |

**Claim: 2203**
Date Filed: 03/07/2006
Docketed Total: $4,196.78
Filing Creditor Name and Address:
 ICS CUSTOMS SERVICE INC
 1099 MORSE AVE
 ELK GROVE VILLAGE, IL 60007

Claim Holder Name and Address

ICS CUSTOMS SERVICE INC
1099 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Docketed Total: $4,196.78

Modified Total: $3,890.01

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,057.66 | $3,139.12 | | 05-44640 | | | $3,890.01 |
| | | **$1,057.66** | **$3,139.12** | | | | | **$3,890.01** |

**Claim: 10279**
Date Filed: 07/24/2006
Docketed Total: $1,456,361.79
Filing Creditor Name and Address:
 INTEGRATED SILICON
 SOLUTION EF INC
 2231 LAWSON LN
 SANTA CLARA, CA 95054

Claim Holder Name and Address

INTEGRATED SILICON SOLUTION
EF INC
2231 LAWSON LN
SANTA CLARA, CA 95054

Docketed Total: $1,456,361.79

Modified Total: $1,398,447.10

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,456,361.79 | | 05-44640 | | | $1,398,447.10 |
| | | | **$1,456,361.79** | | | | | **$1,398,447.10** |

*See Exhibit F for a listing of debtor entities by case number.

Page 18 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 19 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 5404**
Date Filed:   05/09/2006
Docketed Total:   $429,262.62
Filing Creditor Name and Address:
JADA PRECISION PLASTICS CO
EFT INC
1667 EMERSON ST
ROCHESTER, NY 14606

Claim Holder Name and Address

JADA PRECISION PLASTICS CO EFT
INC
1667 EMERSON ST
ROCHESTER, NY 14606

Docketed Total:   **$429,262.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $429,262.62 |
| | | | **$429,262.62** |

Modified Total:   **$420,062.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $420,062.84 |
| | | | **$420,062.84** |

---

**Claim: 14915**
Date Filed:   07/31/2006
Docketed Total:   $468,786.87
Filing Creditor Name and Address:
JAMESTOWN CONTAINER CORP
SPECIALTY PRODUCTS DIV
2345 WALDEN AVE
BUFFALO, NY 14225

Claim Holder Name and Address

JAMESTOWN CONTAINER CORP
SPECIALTY PRODUCTS DIV
2345 WALDEN AVE
BUFFALO, NY 14225

Docketed Total:   **$468,786.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $468,786.87 |
| | | | **$468,786.87** |

Modified Total:   **$407,193.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $407,193.80 |
| | | | **$407,193.80** |

---

**Claim: 15982**
Date Filed:   08/09/2006
Docketed Total:   $181,540.86
Filing Creditor Name and Address:
KENMODE TOOL & ENGR INC
EFT
820 W ALGONQUIN RD
ALGONQUIN, IL 60102

Claim Holder Name and Address

KENMODE TOOL & ENGR INC EFT
820 W ALGONQUIN RD
ALGONQUIN, IL 60102

Docketed Total:   **$181,540.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $181,540.86 |
| | | | **$181,540.86** |

Modified Total:   **$161,180.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $161,180.85 |
| | | | **$161,180.85** |

---

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 20 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3641**
Date Filed:   05/01/2006
Docketed Total:   $3,140.80
Filing Creditor Name and Address:
KORTEN QUALITY SYSTEMS
LIMITED
PO BOX 454
ROMEO, MI 48065

Claim Holder Name and Address

MADISON NICHE OPPORTUNITIES
FUND LLC
6143 S WILLOW DR STE 200
GREENWOOD VILLAGE, CO 80111

Docketed Total:   **$3,140.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,140.80 |
| | | | **$3,140.80** |

Modified Total:   **$2,675.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,675.25 |
| | | | **$2,675.25** |

