In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-7    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D2
Pg 1 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7106<br>Date Filed: 05/30/2006<br>Docketed Total: $151.44<br>Filing Creditor Name and Address:<br>BARTHOLOMEW COUNTY IN<br>BARTHOLOMEW COUNTY<br>TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202 | Claim Holder Name and Address<br>BARTHOLOMEW COUNTY IN<br>BARTHOLOMEW COUNTY<br>TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202<br><br>Docketed Total: $151.44<br><br>Case Number*: 05-44640    Secured:    Priority: $151.44    Unsecured:<br>$151.44 | Modified Total: $131.48<br><br>Case Number*: 05-44640    Secured:    Priority: $131.48    Unsecured:<br>$131.48 |
| Claim: 1282<br>Date Filed: 12/27/2005<br>Docketed Total: $3,675.75<br>Filing Creditor Name and Address:<br>BROWNSVILLE ISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br>BROWNSVILLE ISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Docketed Total: $3,675.75<br><br>Case Number*: 05-44481    Secured: $3,675.75    Priority:    Unsecured:<br>$3,675.75 | Modified Total: $2,819.75<br><br>Case Number*: 05-44640    Secured: $2,819.75    Priority:    Unsecured:<br>$2,819.75 |
| Claim: 2003<br>Date Filed: 02/14/2006<br>Docketed Total: $8,872.60<br>Filing Creditor Name and Address:<br>CARROLLTON FARMERS BRANCH<br>INDEPENDENT SCHOOL<br>DISTRICT<br>LAW OFFICES OF ROBERT E<br>LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Holder Name and Address<br>CARROLLTON FARMERS BRANCH<br>INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E LUNA<br>PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205<br><br>Docketed Total: $8,872.60<br><br>Case Number*: 05-44640    Secured: $8,872.60    Priority:    Unsecured:<br>$8,872.60 | Modified Total: $6,806.38<br><br>Case Number*: 05-44640    Secured: $6,806.38    Priority:    Unsecured:<br>$6,806.38 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-7    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D2
Pg 2 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2005<br>Date Filed: 02/14/2006<br>Docketed Total: $356.05<br>Filing Creditor Name and Address:<br>CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Holder Name and Address<br>CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205<br><br>Case Number*<br>05-44640 | Docketed Total:<br><br><br><br><br><br><br>Secured<br>$356.05<br>**$356.05** | $356.05<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total:<br><br><br><br><br><br><br>Secured<br>$273.13<br>**$273.13** | $273.13<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured |
| Claim: 511<br>Date Filed: 11/14/2005<br>Docketed Total: $1,018.83<br>Filing Creditor Name and Address:<br>COLLIN COUNTY TAX<br>777 E 15TH ST<br>PLANO, TX 75074 | Claim Holder Name and Address<br>COLLIN COUNTY TAX<br>777 E 15TH ST<br>PLANO, TX 75074<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br><br><br><br>Secured<br>$1,018.83<br>**$1,018.83** | $1,018.83<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured | <br><br><br><br><br>Case Number*<br>05-44640 | Modified Total:<br><br><br><br><br>Secured<br>$781.57<br>**$781.57** | $781.57<br><br><br><br><br>Priority | <br><br><br><br><br>Unsecured |
| Claim: 2269<br>Date Filed: 03/13/2006<br>Docketed Total: $264.13<br>Filing Creditor Name and Address:<br>COUNTY OF COMAL<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Holder Name and Address<br>COUNTY OF COMAL<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br><br><br><br><br><br>Secured<br>$264.13<br>**$264.13** | $264.13<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured | <br><br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total:<br><br><br><br><br><br><br>Secured<br>$202.62<br>**$202.62** | $202.62<br><br><br><br><br><br><br>Priority | <br><br><br><br><br><br><br>Unsecured |

*See Exhibit F for a listing of debtor entities by case number.

