In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-8    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-3
Pg 1 of 5

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2654<br>Date Filed: 04/14/2006<br>Docketed Total: $96,201.43<br>Filing Creditor Name and Address:<br>AMERICHEM INC<br>225 BROADWAY E<br>CUYAHOGA FALLS, OH 44221 | Claim Holder Name and Address<br>AMERICHEM INC<br>225 BROADWAY E<br>CUYAHOGA FALLS, OH 44221<br>Docketed Total: $96,201.43<br><br>Case Number*: 05-44481<br>Secured:<br>Priority:<br>Unsecured: $96,201.43<br>**Total: $96,201.43** | Modified Total: $57,690.92<br><br>Case Number*: 05-44640<br>Secured:<br>Priority: $6,797.43<br>Unsecured: $50,893.49<br>**Total: $6,797.43    $50,893.49** |
| Claim: 12346<br>Date Filed: 07/28/2006<br>Docketed Total: $215,079.82<br>Filing Creditor Name and Address:<br>ANGELL DEMMEL NORTH<br>AMERICA INC<br>1516 STANLEY AVE<br>DAYTON, OH 45404 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Docketed Total: $215,079.82<br><br>Case Number*: 05-44640<br>Secured:<br>Priority: $46,948.73<br>Unsecured: $168,131.09<br>**Total: $46,948.73    $168,131.09** | Modified Total: $193,346.56<br><br>Case Number*: 05-44640<br>Secured:<br>Priority: $13,807.69<br>Unsecured: $179,538.87<br>**Total: $13,807.69    $179,538.87** |
| Claim: 14296<br>Date Filed: 07/31/2006<br>Docketed Total: $62,288.96<br>Filing Creditor Name and Address:<br>ASSEMBLEON AMERICA INC<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br>Docketed Total: $62,288.96<br><br>Case Number*: 05-44481<br>Secured:<br>Priority:<br>Unsecured: $62,288.96<br>**Total: $62,288.96** | Modified Total: $62,288.96<br><br>Case Number*: 05-44640<br>Secured:<br>Priority: $13,170.09<br>Unsecured: $49,118.87<br>**Total: $13,170.09    $49,118.87** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-8    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-3
Pg 2 of 5

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6670<br>Date Filed: 05/23/2006<br>Docketed Total: $293,357.43<br>Filing Creditor Name and Address:<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051 | Claim Holder Name and Address<br>EMHART TEKNOLOGIES LLC<br>49201 GRATIOT AVE<br>CHESTERFIELD, MI 48051<br>Docketed Total: $293,357.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $293,357.43<br>                                                       $293,357.43 | Modified Total: $188,345.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $27,128.77  $150,416.31<br>05-44567                                          $10,800.00<br>                                  $27,128.77  $161,216.31 |
| Claim: 10396<br>Date Filed: 07/24/2006<br>Docketed Total: $126,239.42<br>Filing Creditor Name and Address:<br>GLEASON WORKS THE<br>1000 UNIVERSITY AVE<br>ROCHESTER, NY 14607-1239 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br>Docketed Total: $126,239.42<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $27,955.00  $98,284.42<br>                                  $27,955.00  $98,284.42 | Modified Total: $125,398.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $27,955.00  $97,443.20<br>                                  $27,955.00  $97,443.20 |
| Claim: 10421<br>Date Filed: 07/24/2006<br>Docketed Total: $53,587.08<br>Filing Creditor Name and Address:<br>ITW FILTRATION PRODUCTS<br>18531 SPRING CREEK DR<br>TINLEY PK, IL 60477 | Claim Holder Name and Address<br>ITW FILTRATION PRODUCTS<br>18531 SPRING CREEK DR<br>TINLEY PK, IL 60477<br>Docketed Total: $53,587.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $26,219.78  $27,367.30<br>                                  $26,219.78  $27,367.30 | Modified Total: $42,486.78<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $2,190.61   $40,296.17<br>                                  $2,190.61   $40,296.17 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-8    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-3
Pg 3 of 5

