**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**  
Nineteenth Omnibus Claims Objection

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREUDENBERG NOK GENERAL PARTNERSHIP<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 11603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $358,851.00<br>$80,742.02<br><br>$60,066.20<br>$499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 11602 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,759.31<br><br>$2,878.86<br>$4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP EFT<br>2975 PEMBROKE RD<br>HOPKINSVILLE, KY 42240 | 5463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,971.26<br>$17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC<br>ROBINSON & COLE LLP<br>280 TRUMBULL ST<br>HARTFORD, CT 06103 | 500 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,837.48<br>$6,837.48 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,044.19<br>$9,044.19 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,775.00<br>$1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| SECRETARY OF LABOR ON BEHALF OF THE DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED STATES<br>US DEPT OF LABOR OFFICE OF THE SOLICITOR<br>230 S DEARBORN ST 8TH FLOOR<br>CHICAGO, IL 60604 | 15135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Nineteenth Omnibus Claims Objection**

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 4211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,528.00<br>$7,528.00 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| US LABOR SECRETARY ON BEHALF OF ASEC MANUFACTURING SPONSORED EMPLOYEE BENEFIT PLANS<br>USDOL 525 S GRIFFIN ST STE 501<br>DALLAS, TX 75202 | 9826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 07/18/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP<br>(05-44482) |
| **Total:** | **9** | | **$547,453.32** | | |