**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Nineteenth Omnibus Claims Objection

**EXHIBIT E-3 - ADJOURNED BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VANDALIA CITY OF OH<br>333 JAMES E BOHANAN MEMORIAL DR<br>VANDALIA, OH 45377 | 7219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$46,961.95<br><br><br>$46,961.95 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | 1 | | $46,961.95 | | |