**In re Delphi Corporation, et al.** **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT E-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | 16610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$171,000.00<br><br>$171,000.00 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | 16611 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$448,527.31<br><br><br>$448,527.31 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | | $619,527.31 | | |