**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15234<br>Date Filed: 07/31/2006<br>Docketed Total: $425,367.33<br>Filing Creditor Name and Address:<br>AKZO NOBEL COATINGS INC<br>5555 SPALDING DR<br>NORCROSS, GA 30092 | Claim Holder Name and Address<br>AKZO NOBEL COATINGS INC<br>5555 SPALDING DR<br>NORCROSS, GA 30092<br><br>Docketed Total: $425,367.33<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $425,367.33<br>                                           $425,367.33 | Modified Total: $369,629.76<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $369,629.76<br>                                           $369,629.76 |
| Claim: 11900<br>Date Filed: 07/28/2006<br>Docketed Total: $32,498.64<br>Filing Creditor Name and Address:<br>AMETEK INC<br>3000 TWO LOGAN SQ 18TH & ARCH STREETS<br>PHILADELPHIA, PA 19103 | Claim Holder Name and Address<br>AMETEK INC<br>3000 TWO LOGAN SQ 18TH & ARCH STREETS<br>PHILADELPHIA, PA 19103<br><br>Docketed Total: $32,498.64<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $32,498.64<br>                                           $32,498.64 | Modified Total: $25,375.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $25,375.00<br>                                           $25,375.00 |
| Claim: 12197<br>Date Filed: 07/28/2006<br>Docketed Total: $135,298.72<br>Filing Creditor Name and Address:<br>ARNOLD CENTER INC<br>LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | Claim Holder Name and Address<br>ARNOLD CENTER INC<br>LAMBERT LESER ISACKSON COOK & GIUNTA PC<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708<br><br>Docketed Total: $135,298.72<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $135,298.72<br>                                           $135,298.72 | Modified Total: $77,516.26<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                  $77,516.26<br>                                           $77,516.26 |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 11

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15671<br>Date Filed: 07/31/2006<br>Docketed Total: $1,621,059.30<br>Filing Creditor Name and Address:<br>ATS OHIO INC<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD   Docketed Total:   $1,621,059.30<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,621,059.30<br>                                                $1,621,059.30 | Modified Total:   $360,854.30<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $360,854.30<br>                                                $360,854.30 |
| Claim: 1570<br>Date Filed: 01/17/2006<br>Docketed Total: $1,621.57<br>Filing Creditor Name and Address:<br>BELLSOUTH TELECOMMUNICATIONS INC<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE, FL 32202 | Claim Holder Name and Address<br>BELLSOUTH<br>TELECOMMUNICATIONS INC   Docketed Total:   $1,621.57<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE, FL 32202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,621.57<br>                                                $1,621.57 | Modified Total:   $1,429.20<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,429.20<br>                                                $1,429.20 |
| Claim: 9081<br>Date Filed: 07/06/2006<br>Docketed Total: $72,359.49<br>Filing Creditor Name and Address:<br>BENECKE KALIKO AG<br>CONTINENTAL AG<br>STRAWINSKYLAAN 3111 6TH FL<br>AMSTERDAM, 1077ZX<br>NETHERLANDS | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD   Docketed Total:   $72,359.49<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $72,359.49<br>                                                $72,359.49 | Modified Total:   $10,679.26<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $10,679.26<br>                                                $10,679.26 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7310<br>Date Filed: 06/01/2006<br>Docketed Total: $789,854.35<br>Filing Creditor Name and Address:<br>CARCLO TECHNICAL PLASTICS<br>600 DEPOT ST<br>LATROBE, PA 15650 | Claim Holder Name and Address<br>CARCLO TECHNICAL PLASTICS    Docketed Total:    $789,854.35<br>600 DEPOT ST<br>LATROBE, PA 15650<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $789,854.35<br>                                                                 $789,854.35 | Modified Total:    $502,325.52<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $502,325.52<br>                                                                 $502,325.52 |
| Claim: 88<br>Date Filed: 10/24/2005<br>Docketed Total: $5,813.57<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>CDW COMPUTER CENTERS INC    Docketed Total:    $5,813.57<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $5,813.57<br>                                                                 $5,813.57 | Modified Total:    $3,335.24<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $3,335.24<br>                                                                 $3,335.24 |
| Claim: 420<br>Date Filed: 11/08/2005<br>Docketed Total: $14,748.55<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>CDW COMPUTER CENTERS INC    Docketed Total:    $14,748.55<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                    $14,748.55<br>                                                                 $14,748.55 | Modified Total:    $8,964.94<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                    $8,964.94<br>                                                                 $8,964.94 |
