### EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1267<br>Date Filed: 12/23/2005<br>Docketed Total: $16,528.09<br>Filing Creditor Name and Address:<br>ANGELINA COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>ANGELINA COUNTY          Docketed Total:    $16,528.09<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $16,528.09<br>    $16,528.09 | Modified Total:    $12,679.09<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $12,679.09<br>    $12,679.09 |
| Claim: 1288<br>Date Filed: 12/27/2005<br>Docketed Total: $18,673.95<br>Filing Creditor Name and Address:<br>BEXAR COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Holder Name and Address<br><br>BEXAR COUNTY          Docketed Total:    $18,673.95<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $18,673.95<br>    $18,673.95 | Modified Total:    $14,325.22<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $14,325.22<br>    $14,325.22 |
| Claim: 14187<br>Date Filed: 07/25/2006<br>Docketed Total: $199,010.90<br>Filing Creditor Name and Address:<br>CAMERON COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>CAMERON COUNTY          Docketed Total:    $199,010.90<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $199,010.90<br>    $199,010.90 | Modified Total:    $165,698.73<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $165,698.73<br>    $165,698.73 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1289**
Date Filed: 12/27/2005
Docketed Total: $268,433.18
Filing Creditor Name and Address:
CITY OF EL PASO
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Claim Holder Name and Address
CITY OF EL PASO
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

Docketed Total: $268,433.18

Modified Total: $205,921.35

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $268,433.18 | | | 05-44640 | $205,921.35 | | |
| | **$268,433.18** | | | | **$205,921.35** | | |

**Claim: 1330**
Date Filed: 12/27/2005
Docketed Total: $53.65
Filing Creditor Name and Address:
CITY OF HARLINGEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
CITY OF HARLINGEN
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: $53.65

Modified Total: $41.16

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $53.65 | | | 05-44640 | $41.16 | | |
| | **$53.65** | | | | **$41.16** | | |

**Claim: 5520**
Date Filed: 05/10/2006
Docketed Total: $176.75
Filing Creditor Name and Address:
CITY OF SAN MARCOS
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
CITY OF SAN MARCOS
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: $176.75

Modified Total: $176.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $176.75 | | | 05-44640 | $176.75 | | |
| | **$176.75** | | | | **$176.75** | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-14   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit E-6
Pg 3 of 6

Nineteenth Omnibus Claims Objection

### EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5300**
Date Filed: 05/08/2006
Docketed Total: $59.65
Filing Creditor Name and Address:
CYPRESS FAIRBANKS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address
CYPRESS FAIRBANKS ISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064
Docketed Total: $59.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $59.65 | | |
| | **$59.65** | | |

Modified Total: $59.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $59.65 | | |
| | **$59.65** | | |

---

**Claim: 853**
Date Filed: 11/28/2005
Docketed Total: $23,488.83
Filing Creditor Name and Address:
DALLAS COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN STREET STE 1600
DALLAS, TX 75201

Claim Holder Name and Address
DALLAS COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN STREET STE 1600
DALLAS, TX 75201
Docketed Total: $23,488.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $23,488.83 | | |
| | **$23,488.83** | | |

Modified Total: $7,616.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $7,616.77 | | |
| | **$7,616.77** | | |

---

**Claim: 1283**
Date Filed: 12/27/2005
Docketed Total: $140.82
Filing Creditor Name and Address:
HARLINGEN CISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
HARLINGEN CISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35
PO BOX 17428
AUSTIN, TX 78760-7428
Docketed Total: $140.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $140.82 | | |
| | **$140.82** | | |

