In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-15    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-7
Pg 1 of 7

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12693<br>Date Filed: 07/28/2006<br>Docketed Total: $1,494,571.82<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TROSTEL LTD<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TROSTEL LTD<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,494,571.82 | Modified Total: $1,374,018.29 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | $16,213.43 | $1,478,358.39 | 05-44640 | | $16,194.53 | $1,357,823.76 |
| | | | **$16,213.43** | **$1,478,358.39** | | | **$16,194.53** | **$1,357,823.76** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 7

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10574<br>Date Filed: 07/25/2006<br>Docketed Total: $5,069,133.35<br>Filing Creditor Name and Address:<br>FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY<br>VARNUM RIDDERING SCHMIDT & HOWLETT LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | Claim Holder Name and Address<br>FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY<br>VARNUM RIDDERING SCHMIDT & HOWLETT LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352<br><br>Docketed Total: $312,926.79<br><br>Case Number* 05-44640<br>Secured: $312,926.79<br>Priority:<br>Unsecured:<br>**$312,926.79** | Modified Total: $267,320.51<br><br>Case Number* 05-44640<br>Secured:<br>Priority: $988.18<br>Unsecured: $266,332.33<br>**$988.18    $266,332.33** |
|  | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $4,000,000.00<br><br>Case Number* 05-44640<br>Secured:<br>Priority:<br>Unsecured: $4,000,000.00<br>**$4,000,000.00** | Modified Total: $3,417,035.76<br><br>Case Number* 05-44640<br>Secured:<br>Priority:<br>Unsecured: $3,417,035.76<br>**$3,417,035.76** |
|  | Claim Holder Name and Address<br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $756,206.56<br><br>Case Number* 05-44640<br>Secured:<br>Priority:<br>Unsecured: $756,206.56<br>**$756,206.56** | Modified Total: $645,996.21<br><br>Case Number* 05-44640<br>Secured:<br>Priority:<br>Unsecured: $645,996.21<br>**$645,996.21** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6147<br>Date Filed: 05/17/2006<br>Docketed Total: $2,996,365.10<br>Filing Creditor Name and Address:<br>LITTELFUSE INC<br>LITTELFUSE INC<br>800 NORTHWEST HIGHWAY<br>DES PLAINES, IL 60016 | Claim Holder Name and Address<br>BANK OF AMERICA N A<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE, NC 28255<br><br>Docketed Total: $22,350.37<br><br>Case Number* 05-44640 — Secured — Priority — Unsecured $22,350.37<br>Total: $22,350.37 | Modified Total: $53,359.18<br><br>Case Number* 05-44640 — Secured — Priority $53,359.18 — Unsecured<br>Total: $53,359.18 |
| | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $2,974,014.73<br><br>Case Number* 05-44640 — Secured — Priority — Unsecured $2,974,014.73<br>Total: $2,974,014.73 | Modified Total: $2,920,073.34<br><br>Case Number* 05-44640 — Secured — Priority — Unsecured $2,920,073.34<br>Total: $2,920,073.34 |
| Claim: 2710<br>Date Filed: 04/05/2006<br>Docketed Total: $149,746.96<br>Filing Creditor Name and Address:<br>METAL POWDER PRODUCTS COMPANY<br>17005 A WESTFIELD PARK RD<br>WESTFIELD, IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $149,746.96<br><br>Case Number* 05-44481 — Secured — Priority — Unsecured $149,746.96<br>Total: $149,746.96 | Modified Total: $145,323.07<br><br>Case Number* 05-44640 — Secured — Priority $1,498.18 — Unsecured $143,824.89<br>Total: $1,498.18  $143,824.89 |
| Claim: 11646<br>Date Filed: 07/27/2006<br>Docketed Total: $1,393,393.41<br>Filing Creditor Name and Address:<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK, NY 10018 | Claim Holder Name and Address<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK, NY 10018<br><br>Docketed Total: $1,393,393.41<br><br>Case Number* 05-44640 — Secured — Priority $202,412.11 — Unsecured $1,190,981.30<br>Total: $202,412.11  $1,190,981.30 | Modified Total: $894,607.47<br><br>Case Number* 05-44640 — Secured — Priority $202,412.11 — Unsecured $692,195.36<br>Total: $202,412.11  $692,195.36 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13929<br>Date Filed: 07/31/2006<br>Docketed Total: $187,374.96<br>Filing Creditor Name and Address:<br>PARKVIEW METAL PRODUCTS<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>PARKVIEW METAL PRODUCTS<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br><br>Docketed Total: $187,374.96<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $187,374.96<br>                                            $187,374.96 | Modified Total: $109,722.72<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $17,050.64  $92,672.08<br>                      $17,050.64  $92,672.08 |
| Claim: 14347<br>Date Filed: 07/31/2006<br>Docketed Total: $5,486,881.18<br>Filing Creditor Name and Address:<br>PHILIPS SEMICONDUCTORS INC<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>NXP SEMICONDUCTORS USA INC<br>1109 MCKAY DR<br>SAN JOSE, CA 95131<br><br>Docketed Total: $5,486,881.18<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $5,486,881.18<br>                                            $5,486,881.18 | Modified Total: $5,171,725.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                  $34,544.50<br>05-44640              $194,274.52  $4,942,906.90<br>                      $194,274.52  $4,977,451.40 |
| Claim: 15230<br>Date Filed: 07/31/2006<br>Docketed Total: $826,312.04<br>Filing Creditor Name and Address:<br>QUALITY SYNTHETIC RUBBER INC<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LLP<br>PO BOX 1500<br>AKRON, OH 44309-1500 | Claim Holder Name and Address<br>QUALITY SYNTHETIC RUBBER INC<br>BUCKINGHAM DOOLITTLE &<br>BURROUGHS LLP<br>PO BOX 1500<br>AKRON, OH 44309-1500<br><br>Docketed Total: $826,312.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $826,312.04<br>                                            $826,312.04 | Modified Total: $742,729.51<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640              $84,115.76  $658,613.75<br>                      $84,115.76  $658,613.75 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-15    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-7
Pg 5 of 7

