**EXHIBIT E-8 – ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12032<br>Date Filed:   07/28/2006<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address:<br>  ARBOGAST MICHAEL A AND<br>  REBECCA C ARBOGAST<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>  ARBOGAST MICHAEL A AND<br>  REBECCA C ARBOGAST<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204      Docketed Total:      **$30,000.00** | Modified Total:      **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| | | |
|---|---|---|
| Claim: 12034<br>Date Filed:   07/28/2006<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address:<br>  BEUKE ROBERT L<br>  LAUDIG GEORGE RUTHERFORD<br>  & SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>  BEUKE ROBERT L<br>  LAUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204      Docketed Total:      **$30,000.00** | Modified Total:      **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| | | |
|---|---|---|
| Claim: 12033<br>Date Filed:   07/28/2006<br>Docketed Total:   $30,000.00<br>Filing Creditor Name and Address:<br>  BEX RUSSELL AND BARBARA A<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>  BEX RUSSELL AND BARBARA A<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204      Docketed Total:      **$30,000.00** | Modified Total:      **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 15756<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>  BUEKE ROBERT L AND NORMA J<br>  LINDA GEORGE ESQ<br>  156 E MARKET ST<br>  600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>BUEKE ROBERT L AND NORMA J<br>LINDA GEORGE ESQ<br>156 E MARKET ST<br>600<br>INDIANAPOLIS, IN 46204 | Docketed Total: **$30,000.00** | | Modified Total: **$5,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 |
|---|---|---|---|
| | | | **$30,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
|---|---|---|---|
| | | | **$5,000.00** |

| | | | | |
|---|---|---|---|---|
| Claim: 12035<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>  BUIS JAMES AND JACQUELINE<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>BUIS JAMES AND JACQUELINE<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: **$30,000.00** | | Modified Total: **$5,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 |
|---|---|---|---|
| | | | **$30,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
|---|---|---|---|
| | | | **$5,000.00** |

| | | | | |
|---|---|---|---|---|
| Claim: 12036<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>  CANTER RICHARD AND<br>  LOUANNA<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>CANTER RICHARD AND LOUANNA<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: **$30,000.00** | | Modified Total: **$5,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 |
|---|---|---|---|
| | | | **$30,000.00** |

| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
|---|---|---|---|
| | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12037<br>Date Filed:   07/28/2006<br>Docketed Total:     $30,000.00<br>Filing Creditor Name and Address:<br>  CLONCS DONALD AND CAROLE L<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>CLONCS DONALD AND CAROLE L<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204     Docketed Total:     **$30,000.00** | Modified Total:     **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| | | |
|---|---|---|
| Claim: 12038<br>Date Filed:   07/28/2006<br>Docketed Total:     $30,000.00<br>Filing Creditor Name and Address:<br>  DAVIS II ROBERT E PLAINTIFF V<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>DAVIS II ROBERT E PLAINTIFF V<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204     Docketed Total:     **$30,000.00** | Modified Total:     **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| | | |
|---|---|---|
| Claim: 12039<br>Date Filed:   07/28/2006<br>Docketed Total:     $30,000.00<br>Filing Creditor Name and Address:<br>  ENNIS DONALD AND CAROL<br>  LINDA GEORGE ESQ<br>  156 EAST MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>ENNIS DONALD AND CAROL<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204     Docketed Total:     **$30,000.00** | Modified Total:     **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12040**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
HOYT ARTHUR AND VIVIAN
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
HOYT ARTHUR AND VIVIAN
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204              Docketed Total:      $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:      $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

**Claim: 12041**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
HUBBARD CLARENCE E
LAUDIG GEORGE RUTHERFORD
& SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
HUBBARD CLARENCE E
LAUDIG GEORGE RUTHERFORD &
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204              Docketed Total:      $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:      $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

**Claim: 12042**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
MERRITT JAMES AND BONNIE
KATHLEEN A MUSGRAVE ESQ
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
MERRITT JAMES AND BONNIE
KATHLEEN A MUSGRAVE ESQ
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204              Docketed Total:      $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:      $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-16    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-8  
Pg 5 of 8

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12043<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>MINNICK RALPH D<br>LAUDIG GEORGE RUTHERFORD & SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br>MINNICK RALPH D<br>LAUDIG GEORGE RUTHERFORD & SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

