SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
PROOFS OF CLAIM NUMBERS 5855 AND 15504
<u>(PLASTIC PLATE, INC.)</u>

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Plastic Plate, Inc. ("Plastic Plate") respectfully submit this Joint Stipulation And Agreed Order Disallowing And Expunging Proofs Of Claim Numbers 5855 And 15504 (Plastic Plate, Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Plastic Plate filed proof of claim number 5855 against Delphi on May 15, 2006, which asserts a secured claim in the amount of $7,150.00 ("Proof of Claim No. 5855") stemming from the sale of goods.

WHEREAS Plastic Plate filed proof of claim number 15504 against Delphi on July 31, 2006, which asserts an unsecured non-priority claim in the amount of $27,180.00 (together with Proof of Claim No. 5855, the "Claims") stemming from the sale of goods.

WHEREAS the Debtors objected to the Claims pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection"), which was filed on March 16, 2007.

WHEREAS on April 13, 2007, Plastic Plate filed its Response To Debtors' Eleventh Omnibus Objection (Substantive) To Claims Not Reflected On Debtors' Books And Records (Docket No. 7659) (the "Response").

WHEREAS pursuant to this Stipulation, Delphi and Plastic Plate acknowledge and agree that the Claims shall be disallowed and expunged in their entirety.

THEREFORE, the Debtors and Plastic Plate stipulate and agree as follows:

1. The Claims shall be disallowed and expunged in their entirety.

2. Plastic Plate shall withdraw its Response to the Eleventh Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>4th</u> day of September, 2007

<u>   /s/Robert D. Drain   </u>
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Mary Kay Shaver |
| John Wm. Butler, Jr. | Mary Kay Shaver |
| John K. Lyons | Bridgewater Place |
| Ron E. Meisler | P.O. Box 352 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Grand Rapids, Michigan 49501-0352 |
| | (616) 336-6000 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | Counsel for Plastic Plate, Inc. |
| (312) 407-0700 | |

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession