Andrew C. Kassner (AK 9067)
David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

—and—

Janice B. Grubin (JG 1544)
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                            :
                                                                 :    Chapter 11
DELPHI CORPORATION, et al.,                                      :
                                                                 :    Case No. 05-44481 (RDD)
                                                                 :    Jointly Administered
                    Debtors                                      :
------------------------------------------------------------X

# VERIFIED SUPPLEMENT TO AMENDED VERIFIED STATEMENT OF
# DRINKER BIDDLE & REATH LLP
# PURSUANT TO BANKRUPTCY RULE 2019(a)

Drinker Biddle & Reath LLP ("Drinker Biddle") pursuant to Bankruptcy Rule 2019(a) hereby files this verified supplement to its Amended Verified Statement (the "Amended Verified Statement") filed on about December 12, 2005, and verifies that it has been retained to represent an additional creditor, Vanguard Distributors, Inc. ("Vanguard") in the above-captioned chapter 11 bankruptcy cases (the "Bankruptcy Cases").  Pursuant to Bankruptcy Rule 2019(a), Drinker Biddle hereby provides the following data with respect to Vanguard:

1.   <u>Name</u>:      Vanguard Distributors, Inc.

     <u>Address</u>:   107 N.E. Lathrop Ave., P.O. Box 608, Savannah, Georgia 31402

<u>Nature, Amount, and Time of Acquisition of Claim</u>:  The aggregate amount of claims held by Vanguard, which arise under certain contracts, is no less than $788,321.49.  Vanguard's claims arise under (1) certain contracts which were entered into more than one year prior to October 8, 2005, and (2) a certain contract and certain acts relating thereto that occurred through December 2006.

<u>Pertinent Facts and Circumstances in Connection with the Representation of Vanguard by Drinker Biddle</u>:  On or about June 20, 2007, Vanguard requested that Drinker Biddle serve as local counsel in representing Vanguard's interests in the Bankruptcy Cases.

With the exception of certain claims which Drinker Biddle has for compensation for professional services rendered and reimbursement of actual and necessary expenses in connection with Drinker Biddle's representation of the Debtors as an ordinary course professional with respect to certain antitrust issues and also in connection with any environmental matters that may arise in New Jersey or under New Jersey law, all as more fully disclosed in the Affidavit of Douglas J. McGill filed on or about January 3, 2006, the Supplemental Affidavit of Douglas J. McGill filed on or about March 5, 2007, and the Second Supplemental Affidavit of Douglas J. McGill filed on or about July 12, 2007, Drinker Biddle holds no claims against the Debtors.  Drinker Biddle holds no ownership interest in the claims asserted by Vanguard.  As more fully disclosed in the Amended Verified Statement, the other creditors who have retained Drinker Biddle to represent them in the Bankruptcy Cases are Penske Truck Leasing Co., L.P. and Penske Logistics LLC (collectively, "Penske"), Quaker Chemical Corporation ("Quaker"), and QEK Global Solutions (U.S.), Inc. ("QEK").  Drinker Biddle represents Penske, Quaker, QEK and Vanguard individually and not as a committee.

The undersigned declares under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: September 4, 2007<br>New York, New York | /s/ Janice B. Grubin<br>Janice B. Grubin (JG 1544)<br>DRINKER BIDDLE & REATH LLP<br>140 Broadway, 39th Floor<br>New York, New York 10005-1116<br><br>—and—<br><br>Andrew C. Kassner (AK 9067)<br>David B. Aaronson (DA 8387)<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA  19103-6996 |

NY01/ 6009965.1