Andrew C. Kassner (AK 9067)
David B. Aaronson (DA 8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
Telephone:    (215) 988-2700

—and—

Janice B. Grubin (JG 1544)
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Telephone:    (212) 248-3140

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                          :
:  Chapter 11
DELPHI CORPORATION, *et al.*,                  :  Case No. 05-44481-RDD
:  (Jointly Administered)
Debtors.                                :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF CHICAGO            )
                            ) ss.:
COUNTY OF COOK              )

I, **Daniel Northrop**, having been duly sworn according to law, depose, and say:

1.    The Affiant is not a party to the action, is over 18 years of age, and is a paralegal with the law firm of Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606.

2.    On September 4, 2007, I caused a true and correct copy of the SUPPLEMENT TO AMENDED VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP

1

PURSUANT TO BANKRUPTCY RULE 2019(a) to be served via First Class U.S. Mail, postage prepaid, on the parties listed on the attached Service List.

3. On September 4, 2007, I also caused a true and correct copy of the SUPPLEMENT TO AMENDED VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP PURSUANT TO BANKRUPTCY RULE 2019(a) to be served via electronic transmission through the ECF System on all parties who have filed a notice of appearance or request for documents.

 _/s/ Daniel Northrop_____
**Daniel Northrop**

Sworn to before me this 4th
day of September 2006.

_/s/ Shauna West_____
Notary Public

My commission expires: __05/05/08__

### SERVICE LIST

| | |
|---|---|
| Skadden, Arps, Sale, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br>Attention: John Wm. Butler, Jr., Esq.<br>          John K. Lyons, Esq.<br>          Ron E. Meisler, Esq. | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attention: Sean Corcoran<br>          Karen Craft |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attention: Donald Bernstein, Esq.<br>          Brian Resnick, Esq. | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attention: Robert J. Rosenberg, Esq.<br>          Mark A. Broude, Esq. |

2

| | |
|---|---|
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attention: Brad Eric Sheler, Esq.<br>　　　　　Bonnie Steingart, Esq. | Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10004<br>Attention: Alicia M. Leonhard, Esq. |
| Skadden, Arps, Sale, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, New York 10036<br>Attention: Kayalyn A. Marafioti, Esq.<br>　　　　　Thomas J. Matz, Esq. | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attention: Kenneth S. Ziman, Esq.<br>　　　　　Robert H. Trust, Esq.<br>　　　　　William T. Russell, Esq. |
| Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, California 90245<br>Attention: Sheryl Betance | Brown Rudnick Berlack & Israels LLP<br>Seven Times Sqaure<br>New York, New York 10036<br>Attention: Robert J. Stark, Esq. |
| Cohen, Weiss & Simon<br>330 West 42nd Street<br>New York, New York 10036<br>Attention: Bruce Simon, Esq. | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>Attention: Steven J. Reisman, Esq. |
| Electronic Data Systems Corp.<br>5505 Corporate Drive<br>MSIA<br>Troy, Michigan 48098<br>Attention: Michael Nefkens | Flextronics International<br>305 Interlockean Parkway<br>Broomfield, Colorado 80021<br>Attention: Carrie L. Schiff |
| Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, California 95131<br>Attention: Paul W. Anderson | Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, Texas 78735<br>Attention: Richard Lee Chambers, III |
| FTI Consulting, Inc.<br>3 Times Square<br>11th Floor<br>New York, New York 10036<br>Attention: Randall S. Eisenberg | General Electric Company<br>9930 Kincey Avenue<br>Huntersville, North Carolina 28078<br>Attention: Valerie Venable |
| Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Attention: Lonie A. Hassel, Esq. | Hodgson Russ LLP<br>1540 Broadway, 24th Floor<br>New York, New York 10036<br>Attention: Stephen H. Gross, Esq. |

3

Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3583
Attention: Frank L. Gorman, Esq.
       Robert B. Weiss, Esq.

Internal Revenue Service
290 Broadway, 5th Floor
New York, New York 10007
Attention: Insolvency Department, Maria Valerio

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, New York 10022
Attention: William Q. Derrough

JP Morgan Chase Bank, N.A.
277 Park Avenue, 8th Floor
New York, New York 10172
Attention: Susan Atkins
       Gianni Russello

Law Debenture Trust Company of New York
400 Madison Avenue
Fourth Floor
New York, New York 10017
Attention: Daniel R. Fisher
       Patrick J. Healy

McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015
Attention: Cornish F. Hitchcock, Esq.
       J. Brian McTigue, Esq.

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, Michigan 48226
Attention: Insolvency Department

IUE-CWA
Conference Board Chairman
2360 W. Dorothy Lane
Suite 201
Dayton, Ohio 45439

JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017
Attention: Richard Duker

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attention: Thomas Moers Mayer, Esq.
       Gordon Z. Novod, Esq.

McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, Illinois 60606
Attention: David D. Cleary, Esq.
       Jason J. DeJonker, Esq.
       Mohsin N. Khambati, Esq.
       Peter A. Clark, Esq.

Mesirow Financial
666 Third Avenue
21st Floor
New York, New York 10017
Attention: Leon Sziezinger

05-44481-rdd    Doc 9240    Filed 09/04/07    Entered 09/04/07 19:05:59    Main Document
Pg 5 of 6

Milbank Tweed Hadley & McCloy LLP
601 Figueroa Street
30th Floor
Los Angeles, California 90017
Attention: Gregory A. Bray, Esq.
      Thomas R. Kreller, Esq.
      James E. Till, Esq.

Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
Attention: Joseph T. Moldovan, Esq.

Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center
Room 4300
New York, New York 10281
Attention: Mark Schonfeld, Regional Director

Office of New York State
Attorney General Andrew Cuomo
120 Broadway
New York, New York 10271

O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071
Attenton: Robert Siegel, Esq.

O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Attention: Tom A. Jerman, Esq.
      Rachel Janger, Esq.

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, D.C. 20005
Attention: Jeffrey Cohen
      Ralph L. Landy

Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103
Attention: Sandra A. Riemer, Esq.

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attention: David L. Resnick

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Attention: Robert W. Dremluk, Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attention: Douglas Bartner, Esq.
      Jill Frizzley, Esq.

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, Missouri 63105
Attention: Daniel D. Doyle, Esq.
      Nicholas Franke, Esq.

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, New York 10022
Attention: Chester B. Salomon, Esq.
      Constantine D. Pourakis, Esq.

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, New York 10119
Attention: Albert Togut, Esq.

| | |
|---|---|
| Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, New Jersey 07960<br>Attention: MaryAnn Brereton, Assistant<br>General Counsel | Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, Texas 76102<br>Attention: Michael D. Warner, Esq. |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attention: Harvey R. Miller, Esq.<br>      Martin J. Bienenstock, Esq.<br>      Jeffrey L. Tanenbaum, Esq.<br>      Michael P. Kessler, Esq. | Wilmington Trust Company<br>Rodney Square North<br>11 North Market Street<br>Wilmington, Delaware 19890<br>Attention: Steven M. Cimalore |

NY01/ 6009966.1