IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re                               :     Chapter 11
                                  :

DELPHI CORPORATION, et al.,         :     Case No. 05-44481 (RDD)
                                  :

                   Debtors.   :     (Jointly Administered)
                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

       I, Sheryl Betance, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

       On August 24, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

       1)     Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification ("Twentieth Omnibus Claims Objection") (Docket No. 9151) [a copy of which is attached hereto as Exhibit D]

       On August 24, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

       2)     Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification ("Twentieth Omnibus Claims Objection") [without exhibits] (Docket No. 9151) [a copy of which is attached hereto as Exhibit D]

3)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit F</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit E</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

On August 24, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit G</u> hereto via postage pre-paid U.S. mail:

4)    Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification ("Twentieth Omnibus Claims Objection") [without exhibits] (Docket No. 9151) [a copy of which is attached hereto as <u>Exhibit D</u>]

5)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit H</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit G</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit G</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit H</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit G</u> attached hereto was incorporated into each Personalized Notice.

On August 24, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit I</u> hereto via postage pre-paid U.S. mail:

6)    Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification ("Twentieth

Omnibus Claims Objection") [without exhibits] (Docket No. 9151) [a copy of which is attached hereto as Exhibit D]

7)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit J]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit I attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of Exhibit I attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit J has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of Exhibit I attached hereto was incorporated into each Personalized Notice.

On August 24, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit K hereto via postage pre-paid U.S. mail:

8)    Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification ("Twentieth Omnibus Claims Objection") [without exhibits] (Docket No. 9151) [a copy of which is attached hereto as Exhibit D]

9)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit L]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit K attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 15 of Exhibit K attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit L has been marked so as to demonstrate the manner in which the information listed in columns 3 through 15 of Exhibit K attached hereto was incorporated into each Personalized Notice.

Dated: September 4, 2007

_____/s/ Sheryl Betance_____
Sheryl Betance

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of September, 2007, by
Sheryl Betance, personally known to me or proved to me on the basis of satisfactory
evidence to be the person who appeared before me.

Signature: _____/s/ Leanne V. Rehder_____

Commission Expires: ___3/2/08_____

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivir@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

8/30/2007 7:59 PM
Master Service List Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein  Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092  212-450-4213 | 212-450-3092  212-450-3213 | donald.bernstein@dpw.com  brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com  karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler  Bonnie Steingart  Vivek Melwani  Jennifer L Rodburg  Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com  sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com  susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |

In re. Delphi Corporation, et.al.
Case No. 05-44481 (RDD)

Page 1 of 3

8/30/2007 7:59 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

8/30/2007 7:59 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

8/30/2007 7:59 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to  ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 0039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.C OM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel to Ideal Tool Company, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte. Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA) Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.co m | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte. Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte. Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennessee Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 20

8/30/2007 8:00 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

8/30/2007 8:00 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0551 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Ccompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

8/30/2007 8:00 PM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

8/30/2007 8:00 PM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | Five Gateway Center Suite 807 | | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

8/30/2007 8:00 PM
US Mail

# EXHIBIT D

**Hearing Date And Time: September 27, 2007 at 10:00 a.m.**
**Response Date And Time: September 20, 2007 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                         :
     In re                       :     Chapter 11
                          :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                          :
                          :     (Jointly Administered)
          Debtors.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBTORS' TWENTIETH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE AND AMENDED
CLAIMS, (B) INSUFFICIENTLY DOCUMENTED CLAIMS, (C) CLAIMS NOT REFLECTED ON
DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIM, AND (E) CLAIMS SUBJECT TO
MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS
ASSERTING RECLAMATION, CONSENSUALLY MODIFIED AND REDUCED TORT CLAIMS,
AND LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION

("TWENTIETH OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented

Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And

(E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims

Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay

Procedures Claims Subject To Modification (the "Twentieth Omnibus Claims Objection"), and

respectfully represent as follows:

<u>Background</u>

A.    <u>The Chapter 11 Filings</u>

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this

Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections

1107(a) and 1108.  The Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases.  On October 17,

2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official

committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official

committee of equity holders (together with the official committee of unsecured creditors, the

"Statutory Committees").

3.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157

and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

2

4.    The statutory predicates for the relief requested herein are sections 502(b)

of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

B.    Current Business Operations Of The Debtors

5.    Delphi and its subsidiaries and affiliates (collectively, the "Company") as

of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately

$15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public

company business reorganization in terms of revenues and the thirteenth largest public company

business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11

debtors and continue their business operations without supervision from the Bankruptcy Court. [2]

6.    The Company is a leading global technology innovator with significant

engineering resources and technical competencies in a variety of disciplines, and is one of the

largest global suppliers of vehicle electronics, transportation components, integrated systems and

modules, and other electronic technology.  The Company supplies products to nearly every

major global automotive original equipment manufacturer ("OEM").

7.    Delphi was incorporated in Delaware in 1998 as a wholly-owned

subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the

Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

---

[1]    The aggregated financial data used in this Motion generally consists of consolidated information from Delphi
and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27,
2007.

[2]    On March 20 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core
automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency
proceeding.  The application was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its
Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the
funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on
July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its
manufacturing footprint and to lower its overall cost structure.

3

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

accordance with the terms of a Master Separation Agreement between Delphi and GM. In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

modules for a wide range of customers and applications. Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.    Events Leading To The Chapter 11 Filing

8.    In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income. Every year thereafter, however,

with the exception of 2002, the Company has suffered losses. In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion. Moreover, in 2006 the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

9.    The Debtors believe that the Company's financial performance

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
valuation allowance on the U.S. deferred tax assets as of December 31, 2004. The Company's net operating
loss in calendar year 2004 was $482 million.

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

10.       In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005,

the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.       The Debtors' Transformation Plan

11.       On March 31, 2006, the Company outlined the key tenets of a

transformation plan that it believed would enable it to return to stable, profitable business

operations.  The Debtors stated that they needed to focus on five key areas:[4] first, modifying the

Company's labor agreements to create a competitive arena in which to conduct business;[5] second,

---

[4]    In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement with certain investors and a plan framework
support agreement with those investors and GM.   On July 9, 2007, Delphi confirmed that it had formally
terminated the equity purchase and commitment agreement and related plan framework support agreement but
that it expected to enter into new framework agreements with plan investors presently.  Subsequently, on July
18, 2007, Delphi announced that it had accepted a new proposal for an equity purchase and commitment
agreement (the "Delphi-Appaloosa EPCA") submitted by a group comprising a number of the original plan
investors (affiliates of Appaloosa Management L.P., Harbinger Capital Partners Master Fund I, Ltd., Merrill
Lynch, Pierce, Fenner & Smith Inc., and UBS Securities LLC) as well as Goldman Sachs & Co. and an affiliate
of Pardus Capital Management, L.P. (collectively, the "New Plan Investors").  Under the Delphi-Appaloosa
EPCA, the New Plan Investors would invest up to $2.55 billion in preferred and common equity in the
reorganized Delphi to support the Company's transformation plan and plan of reorganization.  This Court
approved the Delphi-Appaloosa EPCA on August 2, 2007.

[5]    Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International Union,
United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and GM that (a)
modifies, extends, or terminates provisions of the existing collective bargaining agreements among Delphi, the
UAW, and its various locals, (b) provides that GM will undertake certain financial obligations to Delphi's
UAW-represented employees and retirees to facilitate these modifications, and (c) modifies retiree welfare
benefits for certain UAW-represented retirees of the Debtors.  This agreement, which was approved by this
Court on July 19, 2007, should permit the Debtors to continue to implement their transformation plan and to
develop, prosecute, confirm, and consummate a plan of reorganization.  On August 6, 2007, similar agreements
*(cont'd)*

5

concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy

and labor costs and to ascertain GM's business commitment to the Company;[6] third, streamlining

their product portfolio to capitalize on their world-class technology and market strengths and

make the necessary manufacturing alignment with their new focus;[7] fourth, transforming their

salaried workforce to ensure that the Company's organizational and cost structure is competitive

and aligned with its product portfolio and manufacturing footprint;[8] and devising a workable

solution to their current pension situation.[9]

_____

*(cont'd from previous page)*

    were reached with the International Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78, the International Brotherhood of Electrical Workers and its Local 663, International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communication Workers of America and its local unions, and Locals 832S, 18S, and 101S of the International Union of Operating Engineers.  Such agreements were approved by this Court on August 16, 2007.  On August 16, 2007, Delphi also reached a similar agreement with the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and USW Local 87L.  A hearing on Delphi's motion to approve this agreement is scheduled for August 29, 2007.

[6]    On July 9, 2007, Delphi confirmed that its discussions with GM on a comprehensive settlement agreement had entered the documentation phase and that it expected that a settlement with GM would be incorporated into the Debtors' plan of reorganization rather than filed with this Court for separate approval.

[7]    In connection with their March 31, 2006 announced transformation plan, the Debtors classified "core" and "non-core" product lines and plants.  The Debtors have been working to divest non-core assets so as to maximize the value of their estates for stakeholders.  During the 2006 and 2007 calendar years, for example, the Debtors sold substantially all of the assets related to MobileAria, Inc., their chapter 11 affiliate, and obtained court approval for the sale of substantially all of the assets of their brake hose, catalyst, and Saltillo, Mexico brake plant businesses..  In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]    As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages.  The Company's revised operating structure consists of its four core business segments:  Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture.  The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan.  To ensure that their organizational and cost structure is competitive, the Debtors obtained an Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement on April 23, 2007 (Docket No. 7773) (the "Finance Outsourcing Order").  The Finance Outsourcing Order authorized the Debtors to outsource certain of the Debtors' accounts receivable, accounts payable, fixed assets, travel and expense reporting, general ledger, and contract administration processes and significantly reduce SG&A expenses as part of their transformation plan.

[9]    To that end, on May 31, 2007, the Bankruptcy Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees (collectively, the "Plans").  On July 13, 2007, the IRS modified the conditional funding waivers granted to

*(cont'd)*

12.    Upon the conclusion of the reorganization process, the Debtors expect to emerge as a stronger, more financially sound business with viable U.S. operations that are well-positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of its resources to continue to deliver high-quality products to its customers globally.  Additionally, the Company will preserve and continue the strategic growth of its non-U.S. operations and maintain its prominence as the world's premier auto supplier.

E.    <u>Bar Date, Proofs Of Claim, And Omnibus Claims Objections</u>

13.    On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"), against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such Claim.

14.    On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and

_____

*(cont'd from previous page)*
Delphi related to the Plans, extending the dates by which Delphi is required to file a plan of reorganization and emerge from chapter 11 to December 31, 2007 and February 28, 2008, respectively.

Statements") and (b) the persons and entities included in the notice database compiled by the

Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided

Bar Date Notices to more than 500,000 persons and entities.

15.    In addition, the Debtors published the Bar Date Notice in the <u>New York</u>

<u>Times</u> (National Edition), the <u>Wall Street Journal</u> (National, European, and Asian Editions),

<u>USA Today</u> (Worldwide Edition), the <u>Automotive News</u> (National Edition), and in local editions

of the following publications: the <u>Adrian Daily Telegram</u>, the <u>Arizona Daily Star</u>, the <u>Buffalo</u>

<u>News</u>, the <u>Chicago Sun Times</u>, the <u>Clinton News</u>, the <u>Columbia Dispatch</u>, the <u>Daily Leader</u>,

<u>Dayton Daily News</u>, the <u>Detroit Free Press</u>, the <u>El Paso Times</u>, the <u>Fitzgerald Herald Leader</u>, the

<u>Flint Journal</u>, the <u>Gadsden Times</u>, the <u>Grand Rapids Press</u>, the <u>Greenville News</u>, the <u>Indianapolis</u>

<u>Star</u>, the <u>Kansas City Star</u>, the <u>Kokomo Tribune</u>, the <u>Lansing State Journal</u>, the <u>Laurel Leader</u>,

the <u>Los Angeles Daily News</u>, the <u>Milwaukee Journal Sentinel</u>, the <u>Mobile Beacon</u>, the <u>Mobile</u>

<u>Register</u>, the <u>Oakland Press</u>, the <u>Olathe Daily News</u>, the <u>Rochester Democrat and Chronicle</u>, the

<u>Saginaw News</u>, the <u>Sandusky</u>, the <u>Tribune Chronicle</u>, the <u>Tulsa World</u>, the <u>Tuscaloosa News</u>,

and the <u>Vindicator</u>, and electronically through posting on the Delphi Legal Information Website,

www.delphidocket.com, on or before April 24, 2006.

16.    Approximately 16,600 proofs of claim (the "Proofs of Claim") have been

filed against the Debtors in these cases.  The Debtors have filed ten omnibus procedural Claims

objections[10] and nine omnibus substantive Claims objections.[11]  Pursuant to such omnibus

_____

[10]    The Debtors filed the First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (i) Duplicate And Amended Claims And (ii) Equity Claims (Docket No. 5151) on September 19, 2006;
the Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (i) Equity Claims, (ii) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (iii)
Duplicate And Amended Claims (Docket No. 5451) on October 31, 2006; the Fourth Omnibus Objection
(Procedural) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended
Claims (Docket No. 6099) on December 8, 2006; the Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

<span style="float:right">*(cont'd)*</span>

Claims objections, the Court has disallowed and expunged 9,037 Claims.  In addition, the

hearings with respect to approximately 772 Claims have been adjourned to future claims

_____

*(cont'd from previous page)*

And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 6571) on January 12, 2007; the Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of The Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962) on February 15, 2007; the Tenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Duplicative and Amended Claims And (B) Equity Claims (Docket No. 7300) on March 16, 2007; the Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7824) on April 27, 2007; the Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998) on May 22, 2007; the Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8271) on June 15, 2007; and the Eighteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate Or Amended Claims (Docket No. 8616) on July 13, 2007.

[11]    The Debtors filed the (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) on October 31, 2006; the Fifth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation And (b) Claims Not Reflected On Debtors' Books And Records  (Docket No. 6100) on December 8, 2006; the Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, And (c) Untimely Claims (Docket No. 6585) on January 12, 2007; the Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subject To Modification (Docket No. 6968) on February 15, 2007; the Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims (b) Claims Not Reflected On Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject To Modification (Docket No. 7301) on March 16, 2007; the Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims An Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) on April 27, 2007; the Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, and Modified Claims Asserting Reclamation (Docket No. 7999) on May 22, 2007; the Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) on June 15, 2007; and the Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) on July 13, 2007.

9

hearings pursuant to the Claims Objection Procedures Order (as defined below) and another 283

Claims are subject to pending objections.

17.     On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections.  On December 7, 2006,

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

18.     In this Twentieth Omnibus Claims Objection, the Debtors are objecting to

184 Proofs of Claim.

<u>Relief Requested</u>

19.     By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 (a) disallowing and expunging those

Claims set forth on <u>Exhibit A</u> hereto as "Claims To Be Expunged" because they are duplicative

of other Claims or have been amended or superseded by later-filed Claims, (b) disallowing and

expunging those Claims set forth on <u>Exhibit B-1</u> hereto because they contain insufficient

documentation in support of the Claims asserted, (c) disallowing and expunging the Claim set

forth on <u>Exhibit B-2</u> hereto because it contains insufficient documentation in support of the

Claim asserted and was untimely filed pursuant to the Bar Date Order, (d) disallowing and

10

expunging those Claims set forth on Exhibit C-1 hereto because they assert liabilities or dollar

amounts that are not reflected on the Debtors' books and records, (e) disallowing and expunging

those Claims set forth on Exhibit C-2 hereto because they assert liabilities or dollar amounts that

are not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar

Date Order, (f) disallowing and expunging those Claims set forth on Exhibit C-3 hereto, which

were filed by taxing authorities, because they assert liabilities and dollar amounts that are not

reflected on the Debtors' books and records, (g) disallowing and expunging those Claims set

forth on Exhibit C-4 hereto, which were filed by taxing authorities, because they assert liabilities

or dollar amounts that are not reflected on the Debtors' books and records and were untimely

filed pursuant to the Bar Date Order, (h) disallowing and expunging the Claim set forth on

Exhibit D hereto because it was untimely filed pursuant to the Bar Date Order, (i) revising the

asserted amount or classification, and/or changing the identity of the alleged Debtor, with respect

to the Claims set forth on Exhibit E hereto, (j) revising the asserted amount and/or classification

with respect to the Claims set forth on Exhibit F hereto, which were filed by taxing authorities,

(k) revising the asserted amount and/or classification with respect to the Claims set forth on

Exhibit G hereto, some of which are subject to a letter agreement pursuant to which the Debtors

and the Claimant agreed upon the valid amount of such Claimant's reclamation demand, subject

to certain reserved defenses, and others of which are held by Claimants who are deemed to have

consented to the Debtors' determination of the valid amount of the reclamation demand, subject

to certain reserved defenses, (l) consensually revising the asserted amount, and/or consensually

changing the identity of the alleged Debtor, with respect to the Claims set forth on Exhibit H

hereto, which assert certain tort liabilities, and (m) revising the asserted amount with respect to

the Claims set forth on Exhibit I hereto, which are the subject of a pending settlement pursuant to

11

the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To

Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation

Claims (Docket No. 4366) (the "Lift Stay Order").

Objections To Claims

F.    Duplicate Or Amended Claims

20.    During the Debtors' review of the Proofs of Claim, the Debtors determined

that certain of the Proofs of Claim in fact assert duplicate Claims (each, a "Duplicate Claim") for

a single liability.  In some instances, Duplicate Claims arose when a Claimant filed Proofs of

Claim against multiple Debtor entities for the same liability.  In an effort to eliminate the

Duplicate Claims, the Debtors reviewed the Proofs of Claim, the supporting documentation

provided for those Proofs of Claim, and the Debtors' Schedules and Statements to determine

which duplicate claim should be the surviving claim.

21.    Additionally, the Debtors determined that many Claims evidenced by

Proofs of Claim were subsequently amended or superseded by other Proofs of Claim filed by

creditors with respect to the same liabilities (the "Amended Claims").  For instance, many

Amended Claims were filed to amend an amount previously claimed in an earlier Proof of Claim

(the "Original Claim").  Other Amended Claims were filed to amend the classification of part or

all of an earlier Original Claim.

22.    It is axiomatic that creditors are not entitled to multiple recoveries for a

single liability against a debtor.  Accordingly, the Debtors wish to eliminate the Duplicate

Claims.  In addition, the Debtors wish to eliminate from the Debtors' claims register Original

Claims for which Amended Claims were subsequently filed (collectively, the "Duplicate Or

Amended Claims").

12

23.    Set forth on Exhibit A hereto is a list of Claims that the Debtors have

identified as Duplicate Or Amended Claims.  For each Duplicate Or Amended Claim, Exhibit A

classifies a Proof of Claim as either a "Claim To Be Expunged" (the "Expunged Claim") or as a

"Surviving Claim" (the "Surviving Claim").  Generally, the Surviving Claims reflect the

classifications of the liabilities as reflected on the Debtors' Schedules and Statements.[12]  The

Debtors request that the Claims marked as Expunged Claims on Exhibit A be disallowed and

expunged.  With respect to the Claims on Exhibit A marked as Surviving Claims, the Debtors do

not seek any relief at this time.  The inclusion of the Surviving Claims on Exhibit A, however,

does not reflect any view by the Debtors as to the ultimate validity of any such Claims.  The

Debtors therefore expressly reserve all of their rights to further object to any or all of the

Surviving Claims at a later date on any basis whatsoever, except as expressly provided in

paragraph 64 below.

24.    Accordingly, the Debtors (a) object to the Duplicate Or Amended Claims

and (b) seek entry of an order disallowing and expunging the Duplicate Or Amended Claims in

their entirety.

---

[12]    As stated in the Global Notes And Statement Of Limitations, Methodology And Disclaimer Regarding Debtors'
Schedules And Statements (the "Global Notes"), filed as part of the Debtors' Schedules and Statements:

> Certain of the Debtors maintain consolidated books and records.  Specifically, the books and records
> for Exhaust Systems Corporation, Environmental Catalysts LLC, ASEC Manufacturing General
> Partnership [("ASEC Manufacturing")], and ASEC Sales General Partnership [(collectively, the
> "Catalyst Entities")] are maintained in this manner.  The financial information for these entities has
> been consolidated for purposes of the Schedules and Statements and such consolidated financial
> information has been included in the Schedules and Statements of each of [the Catalyst Entities].

Global Notes ¶ 19.  To the extent that claimants filed Proofs of Claim against ASEC Manufacturing and one or
more of the other Catalyst Entities, the Debtors have, for purposes of administrative convenience, retained the
Claim filed against ASEC Manufacturing as the Surviving Claim.  Undoubtedly, despite the consolidation of
the books and records of the Catalyst Entities, claimants should not retain more than one Claim for a single
liability.  Nonetheless, the Debtors expressly reserve all of their rights to re-classify these obligations as
obligations of another Debtor entity at a later date.

G.    Insufficiently Documented Claims

25.    During their Claims review, the Debtors discovered that certain Proofs of

Claim do not include sufficient documentation to support the claim asserted (the "Insufficiently

Documented Claims").  This deficiency in documentation has made it impossible for the Debtors

meaningfully to review the asserted Claims.  Although the Debtors contacted each Claimant

which filed an Insufficiently Documented Claim (other than those Claimants which filed a blank

proof of claim form, which made it impossible to identify a means of contacting such Claimants),

the Debtors received no additional documentation from such Claimants.[13]

26.    The burden of proof to establish a claim against an estate rests on the

claimant and, if a proof of claim does not include sufficient factual support, the proof of claim is

not entitled to a presumption of prima facie validity pursuant to Bankruptcy Rule 3001(f).  In re

WorldCom, Inc., No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) (only

a claim that alleges facts sufficient to support legal liability to claimant satisfies claimant's initial

obligation to file substantiated proof of claim); see also In re Allegheny Intern., Inc., 954 F.2d

167, 174 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to

support claim); In re Chiro Plus, Inc. 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears

initial burden of sufficiently alleging claim and establishing facts to support legal liability); In re

Armstrong Finishing, L.L.C., No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C.

May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it

entitled to have claim considered prima facie valid); In re United Cos. Fin. Corp., 267 B.R. 524,

---

[13]    Claimants which responded to the Debtors' communications and provided additional information are not
included as part of this objection.

527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its

claim to have claim make prima facie case).  As a result of the failure of the Claimants identified

on Exhibits B-1 and B-2 to provide sufficient documentation to permit an understanding of the

basis for their Claims, those Claims do not make out a prima facie case against the Debtors.

       27.    The Insufficiently Documented Claims either (a) fail to assert a Claim, (b)

fail to assert a monetary amount for the Claim, (c) state that there is no outstanding Claim against

the Debtors, and/or (d) contain no documentation in support of the Claim or provide no evidence

of the Debtors' liability for the Claim.  In addition, the Insufficiently Documented Claim listed

on Exhibit B-2 was received by the Debtors after the Bar Date (the "Untimely Insufficiently

Documented Claim").  With respect to the Untimely Insufficiently Documented Claim, the

Debtors also object to that Claim on the basis that it was not timely filed pursuant to the Bar Date

Order.[14]

       28.    Attached hereto as Exhibit B-1 is a list of the Insufficiently Documented

Claims which the Debtors have identified as Claims that do not contain sufficient documentation

to permit an understanding of the basis for the Claim.[15]  Identified on Exhibit B-2 is the

---

[14]    The Bar Date Order provides, in relevant part:

        Any Person or Entity which is required to file a Proof of Claim in these chapter 11 cases but that fails
        to do so in a timely manner on or before the applicable Bar Date shall be forever barred, estopped, and
        enjoined from (a) asserting any Claim against the Debtors that such Person or Entity has that (i) is in
        an amount that exceeds the amount, if any, that is set forth in the Schedules as undisputed, non-
        contingent, and unliquidated or (ii) is of a different nature or in a different classification than as set
        forth in the Schedules (any such Claim referred to as an "Unscheduled Claim") and (b) voting upon,
        or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in
        respect of an Unscheduled Claim, and the Debtors and their property shall be forever discharged from
        any and all indebtedness or liability with respect to such Unscheduled Claim.

    Bar Date Order ¶ 11.

[15]    Certain of the Claims on Exhibits A, B-1, B-2, C-1, C-2, C-3, C-4, D, E, F, G, H, and I may be listed in the
    amount of $0.00.  This reflects the fact that the Claim amounts asserted by the Claimants in those instances is
    unliquidated.

Untimely Insufficiently Documented Claim, which the Debtors have concluded does not contain

sufficient documentation to permit an understanding of the basis for the Claim and, in addition,

was not timely filed pursuant to the Bar Date Order.[16]  Accordingly, the Debtors (a) object to the

Insufficiently Documented Claims and the Untimely Insufficiently Documented Claim and (b)

seek entry of an order disallowing and expunging the Insufficiently Documented Claims and

Untimely Insufficiently Documented Claim in their entirety.  In the event that this Court does not

disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to

further object to the Insufficiently Documented Claims and the Untimely Insufficiently

Documented Claim at a later date on any basis whatsoever.

