**Murata Pre-Petition Setoff Request Summary**

| Murata Perspective | Total | Delphi Perspective | Total | Agreed Upon Setoff Amount | Total |
|---|---|---|---|---|---|
| Delphi A/R - Overpayment - DAS LLC | $33,926 | Delphi A/R - Overpayment - DAS LLC | $33,926 | | |
| Delphi A/R - Overpayment - Mechatronics | $913 | Delphi A/R - Overpayment - Mechatronics | $913 | | |
| Delphi A/P - DAS LLC | $3,725,211 | Delphi A/P - DAS LLC | $3,728,662 | | |
| Delphi A/P - Mechatronics | $35,945 | Delphi A/P - Mechatronics | $6,433 | | |
| Total Setoff Amount - DAS LLC | $33,926 | Total Setoff Amount - DAS LLC | $33,926 | Total Setoff Amount - DAS LLC | $33,926 |
| Total Setoff Amount - Mechatronics | $913 | Total Setoff Amount - Mechatronics | $913 | Total Setoff Amount - Mechatronics | $913 |

Material Non-Public Information