**Worthington Steel Company Pre-Petition Setoff Request Summary**

| Worthington Perspective | Total | Delphi Perspective | Total | Agreed Upon Setoff Amount | Total |
|---|---|---|---|---|---|
| Delphi A/R | $761,733 | Delphi A/R | $1,074,471 | | |
| Delphi A/P | $398,266 | Delphi A/P | $722,080 | | |
| Net Pre-Petition A/R | $363,467 [1] | Net Pre-Petition A/R | $352,391 [1] | Net Pre-Petition A/R | $352,391 [1] |

[1] Both parties agree that the pre-petition balances net to a Delphi A/R balance of approximately $352,000, which was setoff post-petition.

Draft - Subject to Change
Material Non-Public Information

| Delphi Records | | | | | | | | Worthington Records | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VENDOR NAME | VENDOR NUMBER | INVOICE NUMBER | PROCESS NUMBER | PAYMENT AMOUNT | INVOICE DATE | BILL OF LADING | CONTRACT NUMBER | Amount | Date | BOL |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203372176001 | 9000031198689 | 18,634.66 | 8/3/2005 | 06585393 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203550591001 | 9000031567953 | 18,648.68 | 9/2/2005 | 06587806 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203550590001 | 9000031567952 | 19,023.14 | 9/2/2005 | 06587837 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203572492001 | 9000031597577 | 17,317.53 | 9/6/2005 | 06587901 | D0550056453 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203572504001 | 9000031597578 | 18,451.13 | 9/6/2005 | 06587905 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203573912001 | 9000031597573 | 3,284.46 | 9/6/2005 | 06587925 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203573913001 | 9000031597574 | 2,166.51 | 9/6/2005 | 06587928 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203581167001 | 9000031610754 | 17,110.91 | 9/7/2005 | 06587992 | D0550056453 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203581164001 | 9000031610753 | 18,855.38 | 9/7/2005 | 06588013 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203581115001 | 9000031610750 | 18,648.68 | 9/7/2005 | 06588035 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203588862001 | 9000031626077 | 18,810.20 | 9/8/2005 | 06588114 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203597652001 | 9000031643109 | 19,482.00 | 9/9/2005 | 06588235 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203597664001 | 9000031643110 | 19,051.97 | 9/9/2005 | 06588241 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203597666001 | 9000031643111 | 18,494.50 | 9/9/2005 | 06588272 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203609652001 | 9000031666046 | 3,085.48 | 9/12/2005 | 01189852 | D0550078078 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203610946001 | 9000031666039 | 17,161.38 | 9/12/2005 | 06588376 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203610945001 | 9000031666038 | 16,717.73 | 9/12/2005 | 06588388 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203626453001 | 9000031691380 | 18,720.63 | 9/14/2005 | 06588650 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203626504001 | 9000031691381 | 16,772.80 | 9/14/2005 | 06588708 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203634712001 | 9000031718916 | 18,009.93 | 9/15/2005 | 06588814 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203634717001 | 9000031718917 | 19,051.98 | 9/15/2005 | 06588837 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203642762001 | 9000031735099 | 18,340.32 | 9/16/2005 | 06588983 | D0550074051 | 18,340.32 | 9/15/2005 | 06588983 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203642760001 | 9000031735097 | 19,485.67 | 9/16/2005 | 06588995 | D0550074048 | 19,485.67 | 9/15/2005 | 06588995 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203642759001 | 9000031735096 | 4,467.31 | 9/16/2005 | 06588842 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203654722001 | 9000031759009 | 9,603.34 | 9/19/2005 | 06589086 | D0550074051 | 9,603.34 | 9/18/2005 | 06589086 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203654720001 | 9000031759007 | 13,542.32 | 9/19/2005 | 06589097 | D0550074048 | 13,542.32 | 9/18/2005 | 06589097 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203654734001 | 9000031759010 | 17,572.56 | 9/19/2005 | 06589072 | D0550056453 | 17,572.56 | 9/18/2005 | 06589072 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203654735001 | 9000031759011 | 17,721.48 | 9/19/2005 | 06589071 | D0550056453 | 17,721.48 | 9/18/2005 | 06589071 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203671862001 | 9000031786288 | 18,481.65 | 9/21/2005 | 06589316 | D0550074048 | 18,481.65 | 9/20/2005 | 06589316 |
