**Hearing Date: September 6, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                            Debtors.      :    (Jointly Administered)
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED ELEVENTH CLAIMS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (15 Matters)

        1)    Third Omnibus Objection Matters (5 Matters)

        2)    Ninth Omnibus Objection Matters (1 Matters)

        3)    Eleventh Omnibus Objection Matters (1 Matter)

        4)    Thirteenth Omnibus Objection Matters (1 Matter)

        5)    Fourteenth Omnibus Objection Matter (1 Matter)

        6)    Fifteenth Omnibus Objection Matters (5 Matters)

        7)    Seventeenth Omnibus Objection Matter (1 Matter)

    C.    Contested Omnibus Claims Objection Matters (1 Matter)

**B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)  Third Omnibus Claims Objection Matter**

    1.    **"Claims Objection Hearing Regarding Claim Of Buffalo Check Cashing, Inc."** – Claims Objection Hearing Regarding Claim Of Buffalo Check Cashing, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

        *Responses Filed:*    *None*

        *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

| | |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3026 (Buffalo Check Cashing, Inc.) (Docket No. 9196)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

2.    **"Claims Objection Hearing Regarding Claim Of Sanders Lead Co., Inc./Goldman Sachs L.P."** – Claims Objection Hearing Regarding Claim Of Sanders Lead Company, Inc./Goldman Sachs As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Filed By Sanders Lead Co., Inc. (Docket No. 6102)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent* |

3

> *And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*
>
> *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12615 (Sanders Lead Co., Inc. And Goldman Sachs Credit Partners L.P.) (Docket No. 9194)*

| | |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

3. **"Claims Objection Hearing Regarding Claim Of Timken U.S. Co., U.S. Timken Co., And The Timken Company"** – Claims Objection Hearing Regarding Claim Of Timken U.S. Co., U.S. Timken Co. And The Timken Company As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Timken U.S. Co. And U.S. Timken Co. To The Debtors' Third Omnibus Objection To Claims (Docket No. 5796)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |

> *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16499 (The Timken Company) (Docket No. 9192)*

    *Status:*      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

4. **"Claims Objection Hearing Regarding Claim Of Floform, Ltd."** – Claims Objection Hearing Regarding Claim Of Floform Ltd. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

    *Responses Filed:*      *Response To Motion Flofrom, Ltd. To Debtor's (1) Third Omnibus Objections (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 to Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5723)*

    *Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

    *Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

5

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Disallowing And Expunging Proof Of
Claim Number 14244 (Floform, Ltd.) (Docket No.
9195)*

Status:            *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

5.    **"Claims Objection Hearing Regarding Claim Of Schulte & Co. GmbH" –**
Claims Objection Hearing Regarding Claim Of Schulte & Co. GmbH As Objected
To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With
Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification And (II) Motion To Estimate
Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.
5452)

Response Filed:      *Response Of Schulte & Co. GMBH To The Debtors'
Third Omnibus Objection To Claims Filed On
Behalf Of Schulte & Co. GMBH (Docket No. 5795)*

Reply Filed:         *Debtors' Omnibus Reply In Support Of Debtors' (I)
Third Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Claims With Insufficient Documentation,
(B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification
And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)
(Docket No. 5944)*

Related Filings:     *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 (I) Disallowing And Expunging
Certain (A) Claims With Insufficient Documentation
And (B) Claims Unsubstantiated By Debtors' Books
And Records, (II) Modifying Certain Claims, And
(III) Adjourning Hearing On Certain Contingent
And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) Identified In Third Omnibus Claims
Objection (Docket No. 6224)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Compromising And Allowing Proof Of
Claim Number 772 (Schulte & Co. GMBH) (Docket
No. 9197)*

6

|  |  |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**2)  Ninth Omnibus Claims Objection Matter**

6.  **"Claims Objection Hearing Regarding Claim Of Freescale Semiconductor, Inc."** – Claims Objection Hearing Regarding Claim Of Freescale Semiconductor, Inc. As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

|  |  |
|---|---|
| *Response Filed:* | *None* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12024 (Freescale Semiconductor, Inc.) (Docket No. 9191)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

7

3) **Eleventh Omnibus Claims Objection Matter**

7. **"Claims Objection Hearing Regarding Claim Of SFS intec, Inc."** – Claims
Objection Hearing Regarding Claim SFS intec, Inc. As Objected To On The
Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B)
Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And
(D) Claims Subject To Modification  (Docket No. 7301)

| | |
|---|---|
| *Response Filed:* | *Response To Omnibus Objection, Re: Claim 1216 Filed By SFS intec, Inc. (Docket No. 7742)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification Identified In Eleventh Omnibus Claims Objection (Docket No. 7771)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Compromising And Allowing Proof Of Claim Number 1216 (SFS intec, Inc.) (Docket No. 9201)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

