PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Robert J. Feinstein (RF-2836)
Michael R. Seidl (DE Bar No. 3889)
Ilan D. Scharf (IS-3469)

Counsel for Creditor Essex Group, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas J. Brown, certify that, on the 4th day of September 2007, I caused true and accurate copies of the *Notice of Amended Appearance, Request for Service Pursuant to Fed. R. Bankr. P. 2002, and Notice of Firm Name Change* to be served by first class mail, postage prepaid and deposited with the United States Postal Service upon the parties listed on the attached service list.

 /s/  Thomas J. Brown
Thomas J. Brown

SWORN TO AND SUBSCRIBED before me this
 5th day of September, 2007

 /s/  Ann Mason
Notary Public, State of New York
Registration No. 01MA6159286
Qualified in Queens County
Commission Expires January 16, 2011

17986-001\DOCS_NY:13389.1

# SERVICE LIST

(Counsel for Debtors)
Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

(Counsel for Debtors)
Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY 10036

(Counsel for Debtors)
John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

(Counsel for Debtors)
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel for Debtors)
Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

(Counsel for Debtors)
Paul J.N. Roy, Esq.
Mayer, Brown, Rowe & Maw LLP
71 S. Wacker Drive
Chicago, IL 60606

(U.S. Trustee)
Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

(U.S. Trustee)
Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

(Counsel for the Committee)
Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

(Counsel for the Committee)
Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102