# EXHIBIT "A"

FORM B10 (Official Form 10) (10/05)

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

PROOF OF CLAIM

Name of Debtor
**DELPHI AUTOMOTIVE SYSTEMS LLC**

Case Number
**05-44640**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**HOWARD COUNTY, INDIANA**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Michael K. McCrory**
**Barnes & Thornburg LLP**
**11 South Meridian Street**
**Indianapolis, IN 46204**
Telephone number: **(317) 236-1313**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelop sent to you by the court.

This Space is for Court Use Only

Last four digits of account or other number by which creditor identifies debtor: **SEE ATTACHED**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_______________

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☑ Taxes
- ☐ Other ____________________
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last four digits of your SS #: ________
Unpaid compensation for services performed
from ________________ to ________________
(date) (date)

**2. Date debt was incurred: SEE ATTACHED**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $**________________

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☑ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority **$4,628,077.82 (plus see attached)**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff). **Secured Claim Amount: $2,453,074.52**

Brief Description of Collateral:
☑ Real Estate ☐ Motor Vehicle ☐ Other ________________
Value of Collateral: **at least $101,731,600.00**

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________________

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case File:**

| (unsecured) | (secured) | (priority) | (Total) |
|---|---|---|---|
| | $2,453,074.52 | $4,628,077.82 | $7,081,152.34 (plus see attached) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

RECEIVED
APR - 4 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Date: 3/31/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Martha J Lake

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MARTHA J. LAKE
HOWARD COUNTY TREASURER

**Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC**
**Case No.: 05-44640**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NOTICE REQUEST**

Please direct any and all correspondence, pleadings, notices, and orders related to this Proof of Claim by Howard County, Indiana to the following:

Michael K. McCrory
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Telecopier: (317) 231-7433
mmccrory@btlaw.com

**Debtor:** **DELPHI AUTOMOTIVE SYSTEMS LLC**
**Case No.:** **05-44640**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

## ATTACHMENT TO PROOF OF CLAIM OF HOWARD COUNTY, INDIANA

1. Description

Howard County, Indiana ("Howard") files this Proof of Claim for unpaid 2005 real estate and personal property/business taxes owed by Delphi Automotive Systems, LLC ("Delphi") to Howard.

Real Property Tax Statements for unpaid 2005 real estate taxes in the amount of at least $2,453,074.52 secured by real estate owned by Delphi are attached hereto and incorporated herein as Exhibit A. Pursuant to 11 U.S.C. § 503(b), at least $566,094.48 of Howard's $2,453,074.52 secured claim is entitled to priority as an administrative expense. In the event that the Bankruptcy Court, after notice and a hearing, finds that all or any portion of the $566,094.48 is not entitled to priority as an administrative expense, such amount shall be considered part of Howard's secured claim and this Proof of Claim shall be automatically amended.

Business Tax Statements for unpaid 2005 personal property/business taxes in the amount of at least $4,628,077.82 entitled to priority under 11 U.S.C. § 507(a)(8) are attached hereto and incorporated herein as Exhibit B.

Pursuant to 11 U.S.C. § 503(b), Howard is entitled to an administrative expense claim in the amount of at least $1,388,423.40 in addition to Howard's priority claim under 11 U.S.C. § 507(a)(8). In the event that the Bankruptcy Court, after notice and a hearing, finds that all or any portion of the $1,388,423.40 is not entitled to priority as an administrative expense, such amount shall be considered part of Howard's claim under 11 U.S.C. § 507(a)(8) and this Proof of Claim shall be automatically amended to reflect the increase in Howard's priority claim under 11 U.S.C. § 507(a)(8).

By filing this Proof of Claim, Howard does not waive its rights to seek further relief from the Bankruptcy Court including, without limitation, interest, attorney fees, additional fees, costs, expenses, advances, assessments or charges and penalties, and any other amounts which were incurred, accrued, or arose prior to, on, or as of October 8, 2005 (the "Petition Date"), and which are recoverable, or may be included, by Howard under the documents relating to its claim (collectively, the "Claim Documents") and/or applicable law (collectively, the "Additional Pre-Petition Items").

From and after the Petition Date, Howard's claim may also include interest, attorney fees, additional fees, costs, expenses, advances, assessments, and penalties, and any other amounts recoverable by Howard which may be included in its claim pursuant to the Claim Documents

and/or applicable law and which were incurred, accrued, or arose after the Petition Date (collectively, the "Additional Post-Petition Items").

2.  Reservations of Rights and Defenses

Howard reserves the right to supplement or amend this Proof of Claim for the purpose of including specific or additional sums as Additional Pre-Petition Items, and to state a total amount that is or would be owed by the Debtor to Howard as of the effective date of any plan of reorganization or liquidation in this case, the date of any distribution or payment with respect to this claim, or any other appropriate date(s).

Howard respectfully does not necessarily consent to, and reserves the right to object to, the exercise of jurisdiction by the Bankruptcy Court over any and all aspects of, and/or any proceedings relating to any subject of, this Proof of Claim. Also, without limiting the generality of the foregoing, Howard respectfully retains and reserves any and all rights it otherwise may have to (a) object and not submit to the jurisdiction of the Bankruptcy Court for any particular purpose, matter, or proceeding, (b) seek entry of final orders in non-core matters only after a de novo review by a District Judge, (c) trial by jury on any issue so triable in any contested matter or adversary proceeding arising in or related to the Debtor's bankruptcy case, or (d) request that the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal. Further, Howard retains and reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, with respect to the Debtor or its assets in the bankruptcy case, and retains and reserves any and all rights, claims, actions, and remedies it has or may have with respect to all entities other than the Debtor.

Howard further reserves the right to amend, supplement, and/or modify this Proof of Claim (and the documents that accompany or support same) from time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or law, determinations yet to be made in this bankruptcy case or in other proceedings, or otherwise to further the purposes of filing this Proof of Claim.

# EXHIBIT A

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

| DUPLICATE NUMBER | PARCEL NUMBER | TAXING UNIT NAME |
|---|---|---|
| 48279 | 34-10-06-151-024.000-002 | CITY OF KOKOMO |

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051080771488 1

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 862.05 | 0.00 | 0.00 | 0.00 | | 862.05 |
| N | 71500 | 0 | 71500 | 1,146.65 | 284.60 | | | | | | |

DEDUCTIONS BREAKDOWN

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.86 |
| County | 103.48 |
| Koko-Twp | 12.84 |
| Kok-School | 373.19 |
| KokoLibr | 23.73 |
| CityKoko | 322.61 |
| F&C | 15.08 |
| SolidWest | 3.92 |
| State2 | 6.34 |
| TOTAL | 862.05 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 05/10/2006 TOTAL DUE 862.05

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: 10-23-A2-B C D1 D2 E1 E2 PT NW4 6-23-4 9.53AC CK-176A-374

LOCATION ADDRESS: 700 E Firmin St Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corporation

ACRES: 9.5300

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

| DUPLICATE NUMBER | PARCEL NUMBER | TAXING UNIT NAME |
|---|---|---|
| 48279 | 34-10-06-151-024.000-002 | CITY OF KOKOMO |

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051080771488 1

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 862.05 | 0.00 | 0.00 | 0.00 | 0.00 | 862.05 |
| N | 71500 | 0 | 71500 | 1,146.65 | 284.60 | | | | | | |

DEDUCTIONS BREAKDOWN

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.86 |
| County | 103.48 |
| Koko-Twp | 12.84 |
| Kok-School | 373.19 |
| KokoLibr | 23.73 |
| CityKoko | 322.61 |
| F&C | 15.08 |
| SolidWest | 3.92 |
| State2 | 6.34 |
| TOTAL | 862.05 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 05/10/2006 TOTAL DUE 862.05

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: 10-23-A2-B C D1 D2 E1 E2 PT NW4 6-23-4 9.53AC CK-176A-374

LOCATION ADDRESS: 700 E Firmin St Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corporation

ACRES: 9.5300

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

| DUPLICATE NUMBER | PARCEL NUMBER | TAXING UNIT NAME |
|---|---|---|
| 48279 | 34-10-06-151-024.000-002 | CITY OF KOKOMO |

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051080771488 2

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 862.05 | 0.00 | | 0.00 | | 862.05 |
| N | 71500 | 0 | 71500 | 1146.65 | 284.60 | | | | | | |

DEDUCTIONS BREAKDOWN

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.86 |
| County | 103.48 |
| Koko-Twp | 12.84 |
| Kok-School | 373.19 |
| KokoLibr | 23.73 |
| CityKoko | 322.61 |
| F&C | 15.08 |
| SolidWest | 3.92 |
| State2 | 6.34 |
| TOTAL | 862.05 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 11/13/2006 TOTAL DUE 862.05

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: 10-23-A2-B C D1 D2 E1 E2 PT NW4 6-23-4 9.53AC CK-176A-374

LOCATION ADDRESS: 700 E Firmin St Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corporation

ACRES: 9.5300

---

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

| DUPLICATE NUMBER | PARCEL NUMBER | TAXING UNIT NAME |
|---|---|---|
| 48279 | 34-10-06-151-024.000-002 | CITY OF KOKOMO |

