# EXHIBIT "B"

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>**DELPHI AUTOMOTIVE SYSTEMS LLC** | Case Number<br>**05-44640** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>**HOWARD COUNTY, INDIANA**<br><br>Name and address where notices should be sent:<br>**Michael K. McCrory**<br>**Barnes & Thornburg LLP**<br>**11 South Meridian Street**<br>**Indianapolis, IN 46204**<br>Telephone number: **(317) 236-1313** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |
|---|---|---|

Last four digits of account or other number by which creditor identifies debtor: **SEE ATTACHED**

Check here ☐ replaces
if this claim ☒ amends a previously filed claim, dated: <u>April 4, 2006 (#2557)</u>

| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☒ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS #: _____<br>Unpaid compensation for services performed<br><br>from _____ to _____<br>       (date)            (date) |
|---|---|

| 2. Date debt was incurred: **SEE ATTACHED** | 3. If court judgment, date obtained: |
|---|---|

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority <u>$5,076,914.92 (plus see attached)</u>

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff). <u>Secured Claim Amount: $2,069,991.66 (plus see attached)</u>

Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: <u>at least $101,731,600.00</u>

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case File: | $2,069,991.66 | $5,076,914.92 | $7,146,906.58 (plus see attached) |
|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

RECEIVED
FEB - 2 2007
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date<br>1/25/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Martha J. Lake*<br><br>**Martha J. Lake,**<br>**Howard County Treasurer** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Debtor:  DELPHI AUTOMOTIVE SYSTEMS LLC**
**Case No.: 05-44640**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

## NOTICE REQUEST

Please direct any and all correspondence, pleadings, notices, and orders related to this Amended Proof of Claim by Howard County, Indiana to the following:

Michael K. McCrory
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    (317) 236-1313
Telecopier:    (317) 231-7433
mmccrory@btlaw.com

**Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC**
**Case No.: 05-44640**
      **UNITED STATES BANKRUPTCY COURT**
      **SOUTHERN DISTRICT OF NEW YORK**

<u>**ATTACHMENT TO AMENDED PROOF OF CLAIM**</u>
<u>**OF HOWARD COUNTY, INDIANA**</u>

1.    <u>Description</u>

Howard County, Indiana ("<u>Howard</u>") files this Amended Proof of Claim for unpaid 2005 real estate and personal property taxes, penalties, and any applicable interest, costs, etc. owed by Delphi Automotive Systems, LLC ("<u>Delphi</u>") to Howard as a result of such unpaid taxes.

Since the filing of Howard's Proof of Claim on April 4, 2006 (identified by Delphi as Claim No. 2557), Delphi has made certain tax payments and Delphi has incurred certain tax penalties. The chart and computer screen print-outs attached hereto as <u>Exhibit A</u> and incorporated herein by reference as if fully set forth at length provide that as of November 14, 2006, (i) unpaid 2005 real estate taxes in the amount of at least $1,881,810.60 and penalties in the amount of at least $188,181.06 are owed by Delphi to Howard and are secured claims and (ii) unpaid 2005 personal property taxes in the amount of at least $4,615,377.18 and penalties in the amount of at least $461,537.74 are owed by Delphi to Howard and are unsecured priority claims under 11 U.S.C. § 507(a)(8).

By filing this Amended Proof of Claim, Howard does not waive its rights to seek further relief from the Bankruptcy Court including, without limitation, applicable interest, attorney fees, additional fees, costs, expenses, advances, assessments or charges and penalties, and any other amounts which were incurred, accrued, or arose prior to, on, or as of October 8, 2005 (the "<u>Petition Date</u>"), and which are recoverable, or may be included, by Howard under the documents relating to its claim (collectively, the "<u>Claim Documents</u>") and/or applicable law (collectively, the "<u>Additional Pre-Petition Items</u>"). Further, the original Proof of Claim filed on April 4, 2006 (Claim No. 2557), shall remain unaffected, except as amended by this Amended Proof of Claim.

