# EXHIBIT "C"

05-44481-rdd    Doc 9260-3    Filed 09/06/07    Entered 09/06/07 09:19:31    Exhibit C
Pg 1 of 3

**IC 6-1.1-37-10 Version a**
**Delinquent tax penalties; reduced penalty if payment within 30 days**

*Note: This version of section effective until 1-1-2008. See also following version of this section, effective 1-1-2008.*

Sec. 10. (a) Except as provided in sections 10.5 and 10.7 of this chapter, if an installment of property taxes is not completely paid on or before the due date, a penalty shall be added to the unpaid portion in the year of the initial delinquency. The penalty is equal to an amount determined as follows:
 (1) If:
  (A) an installment of property taxes is completely paid on or before the date thirty (30) days after the due date; and
  (B) the taxpayer is not liable for delinquent property taxes first due and payable in a previous year for the same parcel;
  the amount of the penalty is equal to five percent (5%) of the amount of delinquent taxes.
 (2) If subdivision (1) does not apply, the amount of the penalty is equal to ten percent (10%) of the amount of delinquent taxes.
(b) With respect to property taxes due in two (2) equal installments under IC 6-1.1-22-9(a), on the day immediately following the due dates in May and November of each year following the year of the initial delinquency, an additional penalty equal to ten percent (10%) of any taxes remaining unpaid shall be added. With respect to property taxes due in installments under IC 6-1.1-22-9.5, an additional penalty equal to ten percent (10%) of any taxes remaining unpaid shall be added on the day immediately following each date that succeeds the last installment due date by:
 (1) six (6) months; or
 (2) a multiple of six (6) months.
(c) The penalties under subsection (b) are imposed only on the principal amount of the delinquent taxes.
(d) If the department of local government finance determines that an emergency has occurred which precludes the mailing of the tax statement in any county at the time set forth in IC 6-1.1-22-8, the department shall establish by order a new date on which the installment of taxes in that county is due and no installment is delinquent if paid by the date so established.
(e) If any due date falls on a Saturday, a Sunday, a national legal holiday recognized by the federal government, or a statewide holiday, the act that must be performed by that date is timely if performed by the next succeeding day that is not a Saturday, a Sunday, or one (1) of those holidays.
(f) Subject to subsections (g) and (h), a payment to the county treasurer is considered to have been paid by the due date if the payment is:
 (1) received on or before the due date by the county treasurer or a collecting agent appointed by the county treasurer;
 (2) deposited in United States first class mail:
  (A) properly addressed to the principal office of the county treasurer;
  (B) with sufficient postage; and
  (C) postmarked by the United States Postal Service as

mailed on or before the due date;
 (3) deposited with a nationally recognized express parcel carrier and is:
  (A) properly addressed to the principal office of the county treasurer; and
  (B) verified by the express parcel carrier as:
   (i) paid in full for final delivery; and
   (ii) received by the express parcel carrier on or before the due date;
 (4) deposited to be mailed through United States registered mail, United States certified mail, or United States certificate of mailing:
  (A) properly addressed to the principal office of the county treasurer;
  (B) with sufficient postage; and
  (C) with a date of registration, certification, or certificate, as evidenced by any record authenticated by the United States Postal Service, on or before the due date; or
 (5) made by an electronic funds transfer and the taxpayer's bank account is charged on or before the due

date.
For purposes of this subsection, "postmarked" does not mean the date printed by a postage meter that affixes postage to the envelope or package containing a payment.

(g) If a payment is mailed through the United States mail and is physically received after the due date without a legible correct postmark, the person who mailed the payment is considered to have made the payment on or before the due date if the person can show by reasonable evidence that the payment was deposited in the United States mail on or before the due date.

(h) If a payment is sent via the United States mail or a nationally recognized express parcel carrier but is not received by the designated recipient, the person who sent the payment is considered to have made the payment on or before the due date if the person:

(1) can show by reasonable evidence that the payment was deposited in the United States mail, or with the express parcel carrier, on or before the due date; and

(2) makes a duplicate payment within thirty (30) days after the date the person is notified that the payment was not received.

*(Formerly: Acts 1975, P.L.47, SEC.1; Acts 1975, P.L.55, SEC.1.) As amended by Acts 1978, P.L.35, SEC.1; Acts 1981, P.L.71, SEC.4; P.L.23-1984, SEC.9; P.L.88-1995, SEC.9; P.L.154-1999, SEC.1; P.L.90-2002, SEC.262; P.L.1-2004, SEC.46 and P.L.23-2004, SEC.49; P.L.154-2006, SEC.55; P.L.67-2006, SEC.11; P.L.1-2007, SEC.50.*