Exhibit 7.4(a)

Certificate Of Incorporation For Reorganized Delphi

[To be filed on or before the Disclosure Statement Hearing]