Exhibit 7.4(b)

Bylaws Of Reorganized Delphi

[To be filed on or before the Disclosure Statement Hearing]