Exhibit 7.8

Management Compensation Plan

[To be filed on or before the Exhibit Filing Date]