Exhibit 7.14

Exit Financing Term Sheet

[To be filed on or before the Disclosure Statement Hearing]