Exhibit 7.16(b)

Registration Rights Agreement

[To be filed on or before the Disclosure Statement Hearing]