Exhibit 7.17

Summary Of Terms Of New Preferred Stock

[To be filed on or before the Disclosure Statement Hearing]