Exhibit 7.18

Summary Of Terms Of New Warrants

[To be filed on or before the Disclosure Statement Hearing]