Exhibit 10.4

Indenture Trustee Substantial Contribution Amount

[To be filed on or before the Exhibit Filing Date]