GM
Enterprise Activities Group

# General Motors Corporation

## Financial Shared Services Agreement
## Disbursement Services
## Delphi Automotive Systems

12/08/98 DRAFT

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

**TABLE OF CONTENTS**

**INTRODUCTION** ..... 1

**ENTERPRISE ACTIVITIES GROUP VISION AND MISSION** ..... 1

EAG GM DISBURSEMENT SERVICES MISSION ..... 1

**EVALUATION OF SERVICES** ..... 2

CUSTOMER COUNCILS ..... 2
EAG GM DISBURSEMENT SERVICES CUSTOMER COUNCIL ..... 2

**PERFORMANCE AND QUALITY MEASURES** ..... 3

**ESCALATION PROCEDURES** ..... 3

**PROCESS IMPROVEMENTS AND CHANGE CONTROL** ..... 3

**BUSINESS RESUMPTION** ..... 3

**PRICING AND BILLING OF SERVICES** ..... 4

**CANCELLATION** ..... 4

**AMENDMENTS TO CUSTOMER SERVICE AGREEMENT** ..... 4

**AGREEMENT APPROVALS** ..... 4

EAG GM DISBURSEMENT SERVICES PROCESS SUMMARY ..... 5
EAG GM DISBURSEMENT SERVICES CORE SERVICES PROVIDED ..... 6
APPENDIX 1 ROLES & RESPONSIBILITIES ..... 7
*APPENDIX 1a -Transaction Processing* ..... 7
*APPENDIX 1b - Payment Processing* ..... 10
*APPENDIX 1c - Financial Reporting* ..... 11
*APPENDIX 1d- Internal Controls* ..... 12
*APPENDIX 1e - Miscellaneous* ..... 13
APPENDIX 2- PERFORMANCE & QUALITY ..... 15
*Effectiveness Survey Example* ..... 16
APPENDIX 3 - ESCALATION PROCEDURES ..... 28
APPENDIX 4 - CURRENT DELPHI SYSTEMS ..... 29

12/8/98 9:51 AM Version 1.0

-GM Confidential-

## Introduction

The purpose of this document is to communicate the services provided and overall operating philosophy between the Enterprise Activities Group and Delphi Automotive Systems.

## Enterprise Activities Group Vision and Mission

The Enterprise Activities Group is committed to provide a single source of best-in-class shared services in support of the enterprise. Business priorities are to align and integrate the people, resources and technology in one team interacting seamlessly with global common processes and systems.

This document is a living agreement. It does not incorporate changes which may be required as a result of the impending Delphi IPO. Any major changes in function will require renegotiation.

The agreements herein pertain to all North American Delphi divisions receiving EAG GM Disbursement Services currently.

### EAG GM Disbursement Services Mission

GM Disbursement Services provides to its customers timely and accurate supplier payments for goods and services purchased and accurate financial reporting while maintaining a strong level of internal controls.

#### EAG GM Disbursement Services Process Scope

- Timely and accurate payment of approved supplier transactions in multiple currencies
- Processing of intercompany inventory transfers
- Providing timely and accurate financial reporting for cash, other assets, liabilities and expense entries
- Limited issuance of same day emergency checks
- Returned or lost check processing
- Resolution of Debit Balances
- Response to Supplier Inquiries
- Facilitator for problem resolution with customers
- Provide Disaster Recovery Contingency Plan
- Maintain a high level of internal controls

# Evaluation of Services

## Customer Councils

The role of the EAG Financial Shared Services Customer Council is to approve annual goals, review performance results, approve future service agreements and conduct other miscellaneous business. Additionally, this council will address concerns which have reached RED status as detailed in the Escalation Procedure of each individual service provider agreement.

The council membership will include:

EAG General Director of Financial Shared Services
Chief Financial Officer of Delphi Automotive Systems or designated alternate
EAG Directors of Disbursement Services, Payroll Services, and Accounting Services
Delphi designate representing Disbursement Services
Delphi designate representing Payroll Services
Delphi designate representing Accounting Services

The council will meet quarterly.

## EAG GM Disbursement Services Customer Council

The role of the EAG GM Disbursement Services Customer Council is to provide a communication forum between Delphi Automotive Systems and EAG GM Disbursement Services. The customer council will review performance results, communicate business process requirements to the Delphi Automotive Systems Business Units and identify process issues.

The council membership will include:

EAG Director of Disbursement Services
EAG Disbursement Services Operational Managers
Delphi designate representing Delphi Chassis Systems
Delphi designate representing Delphi Delco Electronics Systems
Delphi designate representing Delphi Energy & Engine Management Systems
Delphi designate representing Delphi Harrison Thermal Systems
Delphi designate representing Delphi Interior & Lighting Systems
Delphi designate representing Delphi Packard Electric Systems
Delphi designate representing Delphi Saginaw Steering Systems

The council will meet monthly.

## Performance and Quality Measures

The services to which this Customer Service Agreement relates are bound by quality measures and standards as defined in Appendix 2. EAG GM Disbursement Services commits to maintaining the quality standards described in this Appendix subject to Delphi and third party dependencies. By signing this agreement, Delphi and third parties accept the responsibility to maintain quality measures and standards as defined. Any degradation in these standards may affect EAG GM Disbursement's ability to maintain the its own quality standards. Performance and timeliness of services may be affected by volume.

## Escalation Procedures

Escalation procedures designed to resolve concerns and issues between EAG GM Disbursement Services and Delphi Automotive Systems are described in Appendix 3.

## Process Improvements and Change Control

EAG GM Disbursement Services will operate with the systems currently used by Delphi Automotive Systems. Appendix 4 details the existing systems included in the scope of this agreement. EAG GM Disbursement Services will maintain the current common business process for Delphi Automotive Systems. Any requests for deviations to common business processes requested by Delphi Automotive Systems will require the agreement of EAG Financial Shared Services. It should be noted that because deviations to common practice often result in additional costs, EAG will track and monitor incremental cost increases. Significant increases in cost due to deviation requests may result in additional service charges.

GM Disbursement Services will continue to conduct benchmarking studies, maintain technology improvements and strive for continuous improvement to processes enabling the continuation of best-in-class services.

It is agreed that both parties will give a minimum of 90 days notice of any planned changes to processes or systems. GM Disbursement Services will respond to the customer on the impact unit changes may have on the timing, cost, and quality of each individual service provided. Major changes in functionality may require alterations to the Customer Service Agreement.

## Business Resumption

In the case of a local disaster, which does not affect the Plano IPC (EDS), critical services would be available within 5 business days. Full services would be available within 15-30 days, depending on the severity of the crisis.

In case of a disaster at the Plano IPC(EDS), full services would be available within 10 days.

Financial Shared Services will make its best efforts to reduce downtime; however, extreme or unforeseen circumstances may extend recovery times. Costs of a disaster recovery will be shared with Delphi Automotive Systems.

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

## Pricing and Billing of Services

Both parties agree to the pricing and billing terms as described in the Financial Services Supply Agreement executed between EAG and Delphi Automotive Systems.

## Cancellation

The on going contractual relationship between General Motors and Delphi Automotive Systems will be guided by the Financial Services Supply Agreement executed by EAG and Delphi Automotive Systems.

## Amendments to Customer Service Agreement _

This Customer Service Agreement is subject to strict change control procedures. Two originals are in existence, one held by Delphi Automotive Systems and one held by EAG Financial Shared Services. If you wish to amend this Customer Service Agreement, please contact:

Financial Shared Services
Enterprise Activities Group
Phoenix Center, Ottawa Tower
16 E. Judson Street
Pontiac, Michigan 48342-2205

## Agreement Approvals

______________________ ______________

**H. Bernard Davis** **Date**
General Director
Financial Shared Services
Enterprise Activities Group

______________________ ______________

**Alan Dawes** **Date**
Chief Financial Officer
Delphi Automotive Systems

12/8/98 9:51 AM Version 1.0 4
**-GM Confidential-**

## EAG GM Disbursement Services Process Summary

EAG GM Disbursement Services will provide standardized common disbursement services to all customers. The Global GM Disbursement Services Process deploys the utilization of common best practices as summarized below.

| Transaction Type | Best Practice Summary |
|---|---|
| Medium to High Value Goods & Services | • Evaluated Receipt Settlement<br>• Pay on Production/Consumption/Shipment |
| Low Value Items- Goods & Services | • Acquisition Card<br>• Summary Invoicing<br>• No pre-payment approval |
| Integrated supplier relationships for Maintenance, Repair & Operating (MRO) supplies | • Electronic Commerce<br>• EDI Invoicing |
| Tooling Purchases | • Evaluated Receipt Settlement<br>• ~~Imaged Invoices~~<br>• Payment Authorization based on approved sample part inspection report |
| High End Services<br>Advertising, Security, Tuition Refunds, Freight | • Electronic Commerce -<br>• EDI Invoicing<br>• Evaluated Receipt Settlement |
| Always pay items<br>Utilities, tax bills | • EDI Invoicing<br>• No pre-payment approval<br>• Post Audit reviews |
| Intercompany Purchases | • Cross Charge Process in Ledger<br>• No Accounts Payable or Accounts Receivable recorded |
| Payments | • Electronic Funds Transfers<br>• Laser checks created from single blank check stock<br>• Foreign payments through worldwide network<br>• Centrally controlled worldwide network of bank accounts<br>• Minimal issuance of emergency checks<br>• Detailed Electronic Remittance Advice |
| Customer Service | • Automated Supplier and Customer Inquiries through the use of Interactive Voice Response System<br>• Discrepancy Resolution referred to source<br>- Price Discrepancies referred to Purchasing<br>- Quantity Discrepancies to PC&L<br>- Non payment Inquiries to Requester |

## EAG GM Disbursement Services Core Services Provided

The table below identifies the core services provided by EAG GM Disbursement Services and the metric that will be used to determine performance.. Appendix 1 identifies the roles and responsibilities of Delphi Automotive Systems and EAG GM Disbursement Services.

| Function | Service Provided | Performance Metrics |
|---|---|---|
| Transaction Processing | • Maintain Remit Supplier Data<br>• Perform accountability of incoming transactions<br>• Process Transactions<br>  • APMT<br>  • Evaluated Receipt Settlement<br>  • Manual Processing<br>  • Adjusting Documents & Return Material<br>  • Retro Adjustments<br>  • Statement Reconciliation | • % of transactions entered into the Disbursement system within 48 hours of receipt |
| Payment Processing | • Create Payments & Remittance Detail<br>• Create Wire Transfer Payments from supplier EDI file<br>• Forecast/Report Cash<br>• Perform Return/Lost Payment Processing | • % on time payments<br>• % of variance actual to forecast |
| Financial Reporting | • Perform Month End Processing<br>• Perform Account Reconciliation's<br>• Provide Reporting to Customers | • JV posted to GMGL according to ACPII requirements<br>• % of accounts reconciled monthly |
| Internal Controls | • Maintain Internal Controls<br>• Perform Out of Range Processing<br>• Perform Potential Duplicate Payment Detection | • # of invalid incoming transactions |
| Miscellaneous | • Maintain Record Storage/Retention Files<br>• Resolve Debit Balances<br>• Process Cash Received<br>• Manage Transitional Services for Divested Plants<br>• Respond to Internal/External Inquiries<br>  • Document Retrieval<br>  • Special Analysis<br>• Maintain Common System/Process<br>• Maintain Disaster Recovery Plan | • EAG Performance Survey Customer feedback process |

