**A Complete Copy Of Delphi's Court
Papers, Including The Disclosure
Statement, Plan And The Non-Represented
Term Sheet, Can Be Obtained At
www.Delphidocket.com Or By Calling
1-888-249-2691**

---

**This is a notice which may affect you as a present or former employee of Delphi:**

**The information in this notice is only a summary and you can obtain complete papers
as set forth above this box and on page 3.**

---

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
      In re                             :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :       (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

INFORMATIONAL NOTICE WITH RESPECT TO (I) RELEASES UNDER
PROPOSED PLAN OF REORGANIZATION AND (II) MODIFICATION OF,
AND TERM SHEET REGARDING, RETIREE WELFARE BENEFITS FOR CERTAIN
<u>NON-REPRESENTED HOURLY ACTIVE EMPLOYEES AND RETIREES</u>

**Information For Certain Non-Represented Hourly Active
Employees And Retirees of Delphi Corporation**

On August 6, 2007, Delphi Corporation and certain of its affiliated debtors and debtors-in-possession ("Delphi"), filed an Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE, IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees, regarding Delphi's restructuring, which sought approval from the United States Bankruptcy Court for the Southern District of New York (the "Court") of modification of retiree welfare benefits for certain non-represented hourly active employees and retirees (the "Modification") and a term sheet between GM[1] and Delphi regarding the Modification named the Term Sheet – Delphi Cessation

---

[1] Capitalized terms used and not defined in this informational notice have the meanings set forth in the Non-Represented Term Sheet.

and GM Provision of OPEB For Certain Non-Represented Delphi Employees and Retirees (the "Non-Represented Term Sheet").

On August 16, 2007, the Court approved the Modification and the Non-Represented Term Sheet.

On September 6, 2007, Delphi filed with the Court (a) the Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-in-Possession (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and (b) the Disclosure Statement with respect to the Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

**Article 11.6 of the Plan proposes that Delphi and GM will receive releases from all employees and former employees of Delphi represented or formerly represented by its unions.**

**Article 11.13 of the Plan proposes that the releases under Article 11.6 of the Plan will act as an injunction against any person to collect or recover any claim or interest released under the Plan.**

A summary of the Modification and Non-Represented Term Sheet follows:

On August 3, 2007, Delphi and GM agreed to the treatment of certain **non-represented hourly active employees and retirees** in the Non-Represented Term Sheet. The Non-Represented Term Sheet and the Modification relating to modification of retiree welfare benefits for certain non-represented hourly active employees and retirees was submitted to the Court on August 6, 2007. On August 16, 2007, the Court approved the Non-Represented Term Sheet and the Modification pursuant to 11 U.S.C. § 363, allowing Delphi's cessation and GM's provision of certain benefits for such employees.

Upon the Effective Date of the Non-Represented Term Sheet, GM will provide post-retirement medical benefits to certain of the non-represented hourly active employees and retirees in accordance with all the ongoing terms, conditions and eligibility requirements of the GM Health Care Program for Hourly Employees and GM will provide the applicable level of post-retirement medical benefits to certain of the non-represented hourly active employees and retirees consistent with the terms of the Modified Plan, as defined in the settlement agreement approved by the court in the case IUE, et al. v. General Motors Corporation (case number 2:06-cv-12151), on the same basis as such benefits are provided to GM-IUE-CWA hourly employees who retired from GM with eligibility to participate in the GM Health Care Program.

Further, GM will provide all employer-paid post-retirement Basic Life Insurance benefits to certain of the non-represented hourly active employees and retirees in accordance with all the ongoing terms, conditions, and eligibility requirements of the GM Life and Disability Benefits Program for Hourly Employees and at the level provided for non-represented hourly retirees on the date immediately preceding the GM's provision of such benefits, provided, however, that GM will not be required to provide life insurance benefits at a level and scope that exceeds that being provided for similarly situated IBEW- or IAM-represented hourly retirees of GM.

        Delphi and GM will also receive releases from all non-represented hourly employees and former hourly employees of Delphi, and all persons or entities with claims derived from or related to any relationship with such employees of Delphi arising from or related to any obligations of Delphi, GM and/or such employee benefits plans to provide OPEB or pension benefits, or related in any way to the amendment and freeze of the Delphi HRP or the cessation of Delphi OPEB (except for claims for benefits provided for or explicitly not waived under the Non-Represented Term Sheet).

        This information is only a summary of some of the terms of the Disclosure Statement, Plan, Modification, and the Non-Represented Term Sheet and is qualified entirely by and is subject to the actual terms and conditions of those documents, or in the case of the Modification, the Court's order allowing the Modification. Complete copies of Delphi's Court papers, including the Disclosure Statement, Plan, the Non-Represented Term Sheet, and the Court's order allowing the Modification can be obtained at www.delphidocket.com or by calling 1-888-249-2691.

Dated:    New York, New York
            October 12, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: _____
   John Wm. Butler, Jr. (JB 4711)
   George N. Panagakis (GP 0770)
   Ron E. Meisler (RM 3026)
   Nathan Stuart (NS 7872)
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606

    - and –

By: _____
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
   Four Times Square
   New York, New York 10036

    - and-

O'MELVENY & MYERS LLP

By: _____
   Tom A. Jerman (TJ 1129)
   Jessica Kastin (JK 2288)
   1625 Eye Street, NW
   Washington, DC 20006

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession