UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :

   In re                                                         :        Chapter 11
                                                              :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                                             :
                              Debtors.      :        (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## POSTPETITION INTEREST RATE DETERMINATION NOTICE

       PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan") and their disclosure statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  The Bankruptcy Court entered an order on October 3, 2007 (the "Solicitation Procedures Order") (Docket No. ____) approving the adequacy of the Disclosure Statement and certain procedures in connection with solicitation of votes on the Plan.

       Under the Solicitation Procedures Order, the Debtors hereby provide notice of their intent to pay postpetition interest on your claim from October 8 or 14, 2005, as applicable (the "Petition Date"), through December 31, 2007 at the Michigan Statutory Rate in effect as of the Petition Date (4.845%) (the "Interest Rate") as provided in the Plan.

> **If you disagree with the application of the Interest Rate, you must return this form in the envelope provided to Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo, California  90245, Att'n: Delphi Interest Rate, so as to be <u>received</u> by November 9, 2007 at 7:00 p.m. (prevailing Eastern time).  If you fail to return this form timely, you will receive postpetition interest on account of your claim at the interest rate set forth above.**

       **Please follow the three steps below and sign this notice to ensure that you receive the postpetition interest rate to which you are entitled.**

### Step 1

**Please check one of the boxes below:**

☐    Yes, I agree with the application of the Interest Rate (**skip Step 2 and complete Step 3  below**)

☐    No, I disagree with the application of the Interest Rate (**complete Step 2 and Step 3 below**)

Company Name:_____

    By: _____

    Name:                          Title:

### **Step 2**

**If you checked the box indicating that you disagree with the Interest Rate, you must supply the information requested in the form attached hereto and <u>complete step 3 below</u>.  If you fail to timely complete step 3 below, you will receive postpetition interest on account of your claim at the Interest Rate.**

If the Debtors disagree with the interest rate you assert, the Debtors will file an objection to your asserted interest claim no later than 30 days after the confirmation date of the Plan.  Following such an objection, the Bankruptcy Court will conduct a hearing before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at such date and time as the Court may schedule, and payment of your claim, with interest at the rate decided by the Bankruptcy Court, will occur following the entry of a final order of the Bankruptcy Court resolving the dispute.

### **Step 3**

Sign and return this form in the envelope provided to Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo, California  90245, Att'n: Delphi, so as to be <u>received </u>by **7:00 p.m.** (prevailing Eastern time) **on November 9, 2007.**  If you fail to timely return this form, you will receive postpetition interest on account of your claim at the Interest Rate set forth above.

| | |
|---|---|
| Delphi Legal Information Hotline:<br>Toll Free:  (800) 718-5305<br>International:  (248) 813-2698 | Delphi Legal Information Website:<br>http://www.delphidocket.com |

Dated:    New York, New York
               October 12, 2007

                            SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP
                                  John Wm. Butler, Jr. (JB 4711)
                                  George N. Panagakis (GP 0770)
                                  Ron E. Meisler (RM 3026)
                                  Nathan Stuart (NS 7872)
                           333 West Wacker Drive, Suite 2100
                           Chicago, Illinois 60606

                                  - and -
                                Kayalyn A. Marafioti (KM 9632)
                                Thomas J. Matz (TM 5986)
                         Four Times Square
                         New York, New York 10036

                           Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
                             Debtors and Debtors-in-Possession

Postpetition Interest Rate Information

_____
Name Of Claimant

_____
Description Of Contract(s)

_____
Interest Rate Asserted

_____

_____

_____

_____

_____
Basis For Asserted Interest Rate (attach supporting documentation and ensure that you have affixed adequate postage to assure that this completed Postpetition Interest Rate Determination Notice is delivered to Kurtzman Carlson Consultants, LLC so that it is **received** before **November 9, 2007** at **7:00 p.m.** (prevailing Eastern time)).