DAVID H. FREEDMAN, ESQ.
ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI  48034
Telephone:  (248) 827-4100
Facsimile:  (248) 827-4106
Email:  dfreedman@ermanteicher.com

*Attorneys for Doshi Prettl International, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al*., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

**WITHDRAWAL OF RESPONSE OF DOSHI PRETTL INTERNATIONAL, LLC
TO DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION**

Doshi Prettl International, LLC ("Doshi Prettl"), by and through its undersigned counsel,

Erman, Teicher, Miller, Zucker & Freedman, P.C., hereby withdraws its Response to Debtors'

Ninth Omnibus Objection filed on March 9, 2007 (related document [7188]).

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.


By:    */s/ David H. Freedman_____*
         David H. Freedman, Esq.
         Attorneys for Doshi Prettl
         400 Galleria Officentre, Suite 444
         Southfield, MI  48034
         Tel:  (248) 827-4100
         Fax:  (248) 827-4106
         Email:  dfreedman@ermanteicher.com

DATED:   September 7, 2007

F:\CHAP11\delphi\doshi withdrawal of response to Debtors' Ninth Omnibus Claims Objection.doc