# EXHIBIT D

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT  Southern          DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems LLC | 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br><br> Arkema Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: <br><br> 2000 Market Street <br> Philadelphia, PA 19103 <br> Attn: Lisa Brody <br> Telephone number: 215-419-7000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: <br><br> 25489 / 35294 | Check here ☐ replaces <br> if this claim ☐ amends    a previously filed claim, dated:_____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)      (date)

**2. Date debt was incurred:**
Multiple dates - please see below

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 33,043.50 _____ _____ $33,043.50
          (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 33,043.50
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br><br> Lisa Brody, Associate General Counsel |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

DATES DEBT INCURRED: 4/14/04, 6/7/04, 6/15/04, 11/8/04, 12/6/04, 12/30/04, 2/8/05, 7/6/05, 9/8/05, 9/23/05, 8/31/05, 9/6/05, 9/6/05, 9/15/05, 9/16/05, 9/22/05, 9/27/05



REPRINT
Invoice

**Arkema Inc.**    Altuglas International Resin Division  1 800 523-1532

Up to 11/18/2005 without deduction                              90962055

35294          10/04/05

DELPHI DELCO ELECTRONICS SYSTEM                    DELPHI DELCO ELECTRONICS
601 JOAQUIN CAVAZOS RD                             MAIL STATION A241
LOS INDIOS TX 78567                                KOKOMO IN  46902

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

                                          Collect

   Net 45 Days                            FOB ORIGIN

                                                            USD

   81058016      10/04/05      0550044861

   LOUISVILLE - KY   402-363644-6

3    CTN      PART 30682
     V-GRADE ACRYLIC RESIN
     V825-100 CLRLS
     1500# CARTON
                                    Price    4,500.000      0.97     LB      4,365.00

     DO NOT MAIL INVOICES
     DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                  4,792.500 LBs              USD      4,365.00

REPRINT
Invoice

Arkema Inc.    Altuglas International Resin Division  1 800 523-1532

Up to 11/17/2005 without deduction                                90961624

35294        10/03/05

DELPHI DELCO ELECTRONICS SYSTEM          DELPHI DELCO ELECTRONICS
601 JOAQUIN CAVAZOS RD                   MAIL STATION A241
LOS INDIOS TX 78567                      KOKOMO IN 46902

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125
                                 Collect

                                 FOB ORIGIN

    Net 45 Days
                                                    USD

    81057684      10/03/05     0550044877

    LOUISVILLE - KY    402-363639-5

3   CTN      PART 306B2
             V-GRADE ACRYLIC RESIN
             V825-100 CLRLS
             1500# CARTON
                                 Price     4,500.000    0.97    LB    4,365.00

    DO NOT MAIL INVOICES
    DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                 4,792.500 LBs          USD    4,365.00

REPRINT
Invoice

**Arkema Inc.**    Altuglas International Resin Division 1 800 523-1532

Up to 11/11/2005 without deduction                                          90959630

35294          09/27/05

DELPHI DELCO ELECTRONICS SYSTEM                DELPHI DELCO ELECTRONICS
801 JOAQUIN CAVAZOS RD                          MAIL STATION A241
LOS INDIOS TX 78567                             KOKOMO IN 46902

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

                                               Collect

        Net 45 Days                            FOB ORIGIN

                                                              USD

    81055571       09/27/05      0550044861 R129

    LOUISVILLE - KY   402-363660-2

3   CTN     PART 30682
            V-GRADE ACRYLIC RESIN
            V825-100 CLRLS
            1500# CARTON

                                   Price    4,500.000    0.97    LB    4,365.00

        DO NOT MAIL INVOICES
        DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                   4,792.500 LBs            USD    4,365.00

REPRINT

Invoice

Arkema Inc.        Altuglas International Resin Division 1 800 523-1532

Up to 11/06/2005 without deduction                90958290

35294          09/22/05

DELPHI DELCO ELECTRONICS SYSTEM          DELPHI DELCO ELECTRONICS
601 JOAQUIN CAVAZOS RD                    MAIL STATION A241
LOS INDIOS TX 78567                       KOKOMO IN 46902

PLEASE REMIT IN USD CURRENCY TO
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

