UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                    :         Chapter 11
                                                          :         Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                               :         (Jointly Administered
                                                          :
     Debtors.                                             :         Hon. Robert D. Drain
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### WITHDRAWAL OF RESPONSE OF RALCO INDUSTRIES, INC. TO THIRD OMNIBUS OBJECTIONS TO CLAIMS (DOCKET NO. 5606)

*NOW COMES* Ralco Industries, Inc., by and through its attorneys, Silverman & Morris, P.L.L.C., and hereby withdraws its Response to the Debtors' Third Omnibus Objections to Claims dated November 11, 2006, Docket No. 5606.

Ralco Industries, Inc. withdraws its response for the reason that the issues related to the claim were settled as provided in the Settlement Agreement entered into between Ralco Industries, Inc., Longacre Master Fund, Ltd., and Delphi Automotive Systems LLC.

SILVERMAN & MORRIS, P.L.L.C.

By:  /s/ Thomas R. Morris
 THOMAS R. MORRIS (P39141)
Attorneys for Ralco Industries, Inc.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
morris@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

Dated:  September 7, 2007
X:\Clients\Ralco\Delphi\withdrawal of response to objection to claim (09.07.07).doc