UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    :         Chapter 11
                                          :         Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,               :         (Jointly Administered
                                          :
    Debtors.                              :         Hon. Robert D. Drain
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATE OF SERVICE

I hereby certify that on **September 7, 2007**, I electronically filed **Withdrawal of Response of Ralco Industries, Inc. to Third Omnibus Objections to Claims (Docket No. 5606)**, using the ECF system, which will send notification of such filing to the following:

- Anne Marie Aaronson    aaronsoa@pepperlaw.com
- David B. Aaronson    david.aaronson@dbr.com
- Elizabeth Abdelmasieh    elizabeth@regencap.com
- Franklin C. Adams    franklin.adams@bbklaw.com
- Jason R. Adams    jadams@torys.com
- Jennifer L. Adamy    bankruptcy@goodwin.com
- David J. Adler    dadler@mccarter.com
- Michael J. Alerding    malerding@binghammchale.com
- Joseph W. Allen    jallen@jaeckle.com
- Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com

- Allison R. Bach    abach@dickinsonwright.com
- Stephen M. Bales    sbales@zieglermetzger.com
- C. David Bargamian    dbargamian@bsdd.com
- William J. Barrett    william.barrett@bfkn.com
- David S. Barritt    barritt@chapman.com
- Joseph M. Barry    jbarry@ycst.com
- Douglas P. Bartner    dbartner@shearman.com, bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,,henry.nguyen@shearman.com,;gabriella.illyes@shearman.com;cherie.spraggs@shearman;yuichi.haraguchi@shearman.com
- Donald F. Baty    dbaty@honigman.com
- Douglas P. Baumstein    dbaumstein@whitecase.com
- Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com
- Ronald Scott Beacher    rbeacher@daypitney.com
- W. Robinson Beard    jkirk@stites.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Ryan B. Bennett    rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com
- Timothy C. Bennett    tbennett@klng.com
- Neil Matthew Berger    neilberger@teamtogut.com, dgeoghan@teamtogut.com;ygreenberg@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com
- Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com
- Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
- Monica Susan Blacker    monicablacker@akllp.com

- Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com
- Charles E. Boulbol     rtrack@msn.com
- Eliza K. Bradley     ebradley@robergelaw.com
- William M. Braman     wmbraman@binghammchale.com
- Wendy D. Brewer     wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
- Allan S. Brilliant     abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
- Timothy W. Brink     tbrink@lordbissell.com
- James L. Bromley     maofiling@cgsh.com;soneal@cgsh.com
- Mark A. Broude     mark.broude@lw.com
- Dewitt Brown     dewitt.brown@bipc.com
- J. Michael Brown     mbrown@gwblawfirm.com
- Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
- Tamika A. Bryant     tab@h2law.com
- Deborah M. Buell     maofiling@cgsh.com
- Kevin J. Burke     kburke@cahill.com
- Michael G. Busenkell     mbusenkell@eckertseamans.com
- John Wm. Butler     jbutler@skadden.com, achavali@skadden.com
- Aaron R. Cahn     cahn@clm.com
- Judy B. Calton     jcalton@honigman.com
- Scott Cargill     scargill@lowenstein.com
- D. Christopher Carson     ccarson@burr.com
- Michelle Carter     mcarter@kslaw.com
- Linda J. Casey     caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- Michael Cassell     mcassell@lefkowitzhogan.com

- Ben T. Caughey    ben.caughey@icemiller.com
- George B. Cauthen    george.cauthen@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com
- Sarah B. Chapman Carter    scarter@pselaw.com
- Erik G. Chappell    egc@lydenlaw.com
- Eric J. Charlton    echarlton@hiscockbarclay.com
- Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
- R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
- David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com
- Marvin E. Clements    icnewyork@state.tn.us
- Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com
- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Dennis J. Connolly    dconnolly@alston.com
- Susan M. Cook    smcook@lambertleser.com
- Patrick M. Costello    pcostello@bbslaw.com
- Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Tyson A. Crist    tcrist@szd.com
- Michael G. Cruse    mcruse@wnj.com
- Gary H. Cunningham    gcunningham@gmhlaw.com
- Louis A. Curcio    lcurcio@tpwlaw.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Jeannine D'Amico    jeannine.damico@cwt.com
- Douglas R. Davis    ddavis@paulweiss.com

