Michael Handler (MH 2538)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                            :
In re:                                      :       Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :       Case No. 05-44481 (RDD)
                                            :
                    Debtors.                :       (Jointly Administered)
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED RESPONSE OF LIQUIDITY SOLUTIONS, INC., AS ASSIGNEE OF HEXCEL CORPORATION, TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing

Proof of Claim Number 15458 (Liquidity Solutions as Assignee of Hexcel Corporation) [Docket

No. 9228], Liquidity Solutions, Inc. hereby withdraws with prejudice its Limited Response to

Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected

On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not

Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims,

And (F) Claims Subject To Modification And Reclamation Agreement [Docket No. 7987].

Dated: September 7, 2007

Respectfully submitted,

LIQUIDITY SOLUTIONS, INC.

By: _____

Michael Handler (MH 2538)
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010