Michael Handler (MH 2538)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                        Debtors.                            :    (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF RESPONSE OF LIQUIDITY SOLUTIONS, INC., AS ASSIGNEE, TO DEBTORS' NINTH OMNIBUS OBJECTION (SUBSTANTIVE), AS IT RELATES TO CLAIM NOS. 2013, 2043, 2437, 2549, 5596 AND 7205

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 2013, 2043, 2437, 2549, 5596 and 7205 (Liquidity Solutions Inc.) dated September 4, 2007 [Docket No. 9235], Liquidity Solutions, Inc. ("LSI") hereby withdraws with prejudice its Response to Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification [Docket No. 6968] ("Ninth Omnibus Objection"), solely as it relates to Claim Numbers 2013, 2043, 2437, 2549, 5596 and 7205 ("Settled Claims"). Except with respect to the Settled Claims, LSI reserves all of its rights relating to the Ninth Omnibus Objection, its response thereto and its claims addressed therein.

Dated: September 7, 2007

                                    Respectfully submitted,

                                    LIQUIDITY SOLUTIONS, INC.

                                    By: _____/s/ Michael Handler_____
                                    Michael Handler (MH 2538)
                                    One University Plaza, Suite 312
                                    Hackensack, New Jersey 07601
                                    Phone: (201) 968-0001
                                    Fax: (201) 968-0010