B210 (12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*　　Case No. 05-44481 (RDD)
　　Delphi Automotive Systems LLC　　　　　　Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | PRECISION INTERNATIONAL CORPORATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent　　Court Record Address of Transferor (Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Tom Scheidt
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:　　　　　　Last Four Digits of Acct. #:

Name and Address where transferee payments　　Name and Current Address of Transferor
Should be sent (if different from above)

　　　　　　　　　　　　　　　　　　　　PRECISION INTERNATIONAL CORPORATION
　　　　　　　　　　　　　　　　　　　　PO BOX 605
　　　　　　　　　　　　　　　　　　　　BLOOMFIELD CT 06002

Phone: Same as Above　　　　　　　　Phone:
Last Four Digits of Acct. #:　　　　　　Last Four Digits of Acct. #:

Court Claim # (If known): 6050
Claim Amount: $872.40
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Tom Scheidt*　　　　　　　　　　　　Date: September 7, 2007
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 &3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) **Case No. 05-44481 (RDD)** |
| | ) |
| **DELPHI CORPORATION, et al.,** | ) Jointly Administered |
| Delphi Automotive Systems LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **PRECISION INTERNATIONAL CORPORATION** ("Transferor") against the Debtor in the amount of **$872.40**, (listed in No. 6050) as listed in the claims register/debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $872.40 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**PRECISION INTERNATIONAL CORPORATION**
**PO BOX 605 BLOOMFIELD CT 06002**

Print Name __Ann M. Hanks__   Title __Office Manager__
Signature __[signed] Ann M. Hanks__   Date __August 20, 2007__

Updated Address (if needed) _____

Phone __(860) 243-0341__   Fax __(860) 243-3150__   E-Mail __ann@precint.com__

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: __[signed]__
Tom Scheidt

Mail Ref# 11-654
2591944

B210 (12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*     Case No. 05-44481 (RDD)
Delphi Medical Systems Colorado Corp     Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | WESTERN BELTING COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:     Court Record Address of Transferor (Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Tom Scheidt
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900
Last Four Digits of Acct #:                            Last Four Digits of Acct. #:

Name and Address where transferee payments      Name and Current Address of Transferor
Should be sent (if different from above)

                                          WESTERN BELTING COMPANY
                                          3037 EAST 42ND AVENUE
                                          DENVER CO 80216

Phone: Same as Above                                   Phone:
Last Four Digits of Acct. #:                           Last Four Digits of Acct. #:

Court Claim # (If known): 3203
Claim Amount: $585.09
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Tom Scheidt*                              Date: September 7, 2007
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                          _____
                                               CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | **Case No. 05-44481 (RDD)** |
| ) | |
| **DELPHI CORPORATION**, *et al.*, ) | Jointly Administered |
| Delphi Medical Systems Colorado Corp ) | |
| ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. ) | **OTHER THAN FOR SECURITY AND** |
| ) | **WAIVER OF NOTICE** |
| ) | Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the Filed claim of WESTERN BELTING COMPANY ("Transferor") against the Debtor in the amount of **$585.09**, (claim no 3203) as listed in the claims registration, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $585.09 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
WESTERN BELTING COMPANY
3037 EAST 42ND AVENUE  DENVER CO 80216

Print Name  VIRGINIA SMITH          Title  Controller
Signature  Virginia V. Smith         Date  8/21/07

Updated Address (if needed) _____

Phone  303-322-3500   Fax  303-320-1561   E-Mail_____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _____
Tom Scheidt

Mail Ref# 11-439
2589996