BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
William H. Schorling, Esq. (WS-6322)
DeWitt C. Brown, Esq. (DB-5720)

*Attorneys for Arkema Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :    (Jointly Administered)
                            Debtors.                         :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I caused to be served the Notice of Arkema Inc.'s Motion for Leave to File Late Proof of Claim and Arkema, Inc.'s Motion for Leave to File Late Proof of Claim upon the persons and entities listed on <u>Exhibit A</u> annexed hereto by causing copies of same to be delivered via overnight mail delivery addressed as indicated on <u>Exhibit A</u>.

Dated: September 10, 2007                BUCHANAN INGERSOLL & ROONEY PC
       Philadelphia, PA

                                         /s/ Donna Curcio
                                         _____
                                         Donna Curcio
                                         Legal Assistant
                                         1835 Market Street
                                         Philadelphia, PA 19103
                                         Tel: (215) 665-8700
                                         Fax: (215) 665-8760