**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

DELPHI CORPORATION,

                                                            In Re: Case No. 05-44481
                                                            Chapter 11
                     Debtor.           Honorable Robert D. Drain

-------------------------------------------------------------x

**WITHDRAWAL OF DOCKET #8940, RESPONSE OF ARNOLD CENTER, INC. TO DEBTORS' NINETEENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

     NOW COMES Creditor Arnold Center, Inc., by and through its attorneys, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby withdraws Docket #8940, its Response to Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed.R.Bankr.P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims.

                                                     LAMBERT, LESER, ISACKSON,
                                                     COOK & GIUNTA, P.C.

                                                     /s/ Susan M. Cook

Date: September 10, 2007.       By:  _____
                                                   SUSAN M. COOK (P31514)
                                                   Attorneys for Creditor Arnold Center, Inc.
                                                   916 Washington Avenue, Suite 309
                                                   Bay City, Michigan 48708
                                                   Telephone: (989) 893-3518
                                                   scook@lambertleser.com