BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison, Suite 3900
Chicago, IL 60606
Tel. No.        312-984-3100
Fax No.        312-984-3150
William J. Barrett (IL 6206424)
Kimberly J. Robinson (IL 6194420)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.,* | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## **WITHDRAWAL OF RESPONSE**

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proofs of Claim Numbers 10231, 10232, and 16416, and Withdrawing Proof of Claim Number 10251 and Reclamation Claim Number 580 (Motion Industries, Inc.), dated September 4, 2007, Motion Industries, Inc., by and through its undersigned attorneys, hereby withdraws with prejudice its Response to Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, and (B) Protective Claims (the "Sixteenth Omnibus Claims Objection") (Docket No. 8543).

Dated: September 10, 2007            Respectfully Submitted,

                                              /s/ William J. Barrett
                                     William J. Barrett
                                     Kimberly J. Robinson
                                     Barack Ferrazzano Kirschbaum & Nagelberg LLP
                                     200 West Madison, Suite 3900
                                     Chicago, IL 60606
                                     Telephone:    (312) 984-3100
                                     Facsimile:    (312) 984-3150
                                     william.barrett@bfkn.com
                                     kim.robinson@bfkn.com
                                     Attorneys for Motion Industries, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Withdrawal of Response to Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, and (B) Protective Claims (the "Sixteenth Omnibus Claims Objection") (Docket No. 8543) was filed electronically this 10th day of September, 2007 and the foregoing was sent via e-mail or overnight delivery to the following parties:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel
*(served via overnight courier)*

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004
*(served via overnight courier)*

Melissa T. Khan
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, CA 90071
mkahn@skadden.com

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:  John Wm. Butler, Jr. Esq.
       John K. Lyons
       Joseph N. Wharton
Email: jbutler@skadden.com
       jlyonsch@skadden.com
       jwharton@skadden.com