

1000 Cathedral Place
298 Main Street
Buffalo, New York  14202-4096
716-856-5500
Fax 716-856-5510
www.damonmorey.com

**Beth Ann Bivona**
**Partner**

Writer's Direct Dial No.
(716) 858-3849
bbivona@damonmorey.com

September 10, 2007

*Via Electronic Court Filing and First Class Mail*
Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 610
New York, New York 10004-1408

    Re:    In re:  Delphi Corporation, *et al.*
                Case No. 05-44481 (RDD) (Jointly Administered)

Your Honor:

      On March 16, 2007, the Debtors filed their Eleventh Omnibus Claims Objection (the "Objection") through which they objected to the claim of the Lockport City Treasurer ("Lockport").  On April 12, 2007, Lockport filed a response to the Objection (the "Response").  The parties have negotiated a resolution to the Objection and Your Honor so ordered a stipulation and order (the "Stipulation") compromising and allowing the claim of Lockport on September 4, 2007.  Pursuant to the terms of the Stipulation, Lockport hereby withdraws its Response.

                                  Very truly yours,

                                  /s/ Beth Ann Bivona

                                Beth Ann Bivona
                              for DAMON & MOREY LLP

BABi/mab

cc:    John Wm. Butler, Jr., Esq.
       John J. Ottaviano, Esq.

-#1154519

**ROCHESTER OFFICE:  THE POWERS BUILDING - SUITE 760B, 16 W. MAIN STREET, ROCHESTER, NEW YORK 14614-1601
TELEPHONE: (585) 232-3640 (By Appointment Only)
BATAVIA OFFICE: 10 ELLICOTT STREET, P.O. BOX 713, BATAVIA, NEW YORK 14021-0713
TELEPHONE: (585) 343-7850 (By Appointment Only)
CLARENCE OFFICE:  9276 MAIN STREET - SUITE 3, CLARENCE, NEW YORK  14031-1913
TELEPHONE:  (716) 759-9759   FAX:  (716) 759-9131**