UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |

## NOTICE OF WITHDRAWAL OF BEHR INDUSTRIES CORP.'S
## RESPONSE TO NINTH OMNIBUS CLAIMS OBJECTION

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 16439 (Behr Industries Corp. and SPCP Group, L.L.C.), dated September 4, 2007, Behr Industries Corp., by and through its undersigned attorneys, hereby withdraws with prejudice its Response to Ninth Omnibus Claims Objection (Docket No. 7191) dated March 9, 2007.

Dated: September 11, 2007                /s/ Stephen B. Grow
                                          Stephen B. Grow (P39622)(SBG9940)
                                          WARNER NORCROSS & JUDD LLP
                                          900 Fifth Third Center
                                          111 Lyon NW
                                          Grand Rapids, Michigan 49503
                                          (616) 752-2158

1455719-1