United States Bankruptcy Court
Southern District of New York

In re DELPHI CORPORATION, et al.,  Case No. 05-44481
 (Jointly Administered)
 Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC** | **Xpedx**
Name of Transferee | Name of Transferor

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**  
**411 West Putnam Ave., Ste. 225**  
**Greenwich, CT 06830**  
**Attn: Alisa Mumola**  
**Phone 203-862-8211**

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: N/A

Last Four Digits of Acct#: N/A

Name and Current Address of Transferor

Name and Address where transferee payments should be sent (if different from above)

**Xpedx**  
**Attn: Martha Diaz**  
**3900 Lima St.**  
**Denver, CO 80239**

**Claim No. 11224**  
**Proof of Claim filed for $120,421.40**

**International Paper Company**  
**xpedx Legal Department**  
**Kim D. Seaton**  
**Senior Counsel**  
**6285 Tri Ridge Blvd.**  
**Loveland, Ohio 45140**

**Scheduled Amount of $137,838.58**

Last Four Digits of Acct#: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____   Date: _____September 10, 2007_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____   _____
 **CLERK OF THE COURT**

### EVIDENCE OF TRANSFER OF CLAIM

**XPEDX-DENVER DIVISION, A DIVISION OF INTERNATIONAL PAPER COMPANY**, a New York corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated August 21 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44507 attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 29 day of August 2007.

(Assignor)
XPEDX-DENVER DIVISION
A DIVISION OF INTERNATIONAL PAPER COMPANY

By: *(signature)*
Name: JAKE JACOBSON
Title: Group V.P.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: *(signature)*
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: *(signature)*
Name: Lisa Murtagh
Title: Exec. Assistant

KL2-2594044.1

## Schedule A

Xpedx-Denver Division, a division of International Paper Company

| Debtor | Case Number | Schedule Amt | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Delphi Medical Systems Colorado Corporation | 05-44507 | 137,838.58 | 120,421.40 | 11224 |

Initials:
Buyer [signature]
Seller [signature]