# EXHIBIT A

85165!FORM||10024943.WPD

FORM B10   (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT   Southern        DISTRICT OF   New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Corporation et al. | Case Number<br>05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expensive arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Airgas Southwest, Inc.

☐ Check box if you are aware that anyone else has filed a proof of relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Airgas, Inc.
259 N Radnor Chester Road  Suite 100
Radnor, PA  19087  Att: D. Boyle

Telephone number: 610-902-6028

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court

Last four digits of account or other number by which creditor identifies debtor: U0157

Check here   ☐ replaces   a previously filed claim, dated:
if this claim  ☐ amends

This space is for court use only

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)

**2. Date debt was incurred:**
Various  See Attached

**3.** If court judgement, date obtained:

**4. Classification of Claim.**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ $88,154.71

☐ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Secured Claim.

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Value of Collateral: $ _____

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)().
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $

| 88,154.71 | | | 88,154.71 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

THIS SPACE IS FOR COURT USE ONLY

**6. Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:**   Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:**   To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/28/06 | Nikolaos Chiros, Director Credit & Collections |

*Penalty for presenting fraudulent claim:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**AIRGAS, INC.**
**AIRGAS SOUTHWEST, INC**
**DELPHI CORPORTATION**
10/8/2005
U0157
8600 CENTRAL FREEWAY N  WICHITA FALLS, TX 76307

| INVOICE DATE | INVOICE NUMBER | PROOF OF DELIVERY NUMBER | INVOICE AMOUNT | TYPE OF PRODUCT OR SERVICE | DISCREPTION OF PRODUCT OR SERVICE |
|---|---|---|---|---|---|
| 5/17/2005 | 552179 | 881811 | (1,975.93) | Goods | Cylinders with Spec Gas |
| 5/19/2005 | 556162 | 859497 | 2,274.90 | Goods | Argon bulk fill |
| 6/30/2005 | 648519 | 13818 | 786.37 | Goods | Nitrogen bulk fill |
| 7/31/2005 | 717432 | 67186 | 530.55 | Goods | Carbon Monoxide gas |
| 7/31/2005 | 717437 | 83067 | 69.95 | Goods | Liquid Oxygen gas |
| 7/31/2005 | 735821 | | 7,797.97 | Rent | Cylinder Rental |
| 8/22/2005 | 774550 | 85096-02 | 494.40 | Goods | Cylinder with Spec Gas |
| 8/29/2005 | 784759 | 116326 | 348.42 | Goods | Argon bulk fill |
| 8/29/2005 | 784760 | 124328 | 2,004.55 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784761 | 124980 | 1,611.36 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784762 | 124999 | 409.96 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784763 | 125010 | 2,125.48 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784764 | 136526 | 1,425.65 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784765 | 136543 | 1,526.20 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784766 | 153045 | 624.02 | Goods | Hydrogen Tube Trailer |
| 8/29/2005 | 784767 | 153077 | 455.00 | Service | Delivery chg for Hy TT |
| 8/29/2005 | 784768 | 157684 | 594.15 | Goods | Carbon Dioxide bulk fill |
| 8/29/2005 | 784769 | 157915 | 75.34 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784770 | 157940 | 2,071.03 | Goods | Nitrogen bulk fill |
| 8/29/2005 | 784771 | 157957 | 428.33 | Goods | Nitrogen bulk fill |
| 8/31/2005 | 792427 | 946829 | 464.81 | Goods | Cylinders with Spec Gas |
| 8/31/2005 | 792428 | 172351 | 1,499.30 | Goods | Nitrogen bulk fill |
| 8/31/2005 | 810707 | | 7,826.06 | Rent | Cylinder Rental |
| 9/15/2005 | 840898 | 206871 | 131.92 | Goods | Liquid Oxygen gas |
| 9/19/2005 | 845694 | 211077 | 79.26 | Goods | Varies cylinder gas |
| 9/19/2005 | 845696 | 214051 | 75.00 | Goods | Helium UHP cylinder gas |
| 9/23/2005 | 853829 | 198095 | 471.97 | Goods | Hydrogen Tube Trailer |
| 9/23/2005 | 853830 | 198103 | 455.00 | Service | Delivery chg for Hy TT |
| 9/23/2005 | 853831 | 211315 | 1,863.04 | Goods | Nitrogen bulk fill |
| 9/23/2005 | 853832 | 211330 | 1,297.01 | Goods | Nitrogen bulk fill |
| 9/28/2005 | 862703 | 207556 | 298.21 | Goods | Nitrogen bulk fill |
| 9/28/2005 | 862704 | 207567 | 1,741.79 | Goods | Nitrogen bulk fill |
| 9/29/2005 | 865549 | 164121 | 480.00 | Goods | Cylinders with Spec Gas |
| 9/29/2005 | 865550 | 215753 | 4,384.85 | Goods | Argon bulk fill |
| 9/29/2005 | 865551 | 231257-01 | 1,300.00 | Service | Service Call |
| 9/29/2005 | 865552 | 241288 | 1,215.11 | Goods | Oxygen bull fill |
| 9/29/2005 | 865553 | 241302 | 1,622.44 | Goods | Nitrogen bulk fill |
| 9/29/2005 | 865554 | 241336 | 159.24 | Goods | Nitrogen bulk fill |
| 9/29/2005 | 865555 | 243436 | 657.22 | Goods | Carbon Dioxide bulk fill |
| 9/29/2005 | 865556 | 993355 | 7,943.18 | Goods | product; tube fittings; misc fittings; tubing |

**AIRGAS, INC.**
**AIRGAS SOUTHWEST, INC**
**DELPHI CORPORTATION**
**10/8/2005**
**U0157**
**8600 CENTRAL FREEWAY N  WICHITA FALLS, TX 76307**

| INVOICE DATE | INVOICE NUMBER | PROOF OF DELIVERY NUMBER | INVOICE AMOUNT | TYPE OF PRODUCT OR SERVICE | DISCREPTION OF PRODUCT OR SERVICE |
|---|---|---|---|---|---|
| 9/30/2005 | 869543 | 241199 | 643.06 | Goods | Hydrogen Tube Trailer |
| 9/30/2005 | 869544 | 243316 | 66.22 | Goods | Liquid Nitrogen gas |
| 9/30/2005 | 869545 | 247482 | 455.00 | Service | Delivery chg for Hy TT |
| 9/30/2005 | 869546 | 249172 | 736.04 | Goods | Nitrogen bulk fill |
| 9/30/2005 | 869547 | 248675 | 2,071.03 | Goods | Nitrogen bulk fill |
| 9/30/2005 | 887956 | | 7,926.80 | Rent | Cylinder Rental |
| 9/26/2005 | 911849 | 247541 | 472.47 | Goods | Hydrogen Tube Trailer |
| 9/26/2005 | 911850 | 247552 | 455.00 | Service | Delivery chg for Hy TT |
| 9/22/2005 | 911851 | 279676 | 2,089.39 | Goods | Nitrogen bulk fill |
| 10/6/2005 | 926713 | 279706 | 1,833.60 | Goods | Nitrogen bulk fill |
| 9/17/2005 | 914269 | 241318 | 1,893.75 | Goods | Nitrogen bulk fill |
| 10/6/2005 | 926714 | 279714 | 300.11 | Goods | Nitrogen bulk fill |
| 9/28/2005 | 926721 | 246133-01 | 500.00 | Goods | Cylinders with Spec Gas |
| 9/30/2005 | 911852 | 279696 | 248.83 | Goods | Nitrogen bulk fill |
| 8/24/2005 | 914268 | 148214 | 3,060.30 | Goods | Argon bulk fill |
| 10/3/2005 | 900519841 | 421674 | 7,760.00 | | Charge back returned check |

88,154.71

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| | DATE | ACCT. NO. | INVOICE NUMBER | |
|---|---|---|---|---|
| D | 09/23/05 | U0157 | 107853831 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

BK
211315-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY. SHIPPD | QTY. B.O. | CYLINDER SHIPD RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | | | |
| 211315 | 0915 | NI BLK | 1 | 0 | | NITROGEN BULK | HH | 1863.03 | 1863.04 | N |
| | | | | | 1 1 | 547952CF @   .340/100CF | | | | |
| | | | | | | Customer Item Number: 400049 | | | | |
| | | ASU ORDER 744569 DEL'D 9/12/05 | | | | | | | | |
| 211315 | 0915 | ARGPSUR | 1 | 0 | | POWER SURCHARGE | EA | .00 | .00 | N |
| | | | | | | | | Subtotal | 1863.04 | |

TOTAL CYLINDERS  SHIPPED:      1 RETURNED:      1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1863.04 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA |
|---|---|---|---|---|---|---|---|

ON _____ at # _____

| | | | | PCS | ZONE | PER WEIGHT | DECL VALUE $ |
|---|---|---|---|---|---|---|---|
| BY | | | | | | | |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY

3877816569

CUST. NO: U0157

ORDER NO: 211315-00

— SHIP TO: —

DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

— SOLD TO: —
DELPHI ENERGY & ENGINE MGM
15-SEP-05   09:47AM   CRT:TNA1492

ORD DATE: 09/15/05

PAGE NO: 001   OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/12/05 | 107 | BK |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | TO NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 HH | | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | G55 | 1 | 1 | 1 | 547952 | 1863.037 | 1,863.04 |

Cust Item # : 400049

<<<<<< Estimated delivery:09/16>>>>>>
RSU ORDER 744569 DEL'D 9/12/05

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 EA | | POWER SURCHARGE | 4 | ARG PSUR | G55 | 1 | 0 | | .0 | .00 | .00 |

Subtotal     1,863.04

Tax:     .00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

Total Sale     1,863.04

SHIPPED BY:

UPS SHIPPER NO.

PKG ID #
211315-00

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE
CUSTOMER X  Kay Rowe

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| PO. AWB00410 | CUST. U0157 | UPS 00    0 |
|---|---|---|

| ORDER 211315-00 | DATE 09/15/05 | SHIP VIA DROP SHIPS  -NONE- |

AIRGAS PERSONNEL    DATE    T.O.D.

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST                           D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO | INVOICE NUMBER |
|---|---|---|
| 09/23/05 | U0157 | 107853832 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO: DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO: DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

BK
211330-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY. SHPD | QTY. B/O | CYLINDER SHPD/RETD | DESCRIPTION | U O M | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:   G55 ** | | | | | | | | |
| 211330 | 091505 | NI BLK | 1 | 0 | | NITROGEN BULK | HH | 1297.00 | 1297.01 | N |
| | | | | | 1  1 | 381472CF @     .340/100CF | CF | | | |
| | | | | | | Customer Item Number: 400049 | | | | |
| | | ASU ORDER 742620 DEL'D 9/12/05 | | | | | | | | |
| 211330 | 091505 | ARGPSUR | 1 | 0 | | POWER SURCHARGE | EA | .00 | .00 | N |
| | | | | | | | Subtotal | | 1297.01 | |

TOTAL CYLINDERS   SHIPPED:        1 RETURNED:        1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1297.01 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP. RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —

```
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171
```

P/O NO:  AWB00410

REL NO:

INTERNAL USE ONLY        3877821679

CUST. NO:        U0157

ORDER NO:        211330-00

— SHIP TO: —

— SOLD TO: —

```
DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307      15-SEP-05  09:47AM CRT:TNA1492
```

ORD DATE:        09/15/05

PAGE NO:        0Q1  OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/12/05 | 10 | BK |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | G55 | 1 | 1    1 | 381472 | 1297.005 | 1,297.01 |

Cust Item # : 400049

```
<<<<<<<Estimated delivery:09/16>>>>>>
          ASU ORDER 742620 DEL'D 9/12/05
```

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT. | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EA | POWER SURCHARGE | 4 | ARG PSUR | G55 | 1 | 0 | | .0 | .00 | .00 |

Subtotal        1,297.01

Tax:        .00

Total Sale        1,297.01

```
Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986
```

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
211330-00

SHIP TO:
```
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307
```

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED

ACCEPT    REJECT

CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X _Key Rone_

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO. AWB00410 | CUST. U0157 | UPS 00    0 |
|---|---|---|
| ORDER 211330-00 | DATE 09/15/05 | SHIP VIA DROP SHIPS   -NONE- |

AIRGAS PERSONNEL        DATE        T.O.D.

