IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  )
In re:                                                            ) Chapter 11
                                                                  )
DELPHI CORPORATION, *et al.*,                                     ) Case No. 05-44481 (RDD)
                                                                  )
                                                                  ) (Jointly administered with Delphi
                                                                  )  Automotive Systems, LLC,
                                                                  )  Case No.  05-55640)
         Debtor.                                                  )
------------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:            MERRILL LYNCH CREDIT PRODUCTS, LLC ("Transferor")
                    4 World Financial Center, 7th Floor
                    New York, New York 10080
                    Attention: Gary S. Cohen/Christopher Moon
                    Telephone: (212) 449-4969
                    Fax: (212) 449-0769

2.     Your claim, as evidenced by your proof of claim against Delphi Automotive Systems, Inc., a debtor and debtor-in-possession in the above-captioned case (dated July 26, 2006, and docketed as Claim No. 11053, a copy of the first page of which is attached hereto as Exhibit A), as stipulated and agreed pursuant to that certain Joint Settlement Agreement, Stipulation, and Agreed Order to Permit Setoff of Obligations between Delphi Automotive Systems, Delphi Mechatronics Systems, Inc. and Murata Electronics North America, Inc. and to Resolve Objections to and Reduce Claim Numbers 11052 and 11053 (dated July 30, 2007, and approved August 29, 2007, a copy of the first page of which is attached hereto as Exhibit B) (the "Stipulation"), consisting of (i) the allowed general unsecured claim in the amount of $3,605,903.86 referenced in paragraph 4 of the Stipulation and (ii) the $111,941.07 claim referenced in paragraph 6 of the Stipulation, has been transferred, pursuant to the terms of the Evidence of Transfer of claim attached hereto as Exhibit C, to:

                    SPECIAL SITUATIONS INVESTING GROUP, INC. ("Transferee")
                    85 Broad Street
                    New York, New York 10004
                    Attention: Al Dombrowski
                    Telephone: (212) 357-5126
                    Fax: (212) 902-4103

       All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit D.

NY419102.1/1124-00091

3.   No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--       **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

--       **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--       Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.   If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                                    CLERK
-------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___


                                        _____
                                        Deputy Clerk

## **EXHIBIT A**

## **PROOF OF CLAIM**

NY419102.1/1124-00091

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
Delphi Automotive Systems, LLC

Case Number:
05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Murata Electronics North America, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
2200 Lake Park Drive
Smyrna, GA 30080-7604
Attn: Treasurer/Corp. Controller

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 770-436-1300

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
6029

Check here ☐ replaces  ☐ amends a previously filed claim, dated: _____
if this claim

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☒ Other  contract cancellation
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
          (date)        (date)

2. **Date debt was incurred:**
   Various-see attached Exhibits A-E

3. **If court judgment, date obtained:**
   N/A

4. **Total Amount of Claim at Time Case Filed:** $3,579,343.86*    $33,926.12*    $111,941.07*    $3,725,211.05
   (unsecured)        (secured)        (priority)        (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☒ Other setoff / recoupment

   Value of Collateral: $ 33,926.12*

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ N/A

6. **Unsecured Nonpriority Claim** $ 3,579,343.86*

   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 111,941.07*
   Specify the priority of the claim:
   - ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   - ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   - ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   - ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 1 ). reclamation claim
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. *

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: Jul. 31, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ Nishida
Yoshihiro Nishida
~~Toshi Yasutaka~~, Treasurer/Controller

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
*See attached Exhibits A-E for further description of claim.

**EXHIBIT B**

**STIPULATION**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession,
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re                                                      :     Chapter 11
                                                           :
    DELPHI CORPORATION, *et al.*,                   :     Case No. 05-44481 (RDD)
                                                           :
                                  Debtors.   :     (Jointly Administered)
                                                           :
-----------------------------------------------------------X

## JOINT SETTLEMENT AGREEMENT, STIPULATION, AND AGREED ORDER TO PERMIT SETOFF OF OBLIGATIONS BETWEEN DELPHI AUTOMOTIVE SYSTEMS, DELPHI MECHATRONICS SYSTEMS, INC. AND MURATA ELECTRONICS NORTH AMERICA, INC. AND TO <u>RESOLVE OBJECTIONS TO AND REDUCE CLAIM NUMBERS 11052 AND 11053</u>

        **WHEREAS**, on October 8, 2005, Delphi Corporation ("Delphi") and certain of its U.S. subsidiaries (the "Initial Filers") including, without limitation, Delphi Automotive Systems, LLC ("DAS") and Delphi Mechatronic Systems, Inc. ("Mechatronics"), filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy

## EXHIBIT C

## EVIDENCE OF TRANSFER OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

     MERRILL LYNCH CREDIT PRODUCTS, LLC, a limited liability company organized under the laws of the State of Delaware, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPECIAL SITUATIONS INVESTING GROUP, INC., its successors and assigns, with offices located at 85 Broad Street, New York, NY 10004 ("Buyer"), all right, title and interest in and to the claims of Seller against Delphi Automotive Systems, LLC, docketed as Claim No. 11053 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 05-44640, as modified by that certain "Joint Settlement Agreement, Stipulation, And Agreed Order To Permit Setoff Of Obligations Between Delphi Automotive Systems, Delphi Mechatronics Systems, Inc. And Murata Electronics North America, Inc. And To Resolve Objections To And Reduce Claim Numbers 11052 And 11053", dated July 30, 2007, entered August 29, 2007.

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

     IN WITNESS WHEREOF, dated as of the 10 day of September, 2007.

MERRILL LYNCH CREDIT PRODUCTS, LLC

WITNESS:

_____
(Signature)

Name: Chong Moon
Title:
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Ronald Torok
Title: Vice President
Tel.: 212-449-4969

dc-502174                                   13

WITNESS:

_(signature)_ *Jaime Weisfelner*

Name: Jaime Weisfelner
Title: Authorized Signatory
(Print name and title of witness)

SPECIAL SITUATIONS INVESTING GROUP, INC.

By: _(signature)_
(Signature of authorized corporate officer)

Name:
Title: Brian J. Clarke
Tel.: Authorized Signatory

dc-502174 14

# EXHIBIT D

<u>Address for Notices</u>:

85 Broad Street
New York, New York 10004
Attention: Al Dombrowski
Telephone: (212) 357-5126
Fax: (212) 902-4103

<u>Wire Instructions</u>:

JPMorgan Chase Bank, N.A., New York
ABA No.: 021-000-021
A/C Name: Special Situations Investing Group, Inc.
A/C No.: 066906601
Ref.: Delphi Automotive Claim (Murata)/Merrill Lynch to SSIG
Attn.: Bank Loan Operations

NY419102.1/1124-00091