# Delphi Bankruptcy Claims Register
## Case # 05-44481
### State of Michigan, Department of Treasury

**Delphi Corporation:**   Case # 05-44481   (F-383430473 & FME0106296)

| Date Filed | Claim Type | Amount |
| --- | --- | --- |
| 4-4-06 | Administrative Claim | $685,517.73 |
| 5-16-06 | Amended Adm. Claim | $585,989.54*[1] |
| 3-23-06 | Priority Tax Claim | $7,061,266.16 |
| 4-4-06 | Amended Priority Claim | $5,753,354.75 |
| 5-16-06 | 2nd Amended Priority Claim | $5,731,238.42 |
| 7-23-07 | 3rd Amended Priority Claim | $12,954,363.21* |
| 3-23-06 | General Unsecured Claim | $248.083.00 |
| 4-4-06 | Amended General Unsecured | $671,677.27 |
| 5-16-06 | 2nd Amended General Unsecured | $666,927.27* |

**Delphi Automotive Systems, LLC   Case# 05-44640**   (F38-3431131 & FME 0142307)

| Date Filed | Claim Type | Amount |
| --- | --- | --- |
| 3-23-06 | Administrative Claim | $145,551.50* |
| 3-23-06 | Priority Tax Claim | $6,386,401.82* |
| 3-23-06 | General Unsecured Claim | $10,790,199.00* |

**Delphi Automotive Systems Services, LLC: Case# 44632**   (F38-3568834 & FTR2357856)

| Date Filed | Claim Type | Amount |
| --- | --- | --- |
| 3-23-06 | General Unsecured Claim | $20,048.53* |

**Delphi Technologies, Inc.   (F38-3430681)**

| Date Filed | Claim Type | Amount |
| --- | --- | --- |
| 3-23-06 | Administrative Claim | $20,684.20* |
| 3-23-06 | Priority Tax Claim | $1,276,165.80* |
| 3-23-06 | General Unsecured Claim | $1,250,306.00* |

---

[1] *Michigan Department of Treasury affirms that this is the last amended and only remaining claim (of each type) for each debtor, effective September 11, 2007. All claims continue to be subject to further amendments as Treasury completes the SBT and Use Tax Audits.

1