U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm 844
Chicago, Illinois 60604
(312) 353-4454
Peter D. Broitman (PB      )

U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Rm 881
Cleveland, Ohio 44199
(216) 522-3875
Janice L. Thompson (JT 0337)

Attorneys for Elaine L. Chao, Secretary of Labor
United States Department of Labor

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Janice L. Thompson, Esq., a member in good standing of the bar in the State of Ohio request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Elaine L. Chao, Secretary of Labor United States Department of Labor in the above referenced case.  My address is:

Janice L. Thompson, Esq.
U. S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Rm 881
Cleveland, Ohio 44199
Telephone: (216) 522-3875
Facsimile: (216) 522-7172
Email: Thompson.Janice@dol.gov

The filing fee of $25.00 is **waived** because I represent an agency of the United States government.


Dated: September 12, 1007                     Respectfully submitted,

                                              JONATHAN L. SNARE
                                              Acting Solicitor of Labor

                                              JOAN E. GESTRIN
                                              Chicago Regional Solicitor


                                              By:  ___/s/ Janice L. Thompson_____
                                                     JANICE L. THOMPSON (JT 0337)
                                              U.S. Department of Labor
                                              Office of the Solicitor
                                              1240 E. 9th Street, Rm 881
                                              Cleveland, Ohio 44199

                                                        and

                                              Peter D. Broitman (PD    )
                                              Chicago ERISA Counsel
                                              U. S. Department of Labor
                                              Office of the Solicitor
                                              230 South Dearborn Street, Rm 844
                                              Chicago, Illinois 60604

                                              Attorneys for Elaine L. Chao,
                                              Secretary of Labor, United States
                                              Department of Labor