Hearing Date: September 27, 2007
Time:  10:00 am
Objection Deadline:  September 20, 2007
Time:  4:00 pm

BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
William H. Schorling, Esq. (WS-6322)
DeWitt C. Brown, Esq. (DB-5720)

*Attorneys for Arkema Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                           :       Chapter 11
In re                                                      :       Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                :
                                                           :       (Jointly Administered)
                                    Debtors.               :
----------------------------------------------------------- X

## CERTIFICATE OF SERVICE OF NOTICE
## OR OTHER DOCUMENT TO PARTIES IN INTEREST

I, Craig A. Parrish, certify that under penalty of perjury that I served an electronic copy of ARKEMA INC.'S
MOTION FOR LEAVE TO FILE LATE CLAIM with associated attachments to the parties at the associated
email addresses on the attached matrix, on

Friday, September 7, 2007.
The total number of copies sent was 442.

Executed on the 10th day of September, 2007

Signature: _____
Name: Craig A. Parrish
Address: Digital Legal
1760 Market Street
Philadelphia, PA  19103