Honorable Robert D. Drain,  
United States Bankruptcy Judge,  
United States Bankruptcy Court for the  
Southern District of New York,  
One Bowling Green, Room 610  
New York, New York 10004

August 27, 2007

In RE:                                          Case No. 05-44481

Delphi Corporation. et al                       Judge Robert D. Drain

    Debtors

### NOTICE OF WITHDRAWAL OF RESPONSE

Claimant, The Thomas Engineering & Surveying Co. hereby provide notice to the court that they are withdrawing our Response (Docket 7213).

Respectfully Submitted

Robert G. Watts, Pres.  
The Thomas Engineering & Surveying Co.  
P.O. Box 28098  
Columbus, OH, 43228-0098  
(614) 276-2619  
(614) 276-2610 FAX



RECEIVED SEP -5 2007 USBC-SDNY RDD