VARNUM, RIDDERING, SCHMIDT
  & HOWLETT LLP
Mary Kay Shaver (P-60411)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue, Seventh Fl.
New York, New York 10017
Telephone: (212) 682-4940

*Co-counsel for Plastic Plate, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                      :

                                                       :      Chapter 11

DELPHI CORPORATION, *et al.*,           :

                                                       :      Case No. 05-44481 RDD

                     Debtors.            :

                                                       :      (Jointly Administered)

                                                       :
------------------------------------------------------------------------x

**WITHDRAWAL OF RESPONSE OF PLASTIC PLATE, INC. TO**
**DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE)**
<u>**TO CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS**</u>

**TO THE HONORABLE ROBERT D. DRAIN,**
**UNITED STATES BANKRUPTCY JUDGE:**

        Plastic Plate, Inc., by and through its undersigned attorneys, having resolved

certain issues with the above-captioned Debtors, hereby withdraws its Response to the Debtors'

Eleventh Omnibus Objection (Substantive) to Claims Not Reflected on Debtors' Books and

Record dated and filed on April 13, 2007 [Dkt. No. 7659].

                                                  Respectfully submitted,

Dated: September 13, 2007          DICONZA LAW, P.C.
       New York, New York

                                                  By:   /s/ Gerard DiConza
                                                        Gerard DiConza (GD 0890)
                                                        630 Third Avenue, 7th Floor
                                                        New York, NY  10017
                                                        Telephone: (212) 682-4940
                                                        Facsimile: (212) 682-4942

                                                - and -

                                                VARNUM, RIDDERING, SCHMIDT &
                                                HOWLETT LLP

                                                        Mary Kay Shaver (P-60411)
                                                        Bridgewater Place
                                                        P. O. Box 352
                                                        Grand Rapids, MI  49501-0352
                                                        Telephone: (616) 336-6000
                                                        Facsimile: (616) 336-7000

                                              *Co-counsel for Plastic Plate, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                                   :
                                                                        :   Chapter 11
                                                                        :
DELPHI CORPORATION, *et al.*,                                           :
                                                                        :   Case No. 05-44481 RDD
                                      Debtors.                          :
                                                                        :   (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      Gerard DiConza, being duly admitted to practice in New York State and before the Southern District of New York, certifies that on the 13th day of September 2007, I caused service of the Withdrawal of Response of Plastic Plate, Inc. to the above-captioned Debtors' Eleventh Omnibus Claim Objection by facsimile on the parties listed below.

Dated: September 13, 2007
      New York, New York                                  /s/ Gerard DiConza
                                                                   Gerard DiConza (GD 0890)

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Facsimile:  248-813-2491

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn:  John Wm. Butler, Jr., Esq.
(jbutler@skadden.com)
Facsimile:  312-407-8501

John K. Lyons, Esq.
(jlyonsch@skadden.com)
Facsimile:  312-407-8532

Joseph Wharton, Esq.
(jwarton@skadden.com)
Facsimile:  312-407-0411