**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Tel: (212) 218-5500
Robert W. Dremluk (RD 3109)

*Attorneys for Fujikura America, Inc.*

**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
DELPHI CORPORATION, et al.                      :
                                                :   Case No. 05-44481 (RDD)
                                                :   (Jointly Administered)
                        Debtors.                :
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective July 30, 2007, the New York office of Seyfarth Shaw LLP, counsel for Fujikura America, Inc., in the above-captioned matter, will have moved their offices. The address, telephone and facsimile numbers are as follows:

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Dated: New York, New York
       July 30, 2007

/s/ Robert Dremluk
Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
rdremluk@seyfarth.com
*Attorneys for Fujikura America, Inc.*

TO:   John Wm. Butler, Jr., Esq.
      Skadden Arps Slate Meagher & Flom LLP
      333 West Wacker Drive
      Chicago, IL 60606-1285
      jbutler@skadden.com

NY1 26475400.1 / 26648-000843

Kayalyn A. Marafioti, Esq.
Thomas J. Jatz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
kmarafio@skadden.com
tmatz@skadden.com

Alicia M. Leonhard
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Robert J. Rosenberg, Esq.
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Robert.rosenberg@lw.com

2

NY1 26475400.1

# AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**DENNIS G. FARRELL**, being duly sworn, deposes and says:

I am not a party to the action; I am over 18 years of age and reside in the County of Middlesex, State of New Jersey.

On _August 1_, 2007, I served the within **Notice of Change of Address** by depositing a true copy of same, addressed to the party listed below, enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
jbutler@skadden.com

Kayalyn A. Marafioti, Esq.
Thomas J. Jatz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
kmarafio@skadden.com
tmatz@skadden.com

Alicia M. Leonhard
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

NY1 26475400.1

Robert J. Rosenberg, Esq.
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Robert.rosenberg@lw.com

_____
DENNIS G. FARRELL

Sworn to before me this
1st day of August 2007

_____
Notary Public

CAROLYN A. YLAGAN
Notary Public, State of New York
No. 01YL6064831
Qualified in Kings County
Commission Expires Oct. 1, 2009

2

NY1 26475400.1