August 31, 2007

United States Bankruptcy Court
Southern District of New York

RECEIVED SEP 6 2007 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

To Whom It May Concern:

Enclosed are documents concerning my case against Delphi Automotive System that's pending in your court. I and Sheryl J. Carter reside at 92 Woolery Lane #C, Dayton, Ohio 45415 - phone number (937) 890-0146 Cell - (937) 362-8072.

I received documents 1-2 years ago, and recently concerning this matter. Also for me to file objecting, which I did and do object against Delphi filing Bankruptcy. I faxed my 1st document to my Atty Kanski, enclosed is a letter I wrote, and fax him. I do not have the 1st documents due me Federal Express him my letter of objecting the 1st time. Also the 2nd time, which is enclosed what I fax on a letter to him. This occur on August 16, 2007.

I then received g letter from Atty Kanski, Also letter enclosed. I then mailed d-letter, and documents to Kurtzman Carson Consultants 2335 Alaska Avenue, El Segundo CA 90245 which is also enclosed. Then on August 30, 2007 I received a call at 5:12 pm from Kurtzman Carson Consultants, telling me that their

office can not give me advice, due to them representing Delphi Automatic System. I then ask She the documents back for the copies to be mailed to me, She stated she will sent me a copy. There is no reason for there office to have any of the documents I sent them, if they can not help me.

I Sherly J. Carter mailed off every documents in time, But I continue to get misled, misguided delay tactic in this case, etc. I hope I won't loos my case Claim against Delphi, due to their tactic.

I am sending you my proof enclosed. I hope that it is of great loss in this matter-case-claim.

I would appreciate it very much, if possible if someone from your court office to contact me.

Again Thank You very much.

Sincerely,
Mrs. Sherly J. Carter