ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:  Tracy E. Richardson (TR1366)
     Deputy Attorney General
     (609) 292-1537

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| Debtor. | ) | (Jointly Administered) |
| | | Hearing Date: Sept. 27, 2007 |
| | | 10:00 a.m. |

## THE STATE OF NEW JERSEY, DIVISION OF TAXATION'S RESPONSE OF NO OBJECTION TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS

The State of New Jersey, Division of Taxation ("N.J. Division") responds to debtors' Twentieth Omnibus Objection to Claims as follows:

1. In the objection, debtors seek to expunge administrative claim number 16546, filed by the N.J. Division in the amount of $1,158,884.07 (Exhibit C-4).  Debtors assert that no sums are due for the liabilities listed on claim 16546 according to debtors' books and records and also that the claim is untimely.

2. The N.J. Division consents to expungement of administrative claim 16546, filed in the amount of $1,158,884.07. The N.J. Division does not agree this claim is untimely or unsupported by debtors' books and records but consents to

expungement since this claim was amended and superseded by a fourth amended administrative claim filed on or about August 30, 2007 in the amount of $36,000.00.

          Respectfully submitted,

          ANNE MILGRAM
          ATTORNEY GENERAL OF NEW JERSEY


        By: /s/ Tracy E. Richardson
           Tracy E. Richardson (TR1366)
           Deputy Attorney General
           (609) 292-1537
Dated:  9-13-07        (609) 777-3055 fax