**DAY PITNEY LLP**
Conrad K. Chiu (CC6346)
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-Mail: cchiu@daypitney.com

Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION,** *et al.,* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PAPERS**

    **PLEASE TAKE NOTICE** that IBJTC Business Credit Corporation, as successor to IBJ

Whitehall Business Credit Corporation ("IBJ"), appears in the above-captioned case by its

counsel, Day Pitney LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the

Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to

Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the

Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and

served upon the following person at the address, telephone and facsimile numbers indicated:

CONRAD K. CHIU
Day Pitney LLP
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-mail: cchiu@daypitney.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that IBJ does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments IBJ expressly reserves.

Dated:  New York, New York
       September 13, 2007

                DAY PITNEY LLP


                   /s/ Conrad K. Chiu
                  Conrad K. Chiu
                  7 Times Square
                  New York, New York 10036
                  Telephone:  (212) 297-5800

                  Attorneys for IBJTC Business Credit Corporation, as
                  successor to IBJ Whitehall Business Credit Corporation