UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                  Chapter 11
                                                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                              (Jointly Administered)
Mobilearia Inc.

Debtors.
------------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                              1565 Hotel Circle South, Suite 310
                              San Diego, CA  92108

A transfer in the amount of $366.34 from:

WORLDWIDE EXPRESS (Transferor)
2540 NORTH FIRST ST. STE. 108
SAN JOSE CA 95131

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2007.
Copy (check):  Debtor's Attorney _____  Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

08/28/2007 10:27 FAX 9166481185                WORLD WIDE EXPRESS                               ☒001

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          ) Chapter 11
                                                ) Case No. 05-44481 (RDD)
                                                )
DELPHI CORPORATION, et al.,                     ) Jointly Administered
Mobilearia Inc.                                 )
                                                )
        Debtors.                                ) NOTICE OF TRANSFER OF CLAIM
                                                ) OTHER THAN FOR SECURITY AND
                                                ) WAIVER OF NOTICE
                                                ) Bankruptcy Rule 3001(e)(1)

$366.34    PLEASE TAKE NOTICE that the scheduled claim of WORLDWIDE EXPRESS ("Transferor") against the Debtor in the amount of $366.34 listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $346.56 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
WORLDWIDE EXPRESS
2540 NORTH FIRST ST. STE. 188 SAN JOSE CA 95131

Print Name  NICK VAN ZANT            Title  ACCOUNTING SUPERVISOR
Signature   /s/ N.V.Z.                Date   8/28/07
Updated Address (if needed)  none
Phone  916-648-0422   Fax  916-648-1185   E-Mail  nvanzant@wwex.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108
Signature:
                Tom Scheid

Mail Ref# 11-261
2509425

1