# Debtors' Statement of Disputed Issues

# EXHIBIT G

**DELPHI**  PRODUCT AND SERVICE SOLUTIONS

# FACSIMILE TRANSMITTAL COVER SHEET

| TO: | FROM: |
|---|---|
| CELESTICA INC | Pollack, Paul |

| FAX NUMBER: | DATE: |
|---|---|
|  | 10/06/2004 |

| TOTAL NO. OF PAGES INCLUDING COVER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| 3 | 550060383 |

NOTES/COMMENTS:

*Purchase order for price increase granted to Celestica.*

*[signature]*

**Delphi Proprietary**

The information contained in this electronic communication and its attachments (if any) is confidential and subject to legal privilege. The information is intended only for use of the individual(s) to whom it is addressed. If you are not an intended recipient, or the agent or employee responsible to deliver it to an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic communication in error, please delete it and immediately notify me by sending a return e-mail to the address in this e-mail.

Thank you.



## PRODUCT AND SERVICE SOLUTIONS

Buyer:
DELPHI
PRODUCT & SERVICE SOLUTIONS
48098
MI

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550060383 | 10/06/2004 |
| Version | |
| 10/06/2004 16:05:46 | |

*Please deliver to:*
*See Delivery Schedule*

CELESTICA INC
1150 EGLINTON AVE E
TORONTO-ONTARIO ON  M3C 1H7
CANADA

Vendor No:  1015714
DUNS No:   254047434

Payment Terms:  ZMN2          Currency:  USD
Payment settled on 2nd, 2nd Month

Incoterms:  EXP-

| Item No. | Material No. Description | | Plant | | |
|---|---|---|---|---|---|
| 0010 | SA10109-11P1 MATCHBOX | | DELPHI- PSS | | |

manufacturer part number SA10109-11P1

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 10/06/2004 | 12/31/9999 | USD | 67.37 | 1 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:
*************************
Supplier must ensure any OEM (long) part numbers, trademarks and trade names are removed from tooling, packaging, labeling, cross references, instruction sheets, component kits and tags on any product sold to DPSS.
Delphi Product and Service Solutions requires each supplier to confirm all products being sold in aftermarket to date are in compliance with all OE customer agreements regarding trademark / trade name issues. Confirmation should be forwarded on form # DAO-01-E-009. This form is available upon request from your buyer.
*************************

This Contract replaces previous contract # --.
*************************


*************************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier

Purchasing Contact: Pollack, Paul

Phone: 248-267-8734

Fax:  248-267-8647

Contact Address:
Delphi Product Solution Service
1441 West Long Lake Road,
TROY MI 48098

Date and Time Printed:  10/06/2004 16:05:46



**PRODUCT AND SERVICE SOLUTIONS**

| Buyer: | Requirements Contract |
|---|---|
| DELPHI<br>PRODUCT & SERVICE SOLUTIONS<br>48098<br>MI | PO Number: 550060383<br>Version<br>10/06/2004 16:05:46     Date Issued: 10/06/2004 |

providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
********************
****************************************************************

Periodically, supplier agrees to send Advanced Shipment Notification (ASN) information to Delphi Product, Service & Solutions (Delphi-PSS) customers on behalf of Delphi Product, Service & Solutions (Delphi-PSS). Details regarding specific shipment information will be included on a packing slip, which will be provided to supplier prior to shipment of product.

**************************************************

********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************

********************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).
********************
Manufacture part number may be provided as a reference
only. All business documents should reference the Delphi
Product and Service Solutions (DPSS) part number. It is
the responsibility of the supplier to provide DPSS with any
updates or revisions to the manufacture part number.
Manufacture part number may be provided as a reference

10/06/04 Added pn SA10109-11P1 to contract. Reference quote letter dated September 1, 2004. After initial start of production this product will be moved to Celestica's Monterrey Mexico facility at the same cost to Delphi. Piece price includes $1.13 amortization of tooling over first 300,000 units or 24 months whichever comes first. Total tooling and NRE charges are $680,768.00. (50% of tooling to be invoiced by after start of production and 50% to be amortized in the piece price.) Reference sourcing documentation dated 09/09/04.

# DELPHI

## PURCHASE ORDER: DWS10878

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 W. LONG LAKE RD.
TROY, MI
48098    US

**INVOICE TO:**
INVOICING NOT REQUIRED FOR DELPHI CORPORATION.
PAYMENTS ARE GENERATED FROM RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER. X
X    US

**TO:**
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY, MI
48098-2815    US

VENDOR NUMBER 25-404-7434
CELESTICA INC
1150 EGLINTON AVE E
TORONTO ON
M3C 1H7
CANADA

ORDER DATE: 03/18/05
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 248-267-1329
S. BRIGOLIN     Buyer
DA04
PURCHASING AGENT  3/21/05

SHIP VIA: UNITED PARCEL SERVICE-GENERAL

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: TORONTO, CANADA

PAYMENT TERMS: NET IMMEDIATE

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | RFQ NUMBER | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00001 | 224384 | PRFC3049 001 | | | 50% TOOLING CHARGE ASSOCIATED WITH THE PERSONAL AUDIO SYSTEM (MATCHBOX). REFERENCE QUOTE DATED SEPT. 1, 2004. ALL TOOLING TO BE CLEARLY MARKED AS PROPERTY OF DELPHI PRODUCT AND SERVICE SOLUTIONS BALANCE OF TOOLING TO BE AMORITIZWD OVER FIRST 300,000 UNITS OF PRODUCTION OR 2 YEARS, WHICHEVER COMES FIRST. REFERENCE PURCHASE ORDER 550060383. WHO ORDERED: PAUL POLLACK | 12/31/05 C | 0.00% | 1.0000 | | EA |
| 00002 | 116000 | PRFC3049 002 | | | 50% NRE CHARGE ASSOCIATED WITH PERSONAL AUDIO SYSTEM (MATCHBOX). REFERENCE QUOTE DATED SEPT 1, 2004 BALANCE OF NRE TO BE AMORITZED OVER FIRST 300,000 UNITS OF PRODUCTION OR 2 YEARS, WHICHEVER COMES FIRST REFERENCE PURCHASE ORDER 550060383. WHO ORDERED: PAUL POLLACK | 12/31/05 C | 0.00% | 1.0000 | | EA |
| | | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

A001025    USER SHAWN BRIGOLIN    ORIGINAL