Debtors' Statement of Disputed Issues

EXHIBIT I

 

December 6, 2004

Mr. Stewart Taylor
Mr. Dana Coin
Celestica
Via email: Staylor@Celestica.com
           Dscoin@celestica.com

Gentlemen,

I am writing this letter in response to your correspondence dated December 3, 2004 regarding the Matchbox program.

Delphi is disappointed and concerned with the position that Celestica has taken regarding the Matchbox program. The proposed disengagement of Celestica on this program has jeopardized an important product line for Delphi and our customers.

I would like to request that Celestica reconsider the decision to exit this business. There is a significant amount of information regarding this product that has not been explored properly and may help to correct the current situation. These options include manufacturing in a location other than Mexico and redesign as appropriate. Delphi has been very receptive to product change ideas that have been proposed by Celestica in the past, and we will continue to support cost reduction ideas as they are presented.

In order to properly address your request the following information must be provided immediately. I would like to have this information by December 7, 2004.

1. Celestica must commit to continue to produce product for sale to Delphi as required by current firm orders in your system totaling 83,000 pieces. Celestica must also commit to any other additional volume that may be required in order to support a proper disengagement with Celestica without jeopardizing our customers.
2. Celestica must provide us the complete costed BoM for the product including manufacturers, manufacturers part numbers, description, usage, current cost and availability.
3. Celestica must provide Delphi with a complete tooling line up including all molds, fixtures, gauges and other equipment necessary for the manufacture of the product.
4. Celestica must provide the current capacity of all tooling and equipment.
5. Delphi would also like to understand what the implications of current proposed changes such as the change to colored resin and the change to a plastic LCD cover.

Delphi's preference is to continue to work with Celestica on the manufacture of this product. Our team believes that there are opportunities that warrant additional effort before the drastic action that Celestica is proposing. Celestica has not properly addressed why the cost of the product MVA is so much greater than the budgeted 20%. Also, based upon your financial summary, there seems to be a significant amount of waste in the manufacturing system that we should be focused on, I would like to offer the assistance of Delphi's Lean team as a resource to address these issues.

Delphi and Celestica must work together to address the cost issues on the Matchbox program. The solution being proposed by Celestica to disengage should be the last option that we are considering. Delphi remains confident in Celestica as a partner on this program, and we feel that if we work together on solutions other than simply raising the price, we can be successful.

Sincerely,

*[signature]*

Paul G. Pollack
Global Supply Management
Delphi Product and Service solutiions

Cc: J. Halford
    S. Haranczak
    K. McClain
    J. Palmer