Debtors' Statement of Disputed Issues

EXHIBIT L



3June 2005

Mr Paul Pollack
Delphi Consumer Electronics
1441 West Long Lake Road
PO Box 5090
Troy
MI 48098-5090


Dear Paul,

As you are aware when the Matchbox production ended we were left with a stock of excess material. Over the last few months Celestica has explored numerous avenues to dispose of the remaining materials. This included, using on other programs within Celestica, returning to the supplier and with your support consumption within Delphi. Having explored all options we have an excess stock as detailed in appendix one.

On March 3, I informed Karen that Celestica would do all in its power to mitigate Delphi but any materials left would be Delphi's liability. Delphi agreed that this was "reasonable". The history leading up to the excess stock is shown in Appendix 2 and Appendix 3 with the mitigation results shown in appendix 4. As you will see Celestica has been able to mitigate the material liability from cc $3M to $490K. The only other cost incurred by Celestica was one cancellation penalty from the battery supplier of $80K. The final financial liability for the material therefore amounts to $570,000.00 ($490,000 +$80,000).

Celestica request Delphi to arrange to issue a purchase order to cover the above amount and also confirm the disposal instructions for the material. In addition, Celestica still awaits a PO for $ $246798.00 to be issued for the outstanding NRE and we would appreciate a speedy closure on this topic.

Lastly we have in storage, some dedicated fixtures associated with the Matchbox production which we require your disposal instruction.

I trust the information contained within the appendix clearly demonstrates the mitigation Celestica has done on behalf of Delphi and that you can arrange the necessary purchase order.


