William H. Schorling (WS-6322)
Buchanan Ingersoll & Rooney PC
One Chase Manhattan Plaza
New York, NY 10005
Telephone:   (212) 440-4400
Facsimile:   (212) 440-4401

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al. |  |
|  | (Jointly Administered) |
| Debtors. |  |

**STATEMENT OF BUCHANAN INGERSOLL & ROONEY PC
PURSUANT TO BANKRUPTCY RULE OF PROCEDURE 2019**

Buchanan Ingersoll & Rooney PC files this verified statement pursuant to Bankruptcy Rule 2019 and states that it represents as counsel the following creditors:

1.    Fiduciary Counsels Inc., ("FCI") the independent fiduciary for the Debtors' qualified pension plan pursuant to a letter agreement between the Delphi Corporation, on behalf of itself and ASEC Manufacturing, Delphi Mechatronic Systems, Inc., and Packard-Hughes Interconnect Company, and Fiduciary Counselors Inc. dated January 12, 2006 (the "Agreement") pursuant to which, Fiduciary Counselors was retained, *inter alia*, to exercise the authority of an independent fiduciary and "investment manager" on behalf of (i) the Delphi Corporation Retirement Program for Salaried Employees, (ii) the Delphi Hourly-Rate Employees Pension Plan, (iii) the ASEC Manufacturing Retirement Program, (iv) the Delphi Mechatronic Systems Retirement Program, (v) the Packard Hughes Interconnect Non-Bargaining Retirement Plan, (vi) the Packard Hughes Interconnect Bargaining Retirement Plan and (vii) the Packard Hughes Interconnect Foley, Alabama Facility Retirement Plan (collectively, the "Plans") with respect to

the determination of whether and how to pursue claims, if any, against the Company (as defined in the Agreement) that any of the Plans may have if the Company fails to make a legally required contribution to such Plan when due ("Funding Claims"). FCI, as fiduciary, has filed proofs of claim and asserts claims for Funding Claims. Pursuant to a stipulation dated July 21, 2006, the claims are deemed to be filed in each of the Debtors' bankruptcy cases

2. Arkema Inc. has asserted claims for the sale of engineering polymers and acrylic resins in the amount of $33,043.50 for goods supplied in the ordinary course of business to Delphi Automotive Systems LLC between April 14, 2004 and September 27, 2005.

3. ATEL Leasing Corporation, ("ATEL"), as agent for Eireann II, a division of ATEL Transatlantic Inverstors, Inc. ("ATI"), CAI UBK Equipment, a division of ATI, CAI-ALJ Equipment, a division of ATI, Il Bu de Mexico S.A. de C.V, and Eireann III, a division of ATEL Transatlantic Investors II, Inc., (collectively , the "Lessors"). ATEL, as agent for the Lessors, has filed a proof of claim pursuant to two Master Lease Agreements dated as of August 19, 1997 and May 1, 1995 and numerous Equipment Schedules each of which incorporated the terms of the Master Leases (collectively, the "Leases"). Delphi Corp. and Delphi Automotive are the assignees of the lessees under the Leases and ATEL, as agent, and one or more of the Lessors are the assignees of the lessors under the Leases. All as is more fully set forth in the Proof of Claim.

                **BUCHANAN INGERSOLL & ROONEY PC**

                By:   /s/ William H. Schorling
                William H. Schorling (WS - 6322)
                One Chase Manhattan Plaza
                New York, New York 10005
                Telephone: (212) 440-4400
                Facsimile: (212) 440-4401
                E-mail: william.schorling@bipc.com

Dated: September 14, 2007

#2043681-v1