Jeffrey A. Cooper, Esq. [JC-0763]
Marc D. Miceli, Esq. [MM-2357]         **Hearing Date: _____, _____, 2007 at _____ __.m.**
CARELLA, BYRNE, BAIN, GILFILLAN,        **Oral Argument Requested**
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

Attorneys for Cookson Electronics, Inc., Fry's Metals, Inc. and Specialty Coatings, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------
|                                       | : Chapter 11
| DELPHI CORPORATION., et al.,          | :
|                                       | : Case No: 05-44481 (RDD)
|                                       | :
|                  Debtors.             | : Jointly Administered
|                                       | :
|                                       | :
----------------------------------------

**NOTICE OF MOTION FOR RECONSIDERATION PURSUANT TO 11
U.S.C. 502(J) AND FED. BANKR. RULE 3008, OR ALTERNATIVELY, TO
VACATE, PURSUANT TO FED. RULE 60(B) AND FED. BANKR. RULE
9006, ORDER SIGNED ON JUNE 29, 2007 (PACER ITEM NO. 8443)
DISALLOWING AND EXPUNGING CERTAIN CLAIMS IDENTIFIED IN
FIFTEENTH OMNIBUS CLAIMS OBJECTION DISALLOWING AND
EXPUNGING, *INTER ALIA*, PROOF OF CLAIM NO. 15683 OF
SPECIALTY COATING, INC. AND REINSTATEMENT OF PROOF OF
CLAIM NUMBER 15683**

**PLEASE TAKE NOTICE** that, upon the supporting letter brief and affidavits, Movant, Cookson Electronics, Inc., Fry's Metals, Inc. and Specialty Coatings, Inc. (collectively, "Specialty Coatings") shall move (the "Motion") before this Court at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on _____, _____, 2007 at _____ _____.m., for an order pursuant to, inter alia, 11 U.S.C. 502(j) and Rule 3008 of the Federal Rules of Bankruptcy

Procedure, reconsidering, and/or vacating the default regarding Order dated June 29, 2007 Disallowing and Expunging, *inter alia*, Proof of Claim No. 15683 of Specialty Coatings, Inc. and Reinstating of Proof of Claim Number 15683.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall be in writing, set forth the name of the objector, the basis for the objection, and the grounds therefor, and be filed with the Court, together with proof of service thereof, and served upon Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C., 5 Becker Farm Road, Roseland, New Jersey 07068, Attention: Jeffrey A. Cooper, Esq. and Marc D. Miceli, Esq.

**CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN**
Attorneys for Cookson Electronics, Inc., Fry's Metals, Inc. and Specialty Coatings, Inc.

By:   /s/Jeffrey A. Cooper
      **JEFFREY A. COOPER**

By:   /s/ Marc D. Miceli
      **MARC D. MICELI**

**DATED:** September 14, 2007

#325496v1