UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: DELPHI CORPORATION, Inc., et al., | : Chapter 11 |
| | : |
| | : Case No: 05-44481 (RDD) |
| | : |
| | : Jointly Administered |
| Debtors | : |

---

**ORDER GRANTING MOTION FOR RECONSIDERATION
WITH REGARD TO ORDER SIGNED ON JUNE 29, 2007
(PACER ITEM NO. 8443) DISALLOWING AND EXPUNGING
CERTAIN CLAIMS IDENTIFIED IN FIFTEENTH OMNIBUS
CLAIMS OBJECTION DISALLOWING AND EXPUNGING,
*INTER ALIA*, PROOF OF CLAIM NUMBER 15683 OF
SPECIALTY COATINGS, INC. AND REINSTATING PROOF OF
CLAIM NO. 15683**

**THIS MATTER** having come before the Court by way of motion ("Motion") filed by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, counsel for Fry's Metals and Specialty Coatings, Inc. in the above-captioned case, seeking the entry of an Order pursuant to, *inter alia*, 11 U.S.C. 502(j) and Rule 3008 of the Federal Rules of Bankruptcy Procedure, reconsidering and/or vacating the default with regard to Order dated June 29, 2007 Disallowing and Expunging, *inter alia*, Proof of Claim Number 15683 of Specialty Coatings, Inc. and for Reinstatement of Proof of Claim Number 15683 of Specialty Coatings, Inc., and the Court having considered the Motion and the supporting affidavits and memoranda of law, and the Court having considered the pleadings, if any, filed in opposition to the Motion, and any reply pleadings and oral argument, if any, and for the reasons set forth on the record, and adequate notice having been provided to all parties-in-interest, and for good cause shown;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion be and hereby is Granted.

2. The Proof of Claim Number 15683 of Specialty Coatings, Inc. be and hereby is reinstated.

3. Counsel for Fry's Metals, Inc. and Specialty Coatings, Inc. shall serve a copy of this Order within _____ days of the date hereof upon all parties receiving notice of the original motion.

Dated: New York, New York
       _____, _____, 2007

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

#326990v1

ii