# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

**COUNSELLORS AT LAW**

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, NJ  07068-1739** | DONALD S. BROOKS | WILLIAM SQUIRE |
| JOHN N. BAIN | A. RICHARD ROSS | **PHONE (973) 994-1700** | FRANCIS C. HAND | ALAN J. GRANT° |
| JOHN G. GILFILLAN, III | KENNETH L. WINTERS | **FAX (973) 994-1744** | AVRAM S. EULE | MICHAEL P. PASQUALE |
| PETER G. STEWART | JEFFREY A. COOPER | www.carellabyrne.com | LINDSEY H. TAYLOR | LAURA S. MUNZER |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | MELISSA E. FLAX | | DAVID J. REICH | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | DENNIS F. GLEASON | | _____ | JACOB A. KUBERT |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | FRANK J. CHESKY III |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | STANLEY J. YELLIN |
| JAMES E. CECCHI | BRIAN H. FENLON | | | SHARI L. GRENIER° |
| | KHOREN BANDAZIAN | | | |
| | KERRIE R. HESLIN | | | °MEMBER N.Y. BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | |

September 14, 2007

**VIA FEDERAL EXPRESS AND E-FILING**

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

> Re: In re Delphi Corporation, et al.
> **Case No. 05-44481 (RDD)**
> **Motion for, *Inter Alia*, Reconsideration of Order Dated June 20, 2007 (Pacer Item No. 8443) Expunging Proof of Claim No. 15683 of Specialty Coatings, Inc.**

Dear Judge Drain:

This firm is counsel to Cookson Electronics, Inc., Fry's Metals. Inc. and Specialty Coatings, Inc. in connection with the above-captioned bankruptcy proceeding.

Enclosed is a courtesy copy of Specialty Coatings, Inc.'s Motion for, *Inter Alia*, Reconsideration of Order Dated June 30, 2007 (Pacer Item No. 8443) Expunging Proof of Claim No. 15683 of Specialty Coatings and for an Order reinstating Proof of Claim No. 15683. The Motion was filed today, September 14, 2007. We understand from the Local Rules and Your Honor's Chambers that Your Honor has the discretion to schedule an oral argument in connection with this Motion. As such, in the event that Your Honor grants such request, we will serve additional Notice of Motion on the interested parties.

Honorable Robert D. Drain
September 14, 2007
Page 2

      In addition to those parties served through the ECF-PACER Electronic Document Filing System, we are serving Debtors' Counsel, Committee Counsel and the U.S. Trustee via Federal Express.

Respectfully submitted,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN


/S/ JEFFREY A. COOPER

JAC/mp

cc:    John Wm. Butler, Jr., Esq. (Debtors' Counsel, Skadden Arps) (via Federal Express and e-filing)
        Kayalyn A. Marafioti, Esq. (Debtors' Counsel, Skadden Arps) (via Federal Express and e-filing)
        Laverne F. Hill, Esq. (Debtors' Counsel, Skadden Arps) (via Federal Express and e-filing)
        Michael D. Warner, Esq. (Committee Counsel, Warner Stevens, LLP) (via Federal Express and e-filing)
        Alicia M. Leonhard, Esq. (U.S. Trustee) (via Federal Express and e-filing)
        Tracy Hope Davis, Esq. (U.S. Trustee) (via Federal Express and e-filing)

#327287v1