**PEPPER HAMILTON LLP**
Bonnie MacDougal Kistler
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for ExxonMobil Oil Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| **DELPHI CORPORATION,** *et al.,* | ) |
| | ) Case Nos. 05-44481 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2007, copies of the Response Of ExxonMobil Oil Corporation To Debtors' Twentieth Omnibus Objection To Claims were caused to be served via first class mail, postage prepaid, upon the individuals on the attached service list.

PEPPER HAMILTON LLP

/s/ Anne Marie Aaronson
Bonnie MacDougal Kistler
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for ExxonMobil Oil Corporation

#8878401 v1

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
Attn: John Wm. Butler, Jr.
 John K. Lyons
 Joseph N. Wharton

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

#8878401 v1