SILLS CUMMIS EPSTEIN & GROSS P.C.
Charles N. Panzer, Esq.
One Rockefeller Plaza
New York, New York 10020
212-643-7000 (telephone)
212-643-6500 (facsimile)
Attorneys for Hewlett Packard Company

Hearing Date: TBD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11 Case No. 05-44481 (RDD)

(Jointly Administered)

---

## RESPONSE OF HEWLETT PACKARD COMPANY TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO THE ALLOWANCE OF CERTAIN CLAIMS

Hewlett Packard Company ("HP"), by counsel, Sills Cummis Epstein & Gross P.C., hereby submits its response to the Debtors' Twentieth Omnibus Objection to the Allowance of Certain Claims (the "Claims Objection") and represents as follows:

### Background

1. On or about October 8 and 14, 2005, the above captioned debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. HP is a creditor of the Debtors and timely filed its proof of claim in the Chapter 11 cases. The claim, in the amount of $4,948,005.65, was assigned claim # 9352.

3. On or about August 24, 2007, the Debtors filed the Claims Objection. Included in the Claims Objection as a claim subject to modification was HP's claim # 9352. Specifically, the

#1254543 v1

Omnibus Objection seeks to reduce the claim from $4,948,005.65 to $4,887,481.59, a reduction of $60,524.06.

4.   The Debtors have provided HP with a scheduled reflecting the specific invoices they contend should be reduced or eliminated to achieve the requested reduction in the claim amount. A copy of this schedule is attached as Exhibit "A" hereto.

5.   Prior to the filing of the Omnibus Objection, HP had prior notice from the Debtors of a possible adjustment of only two invoices:

   (i)   Invoice d208732205   Debtors noted the post-petition payment of $484.01. HP acknowledges that payment of this amount was received and has adjusted its claim accordingly.

   (ii)   Invoices 7dx8486   Debtors claimed a $7,000 payment was issued. However, HP had been unable to find any record of this payment. Debtors subsequently sent HP a copy of the cancelled check and HP has deducted the $7,000 balance for the amount of the claim. This still leaves a balance due of $5,785.84 due on this invoice.

6.   Attached hereto as Exhibit "B" are schedules prepared by HP that list all of the invoices disputed by the Debtors, the amount of these invoices, the claim adjustment sought by the Debtors and the Debtors' explanation of the basis for their objection. As noted thereon, with respect to approximately $44,000 of the adjustments sought by the Debtors the only explanation provided to support the reductions is the notation that these invoices were "not approved". Indeed with the exception of the specific adjustments described in paragraph 5 above, to which HP has agreed, the Debtors have failed to establish any grounds to support their proposed reductions.

7.   Based upon the adjustments that HP has recognized as valid it is prepared to reduce its claim to the sum of $4,940,521.64.

8.   Section 502 of the Bankruptcy Code provides for the allowance of claims or interests in a bankruptcy case. As a general matter, a claim, proof of which is properly filed,

#1254543 v1                                                                                  2

constitutes *prima facie* evidence of the amount and validity of a claim, and is deemed allowed unless a party in interest objects. *See*, 11 U.S.C. § 502(a); *In re Rockefeller Center Prop.*, 241 B.R. 804 (Bankr. S.D.N.Y. 1999); *In re Woodmere Investors Ltd. P'ship*, 178 B.R. 346 (Bankr. S.D.N.Y. 1995); *In re Stallings*, 118 B.R. 387, 390 (Bankr. D.S.C. 1989); *aff'd*, 1989 WL 180888 (D.S.C. Dec. 12, 1989); *aff'd*, 914 F.2d 249 (4th Cir. 1990).

