William H. Schorling, Esq. (WS-6322)
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :    Chapter 11
In re:                                                          :
                                                                :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                     :
                                                                :    (Jointly Administered)
                                    Debtors.                    :
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I caused to be served the Statement of Buchanan Ingersoll & Rooney PC Pursuant to Bankruptcy Rule of Procedure 9019 upon the persons and entities listed on Exhibit A annexed hereto by causing copies of same to be delivered via first class, U.S. Mail addressed as indicated on Exhibit A.

Dated: September 17, 2007          BUCHANAN INGERSOLL & ROONEY PC
       Philadelphia, PA

                                   _____
                                   Donna S. Curcio
                                   Legal Assistant
                                   1835 Market Street
                                   Philadelphia, PA 19103
                                   Tel: (215) 665-8700
                                   Fax: (215) 665-8760