HAHN & HESSEN LLP
Mark T. Power
488 Madison Avenue
New York, New York 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

--and--

MILES & STOCKBRIDGE P.C.
Richard L. Costella
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464

Attorneys for Marsilli & Co. S.p.A.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------x<br>In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors.<br>-------------------------------------------------------x | Hearing Date and Time:<br>Objection Deadline:<br><br><br><br>**Chapter 11**<br>**Case No.: 05-44481 (RDD)**<br>**(Jointly Administered)** |

### DECLARATION OF ANNA MARIA COTTARELLI IN SUPPORT OF MOTION OF MARSILLI & CO. S.P.A. FOR AN ENLARGEMENT OF TIME FOR FILING PROOF OF CLAIM PURSUANT TO RULE 9006(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Anna Maria Cottarelli, declare as follows:

1. I am employed by Marsilli & Co. S.p.A. ("Marsilli") and serve as its Administrative Director. I have personal knowledge of the facts stated herein.

2. All service of process by mail or personal service, and all international mail, including in particular all bankruptcy notices that are received by Marsilli, are directed to my office. Under my supervision, my assistant maintains a file containing copies of all such

notices received. My files are devoid of any mailings or notices related to the above-captioned bankruptcy case, including any notice of a claims bar date.

3. I have no personal recollection of having ever received a claims bar date notice in the above-captioned bankruptcy case. I had no knowledge of the bar date in this case until it was brought to my attention by the president of Marsilli North America, Inc., Kumar Rajasekhara, on or about July 12, 2007.

4. I have interviewed my assistant as well as our mail room staff, and have confirmed to my satisfaction that no one at Marsilli received any notice pertaining to the claims bar date in this case, nor any other documents or notices related to this case.

5. Marsilli does not receive mail from the United States that is sent first class U.S. mail. Rather, mail from the United States to Italy must be sent via first class international mail, with appropriate postage.

6. Marsilli has continued to supply to the Debtors on credit after the petition date in this bankruptcy case.

7. Marsilli is owed a total amount of $37,585.30 USD for goods and services that Marsilli provided to the Debtors in this case prior to the Petition Date of October 8, 2005.

I declare under penalty of perjury that the foregoing is true and correct, that I have personal knowledge of the facts stated herein, and that if called to testify, I could and would testify competently thereto.

Executed at Castelleone, Italy on this 10th day of ~~August~~ *September*, 2007.

_____
Anna Maria Cottafelli