**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

DELPHI CORPORATION, et al.                                    Case No. 05-44481
                                                             Chapter 11 - Jointly Administered
                            Debtors-in-Possession.            Hon. Robert D. Drain

_____/

**WITHDRAWAL OF NOTICE OF RECLAMATION DEMAND BY**
**K C WELDING SUPPLY, INC., DOCKET #385**

　　　NOW COMES Creditor K C Welding Supply, Inc., by and through its attorneys,
LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby withdraws its Notice of
Reclamation Demand, Docket #385 in this matter.


                                        Respectfully submitted,

                                        LAMBERT, LESER, ISACKSON,
                                        COOK & GIUNTA, P.C.


Dated:09/17/07                By:    /s/ Susan M. Cook
                                     SUSAN M. COOK (P31514)
                                     Attorneys for Creditor K C Welding Supply, Inc.
                                     916 Washington Avenue, Suite 309
                                     P.O. Box 835
                                     Bay City, Michigan 48707
                                     Telephone: (989) 893-3518, Fax (989) 894-2232
                                     scook@lambertleser.com