## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.                           Case No. 05-44481
                                                     Chapter 11 - Jointly Administered
　　　　　　Debtors-in-Possession.                    Hon. Robert D. Drain
_____/

## WITHDRAWAL OF NOTICE OF RECLAMATION DEMAND BY
## LINAMAR CORPORATION, DOCKET #374

　　　NOW COMES Creditor Linamar Corporation, by and through its attorneys, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby withdraws its Notice of Reclamation Demand, Docket #374 in this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LAMBERT, LESER, ISACKSON,
　　　　　　　　　　　　　　　　　　　　　COOK & GIUNTA, P.C.

Dated: 09/17/07           By:    /s/ Susan M. Cook
　　　　　　　　　　　　　　　　　SUSAN M. COOK (P31514)
　　　　　　　　　　　　　　　　　Attorneys for Creditor Linamar Corporation
　　　　　　　　　　　　　　　　　916 Washington Avenue, Suite 309
　　　　　　　　　　　　　　　　　P.O. Box 835
　　　　　　　　　　　　　　　　　Bay City, Michigan 48707
　　　　　　　　　　　　　　　　　Telephone: (989) 893-3518, Fax (989) 894-2232
　　　　　　　　　　　　　　　　　scook@lambertleser.com