**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

DELPHI CORPORATION, et al.                                    Case No. 05-44481
                                                              Chapter 11 - Jointly Administered
              Debtors-in-Possession.          Hon. Robert D. Drain
_____/

**WITHDRAWAL OF NOTICE OF RECLAMATION DEMAND BY**
**LINAMAR HOLDINGS, INC., DOCKET #380**

    NOW COMES Creditor Linamar Holdings, Inc., by and through its attorneys, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby withdraws its Notice of Reclamation Demand, Docket #380 in this matter.

                          Respectfully submitted,

                          LAMBERT, LESER, ISACKSON,
                          COOK & GIUNTA, P.C.

Dated: 09/17/07          By:     /s/ Susan M. Cook
                                       SUSAN M. COOK (P31514)
                                       Attorneys for Creditor Linamar Holdings, Inc.
                                       916 Washington Avenue, Suite 309
                                       P.O. Box 835
                                       Bay City, Michigan 48707
                                       Telephone: (989) 893-3518, Fax (989) 894-2232
                                       scook@lambertleser.com