**Quarles & Brady LLP**
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Phone 520.770.8700 Facsimile 520.770.2203
kye@quarles.com; rlp@quarles.com

Attorneys for Flambeau Inc.

Kasey C. Nye, Esq. (AZ Bar # 020610) (Admitted Pro Hac Vice)
Roy Prange, Esq. (WI Bar # 1013821)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Quarles & Brady LLP, hereby gives notice of its appearance on behalf of Flambeau Inc. and requests that it receive notice of all proceedings in these matters, including, but not limited to, any notices in the above-referenced administrative matters and any related adversary proceedings and that the following names be added to the master mailing list:

> Kasey C. Nye, Esq.
> Quarles & Brady LLP
> One South Church Avenue, Suite 1700
> Tucson, Arizona 85701
> (520) 770-8717 (phone)
> (520) 770-2203 (fax)
> knye@quarles.com (e-mail)

> Roy L. Prange, Esq.
> Quarles & Brady LLP
> 33 E. Main Street, Suite 900
> Madison, WI 53703-3095
> (608) 283-2485 (phone)
> (608) 294-4920 (fax)
> rlp@quarles.com (e-mail)

QBTUC\212757.1

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of the Creditors' rights:

(a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by the Creditors without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in these matters.

DATED this 17th day of September, 2007.

> QUARLES & BRADY LLP
> One South Church Avenue, Suite 1700
> Tucson, AZ 85701
>
> By   /s/ Kasey C. Nye (AZ Bar #020620)
>        Kasey C. Nye
>
> Attorneys for Flambeau Inc.

-2-

QBTUC\212757.1