---

**Claim: 2895**
Date Filed:   04/27/2006
Docketed Total:   $14,399.78
Filing Creditor Name and Address:
LDMI
311 N MAIN ST
BOX 7820
ANN ARBOR, MI 48107

Claim Holder Name and Address

ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:   **$14,399.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,399.78 |
| | | | **$14,399.78** |

Modified Total:   **$9,022.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,022.00 |
| | | | **$9,022.00** |

---

**Claim: 1178**
Date Filed:   12/16/2005
Docketed Total:   $116,317.23
Filing Creditor Name and Address:
LE JOINT FRANCAIS
17 RUE ANDRE BUILLE BP700
CHATTELLERAULT CEDEX,
86107
FRANCE

Claim Holder Name and Address

LE JOINT FRANCAIS
17 RUE ANDRE BUILLE BP700
CHATTELLERAULT CEDEX, 86107
FRANCE

Docketed Total:   **$116,317.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $116,317.23 |
| | | | **$116,317.23** |

Modified Total:   **$58,805.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58,805.98 |
| | | | **$58,805.98** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 21 of 35

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1179<br>Date Filed: 12/16/2005<br>Docketed Total: $57,976.00<br>Filing Creditor Name and Address:<br>LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX,<br>86107<br>FRANCE | Claim Holder Name and Address<br><br>LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE     Docketed Total:   $57,976.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                         $57,976.00<br>                               $57,976.00 | Modified Total:   $40,176.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                         $40,176.00<br>                               $40,176.00 |
| Claim: 635<br>Date Filed: 11/17/2005<br>Docketed Total: $3,100.00<br>Filing Creditor Name and Address:<br>M & S SPRING CO INC<br>34137 DOREKA DR<br>FRASER, MI 48026 | Claim Holder Name and Address<br><br>M & S SPRING CO INC<br>34137 DOREKA DR<br>FRASER, MI 48026     Docketed Total:   $3,100.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                         $3,100.00<br>                               $3,100.00 | Modified Total:   $3,100.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                         $3,100.00<br>                               $3,100.00 |
| Claim: 6450<br>Date Filed: 05/22/2006<br>Docketed Total: $130,697.79<br>Filing Creditor Name and Address:<br>MAGID GLOVE & SAFETY MFG<br>CO LLC<br>2060 N KOLMAR AVE<br>CHICAGO, IL 60639 | Claim Holder Name and Address<br><br>MAGID GLOVE & SAFETY MFG CO<br>LLC<br>2060 N KOLMAR AVE<br>CHICAGO, IL 60639     Docketed Total:   $130,697.79<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481     $100,407.40               $30,290.39<br>        $100,407.40               $30,290.39 | Modified Total:   $130,697.79<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                         $130,697.79<br>                              $130,697.79 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 22 of 35

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 936**
Date Filed: 11/29/2005
Docketed Total: $768.52
Filing Creditor Name and Address:
MATHESON TRIGAS INC
6225 N STATE HWY 161 STE 200
IRVING, TX 75038

Claim Holder Name and Address

MATHESON TRIGAS INC
6225 N STATE HWY 161 STE 200
IRVING, TX 75038

Docketed Total: **$768.52**

Modified Total: **$133.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $768.52 |
| | | | **$768.52** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $133.26 |
| | | | **$133.26** |

---

**Claim: 5306**
Date Filed: 05/08/2006
Docketed Total: $53,842.15
Filing Creditor Name and Address:
MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

Claim Holder Name and Address

MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

Docketed Total: **$53,842.15**

Modified Total: **$44,574.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $53,842.15 |
| | | | **$53,842.15** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,158.60 |
| 05-44610 | | | $9,416.25 |
| | | | **$44,574.85** |

---

**Claim: 9652**
Date Filed: 07/17/2006
Docketed Total: $1,243,150.59
Filing Creditor Name and Address:
MEANS INDUSTRIES INC
SCHIFF HARDIN LLP
6600 SEARS TOWER
CHICAGO, IL 60606

Claim Holder Name and Address

MEANS INDUSTRIES INC
SCHIFF HARDIN LLP
6600 SEARS TOWER
CHICAGO, IL 60606

Docketed Total: **$1,243,150.59**

Modified Total: **$681,145.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,243,150.59 |
| | | | **$1,243,150.59** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $681,145.20 |
| | | | **$681,145.20** |

*See Exhibit F for a listing of debtor entities by case number.