Page 2 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-7    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D2
Pg 3 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2270<br>Date Filed: 03/13/2006<br>Docketed Total: $335.36<br>Filing Creditor Name and Address:<br>COUNTY OF DENTON<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Holder Name and Address<br>COUNTY OF DENTON CITY OF SANGER<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755<br><br>Docketed Total: $335.36<br><br>Case Number*: 05-44481<br>Secured: $335.36<br>**$335.36** | Modified Total: $224.04<br><br>Case Number*: 05-44640<br>Secured: $224.04<br>**$224.04** |
| Claim: 2271<br>Date Filed: 03/13/2006<br>Docketed Total: $223.15<br>Filing Creditor Name and Address:<br>COUNTY OF HAYS<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755 | Claim Holder Name and Address<br>COUNTY OF HAYS<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755<br><br>Docketed Total: $223.15<br><br>Case Number*: 05-44481<br>Secured: $223.15<br>**$223.15** | Modified Total: $171.18<br><br>Case Number*: 05-44640<br>Secured: $171.18<br>**$171.18** |
| Claim: 3619<br>Date Filed: 05/01/2006<br>Docketed Total: $361.26<br>Filing Creditor Name and Address:<br>DUBOIS COUNTY IN<br>DUBOIS COUNTY TREASURER<br>1 COURTHOUSE SQ<br>JASPER, IN 47546 | Claim Holder Name and Address<br>DUBOIS COUNTY IN<br>DUBOIS COUNTY TREASURER<br>1 COURTHOUSE SQ<br>JASPER, IN 47546<br><br>Docketed Total: $361.26<br><br>Case Number*: 05-44640<br>Secured: $361.26<br>**$361.26** | Modified Total: $277.14<br><br>Case Number*: 05-44640<br>Secured: $277.14<br>**$277.14** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15808<br>Date Filed: 08/03/2006<br>Docketed Total: $300,836.22<br>Filing Creditor Name and Address:<br>FRANKLIN COUNTY OHIO TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH 43215 | Claim Holder Name and Address<br>FRANKLIN COUNTY OHIO TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH 43215<br><br>Docketed Total: $300,836.22<br><br>Case Number*  Secured         Priority   Unsecured<br>05-44481       $300,836.22<br>               $300,836.22 | Modified Total: $260,464.26<br><br>Case Number*  Secured         Priority   Unsecured<br>05-44640       $260,464.26<br>               $260,464.26 |
| Claim: 2297<br>Date Filed: 03/15/2006<br>Docketed Total: $40,151.05<br>Filing Creditor Name and Address:<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE, IN 47362 | Claim Holder Name and Address<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE, IN 47362<br><br>Docketed Total: $40,151.05<br><br>Case Number*  Secured         Priority   Unsecured<br>05-44481       $40,151.05<br>               $40,151.05 | Modified Total: $27,460.26<br><br>Case Number*  Secured         Priority   Unsecured<br>05-44640       $27,460.26<br>               $27,460.26 |
| Claim: 8544<br>Date Filed: 06/26/2006<br>Docketed Total: $132,479.24<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br>MONTGOMERY COUNTY TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476<br><br>Docketed Total: $132,479.24<br><br>Case Number*  Secured         Priority   Unsecured<br>05-44481       $132,479.24<br>               $132,479.24 | Modified Total: $32,423.82<br><br>Case Number*  Secured         Priority   Unsecured<br>05-44640       $32,423.82<br>               $32,423.82 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-7    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D2  
Pg 5 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3784<br>Date Filed: 05/01/2006<br>Docketed Total: $262.76<br>Filing Creditor Name and Address:<br>NACOGDOCHES COUNTY CAD<br>220 W HOSPITAL ST<br>NACOGDOCHES, TX 75963-1668 | Claim Holder Name and Address<br>NACOGDOCHES COUNTY CAD<br>220 W HOSPITAL ST<br>NACOGDOCHES, TX 75963-1668<br><br>Docketed Total: $262.76<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44640       $262.76<br><br>$262.76 | Modified Total: $232.12<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44640       $232.12<br><br>$232.12 |
| Claim: 8768<br>Date Filed: 06/29/2006<br>Docketed Total: $62,517.67<br>Filing Creditor Name and Address:<br>SPARTANBURG CO TAX<br>COLLECTOR<br>DRAWER 3060<br>SPARTANBURG, SC 29304 | Claim Holder Name and Address<br>SPARTANBURG CO TAX<br>COLLECTOR<br>DRAWER 3060<br>SPARTANBURG, SC 29304<br><br>Docketed Total: $62,517.67<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44481       $62,517.67<br><br>$62,517.67 | Modified Total: $52,917.03<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44539       $47,374.63<br>05-44640       $5,542.40<br><br>$52,917.03 |
| Claim: 7846<br>Date Filed: 06/12/2006<br>Docketed Total: $30,158.42<br>Filing Creditor Name and Address:<br>UNITED INDEPENDENT SCHOOL<br>DISTRICT<br>401 EAST HILLSIDE RD 2ND<br>FLOOR<br>LAREDO, TX 78041 | Claim Holder Name and Address<br>UNITED INDEPENDENT SCHOOL<br>DISTRICT<br>401 EAST HILLSIDE RD 2ND FLOOR<br>LAREDO, TX 78041<br><br>Docketed Total: $30,158.42<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44481       $30,158.42<br><br>$30,158.42 | Modified Total: $26,688.87<br><br>Case Number*  Secured      Priority  Unsecured<br>05-44640       $26,688.87<br><br>$26,688.87 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-7    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D2
Pg 6 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4171<br>Date Filed: 05/01/2006<br>Docketed Total: $22.08<br>Filing Creditor Name and Address:<br>WABASH COUNTY IN<br>WABASH COUNTY TREASURER<br>COURTHOUSE 1 W HILL ST<br>STE 4B<br>WABASH, IN 46992 | Claim Holder Name and Address<br>WABASH COUNTY IN<br>WABASH COUNTY TREASURER<br>COURTHOUSE 1 W HILL ST<br>STE 4B<br>WABASH, IN 46992<br><br>Docketed Total: $22.08 | | | | | | | Modified Total: $16.94 |
| | Case Number*<br>05-44640 | Secured<br>$22.08<br>**$22.08** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$16.94<br>**$16.94** | Priority | Unsecured |
| Claim: 2077<br>Date Filed: 02/21/2006<br>Docketed Total: $18,530.81<br>Filing Creditor Name and Address:<br>WICHITA COUNTY<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | Claim Holder Name and Address<br>WICHITA COUNTY<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307<br><br>Docketed Total: $18,530.81 | | | | | | | Modified Total: $17,318.51 |
| | Case Number*<br>05-44640 | Secured<br>$18,530.81<br>**$18,530.81** | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$17,318.51<br>**$17,318.51** | Priority | Unsecured |

**Total Claims to be Modified: 17**

**Total Amount as Docketed:** $600,216.82

**Total Amount as Modified:** $429,209.10

*See Exhibit F for a listing of debtor entities by case number.