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13454<br>Date Filed: 07/31/2006<br>Docketed Total: $225,224.02<br>Filing Creditor Name and Address:<br>LAKE ERIE PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br>LAKE ERIE PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114<br><br>Docketed Total: $225,224.02<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $225,224.02<br>                                                       $225,224.02 | Modified Total: $33,866.24<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                 $14,082.57  $19,783.67<br>                             $14,082.57  $19,783.67 |
| Claim: 7816<br>Date Filed: 06/12/2006<br>Docketed Total: $351,868.14<br>Filing Creditor Name and Address:<br>MNP CORPORATION EFT<br>44225 UTICA RD<br>PO BOX 189002<br>UTICA, MI 48318-9002 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Docketed Total: $351,868.14<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $351,868.14<br>                                                       $351,868.14 | Modified Total: $60,301.82<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                 $25,163.47  $35,138.35<br>                             $25,163.47  $35,138.35 |
| Claim: 2229<br>Date Filed: 03/09/2006<br>Docketed Total: $360,413.11<br>Filing Creditor Name and Address:<br>NICHICON AMERICA<br>CORPORATION<br>CO GARY D SANTELLA<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Claim Holder Name and Address<br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $360,413.11<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $360,413.11<br>                                                       $360,413.11 | Modified Total: $345,973.33<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                    $11,497.88<br>05-44640                 $5,052.44   $329,423.01<br>                             $5,052.44   $340,920.89 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12359<br>Date Filed: 07/28/2006<br>Docketed Total: $631,500.50<br>Filing Creditor Name and Address:<br>PLYMOUTH RUBBER COMPANY INC<br>BURNS & LEVINSON LLP<br>125 SUMMER ST<br>BOSTON, MA 21101624 | Claim Holder Name and Address<br>PLYMOUTH RUBBER COMPANY INC<br>BURNS & LEVINSON LLP<br>125 SUMMER ST<br>BOSTON, MA 21101624<br><br>Docketed Total: $631,500.50<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / $631,500.50 / $0.00 /<br>Totals: $631,500.50 / $0.00 | Modified Total: $384,286.33<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $4,290.58 / $379,995.75<br>Totals: $4,290.58 / $379,995.75 |
| Claim: 2482<br>Date Filed: 04/03/2006<br>Docketed Total: $1,495,516.58<br>Filing Creditor Name and Address:<br>ROHM ELECTRONICS USA LLC<br>KLEHR HARRISON HARVEY BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA, PA 19102-5003 | Claim Holder Name and Address<br>ROHM ELECTRONICS USA LLC<br>KLEHR HARRISON HARVEY BRANZBURG<br>260 S BROAD ST<br>PHILADELPHIA, PA 19102-5003<br><br>Docketed Total: $1,495,516.58<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $1,495,516.58<br>Totals: $1,495,516.58 | Modified Total: $1,415,844.09<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $107,101.70 / $1,282,960.82<br>05-44567 / / / $25,781.57<br>Totals: $107,101.70 / $1,308,742.39 |
| Claim: 1470<br>Date Filed: 01/09/2006<br>Docketed Total: $37,398.75<br>Filing Creditor Name and Address:<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND, OH 44115 | Claim Holder Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND, OH 44115<br><br>Docketed Total: $37,398.75<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $37,398.75<br>Totals: $37,398.75 | Modified Total: $37,181.05<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / $5,146.69 / $32,034.36<br>Totals: $5,146.69 / $32,034.36 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-8    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit D-3
Pg 5 of 5

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12258<br>Date Filed: 07/28/2006<br>Docketed Total: $1,040,216.50<br>Filing Creditor Name and Address:<br>STANLEY ELECTRIC SALES OF AMERICA INC<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA, CA 91101 | Claim Holder Name and Address<br>STANLEY ELECTRIC SALES OF AMERICA INC<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA, CA 91101<br><br>Docketed Total: $1,040,216.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                $124,235.47  $915,981.03<br>                        **$124,235.47  $915,981.03** | Modified Total: $1,031,144.01<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                              $6,457.00<br>05-44640                $102,426.47  $922,260.54<br>                        **$102,426.47  $928,717.54** |
| Claim: 2065<br>Date Filed: 02/21/2006<br>Docketed Total: $126,918.43<br>Filing Creditor Name and Address:<br>TRANS MATIC MFG CO INC<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Docketed Total: $126,918.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $126,918.43<br>                                      **$126,918.43** | Modified Total: $125,305.36<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                $6,207.62    $119,097.74<br>                        **$6,207.62    $119,097.74** |
| Claim: 10207<br>Date Filed: 07/21/2006<br>Docketed Total: $208,704.95<br>Filing Creditor Name and Address:<br>WAMCO INC<br>AKIN GUMP STRAUSS HAUER & FELD<br>2029 CENTURY PARK E 24TH FL<br>LOS ANGELES, CA 90067 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $208,704.95<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                              $208,704.95<br>                                      **$208,704.95** | Modified Total: $208,499.95<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                $22,402.52   $186,097.43<br>                        **$22,402.52   $186,097.43** |

**Total Claims to be Modified: 15**

**Total Amount as Docketed:** $5,324,515.12

**Total Amount as Modified:** $4,311,958.68

*See Exhibit F for a listing of debtor entities by case number.