| Claim: 9541<br>Date Filed: 07/14/2006<br>Docketed Total: $30,818.00<br>Filing Creditor Name and Address:<br>CIRCLE BROACH COMPANY INC<br>38358 ABRUZZI DR<br>WESTLAND, MI 48185 | Claim Holder Name and Address<br>CIRCLE BROACH COMPANY INC    Docketed Total:    $30,818.00<br>38358 ABRUZZI DR<br>WESTLAND, MI 48185<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $30,818.00        $0.00<br>                                                $30,818.00        $0.00 | Modified Total:    $30,818.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $30,818.00<br>                                                                 $30,818.00 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15379<br>Date Filed: 07/31/2006<br>Docketed Total: $617,204.24<br>Filing Creditor Name and Address:<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS | Claim Holder Name and Address<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS<br><br>Docketed Total: $617,204.24<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44554                                   $617,204.24<br>                                             $617,204.24 | Modified Total: $602,481.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44554                                   $602,481.60<br>                                             $602,481.60 |
| Claim: 9109<br>Date Filed: 07/07/2006<br>Docketed Total: $1,254,290.43<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF BLISSFIELD<br>MANUFACTURING COMPANY<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF BLISSFIELD<br>MANUFACTURING COMPANY<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,254,290.43<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                   $1,254,290.43<br>                                             $1,254,290.43 | Modified Total: $1,253,185.67<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                   $1,253,185.67<br>                                             $1,253,185.67 |
| Claim: 12667<br>Date Filed: 07/28/2006<br>Docketed Total: $3,585,701.25<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF CEP PRODUCTS<br>LLC FKA CARLISLE ENGINEERED<br>PRODUCTS<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF CEP PRODUCTS LLC<br>FKA CARLISLE ENGINEERED<br>PRODUCTS<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $3,585,701.25<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                   $3,585,701.25<br>                                             $3,585,701.25 | Modified Total: $2,682,447.14<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                   $2,682,447.14<br>                                             $2,682,447.14 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16132<br>Date Filed: 08/09/2006<br>Docketed Total: $22,475.50<br>Filing Creditor Name and Address:<br>CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075 | Claim Holder Name and Address<br>CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075<br><br>Docketed Total: $22,475.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $22,475.50<br>                                                      $22,475.50 | Modified Total: $22,475.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $22,475.50<br>                                                      $22,475.50 |
| Claim: 5723<br>Date Filed: 05/12/2006<br>Docketed Total: $11,422.93<br>Filing Creditor Name and Address:<br>DC COATERS INC<br>550 W INDUSTRIAL DR<br>TIPTON, IN 46072 | Claim Holder Name and Address<br>DC COATERS INC<br>550 W INDUSTRIAL DR<br>TIPTON, IN 46072<br><br>Docketed Total: $11,422.93<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $11,422.93<br>                                                      $11,422.93 | Modified Total: $4,254.37<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $4,254.37<br>                                                      $4,254.37 |
| Claim: 10284<br>Date Filed: 07/24/2006<br>Docketed Total: $22,268.60<br>Filing Creditor Name and Address:<br>DEMAG PLASTICS GROUP CORP<br>11792 ALAMEDA DR<br>STRONGSVILLE, OH 44149 | Claim Holder Name and Address<br>DEMAG PLASTICS GROUP CORP<br>11792 ALAMEDA DR<br>STRONGSVILLE, OH 44149<br><br>Docketed Total: $22,268.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $22,268.60<br>                                                      $22,268.60 | Modified Total: $9,596.80<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $9,596.80<br>                                                      $9,596.80 |