Modified Total: $108.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $108.03 | | |
| | **$108.03** | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-14    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-6
Pg 4 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5301<br>Date Filed:    05/08/2006<br>Docketed Total:    $902.84<br>Filing Creditor Name and Address:<br>HARRIS COUNTY CITY OF<br>HOUSTON<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>HARRIS COUNTY CITY OF HOUSTON<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064    Docketed Total:    $902.84 | Modified Total:    $902.84 |

| | Case Number*<br>05-44481 | Secured<br>$902.84<br><br>$902.84 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$902.84<br><br>$902.84 | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7914<br>Date Filed:    06/13/2006<br>Docketed Total:    $7,726.30<br>Filing Creditor Name and Address:<br>HIDALGO COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741  PO BOX<br>17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>HIDALGO COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741  PO BOX<br>17428<br>AUSTIN, TX 78760-7428    Docketed Total:    $7,726.30 | Modified Total:    $7,726.30 |

| | Case Number*<br>05-44481 | Secured<br>$7,726.30<br><br>$7,726.30 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$7,726.30<br><br>$7,726.30 | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16506<br>Date Filed:    02/02/2007<br>Docketed Total:    $7,146,906.58<br>Filing Creditor Name and Address:<br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204    Docketed Total:    $7,146,906.58 | Modified Total:    $6,497,197.37 |

| | Case Number*<br>05-44640 | Secured<br>$2,069,991.66<br><br>$2,069,991.66 | Priority<br>$5,076,914.92<br><br>$5,076,914.92 | Unsecured | Case Number*<br>05-44640 | Secured<br>$1,881,810.60<br><br>$1,881,810.60 | Priority<br>$4,615,386.77<br><br>$4,615,386.77 | Unsecured |
|---|---|---|---|---|---|---|---|---|

*See Exhibit F for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6470<br>Date Filed:  05/22/2006<br>Docketed Total:  $55.11<br>Filing Creditor Name and Address:<br>  MONTAGUE COUNTY<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  2323 BRYAN ST STE 1600<br>  DALLAS, TX 75201 | Claim Holder Name and Address<br><br>  MONTAGUE COUNTY          Docketed Total:    $55.11<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  2323 BRYAN ST STE 1600<br>  DALLAS, TX 75201<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481        $55.11<br>                      $55.11 | Modified Total:    $42.28<br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640        $42.28<br>                      $42.28 |
| Claim: 1266<br>Date Filed:  12/23/2005<br>Docketed Total:   $93.64<br>Filing Creditor Name and Address:<br>  MONTGOMERY COUNTY<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON<br>  PO BOX 3064<br>  HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>  MONTGOMERY COUNTY          Docketed Total:    $93.64<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON<br>  PO BOX 3064<br>  HOUSTON, TX 77253-3064<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481        $93.64<br>                      $93.64 | Modified Total:    $93.64<br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640        $93.64<br>                      $93.64 |
| Claim: 1284<br>Date Filed:  12/27/2005<br>Docketed Total:   $880.28<br>Filing Creditor Name and Address:<br>  NUECES COUNTY<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  1949 S IH 35 78741<br>  PO BOX 17428<br>  AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>  NUECES COUNTY          Docketed Total:    $880.28<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  1949 S IH 35 78741<br>  PO BOX 17428<br>  AUSTIN, TX 78760-7428<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481        $880.28<br>                      $880.28 | Modified Total:    $675.28<br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640        $675.28<br>                      $675.28 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9225-14   Filed 09/04/07   Entered 09/04/07 17:31:03   Exhibit E-6
Pg 6 of 6

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5521<br>Date Filed: 05/10/2006<br>Docketed Total: $687.88<br>Filing Creditor Name and Address:<br>SAN MARCOS CISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>SAN MARCOS CISD   Docketed Total: $687.88<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Case Number* 05-44481  Secured $687.88  Priority  Unsecured<br>**$687.88** | Modified Total: $687.88<br><br><br><br>Case Number* 05-44640  Secured $687.88  Priority  Unsecured<br>**$687.88** |
| Claim: 854<br>Date Filed: 11/28/2005<br>Docketed Total: $414.71<br>Filing Creditor Name and Address:<br>TARRANT COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | Claim Holder Name and Address<br><br>TARRANT COUNTY   Docketed Total: $414.71<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br><br>Case Number* 05-44481  Secured $414.71  Priority  Unsecured<br>**$414.71** | Modified Total: $318.13<br><br><br><br>Case Number* 05-44640  Secured $318.13  Priority  Unsecured<br>**$318.13** |
| | | **Total Claims to be Modified: 17**<br><br>**Total Amount as Docketed:**   $7,684,233.16<br><br>**Total Amount as Modified:**   $6,914,270.47 |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 6