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15231<br>Date Filed: 07/31/2006<br>Docketed Total: $614,058.16<br>Filing Creditor Name and Address:<br>QUALITY SYNTHETIC RUBBER INC<br>BUCKINGHAM DOOLITTLE & BURROUGHS LLP<br>PO BOX 1500<br>AKRON, OH 44309-1500 | Claim Holder Name and Address<br>QUALITY SYNTHETIC RUBBER INC<br>BUCKINGHAM DOOLITTLE & BURROUGHS LLP<br>PO BOX 1500<br>AKRON, OH 44309-1500 | Docketed Total: | | $614,058.16 | | Modified Total: | | $581,771.40 |
| | Case Number*<br>05-44547 | Secured | Priority | Unsecured<br>$614,058.16<br>$614,058.16 | Case Number*<br>05-44547 | Secured | Priority<br>$103,082.00<br>$103,082.00 | Unsecured<br>$478,689.40<br>$478,689.40 |
| Claim: 10014<br>Date Filed: 07/20/2006<br>Docketed Total: $507,337.84<br>Filing Creditor Name and Address:<br>SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP<br>425 WALNUT STT STE 1800<br>CINCINNATI, OH 45202 | Claim Holder Name and Address<br>SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP<br>425 WALNUT STT STE 1800<br>CINCINNATI, OH 45202 | Docketed Total: | | $507,337.84 | | Modified Total: | | $272,812.50 |
| | Case Number*<br>05-44640 | Secured<br>$507,337.84<br>$507,337.84 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$252,075.90<br>$252,075.90 | Priority<br>$20,736.60<br>$20,736.60 | Unsecured |
| Claim: 1472<br>Date Filed: 01/09/2006<br>Docketed Total: $161,816.60<br>Filing Creditor Name and Address:<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND, OH 44115 | Claim Holder Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND, OH 44115 | Docketed Total: | | $161,816.60 | | Modified Total: | | $151,725.90 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$161,816.60<br>$161,816.60 | Case Number*<br>05-44640 | Secured | Priority<br>$2,179.25<br>$2,179.25 | Unsecured<br>$149,546.65<br>$149,546.65 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10914<br>Date Filed: 07/26/2006<br>Docketed Total: $10,382,335.46<br>Filing Creditor Name and Address:<br>SOLECTRON CORPORATION<br>SOLECTRON MANUFACTURA DE MEXICO SA AND VARIOUS OF THEIR AFFILIATES AND SUBSIDIARIES<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | Claim Holder Name and Address<br>SOLECTRON CORPORATION<br>SOLECTRON MANUFACTURA DE MEXICO SA AND VARIOUS OF THEIR AFFILIATES AND SUBSIDIARIES<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br><br>Docketed Total: $2,532,173.93<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                           $2,532,173.93<br>                                   $2,532,173.93 | Modified Total: $1,892,151.03<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                  $35,454.74  $1,856,696.29<br>                          $35,454.74  $1,856,696.29 |
| | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $7,850,161.53<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                           $7,850,161.53<br>                                   $7,850,161.53 | Modified Total: $5,865,983.81<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                           $5,865,983.81<br>                                   $5,865,983.81 |
| Claim: 14134<br>Date Filed: 07/31/2006<br>Docketed Total: $511,656.31<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $511,656.31<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                           $511,656.31<br>                                   $511,656.31 | Modified Total: $165,042.14<br><br>Case Number*  Secured  Priority    Unsecured<br>05-44640                  $4,011.27   $161,030.87<br>                          $4,011.27   $161,030.87 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-15    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-7
Pg 7 of 7

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14065<br>Date Filed: 07/31/2006<br>Docketed Total: $267,735.70<br>Filing Creditor Name and Address:<br>VECTOR CANTECH INC<br>150 W JEFFERSON STE 2500<br>DETROIT, MI 48226-4415 | Claim Holder Name and Address<br>VECTOR CANTECH INC   Docketed Total: $267,735.70<br>150 W JEFFERSON STE 2500<br>DETROIT, MI 48226-4415<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $267,735.70<br>                                                              $267,735.70 | Modified Total: $249,253.70<br><br>Case Number*   Secured   Priority      Unsecured<br>05-44640                         $28,846.40   $220,407.30<br>                                       $28,846.40   $220,407.30 |

**Total Claims to be Modified: 14**

**Total Amount as Docketed:**   $30,048,718.89

**Total Amount as Modified:**   $24,920,652.46