Case Number* 05-44481 — Secured / Priority / Unsecured $30,000.00 — **$30,000.00**

Case Number* 05-44640 — Secured / Priority / Unsecured $5,000.00 — **$5,000.00**

| | | |
|---|---|---|
| Claim: 12044<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>OBRIEN MICHAEL AND INGRID OBRIEN<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br>OBRIEN MICHAEL AND INGRID OBRIEN<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

Case Number* 05-44640 — Secured / Priority / Unsecured $30,000.00 — **$30,000.00**

Case Number* 05-44640 — Secured / Priority / Unsecured $5,000.00 — **$5,000.00**

| | | |
|---|---|---|
| Claim: 12045<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>PHELPS JOHN W AND DEBORAH J PHELPS<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br>PHELPS JOHN W AND DEBORAH J PHELPS<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

Case Number* 05-44640 — Secured / Priority / Unsecured $30,000.00 — **$30,000.00**

Case Number* 05-44640 — Secured / Priority / Unsecured $5,000.00 — **$5,000.00**

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-16    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-8
Pg 6 of 8

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 12046
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
   PHILLIPS ROBERT
   LINDA GEORGE ESQW RUSSELL
   SIPES
   156 E MARKET ST
   STE 600
   INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**
Claim Holder Name and Address
   PHILLIPS ROBERT
   LINDA GEORGE ESQW RUSSELL
   SIPES
   156 E MARKET ST
   STE 600
   INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED**
Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**CLAIM TO BE MODIFIED**
Claim: 12047
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
   PROUD DOUGLAS AND ESTHER
   L GEORGE W R SIPES
   156 EAST MARKET ST
   STE 600
   INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**
Claim Holder Name and Address
   PROUD DOUGLAS AND ESTHER
   L GEORGE W R SIPES
   156 EAST MARKET ST
   STE 600
   INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED**
Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**CLAIM TO BE MODIFIED**
Claim: 12048
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
   RUSSELL THOMAS AND NORMA
   L GEORGE W R SIPES
   156 EAST MARKET ST
   STE 600
   INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**
Claim Holder Name and Address
   RUSSELL THOMAS AND NORMA
   L GEORGE W R SIPES
   156 EAST MARKET ST
   STE 600
   INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED**
Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9225-16    Filed 09/04/07    Entered 09/04/07 17:31:03    Exhibit E-8
Pg 7 of 8

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12049<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>SMITH JAMES O AND BETTY J<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>SMITH JAMES O AND BETTY J Docketed Total: **$30,000.00**<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Case Number* Secured Priority Unsecured<br>05-44640   $30,000.00<br><br> **$30,000.00** | Modified Total: **$5,000.00**<br><br><br><br><br>Case Number* Secured Priority Unsecured<br>05-44640   $5,000.00<br><br> **$5,000.00** |
| Claim: 12050<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>STANSBURY II ROBERT L<br>LUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>STANSBURY II ROBERT L Docketed Total: **$30,000.00**<br>LUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Case Number* Secured Priority Unsecured<br>05-44481   $30,000.00<br><br> **$30,000.00** | Modified Total: **$5,000.00**<br><br><br><br><br>Case Number* Secured Priority Unsecured<br>05-44640   $5,000.00<br><br> **$5,000.00** |
| Claim: 12051<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>STUCK RONALD P SHELLEY A<br>STUCK<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>STUCK RONALD P SHELLEY A Docketed Total: **$30,000.00**<br>STUCK<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Case Number* Secured Priority Unsecured<br>05-44640   $30,000.00<br><br> **$30,000.00** | Modified Total: **$5,000.00**<br><br><br><br><br>Case Number* Secured Priority Unsecured<br>05-44640   $5,000.00<br><br> **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Nineteenth Omnibus Claims Objection**

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED:**
Claim: 12052
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED:**
Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**CLAIM TO BE MODIFIED:**
Claim: 12053
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
YATES DALE A AND
JACQUELINE R YATES
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
YATES DALE A AND JACQUELINE R
YATES
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

**CLAIM AS MODIFIED:**
Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

Total Claims to be Modified: 23

Total Amount as Docketed:      $690,000.00

Total Amount as Modified:      $115,000.00

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 8