H.    Claims Not Reflected On The Debtors' Books And Records

        29.    During the Debtors' review of the Proofs of Claim, the Debtors determined

that certain Proofs of Claim assert liabilities or dollar amounts that are not owing pursuant to the

Debtors' books and records (the "Books And Records Claims").  In addition, the Debtors have

determined that certain Proofs of Claim assert liabilities or dollar amounts that are not owing

pursuant to the Debtors' books and records and, in addition, were not timely filed pursuant to the

Bar Date Order (the "Untimely Books And Records Claims").  The Debtors have also

determined that certain Proofs of Claim filed by taxing authorities (the "Tax Claims") also assert

liabilities and dollar amounts that are not owing pursuant to the Debtors' books and records (the

"Books And Records Tax Claims").  The Debtors have also determined that certain Proofs of

Claim filed by taxing authorities assert liabilities or dollar amounts that are not owing pursuant

to the Debtors' books and records and, in addition, were not timely filed pursuant to the Bar Date

---

[16]    The Untimely Insufficiently Documented Claim listed on Exhibit B-2 was not included as part of the Motion
For Order Under Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed,
dated September 29, 2006 (Docket No. 5238) ("Claims Timeliness Motion").

Order (the "Untimely Books And Records Tax Claims").  The Debtors believe that the parties

asserting the Books And Records Claims, the Untimely Books And Records Claims, the Books

And Records Tax Claims, and the Untimely Books And Records Tax Claims are not creditors of

the Debtors.

30.     The bases for determining that the Debtors are not liable for an asserted

Claim include, but are not limited to, the following: (a) the Debtors' books and records do not

reflect the existence of the asserted Claim or of the Claimant asserting such Claim, (b) the

Debtors' books and records reflect that the Claim has been paid pursuant to a prior order of this

Court, (c) the Debtors' books and records reflect that the asserted Claim was properly paid prior

to the commencement of the Debtors' cases, and (d) the Claim constitutes a postpetition liability

that has been paid by the Debtors in the ordinary course of the Debtors' businesses.

31.     A claimant's proof of claim is entitled to the presumption of prima facie

validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the

allegations that is essential to the claim's legal sufficiency.'"  WorldCom, 2005 WL 3832065, at

*4 (quoting Allegheny, 954 F.2d at 174).  Once such an allegation is refuted, "'the burden reverts

to the claimant to prove the validity of the claim by a preponderance of the evidence.'"  Id.

32.     Attached hereto as Exhibit C-1 is a list of the Books And Records Claims

that the Debtors have identified as Claims for which the Debtors are not liable.  Identified on

Exhibit C-2 hereto is a list of the Untimely Books And Records Claims that the Debtors have

identified as Claims for which the Debtors are not liable. Identified on Exhibit C-3 is a list of the

Books And Records Tax Claims that the Debtors have identified as Claims for which the Debtors

are not liable.  Attached hereto as Exhibit C-4 is a list of the Untimely Books And Records Tax

Claims that the Debtors have also identified as Claims for which the Debtors are not liable.[17]

The Debtors object to the Untimely Books And Records Tax Claims not only because the

Debtors have no liability in respect thereof, but also because the Claims were not timely filed

pursuant to the Bar Date Order.[18]  If this Court does not disallow and expunge these Claims in

full, the Debtors expressly reserve all of their rights to further object to any or all of the Books

And Records Claims, the Untimely Books And Records Claims, the Books And Records Tax

Claims, and the Untimely Books And Records Tax Claims at a later date on any basis

whatsoever.

      33.    Accordingly, the Debtors (a) object to the Books And Records Claims, the

Untimely Books And Records Claims, the Books And Records Tax Claims, and the Untimely

Books And Records Tax Claims and (b) seek entry of an order disallowing and expunging the

Books And Records Claims, the Untimely Books And Records Claims, the Books And Records

Tax Claims, and the Untimely Books And Records Tax Claims in their entirety.

I.    <u>Untimely Claim</u>

      34.    During the Debtors' review of the Proofs of Claim, the Debtors determined

that a certain Proof of Claim was received by the Debtors after the Bar Date (the "Untimely

Claim").  The Debtors object to such Untimely Claim on the basis that it was not timely filed

pursuant to the Bar Date Order.  The Untimely Claim is identified on <u>Exhibit D</u> hereto.

---

[17]   The Untimely Books And Records Tax Claims listed on <u>Exhibit C-4</u> hereto were not included as part of the Claims Timeliness Motion.

[18]   See Bar Date Order cited <u>supra</u> note 14.

Accordingly, the Debtors (a) object to the Untimely Claim[19] and (b) seek entry of an order

disallowing and expunging the Untimely Claim.

J.    Claims Subject To Modification

      35.    During the Debtors' review of the Proofs of Claim, the Debtors have

determined that certain Claims (a) state the incorrect amount or are overstated, including as a

result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against

the wrong Debtors, and/or (c) incorrectly assert secured or priority status (collectively, the

"Claims Subject To Modification").

      36.    Although in this Twentieth Omnibus Claims Objection the Debtors do not

seek to disallow and expunge the Claims Subject To Modification, based on an initial review, the

Debtors have determined that their liability with respect to each such Claim does not exceed the

dollar amount set forth on Exhibit E hereto.  Moreover, in some cases, the Debtors have

determined that such Claims should be reclassified in the manner set forth on Exhibit E hereto.

Finally, in some cases, the Debtors have determined that such Claims should be asserted against

a different Debtor entity, as indicated on Exhibit E hereto by a change in the applicable case

number.  The bases for placing a Claim in the Claims Subject To Modification category of

objection include, but are not limited to, the following: the asserted Claim (a) does not account

for amounts that may have been paid or credited against such Claim prior to the commencement

of these cases, (b) may include postpetition liabilities, (c) does not account for amounts that may

have been paid or credited against such Claim following the commencement of these cases, (d)

was docketed and filed against the wrong Debtor entity, and/or (e) is misclassified as a priority

or secured claim.  Thus, the Debtors seek to (i) convert the amount of each Claim Subject To

---

[19]    The Untimely Claim listed on Exhibit E hereto was not included as part of the Claims Timeliness Motion.

Modification to a fully liquidated, U.S. dollar-denominated amount consistent with the Debtors'

books and records and/or the liquidated amount requested by the Claimant (thus eliminating the

unliquidated component), as appropriate, (ii) change the identity of the Debtor against which the

Claim is asserted, and/or (iii) appropriately reclassify the Claim.

37.    As stated above, a Claimant's Proof of Claim is entitled to the presumption

of prima facie validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at

least one of the allegations that is essential to the claim's legal sufficiency.'"  WorldCom, 2005

WL 3832065, at *4 (quoting Allegheny, 954 F.2d at 174).  As with the unsubstantiated Claims,

the Debtors' books and records refute that the claims asserted in each Claim Subject To

Modification are actually owed by any of the Debtors.

38.    Set forth on Exhibit E hereto is a list of Claims Subject To Modification

that the Debtors believe should be modified solely to assert a properly classified, fully liquidated

claim amount against a different Debtor than the one identified by the Claimant.  For each Claim

Subject To Modification, Exhibit E reflects the amount, classification, and Debtor asserted in the

Claimant's Proof of Claim in a column titled "Claim As Docketed,"[20] and the proposed modified

dollar amount and classification for the Claim and the Debtor against which the Claim should be

asserted, in a column titled "Claim As Modified."

39.    The Debtors object to the amount, classification, and/or identity of the

Debtor for each Claim Subject To Modification listed on Exhibit E and request that each such

Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As

Modified" column of Exhibit E.  Thus, no Claimant listed on Exhibit E would be entitled to (a)

recover for any Claim Subject To Modification in an amount exceeding the dollar value listed as

---

[20]    The Asserted Claim Amount on Exhibits E, F, G, H, I, and J reflects only asserted liquidated claims.

20

the "Modified Total" for such Claim on <u>Exhibit E</u>, (b) assert a classification that is inconsistent

with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor

other than that whose case number is listed in the "Claim As Modified" column on <u>Exhibit E</u>,

subject to the Debtors' right to further object to each such Claim Subject To Modification.  For

clarity, <u>Exhibit E</u> refers to the Debtor entities by case number and <u>Exhibit J</u> displays the formal

name of nine Debtor entities and their associated bankruptcy case numbers referenced in

<u>Exhibit E</u>.

   40. The inclusion of the Claims Subject To Modification on <u>Exhibit E</u>,

however, does not reflect the Debtors' view as to the ultimate validity of any such Claim.  The

Debtors therefore expressly reserve all of their rights to further object to any or all of the Claims

Subject To Modification at a later date on any basis whatsoever.

   41. Accordingly, the Debtors (a) object to the asserted amount, classification,

and/or identity of the Debtor for each Claim Subject To Modification and (b) seek an order

modifying the Claims Subject To Modification to reflect the Modified Total, classification for

the Claim, and/or the Debtor against which such Claim should be asserted, as set forth on

<u>Exhibit E</u>.

K. <u>Tax Claims Subject To Modification</u>

   42. In addition, the Debtors have also determined that certain Proofs of Claim

filed by taxing authorities (a) are overstated and/or (b) incorrectly assert secured or priority status

(collectively, the "Tax Claims Subject To Modification").

   43. Set forth on <u>Exhibit F</u> hereto is a list of Tax Claims Subject To

Modification that the Debtors believe should be modified solely to assert a properly classified,

fully liquidated claim amount.  For each Tax Claim Subject To Modification, <u>Exhibit F</u> reflects

the amount, classification, and Debtor asserted in the Proof of Claim in a column titled "Claim

21

As Docketed" and the proposed modified dollar amount and classification which the Tax Claim

should be asserted in a column titled "Claim As Modified."

44.    The Debtors object to the amount and/or classification for each Tax Claim

Subject To Modification listed on Exhibit F and request that each such Claim be revised to

reflect the amount and classification listed in the "Tax Claim As Modified" column of Exhibit F.

Thus, no Claimant listed on Exhibit F would be entitled to (a) recover for any Tax Claim Subject

To Modification in an amount exceeding the dollar value listed as the "Modified Total" for such

Claim on Exhibit F, and/or (b) asserts a classification that is inconsistent with that listed in the

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor other than that whose

case number is listed in the "Claim As Modified" column on Exhibit F, subject to the Debtors'

right to further object to each such Tax Claim Subject To Modification.

45.    Accordingly, the Debtors (a) object to the asserted amount and/or the

classification for each Tax Claim Subject To Modification and (b) seek an order modifying the

Tax Claims Subject To Modification to reflect the Modified Total and/or classification, as set

forth on Exhibit F.

L.    Modified Claims Asserting Reclamation

46.    In addition, the Debtors have also determined that certain Claims (the

"Modified Claims Asserting Reclamation") (a)(i) state the incorrect amount or are overstated,

including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and

docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b)

assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter

agreement whereby the Debtors and the Claimant agreed upon the valid amount of the

reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors'

determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each,

22

a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation

Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses")

with respect to the reclamation demand are valid.

47.    Set forth on Exhibit G hereto is a list of Modified Claims Asserting

Reclamation that the Debtors believe should be modified solely to assert a properly classified,

fully liquidated claim amount against the appropriate Debtor.  For each Modified Claim

Asserting Reclamation, Exhibit G reflects the amount, classification, and Debtor asserted in the

Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar

amount and classification for Modified Claim Asserting Reclamation, and the Debtor against

which such Claim should be asserted, in a column titled "Claim As Modified."

48.    The Debtors object to the amount, classification, and/or identity of the

Debtor for each Modified Claim Asserting Reclamation listed on Exhibit G and request that each

such Claim be revised to reflect the amount, classification, and identity of the Debtor listed in the

"Claim As Modified" column of Exhibit G.  Thus, no Claimant listed on Exhibit G would be

entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount exceeding

the dollar value listed as the "Modified Total" for such Claim on Exhibit G, unless the Debtors

obtain an order of this Court providing that any Reserved Defense is valid and denying priority

status to such Claimant's reclamation demand, or (b) assert a classification that is inconsistent

with that listed in the "Claim As Modified" column, or (c) assert a Claim against a Debtor whose

case number is not listed in the "Claim As Modified" column on Exhibit G, subject to the

Debtors' right to further object to each such Modified Claim Asserting Reclamation.  For clarity,

23

Exhibit G refers to the Debtor entities by case number and Exhibit J displays the formal name of

nine Debtor entities and their associated bankruptcy case numbers referenced in Exhibit G.

49.    Accordingly, the Debtors (a) object to the amount, classification, and/or

identity of the Debtor for the Modified Claims Asserting Reclamation and (b) seek an order

modifying the Modified Claims Asserting Reclamation to reflect the Modified Total,

classification, and/or identity of the Debtor against which such Claim should be asserted, as set

forth on Exhibit G.

M.    Consensually Modified And Reduced Tort Claims

50.    In addition, the Debtors have reached agreements with certain Claimants

that their Proofs of Claim asserting certain tort liabilities (the "Tort Claims") should be reduced

and/or fully liquidated and, in one case, the identity of the Debtor against which the Tort Claim

is asserted should be changed (collectively, the "Consensually Modified And Reduced Tort

Claims").

51.    The Debtors do not seek to disallow and expunge the Consensually

Modified And Reduced Tort Claims.  The Debtors have determined that their liability with

respect to each such Claim does not exceed the dollar amount set forth in the column titled

"Claim As Modified" on Exhibit H hereto.  Moreover, the Debtors have determined that all such

Claims should be asserted against Delphi Automotive Systems LLC ("DAS LLC"), as indicated

on Exhibit H hereto.  Thus, the Debtors seek to (i) convert the amount of each Consensually

Modified And Reduced Tort Claim to a fully liquidated, U.S. dollar-denominated amount and, as

appropriate, and (ii) change the identity of the Debtor for which the Claim is asserted to DAS

LLC.

52.    Set forth on Exhibit H hereto is a list of Consensually Modified And

Reduced Tort Claims that the Debtors believe should be modified solely to assert a properly

classified, fully liquidated claim amount against DAS LLC.  For each Consensually Modified

And Reduced Tort Claim, Exhibit H reflects the amount, classification, and Debtor asserted in

the Claimant's Proof of Claim in a column titled "Claim As Docketed" and the proposed

modified dollar amount and the Debtor against which the Claim should be asserted, in a column

titled "Claim As Modified."

53.    The Debtors object to the amount and/or identity of the Debtor for each

Consensually Modified And Reduced Tort Claim listed on Exhibit H and request that each such

Claim be revised to reflect the amount and Debtor listed in the "Claim As Modified" column of

Exhibit H.  Thus, no Claimant listed on Exhibit H would be entitled to (a) recover for any

Consensually Modified And Reduced Tort Claim in an amount exceeding the dollar value listed

as the "Modified Total" for such Claim on Exhibit H, (b) assert a classification that is

inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against

a Debtor other than DAS LLC.  For clarity, Exhibit H refers to the Debtor entities by case

number and Exhibit J displays the formal name of nine Debtor entities and their associated

bankruptcy case numbers referenced in Exhibit H.

54.    Accordingly, the Debtors (a) object to the amount and/or identity of the

Debtor for the Consensually Modified And Reduced Tort Claims and (b) seek an order

modifying the Consensually Modified And Reduced Tort Claims to reflect the Modified Total

and that DAS LLC is the correct Debtor entity against which such Claims should be asserted, as

set forth on Exhibit I.

N.    Lift Stay Procedures Claims Subject To Modification

55.    Finally, the Debtors have reached agreements with certain personal injury

Claimants that their Proofs of Claim should be reduced and/or fully liquidated pursuant to the

25

Lift Stay Procedures Order (collectively, the "Lift Stay Procedures Claims Subject To Modification").

56.    The Debtors do not seek to disallow and expunge the Lift Stay Procedures Claims Subject To Modification.  The Debtors have determined that their liability with respect to each such Claim does not exceed the dollar amount set forth in the column titled "Claim As Modified" on Exhibit I hereto.  Thus, the Debtors seek to convert the amount of each Lift Stay Procedures Claims Subject To Modification to a fully liquidated, U.S. dollar-denominated amount.

57.    Set forth on Exhibit I hereto is a list of Lift Stay Procedures Claims Subject To Modification that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount.  For each Lift Stay Procedures Claims Subject To Modification, Exhibit I reflects the amount, classification, and Debtor asserted in the Claimant's Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar amount which the Claim should be asserted, in a column titled "Claim As Modified."

58.    The Debtors object to the amount for each Lift Stay Procedures Claims Subject To Modification listed on Exhibit I and request that each such Claim be revised to reflect the amount listed in the "Claim As Modified" column of Exhibit I.  Thus, no Claimant listed on Exhibit I would be entitled to (a) recover for any Lift Stay Procedures Claims Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit I, (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit I.

26

59.     Accordingly, the Debtors (a) object to the amount of the Lift Stay

Procedures Claims Subject To Modification and (b) seek an order modifying the Lift Stay

Procedures Claims Subject To Modification to reflect the Modified Total, as set forth on

Exhibit I.

Separate Contested Matters

60.     Pursuant to the Claims Objection Procedures Order, to the extent that a

response is filed with respect to any Claim listed in this Twentieth Omnibus Claims Objection,

each such Claim and the objection to such Claim asserted in this Twentieth Omnibus Claims

Objection will be deemed to constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014.  Pursuant to the Claims Objection Procedures Order, any order entered

by the Court with respect to an objection asserted in this Twentieth Omnibus Claims Objection

will be deemed a separate order with respect to each Claim.

Reservation Of Rights

61.     The Debtors expressly reserve the right to amend, modify, or supplement

this Twentieth Omnibus Claims Objection and to file additional objections to the Proofs of Claim

or any other Claims (filed or not) which may be asserted against the Debtors, including without

limitation the right to object to any Claim on the basis that it has been asserted against the wrong

Debtor entity.  Should one or more of the grounds for objection stated in this Twentieth Omnibus

Claims Objection be dismissed, the Debtors reserve their rights to object on other stated grounds

or on any other grounds that the Debtors discover during the pendency of these cases.  In

addition, the Debtors reserve the right to seek further reduction of any Claim to the extent that

such Claim has been paid.

<u>Responses To Objections</u>

62.     Responses to the Twentieth Omnibus Claims Objection are governed by
the provisions of the Claims Objection Procedures Order.  The following summarizes the
provisions of that Order, but is qualified in all respects by the express terms thereof.

O.     <u>Filing And Service Of Responses</u>

63.     To contest an objection, responses (each, a "Response"), if any, to the
Twentieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and
the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance
with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing
system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk
(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based
word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court
for the Southern District of New York, One Bowling Green, Room 632, New York, New York
10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098
(Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom
LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,
John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00
p.m. (prevailing Eastern time) on September 20, 2007.**

P.     <u>Contents Of Responses</u>

64.     Every Response to this Twentieth Omnibus Claims Objection must
contain at a minimum the following:

(a)     the title of the claims objection to which the Response is directed;

28

(b)    the name of the Claimant and a brief description of the basis for the amount of the Claim;

(c)    a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

(d)    unless already set forth in the Proof of Claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant must disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the Claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

Q.    Timely Response Required

65.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors request that this Court conduct a final hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Twentieth Omnibus Claims Objection.

66.    Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose Proof of Claim is subject to the Twentieth Omnibus Claims Objection and who is served with the Twentieth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures

29

Order, the Debtors may present to the Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in the Twentieth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Hearing Procedures Order.

   67. To the extent that a Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or partially unliquidated and (b) provides the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), pursuant to the Claims Objection Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code, by providing notice as described more fully in the Claims Objection Procedures Order.

Replies To Responses

   68. Replies to any Responses will be governed by the Claims Objection Procedures Order.

30

Service Of Twentieth Omnibus Claims Objection Order

69.     Service of any order with regard to this Twentieth Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

70.     Questions about this Twentieth Omnibus Claims Objection or requests for

additional information about the proposed disposition of Claims hereunder should be directed to

the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-5305, or in

writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Questions regarding the amount of a Claim or the filing of a Claim should be directed to the

Claims Agent at 1-888-249-2691 or www.delphidocket.com.  Claimants should not contact the

Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

71.     Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418), and

the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,

9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And

(II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089).  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

72.     Pursuant to the Claims Objection Procedures Order, the Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Twentieth Omnibus Claims Objection with a personalized Notice Of Objection To Claim which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A, B-1, B-2, C-1, C-2, C-3, C-4, and D, is attached hereto as Exhibit K.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits E, F, G, H, and I is attached hereto as Exhibit L. Claimants will receive a copy of this Twentieth Omnibus Claims Objection without Exhibits A through J hereto.  Claimants will nonetheless be able to review Exhibits A through J hereto free of charge by accessing the Debtors' Legal Information Website (www.delphidocket.com).  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

## Memorandum Of Law

73.     Because the legal points and authorities upon which this objection relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

WHEREFORE the Debtors respectfully request that the Court enter an order (a) granting the relief requested herein and (b) granting the Debtors such other and further relief as is just.

Dated:   New York, New York
         August 24, 2007

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP

                                        By:   /s/ John Wm. Butler, Jr.
                                              John Wm. Butler, Jr. (JB 4711)
                                              John K. Lyons (JL 9331)
                                              Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois 60606

                                              - and -

                                        By:   /s/ Kayalyn A. Marafioti
                                              Kayalyn A. Marafioti (KM 9632)
                                              Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036

                                        Attorneys for Delphi Corporation, et al.,
                                           Debtors and Debtors-in-Possession

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim Number: 15299 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | | Claim Number: 14645 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/31/2006 | | | Date Filed: 07/31/2006 | |
| Creditor's Name and Address: | Secured: $389,277.00 | | Creditor's Name and Address: | Secured: $3,184,562.00 |
| | Priority | | | Priority |
| AI SHREVEPORT LLC | Administrative: | | ANDROID INDUSTRIES LLC | Administrative: |
| 40950 WOODWARD AVE STE 100 | Unsecured: | | 40950 WOODWARD AVE STE 100 | Unsecured: |
| BLOOMFIELD HILLS, MI 48304 | | | BLOOMFIELD HILLS, MI 48304 | |
| | Total: $389,277.00 | | | Total: $3,184,562.00 |

| | | | | |
|---|---|---|---|---|
| Claim Number: 16618 | Debtor: DELPHI CORPORATION (05-44481) | | Claim Number: 16493 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/02/2007 | | | Date Filed: 01/22/2007 | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: |
| | Priority $122.24 | | | Priority $18,144.44 |
| ALLEN COUNTY IN | Administrative: | | ALLEN COUNTY IN TREASURER | Administrative: |
| ONE E MAIN ST RM 100 | Unsecured: | | TREASURER OF ALLEN COUNTY | Unsecured: |
| FORT WAYNE, IN 46802 | | | ONE E MAIN ST RM 100 | |
| | | | FORT WAYNE, IN 46802 | |
| | Total: $122.24 | | | Total: $18,144.44 |

| | | | | |
|---|---|---|---|---|
| Claim Number: 16619 | Debtor: DELPHI CORPORATION (05-44481) | | Claim Number: 16493 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/02/2007 | | | Date Filed: 01/22/2007 | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: |
| | Priority $17,847.03 | | | Priority $18,144.44 |
| ALLEN COUNTY IN | Administrative: | | ALLEN COUNTY IN TREASURER | Administrative: |
| PO BOX 2540 | Unsecured: | | TREASURER OF ALLEN COUNTY | Unsecured: |
| FORT WAYNE, IN 46801 | | | ONE E MAIN ST RM 100 | |
| | | | FORT WAYNE, IN 46802 | |
| | Total: $17,847.03 | | | Total: $18,144.44 |

| | | | | |
|---|---|---|---|---|
| Claim Number: 127 | Debtor: DELPHI CORPORATION (05-44481) | | Claim Number: 15664 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 10/24/2005 | | | Date Filed: 07/31/2006 | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: |
| | Priority | | | Priority |
| DUN & BRADSTREET | Administrative: | | DUN & BRADSTREET | Administrative: |
| ATTN WENDY FINNEGAN | Unsecured: $91,461.50 | | PO BOX 5126 | Unsecured: $103,442.63 |
| PO BOX 5126 | | | TIMONIUM, MD 21094 | |
| TIMONIUM, MD 21094 | | | | |
| | Total: $91,461.50 | | | Total: $103,442.63 |

| | | | | |
|---|---|---|---|---|
| Claim Number: 16625 | Debtor: DELPHI CORPORATION (05-44481) | | Claim Number: 4733 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/13/2007 | | | Date Filed: 05/04/2006 | |
| Creditor's Name and Address: | Secured: $331.57 | | Creditor's Name and Address: | Secured: $432.23 |
| | Priority | | | Priority |
| MARION COUNTY TAX COLLECTOR OFFICE | Administrative: | | MARION COUNTY TAX COLLECTOR | Administrative: |
| PO BOX 970 | Unsecured: | | PO BOX 970 | Unsecured: |
| OCALA, FL 34478-0970 | | | OCALA, FL 34478-0970 | |
| | Total: $331.57 | | | Total: $432.23 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

## EXHIBIT A - DUPLICATE AND AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 9684 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 16609 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/17/2006 | | Date Filed: 06/04/2007 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| PRECISION RESOURCE KENTUCKY DIVISION | Priority: | PRECISION RESOURCE INC KY DIV | Priority: |
| PO BOX 30375 | Administrative: | 25 FOREST PARKWAY | Administrative: |
| HARTFORD, CT 06150 | Unsecured: $143,262.13 | SHELTON, CT 06484 | Unsecured: $193,633.16 |
| | Total: $143,262.13 | | Total: $193,633.16 |
| Claim Number: 9363 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 16620 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/05/2006 | | Date Filed: 07/02/2007 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| STATE OF WISCONSIN DEPARTMENT OF REVENUE | Priority: $493,781.97 | STATE OF WISCONSIN DEPARTMENT OF REVENUE | Priority: |
| PO BOX 8901 | Administrative: | PO BOX 8901 | Administrative: |
| MADISON, WI 53708-8901 | Unsecured: $733,539.81 | MADISON, WI 53708-8901 | Unsecured: $4,528.25 |
| | Total: $1,227,321.78 | | Total: $4,528.25 |