| WORTHINGTON STEEL | EFT | RD004312401 | E404CSR5203696474001 | 9000031814587 | 101.11 | 9/25/2005 | 07290998 | D0550070571 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | JJ025203702327001 | 9000031843305 | 4,474.86 | 9/26/2005 | 02231230 | D0550065378 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E402520370312001 | 9000031843300 | 956.86 | 9/26/2005 | 07296749 | D0550005786 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E402520370311900001 | 9000031843299 | 1,099.67 | 9/26/2005 | 07296750 | D0550070571 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706574001 | 9000031854199 | 887.24 | 9/27/2005 | 01191030 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04ADM2005100546418 | 0005016189706 | -464,181.68 | 10/5/2005 | PER LEGAL | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203680797001 | 9000031799476 | 10,562.48 | 9/22/2005 | 06589424 | D0550057617 | 10,562.48 | 9/21/2005 | 06589424 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203680798001 | 9000031799477 | 17,442.26 | 9/22/2005 | 06589405 | D0550056453 | 17,442.26 | 9/21/2005 | 06589405 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203680796001 | 9000031799475 | 19,972.85 | 9/22/2005 | 06589400 | D0550057617 | 19,972.85 | 9/21/2005 | 06589400 |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203691213001 | 9000031820983 | 6,996.82 | 9/23/2005 | 06589590 | D0550004539 | 6,996.82 | 9/22/2005 | 06589590 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203689153001 | 9000031820986 | 18,339.48 | 9/23/2005 | 06589565 | D0550057617 | 18,339.48 | 9/22/2005 | 06589565 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203689165001 | 9000031820987 | 19,287.43 | 9/23/2005 | 06589563 | D0550074051 | 19,965.20 | 9/22/2005 | 06589563 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203703155001 | 9000031843302 | 17,494.38 | 9/26/2005 | 06589640 | D0550056453 | 17,494.38 | 9/25/2005 | 06589640 |
| WORTHINGTON STEEL | EFT | RD004312401 | H4025203703679001 | 9000031843304 | 19,384.86 | 9/26/2005 | 06589518 | D0550000093 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203703142001 | 9000031843301 | 11,390.86 | 9/26/2005 | 06589592 | D0550005267 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203703156001 | 9000031843303 | 6,848.77 | 9/26/2005 | 06589653 | D0550005267 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203707131001 | 9000031854204 | 3,080.32 | 9/27/2005 | 01191153 | D0550022229 | 3,081.15 | 9/27/2005 | 01191153 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203707129001 | 9000031854203 | 3,816.54 | 9/27/2005 | 01191155 | D0550022235 | 3,819.99 | 9/27/2005 | 01191155 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203707159001 | 9000031854207 | 4,061.16 | 9/27/2005 | 01191154 | D0550022229 | 4,063.43 | 9/27/2005 | 01191154 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203707155001 | 9000031854205 | 4,939.00 | 9/27/2005 | 01191151 | D0550022235 | 4,941.43 | 9/27/2005 | 01191151 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203707158001 | 9000031854206 | 8,068.62 | 9/27/2005 | 01191152 | D0550022235 | 8,069.45 | 9/27/2005 | 01191152 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203711122001 | 9000031854192 | 17,244.94 | 9/27/2005 | 06589761 | D0550056453 | 17,244.94 | 9/26/2005 | 06589761 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203711121001 | 9000031854191 | 18,566.08 | 9/27/2005 | 06589749 | D0550074048 | 18,566.08 | 9/26/2005 | 06589749 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203710047001 | 9000031854208 | 20,388.71 | 9/27/2005 | 01191227 | D0550022229 | 20,421.25 | 9/27/2005 | 01191227 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706573001 | 9000031854198 | 6,877.52 | 9/27/2005 | 01191029 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706572001 | 9000031854197 | 4,046.93 | 9/27/2005 | 01191031 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706571001 | 9000031854196 | 8,025.49 | 9/27/2005 | 01191032 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706578001 | 9000031854202 | 8,167.16 | 9/27/2005 | 01191033 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706575001 | 9000031854200 | 6,633.02 | 9/27/2005 | 01191034 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203706576001 | 9000031854201 | 6,320.04 | 9/27/2005 | 01191035 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203711123001 | 9000031854193 | 4,898.38 | 9/27/2005 | 06589798 | D0550005267 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203714777001 | 9000031867330 | 1,135.82 | 9/28/2005 | 01191266 | D0550022232 | 1,136.13 | 9/28/2005 | 01191266 |