4) **Thirteenth Omnibus Claims Objection Matter**

8. **"Claims Objection Hearing Regarding Claim Of Marketing Innovators
International, Inc. [transferred to Liquidity Solutions]"** – Claims Objection
Hearing Regarding Claim Of Liquidity Solutions, Inc. as assignee of Marketing
Innovators International, Inc. [transferred to Liquidity Solutions] As Objected To
On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11
U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records,
(C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors'
Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F)

Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

<table>
<tr><td><em>Response Filed:</em></td><td><em>Response Of Claimant, Marketing Innovators International, Inc. To Debtors' Thirteenth Omnibus Claims Objection, Filed On Behalf Of Marketing Innovators International, Inc. (Docket No. 8047)</em></td></tr>
<tr><td><em>Reply Filed:</em></td><td><em>Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)</em></td></tr>
<tr><td><em>Related Filings:</em></td><td><em>Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)</em></td></tr>
<tr><td></td><td><em>Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 4387 (Marketing Innovators International, Inc. And Liquidity Solutions, Inc.) (Docket No. 9205)</em></td></tr>
<tr><td><em>Status:</em></td><td><em>A joint stipulation and agreed order will be submitted for consideration by the Court.</em></td></tr>
</table>

**5) Fourteenth Omnibus Claims Objection Matter**

9. **"Claims Objection Hearing Regarding Claim Of NEC Electronics America, Inc."** – Claims Objection Hearing Regarding Claim Of NEC Electronics America, Inc. As Objected To On The Debtors' Fourteenth Omnibus Objection (Procedural)

Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims  (Docket No. 7998)

| | |
|---|---|
| *Response Filed:* | *Response Of NEC Electronics America, Inc. To Debtors' Objection To Claim 12394 (Docket No. 8295)* |
| | *Response to Motion Response of NEC Electronics America, Inc. to Debtors' Objection to Claim No. 16368 filed by Steve Kieselstein on behalf of NEC Electronics America, Inc. (Docket No. 8553)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8399)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Duplicate Or Amended Claims And Protective Claims Identified In Fourteenth Omnibus Claims Objection (Docket No. 8442)* |
| | *Notice of Presentment of Joint Stipulation and Agreed Order Compromising And Allowing Proof Of Claim Number 16368 And Expunging Proof Of Claim Number 12394 (NEC Electronics America Inc.) (Docket No. 9204)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

## 6)  Fifteenth Omnibus Claims Objection Matter

10. **"Claims Objection Hearing Regarding Claim Of United States Customs and Border Protection"** – Claims Objection Hearing Regarding Claim Of United States Customs and Border Protection As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

|  |  |
|---|---|
| *Response Filed:* | *Response To Motion Response Of U.S. Customs And Border Protection To Debtor's Fifteenth Omnibus Objection  (Docket No. 8381)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth  Omnibus Claims Objection (Docket No. 8443)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16202 (U.S. Customs And Border Protection) (Docket No. 9202)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

11. **"Claims Objection Hearing Regarding Claim Of New York State Department of Taxation and Finance"** – Claims Objection Hearing Regarding Claim Of New York State Department of Taxation and Finance As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

|  |  |
|---|---|
| *Response Filed:* | *Opposition Of The New York State Department Of Taxation And Finance To Debtors' Fifteenth Omnibus Objection To Certain Claims (Docket No. 8214)* |

11

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth  Omnibus Claims Objection (Docket No. 8443)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Numbers 9710 And 9711 (New York State Department Of Taxation And Finance) (Docket No. 9193)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

12. **"Claims Objection Hearing Regarding Claim Of Bank of America, N.A."** – Claims Objection Hearing Regarding Claim Of Bank of America, N.A. As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

| | |
|---|---|
| *Response Filed:* | *Response Of Bank Of America, N.A. To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation  (Docket No. 8309)* |

12

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)* |
| | *Notice of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Nos. 11317, 11470 And 11457 (Bank Of America, N.A.) (Docket No. 8942)* |
| | *Debtors' Statement In Further Support of Debtors' Objection To Proof Of Claim Nos. 11317, 11470 and 11457 (Bank of America, N.A.) (Docket No. 9145)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

13. **"Claims Objection Hearing Regarding Claim Of American Casualty Company of Reading, PA"** – Claims Objection Hearing Regarding Claim Of American Casualty Company of Reading, PA As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

| | |
|---|---|
| *Response Filed:* | *Response To Motion Debtor's Objection To Proof Of Claim Filed On Behalf Of American Casualty Company Of Reading, PA  (Docket No. 8206)* |

13

| | |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)* |
| | *Notice of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2534 (American Casualty Company Of Reading, Pa) (Docket No. 8945)* |
| | *Debtors' Supplemental Reply To The Response Of American Casualty Company To The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9178)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

14. **Claims Objection Hearing Regarding Claim Of The Grigoleit Company"** – Claims Objection Hearing Regarding Claim Of The Grigoleit Company As Objected To On The Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

14

| | |
|---|---|
| *Response Filed:* | *Reply Of The Grigoleit Company To Debtors' Objection To Claim No. 10128 Filed On Behalf Of The Grigoleit Company (Docket No. 8291)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Fifteenth Omnibus Claims Objection (Docket No. 8443)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10128 (The Grigoleit Company) (Docket No. 9203)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**7) Seventeenth Omnibus Claims Objection Matter**