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051080771488 2

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 862.05 | 0.00 | | 0.00 | | 862.05 |
| N | 71500 | 0 | 71500 | 1,146.65 | 284.60 | | | | | | |

DEDUCTIONS BREAKDOWN

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.86 |
| County | 103.48 |
| Koko-Twp | 12.84 |
| Kok-School | 373.19 |
| KokoLibr | 23.73 |
| CityKoko | 322.61 |
| F&C | 15.08 |
| SolidWest | 3.92 |
| State2 | 6.34 |
| TOTAL | 862.05 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 11/13/2006 TOTAL DUE 862.05

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: 10-23-A2-B C D1 D2 E1 E2 PT NW4 6-23-4 9.53AC CK-176A-374

LOCATION ADDRESS: 700 E Firmin St Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corporation

ACRES: 9.5300

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420051080771488010000000862054

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payr Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to tl address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies whe making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420051080771488010000000862054

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payr Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to tl address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies whe making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420051080771488020000000862052

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420051080771488020000000862052

**TREASURER COPY**

2005 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 1260
Parcel Number: 34-10-06-155-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200510014134271

**A** FIRST INSTALLMENT (SPRING)

| Tax Rate | 3.20740 |
|---|---|
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 460.56 | 0.00 | 0.00 | 0.00 | | 460.56 |
| N | 38200 | 0 | 38200 | 612.61 | 152.05 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.37 |
| County | 56.27 |
| Kolo-Twp | 6.86 |
| Kok-School | 198.38 |
| KokoLibr | 12.68 |
| CityKoko | 172.46 |
| F&C | 8.06 |
| SolidWest | 2.10 |
| State2 | 3.38 |
| TOTAL | 460.56 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 460.56
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: 3-68-358 359 360 FAIRLAWN EXTENSION LOTS 358 359 & 360 CK-176A-558
Location Address: 1346 S Jay St Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

---

**TAXPAYER COPY**

2005 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 1260
Parcel Number: 34-10-06-155-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200510014134271

**A** FIRST INSTALLMENT (SPRING)

| Tax Rate | 3.20740 |
|---|---|
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 460.56 | 0.00 | 0.00 | 0.00 | 0.00 | 460.56 |
| N | 38200 | 0 | 38200 | 612.61 | 152.05 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.37 |
| County | 56.27 |
| Kolo-Twp | 6.86 |
| Kok-School | 198.38 |
| KokoLibr | 12.68 |
| CityKoko | 172.46 |
| F&C | 8.06 |
| SolidWest | 2.10 |
| State2 | 3.38 |
| TOTAL | 460.56 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 460.56
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: 3-68-358 359 360 FAIRLAWN EXTENSION LOTS 358 359 & 360 CK-176A-558
Location Address: 1346 S Jay St Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

---

**TAXPAYER COPY**

2005 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 1260
Parcel Number: 34-10-06-155-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200510014134272

**B** SECOND INSTALLMENT (FALL)

| Tax Rate | 3.20740 |
|---|---|
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 460.56 | 0.00 | | 0.00 | | 460.56 |
| N | 38200 | 0 | 38200 | 612.61 | 152.05 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.37 |
| County | 56.27 |
| Kolo-Twp | 6.86 |
| Kok-School | 198.38 |
| KokoLibr | 12.68 |
| CityKoko | 172.46 |
| F&C | 8.06 |
| SolidWest | 2.10 |
| State2 | 3.38 |
| TOTAL | 460.56 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 460.56
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: 3-68-358 359 360 FAIRLAWN EXTENSION LOTS 358 359 & 360 CK-176A-558
Location Address: 1346 S Jay St Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

---

**TREASURER COPY**

2005 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 1260
Parcel Number: 34-10-06-155-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200510014134272

**B** SECOND INSTALLMENT (FALL)

| Tax Rate | 3.20740 |
|---|---|
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 460.56 | 0.00 | | 0.00 | | 460.56 |
| N | 38200 | 0 | 38200 | 612.61 | 152.05 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.37 |
| County | 56.27 |
| Kolo-Twp | 6.86 |
| Kok-School | 198.38 |
| KokoLibr | 12.68 |
| CityKoko | 172.46 |
| F&C | 8.06 |
| SolidWest | 2.10 |
| State2 | 3.38 |
| TOTAL | 460.56 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 460.56
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: 3-68-358 359 360 FAIRLAWN EXTENSION LOTS 358 359 & 360 CK-176A-558
Location Address: 1346 S Jay St Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |

00003420051001413427010000000460568

### INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

### NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will b disallowed and you will be liable for taxes and penalties on the amount deducted."

### NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved b the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420051001413427010000000460568

### INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

### NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will b disallowed and you will be liable for taxes and penalties on the amount deducted."

### NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved b the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420051001413427020000000460566

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |

00003420051001413427020000000460566

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
226 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41928
Parcel Number: 34-10-06-327-015.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051760656661

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 173.61 | 0.00 | 0.00 | 0.00 | | 173.61 |
| N | 14400 | 0 | 14400 | 230.93 | 57.32 | | | | | | |

Deductions Breakdown

Delco Elctronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.11 |
| County | 20.84 |
| Koko-Twp | 2.58 |
| Kok-School | 75.17 |
| KokoLibr | 4.78 |
| CityKoko | 65.02 |
| F&C | 3.04 |
| SolidWast | 0.79 |
| State2 | 1.26 |
| TOTAL | 173.61 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 173.61

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: HAYNES ADDN LOTS 49 TO 52

Location Address: S Home Ave, Kokomo IN 46902

Deeded Owner: Delco Electronics Corp

Acres:

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
226 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41928
Parcel Number: 34-10-06-327-015.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051760656661

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 173.61 | 0.00 | 0.00 | 0.00 | 0.00 | 173.61 |
| N | 14400 | 0 | 14400 | 230.93 | 57.32 | | | | | | |

Deductions Breakdown

Delco Elctronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.11 |
| County | 20.84 |
| Koko-Twp | 2.58 |
| Kok-School | 75.17 |
| KokoLibr | 4.78 |
| CityKoko | 65.02 |
| F&C | 3.04 |
| SolidWast | 0.79 |
| State2 | 1.26 |
| TOTAL | 173.61 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 173.61

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: HAYNES ADDN LOTS 49 TO 52

Location Address: S Home Ave, Kokomo IN 46902

Deeded Owner: Delco Electronics Corp

Acres:

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
226 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41928
Parcel Number: 34-10-06-327-015.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051760656662

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 173.61 | 0.00 | | 0.00 | | 173.61 |
| N | 14400 | 0 | 14400 | 230.93 | 57.32 | | | | | | |

Deductions Breakdown

Delco Elctronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.11 |
| County | 20.84 |
| Koko-Twp | 2.58 |
| Kok-School | 75.17 |
| KokoLibr | 4.78 |
| CityKoko | 65.02 |
| F&C | 3.04 |
| SolidWast | 0.79 |
| State2 | 1.26 |
| TOTAL | 173.61 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 173.61

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: HAYNES ADDN LOTS 49 TO 52

Location Address: S Home Ave, Kokomo IN 46902

Deeded Owner: Delco Electronics Corp

Acres:

---

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
226 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41928
Parcel Number: 34-10-06-327-015.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051760656662

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 173.61 | 0.00 | | 0.00 | | 173.61 |
| N | 14400 | 0 | 14400 | 230.93 | 57.32 | | | | | | |

Deductions Breakdown

Delco Elctronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.11 |
| County | 20.84 |
| Koko-Twp | 2.58 |
| Kok-School | 75.17 |
| KokoLibr | 4.78 |
| CityKoko | 65.02 |
| F&C | 3.04 |
| SolidWast | 0.79 |
| State2 | 1.26 |
| TOTAL | 173.61 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 173.61

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: HAYNES ADDN LOTS 49 TO 52

Location Address: S Home Ave, Kokomo IN 46902

Deeded Owner: Delco Electronics Corp

Acres:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

|  |
|---|
|  |
|  |
|  |

00003420051760656686010000000173617

## INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies whe making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated ar mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

## NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

## NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicate on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420051760656686010000000173617

## INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies whe making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated ar mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

## NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

## NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicate on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420051760656686020000000173615

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

|  |
|---|
|  |
|  |
|  |

00003420051760656686020000000173615

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 21544
PARCEL NUMBER: 34-10-07-200-010.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200516719670261

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 9,633.22 | 0.00 | 0.00 | 0.00 | | 9,633.22 |
| N | 799000 | 0 | 799000 | 12,813.56 | 3,180.34 | | | | | | |

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 7.21 |
| County | 1,156.32 |
| Koko-Twp | 143.54 |
| Kok-School | 4,170.28 |
| KokoLibr | 265.20 |
| CityKoko | 3,807.42 |
| F&C | 168.40 |
| SolidWast | 43.85 |
| State2 | 70.90 |
| TOTAL | 9,633.22 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 9,633.22

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

LEGAL DESCRIPTION: 10-115-6A1 PT NE4 7-23-4 21.30 AC CK-2038-034

LOCATION ADDRESS: E Lincoln Rd Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corp