From and after the Petition Date, Howard's claim may also include interest, attorney fees, additional fees, costs, expenses, advances, assessments, penalties, and any other amounts recoverable by Howard which may be included in its claim pursuant to the Claim Documents and/or applicable law and which were incurred, accrued, or arose after the Petition Date (collectively, the "<u>Additional Post-Petition Items</u>").

2.  Reservations of Rights and Defenses

Howard reserves the right to supplement or amend this Amended Proof of Claim for the purpose of including specific or additional sums as Additional Pre-Petition Items, and to state a total amount that is or would be owed by Delphi to Howard as of the effective date of any plan of reorganization or liquidation in this case, the date of any distribution or payment with respect to this claim, or any other appropriate date(s).

Howard respectfully does not necessarily consent to, and reserves the right to object to, the exercise of jurisdiction by the Bankruptcy Court over any and all aspects of, and/or any proceedings relating to any subject of, this Amended Proof of Claim. Also, without limiting the generality of the foregoing, Howard respectfully retains and reserves any and all rights it otherwise may have to (a) object and not submit to the jurisdiction of the Bankruptcy Court for any particular purpose, matter, or proceeding, (b) seek entry of final orders in non-core matters only after a de novo review by a District Judge, (c) trial by jury on any issue so triable in any contested matter or adversary proceeding arising in or related to Delphi's bankruptcy case, or (d) request that the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal.  Further, Howard retains and reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, with respect to Delphi or its assets in the bankruptcy case, and retains and reserves any and all rights, claims, actions, and remedies it has or may have with respect to all entities other than Delphi.

Howard further reserves the right to amend, supplement, and/or modify this Amended Proof of Claim (and the documents that accompany or support same) from time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or law, determinations yet to be made in this bankruptcy case or in other proceedings, or otherwise to further the purposes of filing this Amended Proof of Claim.