# APPENDIX 1 Roles & Responsibilities

## APPENDIX 1a -Transaction Processing

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Maintain Remit Supplier Data** | | | | | |
| • Determine Duns Number | I | S | | | R |
| • Solicit New Supplier Participation in EFT | I | S | | | R |
| • Solicit Existing Supplier Participation EFT | R | S | | | |
| • Provide banking information for currency payments | I | S | | | R |
| • Maintain Bank Data by Currency | R | S | | | S |
| • Maintain tax identification | R | S | | | |
| **Perform accountability of incoming transactions** | | | | | |
| • Validate file from run number control | R | | | S | |
| • Reconcile transactions against predefined edits | R | | S | S | S |
| **Process Transactions -** | | | | | |
| • **APMT** | | | | | |
| • Process Shipment Records from PRIMO | R | S | S | S | S |
| • Maintain Control Tables | R | S | S | | |
| • Process Adjusting Document Requests from NAO Product Cost | R | | I | | |
| • Provide Liaison Functions | R | S/I | S/I | S/I | S/I |
| • **Evaluated Receipt Settlement Process** | | | | | |
| • Create Purchase Order/Contracts prior to shipment | I | I | I | I | R |
| • Create Receipts for all goods & services | I | S | S | R | S |
| • Create adjustments for receipt corrections, material returns, scrap | I | S | S | R | S |
| • Provide valid account number | I | | R | | |
| • Process ERS Transactions | R | | | | |
| • Process load errors | R | | S | S | S |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

## APPENDIX 1a -Transaction Processing

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| • Manual Processing | | | | | |
| • Purchase Order Supported Payments | | | | | |
| • Process invoices supported by receipts for payment | R | S | | S | S |
| • Request approvals as required | R | | A | | |
| • Provide valid account numbers | I | | R | S | S |
| • Monitor approval response timeliness | I | | R | S | S |
| • Release approved documents for payment | R | | | | |
| • Non Purchase Order Supported Payments | | | | | |
| Authorization for Check - AFC | | | | | |
| • Receipt of the std. form | R | | S | S | S |
| • Review for payment guidelines | R | | | | |
| • Set up new suppliers | R | | | | |
| • Prep for data entry | R | | | | |
| • Account corrections | I | | R | | |
| • | | | | | |
| -General Office Invoices - GOI | | | | | |
| • Approve Invoices | I | S | R | | |
| • Receipt of approved invoices | R | | S | | |
| • Review for payment guidelines | R | | | | |
| • Set up new suppliers | R | | | | |
| • Resolve rejects from data entry prep | R | | S | S | |
| • Account Corrections | I | | R | | |
| - Utilities | | | | | |
| • Receipt of Invoice | R | S | | | |
| • Prep for Data Entry. | R | | | | |
| • Mail Invoice to plant | R | | I | | |
| • Perform accountability to insure all utility bills have been received. Assign Account Numbers from predefined matrix | R | S | S | | |
| • Account Corrections | I | | R | | |

R - Responsible for Completing Process  A - Provides Approval  S - Supplies Information to Enable Process  I - Requires Information

## APPENDIX 1a -Transaction Processing

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Foreign Allied** | | | | | |
| • Complete Statement Recon. Monthly | R | I | I | I | |
| • Prepare Monthly Variance Reports | R | I | I | | |
| • Prepare Quarterly Variances Report to identify variances between Productive /Expense by Unit | R | I | I | | |
| **Adjustments** | | | | | |
| • Process manual adjustments for receipt corrections, material returns, scrap, and Cost Recovery, | R | | S (Cost Recovery) | S Shipper, Scrap, Receipt Info | |
| • Process construction holdbacks | R | S | A | | S |
| • Provide valid accounts | I | | R | S | S |
| **Retro-Active Price Adjustments** | | | | | |
| • Create amendments to Purchase Orders/Contracts | | | | | R |
| • Provide GM Disbursements with a monthly file of alterations with a previous effective date | I | | | | R |
| • Contact buyer for validation of currency changes & price changes greater than 100% | R | | | | A |
| • Provide completed manual retro-adjustment form for retros with effective dates greater than 13 months and/or currency changes crediting the supplier | I | R | | | S |
| • Issue mechanical and manual retro-adjustments | R | | | | |
| **Outside Supplier Statement Reconciliation** | | | | | |
| • Develop annual statement statistical sampling requirements | R | | | | |
| • Solicit statements from suppliers identified by sampling | R, I | S | | | |
| • Review all statements received, including solicited for credits & unapplied cash greater than 60 days old | R | | | | |
| • Resolve open items on statement with Supplier | R | I | | | |
| • Process appropriate document for credits & unapplied cash | R | | | | |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Informal

## Roles & Responsibilities

### APPENDIX 1b - Payment Processing

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Process Payments** | | | | | |
| • **Create Payments** | | | | | |
| • EFT | R | S | | | S |
| • Laser/Manual Checks | R | I | S | S | S |
| • Industrial Development Bond Payments (IDB) | R | | I | | |
| • Wires | R | S | S | - | S |
| • MNS Statements | R | S | | | S |
| • **Create Remittance Detail** | | | | | |
| • Check Attachments | R | I | S | S | S |
| • Part Level Detail | R | I | | S | |
| • Provide detail from EDI shipper file | R | S | | S | |
| • Prepare IDB Remittance Detail | R | I | S | | |
| • Interdivisonal Settlement Certificate Detail | R | | I | | |
| **Forecast/'Report Cash** | | | | | |
| • Prepare Short Term (6 Day) | R | | I | | |
| • Prepare Extended Forecast (6 Month) | R | - | S | S | |
| **Perform Return/Lost Check Processing** | | | | | |
| • Return Check Processing | R | S | S | S | S |
| • Process Stop Payment Requests | R | S | S | S | S |
| | | | | | |

R - Responsible for Completing Process   A - Provides Approval   S - Supplies Information to Enable Process   I - Requires Information

# Roles & Responsibilities

## APPENDIX 1c - Financial Reporting

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Perform Month-End Processing (Daily/Monthly booking process)** | | | | | |
| • Book transactions with outside suppliers daily (including liability and gain/loss on foreign currency transactions | R | | I | S | S |
| • Book inter-company sales/purchases daily (APMT) | R | | I | S | S |
| • Provide daily transactional default account process | R | | I | | |
| • Perform month-end automated accrual of evaluated receipts received 1st workday | R | | I | S | S |
| • Provide daily and monthly account distribution detail of transaction | R | | I | | |
| • Summarize charges by account and transmit journals to ledger | R | | I | | |
| • Correct month-end journal voucher account edits in ledger | R | | I | | |
| • Calculate and book month-end open account entries between legal entities | R | | I | | |
| • Book reversible month-end correcting entries for "out of range" evaluated receipts | R | | I | | |
| • Perform analysis and redistribute liabilities from outside liabilities (4411) to outside liabilities - capital expenditures (4413) | R | | I | | |
| **Perform Account Reconciliations** | | | | | |
| • Identify variances in liability account balances | R | | I | | |
| • Identify items in cash clearing account balances | R | S | I | S | S |
| • Complete corrective actions/journal entries | R | | I | S | S |
| • Maintain detail for audit trail purposes | R | | I | | |
| • Provide report detail for Unit reconciliation of default account balances | R | | I | | |
| **Provide Reporting to Customers** | | | | | |
| • Federal Tax Reporting | | | | | |
|   • Determine 1099 Eligibility | R | S | | | |
|   • Prepare 1099 Statements | R | I | | | |
|   • W-9 on file | R | S | | | |
| • Provide ERD Reports | R | I | | | |
| • Support Adhoc Reporting on Request | R | | I | | |
|   • Provide Delphi Account and Access Code for Charges | I | | R | | |
| • Prepare Supplier Survey Data | S | | | | R |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

## Roles & Responsibilities

### APPENDIX 1d- Internal Controls

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Maintain Internal Controls** | | | | | |
| • Perform risk based Document Auditing prior to payment | R | | | | |
| • Perform Post Payment Statistical Based Sampling | R | | | S | S |
| • Complete Vendor Remit Auditing Prior to payment | R | S | | | S |
| • Provide Assignees & Garnishments on vendors per Legal Staff | R | S | S | | |
| • Provide access control over Dacor, EFT, and wire transfer systems and data files | R | | A | | A |
| • Request inquiry access to Delphi systems for GM Disbursements | R | | A | A | A |
| • Maintain Disbursement information security | R | | S | S | |
| • Provide service for auditors (for example Delphi internal auditor, D & T and Tax auditor) | R | | S | S | |
| • Maintain Check Signers | R | | | | |
| • Complete ICRQ or BRM for GM Disbursements | R | | | | |
| • Maintain Approval Authorization verification process | R | | A | | |
| **Perform Out Of Range Processing** | | | | | |
| • Review invoiceless transactions above normal activity for suppliers | R | | | S/ A | S / A |
| • Notify Buyers and/or Receiving of corrections needed | R | | I | I | I |
| • Correct Price Errors | S | | | | R |
| • Correct Quantity Errors | S | | | R | |
| • Generate monthly Management reports of invalid transactions | R | | I | | |
| • Provide information for month - end correction | S | | R | | |
| **Perform Potential Duplicate Payment Detection** | | | | | |
| • Review and analyze process of duplicate detection | R | | I | I | |
| • Prevent or recover duplicate payments | R | | | | |
| • Report finding of duplicate detection | R | | I | I | |
| **Maintain Disaster Recovery Plan** | R | | | | |

**R** - Responsible for Completing Process **A** - Provides Approval **S** - Supplies Information to Enable Process **I** - Requires Information

## Roles & Responsibilities

### APPENDIX 1e - Miscellaneous

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Respond to Internal/External Inquiries** | | | | | |
| • Receive Supplier and Customer phone calls | R | S | S | S | S |
| • Answer Supplier & Customer inquires by: | R | S | | S | S |
| •• Providing investigation and analysis into sending system | R | I | | S | S |
| •• Referring price discrepancies to Purchasing | R | I | | | S/I |
| •• Referring quantity discrepancies to PC&L | R | I | | S/I | |
| •• Referring non payment inquires to Requester | R | I | S/I | S/I | S/I |
| • Resolve Price Discrepancies | S | S | | | R |
| • Resolve Qty Discrepancies | S | S | | R | |
| • Resolve Non Payment Inquiries | S | S | R Delphi Requester | | |
| • Initiate stop payment request | R | S | S | | |
| • Coordinate Supplier meetings for payment problems | R | S | S | S | S |
| • Provide document image retrieval services | R | I | I | I | I |
| **Process cash received in the Mail** | | | | | |
| • Monitor recording of cash received in the mail at outside mail services and in-house | R | | I | | |
| • Prepare deposit of cash received in the mail | R | | I | | |
| • Perform analysis to determine proper application of cash received in the mail | R | S | | S | S |
| • Enter transactions in payment system to reflect cash received in the mail | R | I | I | | |
| • Perform accounting entries to reflect cash received in the mail | R | | I | | |
| • Report returned funds to management for root cause analysis | R | | I | I | I |
| • Forecast cash receipts | R | | I | S | S |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