                                          Collect

     Net 45 Days                          FOB ORIGIN

                                                              USD

     61054703      09/22/05      0550038930 R91

     LOUISVILLE - KY   402-362006-9

3    CTN      PART 30682
     V-GRADE ACRYLIC RESIN
     V825-100 CLRLS
     1500# CARTON

                              Price      4,500.000      0.97      LB      4,365.00

     DO NOT MAIL INVOICES
     DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                              4,792.500 LBs                USD      4,365.00

REPRINT
Invoice

**Arkema Inc.**    Altuglas International Resin Division  1 800 523-1532

Up to 10/31/2005 without deduction

35294        09/16/05                                    90966947

DELPHI DELCO ELECTRONICS SYSTEM          DELPHI DELCO ELECTRONICS
601 JOAQUIN CAVAZOS RD                   MAIL STATION A241
LOS INDIOS TX 78567                      KOKOMO IN 46902

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

                                         Collect

    Net 45 Days                          FOB ORIGIN

                                                        USD

    81052898      09/16/05      0550044861 R129

    LOUISVILLE - KY   402-362032-5

4   CTN      PART 30682
    V-GRADE ACRYLIC RESIN
    V825-100 CLRLS
    1600# CARTON

                           Price    6,000.000      0.97      LB      5,820.00

    DO NOT MAIL INVOICES
    DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                              6,390.000 LBs              USD      5,820.00

REPRINT

Invoice

**Arkema Inc.**    Altuglas International Resin Division  1 800 523-1532

Up to 10/30/2005 without deduction                    90956561

35294          09/15/05

DELPHI DELCO ELECTRONICS SYSTEM          DELPHI DELCO ELECTRONICS
801 JOAQUIN CAVAZOS RD                   MAIL STATION A241
LOS INDIOS TX 78567                      KOKOMO IN 46902

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

                                         Collect

        Net 45 Days                      **FOB ORIGIN**

                                                              USD

81052766       09/15/05       0550038930 R91

LOUISVILLE - KY   402-361997-0

3    CTN      PART 30582
     V-GRADE ACRYLIC RESIN
     V825-100 CLRLS
     1500# CARTON

                                    Price    4,500.000    0.97    LB    4,365.00

     DO NOT MAIL INVOICES
     DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                              4,792.500 LBs              USD    4,365.00

REPRINT
Invoice

Arkema Inc.          Altuglas International Resin Division  1 800 523-1532

Up to 10/21/2005 without deduction                          90953413

35294          09/06/05

DELPHI DELCO ELECTRONICS SYSTEM                    DELPHI DELCO ELECTRONICS
601 JOAQUIN CAVAZOS RD                             MAIL STATION A241
LOS INDIOS TX 78567                                KOKOMO IN 46902

PLEASE REMIT IN USD CURRENCY TO
   Arkema Inc.
   P.O. Box 8500-8125
   Philadelphia, PA 19178-8125
                                        Collect

                                     FOB ORIGIN
   Net 45 Days
                                                        USD

   81049321     09/06/05     0550044961 R114

   LOUISVILLE - KY   402-361705-7

1   CTN     PART 30682
        V-GRADE ACRYLIC RESIN
        V825-100 CLRLS
        1500# CARTON
                                Price     1,500.000      0.97     LB     1,455.00

        DO NOT MAIL INVOICES
        DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                1,597.500 LBs                    USD     1,455.00

REPRINT
Invoice

Arkema Inc.    Altuglas International Resin Division 1 800 523-1532

35294        09/06/05        Up to 10/21/2005 without deduction        90953729

DELPHI DELCO ELECTRONICS SYSTEM          DELPHI DELCO ELECTRONICS
601 JOAQUIN CAVAZOS RD                    MAIL STATION A241
LOS INDIOS TX 78567                       KOKOMO IN 46902

PLEASE REMIT IN USD CURRENCY TO
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

                                          Collect

        Net 45 Days                       FOB ORIGIN

                                                          USD

    81049600      09/06/05    0550038930 R88

    LOUISVILLE - KY   402-361043-3

3   CTN      PART 30682
    V-GRADE ACRYLIC RESIN
    V825-100 CLRLS
    1500# CARTON
                              Price    4,500.000    0.97    LB    4,365.00

    DO NOT MAIL INVOICES
    DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                        4,792.500 LBs          USD    4,365.00