- Jeffry A. Davis    jadavis@mintz.com
- Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- James J. DeCristofaro    james.decristofaro@lovells.com
- Karen Veronica DeFio    kdefio@bsk.com
- Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Karen Dine    karen.dine@pillsburylaw.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
- J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
- William E. Dornbos    william.dornbos@oag.state.ny.us
- David B. Draper    ddraper@terra-law.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com,
- Seth A. Drucker    sdrucker@hongman.com
- David F. DuMouchel    dumouchd@butzel.com
- David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
- Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
- Gayle Ehrlich    gehrlich@sandw.com

- Robert L. Eisenbach    reisenbach@cooley.com
- Judith Elkin    judith.elkin@haynesboone.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Paige Leigh Ellerman    ellerman@taftlaw.com
- Bruce N. Elliott    elliott@cmplaw.com
- Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
- Barbara Ellis-Monro    bellis-monro@sgrlaw.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com
- Eugene I. Farber    efarber747@aol.com
- Kathleen A. Farinas    kf@lgrslaw.com
- Robert Michael Farquhar    mfarquhar@winstead.com
- Bonnie Glantz Fatell    fatell@blankrome.com
- Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov
- Benjamin D. Feder    ben.feder@thompsonhine.com
- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
- Hermann Ferre    hferre@thelenreid.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Andrea Fischer    cwilliamspugh@olshanlaw.com;rsalnave@olshanlaw.com

- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
- Mateo Fowler    mateofowler@quinnemanuel.com
- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com, mateofowler@quinnemanuel.com
- Edward M. Fox    efox@klng.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Mark S. Frankel    mfrankel@couzens.com
- Thomas M. Franklin    tmflaw@swbell.net
- David H. Freedman    dfreedman@ermanteicher.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
- Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
- Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com
- Lars H. Fuller    lfuller@rothgerber.com
- Timothy A. Fusco    fusco@millercanfield.com
- Thomas M. Gaa    tgaa@bbslaw.com
- James Gadsden    bankruptcy@clm.com
- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Joanne Gelfand    joanne.gelfand@akerman.com
- Yann Geron    ygeron@foxrothschild.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Karen Giannelli    kgiannelli@gibbonslaw.com
- Leo J. Gibson    lgibson@bsdd.com
- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
- Eduardo J. Glas    eglas@mccarter.com

- Jeffrey R. Gleit    jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com
- Larry Ivan Glick    larryglick@erols.com
- Matthew Alexander Gold    courts@argopartners.net
- Scott R. Goldberg    sgoldber@quarles.com
- Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com
- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
- Robert D. Gordon    rgordon@clarkhill.com
- Gary A. Gotto    ggotto@krplc.com
- Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
- Warren R. Graham    wrg@dmlegal.com
- Gary E. Green    ggreen@fagelhaber.com
- Jonathan S. Green    greenj@millercanfield.com
- Wendy B. Green    wgreen@formanlaw.com
- John T. Gregg    jgregg@btlaw.com
- Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
- Stephen H. Gross    sgross@hodgsonruss.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com
- Kevin Grzelak    phcdelphi@priceheneveld.com
- Will Guerrant    wbg@ctw.com
- Peter J. Gurfein    pgurfein@akingump.com
- Dennis M. Haley    dhaley@winegarden-law.com
- Michael Leo Hall    mhall@burr.com
- Timothy C. Hall    tch@previant.com

- Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net
- Matthew W. Hamilton    electronicnoticing@aps-capital.com
- William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com
- Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com
- Jill M. Hartley    jh@previant.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Lonie A. Hassel    lah@groom.com
- William M. Hawkins    whawkins@loeb.com
- Nava Hazan    nhazan@mwe.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com
- William Heuer    wheuer@deweyballantine.com
- David M. Hillman    david.hillman@srz.com
- Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com
- Robert M. Hirsh    hirsh.robert@arentfox.com
- Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com
- Michelle R. Holl    mholl@mayerbrownrowe.com
- Stephanie K. Hoos    skhoos@mintz.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Roland Hwang    hwangr@michigan.gov
- Michael G. Insalaco    minsalaco@zeklaw.com
- Peter Janovsky    PJanovsky@ZEKlaw.com
- Susan Jennik    sjennik@kjmlabor.com

- Hilary Jewett    hjewett@foley.com
- Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
- Roger G. Jones    rjones@bccb.com
- Gregory J. Jordan    gjordan@dykema.com
- Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com
- William M. Katich    wkatich@atg.state.il.us
- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
- Patrick J. Keating    pkeating@bdblaw.com
- David Kennedy    david.kennedy2@usdoj.gov
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- Howard Koh    hkoh@meisterseelig.com
- Seth F. Kornbluth    skornbluth@herrick.com
- Alan M. Koschik    akoschik@brouse.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Stuart A. Krause    skrause@zeklaw.com
- Duane Kumagai    dkumagai@rutterhobbs.com
- David R. Kuney    dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;emcdonnell@sidley.com
- Glenn M. Kurtz    gkurtz@whitecase.com
- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vssp.com
- Darryl S. Laddin    bkrfilings@agg.com

- Stuart A. Laven    slaven@bfca.com

- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

- Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

- David S. Lefere    davidl@bolhouselaw.com

- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

- David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

- Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

- Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

- Jeffrey M. Levinson    jml@ml-legal.com

- Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

- Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

- Eric Lopez Schnabel    schnabel@klettrooney.com

- Dennis W. Loughlin    dloughlin@stroblpc.com, sfraser@stroblpc.com

- Daniel A. Lowenthal    dlowenthal@thelen.com

- A. Peter Lubitz    plubitz@schiffhardin.com, bneff@schiffhardin.com

- Donald K. Ludman    dludman@brownconnery.com

- Matthew J. Lund    kovskyd@pepperlaw.com

- Sara Klettke MacWilliams    skm@h2law.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

- John S. Mairo    jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnlaw.com;daamedeo@pbnlaw.com

- Donald W. Mallory    donald.mallory@dinslaw.com

- Amy Wood Malone     amalone@colwinlaw.com
- Jacob A. Manheimer     mpottle@pierceatwood.com
- Nauni Manty     ecfb@felhaber.com
- Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com
- Andrew L. Margulis     amargulis@ropers.com
- Dorothy H. Marinis-Riggio     demarinis@candklaw.com
- Jeffrey A. Marks     jemarks@ssd.com, rlandwehr@ssd.com
- Ilan Markus     imarkus@tylercooper.com
- John J. Marquess     jjm@legalcost.com
- Madison L. Martin     nashvillebankruptcyfilings@stites.com
- Richard Gary Mason     rgmason@wlrk.com
- Victor J. Mastromarco     vmastromar@aol.com
- Thomas J. Matz     tmatz@skadden.com
- Kristin B. Mayhew     abothwell@pepehazard.com
- Daniel P. Mazo     dpm@curtinheefner.com
- Aaron G. McCollough     amccollough@mcguirewoods.com
- Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
- Ralph E. McDowell     rmcdowell@bodmanllp.com
- Douglas J. McGill     douglas.mcgill@dbr.com
- Frank McGinn     ffm@bostonbusinesslaw.com
- Scott S. McKessy     smckessy@reedsmith.com
- Greta A. McMorris     gmcmorris@stinsonmoheck.com
- Austin L. McMullen     amcmulle@bccb.com
- Patrick E. Mears     patrick.mears@btlaw.com
- Derek F. Meek     dmeek@burr.com
- Barbara S Mehlsack     bmehlsack@gkllaw.com