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST                    D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO | INVOICE NUMBER | |
|------|----------|----------------|---|
| 09/28/05 | U0157 | 107862703 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

BK
207556-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY. SHP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | | |
| 2075560 | 0914 | NI BLK | 1 | 0 | | NITROGEN BULK | HH | 298.211 | 298.21 N |
| | | | | | 1  1 | 87709CP @   .340/100CP | | | |
| | | | | | | Customer Item Number: 400049 | | | |
| | | ASU ORDER 730800 DEL'D 9/3/05 | | | | | | | |
| 2075560 | 0914 | ARGPSUR | 1 | 0 | | POWER SURCHARGE | EA | .00 | .00 N |
| | | | | | | | Subtotal | | 298.21 |

TOTAL CYLINDERS SHIPPED:      1 RETURNED:      1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD: 0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 298.21 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | ON | | BL # | |
| | | | | | | | PCS | ZONE | CW WGHT | DECL VALUE $ |

— SOLD BY: —
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY  3872399296

CUST. NO:  U0157

ORDER NO:  207556-00

— SHIP TO: —
DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

SOLD TO: DELPHI ENERGY & ENGINE MGMT SY

14-SEP-05   10:36AM CRT:TNA289:

ORD DATE:  09/14/05

PAGE NO:  001  OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPO | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/03/05 | 107 | BK |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | IS NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | | 2 | MI BLK | 655 | 1 | 1    1 | 87709 | 298.211 | 298.21 |

Cust Item # : 400049

<<<<<<<Estimated delivery:09/15>>>>>>>
RSU ORDER 730800 DEL'D 9/3/05

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EA | POWER SURCHARGE | 4 | ARG PSUR | 655 | 1 | 0 | | .0 | .00 | .00 |

Subtotal   298.21

Tax:   .00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

Total Sale   298.21

SHIPPED BY:

UPS SHIPPER NO.

PKG ID 207556-00

SHIP TO DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X  *Kay Rowe*

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| PO. AWB00410 | CUST U0157 | UPS 00   0 |
|---|---|---|
| ORD 207556-00 | DATE 9/14/05 | SHIP DROP SHIPS   -NONE- |

AIRGAS PERSONNEL   DATE   T.O.D.

# Airgas.

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO. | INVOICE NUMBER |
|------|-----------|----------------|
| 09/28/05 | U0157 | 107862704 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

BK
207567-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY. SHIP'D | QTY. B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U/M | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:   G55 ** | | | | | | | | |
| 2075670 | 0914 | NI BLK | 1 | 0 | 1  1 | NITROGEN BULK | HH | 1741.78 | 1741.79 | N |
| | | | | | | 512291CF @   .340/100CF | | | | |
| | | | | | | Customer Item Number: 400049 | | | | |
| | | ASU ORDER 730799 DEL'D 9/4/05 | | | | | | | | |
| 2075670 | 0914 | ARGPSUR | 1 | 0 | | POWER SURCHARGE | EA | .00 | .00 | N |
| | | | | | | | Subtotal | | 1741.79 | |

TOTAL CYLINDERS  SHIPPED:       1 RETURNED:         1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1741.79 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | REL | | ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO:  AWB00410

REL NO:

INTERNAL USE ONLY
CUST. NO:  U0157
ORDER NO:  207567-00

3872406185

— SHIP TO: —
DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

SOLD BY: DELPHI ENERGY & ENGINE MGMT SY
ORD DATE:  09/14/05
PAGE NO:  001 OF 001

14-SEP-05  10:37AM CRT:TNA289:

| TRAN TYPE CHRG-DP | S.SU. 756 | BRCH 55 | TERR 55 | UPS 0 | PPD X | COLL | SH/VIA DROP SHIPS | ROUTING | SCHEDULED SHIP DATE 09/04/06 | REGION 107 | ENTERED BY BK |
|---|---|---|---|---|---|---|---|---|---|---|---|

| QTY SHIP | UNIT KN | DESCRIPTION & HAZARD CLASS | LINE NUMBER | ITEM NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VT VOL/ | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | G55 | 1 | 1 | 1 | 512291 | 1741.789 | 1,741.79 |

Cust Item # : 400049

<<<<<<<<Estimated delivery:09/15>>>>>>>>
ASU ORDER 730799 DEL'D 9/4/05

| QTY SHIP | UNIT KN | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EA | POWER SURCHARGE | 4 | ARG PSUR | G55 | 1 | 0 | | .0 | .00 | .00 |

Subtotal  1,741.79

Tax:  .00

Total Sale  1,741.79

Customer phone number: 248-874-4636 .
EMERGENCY CONTACT  800-985-0986

— SHIPPED BY: —

UPS SHIPPER NO.

PKG # 207567-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X   Kay Rose

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

— SHIP TO: —
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| PO AWB00410 | CUST U0157 | UPS DO  0 |
|---|---|---|
| ORDER 207567-00 | DATE 9/14/05 | SHIP DROP SHIPS  -NONE- |

AIRGAS PERSONNEL    DATE    T.O.D.

# Airgas.

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST                    D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| TRANS DATE | ACCT. NO. | INVOICE NUMBER | |
|---|---|---|---|
| 09/29/05 | U0157 | 107865549 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

JIM
164121-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | COMMON CARRI | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | | | CYLINDER SHPD RTD | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | RELEASE #: REL # 097 | | |
| | | delivered by central frt lines | | | | | | |
| | | ** LOCATION: G55 ** | | | | | | |
| 164121 | 0829 | X02NI90C2003081 | 6 | 0 | | CT 10% OXYGEN | CL | 80.00   480.00 N |
| | | | | | 6  0 | BALANCE NITROGEN SIZE 20 VOL:  1200 | | |
| | | CERTIFIED STANDARD-SPEC CGA 590 | | | | | | |
| | | p/n 400035 | | | | | Subtotal | 480.00 |

TOTAL CYLINDERS  SHIPPED:      6 RETURNED:      0

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 480.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | |
|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PC3 | ZONE | DECL VALUE $ |

—SOLD BY:—

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

—SHIP TO:—

P/O NO: AWB00410

REL NO: REL # 097

INTERNAL USE ONLY    3810335713

CUST. NO:    U0157

ORDER NO:    164121-00

—SOLD TO:—

DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307    29-AUG-05  11:01AM CRT:TNA9547

ORDER DATE:    08/29/05

PAGE NO:    001  OF 001

| TRAN TYPE | SLSM | BACH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 756 | 56 | 56 | 0 | X | | COMMON CARRI | | 08/29/06 | 107 | JIM |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP  RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 CL | | delivered by central frt lines COMPRESSED GASES, N.O.S. (NITROGEN, OXYGEN) 2.2 UN1956 (CT 10% OXYGEN) (BALANCE NITROGEN SIZE 200) CERTIFIED STANDARD-SPEC CGR 590 <<<<<<<Estimated delivery:08/30>>>>>>> p/n 40007S | | 2 | X02 MI90C2003081 | 655 | 6 | 6 | 1200 | 80.00 | 480.00 |

Subtotal    480.00

Customer phone number: 248-874-4636
EMERGENCY CONTACT (Fire, leak, Spill)    800-985-0986

Tax:    .00

Total Sale    480.00

# 085754-02

| SHIPPED BY: | | UPS SHIPPER NO. |
|---|---|---|

PKG ID#
164121-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| P.O. | CUST. | UPS |
|---|---|---|
| AWB00410 | U0157 | 00    0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 164121-00 | 08/29/05 | COMMON CARRI | -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-DARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X    K Rowe

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGE MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | | DATE | T.O.D. |
|---|---|---|---|

# Airgas.

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST          D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT NO. | INVOICE NUMBER |
|------|----------|----------------|
| 09/29/05 | U0157 | 107865550 | 107

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
215753-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY ORD | QTY SHP | CYLINDER SHP/RET | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | |
| 2157530916 | | AR BLK | 1 | 0 | | ARGON INDUSTRIAL BULK | HH 4384.85 | 4384.85 N |
| | | | | | 1  1 | VOL: 157163 | | |
| | | DEL'D 09/19/05 CTI 654133 APCI | | | | 5159B21994 | | |
| | | | | | | | Subtotal | 4384.85 |

TOTAL CYLINDERS  SHIPPED:          1 RETURNED:        1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 4384.85 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| BY | | | | | | ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY    3921939602

CUST. NO:    U0157

ORDER NO:    215753-00

— SHIP TO: —

DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

SOLD TO:

ORD DATE:    09/16/05

PAGE NO:    001 OF 001

27-SEP-05    02:22PM CRT:TNA7516

| TRAN TYPE CHRG | SLSM 756 | BRCH 55 | TERR 55 | UPS 0 | PPD X | COLL | SHIP VIA DROP SHIPS | ROUTING | SCHEDULED SHIP DATE 09/20/05 | REGION 107 | ENTERED BY MSS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| QTY SHIP | UNIT IN | DESCRIPTION & HAZARD CLASS | ITO NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RM | ARGON, REFRIGERATED LIQUID 2.2 UN1951 (ARGON INDUSTRIAL BULK) | | 6 | RR | BLK | 655 | 1 | 1 | 1 | 157163 | 4384.85 | 4,384.85 |

<<<<<<<Estimated delivery:09/28>>>>>>>
DEL'D 09/19/05 CTI 654133 APCI 5159821994

Subtotal    4,384.85

Tax:    .00

Customer phone number: 248-874-4636
EMERGENCY CONTACT 800-985-0986

Total Sale    4,384.85

— SHIPPED BY: —

UPS SHIPPER NO.

PKG ID 215753-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-DARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X    *Kay Rave*

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| P.O. AWB00410 | CUST U0157 | UPS 00-- 0 |
|---|---|---|
| ORDER 215753-00 | DATE 09/16/05 | SHIP VIA DROP SHIPS -NONE- |

AIRGAS PERSONNEL    DATE    T.O.I.

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT NO | INVOICE NUMBER | |
|------|---------|----------------|---|
| 09/29/05 | U0157 | 107865551 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

MSB
231257-01

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWS 44446 | 055 | 756 | 55 | OUR TRUCK | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER / DATE | ORDER NUMBER | DETAIL | CYLINDER SHP RTD | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | ATTN:  JOHN B. | | | | | |
| | ** LOCATION:  G55 ** | | | | | |
| 231257 0922 SW7 | SERVICE CALL | 1 | 0 | *8 SERVICE CALL HOURS INCLUDES MILEAGE, HOTEL | EA 1300.000 | 1300.00 N |
| | | | | Subtotal | | 1300.00 |
| TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT: | | | | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1300.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RST. | | ON | , BL # | | |
| EY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

**SOLD BY:**
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: *AWS 44446*
ATTN:  JOHN B.

REL NO:

INTERNAL USE ONLY        3907989942

CUST.NO:        U0157

ORDER NO:        231257-01

**SHIP TO:**
DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

**SOLD TO:** DELPHI ENERGY & ENGINE MGM

ORD DATE: 09/22/05
PAGE NO:   001   OF 001

22-SEP-05   03:28PM CRT:TNA4472

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br | 756 | 55 | 55 | 0 | X | | OUR TRUCK | | 09/22/05 | 107 | MSB |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | UI | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ATTN:  JOHN B. | | | | | | | | | |
| 1 EA | *8 | SERVICE CALL HOURS INCLUDES MILEAGE, HOTEL & PERDEM | 2 | SV7 SERVICE CALL | 655 | 1 | 0 | | .0 | 1300.0000 | 1,300.00 |

Subtotal        1,300.00

Tax:        .00

Total Sale        1,300.00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

*Recd 9/27/05*

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
231257-01

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| P.O. | CUST. | UPS | |
|---|---|---|---|
| ATTN:  JOHN B. | U0157 | 00 | 0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 231257-01 | 09/22/05 | OUR TRUCK | -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | DATE | T.O.D |
|---|---|---|

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT NO. | INVOICE NUMBER | |
|------|----------|----------------|---|
| 09/29/05 | U0157 | 107865552 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
241288-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | CYL ORD | CYL RET | CYLINDER SHPD/RET'D | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | |
| 2412880927 | | OX BLK | 1 | 0 | OXYGEN BULK | HH | 1215.112 | 1215.11 N |
| | | | | 1 | 1 | 357386CF @   .3400/100CF | | |
| | | | | | Customer Item Number: 400047 | | | |
| | | ASU 757376 DEL'D 09/19/05 | | | | | | |
| 2412880927 | | ARGPSUR | 1 | 0 | POWER SURCHARGE | EA | .00 | .00 N |