Yours truly,


Stewart D Taylor
Celestica

# Appendix 1 (Excess Stock)

| Item No | Item Dscrpn | Item Prmry Vendor Std Name | L/T DAYS | qty per | QTY | EXTENDED |
|---|---|---|---|---|---|---|
| DST001794 | MATCHBOX CABLE OVERMOULD ASSEMBLY-CABLE | TYCO | 63 | 1 | 19600 | $ 90,160 |
| DST001702 | Low power FM stereo IC, QFN40-LINEAR SPE | PHILIPS SEMICONDUCTOR | 119 | 1 | 35386 | $ 79,619 |
| DST001700 | MICROCONTROLLER, QFN48-MICRO CONTROLLER | FREESCALE SEMICONDUCTOR | 126 | 1 | 37900 | $ 71,631 |
| DST001805 | Headphone-ELECTRO MECH SUB ASM | DAESUNG ELECTRIC | 91 | 1 | 1780 | $ 30,153 |
| DST001727 | BATTERY CHARGE MANAGEMENT IC WITH FETS, | TEXAS INSTRUMENTS | 167 | 1 | 18500 | $ 26,455 |
| DST001734 | XTAL, 13MHZ, SMT, 13PF LOAD CAP., 4 SMT- | RALTRON ELECTRONICS | 105 | 1 | 53000 | $ 22,790 |
| DST001764 | Single-supply Dual Op-Amp, VSSOP-8-LINEA | TEXAS INSTRUMENTS | 154 | 2 | 35000 | $ 22,050 |
| DST001731 | Right-angle SMB PCB jack-CONNECTOR RECEP | AMPHENOL | 63 | 1 | 27360 | $ 21,614 |
| DST001857 | 4-POSITION JOYSTICK SWITCH-SWITCH MECH - | C & K COMPONENTS | 63 | 1 | 32000 | $ 12,160 |
| DST001897 | 30-pin vertical FPC connector-CONNECTOR | MOLEX | 70 | 1 | 28700 | $ 10,045 |
| DST001899 | THERMAL FORMED PLASTIC, TOP-PACKAGING BL | STEPHEN GOULD | 28 | 1 | 23000 | $ 9,200 |
| DST001706 | Low-voltage variable capacitance diode, | PHILIPS SEMICONDUCTOR | 66 | 2 | 54000 | $ 8,280 |
| DST001864 | CAP, 1210, 20%, X7R, 22uF, 10V-CAPACITOR | KEMET ELECTRONICS | 77 | 1 | 36000 | $ 8,280 |
| DST002000 | THERMAL FORMED PLASTIC, BOTTOM-PACKAGING | STEPHEN GOULD | 28 | 1 | 20010 | $ 8,004 |
| DST001741 | 4MHZ CRYSTAL RESONATOR, SMT, 16PF, MIN - | AVX | 125 | 1 | 30000 | $ 7,920 |
| DST002001 | INSERT, PACKAGING-PACKAGING CARD | STEPHEN GOULD | 28 | 1 | 20200 | $ 5,959 |
| DST002006 | 4.25MM PROBE-PIN SMT BATTERY CONNECTOR W | SUYIN CONNECTOR | 49 | 2 | 10800 | $ 5,940 |
| DST001867 | 2W stereo amp with volume control-LOGIC | TEXAS INSTRUMENTS | 119 | 1 | 4000 | $ 5,000 |
| DST001705 | Dual 250mW audio PA with shutdown, SOP8- | NATIONAL SEMICONDUCTOR | 91 | 1 | 17500 | $ 4,725 |
| DST001753 | COVER,MIDDLE (CHASSIS)-PLASTIC PART CUST | CUSTOM PLASTICS | 70 | 1 | 2124 | $ 4,605 |
| DST001827 | Trench power MOSFET, 3.3A, 12V, SOT363-T | ON SEMICONDUCTOR | 49 | 2 | 61149 | $ 4,464 |
| DST002033 | Picture of Roady-PACKAGING CARTON | STEPHEN GOULD | 28 | 1 | 53000 | $ 3,445 |
| DST001806 | AC/DC Power Adapter Brick-POWER SUPPLY G | HON-KWANG ELECTRIC | 49 | 1 | 1591 | $ 3,102 |
| DST001862 | INDUCTOR, SMT, 10UH, 1.84A, 0.049 OHM-IN | SUMIDA | 70 | 1 | 11250 | $ 2,925 |
| DST001891 | M1.6x4 self-tapping screw, 3.0mm pan hea | IRWIN INDUSTRIAL | 91 | 2 | 106000 | $ 2,862 |
| DST001823 | 5-pin right-angle header, PTH-CONNECTOR | MOLEX | 21 | 1 | 21000 | $ 2,730 |
| DST001890 | 1-32 * 4MM 6-LOBE (6) PAN HEAD 48-2 WB T | QUALITY SCREW & NUT | 147 | 2 | 82165 | $ 2,218 |
| DST002007 | Right-angle header-CONNECTOR HEADER | MOLEX | 42 | 1 | 53000 | $ 2,157 |
| DST001892 | 200mA adjustable LDO, SOT23-6-LINEAR VOL | TEXAS INSTRUMENTS | 35 | 1 | 8060 | $ 2,015 |
| DST002015 | 5-pos 0.100 ribbon cable-CABLE ALL | MOLEX | 42 | 1 | 45000 | $ 1,890 |
| DST001829 | 0603 ESD CAPACITOR-CAPACITOR CERAMIC | BUSSMANN | 84 | 6 | 65000 | $ 1,885 |
| DST001854 | Triple common-mode choke coil, 100mA, 0. | MURATA ELECTRONICS | 63 | 2 | 7600 | $ 1,824 |
| DST002029 | EMI shield clips-CLIP METAL | AUTOSPLICE | 14 | 4 | 24100 | $ 1,687 |
| DST002031 | BAR CODE CARD-PACKAGING CARD | STEPHEN GOULD | 120 | 1 | 22693 | $ 1,589 |
| DST001732 | 3.5mm miniature audio jack-CONNECTOR REC | DIGI-KEY | 49 | 1 | 7450 | $ 1,393 |