9. The party objecting to a proof of claim has the initial burden of proof to rebut the *prima facie* validity of a properly filed proof of claim. *See In re Mid-American Waste Systems, Inc.*, 284 B.R. 553 (D. Del. 2002); *In re Field*, 226 B.R. 178, 182 (Bankr. D.S.C. 1998). In order to overcome the presumption of validity that attaches to a properly filed proof of claim, a party objecting must produce substantial evidence. *In re Micro-Precision Technologies, Inc.*, 303 B.R. 238 (Bankr. D.N.H. 2003). Indeed, bald assertions or conclusory statements are insufficient to rebut the presumption of validity. *See In re Hollars*, 198 B.R. 270 (Bankr. S.D. Ohio 1996).

10. HP's Proof of Claim was timely filed. The Debtors have not articulated the legal or factual basis for the reduction of the claim.

WHEREFORE, for all of the foregoing reasons, HP respectfully requests that this Court enter an Order (i) overruling the Omnibus Objection as to HP, (ii) allowing the HP Claim in the amount of $4,940,521.64

Dated: September 17, 2007

> By:/s/ Charles N. Panzer
> Charles N. Panzer, Esq.
> SILLS CUMMIS EPSTEIN & GROSS P.C.
> One Rockefeller Plaza
> New York, New York 100020
> Telephone: 212-643-7000
> Facsimile: 212-643-6500
> Counsel to Hewlett Packard Company

# EXHIBIT A

Hewlett Packard POC 9352
Schedule of Differences

| Document Description | Invoice Date | Amount Claimed per POC | Reconciled Amount | Adjustment to Claimed Amount | Resolution |
|---|---|---|---|---|---|
| 2500223211 - DWS11791 | 08/31/2005 | 5,550.47 | 5,271.20 | (279.27) | Sales tax only, direct pay, should not be invoiced |
| D212181205 - DWS11379 | 06/16/2005 | 4,683.26 | 4,439.00 | (244.26) | Sales tax only, direct pay, should not be invoiced |
| 0007DX8486 - EKS59263 | 11/12/2004 | 12,785.84 | | (12,785.84) | Short paid. Invoiced 59,573.10, paid 56,557.98, bal 3,015.12 is shipping and tax; unclear why claim is $12,785.84. See invoice #33 |
| 88312234 - EKS59723 | 08/10/2005 | 1,494.00 | | (1,494.00) | HP Invoice 0007MF5488, short paid 15.00 shipping; unclear why claim is $1494 |