Page 22 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 23 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10008**
Date Filed: 07/20/2006
Docketed Total: $714,233.39
Filing Creditor Name and Address:
MITTAL STEEL USA INC FKA
ISPAT INLAND STEEL
1 S DEARBORN
CHICAGO, IL 60603

Claim Holder Name and Address
MITTAL STEEL USA INC FKA ISPAT INLAND STEEL
1 S DEARBORN
CHICAGO, IL 60603

Docketed Total: $714,233.39

Modified Total: $238,077.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $714,233.39 |
| | | | **$714,233.39** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $238,077.39 |
| | | | **$238,077.39** |

---

**Claim: 2779**
Date Filed: 04/26/2006
Docketed Total: $67,031.00
Filing Creditor Name and Address:
MOLDING CONCEPTS
6700 SIMS
STERLING HEIGHTS, MI
48313-3727

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $67,031.00

Modified Total: $64,031.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $67,031.00 |
| | | | **$67,031.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $64,031.00 |
| | | | **$64,031.00** |

---

**Claim: 6764**
Date Filed: 05/24/2006
Docketed Total: $467,395.85
Filing Creditor Name and Address:
MORAT GEAR TECHNOLOGY INC
K N A IMS GEAR INC
SMITH GAMBRELL & RUSSELL
LLP
1230 PEACHTREE ST NE STE
3100
ATLANTA, GA 30309

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $467,395.85

Modified Total: $453,438.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $51,768.59 | | $415,627.26 |
| | **$51,768.59** | | **$415,627.26** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $453,438.26 |
| | | | **$453,438.26** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 24 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1512**
Date Filed:   01/11/2006
Docketed Total:   $8,859.49
Filing Creditor Name and Address:
  MOSIER AUTOMATION INC
  9247 N MERIDIAN ST STE 200
  INDIANAPOLIS, IN 46260

Claim Holder Name and Address

  MOSIER AUTOMATION INC
  9247 N MERIDIAN ST STE 200
  INDIANAPOLIS, IN 46260

Docketed Total:   **$8,859.49**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $8,859.49 | | |
| | **$8,859.49** | | |

Modified Total:   **$3,861.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,861.29 |
| | | | **$3,861.29** |

**Claim: 4303**
Date Filed:   05/01/2006
Docketed Total:   $2,679.95
Filing Creditor Name and Address:
  MSJ TRUCKING INC
  1118 HWY 84 EAST
  OPP, AL 36467

Claim Holder Name and Address

  MSJ TRUCKING INC
  1118 HWY 84 EAST
  OPP, AL 36467

Docketed Total:   **$2,679.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,679.95 |
| | | | **$2,679.95** |

Modified Total:   **$2,679.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,679.95 |
| | | | **$2,679.95** |

**Claim: 7563**
Date Filed:   06/06/2006
Docketed Total:   $47,094.44
Filing Creditor Name and Address:
  ORTHODYNE ELECTRONICS
  CORP
  16700 RED HILL AVE
  IRVINE, CA 92606-4802

Claim Holder Name and Address

  ORTHODYNE ELECTRONICS CORP
  16700 RED HILL AVE
  IRVINE, CA 92606-4802

Docketed Total:   **$47,094.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $47,094.44 |
| | | | **$47,094.44** |