| Claim: 432<br>Date Filed: 11/08/2005<br>Docketed Total: $155,995.20<br>Filing Creditor Name and Address:<br>ELKHART PRODUCTS CORPORATION<br>1255 OAK ST<br>PO BOX 1008<br>ELKHART, IN 46515 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $155,995.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $155,995.20<br>                                                      $155,995.20 | Modified Total: $138,545.28<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $138,545.28<br>                                                      $138,545.28 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15511<br>Date Filed: 07/31/2006<br>Docketed Total: $184,306.40<br>Filing Creditor Name and Address:<br>EMPRESAS CA LE TIAXCALA SA DE CV<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>EMPRESAS CA LE TIAXCALA SA DE CV<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606<br><br>Docketed Total: $184,306.40<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$184,306.40<br>　　　　　　　　　　　　　　　　　　$184,306.40 | Modified Total: $64,346.40<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$64,346.40<br>　　　　　　　　　　　　　　　　　　$64,346.40 |
| Claim: 8718<br>Date Filed: 06/28/2006<br>Docketed Total: $234,631.11<br>Filing Creditor Name and Address:<br>HOWARD & HOWARD ATTORNEYS P C<br>39400 WOODWARD AVE STE 101<br>BLOOMFIELD HILLS, MI 48304-5151 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $234,631.11<br><br>Case Number*　Secured　　　　Priority　Unsecured<br>05-44554　　$1,346.50　　　　　　　$233,284.61<br>　　　　　　$1,346.50　　　　　　　$233,284.61 | Modified Total: $234,354.86<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44554　　　　　　　　　　　　　　$234,354.86<br>　　　　　　　　　　　　　　　　　　$234,354.86 |
| Claim: 10184<br>Date Filed: 07/21/2006<br>Docketed Total: $193,926.15<br>Filing Creditor Name and Address:<br>KEYSTONE INDUSTRIES LTD<br>2501 THUNDERHAWK CT<br>DAYTON, OH 45414 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $193,926.15<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$193,926.15<br>　　　　　　　　　　　　　　　　　　$193,926.15 | Modified Total: $183,132.59<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$183,132.59<br>　　　　　　　　　　　　　　　　　　$183,132.59 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10593<br>Date Filed: 07/25/2006<br>Docketed Total: $44,876.00<br>Filing Creditor Name and Address:<br>KIEFEL TECHNOLOGIES INC<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON, NH 03842 | Claim Holder Name and Address<br>KIEFEL TECHNOLOGIES INC<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON, NH 03842<br><br>Docketed Total: $44,876.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $44,876.00<br>                                                                  $44,876.00 | Modified Total: $22,368.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $22,368.04<br>                                                                  $22,368.04 |
| Claim: 12162<br>Date Filed: 07/28/2006<br>Docketed Total: $89,372.32<br>Filing Creditor Name and Address:<br>MARQUARDT SWITCHES INC<br>2711 ROUTE 20 E<br>CAZENOVIA, NY 13035 | Claim Holder Name and Address<br>MARQUARDT SWITCHES INC<br>2711 ROUTE 20 E<br>CAZENOVIA, NY 13035<br><br>Docketed Total: $89,372.32<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $89,372.32<br>                                                                  $89,372.32 | Modified Total: $78,154.17<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $78,154.17<br>                                                                  $78,154.17 |
| Claim: 1748<br>Date Filed: 02/02/2006<br>Docketed Total: $72,097.93<br>Filing Creditor Name and Address:<br>MICHIGAN RUBBER PRODUCTS INC<br>1200 EIGHTH AVE<br>CADILLAC, MI 49601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $72,097.93<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $72,097.93<br>                                                                  $72,097.93 | Modified Total: $48,704.49<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $48,704.49<br>                                                                  $48,704.49 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2548<br>Date Filed: 04/04/2006<br>Docketed Total: $562,192.18<br>Filing Creditor Name and Address:<br>PBR AUSTRALIA PTY LTD<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165,<br>AUSTRALIA | Claim Holder Name and Address<br>PBR AUSTRALIA PTY LTD<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165, AUSTRALIA<br><br>Docketed Total: $223,390.20<br><br>Case Number\* 05-44640 Secured Priority Unsecured $223,390.20<br>**$223,390.20** | Modified Total: $39,766.37<br><br>Case Number\* 05-44640 Secured Priority Unsecured $39,766.37<br>**$39,766.37** |
| | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $338,801.98<br><br>Case Number\* 05-44640 Secured Priority Unsecured $338,801.98<br>**$338,801.98** | Modified Total: $338,801.98<br><br>Case Number\* 05-44640 Secured Priority Unsecured $338,801.98<br>**$338,801.98** |
| Claim: 2173<br>Date Filed: 03/03/2006<br>Docketed Total: $550,320.80<br>Filing Creditor Name and Address:<br>PIC PRODUCTIVITY IMPROVEMENT CTR<br>199 WENTWORTH ST E<br>OSHAWA, ON L1H 3V6<br>CANADA | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $550,320.80<br><br>Case Number\* 05-44640 Secured Priority Unsecured $550,320.80<br>**$550,320.80** | Modified Total: $355,828.83<br><br>Case Number\* 05-44640 Secured Priority Unsecured $355,828.83<br>**$355,828.83** |