Total Claims to be Expunged: 7

Total Asserted Amount to be Expunged: $1,869,623.25

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDUSTRIAL DISTRIBUTION GROUP 3100 FARMTRAIL RD YORK, PA 17402 | 1501 | Secured: Priority: Administrative: Unsecured: Total: | $11,418.78 $11,418.78 | 01/10/2006 | DELPHI CORPORATION (05-44481) |
| OLDE TOWN EXPRESS C O MICKY ONKS PO BOX 833 JONESBOROUGH, TN 37659 | 3703 | Secured: Priority: Administrative: Unsecured: Total: | $1,026.75 $1,026.75 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS AG SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 2571 | Secured: Priority: Administrative: Unsecured: Total: | $30,556.80 $30,556.80 | 04/06/2006 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 208 | Secured: Priority: Administrative: Unsecured: Total: | $750.00 $750.00 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 214 | Secured: Priority: Administrative: Unsecured: Total: | $2,780.65 $2,780.65 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| Total: | 5 | | $46,532.98 | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIE C PEAVEY<br>336 LEXINGTON AVE<br>DAYTON, OH 45407-2044 | 16623 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/10/2007 | DELPHI CORPORATION (05-44481) |
| | **Total:** **1** | | **UNL** | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACCESS ELECTRONICS INC<br>4190 GROVE AVE<br>GURNEE, IL 60031 | 10399 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$67,970.98<br>$67,970.98 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE DORAN HAULING AND RIGGING CO<br>PO BOX 632496<br>CINCINNATI, OH 45263-2496 | 2946 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$592.89<br>$592.89 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| ANDROID INDUSTRIES LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | 14645 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,184,562.00<br><br><br><br>$3,184,562.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBELLO INVESTORS LLC<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| DELPHI CORP DERIVATIVELY BY SHAWN DANGERFIELD<br>AMBER L ECK<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS<br>655 W BROADWAY STE 1900<br>SAN DIEGO, CA 92101 | 14763 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$100,000,000.00<br><br><br>$100,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ESSEX GROUP INC<br>1601 WALL ST<br>FORT WAYNE, IN 46801-1601 | 11530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $795,196.61<br>UNL<br><br>UNL<br>$795,196.61 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FCI AUSTRIA GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | 14042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$711.42<br>$711.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                    Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FEDERAL MOGUL CORPORATION 26555 NORTHWESTERN HWY SOUTHFIELD, MI 48034 | 1111 | Secured: Priority: Administrative: Unsecured: Total: | $1,952,349.57 $1,952,349.57 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| FRANKENMUTH MUTAL INSURANCE GROUP PO BOX 1988 MONTGOMERY, AL 36102 | 1089 | Secured: Priority: Administrative: Unsecured: Total: | $167,224.87 $167,224.87 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC CAPITAL CORP ATTN URI SKY C O GE CAPITAL SOLUTIONS VENDOR FINANCE 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS, IA 52404 | 15452 | Secured: Priority: Administrative: Unsecured: Total: | $651,626.18 $651,626.18 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GREAT LAKES MECHANICAL INC GREAT LAKES SERVICE GROUP 3821 MAPLE ST DEARBORN, MI 48126 | 7350 | Secured: Priority: Administrative: Unsecured: Total: | $4,588.00 $4,588.00 | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| GUIDE CORPORATION 600 CORPORATION DRIVE PENDLETON, IN 46064 | 14070 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| IOTA INVESTORS LLC WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11890 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MARILYN R RICH 4193 NW 60TH CIRCLE BOCA RATON, FL 33486 | 11131 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MORRIS CANTOR LUKASIK DOLCE & PANEPINTO PC ATTORNEYS FOR PLAINTIFF 1000 LIBERTY BLDG BUFFALO, NY 14202 | 10489 | Secured: Priority: Administrative: Unsecured: Total: | $66,666.66 $66,666.66 | 07/24/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                          **Twentieth Omnibus Claims Objection**

Case No. 05-44481 (RDD)

## EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEAL C FOLCK<br>JAMES R GREENE III & ASSOCIATES<br>LIBERTY TOWER STE 900<br>120 WEST SECOND ST<br>DAYTON, OH 45402 | 14805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,000.00<br><br><br>$10,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEW YORK STATE DEPARTMENT<br>OF HEALTH<br>NYS OFFICE OF THE ATTORNEY<br>GENERAL<br>120 BROADWAY<br>NEW YORK, NY 10271 | 1879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$619.08<br>$619.08 | 02/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| NIAGARA MOHAWK<br>PO BOX 5026<br>BUFFALO, NY 14205 | 567 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,223.30<br>$77,223.30 | 11/14/2005 | DELPHI CORPORATION<br>(05-44481) |
| PIEDMONT NATURAL GAS<br>COMPANY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | 2108 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$81.59<br>$81.59 | 02/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| PLAINTIFF CLASS IN BERNSTEIN V<br>DELPHI TRUST I ET AL IN RE<br>DELPHI SECURITIES DERIVATIVE &<br>ERISA LITIG<br>C O KANTROWITZ GOLDHAMER &<br>GRAIFMAN PC<br>747 CHESTNUT RIDGE RD<br>CHESTNUT RIDGE, NY 10977 | 14298 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$250,000,000.00<br>$250,000,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 6668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,000,000.00<br><br><br>$2,000,000.00 | 05/23/2006 | DELPHI MECHATRONIC<br>SYSTEMS, INC (05-44567) |
| ROSS MARION AND WILLIAM<br>FRANK D ALLEN ESQ<br>ONE CENTENNIAL SQUARE<br>PO BOX 3000<br>HADDONFIELD, NJ 08033-0968 | 7594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$250,000.00<br>$250,000.00 | 06/07/2006 | DELPHI CORPORATION<br>(05-44481) |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                    **Twentieth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC BARNES & THORNBURG LLP 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 2174 | Secured: Priority: Administrative: Unsecured: Total: | $234,500.00 $234,500.00 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VERIZON NORTH INC 404 BROCK DR BLOOMINGTON, IL 61701 | 2340 | Secured: Priority: Administrative: Unsecured: Total: | $5,083.55 $5,083.55 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11889 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD CATALYST INVESTORS LLC WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11891 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD SPECTRUM TRADING LTD WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11888 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

**Total:    27                    $359,468,996.70**

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSE C ALFARO AND MARTHA ALFARO<br>1301 OAK ST<br>HAYS, KS 67601 | 16471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 01/04/2007 | DELPHI CORPORATION (05-44481) |
| TOWER AUTOMOTIVE INC<br>200 E RANDOLPH DR<br>CHICAGO, IL 60601 | 16573 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 03/14/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$500,000.00** | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-3 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY CADILLAC PL 3030 W GRAND BLVD STE 10 200 DETROIT, MI 48202 | 9272 | Secured: Priority: Administrative: Unsecured: Total: | $5,731,238.42 $5,731,238.42 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| WISCONSIN DEPARTMENT OF REVENUE 2135 RIMROCK RD MADISON, WI 53713 | 8233 | Secured: Priority: Administrative: Unsecured: Total: | $8,556,645.87 $8,556,645.87 | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 2 | | $14,287,884.29 | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-4 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16546 | Secured: Priority: Administrative: Unsecured: Total: | $1,158,884.07 $1,158,884.07 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF WISCONSIN DEPARTMENT OF REVENUE PO BOX 8901 MADISON, WI 53708-8901 | 16620 | Secured: Priority: Administrative: Unsecured: Total: | $4,528.25 $4,528.25 | 07/02/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 2 | | $1,163,412.32 | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                              **Twentieth Omnibus Claims Objection**

Case No. 05-44481 (RDD)

## EXHIBIT D - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEED STEEL COMPANY<br>228 SAWYER AVE<br>TONAWANDA, NY 14150 | 16566 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,453.62<br>$1,453.62 | 03/06/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$1,453.62** | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10118<br>Date Filed: 07/21/2006<br>Docketed Total: $ 194,813.34<br>Filing Creditor Name and Address:<br>  AAVID THERMALLOY LLC<br>  1 EAGLE SQ STE 509<br>  CONCORD, NH 03301 | Claim Holder Name and Address<br><br>AAVID THERMALLOY LLC<br>1 EAGLE SQ STE 509<br>CONCORD, NH 03301 | | Docketed Total: | **$194,813.34** | | | Modified Total: | **$193,811.34** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$194,813.34<br><br>**$194,813.34** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$193,811.34<br><br>**$193,811.34** |
| Claim: 16469<br>Date Filed: 12/28/2006<br>Docketed Total: $ 48,533.56<br>Filing Creditor Name and Address:<br>  ACE RENT A CAR INC<br>  5773 W WASHINGTON ST<br>  INDIANAPOLIS, IN 46241 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$48,533.56** | | | Modified Total: | **$39,769.63** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,533.56<br><br>**$48,533.56** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$39,769.63<br><br>**$39,769.63** |
| Claim: 7702<br>Date Filed: 06/09/2006<br>Docketed Total: $ 41,500.23<br>Filing Creditor Name and Address:<br>  ADT SECURITY SERVICES<br>  14200 E EXPOSITION AVE<br>  AURORA, CO 80012 | Claim Holder Name and Address<br><br>ADT SECURITY SERVICES<br>14200 E EXPOSITION AVE<br>AURORA, CO 80012 | | Docketed Total: | **$41,500.23** | | | Modified Total: | **$20,269.57** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$41,500.23<br><br>**$41,500.23** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$20,269.57<br><br>**$20,269.57** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 14277<br>Date Filed: 07/31/2006<br>Docketed Total: $ 88,154.71<br>Filing Creditor Name and Address:<br>AIRGAS SOUTHWEST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087 | **Claim Holder Name and Address**<br><br>AIRGAS SOUTHWEST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087 | Docketed Total:  **$88,154.71** | | Modified Total:  **$82,016.97** |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| CLAIM AS DOCKETED | 05-44481 | | | $88,154.71 |
| | | | | **$88,154.71** |
| CLAIM AS MODIFIED | 05-44640 | | | $82,016.97 |
| | | | | **$82,016.97** |

| Claim: 2593<br>Date Filed: 04/10/2006<br>Docketed Total: $ 92,815.91<br>Filing Creditor Name and Address:<br>AMERICAN MESSAGING<br>32255 NORTHWESTERN HWY<br>STE 143<br>FARMINGTON HILLS, MI 48334 | **Claim Holder Name and Address**<br><br>AMERICAN MESSAGING<br>32255 NORTHWESTERN HWY<br>STE 143<br>FARMINGTON HILLS, MI 48334 | Docketed Total:  **$92,815.91** | | Modified Total:  **$84,526.00** |
|---|---|---|---|---|

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| CLAIM AS DOCKETED | 05-44481 | | | $92,815.91 |
| | | | | **$92,815.91** |
| CLAIM AS MODIFIED | 05-44640 | | | $84,526.00 |
| | | | | **$84,526.00** |

| Claim: 10716<br>Date Filed: 07/25/2006<br>Docketed Total: $ 693,692.38<br>Filing Creditor Name and Address:<br>AMPHENOL CORP AMPHENOL RF<br>4 OLD NEWTON RD<br>DANBURY, CT 06810 | **Claim Holder Name and Address**<br><br>AMPHENOL CORP AMPHENOL RF<br>4 OLD NEWTON RD<br>DANBURY, CT 06810 | Docketed Total:  **$693,692.38** | | Modified Total:  **$687,494.02** |
|---|---|---|---|---|

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| CLAIM AS DOCKETED | 05-44624 | | | $693,692.38 |
| | | | | **$693,692.38** |
| CLAIM AS MODIFIED | 05-44624 | | | $687,494.02 |
| | | | | **$687,494.02** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7837<br>Date Filed: 06/12/2006<br>Docketed Total: $ 152,445.85<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF DERINGER MPG CO<br>INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$152,445.85** | | Modified Total: | | **$143,532.08** |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$152,445.85 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$143,532.08 |
| | | | | **$152,445.85** | | | | **$143,532.08** |
| Claim: 10058<br>Date Filed: 07/20/2006<br>Docketed Total: $ 13,388.20<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF MOONEY<br>GENERAL PAPER CO<br>ATTN DAVID S LEINARD<br>535 MADISON AVE 15TH FLOOR<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$13,388.20** | | Modified Total: | | **$10,022.40** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,388.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,022.40 |
| | | | | **$13,388.20** | | | | **$10,022.40** |
| Claim: 8967<br>Date Filed: 07/05/2006<br>Docketed Total: $ 441.26<br>Filing Creditor Name and Address:<br>B AND T EXPRESS<br>9039 W KELLY RD<br>LAKE CITY, MI 49651 | Claim Holder Name and Address<br><br>B AND T EXPRESS<br>9039 W KELLY RD<br>LAKE CITY, MI 49651 | Docketed Total: | | **$441.26** | | Modified Total: | | **$302.90** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$441.26 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$302.90 |
| | | | | **$441.26** | | | | **$302.90** |
| Claim: 11459<br>Date Filed: 07/27/2006<br>Docketed Total: $ 156,246.02<br>Filing Creditor Name and Address:<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062 | Claim Holder Name and Address<br><br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062 | Docketed Total: | | **$156,246.02** | | Modified Total: | | **$156,246.02** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$156,246.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$156,246.02 |
| | | | | **$156,246.02** | | | | **$156,246.02** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1415**
Date Filed: 12/30/2005
Docketed Total: $ 6,421.37
Filing Creditor Name and Address:
BALZERS INC
2511 TECHNOLOGY DR STE 114
ELGIN, IL 60123

Claim Holder Name and Address
BALZERS INC
2511 TECHNOLOGY DR STE 114
ELGIN, IL 60123

Docketed Total: **$6,421.37**

Modified Total: **$4,805.65**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,421.37 | 05-44481 | | | $4,805.65 |
| | | | **$6,421.37** | | | | **$4,805.65** |

**Claim: 9881**
Date Filed: 07/19/2006
Docketed Total: $ 54,725.45
Filing Creditor Name and Address:
BROWN & SHARPE INC
BROWN & SHARPE MFG CP
200 FRENCHTOWN RD
NORTH KINGSTOWN, RI 02852

Claim Holder Name and Address
BROWN & SHARPE INC
BROWN & SHARPE MFG CP
200 FRENCHTOWN RD
NORTH KINGSTOWN, RI 02852

Docketed Total: **$54,725.45**

Modified Total: **$54,725.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,725.45 | 05-44640 | | | $54,725.45 |
| | | | **$54,725.45** | | | | **$54,725.45** |

**Claim: 2404**
Date Filed: 03/27/2006
Docketed Total: $ 24,380.00
Filing Creditor Name and Address:
CAMBRON ENGINEERING INC
3800 WILDER RD
BAY CITY, MI 48706

Claim Holder Name and Address
CAMBRON ENGINEERING INC
3800 WILDER RD
BAY CITY, MI 48706

Docketed Total: **$24,380.00**

Modified Total: **$23,358.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $24,380.00 | 05-44640 | | | $23,358.00 |
| | | | **$24,380.00** | | | | **$23,358.00** |

**Claim: 1673**
Date Filed: 01/26/2006
Docketed Total: $ 7,962.38
Filing Creditor Name and Address:
CANON BUSINESS SOLUTIONS
EAST
1250 VALLEY BROOK AVE
LYNDHURST, NJ 07071

Claim Holder Name and Address
CANON BUSINESS SOLUTIONS EAST
1250 VALLEY BROOK AVE
LYNDHURST, NJ 07071

Docketed Total: **$7,962.38**

Modified Total: **$7,962.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,962.38 | 05-44618 | | | $7,962.38 |
| | | | **$7,962.38** | | | | **$7,962.38** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 972**
Date Filed: 12/02/2005
Docketed Total: $ 13,629.56
Filing Creditor Name and Address:
CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638

Claim Holder Name and Address
CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638   Docketed Total:   **$13,629.56**

Modified Total:   **$13,629.56**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,629.56 | 05-44640 | | | $13,629.56 |
| | | | **$13,629.56** | | | | **$13,629.56** |

**Claim: 5087**
Date Filed: 05/08/2006
Docketed Total: $ 31,423.21
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309   Docketed Total:   **$31,423.21**

Modified Total:   **$10,761.88**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,423.21 | 05-44640 | | | $10,761.88 |
| | | | **$31,423.21** | | | | **$10,761.88** |

**Claim: 8237**
Date Filed: 06/19/2006
Docketed Total: $ 20,906.18
Filing Creditor Name and Address:
CITY OF COLUMBUS
910 DUBLIN RD
COLUMBUS, OH 43215

Claim Holder Name and Address
CITY OF COLUMBUS
910 DUBLIN RD
COLUMBUS, OH 43215   Docketed Total:   **$20,906.18**

Modified Total:   **$20,906.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $20,906.18 | 05-44640 | | | $20,906.18 |
| | | | **$20,906.18** | | | | **$20,906.18** |

**Claim: 2268**
Date Filed: 03/13/2006
Docketed Total: $ 20,941.97
Filing Creditor Name and Address:
CITY OF ROCHESTER
DEPARTMENT OF LAW
30 CHURCH STREET
ROCHESTER, NY 14614

Claim Holder Name and Address
CITY OF ROCHESTER
DEPARTMENT OF LAW
30 CHURCH STREET
ROCHESTER, NY 14614   Docketed Total:   **$20,941.97**

Modified Total:   **$19,334.43**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $20,941.97 | | | 05-44640 | | | $19,334.43 |
| | **$20,941.97** | | | | | | **$19,334.43** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7374<br>Date Filed: 06/02/2006<br>Docketed Total: $ 595,983.31<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF CAPSTAN<br>ATLANTIC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF CAPSTAN ATLANTIC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | $595,983.31 | Modified Total: | $530,803.34 |
| | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $595,983.31 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $530,803.34 |
| | | | | **$595,983.31** | | | | **$530,803.34** |
| Claim: 8243<br>Date Filed: 06/20/2006<br>Docketed Total: $ 5,080.10<br>Filing Creditor Name and Address:<br>COYOTE INDUSTRIAL<br>HARDWARE INC<br>3012 PRODUCTION COURT<br>DAYTON, OH 45414 | Claim Holder Name and Address<br><br>COYOTE INDUSTRIAL HARDWARE INC<br>3012 PRODUCTION COURT<br>DAYTON, OH 45414 | Docketed Total: | $5,080.10 | Modified Total: | $5,080.10 |
| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $5,080.10 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $5,080.10 |
| | | | | **$5,080.10** | | | | **$5,080.10** |
| Claim: 13458<br>Date Filed: 07/31/2006<br>Docketed Total: $ 74,664.00<br>Filing Creditor Name and Address:<br>DECO AUTOMOTIVE A DIVISION<br>OF MAGNA INTERNATIONAL<br>INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>DECO AUTOMOTIVE A DIVISION OF<br>MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Docketed Total: | $74,664.00 | Modified Total: | $74,664.00 |
| | **Case Number\*** 05-44640 | **Secured** $74,664.00 | **Priority** | **Unsecured** | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $74,664.00 |
| | | **$74,664.00** | | | | | | **$74,664.00** |

\*See Exhibit J for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.    Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 418<br>Date Filed: 11/07/2005<br>Docketed Total: $ 4,411.20<br>Filing Creditor Name and Address:<br>DUKE ENERGY CORPORATION<br>PO BOX 1244<br>CHARLOTTE, NC 28201-1244 | Claim Holder Name and Address<br><br>DUKE ENERGY CORPORATION    Docketed Total:    **$4,411.20**<br>PO BOX 1244<br>CHARLOTTE, NC 28201-1244 | Modified Total:    **$4,411.20** |

Claim 418:

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,411.20 | 05-44539 | | | $4,411.20 |
| | | | **$4,411.20** | | | | **$4,411.20** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15664<br>Date Filed: 07/31/2006<br>Docketed Total: $ 103,442.63<br>Filing Creditor Name and Address:<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>DUN & BRADSTREET    Docketed Total:    **$103,442.63**<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Modified Total:    **$51,355.42** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $103,442.63 | 05-44640 | | | $51,355.42 |
| | | | | 05-44481 | | | $0.00 |
| | | | **$103,442.63** | | | | **$51,355.42** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14400<br>Date Filed: 07/31/2006<br>Docketed Total: $ 95,539.00<br>Filing Creditor Name and Address:<br>EL PASO ELECTRIC CO<br>100 N STANTON<br>EL PASO, TX 79901 | Claim Holder Name and Address<br><br>EL PASO ELECTRIC CO    Docketed Total:    **$95,539.00**<br>100 N STANTON<br>EL PASO, TX 79901 | Modified Total:    **$55,463.35** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $95,539.00 | 05-44640 | | | $55,463.35 |
| | | | **$95,539.00** | | | | **$55,463.35** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10718**
Date Filed: 07/25/2006
Docketed Total: $ 958,965.92
Filing Creditor Name and Address:
EQUISTAR CHEMICALS LP
1221 MC KINNEY STE 1500
HOUSTON, TX 77010

Claim Holder Name and Address
EQUISTAR CHEMICALS LP
1221 MC KINNEY STE 1500
HOUSTON, TX 77010    Docketed Total: **$958,965.92**

Modified Total: **$450,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $545,000.06 | | $413,965.86 | 05-44481 | $0.00 | | |
| | | | | 05-44640 | | | $450,000.00 |
| | **$545,000.06** | | **$413,965.86** | | **$0.00** | | **$450,000.00** |

**Claim: 7247**
Date Filed: 06/01/2006
Docketed Total: $ 192,937.77
Filing Creditor Name and Address:
EXXONMOBIL OIL
CORPORATION
EXXONMOBIL BUSINESS
SUPPORT CENTER
120 MCDONALD ST
ST JOHN, NB E2J 1M5
CANADA

Claim Holder Name and Address
EXXONMOBIL OIL CORPORATION
EXXONMOBIL BUSINESS SUPPORT
CENTER
120 MCDONALD ST
ST JOHN, NB E2J 1M5
CANADA    Docketed Total: **$192,937.77**

Modified Total: **$7,352.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $192,937.77 | 05-44640 | | | $7,352.96 |
| | | | **$192,937.77** | | | | **$7,352.96** |

**Claim: 14126**
Date Filed: 07/31/2006
Docketed Total: $ 376,357.61
Filing Creditor Name and Address:
FCI AUTOMOTIVE
DEUTSCHLAND GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110

Claim Holder Name and Address
FCI AUTOMOTIVE DEUTSCHLAND
GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110    Docketed Total: **$376,357.61**

Modified Total: **$148,675.44**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $376,357.61 | 05-44640 | | | $148,675.44 |
| | | | **$376,357.61** | | | | **$148,675.44** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 14129**
Date Filed: 07/31/2006
Docketed Total: $ 15,945.87
Filing Creditor Name and Address:
FCI AUTOMOTIVE FRANCE SA
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Claim Holder Name and Address:
FCI AUTOMOTIVE FRANCE SA
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total: **$15,945.87**

Modified Total: **$1,981.36**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $15,945.87 | 05-44640 | | | $1,981.36 |
| | | | **$15,945.87** | | | | **$1,981.36** |

**Claim: 14125**
Date Filed: 07/31/2006
Docketed Total: $ 76,964.21
Filing Creditor Name and Address:
FCI CANADA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Claim Holder Name and Address:
FCI CANADA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total: **$76,964.21**

Modified Total: **$64,568.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $76,964.21 | 05-44567 | | | $2,000.00 |
| | | | **$76,964.21** | 05-44640 | | | $62,568.00 |
| | | | | | | | **$64,568.00** |

**Claim: 14128**
Date Filed: 07/31/2006
Docketed Total: $ 294,001.77
Filing Creditor Name and Address:
FCI ELECTRONICS MEXIDO S DE
RL DE CV
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Claim Holder Name and Address:
FCI ELECTRONICS MEXIDO S DE RL
DE CV
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total: **$294,001.77**

Modified Total: **$179,807.77**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $294,001.77 | 05-44567 | | | $7,920.00 |
| | | | **$294,001.77** | 05-44640 | | | $171,887.77 |
| | | | | | | | **$179,807.77** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14127**
Date Filed: 07/31/2006
Docketed Total: $ 361.40
Filing Creditor Name and Address:
  FCI ITALIA SPA
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Claim Holder Name and Address
  FCI ITALIA SPA
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Docketed Total: **$361.40**

Modified Total: **$104.51**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $361.40 | 05-44640 | | | $104.51 |
| | | | **$361.40** | | | | **$104.51** |

**Claim: 14130**
Date Filed: 07/31/2006
Docketed Total: $ 407,299.95
Filing Creditor Name and Address:
  FCI USA INC
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Claim Holder Name and Address
  FCI USA INC
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Docketed Total: **$407,299.95**

Modified Total: **$252,375.95**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $407,299.95 | 05-44567 | | | $183.00 |
| | | | | 05-44640 | | | $252,192.95 |
| | | | **$407,299.95** | | | | **$252,375.95** |

**Claim: 10349**
Date Filed: 07/24/2006
Docketed Total: $ 10,310.02
Filing Creditor Name and Address:
  FERGUSON ENTERPRISES INC
  12500 JEFFERSON AVE
  NEWPORT NEWS, VA 23602-4314

Claim Holder Name and Address
  FERGUSON ENTERPRISES INC
  12500 JEFFERSON AVE
  NEWPORT NEWS, VA 23602-4314

Docketed Total: **$10,310.02**

Modified Total: **$10,310.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,310.02 | 05-44640 | | | $10,310.02 |
| | | | **$10,310.02** | | | | **$10,310.02** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9950**
Date Filed: 07/19/2006
Docketed Total: $ 131,873.52
Filing Creditor Name and Address:
  FERRO ELECTRONIC MATERIALS
  1000 LAKESIDE AVE
  CLEVELAND, OH 44114