| WORTHINGTON STEEL | EFT | RD004312401 | F6025203737573001 | 9000031904887 | 512.36 | 9/30/2005 | 01191354 | D0550065375 | 512.75 | 9/29/2005 | 01191354 |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204565506001 | 9000033249737 | 0.01 | 10/7/2005 | 06589590 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04ADM2005100527478 | 0005016189707 | -274,780.43 | 10/5/2005 | PER LEGAL | | 224.18 | 9/29/2005 | 06590237 |
| | | | | | (225.75) | | | | (104,076.38) | 3/2/2005 | 503,020,121.00 |
| | | | | | | | | | (183,741.61) | 4/28/2005 | 504,280,126.00 |
| | | | | | | | | | (20,686.58) | 10/7/05 | 10/07/05 Delphi |
| | | | | | | | | | (902.97) | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203740002001 | 9000031904889 | 15,971.05 | 9/30/2005 | 06590286 | D0450120294 | 15,971.05 | 9/30/2005 | 06590286 |
| WORTHINGTON STEEL | EFT | RD004312401 | H4025203784844001 | 9000031983954 | 18,623.26 | 10/7/2005 | 06590883 | D0550000093 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104006 | 9000033037727 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104005 | 9000033037726 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104004 | 9000033037725 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104003 | 9000033037724 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104002 | 9000033037723 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104001 | 9000033037722 | 0.54 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104012 | 9000033037733 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104011 | 9000033037732 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104010 | 9000033037731 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104009 | 9000033037730 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104008 | 9000033037729 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5204429104007 | 9000033037728 | 0.58 | 10/7/2005 | 06571691 | D0550003433 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5203696647004 | 9000031814591 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5203696647003 | 9000031814590 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5203696647002 | 9000031814589 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA04CSR5203696647001 | 9000031814588 | 0.01 | 9/25/2005 | 06587137 | D0550004539 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203731209001 | 9000031883929 | 18,914.21 | 9/29/2005 | 06590142 | D0550004901 | 18,910.70 | 9/29/2005 | 06590142 |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203740001001 | 9000031904888 | 17,579.18 | 9/30/2005 | 06590274 | D0550004901 | 17,575.92 | 9/30/2005 | 06590274 |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203785409001 | 9000031983948 | 17,417.93 | 10/7/2005 | 06590757 | D0550004901 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203786168001 | 9000031983949 | 17,552.62 | 10/7/2005 | 06590847 | D0550004901 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203711144001 | 9000031854194 | 4,128.81 | 9/27/2005 | 06589799 | D0550005267 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203719967001 | 9000031867323 | 1,771.23 | 9/28/2005 | 06589915 | D0550005267 | 1,935.75 | 9/27/2005 | 06589915 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203738153001 | 9000031904892 | 10,100.10 | 9/30/2005 | 06590200 | D0550005267 | 10,100.10 | 9/29/2005 | 06590200 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203758848001 | 9000031937576 | 4,641.85 | 10/4/2005 | 06590394 | D0550005267 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203783841001 | 9000031983952 | 7,516.54 | 10/7/2005 | 06590783 | D0550005267 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203720499001 | 9000031867317 | 1,068.24 | 9/28/2005 | 07296969 | D0550005786 | 1,068.23 | 9/28/2005 | 07296969 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203720496001 | 9000031867316 | 1,720.73 | 9/28/2005 | 07296968 | D0550005786 | 1,720.73 | 9/28/2005 | 07296968 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203738034001 | 9000031904885 | 555.58 | 9/30/2005 | 07297109 | D0550005786 | 555.58 | 9/30/2005 | 07297109 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203738023001 | 9000031904884 | 1,117.74 | 9/30/2005 | 07297108 | D0550005786 | 1,117.74 | 9/30/2005 | 07297108 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203767797001 | 9000031954347 | 477.22 | 10/5/2005 | 07297331 | D0550005786 