15. **"Claims Objection Hearing Regarding Claim Of Tyco Electronics Corporation"** – Claims Objection Hearing Regarding Claim Of Tyco Electronics Corporation As Objected To On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270)

15

| | |
|---|---|
| *Response Filed:* | *Response To Debtors' Seventeenth Omnibus Claims Objection Filed On Behalf Of Tyco Electronics Corporation (Docket No. 9162)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8668)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Identified In Seventeenth Omnibus Claims Objection (Docket No. 8737)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order (I) Adjourning Hearing On Debtors' Seventeenth Omnibus Claims Objection With Respect To Proof Of Claim Number 10707 And (II) Reducing And Capping Proof Of Claim Number 10707 (Tyco Electronics Corporation) (Docket No. 9021)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order (I) Adjourning Hearing On Debtors' Seventeenth Omnibus Claims Objection With Respect To Proof Of Claim Number 10707 And (II) Reducing And Capping Proof Of Claim Number 10707 (Tyco Electronics Corporation) (Docket No. 9206)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

16

C.    **Contested Omnibus Claims Objection Matters**

16.    **"Claims Objection Hearing Regarding Claims Of H.E. Services, Robert
Backie, And Richard Janes"** – Claims Objection Hearing Regarding Claim Of (i)
H.E. Services Company**,** Robert Backie, And Richard Janes As Objected To On
The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) and (ii)
H.E. Services Company As Objected To On The Debtors' (I) Second Omnibus
Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P.
3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated
Trustee Or Agent Claims, And (III) Duplicate And Amended Claims (Docket No.
5451)

> *Response Filed:*    *H.E. Services Company And Robert Backie's
> Response To Debtors' Motion For Order Pursuant
> To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R.
> Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,
> And 9014 Establishing (I) Dates For Hearings
> Regarding Disallowance Or Estimation Of Claims
> And (II) Certain Notices And Procedures Governing
> Hearings Regarding Disallowance Or Estimation Of
> Claims (Docket No. 5673)*
>
> *Response To Second Omnibus Objection
> (Procedural) Filed On Behalf Of Robert Backie, H.E.
> Services Company (Docket No. 5677)*
>
> *H.E. Services Company And Robert Backie's
> Response To Debtors' (I) Third Omnibus Objection
> (Substantive) Pursuant To 11 U.S.C. § 502(b) And
> Fed. R. Bankr. P. 3007 To Certain (A) Claims With
> Insufficient Documentation, (B) Claims
> Unsubstantiated By Debtors' Books And Records,
> And (C) Claims Subject To Modification And (II)
> Motion To Estimate Contingent And Unliquidated
> Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.
> 5679)*
>
> *Response By Richard Janes To Debtors' Objection
> To Claim (Docket No. 5742)*
>
> *Supplemental Response By H.E. Services And Robert
> Backie Supplemental Response To Debtor's Third*

17

*Omnibus Objection Filed On Behalf Of H.E. Services Company (Docket No. 7418)*

*Response H.E. Services Company And Robert Backie's Amended Supplemental Response To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 USC 502 (B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 USC 502 (C) Filed On Behalf Of H.E. Services Company (Docket No. 9199)*

*Replies Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Debtors' Omnibus Supplemental Reply With Respect To Proofs Of Claim Numbers 837, 838 & 14762 (H.E. Services Company, Robert Backie & Richard Janes) (Docket No. 7710)*

*Debtors' Omnibus Amended Supplemental Reply With Respect To Proofs Of Claim Numbers 837 And 838 (H.E. Services Company And Robert Backie) (Docket No. 9200)*

*Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Order Pursuant To 11 U.S.C. Sections 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016,*

18

*7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (II) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims (Docket Nos. 6088 & 6089)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2238 (Docket No. 6127)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2237 (Docket No. 6128)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14762 (Docket No. 6129)*

*Debtors' Omnibus Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6625)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6822)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 837, 838, And 14762 (H.E. Services Company, Robert Backie, And Richard Janes) (Docket No. 7767)*

*Creditors' First Set Of Interrogatories Filed By H.E. Services Company And Robert Backie (Docket No. 7776)*

*Creditors' First Request For Production Of Documents Filed By H.E. Services Company And Robert Backie (Docket No. 7777)*

*Withdrawal Of Claim(s): No. 14762 (Richard Janes) Filed On Behalf Of Richard Janes (Docket No. 8241)*

19

*Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With Proofs Of Claim Nos. 837 And 838 (H.E. Services Company And Robert Backie) (Docket No. 8269)*

*Notice of Adjournment of Hearing Notice Of Further Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 837 And 838 (H.E. Services Company And Robert Backie) (Docket No. 8615)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 837 And 838 (H.E. Services Company And Robert Backie) (Docket No. 8872)*

*Status:*    *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
            September 5, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (312) 407-0700

            - and -

By: /s/  Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession

20