ACRES: 21.3000

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 21544
PARCEL NUMBER: 34-10-07-200-010.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200516719670261

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 9,633.22 | 0.00 | 0.00 | 0.00 | 0.00 | 9,633.22 |
| N | 799000 | 0 | 799000 | 12,813.56 | 3,180.34 | | | | | | |

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 7.21 |
| County | 1,156.32 |
| Koko-Twp | 143.54 |
| Kok-School | 4,170.28 |
| KokoLibr | 265.20 |
| CityKoko | 3,807.42 |
| F&C | 168.40 |
| SolidWast | 43.85 |
| State2 | 70.90 |
| TOTAL | 9,633.22 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 9,633.22

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

LEGAL DESCRIPTION: 10-115-6A1 PT NE4 7-23-4 21.30 AC CK-2038-034

LOCATION ADDRESS: E Lincoln Rd Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corp

ACRES: 21.3000

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 21544
PARCEL NUMBER: 34-10-07-200-010.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200516719670262

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 9,633.22 | 0.00 | | 0.00 | | 9,633.22 |
| N | 799000 | 0 | 799000 | 12813.56 | 3,180.34 | | | | | | |

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 7.21 |
| County | 1,156.32 |
| Koko-Twp | 143.54 |
| Kok-School | 4,170.28 |
| KokoLibr | 265.20 |
| CityKoko | 3,807.42 |
| F&C | 168.40 |
| SolidWast | 43.85 |
| State2 | 70.90 |
| TOTAL | 9,633.22 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 9,633.22

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

LEGAL DESCRIPTION: 10-115-6A1 PT NE4 7-23-4 21.30 AC CK-2038-034

LOCATION ADDRESS: E Lincoln Rd Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corp

ACRES: 21.3000

---

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 21544
PARCEL NUMBER: 34-10-07-200-010.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200516719670262

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD REPL. CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 9,633.22 | 0.00 | | 0.00 | | 9,633.22 |
| N | 799000 | 0 | 799000 | 12,813.56 | 3,180.34 | | | | | | |

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 7.21 |
| County | 1,156.32 |
| Koko-Twp | 143.54 |
| Kok-School | 4,170.28 |
| KokoLibr | 265.20 |
| CityKoko | 3,807.42 |
| F&C | 168.40 |
| SolidWast | 43.85 |
| State2 | 70.90 |
| TOTAL | 9,633.22 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 9,633.22

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

LEGAL DESCRIPTION: 10-115-6A1 PT NE4 7-23-4 21.30 AC CK-2038-034

LOCATION ADDRESS: E Lincoln Rd Kokomo IN 46902

DEEDED OWNER: Delco Electronics Corp

ACRES: 21.3000

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420051671967026010000009633220

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to tl address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420051671967026010000009633220

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to tl address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420051671967026020000009633229

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420051671967026020000009633229

**TREASURER COPY**

Duplicate Number: 21712
Parcel Number: 34-10-08-100-001.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200517112160001

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 903,439.66 | 0.00 | 0.00 | 0.00 | | 903,439.66 |
| N | 74933200 | 0 | 74933200 | 1,201,703.73 | 298,264.07 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 676.69 |
| County | 108,444.32 |
| Kolo-Twp | 13,464.00 |
| Kok-School | 391,103.69 |
| KokoLibr | 24,871.77 |
| CityKoko | 338,318.07 |
| F&C | 15,801.89 |
| SolidWaste | 4,112.43 |
| State2 | 6,647.50 |
| TOTAL | 903,439.66 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 903,439.66

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

Legal Description: 10-133-1A PT N2 NW4 8-23-4 151.44 AC CK-204A-001

Location Address: 2100 E Lincoln Rd Kokomo IN 46902

Deeded Owner: Delco Electronics Corporation — Acres 151.4400

---

**TAXPAYER COPY**

Duplicate Number: 21712
Parcel Number: 34-10-08-100-001.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200517112160001

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 903,439.66 | 0.00 | 0.00 | 0.00 | 0.00 | 903,439.66 |
| N | 74933200 | 0 | 74933200 | 1,201,703.73 | 298,264.07 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 676.69 |
| County | 108,444.32 |
| Kolo-Twp | 13,464.00 |
| Kok-School | 391,103.69 |
| KokoLibr | 24,871.77 |
| CityKoko | 338,318.07 |
| F&C | 15,801.89 |
| SolidWaste | 4,112.43 |
| State2 | 6,647.50 |
| TOTAL | 903,439.66 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 903,439.66

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

Legal Description: 10-133-1A PT N2 NW4 8-23-4 151.44 AC CK-204A-001

Location Address: 2100 E Lincoln Rd Kokomo IN 46902

Deeded Owner: Delco Electronics Corporation — Acres 151.4400

---

**TAXPAYER COPY**

Duplicate Number: 21712
Parcel Number: 34-10-08-100-001.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200517112160002

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 903,439.66 | 0.00 | | 0.00 | | 903,439.66 |
| N | 74933200 | 0 | 74933200 | 1201703.73 | 298,264.07 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 676.69 |
| County | 108,444.32 |
| Kolo-Twp | 13,464.00 |
| Kok-School | 391,103.69 |
| KokoLibr | 24,871.77 |
| CityKoko | 338,318.07 |
| F&C | 15,801.89 |
| SolidWaste | 4,112.43 |
| State2 | 6,647.50 |
| TOTAL | 903,439.66 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 903,439.66

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

Legal Description: 10-133-1A PT N2 NW4 8-23-4 151.44 AC CK-204A-001

Location Address: 2100 E Lincoln Rd Kokomo IN 46902

Deeded Owner: Delco Electronics Corporation — Acres 151.4400

---

**TREASURER COPY**

Duplicate Number: 21712
Parcel Number: 34-10-08-100-001.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200517112160002

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 903,439.66 | 0.00 | | 0.00 | | 903,439.66 |
| N | 74933200 | 0 | 74933200 | 1,201,703.73 | 298,264.07 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 676.69 |
| County | 108,444.32 |
| Kolo-Twp | 13,464.00 |
| Kok-School | 391,103.69 |
| KokoLibr | 24,871.77 |
| CityKoko | 338,318.07 |
| F&C | 15,801.89 |
| SolidWaste | 4,112.43 |
| State2 | 6,647.50 |
| TOTAL | 903,439.66 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 903,439.66

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

Legal Description: 10-133-1A PT N2 NW4 8-23-4 151.44 AC CK-204A-001

Location Address: 2100 E Lincoln Rd Kokomo IN 46902

Deeded Owner: Delco Electronics Corporation — Acres 151.4400

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

000034200517112160000100009034 39662

### INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wit making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

### NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

### NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

000034200517112160000100009034 39662

### INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wit making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

### NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

### NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

000034200517112160000200009034 39660

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

000034200517112160000200009034 39660

**TREASURER COPY**

2005/2006 Taxes payable 2006
Make all checks payable to Howard County Treasurer
Martha J Lake
220 N Main St
Kokomo IN 46901

Duplicate Number: 27137
Parcel Number: 34-10-08-326-002.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005145298 62791

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 311,968.16 | 0.00 | 0.00 | 0.00 | | 311,968.16 |
| N | 25875300 | 0 | 25875300 | 414,962.19 | 102,994.03 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 233.42 |
| County | 37,447.08 |
| Koko-Twp | 4,649.26 |
| Kok-School | 135,082.62 |
| KokoLibr | 8,588.51 |
| CityKoko | 116,826.14 |
| F&C | 6,454.56 |
| SolidWast | 1,420.07 |
| State2 | 2,295.46 |
| TOTAL | 311,968.16 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 311,968.16
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

Legal Description: 10-140-4 PT SW4 8-23-4 SUBJ TO EASEMENT OF 3.33A 37.71A CK-204C-057
Location Address: 2151 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

---

**TAXPAYER COPY**

2005/2006 Taxes payable 2006
Make all checks payable to Howard County Treasurer
Martha J Lake
220 N Main St
Kokomo IN 46901

Duplicate Number: 27137
Parcel Number: 34-10-08-326-002.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005145298 62791

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 311,968.16 | 0.00 | 0.00 | 0.00 | 0.00 | 311,968.16 |
| N | 25875300 | 0 | 25875300 | 414,962.19 | 102,994.03 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 233.42 |
| County | 37,447.08 |
| Koko-Twp | 4,649.26 |
| Kok-School | 135,082.62 |
| KokoLibr | 8,588.51 |
| CityKoko | 116,826.14 |
| F&C | 6,454.56 |
| SolidWast | 1,420.07 |
| State2 | 2,295.46 |
| TOTAL | 311,968.16 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 311,968.16
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

Legal Description: 10-140-4 PT SW4 8-23-4 SUBJ TO EASEMENT OF 3.33A 37.71A CK-204C-057
Location Address: 2151 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

---

**TAXPAYER COPY**

2005/2006 Taxes payable 2006
Make all checks payable to Howard County Treasurer
Martha J Lake
220 N Main St
Kokomo IN 46901

Duplicate Number: 27137
Parcel Number: 34-10-08-326-002.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005145298 62792