# EXHIBIT "A"

## 2005 PAY 2006 PROPERTY TAXES FOR DELPHI

| PARCEL NUMBER | AMOUNT PAID | DATE | TAX DUE | 10% PENALTY | TOTAL DUE |
|---|---|---|---|---|---|
| Real Estate | | | | | |
| 34-10-06-327-015.000-002 | $ 40.43 | 05/03/2006 | $ 133.18 | $ 13.32 | $ 146.50 |
| | $ 40.43 | 11/01/2006 | $ 133.18 | $ 13.32 | $ 146.50 |
| 34-10-07-200-010.000-002 | $ 2,243.35 | 05/03/2006 | $ 7,388.87 | $ 738.99 | $ 8,128.86 |
| | $ 2,243.35 | 11/01/2006 | $ 7,388.87 | $ 738.99 | $ 8,128.86 |
| 34-10-08-100-001.000-002 | $ 210,390.06 | 05/03/2006 | $ 693,049.60 | $ 69,304.96 | $ 762,354.56 |
| | $ 210,390.06 | 11/01/2006 | $ 693,049.60 | $ 69,304.96 | $ 762,354.56 |
| 34-10-08-326-002.000-002 | $ 72,650.12 | 05/03/2006 | $ 239,318.04 | $ 23,931.80 | $ 263,249.84 |
| | $ 72,650.12 | 11/01/2006 | $ 239,318.04 | $ 23,931.80 | $ 263,249.84 |
| 34-10-06-155-014.000-002 | $ 107.25 | 05/03/2006 | $ 353.31 | $ 35.33 | $ 388.64 |
| | $ 107.25 | 11/01/2006 | $ 353.31 | $ 35.33 | $ 388.64 |
| 34-10-06-151-024.000-002 | $ 200.75 | 05/03/2006 | $ 661.30 | $ 66.13 | $ 727.43 |
| | $ 200.75 | 11/01/2006 | $ 661.30 | $ 66.13 | $ 727.43 |
| Sub-total | $ 571,263.92 | | $ 1,881,810.60 | $ 188,181.06 | $ 2,069,991.66 |
| Personal Property | | | | | |
| 34-92-00-385-600.000-002 | $ 696,391.90 | 05/03/2006 | $ 2,293,996.84 | $ 229,399.68 | $ 2,523,396.52 |
| | $ 696,391.91 | 11/01/2006 | $ 2,293,996.83 | $ 229,399.68 | $ 2,523,396.51 |
| 34-92-00-386-008.000-002 | $ 2,869.11 | 05/03/2006 | $ 9,451.19 | $ 945.12 | $ 10,396.31 |
| | $ 2,869.11 | 11/01/2006 | $ 9,451.19 | $ 945.12 | $ 10,396.31 |
| 34-92-00-386-014.000-002 | $ 5.26 | 05/03/2006 | $ 17.34 | $ 1.73 | $ 19.07 |
| 34-92-00-386-005.100-002 | $ 3.56 | 05/03/2006 | $ 11.69 | $ 1.17 | $ 12.86 |
| | $ 3.55 | 11/01/2006 | $ 11.70 | $ 1.17 | $ 12.87 |
| 34-92-00-386-009.000-002 | $ 1,163.36 | 05/03/2006 | $ 3,832.26 | $ 383.23 | $ 4,215.49 |
| | $ 1,163.36 | 11/01/2006 | $ 3,832.26 | $ 383.23 | $ 4,215.49 |
| 34-92-00-386-004.000-002 | $ 2.16 | 05/03/2006 | $ 7.10 | $ 0.71 | $ 7.81 |
| 34-92-00-386-012.000-002 | $ 49.89 | 05/03/2006 | $ 164.35 | $ 16.44 | $ 180.79 |
| | $ 49.89 | 11/01/2006 | $ 164.35 | $ 16.44 | $ 180.79 |
| 34-92-00-386-006.000-002 | $ 9.77 | 05/03/2006 | $ 32.18 | $ 3.22 | $ 35.40 |
| | $ 9.77 | 11/01/2006 | $ 32.18 | $ 3.22 | $ 35.40 |
| 34-92-00-386-007.000-002 | $ 4.89 | 05/03/2006 | $ 15.46 | $ 1.55 | $ 17.01 |
| | $ 4.89 | 11/01/2006 | $ 15.46 | $ 1.55 | $ 17.01 |
| 34-92-00-386-010.000-002 | $ 52.33 | 05/03/2006 | $ 172.40 | $ 17.24 | $ 189.64 |
| | $ 52.33 | 11/01/2006 | $ 172.40 | $ 17.24 | $ 189.64 |
| Sub-total | $ 1,401,096.64 | | $ 4,615,377.18 | $ 461,537.74 | $ 5,076,914.92 |
| TOTAL | $ 1,972,360.56 | | $ 6,497,187.78 | $ 649,718.80 | $ 7,146,906.58 |

Real Property Maintenance - Delco Electronics Corp., PO Box 5032 , Troy MI 48007-5082

File  Edit  View  Applications  Tools  Window  Help

2005 Pay 2006

Real type  Real

Property number  34-10-06-327-015.000-002

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | ☑ Transfers | Specials | ☑ Notes | Adjustments | Lender |

Tax rate  3.20740    Homestead cr.  14.52500    Business cr.  15.07010    ☐ Certificate of error exists

Duplicate number  41928    Replacement cr.  24.82010    ☐ Auditor adjustment exists

### Current charges

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 13.32 | 0.00 | 0.00 | 13.32 |
| | | 2nd Installment Penalty | 13.32 | 0.00 | 0.00 | 13.32 |
| | Total CITY OF KOKOI | | 373.86 | 80.86 | 0.00 | 293.00 |

| Payment history | Print Tax Bill | ⚓ | | 373.86 | 80.86 | 0.00 | 293.00 |

Tax details NOT filtered    Filter tax details

Additional payments

Processed excess  0.00    Surplus  0.00    Advance  0.00    Overpayment  0.00    Refund  0.00

start

Real Property Maintenance   Delco Electronics Corp.   PO Box 5082 , Troy MI 48007-5082

File   Edit   View   Applications   Tools   Window   Help

Go ← ▾ → ▾ 🏠 | ✂ 📋 📋 | 💾 📄 ↶ 🖨 🛺 ↑ ↓ | 2005 Pay 2006 ▾ | 🔲 | 🔲 ❓ ❓ | 🔲 🔲 🔲

Real type [Real ▾]                                    Property number [34-10-07-200-010.000-002 ▾]