## APPENDIX 1e - Miscellaneous

| Process | EAG | Delphi Supplier | Delphi Finance | Delphi PC&L | Delphi Purch |
|---|---|---|---|---|---|
| **Resolve Debit Balance Supplier Accounts-** | | | | | |
| • Produce report of debit balance suppliers monthly | R | | I | | |
| • Investigate debit balance supplier accounts | R | | | S | S |
| • Enter transactions in the payment system to offset debit balance supplier accounts with payable supplier accounts as appropriate | R | I | | | |
| • Follow for collection or other elimination of debit balance amounts | R | S | S | S | S |
| • Maintain detail of follow-up activity | R | | I | | |
| • Prepare detail and authorization for write-off of uncollectable amounts | R | | I | | |
| • Enter transactions in payment system to reflect write-off of uncollectable amounts | R | I | I | | |
| • Perform accounting entries to reflect write-off of uncollectable amounts | R | | I | | |
| • Prepare reports and charts for management depicting debit balance supplier accounts status | R | | I | | |
| **Maintain record storage/retention files** | R | I | I | I | I |
| **Participate on Troubled Supplier Task Force** | | | | | |
| • Provide Services Required to support troubled suppliers<br>• Advancing Funds<br>• Third Party Payments<br>• Prepare reports identifying Troubled Supplier past and current transaction history<br>• Hold Payments<br>• Participate in Litigation | R | S/I | S | | S |
| **Provide Disbursement Transitional Services for Divested Plants** | R | S | I | I | I |
| **Maintain Common Disbursement System/Process** | R | | | | |

**R** - Responsible for Completing Process **A** - Provides Approval **S** - Supplies Information to Enable Process **I** - Requires Information

# APPENDIX 2- Performance & Quality

## Measures, Standards, and Dependencies

| Measure | Standard | Dependencies |
|---|---|---|
| • % of transactions entered into the Disbursement system within 48 hours of receipt | • 100% | • Delphi Purchasing creates Purchase Orders prior to delivery of goods/services<br>• Delphi Receiving enters receipts for goods and services at the time of delivery<br>• Delphi Finance provides accurate accounting numbers<br>• Systems available from EDS |
| • % of on time payments | • 100 % | • Delphi authorized approved transactions must be provided to GM Disbursements a minimum of 5 (includes 3 day EFT process) working days prior to due date |
| • % of variance of actual to forecast | • Under 5% error rate per month per category | • Delphi Units provide information relative to extraordinary expenses<br>• External information sources must meet 5% standard |
| • JV posted to GMGL according to ACPII requirements | • JV s posted by 3:00 PM on first work day | • Accurate and timely processing and reporting by EDS.<br>• Accurate and timely pricing and receipt records provided by Delphi Purchasing and Delphi PC&L respectively. |
| • % of Accounts Reconciled Monthly | • 100% | • Accurate and timely processing and reporting by EDS.<br>• Accurate and timely information received by suppliers, Delphi PC&L, and Delphi Purchasing relative to the cash clearing account. |
| • # of invalid incoming transactions | • 0 | • Quality data from Delphi Automotive Systems source systems |
| • EAG Performance Survey customer feedback process. | • Excellent | • Delphi participation. |

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

GM
Enterprise Activities Group

# EAG GM Disbursement Services

# Effectiveness Survey Example

12/8/98 9:51 AM
Version 1.0
-GM Confidential-
Appendix 2
16

# Enterprise Activities Group

Effectiveness Survey
Introduction

Dear EAG GM Disbursement Services Customer:

Welcome to the Global Disbursement Process & Systems Effectiveness Survey.
The survey is broken out into four basic sections:

| | |
|---|---|
| Section I: | EAG GM Disbursement Services Definitions |
| Section II: | General Questions to Determine Process Interaction & Effectiveness |
| Section III: | Customer Service Dimension Ratings |
| Section IV: | General Comments |

Section I describes the list of EAG GM Disbursement Services processes and provides a service definition for each. It is on each one of these service definitions or "services" that we are asking for your feedback. It is recommended that you read through this section prior to filling out the survey to familiarize yourself with the service definitions for each process and then refer to it as necessary.

Section II is composed of two questions that are general in nature and relate to your familiarity with, your use of, and the level of importance you place on EAG Disbursement services. The third question is Section II asks for your overall effectiveness rating for each of the services provided.

Section III introduces five customer service dimensions against which we ask you to rate EAG GM Disbursement Services and begins with definitions for each one of the dimensions, and is followed by a matrix to evaluate your satisfaction level with the services.

Section IV is composed of two open-ended questions to provide you with an opportunity to add any comments you feel would be helpful to guide improvements in these services.

Again, please respond to each question to the best of your ability. Your responses are confidential. We appreciate your time and consideration.

Sincerely,

H.Bernard Davis
General Director
Financial Shared Services
Enterprise Activities Group

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

Enterprise Activities Group

# Section I

# EAG GM Disbursement Services Definitions

12/8/98 9:51 AM

Version 1.0
-GM Confidential-
Appendix 2

18

# Enterprise Activities Group

Effectiveness Survey
Section I - page one

The following table introduces the EAG GM Disbursement Services processes and provides service definitions. Please read through this table to gain a clearer picture of each one of these services. When you have completed this, take a moment to think about your experience with EAG GM Disbursement Services and each one of these services. Then begin the survey by going to Section II.

| Process | Service Definition |
|---|---|
| Disbursements | Payments: The processing of payments to suppliers for goods and services for business expenditures incurred on behalf of Delphi Automotive Systems and the related accounting required<br><br>Internal Control: Verification of the disbursement payment process and associated activities. |
| | **EAG GM Disbursement Services Process Scope** |
| | • Timely and accurate payment of approved supplier transactions in multiple currencies<br>• Processing of intercompany inventory transfers<br>• Providing timely and accurate financial reporting for cash, other assets, liabilities and expense entries<br>• Limited issuance of same day emergeney checks<br>• Returned or lost check processing<br>• Resolution of Debit Balances<br>• Response to Supplier Inquiries<br>• Facilitator for problem resolution with customers<br>• Provide Disaster Recovery Contingency Plan<br>• Maintain a high level of internal controls |
| **Function** | **Service Provided** |
| Transaction Processing | • Maintain Remit Supplier Data |
| | • Perform accountability of incoming transactions |
| | • Process Transactions<br>• APMT<br>• Evaluated Receipt Settlement<br>• Manual Processing<br>• Adjusting Documents & Return Material<br>• Retro Adjustments<br>• Statement Reconciliation |
| Payment Processing | • Create Payments & Remittance Detail |
| | • Forecast/Report Cash |
| | • Perform Return/Lost Payment Processing |
| Financial Reporting | • Perform Month End Processing |
| | • Perform Account Reconciliation's |
| | • Provide Reporting to Customers |
| Internal Controls | • Maintain Internal Control Review |
| | • Perform Out of Range Processing |
| | • Perform Potential Duplicate Payment Detection |
| | • Maintain Disaster Recovery Plan |

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

Effectiveness Survey
Section I - page two

| Function | Service Provided |
|---|---|
| Miscellaneous | • Maintain Record Storage/Retention Files |
| | • Resolve Debit Balances |
| | • Process Cash Received |
| | • Manage Transitional Services for Divested Plants |
| | • Respond to Internal/External Inquiries<br>• Document Retrieval<br>• Special Analysis |
| | • Maintain Common System/Process |

12/8/98 9:51 AM Version 1.0 20
-GM Confidential-
Appendix 2

 GM
Enterprise Activities Group

# Section II

# General Questions

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

# GM Enterprise Activities Group

Effectiveness Survey
Section II - page one

**Question #1:** Are you a consumer / user of the output of this process relative to your ***current department and work function***?

**I use this process:**

| Process | Very Frequently | Often | On occasion | Seldomly | Never |
|---|---|---|---|---|---|
| Disbursements | 1 | 2 | 3 | 4 | 5 |

**Question #2:** How important is this process to you as an input to your processes or as a final output to you?

**These Processes are:**

| Process | Very important to me | Often important to me | Somewhat important to me | Seldom importan t to me | Not important to me |
|---|---|---|---|---|---|
| Disbursements | 1 | 2 | 3 | 4 | 5 |

**Question #3:** How do you rate EAG GM Disbursements Services performance in providing the following services?

Please check box with √.

| | Excellent | Above Average | Average | Below Average | Poor | N/A |
|---|---|---|---|---|---|---|
| **Transaction Processing.** | | | | | | |

**Comments:** ______________________

| | | | | | | |
|---|---|---|---|---|---|---|
| **Payment Processing.** | | | | | | |

**Comments:** ______________________

| | | | | | | |
|---|---|---|---|---|---|---|
| **Financial Reporting** | | | | | | |

**Comments:** ______________________

| | | | | | | |
|---|---|---|---|---|---|---|
| **Internal Controls** | | | | | | |

**Comments:** ______________________

12/8/98 9:51 AM
Version 1.0
-GM Confidential-
Appendix 2
22

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

| Please check box with √. | Excellent | Above Average | Average | Below Average* | Poor* | N/A |
|---|---|---|---|---|---|---|
| **Miscellaneous services:** | | | | | | |

**Comments:**

**Additional Comments:**

*Please include explanation in comments for services rated below average or poor. This will help us to improve our performance in the future.

12/8/98 9:51 AM Version 1.0 23
-GM Confidential-
Appendix 2

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

Enterprise Activities Group

# Section III

# Customer Service Dimension Ratings

12/8/98 9:51 AM
Version 1.0
-GM Confidential-
Appendix 2
24

# Enterprise Activities Group

Effectiveness Survey
Section III - page one

The following table illustrates five customer service dimensions that represent evaluative criteria customers generally consider when assessing service quality. These dimensions or categories of quality can be utilized as a framework to analyze the overall performance of a given service. Each category is self-contained and distinct since a service can be ranked high on one dimension while being low on another. However, in many cases the dimensions are interrelated.