REPRINT
Invoice

**Arkema Inc.**    Akuglas International Resin Division  1 800 523-1532

90952613

Up to 10/15/2005 without deduction

35294        06/31/05

DELPHI DELCO ELECTRONICS SYSTEM          DELPHI DELCO ELECTRONICS
801 JOAQUIN CAVAZOS RD                    MAIL STATION A241
LOS INDIOS TX  78567                      KOKOMO IN  46902

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 8500-8125
Philadelphia, PA 19178-8125

Collect

FOB ORIGIN

Net 45 Days

USD

81047973      08/31/05      0550044881 R127

LOUISVILLE - KY   402-361030-0

| 3 | CTN | PART 30682 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | V-GRADE ACRYLIC RESIN | | | | | | |
| | | V825-100 CLRLS | | | | | | |
| | | 1500# CARTON | | | | | | |
| | | | Price | 4,500.000 | 0.97 | LB | 4,365.00 |

DO NOT MAIL INVOICES
DUNS# 078986812.

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

4,792.500 LBs                      USD      4,365.00

Customer Number: 25489
Customer Name: DELPHI STEERING SYSTEMS
Country: US

| Doc.no. | Reference | Doc. date | Bline date | Arrers | Net due dt | Amt in loc.cur. | LCurr | Clrng doc. | BA | Inv. ref. | Pmnt date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90811846 | 0090811846 | 04/14/2004 | 04/14/2004 | 537 | 05/14/2004 | 262.90 | USD | 1600049483 | 0008 | 90811846 | 05/14/2004 |
| 90882629 | 0090827629 | 06/07/2004 | 06/07/2004 | 483 | 07/07/2004 | 9,920.70 | USD | 1600049483 | 0008 | 90827629 | 07/07/2004 |
| 90830222 | 0090830222 | 06/15/2004 | 06/15/2004 | 475 | 07/15/2004 | 3,240.76 | USD | 1600049483 | 0008 | 90830222 | 07/15/2004 |
| 90871340 | 0090871340 | 11/08/2004 | 11/08/2004 | 329 | 12/08/2004 | 2,480.18 | USD | 1600049483 | 0008 | 90871340 | 12/08/2004 |
| 90878554 | 0090878554 | 12/06/2004 | 12/06/2004 | 301 | 01/05/2005 | 2,480.18 | USD | 1600049483 | 0008 | 90878554 | 01/05/2005 |
| 90884293 | 0090848902 | 12/30/2004 | 12/30/2004 | 277 | 01/29/2005 | 89.29 | USD | 1600049483 | 0008 | 90884293 | 01/29/2005 |
| 90884295 | 0090850178 | 12/30/2004 | 12/30/2004 | 277 | 01/29/2005 | 683.43 | USD | 1600049483 | 0008 | 90884295 | 01/29/2005 |
| 90894700 | 0090894700 | 02/08/2005 | 02/08/2005 | 237 | 03/10/2005 | 2,480.18 | USD | 1600049483 | 0008 | 90894700 | 03/10/2005 |
| 90919528 | 0090830222 | 05/07/2005 | 05/07/2005 | 179 | 06/07/2005 | 760.59 | USD | 1600049483 | 0008 | 90919528 | 05/07/2005 |
| 90933657 | 0090811846 | 06/28/2005 | 06/28/2005 | 127 | 06/28/2005 | 14.88 | USD | 1600049483 | 0008 | 90933656 | 06/28/2005 |
| 90934087 | 0090933657 | 06/28/2005 | 06/28/2005 | 127 | 06/28/2005 | 89.27 | USD | 1600049483 | 0008 | 90933657 | 06/28/2005 |
| 90956056 | 0090934087 | 06/29/2005 | 06/29/2005 | 126 | 06/29/2005 | 683.43 | USD | 1600049483 | 0008 | 90934087 | 06/29/2005 |