- Timothy Mehok    timothy.mehok@hellerehrman.com
- Richard M. Meth    msteen@daypitney.com, rmmnybankruptcy@daypitney.com
- Sally Meyer    smeyer@madisonliquidity.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Robert N. Michaelson    rmichaelson@kl.com
- Laurie J. Michelson    michelso@butzel.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com
- W. Timothy Miller    miller@taftlaw.com
- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com
- Robert K. Minkoff    lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
- James P. Moloy    jmoloy@dannpecar.com
- Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
- Audrey E. Moog    amoog@hhlaw.com
- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com
- Brian F. Moore    bmoore@mccarter.com
- Gene T. Moore    gtmlaw@bellsouth.net
- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com
- Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com
- Sarah E. Morrison    sarah.morrison@doj.ca.gov
- Whitney L. Mosby    wmosby@binghammchale.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

- Alisa Mumola    alisa@contrariancapital.com
- Jill L. Murch    jmurch@foley.com, khall@foley.com
- James P. Murphy    murph@berrymoorman.com
- Robert D. Nachman    rnachman@scgk.com
- Bruce S. Nathan    bnathan@lowenstein.com
- Michael R. Nestor    bankruptcy@ycst.com
- Lauren Newman    lnewman@fagelhaber.com
- Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Richard P. Norton    rnorton@reedsmith.com
- Gordon Z. Novod    gnovod@kramerlevin.com
- Kasey C. Nye    knye@quarles.com
- Michael P. O'Connor    mpolaw@aol.com
- Michael O'Hayer    mkohayer@aol.com
- Martin P. Ochs    martin@oglaw.net
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Karen Ostad    kostad@mofo.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com
- Charles Palella    cpalella@kurzman.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Richard J. Parks    rjp@pbandg.com, kas@pbandg.com
- Felton E. Parrish    fparrish@kslaw.com
- Susan P. Persichilli    persichillisp@bipc.com, fiedleram@bipc.com
- Geoffrey J. Peters    gpeters@weltman.com
- Lowell Peterson    lpeterson@msek.com
- Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
- Ed Phillips    ephillips@thurman-phillips.com

- 14 -

- Christine A.M. Pierpont    cpierpont@ssd.com
- Alex Pirogovsky    apirogovsky@uhlaw.com
- Thomas A. Pitta    tpitta@lowenstein.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
- Constantine Pourakis    cp@stevenslee.com
- Mark T. Power    MPower@HahnHessen.com;sthompson@hahnhessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;mmarhyan@hahnhessen.com
- Susan Power-Johnston    sjohnston@cov.com
- Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com
- Thomas B. Radom    radom@butzel.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com
- Kenneth A. Reynolds    kar@pryormandelup.com
- Geoffrey A. Richards    grichards@kirkland.com
- Marc E. Richards    mrichards@blankrome.com
- Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us
- Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
- Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com
- Marianne Goldstein Robbins    mgr@previant.com, em@previant.com
- Matthew R. Robbins    mrr@previant.com
- Elizabeth A. Roberge    eroberge@robergelaw.com

- Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com
- Scott D. Rosen    srosen@cb-shea.com
- Heath D. Rosenblat    hrosenblat@kayscholer.com
- Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David Sol Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com
- Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com
- Robert B. Rubin    brubin@burr.com
- E. Todd Sable    tsable@honigman.com
- Chester B. Salomon    cs@stevenslee.com
- Brian D. Salwowski    bsalwowski@atg.state.in.us
- Diane W. Sanders    austin.bankruptcy@publicans.com
- William A. Sankbeil    was@krwlaw.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Robert V. Sartin    rsartin@fbtlaw.com
- William F. Savino    wsavino@damonmorey.com
- Thomas J. Schank    tomschank@hunterschank.com
- Ilan D. Scharf    ischarf@pszyjw.com
- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
- Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com
- Charles P. Schulman    cschulman@sachnoff.com
- Bryan I. Schwartz    bschwartz@lplegal.com
- Jay A. Schwartz    jschwartz@schwartzlawfirmpc.com
- Mark S. Scott    mscott@riemerlaw.com
- Sarah Seewer    sseewer@honigman.com