Subtotal   1215.11

TOTAL CYLINDERS  SHIPPED:       1 RETURNED:        1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1215.11 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP / RET | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | |
|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | ON | PCS | DECL VALUE $ |

—SOLD BY:—

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

—SHIP TO:—

DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

P/O NO: AWB00410

REL NO:

SOLD TO: DELPHI ENERGY & ENGINE MGMT SY

27-SEP-05   02:25PM  CRT:TNA7516

INTERNAL USE ONLY        3921957347

CUST. NO:    U0157

ORDER NO:    241288-00

DATE:        09/27/05

PAGE NO:     001  OF 001

| TRAN TYPE CHRG | SLSM 756 | BRCH 55 | ITEM 55 | UPS 0 | PPO X | COLL | SHIP VIA DROP SHIPS | ROUTING | SCHEDULED SHIP DATE 09/19/05 | REGION 107 | ENTERED BY MSS |
|---|---|---|---|---|---|---|---|---|---|---|

| QTY SHIP | UNIT KM | —DESCRIPTION— & HAZARD CLASS | LINE NUMBER | ITEM NO | ITEM NUMBER | LOC | QTY ORDER | QTY SHIP | CYLINDERS RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 KM | | OXYGEN, REFRIGERATED LIQUID 2.2 UN1073 (OXYGEN BULK) | 2 | OX | BLK | 655 | 1 | 1 | 1 | 357386 1215.1124 | | 1,215.11 |

Cust Item # : 400047

<<<<<<< Estimated delivery:09/28 >>>>>>>
ASU 757376 DEL'D 09/19/05

| QTY SHIP | UNIT KM | —DESCRIPTION— & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 EA | | POWER SURCHARGE | 4 | ARG PSUR | 655 | 1 | 0 | | .0 | .00 | .00 |

Subtotal     1,215.11

Tax:            .00

Total Sale   1,215.11

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG DIM 241288-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| PO. AWB00410 | CUST U0157 | UPS 00 | 0 |
|---|---|---|---|
| ORDER 241288-00 | DATE 09/27/05 | SHIP VIA DROP SHIPS | -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X   _Kay Rowe_

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | DATE | T.O.D |
|---|---|---|

# Airgas.

## ORIGINAL INVOICE

| DATE | ACCT. NO. | INVOICE NUMBER | |
|------|-----------|----------------|---|
| 09/29/05 | U0157 | 107865553 | .107 |

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
241302-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|------------------------|-----|-------|--------|----------|-------|------|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | ORD | SHPD | CYLINDER SHPD | RETD | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | |
| 241302 | 0927 | NI BLK | 1 | 0 | 1 | 1 | NITROGEN BULK | HH | 1622.44 | 1622.44 N |
| | | | | | | | 477189CF @  .340/100CF | | |
| | | | | | | | Customer Item Number: 400049 | | |
| | | ASU 751387 DEL'D 09/15/05 | | | | | | | |
| 241302 | 0927 | ARGPSUR | 1 | 0 | | | POWER SURCHARGE | EA | .00 | .00 N |
| | | | | | | | | Subtotal | 1622.44 |

TOTAL CYLINDERS  SHIPPED:     1 RETURNED:     1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX | |
|---|---|---|
| .00 | | 1622.44 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET | FREIGHT CHARGES | SHIPPED/ DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| BY | | | | | | | |

ON _____   BK #
PCS   ZONE   GR WEIGHT   DECL VALUE $

— SOLD BY: —
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY   3921985722

CUST. NO:   U0157

ORDER NO:   241302-00

— SHIP TO: —
DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGM
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307        27-SEP-05  02:28PM  CRT:TNA7516

SOLD TO:

ORD DATE:   09/27/05

PAGE NO:   001   OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/15/05 | 107 | MSS |

| QTY SHIP | UNIT IM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | KI | BLK | 655 | 1 | 1   1 | 477189 | 1622.443 | 1,622.44 |

Cust Item # : 400049

<<<<<<<Estimated delivery:09/28>>>>>>>
RSU 751387 DEL'D 09/15/05

| QTY SHIP | UNIT HH | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | 8IM LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 EA | | POWER SURCHARGE | 4 | ARG PSUR | 655 | 1 | 0 | | .0 | .00 | .00 |

Subtotal   1,622.44

Tax:   .00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

Total Sale   1,622.44

— SHIPPED BY: —

UPS SHIPPER NO.

PKG BY 241302-00

— SHIP TO: —
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| P.O. AWB00410 | CUST U0157 | UPS 00   0 |
|---|---|---|
| ORDER 241302-00 | DATE 09/27/05 | SHIP VIA DROP SHIPS   -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X   _Kay Rowe_

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | DATE | T.O.D. |
|---|---|---|

# Airgas.

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO. | INVOICE NUMBER | |
|------|-----------|----------------|---|
| 09/29/05 | U0157 | 107865554 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
241336-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | | CYLINDER SHP'D RET'D | DESCRIPTION | P | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | |
| 2413360 | 0927 | NI BLK | 1  0 | 1  1 | NITROGEN BULK | HH | 159.236 | 159.24 N |
| | | | | | 46834CF @   .340/100CF | | | |
| | | | | | Customer Item Number: 400049 | | | |
| | | ASU 754590 DEL'D 09/17/05 | | | | | | |
| 2413360 | 0927 | ARGPSUR | 1  0 | | POWER SURCHARGE | EA | .00 | .00 N |
| | | | | | | | Subtotal | 159.24 |

TOTAL CYLINDERS SHIPPED:   1 RETURNED:   1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD: 0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX → |
|---|---|
| .00 | 159.24 |

# DELIVERY ORDER

## Airgas.

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP / RET | FREIGHT CHARGES | SHIPPED: DELIVERED VIA |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| BY |  |  |  |  |  |  | ON | PCS | ZONE | GR WEIGHT | DECL VALUE |

—SOLD BY:—

```
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171
```

P/O NO: AWB00410

REL NO:

—SHIP TO:—

```
DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307        27-SEP-05  02:32PM CRT:TNA7516
```

INTERNAL USE ONLY     3922023270

CUST. NO:     U0157

ORDER NO:     241336-00

SOLD TO: DELPHI ENERGY & ENGINE MGMT SY  ORD. DATE: 09/27/05

PAGE NO:     001 OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/17/05 | 107 | MSS |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | IO NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETH | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 HH | | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | HI | BLK | 655 | 1 | 1 | 1 | 46834 | 159.236 | 159.24 |

Cust Item # : 400049

<<<<<< Estimated delivery:09/28 >>>>>>>
RSU 754590 DEL'D 09/17/05

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 EA | POWER SURCHARGE | | 4 | ARG PSUR | 655 | 1 | 0 | | .0 | .00 | .00 |

Subtotal     159.24

Tax:     .00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

Total Sale     159.24

SHIPPED BY:

UPS SHIPPER NO.

PKG ID 241336-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| P.O. AWB00410 | CUST U0157 | UPS 00    0 |
|---|---|---|
| ORDER 241336-00 | DATE 09/27/05 | SHIP VIA DROP SHIPS    -NONE- |

PLACARDS OFFERED
ACCEPT    PLACE
CUSTOMER MUST
INITIAL CHOICE

*THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

ACCEPTED FOR
THE ABOVE
CUSTOMER X    _Kay Rowe_

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED DESCRIBED PACKA
MARKED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | | DATE | T.O.I |

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT NO'S | INVOICE NUMBER | |
|---|---|---|---|
| 09/29/05 | U0157 | 107865555 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
243436-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | UNITS SHP'D RT'D | CYLINDER SHP'D RT'D | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | |
| 243436 | 0928 | CD BLK | 1 | 0 | CARBON DIOXIDE BULK | LB 657.220 | 657.22 N |
| | | | 1 | 1 | VOL:    7732 | | |
| | | | | | Customer Item Number: 701417 | | |
| | | RELIANT 60855 DEL'D 09/16/05 | | | | | |
| | | | | | | Subtotal | 657.22 |

TOTAL CYLINDERS  SHIPPED:       1 RETURNED:          1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX | |
|---|---|---|
| .00 | | 657.22 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP RET | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | | | | |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

— SHIP TO: —

P/O NO:   AWB00410

REL NO:

INTERNAL USE ONLY

CUST. NO:   U0157

ORDER NO:   243436-00

3925118607

— SOLD TO: —

DELPHI ENERGY & ENGINE MGMT SY   DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307   28-SEP-05  10:09AM CRT:TNA6000

ORD DATE:   09/28/05

PAGE NO:   001  OF 001

| TRAN TYPE | SUSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG PP | 756 | 55 | 55 0 | X | | | DROP SHIPS | | 09/16/05 | 107 | MGS |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | CYLINDERS RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LB | CARBON DIOXIDE, REFRIGERATED LIQUID 2.2 UN2187 (CARBON DIOXIDE BULK) | | 2 | CO | BLK | 655 | 1 | 1 | 1 | 7732 | 657.2200 | 657.22 |

Cust Item # : 701417

<<<<<<Estimated delivery:09/29>>>>>>>
RELIANT 60855 DEL'D 09/16/05

|  |  |
|---|---|
| Subtotal | 657.22 |
| Tax: | .00 |
| Total Sale | 657.22 |

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

---

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#

243436-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| P.O. | | CUST | UPS | |
|---|---|---|---|---|
| AWB00410 | | U0157 | 00 | 0 |
| ORDER | DATE | SHIP VIA | | |
| 243436-00 | 09/28/05 | DROP SHIPS | -NONE- | |

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED

ACCEPT   REJECT

CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE
CUSTOMER X   _Kay Rowe_

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGE
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | DATE | T.O.D. |
|---|---|---|

# Airgas.

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT NO. | INVOICE NUMBER |
|------|----------|----------------|
| 09/29/05 | U0157 | 107865556 | 107

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO  ➞**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

JIM
993355-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWS 44446 | 055 | 756 | 55 | COMMON CARRI | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY ORD | CYLINDER SHPD RETD | DESCRIPTION | | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | |
| 993355 | 0905 | STCCR-4 | 3 | 0 | *CYLINDER RACK FOR 4 CYLI | EA | 360.36 | 1081.08 | N |
| 993355 | 0905 | FRTSPECIAL | 1 | 0 | *FREIGHT/HANDLING-CUST add motor frt on cyl rac | EA | 85.00 | 85.00 | N |
| 993355 | 0905 | SW7SS-TUBING | 8 | 0 | *SS-FM6AS6AS6-120 | EA | 533.000 | 4264.00 | N |
| 993355 | 0905 | SW7MISC.FITTING | 6 | 0 | *SPECIAL FITTINGS 3/8 | EA | 6.6000 | 39.60 | N |
| 993355 | 0905 | WESPF-4-120 | 6 | 0 | *SS-BRAID FLEX HOSE 10ft long | EA | 90.700 | 544.20 | N |
| 993355 | 0905 | Y12244D580 | 6 | 0 | REG-2 STG 3000/100 PSI B | EA | 177.39 | 1064.34 | N |
| 993355 | 0905 | SW7TUBE FITTING | 6 | 0 | *SS-4-WVCR-6-600 SWAGELOC | EA | 48.7143 | 292.29 | N |
| 993355 | 0905 | SW7TUBE FITTING | 40 | 0 | *SS-T6-S-049-20 3/8 TUBIN | EA | 8.0900 | 323.60 | N |
| | | 2 STAGE HIGH PURITY STAINLESS STEEL REGULATOR 0-100 PSI DELIVERY RANGE! | | | | | | | |
| 993355 | 0905 | SW7FITTING | 6 | 0 | *SS-602-61F | EA | 1.5800 | 9.48 | N |
| 993355 | 0905 | SW7BULK HEAD | 6 | 0 | *SS-600-61-6AN | EA | 33.1667 | 199.00 | N |
| 993355 | 0905 | WES80 8 | 3 | 0 | *WETERN ADOAPTOR CGA-350- | EA | 13.530 | 40.59 | N |
| | | | | | | Subtotal | | 7943.18 | |

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT |
|---|
| .00 |

**AMOUNT THIS INVOICE ➞**
INCLUDING TAX

7943.18

# DELIVERY ORDER

**Airgas.**

For location nearest you visit www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ | |

SOLD BY:

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWS 44446  ATTN JOHN B.   3907051892

REL NO:   CUST. NO: U0157

ORDER NO: 993355-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SY  SOLD TO: DELPHI ENERGY & ENGINE MGMT  ORDER DATE: 09/05/05
8600 CENTRAL FREEWAY N