35 PART NUMBERS ON DELPHI CLAIM ( BOM WAS >120 P/NS )
12 P/NS REPRESENT 80 % OF THE VALUE
OF THESE 12 P/NS THE LEAD TIME IS AVG 93 DAYS
AVERAGE LEAD TIME OVERALL  IS 74 DAYS
NO PART HAS A BLANCE ON HAND GREATER THAN THE CANCELLED DEMAND

# Appendix 2

## PO History

ORIGINAL FIRM POS RECEIVED 8/15 : 113,000 UNITS, APPROX $ 7.5 M MATERIAL SPEND ADDITIONAL PO RECEIVED ON 10/01 FOR 20,000 MORE UNITS, $1.3 M MATERIAL SPEND. NOW AUTHORIZED TO PROCURE $8.8 M , BASED ON L/T
NOTIFIED OF PO CANCELLATIONS ON 10/12. REDUCED UNITS TO 83,000 FROM 133,000 , EXPOSING APPROX $3.3 M IN MATERIAL LIABILITY



MATCHBOX PO $ HISTORY



## Appendix 3 Timetable

| Date | Event |
|---|---|
| 15-Aug | CLS MONTERREY LOADS FIRM CUSTOMER ORDERS FOR 2004, 113,000 UNITS |
| 02-Sep | CLS TORONTO STAFF TRAVELS TO CMX TO TRANSFER OPEN POS, AND INVENTORY |
| 01-Oct | DELPHI FIRMS UP JAN 2005, ADDING AN ADDITIONAL 20,000 UNITS TO THE MATERIAL REQUIREMENTS: 133,000   FIRM ORDERS ( Pos) WITH CLS |
| 12-Oct | DELPHI REDUCES THE FIRM ORDERS TO 83,000 CONTINUES TO FORECAST DEMAND FOR 2005, AT  APPROX 15, 000 PER MONTH |
| DEC/JAN | DISCUSSION RE TRANSFER TO LOW COST GEOGRAPHY |
| 20-Jan | S. TAYLOR DOCUMENTS TO P. POLLACK RE MOVE TO CHINA, ASKS FOR A RESPONSE BY 1/30 |
| 26-Jan | CSU PERSONNEL ON SITE TO DISCUSS TRANSFER |
| 8 -Feb | P. POLLACK RESPONDS INFORMING CELESTICA THAT A DECISION WILL TAKE AN ADDITIONAL  8   WEEKS |
| 15 -Mar | DELPHI INFORMS CELESTICA THAT THE PROGRAM IS TO END ON COMPLETION OF 83k UNITS |
| 16- Mar | CELESTICA KICKS OFF MITIGATION OF MATERIAL PIPELINE |

## Appendix 4 Mitigation results

| | | |
|---|---:|---:|
| APPROX BOM COST | $66.00 | |
| 30K PIPELINED FOR 59 DAYS | $1,980,000.00 | |
| 20K UNITS PIPLINED FOR 11 DAYS | $1,320,000.00 | |
| PO REDUCTION UNITS | 50000 | |
| | | |
| **MITIGATION BASED ON 50K REDUCTION** | | |
| MATERIAL EXPOSURE ( $ & % ) | $ 3,300,000.00 | 100% |
| CLS AVOIDANCE EFFORTS | $ 2,660,000.00 | 81% |
| CLS INTERNAL REDISTRIBUTION | $ 150,000.00 | 5% |
| DELPHI MATERIAL CLAIM | $ 490,000.00 | 15% |
| | | |
| **MITIGATION BASED ON 30K REDUCTION** | | |
| MATERIAL EXPOSURE ( $ & % ) | $ 1,980,000.00 | 100% |
| CLS AVOIDANCE EFFORTS | $ 1,340,000.00 | 68% |
| CLS INTERNAL REDISTRIBUTION | $ 150,000.00 | 8% |
| DELPHI MATERIAL CLAIM | $ 490,000.00 | 25% |