| D204429104 - JGS17098 | 07/19/2005 | 664.74 | | (664.74) | Sales tax only, direct pay, should not be invoiced |
| 35489377 - FDS74350 | 05/12/2005 | 618.00 | | (618.00) | Claim amount is Shipping and tax only |
| 2500223209A - 450120786 | 08/31/2005 | 326.13 | | (326.13) | Sales tax only, direct pay, should not be invoiced |
| D208732205 - DWS10705 | 04/15/2005 | 1,538.97 | 1,054.96 | (484.01) | $484.01 paid post-petition RD962846325 on 03/12/2007 Ref 90598431. |
| D206485005 - FDS47398 003 | 03/04/2005 | 9,269.72 | | (9,269.72) | Not approved. |
| D015501005 - FDS47398 003 | 04/06/2005 | (5,990.20) | | 5,990.20 | Not approved. |
| 37699999 - S2S52022 | 03/14/2005 | 6,535.80 | | (6,535.80) | Not approved. |
| 38677031 - S2553913 | 08/24/2005 | 6,023.00 | | (6,023.00) | Not approved. |
| 509880903 - P1S07550 | 02/26/2003 | 5,675.20 | | (5,675.20) | Not approved. |
| 37716370 - S2552021 | 03/16/2005 | 3,710.80 | | (3,710.80) | Not approved. |
| 38159058 - DWS11370 | 05/27/2005 | 2,644.00 | | (2,644.00) | Not approved. |
| 36684242 - DWS09489 | 09/22/2004 | 1,325.86 | | (1,325.86) | Not approved. |
| 38773629 - 450134421 | 09/10/2005 | 1,322.00 | | (1,322.00) | Not approved. |
| 0003A33955 - P1S42503 | 02/28/2005 | 117.83 | | (117.83) | Not approved. |
| 0003A48870 - P1S42503 | 03/01/2005 | 53.52 | | (53.52) | Not approved. |
| 38732274 - S2S53913 | 09/02/2005 | 41.65 | | (41.65) | Not approved. |
| 2500231212 - 450139478 | 09/29/2005 | 44.06 | | (44.06) | Not approved. |
| 301263277 - P1S42503 | 04/13/2005 | (143.38) | | 143.38 | Not approved. |
| 35043617 - DWS07086/CM | 12/09/2003 | (744.00) | | 744.00 | Not approved. |
| 35052625 - DWS07556 | 12/11/2003 | 237.30 | | (237.30) | Not approved. |
| 34654514 - DWS05331 | 09/30/2003 | 6,325.80 | | (6,325.80) | Not approved. |
| 34741993 - DWS05331 | 10/15/2003 | 3,162.90 | | (3,162.90) | Not approved. |
| 35043627 - DWS05331/CM | 12/09/2003 | (530.00) | | 530.00 | Not approved. |
| 34974285 - DWS07556 | 11/25/2003 | 4,545.95 | | (4,545.95) | Not approved. |
| | | 71,289.22 | 10,765.16 | (60,524.06) | |