Modified Total:   **$46,524.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,524.44 |
| | | | **$46,524.44** |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim 1134**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1134<br>Date Filed: 12/13/2005<br>Docketed Total: $73,142.59<br>Filing Creditor Name and Address:<br>PACKAGING ENGINEERING LLC<br>2620 CENTENNIAL RD SUITES<br>TOLEDO, OH 43613 | Claim Holder Name and Address<br><br>PACKAGING ENGINEERING LLC     Docketed Total:     **$73,142.59**<br>2620 CENTENNIAL RD SUITES<br>TOLEDO, OH 43613 | Modified Total:     **$58,765.09** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $73,142.59 | 05-44640 | | | $52,818.49 |
| | | | | 05-44482 | | | $5,946.60 |
| | | | **$73,142.59** | | | | **$58,765.09** |

**Claim 16376**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16376<br>Date Filed: 10/20/2006<br>Docketed Total: $590,769.00<br>Filing Creditor Name and Address:<br>PANASONIC ELECTRIC WORKS<br>CORP OF AMERICA FKA<br>AROMAT CORP<br>629 CENTRAL AVE<br>NEW PROVIDENCE, NJ 07974 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD     Docketed Total:     **$590,769.00**<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Modified Total:     **$574,127.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $590,769.00 | 05-44640 | | | $574,127.00 |
| | | | **$590,769.00** | | | | **$574,127.00** |

**Claim 13459**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13459<br>Date Filed: 07/25/2006<br>Docketed Total: $370,568.92<br>Filing Creditor Name and Address:<br>PAR FOAM PRODUCTS INC<br>239 VAN RENSSELAER ST<br>BUFFALO, NY 14210 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD     Docketed Total:     **$370,568.92**<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Modified Total:     **$361,682.12** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $370,568.92 | 05-44640 | | | $361,682.12 |
| | | | **$370,568.92** | | | | **$361,682.12** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 26 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7229**
Date Filed:    05/31/2006
Docketed Total:    $58,733.72
Filing Creditor Name and Address:
  PAUL HASTINGS JANOFSKY AND
  WALKER LLP
  515 S FLOWER ST 25TH FL
  LOS ANGELES, CA 90071

Claim Holder Name and Address
  PAUL HASTINGS JANOFSKY AND
  WALKER LLP
  515 S FLOWER ST 25TH FL
  LOS ANGELES, CA 90071

Docketed Total:    **$58,733.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $58,733.72 |
| | | | **$58,733.72** |

Modified Total:    **$57,957.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $814.06 |
| 05-44624 | | | $690.00 |
| 05-44640 | | | $50,283.05 |
| 05-44554 | | | $6,170.81 |
| | | | **$57,957.92** |

---

**Claim: 3997**
Date Filed:    05/01/2006
Docketed Total:    $29,291.56
Filing Creditor Name and Address:
  PEERLESS STEEL COMPANY INC
  2450 AUSTIN AVE
  TROY, MI 48083-2030

Claim Holder Name and Address
  PEERLESS STEEL COMPANY INC
  2450 AUSTIN AVE
  TROY, MI 48083-2030

Docketed Total:    **$29,291.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $29,291.56 |
| | | | **$29,291.56** |

Modified Total:    **$25,472.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,472.23 |
| | | | **$25,472.23** |

---

**Claim: 11446**
Date Filed:    07/27/2006
Docketed Total:    $39,944.00
Filing Creditor Name and Address:
  PETERSON TOOL CO
  739 FESSLERS LN
  NASHVILLE, TN 37210

Claim Holder Name and Address
  PETERSON TOOL CO
  739 FESSLERS LN
  NASHVILLE, TN 37210

Docketed Total:    **$39,944.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,944.00 |
| | | | **$39,944.00** |

Modified Total:    **$13,301.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,301.00 |
| | | | **$13,301.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 27 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

Claim: 16602
Date Filed:   05/15/2007
Docketed Total:   $16,679.09
Filing Creditor Name and Address:
  PRECISION HARNESS INC EFT
  340 TRANSFER DR STE A
  INDIANAPOLIS, IN 46214