\*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5907<br>Date Filed: 05/16/2006<br>Docketed Total: $64,430.50<br>Filing Creditor Name and Address:<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY | Claim Holder Name and Address<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY<br><br>Docketed Total: $64,430.50<br><br>Case Number*: 05-44481  Secured: —  Priority: —  Unsecured: $64,430.50<br>Total: $64,430.50 | Modified Total: $9,452.04<br><br>Case Number*: 05-44640  Secured: —  Priority: —  Unsecured: $9,452.04<br>Total: $9,452.04 |
| Claim: 2274<br>Date Filed: 03/13/2006<br>Docketed Total: $222,238.45<br>Filing Creditor Name and Address:<br>SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128 | Claim Holder Name and Address<br>SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128<br><br>Docketed Total: $222,238.45<br><br>Case Number*: 05-44481  Secured: —  Priority: —  Unsecured: $222,238.45<br>Total: $222,238.45 | Modified Total: $112,748.03<br><br>Case Number*: 05-44640  Secured: —  Priority: —  Unsecured: $112,748.03<br>Total: $112,748.03 |
| Claim: 15692<br>Date Filed: 07/31/2006<br>Docketed Total: $12,209.13<br>Filing Creditor Name and Address:<br>SIEMENS BULDING TECHNOLOGIES INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603 | Claim Holder Name and Address<br>SIEMENS BULDING TECHNOLOGIES INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603<br><br>Docketed Total: $12,209.13<br><br>Case Number*: 05-44640  Secured: $12,209.13  Priority: —  Unsecured: —<br>Total: $12,209.13 | Modified Total: $5,506.56<br><br>Case Number*: 05-44640  Secured: —  Priority: —  Unsecured: $5,506.56<br>Total: $5,506.56 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-13   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit E-5
Pg 10 of 11

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8674<br>Date Filed: 06/27/2006<br>Docketed Total: $416,511.60<br>Filing Creditor Name and Address:<br>SIEMENS ENERGY & AUTOMATION INC SUCCESSOR BY WAY OF MERGER TO SIEMENS LOGISTICS & ASSEMBLY SYSTEMS INC<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND, VA 23219 | Claim Holder Name and Address<br>SIEMENS ENERGY & AUTOMATION INC SUCCESSOR BY WAY OF MERGER TO SIEMENS LOGISTICS & ASSEMBLY SYSTEMS INC<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND, VA 23219<br><br>Docketed Total: $416,511.60<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $416,511.60<br>Total: $416,511.60 | Modified Total: $338,318.55<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $338,318.55<br>Total: $338,318.55 |
| Claim: 1726<br>Date Filed: 01/31/2006<br>Docketed Total: $5,849.70<br>Filing Creditor Name and Address:<br>SIERRA INTERNATIONAL INC<br>155 SOUTH LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179<br><br>Docketed Total: $5,849.70<br><br>Case Number*: 05-44640<br>Secured: $629.00<br>Priority: —<br>Unsecured: $5,220.70<br>Total: $629.00 / $5,220.70 | Modified Total: $3,333.70<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $3,333.70<br>Total: $3,333.70 |
| Claim: 14669<br>Date Filed: 07/31/2006<br>Docketed Total: $216,301.71<br>Filing Creditor Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Docketed Total: $216,301.71<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $216,301.71<br>Total: $216,301.71 | Modified Total: $204,762.78<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $204,762.78<br>Total: $204,762.78 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
| --- | --- | --- |
| Claim: 11615<br>Date Filed: 07/27/2006<br>Docketed Total: $12,665.01<br>Filing Creditor Name and Address:<br>SMK ELECTRONICS CORP USA<br>1055 TIERRA DEL REY<br>CHULA VISTA, CA 91910 | Claim Holder Name and Address<br>SMK ELECTRONICS CORP USA  Docketed Total:  $12,665.01<br>1055 TIERRA DEL REY<br>CHULA VISTA, CA 91910<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                                                    $12,665.01<br>                                                                                                      $12,665.01 | Modified Total:  $1,155.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                                                    $1,155.00<br>                                                                                                      $1,155.00 |
| Claim: 8657<br>Date Filed: 06/27/2006<br>Docketed Total: $399,548.00<br>Filing Creditor Name and Address:<br>UNITED STATES STEEL CORP<br>US STEEL AUTOMOTIVE CTR<br>5850 NEW KING CT<br>TROY, MI 48098 | Claim Holder Name and Address<br>UNITED STATES STEEL CORP  Docketed Total:  $399,548.00<br>US STEEL AUTOMOTIVE CTR<br>5850 NEW KING CT<br>TROY, MI 48098<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                                                    $399,548.00<br>                                                                                                      $399,548.00 | Modified Total:  $32,760.10<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                                                    $32,760.10<br>                                                                                                      $32,760.10 |
|  |  | **Total Claims to be Modified: 33**<br>**Total Amount as Docketed:**  $12,080,274.66<br>**Total Amount as Modified:**  $8,177,408.33 |

*See Exhibit F for a listing of debtor entities by case number.

Page 11 of 11