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$131,873.52**

Modified Total: **$47,252.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $131,873.52 |
| | | | **$131,873.52** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $47,252.75 |
| | | | **$47,252.75** |

---

**Claim: 12212**
Date Filed: 07/28/2006
Docketed Total: $ 800,348.45
Filing Creditor Name and Address:
  FLAMBEAU INC
  801 LYNN AVE
  BARABOO, WI 53913

Claim Holder Name and Address
FLAMBEAU INC
801 LYNN AVE
BARABOO, WI 53913

Docketed Total: **$800,348.45**

Modified Total: **$475,334.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $800,348.45 | | |
| | **$800,348.45** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $475,334.73 |
| | | | **$475,334.73** |

---

**Claim: 666**
Date Filed: 11/18/2005
Docketed Total: $ 20,756.67
Filing Creditor Name and Address:
  FLUKE CORPORATION
  PO BOX 9090
  EVERETT, WA 98206-9090

Claim Holder Name and Address
FLUKE CORPORATION
PO BOX 9090
EVERETT, WA 98206-9090

Docketed Total: **$20,756.67**

Modified Total: **$19,790.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,756.67 |
| | | | **$20,756.67** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $183.00 |
| 05-44640 | | | $19,607.67 |
| | | | **$19,790.67** |

---

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|

**Claim: 2377**
Date Filed: 03/22/2006
Docketed Total: $ 5,504,674.99
Filing Creditor Name and Address:
  FUJITSU TEN CORP OF AMERICA
  47800 HALYARD DR
  PLYMOUTH, MI 48170

Claim Holder Name and Address

FUJITSU TEN CORP OF AMERICA
47800 HALYARD DR
PLYMOUTH, MI 48170

Docketed Total:  **$5,504,674.99**

Modified Total:  **$5,203,385.28**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,504,674.99 | 05-44640 | | | $5,203,385.28 |
| | | | **$5,504,674.99** | | | | **$5,203,385.28** |

**Claim: 5982**
Date Filed: 05/16/2006
Docketed Total: $ 5,309.70
Filing Creditor Name and Address:
  FUTURE DIE CAST &
  ENGINEERING INC
  14100 ROCCO CT
  SHELBY TOWNSHIP, MI 48315

Claim Holder Name and Address

FUTURE DIE CAST & ENGINEERING
INC
14100 ROCCO CT
SHELBY TOWNSHIP, MI 48315

Docketed Total:  **$5,309.70**

Modified Total:  **$5,106.30**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,309.70 | 05-44640 | | | $5,106.30 |
| | | | **$5,309.70** | | | | **$5,106.30** |

**Claim: 10191**
Date Filed: 07/21/2006
Docketed Total: $ 7,020.00
Filing Creditor Name and Address:
  GE CONSUMER & INDUSTRIAL F
  K A GE LIGHTING
  11256 CORNELL PARK DR STE 500
  CINCINNATI, OH 45242

Claim Holder Name and Address

GE CONSUMER & INDUSTRIAL F K A
GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total:  **$7,020.00**

Modified Total:  **$3,680.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,020.00 | 05-44640 | | | $3,680.00 |
| | | | **$7,020.00** | | | | **$3,680.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7325**
Date Filed: 06/01/2006
Docketed Total: $ 388,310.09
Filing Creditor Name and Address:
GOODYEAR CANADA INC
1144 E MARKET ST
AKRON, OH 44316

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$388,310.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $388,310.09 |
| | | | **$388,310.09** |

Modified Total: **$363,079.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $363,079.29 |
| | | | **$363,079.29** |

---

**Claim: 2058**
Date Filed: 02/17/2006
Docketed Total: $ 49,978.89
Filing Creditor Name and Address:
HAERTER STANZTECHNIK GMBH
GUTENBERGSTRASSE 8
KONIGSBACH STEIN, 75203

Claim Holder Name and Address

HAERTER STANZTECHNIK GMBH
GUTENBERGSTRASSE 8
KONIGSBACH STEIN, 75203

Docketed Total: **$49,978.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,978.89 |
| | | | **$49,978.89** |

Modified Total: **$49,126.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $49,126.02 |
| | | | **$49,126.02** |

---

**Claim: 5618**
Date Filed: 05/11/2006
Docketed Total: $ 2,724.00
Filing Creditor Name and Address:
HARRINGTON INDUSTRIAL PLA
3440 PK DAVIS CIR
INDIANAPOLIS, IN 46236

Claim Holder Name and Address

HARRINGTON INDUSTRIAL PLA
3440 PK DAVIS CIR
INDIANAPOLIS, IN 46236

Docketed Total: **$2,724.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,724.00 |
| | | | **$2,724.00** |

Modified Total: **$2,724.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,724.00 |
| | | | **$2,724.00** |

---

**Claim: 394**
Date Filed: 11/07/2005
Docketed Total: $ 323.24
Filing Creditor Name and Address:
HENRY TROEMNER LLC
201 WOLF DR
PO BOX 87
THOROFARE, NJ 08086-0087

Claim Holder Name and Address

HENRY TROEMNER LLC
201 WOLF DR
PO BOX 87
THOROFARE, NJ 08086-0087

Docketed Total: **$323.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $323.24 |
| | | | **$323.24** |

Modified Total: **$262.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $262.47 |
| | | | **$262.47** |

---

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9352<br>Date Filed: 07/11/2006<br>Docketed Total: $ 4,948,005.65<br>Filing Creditor Name and Address:<br>HEWLETT PACKARD COMPANY<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806 | Claim Holder Name and Address<br><br>HEWLETT PACKARD COMPANY<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806 | Docketed Total: | **$4,948,005.65** | | | Modified Total: | **$4,887,481.59** | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $4,948,005.65 | 05-44482<br>05-44481 | | | $290.64<br>$4,887,190.95 |
| | | | | **$4,948,005.65** | | | | **$4,887,481.59** |
| Claim: 10683<br>Date Filed: 07/26/2006<br>Docketed Total: $ 953,280.40<br>Filing Creditor Name and Address:<br>HEWLETT PACKARD FINANCIAL<br>SERVICES COMPANY FKA<br>COMPAQ FINANCIAL SERVICES<br>CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006 | Claim Holder Name and Address<br><br>HEWLETT PACKARD FINANCIAL<br>SERVICES COMPANY FKA COMPAQ<br>FINANCIAL SERVICES<br>CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006 | Docketed Total: | **$953,280.40** | | | Modified Total: | **$166,642.02** | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $953,280.40 | 05-44640 | | | $166,642.02 |
| | | | | **$953,280.40** | | | | **$166,642.02** |
| Claim: 14110<br>Date Filed: 07/31/2006<br>Docketed Total: $ 389,977.54<br>Filing Creditor Name and Address:<br>HONEYWELL INTERNATIONAL S<br>& C<br>1140 W WARNER RD BLDG 1233 M<br>TEMPE, AZ 85284 | Claim Holder Name and Address<br><br>HONEYWELL INTERNATIONAL S &<br>C<br>1140 W WARNER RD BLDG 1233 M<br>TEMPE, AZ 85284 | Docketed Total: | **$389,977.54** | | | Modified Total: | **$378,251.23** | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $389,977.54 | 05-44640 | | | $378,251.23 |
| | | | | **$389,977.54** | | | | **$378,251.23** |

\*See Exhibit J for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 11968<br>Date Filed: 07/28/2006<br>Docketed Total: $ 6,491,471.33<br>Filing Creditor Name and Address:<br>INFINEON TECHNOLOGIES<br>NORTH AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Docketed Total:    **$6,491,471.33** | | Modified Total:    **$6,333,628.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,491,471.33 |
| | | | **$6,491,471.33** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,333,628.25 |
| | | | **$6,333,628.25** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 14236<br>Date Filed: 07/31/2006<br>Docketed Total: $ 588,927.08<br>Filing Creditor Name and Address:<br>IR EPI SERVICES INC<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FLOOR<br>LOS ANGELES, CA 90071 | Claim Holder Name and Address<br><br>IR EPI SERVICES INC<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FLOOR<br>LOS ANGELES, CA 90071 | Docketed Total:    **$588,927.08** | | Modified Total:    **$488,834.60** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $588,927.08 |
| | | | **$588,927.08** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $488,834.60 |
| | | | **$488,834.60** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 11040<br>Date Filed: 07/26/2006<br>Docketed Total: $ 4,224.00<br>Filing Creditor Name and Address:<br>JB HUNT TRANSPORTATION INC<br>PO BOX 130<br>LOWELL, AR 72745 | Claim Holder Name and Address<br><br>JB HUNT TRANSPORTATION INC<br>PO BOX 130<br>LOWELL, AR 72745 | Docketed Total:    **$4,224.00** | | Modified Total:    **$4,224.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,224.00 |
| | | | **$4,224.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,224.00 |
| | | | **$4,224.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15567<br>Date Filed: 07/31/2006<br>Docketed Total: $ 151,311.95<br>Filing Creditor Name and Address:<br>KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018 | Claim Holder Name and Address<br><br>KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018 | | Docketed Total: | **$151,311.95** | | Modified Total: | | **$151,311.95** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$151,311.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$151,311.95 |
| | | | | **$151,311.95** | | | | **$151,311.95** |
| Claim: 642<br>Date Filed: 11/17/2005<br>Docketed Total: $ 1,703,785.68<br>Filing Creditor Name and Address:<br>KAUMAGRAPH FLINT<br>CORPORATION<br>4705 INDUSTRIAL DR<br>MILLINGTON, MI 48746 | Claim Holder Name and Address<br><br>KAUMAGRAPH FLINT<br>CORPORATION<br>4705 INDUSTRIAL DR<br>MILLINGTON, MI 48746 | | Docketed Total: | **$1,703,785.68** | | Modified Total: | | **$1,655,726.96** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,703,785.68 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,655,726.96 |
| | | | | **$1,703,785.68** | | | | **$1,655,726.96** |
| Claim: 12210<br>Date Filed: 07/28/2006<br>Docketed Total: $ 34,446.55<br>Filing Creditor Name and Address:<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | Claim Holder Name and Address<br><br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | | Docketed Total: | **$34,446.55** | | Modified Total: | | **$27,677.75** |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$34,446.55 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$27,677.75 |
| | | | | **$34,446.55** | | | | **$27,677.75** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twentieth Omnibus Claims Objection**

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 12211**
Date Filed: 07/28/2006
Docketed Total: $ 881,156.41
Filing Creditor Name and Address:
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Claim Holder Name and Address

KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total:    **$881,156.41**

Modified Total:    **$794,243.23**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $881,156.41 | 05-44640 | | | $794,243.23 |
| | | | **$881,156.41** | | | | **$794,243.23** |

**Claim: 5587**
Date Filed: 05/10/2006
Docketed Total: $ 34,297.45
Filing Creditor Name and Address:
KIEMLE HANKINS CO THE
KIEMLE HANKINS SERVICE CO
94 H ST AMPOINT
PERRYSBURG, OH 43551

Claim Holder Name and Address

KIEMLE HANKINS CO THE
KIEMLE HANKINS SERVICE CO
94 H ST AMPOINT
PERRYSBURG, OH 43551

Docketed Total:    **$34,297.45**

Modified Total:    **$31,497.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,297.45 | 05-44640 | | | $31,497.45 |
| | | | **$34,297.45** | | | | **$31,497.45** |

**Claim: 4919**
Date Filed: 05/05/2006
Docketed Total: $ 46,119.52
Filing Creditor Name and Address:
KIMBALL MIDWEST
PO BOX 2470
COLUMBUS, OH 43216-2470

Claim Holder Name and Address

KIMBALL MIDWEST
PO BOX 2470
COLUMBUS, OH 43216-2470

Docketed Total:    **$46,119.52**

Modified Total:    **$36,280.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $46,119.52 | 05-44640 | | | $36,280.18 |
| | | | **$46,119.52** | | | | **$36,280.18** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4021**
Date Filed: 05/01/2006
Docketed Total: $ 18,228.18
Filing Creditor Name and Address:
  KRAMER AIR TOOL SALES &
  SERVIC
  23149 COMMERCE DR
  FARMINGTON HILLS, MI 48335

Claim Holder Name and Address
  KRAMER AIR TOOL SALES & SERVIC
  23149 COMMERCE DR
  FARMINGTON HILLS, MI 48335     Docketed Total:    **$18,228.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,228.18 |
| | | | **$18,228.18** |

Modified Total:    **$17,033.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,033.73 |
| | | | **$17,033.73** |

---

**Claim: 13752**
Date Filed: 07/31/2006
Docketed Total: $ 80,134.04
Filing Creditor Name and Address:
  LEONI CABLE INC EFT
  EBERHARD ROHM & HEIKE M
  VOGEL
  1675 BROADWAY
  NEW YORK, NY 10019

Claim Holder Name and Address
  LEONI CABLE INC EFT
  EBERHARD ROHM & HEIKE M
  VOGEL
  1675 BROADWAY
  NEW YORK, NY 10019     Docketed Total:    **$80,134.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,134.04 |
| | | | **$80,134.04** |

Modified Total:    **$32,880.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,880.09 |
| | | | **$32,880.09** |

---

**Claim: 2289**
Date Filed: 03/14/2006
Docketed Total: $ 34,239.45
Filing Creditor Name and Address:
  LINDE GAS LLC
  PO BOX 94737
  CLEVELAND, OH 44101-4737

Claim Holder Name and Address
  LINDE GAS LLC
  PO BOX 94737
  CLEVELAND, OH 44101-4737     Docketed Total:    **$34,239.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,239.45 |
| | | | **$34,239.45** |

Modified Total:    **$34,239.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,239.45 |
| | | | **$34,239.45** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6620￼Date Filed: 05/22/2006￼Docketed Total: $ 21,950.17￼Filing Creditor Name and Address:￼  MC MACHINERY MITSUBISHI￼  1500 MICHAEL DR￼  WOODDALE, IL 60191 | Claim Holder Name and Address￼  MC MACHINERY MITSUBISHI￼  1500 MICHAEL DR￼  WOODDALE, IL 60191 | Docketed Total: | | $21,950.17 | | Modified Total: | | $5,132.89 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$21,950.17 | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$5,132.89 |
| | | | | $21,950.17 | | | | $5,132.89 |
| Claim: 1157￼Date Filed: 12/09/2005￼Docketed Total: $ 18,679.06￼Filing Creditor Name and Address:￼  MOTOROLA INC￼  1307 E ALGONQUIN RD SWA2￼  SCHAUMBURG, IL 60196-1078 | Claim Holder Name and Address￼  MOTOROLA INC￼  1307 E ALGONQUIN RD SWA2￼  SCHAUMBURG, IL 60196-1078 | Docketed Total: | | $18,679.06 | | Modified Total: | | $763.98 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$18,679.06 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$763.98 |
| | | | | $18,679.06 | | | | $763.98 |
| Claim: 2088￼Date Filed: 02/21/2006￼Docketed Total: $ 723,848.28￼Filing Creditor Name and Address:￼  NORTHEAST VERIZON WIRELESS￼  404 BROCK DR￼  BLOOMINGTON, IL 61701 | Claim Holder Name and Address￼  NORTHEAST VERIZON WIRELESS￼  404 BROCK DR￼  BLOOMINGTON, IL 61701 | Docketed Total: | | $723,848.28 | | Modified Total: | | $712,745.23 |
| | Case Number*￼05-44481 | Secured | Priority | Unsecured￼$723,848.28 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$712,745.23 |
| | | | | $723,848.28 | | | | $712,745.23 |
| Claim: 9771￼Date Filed: 07/18/2006￼Docketed Total: $ 977,354.65￼Filing Creditor Name and Address:￼  NSS TECHNOLOGIES INC FKA￼  NATIONAL SET SCREW CORP￼  C O ROBERT SZWAJKOS ESQ￼  CURTIN & HEEFNER LLP￼  250 N PENNSYLVANIA￼  MORRISVILLE, PA 19067 | Claim Holder Name and Address￼  BEAR STEARNS INVESTMENT￼  PRODUCTS INC￼  383 MADISON AVE￼  NEW YORK, NY 10179 | Docketed Total: | | $977,354.65 | | Modified Total: | | $713,175.52 |
| | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$977,354.65 | Case Number*￼05-44640 | Secured | Priority | Unsecured￼$713,175.52 |
| | | | | $977,354.65 | | | | $713,175.52 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.,**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10901<br>Date Filed: 07/25/2006<br>Docketed Total: $ 9,608.75<br>Filing Creditor Name and Address:<br>PACIFIC RIM CAPITAL INC<br>15 ENTERPRISE STE 400<br>ALISO VIEJO, CA 92656 | Claim Holder Name and Address<br><br>PACIFIC RIM CAPITAL INC<br>15 ENTERPRISE STE 400<br>ALISO VIEJO, CA 92656 | | Docketed Total: | **$9,608.75** | | | Modified Total: | **$939.59** |
| | Case Number*<br>05-44481 | Secured<br>$9,496.44<br>**$9,496.44** | Priority<br>$112.31<br>**$112.31** | Unsecured | Case Number*<br>05-44640<br>05-44481 | Secured<br><br>**$0.00** | Priority<br><br>$0.00<br>**$0.00** | Unsecured<br>$939.59<br><br>**$939.59** |
| Claim: 10902<br>Date Filed: 07/25/2006<br>Docketed Total: $ 54,470.00<br>Filing Creditor Name and Address:<br>PACIFIC RIM CAPITAL INC<br>15 ENTERPRISE STE 400<br>ALISO VIEJO, CA 92656 | Claim Holder Name and Address<br><br>PACIFIC RIM CAPITAL INC<br>15 ENTERPRISE STE 400<br>ALISO VIEJO, CA 92656 | | Docketed Total: | **$54,470.00** | | | Modified Total: | **$2,991.58** |
| | Case Number*<br>05-44481 | Secured<br>$45,000.00<br>**$45,000.00** | Priority<br>$197.00<br>**$197.00** | Unsecured<br>$9,273.00<br>**$9,273.00** | Case Number*<br>05-44481<br>05-44640 | Secured<br>$0.00<br><br>**$0.00** | Priority<br>$0.00<br><br>**$0.00** | Unsecured<br><br>$2,991.58<br>**$2,991.58** |
| Claim: 10903<br>Date Filed: 07/25/2006<br>Docketed Total: $ 121,353.00<br>Filing Creditor Name and Address:<br>PACIFIC RIM CAPITAL INC<br>15 ENTERPRISE STE 400<br>ALISO VIEJO, CA 92656 | Claim Holder Name and Address<br><br>PACIFIC RIM CAPITAL INC<br>15 ENTERPRISE STE 400<br>ALISO VIEJO, CA 92656 | | Docketed Total: | **$121,353.00** | | | Modified Total: | **$3,892.57** |
| | Case Number*<br>05-44481 | Secured<br>$69,000.00<br>**$69,000.00** | Priority<br>$880.00<br>**$880.00** | Unsecured<br>$51,473.00<br>**$51,473.00** | Case Number*<br>05-44640<br>05-44481 | Secured<br><br>$0.00<br>**$0.00** | Priority<br><br>$0.00<br>**$0.00** | Unsecured<br>$3,892.57<br><br>**$3,892.57** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10904**
Date Filed: 07/25/2006
Docketed Total: $ 96,981.00
Filing Creditor Name and Address:
PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Claim Holder Name and Address
PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: **$96,981.00**

Modified Total: **$8,359.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $63,000.00 | $667.00 | $33,314.00 | 05-44481 | $0.00 | $0.00 | |
| | | | | 05-44640 | | | $8,359.96 |
| | **$63,000.00** | **$667.00** | **$33,314.00** | | **$0.00** | **$0.00** | **$8,359.96** |

---

**Claim: 2171**
Date Filed: 03/02/2006
Docketed Total: $ 82,080.57
Filing Creditor Name and Address:
PEI GENESIS INC
FOX ROTHSCHILD LLP
2000 MARKET ST 10TH FL
PHILADELPHIA, PA 19103

Claim Holder Name and Address
PEI GENESIS INC
FOX ROTHSCHILD LLP
2000 MARKET ST 10TH FL
PHILADELPHIA, PA 19103

Docketed Total: **$82,080.57**

Modified Total: **$77,632.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $82,080.57 | 05-44640 | | | $77,632.72 |
| | | | **$82,080.57** | | | | **$77,632.72** |

---

**Claim: 5988**
Date Filed: 05/16/2006
Docketed Total: $ 223,768.64
Filing Creditor Name and Address:
PLASTOMER CORP
PO BOX 67000 DEPT 15601
DETROIT, MI 48267-0156

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$223,768.64**

Modified Total: **$215,256.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $223,768.64 | 05-44640 | | | $215,256.38 |
| | | | **$223,768.64** | | | | **$215,256.38** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5388**
Date Filed: 05/09/2006
Docketed Total: $ 157,798.33
Filing Creditor Name and Address:
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

Claim Holder Name and Address
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

Docketed Total:    $157,798.33

Modified Total:    $150,958.83

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $157,798.33 | 05-44640 | | | $150,958.83 |
| | | | **$157,798.33** | | | | **$150,958.83** |

**Claim: 12398**
Date Filed: 07/28/2006
Docketed Total: $ 349,265.13
Filing Creditor Name and Address:
PRYCE AUTOMOTIVE INC
51 APPLE BLOSSOM BLVD
BOWMANVILLE, ON L1C 4L9
CANADA

Claim Holder Name and Address
PRYCE AUTOMOTIVE INC
51 APPLE BLOSSOM BLVD
BOWMANVILLE, ON L1C 4L9
CANADA

Docketed Total:    $349,265.13

Modified Total:    $280,659.46

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $349,265.13 | 05-44640 | | | $280,659.46 |
| | | | **$349,265.13** | | | | **$280,659.46** |

**Claim: 6480**
Date Filed: 05/22/2006
Docketed Total: $ 115,460.08
Filing Creditor Name and Address:
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Claim Holder Name and Address
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Docketed Total:    $115,460.08

Modified Total:    $54,304.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $115,460.08 | 05-44640 | | | $54,304.10 |
| | | | **$115,460.08** | | | | **$54,304.10** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9305**
Date Filed: 07/11/2006
Docketed Total: $ 84,319.48
Filing Creditor Name and Address:
QUALITY INSPECTION &
CONTAINMENT CO INC
PO BOX 66
DAYTON, OH 45409

Claim Holder Name and Address

QUALITY INSPECTION &
CONTAINMENT CO INC
PO BOX 66
DAYTON, OH 45409

Docketed Total:    **$84,319.48**

Modified Total:    **$81,520.23**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $84,319.48 | 05-44640 | | | $81,520.23 |
| | | | **$84,319.48** | | | | **$81,520.23** |

**Claim: 11623**
Date Filed: 07/27/2006
Docketed Total: $ 54,921.81
Filing Creditor Name and Address:
RADER FISHMAN & GRAVER
PLLC
39533 WOODWARD AVE STE 140
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

RADER FISHMAN & GRAVER PLLC
39533 WOODWARD AVE STE 140
BLOOMFIELD HILLS, MI 48304

Docketed Total:    **$54,921.81**

Modified Total:    **$54,921.81**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,921.81 | 05-44554 | | | $54,921.81 |
| | | | **$54,921.81** | | | | **$54,921.81** |

**Claim: 5967**
Date Filed: 05/16/2006
Docketed Total: $ 221,190.88
Filing Creditor Name and Address:
RED SPOT PAINT & VARNISH CO
IN
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total:    **$221,190.88**

Modified Total:    **$188,028.67**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $221,190.88 | 05-44640 | | | $188,028.67 |
| | | | **$221,190.88** | | | | **$188,028.67** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16347
Date Filed: 10/02/2006
Docketed Total: $ 26,769.62
Filing Creditor Name and Address:
RELATIONAL FUNDING
CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

**CLAIM AS DOCKETED**

Claim Holder Name and Address

RELATIONAL FUNDING
CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

Docketed Total:    $26,769.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,769.62 |
| | | | $26,769.62 |

**CLAIM AS MODIFIED**

Modified Total:    $10,585.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,585.92 |
| | | | $10,585.92 |

---

**CLAIM TO BE MODIFIED**

Claim: 11572
Date Filed: 07/27/2006
Docketed Total: $ 6,971.97
Filing Creditor Name and Address:
RENAISSANCE CAPITAL
ALLIANCE L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

**CLAIM AS DOCKETED**

Claim Holder Name and Address

RENAISSANCE CAPITAL ALLIANCE
L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

Docketed Total:    $6,971.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $6,969.97 | $1.00 | $1.00 |
| | $6,969.97 | $1.00 | $1.00 |

**CLAIM AS MODIFIED**

Modified Total:    $6,969.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | $0.00 | $6,969.97 |
| | $0.00 | $0.00 | $6,969.97 |

---

**CLAIM TO BE MODIFIED**

Claim: 8875
Date Filed: 06/30/2006
Docketed Total: $ 505,106.24
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR PRODUCT
ACTION INTERNATIONAL LLC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

**CLAIM AS DOCKETED**

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR PRODUCT ACTION
INTERNATIONAL LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024

Docketed Total:    $505,106.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $505,106.24 |
| | | | $505,106.24 |

**CLAIM AS MODIFIED**

Modified Total:    $168,224.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $12,415.13 |
| 05-44640 | | | $155,808.94 |
| | | | $168,224.07 |

---

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4001**
Date Filed: 05/01/2006
Docketed Total: $ 7,480.00
Filing Creditor Name and Address:
  ROOT NEAL & CO INC
  64 PEABODY ST
  BUFFALO, NY 14210-1523