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203767801001 | 9000031954351 | 2,436.10 | 10/5/2005 | 07297330 | D0550005786 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784676001 | 9000031983942 | 682.37 | 10/7/2005 | 07297481 | D0550005786 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784678001 | 9000031983943 | 981.09 | 10/7/2005 | 07297480 | D0550005786 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784681001 | 9000031983946 | 1,851.45 | 10/7/2005 | 07297484 | D0550005786 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203767798001 | 9000031954348 | 286.63 | 10/5/2005 | 07297332 | D0550005787 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784680001 | 9000031983945 | 549.14 | 10/7/2005 | 07297483 | D0550005787 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784653001 | 9000031983940 | 925.38 | 10/7/2005 | 07297478 | D0550005787 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784675001 | 9000031983941 | 1,820.54 | 10/7/2005 | 07297479 | D0550005787 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203719961001 | 9000031867320 | 16,081.57 | 9/28/2005 | 06589898 | D0550006139 | 16,078.41 | 9/27/2005 | 06589898 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203719963001 | 9000031867321 | 19,133.39 | 9/28/2005 | 06589904 | D0550006139 | 19,129.63 | 9/27/2005 | 06589904 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203758847001 | 9000031937575 | 6,392.73 | 10/4/2005 | 06590393 | D0550006139 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203775827001 | 9000031970529 | 9,686.81 | 10/6/2005 | 06590697 | D0550006139 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203767800001 | 9000031954350 | 2,039.66 | 10/5/2005 | 07297329 | D0550016057 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203714774001 | 9000031867327 | 3,133.14 | 9/28/2005 | 01191269 | D0550022229 | 3,133.41 | 9/28/2005 | 01191269 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203714776001 | 9000031867329 | 6,853.92 | 9/28/2005 | 01191264 | D0550022229 | 6,854.78 | 9/28/2005 | 01191264 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203724618001 | 9000031883941 | 3,407.71 | 9/29/2005 | 01191343 | D0550022229 | 3,413.13 | 9/29/2005 | 01191343 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203724719001 | 9000031883942 | 4,041.48 | 9/29/2005 | 01191344 | D0550022229 | 4,043.60 | 9/29/2005 | 01191344 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203724628001 | 9000031883940 | 9,593.36 | 9/29/2005 | 01191345 | D0550022229 | 9,596.20 | 9/29/2005 | 01191345 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203723908001 | 9000031883937 | 9,713.02 | 9/29/2005 | 01191325 | D0550022229 | 9,715.06 | 9/28/2005 | 01191325 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203723920001 | 9000031883938 | 7,569.28 | 9/29/2005 | 01188416 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733173001 | 9000031904901 | 1,884.72 | 9/30/2005 | 01191474 | D0550022229 | 4,158.43 | 9/30/2005 | 01191474 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733114001 | 9000031904899 | 5,157.24 | 9/30/2005 | 01191473 | D0550022229 | 5,158.51 | 9/30/2005 | 01191473 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733196001 | 9000031904902 | 17,483.21 | 9/30/2005 | 01191475 | D0550022229 | 17,488.10 | 9/30/2005 | 01191475 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203757403001 | 9000031937578 | 18,955.30 | 10/4/2005 | 01191761 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762199001 | 9000031954362 | 11,443.18 | 10/5/2005 | 01191521 | D0550022229 | 11,451.47 | 9/30/2005 | 01191521 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762107001 | 9000031954354 | 979.40 | 10/5/2005 | 01191749 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762127001 | 9000031954358 | 1,892.48 | 10/5/2005 | 01191752 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762111001 | 9000031954356 | 3,084.87 | 10/5/2005 | 01191751 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762135001 | 9000031954361 | 3,238.00 | 10/5/2005 | 01191755 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762642001 | 9000031954365 | 6,917.28 | 10/5/2005 | 01191803 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762132001 | 9000031954359 | 7,040.20 | 10/5/2005 | 01191753 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762106001 | 9000031954353 | 8,064.74 | 10/5/2005 | 01191747 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762586001 | 9000031954363 | 9,318.02 | 10/5/2005 | 01191805 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203770792001 | 9000031970532 | 1,256.19 | 10/6/2005 | 01191862 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203771063001 | 9000031970538 | 1,846.00 | 10/6/2005 | 01191910 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203770988001 | 9000031970534 | 3,193.62 | 10/6/2005 | 01191909 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203770806001 | 9000031970533 | 18,525.81 | 10/6/2005 | 01191864 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779269001 | 9000031983961 | 3,414.48 | 10/7/2005 | 01192031 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779140001 | 9000031983958 | 6,257.52 | 10/7/2005 | 01192000 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779119001 | 9000031983956 | 7,002.64 | 10/7/2005 | 01191952 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779139001 | 9000031983957 | 8,864.45 | 10/7/2005 | 01191998 | D0550022229 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779118001 | 9000031983955 | 13,143.14 | 10/7/2005 | 01191953 | D0550022229 | | | |

Confidential - Material Non-Public Information
Delphi AP-AR

| VENDOR NAME | VENDOR NUMBER | INVOICE NUMBER | PROCESS NUMBER | PAYMENT AMOUNT | INVOICE DATE | BILL OF LADING | CONTRACT NUMBER | Amount | Date | BOL |
|---|---|---|---|---|---|---|---|---|---|---|
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203714773001 | 9000031867326 | 3,197.12 | 9/28/2005 | 01191274 | D0550022232 | 3,197.57 | 9/28/2005 | 01191274 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203723899001 | 9000031883936 | 3,408.39 | 9/29/2005 | 01191332 | D0550022232 | 3,409.60 | 9/28/2005 | 01191332 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203723895001 | 9000031883935 | 8,390.52 | 9/29/2005 | 01191331 | D0550022232 | 8,393.99 | 9/29/2005 | 01191331 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733102001 | 9000031904897 | 3,199.13 | 9/30/2005 | 01191469 | D0550022232 | 3,199.43 | 9/30/2005 | 01191469 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733003001 | 9000031904895 | 3,175.38 | 9/30/2005 | 01186869 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762112001 | 9000031954357 | 2,136.87 | 10/5/2005 | 01191750 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762644001 | 9000031954368 | 4,352.50 | 10/5/2005 | 01191800 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762611001 | 9000031954355 | 5,448.21 | 10/5/2005 | 01191748 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203771060001 | 9000031970535 | 4,278.14 | 10/6/2005 | 01191913 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779268001 | 9000031983960 | 3,126.93 | 10/7/2005 | 01192029 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779267001 | 9000031983959 | 5,860.95 | 10/7/2005 | 01192030 | D0550022232 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203714775001 | 9000031867328 | 3,925.96 | 9/28/2005 | 01191267 | D0550022235 | 3,927.38 | 9/28/2005 | 01191267 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203714779001 | 9000031867331 | 6,995.60 | 9/28/2005 | 01191265 | D0550022235 | 7,000.54 | 9/28/2005 | 01191265 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203724634001 | 9000031883941 | 3,763.95 | 9/29/2005 | 01191419 | D0550022235 | 3,767.73 | 9/29/2005 | 01191419 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733103001 | 9000031904898 | 3,581.95 | 9/30/2005 | 01191471 | D0550022235 | 3,583.76 | 9/30/2005 | 01191471 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733171001 | 9000031904900 | 3,755.54 | 9/30/2005 | 01191470 | D0550022235 | 3,757.96 | 9/30/2005 | 01191470 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203733101001 | 9000031904896 | 3,770.27 | 9/30/2005 | 01191472 | D0550022235 | 3,774.65 | 9/30/2005 | 01191472 |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762630001 | 9000031954367 | 4,539.25 | 10/5/2005 | 01191801 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762628001 | 9000031954366 | 5,779.56 | 10/5/2005 | 01191802 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762134001 | 9000031954360 | 7,957.10 | 10/5/2005 | 01191754 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203762592001 | 9000031954364 | 11,178.23 | 10/5/2005 | 01191804 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203771061001 | 9000031970536 | 3,703.98 | 10/6/2005 | 01191912 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203771062001 | 9000031970537 | 8,058.10 | 10/6/2005 | 01191911 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779271001 | 9000031983963 | 2,152.34 | 10/7/2005 | 01192032 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | RD025203779270001 | 9000031983962 | 3,612.46 | 10/7/2005 | 01192033 | D0550022235 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | J202520375889900 | 9000031937577 | 3,845.89 | 10/4/2005 | 07297127 | D0550033033 | 4,203.16 | 9/30/2005 | 07297127 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203738151001 | 9000031904890 | 16,191.33 | 9/30/2005 | 06590158 | D0550054453 | 17,308.23 | 9/29/2005 | 06590158 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203775829001 | 9000031970530 | 13,678.30 | 10/6/2005 | 06590671 | D0550054453 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203738164001 | 9000031904893 | 16,279.73 | 9/30/2005 | 06590186 | D0550057617 | 16,279.73 | 9/29/2005 | 06590186 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203738152001 | 9000031904891 | 18,453.05 | 9/30/2005 | 06590152 | D0550057617 | 18,453.05 | 9/29/2005 | 06590152 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203815923001 | 9000032029667 | 17,487.06 | 10/7/2005 | 06590868 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203783840001 | 9000031983951 | 18,121.95 | 10/7/2005 | 06590748 | D0550057617 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | F6025203783362001 | 9000031983947 | 2,350.10 | 10/7/2005 | 06590809 | D0550065373 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203720500001 | 9000031867318 | 1,068.49 | 9/28/2005 | 07296970 | D0550070571 | 1,068.49 | 9/28/2005 | 07296970 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203767799001 | 9000031954349 | 1,071.33 | 10/5/2005 | 07297333 | D0550070571 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203711145001 | 9000031854195 | 4,646.24 | 9/27/2005 | 06589800 | D0550070572 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203720494001 | 9000031867315 | 1,860.96 | 9/28/2005 | 07296967 | D0550071899 | 1,860.96 | 9/28/2005 | 07296967 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203738035001 | 9000031904886 | 1,868.09 | 9/30/2005 | 07297110 | D0550071899 | 1,868.09 | 9/30/2005 | 07297110 |
| WORTHINGTON STEEL | EFT | RD004312401 | E4025203784679001 | 9000031983944 | 319.82 | 10/7/2005 | 07297482 | D0550071899 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203729106001 | 9000031883930 | 18,801.03 | 9/29/2005 | 06589999 | D0550074048 | 18,801.03 | 9/28/2005 | 06589999 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203775830001 | 9000031970531 | 18,863.43 | 10/6/2005 | 06590670 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203775826001 | 9000031970528 | 18,878.12 | 10/6/2005 | 06590628 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203815922001 | 9000032029666 | 19,019.45 | 10/7/2005 | 06590860 | D0550074048 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203729107001 | 9000031883931 | 19,287.43 | 9/29/2005 | 06590013 | D0550074051 | 19,965.20 | 9/28/2005 | 06590013 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203738165001 | 9000031904894 | 17,936.51 | 9/30/2005 | 06590167 | D0550074051 | 17,936.51 | 9/29/2005 | 06590167 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203775825001 | 9000031970527 | 17,936.51 | 10/6/2005 | 06590635 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203783839001 | 9000031983950 | 16,769.13 | 10/7/2005 | 06590769 | D0550074051 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203719968001 | 9000031867324 | 9,027.18 | 9/28/2005 | 06589916 | D0550074315 | 9,025.41 | 9/27/2005 | 06589916 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203729109001 | 9000031883933 | 9,855.66 | 9/29/2005 | 06590031 | D0550074315 | 9,843.80 | 9/28/2005 | 06590031 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203729108001 | 9000031883932 | 10,581.97 | 9/29/2005 | 06590032 | D0550074315 | 10,581.98 | 9/28/2005 | 06590032 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203719966001 | 9000031867322 | 4,067.73 | 9/28/2005 | 06589917 | D0550074316 | 4,066.93 | 9/27/2005 | 06589917 |
| WORTHINGTON STEEL | EFT | RD004312401 | H3025203783842001 | 9000031983953 | 8,536.33 | 10/7/2005 | 06590779 | D0550074316 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | HA025203722185001 | 9000031867319 | 5,372.40 | 9/28/2005 | 06590067 | D0550074918 | 6,461.40 | 9/28/2005 | 06590067 |
| WORTHINGTON STEEL | EFT | RD004312401 | K902395132ISD6684130 | 9000031883934 | 7,600.80 | 9/29/2005 | 39513248 | SAG90I4158 | 7,600.80 | 9/28/2005 | 39513248 |
| WORTHINGTON STEEL | EFT | RD004312401 | K902395137ISD6694106 | 9000031954352 | 5,586.62 | 10/5/2005 | 39513754 | SAG90I4158 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | K902612674ISD6684029 | 9000031867325 | 10,655.18 | 9/28/2005 | 61267471 | SAG90I4182 | 10,655.18 | 9/28/2005 | 61267471 |