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 311,968.16 | 0.00 | | 0.00 | | 311,968.16 |
| N | 25875300 | 0 | 25875300 | 414962.19 | 102,994.03 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 233.42 |
| County | 37,447.08 |
| Koko-Twp | 4,649.26 |
| Kok-School | 135,082.62 |
| KokoLibr | 8,588.51 |
| CityKoko | 116,826.14 |
| F&C | 6,454.56 |
| SolidWast | 1,420.07 |
| State2 | 2,295.46 |
| TOTAL | 311,968.16 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 311,968.16
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

Legal Description: 10-140-4 PT SW4 8-23-4 SUBJ TO EASEMENT OF 3.33A 37.71A CK-204C-057
Location Address: 2151 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

---

**TREASURER COPY**

2005/2006 Taxes payable 2006
Make all checks payable to Howard County Treasurer
Martha J Lake
220 N Main St
Kokomo IN 46901

Duplicate Number: 27137
Parcel Number: 34-10-08-326-002.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**REAL PROPERTY TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005145298 62792

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Repl. Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 311,968.16 | 0.00 | | 0.00 | | 311,968.16 |
| N | 25875300 | 0 | 25875300 | 414,962.19 | 102,994.03 | | | | | | |

Delco Electronics Corporation
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 233.42 |
| County | 37,447.08 |
| Koko-Twp | 4,649.26 |
| Kok-School | 135,082.62 |
| KokoLibr | 8,588.51 |
| CityKoko | 116,826.14 |
| F&C | 6,454.56 |
| SolidWast | 1,420.07 |
| State2 | 2,295.46 |
| TOTAL | 311,968.16 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 311,968.16
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

Legal Description: 10-140-4 PT SW4 8-23-4 SUBJ TO EASEMENT OF 3.33A 37.71A CK-204C-057
Location Address: 2151 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delco Electronics Corporation
Acres:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

0000342005145298627901000031196 8163

0000342005145298627901000031196 8163

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies w making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, y must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

0000342005145298627901000031196 8163

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies w making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, y must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

0000342005145298627902000031196 8161

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

0000342005145298627902000031196 8161

# EXHIBIT B

TREASURER COPY

Duplicate Number: 32515
Parcel Number: 34-92-00-385-600.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200509628656741

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 2,990,388.74 | 0.00 | 0.00 | 0.00 | | 2,990,388.74 |
| N | 254998140 | 35442850 | 219555290 | 3,521,008.19 | 530,619.45 | | | | | | |

Deductions Breakdown: Abatement 35442850

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 2,237.58 |
| County | 368,861.08 |
| Koko-Twp | 44,868.68 |
| Kok-School | 1,294,664.71 |
| KokoLibr | 82,326.66 |
| CityKoko | 1,119,634.12 |
| F&C | 82,304.30 |
| SolidWast | 13,912.17 |
| State2 | 22,003.23 |
| TOTAL | 2,990,388.74 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 2,990,388.74

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 700 E Firmin St

Location Address: 700 E Firmin St, Kokomo IN 46901

Deeded Owner: Delco Electronics Corp

---

TAXPAYER COPY

Duplicate Number: 32515
Parcel Number: 34-92-00-385-600.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200509628656741

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 2,990,388.74 | 0.00 | 0.00 | 0.00 | 0.00 | 2,990,388.74 |
| N | 254998140 | 35442850 | 219555290 | 3,521,008.19 | 530,619.45 | | | | | | |

Deductions Breakdown: Abatement 35442850

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 2,237.58 |
| County | 368,861.08 |
| Koko-Twp | 44,868.68 |
| Kok-School | 1,294,664.71 |
| KokoLibr | 82,326.66 |
| CityKoko | 1,119,634.12 |
| F&C | 82,304.30 |
| SolidWast | 13,912.17 |
| State2 | 22,003.23 |
| TOTAL | 2,990,388.74 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 2,990,388.74

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 700 E Firmin St

Location Address: 700 E Firmin St, Kokomo IN 46901

Deeded Owner: Delco Electronics Corp

---

TAXPAYER COPY

Duplicate Number: 32515
Parcel Number: 34-92-00-385-600.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200509628656742

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 2,990,388.74 | 0.00 | | 0.00 | | 2,990,388.74 |
| N | 254998140 | 35442850 | 219555290 | 3521008.19 | 530,619.45 | | | | | | |

Deductions Breakdown: Abatement 35442850

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 2,237.58 |
| County | 368,861.08 |
| Koko-Twp | 44,868.68 |
| Kok-School | 1,294,664.71 |
| KokoLibr | 82,326.66 |
| CityKoko | 1,119,634.12 |
| F&C | 82,304.30 |
| SolidWast | 13,912.17 |
| State2 | 22,003.23 |
| TOTAL | 2,990,388.74 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 2,990,388.74

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 700 E Firmin St

Location Address: 700 E Firmin St, Kokomo IN 46901

Deeded Owner: Delco Electronics Corp

---

TREASURER COPY

Duplicate Number: 32515
Parcel Number: 34-92-00-385-600.000-002
Taxing Unit Name: CITY OF KOKOMO

Make all checks payable to Howard County Treasurer, Martha J Lake, 220 N Main St, Kokomo IN 46901

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200509628656742

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 2,990,388.74 | 0.00 | | 0.00 | | 2,990,388.74 |
| N | 254998140 | 35442850 | 219555290 | 3,521,008.19 | 530,619.45 | | | | | | |

Deductions Breakdown: Abatement 35442850

Delco Electronics Corp
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 2,237.58 |
| County | 368,861.08 |
| Koko-Twp | 44,868.68 |
| Kok-School | 1,294,664.71 |
| KokoLibr | 82,326.66 |
| CityKoko | 1,119,634.12 |
| F&C | 82,304.30 |
| SolidWast | 13,912.17 |
| State2 | 22,003.23 |
| TOTAL | 2,990,388.74 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 2,990,388.74

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 700 E Firmin St

Location Address: 700 E Firmin St, Kokomo IN 46901

Deeded Owner: Delco Electronics Corp

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420050962865674010002990388746

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wi making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated o mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, y must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420050962865674010002990388746

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wi making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated o mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, y must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420050962865674020002990388744

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420050962865674020002990388744

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 51
Parcel Number: 34-92-00-008-050.000-007
Taxing Unit Name: HOWARD-KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200518862971801

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.49240 |
| Homestead Credit | 13.98140 |
| State PTRC | 23.37870 |
| Business PTRC | 13.81380 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | 0.00 | 0.00 | | 12.50 |
| N | 830 | 0 | 830 | 14.49 | 2.00 | | | | | | |

Delphi Automotive Sys LLC
PO Box 9005
Kokomo IN 46904-9005

| Tax Breakdown | |
|---|---|
| State | 0.01 |
| County | 1.36 |
| How-Kok | 0.04 |
| North-School | 6.12 |
| KokoLibr | 0.32 |
| CityKoko | 4.31 |
| F&C | 0.20 |
| SolidWast | 0.06 |
| State2 | 0.09 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 12.50

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 3360 N US 31
Location Address: 3360 N US 31 Kokomo IN 46901
Deeded Owner: Delphi Automotive Sys LLC
Acres:

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 51
Parcel Number: 34-92-00-008-050.000-007
Taxing Unit Name: HOWARD-KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200518862971801

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.49240 |
| Homestead Credit | 13.98140 |
| State PTRC | 23.37870 |
| Business PTRC | 13.81380 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| N | 830 | 0 | 830 | 14.49 | 2.00 | | | | | | |

Delphi Automotive Sys LLC
PO Box 9005
Kokomo IN 46904-9005

| Tax Breakdown | |
|---|---|
| State | 0.01 |
| County | 1.36 |
| How-Kok | 0.04 |
| North-School | 6.12 |
| KokoLibr | 0.32 |
| CityKoko | 4.31 |
| F&C | 0.20 |
| SolidWast | 0.06 |
| State2 | 0.09 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 12.50

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 3360 N US 31
Location Address: 3360 N US 31 Kokomo IN 46901
Deeded Owner: Delphi Automotive Sys LLC
Acres:

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 51
Parcel Number: 34-92-00-008-050.000-007
Taxing Unit Name: HOWARD-KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200518862971802

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.49240 |
| Homestead Credit | 13.98140 |
| State PTRC | 23.37870 |
| Business PTRC | 13.81380 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | | 0.00 | | 12.50 |
| N | 830 | 0 | 830 | 14.49 | 2.00 | | | | | | |

Delphi Automotive Sys LLC
PO Box 9005
Kokomo IN 46904-9005

| Tax Breakdown | |
|---|---|
| State | 0.01 |
| County | 1.36 |
| How-Kok | 0.04 |
| North-School | 6.12 |
| KokoLibr | 0.32 |
| CityKoko | 4.31 |
| F&C | 0.20 |
| SolidWast | 0.06 |
| State2 | 0.09 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 12.50

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 3360 N US 31
Location Address: 3360 N US 31 Kokomo IN 46901
Deeded Owner: Delphi Automotive Sys LLC
Acres:

---

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 51
Parcel Number: 34-92-00-008-050.000-007
Taxing Unit Name: HOWARD-KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200518862971802

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.49240 |
| Homestead Credit | 13.98140 |
| State PTRC | 23.37870 |
| Business PTRC | 13.81380 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | | 0.00 | | 12.50 |
| N | 830 | 0 | 830 | 14.49 | 2.00 | | | | | | |

Delphi Automotive Sys LLC
PO Box 9005
Kokomo IN 46904-9005

| Tax Breakdown | |
|---|---|
| State | 0.01 |
| County | 1.36 |
| How-Kok | 0.04 |
| North-School | 6.12 |
| KokoLibr | 0.32 |
| CityKoko | 4.31 |
| F&C | 0.20 |
| SolidWast | 0.06 |
| State2 | 0.09 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 12.50

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 3360 N US 31
Location Address: 3360 N US 31 Kokomo IN 46901
Deeded Owner: Delphi Automotive Sys LLC
Acres:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

|   |
|---|
|   |
|   |
|   |

000034200518862971800100000000012508

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

000034200518862971800100000000012508

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

000034200518862971800200000000012506

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

|   |
|---|
|   |
|   |
|   |

000034200518862971800200000000012506

**TREASURER COPY**

2005/2006 TAXES/PAY 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 36495
Parcel Number: 34-92-00-386-004.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200519778817361

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead / PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 9.26 | 0.00 | 0.00 | 0.00 | | 9.26 |
| N | 340 | 0 | 340 | 10.90 | 1.64 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | |
| County | 1.11 |
| Koko-Twp | 0.14 |
| Kok-School | 4.01 |
| KokoLibr | 0.23 |
| CityKoko | 3.47 |
| F&C | 0.16 |
| SolidWast | 0.04 |
| State2 | 0.06 |
| TOTAL | 9.26 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 9.26
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St
Location Address: 500 E Wheeler St, Kokomo IN 46901
Assessed Owner: Delphi Automotive Systems LLC

**TAXPAYER COPY**

2005/2006 TAXES/PAY 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 36495
Parcel Number: 34-92-00-386-004.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200519778817361

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead / PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 9.26 | 0.00 | 0.00 | 0.00 | 0.00 | 9.26 |
| N | 340 | 0 | 340 | 10.90 | 1.64 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | |
| County | 1.11 |
| Koko-Twp | 0.14 |
| Kok-School | 4.01 |
| KokoLibr | 0.26 |
| CityKoko | 3.47 |
| F&C | 0.16 |
| SolidWast | 0.04 |
| State2 | 0.06 |
| TOTAL | 9.26 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 9.26
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St
Location Address: 500 E Wheeler St, Kokomo IN 46901
Assessed Owner: Delphi Automotive Systems LLC

**TAXPAYER COPY**

2005/2006 TAXES/PAY 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 36495
Parcel Number: 34-92-00-386-004.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200519778817362

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead / PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 |
| N | 340 | 0 | 340 | 0.00 | 1.64 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown |
|---|
| State |
| County |
| Koko-Twp |
| Kok-School |
| KokoLibr |
| CityKoko |
| F&C |
| SolidWast |
| State2 |
| TOTAL |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 0.00
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St
Location Address: 500 E Wheeler St, Kokomo IN 46901
Assessed Owner: Delphi Automotive Systems LLC

**TREASURER COPY**

2005/2006 TAXES/PAY 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 36495
Parcel Number: 34-92-00-386-004.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200519778817362

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead / PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | | 0.00 |
| N | 340 | 0 | 340 | 0.00 | 1.64 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown |
|---|
| State |
| County |
| Koko-Twp |
| Kok-School |
| KokoLibr |
| CityKoko |
| F&C |
| SolidWast |
| State2 |
| TOTAL |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 0.00
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St
Location Address: 500 E Wheeler St, Kokomo IN 46901
Assessed Owner: Delphi Automotive Systems LLC

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

0000342005197788173601000000009261

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-38.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

0000342005197788173601000000009261

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-38.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

0000342005197788173602000000000009

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

0000342005197788173602000000000009

**TREASURER COPY**

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 2462
PARCEL NUMBER: 34-92-00-386-005.100-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE
**BUSINESS TAX STATEMENT**
APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200507319226251

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD / PTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 15.25 | 0.00 | 0.00 | 0.00 | | 15.25 |
| N | 1120 | 0 | 1120 | 17.96 | 2.71 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.01 |
| County | 1.83 |
| Koko-Twp | 0.22 |
| Kok-School | 6.60 |
| KokoLibr | 0.42 |
| CityKoko | 5.72 |
| F&C | 0.27 |
| SolidWast | 0.07 |
| State2 | 0.11 |
| TOTAL | 15.25 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX BASIS INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 15.25
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2705 S Goyer Rd
LOCATION ADDRESS: 2705 S Goyer Rd Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

---

**TAXPAYER COPY**

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 2462
PARCEL NUMBER: 34-92-00-386-005.100-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE
**BUSINESS TAX STATEMENT**
APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200507319226251

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD / PTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 15.25 | 0.00 | 0.00 | 0.00 | 0.00 | 15.25 |
| N | 1120 | 0 | 1120 | 17.96 | 2.71 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.01 |
| County | 1.83 |
| Koko-Twp | 0.22 |
| Kok-School | 6.60 |
| KokoLibr | 0.42 |
| CityKoko | 5.72 |
| F&C | 0.27 |
| SolidWast | 0.07 |
| State2 | 0.11 |
| TOTAL | 15.25 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX BASIS INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 15.25
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2705 S Goyer Rd
LOCATION ADDRESS: 2705 S Goyer Rd Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

---

**TAXPAYER COPY**

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 2462
PARCEL NUMBER: 34-92-00-386-005.100-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE
**BUSINESS TAX STATEMENT**
APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200507319226252

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD / PTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 15.25 | 0.00 | | 0.00 | | 15.25 |
| N | 1120 | 0 | 1120 | 17.96 | 2.71 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.01 |
| County | 1.83 |
| Koko-Twp | 0.22 |
| Kok-School | 6.60 |
| KokoLibr | 0.42 |
| CityKoko | 5.72 |
| F&C | 0.27 |
| SolidWast | 0.07 |
| State2 | 0.11 |
| TOTAL | 15.25 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX BASIS INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 15.25
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2705 S Goyer Rd
LOCATION ADDRESS: 2705 S Goyer Rd Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

---

**TREASURER COPY**

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 2462
PARCEL NUMBER: 34-92-00-386-005.100-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE
**BUSINESS TAX STATEMENT**
APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200507319226252

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD / PTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 15.25 | 0.00 | | 0.00 | | 15.25 |
| N | 1120 | 0 | 1120 | 17.96 | 2.71 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.01 |
| County | 1.83 |
| Koko-Twp | 0.22 |
| Kok-School | 6.60 |
| KokoLibr | 0.42 |
| CityKoko | 5.72 |
| F&C | 0.27 |
| SolidWast | 0.07 |
| State2 | 0.11 |
| TOTAL | 15.25 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX BASIS INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 15.25
ADD 10% PENALTY AFTER DUE DATE
DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2705 S Goyer Rd
LOCATION ADDRESS: 2705 S Goyer Rd Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |

000034200507319226250100000000015256

### INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies whe making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

### NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will i disallowed and you will be liable for taxes and penalties on the amount deducted."

### NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

000034200507319226250100000000015256

### INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies whe making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

### NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will i disallowed and you will be liable for taxes and penalties on the amount deducted."

### NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

000034200507319226250200000000015254

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |

000034200507319226250200000000015254

**TREASURER COPY**

16154

34-92-00-386-006.000-002

CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200506992464581

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| | 14.52500 |
| | 24.82010 |
| | 15.07010 |

| | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 41.95 | 0.00 | 0.00 | 0.00 | | 41.95 |
| N | 3060 | 0 | 3060 | 49.39 | 7.44 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.04 |
| County | 5.04 |
| Koko-Twp | 0.62 |
| Kok-School | 18.16 |
| KokoLibr | 1.16 |
| CityKoko | 15.70 |
| F&C | 0.74 |
| SolidWast | 0.19 |
| State2 | 0.31 |
| TOTAL | 41.95 |

SPECIAL ASSESSMENTS

DUE DATE 05/10/2006 TOTAL DUE 41.95

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Business @ 700 E Firmin St

700 E Firmin St
Kokomo IN 46901

Delphi Automotive Systems LLC

**TAXPAYER COPY**

16154

34-92-00-386-006.000-002

CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200506992464581

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| | 14.52500 |
| | 24.82010 |
| | 15.07010 |

| | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 41.95 | 0.00 | 0.00 | 0.00 | 0.00 | 41.95 |
| N | 3060 | 0 | 3060 | 49.39 | 7.44 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.04 |
| County | 5.04 |
| Koko-Twp | 0.62 |
| Kok-School | 18.16 |
| KokoLibr | 1.16 |
| CityKoko | 15.70 |
| F&C | 0.74 |
| SolidWast | 0.19 |
| State2 | 0.31 |
| TOTAL | 41.95 |