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | Transfers | Specials | ☑ Notes | Adjustments | Lender |

Tax rate [3.20740]   Homestead cr. [14.52500]   Business cr. [15.07010]   ☐ Certificate of error exists

Duplicate number [21544]   Replacement cr. [24.82010]                        ☐ Auditor adjustment exists

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 738.99 | 0.00 | 0.00 | 738.99 |
| | | 2nd Installment Penalty | 738.99 | 0.00 | 0.00 | 738.99 |
| | Total CITY OF KOKOI | | 20,744.42 | 4,486.70 | 0.00 | 16,257.72 |

Current charges

Payment history | Print Tax Bill | $ |   [20744.42] [4486.70] [0.00] [16257.72]

Tax details NOT filtered   Filter tax details

Additional payments
Processed excess [0.00]  Surplus [0.00]  Advance [0.00]  Overpayment [0.00]  Refund [0.00]

start   🕐 🖂   📁 Real Property Maint...                          〈 ⌃ 🔋 🔊   8:03 AM



Tuesday, Dec 19, 2006  08:23 AM

Real Property Maintenance - Delco Electronics Corporation. PO Box 5082 , Troy MI 48007-5082

File   Edit   View   Applications   Tools   Window   Help

Go   2005 Pay 2006

Real type  Real

Property number  34-10-08-326-002.000-002

Identification | Address | Valuations | Taxes | Transfers | Specials | Notes | Adjustments | Lender |

Tax rate  3.20740      Homestead cr.  14.52500      Business cr.  15.07010      ☐ Certificate of error exists

Duplicate number  27137    Replacement cr.  24.82010                              ☐ Auditor adjustment exists

Current charges

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 23,931.80 | 0.00 | 0.00 | 23,931.80 |
| | | 2nd Installment Penalty | 23,931.80 | 0.00 | 0.00 | 23,931.80 |
| | Total CITY OF KOKOI | | 671,799.92 | 145,300.24 | 0.00 | 526,499.68 |

Payment history    Print Tax Bill

671799.92    145300.24    0.00    526499.68

Tax details NOT filtered    Filter tax details

Additional payments

Processed excess  0.00   Surplus  0.00   Advance  0.00   Overpayment  0.00   Refund  0.00

start                                                             8:24 AM

Tuesday, Dec 19, 2006  08:24 AM

Real Property Maintenance - Delco Electronics Corporation,  PO Box 5082 , Troy MI 48007-5082

File   Edit   View   Applications   Tools   Window   Help

Go    2005 Pay 2006

Real type   Real                                        Property number   34-10-06-155-014.000-002

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | Transfers | Specials | ☑ Notes | Adjustments | Lender

Tax rate   3.20740       Homestead cr.   14.52500      Business cr.   15.07010      ☐ Certificate of error exists

Duplicate number   1260      Replacement cr.   24.82010                          ☐ Auditor adjustment exists

Current charges

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 35.33 | 0.00 | 0.00 | 35.33 |
| | | 2nd Installment Penalty | 35.33 | 0.00 | 0.00 | 35.33 |
| | Total CITY OF KOKOI | | 991.78 | 214.50 | 0.00 | 777.28 |

Payment history    Print Tax Bill                    991.78        214.50       0.00        777.28

Tax details NOT filtered    Filter tax details

Additional payments

Processed excess   0.00   Surplus   0.00   Advance   0.00   Overpayment   0.00   Refund   0.00

start

Tuesday, Dec 19, 2006  08:24 AM

Real Property Maintenance   Delco Electronics Corporation,   PO Box 5082   Troy MI 48007-5082

File  Edit  View  Applications  Tools  Window  Help

Go    ◄ ▾    ► ▾    🏠      ✂ 🖹 🖺      🖫 🗋 ↶ 🖨 🕮 ↑ ↓    2005 Pay 2006  ▾    🗔    🗔 🤦    🎞 🎞