The following page contains a matrix. The first five columns ask you to rate your satisfaction level with the processes against each one of the dimensions. The final column asks you to rate your overall satisfaction level with the process.

| Dimension | Definition | Characteristics |
|---|---|---|
| Responsiveness | The capacity to provide effective solutions and prompt service | • Promptness<br>• Timeliness<br>• Effectiveness |
| Reliability | The ability to perform the promised service dependably and accurately | • Dependability<br>• Accuracy<br>• Follow-up |
| User-Friendliness | The physical aspects of the service | • Output format (i.e., reports, documents,)<br>• Output vehicle (i.e., paper, electronic) |
| Professionalism | The quality of individualized attention provided to the customer | • Accessibility<br>• Courtesy<br>• Assurance<br>• Competence / Skills |
| Strategic Value | The ability of this service to help achieve your organization's strategic goals and objectives | • Support<br>• Fit<br>• Relevance |

**Customer Service Dimensions**

**Question #4:** How satisfied are you with each process in terms of each dimension below?

**Using the scale below, complete the matrix. Input the appropriate satisfaction level (number) under each dimension. Check column N/A if you are not a consumer / user of the process.**

**Scale: 1 - Extremely Satisfied 2 - Very Satisfied 3 - Satisfied 4 - Seldom Satisfied 5 - Never Satisfied**

**Dimensions**

| Process | N/A | Responsiveness | Reliability | User - Friendliness | Professionalism | Strategic Value | Process |
|---|---|---|---|---|---|---|---|
| Disbursements | | | | | | | |

 Enterprise Activities Group

# Section IV

# General Comments

General Motors Corporation
Enterprise Activities Group

Financial Shared Service Agreement
GM Disbursement Services DRAFT

GM
Enterprise Activities Group

Effectiveness Survey
Section IV - page one

**Question #4:** Please write down the three most important things EAG GM Disbursement Services Staff could do to improve their services to you and your organization?

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

**Question #5:** Please add any additional comments you may have which you believe would be helpful to guide our improvement efforts in these service areas.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

12/8/98 9:51 AM Version 1.0 27
-GM Confidential-
Appendix 2

# APPENDIX 3 - Escalation Procedures

| Service Level Status | Condition | Escalation Path for EAG | Escalation Path for Delphi |
|---|---|---|---|
| GREEN | Service Level met. | • No action taken. | • No action taken. |
| YELLOW | Problem identified. | • xx to escalate issue to yy<br>• yy to advise zz of issue and recommend action to be taken.<br>• yy / zz implement agreed action plan | • aa to escalate issue to bb<br>• bb to advise yy of issue and solicit action to be taken |
| AMBER | Problem not resolved after required steps taken (see YELLOW). | • zz to escalate issue to *Director of Disbursement Services* for review and resolution.<br>• EAG implements agreed action plan. | • bb to escalate issue to cc<br>• cc to advise EAG *Director of Disbursement Services* of unresolved issue and solicit action. |
| RED | Problem not resolved. (see AMBER). | • *Director of Disbursement Services* to escalate issue and EAG recommendation immediately to *General Director of Financial Shared Services* for discussion and resolution at Customer Council. | • cc to escalate issue and Delphi recommendation immediately to Delphi *Customer Council Representative for Disbursement Services* for discussion and resolution at Customer Council. |

xx = Analyst
yy = Supervisor
zz = Administrator

aa = Divisional Staff
bb = Liaison
cc = Business Unit Finance Mgr.

## APPENDIX 4 - Current Delphi Systems

| LOCATION | GMGL PLANT CODE | OLIMPIC Code | MATERIAL & SERVICES INDIRECT PURCH | INDIRECT REC | DIRECT PURCH | DIRECT REC | STATUS |
|---|---|---|---|---|---|---|---|
| **Delphi Chassis** | | | | | | | |
| Dayton | HA | DC | Olimpic | Olimpic | Sharp | Psic | |
| Sandusky | HC | SA | Olimpic | Olimpic | Sharp | Psic | |
| **Bristol** | HD | BR | Olimpic | Olimpic | Sharp | Psic | Closed |
| Saginaw | HE | SM | Olimpic | Olimpic | Sharp | Psic | |
| Elimination | HP | | | | | | |
| Chihuahua | HT | DC | Olimpic | Olimpic | Sharp | Psic | |
| **Livonia** | HX | LD/LI | Olimpic | Olimpic | Sharp | Psic | Sold Hot Coil Springs |
| InterDivisonal Elimination | HZ | | | | | | |
| Divisional Hqtr. | H2 | DC | Olimpic | Olimpic | Sharp | Psic | |
| Kettering | H3 | DC | Olimpic | Olimpic | Sharp | Psic | |
| Dayton/Vandalia | H4 | DC | Olimpic | Olimpic | Sharp | Psic | |
| Livonia/Flint | H6 | LD/LI | Olimpic | Olimpic | Sharp | Psic | |
| **Dayton MCS** | H7 | | Olimpic | Olimpic | Sharp | Psic | Closed |
| **Delphi Energy** | | | | | | | |
| Plant 2 Flint East | EA | AE | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 3 Flint East | EB | AE | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 6 Flint East | EC | AE | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 7 Flint East | EE | AE | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 2 Flint West | EF | AP | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 2A Flint West | EG | AP | Olimpic | Olimpic. | GPS | MGO - C | |
| Plant 6 Flint West | EH | AP | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 8 Flint West | EJ | AP | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 9 Flint West | EK | AP | Olimpic | Olimpic | GPS | MGO - C | |
| Milwaukee | EN | AM | Olimpic | Olimpic | GPS | MGO - C | |
| Wichita Falls | ER | AW | Olimpic | Olimpic | GPS | MGO - C | |
| Wichita Falls | ES | AW | Olimpic | Olimpic | GPS | MGO - C | |
| El Paso | ET | JM | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 10 Flint West | EU | AP | Olimpic | Olimpic | GPS | MGO - C | |
| Flint Core | E1 | AP | Olimpic | Olimpic | GPS | MGO - C | |
| New York Core | E2 | RP | Olimpic | Olimpic | GPS | MGO - C | |
| Lee Rd | E3 | RP | Olimpic | Olimpic | GPS | MGO - C | |
| Lexington | E4 | RP | Olimpic | Olimpic | GPS | MGO - C | |
| Henrietta | E5 | RP | Olimpic | Olimpic | GPS | MGO - C | |
| Plant 4 Flint West | E6 | AP | Olimpic | Olimpic | GPS | MGO - C | |
| Anderson Plant 11 | F5 | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Anderson Plant 20 | F6 | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Coopersville | F7 | CV | Olimpic | Olimpic | GPS | MGO - C | |
| Grand Rapids | F8 | AI | Olimpic | Olimpic | GPS | MGO - C | |

| LOCATION | GMGL PLANT CODE | OLIMPIC Code | MATERIAL & SERVICES INDIRECT PURCH | INDIRECT REC | DIRECT PURCH | DIRECT REC | STATUS |
|---|---|---|---|---|---|---|---|
| **Delphi Energy Con't** | | | | | | | |
| Delco Electronics Flint | F9 | | | | GPS | MGO - C | |
| Muncie | JA | JG | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| New Brunswick | JB | JB | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Anaheim | JC | JC | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Olathe | JD | JD | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Anderson | JE | JE/JZ | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Fitzgerald | JF | JF | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Meridan | JG | | | | | | Trailling charges DRA |
| Laurel | JJ | JJ | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Albany | JK | JK | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| **Chicago Battery** | JL | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| El Paso | JM | JM | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Anderson | JN | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Delco Battery | JP | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| **MSS Torreun** | JS | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| Anderson Plant 16 | JX | | Olimpic | Olimpic | PUR/REC | MGO - C | To GPS 10/98 |
| **Delphi Harrison** | | | | | | | |
| Buffalo | J2 | LP | Olimpic | Olimpic | HARP | HARP | |
| Dayton | J3 | DY | Olimpic | Olimpic | HARP | HARP | |
| Tuscaloosa | J4 | TU | Olimpic | Olimpic | HARP | HARP | |
| Divisional Hqtrs. | J5 | LP | Olimpic | Olimpic | HARP | HARP | |
| Michigan | J6 | | | | | | |
| El Paso | J7 | LP | Olimpic | Olimpic | HARP | HARP | |
| **Delphi Packard** | | | | | | | |
| Ohio Operations | FR | P1 | Olimpic | Olimpic | PIPS | PIPS | |
| Clinton | FS | P2 | Olimpic | Olimpic | PIPS | PIPS | |
| Brookhaven | FT | P2 | Olimpic | Olimpic | PIPS | PIPS | |
| El Paso | FV | P3 | Olimpic | Olimpic | PIPS | PIPS | |
| Laredo | FW | P4 | Olimpic | Olimpic | PIPS | PIPS | |
| **Central Mexico** | FX | | Olimpic | Olimpic | PIPS | PIPS | Closed |
| Howell | F3 | P1 | Olimpic | Olimpic | PIPS | PIPS | |
| Cami Canada | F4 | P1 | Olimpic | Olimpic | PIPS | PIPS | |

| LOCATION | GMGL PLANT CODE | OLIMPIC Code | MATERIAL & SERVICES INDIRECT PURCH | INDIRECT REC | DIRECT PURCH | DIRECT REC | STATUS |
|---|---|---|---|---|---|---|---|
| **Delphi Interior** | | | | | | | |
| Warren | RA | FD | Olimpic | Olimpic | PROBE | MGO - C | |
| **Anderson** | RB | AN | Olimpic | Olimpic | PROBE | **VSS** | To be Sold 10/1/98 |
| **Monroe** | RC | GL | Olimpic | Olimpic | PROBE | MGO - C | To be Sold 10/1/98 |
| Columbus | RD | CF | Olimpic | Olimpic | PROBE | MGO - C | |
| Trenton | RE | FT | Olimpic | Olimpic | PROBE | MGO - C | |
| **Flint** | RF | | Olimpic | Olimpic | PROBE | MGO - C | Sold - Peregrine |
| Brownsville | RH | IV | Olimpic | Olimpic | PROBE | MGO - C | |
| **Grand Rapids** | RJ | IG | Olimpic | Olimpic | PROBE | MGO - C | To be Sold 10/1/98 |
| Adrian | RK | AD | Olimpic | Olimpic | PROBE | MGO - C | |
| **O'Fallon** | RM | | Olimpic | Olimpic | PROBE | MGO - C | Closed |
| **Auburn Hills** | RN | FD | Olimpic | Olimpic | PROBE | MGO - C | To be Sold 10/1/98 |
| **Livonia** | RR | | Olimpic | Olimpic | PROBE | MGO - C | Sold - Peregrine |
| **El Paso** | RS | MO | Olimpic | Olimpic | PROBE | MGO - C | To be Sold 10/1/98 |
| Vandalia | RT | IV | Olimpic | Olimpic | PROBE | MGO - C | |
| **Elyria** | RU | | Olimpic | Olimpic | PROBE | MGO - C | Closed |
| **Brea** | RV | FD | Olimpic | Olimpic | PROBE | MGO - C | Closed |
| Troy Interior | RW | FD | Olimpic | Olimpic | PROBE | MGO - C | |
| Warren Seats | RX | FD | Olimpic | Olimpic | PROBE | **Lewis & Wright** | |
| Rimir Mexico | RY | IV | Olimpic | Olimpic | PROBE | MGO - C | |
| Warren Body | RZ | FD | Olimpic | Olimpic | PROBE | MGO - C | |
| **Delphi Saginaw** | | | | | | | |
| Saginaw/Alabama | K9 | | PU | PU | PU | PU | |
| **Delphi Delco Electronics** | | | | | | | |
| Milwaukee | DA | EM | Olimpic | Olimpic | EXPOD | MIS/MPS | |
| Brownsville | DE | EK | Olimpic | Olimpic | EXPOD | MIS/MPS | |
| Flint | DF | EK | Olimpic | Olimpic | EXPOD | MIS/MPS | |
| McAllen | DG | EK | Olimpic | Olimpic | EXPOD | MIS/MPS | |
| Kokomo | DK | EK | Olimpic | Olimpic | EXPOD | MIS/MPS | |
| Elimination | DJ | | | | | | |
| **Delphi Worldwide Hqtrs** | EW | | Olimpic | Olimpic | NA | NA | |