| 90956302 | 0090890619 | 07/06/2005 | 07/06/2005 | 119 | 07/06/2005 | 154.32 | USD | 1600049483 | 0008 | 90956056 | 07/06/2005 |
| 90956304 | 0090921898 | 07/07/2005 | 07/07/2005 | 118 | 07/07/2005 | 61.75 | USD | 1600049483 | 0008 | 90956302 | 07/07/2005 |
| 90940148 | 0090813456 | 07/07/2005 | 07/07/2005 | 118 | 07/07/2005 | 1,441.48 | USD | 1600049483 | 0008 | 90956304 | 07/07/2005 |
| 90940150 | 0090940148 | 07/21/2005 | 07/21/2005 | 104 | 07/21/2005 | 89.29 | USD | 1600049483 | 0008 | 90940148 | 07/21/2005 |
| 90954680 | 0090940150 | 07/21/2005 | 07/21/2005 | 104 | 07/21/2005 | 126.76 | USD | 1600049483 | 0008 | 90940150 | 07/21/2005 |
| 90958908 | 0090954683 | 09/08/2005 | 09/08/2005 | 25 | 10/08/2005 | 2,480.18 | USD | 1600049483 | 0008 | 90954683 | 10/08/2005 |
| 1600037790 | 0090958908 | 09/23/2005 | 09/23/2005 | 10 | 10/23/2005 | 1,625.89 | USD | 1600049483 | 0008 | 90958908 | 10/23/2005 |
| 1600036539 | 1263 | 07/26/2004 | 07/26/2004 | 464 | 07/26/2004 | 1,237.50- | USD | 1600049483 | 0008 | 1600037790 | 07/26/2004 |
| 1600044362 | 080304004 | 08/20/2005 | 08/20/2005 | 439 | 08/20/2004 | 45.00- | USD | 1600049483 | 0008 | 1600038539 | 08/20/2004 |
| 1600046817 | 04010S009 | 04/18/2005 | 04/18/2005 | 179 | 04/18/2005 | 2,450.00- | USD | 1600049483 | 0008 | 1600044362 | 04/18/2005 |
| 1600048343 | AR MAINT#5933 | 07/20/2005 | 07/20/2005 | 105 | 07/21/2005 | 292.50- | USD | 1600049483 | 0008 | 1600046807 | 07/20/2005 |
| 1600048345 | AR MAINT#5935 | 07/21/2005 | 07/21/2005 | 104 | 07/21/2005 | 189.87- | USD | 1600049483 | 0008 | 1600046817 | 07/21/2005 |
| 1600048345 | 4133 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 495.00- | USD | 1600049483 | 0008 | 1600048343 | 09/22/2005 |
| 1600048345 | 4132 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 617.12- | USD | 1600049483 | 0008 | 1600048343 | 09/22/2005 |
| 1600048345 | 4132 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 15.40- | USD | 1600049483 | 0008 | 1600048345 | 09/22/2005 |
| 1600048345 | 4132 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 30.80- | USD | 1600049483 | 0008 | 1600048345 | 09/22/2005 |
| 1600048345 | 4132 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 30.80- | USD | 1600049483 | 0008 | 1600048345 | 09/22/2005 |
| 1600048364 | 4132 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 30.80- | USD | 1600049483 | 0008 | 1600048345 | 09/22/2005 |
| 1600048345 | 4132 | 09/22/2005 | 09/22/2005 | 41 | 09/22/2005 | 154.00- | USD | 1600049483 | 0008 | 1600048345 | 09/22/2005 |
| 1600049483 | A/R MAINT 4625 | 11/02/2005 | 11/02/2005 | 0 | 11/02/2005 | 617.12- | USD | 1600049483 | 0008 | 1600048345 | 09/22/2005 |
| | | | | | | 16,451.65- | | | | 1600049483 | 11/02/2005 |
| | | | | | | 0.00 | USD | | | | |