- Lon J. Seidman     mail@rsmllp.com, mail@rsmllp.com
- Howard Seife     andrew.rosenblatt@chadbourne.com
- Jay Selanders     jay.selanders@kutakrock.com
- Gary I. Selinger     gselinger@hodgsonruss.com
- Mark A. Shaiken     mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com
- Mark H. Shapiro     shapiro@steinbergshapiro.com
- Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
- Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill     mark.sherrill@sablaw.com
- Joseph E. Shickich     jshickich@riddellwilliams.com
- Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Wallace A. Showman     was@showmanlaw.com
- Robert J. Sidman     rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com
- Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com
- John A. Simon     jsimon@foley.com
- Joseph E. Simpson     jsimpson@hselaw.com
- Thomas R. Slome     mail@rsmllp.com
- Wendy W. Smith     wendy@bindermalter.com, jennifer@bindermalter.com
- Richard G. Smolev     rsmolev@kayescholer.com, rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com
- Marc P. Solomon     msolomon@burr.com
- Robyn J. Spalter     notice@regencap.com
- Sarah F. Sparrow     ssparrow@tuggleduggins.com, martit@tuggleduggins.com
- Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com

- Douglas E. Spelfogel    dspelfogel@bakerlaw.com
- Michael A. Spero    jspecf@sternslaw.com
- Byron C. Starcher    byron.starcher@nelsonmullins.com
- Robert J. Stark    claukamg@brownrudnick.com
- Catherine Steege    csteege@jenner.com
- Matthew B. Stein    mstein@sonnenschein.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    jmsullivan@mwe.com
- Paul Sweeney    psweeney@linowes-law.com
- Robert Szwajkos    rsz@curtinheefner.com
- Douglas T. Tabachnik    DTTLAW@aol.com, dttlaw@verizon.net
- Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
- Roger L. Tarbutton    roger.tarbutton@jocogov.org
- John E. Taylor    jtaylor@binghammchale.com
- Zakarij O. Thomas    zothomas@klettrooney.com
- Melinda S. Thornton    cao.bkc@miamidade.gov
- Douglas M. Tisdale    doug@tisdalelaw.com, maxx@tisdalelaw.com
- Gordon J. Toering    gtoering@wnj.com
- Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
- Sheldon S. Toll    lawtoll@comcast.net

- Laura L. Torrado    ltorrado@bear.com, msussman@bear.com
- Martin B. Tucker    mtucker@fbtlaw.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com
- Robert Usadi    rusadi@cahill.com
- Shmuel Vasser    svasser@eapdlaw.com
- Lori V. Vaughan    lvaughan@foley.com
- Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com
- Joseph J. Vitale    jvitale@cwsny.com
- Arthur T. Walsh    rkirby@omclaw.com
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Michael D. Warner    bankruptcy@warnerstevens.com
- W. Clark Watson    cwatson@balch.com
- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com
- William P. Weintraub    wweintraub@fklaw.com, ischarf@pszyj.com;ljones@pszyjw.com
- Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com
- Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- Robert A White    rwhite@murthalaw.com
- Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com
- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
- Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com;BankruptcyDepartment2@KelleyDrye.com

- W. Joe Wilson    jwilson@tylercooper.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- David Farrington Yates    fyates@sonnenschein.com
- Stephen L. Yonaty    syonaty@chwattys.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Helen A. Zamboni    hzamboni@underbergkessler.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

/s/ Janice C. Zielinski
Janice C. Zielinski
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
jan@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

X:\Clients\Ralco\Delphi\withdrawal of response to objection to claim (09.07.07)-certificate of service.doc