PAGE NO: 001 OF 001

WICHITA FALLS TX 76307    22-SEP-05  12:51PM CRT:TNA4472

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPO | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 756 | 55 | 55 | 0 | X | | COMMON CARRI | 000836 | 09/05/05 | 107 | JIM |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | UI | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ******* SHIP COMPLETE ONLY ******* | | | | | | | | | |
| 3 EA | | *CYLINDER RACK-FOR 4 CYLINDER | 1 | STC CR-4 | 655 | 3 | 0 | | .0 | 360.36 | 1,081.08 |
| 1 EA | | *FREIGHT/HANDLING-CUST | 20 | FRT SPECIAL | 655 | 1 | 0 | | .0 | 85.00 | 85.00 |
| | | add motor frt on cyl racks | | | | | | | | | |
| 8 EA | | *SS-FMGAS6ASG-120 | 40 | SW7 SS-TUBING | 655 | 8 | 0 | | .0 | 533.0000 | 4,264.00 |
| 6 EA | | *SPECIAL FITTINGS 3/8 | 58 | SW7 MISC.FITTING | 655 | 6 | 0 | | .0 | 6.6000 | 39.60 |
| 6 EA | | *SS-BRAID FLEX HOSE | 65 | WES PF-4-120 | 655 | 6 | 0 | | .0 | 90.700 | 544.20 |
| | | 10ft long | | | | | | | | | |
| 3 EA | | WESTERN ADAPTOR CGA-350-5 | 71 | WES 808 | 655 | 3 | 0 | H2 | .0 | 13.53 | 40.59 |
| 6 EA | | REG-2-STG-3000/100-PSI-BRS-RM | 72 | Y12-2440580 | 655 | 6 | 0 | | .0 | 177.39 | 1,064.34 |
| 6 EA | | *SS-4-WVCR-6-600 SWAGELOCK | 74 | SW7 TUBE FITTING | 655 | 6 | 0 | | .0 | 48.7143 | 292.29 |
| 40 EA | | *SS-TG-S-049-20 3/8 TUBING | 75 | SW7 TUBE FITTING | 655 | 40 | 0 | | .0 | 8.0900 | 323.60 |
| 6 EA | | *SS-602-61F | 76 | SW7 FITTING | 655 | 6 | 0 | | .0 | 1.5800 | 9.48 |
| 6 EA | | *SS-600-61-6RM | 77 | SW7 BULK HEAD | 655 | 6 | 0 | | .0 | 33.1667 | 199.00 |
| | | ******* This order is complete ******* | | | | | | | | | |

Subtotal   7,943.18

Tax:   .00

Total Sale   7,943.18

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

Rec'd 9/27/05

SHIPPED BY:

UPS SHIPPER NO.

PKG ID# 993355-00

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED  ACCEPT  REJECT  CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X

NAME PLEASE PRINT

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| P.O. ATTN JOHN B. | CUST. U0157 | UPS 00  0 |
| ORDER 993355-00 | DATE 09/05/05 | SHIP VIA COMMON CARRI -NONE- |

AIRGAS PERSONNEL   DATE   T.O.D.

# Airgas.

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT. NO. | INVOICE NUMBER | |
|------|-----------|----------------|---|
| 09/30/05 | U0157 | 107869543 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
241199-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY | CYLINDER SHIP'D RET'D | DESCRIPTION | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | |
| 2411990 | 0927 | HY TT | 1 | 0 | HYDROGEN TUBE TRAILER CG HH | 643.06 | 643.06 | N |
| | | | | 1 1 | VOL: 16790 | | | |
| | | AGMS 5839 DEL'D 09/12/05 | | | | | | |
| 2411990 | 0927 | ARGPSUR | 1 | 0 | POWER SURCHARGE | EA .00 | .00 | N |
| | | | | | | Subtotal | 643.06 | |

TOTAL CYLINDERS  SHIPPED:      1 RETURNED:      1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 643.06 |

# DELIVERY ORDER

Airgas.

For location nearest you visit www.airgas.com

| | FILED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | REL | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON ____ BL# |
|---|---|---|---|---|---|---|---|---|
| ITEM COUNT | | | | | | | | PCS / ZONE / GR WEIGHT / DECL VALUE $ |
| BY | | | | | | | | |

— SOLD BY: —
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY: 3921850921
CUST. NO: U0157
ORDER NO: 241199-00
ORD DATE: 09/27/05
PAGE NO: 001 OF 001

— SHIP TO: —
DELPHI ENERGY & ENGINE MGMT SY — SOLD TO: DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307    27-SEP-05 02:13PM CRT:TNA7516

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/12/05 | 107 | MSS |

| QTY SHIP | UNIT HH | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | CYLINDERS RETN | VOL/WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | ... HYDROGEN, COMPRESSED 2.1 UN1049 (HYDROGEN TUBE TRAILER CGA 350) | | 2 | HY TT | 655 | 1 | 1 | 1 | 16790 | 643.06 | 643.06 |

<<<<<<<Estimated delivery:09/28>>>>>>>
AGMS 5839 DEL'D 09/12/05

| QTY SHIP | UNIT HH | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EA | POWER SURCHARGE | 4 | ARG PSUR | 655 | 1 | 0 | | .0 | .00 | .00 |

Subtotal 643.06

Tax: .00

Total Sale 643.06

Customer phone number: 248-874-4636
EMERGENCY CONTACT 800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID: 241199-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

P.O. AWB00410 | CUST U0157 | UPS 00 0-

ORDER 241199-00 | DATE 09/27/05 | SHIP VIA DROP SHIPS -NONE-

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED: ACCEPT / REJECT — CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X Kay Rowe

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

AIRGAS PERSONNEL | DATE | T.O.

# Airgas.

## ORIGINAL INVOICE

| DATE | ACCT NO. | INVOICE NUMBER |
|---|---|---|
| 09/30/05 | U0157 | 107869544 | 107

AIRGAS-SOUTHWEST      D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

JIM
243316-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | OUR TRUCK | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | NUMBER | | CYLINDER SHPD RET'D | | | | |
|---|---|---|---|---|---|---|---|---|

| 243316 | 0928 | NI 160LT50 | 1 | 0 | | ** LOCATION: G55 ** LIQUID NITROGEN 160LTRS | CL | 66.22 | 66.22 N |
| | | | | 1 | 1 | VOL: 3685 | | | |

Subtotal    66.22

TOTAL CYLINDERS  SHIPPED:    1 RETURNED:    1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 66.22 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | ON | PCS | ZONE | OR WEIGHT | DECL VALUE $ |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY

3924936240

CUST.NO: U0157

ORDER NO: 243316-00

— SOLD TO: —

DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

ORD DATE: 09/28/05

PAGE NO: 001  OF 001

28-SEP-05  09:52AM CRT:TNA6098

| TRAN TYPE | S.S/M | BRCH | TEAR | UPS | PPD | COLL | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| CASH | 758 | 55 | 55 0 | X | | OUR TRUCK | | 09/28/05 | 107 | JIM |

| QTY SHIP | UNIT KM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 CL | | ********** FIRST ORDER ********** | | | | | | | | | | |
| 1 CL | | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (LIQUID NITROGEN 160LTRS 50PSI) | 2 | MI | 160LT50 | G55 | 1 | 1 | 1 | 3685 | 66.22 | 66.22 |

<<<<<<<Estimated delivery:09/29>>>>>>>

| | |
|---|---|
| Subtotal | 66.22 |
| Tax: | .00 |
| Total Sale | 66.22 |

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

*PICK up VGh at THE LAB Refill & Return TODAY!!!*

SHIPPED BY:

UPS SHIPPER NO.

PKG ID# 243316-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| PO. | CUST. | UPS | |
|---|---|---|---|
| AWB00410 | U0157 | 00 | 0 |
| ORDER | DATE | SHIP VIA | |
| 243316-00 | 09/28/05 | OUR TRUCK | -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X

NAME PLEASE PRINT   R ESPARZA

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | DATE | T.O.D. |
|---|---|---|

# Airgas.

## ORIGINAL INVOICE

| DATE | ACCT NO | INVOICE NUMBER | |
|---|---|---|---|
| 09/30/05 | U0157 | 107869545 | 107 |

D

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

| S O L D T O | DELPHI ENERGY & ENGINE MGMT SYSTEMS<br>110 INDIANA<br>WICHITA FALLS TX 76301-1014 | S H I P T O | DELPHI ENERGY & ENGINE MGMT SYST<br>8600 CENTRAL FREEWAY N<br>WICHITA FALLS TX 76307 |

MSS
247482-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | PRODUCT NUMBER | | | CYLINDER SHP'D RET'D | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | |
| 247482 | 0929 | LABDELIVERY | 1 | 0 | | CHARGE FOR DELIVERY CUST EA | 455.00 | 455.00 N |
| | | DELIVERY CHARGE FOR AGMS DELIVERY 5839  09/12/05 | | | | | | |
| | | | | | | Subtotal | | 455.00 |

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 455.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | RET | FREIGHT CHARGES | SHIPPED/DELIVERED VIA |
|---|---|---|---|---|---|---|---|---|
| ITEM COUNT | | | | | | | | ON |
| BY | | | | | | | | |

| | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
|---|---|---|---|---|---|---|---|---|---|---|

— SOLD BY: —

```
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171
```

P/O NO:  AWB00410

REL NO:

— SOLD TO: —

INTERNAL USE ONLY    3931224330

CUST. NO:    U0157

ORDER NO:    247482-00

ORD DATE:    09/29/05

PAGE NO:    001  OF 001

```
DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307
```

SHIP TO:

| TRAN TYPE | SLSM | DROP | TERR | UPS | PPD | COL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 750 | 55 | 55-0 | X | | | DROP SHIPS | | 09/12/05 | 107 | HSS |

20 SEP 05  10:48AM CDT  TNA5080

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 EA | | CHARGE FOR DELIVERY CUST SITE | 2 | LAB DELIVERY | 655 | 1 | 0 | | .0 | 455.00 | 455.00 |
| | | DELIVERY CHARGE FOR AGMS DELIVERY 5839 09/12/05 | | | | | | | | | |

| | |
|---|---|
| Subtotal | 455.00 |
| Tax: | .00 |
| Total Sale | 455.00 |

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
247482-00

SHIP TO:
```
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307
```

| PO. | | CUST. | UPS |
|---|---|---|---|
| AWB00410 | | U0157  00  0 | |
| ORDER | DATE | SHIP VIA | |
| 247482-00 | 09/29/05 | DROP SHIPS  -NONE- | |

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

ACCEPTED FOR THE ABOVE CUSTOMER X  *Kay Rowe*

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

| AIRGAS PERSONNEL | DATE | T.O.J |
|---|---|---|

PLACARDS OFFERED
ACCEPT  REJECT
CUSTOMER MUST INITIAL CHOICE

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT NO. | INVOICE NUMBER | |
|------|----------|----------------|---|
| 09/30/05 | U0157 | 107869546 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
249172-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER / DATE | STOCK NUMBER | CYLINDER SHPD/RETD | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

```
2491720929 NI BLK   ** LOCATION:  G55 **      1   0
                                                    1  1   NITROGEN BULK                HH  736.035    736.04 N
                                                            216481CF @    .340/100CF
                                                            Customer Item Number: 400049

              ASU 723450 DEL'D 8/31/05
                                                                              Subtotal          736.04

                    TOTAL CYLINDERS  SHIPPED:      1 RETURNED:        1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:
```

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 736.04 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED DELIVERED VIA |
|---|---|---|---|---|---|---|---|

| | | | | ON | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |
| BY | | | | | | | |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY    3933668804

CUST. NO:    U0157

ORDER NO:    249172-00

— SOLD TO: —

DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

ORD DATE:    09/29/05

PAGE NO:    001 OF 001

| TRAN TYPE | SLSM | DROP SHIP | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG | 750 | 55 | 55 0 | X | | | DROP SHIPS | GRT+TNA5080 | 08/31/05 | 107 | NSS |

29 SEP 05   02:53PM

| QTY SHIP | UNIT | HH | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | 655 | 1 | 1 | 1 | 216481 | 736.035 | 736.04 |