# EXHIBIT B

Delphi Corporation, et al
**Hewlett-Packard Claim Summary**

| Invoice # | Inv Date | Purchase Order # | Prepetition Amount Due | Claim Adj by Delphi | Bill-to Name | Account # | Note |
|---|---|---|---|---|---|---|---|
| 0007MF5488 | 20050810 | EKS559723 | $ 1,494.00 | $ 1,494.00 | Delphi Delco Electronic Sys | 130057997 | cust short paid invoice, no explanation |
| D208732205 | 20050415 | DWS10705 | $ 1,054.96 | $ 484.01 | Delphi Automotive Systems | 207621 | inv billed for 1538.97, cust paid postpet portion 3/07 for $484.01. Prepet portion $1054.96 remains due. Claim adj down by 484.01 to reflect payment |
| 0007DX8486 | 20041112 | EKS59263 | $ 5,785.84 | $ 5,785.84 | Delphi Automotive Systems | 135022454 | Original POC referenced residual balance of $12,785.84. Cust provided cancelled ck copy for missing $7K pymnt, claim adj down by $7,000 to reflect payment. No explanation for remaining short payment. Tax and freight only approx 3K. |
| 2500223329 | 20050831 | 450120786 | $ 326.13 | $ 326.13 | Delphi Automotive Systems | 130163311 | sales tax |
| D2121811205 | 20050616 | DWS11379 | $ 4,683.26 | $ 244.26 | Delphi Automotive Systems | 207621 | sales tax |
| D2044291004 | 20050719 | JGS17098 | $ 664.74 | $ 664.74 | Delphi Automotive Systems | 725054 | sales tax |
| 2500223211 | 20050831 | DWS11791 | $ 5,550.47 | $ 279.27 | Delphi Automotive Systems | 130163311 | sales tax |
| 35469377 | 20050512 | FDS74350 | $ 618.00 | $ 618.00 | Delphi Corporation | VW13987 | sales tax & shipping |
| 509880903 | 20030226 | P1S07550 | $ 5,675.20 | $ 5,675.20 | Delphi Automotive Systems | WONETIMED | Not Approved?? |
| 34654514 | 20030930 | DWS05331 | $ 6,325.80 | $ 6,325.80 | HPFS/Delphi Automotive Sys | V0W8444 | Not Approved?? |
| 34741993 | 20031015 | DWS05331 | $ 3,162.90 | $ 3,162.90 | HPFS/Delphi Automotive Sys | V0W8444 | Not Approved?? |
| 34974285 | 20031125 | DWS07556 | $ 4,545.95 | $ 4,545.95 | HPFS/Delphi Automotive Sys | V0W8444 | Not Approved?? |
| 35043617 | 20031209 | DWS07086/CM | $ (744.00) | $ (744.00) | HPFS/Delphi Automotive Sys | V0W8444 | Not Approved?? |
| 35043627 | 20031209 | DWS05331/CM | $ (530.00) | $ (530.00) | HPFS/Delphi Automotive Sys | V0W8444 | Not Approved?? |
| 35052625 | 20031211 | DWS07556 | $ 237.30 | $ 237.30 | HPFS/Delphi Automotive Sys | V0W8444 | Not Approved?? |
| 301263277 | 20050413 | P1S42503 | $ (143.38) | $ (143.38) | Delphi Automotive Systems | 207621 | Not Approved?? |
| 0003A33955 | 20050228 | P1S42503 | $ 117.83 | $ 117.83 | Delphi Automotive Systems | 130069866 | Not Approved?? |
| 0003A48870 | 20050301 | P1S42503 | $ 53.52 | $ 53.52 | Delphi Automotive Systems | 130069866 | Not Approved?? |
| 2500231212 | 20050929 | 450139478 | $ 44.06 | $ 44.06 | Delphi Automotive Systems | 130163311 | Not Approved?? |
| 36684242 | 20040922 | DWS09489 | $ 1,325.86 | $ 1,325.86 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| 37699999 | 20050314 | S2S52022 | $ 6,535.80 | $ 6,535.80 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| 37716370 | 20050316 | S2S52021 | $ 3,710.80 | $ 3,710.80 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| 38159058 | 20050527 | DWS11370 | $ 2,644.00 | $ 2,644.00 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| 38677031 | 20050824 | S2S53913 | $ 6,023.00 | $ 6,023.00 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| 38732274 | 20050902 | S2S53913 | $ 41.65 | $ 41.65 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| 38773629 | 20050910 | 450134421 | $ 1,322.00 | $ 1,322.00 | Delphi Automotive Systems | V0W5266 | Not Approved?? |
| D015501005 | 20050406 | FDS47398 003 | $ (5,990.20) | $ (5,990.20) | Delphi Packard Electric | 735195 | Not Approved?? |
| D206485005 | 20050304 | FDS47398 003 | $ 9,269.72 | $ 9,269.72 | Delphi Packard Electric | 735195 | Not Approved?? |
| | | TOTAL POC | $ 63,805.21 | 53,524.06 | | | |
| | | | | $ 7,000.00 | cancelled ck copy received | | |
| | | | | $ 60,524.06 | Delphi claim adj | | |
| | | | | $ 43,627.81 | Not Approved?? | | |