Claim Holder Name and Address

PRECISION HARNESS INC EFT
340 TRANSFER DR STE A
INDIANAPOLIS, IN 46214

Docketed Total:   **$16,679.09**

Modified Total:   **$16,283.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,679.09 |
| | | | **$16,679.09** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,283.76 |
| | | | **$16,283.76** |

---

Claim: 9957
Date Filed:   07/19/2006
Docketed Total:   $43,229.50
Filing Creditor Name and Address:
  PREMACARE
  ODDEN 1 MAILBOX 115
  GRIMSTAD, 4891
  NORWAY

Claim Holder Name and Address

PREMACARE
ODDEN 1 MAILBOX 115
GRIMSTAD, 4891
NORWAY

Docketed Total:   **$43,229.50**

Modified Total:   **$18,456.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44529 | | | $43,229.50 |
| | | | **$43,229.50** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $18,456.85 |
| | | | **$18,456.85** |

---

Claim: 10624
Date Filed:   07/25/2006
Docketed Total:   $511,659.39
Filing Creditor Name and Address:
  QUANEX CORP
  MACSTEEL
  ONE JACKSON SQ STE 500
  JACKSON, MI 49201

Claim Holder Name and Address

QUANEX CORP
MACSTEEL
ONE JACKSON SQ STE 500
JACKSON, MI 49201

Docketed Total:   **$511,659.39**

Modified Total:   **$127,914.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $511,659.39 |
| | | | **$511,659.39** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $127,914.39 |
| | | | **$127,914.39** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 28 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 833**
Date Filed:    11/23/2005
Docketed Total:    $9,352.72
Filing Creditor Name and Address:
RAITHEL & CO GMBH
GOETHESTRASSE 6
WEISSENSTADT, 95163
GERMANY

Claim Holder Name and Address
RAITHEL & CO GMBH
GOETHESTRASSE 6
WEISSENSTADT, 95163
GERMANY

Docketed Total:    **$9,352.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,352.72 |
| | | | **$9,352.72** |

Modified Total:    **$5,288.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,288.78 |
| | | | **$5,288.78** |

---

**Claim: 10194**
Date Filed:    07/21/2006
Docketed Total:    $15,361.12
Filing Creditor Name and Address:
RB & W CORPORATION EFT
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CANADA

Claim Holder Name and Address
RB & W CORPORATION EFT
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CANADA

Docketed Total:    **$15,361.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,361.12 |
| | | | **$15,361.12** |

Modified Total:    **$13,051.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,051.04 |
| | | | **$13,051.04** |

---

**Claim: 2243**
Date Filed:    03/10/2006
Docketed Total:    $50,107.99
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR LOWRY HOLDING
COMPANY INC DBA LOWRY
COMPUTER PRODUCTS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR LOWRY HOLDING
COMPANY INC DBA LOWRY
COMPUTER PRODUCTS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:    **$50,107.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,107.99 |
| | | | **$50,107.99** |

Modified Total:    **$45,943.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,943.30 |
| | | | **$45,943.30** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 29 of 35

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 8862**
Date Filed: 06/30/2006
Docketed Total: $724,499.86
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR MPS GROUP
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR MPS GROUP
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: **$724,499.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $724,499.86 |
| | | | **$724,499.86** |

Modified Total: **$716,457.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $716,457.80 |
| | | | **$716,457.80** |

---

**Claim: 15030**
Date Filed: 07/27/2006
Docketed Total: $31,425.99
Filing Creditor Name and Address:
SAEGERTOWN MANUFACTURING
CORP
SAEGERTON MFG CORP
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Claim Holder Name and Address
SAEGERTOWN MANUFACTURING
CORP
SAEGERTON MFG CORP
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Docketed Total: **$31,425.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,425.99 |
| | | | **$31,425.99** |

Modified Total: **$31,425.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,425.99 |
| | | | **$31,425.99** |