Claim Holder Name and Address

MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:        **$7,480.00**

Modified Total:        **$7,480.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,480.00 | 05-44640 | | | $7,480.00 |
| | | | **$7,480.00** | | | | **$7,480.00** |

**Claim: 4011**
Date Filed: 05/01/2006
Docketed Total: $ 30,350.37
Filing Creditor Name and Address:
  ROOT NEAL & CO INC
  64 PEABODY ST
  BUFFALO, NY 14240

Claim Holder Name and Address

MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:        **$30,350.37**

Modified Total:        **$22,815.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,350.37 | 05-44640 | | | $22,815.18 |
| | | | **$30,350.37** | | | | **$22,815.18** |

**Claim: 13456**
Date Filed: 07/31/2006
Docketed Total: $ 42,130.53
Filing Creditor Name and Address:
  ROTOFORM A DIVISION OF
  MAGNA POWER TRAIN INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

ROTOFORM A DIVISION OF MAGNA
POWER TRAIN INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total:        **$42,130.53**

Modified Total:        **$42,130.53**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $42,130.53 | | | 05-44640 | | | $42,130.53 |
| | **$42,130.53** | | | | | | **$42,130.53** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 12030**
Date Filed: 07/28/2006
Docketed Total: $ 40,444.54
Filing Creditor Name and Address:
  SAINT GOBAIN PERFORMANCE
  1199 S CHILLICOTHE RD
  AURORA, OH 44202

Claim Holder Name and Address
  SAINT GOBAIN PERFORMANCE
  1199 S CHILLICOTHE RD
  AURORA, OH 44202

Docketed Total: **$40,444.54**

Modified Total: **$31,402.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,444.54 | 05-44624 | | | $3,908.96 |
| | | | | 05-44640 | | | $27,493.38 |
| | | | **$40,444.54** | | | | **$31,402.34** |

---

**Claim: 604**
Date Filed: 11/16/2005
Docketed Total: $ 37,280.00
Filing Creditor Name and Address:
  SHIPPERS INTERNATIONAL
  3750 STEWARTS LN
  NASHVILLE, TN 37218

Claim Holder Name and Address
  SHIPPERS INTERNATIONAL
  3750 STEWARTS LN
  NASHVILLE, TN 37218

Docketed Total: **$37,280.00**

Modified Total: **$36,950.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $37,280.00 | 05-44640 | | | $36,950.00 |
| | | | **$37,280.00** | | | | **$36,950.00** |

---

**Claim: 3657**
Date Filed: 05/01/2006
Docketed Total: $ 17,579.52
Filing Creditor Name and Address:
  SIEMENS AKTIENGESELLCHAFT
  10 SOUTH WACKER DRIVE 40TH
  FL
  CHICAGO, IL 60606

Claim Holder Name and Address
  SIEMENS AKTIENGESELLCHAFT
  10 SOUTH WACKER DRIVE 40TH FL
  CHICAGO, IL 60606

Docketed Total: **$17,579.52**

Modified Total: **$4,753.03**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $17,579.52 | 05-44640 | | | $4,753.03 |
| | | | **$17,579.52** | | | | **$4,753.03** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9247    Filed 09/04/07    Entered 09/05/07 00:02:04    Main Document
Pg 109 of 207

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14672**
Date Filed: 07/31/2006
Docketed Total: $ 10,328.69
Filing Creditor Name and Address:
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE AGE INDUSTRIES INC
  ASSIGNOR
  2699 WHITE RD STE 255
  IRVINE, CA 92614

Claim Holder Name and Address

SIERRA LIQUIDITY FUND LLC
ASSIGNEE AGE INDUSTRIES INC
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$10,328.69**

Modified Total: **$7,110.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,328.69 |
| | | | **$10,328.69** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,110.72 |
| | | | **$7,110.72** |

---

**Claim: 15973**
Date Filed: 08/09/2006
Docketed Total: $ 31,262.85
Filing Creditor Name and Address:
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE INSPEX INC ASSIGNOR
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE, CA 92614

Claim Holder Name and Address

SIERRA LIQUIDITY FUND LLC
ASSIGNEE INSPEX INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$31,262.85**

Modified Total: **$31,262.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,262.85 |
| | | | **$31,262.85** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,262.85 |
| | | | **$31,262.85** |

---

**Claim: 417**
Date Filed: 11/07/2005
Docketed Total: $ 4,491.96
Filing Creditor Name and Address:
  SOUTHEASTERN FREIGHT LINES
  PO BOX 1691
  COLUMBIA, SC 29202

Claim Holder Name and Address

SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC 29202

Docketed Total: **$4,491.96**

Modified Total: **$4,491.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,491.96 |
| | | | **$4,491.96** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,491.96 |
| | | | **$4,491.96** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 12108<br>Date Filed: 07/28/2006<br>Docketed Total: $ 27,271.67<br>Filing Creditor Name and Address:<br>SOUTHWEST RESEARCH INSTITUTE<br>PO DRAWER 28510<br>SAN ANTONIO, TX 78228-8400 | Claim Holder Name and Address<br><br>SOUTHWEST RESEARCH INSTITUTE<br>PO DRAWER 28510<br>SAN ANTONIO, TX 78228-8400 | Docketed Total: **$27,271.67** | | Modified Total: **$21,639.49** |

**Claim 12108 - Docketed:**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $27,271.67 |
| | | | **$27,271.67** |

**Claim 12108 - Modified:**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,639.49 |
| | | | **$21,639.49** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 14135<br>Date Filed: 07/31/2006<br>Docketed Total: $ 1,424,133.17<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF ENERGY CONVERSION COMPANY<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS ASSIGNEE OF ENERGY CONVERSION COMPANY<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: **$46,446.17** | | Modified Total: **$0.00** |

**Claim 14135 - Docketed (SPCP GROUP):**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,446.17 | |
| | | **$46,446.17** | |

**Claim 14135 - Modified (SPCP GROUP):**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | |
| | | **$0.00** | |

| | Claim Holder Name and Address<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | Docketed Total: **$1,377,687.00** | | Modified Total: **$874,366.13** |
|---|---|---|---|---|

**Claim 14135 - Docketed (SPECIAL SITUATIONS):**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $341,143.65 | $1,036,543.35 |
| | | **$341,143.65** | **$1,036,543.35** |

**Claim 14135 - Modified (SPECIAL SITUATIONS):**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $874,366.13 |
| | | **$0.00** | **$874,366.13** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9772<br>Date Filed: 07/18/2006<br>Docketed Total: $ 72,034.20<br>Filing Creditor Name and Address:<br>  SPS TECHNOLOGIES<br>  WATERFORD COMPANY FKA<br>  TERRY MACHINE COMPANY<br>  C O ROBERT SZWAJKOS ESQUIRE<br>  CURTIN & HEEFNER LLP<br>  250 N PENNSYLVANIA AVE<br>  MORRISVILLE, PA 19067 | Claim Holder Name and Address<br><br>BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | Docketed Total: | | **$72,034.20** | | Modified Total: | | **$72,025.32** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$72,034.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$72,025.32 |
| | | | | **$72,034.20** | | | | **$72,025.32** |
| Claim: 11259<br>Date Filed: 07/27/2006<br>Docketed Total: $ 814,710.90<br>Filing Creditor Name and Address:<br>  T & L AUTOMATICS INC<br>  770 EMERSON ST<br>  ROCHESTER, NY 14613 | Claim Holder Name and Address<br><br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | Docketed Total: | | **$814,710.90** | | Modified Total: | | **$364,710.90** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$814,710.90 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$364,710.90 |
| | | | | **$814,710.90** | | | | **$364,710.90** |
| Claim: 7443<br>Date Filed: 06/05/2006<br>Docketed Total: $ 108,297.25<br>Filing Creditor Name and Address:<br>  TEKNOR APEX COMPANY<br>  505 CENTRAL AVE<br>  PAWTUCKET, RI 02861 | Claim Holder Name and Address<br><br>TEKNOR APEX COMPANY<br>505 CENTRAL AVE<br>PAWTUCKET, RI 02861 | Docketed Total: | | **$108,297.25** | | Modified Total: | | **$94,466.13** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$108,297.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$94,466.13 |
| | | | | **$108,297.25** | | | | **$94,466.13** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED:**
Claim: 15378
Date Filed: 07/31/2006
Docketed Total: $ 996,729.62
Filing Creditor Name and Address:
TEXAS INSTRUMENTS
INCORPORATED
MUNSCH HARDT KOPF & HARR
PC
500 N AKARD ST SUITE 3800
DALLAS, TX 75201-6659

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
TEXAS INSTRUMENTS
INCORPORATED
MUNSCH HARDT KOPF & HARR PC
500 N AKARD ST SUITE 3800
DALLAS, TX 75201-6659
Docketed Total: **$996,729.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $996,729.62 |
| | | | **$996,729.62** |

**CLAIM AS MODIFIED:**
Modified Total: **$345,112.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $345,112.09 |
| | | | **$345,112.09** |

---

**CLAIM TO BE MODIFIED:**
Claim: 16120
Date Filed: 08/09/2006
Docketed Total: $ 45,212.36
Filing Creditor Name and Address:
THERMO ELECTRON NORTH
AMERICA
1400 NORTHPOINTE PKWY STE10
WEST PALM BEACH, FL 33407

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
THERMO ELECTRON NORTH
AMERICA
1400 NORTHPOINTE PKWY STE10
WEST PALM BEACH, FL 33407
Docketed Total: **$45,212.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $45,212.36 |
| | | | **$45,212.36** |

**CLAIM AS MODIFIED:**
Modified Total: **$28,732.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,732.97 |
| | | | **$28,732.97** |

---

**CLAIM TO BE MODIFIED:**
Claim: 13420
Date Filed: 07/31/2006
Docketed Total: $ 759,698.01
Filing Creditor Name and Address:
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904
Docketed Total: **$759,698.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $759,698.01 |
| | | | **$759,698.01** |

**CLAIM AS MODIFIED:**
Modified Total: **$759,698.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $33,088.73 |
| 05-44640 | | | $726,609.28 |
| | | | **$759,698.01** |

---

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 462**
Date Filed: 11/09/2005
Docketed Total: $ 4,836.00
Filing Creditor Name and Address:
  TRUCKS FOR YOU INC
  PO BOX AH
  MUSKOGEE, OK 74402

Claim Holder Name and Address

TRUCKS FOR YOU INC
PO BOX AH
MUSKOGEE, OK 74402

Docketed Total: **$4,836.00**

Modified Total: **$4,836.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,836.00 | 05-44640 | | | $4,836.00 |
| | | | **$4,836.00** | | | | **$4,836.00** |

**Claim: 6407**
Date Filed: 05/22/2006
Docketed Total: $ 289,254.87
Filing Creditor Name and Address:
  UNITED TELEPHONE COMPANY
  OF OHIO
  PO BOX 7971
  SHAWNEE MISSION, KS
  66207-0971

Claim Holder Name and Address

UNITED TELEPHONE COMPANY OF
OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Docketed Total: **$289,254.87**

Modified Total: **$119,526.48**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $289,254.87 | 05-44640 | | | $119,526.48 |
| | | | **$289,254.87** | | | | **$119,526.48** |

**Claim: 10561**
Date Filed: 07/24/2006
Docketed Total: $ 8,456.58
Filing Creditor Name and Address:
  VA MEDICAL CENTER
  AGT CSHR 04C
  1055 CLERMONT ST
  DENVER, CO 80220

Claim Holder Name and Address

VA MEDICAL CENTER
AGT CSHR 04C
1055 CLERMONT ST
DENVER, CO 80220

Docketed Total: **$8,456.58**

Modified Total: **$8,456.58**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,456.58 | 05-44640 | | | $8,456.58 |
| | | | **$8,456.58** | | | | **$8,456.58** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7365<br>Date Filed: 06/02/2006<br>Docketed Total: $ 24,747.08<br>Filing Creditor Name and Address:<br>VERIZON WIRELESS MESSAGING<br>SERVICES LLC<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | Claim Holder Name and Address<br><br>CELLCO PARTNERSHIP<br>ONE VERIZON WY<br>VC52S 243<br>BASKING RIDGE, NJ 07920 | | Docketed Total: | **$24,747.08** | | Modified Total: | | **$24,747.08** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,747.08 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$24,747.08 |
| | | | | **$24,747.08** | | | | **$24,747.08** |
| Claim: 12385<br>Date Filed: 07/28/2006<br>Docketed Total: $ 125,315.71<br>Filing Creditor Name and Address:<br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | Claim Holder Name and Address<br><br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | | Docketed Total: | **$125,315.71** | | Modified Total: | | **$122,708.51** |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$125,315.71 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$122,708.51 |
| | | | | **$125,315.71** | | | | **$122,708.51** |
| Claim: 579<br>Date Filed: 11/15/2005<br>Docketed Total: $ 78,355.00<br>Filing Creditor Name and Address:<br>VISCOM INC<br>3290 GREEN POINTE PKWY STE<br>400<br>NORCROSS, GA 30092 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$78,355.00** | | Modified Total: | | **$65,511.00** |
| | Case Number*<br>05-44481 | Secured<br>$57,000.00 | Priority | Unsecured<br>$21,355.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,511.00 |
| | | **$57,000.00** | | **$21,355.00** | | | | **$65,511.00** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 8534
Date Filed: 06/26/2006
Docketed Total: $ 5,945.45
Filing Creditor Name and Address:
X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

**CLAIM AS DOCKETED**

Claim Holder Name and Address

X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

Docketed Total:    **$5,945.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,945.45 |
| | | | **$5,945.45** |

**CLAIM AS MODIFIED**

Modified Total:    **$4,611.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,611.86 |
| | | | **$4,611.86** |

---

**CLAIM TO BE MODIFIED**

Claim: 10592
Date Filed: 07/25/2006
Docketed Total: $ 4,612.09
Filing Creditor Name and Address:
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

**CLAIM AS DOCKETED**

Claim Holder Name and Address

XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

Docketed Total:    **$4,612.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,612.09 |
| | | | **$4,612.09** |

**CLAIM AS MODIFIED**

Modified Total:    **$1,471.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,471.45 |
| | | | **$1,471.45** |

---

**CLAIM TO BE MODIFIED**

Claim: 8533
Date Filed: 06/26/2006
Docketed Total: $ 63,793.42
Filing Creditor Name and Address:
XRI TESTING
1961 THUNDERBIRD
TROY, MI 48084

**CLAIM AS DOCKETED**

Claim Holder Name and Address

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:    **$63,793.42**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $63,793.42 |
| | | | **$63,793.42** |

**CLAIM AS MODIFIED**

Modified Total:    **$54,428.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,428.10 |
| | | | **$54,428.10** |

---

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT E - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 10408
Date Filed: 07/24/2006
Docketed Total: $ 1,000.00
Filing Creditor Name and Address:
YOUNT LORETTA OBO TINA L
COOLEY A MINOR
DYER GAROFALO MANN &
SCHULTZ
131 NORTH LUDLOW ST STE 1400
DAYTON, OH 45402

**CLAIM AS DOCKETED**

Claim Holder Name and Address

YOUNT LORETTA OBO TINA L
COOLEY A MINOR
DYER GAROFALO MANN &
SCHULTZ
131 NORTH LUDLOW ST STE 1400
DAYTON, OH 45402

Docketed Total:    **$1,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,000.00 |
| | | | **$1,000.00** |

**CLAIM AS MODIFIED**

Modified Total:    **$1,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,000.00 |
| | | | **$1,000.00** |

**Total Claims to be Modified: 104**

**Total Amount as Docketed:  $37,073,260.62**

**Total Amount as Modified:  $ 30,514,440.06**

*See Exhibit J for a listing of debtor entities by case number.

Page 34 of 34

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9247    Filed 09/04/07    Entered 09/05/07 00:02:04    Main Document
Pg 117 of 207

Twentieth Omnibus Claims Objection

**EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9709<br>Date Filed: 07/18/2006<br>Docketed Total: $1,541.53<br>Filing Creditor Name and Address:<br>NEW YORK STATE<br>DEPARTMENT OF TAXATION<br>AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Holder Name and Address<br><br>NEW YORK STATE DEPARTMENT<br>OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Docketed Total: | | **$1,541.53** | | Modified Total: | | **$1,541.53** |
| | Case Number*<br>05-44623 | Secured<br>$1,341.53 | Priority | Unsecured<br>$200.00 | Case Number*<br>05-44623 | Secured | Priority | Unsecured<br>$1,541.53 |
| | | **$1,341.53** | | **$200.00** | | | | **$1,541.53** |
| Claim: 9824<br>Date Filed: 07/11/2006<br>Docketed Total: $20,112,352.05<br>Filing Creditor Name and Address:<br>NEW YORK STATE<br>DEPARTMENT OF TAXATION<br>AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Holder Name and Address<br><br>NEW YORK STATE DEPARTMENT<br>OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Docketed Total: | | **$20,112,352.05** | | Modified Total: | | **$7,800,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority<br>$20,082,602.46 | Unsecured<br>$29,749.59 | Case Number*<br>05-44640 | Secured | Priority<br>$7,800,000.00 | Unsecured<br>$0.00 |
| | | | **$20,082,602.46** | **$29,749.59** | | | **$7,800,000.00** | **$0.00** |
| Claim: 1532<br>Date Filed: 01/13/2006<br>Docketed Total: $36,026,477.41<br>Filing Creditor Name and Address:<br>OHIO DEPARTMENT OF<br>TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | Claim Holder Name and Address<br><br>OHIO DEPARTMENT OF TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | Docketed Total: | | **$36,026,477.41** | | Modified Total: | | **$3,532,000.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$36,026,477.41 | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$3,532,000.00 | Unsecured |
| | | | **$36,026,477.41** | | | | **$3,532,000.00** | |

*See Exhibit K for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9247    Filed 09/04/07    Entered 09/05/07 00:02:04    Main Document
Pg 118 of 207

Twentieth Omnibus Claims Objection

## EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2420<br>Date Filed: 03/27/2006<br>Docketed Total: $10,790,199.00<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY<br>GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br><br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Docketed Total: | | $10,790,199.00 | | Modified Total: | | $2,892,800.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,790,199.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,892,800.00 |
| | | | | $10,790,199.00 | | | | $2,892,800.00 |
| Claim: 2422<br>Date Filed: 03/27/2006<br>Docketed Total: $6,386,401.82<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY<br>GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br><br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Docketed Total: | | $6,386,401.82 | | Modified Total: | | $0.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$6,386,401.82 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$0.00 | Unsecured |
| | | | $6,386,401.82 | | | | $0.00 | |
| Claim: 4536<br>Date Filed: 05/02/2006<br>Docketed Total: $20,048.53<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br><br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Docketed Total: | | $20,048.53 | | Modified Total: | | $0.00 |
| | Case Number*<br>05-44632 | Secured | Priority | Unsecured<br>$20,048.53 | Case Number*<br>05-44632 | Secured | Priority | Unsecured<br>$0.00 |
| | | | | $20,048.53 | | | | $0.00 |

*See Exhibit K for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5761<br>Date Filed:    05/12/2006<br>Docketed Total:     $1,250,306.00<br>Filing Creditor Name and Address:<br>   STATE OF MICHIGAN<br>   DEPARTMENT OF TREASURY<br>   CADILLAC PL<br>   3030 W GRAND BLVD STE 10 200<br>   DETROIT, MI 48202 | Claim Holder Name and Address<br><br>   STATE OF MICHIGAN         Docketed Total:        $1,250,306.00<br>   DEPARTMENT OF TREASURY<br>   CADILLAC PL<br>   3030 W GRAND BLVD STE 10 200<br>   DETROIT, MI 48202 | Modified Total:        $0.00 |

| | Case Number*: 05-44554 | Secured | Priority | Unsecured: $1,250,306.00 | Case Number*: 05-44554 | Secured | Priority | Unsecured: $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$1,250,306.00** | | | | **$0.00** |

| Claim: 5762<br>Date Filed:    05/12/2006<br>Docketed Total:     $1,276,165.80<br>Filing Creditor Name and Address:<br>   STATE OF MICHIGAN<br>   DEPARTMENT OF TREASURY<br>   CADILLAC PL<br>   3030 W GRAND BLVD STE 10 200<br>   DETROIT, MI 48202 | Claim Holder Name and Address<br><br>   STATE OF MICHIGAN         Docketed Total:        $1,276,165.80<br>   DEPARTMENT OF TREASURY<br>   CADILLAC PL<br>   3030 W GRAND BLVD STE 10 200<br>   DETROIT, MI 48202 | Modified Total:        $0.00 |
|---|---|---|

| | Case Number*: 05-44554 | Secured | Priority: $1,276,165.80 | Unsecured | Case Number*: 05-44554 | Secured | Priority: $0.00 | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | | | **$1,276,165.80** | | | | | **$0.00** | |

| Claim: 6354<br>Date Filed:    05/19/2006<br>Docketed Total:     $666,927.27<br>Filing Creditor Name and Address:<br>   STATE OF MICHIGAN<br>   DEPARTMENT OF TREASURY<br>   CADILLAC PL<br>   3030 W GRAND BLVD STE 10 200<br>   DETROIT, MI 48202 | Claim Holder Name and Address<br>   STATE OF MICHIGAN         Docketed Total:        $666,927.27<br>   DEPARTMENT OF TREASURY<br>   CADILLAC PL<br>   3030 W GRAND BLVD STE 10 200<br>   DETROIT, MI 48202 | Modified Total:        $0.00 |
|---|---|---|

| | Case Number*: 05-44481 | Secured | Priority | Unsecured: $666,927.27 | Case Number*: 05-44481 | Secured | Priority | Unsecured: $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$666,927.27** | | | | **$0.00** |

*See Exhibit K for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 6383<br>Date Filed:    05/19/2006<br>Docketed Total:    $248,083.00<br>Filing Creditor Name and Address:<br>    STATE OF MICHIGAN<br>    DEPARTMENT OF TREASURY<br>    CADILLAC PL<br>    3030 W GRAND BLVD STE 10 200<br>    DETROIT, MI 48202 | Claim Holder Name and Address<br><br>    STATE OF MICHIGAN<br>    DEPARTMENT OF TREASURY<br>    CADILLAC PL<br>    3030 W GRAND BLVD STE 10 200<br>    DETROIT, MI 48202    Docketed Total:    **$248,083.00** | Modified Total:    **$0.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $248,083.00 |
| | | | **$248,083.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

**Total Claims to be Modified: 10**

**Total Amount as Docketed:**    $76,778,502.41

**Total Amount as Modified:**    $14,226,341.53

*See Exhibit K for a listing of debtor entities by case number.                    Page 4 of 4

*UNL stands for unliquidated

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

## EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9120**
Date Filed: 07/07/2006
Docketed Total: $ 160,270.22
Filing Creditor Name and Address:
AB AUTOMOTIVE ELECTRONICS LTD
ROBINSON BRADSHAW & HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

**Claim Holder Name and Address**

AB AUTOMOTIVE ELECTRONICS LTD
ROBINSON BRADSHAW & HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: **$120,000.22**

Modified Total: **$120,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $120,000.00 | $0.22 | 05-44640 | | $120,000.00 | $0.00 |
| | | **$120,000.00** | **$0.22** | | | **$120,000.00** | **$0.00** |

**Claim Holder Name and Address**

TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: **$40,270.00**

Modified Total: **$17,982.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $40,270.00 | 05-44640 | | | $17,982.34 |
| | | | **$40,270.00** | | | | **$17,982.34** |

**Claim: 8725**
Date Filed: 06/28/2006
Docketed Total: $ 57,311.51
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

**Claim Holder Name and Address**

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: **$57,311.51**

Modified Total: **$50,789.04**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $57,311.51 | 05-44640 | | $3,491.22 | $47,297.82 |
| | | | **$57,311.51** | | | **$3,491.22** | **$47,297.82** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12686<br>Date Filed: 07/28/2006<br>Docketed Total: $ 2,466,373.54<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $2,466,373.54 | Modified Total: | | | $2,319,296.37 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$265,875.25 | Unsecured<br>$2,200,498.29 | Case Number*<br>05-44640 | Secured | Priority<br>$265,875.25 | Unsecured<br>$2,053,421.12 |
| | | | $265,875.25 | $2,200,498.29 | | | $265,875.25 | $2,053,421.12 |
| Claim: 273<br>Date Filed: 11/01/2005<br>Docketed Total: $ 953,170.47<br>Filing Creditor Name and Address:<br>ENGINEERED MATERIALS SOLUTION INC<br>39 PERRY AVE<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $953,170.47 | Modified Total: | | | $944,660.93 |
| | Case Number*<br>05-44481 | Secured<br>$311,406.63 | Priority | Unsecured<br>$641,763.84 | Case Number*<br>05-44640 | Secured | Priority<br>$43,198.89 | Unsecured<br>$901,462.04 |
| | | $311,406.63 | | $641,763.84 | | | $43,198.89 | $901,462.04 |
| Claim: 12839<br>Date Filed: 07/28/2006<br>Docketed Total: $ 492,938.78<br>Filing Creditor Name and Address:<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Claim Holder Name and Address<br><br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Docketed Total: | | $492,938.78 | Modified Total: | | | $470,221.58 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$492,938.78 | Case Number*<br>05-44640 | Secured | Priority<br>$2,018.40 | Unsecured<br>$468,203.18 |
| | | | | $492,938.78 | | | $2,018.40 | $468,203.18 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 416<br>Date Filed: 11/07/2005<br>Docketed Total: $ 5,415,329.84<br>Filing Creditor Name and Address:<br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>ATTN MENACHEM O ZELMANOVITZ ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name and Address<br><br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>CO MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | Docketed Total: | | **$5,415,329.84** | Modified Total: | | | **$5,415,329.84** |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$2,110,565.18 | **Unsecured**<br>$3,304,764.66 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$219,986.79 | **Unsecured**<br>$5,195,343.05 |
| | | | **$2,110,565.18** | **$3,304,764.66** | | | **$219,986.79** | **$5,195,343.05** |
| Claim: 6943<br>Date Filed: 05/26/2006<br>Docketed Total: $ 806,779.79<br>Filing Creditor Name and Address:<br>IRISO USA INC<br>34405 W TWELVE MILE RD STE 237<br>FARMINGTON HILLS, MI 48331 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | **$747,926.37** | Modified Total: | | | **$803,540.39** |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$747,926.37 | **Case Number\***<br>05-44640 | **Secured** | **Priority**<br>$58,853.42 | **Unsecured**<br>$744,686.97 |
| | | | | **$747,926.37** | | | **$58,853.42** | **$744,686.97** |
| Claim: 14403<br>Date Filed: 07/31/2006<br>Docketed Total: $ 6,240.00<br>Filing Creditor Name and Address:<br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Docketed Total: | | **$6,240.00** | Modified Total: | | | **$6,240.00** |
| | **Case Number\***<br>05-44567 | **Secured** | **Priority** | **Unsecured**<br>$6,240.00 | **Case Number\***<br>05-44567 | **Secured** | **Priority**<br>$1,872.00 | **Unsecured**<br>$4,368.00 |
| | | | | **$6,240.00** | | | **$1,872.00** | **$4,368.00** |

\*See Exhibit J for a listing of debtor entities by case number.