| WORTHINGTON STEEL | EFT | RD004312401 | K902612679ISD6689904 | 9000031926185 | 6,748.13 | 10/3/2005 | 61267913 | SAG90I4182 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04ADM2005100319506 | 0005016188925 | -19,506.20 | 10/3/2005 | PER LEGAL | | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04ADM879543 | 0005016193645 | -125,607.00 | 10/1/2005 | ADM879543 | | | | |
| **Delphi A/P** | | | | | 722,079.74 | | | | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144157C02 | 9000031677146 | -15,685.36 | 9/9/2005 | 144157C | SA-02535 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144506A02 | 9000031708405 | -15,878.21 | 9/13/2005 | 144506A | SA-02535 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143897C02 | 9000031624185 | -16,029.16 | 9/6/2005 | 143897C | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143897A02 | 9000031624183 | -14,334.08 | 9/6/2005 | 143897A | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143948IA02 | 9000031689872 | -14,816.87 | 9/7/2005 | 143948IA | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143948IB02 | 9000031689873 | -13,440.98 | 9/7/2005 | 143948IB | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144157A02 | 9000031677144 | -14,544.88 | 9/9/2005 | 144157A | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143921A02 | 9000031708404 | -14,352.03 | 9/11/2005 | 143921A | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145467AA02 | 9000031899383 | -16,198.07 | 9/26/2005 | 145467AA | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145822C02 | 9000031952640 | -16,563.16 | 10/3/2005 | 145822C | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145871B02 | 9000031952642 | -16,559.83 | 10/3/2005 | 145871B | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145871C02 | 9000031952643 | -16,355.01 | 10/3/2005 | 145871C | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145822B02 | 9000031952639 | -16,228.66 | 10/3/2005 | 145822B | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146043A-102 | 9000031981731 | -16,535.89 | 10/5/2005 | 146043A-1 | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146043C02 | 9000031981734 | -16,255.26 | 10/5/2005 | 146043C | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146043B02 | 9000031981733 | -16,222.01 | 10/5/2005 | 146043B | SA-02545 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143926C02 | 9000031638697 | -16,261.25 | 9/6/2005 | 143926C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143924A02 | 9000031624189 | -16,246.62 | 9/6/2005 | 143924A | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143921B02 | 9000031624186 | -16,150.19 | 9/6/2005 | 143921B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143926B02 | 9000031638696 | -16,131.57 | 9/6/2005 | 143926B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143927A02 | 9000031638698 | -16,119.60 | 9/6/2005 | 143927A | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143921C02 | 9000031624187 | -16,110.96 | 9/6/2005 | 143921C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143921IA02 | 9000031624188 | -16,083.69 | 9/6/2005 | 143921IA | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143924B02 | 9000031624190 | -16,077.71 | 9/6/2005 | 143924B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143925C02 | 9000031638694 | -15,923.43 | 9/6/2005 | 143925C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143925B02 | 9000031624192 | -15,890.18 | 9/6/2005 | 143925B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143927B02 | 9000031638699 | -15,718.61 | 9/6/2005 | 143927B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143924C02 | 9000031624191 | -16,156.18 | 9/9/2005 | 143924C | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143897A02 | 9000031624184 | -15,402.07 | 9/9/2005 | 143897B | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144621A02 | 9000031784444 | -14,243.64 | 9/15/2005 | 144621A | SA-02546 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145468B02 | 9000031865527 | -16,113.72 | 9/26/2005 | 145468B | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145468C02 | 9000031865528 | -16,113.72 | 9/26/2005 | 145468C | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145468A02 | 9000031865526 | -15,711.56 | 9/26/2005 | 145468A | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145871A02 | 9000031952641 | -14,122.96 | 10/3/2005 | 145871A | SA-02547 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143874D02 | 9000031638692 | -16,311.00 | 9/6/2005 | 143874D | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143874B02 | 9000031638690 | -15,002.05 | 9/6/2005 | 143874B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143874C02 | 9000031638691 | -14,788.16 | 9/6/2005 | 143874C | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143874A02 | 9000031638689 | -14,543.81 | 9/6/2005 | 143874A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143947B02 | 9000031638702 | -15,881.14 | 9/7/2005 | 143947B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143947C02 | 9000031638703 | -14,578.42 | 9/7/2005 | 143947C | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143947A02 | 9000031638701 | -14,311.24 | 9/7/2005 | 143947A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143948A02 | 9000031664273 | -14,254.47 | 9/7/2005 | 143948A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144157B02 | 9000031677145 | -16,948.52 | 9/9/2005 | 144157B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144392A02 | 9000031689874 | -14,895.45 | 9/11/2005 | 144392A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144662A02 | 9000031757401 | -14,983.36 | 9/15/2005 | 144662A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145424A02 | 9000031865521 | -17,187.33 | 9/26/2005 | 145424A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145424C02 | 9000031865523 | -17,086.96 | 9/26/2005 | 145424C | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145424B02 | 9000031865522 | -17,048.89 | 9/26/2005 | 145424B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145564C02 | 9000031881434 | -16,706.94 | 9/28/2005 | 145564C | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145564B02 | 9000031881433 | -16,408.60 | 9/28/2005 | 145564B | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145564A02 | 9000031881432 | -16,091.57 | 9/28/2005 | 145564A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145822A02 | 9000031952638 | -16,490.28 | 10/3/2005 | 145822A | SA-02548 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143927C02 | 9000031638700 | -14,834.13 | 9/6/2005 | 143927C | SA-02550 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145467B02 | 9000031865525 | -14,855.77 | 9/26/2005 | 145467B | SA-02550 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD145467A02 | 9000031865524 | -14,788.13 | 9/26/2005 | 145467A | SA-02550 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144662C02 | 9000031757403 | -15,478.98 | 9/15/2005 | 144662C | SA-02551 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143926A02 | 9000031638695 | -15,177.74 | 9/6/2005 | 143926A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD143925A02 | 9000031638693 | -15,085.75 | 9/6/2005 | 143925A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144392C02 | 9000031689876 | -15,171.65 | 9/11/2005 | 144392C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144392B02 | 9000031689875 | -15,070.87 | 9/11/2005 | 144392B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144506C02 | 9000031708407 | -15,098.60 | 9/13/2005 | 144506C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144506B02 | 9000031708406 | -14,877.42 | 9/13/2005 | 144506B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD144662B02 | 9000031757402 | -14,696.14 | 9/15/2005 | 144662B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146047B02 | 9000031981739 | -15,359.01 | 10/5/2005 | 146047B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146046C02 | 9000031981737 | -15,297.46 | 10/5/2005 | 146046C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146046B02 | 9000031981736 | -15,282.58 | 10/5/2005 | 146046B | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146046A02 | 9000031981735 | -15,223.73 | 10/5/2005 | 146046A | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146047C02 | 9000031981740 | -15,064.78 | 10/5/2005 | 146047C | SA-02552 | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04SMD146047A02 | 9000031981738 | -15,012.70 | 10/5/2005 | 146047A | SA-02552 | | | |
| **Delphi A/R** | | | | | -1,074,470.75 | | | | | | |
| **Delphi Net A/R** | | | | | -352,391.01 | | | | | | |
| Worthington (Amount due From Delphi) | | | | | | | | 398,265.87 | | | |
| Worthington (Amount due To Delphi) | | | | | | | | (761,732.81) | | | |
| **Worthington Net Amount due to Delphi** | | | | | | | | (363,466.94) | | | |
| WORTHINGTON STEEL | EFT | RD004312401 | EW04ACM11DRTRF336 | 0005016221162 | 352,391.01 | 10/1/2005 | N/A | N/A | | | |
| **Delphi Dacor A/P Total** | | | | | $0.00 | | | | | | |

Confidential - Material Non-Public Information
Delphi AP-AR