SPECIAL ASSESSMENTS

DUE DATE 05/10/2006 TOTAL DUE 41.95

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Business @ 700 E Firmin St

700 E Firmin St
Kokomo IN 46901

Delphi Automotive Systems LLC

**TAXPAYER COPY**

16154

34-92-00-386-006.000-002

CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200506992464582

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| | 14.52500 |
| | 24.82010 |
| | 15.07010 |

| | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 41.95 | 0.00 | | 0.00 | | 41.95 |
| N | 3060 | 0 | 3060 | 49.39 | 7.44 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.04 |
| County | 5.04 |
| Koko-Twp | 0.62 |
| Kok-School | 18.16 |
| KokoLibr | 1.16 |
| CityKoko | 15.70 |
| F&C | 0.74 |
| SolidWast | 0.19 |
| State2 | 0.31 |
| TOTAL | 41.95 |

SPECIAL ASSESSMENTS

DUE DATE 11/13/2006 TOTAL DUE 41.95

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Business @ 700 E Firmin St

700 E Firmin St
Kokomo IN 46901

Delphi Automotive Systems LLC

**TREASURER COPY**

16154

34-92-00-386-006.000-002

CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200506992464582

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| | 14.52500 |
| | 24.82010 |
| | 15.07010 |

| | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 41.95 | 0.00 | | 0.00 | | 41.95 |
| N | 3060 | 0 | 3060 | 49.39 | 7.44 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.04 |
| County | 5.04 |
| Koko-Twp | 0.62 |
| Kok-School | 18.16 |
| KokoLibr | 1.16 |
| CityKoko | 15.70 |
| F&C | 0.74 |
| SolidWast | 0.19 |
| State2 | 0.31 |
| TOTAL | 41.95 |

SPECIAL ASSESSMENTS

DUE DATE 11/13/2006 TOTAL DUE 41.95

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Business @ 700 E Firmin St

700 E Firmin St
Kokomo IN 46901

Delphi Automotive Systems LLC

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

0000342005089924645801000000000041952

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi[illegible] Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to [illegible] address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh[illegible] making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo[illegible] must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will [illegible] disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved [illegible] the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat[illegible] on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th[illegible] year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F[illegible] Installment.

0000342005089924645801000000000041952

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi[illegible] Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to [illegible] address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh[illegible] making payment. If a receipt is requested by mail , please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo[illegible] must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will [illegible] disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved [illegible] the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat[illegible] on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th[illegible] year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F[illegible] Installment.

0000342005089924645802000000000041950

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

0000342005089924645802000000000041950

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 6671
PARCEL NUMBER: 34-92-00-386-007.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005017666608131

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD RPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 20.15 | 0.00 | 0.00 | 0.00 | | 20.15 |
| N | 1480 | 0 | 1480 | 23.73 | 3.58 | | | | | | |

DEDUCTIONS BREAKDOWN

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.04 |
| County | 2.42 |
| Koko-Twp | 0.30 |
| Kok-School | 8.72 |
| KokoLibr | 0.55 |
| CityKoko | 7.54 |
| F&C | 0.35 |
| SolidWast | 0.09 |
| State2 | 0.14 |
| TOTAL | 20.15 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 20.15
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1940 S Elizabeth St
LOCATION ADDRESS: 1940 S Elizabeth St Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 6671
PARCEL NUMBER: 34-92-00-386-007.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005017666608131

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD RPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 20.15 | 0.00 | 0.00 | 0.00 | 0.00 | 20.15 |
| N | 1480 | 0 | 1480 | 23.73 | 3.58 | | | | | | |

DEDUCTIONS BREAKDOWN

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.04 |
| County | 2.42 |
| Koko-Twp | 0.30 |
| Kok-School | 8.72 |
| KokoLibr | 0.55 |
| CityKoko | 7.54 |
| F&C | 0.35 |
| SolidWast | 0.09 |
| State2 | 0.14 |
| TOTAL | 20.15 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 20.15
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1940 S Elizabeth St
LOCATION ADDRESS: 1940 S Elizabeth St Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 6671
PARCEL NUMBER: 34-92-00-386-007.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005017666608132

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD RPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 20.15 | 0.00 | | 0.00 | | 20.15 |
| N | 1480 | 0 | 1480 | 23.73 | 3.58 | | | | | | |

DEDUCTIONS BREAKDOWN

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.04 |
| County | 2.42 |
| Koko-Twp | 0.30 |
| Kok-School | 8.72 |
| KokoLibr | 0.55 |
| CityKoko | 7.54 |
| F&C | 0.35 |
| SolidWast | 0.09 |
| State2 | 0.14 |
| TOTAL | 20.15 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 20.15
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1940 S Elizabeth St
LOCATION ADDRESS: 1940 S Elizabeth St Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 6671
PARCEL NUMBER: 34-92-00-386-007.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+000342005017666608132

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD RPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 20.15 | 0.00 | | 0.00 | | 20.15 |
| N | 1480 | 0 | 1480 | 23.73 | 3.58 | | | | | | |

DEDUCTIONS BREAKDOWN

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.04 |
| County | 2.42 |
| Koko-Twp | 0.30 |
| Kok-School | 8.72 |
| KokoLibr | 0.55 |
| CityKoko | 7.54 |
| F&C | 0.35 |
| SolidWast | 0.09 |
| State2 | 0.14 |
| TOTAL | 20.15 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 20.15
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1940 S Elizabeth St
LOCATION ADDRESS: 1940 S Elizabeth St Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

0000342005017666081301000000000020153

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

0000342005017666081301000000000020153

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

0000342005017666081302000000000020151

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

0000342005017666081302000000000020151

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 44341
Parcel Number: 34-92-00-386-008.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200505532990281

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12,320.30 | 0.00 | 0.00 | 0.00 | | 12,320.30 |
| N | 904560 | 0 | 904560 | 14,506.43 | 2,186.13 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 9.24 |
| County | 1,476.87 |
| Koko-Twp | 183.60 |
| Kok-School | 5,232.82 |
| KokoLibr | 338.18 |
| CityKoko | 4,613.87 |
| F&C | 215.49 |
| SolidWast | 56.06 |
| State2 | 90.65 |
| TOTAL | 12,320.30 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 12,320.30

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ Various Locations
Location Address: Various Locations Kokomo IN 46901
Deeded Owner: Delphi Automotive Systems LLC
Acres:

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 44341
Parcel Number: 34-92-00-386-008.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200505532990281

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12,320.30 | 0.00 | 0.00 | 0.00 | 0.00 | 12,320.30 |
| N | 904560 | 0 | 904560 | 14,506.43 | 2,186.13 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 9.24 |
| County | 1,476.87 |
| Koko-Twp | 183.60 |
| Kok-School | 5,232.82 |
| KokoLibr | 338.18 |
| CityKoko | 4,613.87 |
| F&C | 215.49 |
| SolidWast | 56.06 |
| State2 | 90.65 |
| TOTAL | 12,320.30 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 12,320.30

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ Various Locations
Location Address: Various Locations Kokomo IN 46901
Deeded Owner: Delphi Automotive Systems LLC
Acres:

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 44341
Parcel Number: 34-92-00-386-008.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200505532990282

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12,320.30 | 0.00 | | 0.00 | | 12,320.30 |
| N | 904560 | 0 | 904560 | 14506.43 | 2,186.13 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 9.24 |
| County | 1,476.87 |
| Koko-Twp | 183.60 |
| Kok-School | 5,232.82 |
| KokoLibr | 338.18 |
| CityKoko | 4,613.87 |
| F&C | 215.49 |
| SolidWast | 56.06 |
| State2 | 90.65 |
| TOTAL | 12,320.30 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 12,320.30

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ Various Locations
Location Address: Various Locations Kokomo IN 46901
Deeded Owner: Delphi Automotive Systems LLC
Acres:

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LANE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 44341
Parcel Number: 34-92-00-386-008.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200505532990282

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| Tax Rate | 3.20740 |
| Homestead Credit | 14.52500 |
| State PTRC | 24.82010 |
| Business PTRC | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead Credit | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12,320.30 | 0.00 | | 0.00 | | 12,320.30 |
| N | 904560 | 0 | 904560 | 14,506.43 | 2,186.13 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 9.24 |
| County | 1,476.87 |
| Koko-Twp | 183.60 |
| Kok-School | 5,232.82 |
| KokoLibr | 338.18 |
| CityKoko | 4,613.87 |
| F&C | 215.49 |
| SolidWast | 56.06 |
| State2 | 90.65 |
| TOTAL | 12,320.30 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 12,320.30

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ Various Locations
Location Address: Various Locations Kokomo IN 46901
Deeded Owner: Delphi Automotive Systems LLC
Acres:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420050553299028010000012320303

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420050553299028010000012320303

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

00003420050553299028020000012320301

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420050553299028020000012320301

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 19058
PARCEL NUMBER: 34-92-00-386-009.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050115256597 1