Real type  | Real                    ▾ |        Property number | 34-10-06-151-024.000-002        ▾ |

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | Transfers | Specials | ☑ Notes | Adjustments | Lender |

Tax rate | 3.20740 |      Homestead cr. | 14.52500 |   Business cr. | 15.07010 |   ☐ Certificate of error exists

Duplicate number | 48279 |   Replacement cr. | 24.82010 |                    ☐ Auditor adjustment exists

Current charges

| Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|
| ► CITY OF KOKOMO | 1st Installment Penalty | 66.13 | 0.00 | 0.00 | 66.13 |
| | 2nd Installment Penalty | 66.13 | 0.00 | 0.00 | 66.13 |
| Total CITY OF KOKOI | | 1,856.36 | 401.50 | 0.00 | 1,454.86 |

Payment history | Print Tax Bill |  $

|  | 1856.36 | 401.50 | 0.00 | 1454.86 |

Tax details NOT filtered   Filter tax details

Additional payments

Processed excess | 0.00 | Surplus | 0.00 | Advance | 0.00 | Overpayment | 0.00 | Refund | 0.00 |

start    ℃ ℓ      ...                                                ‹    ▾  ♦  🕐  8:24 AM

Tuesday, Dec 19, 2006  08:24 AM

Personal Property Maintenance - Delphi Automotive Systems LLC    (FKA Delco Electronics Corp).    PO Box 5082 ....

File  Edit  View  Applications  Tools  Window  Help

Go ← → 🏠 | ✂ 📋 📋 | 💾 🗋 ↻ 🔍 🔍 ↑ ↓ 2005 Pay 2006 ▾ 📇 | 📇 ❓ | 📇 📇 ✕

Property type [ Business ▾ ]                    Property number [34-92-00-385-600.000-002 ▾ ]

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | ☑ Notes | Adjustments | Judgments |

Tax rate [ 3.20740 ]    Homestead cr. [ 14.52500 ]    Business cr. [ 15.07010 ]    ☐ Certificate of error exists

Duplicate number [ 32515 ]    Replacement cr [ 24.82010 ]                    ☐ Auditor adjustment exists

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| | — Current charges | | | | | |
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 229,399.68 | 0.00 | 0.00 | 229,399.68 |
| | | 2nd Installment Penalty | 229,399.68 | 0.00 | 0.00 | 229,399.68 |
| | | | | | | |

[ Payment history ]  [ Print Tax Bill ]  💲  [ 6,439,576.84 ]  [ 1392783.81 ]  [ 0.00 ]  [ 5046793.03 ]

┌ Additional payments ─────────────────────────────────────────────────────┐
Processed excess [ 0.00 ]  Surplus [ 0.00 ]  Advance [ 0.00 ]  Overpayment [ 0.00 ] Refund [ 0.00 ]

start    🕐 🕑    💬 Personal Property Mai...    Personal Property Ta...    ‹ ⌐ ▶ 🔊  8:25 AM

Tuesday, Dec 19, 2006 08:25 AM

Personal Property Maintenance  Delphi Automotive Systems LLC ,  PO Box 5087 , Troy MI 48007-5087

File  Edit  View  Applications  Tools  Window  Help

Go  ← · → · 🏠  ✂ 📋 📋  💾 📄 ↻ 🖨 🔍 ↑ ↓  2005 Pay 2006  ▾  🔲 🔲 ?  📊 🗐 ✕

Property type [ Business ▾ ]          Property number [ 34-92-00-386-008.000-002 ▾ ]

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | ☑ Notes | Adjustments | Judgments |

Tax rate [ 3.20740 ]    Homestead cr. [ 14.52500 ]    Business cr. [ 15.07010 ]   ☐ Certificate of error exists

Duplicate number [ 44341 ]    Replacement cr [ 24.82010 ]                          ☐ Auditor adjustment exists

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 945.12 | 0.00 | 0.00 | 945.12 |
| | | | | | | |
| | | 2nd Installment Penalty | 945.12 | 0.00 | 0.00 | 945.12 |
| | | | | | | |