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# - Customer Service Agreement -

## Payroll Services

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services **DRAFT**

# Table of Contents

Introduction ..... 1

Enterprise Activities Group Vision and Mission ..... 1

Payroll Services Mission Statement ..... 1

Level of Service ..... 1

Business Resumption ..... 1

Customer Council ..... 1

Audit Rights ..... 1

Processes, Roles & Responsibilities ..... 2

Performance and Quality Measures ..... 2

Escalation Procedures ..... 2

Divestitures ..... 2

Process Improvements and Change Control ..... 2

Pricing and Billing ..... 2

Cancellation ..... 2

Amendments to Customer Service Agreement ..... 3

Services Provided ..... 4

Performance Metrics ..... 4

Agreement Approvals ..... 5

Appendix 1 - Time Reporting

Process and Responsibility Chart ..... 6

Appendix 2 - Employee Data Maintenance

Process and Responsibility Chart ..... 7

Appendix 3 - Employee Inquiry & Response

Process and Responsibility Chart ..... 8

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Table of Contents

Appendix 4 - Pay Calculation

Process and Responsibility Chart .......... 9

Appendix 5 - Payment Distribution

Process and Responsibility Chart .......... 10

Appendix 6 - Deduction Remittances

Process and Responsibility Chart .......... 11

Appendix 7 - Tax Payments & Filings

Process and Responsibility Chart .......... 12

Appendix 8 - Payroll Accounting

Process and Responsibility Chart .......... 13

Appendix 9 - Miscellaneous

Process and Responsibility Chart .......... 14

Appendix 10 - Performance and Quality

10 - Performance and Quality Measures, Standards, and Dependencies .......... 15
- EAG Performance Survey Example .......... 16-19
10a - Escalation Procedures .......... 20

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

## Introduction

This document represents a Customer Service Agreement between the Enterprise Activities Group (EAG) and Delphi Automotive Systems (Delphi). This agreement identifies the services provided by EAG and the roles and responsibilities of both parties.

This document is a living agreement. Changes in function will require renegotiation.

The ongoing contractual relationship between GM and Delphi shall be guided by the Financial Shared Services Term Sheet executed between EAG and Delphi Automotive Systems for its U.S. based operations.

## Enterprise Activities Group Vision and Mission

The Enterprise Activities Group is committed to provide a single source of best-in-class financial shared services in support of the enterprise. Business priorities are to align and integrate the people, resources, and technology into one team interacting seamlessly with global common processes and systems.

## Enterprise Activities Group - Payroll Services Mission Statement

To provide payroll services and accounting that meet customer requirements at the best cost, quality, and service

## Level of Service

GM Payroll Services will provide to each Delphi unit (excluding divested units) the same level of service as defined in Appendices 1 through 9.

## Business Resumption

In case of a local disaster, which does not affect the Plano IPC (EDS), critical services would be available within 5 business days. Full services would be available within 15-30 days, depending on the severity of the crisis.

In case of a disaster at the Plano IPC (EDS), full services would be available within 10 days.

Financial Shared Services will make its best efforts to reduce downtime; however, extreme or unforeseen circumstances may extend recovery times. Costs of a disaster recovery will be shared with Delphi.

## Customer Council

The role of the EAG Financial Shared Services Customer Council is to approve annual goals, review performance results, approve future service agreements, and conduct other miscellaneous business. Additionally, this council will address concerns which have reached RED status (see Escalation Procedure).

The council membership will include:

EAG General Director of Financial Shared Services
Chief Financial Officer of Delphi Automotive Systems or designated alternate.
EAG's Directors of Disbursement Services, Payroll Services, and Accounting Services
Delphi designate representing Disbursement Services.
Delphi designate representing Payroll Services.
Delphi designate representing Accounting Services.

The council will meet quarterly.

## Audit Rights

Each party has the right to request (at the requesting party's expense) independent audit verification of the costs incurred, allocation methods and costs allocated by the other party.

## rocesses, Roles & Responsibilities

Appendices 1 through 9 of this agreement identify the processes which support each service provided by EAG. Appendices 1 through 9 identify the roles and responsibilities of both parties which enable the process. Delphi and EAG agree to abide by the roles and responsibilities as described in the Appendices.

## Performance and Quality Measures

The services provided to which this Customer Service Agreement relates are bound by quality measures and standards as defined in Appendix 10. EAG commits to maintaining the quality standards described in this Appendix subject to Delphi and third party dependencies. By signing this agreement, Delphi and third parties accept the responsibility to maintain quality measures and standards as defined. Any degradation in these standards may affect EAG's ability to maintain its own quality standards. Performance and timeliness of services may be affected by volume.

## Escalation Procedures

Escalation procedures designed to resolve concerns and issues between EAG and Delphi will be followed as described in Appendix 10a. The intent of this process is to ensure that issues are identified and resolved expediently and in an orderly manner.

## Divestitures

Current and future Delphi divestitures are not covered by this agreement. Separate agreements must be negotiated.

## Process Improvements and Change Control

Delphi time reporting and payroll functions will utilize the existing GM Timekeeping system as well as the Hourly and Salary payroll systems. Delphi will migrate to common systems and processes (PeopleSoft Payroll Project) as determined by EAG. EAG will approve deviations to common practice only when EAG determines that extenuating circumstances require an exception. It should also be noted that, because deviations to common practice as a result of changes to current policy (i.e. labor contracts, benefit plans, etc.) often result in additional costs, EAG will track and monitor these costs for additional billing consideration. Non-common System inbound and outbound interfaces to and from the Payroll and Timekeeping Systems, which essentially reformat data received from or provided to the non-common system will be owned and managed by EAG personnel and system support. This facilitates the process control necessary to function effectively and efficiently. Further, any changes to these interfaces will be directly billed to Delphi. Both parties agree to provide a minimum of 90 days notice of any planned changes to processes and system functionality.

## Pricing and Billing

Both parties agree to the pricing and billing terms as described in the Financial Services Supply Agreement.

## Cancellation

The ongoing contractual relationship between GM and Delphi shall be guided by the Financial Services Supply Agreement executed between EAG and Delphi Automotive Systems for its U.S. based operations.

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services **DRAFT**

## Amendments to Customer Service Agreement

This Customer Service Agreement is subject to strict change control procedures. Two originals are in existence, one held by Delphi and one held by EAG. To amend this Customer Service Agreement, proposed changes should be directed to EAG at the following address:

Financial Shared Services
Enterprise Activities Group
Phoenix Center, Ottawa Tower
16 E. Judson Street
Pontiac, Michigan 48342-2205

3

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

| Function | Service Provided | Performance Metrics |
|---|---|---|
| Time Reporting | • Collecting, compiling, reviewing, approving and entering of time data<br>• Verifying, balancing and adjusting time data submitted by Delphi<br>• File maintenance involved with T&A files, tables and time codes | • EAG Performance Survey customer feedback process |
| Employee Data Maintenance | • Completing, reviewing, authorizing and entering employee data changes<br>• All maintenance necessary to support the payroll process | • % of rejected transactions |
| Employee Inquiry & Response | • Receiving employee questions and inquiries related to payroll<br>• Resolving inquiries<br>• Providing copies of forms, change documents, and tax documents<br>• Explanation of check data<br>• Resolving bank problems<br>• Communicating resolutions | • EAG Performance Survey customer feedback process |
| Pay Calculation | • Calculation of all employee compensation , including: salaries, wages, special payments, imputed income, for regular runs and off cycle<br>• Corrections and adjustments to calculations or output<br>• Correcting payment errors from the pay cycle<br>• Manual adjustments to pay amounts or data<br>• Manual check preparation<br>• Balancing and controlling the pay processing cycle | • EAG Performance Survey customer feedback process |
| Payment Distribution | • Printing, handling mail, distribution of payments, including manually generated payments and direct deposits from all pay processing cycles | • EAG Performance Survey customer feedback process |
| Deduction Remittances | • File maintenance<br>• Vendor name and address management<br>• Handling and resolving vendor inquiries | • % of on-time deduction remmittances |
| Tax Payments & Filings | • Administering federal, state and local payroll tax transactions, including deposits, reports, and filings<br>• Responding to tax authorities' inquiries<br>• Analysis, correspondence, compliance and audit requirements research | • % of on-time tax payments & filings |
| Payroll Accounting | • Preparing manual or automated vouchers related to payroll transactions, including: gross to net accounts, accruals, correcting entries, bank account reconciliation adjustments and reversals<br>• Preparation of account reconciliations, account analysis and analytical support | • JV posted to general ledger according to ACPII requirements<br>• % of accounts reconciled monthly |
| Miscellaneous | • Forecast cash<br>• Provide year end processing and reporting<br>• Maintain record storage/retention files<br>• Provide reporting | • % of variance actual to forecast<br>• % of W2Cs to total W2s |

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

## Agreement Approvals

| | |
|---|---|
| H. Bernard Davis<br>General Director<br>Financial Shared Services<br>Enterprise Activities Group | Date |
| Alan S. Dawes<br>Chief Financial Officer<br>Delphi Automotive Systems | Date |

5

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 1
Time Reporting

## Process and Responsibility Chart

| Process | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison |
|---|---|---|---|---|
| Collecting, compiling, reviewing, approving and entering of time data | R | | S | A |
| Verifying, balancing and adjusting time data submitted by Delphi | R/I | A | | S |
| File maintenance involved with T&A files, tables and time codes | R | | | S |
| Program maintenance for T&A and labor distribution | R | I | | I |
| Approve and process adjustments for prior periods | R | S | S | S |
| Provide reports | R | | | |

R - Responsible for Completing Process  A - Provides Approval  S - Supplies Information to Enable Process  I - Requires Information

6

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 2
Employee Data Maintenance

## Process and Responsibility Chart

| | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison | IPO |
|---|---|---|---|---|---|
| Completing, reviewing, authorizing and entering employee data changes | | | | | |
| • Enter into payroll system | R | | A/S | A/S | — |
| • Complete on-line audit | R | | | | |
| • Audit reports | R | | | | |
| • Disburse reports | R | | | | |
| | | | | | |
| All maintenance necessary to support the payroll process | | | | | |
| • Enter data into payroll system | R | | A/S | A/S | S |
| • Audit data | R | | | | S |
| • Audit of output reports | R | | | | S |
| • Resolve questionable items | R | | | | S |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