REPRINT
Invoice

**Arkema Inc.**   Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 05/14/2004 without deduction

25489        04/14/04                                                      90811846

DELPHI SAGINAW STEERING SYSTEM          DELPHI STEERING SYSTEMS
PLANT 1                                 PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                         PO Box 431
SAGINAW MI  48601                       WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

                                 Prepaid delivered

   Net 30 Days                   FOB DESTINATION

                                                        USD

   80907489        04/14/04        SAG90I3776

   BIRDSBORO PLANT    1Z1790890341533120

1      BAG
       RILSAN® AMN BLK T6LD POLYAMIDE RESIN
       55# BAG
       p/n 00005538

| | Price | 55.115 | 4.50 | LB | 248.02 |
|---|---|---|---|---|---|
| | State Sales Tax | 248.020 | 6.000 | | 14.88 |

This invoice contains a charge for Sales Use Tax either because we do not have a tax exemption certificate on file for the state where the material was received, or the tax exemption certificate has expired. If this is incorrect, please contact the Customer Service phone number that appears at the top of this invoice.

This transaction is subject to and governed by the terms and conditions set forth on the reverse side of this document.

Page 1 of  1                              56.107 LBs              USD        262.90

REPRINT
Invoice

**Arkema Inc.**   Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 07/07/2004 without deduction

25489        06/07/04                                                    90827629

DELPHI SAGINAW                           DELPHI STEERING SYSTEMS
EL PASO DISTRIBUTION CENTER              PACKARD ELECTRIC DIVISION
32 CELERITY WAGON ST                     PO Box 431
EL PASO TX 79906                         WARREN OH 44486

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 932423
Atlanta, GA 31193-2423

Prepaid delivered

Net 30 Days                EXW EL PASO, TX

USD

80923396      06/07/04      SAG013776

BIRDSBORO PLANT    142461185

40   BAG
     RILSAN® AMN BLK T6LD POLYAMIDE RESIN
     55# BAG

                                 Price      2,204.600      4.50      LB      9,920.70

     PALLETS - ENGINEERING POLYMERS

                                 Price

     ATOFINA # 700680
     ORDER GOVERNED BY INCOTERMS 2000
     MKA

     THE INFORMATION PROVIDED ON THIS INVOICE
     IS FOR FILING THE SED OR AES RECORD FOR A
     ROUTED TRANSACTION ONLY.  THE
     INFORMATION PROVIDED TO YOU IS FOR THIS
     TRANSACTION ONLY. IF YOU USE THIS

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

REPRINT

**Arkema Inc.**     Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Invoice

Up to 07/07/2004 without deduction

25489        06/07/04                                                                 90827629

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.
P.O. Box 932423
Atlanta, GA 31193-2423**

Prepaid delivered

Net 30 Days                         EXW EL PASO, TX

INFORMATION FOR ANY OTHER TRANSACTION,
ATOFINA WILL FILE A COMPLAINT WITH THE US
CUSTOMS SERVICE, THE DEPARTMENT OF
COMMERCE AND THE BUREAU OF EXPORT
ADMINISTRATION FOR VIOLATION OF TITLE 15
CODE OF FEDERAL REGULATIONS.
ADDITIONALLY WE ARE REQUESTING YOU
SUPPLY ATOFINA WITH VERIFICATION THAT THE
INFORMATION PROVIDED ACCURATELY
REPORTED ON THE SED OR AES RECORD AND
THAT THIS VERIFICATION MUST CONTAIN THE
SHIPMENTS UNIQUE XTN NUMBER SUPPLIED BY
U.S. CUSTOMS.   THE INFORMATION MUST BE
FAXED TO 215 419-5788 OR 5789 FOR
COMPLIANCE PURPOSES WITHIN 2 BUSINESS
WEEKS OF THE TRANSACTION.  FAILURE TO DO
SO OR THE FILING OF INCORRECT INFORMATION
WILL BE REPORTED TO ATOFINA'S
INTERNATIONAL TRADE COMPLIANCE
SPECIALIST AND APPROPRIATE ACTION WILL BE
TAKEN."

ATOFINA IRS#23-0960890

2,314.283 LBs            USD        9,920.70

REPRINT
Invoice

**Arkema Inc.**

Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 07/15/2004 without deduction

25489        06/15/04

90830222

DELPHI SAGINAW STEERING SYSTEM
LOU - PLANT 1
3900 HOLLAND RD
SAGINAW MI  48601

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

Net 30 Days

FOB DESTINATION

USD

80925978     06/15/04     SAG90I3776

BIRDSBORO PLANT   142461433

10    BAG
      RILSAN® AMN BLK T6LD POLYAMIDE RESIN
      55# BAG
      p/n 00005538

|  | Price | 551.150 | 5.88 | LB | 3,240.76 |
|---|---|---|---|---|---|

PALLETS - ENGINEERING POLYMERS

Price

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

596.070 LBs          USD      3,240.76

REPRINT
Invoice

**Arkema Inc.**    Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 12/08/2004 without deduction

25489        11/08/04                                                                   90871340

DELPHI SAGINAW STEERING SYSTEM                    DELPHI STEERING SYSTEMS
PLANT 1 - ATTN LOU                                PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                                   PO Box 431
SAGINAW MI  48601                                 WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