Cust Item # : 400049

<<<<<<<<Estimated delivery:09/30>>>>>>>>
RSU 723450 DEL'D 8/31/05

| | |
|---|---|
| Subtotal | 736.04 |
| Tax: | .00 |
| Total Sale | 736.04 |

Customer phone number: 248-874-4636
EMERGENCY CONTACT 800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#    249172-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| P.O. | CUST. | UPS |
|---|---|---|
| AWB00410 | U0157 | 00  0 |
| ORDER | DATE | SHIP VIA |
| 249172-00 | 09/29/05 | DROP SHIPS  -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT    REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X    _Kay Rowe_

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | DATE | T.O.D. |
|---|---|---|

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO. | INVOICE NUMBER | |
|------|-----------|----------------|---|
| 09/30/05 | U0157 | 107869547 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

BH
248675-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER / DATE | STOCK NUMBER | | | CYLINDER SHP'D/RET'D | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | ** LOCATION:  G55 ** | | | |
| 248675 0930 | NI BLK | 1 | 0 | | NITROGEN BULK | HH | 2071.02 | 2071.03 N |
| | | | | 1  1 | 609126CF @    .340/100CF | | | |
| | | | | | Customer Item Number: 400049 | | | |
| | ASU ORDER 768715 DEL'D 9/26/05 | | | | | | | |
| | | | | | | | Subtotal | 2071.03 |

TOTAL CYLINDERS  SHIPPED:    1 RETURNED:    1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 2071.03 |

# DELIVERY ORDER

## Airgas.

For location nearest you visit .
www.airgas.com

| ITEM COUNT | FILED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP. RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON | . BL # |
|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171
— SHIP BY:

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY       3933061568

CUST. NO:       U0157

ORDER NO:       248675-00

ORD DATE:       09/29/05

PAGE NO:       001 OF 001

— SOLD TO: —

DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD COLL | SHIP VIA | | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 29-SEP-05  01:50PM CDT+TNA7030 | | | | | |
| CHRG DP | 750 | 55 | 55 | 0 | X | DROP SHIPS | | +TNA7030 | 09/26/05 | 107 BK | |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | G55 | 1 | 1 | 1 | 609126 | 2071.028 | 2,071.03 |

Cust Item # : 400049

<<<<<< Estimated delivery:09/30 >>>>>>>
RSU ORDER 768715 DEL'D 9/26/05

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EA | POWER SURCHARGE | 4 | ARG PSUR | G55 | 1 | 0 | | .0 | .00 | .00 |

Subtotal       2,071.03

Tax:       .00

Total Sale       2,071.03

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#

248675-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR THE ABOVE
CUSTOMER X   Kay Rowe

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| P.O. | CUST. | UPS |
|---|---|---|
| AWB00410 | U0157  00  0 | |
| ORDER | DATE | SHIP VIA |
| 248675-00 | 09/29/05 | DROP SHIPS  -NONE- |

AIRGAS PERSONNEL       DATE       T.O.D.

# Airgas.

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 107887956 | 1 | 09/30/05 | U0157 | AWB00410 | D | 55 |

NET 30 DAYS    107

```
┌──────REMIT TO──────┐
  AIRGAS-SOUTHWEST
  P O BOX 120001, DEPT 0981
  DALLAS TX 75312-0981
  (940) 322-1171
```

S
O
L
D
B
Y

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

B
I
L
L
T
O

DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

S
H
I
P
T
O

DELPHI ENERGY & ENGINE MGMT SYS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| INV. TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AC 4 | | | | BALANCE FORWARD | | | | 3 | | | | | |
| | | ACETY LARGE | | | | | | | | | | | | |
| R | ACL | -----  TOTALS ----> | | | | 3 | 0 | 0 | 3 | 0 | | 3 | 2.95 | 8.85 |
| | AR 300 | | | | BALANCE FORWARD | | | | 3 | | | | | |
| | AR CD25300 | | | | BALANCE FORWARD | | | | 2 | | | | | |
| | | ARGON LARGE | | | | | | | | | | | | |
| R | ARL | -----  TOTALS ----> | | | | 5 | 0 | 0 | 5 | 0 | | 5 | 2.95 | 14.75 |
| | AR CD2580 | | | | BALANCE FORWARD | | | | 2 | | | | | |
| | | ARGON SMALL | | | | | | | | | | | | |
| R | ARS | -----  TOTALS ----> | | | | 2 | 0 | 0 | 2 | 0 | | 2 | 2.95 | 5.90 |
| | CD 50 | | | | BALANCE FORWARD | | | | 4 | | | | | |
| | | CARBON DIOXIDE LARGE | | | | | | | | | | | | |
| R | CDL | -----  TOTALS ----> | | | | 4 | 0 | 0 | 4 | 0 | | 4 | 2.95 | 11.80 |
| | RNTARB | | | | BALANCE FORWARD | | | | 1 | | | | | |
| | | RENT ARGON STATION-1 | | | | | | | | | | | | |
| R | FAR | -----  TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 315.00 | 315.00 |
| | RNTCDB | | | | BALANCE FORWARD | | | | 1 | | | | | |
| | | RENT CO2 STATION-1 | | | | | | | | | | | | |
| R | FCD | -----  TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 345.00 | 345.00 |
| | RNTFF1 | | | | BALANCE FORWARD | | | | 1 | | | | | |
| | | RENTAL FACILITY FEE | | | | | | | | | | | | |
| R | FF1 | -----  TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 4350.00 | 4350.00 |
| | RNTNIB | | | | BALANCE FORWARD | | | | 1 | | | | | |
| | | RENT NITROGEN STA-1 | | | | | | | | | | | | |
| R | FNI | -----  TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 950.00 | 950.00 |
| | RNTOXB | | | | BALANCE FORWARD | | | | 1 | | | | | |
| | | RENT OXY BLK STA-1 | | | | | | | | | | | | |

| TOTAL VALUE OF CYLINDERS | | **TOTAL** ▶ | |
|---|---|---|---|
| | | | CONTINUED |

INVOICE TYPE
R - RENTAL
D - DEMURRAGE

# Airgas

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 107887956 | 2 | 09/30/05 | U0157 | AWB00410 | D | 55 |

NET 30 DAYS    107

---REMIT TO---
AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

S
O AIRGAS-SOUTHWEST
L 110 INDIANA STREET
D WICHITA FALLS TX 76301-0110
B (940) 322-1171
Y

B DELPHI ENERGY & ENGINE MGMT SYSTEMS
I 110 INDIANA
L WICHITA FALLS TX 76301-1014
L
T
O

S DELPHI ENERGY & ENGINE MGMT SYS
H 8600 CENTRAL FREEWAY N
I WICHITA FALLS TX 76307
P
T
O

| INV. TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | FOX | ----- TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 600.00 | 600.00 |
| GG | HBTRI300 | | BALANCE FORWARD | | | | | | 1 | | | | | |
| HE | 200 | | BALANCE FORWARD | | | | | | 4 | | | | | |
| | | HELIUM LARGE | | | | | | | | | | | | |
| R | HEL | ----- TOTALS ----> | | | | 5 | 0 | 0 | 5 | 0 | | 5 | 2.95 | 14.75 |
| GG | HBTRI80 | | BALANCE FORWARD | | | | | | 2 | | | | | |
| | | HELIUM SMALL | | | | | | | | | | | | |
| R | HES | ----- TOTALS ----> | | | | 2 | 0 | 0 | 2 | 0 | | 2 | 2.95 | 5.90 |
| NI | 160LT50 | | 243316869 | 544 | 09/28 | | 1 | 1 | 0 | | | | | |
| | | | PO:AWB00410 | | | | | | | | | | | |
| NI | 180LT350 | | BALANCE FORWARD | | | | | | 1 | | | | | |
| CX | 180LT230 | | 206871840 | 898 | 09/13 | | 1 | 1 | 0 | | | | | |
| | | | PO:AWB00410 | | | | | | | | | | | |
| CX | 180LT230 | | 211077845 | 694 | 09/15 | | 1 | 1 | 0 | | | | | |
| | | | PO:AWB00410 | | | | | | | | | | | |
| | | LIQ CYL 161-180 LTR | | | | | | | | | | | | |
| R | LQ2 | ----- TOTALS ----> | | | | 1 | 3 | 3 | 1 | 0 | | 1 | 30.00 | 30.00 |
| CX | USPME | | BALANCE FORWARD | | | | | | 2 | | | | | |
| | | MEDICAL ABCDE | | | | | | | | | | | | |
| R | MEX | ----- TOTALS ----> | | | | 2 | 0 | 0 | 2 | 0 | | 2 | 2.95 | 5.90 |
| NI | 200 | | BALANCE FORWARD | | | | | | 8 | | | | | |
| NI | 200 | | 211077845 | 694 | 09/15 | | 2 | 2 | 8 | | | | | |
| | | | PO:AWB00410 | | | | | | | | | | | |
| NI | 300 | | BALANCE FORWARD | | | | | | 2 | | | | | |
| NI | AR25200 | | BALANCE FORWARD | | | | | | 7 | | | | | |
| | | NITROGEN LARGE | | | | | | | | | | | | |

| TOTAL VALUE OF CYLINDERS | | **TOTAL ▶** | |
|---|---|---|---|
| | | | CONTINUED |

INVOICE TYPE
R - RENTAL
D - DEMURRAGE

# Airgas.

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 107887956 | 3 | 09/30/05 | U0157 | AWB00410 | D | 55 |

NET 30 DAYS    107

```
┌──────REMIT TO──────┐
│ AIRGAS-SOUTHWEST   │        S  AIRGAS-SOUTHWEST
│ P O BOX 120001, DEPT 0981   O  110 INDIANA STREET
│ DALLAS TX 75312-0981        L  WICHITA FALLS TX 76301-0110
│ (940) 322-1171     │        D
└────────────────────┘        B  (940) 322-1171
                              Y
```

```
B  DELPHI ENERGY & ENGINE MGMT SYSTEMS        S  DELPHI ENERGY & ENGINE MGMT SYS
I  110 INDIANA                                H  8600 CENTRAL FREEWAY N
L  WICHITA FALLS TX 76301-1014               I  WICHITA FALLS TX 76307
T                                             P
O                                             T
                                              O
```

| INV. TYPE | CYL. | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | NIL | -----  TOTALS ----> | | | | 17 | 2 | 2 | 17 | 0 | | 17 | 2.95 | 50.15 |
| | OX 200 | | | BALANCE FORWARD | | | | | 3 | | | | | |
| | | OXYGEN LARGE | | | | | | | | | | | | |
| R | OXL | -----  TOTALS ----> | | | | 3 | 0 | 0 | 3 | 0 | | 3 | 2.95 | 8.85 |
| | X04N198C15AC1F0 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X04N198C15AC1F1 | | | BALANCE FORWARD | | | | | 2 | | | | | |
| | X04N198P15A16T5 | | | BALANCE FORWARD | | | | | 24 | | | | | |
| | | RARE/SPECIAL | | | | | | | | | | | | |
| R | RS6 | -----  TOTALS ----> | | | | 27 | 0 | 0 | 27 | 0 | | 810 | .155 | 125.55 |
| | X02N198C33A3472 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02N198C33A5787 | | | BALANCE FORWARD | | | | | 8 | | | | | |
| | X02N198C33AD844 | | | BALANCE FORWARD | | | | | 2 | | | | | |
| | X02N198P33A1938 | | | BALANCE FORWARD | | | | | 1 | | | | | |
| | X02N199C33A1294 | | | BALANCE FORWARD | | | | | 8 | | | | | |
| | X02N199C33A1294 | 211 | 081845695 | 09/15 | | | 1 | 7 | | | | | | |
| | | | PO:AWB00410 | | | | | | | | | | | |
| | X02N199C33A42S1 | | | BALANCE FORWARD | | | | | 8 | | | | | |
| | X02N199C33A42S1 | 211 | 081845695 | 09/15 | | | 1 | 7 | | | | | | |
| | | | PO:AWB00410 | | | | | | | | | | | |
| | X02N199C33A42S2 | | | BALANCE FORWARD | | | | | 8 | | | | | |
| | X02N199C33A42S3 | | | BALANCE FORWARD | | | | | 8 | | | | | |
| | X02N199C33A5213 | | | BALANCE FORWARD | | | | | 1 | | | | | |

| TOTAL VALUE OF CYLINDERS | | | | | | **TOTAL ▶** | CONTINUED |
|---|---|---|---|---|---|---|---|

INVOICE TYPE
R - RENTAL
D - DEMURRAGE

# Airgas.

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 107887956 | 4 | 09/30/05 | U0157 | AWB00410 | D | 55 |