K Higman
Hewlett Packard Co
714 940 7120

Delphi Corporation, et al
**Hewlett-Packard Claim Summary**

| Invoice # | Inv Date | Purchase Order # | Prepetition Amount Due | | Bill-to Name | Account # |
|---|---|---|---|---|---|---|
| 509880903 | 20030226 | P1S07550 | $ | 5,675.20 | Delphi Automotive Systems | WONET1MED |
| 2500223209 | 20050831 | 450120786 | $ | 326.13 | Delphi Automotive Systems | 1301633311 |
| 35489377 | 20050512 | FDS74350 | $ | 618.00 | Delphi Corporation | VW13987 |
| 38094745 | 20050711 | EKS59667 | $ | 8,955.00 | Delphi Automotive Systems | V0W5266 |
| 34654514 | 20030930 | DWS05331 | $ | 6,325.80 | HPFS/Delphi Automotive Sys | V0W8444 |
| 34741993 | 20031015 | DWS05331 | $ | 3,162.90 | HPFS/Delphi Automotive Sys | V0W8444 |
| 34974285 | 20031125 | DWS07556 | $ | 4,545.95 | HPFS/Delphi Automotive Sys | V0W8444 |
| 35043617 | 20031209 | DWS07086/CM | $ | (744.00) | HPFS/Delphi Automotive Sys | V0W8444 |
| 35043627 | 20031209 | DWS05331/CM | $ | (530.00) | HPFS/Delphi Automotive Sys | V0W8444 |
| 35052625 | 20031211 | DWS07556 | $ | 237.30 | HPFS/Delphi Automotive Sys | V0W8444 |
| 2500142080 | 20041118 | EKS59347 | $ | 19,022.48 | Delco Electronics | 130069813 |
| 301263277 | 20050413 | P1S42503 | $ | (143.38) | Delphi Automotive Systems | 207621 |
| D208732205 | 20050415 | DWS10705 | **$** | **1,054.96** | Delphi Automotive Systems | 207621 |
| D212181205 | 20050616 | DWS11379 | $ | 4,683.26 | Delphi Automotive Systems | 207621 |
| D216345405 | 20050901 | DWS10235 002 | $ | 13,098.44 | Delphi Automotive Systems | 207621 |
| D218257805 | 20051006 | DWS10235 002 | $ | 2,957.71 | Delphi Automotive Systems | 207621 |
| D204429104 | 20050719 | JGS17098 | $ | 664.74 | Delphi Automotive Systems | 725054 |
| 0003A33955 | 20050228 | P1S42503 | $ | 117.83 | Delphi Automotive Systems | 130069866 |
| 0003A48870 | 20050301 | P1S42503 | $ | 53.52 | Delphi Automotive Systems | 130069866 |
| 2500156950 | 20050113 | EKS59407 | $ | 692.80 | Delphi Automotive Systems | 1301633311 |
| 2500218687 | 20050816 | 450118371 | $ | 101,847.05 | Delphi Automotive Systems | 1301633311 |
| 2500220911 | 20050824 | EKS59796 | $ | 35,146.88 | Delphi Automotive Systems | 1301633311 |
| 2500223208 | 20050831 | 450120258 | $ | 46,643.17 | Delphi Automotive Systems | 1301633311 |
| 2500223210 | 20050831 | DWS11791 | $ | 11,358.90 | Delphi Automotive Systems | 1301633311 |
| 2500223211 | 20050831 | DWS11791 | $ | 5,550.47 | Delphi Automotive Systems | 1301633311 |
| 2500223486 | 20050901 | 450120786 | $ | 22,547.20 | Delphi Automotive Systems | 1301633311 |
| 2500223951 | 20050902 | 450120258 | $ | 3,276.00 | Delphi Automotive Systems | 1301633311 |
| 2500224773 | 20050907 | 450120258 | $ | 12,866.68 | Delphi Automotive Systems | 1301633311 |
| 2500224774 | 20050907 | 450120258 | $ | 8,608.80 | Delphi Automotive Systems | 1301633311 |
| 2500225108 | 20050908 | 450120258 | $ | 6,021.85 | Delphi Automotive Systems | 1301633311 |
| 2500228850 | 20050921 | 450136836 | $ | 8,924.05 | Delphi Automotive Systems | 1301633311 |
| 2500231212 | 20050929 | 450139478 | $ | 44.06 | Delphi Automotive Systems | 1301633311 |
| 0007DX8486 | 20041112 | EKS59263 | $ | 5,785.84 | Delphi Automotive Systems | 135022454 |
| 404003931 | 20050912 | 450106948 | $ | 1,944,171.45 | * Delphi Automotive Systems | 135070672 |