---

**Claim: 11263**
Date Filed: 07/27/2006
Docketed Total: $8,031.02
Filing Creditor Name and Address:
SAEGERTOWN MANUFACTURING
CORPORATION
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Claim Holder Name and Address
SAEGERTOWN MANUFACTURING
CORPORATION
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Docketed Total: **$8,031.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,031.02 |
| | | | **$8,031.02** |

Modified Total: **$8,031.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,031.02 |
| | | | **$8,031.02** |

---

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Row 1**

Claim: 3293
Date Filed: 04/28/2006
Docketed Total: $33,851.52
Filing Creditor Name and Address:
  SEALED AIR CORPORATION
  19440 ARENTH AVE
  CITY OF INDUSTRY, CA 91748

Claim Holder Name and Address:
  SEALED AIR CORPORATION
  19440 ARENTH AVE
  CITY OF INDUSTRY, CA 91748    Docketed Total: $33,851.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $33,851.52 |
| | | | **$33,851.52** |

Modified Total: $8,727.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,727.25 |
| | | | **$8,727.25** |

**Row 2**

Claim: 14688
Date Filed: 07/31/2006
Docketed Total: $11,218.89
Filing Creditor Name and Address:
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE ENGEL MACHINERY
  INC ASSIGNOR
  2699 WHITE RD STE 255
  IRVINE, CA 92614

Claim Holder Name and Address:
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE ENGEL MACHINERY INC
  ASSIGNOR
  2699 WHITE RD STE 255
  IRVINE, CA 92614    Docketed Total: $11,218.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,218.89 |
| | | | **$11,218.89** |

Modified Total: $10,488.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $892.50 |
| 05-44640 | | | $9,595.64 |
| | | | **$10,488.14** |

**Row 3**

Claim: 5856
Date Filed: 05/15/2006
Docketed Total: $226,825.26
Filing Creditor Name and Address:
  SUPPLY SOLUTION INC ITS
  SUCCESSOR TRADEBEAM INC
  TRADEBEAM INC
  TWO WATERS PARK DR STE 200
  SAN MATEO, CA 94403

Claim Holder Name and Address:
  SUPPLY SOLUTION INC ITS
  SUCCESSOR TRADEBEAM INC
  TRADEBEAM INC
  TWO WATERS PARK DR STE 200
  SAN MATEO, CA 94403    Docketed Total: $226,825.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $226,825.26 |
| | | | **$226,825.26** |

Modified Total: $226,825.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $222,426.00 |
| 05-44567 | | | $4,399.26 |
| | | | **$226,825.26** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 31 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7180**
Date Filed:  05/31/2006
Docketed Total:   $1,458.32
Filing Creditor Name and Address:
   TAPESWITCH CORP OF AMERICA
   100 SCHMITT BLVD
   FARMINGDALE, NY 11735

Claim Holder Name and Address

   TAPESWITCH CORP OF AMERICA
   100 SCHMITT BLVD
   FARMINGDALE, NY 11735

Docketed Total:   **$1,458.32**

Modified Total:   **$1,458.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,458.32 |
| | | | **$1,458.32** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,458.32 |
| | | | **$1,458.32** |

---

**Claim: 2563**
Date Filed:  04/05/2006
Docketed Total:   $92,338.09
Filing Creditor Name and Address:
   THE CROWN GROUP
   INCORPORATED
   2111 WALTER REUTHER DR
   WARREN, MI 48091

Claim Holder Name and Address

   HAIN CAPITAL HOLDINGS LLC
   301 RTE 17 6TH FL
   RUTHERFORD, NJ 07070

Docketed Total:   **$92,338.09**

Modified Total:   **$84,558.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $92,338.09 |
| | | | **$92,338.09** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,558.77 |
| | | | **$84,558.77** |

---

**Claim: 16555**
Date Filed:  02/26/2007
Docketed Total:   $48,067.68
Filing Creditor Name and Address:
   THE FURUKAWA ELECTRIC CO
   LTD
   SQUIRE SANDERS & DEMPSEY
   LLP
   600 HANSEN WY
   PALO ALTO, CA 94304-1043