Page 3 of 8

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twentieth Omnibus Claims Objection**

## EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14479<br>Date Filed: 07/31/2006<br>Docketed Total: $ 609,554.90<br>Filing Creditor Name and Address:<br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>APS CAPITAL CORP<br>1301 CAPITAL OF TEXAS HWY STE<br>NO B 220<br>AUSTIN, TX 78746 | Docketed Total: | | $609,554.90 | | | Modified Total: | $567,619.16 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$609,554.90 | Case Number*<br>05-44640 | Secured | Priority<br>$222.80 | Unsecured<br>$567,396.36 |
| | | | | $609,554.90 | | | $222.80 | $567,396.36 |
| Claim: 8317<br>Date Filed: 06/21/2006<br>Docketed Total: $ 86,804.08<br>Filing Creditor Name and Address:<br>METAL SURFACES INC<br>6060 SHULL ST<br>BELL GARDENS, CA 90201 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $86,804.08 | | | Modified Total: | $81,284.63 |
| | Case Number*<br>05-44539 | Secured | Priority<br>$9,354.04 | Unsecured<br>$77,450.04 | Case Number*<br>05-44539 | Secured | Priority<br>$8,234.65 | Unsecured<br>$73,049.98 |
| | | | $9,354.04 | $77,450.04 | | | $8,234.65 | $73,049.98 |
| Claim: 9962<br>Date Filed: 07/19/2006<br>Docketed Total: $ 963,916.70<br>Filing Creditor Name and Address:<br>OSRAM OPTO<br>SEMICONDUCTORS INC<br>COOLEY GODWARD LLP<br>101 CALIFORNIA ST 5TH FL<br>SAN FRANCISCO, CA 94111-5800 | Claim Holder Name and Address<br><br>OSRAM OPTO SEMICONDUCTORS<br>INC<br>COOLEY GODWARD LLP<br>101 CALIFORNIA ST 5TH FL<br>SAN FRANCISCO, CA 94111-5800 | Docketed Total: | | $963,916.70 | | | Modified Total: | $963,916.70 |
| | Case Number*<br>05-44640 | Secured<br>UNL | Priority | Unsecured<br>$963,916.70 | Case Number*<br>05-44640 | Secured | Priority<br>$88,989.40 | Unsecured<br>$874,927.30 |
| | | UNL | | $963,916.70 | | | $88,989.40 | $874,927.30 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 9993
Date Filed: 07/20/2006
Docketed Total: $ 1,094,656.41
Filing Creditor Name and Address:
 OSRAM SYLVANIA INC
 100 ENDICOTT ST
 DANVERS, MA 01923-3623

Claim Holder Name and Address

DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total:   $928,226.61

Modified Total:   $878,312.62

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $928,226.61 | 05-44640 | | $57,468.93 | $820,843.69 |
| | | | **$928,226.61** | | | **$57,468.93** | **$820,843.69** |

Claim Holder Name and Address

SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $166,429.80

Modified Total:   $157,480.29

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $166,429.80 | 05-44640 | | | $157,480.29 |
| | | | **$166,429.80** | | | | **$157,480.29** |

Claim: 14102
Date Filed: 07/31/2006
Docketed Total: $ 38,399.50
Filing Creditor Name and Address:
 PHOTO STENCIL LLC
 ROTHGERBER JOHNSON &
 LYONS LLP
 1200 17TH ST STE 3000
 DENVER, CO 80202-5855

Claim Holder Name and Address

PHOTO STENCIL LLC
ROTHGERBER JOHNSON & LYONS
LLP
1200 17TH ST STE 3000
DENVER, CO 80202-5855

Docketed Total:   $38,399.50

Modified Total:   $25,389.48

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $38,399.50 | 05-44567 | | | $2,600.00 |
| | | | **$38,399.50** | 05-44640 | | $5,295.00 | $17,494.48 |
| | | | | | | **$5,295.00** | **$20,094.48** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

**Twentieth Omnibus Claims Objection**

EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 16479**
Date Filed: 01/11/2007
Docketed Total: $ 561,083.00
Filing Creditor Name and Address:
SENSUS PRECISION DIE CASTING INC
PO BOX 11587
RICHMOND, VA 15871

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: **$561,083.00**

Modified Total: **$561,083.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $561,083.00 | 05-44640 | | $101,745.58 | $459,337.42 |
| | | | **$561,083.00** | | | **$101,745.58** | **$459,337.42** |

**Claim: 2713**
Date Filed: 04/24/2006
Docketed Total: $ 6,253,576.29
Filing Creditor Name and Address:
TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C
MUNSCH HARDT KOPF & HARR PC
3800 LINCOLN PLZ
500 N AKARD ST
DALLAS, TX 75201-6659

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$6,253,576.29**

Modified Total: **$6,253,576.29**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,253,576.29 | 05-44640 | | $64,270.14 | $6,189,306.15 |
| | | | **$6,253,576.29** | | | **$64,270.14** | **$6,189,306.15** |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 9037
Date Filed: 07/05/2006
Docketed Total: $ 1,676,212.31
Filing Creditor Name and Address:
 TT ELECTRONICS OPTEK
 TECHNOLOGY
 ROBINSON BRADSHAW &
 HINSON P A
 101 N TRYON ST STE 1900
 CHARLOTTE, NC 28246

**CLAIM AS DOCKETED**
Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:  $920,461.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $920,461.40 |
| | | | $920,461.40 |

**CLAIM AS MODIFIED**
Modified Total:  $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | $0.00 |

**CLAIM AS DOCKETED**
Claim Holder Name and Address

TT ELECTRONICS OPTEK
TECHNOLOGY
ROBINSON BRADSHAW & HINSON P A
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total:  $755,750.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $21,833.87 | $733,917.04 |
| | | $21,833.87 | $733,917.04 |

**CLAIM AS MODIFIED**
Modified Total:  $157,945.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,458.47 | $152,487.03 |
| | | $5,458.47 | $152,487.03 |

**CLAIM TO BE MODIFIED**
Claim: 13572
Date Filed: 07/25/2006
Docketed Total: $ 46,538.80
Filing Creditor Name and Address:
 UNITED PLASTICS GROUP INC
 UNITED PLASTICS GROUP INC
 1420 KENSINGTON RD STE 209
 OAK BROOK, IL 60523

**CLAIM AS DOCKETED**
Claim Holder Name and Address

UNITED PLASTICS GROUP INC
UNITED PLASTICS GROUP INC
1420 KENSINGTON RD STE 209
OAK BROOK, IL 60523

Docketed Total:  $46,538.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $46,538.80 | | |
| | $46,538.80 | | |

**CLAIM AS MODIFIED**
Modified Total:  $43,513.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,010.69 | $41,502.60 |
| | | $2,010.69 | $41,502.60 |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twentieth Omnibus Claims Objection**

### EXHIBIT G - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11640<br>Date Filed: 07/27/2006<br>Docketed Total: $ 10,208,032.27<br>Filing Creditor Name and Address:<br>  VICTORY PACKAGING LP<br>  VICTORY PACKAGING LLP<br>  3555 TIMMONS LAND STE 1440<br>  HOUSTON, TX 77027 | Claim Holder Name and Address<br><br>  VICTORY PACKAGING LP<br>  VICTORY PACKAGING LLP<br>  3555 TIMMONS LAND STE 1440<br>  HOUSTON, TX 77027 | Docketed Total: | | **$10,208,032.27** | | | Modified Total: | **$4,183,936.11** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$658,509.45 | Unsecured<br>$9,549,522.82 | Case Number*<br>05-44640 | Secured | Priority<br>$658,509.45 | Unsecured<br>$3,525,426.66 |
| | | | **$658,509.45** | **$9,549,522.82** | | | **$658,509.45** | **$3,525,426.66** |

**Total Claims to be Modified: 18**

**Total Amount as Docketed:  $31,897,188.41**

**Total Amount as Modified:  $ 24,022,117.56**

*See Exhibit J for a listing of debtor entities by case number.

Page 8 of 8

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT H - CONSENSUALLY MODIFIED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 10488<br>Date Filed: 07/24/2006<br>Docketed Total: $ 200,000.00<br>Filing Creditor Name and Address:<br>BRUCE C WHEELER<br>C O<br>MORRISCANTORLUKASIKDOLCE<br>&PANEPINTO<br>1000 LIBERTY BUILDING<br>420 MAIN ST<br>BUFFLAO, NY 14202 | Claim Holder Name and Address<br><br>BRUCE C WHEELER<br>C O<br>MORRISCANTORLUKASIKDOLCE<br>&PANEPINTO<br>1000 LIBERTY BUILDING<br>420 MAIN ST<br>BUFFLAO, NY 14202 | Docketed Total: **$200,000.00** | | Modified Total: **$60,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $200,000.00 | 05-44640 | | | $60,000.00 |
| | | | **$200,000.00** | | | | **$60,000.00** |

| | | | | |
|---|---|---|---|---|
| Claim: 5070<br>Date Filed: 05/08/2006<br>Docketed Total: $ 0.00<br>Filing Creditor Name and Address:<br>MANNS DEBRA A<br>FRANK J DOLCE<br>1000 LIBERTY BLDG<br>420 MAIN ST<br>BUFFALO, NY 14202 | Claim Holder Name and Address<br><br>MANNS DEBRA A<br>FRANK J DOLCE<br>1000 LIBERTY BLDG<br>420 MAIN ST<br>BUFFALO, NY 14202 | Docketed Total: **UNL** | | Modified Total: **$45,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $45,000.00 |
| | | | **UNL** | | | | **$45,000.00** |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:  $200,000.00**

**Total Amount as Modified:  $ 105,000.00**

*See Exhibit J for a listing of debtor entities by case number.

Page 1 of 1

*UNL stands for unliquidated

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

## EXHIBIT I - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6909<br>Date Filed: 05/26/2006<br>Docketed Total: $ 0.00<br>Filing Creditor Name and Address:<br>BALDWIN SANDRA L<br>2320 WEST JEFFERSON<br>TRENTON, MI 48183 | Claim Holder Name and Address<br><br>BALDWIN SANDRA L<br>2320 WEST JEFFERSON<br>TRENTON, MI 48183 | Docketed Total: | | **UNL** | | Modified Total: | | **$45,000.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$45,000.00 |
| | | | | **UNL** | | | | **$45,000.00** |
| Claim: 465<br>Date Filed: 11/09/2005<br>Docketed Total: $ 100,000.00<br>Filing Creditor Name and Address:<br>JENNIFER T ASHERBRANNER<br>AND RONALD R<br>ASHERBRANNER<br>PO BOX 968<br>DECATUR, AL 35602 | Claim Holder Name and Address<br><br>JENNIFER T ASHERBRANNER AND<br>RONALD R ASHERBRANNER<br>PO BOX 968<br>DECATUR, AL 35602 | Docketed Total: | | **$100,000.00** | | Modified Total: | | **$225,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$100,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$225,000.00 |
| | | | | **$100,000.00** | | | | **$225,000.00** |
| Claim: 6603<br>Date Filed: 05/22/2006<br>Docketed Total: $ 93,000.00<br>Filing Creditor Name and Address:<br>KELLY R GROCE & KELLY D<br>GROCE<br>STEWART & STEWART<br>931 S RANGELINE RD<br>CARMEL, IN 46032 | Claim Holder Name and Address<br><br>KELLY R GROCE & KELLY D GROCE<br>STEWART & STEWART<br>931 S RANGELINE RD<br>CARMEL, IN 46032 | Docketed Total: | | **$93,000.00** | | Modified Total: | | **$35,000.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$93,000.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$35,000.00 |
| | | | | **$93,000.00** | | | | **$35,000.00** |
| | | | | | **Total Claims to be Modified: 3**<br><br>**Total Amount as Docketed:  $193,000.00**<br><br>**Total Amount as Modified:  $ 305,000.00** | | | |

*See Exhibit J for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 1 of 1

In re Delphi Corporation, et al.                                    Twentieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**Exhibit J - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44618 | ASPIRE, INC. |
| 05-44623 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44632 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicated And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not
Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation,
Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To
Modification (the "Twentieth Omnibus Claims Objection"), dated August 24, 2007, a copy of which is
enclosed (without exhibits).  The Debtors' Twentieth Omnibus Claims Objection is set for hearing on
September 27, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United
States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New
York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTIETH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
SEPTEMBER 20, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED
BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT
ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.


        The enclosed Twentieth Omnibus Claims Objection identifies thirteen different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basis For Objection of "Consensually Modified And Reduced Tort Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or unliquidated and/or (b) were filed against the wrong Debtor.

Claims identified as having a Basis For Objection of "Lift Stay" are those Claims that were settled pursuant to the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims (Docket No. 4366).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

     If you wish to view the complete exhibits to the Twentieth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twentieth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

     THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

     If you disagree with the Twentieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on September 20, 2007. Your Response, if any, to the Twentieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twentieth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the September 27, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH

THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES
ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTIETH
OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE
ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES
ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        August 24, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :

In re                          :           Chapter 11
                                         :

DELPHI CORPORATION, et al.,    :          Case No. 05-44481 (RDD)
                                       :

                Debtors.    :          (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:

       Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicated And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (the "Twentieth Omnibus Claims Objection"), dated August 24, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Twentieth Omnibus Claims Objection is set for hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTIETH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 20, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

       The enclosed Twentieth Omnibus Claims Objection identifies thirteen different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

2

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basis For Objection of "Consensually Modified And Reduced Tort Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or unliquidated and/or (b) were filed against the wrong Debtor.

Claims identified as having a Basis For Objection of "Lift Stay" are those Claims that were settled pursuant to the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims (Docket No. 4366).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|------------|--------------|--------------------------|---------------------|--------------------|------------------------|
|            |              |                          |                     |                    |                        |

If you wish to view the complete exhibits to the Twentieth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Twentieth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twentieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on September 20, 2007. Your Response, if any, to the Twentieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twentieth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the September 27, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the

4

Debtors have requested that the Court conduct a final hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        August 24, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
          In re                         :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                        :
                          Debtors.      :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE AND AMENDED
CLAIMS, (B) INSUFFICIENTLY DOCUMENTED CLAIMS, (C) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIM, AND (E)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CONSENSUALLY MODIFIED AND
REDUCED TORT CLAIMS, AND LIFT STAY PROCEDURES CLAIMS SUBJECT TO
MODIFICATION IDENTIFIED IN TWENTIETH OMNIBUS CLAIMS OBJECTION

("TWENTIETH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently

Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely

Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay

Procedures Claims Subject To Modification, dated August 24, 2007 (the "Twentieth Omnibus

Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
       Twentieth Omnibus Claims Objection.

the record of the hearing held on the Twentieth Omnibus Claims Objection; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B-1, B-2, C-1, C-2, C-3, C-4, D, E, F, G, H, and I

hereto was properly and timely served with a copy of the Twentieth Omnibus Claims Objection,

a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

the proposed order granting the Twentieth Omnibus Claims Objection, and notice of the deadline

for responding to the Twentieth Omnibus Claims Objection.  No other or further notice of the

Twentieth Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Twentieth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Twentieth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twentieth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims.

---

[2]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.     The Claims listed on <u>Exhibit B-1</u> contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

E.     The Claim listed on <u>Exhibit B-2</u> hereto contains insufficient documentation to support the Claim asserted and was also untimely filed pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

F.     The Claims listed on <u>Exhibit C-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

G.     The Claims listed on <u>Exhibit C-2</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claim").

H.     The Claims listed on <u>Exhibit C-3</u> hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Tax Claims").

I.     The Claims listed on <u>Exhibit C-4</u> hereto, which were filed by taxing authorities, contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

J.     The Claim listed on <u>Exhibit D</u> hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

K.     The Claims listed on <u>Exhibit E</u> hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were

3

filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority

status (the "Claims Subject To Modification").

L.     The Tax Claims listed on <u>Exhibit F</u> hereto are overstated and/or

incorrectly assert secured or priority status (the "Tax Claims Subject To Modification").

M.     The Claims listed on <u>Exhibit G</u> hereto (a) (i) state the incorrect amount or

are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid

amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the

Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and

(ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

N.     The Claims listed on <u>Exhibit H</u> hereto are overstated and/or were filed and

docketed against the wrong Debtor (the "Consensually Modified And Reduced Tort Claims").

O.     The Claims listed on <u>Exhibit I</u> hereto were settled pursuant to the Order

Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I)

Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims

(Docket No. 4366) (the "Lift Stay Order"), entered on June 27, 2006 (the "Lift Stay Procedures

Claims Subject To Modification").

P.       The relief requested in the Twentieth Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.       Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby

disallowed and expunged in its entirety.  Those Claims identified on Exhibit A as "Surviving

Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection

by the Debtors and other parties-in-interest.

2.       Each Insufficiently Documented Claim listed on Exhibit B-1 hereto is

hereby disallowed and expunged in its entirety.

3.       The Untimely Insufficiently Documented Claim listed on Exhibit B-2

hereto is hereby disallowed and expunged in its entirety.

4.       Each Books And Records Claim listed on Exhibit C-1 hereto is hereby

disallowed and expunged in its entirety.

5.       Each Untimely Books And Records Claim listed on Exhibit C-2 hereto is

hereby disallowed and expunged in its entirety.

6.       Each Books And Records Tax Claim listed on Exhibit C-3 hereto is

hereby disallowed and expunged in its entirety.

7.       Each Untimely Books And Records Tax Claim listed on Exhibit C-4

hereto is hereby disallowed and expunged in its entirety.

8.       The Untimely Claim listed on Exhibit D hereto is hereby disallowed and

expunged in its entirety.

9.    Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit E hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit E shall be entitled to (a) recover for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit E, subject to the Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

10.    Each "Claim As Docketed" amount and Debtor listed on Exhibit F hereto is hereby revised to reflect the amount and classification listed as the "Claim As Modified."  No Claimant listed on Exhibit F shall be entitled to (a) recover for any Tax Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit F, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F, subject to the Debtors' right to further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

11.    Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit G hereto is hereby revised to the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit G shall be entitled to (a) recover for any Modified

6

Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved

Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b)

assert a classification that is inconsistent with that listed in the "Claim As Modified" column on

Exhibit G, and/or (c) assert a Claim against a Debtor whose case number is not listed in the

"Claim As Modified" column on Exhibit G, subject to the Debtors' right to further object to each

such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall

remain on the claims register, and shall remain subject to future objection by the Debtors and

other parties-in-interest.

        12.     Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit H hereto is hereby revised to the amount and Debtors listed as the "Claim As Modified."

No Claimant listed on Exhibit H shall be entitled to (a) recover for any Consensually Modified

And Reduced Tort Claim in an amount exceeding the dollar value listed as the "Modified Total"

of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit H, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit H.  The Consensually Modified And

Reduced Tort Claims shall remain on the claims register.

        13.     Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit I hereto is hereby revised to the amount listed as the "Claim As Modified."  No Claimant

listed on Exhibit I shall be entitled to (a) recover for any Lift Stay Procedures Claim Subject To

Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim

and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

column on Exhibit I, and/or (c) assert a Claim against a Debtor whose case number is not listed

7

in the "Claim As Modified" column on Exhibit I.  The Lift Stay Procedures Claims Subject To

Modification shall remain on the claims register.

14.    Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Twentieth Omnibus Claims Objection.

15.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

16.    This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Twentieth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

17.    Each of the objections by the Debtors to each Claim addressed in the

Twentieth Omnibus Claims Objection and attached hereto as Exhibits A, B-1, B-2, D, C-1, C-2,

C-3, C-4, E, F, G, H, and I constitutes a separate contested matter as contemplated by Fed. R.

Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is

the subject of the Twentieth Omnibus Claims Objection.  Any stay of this order shall apply only

to the contested matter which involves such Claim and shall not act to stay the applicability or

finality of this order with respect to the other contested matters covered hereby.

18.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

19.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twentieth Omnibus Claims

Objection.

8

Dated: New York, New York
       September ___, 2007

_____
                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Ai Shreveport LLC | Ryan D Heilman Esq<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 7/31/2006 | 15299 | $389,277.00 | Duplicate Or Amended Claims | Disallow and Expunge | 14645 |
| Allen County In | Treasurer of Allen County<br>One E Main St Rm 100<br>Fort Wayne, IN 46802 | 7/2/2007 | 16618 | $122.24 | Duplicate Or Amended Claims | Disallow and Expunge | 16493 |
| Allen County In | Treasurer of Allen County<br>PO Box 2540<br>Fort Wayne, IN 46801 | 7/2/2007 | 16619 | $17,847.03 | Duplicate Or Amended Claims | Disallow and Expunge | 16493 |
| Dun & Bradstreet | co RMS Bankruptcy Recovery Services<br>Attn Wendy Finnegan<br>PO Box 5126<br>Timonium, MD 21094 | 10/24/2005 | 127 | $91,461.50 | Duplicate Or Amended Claims | Disallow and Expunge | 15664 |
| Marion County Tax Collector Office | George Albright<br>PO Box 970<br>Ocala, FL 34478-0970 | 7/13/2007 | 16625 | $331.57 | Duplicate Or Amended Claims | Disallow and Expunge | 4733 |
| Precision Resource Kentucky Division | PO Box 30375<br>Hartford, CT 06150 | 7/17/2006 | 9684 | $143,262.13 | Duplicate Or Amended Claims | Disallow and Expunge | 16609 |
| State of Wisconsin Department of Revenue | PO Box 8901<br>Madison, WI 53708-8901 | 7/5/2006 | 9363 | $1,227,321.78 | Duplicate Or Amended Claims | Disallow and Expunge | 16620 |
| State of Wisconsin Department of Revenue | 2135 Rimrock Rd<br>Madison, WI 53713 | 7/5/2006 | 9363 | $1,227,321.78 | Duplicate Or Amended Claims | Disallow and Expunge | 16620 |

8/30/2007 8:00 PM
Omni 20 Obj Ex A Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Industrial Distribution Group | 3100 Farmtrail Rd<br>York, PA 17402 | 1/10/2006 | 1501 | $11,418.78 | Insufficiently Documented Claims | Disallow and Expunge | |
| Olde Town Express C o Micky Onks | PO Box 833<br>Jonesborough, TN 37659 | 5/1/2006 | 3703 | $1,026.75 | Insufficiently Documented Claims | Disallow and Expunge | |
| Siemens AG | Charles P Schulman<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 4/6/2006 | 2571 | $30,556.80 | Insufficiently Documented Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/2005 | 208 | $750.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/2005 | 214 | $2,780.65 | Insufficiently Documented Claims | Disallow and Expunge | |

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit B-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Willie C Peavey | 336 Lexington Ave Dayton, OH 45407-2044 | 7/10/2007 | 16623 | $0.00 | Untimely Insufficiently Documented Claim | Disallow and Expunge | |

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Access Electronics Inc | 4190 Grove Ave<br>Gurnee, IL 60031 | 7/24/2006 | 10399 | $67,970.98 | Books And Records Claims | Disallow and Expunge | |
| Ace Doran Hauling and Rigging Co | PO Box 632496<br>Cincinnati, OH 45263-2496 | 4/27/2006 | 2946 | $592.89 | Books And Records Claims | Disallow and Expunge | |
| Android Industries LLC | Ryan D Heilman Esq<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 7/31/2006 | 14645 | $3,184,562.00 | Books And Records Claims | Disallow and Expunge | |
| DeBello Investors LLC | Arthur Amron<br>Wexford Capital LLC<br>411 Putnam Ave<br>Greenwich, CT 06830 | 7/28/2006 | 11887 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Delphi Corp Deratively by Shawn Dangerfield | Travis Downs III<br>Amber L Eck<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins 655 W Broadway Ste 1900<br>San Diego, CA 92101 | 7/31/2006 | 14763 | $100,000,000.00 | Books And Records Claims | Disallow and Expunge | |
| Essex Group Inc | Richard Fradettte<br>1601 Wall St<br>Fort Wayne, IN 46801-1601 | 7/27/2006 | 11530 | $795,196.61 | Books And Records Claims | Disallow and Expunge | |
| FCI Austria GmbH | Keith J Cunningham Esq<br>Pierce Atwood LLP<br>One Monument Square<br>Portland, ME 04101-1110 | 7/31/2006 | 14042 | $711.42 | Books And Records Claims | Disallow and Expunge | |
| Federal Mogul Corporation | Chavanda Cenance<br>26555 Northwestern Hwy<br>Southfield, MI 48034 | 12/12/2005 | 1111 | $1,952,349.57 | Books And Records Claims | Disallow and Expunge | |
| Frankenmuth Mutal Insurance Group | D Scott Mitchell Esq<br>PO Box 1988<br>Montgomery, AL 36102 | 12/9/2005 | 1089 | $167,224.87 | Books And Records Claims | Disallow and Expunge | |