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 4,995.62 | 0.00 | 0.00 | 0.00 | | 4,995.62 |
| N | 366780 | 0 | 366780 | 5,882.05 | 886.43 | | | | | | |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 3.73 |
| County | [illegible] |
| Koko-Twp | 74.46 |
| Kok-School | 2,162.83 |
| KokoLibr | 137.53 |
| CityKoko | 1,870.74 |
| F&C | 87.38 |
| SolidWast | 22.74 |
| State2 | 36.76 |
| TOTAL | 4,995.62 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 4,995.62

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2033 W Boulevard
LOCATION ADDRESS: 2033 W Boulevard Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 19058
PARCEL NUMBER: 34-92-00-386-009.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050115256597 1

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 4,995.62 | 0.00 | 0.00 | 0.00 | 0.00 | 4,995.62 |
| N | 366780 | 0 | 366780 | 5,882.05 | 886.43 | | | | | | |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 3.73 |
| County | [illegible] |
| Koko-Twp | 74.46 |
| Kok-School | 2,162.83 |
| KokoLibr | 137.53 |
| CityKoko | 1,870.74 |
| F&C | 87.38 |
| SolidWast | 22.74 |
| State2 | 36.76 |
| TOTAL | 4,995.62 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 4,995.62

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2033 W Boulevard
LOCATION ADDRESS: 2033 W Boulevard Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

---

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 19058
PARCEL NUMBER: 34-92-00-386-009.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050115256597 2

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 4,995.62 | 0.00 | | 0.00 | | 4,995.62 |
| N | 366780 | 0 | 366780 | 5682.05 | 886.43 | | | | | | |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 3.73 |
| County | [illegible] |
| Koko-Twp | 74.46 |
| Kok-School | 2,162.83 |
| KokoLibr | 137.53 |
| CityKoko | 1,870.74 |
| F&C | 87.38 |
| SolidWast | 22.74 |
| State2 | 36.76 |
| TOTAL | 4,995.62 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 4,995.62

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2033 W Boulevard
LOCATION ADDRESS: 2033 W Boulevard Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

---

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

DUPLICATE NUMBER: 19058
PARCEL NUMBER: 34-92-00-386-009.000-002
TAXING UNIT NAME: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050115256597 2

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD CREDIT | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 4,995.62 | 0.00 | | 0.00 | | 4,995.62 |
| N | 366780 | 0 | 366780 | 5,882.05 | 886.43 | | | | | | |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 3.73 |
| County | [illegible] |
| Koko-Twp | 74.46 |
| Kok-School | 2,162.83 |
| KokoLibr | 137.53 |
| CityKoko | 1,870.74 |
| F&C | 87.38 |
| SolidWast | 22.74 |
| State2 | 36.76 |
| TOTAL | 4,995.62 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 4,995.62

ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 2033 W Boulevard
LOCATION ADDRESS: 2033 W Boulevard Kokomo IN 46902
DEEDED OWNER: Delphi Automotive Systems LLC
ACRES:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

000034200501152565970100000004995621

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wi making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

000034200501152565970100000004995621

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wi making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will l disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved l the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F Installment.

000034200501152565970200000004995620

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

000034200501152565970200000004995620

**TREASURER COPY**

2005/2006 TAX YEAR
2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 3757
Parcel Number: 34-92-00-386-010.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420052107181 1851

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD OPTION |
|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 |
| N | 16500 | 0 | 16500 | 264.61 | 39.88 |

| NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|
| 224.73 | 0.00 | 0.00 | 0.00 | | 224.73 |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 0.15 |
| County | 28.98 |
| Koko-Twp | 3.34 |
| Kok-School | 97.30 |
| Koko/Lbr | 6.19 |
| City/Koko | 84.16 |
| F&C | 3.93 |
| Solid/Wast | 1.02 |
| State2 | 1.96 |
| TOTAL | 224.73 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 224.73

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1046 S Union St

LOCATION ADDRESS: 1046 S Union St, Kokomo IN 46902

RECORD OWNER: Delphi Automotive Systems LLC

ACRES:

---

**TAXPAYER COPY**

2005/2006 TAX YEAR
2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 3757
Parcel Number: 34-92-00-386-010.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420052107181 1851

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD OPTION |
|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 |
| N | 16500 | 0 | 16500 | 264.61 | 39.88 |

| NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|
| 224.73 | 0.00 | 0.00 | 0.00 | 0.00 | 224.73 |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 0.15 |
| County | 28.98 |
| Koko-Twp | 3.34 |
| Kok-School | 97.30 |
| Koko/Lbr | 6.19 |
| City/Koko | 84.16 |
| F&C | 3.93 |
| Solid/Wast | 1.02 |
| State2 | 1.96 |
| TOTAL | 224.73 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 224.73

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1046 S Union St

LOCATION ADDRESS: 1046 S Union St, Kokomo IN 46902

RECORD OWNER: Delphi Automotive Systems LLC

ACRES:

---

**TAXPAYER COPY**

2005/2006 TAX YEAR
2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 3757
Parcel Number: 34-92-00-386-010.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420052107181 1852

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD OPTION |
|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 |
| N | 16500 | 0 | 16500 | 264.61 | 39.88 |

| NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|
| 224.73 | 0.00 | | 0.00 | | 224.73 |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 0.15 |
| County | 28.98 |
| Koko-Twp | 3.34 |
| Kok-School | 97.30 |
| Koko/Lbr | 6.19 |
| City/Koko | 84.16 |
| F&C | 3.93 |
| Solid/Wast | 1.02 |
| State2 | 1.96 |
| TOTAL | 224.73 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 224.73

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1046 S Union St

LOCATION ADDRESS: 1046 S Union St, Kokomo IN 46902

RECORD OWNER: Delphi Automotive Systems LLC

ACRES:

---

**TREASURER COPY**

2005/2006 TAX YEAR
2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO
HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 3757
Parcel Number: 34-92-00-386-010.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420052107181 1852

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD OPTION |
|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 |
| N | 16500 | 0 | 16500 | 264.61 | 39.88 |

| NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|
| 224.73 | 0.00 | | 0.00 | | 224.73 |

Delphi Automotive Systems LLC
P O Box 5082
Troy MI 48007-5082

TAX BREAKDOWN

| | |
|---|---|
| State | 0.15 |
| County | 28.98 |
| Koko-Twp | 3.34 |
| Kok-School | 97.30 |
| Koko/Lbr | 6.19 |
| City/Koko | 84.16 |
| F&C | 3.93 |
| Solid/Wast | 1.02 |
| State2 | 1.96 |
| TOTAL | 224.73 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 224.73

ADD 10% PENALTY AFTER DUE DATE — DUPLICATE BILL

LEGAL DESCRIPTION: Business @ 1046 S Union St

LOCATION ADDRESS: 1046 S Union St, Kokomo IN 46902

RECORD OWNER: Delphi Automotive Systems LLC

ACRES:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

00003420052107181185010000000224733

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wit making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated ar mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420052107181185010000000224733

**INSTRUCTIONS FOR PAYING YOUR TAX BILL**

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payir Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wit making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated ar mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

**NOTICE OF EXEMPTIONS**

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yc must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

**NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS**

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420052107181185020000000224731

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

00003420052107181185020000000224731

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41868
Parcel Number: 34-92-00-386-012.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051208606313l

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD SPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 214.24 | 0.00 | 0.00 | 0.00 | | 214.24 |
| N | 15730 | 0 | 15730 | 252.26 | 38.02 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.16 |
| County | 36.72 |
| Koko-Twp | 3.20 |
| Kok-School | 92.74 |
| KokoLibr | 6.80 |
| CityKoko | 60.22 |
| F&C | 3.78 |
| SolidWast | 0.98 |
| State2 | 1.57 |
| TOTAL | 214.24 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 05/10/2006 TOTAL DUE 214.24

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St

Location Address: 500 E Wheeler St Kokomo IN 46902

Record Owner: Delphi Automotive Systems LLC

Acres:

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41868
Parcel Number: 34-92-00-386-012.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420051208606313l

**A** FIRST INSTALLMENT (SPRING)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD SPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 214.24 | 0.00 | 0.00 | 0.00 | 0.00 | 214.24 |
| N | 15730 | 0 | 15730 | 252.26 | 38.02 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.16 |
| County | 36.72 |
| Koko-Twp | 3.20 |
| Kok-School | 92.74 |
| KokoLibr | 6.80 |
| CityKoko | 60.22 |
| F&C | 3.78 |
| SolidWast | 0.98 |
| State2 | 1.57 |
| TOTAL | 214.24 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 05/10/2006 TOTAL DUE 214.24

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St

Location Address: 500 E Wheeler St Kokomo IN 46902

Record Owner: Delphi Automotive Systems LLC

Acres:

**TAXPAYER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41868
Parcel Number: 34-92-00-386-012.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200512086063132

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD SPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 214.24 | 0.00 | | 0.00 | | 214.24 |
| N | 15730 | 0 | 15730 | 252.26 | 38.02 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.16 |
| County | 36.72 |
| Koko-Twp | 3.20 |
| Kok-School | 92.74 |
| KokoLibr | 6.80 |
| CityKoko | 60.22 |
| F&C | 3.78 |
| SolidWast | 0.98 |
| State2 | 1.57 |
| TOTAL | 214.24 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 11/13/2006 TOTAL DUE 214.24