Current charges

| Payment history | Print Tax Bill | $ | 26,530.84 | 5738.22 | 0.00 | 20792.62 |
|---|---|---|---|---|---|---|

Additional payments

Processed excess [ 0.00 ]  Surplus [ 0.00 ]  Advance [ 0.00 ]  Overpayment [ 0.00 ] Refund [ 0.00 ]

start    🄲 ▾    ▪ ▪▪▪ ▪▪▪ ▪▪▪    ▪▪▪▪▪▪ ▪▪ ▪ ▪     ‹  ▾ 🏹 ▲ 8:15 AM

Tuesday, Dec 19, 2006  08:25 AM



Personal Property Maintenance - Delphi Automotive Systems LLC , PO Box 5082 , Troy MI 48007-5082

File  Edit  View  Applications  Tools  Window  Help

Go  ←  →  ⌂  |  ✂ 🗐 📋  |  🖫 🗋 ↶ 🖨 🔍 ↑ ↓  2005 Pay 2006  ▼  |  ⚙  |  🖫 📇 №?  |  🗷 🖳 ✕

Property type  | Business                      ▼ |          Property number | 34-92-00-386-005.100-002          ▼ |

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | Notes | Adjustments | Judgments |

Tax rate  | 3.20740 |  Homestead cr. | 14.52500 |  Business cr. | 15.07010 |   ☐ Certificate of error exists

Duplicate number | 2462 |  Replacement cr. | 24.82010 |   ☐ Auditor adjustment exists

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 1.17 | 0.00 | 0.00 | 1.17 |
| | | 2nd Installment Penalty | 1.17 | 0.00 | 0.00 | 1.17 |
| | | | | | | |

Current charges

| Payment history | Print Tax Bill | | 32.84 | 7.11 | 0.00 | 25.73 |

Additional payments

Processed excess | 0.00 |  Surplus | 0.00 | Advance | 0.00 | Overpayment | 0.00 | Refund | 0.00 |

start

Personal Property Maintenance   Delphi Automotive Systems LLC , P O Box  5082 , Troy MI 48007-5082

File   Edit   View   Applications   Tools   Window   Help

Go   ←   →   🏠   |   ✂   📋   📋   |   💾   📄   ↶   🖨   🏭   ↑   ↓   2005 Pay 2006   ▼   |   📑   |   📑   ❓   |   📑   📑   ✕

Property type   Business   ▼                    Property number   34-92-00-386-009.000-002   ▼

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | ☑ Notes | Adjustments | Judgments |

Tax rate   3.20740    Homestead cr.   14.52500    Business cr.   15.07010    ☐ Certificate of error exists

Duplicate number   19058    Replacement cr.   24.82010    ☐ Auditor adjustment exists

| Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|
| CITY OF KOKOMO | 1st Installment Penalty | 383.23 | 0.00 | 0.00 | 383.23 |
| | 2nd Installment Penalty | 383.23 | 0.00 | 0.00 | 383.23 |
| | | | | | |

Current charges

| Payment history | Print Tax Bill | $ | 10,757.70 | 2326.72 | 0.00 | 8430.98 |

Additional payments

Processed excess   0.00   Surplus   0.00   Advance   0.00   Overpayment   0.00   Refund   0.00

start

Personal Property Maintenance - Delphi Automotive Systems LLC , PO Box 5082 , Troy MI 48007-5082

File   Edit   View   Applications   Tools   Window   Help

Go   ←   →   2005 Pay 2006

Property type   Business

Property number   34-92-00-386-004.000-002

Identification | Address | Valuations | Taxes | Notes | Adjustments | Judgments

Tax rate   3.20740    Homestead cr.   14.52500    Business cr.   15.07010    ☐ Certificate of error exists

Duplicate number   36495    Replacement cr.   24.82010    ☐ Auditor adjustment exists