7

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 3

Employee Inquiry & Response

## Process and Responsibility Chart

| | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison | IPO |
|---|---|---|---|---|---|
| Receiving employee questions and inquiries related to payroll | R | I | I | I | I |
| Resolving inquiries | R | | | | |
| Providing copies of forms, change documents and tax documents | R | | | | |
| Explanation of check data | R | | | | |
| Resolving bank problems | R | | | | |
| Communicating resolutions | R | | | | |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

8

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 4
Pay Calculation

## Process and Responsibility Chart

| Process | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison |
|---|---|---|---|---|
| Calculation of all employee compensation, including: salaries, wages, special payments, imputed income, for regular runs and off-cycle | R | | | |
| Corrections and adjustments to calculations or output | | | | |
| • Identify required changes | R | | | S |
| • Calculate adjusted check and stub | I/R | S/A | S/A | S/A |
| • Corrections to erroneous calculations or output | I/R | S | S | S |
| Correcting payment errors from the pay cycle | | | | |
| • Identify error | R | | | |
| Manual adjustments to pay amounts or data | R | | | |
| Manual check preparation | R | | S | |
| Balancing and controlling the pay processing cycle | R | | | |

R - Responsible for Completing Process  A - Provides Approval  S - Supplies Information to Enable Process  I - Requires Information

9

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 5
Payment Distribution

## Process and Responsibility Chart

| Process | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison |
|---|---|---|---|---|
| Printing, handling mail, distribution of payments, including manually generated payments and direct deposits from all pay processing cycles. | R | | — | R* |

* Distribution of hourly regular and off cycle checks and deposit notices

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

10

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 6
Deduction Remittances

## Process and Responsibility Chart

| Process | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison | Delphi Legal |
|---|---|---|---|---|---|
| File maintenance | R | | | | |
| Vendor name and address management | R | | | | |
| Handling and resolving vendor inquiries | R | | | | |
| Payment for misc. "PLNT" deductions | | R | | S | |
| Receive, analyze and input court orders and levies | R | | | | S |
| Notify courts of special "lump sum" payments | R | | | I | |
| Audit payments files | R | | | | |

R - Responsible for Completing Process  A - Provides Approval  S - Supplies information to Enable Process  I - Requires Information

11

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

# Appendix 7
Tax Payments & Filings

## Process and Responsibility Chart

| Process | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison | Delphi Tax |
|---|---|---|---|---|---|
| Administering federal, state and local payroll tax transactions, including deposits, reports, and filings | R | | | | |
| Responding to tax authorities' inquiries | R | | | | |
| Analysis, correspondence, compliance and audit requirements research | R | | | | |
| Issue W2's | R | | | | |
| Tie in W2's and W2c's | R | | | | |
| Provide 1099 data | R/S | | | | I |
| Create 1099's | S | | | | R |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Appendix 8
Payroll Accounting

## Process and Responsibility Chart

| Process | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison |
|---|---|---|---|---|
| Preparing manual or automated vouchers related to payroll transactions, including: gross to net accounts, accruals, correcting entries, bank account reconciliation adjustments and reversals | R | | | |
| Preparation of account reconciliations, account analysis and analytical support | R | | | |
| Review reports for exceptions | R | | | |

R - Responsible for Completing Process A - Provides Approval S - Supplies Information to Enable Process I - Requires Information

13

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

# Appendix 9
Miscellaneous

## Process and Responsibility Chart

| | EAG | Delphi Finance | Delphi Personnel | Delphi Liaison | *IPO | Argonaut | *NBC |
|---|---|---|---|---|---|---|---|
| Forecast cash | R | | | | | | |
| Provide year end processing and reporting | R | | | | | | |
| Maintain record storage / retention files | R | | | | | | |
| Provide reporting | R | | | | | | |
| Overpayment recovery | | | | | | | |
| • Communicate with employee and personnel | R/I | | S | | S | | |
| • Send second letter to employee | R | | I | | | | |
| • Forward to Payco | R/I | | I | | | | |
| • Update overpayment database | R | | | | | | |
| Relocation | | | | | | | |
| • Communicate to employee | R/I | | | | | S | |
| Transfer process | R | | S | | | | |
| Cash receipts | R | | | | | | |
| Banking | | | | | | | |
| • Bank account reconciliations | R | | | | | | |
| New Hire Reporting | R | | S | | | | |
| Assist in year-end closing functions | R | | | | | | |
| S&A/Social Security Awards | I | R | | | | | S |

*International Personnel Organization
*National Benefit Center

R - Responsible for Completing Process  A - Provides Approval  S - Supplies Information to Enable Process  I - Requires Information

# Appendix 10

## Performance and Quality

### Measures, Standards and Dependencies

| Measure | Standard | Dependencies |
|---|---|---|
| • EAG Performance Survey customer feedback process. | • Excellent | • Delphi participation |
| • % of rejected transactions | • Zero | • Accurate and timely information received from personnel |
| • % of on-time deduction remittances | • 100% | • Accurate and timely demographic information provided by vendor<br>• Accurate and timely processing and reporting by disbursements<br>• Timely mailing of deduction remittances by third party |
| • % of on-time tax payments & filings | • 100% | • Accurate and timely payment processing by disbursements |
| • JV posted to general ledger according to ACPII requirements | • JVs posted by 3:00 p.m. on first work day | • Accurate and timely processing and reporting by EDS<br>• Accurate account information provided by other financial sources |
| • % of accounts reconciled monthly | • 100% | • Availability of general ledger system |
| • % of variance actual to forecast | • Under 5% | • External information sources must meet standard<br>• Units provide information relative to extraordinary expenses |
| • % of W2Cs to total W2s | • Less than 1% | • Accurate and timely wage and tax information from units |

# GM Enterprise Activities Group

How do you rate EAG's performance in providing the following payroll services?

| Please check appropriate box | Exceeds Expectations | Meets Expectations | *Does not Meet Expectations |
|---|---|---|---|

**Time Reporting:**

| | | | |
|---|---|---|---|
| Collecting, compiling, reviewing, approving and entering of time data | | | |
| Verifying, balancing and adjusting time data submitted by Delphi | | | |
| File maintenance involved with T&A files, tables and time codes | | | |

COMMENTS

**Employee Data Maintenance:**

| | | | |
|---|---|---|---|
| Completing, reviewing, authorizing and entering employee data changes. | | | |
| All maintenance necessary to support the payroll process. | | | |

COMMENTS

**Employee Inquiry & Response:**

| | | | |
|---|---|---|---|
| Receiving employee questions and inquiries related to payroll | | | |
| Resolving inquiries | | | |
| Providing copies of forms, change documents and tax documents | | | |
| Explanation of check data | | | |

*Please include explanation in comments for services rated does not meet expectations. This will help us to improve our performance in the future.

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

## Performance Survey -Continued-

| Please check appropriate box | Exceeds Expectations | Meets Expectations | *Does not Meet Expectations |
|---|---|---|---|

### Employee Inquiry & Response Continued:

| | | | |
|---|---|---|---|
| Resolving bank problems | | | |
| Communicating resolutions | | | |

COMMENTS

### Pay Calculation:

| | | | |
|---|---|---|---|
| Calculation of all employee compensation, including: salaries, wages, special payments, imputed income for regular runs and off cycle | | | |
| Corrections and adjustments to calculations or output | | | |
| Correcting payment errors from the pay cycle | | | |
| Manual adjustments to pay amounts or data | | | |
| Manual check preparation | | | |
| Balancing and controlling the pay processing cycle | | | |

COMMENTS

### Payment Distribution:

| | | | |
|---|---|---|---|
| Printing, handling mail, distribution of payments, including manually generated payments and direct deposits from all pay processing cycles. | | | |

COMMENTS

*Please include explanation in comments for services rated does not meet expectations. This will help us to improve our performance in the future.

17

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Performance Survey -Continued-

| Please check appropriate box | Exceeds Expectations | Meets Expectations | *Does not Meet Expectations |
|---|---|---|---|

## Deduction Remittances:

| | | | |
|---|---|---|---|
| File maintenance | | | |
| Vendor name and address management | | | |
| Handling and resolving vendor inquiries | | | |

COMMENTS

## Tax Payments & Filings:

| | | | |
|---|---|---|---|
| Administering federal, state and local payroll tax transactions, including deposits, reports, and filings. | | | |
| Responding to tax authorities' inquiries | | | |
| Analysis, correspondence, compliance and audit requirements research. | | | |

COMMENTS

## Payroll Accounting:

| | | | |
|---|---|---|---|
| Preparing manual or automated vouchers related to payroll transactions, including: gross to net accounts, accruals, correcting entries, bank account reconciliation adjustments and reversals. | | | |
| Preparation of account reconciliations, account analysis and analytical support. | | | |

COMMENTS

*Please include explanation in comments for services rated does not meet expectations. This will help us to improve our performance in the future

18

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Payroll Services DRAFT

# Performance Survey -Continued-

| Please check appropriate box | Exceeds Expectations | Meets Expectations | *Does not Meet Expectations |
|---|---|---|---|

**Miscellaneous:**

| | | | |
|---|---|---|---|
| Forecast cash | | | |
| Provide year end processing and reporting | | | |
| Maintain record storage/retention files | | | |
| Provide reporting | | | |

COMMENTS ____________________

*Please include explanation in comments for services rated does not meet expectations. This will help us to improve our performance in the future

19

01/04/99 1:49:57 PM

- GM CONFIDENTIAL -

# Appendix 10a
Performance and Quality Measures

## - Escalation Procedure -

| Service Level Status | Condition | Escalation Path for EAG | Escalation Path for Delphi |
|---|---|---|---|
| GREEN | Service Level met. | • No action taken. | • No action taken. |
| YELLOW | Problem identified. | • xx empowered to resolve problem<br>• xx to escalate issue to yy<br>• yy to advise zz of issue and recommend action to be taken.<br>• yy / zz implement agreed action plan | • aa to escalate issue to bb<br>• bb to advise yy of issue and solicit action to be taken |
| AMBER | Problem not resolved after required steps taken (see YELLOW). | • zz to escalate issue to Director of Payroll Services for review and resolution.<br>• EAG implements agreed action plan. | • bb to escalate issue to cc<br>• cc to advise EAG Director of Payroll Services of unresolved issue and solicit action. |
| RED | Problem not resolved. (see AMBER). | • Director of Payroll Services to escalate issue and EAG recommendation immediately to General Director of Financial Shared Services for discussion and resolution at Customer Council. | • cc to escalate issue and Delphi recommendation immediately to Delphi Customer Council Representative for Payroll Services for discussion and resolution at Customer Council. |

xx = Analyst
yy = Supervisor
zz = Manager

aa = Divisional Staff
bb = Liaison
cc = Business Unit Finance Mgr

GM Enterprise Activities Group

DELPHI
Automotive Systems

# - Customer Service Agreement -

## Travel Expense Reporting
## and
## BusinessCard

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Travel Expense Reporting and BusinessCard DRAFT

# Table of Contents

Introduction .......... 1

Enterprise Activities Group Vision and Mission .......... 1

Travel Expense Reporting and BusinessCard Mission .......... 1

Customer Council .......... 1

Processes, Roles & Responsibilities, and Addendum Items .......... 1

Performance and Quality Measures .......... 2

Escalation Procedures .......... 2

Process Improvements and Change Control .......... 2

Pricing and Billing .......... 2

Cancellation .......... 2

Amendments to Customer Service Agreement .......... 2

Services Provided .......... 3

Performance Metrics .......... 3

Appendix 1 - Expense Reports

1 - Responsibility Chart .......... 4

Appendix 2 - BusinessCards

2 - Responsibility Chart .......... 5

Appendix 3 - Miscellaneous

3 - Responsibility Chart .......... 6

Appendix 4 - Performance and Quality Measures

4 - Performance and Quality Measures, Standards, and Dependencies .......... 7
- EAG Performance Survey Example .......... 8
4a - Escalation Procedures .......... 11

01/04/99 2:46:21 PM
Document in TABLE.DOC

Version 1.0

- GM CONFIDENTIAL -

## ˉntroduction

This document represents a Customer Service Agreement between the Enterprise Activities Group (EAG) and Delphi Automotive Systems (Delphi). This agreement identifies the services provided by EAG and the roles and responsibilities of both parties.