Net 30 Days                              FOB DESTINATION

                                                                      USD

80967786      11/08/04        SAG9013776

BIRDSBORO PLANT   144882727

10    BAG
      RILSAN® AMN BLK T6LD POLYAMIDE RESIN
      55# BAG
      p/n 00005538

                                    Price      551.150        4.50      LB      2,480.18

      PALLETS - ENGINEERING POLYMERS

                                    Price

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

REPRINT

**Arkema Inc.**   Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Invoice

Up to 01/05/2005 without deduction

25489        12/06/04                                          90878554

DELPHI SAGINAW STEERING SYSTEM          DELPHI STEERING SYSTEMS
PLANT 1 - LOU                           PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                         PO Box 431
SAGINAW MI  48601                       WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

                                        Prepaid delivered

    Net 30 Days                         FOB DESTINATION

                                                              USD

    80975079      12/06/04      SAG90I3776

    BIRDSBORO PLANT    147-294739-2

10    BAG
      RILSAN® AMN BLK T6LD POLYAMIDE RESIN
      55# BAG
      p/n 00005538

                                 Price        551.150      4.50      LB       2,480.18


      PALLETS - ENGINEERING POLYMERS

                                 Price

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                    596.071 LBs         USD      2,480.18

Page 1 of  1

REPRINT

**Arkema Inc.**    Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

**Debit Memo**

Up to 12/30/2004 without deduction

25489     12/30/04                                           90884293

DELPHI S CISCO 44068
499 E. COUNTY ROAD 300 SOUTH
NEW CASTLE IN  47362

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

Due Upon Receipt

FOB DESTINATION

USD

70013122     08/18/04     SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

1    BAG
RILSAN® AMN BLK T6LD POLYAMIDE RESIN
55# BAG

| | Price | 55.115 | 1.62 | LB | 89.29 |
|---|---|---|---|---|---|

Please ref. invoice 90848802

Invoiced @ $9.18/lb, correct price is $5.56

This is to bill for difference as follows:
$5.56 - $3.94 = 1.62 x 55.115 = 89.29

Please Note:  Tax not included

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

89.29

REPRINT
Debit Memo

**Arkema Inc.**   Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 12/30/2004 without deduction

25489      12/30/04                                                           90884295

DELPHI SAGINAW STEERING SYSTEM          DELPHI STEERING SYSTEMS
LOU ·PLANT 1                            PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                         PO Box 431
SAGINAW MI  48601                       WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

                                        Prepaid delivered

    Due Upon Receipt                    FOB DESTINATION

                                                                    USD

70013125      08/23/04      SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

10   BAG
     RILSAN® AMN BLK T6LD POLYAMIDE RESIN
     55# BAG
     p/n 00005538

                          Price      551.150        1.24      LB      683.43

Please ref. invoice 90850178

Invoiced @ $5.88/lb, correct price is $5.56,
customer paid $4.32/lb

This is to bill for difference as follows:
    $5.56 - $4.32 = 1.14 x 551.115 = $683.43

Please Note:  Tax not included

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

683.43

REPRINT

**Arkema Inc.**   Technical Polymers Division     Invoice
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 03/10/2005 without deduction

25489      02/08/05                                                    90894700

DELPHI SAGINAW STEERING SYSTEM                    DELPHI STEERING SYSTEMS
PLANT 1                                           PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                                   PO Box 431
SAGINAW MI  48601                                 WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

Net 30 Days                        FOB DESTINATION

USD

80991853        02/08/05        SAG9013776

BIRDSBORO PLANT   147-294688-9

10      BAG
        RILSAN® AMN BLK T6LD POLYAMIDE RESIN
        55# BAG
        p/n 00005538

                                Price        551.150        4.50      LB       2,480.18

        PALLETS - ENGINEERING POLYMERS

                                        Price

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

596.071 LBs                    USD       2,480.18

**Arkema Inc.**    Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

REPRINT
**Credit Memo**

25489        05/07/05

90919528

DELPHI SAGINAW STEERING SYSTEM
LOU - PLANT 1
3900 HOLLAND RD
SAGINAW MI  48601

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 932423
Atlanta, GA 31193-2423

Prepaid delivered

FOB DESTINATION

USD

60096748        06/15/04        SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

10    BAG
RILSAN® AMN BLK T6LD POLYAMIDE RESIN
55# BAG
p/n 00005538

Price        551.150        1.38        LB        760.59

Reference Original Invoice 90830222
Issued to correct price from $5.88/lb to $4.50lb