NET 30 DAYS    107

—REMIT TO—
AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

S O L D B Y
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

B I L L T O
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

S H I P T O
DELPHI ENERGY & ENGINE MGMT SYS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| INV. TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 02NI99P33A | 4254 | | | BALANCE FORWARD | | | | 6 | | | | | |
| X | 02NI99P33A | 4254 | 211 | 0818456 | 95 09/15 | | | 2 | 4 | | | | | |
| | | | | PO:AWB00410 | | | | | | | | | | |
| X | 02NI99P33A | 0175 | | | BALANCE FORWARD | | | | 1 | | | | | |
| X | 02NI99P33A | 0798 | | | BALANCE FORWARD | | | | 4 | | | | | |
| X | 02NI99P33A | 0798 | 211 | 0818456 | 95 09/15 | | | 4 | 0 | | | | | |
| | | | | PO:AWB00410 | | | | | | | | | | |
| | | | RARE/SPECIAL | | | | | | | | | | | |
| R | RS7 | | ----- TOTALS ----> | | | 56 | 0 | 8 | 48 | 0 | | 48 | 2.95 | 141.60 |
| AI | Z300 | | | | BALANCE FORWARD | | | | 1 | | | | | |
| AR | UHP200 | | | | BALANCE FORWARD | | | | 1 | | | | | |
| HE | UHP200 | | | | BALANCE FORWARD | | | | 1 | | | | | |
| HE | UHP300 | | | | BALANCE FORWARD | | | | 3 | | | | | |
| HE | UHP300 | | 214 | 0518456 | 96 09/15 | | 1 | | 4 | | | | | |
| | | | | PO:AWB00410 | | | | | | | | | | |
| HE | Z300 | | | | BALANCE FORWARD | | | | 2 | | | | | |
| HY | Z300 | | | | BALANCE FORWARD | | | | 6 | | | | | |
| X | 02AR90J200 | B002 | | | BALANCE FORWARD | | | | 4 | | | | | |
| X | 02HE70C200 | B044 | | | BALANCE FORWARD | | | | 3 | | | | | |
| X | 02NI90C200 | B081 | | | BALANCE FORWARD | | | | 19 | | | | | |
| X | 02NI96C200 | B000 | | | BALANCE FORWARD | | | | 2 | | | | | |
| X | 02NI98C200 | D152 | | | BALANCE FORWARD | | | | 1 | | | | | |

| TOTAL VALUE OF CYLINDERS | | TOTAL ▶ | CONTINUED |
|---|---|---|---|

INVOICE TYPE
R - RENTAL
D - DEMURRAGE

# Airgas.

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERM # |
|---|---|---|---|---|---|---|
| 107887956 | 5 | 09/30/05 | U0157 | AWB00410 | D | 55 |

NET 30 DAYS    107

```
        ┌──────REMIT TO──────┐
        │ AIRGAS-SOUTHWEST   │          S   AIRGAS-SOUTHWEST
        │ P O BOX 120001, DEPT 0981     O   110 INDIANA STREET
        │ DALLAS TX 75312-0981          L   WICHITA FALLS TX 76301-0110
        │ (940) 322-1171     │          D   (940) 322-1171
        └────────────────────┘          B
                                        Y

        B  DELPHI ENERGY & ENGINE MGMT SYSTEMS      S   DELPHI ENERGY & ENGINE MGMT SYS
        I  110 INDIANA                              H   8600 CENTRAL FREEWAY N
        L  WICHITA FALLS TX 76301-1014              I   WICHITA FALLS TX 76307
        T                                           P
        O                                           T
                                                    O
```

| INV. TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | 02N198C200 | 3800 | | BALANCE FORWARD | | | | 3 | | | | | |
| | X | 02N198U200 | 3472 | | BALANCE FORWARD | | | | 2 | | | | | |
| | X | 04N197C200 | C4T8 | | BALANCE FORWARD | | | | 16 | | | | | |
| | X | 04N197P200 | 1734 | | BALANCE FORWARD | | | | 12 | | | | | |
| | X | 04N198P200 | 1735 | | BALANCE FORWARD | | | | 3 | | | | | |
| | | RARE/SPECIAL LARGE | | | | | | | | | | | | |
| R | RSL | ---- TOTALS ----> | | | | 79 | 1 | 0 | 80 | 0 | | 80 | 2.95 | 236.00 |
| | X | 04N197P101 | 734 | | BALANCE FORWARD | | | | 2 | | | | | |
| | X | 04N198P101 | 735 | | BALANCE FORWARD | | | | 2 | | | | | |
| | | RARE/SPECIAL SMALL | | | | | | | | | | | | |
| R | RSS | ---- TOTALS ----> | | | | 4 | 0 | 0 | 4 | 0 | | 4 | 2.95 | 11.80 |
| | RNTHETTJ | | | | BALANCE FORWARD | | | | 1 | | | | | |
| | | TT JUMBO HELIUM | | | | | | | | | | | | |
| R | TJH | ---- TOTALS ----> | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 695.00 | 695.00 |
| | | | | SUMMARY OF CYLINDER BALANCES | | | | | | | | | | |
| R | ACL | ACETY LARGE | | | | 3 | 0 | 0 | 3 | 0 | | 3 | 2.95 | 8.85 |
| R | ARL | ARGON LARGE | | | | 5 | 0 | 0 | 5 | 0 | | 5 | 2.95 | 14.75 |
| R | ARS | ARGON SMALL | | | | 2 | 0 | 0 | 2 | 0 | | 2 | 2.95 | 5.90 |
| R | CDL | CARBON DIOXIDE LARGE | | | | 4 | 0 | 0 | 4 | 0 | | 4 | 2.95 | 11.80 |
| R | FAR | RENT ARGON STATION-1 | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 315.00 | 315.00 |
| R | FCD | RENT CO2 STATION-1 | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 345.00 | 345.00 |
| R | FF1 | RENTAL FACILITY FEE | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 4350.00 | 4350.00 |
| R | FNI | RENT NITROGEN STA-1 | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 950.00 | 950.00 |
| R | FOX | RENT OXY BLK STA-1 | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 600.00 | 600.00 |
| R | HEL | HELIUM LARGE | | | | 5 | 0 | 0 | 5 | 0 | | 5 | 2.95 | 14.75 |
| R | HES | HELIUM SMALL | | | | 2 | 0 | 0 | 2 | 0 | | 2 | 2.95 | 5.90 |
| R | LQ2 | LIQ CYL 161-180 LTR | | | | 1 | 3 | 3 | 1 | 0 | | 1 | 30.00 | 30.00 |
| R | MEX | MEDICAL ABCDE | | | | 2 | 0 | 0 | 2 | 0 | | 2 | 2.95 | 5.90 |

| TOTAL VALUE OF CYLINDERS | | **TOTAL** | CONTINUED |
|---|---|---|---|

INVOICE TYPE
R - RENTAL
D - DEMURRAGE

# Airgas

**CYLINDER RENTAL INVOICE**

| INVOICE NUMBER | PAGE | INVOICE DATE | CUSTOMER # | PURCHASE ORDER NUMBER | HNDL CD | TERR # |
|---|---|---|---|---|---|---|
| 107887956 | 6 | 09/30/05 | U0157 | AWB00410 | D | 55 |

NET 30 DAYS    107

```
        ┌─────REMIT TO─────┐
        │ AIRGAS-SOUTHWEST      │        S   AIRGAS-SOUTHWEST
        │ P O BOX 120001, DEPT 0981     O   110 INDIANA STREET
        │ DALLAS TX 75312-0981  │        L   WICHITA FALLS TX 76301-0110
        │ (940) 322-1171        │        D   (940) 322-1171
        └───────────────────┘        B
                                      Y
```

```
     B  DELPHI ENERGY & ENGINE MGMT SYSTEMS      S   DELPHI ENERGY & ENGINE MGMT SYS
     I  110 INDIANA                              H   8600 CENTRAL FREEWAY N
     L  WICHITA FALLS TX 76301-1014              I   WICHITA FALLS TX 76307
     L                                           P
     T                                           T
     O                                           O
```

| INV. TYPE | CYL | ITEM NUMBER | SHIPPER NUMBER | INVOICE NUMBER | DATE | BEGINNING BALANCE | CYLINDERS SHIPPED | CYLINDERS RETURNED | ENDING BALANCE | CYLINDERS LEASED | DAYS USED | CYLINDER DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R | NIL | NITROGEN LARGE | | | | 17 | 2 | 2 | 17 | 0 | | 17 | 2.95 | 50.15 |
| R | OXL | OXYGEN LARGE | | | | 3 | 0 | 0 | 3 | 0 | | 3 | 2.95 | 8.85 |
| R | RS6 | RARE/SPECIAL | | | | 27 | 0 | 0 | 27 | 0 | | 810 | .155 | 125.55 |
| R | RS7 | RARE/SPECIAL | | | | 56 | 0 | 8 | 48 | 0 | | 48 | 2.95 | 141.60 |
| R | RSL | RARE/SPECIAL LARGE | | | | 79 | 1 | 0 | 80 | 0 | | 80 | 2.95 | 236.00 |
| R | RSS | RARE/SPECIAL SMALL | | | | 4 | 0 | 0 | 4 | 0 | | 4 | 2.95 | 11.80 |
| R | TJH | TT JUMBO HELIUM | | | | 1 | 0 | 0 | 1 | 0 | | 1 | 695.00 | 695.00 |

TAX:    .00

| TOTAL VALUE OF CYLINDERS | | **TOTAL** | 7926.80 |
|---|---|---|---|

INVOICE TYPE
R - RENTAL
D - DEMURRAGE

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT. NO | INVOICE NUMBER | |
|---|---|---|---|
| 10/11/05 | U0157 | 107911849 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
247541-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | | PAGE |
|---|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | - | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHPD | QTY BO | CYLINDER SHPD RET'D | | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | | |
| 247541 | 0929 | HY TT | 1 | 0 | | | HYDROGEN TUBE TRAILER CG | HH | 472.47 | 472.47 N |
| | | | | | 1 | 1 | VOL:  12336 | | | |
| | | AIRGAS MIDSOUTH 6303 DEL'D 09/26/05 | | | | | | | | |
| | | | | | | | | Subtotal | | 472.47 |
| | | | | TOTAL CYLINDERS  SHIPPED:          1 RETURNED: | | | | 1 | | |

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 472.47 |

# DELIVERY ORDER

**Airgas**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. RET. | FREIGHT CHARGES | SHIPPED/DELIVERED VIA ON | PCS | ZONE | GR WEIGHT | DECLR VALUE $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | | | | | |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

P/O NO: AWB00410

REL NO:

— SOLD TO: —

INTERNAL USE ONLY   3931218599

CUST. NO:   U0157

ORDER NO:   247541-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

ORD DATE:   09/29/05

PAGE NO:   001   OF 001

| TRAN TYPE | SLSM | SHCPP | TERR | UPS | PRO | COLL | SHIP VIA | HOURPNS | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 750 | 55 | 55 0 | X | | | DROP SHIPS | | 09/26/05 | 107 | NSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | TO NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | HYDROGEN, COMPRESSED | 2 | HY | TT | | 655 | 1 | 1 | 1 | 12336 | 472.47 | 472.47 |
| | | 2.1 UN1049 | | | | | | | | | | |
| | | (HYDROGEN TUBE TRAILER CGA 350) | | | | | | | | | | |

<<<<<<<< Estimated delivery:09/30>>>>>>>
AIRGAS MIDSOUTH 6301 DEL'D 09/26/05

Subtotal   472.47

Customer phone number: 248-874-4636
EMERGENCY CONTACT 800-985-0986

Tax:   .00

Total Sale   472.47

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
247541-00

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X   Kay Rawe   10-11-05

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

AIRGAS PERSONNEL   DATE   T.O.D.

| P.O. AWB00410 | CUST. U0157 | UPS 00 0 |
|---|---|---|
| ORDER 247541-00 | DATE 09/29/05 | SHIP VIA DROP SHIPS -NONE- |

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST          D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO. | INVOICE NUMBER | |
|------|-----------|----------------|---|
| 10/11/05 | U0157 | 107911850 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
247552-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY. SHPD | QTY. BO | CYLINDER SHPD RETD | DESCRIPTION | U.O.M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | | |
| 2475520 | 0929 | LABDELIVERY | 1 | 0 | | CHARGE FOR DELIVERY CUST | EA | 455.00 | 455.00 N |
| | | DELIVERY CHARGE FOR AGMS DEL. 6303 O 9/26/05 | | | | | | | |
| | | | | | | | Subtotal | | 455.00 |

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 455.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | RET. | | ON | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —

```
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171
```

P/O NO: AWB00410

REL NO:

— SOLD TO: —

INTERNAL USE ONLY    3931219817

CUST. NO:    U0157

ORDER NO:    247552-00

ORD DATE:    09/29/05

PAGE NO:    001  OF 001

— SHIP TO: —

```
DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307
```

29-SEP-05  10:48AM CBT TNA5080

| TRAN TYPE | SLSM | SHCPT | TERR | UPS | PPO | COU | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG DP | 750 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/26/05 | 107 | MSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | VT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 ER | | CHARGE FOR DELIVERY CUST SITE | 2 | LAB DELIVERY | 655 | 1 | 0 | | .0 | 455.00 | 455.00 |
| | | DELIVERY CHARGE FOR RGNS DEL. 6303 0 (9/26/05) | | | | | | | | | |

Subtotal    455.00

Tax:    .00

Total Sale    455.00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#    247552-00

SHIP TO:

```
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307
```

| P.O. | | | CUST. | | UPS | |
|---|---|---|---|---|---|---|
| AWB00410 | | | U0157 | 00 | 0 | |
| ORDER | | DATE | | SHIP VIA | | |
| 247552-00 | 09/29/05 | DROP SHIPS | | -NONE- | | |

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED

ACCEPT    REJECT

CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X  *Kay Rowe*

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

AIRGAS PERSONNEL    DATE    T.O.D.