| | | | | | |
|---|---|---|---|---|---|
| 404004258 | 20051001 | 450106948 | $ | 1,883,171.94 | * Delphi Automotive Systems | 135070673 |
| 404004310 | 20051017 | 450106948 | $ | 419,150.36 | * Delphi Automotive Systems | 80194352 |
| 36684242 | 20040922 | DWS09489 | $ | 1,325.86 | Delphi Automotive Systems | V0W5266 |
| 37699999 | 20050314 | S2S52022 | $ | 6,535.80 | Delphi Automotive Systems | V0W5266 |
| 37716370 | 20050316 | S2S52021 | $ | 3,710.80 | Delphi Automotive Systems | V0W5266 |
| 38159058 | 20050527 | DWS11370 | $ | 2,644.00 | Delphi Automotive Systems | V0W5266 |
| 38594853 | 20050811 | 450116126 | $ | 8,225.00 | Delphi Automotive Systems | V0W5266 |
| 38677031 | 20050824 | S2S53913 | $ | 6,023.00 | Delphi Automotive Systems | V0W5266 |
| 38732274 | 20050902 | S2S53913 | $ | 41.65 | Delphi Automotive Systems | V0W5266 |
| 38773629 | 20050910 | 450134421 | $ | 1,322.00 | Delphi Automotive Systems | V0W5266 |
| 2500223194 | 20050831 | 450119533 | $ | 74,291.81 | Delphi Delco Electronic Sys | 130057997 |
| 0007H43102 | 20050114 | EKS59435 | $ | 13,939.99 | Delphi Delco Electronic Sys | 130057997 |
| 0007NU3808 | 20050825 | 450119076 | $ | 31,900.70 | Delphi Delco Electronic Sys | 130057997 |
| 0007MF5488 | 20050810 | EKS59723 | $ | 1,494.00 | Delphi Delco Electronic Sys | 130057997 |
| D015501005 | 20050406 | FDS47398 003 | $ | (5,990.20) | Delphi Packard Electric | 735195 |
| D206485005 | 20050304 | FDS47398 003 | $ | 9,269.72 | Delphi Packard Electric | 735195 |
| 6257940 | 20051004 | 19561 | $ | 290.64 | DELPHI CATALYST | 80058870 |
| D214760605 | 20050804 | DWS10235 002 | $ | 13,098.44 | Delphi Automotive Systems Returned ck, # 900521342 dtd 10/3/05 | 207621 |
| 2500216679 | 20050810 | FDS83021 | $ | 7,190.85 | Delphi Automotive Systems Returned ck, # 900521342 dtd 10/3/05 | 130163311 |
| 2500221918 | 20050828 | 450118763 | $ | 81,216.81 | Delphi Automotive Systems Returned ck, # 900521342 dtd 10/3/05 | 130163311 |
| 38569398 | 20050806 | LPS97713 | $ | 956.80 | Delphi Automotive Systems 900521342 dtd 10/3/05 | V0W5266 |
| 6213328 | 20050811 | 450117721 | $ | 46,435.90 | Delphi Corp Returned ck, # 900521342 dtd 10/3/05 | 80199588 |
| 2500223209 | 20050831 | 450120786 | $ | 6,052.80 | Delphi Automotive Systems Returned ck, # 900521342 dtd 10/3/05 | 130163311 |
| AM00005513 | 13-Oct-04 | EKS59273 | $ | 3,629.02 | ** Delco Electronics Overseas Corp | |
| AM00005513 | 13-Oct-04 | EKS59273 | $ | 11,367.97 | ** Delco Electronics Overseas Corp | |
| AM00005778 | 20-Oct-04 | EKS59266 | $ | 4,536.27 | ** Delco Electronics Overseas Corp | |
| 36.J345697 | 14-Dec-04 | EKS59297 | $ | 7,500.00 | ** Delco Electronics Overseas Corp | |
| AM00005558 | 14-Oct-04 | EKS59272 | $ | 9,630.96 | ** Delco Electronics Overseas Corp | |
| 36.J345698 | 14-Dec-04 | EKS59298 | $ | 7,991.71 | ** Delco Electronics Overseas Corp | |
| | | TOTAL POC | $ | 4,940,521.64 | | |

*NOTE: Chase Equipment Leasing, Inc. has an interest in these transactions
** NOTE: Hewlett Packard Mexico transactions

K Higman
Hewlett Packard Co
714 940 7120