Claim Holder Name and Address

   THE FURUKAWA ELECTRIC CO LTD
   SQUIRE SANDERS & DEMPSEY LLP
   600 HANSEN WY
   PALO ALTO, CA 94304-1043

Docketed Total:   **$48,067.68**

Modified Total:   **$32,356.14**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,067.68 |
| | | | **$48,067.68** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,356.14 |
| | | | **$32,356.14** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 32 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6613**
Date Filed:    05/22/2006
Docketed Total:    $40,360.73
Filing Creditor Name and Address:
  THERMALEX INC
  2758 GUNTER PK DR W
  MONTGOMERY, AL 36109

Claim Holder Name and Address

THERMALEX INC
2758 GUNTER PK DR W
MONTGOMERY, AL 36109

Docketed Total:    **$40,360.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,360.73 |
| | | | **$40,360.73** |

Modified Total:    **$31,118.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,118.59 |
| | | | **$31,118.59** |

---

**Claim: 8523**
Date Filed:    06/26/2006
Docketed Total:    $56,537.23
Filing Creditor Name and Address:
  TWIN CORPORATION
  WINEGARDEN HALEY
  LINDHOLM & ROBERTSON PLC
  G 9460 S SAGINAW ST STE A
  GRAND BLANC, MI 48439

Claim Holder Name and Address

TWIN CORPORATION
WINEGARDEN HALEY LINDHOLM &
ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Docketed Total:    **$56,537.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,537.23 |
| | | | **$56,537.23** |

Modified Total:    **$26,554.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,368.00 |
| 05-44640 | | | $25,186.67 |
| | | | **$26,554.67** |

---

**Claim: 12396**
Date Filed:    07/28/2006
Docketed Total:    $148,325.65
Filing Creditor Name and Address:
  TYZ ALL PLASTICS INC
  120 EXPRESS ST STE 1
  PLAINVIEW, NY 11803

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    **$148,325.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,325.65 |
| | | | **$148,325.65** |

Modified Total:    **$143,989.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,989.26 |
| | | | **$143,989.26** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-6   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit D-1
Pg 33 of 35

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1744<br>Date Filed: 02/01/2006<br>Docketed Total: $70,521.92<br><br>Filing Creditor Name and Address:<br>UNITED ELECTRONICS CORP<br>5321 N PEARL ST<br>ROSEMONT, IL 60018 | Claim Holder Name and Address<br><br>UNITED ELECTRONICS CORP   Docketed Total:   **$70,521.92**<br>5321 N PEARL ST<br>ROSEMONT, IL 60018<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567    $70,521.92<br><br>   **$70,521.92** | Modified Total:   **$64,403.80**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567    $64,403.80<br><br>   **$64,403.80** |
| Claim: 1098<br>Date Filed: 12/09/2005<br>Docketed Total: $54,912.75<br><br>Filing Creditor Name and Address:<br>UNIVERSAL METAL PRODUCTS<br>INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130 | Claim Holder Name and Address<br><br>UNIVERSAL METAL PRODUCTS INC   Docketed Total:   **$54,912.75**<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481    $54,912.75<br><br>   **$54,912.75** | Modified Total:   **$47,481.64**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640    $47,481.64<br><br>   **$47,481.64** |
| Claim: 2069<br>Date Filed: 02/21/2006<br>Docketed Total: $14,704.15<br><br>Filing Creditor Name and Address:<br>UNIVERSAL METAL PRODUCTS<br>INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130 | Claim Holder Name and Address<br><br>UNIVERSAL METAL PRODUCTS INC   Docketed Total:   **$14,704.15**<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481    $14,704.15<br><br>   **$14,704.15** | Modified Total:   **$14,704.15**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640    $14,704.15<br><br>   **$14,704.15** |

*See Exhibit F for a listing of debtor entities by case number.