8/30/2007 8:01 PM
Omni 20 Obj Ex C-1 Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| General Electric Capital Corp | General Electric Capital Corp<br>Attn Uri Sky<br>c o GE Capital Solutions Vendor Finance<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | 7/31/2006 | 15452 | $651,626.18 | Books And Records Claims | Disallow and Expunge | |
| Great Lakes Mechanical Inc | Great Lakes Service Group<br>3821 Maple St<br>Dearborn, MI 48126 | 6/2/2006 | 7350 | $4,588.00 | Books And Records Claims | Disallow and Expunge | |
| Guide Corporation | c o Paul Kerns Chief Financial Officer<br>600 Corporation Drive<br>Pendleton, IN 46064 | 7/31/2006 | 14070 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| IOTA Investors LLC | Arthur Amron<br>Wexford Capital LLC<br>411 Putnam Ave<br>Greenwich, CT 06830 | 7/28/2006 | 11890 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Marilyn R Rich | co Alan Rich<br>4193 Nw 60th Circle<br>Boca Raton, FL 33486 | 7/26/2006 | 11131 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Morris Cantor Lukasik Dolce & Panepinto PC | Attorneys for Plaintiff<br>1000 Liberty Bldg<br>Buffalo, NY 14202 | 7/24/2006 | 10489 | $66,666.66 | Books And Records Claims | Disallow and Expunge | |
| Neal C Folck | Neal C Folck<br>James R Greene Iii & Associates<br>Liberty Tower Ste 900 120 West Second St<br>Dayton, OH 45402 | 7/31/2006 | 14805 | $10,000.00 | Books And Records Claims | Disallow and Expunge | |
| New York State Department of Health | AAG Neal S Mann<br>NYS Office of the Attorney General<br>120 Broadway<br>New York, NY 10271 | 2/6/2006 | 1879 | $619.08 | Books And Records Claims | Disallow and Expunge | |
| Niagara Mohawk | Niagara Mohawk<br>PO Box 5026<br>Buffalo, NY 14205 | 11/14/2005 | 567 | $77,223.30 | Books And Records Claims | Disallow and Expunge | |

8/30/2007 8:01 PM
Omni 20 Obj Ex C-1 Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Piedmont Natural Gas Company | CBO Bankruptcy<br>4339 S Tryon St<br>Charlotte, NC 28217-1733 | 2/23/2006 | 2108 | $81.59 | Books And Records Claims | Disallow and Expunge | |
| Plaintiff class in Bernstein v Delphi Trust I et al In re Delphi Securities Derivative & ERISA Litig | Gary S Graifman Esq<br>c o Kantrowitz Goldhamer & Graifman PC<br>747 Chestnut Ridge Rd<br>Chestnut Ridge, NY 10977 | 7/31/2006 | 14298 | $250,000,000.00 | Books And Records Claims | Disallow and Expunge | |
| RLI Insurance Company | Michael P OConnor Esq<br>10 Esquire Rd Ste 14<br>New City, NY 10956 | 5/23/2006 | 6668 | $2,000,000.00 | Books And Records Claims | Disallow and Expunge | |
| Ross Marion And William | c o Archer & Greiner PC<br>Frank D Allen Esq<br>One Centennial Square PO Box 3000<br>Haddonfield, NJ 08033-0968 | 6/7/2006 | 7594 | $250,000.00 | Books And Records Claims | Disallow and Expunge | |
| Universal Tool and Engineering Company Inc | Michael K McCrory<br>Barnes & Thornburg LLP<br>11 S Meridian St<br>Indianapolis, IN 46204 | 3/3/2006 | 2174 | $234,500.00 | Books And Records Claims | Disallow and Expunge | |
| Verizon North Inc | AFNI Verizon<br>404 Brock Dr<br>Bloomington, IL 61701 | 3/20/2006 | 2340 | $5,083.55 | Books And Records Claims | Disallow and Expunge | |
| Wexford Capital LLC | Arthur Amron<br>411 Putnam Ave<br>Greenwich, CT 06830 | 7/28/2006 | 11889 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Wexford Catalyst Investors LLC | Arthur Amron<br>Wexford Capital LLC<br>411 Putnam Ave<br>Greenwich, CT 06830 | 7/28/2006 | 11891 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Wexford Spectrum Trading Ltd | Arthur Amron<br>Wexford Capital LLC<br>411 Putnam Ave<br>Greenwich, CT 06830 | 7/28/2006 | 11888 | $0.00 | Books And Records Claims | Disallow and Expunge | |

8/30/2007 8:01 PM
Omni 20 Obj Ex C-1 Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit C-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Jose C Alfaro and Martha Alfaro | c o Don C Staab Attorney at Law 1301 Oak St Hays, KS 67601 | 1/4/2007 | 16471 | $500,000.00 | Untimely Books And Records Claims | Disallow and Expunge | |
| Tower Automotive Inc | c o Kirkland & Ellis LLP 200 E Randolph Dr Chicago, IL 60601 | 3/14/2007 | 16573 | $0.00 | Untimely Books And Records Claims | Disallow and Expunge | |

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit C-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| State of Michigan Department of Treasury | Peggy A Housner Assistant Attorney General Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 7/11/2006 | 9272 | $5,731,238.42 | Books And Records Tax Claims | Disallow and Expunge | |
| State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 7/11/2006 | 9272 | $5,731,238.42 | Books And Records Tax Claims | Disallow and Expunge | |
| Wisconsin Department of Revenue | 2135 Rimrock Rd Madison, WI 53713 | 6/19/2006 | 8233 | $8,556,645.87 | Books And Records Tax Claims | Disallow and Expunge | |
| Wisconsin Department of Revenue | PO Box 8901 Madison, WI 53708-8901 | 6/19/2006 | 8233 | $8,556,645.87 | Books And Records Tax Claims | Disallow and Expunge | |

8/30/2007 8:01 PM
Omni 20 Obj Ex C-3 Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit C-4 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| State of New Jersey | Division of Taxation<br>Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695 | 2/20/2007 | 16546 | $1,158,884.07 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey<br>Attorney General of New Jersey<br>Richard J Hughes Complex PO Box 106<br>Trenton, NJ 08625-0106 | 2/20/2007 | 16546 | $1,158,884.07 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of Wisconsin Department of Revenue | PO Box 8901<br>Madison, WI 53708-8901 | 7/2/2007 | 16620 | $4,528.25 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of Wisconsin Department of Revenue | Attn James Polkowski<br>2135 Rimrock Rd<br>Madison, WI 53713 | 7/2/2007 | 16620 | $4,528.25 | Untimely Books And Records Tax Claims | Disallow and Expunge | |

8/30/2007 8:01 PM
Omni 20 Obj Ex C-4 Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit D Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis for Objection** | **Treatment of Claim** | **Surviving Claim Number** |
| Leed Steel Company | 228 Sawyer Ave Tonawanda, NY 14150 | 3/6/2007 | 16566 | $1,453.62 | Untimely Claim | Disallow and Expunge | |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
         In re                         :         Chapter 11
                                       :
DELPHI CORPORATION, et al.,            :         Case No. 05-44481 (RDD)
                                       :
                        Debtors.       :         (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:

        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicated And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not
Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation,
Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To
Modification (the "Twentieth Omnibus Claims Objection"), dated August 24, 2007, a copy of which is
enclosed (without exhibits).  The Debtors' Twentieth Omnibus Claims Objection is set for hearing on
September 27, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United
States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New
York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTIETH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
SEPTEMBER 20, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED
BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT
ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Twentieth Omnibus Claims Objection identifies thirteen different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

2

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basis For Objection of "Consensually Modified And Reduced Tort Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or unliquidated and/or (b) were filed against the wrong Debtor.

Claims identified as having a Basis For Objection of "Lift Stay" are those Claims that were settled pursuant to the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims (Docket No. 4366).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Twentieth Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Twentieth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND
PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE
"CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT
ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

If you disagree with the Twentieth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern
Time) on September 20, 2007. Your Response, if any, to the Twentieth Omnibus Claims Objection must
(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules
for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be
served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)
and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the Twentieth Omnibus Claims Objection; (iv) unless already set forth in
the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie
right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise
protected information in the Response; provided further, however, that you must disclose to the Debtors
all information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the
Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described
above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such
Response will automatically be adjourned from the September 27, 2007 hearing date to a future date to be
set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the

4

Debtors have requested that the Court conduct a final hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        August 24, 2007

# EXHIBIT G

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Aavid Thermalloy LLC | 1 Eagle Sq Ste 509<br>Concord, NH 03301 | 7/21/2006 | 10118 | $194,813.34 | Claims Subject To Modification | 05-44640 | $193,811.34 | General Unsecured |
| | ADT Security Services | ADT Security Services<br>14200 E Exposition Ave<br>Aurora, CO 80012 | 6/9/2006 | 7702 | $41,500.23 | Claims Subject To Modification | 05-44640 | $20,269.57 | General Unsecured |
| | Airgas Southwest Inc | Attn D Boyle<br>Airgas Inc<br>259 N Radnor Chester Road Suite 100<br>Radnor, PA 19087 | 7/31/2006 | 14277 | $88,154.71 | Claims Subject To Modification | 05-44640 | $82,016.97 | General Unsecured |
| | American Messaging | Formerly SBC Paging<br>32255 Northwestern Hwy<br>Ste 143<br>Farmington Hills, MI 48334 | 4/10/2006 | 2593 | $92,815.91 | Claims Subject To Modification | 05-44640 | $84,526.00 | General Unsecured |
| | Amphenol Corp Amphenol RF | Amphenol RF<br>4 Old Newton Rd<br>Danbury, CT 06810 | 7/25/2006 | 10716 | $693,692.38 | Claims Subject To Modification | 05-44624 | $687,494.02 | General Unsecured |
| | Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/12/2006 | 7837 | $152,445.85 | Claims Subject To Modification | 05-44567 | $143,532.08 | General Unsecured |
| | Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/26/2006 | 8533 | $63,793.42 | Claims Subject To Modification | 05-44640 | $54,428.10 | General Unsecured |
| | Amroc Investments LLC | Attn David S Leinwand Esq<br>As assignee of Mooney General Paper Co<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/20/2006 | 10058 | $13,388.20 | Claims Subject To Modification | 05-44640 | $10,022.40 | General Unsecured |
| | B and T Express | 9039 W Kelly Rd<br>Lake City, MI 49651 | 7/5/2006 | 8967 | $441.26 | Claims Subject To Modification | 05-44640 | $302.90 | General Unsecured |
| | Bailey Mfg Co Llc | 10987 Bennett State Rd<br>Forestville, NY 14062 | 7/27/2006 | 11459 | $156,246.02 | Claims Subject To Modification | 05-44640 | $156,246.02 | General Unsecured |
| | Balzers Inc | 2511 Technology Dr Ste 114<br>Elgin, IL 60123 | 12/30/2005 | 1415 | $6,421.37 | Claims Subject To Modification | 05-44481 | $4,805.65 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Bear Stearns Investment Products Inc | Attn Laura L Torrado<br>383 Madison Ave<br>New York, NY 10179 | 7/18/2006 | 9771 | $977,354.65 | Claims Subject To Modification | 05-44640 | $713,175.52 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Laura L Torrado<br>383 Madison Ave<br>New York, NY 10179 | 7/18/2006 | 9772 | $72,034.20 | Claims Subject To Modification | 05-44640 | $72,025.32 | General Unsecured |
| Brown & Sharpe Inc | K McBride<br>Brown & Sharpe Mfg Cp<br>200 Frenchtown Rd<br>North Kingstown, RI 02852 | 7/19/2006 | 9881 | $54,725.45 | Claims Subject To Modification | 05-44640 | $54,725.45 | General Unsecured |
| Cambron Engineering Inc | 3800 Wilder Rd<br>Bay City, MI 48706 | 3/27/2006 | 2404 | $24,380.00 | Claims Subject To Modification | 05-44640 | $23,358.00 | General Unsecured |
| Canon Business Solutions East | Canon Business Solutions East<br>1250 Valley Brook Ave<br>Lyndhurst, NJ 07071 | 1/26/2006 | 1673 | $7,962.38 | Claims Subject To Modification | 05-44618 | $7,962.38 | General Unsecured |
| Cellco Partnership | Cellco Partnership<br>One Verizon Wy<br>VC52S 243<br>Basking Ridge, NJ 07920 | 6/2/2006 | 7365 | $24,747.08 | Claims Subject To Modification | 05-44640 | $24,747.08 | General Unsecured |
| Central Freight Lines Inc | Central Freight Lines Inc<br>PO Box 2638<br>Waco, TX 76702-2638 | 12/2/2005 | 972 | $13,629.56 | Claims Subject To Modification | 05-44640 | $13,629.56 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/2006 | 5087 | $31,423.21 | Claims Subject To Modification | 05-44640 | $10,761.88 | General Unsecured |
| City of Columbus | Division of Water<br>910 Dublin Rd<br>Columbus, OH 43215 | 6/19/2006 | 8237 | $20,906.18 | Claims Subject To Modification | 05-44640 | $20,906.18 | General Unsecured |
| City of Rochester | Suzanne C Sutera<br>Department of Law<br>30 Church Street<br>Rochester, NY 14614 | 3/13/2006 | 2268 | $20,941.97 | Claims Subject To Modification | 05-44640 | $19,334.43 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/19/2006 | 9950 | $131,873.52 | Claims Subject To Modification | 05-44640 | $47,252.75 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Contrarian Funds LLC as Assignee of Capstan Atlantic | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 6/2/2006 | 7374 | $595,983.31 | Claims Subject To Modification | 05-44640 | $530,803.34 | General Unsecured |
| | Coyote Industrial Hardware Inc | 3012 Production Court Dayton, OH 45414 | 6/20/2006 | 8243 | $5,080.10 | Claims Subject To Modification | 05-44640 | $5,080.10 | General Unsecured |
| | Deco Automotive a division of Magna International Inc | Schafer and Weiner PLLC 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | 7/31/2006 | 13458 | $74,664.00 | Claims Subject To Modification | 05-44640 | $74,664.00 | General Unsecured |
| | Duke Energy Corporation | Duke Energy Corporation PO Box 1244 Charlotte, NC 28201-1244 | 11/7/2005 | 418 | $4,411.20 | Claims Subject To Modification | 05-44539 | $4,411.20 | General Unsecured |
| | El Paso Electric Co | Attn Josie Langford 100 N Stanton El Paso, TX 79901 | 7/31/2006 | 14400 | $95,539.00 | Claims Subject To Modification | 05-44640 | $55,463.35 | General Unsecured |
| | Exxonmobil Oil Corporation | Attn Andria Goguen ExxonMobil Business Support Center 120 McDonald St St John, NB E2J 1M5 Canada | 6/1/2006 | 7247 | $192,937.77 | Claims Subject To Modification | 05-44640 | $7,352.96 | General Unsecured |
| | FCI Automotive Deutschland GMBH | Keith J Cunningham Esq Pierce Atwood LLP One Monument Sq Portland, ME 04101-1110 | 7/31/2006 | 14126 | $376,357.61 | Claims Subject To Modification | 05-44640 | $148,675.44 | General Unsecured |
| | FCI Automotive France SA | Keith J Cunningham Esq Pierce Atwood LLP One Monument Square Portland, ME 04101-1110 | 7/31/2006 | 14129 | $15,945.87 | Claims Subject To Modification | 05-44640 | $1,981.36 | General Unsecured |
| | FCI Italia SPA | Keith J Cunningham Pierce Atwood LLP One Monument Square Portland, ME 04101-1110 | 7/31/2006 | 14127 | $361.40 | Claims Subject To Modification | 05-44640 | $104.51 | General Unsecured |
| | Ferguson Enterprises Inc | 12500 Jefferson Ave Newport News, VA 23602-4314 | 7/24/2006 | 10349 | $10,310.02 | Claims Subject To Modification | 05-44640 | $10,310.02 | General Unsecured |
| | Flambeau Inc | 801 Lynn Ave Baraboo, WI 53913 | 7/28/2006 | 12212 | $800,348.45 | Claims Subject To Modification | 05-44640 | $475,334.73 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Fujitsu Ten Corp Of America | Shig Onimura<br>47800 Halyard Dr<br>Plymouth, MI 48170 | 3/22/2006 | 2377 | $5,504,674.99 | Claims Subject To Modification | 05-44640 | $5,203,385.28 | General Unsecured |
| Future Die Cast & Engineering Inc | 14100 Rocco Ct<br>Shelby Township, MI 48315 | 5/16/2006 | 5982 | $5,309.70 | Claims Subject To Modification | 05-44640 | $5,106.30 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq<br>11256 Cornell Park Dr Ste 500<br>Cincinnati, OH 45242 | 7/21/2006 | 10191 | $7,020.00 | Claims Subject To Modification | 05-44640 | $3,680.00 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 5/16/2006 | 5967 | $221,190.88 | Claims Subject To Modification | 05-44640 | $188,028.67 | General Unsecured |
| Hain Capital Investors LLC | Attn Ganna Liberchuk<br>301 Route 17 6th Fl<br>Rutherford, NJ 07070 | 2/17/2006 | 2058 | $49,978.89 | Claims Subject To Modification | 05-44567 | $49,126.02 | General Unsecured |
| Harrington Industrial Pla | Jeff<br>3440 Pk Davis Cir<br>Indianapolis, IN 46236 | 5/11/2006 | 5618 | $2,724.00 | Claims Subject To Modification | 05-44640 | $2,724.00 | General Unsecured |
| Henry Troemner LLC | 201 Wolf Dr<br>PO Box 87<br>Thorofare, NJ 08086-0087 | 11/7/2005 | 394 | $323.24 | Claims Subject To Modification | 05-44640 | $262.47 | General Unsecured |
| Hewlett Packard Financial Services Company fka Compaq Financial Services Corporation | Attn Americas Recovery Leader<br>420 Mountain Ave<br>Murray Hill, NJ 07974-0006 | 7/26/2006 | 10683 | $953,280.40 | Claims Subject To Modification | 05-44640 | $166,642.02 | General Unsecured |
| Honeywell International S & C | Deb Mains<br>1140 W Warner Rd Bldg 1233 M<br>Tempe, AZ 85284 | 7/31/2006 | 14110 | $389,977.54 | Claims Subject To Modification | 05-44640 | $378,251.23 | General Unsecured |
| Infineon Technologies North America Corp | Arlene N Gelman<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 7/28/2006 | 11968 | $6,491,471.33 | Claims Subject To Modification | 05-44640 | $6,333,628.25 | General Unsecured |
| IR Epi Services Inc | Richard Brunette and Theresa Wardle<br>Sheppard Mullin Richter & Hampton LLP<br>333 S Hope St 48th floor<br>Los Angeles, CA 90071 | 7/31/2006 | 14236 | $588,927.08 | Claims Subject To Modification | 05-44640 | $488,834.60 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| JB Hunt Transportation Inc | Attn Shelly Allen<br>PO Box 130<br>Lowell, AR 72745 | 7/26/2006 | 11040 | $4,224.00 | Claims Subject To Modification | 05-44640 | $4,224.00 | General Unsecured |
| JPMorgan Chase Bank NA | Stanley Lim<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 6/1/2006 | 7325 | $388,310.09 | Claims Subject To Modification | 05-44640 | $363,079.29 | General Unsecured |
| KAC Holdings Inc dba Kester | Terry G Clark<br>Kester<br>515 E Touhy Ave<br>Des Plaines, IL 60018 | 7/31/2006 | 15567 | $151,311.95 | Claims Subject To Modification | 05-44640 | $151,311.95 | General Unsecured |
| Kaumagraph Flint Corporation | Attn Carrie Joseph<br>4705 Industrial Dr<br>Millington, MI 48746 | 11/17/2005 | 642 | $1,703,785.68 | Claims Subject To Modification | 05-44640 | $1,655,726.96 | General Unsecured |
| KEMET Electronics Corporation | Attn Treasurer<br>PO Box 5928<br>Greenville, SC 29606 | 7/28/2006 | 12210 | $34,446.55 | Claims Subject To Modification | 05-44567 | $27,677.75 | General Unsecured |
| KEMET Electronics Corporation | Attn Treasurer<br>PO Box 5928<br>Greenville, SC 29606 | 7/28/2006 | 12211 | $881,156.41 | Claims Subject To Modification | 05-44640 | $794,243.23 | General Unsecured |
| Kiemle Hankins Co The | Kiemle Hankins Service Co<br>94 H St Ampoint<br>Perrysburg, OH 43551 | 5/10/2006 | 5587 | $34,297.45 | Claims Subject To Modification | 05-44640 | $31,497.45 | General Unsecured |
| Kimball Midwest | PO Box 2470<br>Columbus, OH 43216-2470 | 5/5/2006 | 4919 | $46,119.52 | Claims Subject To Modification | 05-44640 | $36,280.18 | General Unsecured |
| Kramer Air Tool Sales & Servic | 23149 Commerce Dr<br>Farmington Hills, MI 48335 | 5/1/2006 | 4021 | $18,228.18 | Claims Subject To Modification | 05-44640 | $17,033.73 | General Unsecured |
| Leoni Cable Inc Eft | Arent Fox PLCC<br>Eberhard Rohm & Heike M Vogel<br>1675 Broadway<br>New York, NY 10019 | 7/31/2006 | 13752 | $80,134.04 | Claims Subject To Modification | 05-44640 | $32,880.09 | General Unsecured |
| Leoni Cable Inc Eft | Leoni Cable Inc<br>226 Main St Ste A<br>Rochester, MI 48307 | 7/31/2006 | 13752 | $80,134.04 | Claims Subject To Modification | 05-44640 | $32,880.09 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Linde Gas Llc | PO Box 94737 Cleveland, OH 44101-4737 | 3/14/2006 | 2289 | $34,239.45 | Claims Subject To Modification | 05-44640 | $34,239.45 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 11/15/2005 | 579 | $78,355.00 | Claims Subject To Modification | 05-44640 | $65,511.00 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 5/16/2006 | 5988 | $223,768.64 | Claims Subject To Modification | 05-44640 | $215,256.38 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 12/28/2006 | 16469 | $48,533.56 | Claims Subject To Modification | 05-44640 | $39,769.63 | General Unsecured |
| | Madison Investment Trust Series 38 | Madison Investment Trust Series 38 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 5/1/2006 | 4001 | $7,480.00 | Claims Subject To Modification | 05-44640 | $7,480.00 | General Unsecured |
| | Madison Investment Trust Series 38 | Madison Investment Trust Series 38 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 5/1/2006 | 4011 | $30,350.37 | Claims Subject To Modification | 05-44640 | $22,815.18 | General Unsecured |
| | Mc Machinery mitsubishi | Rod Fowler 1500 Michael Dr Wooddale, IL 60191 | 5/22/2006 | 6620 | $21,950.17 | Claims Subject To Modification | 05-44481 | $5,132.89 | General Unsecured |
| | Motorola Inc | Teresa Trager Credit 1307 E Algonquin Rd SWA2 Schaumburg, IL 60196-1078 | 12/9/2005 | 1157 | $18,679.06 | Claims Subject To Modification | 05-44640 | $763.98 | General Unsecured |
| | Northeast Verizon Wireless | AFNI Verizon Wireless 404 Brock Dr Bloomington, IL 61701 | 2/21/2006 | 2088 | $723,848.28 | Claims Subject To Modification | 05-44640 | $712,745.23 | General Unsecured |
| | PEI Genesis Inc | c o Joshua T Klein Esquire Fox Rothschild LLP 2000 Market St 10th Fl Philadelphia, PA 19103 | 3/2/2006 | 2171 | $82,080.57 | Claims Subject To Modification | 05-44640 | $77,632.72 | General Unsecured |
| | Plastomer Corp | PO Box 67000 Dept 15601 Detroit, MI 48267-0156 | 5/16/2006 | 5988 | $223,768.64 | Claims Subject To Modification | 05-44567 | $810.00 | General Unsecured |
| | Pontiac Coil Inc | 5800 Moody Dr Clarkston, MI 48348-4768 | 5/9/2006 | 5388 | $157,798.33 | Claims Subject To Modification | 05-44640 | $150,958.83 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Pryce Automotive Inc | 51 Apple Blossom Blvd<br>Bowmanville, ON L1C 4L9 Canada | 7/28/2006 | 12398 | $349,265.13 | Claims Subject To Modification | 05-44640 | $280,659.46 | General Unsecured |
| Quality Distribution Inc | 3802 Corporex Pk Dr<br>Tampa, FL 33619 | 5/22/2006 | 6480 | $115,460.08 | Claims Subject To Modification | 05-44640 | $54,304.10 | General Unsecured |
| Quality Inspection & Containment Co Inc | Attn Jim Middleton<br>PO Box 66<br>Dayton, OH 45409 | 7/11/2006 | 9305 | $84,319.48 | Claims Subject To Modification | 05-44640 | $81,520.23 | General Unsecured |
| Rader Fishman & Graver PLLC | 39533 Woodward Ave Ste 140<br>Bloomfield Hills, MI 48304 | 7/27/2006 | 11623 | $54,921.81 | Claims Subject To Modification | 05-44554 | $54,921.81 | General Unsecured |
| Relational Funding Corporation | 3701 Algonquin Rd<br>Ste 600<br>Rolling Meadows, IL 60008 | 10/2/2006 | 16347 | $26,769.62 | Claims Subject To Modification | 05-44640 | $10,585.92 | General Unsecured |
| Renaissance Capital Alliance L | 2005 W Hamlin Rd Ste 200<br>Rochester Hills, MI 48309 | 7/27/2006 | 11572 | $6,971.97 | Claims Subject To Modification | 05-44481 | $6,969.97 | General Unsecured |
| Rotoform a Division of Magna Power Train Inc | Schafer and Weiner PLLC<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 7/31/2006 | 13456 | $42,130.53 | Claims Subject To Modification | 05-44640 | $42,130.53 | General Unsecured |
| Shippers International | Shippers International<br>3750 Stewarts Ln<br>Nashville, TN 37218 | 11/16/2005 | 604 | $37,280.00 | Claims Subject To Modification | 05-44640 | $36,950.00 | General Unsecured |
| Siemens Aktiengesellchaft | Charles P Schulman<br>10 South Wacker Drive 40th FL<br>Chicago, IL 60606 | 5/1/2006 | 3657 | $17,579.52 | Claims Subject To Modification | 05-44640 | $4,753.03 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee AGE Industries Inc Assignor | Sierra Liquidity Fund<br>2699 White Rd Ste 255<br>Irvine, CA 92614 | 7/31/2006 | 14672 | $10,328.69 | Claims Subject To Modification | 05-44640 | $7,110.72 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee Inspex Inc Assignor | Sierra Liquidity Fund<br>2699 White Rd Ste 255<br>Irvine, CA 92614 | 8/9/2006 | 15973 | $31,262.85 | Claims Subject To Modification | 05-44640 | $31,262.85 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Southeastern Freight Lines | PO Box 1691<br>Columbia, SC 29202 | 11/7/2005 | 417 | $4,491.96 | Claims Subject To Modification | 05-44640 | $4,491.96 | General Unsecured |
| Southwest Research Institute | Po Drawer 28510<br>San Antonio, TX 78228-8400 | 7/28/2006 | 12108 | $27,271.67 | Claims Subject To Modification | 05-44640 | $21,639.49 | General Unsecured |
| SPCP Group LLC as assignee of Energy Conversion Systems Company | Attn Brian Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/31/2006 | 14135 | $1,424,133.17 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| Special Situations Investing Group Inc | Attn Al Dombrowski<br>c o Goldman Sachs & Co<br>85 Broad St 27th Fl<br>New York, NY 10004 | 7/31/2006 | 14135 | $1,424,133.17 | Claims Subject To Modification | 05-44640 | $847,336.13 | General Unsecured |
| T & L Automatics Inc | 770 Emerson St<br>Rochester, NY 14613 | 7/27/2006 | 11259 | $814,710.90 | Claims Subject To Modification | 05-44640 | $364,710.90 | General Unsecured |
| Teknor Apex Company | 505 Central Ave<br>Pawtucket, RI 02861 | 6/5/2006 | 7443 | $108,297.25 | Claims Subject To Modification | 05-44640 | $94,466.13 | General Unsecured |
| Texas Instruments Incorporated | Joseph J Wielebinski Esq<br>Munsch Hardt Kopf & Harr PC<br>500 N Akard St Suite 3800<br>Dallas, TX 75201-6659 | 7/31/2006 | 15378 | $996,729.62 | Claims Subject To Modification | 05-44640 | $345,112.09 | General Unsecured |
| Thermo Electron North America | Thermo Electron<br>1400 Northpointe Pkwy Ste10<br>West Palm Beach, FL 33407 | 8/9/2006 | 16120 | $45,212.36 | Claims Subject To Modification | 05-44640 | $28,732.97 | General Unsecured |
| Trucks for You Inc | Trucks for You Inc<br>PO Box AH<br>Muskogee, OK 74402 | 11/9/2005 | 462 | $4,836.00 | Claims Subject To Modification | 05-44640 | $4,836.00 | General Unsecured |
| United Telephone Company of Ohio | PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 5/22/2006 | 6407 | $289,254.87 | Claims Subject To Modification | 05-44640 | $119,526.48 | General Unsecured |
| VA Medical Center | Agt Cshr 04C<br>1055 Clermont St<br>Denver, CO 80220 | 7/24/2006 | 10561 | $8,456.58 | Claims Subject To Modification | 05-44640 | $8,456.58 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Viasystems | Attn R Shenberger<br>1915 Trolley Rd<br>York, PA 17408 | 7/28/2006 | 12385 | $125,315.71 | Claims Subject To Modification | 05-44567 | $122,708.51 | General Unsecured |
| | X Ray Industries Inc | Xri Testing<br>1961 Thunderbird St<br>Troy, MI 48084-5467 | 6/26/2006 | 8534 | $5,945.45 | Claims Subject To Modification | 05-44640 | $4,611.86 | General Unsecured |
| | Xpedx | Fmly Resourcenet Intl reid Pap<br>28401 Schoolcraft Rd Ste 400<br>Livonia, MI 48150-2238 | 7/25/2006 | 10592 | $4,612.09 | Claims Subject To Modification | 05-44640 | $1,471.45 | General Unsecured |
| | Xpedx | Xpedx<br>4140 E Paris SE<br>Grand Rapids, MI 49512 | 7/25/2006 | 10592 | $4,612.09 | Claims Subject To Modification | 05-44640 | $1,471.45 | General Unsecured |
| | Yount Loretta obo Tina L Cooley a Minor | Kenneth J Ignozzi Esq<br>Dyer Garofalo Mann & Schultz<br>131 North Ludlow St Ste 1400<br>Dayton, OH 45402 | 7/24/2006 | 10408 | $1,000.00 | Claims Subject To Modification | 05-44640 | $1,000.00 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit F Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| | New York State Department of Taxation and Finance | Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 7/18/2006 | 9709 | $1,541.53 | Tax Claims Subject To Modification | 05-44623 | $1,541.53 | General Unsecured |
| | New York State Department of Taxation and Finance | Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 7/11/2006 | 9824 | $20,112,352.05 | Tax Claims Subject To Modification | 05-44640 | $7,800,000.00 | Priority |
| | Ohio Department of Taxation | Rebecca L Daum 30 E Broad St Columbus, OH 43215 | 1/13/2006 | 1532 | $36,026,477.41 | Tax Claims Subject To Modification | 05-44481 | $3,532,000.00 | Priority |
| | State of Michigan Department of Treasury | Attn Peggy A Housner Assistant Attorney General Cadillac Place 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 3/27/2006 | 2420 | $10,790,199.00 | Tax Claims Subject To Modification | 05-44640 | $2,892,800.00 | General Unsecured |
| | State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 3/27/2006 | 2420 | $10,790,199.00 | Tax Claims Subject To Modification | 05-44640 | $2,892,800.00 | General Unsecured |
| | State of Michigan Department of Treasury | Attn Peggy A Housner Assistant Attorney General Cadillac Place 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 3/27/2006 | 2422 | $6,386,401.82 | Tax Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| | State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 3/27/2006 | 2422 | $6,386,401.82 | Tax Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| | State of Michigan Department of Treasury | Peggy A Housner Assistant Attorney General Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 5/2/2006 | 4536 | $20,048.53 | Tax Claims Subject To Modification | 05-44632 | $0.00 | General Unsecured |
| | State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 5/2/2006 | 4536 | $20,048.53 | Tax Claims Subject To Modification | 05-44632 | $0.00 | General Unsecured |
| | State of Michigan Department of Treasury | Peggy A Housner Assistant Attorney General Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 5/12/2006 | 5761 | $1,250,306.00 | Tax Claims Subject To Modification | 05-44554 | $0.00 | General Unsecured |
| | State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 5/12/2006 | 5761 | $1,250,306.00 | Tax Claims Subject To Modification | 05-44554 | $0.00 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex F (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit F Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| State of Michigan Department of Treasury | Peggy A Housner Assistant Attorney General Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 5/12/2006 | 5762 | $1,276,165.80 | Tax Claims Subject To Modification | 05-44554 | $0.00 | General Unsecured |
| State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 5/12/2006 | 5762 | $1,276,165.80 | Tax Claims Subject To Modification | 05-44554 | $0.00 | General Unsecured |
| State of Michigan Department of Treasury | Peggy A Housner Assistant Attorney General Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 5/19/2006 | 6354 | $666,927.27 | Tax Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured |
| State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 5/19/2006 | 6354 | $666,927.27 | Tax Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured |
| State of Michigan Department of Treasury | Peggy A Housner Assistant Attorney General Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 5/19/2006 | 6383 | $248,083.00 | Tax Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured |
| State of Michigan Department of Treasury | Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 5/19/2006 | 6383 | $248,083.00 | Tax Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex F (single debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit H Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Bruce C Wheeler | Marc C Panepinto<br>C O Morriscantorlukasikdolce &panepinto<br>1000 Liberty Building 420 Main St<br>Bufflao, NY 14202 | 7/24/2006 | 10488 | $200,000.00 | Consensually Modified And Reduced Tort Claims | 05-44640 | $60,000.00 | General Unsecured |
| Manns Debra A | c/o Morris Cantor Lukasi<br>Frank J Dolce<br>1000 Liberty Bldg 420 Main St<br>Buffalo, NY 14202 | 5/8/2006 | 5070 | $0.00 | Consensually Modified And Reduced Tort Claims | 05-44640 | $45,000.00 | General Unsecured |