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St

Location Address: 500 E Wheeler St Kokomo IN 46902

Record Owner: Delphi Automotive Systems LLC

Acres:

**TREASURER COPY**

2005 PAYABLE 2006

MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 41868
Parcel Number: 34-92-00-386-012.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+00034200512086063132

**B** SECOND INSTALLMENT (FALL)

| | |
|---|---|
| TAX RATE | 3.20740 |
| HOMESTEAD CREDIT | 14.52500 |
| STATE PTRC | 24.82010 |
| BUSINESS PTRC | 15.07010 |

| | GROSS VALUE | EXEMPTIONS | TAXABLE VALUE | GROSS TAX | HOMESTEAD SPTRC | NET TAX | OTHER TAX, FEES & PENALTIES | DELINQUENT TAX | DELINQUENT PENALTY | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 214.24 | 0.00 | | 0.00 | | 214.24 |
| N | 15730 | 0 | 15730 | 252.26 | 38.02 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| TAX BREAKDOWN | |
|---|---|
| State | 0.16 |
| County | 36.72 |
| Koko-Twp | 3.20 |
| Kok-School | 92.74 |
| KokoLibr | 6.80 |
| CityKoko | 60.22 |
| F&C | 3.78 |
| SolidWast | 0.98 |
| State2 | 1.57 |
| TOTAL | 214.24 |

SPECIAL ASSESSMENTS

| DESCRIPTION | NET TAX EACH INSTALLMENT | DELINQUENT TAX OR PENALTY | PRE-PAID | TOTAL |
|---|---|---|---|---|

DUE DATE 11/13/2006 TOTAL DUE 214.24

ADD 10% PENALTY AFTER DUE DATE

DUPLICATE BILL

Legal Description: Business @ 500 E Wheeler St

Location Address: 500 E Wheeler St Kokomo IN 46902

Record Owner: Delphi Automotive Systems LLC

Acres:

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420051208606313010000000214244

## INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi[illegible] Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t[illegible] address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh[illegible] making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

## NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo[illegible] must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will [illegible] disallowed and you will be liable for taxes and penalties on the amount deducted."

## NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved [illegible] the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat[illegible] on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th[illegible] year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F[illegible] Installment.

00003420051208606313010000000214244

## INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi[illegible] Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t[illegible] address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh[illegible] making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

## NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo[illegible] must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will [illegible] disallowed and you will be liable for taxes and penalties on the amount deducted."

## NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved [illegible] the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicat[illegible] on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th[illegible] year an additional credit stated on front. One-half of this credit will apply to your Spring Installment and the other one-half will apply to your F[illegible] Installment.

00003420051208606313020000000214242

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420051208606313020000000214242

**TREASURER COPY**

2005/2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 10910
Parcel Number: 34-92-00-386-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050644939788 1

**A** FIRST INSTALLMENT (SPRING)

| Tax Rate | Homestead Credit | State PTRC | Business PTRC |
|---|---|---|---|
| 3.20740 | 14.52500 | 24.82010 | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | 0.00 | 0.00 | | 12.50 |
| N | 830 | 0 | 830 | 13.31 | 2.01 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.03 |
| County | 1.80 |
| Koko-Twp | 0.18 |
| Kok-School | 5.41 |
| KokoLibr | 0.34 |
| CityKoko | 4.67 |
| F&C | 0.21 |
| SolidWast | 0.06 |
| State2 | 0.10 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 12.50
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 1800 E Lincoln Rd
Location Address: 1800 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delphi Automotive Systems LLC

---

**TAXPAYER COPY**

2005/2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 10910
Parcel Number: 34-92-00-386-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050644939788 1

**A** FIRST INSTALLMENT (SPRING)

| Tax Rate | Homestead Credit | State PTRC | Business PTRC |
|---|---|---|---|
| 3.20740 | 14.52500 | 24.82010 | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 |
| N | 830 | 0 | 830 | 13.31 | 2.01 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.03 |
| County | 1.80 |
| Koko-Twp | 0.18 |
| Kok-School | 5.41 |
| KokoLibr | 0.34 |
| CityKoko | 4.67 |
| F&C | 0.21 |
| SolidWast | 0.06 |
| State2 | 0.10 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 05/10/2006 TOTAL DUE 12.50
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 1800 E Lincoln Rd
Location Address: 1800 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delphi Automotive Systems LLC

---

**TAXPAYER COPY**

2005/2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 10910
Parcel Number: 34-92-00-386-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050644939788 2

**B** SECOND INSTALLMENT (FALL)

| Tax Rate | Homestead Credit | State PTRC | Business PTRC |
|---|---|---|---|
| 3.20740 | 14.52500 | 24.82010 | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | | 0.00 | | 12.50 |
| N | 830 | 0 | 830 | 13.31 | 2.01 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.03 |
| County | 1.80 |
| Koko-Twp | 0.18 |
| Kok-School | 5.41 |
| KokoLibr | 0.34 |
| CityKoko | 4.67 |
| F&C | 0.21 |
| SolidWast | 0.06 |
| State2 | 0.10 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 12.50
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 1800 E Lincoln Rd
Location Address: 1800 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delphi Automotive Systems LLC

---

**TREASURER COPY**

2005/2006 PAYABLE 2006
MAKE ALL CHECKS PAYABLE TO HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST
KOKOMO IN 46901

Duplicate Number: 10910
Parcel Number: 34-92-00-386-014.000-002
Taxing Unit Name: CITY OF KOKOMO

SEE TAX BILL INSTRUCTIONS & IMPORTANT CREDIT INFORMATION ON REVERSE SIDE

**BUSINESS TAX STATEMENT**

APPROVED BY THE STATE BOARD OF ACCOUNTS FOR HOWARD COUNTY 2001*

+0003420050644939788 2

**B** SECOND INSTALLMENT (FALL)

| Tax Rate | Homestead Credit | State PTRC | Business PTRC |
|---|---|---|---|
| 3.20740 | 14.52500 | 24.82010 | 15.07010 |

| | Gross Value | Exemptions | Taxable Value | Gross Tax | Homestead PTRC | Net Tax | Other Tax, Fees & Penalties | Delinquent Tax | Delinquent Penalty | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | 0 | 0 | 0 | 0.00 | 0.00 | 12.50 | 0.00 | | 0.00 | | 12.50 |
| N | 830 | 0 | 830 | 13.31 | 2.01 | | | | | | |

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| Tax Breakdown | |
|---|---|
| State | 0.03 |
| County | 1.80 |
| Koko-Twp | 0.18 |
| Kok-School | 5.41 |
| KokoLibr | 0.34 |
| CityKoko | 4.67 |
| F&C | 0.21 |
| SolidWast | 0.06 |
| State2 | 0.10 |
| TOTAL | 12.50 |

SPECIAL ASSESSMENTS

| Description | Net Tax Each Installment | Delinquent Tax or Penalty | Pre-Paid | Total |
|---|---|---|---|---|
| | | | | |

DUE DATE 11/13/2006 TOTAL DUE 12.50
ADD 10% PENALTY AFTER DUE DATE DUPLICATE BILL

Legal Description: Business @ 1800 E Lincoln Rd
Location Address: 1800 E Lincoln Rd Kokomo IN 46902
Deeded Owner: Delphi Automotive Systems LLC

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420050644939788010000000012508

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicate on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420050644939788010000000012508

INSTRUCTIONS FOR PAYING YOUR TAX BILL

To avoid penalties, mail your payments with the appropriate statement copy by due dates. Mail or bring section "A" Treasurer copy when payi Spring. Mail or bring section "B" Treasurer copy when paying Fall. Mail or bring all sections when paying for the year. Make checks payable to t address indicated on the face of the bill. Do not send cash. If a tax receipt is needed, mail or bring both "Treasurer" and "Taxpayer" copies wh making payment. If a receipt is requested by mail, please enclose a self addressed stamped envelope. The taxpayer copy will be validated or mailed back to you. No receipts will be returned without a self addressed stamped envelope. Thank you!

NOTICE OF EXEMPTIONS

"If any circumstances have changed making you ineligible for a deduction that you have been allowed in the exemption block of this tax bill, yo must notify the county auditor. If such a change in any circumstances has occurred and you have not notified the auditor, the deduction will I disallowed and you will be liable for taxes and penalties on the amount deducted."

NOTICE OF STATE PROPERTY TAX REPLACEMENT AND HOMESTEAD CREDITS

A credit against your current property tax, payable from the property tax replacement fund as established by the General Assembly and approved I the Governor, has been applied to your tax statements. If a taxpayer's property is in a Tax Increment Finance Area, a portion of the credit indicate on the tax statement may reflect the inclusion of the additional credit under IC 36-7-14-39.5.

If your property is "Residential" and an application was filed for Homestead Credit, the General Assembly and the Governor have approved for th year an additional credit stated on front. One-half of this credit will apply to your Spring installment and the other one-half will apply to your F installment.

00003420050644939788020000000012506

PLEASE SHOW CORRECTED ADDRESS IN SPACE BELOW

| |
|---|
| |
| |
| |
| |

00003420050644939788020000000012506