### Current charges

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 0.71 | 0.00 | 0.00 | 0.71 |
| | | 2nd Installment Tax | 0.00 | 0.00 | 0.00 | 0.00 |

| Payment history | Print Tax Bill | $ | 9.97 | 2.16 | 0.00 | 7.81 |

### Additional payments

| Processed excess | 0.00 | Surplus | 0.00 | Advance | 0.00 | Overpayment | 0.00 | Refund | 0.00 |

start

Personal Property Maintenance - Delphi Automotive Systems LLC , PO Box 5082 , Troy MI 48007-5082

File  Edit  View  Applications  Tools  Window  Help

Go  ← → ⌂        2005 Pay 2006  ▼

Property type  [Business                 ▼]        Property number  [34-92-00-386-012.000-002    ▼]

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | ☑ Notes | Adjustments | Judgments

Tax rate  [3.20740]    Homestead cr.  [14.52500]    Business cr.  [15.07010]    ☐ Certificate of error exists

Duplicate number  [41868]    Replacement cr.  [24.82010]                        ☐ Auditor adjustment exists

| Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|
| Current charges | | | | | |
| ▶ CITY OF KOKOMO | 1st Installment Penalty | 16.44 | 0.00 | 0.00 | 16.44 |
| | | | | | |
| | 2nd Installment Penalty | 16.44 | 0.00 | 0.00 | 16.44 |
| | | | | | |

[Payment history]  [Print Tax Bill]  [$]    [461.36]  [99.78]  [0.00]  [361.58]

Additional payments
Processed excess  [0.00]  Surplus  [0.00]  Advance  [0.00]  Overpayment  [0.00]  Refund  [0.00]

start                                                        8:27 AM

Tuesday, Dec 19, 2006  08:27 AM



**Personal Property Maintenance  Delphi Automotive Systems LLC ,  PO Box 5082 , Troy MI 48007-5082**

File   Edit   View   Applications   Tools   Window   Help

Property type  | Business

Property number  | 34-92-00-386-007.000-002

☑ Identification | ☑ Address | ☑ Valuations | ☑ Taxes | ☑ Notes | Adjustments | Judgments

| Tax rate | 3.20740 | Homestead cr. | 14.52500 | Business cr. | 15.07010 | ☐ Certificate of error exists |
|---|---|---|---|---|---|---|
| Duplicate number | 6671 | Replacement cr | 24.82010 | | | ☐ Auditor adjustment exists |

Current charges

| | Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|---|
| ▶ | CITY OF KOKOMO | 1st Installment Penalty | 1.55 | 0.00 | 0.00 | 1.55 |
| | | 2nd Installment Penalty | 1.55 | 0.00 | 0.00 | 1.55 |
| | | | | | | |

| Payment history | Print Tax Bill | $ | 43.40 | 9.38 | 0.00 | 34.02 |

Additional payments

| Processed excess | 0.00 | Surplus | 0.00 | Advance | 0.00 | Overpayment | 0.00 | Refund | 0.00 |

start                                                                    8:28 AM

Tuesday, Dec 19, 2006  08:28 AM

Personal Property Maintenance - Delphi Automotive Systems LLC , PO Box 5082 , Troy MI 48007-5082

File  Edit  View  Applications  Tools  Window  Help

Go  2005 Pay 2006

Property type  Business                    Property number  34-92-00-386-010.000-002

Identification | Address | Valuations | Taxes | Notes | Adjustments | Judgments |

Tax rate        3.20740    Homestead cr.   14.52500    Business cr.   15.07010    ☐ Certificate of error exists

Duplicate number    3757    Replacement cr.   24.82010    ☐ Auditor adjustment exists

### Current charges

| Tax Set | Charge type | Total charge | Posted payment | Pending payment | Balance due |
|---|---|---|---|---|---|
| ▶ CITY OF KOKOMO | 1st Installment Penalty | 17.24 | 0.00 | 0.00 | 17.24 |
| | 2nd Installment Penalty | 17.24 | 0.00 | 0.00 | 17.24 |
| | | | | | |

| Payment history | Print Tax Bill | $ | 483.94 | 104.66 | 0.00 | 379.28 |

#### Additional payments

Processed excess    0.00    Surplus    0.00    Advance    0.00    Overpayment    0.00    Refund    0.00

start    Real Property Maint...    Personal Property/Ta    8:28 AM