This document is a living agreement. It does not incorporate changes which may be required as a result of the impending Delphi IPO. Any major changes in function will require renegotiation.

The agreements herein pertain to all Delphi divisions receiving EAG Travel Expense Report and GM BusinessCard services currently and in the future beginning at the date of signing and terminating December 31st, 2001[1].

## Enterprise Activities Group Vision and Mission

The Enterprise Activities Group is committed to provide a single source of best-in-class financial shared services in support of the enterprise. Business priorities are to align and integrate the people, resources, and technology into one team interacting seamlessly with global common processes and systems.

## Enterprise Activities Group - Travel Expense Reporting and BusinessCard Mission

To manage, pay and record approved expenses incurred by employees on a timely and accurate basis with least cost to Delphi, consistent with IRS and management requirements. To manage a charge card process for Delphi employees to use as the media for cash advance needs and the method of payment for travel related expenses.

## Customer Council

The role of the EAG Financial Shared Services Customer Council is to approve annual goals, review performance results, approve future service agreements, and conduct other miscellaneous business. Additionally, this council will address concerns which have reached RED status (see Escalation Procedure).

The council membership will include:

EAG General Director of Financial Shared Services
Chief Financial Officer of Delphi Automotive Systems or his designated alternate.
EAG's Directors of Disbursement Services, Payroll Services, and Accounting Services
Delphi designate representing Disbursement Services.
Delphi designate representing Payroll Services.
Delphi designate representing Accounting Services.

The council will meet quarterly.

## Processes, Roles & Responsibilities, and Addendum Items

Appendices 1 through 3 identify the processes which support each service provided by EAG and the roles and responsibilities of both parties which enable the process. Delphi and EAG agree to abide by the roles and responsibilities as described in the Appendices.

[1] or earlier if this document is superceded by a revised agreement

## Performance and Quality Measures

The services provided to which this Customer Service Agreement relates are bound by quality measures and standards as defined in Appendix 4. The EAG commits to maintaining the quality standards described in this Appendix subject to Delphi and third party dependencies. By signing this agreement, Delphi and third parties accept the responsibility to maintain quality measures and standards as defined. Any degradation in these standards may affect EAG's ability to maintain its own quality standards. Performance and timeliness of services may be affected by volume.

## Escalation Procedures

Escalation procedures designed to resolve concerns and issues betweeen EAG and Delphi will be followed as described in Appendix 4a. The intent of this process is to ensure that issues are identified and resolved expediently and in an orderly manner.

## Process Improvements and Change Control

Both parties agree to provide a minimum of 90 days notice of any planned changes to systems or processes which ultimately impact Travel Expense Reporting and BusinessCard systems or processes.

## Pricing and Billing

Both parties agree to the price and billing terms as described in the Financial Services Supply Agreement.

## Cancellation

The ongoing contractual relationship between GM and Delphi shall be guided by the Financial Services Supply Agreement executed between EAG and Delphi Automotive Systems for its US based operations.

## Amendments to Customer Service Agreement

This Customer Service Agreement is subject to strict change control procedures. Two originals are in existence, one held by Delphi and one held by EAG. If you wish to amend this Customer Service Agreement, please contact EAG at the following address:

Financial Shared Services
Enterprise Activities Group
Phoenix Center, Ottawa Tower
16 E. Judson Street
Pontiac, Michigan 48342-2205

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Travel Expense Reporting and BusinessCard **DRAFT**

| Function | Service Provided | Performance Metrics |
|---|---|---|
| **Expense Reports** | • Manage policy change. | • EAG Performance Survey customer feedback process. |
| | • Prepare expense reports. | • EAG Performance Survey customer feedback process. |
| | • Process employee expense reports. | • EAG Performance Survey customer feedback process. |
| | • Resolve employee receivable balances, discrepancies, and disputes. | • Aged receivable statistics. |
| | • Settle expense reports.<br>**See Appendix 1 - Expense Reports** | • EAG Performance Survey customer feedback process. |
| **BusinessCards** | • Manage BusinessCards.<br>**See Appendix 2 - BusinessCards** | • EAG Performance Survey customer feedback process. |
| **Miscellaneous** | • Rebill expense report. | • EAG Performance Survey customer feedback process. |
| | • Process special requests. | • EAG Performance Survey customer feedback process. |
| | • Provide record storage and retention. | • EAG Performance Survey customer feedback process. |
| | • Perform random audits.<br>**See Appendix 3 - Miscellaneous** | • Audit results. |

01/04/99 2:46:32 PM
Document in BODY_T.DOC

Version 1.0

3

- GM CONFIDENTIAL -

# Appendix 1
## Expense Reports

## Responsibility Chart

| Process | EAG | Delphi Management | Delphi Employee |
|---|---|---|---|
| **Manage policy change.** | | | |
| • Define business policy. | R | A | I |
| • Establish procedures. | R | I | I |
| **Prepare expense reports.** | | | |
| • Educate employees on expense report policy and preparation. | S | R | I |
| • Prepare and submit accurate and timely expense reports. | I | S | R |
| • Review and approve expense reports. | I | R,A | |
| **Process employee expense reports.** | | | |
| • Conduct preliminary review. | | | |
| ◦ Pre-audit - general. | R | | |
| ◦ Pre-audit - airline tickets. | R | | |
| ◦ Manage rejected reports. | R | | I |
| • Journalize expense reports and adjustments. | R | | |
| • Reconcile employee receivable sub-ledger to Delphi general ledger. | R | I | |
| **Resolve employee receivable balances, discrepancies, and disputes.** | | | |
| • Advise employee of discrepancy or delinquency. | R | | I |
| • Investigate communicated items. | S | | R |
| • Investigate employee feedback. | R | | S |
| • Assist when employee does not cooperate. | S | R | S |
| **Settle expense reports.** | | | |
| • BusinessCard | R | | |
| • Employees - Salary | R | | |
| • Employees - Hourly | R | | |
| • Other | R | | |

**R** - Responsible for Completing Process **A** - Provides Approval **S** - Supplies Information to Enable Process **I** - Requires Information

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Travel Expense Reporting and BusinessCard DRAFT

# Appendix 2
## BusinessCards

## Responsibility Chart

| Process | EAG | Delphi Management | Delphi Employee |
|---|---|---|---|
| **Manage BusinessCard.** | | | |
| • Direct and manage relationship with travel card provider. | R | S,I | |
| • Process BusinessCard account requests, cardholder information changes, and delinquency follow-up. | S | R* | S |
| • Manage employee account recourses. | | | |
|   • Recover amounts via payroll deductions and/or other means. | R | S | I |
|   • Record all financial entries. | R | | |
|   • Reconcile receivable account. | R | I | |
| • Assist TTM on all BusinessCard account problems. | R | S | S |
| • Reconcile travel card employee accounts. | S | S | R |
| • Manage recovery process for all separating employees. | R | S | I |

**R** - Responsible for Completing Process **A** - Provides Approval **S** - Supplies Information to Enable Process **I** - Requires Information

* Card Program Administrator

01/04/99 2:46:45 PM
Document in APP1_3T.DOC
Version 1.0
5
- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Travel Expense Reporting and BusinessCard DRAFT

# Appendix 3
## Miscellaneous

## Responsibility Chart

| Process | EAG | Delphi Managment | Delphi Employee |
|---|---|---|---|
| **Rebill expense reports.** | R | S | S |
| **Process special requests.** | | | |
| • Process Divisional requests. | R | I | |
| • Process Corporate requests. | R | I | |
| **Provide record storage and retention.** | R | | |
| **Perform random audits.** | R | I | |

**R** - Responsible for Completing Process  **A** - Provides Approval  **S** - Supplies Information to Enable Process  **I** - Requires Information

01/04/99 2:46:45 PM
Document in APP1_3T.DOC

Version 1.0

6

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Travel Expense Reporting and BusinessCard DRAFT

# Appendix 4
## Performance and Quality

### Measures, Standards, and Dependencies

| Measure | Standard | Dependencies |
|---|---|---|
| • Aged receivable statistics. | • Under 20% of employees having balances are over 90 days old. | • Continued accuracy of data provided by the corporate travel agency and card service provider..<br>• Unit management assistance where employees do not repond to communications.<br>• Financial management assistance to write off items determined to be uncollectible. |
| • Audit results. | • Complete all audits in timely fashion. | • Management support of policy enforcement. |
| • EAG Performance Survey customer feedback process. | • Excellent / Above Average. | • Delphi participation. |

01/04/99 2:46:56 PM
Document in APP4_T.DOC

Version 1.0

7

- GM CONFIDENTIAL -

# GM Enterprise Activities Group

## Travel Expense Reporting and BusinessCard Performance Survey

*How do you rate EAG's performance in providing the following services? See page 3 for description of services.*

| Please check box with √. | Excellent | Above Average | Average | Below Average* | Poor* | N/A |
|---|---|---|---|---|---|---|
| Manage policy change. | | | | | | |
| Prepare expense reports. | | | | | | |
| Process employee expense reports. | | | | | | |
| Settle expense reports. | | | | | | |
| Manage BusinessCard. | | | | | | |
| Miscellaneous services. | | | | | | |

**Manage policy change.**

Comments: ______________________

**Prepare expense reports.**

Comments: ______________________

**Process employee expense reports.**

Comments: ______________________

**Settle expense reports.**

Comments: ______________________

**Manage BusinessCard.**

Comments: ______________________

**Miscellaneous services.**

Comments: ______________________

*Please include explanation in comments for services rated below average or poor. This will help us to improve our performance in the future.

Please check box with √.

| Excellent | Above Average | Average | Below Average* | Poor* | N/A |
|---|---|---|---|---|---|

**Additional Comments:**

**Customer Name** *Delphi E - Delphi Automotive Systems*

**Completed By** James Smith

**Date** September 24th, 1998

*Please include explanation in comments for services rated below average or poor. This will help us to improve our performance in the future.