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

760.59  -

REPRINT
Credit Memo

**Arkema Inc.**    Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

25489        06/28/05                                              90933656

DELPHI SAGINAW STEERING SYSTEM        DELPHI STEERING SYSTEMS
PLANT 1                                PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                        PO Box 431
SAGINAW MI 48601                       WARREN OH 44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

FOB DESTINATION

USD

60098405      04/14/04      SAG9013776

RILSAN AMN BLK T6LD  55# BAG

1      BAG
RILSAN® AMN BLK T6LD POLYAMIDE RESIN
55# BAG
p/n 00005538

Price
Tax Adjustment                                              14.88

Reference original invoice 90811846
Issued to clear sales tax

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

14.88  -

**Arkema Inc.**

Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

REPRINT
Credit Memo

25489          06/28/05

90933657

DELPHI S CISCO 44068
499 E. COUNTY ROAD 300 SOUTH
NEW CASTLE IN  47362

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

FOB DESTINATION

USD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60098407 | 06/28/05 | Adjustment | | | | | |

RILSAN AMN BLK T6LD  55# BAG

BAG
  RILSAN® AMN BLK T6LD POLYAMIDE RESIN
  55# BAG

| | | | | | |
|---|---|---|---|---|---|
| | Price | 1.000 | 89.29 | LB | 89.29 |

Reference invoice 90884293 - Issued in error
Do not mail

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

89.29  -

REPRINT
Credit Memo

**Arkema Inc.**  Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

25489        06/29/05                                                                    90934087

DELPHI SAGINAW STEERING SYSTEM          DELPHI STEERING SYSTEMS
PLANT 1                                 PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                         PO Box 431
SAGINAW MI  48601                       WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 932423
Atlanta, GA 31193-2423

                                        Prepaid delivered

                                        FOB DESTINATION

                                                                        USD

60098498      06/29/05      SAG9013776

RILSAN BMV BLK T 1000# GAYLORD

GLD
    RILSAN® BMV BLK T POLYAMIDE RESIN
    1000# GAYLORD

                            Price        1.000        683.43        LB        683.43

Issued to cancel DM 90884295
Do not mail

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

683.43  –

| | | REPRINT |
|---|---|---|
| **Arkema Inc.** | Technical Polymers Division<br>Fluoropolymers 1 800 722-9668<br>Engineering polymers 1 800 932-0420 | **Debit Memo** |

Up to 07/06/2005 without deduction

25489        07/06/05                                                    90936056

DELPHI SAGINAW STEERING SYSTEM          DELPHI STEERING SYSTEMS
Plant 1                                                      PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                                     PO Box 431
SAGINAW MI  48601                                  WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

Due Upon Receipt                        FOB DESTINATION

USD

70014237      01/25/05      SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

10    BAG
       RILSAN® AMN BLK T6LD POLYAMIDE RESIN
       55# BAG
       p/n 00005538

                                    Price        551.150        0.28      LB        154.32

Reference invoice 90890619
Billed at $4.50/lb; correct price is $4.78

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

154.32

REPRINT
**Credit Memo**

**Arkema Inc.**    Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

25489        07/07/05                                                 90936302

DELPHI S CISCO 44068                      DELPHI STEERING SYSTEMS
499 E. COUNTY ROAD 300 SOUTH              PACKARD ELECTRIC DIVISION
NEW CASTLE IN  47362                      PO Box 431
                                          WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 932423
Atlanta, GA 31193-2423

                            Prepaid delivered

                            FOB DESTINATION

                                                              USD

60098741       05/16/05       SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

1    BAG
     RILSAN® AMN BLK T6LD POLYAMIDE RESIN
     55# BAG

| | | Price | 55.115 | 1.12 | LB | 61.73 |
|---|---|---|---|---|---|---|

Reference original invoice 90921898
Billed at $5.90/lb, should be $4.78/lb

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                                       61.73  -

REPRINT
Credit Memo

**Arkema Inc.**   Technical Polymers Division
                  Fluoropolymers  1 800 722-9668
                  Engineering polymers  1 800 932-0420

25489       07/07/05                                                    90936304

DELPHI SAGINAW STEERING SYSTEM          DELPHI STEERING SYSTEMS
PLANT 1                                 PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                         PO Box 431
SAGINAW MI  48601                       WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