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST  D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT NO. | INVOICE NUMBER |
|------|----------|----------------|
| 10/11/05 | U0157 | 107911851 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
279676-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U-O-M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | |
| 279676 | 1011 | NI BLK | 1 | 0 | | NITROGEN BULK | HH | 2089.38 | 2089.39 N |
| | | | | | 1  1 | 614526CF @    .340/100CF | | | |
| | | | | | | Customer Item Number: 400049 | | | |
| | | ASU 763846 DEL'D 09/22/05 | | | | | | | |
| | | | | | | | | Subtotal | 2089.39 |
| | | | | TOTAL CYLINDERS  SHIPPED:    1 RETURNED:    1 | | | | | |
| | TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT: | | | | | | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 2089.39 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ON | | | BL # | |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ | |

— SOLD BY: —

```
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171
```

P/O NO:  AWB00410

REL NO:

INTERNAL USE ONLY        3977354381

CUST. NO:        U0157

ORDER NO:        279696-00

— SHIP TO: —

— SOLD TO: —

```
DELPHI ENERGY & ENGINE MGMT SY  DELPHI ENERGY & ENGINE MGMT     ORD'S DATE:   10/11/05
8600 CENTRAL FREEWAY N
                                                                PAGE NO:    001  OF 00
WICHITA FALLS TX 76307        11-OCT-05   11:18AM CRT:TNA4519
```

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | | SCHEDULED SHIP DATE | REGION | ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | | 09/30/05 | 107 | MSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTEND AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | | 2 | MI BLK | 655 | 1 | 1    1 | 73184 | 248.826 | 248.83 |

Cust Item # : 400049

```
<<<<<<<<Estimated delivery:10/12>>>>>>>
        RSU 779352 DEL'D 09/30/05
```

Subtotal        248.83

Tax:        .00

Total Sale        248.83

```
Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986
```

SHIPPED BY:

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

UPS SHIPPER NO.

PLACARDS OFFERED
ACCEPT    REJECT
CUSTOMER MUST INITIAL CHOICE

PKG ID#
279696-00

ACCEPTED FOR THE ABOVE CUSTOMER X  *Kay Rowe*

SHIP TO:
```
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307
```

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE HAZARD MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| P.O. | CUST. | UPS | |
|---|---|---|---|
| AWB00410 | U0157 | 00 | 0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 279696-00 | 10/11/05 | DROP SHIPS | -NONE- |

AIRGAS PERSONNEL        DATE        T.O.

# Airgas™

## ORIGINAL INVOICE

| DATE | ACCT. NO | INVOICE NUMBER |
|------|----------|----------------|
| 10/19/05 | U0157 | 107926713 | 107

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
DEBTOR IN POSSESSION
110 INDIANA
WICHITA FALLS TX 76301-1014

MSS
279706-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|-----------------------|-----|-------|--------|----------|-------|------|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHPD NO/ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | DESCRIPTION | U/O/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | |
| 279706 | 1011 | NI BLK | 1 | 0 | | NITROGEN BULK | HH | 1833.59 | 1833.60 N |
| | | | | | 1  1 | 539293CF @    .340/100CF | | | |
| | | | | | | Customer Item Number: 400049 | | | |
| | | ASU 787300 DEL'D 10/06/05 | | | | | | | |
| | | | | | | | Subtotal | | 1833.60 |
| | | | | | | TOTAL CYLINDERS  SHIPPED:    1 RETURNED: | | | 1 |
| | | TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT: | | | | | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 1833.60 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. RET. | FREIGHT CHARGES | SHIPPED/DELIVERED VIA ON _____ , BL # |
|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | CM WEIGHT | DECL VALUE $ |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY    3977360313

CUST. NO:    U0157

ORDER NO:    279706-00

— SHIP TO: —

DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

— SOLD TO: —

DELPHI ENERGY & ENGINE MGM
11-OCT-05    11:18AM CRT:TNA4519

ORDER DATE:    10/11/05

PAGE NO:    001  OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPO | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 10/06/05 | 107 | NSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP  RETN | VOL/WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 HH | | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | NI | BLK | 655 | 1 | 1      1 | 539293 1833.596 | 1,833.60 | |

Cust Item # : 400049

<<<<<<<Estimated delivery:10/12>>>>>>>
RSU 787380 DEL'D 10/06/05

| | |
|---|---|
| Subtotal | 1,833.60 |
| Tax: | .00 |
| Total Sale | 1,833.60 |

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

*FAXED to Myra 2:30pm on 10/14/05 No Delivery slip to back up this ticket. JD.*

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
279706-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCPT    REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X    *Kay Rowe*

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

| PO. AWB00410 | CUST. U0157 | UPS 00    0 |
|---|---|---|

| ORDER 279706-00 | DATE 10/11/05 | SHIP VIA DROP SHIPS    -NONE- |
|---|---|---|

AIRGAS PERSONNEL    DATE    T.O.

# Airgas

## ORIGINAL INVOICE

| DATE | ACCT NO | INVOICE NUMBER |
|------|---------|----------------|
| 10/12/05 | U0157 | 107914269 | 107 |

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**  →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
241318-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY BO'D | CYLINDER SHP'D | RET'D | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:   G55 ** | | | | | | | | |
| 241318 | 0927 | NI BLK | 1 | 0 | | | NITROGEN BULK | HH | 1893.74 | 1893.75 N |
| | | | | | 1 | 1 | 556984CF @     .340/100CF | | | |
| | | | | | | | Customer Item Number: 400049 | | | |
| | | ASU 754587 DEL'D 09/17/05 | | | | | | | | |
| 241318 | 0927 | ARGPSUR | 1 | 0 | | | POWER SURCHARGE | EA | .00 | .00 N |
| | | | | | | | Subtotal | | | 1893.75 |

TOTAL CYLINDERS  SHIPPED:      1 RETURNED:       1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | | AMOUNT THIS INVOICE INCLUDING TAX | |
|---|---|---|---|
| .00 | | | 1893.75 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit www.airgas.com

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON ____ BL # ____ PCS / ZONE / GR WEIGHT / DECL VALUE $ |
|---|---|---|---|---|---|---|---|---|
| ITEM COUNT | | | | | | | | |
| BY | | | | | | | | |

— SOLD BY:
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AW800410

REL NO:

INTERNAL USE ONLY: 3976861446
CUST. NO: U0157
ORDER NO: 241318-00
ORD DATE: 09/27/05
PAGE NO: 001 OF 001

— SHIP TO:
DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

— SOLD TO:
DELPHI ENERGY & ENGINE MGMT SY

11-OCT-05 10:27AM CRT:TNA4269

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/17/05 | 107 | MSS |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | CYLINDERS RETN | VOL/WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HM | ... NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | | 2 | NI BLK | 655 | 1 | 1 | 1 | 556984 | 1893.746 | 1,893.75 |

Cust Item # : 400049

<<<<<<<<Estimated delivery:09/28>>>>>>>>
RSU 754587 DEL'D 09/17/05

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EA | POWER SURCHARGE | 4 | ARG PSUR | 655 | 1 | 0 | | .0 | .00 | .00 |

Subtotal 1,893.75
Tax: .00
Total Sale 1,893.75

Customer phone number: 248-874-4636
EMERGENCY CONTACT 800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID# 241318-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

P.O. AW800410 | CUST. U0157 | UPS 00 0

ORDER 241318-00 | DATE 09/27/05 | SHIP VIA DROP SHIPS -NONE-

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED: ACCEPT / REJECT — CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X [signature]

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

AIRGAS PERSONNEL | DATE | T.O.D

DELCS-001 (Rev 1/03)

# Airgas.

## ORIGINAL INVOICE

| DATE | ACCT. NO. | INVOICE NUMBER |
|------|-----------|----------------|
| 10/19/05 | U0157 | 107926714 | 107

AIRGAS-SOUTHWEST  D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

S O L D T O
DELPHI ENERGY & ENGINE MGMT SYSTEMS
DEBTOR IN POSSESSION
110 INDIANA
WICHITA FALLS TX 76301-1014

MSS
279714-00

S H I P T O
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHP'D RET'D | | DESCRIPTION | U O M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | | |
| 279714 | 1011 | NI BLK | 1 | 0 | | | NITROGEN BULK | HH | 300.111 | 300.11 N |
| | | | | | 1 | 1 | 88268CF @   .340/100CF | | | |
| | | | | | | | Customer Item Number: 400049 | | | |
| | | ASU 787303 DEL'D 10/06/05 | | | | | | | | |
| | | | | | | | | Subtotal | 300.11 |

TOTAL CYLINDERS   SHIPPED:      1 RETURNED:      1

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 300.11 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP | DEL | FREIGHT CHARGES | SHIPPED/DELIVERED VIA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ON | | BL # | |
| BY | | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

SOLD BY:

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO:    AWB00410

REL NO:

INTERNAL USE ONLY    3977362454

CUST. NO:    U0157

ORDER NO:    279714-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

SOLD TO:

DELPHI ENERGY & ENGINE MGM SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

ORDER DATE:    10/11/05

PAGE NO:    001    OF 001

11-OCT-05    11:18AM    CRT:TNA4519

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 10/06/05 | 107 | MSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP | RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HH | NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | 655 | 1 | 1 | 1 | 88268 | 300.111 | 300.11 |

Cust Item # : 400049

<<<<<<Estimated delivery:10/12>>>>>>>
RSU 787303 DEL'D 10/06/05

*Faxed to Myra 2:30 pm on 10/14/05*

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

*No Delivery Slip to Back up This Ticket.*

*J.P.*

| | |
|---|---|
| Subtotal | 300.11 |
| Tax: | .00 |
| Total Sale | 300.11 |

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
279714-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

| PO. | CUST. | UPS | |
|---|---|---|---|
| AWB00410 | U0157 | 00 | 0 |
| ORDER | DATE | SHIP VIA | |
| 279714-00 | 10/11/05 | DROP SHIPS | -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT    REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X    *Kay Rowe*

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | | DATE | T.O.D. |
|---|---|---|---|

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

D

| DATE | ACCT. NO | INVOICE NUMBER | |
|------|----------|----------------|---|
| 10/19/05 | U0157 | 107926721 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO
DELPHI ENERGY & ENGINE MGMT SYSTEMS
DEBTOR IN POSSESSION
110 INDIANA
WICHITA FALLS TX 76301-1014

JIM
246133-01

SHIP TO
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | OUR TRUCK | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHIP'D RET'D | DESCRIPTION | U/O/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION: G55 ** | | | | | | | |
| 246133 | 0928 | X02NI99C33A1294 | 4 | 0 | | CT 1% OXYGEN | CL | 125.00 | 500.00 N |
| | | | | | | BALANCE NITROGEN SIZE 33 | | | |
| | | | | 4 | 0 | VOL: 124 | | | |
| | | CERTIFIED STANDARD-SPEC CGA 580 | | | | | | | |
| | | | | | | | Subtotal | | 500.00 |