Page 33 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-6    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-1
Pg 34 of 35

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16249**
Date Filed: 08/22/2006
Docketed Total: $79,765.09
Filing Creditor Name and Address:
VALIANT TOOL & MOLD INC
KERR RUSSELL & WEBER PLC
500 WOODWORD AVE STE 2500
DETROIT, MI 48226

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $79,765.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $77,637.34 | | $2,127.75 |
| | $77,637.34 | | $2,127.75 |

Modified Total: $65,985.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $65,985.78 |
| | | | $65,985.78 |

---

**Claim: 1760**
Date Filed: 02/03/2006
Docketed Total: $1,215.00
Filing Creditor Name and Address:
WHITESIDE COMMUNICATION
MANAGEMENT
1938 BURDETTE
FERNDALE, MI 48220

Claim Holder Name and Address
WHITESIDE COMMUNICATION
MANAGEMENT
1938 BURDETTE
FERNDALE, MI 48220

Docketed Total: $1,215.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,215.00 |
| | | | $1,215.00 |

Modified Total: $1,215.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,215.00 |
| | | | $1,215.00 |

---

**Claim: 7652**
Date Filed: 06/08/2006
Docketed Total: $61,254.66
Filing Creditor Name and Address:
WILLOW HILL INDUSTRIES LLC
37611 EUCLID AVE
WILLOUGHBY, OH 44094

Claim Holder Name and Address
WILLOW HILL INDUSTRIES LLC
37611 EUCLID AVE
WILLOUGHBY, OH 44094

Docketed Total: $61,254.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,254.66 |
| | | | $61,254.66 |

Modified Total: $49,792.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,792.47 |
| | | | $49,792.47 |

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 9528
Date Filed: 07/14/2006
Docketed Total: $33,270.43
Filing Creditor Name and Address:
WIX FILTRATION PRODUCTS
EUROPE LTD FKA DANA SPICER
EUROPE LTD
C O AFFINIA GROUP INC
ATTN C MENDELJIAN
1101 TECHNOLOGY DR 100
ANN ARBOR, MI 48108

Claim Holder Name and Address
WIX FILTRATION PRODUCTS
EUROPE LTD FKA DANA SPICER
EUROPE LTD
C O AFFINIA GROUP INC
ATTN C MENDELJIAN
1101 TECHNOLOGY DR 100
ANN ARBOR, MI 48108
Docketed Total: **$33,270.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $33,270.43 |
| | | | **$33,270.43** |

Modified Total: **$30,470.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,470.47 |
| | | | **$30,470.47** |

**Row 2**

Claim: 9043
Date Filed: 07/05/2006
Docketed Total: $11,002.13
Filing Creditor Name and Address:
XPEDX
4510 READING RD
PO BOX 29460
CINCINNATI, OH 45229-0460

Claim Holder Name and Address
XPEDX
4510 READING RD
PO BOX 29460
CINCINNATI, OH 45229-0460
Docketed Total: **$11,002.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,002.13 |
| | | | **$11,002.13** |

Modified Total: **$9,291.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,291.53 |
| | | | **$9,291.53** |

**Row 3**

Claim: 4293
Date Filed: 05/01/2006
Docketed Total: $98,455.53
Filing Creditor Name and Address:
XPEDX A DIV OF INTL PAPER
1059 W RIDGE RD
ROCHESTER, NY 14615

Claim Holder Name and Address
XPEDX A DIV OF INTL PAPER
1059 W RIDGE RD
ROCHESTER, NY 14615
Docketed Total: **$98,455.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $98,455.53 |
| | | | **$98,455.53** |

Modified Total: **$98,455.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $98,455.53 |
| | | | **$98,455.53** |

**Total Claims to be Modified: 105**

Total Amount as Docketed:   $18,971,925.18

Total Amount as Modified:   $12,367,573.15

*See Exhibit F for a listing of debtor entities by case number.