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Baldwin Sandra L | Alen J Counard Pc 2320 West Jefferson Trenton, MI 48183 | 5/26/2006 | 6909 | $0.00 | Lift Stay | 05-44481 | $45,000.00 | General Unsecured |
| Jennifer T Asherbranner and Ronald R Asherbranner | co Travis W Hardwick Esq PO Box 968 Decatur, AL 35602 | 11/9/2005 | 465 | $100,000.00 | Lift Stay | 05-44640 | $225,000.00 | General Unsecured |
| Kelly R Groce & Kelly D Groce | Kelly R Groce & Kelly D Groce Stewart & Stewart 931 S Rangeline Rd Carmel, IN 46032 | 5/22/2006 | 6603 | $93,000.00 | Lift Stay | 05-44481 | $35,000.00 | General Unsecured |

8/30/2007 8:03 PM
Omni 20 Obj Ex I (single debtor) Service List

# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM


[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicated And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not
Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation,
Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To
Modification (the "Twentieth Omnibus Claims Objection"), dated August 24, 2007, a copy of which is
enclosed (without exhibits).  The Debtors' Twentieth Omnibus Claims Objection is set for hearing on
September 27, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United
States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New
York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTIETH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
SEPTEMBER 20, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED
BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT
ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.


        The enclosed Twentieth Omnibus Claims Objection identifies thirteen different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":


        Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are
        either duplicates of other Claims or have been amended or superseded by later-filed
        Claims.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) incorrectly assert secured or priority status.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basis For Objection of "Consensually Modified And Reduced Tort Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or unliquidated and/or (b) were filed against the wrong Debtor.

Claims identified as having a Basis For Objection of "Lift Stay" are those Claims that were settled pursuant to the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims (Docket No. 4366).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Twentieth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twentieth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

If you disagree with the Twentieth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern
Time) on September 20, 2007. Your Response, if any, to the Twentieth Omnibus Claims Objection must
(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules
for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be
served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)
and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the Twentieth Omnibus Claims Objection; (iv) unless already set forth in
the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie
right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise
protected information in the Response; provided further, however, that you must disclose to the Debtors
all information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the
Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described
above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such
Response will automatically be adjourned from the September 27, 2007 hearing date to a future date to be
set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the
Debtors have requested that the Court conduct a final hearing on September 27, 2007 at 10:00 a.m.
(prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES
ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE
CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

4

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

     The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTIETH
OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH
THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES
ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTIETH
OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE
ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES
ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
     August 24, 2007

# EXHIBIT I

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Dun & Bradstreet | c o Receivable Management Services RMS PO Box 5126 Timonium, MD 21094 | 7/31/2006 | 15664 | $103,442.63 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $51,355.42 | General Unsecured |
| Equistar Chemicals Lp | Attn J Donald Hamilton Credit Services 1221 Mc Kinney Ste 1500 Houston, TX 77010 | 7/25/2006 | 10718 | $958,965.92 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $450,000.00 | General Unsecured |
| FCI Canada Inc | Keith J Cunningham Esq Pierce Atwood LLP One Monument Square Portland, ME 04101-1110 | 7/31/2006 | 14125 | $76,964.21 | Claims Subject To Modification | 05-44567 | $2,000.00 | General Unsecured | 05-44640 | $62,568.00 | General Unsecured |
| FCI Electronics Mexido S de RL de CV | Keith J Cunningham Esq Pierce Atwood LLP One Monument Square Portland, ME 04101-1110 | 7/31/2006 | 14128 | $294,001.77 | Claims Subject To Modification | 05-44567 | $7,920.00 | General Unsecured | 05-44640 | $171,887.77 | General Unsecured |
| FCI USA Inc | Keith J Cunningham Esq Pierce Atwood LLP One Monument Square Portland, ME 04101-1110 | 7/31/2006 | 14130 | $407,299.95 | Claims Subject To Modification | 05-44567 | $183.00 | General Unsecured | 05-44640 | $252,192.95 | General Unsecured |
| Fluke Corporation | Attn Barbara Koerber MS 258C PO Box 9090 Everett, WA 98206-9090 | 11/18/2005 | 666 | $20,756.67 | Claims Subject To Modification | 05-44640 | $19,607.67 | General Unsecured | 05-44482 | $183.00 | General Unsecured |
| Hewlett Packard Company | Attn K Higman 2125 E Katella Ave Ste 400 Anaheim, CA 92806 | 7/11/2006 | 9352 | $4,948,005.65 | Claims Subject To Modification | 05-44481 | $4,887,190.95 | General Unsecured | 05-44482 | $290.64 | General Unsecured |
| Pacific Rim Capital Inc | 15 Enterprise Ste 400 Aliso Viejo, CA 92656 | 7/25/2006 | 10901 | $9,608.75 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $939.59 | General Unsecured |
| Pacific Rim Capital Inc | 15 Enterprise Ste 400 Aliso Viejo, CA 92656 | 7/25/2006 | 10902 | $54,470.00 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $2,991.58 | General Unsecured |
| Pacific Rim Capital Inc | 15 Enterprise Ste 400 Aliso Viejo, CA 92656 | 7/25/2006 | 10903 | $121,353.00 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $3,892.57 | General Unsecured |
| Pacific Rim Capital Inc | 15 Enterprise Ste 400 Aliso Viejo, CA 92656 | 7/25/2006 | 10904 | $96,981.00 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $8,359.96 | General Unsecured |
| Riverside Claims LLC as assignee for Product Action International LLC | Riverside Claims LLC PO Box 626 Planetarium Station New York, NY 10024 | 6/30/2006 | 8875 | $505,106.24 | Claims Subject To Modification | 05-44640 | $155,808.94 | General Unsecured | 05-44567 | $12,415.13 | General Unsecured |
| Saint Gobain Performance | Saint Gobain Performance Plastics Corp 1199 S Chillicothe Rd Aurora, OH 44202 | 7/28/2006 | 12030 | $40,444.54 | Claims Subject To Modification | 05-44624 | $3,908.96 | General Unsecured | 05-44640 | $27,493.38 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (multiple debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit E Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| | Ticona Llc | Ticona Fortron 8040 Dixie Hwy Florence, KY 41042-2904 | 7/31/2006 | 13420 | $759,698.01 | Claims Subject To Modification | 05-44567 | $33,088.73 | General Unsecured | 05-44640 | $726,609.28 | General Unsecured |

8/30/2007 8:02 PM
Omni 20 Obj Ex E (multiple debtor) Service List

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit G (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| AB Automotive Electronics Ltd | David M Schilli<br>Robinson Bradshaw & Hinson PA<br>101 N Tryon St Ste 1900<br>Charlotte, NC 28246 | 7/7/2006 | 9120 | $160,270.22 | Modified Claims Asserting Reclamation | 05-44640 | $120,000.00 | Priority | 05-44640 | $0.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 5/26/2006 | 6943 | $806,779.79 | Modified Claims Asserting Reclamation | 05-44640 | $58,853.42 | Priority | 05-44640 | $744,686.97 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/28/2006 | 8725 | $57,311.51 | Modified Claims Asserting Reclamation | 05-44640 | $3,491.22 | Priority | 05-44640 | $47,297.82 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Laura L Torrado<br>383 Madison Ave<br>New York, NY 10179 | 4/24/2006 | 2713 | $6,253,576.29 | Modified Claims Asserting Reclamation | 05-44640 | $64,270.14 | Priority | 05-44640 | $6,189,306.15 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 1/11/2007 | 16479 | $561,083.00 | Modified Claims Asserting Reclamation | 05-44640 | $101,745.58 | Priority | 05-44640 | $459,337.42 | General Unsecured |
| Contrarian Funds LLC as assignee of INA USA Corporation | Contrarian Funds LLC<br>Attn Alpa Jimenez<br>411 West Putnam Avenue Ste 225<br>Greenwich, CT 06830 | 7/28/2006 | 12686 | $2,466,373.54 | Modified Claims Asserting Reclamation | 05-44640 | $265,875.25 | Priority | 05-44640 | $2,053,421.12 | General Unsecured |
| Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan<br>60 Wall St 3rd Fl<br>New York, NY 10005 | 7/20/2006 | 9993 | $1,094,656.41 | Modified Claims Asserting Reclamation | 05-44640 | $57,468.93 | Priority | 05-44640 | $820,843.69 | General Unsecured |
| Fujitsu Components America Inc | Attn Accounting Manager<br>250 E Caribbean Dr<br>Sunnyvale, CA 94086 | 7/28/2006 | 12839 | $492,938.78 | Modified Claims Asserting Reclamation | 05-44640 | $2,018.40 | Priority | 05-44640 | $468,203.18 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 11/1/2005 | 273 | $953,170.47 | Modified Claims Asserting Reclamation | 05-44640 | $43,198.89 | Priority | 05-44640 | $901,462.04 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 6/21/2006 | 8317 | $86,804.08 | Modified Claims Asserting Reclamation | 05-44539 | $8,234.65 | Priority | 05-44539 | $73,049.98 | General Unsecured |
| Hitachi Chemical Singapore Pte Ltd fka Hitachi Chemical Asia Pacific Pte Ltd | Attn Menachem O Zelmanovitz Esq<br>co Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11/7/2005 | 416 | $5,415,329.84 | Modified Claims Asserting Reclamation | 05-44640 | $219,986.79 | Priority | 05-44640 | $5,195,343.05 | General Unsecured |
| Kostal of America Inc | Ryan D Heilman Esq<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 7/31/2006 | 14403 | $6,240.00 | Modified Claims Asserting Reclamation | 05-44567 | $1,872.00 | Priority | 05-44567 | $4,368.00 | General Unsecured |
| Osram Opto Semiconductors Inc | c o Robert L Eisenbach III<br>Cooley Godward LLP<br>101 California St 5th Fl<br>San Francisco, CA 94111-5800 | 7/19/2006 | 9962 | $963,916.70 | Modified Claims Asserting Reclamation | 05-44640 | $88,989.40 | Priority | 05-44640 | $874,927.30 | General Unsecured |
| SPCP Group LLC | Attn Brian Jarmain<br>2 Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/20/2006 | 9993 | $1,094,656.41 | Modified Claims Asserting Reclamation | 05-44640 | $0.00 | Priority | 05-44640 | $157,480.29 | General Unsecured |

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit G (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/2006 | 14479 | $609,554.90 | Modified Claims Asserting Reclamation | 05-44640 | $222.80 | Priority | 05-44640 | $567,396.36 | General Unsecured |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 7/5/2006 | 9037 | $1,676,212.31 | Modified Claims Asserting Reclamation | 05-44640 | $0.00 | Priority | 05-44640 | $0.00 | General Unsecured |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 7/7/2006 | 9120 | $160,270.22 | Modified Claims Asserting Reclamation | 05-44640 | $0.00 | Priority | 05-44640 | $17,982.34 | General Unsecured |
| TT Electronics OPTEK Technology | David M Schilli Robinson Bradshaw & Hinson P A 101 N Tryon St Ste 1900 Charlotte, NC 28246 | 7/5/2006 | 9037 | $1,676,212.31 | Modified Claims Asserting Reclamation | 05-44640 | $5,458.47 | Priority | 05-44640 | $152,487.03 | General Unsecured |
| United Plastics Group Inc | William Holbrook Director of Finance United Plastics Group Inc 1420 Kensington Rd Ste 209 Oak Brook, IL 60523 | 7/25/2006 | 13572 | $46,538.80 | Modified Claims Asserting Reclamation | 05-44640 | $2,010.69 | Priority | 05-44640 | $41,502.60 | General Unsecured |
| United Plastics Group Inc | Monika J Machen Sonnenschein Nath & Rosenthal 8000 Sears Tower Chicago, IL 60606 | 7/25/2006 | 13572 | $46,538.80 | Modified Claims Asserting Reclamation | 05-44640 | $2,010.69 | Priority | 05-44640 | $41,502.60 | General Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman Victory Packaging LLP 3555 Timmons Land Ste 1440 Houston, TX 77027 | 7/27/2006 | 11640 | $10,208,032.27 | Modified Claims Asserting Reclamation | 05-44640 | $658,509.45 | Priority | 05-44640 | $3,525,426.66 | General Unsecured |
| Victory Packaging LP | Thompson & Knight LLP Attn Ira L Herman Esq 919 Third Ave 39th Fl New York, NY 10022 | 7/27/2006 | 11640 | $10,208,032.27 | Modified Claims Asserting Reclamation | 05-44640 | $658,509.45 | Priority | 05-44640 | $3,525,426.66 | General Unsecured |

# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
            In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM


[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicated And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not
Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation,
Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To
Modification (the "Twentieth Omnibus Claims Objection"), dated August 24, 2007, a copy of which is
enclosed (without exhibits).  The Debtors' Twentieth Omnibus Claims Objection is set for hearing on
September 27, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United
States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New
York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTIETH OMNIBUS
CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE
DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON
SEPTEMBER 20, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED
BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT
ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.


        The enclosed Twentieth Omnibus Claims Objection identifies thirteen different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":


        Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are
        either duplicates of other Claims or have been amended or superseded by later-filed
        Claims.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) incorrectly assert secured or priority status.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basis For Objection of "Consensually Modified And Reduced Tort Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or unliquidated and/or (b) were filed against the wrong Debtor.

Claims identified as having a Basis For Objection of "Lift Stay" are those Claims that were settled pursuant to the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims (Docket No. 4366).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

If you wish to view the complete exhibits to the Twentieth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twentieth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twentieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on September 20, 2007. Your Response, if any, to the Twentieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twentieth Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the September 27, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE

4

CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR
SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTIETH
OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH
THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES
ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTIETH
OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE
ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES
ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        August 24, 2007

# EXHIBIT K

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit G (multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor1 | Modified Amount1 | Modified Nature1 | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 |
| Photo Stencil LLC | Lars H Fuller Esq Rothgerber Johnson & Lyons LLP 1200 17th St Ste 3000 Denver, CO 80202-5855 | 7/31/2006 | 14102 | $38,399.50 | Modified Claims Asserting Reclamation | 05-44640 | $5,295.00 | Priority | 05-44640 | $17,494.48 | General Unsecured | 05-44567 | $2,600 | General Unsecured |

# EXHIBIT L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM


[Claimant Name]:


       Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicated And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (the "Twentieth Omnibus Claims Objection"), dated August 24, 2007, a copy of which is enclosed (without exhibits). The Debtors' Twentieth Omnibus Claims Objection is set for hearing on September 27, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED TWENTIETH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 20, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.


       The enclosed Twentieth Omnibus Claims Objection identifies thirteen different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":


       Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities and dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

The Claim identified as having a Basis For Objection of "Untimely Claim" is a Claim that was not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

Claims identified as having a Basis For Objection of "Tax Claims Subject To Modification" are those Claims filed by taxing authorities that the Debtors have determined (a) are overstated and/or (b) incorrectly assert secured or priority status.

2

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

Claims identified as having a Basis For Objection of "Consensually Modified And Reduced Tort Claims" are those Claims asserting certain tort liabilities that the Debtors have determined (a) are overstated and/or unliquidated and/or (b) were filed against the wrong Debtor.

Claims identified as having a Basis For Objection of "Lift Stay" are those Claims that were settled pursuant to the Order Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I) Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims (Docket No. 4366).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

If you wish to view the complete exhibits to the Twentieth Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twentieth Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND
PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE
"CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT
ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

      If you disagree with the Twentieth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern
Time) on September 20, 2007. Your Response, if any, to the Twentieth Omnibus Claims Objection must
(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules
for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be
served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)
and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

      Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the Twentieth Omnibus Claims Objection; (iv) unless already set forth in
the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie
right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise
protected information in the Response; provided further, however, that you must disclose to the Debtors
all information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the
Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the Claim.

      If you properly and timely file and serve a Response in accordance with the procedures described
above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such
Response will automatically be adjourned from the September 27, 2007 hearing date to a future date to be
set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the
Debtors have requested that the Court conduct a final hearing on September 27, 2007 at 10:00 a.m.
(prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        August 24, 2007