GM **Enterprise Activities Group**

**Travel Expense Reporting and BusinessCard Performance Survey**

**Description of Services:**

**Manage policy change.**
- Define business policy.
- Establish procedures.

**Prepare expense reports.**
- Educate employees on expense report policy and preparation.
- Prepare and submit accurate and timely expense reports.
- Review and approve expense reports.

**Process employee expense reports.**
- Conduct preliminary review.
  - Pre-audit - general.
  - Pre-audit - airline tickets.
  - Manage rejected reports.
- Journalize expense reports and adjustments.
- Reconcile employee receivable sub-ledger to Delphi general ledger.

**Settle expense reports.**
- BusinessCard
- Employees - Salary
- Employees - Hourly
- Other

**Manage BusinessCard.**
- Direct and manage relationship with travel card provider.
- Process BusinessCard account requests, cardholder information changes, and delinquency follow-up.
- Manage employee account recourses.
  - Recover amounts via payroll deductions and/or other means.
  - Record all financial entries.
  - Reconcile receivable account.
- Assist TTM on all BusinessCard account problems.
- Reconcile travel card employee accounts.
- Manage recovery process for all separating employees.

**Miscellaneous services:**
- Rebill expense reports.
- Process special requests.
  - Process Divisional requests.
  - Process Corporate requests.

**Provide record storage and retention.**

# Appendix 4a
## Performance and Quality Measures

## - Escalation Procedure -

| Service Level Status | Condition | Escalation Path for EAG | Escalation Path for Delphi |
|---|---|---|---|
| GREEN | Service Level met. | • No action taken. | • No action taken. |
| YELLOW | Problem identified. | • xx to escalate issue to yy<br>• yy to advise zz of issue and recommend action to be taken.<br>• yy / zz implement agreed action plan | • aa to escalate issue to bb<br>• bb to advise yy of issue and solicit action to be taken |
| AMBER | Problem not resolved after required steps taken (see YELLOW). | • zz to escalate issue to *Director of Accounting Services* for review and resolution.<br>• EAG implements agreed action plan. | • bb to escalate issue to cc<br>• cc to advise EAG *Director of Accounting Services* of unresolved issue and solicit action. |
| RED | Problem not resolved. (see AMBER). | • *Director of Accounting Services* to escalate issue and EAG recommendation immediately to *General Director of Financial Shared Services* for discussion and resolution at Customer Council. | • cc to escalate issue and Delphi recommendation immediately to Delphi *Customer Council Representative for Accounting Services* for discussion and resolution at Customer Council. |

xx = Analyst
yy = Supervisor
zz = Administrator

aa = Divisional Staff
bb = Expense Report Contact
cc = Business Unit Finance Mgr

**GM Enterprise Activities Group**

DELPHI
Automotive Systems

# - Customer Service Agreement -

## Invoicing and Receivable Services

01/04/99 2:29:36 PM

- GM Confidential -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Invoicing and Receivable Services

# Table of Contents

Introduction ........ 1

Enterprise Activities Group Vision and Mission ........ 1

Invoicing and Receivable Mission ........ 1

Customer Council ........ 1

Processes, Roles & Responsibilities, and Addendum Items ........ 1

Performance and Quality Measures ........ 2

Escalation Procedures ........ 2

Process Improvements and Change Control ........ 2

Pricing and Billing ........ 2

Cancellation ........ 2

Amendments to Customer Service Agreement ........ 2

Services Provided ........ 3

Performance Metrics ........ 3

Appendix 1 - Credit Management

1 - Processes ........ 4
1a - Responsibility Chart ........ 5
1b - Addendum ........ 9

Appendix 2 - Invoicing

2 - Processes ........ 10
2a - Responsibility Chart ........ 12
2b - Addendum ........ 20

Appendix 3 - Receivables and Collection

3 - Processes ........ 21
3a - Responsibility Chart ........ 22
3b - Addendum ........ 26

01/04/99 2:29:50 PM
Document in TABLE_M.DOC

Version 1.5

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Invoicing and Receivable Services

# Table of Contents

Appendix 4 - Reporting

4 - Processes ..... 27
4a - Responsibility Chart ..... 28
4b - Addendum ..... 32

Appendix 5 - Miscellaneous

5 - Processes ..... 33
5a - Responsibility Chart ..... 34
5b - Addendum ..... 38

Appendix 6 - Performance and Quality Measures

6 - Performance and Quality Measures, Standards, and Dependencies ..... 39
- Schedule of Past Due Receivables ..... 40
- EAG Performance Survey Example ..... 41
6a - Escalation Procedures ..... 45

01/04/99 2:29:50 PM
Document in TABLE_M.DOC

Version 1.5

- GM CONFIDENTIAL -

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Invoicing and Receivable Services

## Introduction

This document represents a Customer Service Agreement between the Enterprise Activities Group (EAG) and Delphi Automotive Systems (Delphi). This agreement identifies the services provided by EAG and the roles and responsibilities of both parties.

This document is a living agreement. It does not incorporate changes which may be required as a result of the impending Delphi IPO. Any major changes in function will require renegotiation.

The agreements herein pertain to all Delphi divisions receiving EAG Invoicing and Receivable services currently and in the future beginning at the date of signing and terminating December 31st, 2001[1].

## Enterprise Activities Group Vision and Mission

The Enterprise Activities Group is committed to provide a single source of best-in-class financial shared services in support of the enterprise. Business priorities are to align and integrate the people, resources, and technology into one team interacting seamlessly with global common processes and systems.

## Enterprise Activities Group - Invoicing and Receivable Mission

To perform accurate and timely non-vehicle invoice and receivable services meeting current and future customer requirements. To use common business practices that comply with customer internal control guidelines.

## Customer Council

The role of the EAG Financial Shared Services Customer Council is to approve annual goals, review performance results, approve future service agreements, and conduct other miscellaneous business. Additionally, this council will address concerns which have reached RED status (see Escalation Procedure).

The council membership will include:

EAG General Director of Financial Shared Services
Chief Financial Officer of Delphi Automotive Systems or his designated alternate.
EAG's Directors of Disbursement Services, Payroll Services, and Accounting Services
Delphi designate representing Disbursement Services.
Delphi designate representing Payroll Services.
Delphi designate representing Accounting Services.

The council will meet quarterly.

## Processes, Roles & Responsibilities, and Addendum Items

Appendices 1 through 5 of this agreement identify the processes which support each service provided by EAG. Appendices 1a through 5a identify the roles and responsibilities of both parties which enable the process. Appendices 1b through 5b list miscellaneous requirements, notes, considerations, etc. which are included for clarification of information not specifically detailed elsewhere in the Appendix. Delphi and EAG agree to abide by the roles and responsibilities as described in the Appendices.

[1] or earlier if this document is superceded by a revised agreement

01/04/99 2:30:32 PM
Document in BODY_M.DOC
Version 1.5
1

- GM CONFIDENTIAL -

## Performance and Quality Measures

The services provided to which this Customer Service Agreement relates are bound by quality measures and standards as defined in Appendix 6. The EAG commits to maintaining the quality standards described in this Appendix subject to Delphi and third party dependencies. By signing this agreement, Delphi and third parties accept the responsibility to maintain quality measures and standards as defined. Any degradation in these standards may affect EAG's ability to maintain its own quality standards. Performance and timeliness of services may be affected by volume.

## Escalation Procedures

Escalation procedures designed to resolve concerns and issues betweeen EAG and Delphi will be followed as described in Appendix 6a. The intent of this process is to ensure that issues are identified and resolved expediently and in an orderly manner.

## Process Improvements and Change Control

During consolidation[2] EAG will operate with the systems currently used by Delphi. However, in order to realize cost reductions, Delphi will migrate to common systems and processes as determined by EAG. EAG will approve deviations to common practice only when EAG determines that extenuating circumstances require an exception. It should also be noted that, because deviations to common practice often result in additional costs, EAG will track and monitor these costs. Non-common System inbound and outbound interfaces to and from the Common Invoicing & Receivables System, which essentially reformat data received from or provided to the non-common system will be owned and managed by EAG personnel and system support. This facilitates the process control necessary to function effectively and efficiently. Further, any changes to these interfaces will be directly billed to Delphi.

Both parties agree to provide a minimum of 90 days notice of any planned changes to systems or processes which ultimately impact Invoicing and Receivable systems or processes.

## Pricing and Billing

Both parties agree to the price and billing terms as described in the Financial Services Supply Agreement.

## Cancellation

The ongoing contractual relationship between GM and Delphi shall be guided by the Financial Services Supply Agreement executed between EAG and Delphi Automotive Systems for its US based operations.

## Amendments to Customer Service Agreement

This Customer Service Agreement is subject to strict change control procedures. Two originals are in existence, one held by Delphi and one held by EAG. If you wish to amend this Customer Service Agreement, please contact EAG at the following address:

Financial Shared Services
Enterprise Activities Group
Phoenix Center, Ottawa Tower
16 E. Judson Street
Pontiac, Michigan 48342-2205

[2] at the point when EAG assumes responsibility for a division's services and until such time that EAG determines that the division's processes are stable.

General Motors Corporation
Enterprise Activities Group

Customer Service Agreement
Invoicing and Receivable Services

| Function | Service Provided | Performance Metrics |
|---|---|---|
| Credit Management | • Maintain customer profile. | • EAG Performance Survey customer feedback process. |
| | • Manage customer credit limits and terms. | • EAG Performance Survey customer feedback process. |
| | • Advise customer delinquencies.<br><br>**See Appendix 1 - Credit Management** | • EAG Performance Survey customer feedback process. |
| Invoicing | • Process invoices. | • Avg. no. of unbilled invoices. |
| | • Process APMT data. | • Avg. no. of unbilled allied transactions<br>• Variance to APMT total. |
| | • Perform month-end processing.<br><br>**See Appendix 2 - Invoice Processing** | • EAG Performance Survey customer feedback process. |
| Receivables and Collection | • Apply payment data. | • Unapplied cash deposits. |
| | • Manage aged receivables. | • % aged receivables to total receivables. |
| | • Manage Doubtful Accounts. | • EAG Performance Survey customer feedback process. |
| | • Perform month-end processing.<br><br>**See Appendix 3 - Receivables and Collection** | • EAG Performance Survey customer feedback process. |
| Reporting | • Provide reporting.<br>• Write and modify reporting.<br><br>**See Appendix 4 - Reporting** | • EAG Performance Survey customer feedback process. |
| Miscellaneous | • Provide Dun & Bradstreet reports on request.<br>• Forecast cash.<br>• Forecast and budget balance sheet items.<br>• Assist in Year-End closing functions.<br>• Maintain record storage / retention files.<br>• Process special requests - Divisional / Corporate<br>• Manage sold plant invoicing and receivable services.<br><br>**See Appendix 5 - Miscellaneous** | • EAG Performance Survey customer feedback process. |

01/04/99 2:30:32 PM
Document in BODY_M.DOC

Version 1.5

3

- GM CONFIDENTIAL -