                                        Prepaid delivered

                                        FOB DESTINATION

                                                              USD

60098743      04/20/04      SAG9013776

RILSAN AMN BLK T6LD  55# BAG

5     BAG
      RILSAN® AMN BLK T6LD POLYAMIDE RESIN
      55# BAG
      p/n 00005538

                              Price         275.575      4.68      LB      1,289.69
                          Tax Adjustment                                    151.79

      reference original invoice 90813466
      Issued to adjust price to $4.50/lb and credit for
      tax charge

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

                                                              1,441.48  −

**Arkema Inc.**   Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

REPRINT
Credit Memo

25489        07/21/05                                                90940148

DELPHI S CISCO 44068
499 E. COUNTY ROAD 300 SOUTH
NEW CASTLE IN 47362

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH 44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

FOB DESTINATION

USD

60099076      07/21/05      SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

BAG
  RILSAN® AMN BLK T6LD POLYAMIDE RESIN
  55# BAG

| | Price | 1.000 | 89.29 | LB | 89.29 |

Issued to cancel DM 90884293
Do not mail

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

Page 1 of  1                                                        89.29  –

REPRINT
Credit Memo

**Arkema Inc.**   Technical Polymers Division
Fluoropolymers 1 800 722-9668
Engineering polymers 1 800 932-0420

25489        07/21/05                                                      90940150

DELPHI SAGINAW STEERING SYSTEM              DELPHI STEERING SYSTEMS
PLANT 1                                     PACKARD ELECTRIC DIVISION
3900 HOLLAND RD                             PO Box 431
SAGINAW MI  48601                           WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Prepaid delivered

FOB DESTINATION

USD

60099079        07/21/05        SAG90I3776

RILSAN AMN BLK T6LD  55# BAG

BAG
RILSAN® AMN BLK T6LD POLYAMIDE RESIN
55# BAG
p/n 00005538

Price        1.000        126.76        LB        126.76

Isued to cancel DM 90908933
Do not mail

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

126.76  –

REPRINT
Invoice

**Arkema Inc.**    Technical Polymers Division
Fluoropolymers  1 800 722-9668
Engineering polymers  1 800 932-0420

Up to 10/08/2005 without deduction

25489          09/08/05

90954683

DELPHI SAGINAW STEERING SYSTEM
PLANT 1
3900 HOLLAND RD
SAGINAW MI  48601

DELPHI STEERING SYSTEMS
PACKARD ELECTRIC DIVISION
PO Box 431
WARREN OH  44486

*PLEASE REMIT IN USD CURRENCY TO*
Arkema Inc.
P.O. Box 932423
Atlanta, GA 31193-2423

Prepaid delivered

Net 30 Days                    FOB DESTINATION

USD

81050540      09/08/05        9013776

BIRDSBORO PLANT   13416748

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | BAG | | | | | | |

RILSAN® AMN BLK T6LD POLYAMIDE RESIN
55# BAG
p/n 00005538

| | Price | 551.150 | 4.50 | LB | 2,480.18 |
|---|---|---|---|---|---|

PALLETS - ENGINEERING POLYMERS

Price

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

596.071 LBs                    USD      2,480.18

| | | REPRINT |
|---|---|---|
| **Arkema Inc.** | Technical Polymers Division<br>Fluoropolymers 1 800 722-9668<br>Engineering polymers 1 800 932-0420 | Invoice |

Up to 10/23/2005 without deduction

25489          09/23/05                                    90958908

DELPHI S CISCO 44068                DELPHI STEERING SYSTEMS
499 E. COUNTY ROAD 300 SOUTH        PACKARD ELECTRIC DIVISION
NEW CASTLE IN 47362                 PO Box 431
                                    WARREN OH 44486

*PLEASE REMIT IN USD CURRENCY TO*
**Arkema Inc.**
**P.O. Box 932423**
**Atlanta, GA 31193-2423**

Collect

Net 30 Days                     FOB DESTINATION

                                                           USD

81055127     09/23/05      90I3776

BIRDSBORO PLANT   GLOBAL EXPRESS TOM GORMAN

5    BAG
     RILSAN® AMN BLK T6LD POLYAMIDE RESIN
     55# BAG

                        Price      275.575      5.90     LB     1,625.89

     PALLETS - ENGINEERING POLYMERS

                        Price

This transaction is subject to and governed by the terms and
conditions set forth on the reverse side of this document.

315.535 LBs              USD     1,625.89