TOTAL CYLINDERS SHIPPED:    4 RETURNED:    0

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:   0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT |
|---|
| .00 |

| AMOUNT THIS INVOICE INCLUDING TAX |
|---|
| 500.00 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP. RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA |
|---|---|---|---|---|---|---|---|
| BY | | | | | | | ON _____ |

| | PCS | ZONE | GR. WEIGHT | DECL VALUE $ |
|---|---|---|---|---|

**— SOLD BY: —**

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY    4012874598

CUST. NO:    U0157

ORDER NO:    246133-01

**— SHIP TO: —**

DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

**— SOLD TO: —**

DELPHI ENERGY & ENGINE MGMT

19-OCT-05  10:27AM  CRT:TNA6101

ORDER DATE:    09/28/05

PAGE NO:    001  OF 001

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-Br | 756 | 55 | 55 | 0 | X | | OUR TRUCK | | 09/28/05 | 107 | JIM |

| QTY SHIP | UNIT HM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CL | COMPRESSED GASES, N.O.S. (NITROGEN, OXYGEN) 2.2 UN1956 (CT 1% OXYGEN) (BALANCE NITROGEN SIZE 33A) CERTIFIED STANDARD-SPEC CGA 580 <<<<<<<Estimated delivery:10/17>>>>>>> | | 2 | X02 NI99C33A1294 | G55 | 4 | 4 | 4 | 124 | 125.00 | 500.00 |

Subtotal    500.00

Tax:    .00

Total Sale    500.00

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
246133-01

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED
ACCEPT   REJECT
CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X _Bobby Truitt_

NAME PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| P.O. AWB00410 | CUST. U0157 | UPS 00    0 |
|---|---|---|
| ORDER 246133-01 | DATE 09/28/05 | SHIP VIA OUR TRUCK    -NONE- |

| AIRGAS PERSONNEL | | DATE | T.O.D. |
|---|---|---|---|

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO. | INVOICE NUMBER |
|------|-----------|----------------|
| 10/11/05 | U0157 | 107911852 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO**

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

MSS
279696-00

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B/O | CYLINDER SHIP'D RET'D | | DESCRIPTION | U.O.M. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | | |
| 279696 | 1011 | NI BLK | 1 | 0 | | | NITROGEN BULK | HH | 248.826 | 248.83 N |
| | | | | | 1 | 1 | 73184CF @      .340/100CF | | | |
| | | | | | | | Customer Item Number: 400049 | | | |
| | | ASU 779352 DEL'D 09/30/05 | | | | | | | | |
| | | | | | | | | | Subtotal | 248.83 |
| | | | | | | | TOTAL CYLINDERS  SHIPPED:      1 RETURNED:      1 | | | |

TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD:  0 EXMPT/CERT:

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 248.83 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHIP REC | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON | | BL # |
|---|---|---|---|---|---|---|---|---|---|
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ |

— SOLD BY: —

AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY    3977354381

CUST. NO:    U0157

ORDER NO:    279696-00

— SHIP TO: —

DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

— SOLD TO: —

DELPHI ENERGY & ENGINE MGM
11-OCT-05   11:18AM CRT:TNA4519

ORDER DATE:    10/11/05

PAGE NO:    001  OF  00

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 09/30/05 | 107 | MSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | ID NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/ WT | UNIT AMOUNT | EXTENDE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MM | ... NITROGEN, REFRIGERATED LIQUID 2.2 UN1977 (NITROGEN BULK) | 2 | MI | BLK | | 655 | 1  1 | 1 | 73184 | 248.826 | 248.83 |

Cust Item # : 400049

<<<<<<<Estimated delivery:10/12>>>>>>>
RSU 779352 DEL'D 09/30/05

| | |
|---|---|
| Subtotal | 248.83 |
| Tax: | .00 |
| Total Sale | 248.83 |

Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
279696-00

SHIP TO:

DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| P.O. | CUST. | UPS |
|---|---|---|
| AWB00410 | U0157 | 00    0 |

| ORDER | DATE | SHIP VIA |
|---|---|---|
| 279696-00 | 10/11/05 | DROP SHIPS   -NONE- |

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERE

ACCEP    REFUS

CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X    Kay Rowe

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACK-
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING T
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| AIRGAS PERSONNEL | | DATE | LO |
|---|---|---|---|

# Airgas

## ORIGINAL INVOICE

AIRGAS-SOUTHWEST   D
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
(940) 322-1171

| DATE | ACCT. NO. | INVOICE NUMBER | |
|------|-----------|----------------|---|
| 10/12/05 | U0157 | 107914268 | 107 |

**PLEASE MAKE CHECKS PAYABLE TO AND MAIL TO** →

AIRGAS-SOUTHWEST
P O BOX 120001, DEPT 0981
DALLAS TX 75312-0981
(940) 322-1171

SOLD TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
110 INDIANA
WICHITA FALLS TX 76301-1014

MSS
148214-00

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYST
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| CUSTOMER ORDER NUMBER | LOC | SLS # | TERR # | SHIP VIA | TERMS | PAGE |
|---|---|---|---|---|---|---|
| AWB00410 | 055 | 756 | 55 | DROP SHIPS | NET 30 DAYS | 1 |

| SHIPPING ORDER NUMBER | DATE | STOCK NUMBER | QTY SHIP'D | QTY B.O. | CYLINDER SHIP'D | CYLINDER RET'D | DESCRIPTION | U.O.M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ** LOCATION:  G55 ** | | | | | | | | |
| 148214 | 0822 | AR BLK | 1 | 0 | | | ARGON INDUSTRIAL BULK | HH | 3060.30 | 3060.30 N |
| | | | | | 1 | 1 | VOL: 109688 | | | |
| | | DEL'D 08/24/05 CTI 638348 APCI 5159B21014 | | | | | | | | |
| | | | | | | | | Subtotal | | 3060.30 |
| | | | | | | | TOTAL CYLINDERS  SHIPPED:    1 RETURNED: | | | 1 |
| TAX CD: 000000061 TAX DESCRP: WICHITA FA EXMPT CD: 0 EXMPT/CERT: | | | | | | | | | | |

We are a proud National Partner
of Cystic Fibrosis GREAT STRIDES

| TAXABLE AMOUNT | AMOUNT THIS INVOICE INCLUDING TAX |
|---|---|
| .00 | 3060.30 |

# DELIVERY ORDER

**Airgas.**

For location nearest you visit
www.airgas.com

| ITEM COUNT | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RET. | | ON | | | IN # | |
| BY | | | | | | | PCS | ZONE | GR WEIGHT | DECL VALUE $ | |

─── SOLD BY: ───

```
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171
```

P/O NO: AWB00410

REL NO:

INTERNAL USE ONLY    3978529610

CUST. NO:    U0157

ORDER NO:    148214-00

─── SHIP TO: ───          ─── SOLD TO: ───

```
DELPHI ENERGY & ENGINE MGMT SY DELPHI ENERGY & ENGINE MGM
.8600 CENTRAL FREEWAY N
```

ORDER DATE:    08/22/05

PAGE NO:    001  OF 001

```
WICHITA FALLS TX 76307       11-OCT-05  01:07PM CRT:TNA4519
```

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-DP | 756 | 55 | 55 | 0 | X | | DROP SHIPS | | 08/24/05 | 107 | MSS |

| QTY SHIP | UNIT RM | DESCRIPTION & HAZARD CLASS | IO NUMBER | LINE NO | ITEM NUMBER | LOC | QTY ORDER | CYLINDERS SHIP RETN | VOL/WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HM | ARGON, REFRIGERATED LIQUID 2.2 UN1951 (ARGON INDUSTRIAL BULK) | | 8 | AR | BLK | 655 | 1   1 | 1 109688 | 3060.30 | 3,060.30 |

```
<<<<<<<Estimated delivery:10/12>>>>>>>
       DEL'D 08/24/05 CTI 638348 APCI 5159B21014
```

Subtotal    3,060.30

Tax:    .00

Total Sale    3,060.30

```
Customer phone number: 248-874-4636
EMERGENCY CONTACT  800-985-0986
```

THIS AGREEMENT SUBJECT TO AIRGAS' STAN-
DARD TERMS AND CONDITIONS. SEE REVERSE
SIDE FOR IMPORTANT SAFETY INFORMATION.

SHIPPED BY:

UPS SHIPPER NO.

PKG ID#
148214-00

PLACARDS OFFERED

ACCEPT  REJECT
CUSTOMER MUST
INITIAL CHOICE

ACCEPTED FOR
THE ABOVE
CUSTOMER X

NAME
PLEASE PRINT

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED,
MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE
APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO:
```
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N

WICHITA FALLS TX 76307
```

| P.O. | CUST. | UPS | |
|---|---|---|---|
| AWB00410 | U0157 | 00 | 0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 148214-00 | 08/22/05 | DROP SHIPS | -NONE- |

AIRGAS PERSONNEL                    DATE        T.O.D.

**Airgas.**

# DELIVERY ORDER

For location nearest you visit www.airgas.com

DELCT-001 (Rev. 3/03)

| | FILLED | REVIEWED | STAGING AREA | TOTAL PKGS | TOTAL CYLINDERS SHP. | RET. | FREIGHT CHARGES | SHIPPED: DELIVERED VIA ON ____ BL # |
|---|---|---|---|---|---|---|---|---|
| ITEM COUNT | | | | | | | | PCS / ZONE / GR WEIGHT / DECL VALUE $ |
| BY | | | | | | | | |

— SOLD BY:
AIRGAS-SOUTHWEST
110 INDIANA STREET
WICHITA FALLS TX 76301-0110
[940] 322-1171

P/O NO: XXXXXXXXXXXXX

REL NO:

INTERNAL USE ONLY: 4189802790
CUST. NO: U0157
ORDER NO: 421674-00
ORD DATE: 10/03/05
PAGE NO: 001 OF 001

— SHIP TO:
DELPHI ENERGY & ENGINE MGMT SY
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

— SOLD TO:
DELPHI ENERGY & ENGINE MGMT

02-DEC-05 02:12PM CRT:TNA6962

| TRAN TYPE | SLSM | BRCH | TERR | UPS | PPD | COLL | SHIP VIA | ROUTING | SCHEDULED SHIP DATE | REGION | ENTERED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRG-COD SEL | 790 | 55 | 55 | 0 | X | | OFFICE ADJ | | 10/03/05 | 107 | DEK |

| QTY SHIP | UNIT MN | DESCRIPTION & HAZARD CLASS | LINE NO | ITEM NUMBER | LOC | QTY ORDER | QTY BKORD | BIN LOC | WT | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *** COD-CUSTOMER CHARGE ORDER *** | | | | | | | | | |
| | | charge back ck # 900519841 | | | | | | | | | |
| 1 | EA | AMOUNT OF NSF CHECK WITHOUT SERVICE FEE | 2 | SEC-NSFAMT | 655 | 1 | 0 | | 0 | 7760.00 | 7,760.00 |

this ck was dated 10/3/05 and was stamped refer to maker; customer filed bankruptcy on 10/8/05; this was applied to invoices 792427 and 752944 charging back so that I can writeoff and file with our claim - dek

Subtotal 7,760.00
Tax .00
Total Sale 7,760.00

Customer phone number 248-874-4636
EMERGENCY CONTACT 866-734-3438

DC 12-2-05

SHIPPED BY:

UPS SHIPPER NO.

PKG ID# 421674-00

THIS AGREEMENT SUBJECT TO AIRGAS' STANDARD TERMS AND CONDITIONS. SEE REVERSE SIDE FOR IMPORTANT SAFETY INFORMATION.

PLACARDS OFFERED: ACCEPT / REJECT — CUSTOMER MUST INITIAL CHOICE

ACCEPTED FOR THE ABOVE CUSTOMER X ____

NAME PLEASE PRINT ____

THIS IS TO CERTIFY THAT THE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

SHIP TO:
DELPHI ENERGY & ENGINE MGMT SYSTEMS
8600 CENTRAL FREEWAY N
WICHITA FALLS TX 76307

| P.O. | CUST. | UPS | |
|---|---|---|---|
| XXXXXXXXXXXXX | U0157 | 00 | 0 |

| ORDER | DATE | SHIP VIA | |
|---|---|---|---|
| 421674-00 | 10/03/05 | OFFICE ADJ | -NONE- |

AIRGAS PERSONNEL ____ DATE ____ T.O.D. ____

