Hearing Date and Time: September 27, 2007 at 10:00 a.m.
Response Date and Time: September 20, 2007 at 4:00 p.m.

**QUARLES & BRADY LLP**
Kasey C. Nye, Esq. (Admitted Pro Hac Vice)
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)

*Attorneys for Flambeau Inc.*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


### RESPONSE OF FLAMBEAU INC. TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (CLAIM # 12212)

Flambeau Inc., by its undersigned counsel, hereby responds to the Debtors' objection to its claim (# 12212) as set forth in the Twentieth Omnibus Claims Objection (the "Objection") and states as follows:

1.  Flambeau Inc. ("Flambeau") timely filed a Proof of Claim (# 12212, the "Claim") against the Debtor Delphi Corporation (Case No. 05-44481), on July 28, 2006, as a "secured" claim, in the amount of $800,348.45 for automotive parts supplied to, and modifications of tooling made for, the Debtors. A copy of the Proof of Claim is attached hereto as Exhibit "A".

2.  Attached to the Proof of Claim is a Statement of Account describing all invoices and purchase order numbers and amounts which comprise the Claim.

3.  Flambeau filed its Claim as "secured", on the basis of a statutory plastic fabricator's lien available to it pursuant to § 779.47, Wisconsin Statutes, which grants a lien on all toolings and plastic products in the plastic fabricator's possession, that belong to a customer, for the amount owed the plastic fabricator by the customer for tooling or for plastics fabrication processing or work.  Said lien, however, is subject to an existing perfected security interest.

4.  Flambeau has satisfied the requirements of Bankruptcy Rule 3001, and Claim # 12212 constitutes *prima facie* evidence of the validity and amount of the claim.  In re WorldCom, Inc., No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) citing In re Allegheny Int'l Inc., 954 F.2d 167, 174 (3rd Cir. 1992); In re Hemingway Transport, Inc., 993 F.2d 915, 925 (1st Cir. 1993).

5.  The basis for the Objection is that the Claim is subject to modification, that it should be allowed against a different Debtor, namely Delphi Automotive Systems, LLC (Case #05-44640), and that it should be allowed in the amount of $475,334.73 as a general unsecured claim.

6.  Debtor's have failed in the Objection to provide any detailed analysis or support for the Objection.  The claims docket maintained by Kurtzman Carson, the Claims Administrator, reflects that the amount claimed differs from the amount reflected in Debtors' books and records, and that the proposed allowed amount, namely $475,334.73, was "created" for the Objection.

7. The Claims docket also reflects that the basis for the Objection is that the Claim is of "improper nature," presumably a reference to its filing as a "secured claim," and that it is filed against the wrong Debtor.

8. Flambeau's claim should not be disallowed and expunged. Flambeau agrees with the Debtors that the Claim should be allowed as a general unsecured claim against Delphi Automotive Systems LLC (Case No. 05-44640) and withdraws its contention that the Claim should be allowed as a "secured" claim rather than an unsecured claim.

9. With respect to the amount of the Claim to be allowed, Flambeau submits the following: At least since May 2007 and extending to August 30, 2007, Flambeau personnel have been in constant communication with Delphi Corporation personnel (Ms. Tracey Maxwell) regarding resolution of the amount claimed by Flambeau. Notice of Objection to Claim directed to Flambeau was dated August 24, 2007. As of August 30, 2007, a Delphi Corporation representative, Ms. Maxwell, confirmed that the Debtors have all of the information necessary to support the Claim. During the period May through August, 2007, Flambeau contends that the Debtors have accepted Flambeau's proof that it is entitled to an allowed unsecured claim in the amount of $800,348.45. During that time Flambeau has provided the Debtors with all of the documentary information requested by Debtors as necessary to support an allowed unsecured claim in the amount of $800,348.45.

10. Any reply by the Debtors or future notices concerning the Objection should be sent to the attention of the undersigned counsel at the addresses below.

WHEREFORE, Flambeau Inc. requests that the court allow its claim in the amount of $800,348.45 as a general unsecured claim filed in the Delphi Automotive Systems LLC bankruptcy estate.

Dated this 14th day of September, 2007.

**QUARLES & BRADY LLP**

/s/  Kasey C. Nye
Kasey C. Nye
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)
knye@quarles.com

*Attorneys for Flambeau Inc.*

Co counsel:

Roy L. Prange, Jr., SBN 1013821
QUARLES & BRADY LLP
33 East Main Street, Suite 900
P.O. Box 2113
Madison, WI  53701-2113
(608) 283-2485 (telephone)
(608) 294-4920 (facsimile)
rlp@quarles.com

**QUARLES & BRADY LLP**
Kasey C. Nye, Esq. (Admitted Pro Hac Vice)
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)

*Attorneys for Flambeau Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2007, copies of the Response of Flambeau Inc. to Debtors' Twentieth Omnibus Objection to Claims (Claim #12212) were caused to be served via first class mail, postage prepaid, upon the following individuals on the attached service list.

**QUARLES & BRADY LLP**

/s/ Kasey C. Nye
Kasey C. Nye
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)
knye@quarles.com

*Attorneys for Flambeau Inc.*

QBTUC\212743.1

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn:  General Counsel | John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>SKADDEN ARPS SLATE<br>MEAGHER& FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606-1285 |
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for<br>the Southern District of New York<br>One Bowling Green, Room 632 (Chambers)<br>New York, New York 10004 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 |

# EXHIBIT "A"

# PROOF OF CLAIM

United States Bankruptcy Court  Southern  District Of  New York

**Name of Debtor:** DELPHI CORPORATION
**Case Number:** 05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
FLAMBEAU INC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
FLAMBEAU INC
801 LYNN AVENUE
BARABOO WI  53913

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone Number:** 608-356-5551

*This Space For Court Use Only*

**COPY**

X Date Stamped Copy Returned
No self addressed stamped envelope
No copy to return

**RECEIVED**
AUG 0 5 2006
KURTZMAN CARSON

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces  ☐ amends  a previously filed claim dated: _____
if this claim

**1. Basis for Claim**
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☒ Other   MOLDS TO MANUFACTURE PARTS

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. Date debt was incurred:** 03-01-05 to 10-07-05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☒ Other Molds to Produce parts
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ $800,348.45

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____ $800,348.45 _____ $800,348.45
(Unsecured) (Secured) (Priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

**Date:** 7/26/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Dan Roberts, Assistant Secretary_

*This Space For Court Use Only*
RECEIVED
CLAIMS PROCESSING CENTER
USBC, SDNY

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

1

|  |  | FLAMBEAU | INC |  |  | ** Please | Remit To ** |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | STATEMENT | OF ACCOUNT |  |  |  |  |  |  |  |
|  | DELPHI |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | FLAMBEAU INC |  |  |  |  |
|  |  |  |  |  |  | NW 5581 |  |  |  |  |
|  |  |  |  |  |  | P O BOX 1450 |  |  |  |  |
|  |  |  |  |  |  | MINNEAPOLIS MN |  | 55485-5581 |  |  |
| INV NUM | SID NUM | PACK SLIP/BC | INV DATE | DUE DATE | PO NUMBER |  |  | AMOUNT |  |  |
| 779046 | 5084630 | 235382 | 29-Mar-05 | 28-May-05 | 550036614 |  |  | $ | 603.39 |  |
| 779468 | 5084630 | 235508 | 30-Mar-05 | 29-May-05 | 550036614 |  |  | $ | 2,036.45 |  |
| 779479 | 5084630 | 235510 | 30-Mar-05 | 29-May-05 | 550036614 |  |  | $ | 377.12 |  |
| 780369 | 5084630 | 235723 | 1-Apr-05 | 31-May-05 | 550036614 |  |  | $ | 2,111.87 |  |
| 782403 | 5084630 | 236381 | 8-Apr-05 | 7-Jun-05 | 550036614 |  |  | $ | 75.42 |  |
| 788595 | 5084630 | 238093 | 28-Apr-05 | 27-Jun-05 | 550036614 |  |  | $ | 754.24 |  |
| 789138 | 5084630 | 238185 | 29-Apr-05 | 28-Jun-05 | 550036614 |  |  | $ | 1,583.90 |  |
| 789141 | 5084630 | 238187 | 29-Apr-05 | 28-Jun-05 | 550036614 |  |  | $ | 377.12 |  |
| 796725 | 5084630 | 240186 | 24-May-05 | 23-Jul-05 | 550036614 |  |  | $ | 226.27 |  |
| 4654 |  | 7 | 9-Jun-05 | 9-Aug-05 | 550074877 & 550074876 |  |  | $ | 192.62 |  |
| 805949 | 532419245 | 242380 | 21-Jun-05 | 20-Aug-05 | 0NJ3000X |  |  | $ | 214.20 |  |
| 805980 | 561046163 | 242418 | 21-Jun-05 | 20-Aug-05 | WT102051 |  |  | $ | 26.40 |  |
| 806129 | 532420231 | 242451 | 21-Jun-05 | 20-Aug-05 | 0NJ3000X |  |  | $ | 42.84 |  |
| 806569 | 532419246 | 242495 | 22-Jun-05 | 21-Aug-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 806571 | 532420232 | 242496 | 22-Jun-05 | 21-Aug-05 | 0NJ3000X |  |  | $ | 96.39 |  |
| 806676 | 561046164 | 242588 | 23-Jun-05 | 22-Aug-05 | WT102051 |  |  | $ | 52.80 |  |
| 806833 | 532419247 | 242573 | 23-Jun-05 | 22-Aug-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 806837 | 532420233 | 242574 | 23-Jun-05 | 22-Aug-05 | 0NJ3000X |  |  | $ | 64.26 |  |
| 807429 | 532419248 | 242666 | 24-Jun-05 | 23-Aug-05 | 0NJ3000X |  |  | $ | 139.23 |  |
| 807461 | 532420234 | 242719 | 24-Jun-05 | 23-Aug-05 | 0NJ3000X |  |  | $ | 64.26 |  |
| 808472 | 532419249 | 242830 | 27-Jun-05 | 26-Aug-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 808474 | 532420235 | 242831 | 27-Jun-05 | 26-Aug-05 | 0NJ3000X |  |  | $ | 53.55 |  |
| 808375 | 5084630 | 242851 | 27-Jun-05 | 26-Aug-05 | 550036614 |  |  | $ | 754.24 |  |
| 808901 | 561046165 | 242949 | 28-Jun-05 | 27-Aug-05 | WT102051 |  |  | $ | 33.00 |  |
| 808923 | 532419250 | 242905 | 28-Jun-05 | 27-Aug-05 | 0NJ3000X |  |  | $ | 107.10 |  |
| 808929 | 532420236 | 242906 | 28-Jun-05 | 27-Aug-05 | 0NJ3000X |  |  | $ | 53.55 |  |
| 809431 | 532419251 | 243017 | 29-Jun-05 | 28-Aug-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 809830 | 532419252 | 243115 | 30-Jun-05 | 29-Aug-05 | 0NJ3000X |  |  | $ | 139.23 |  |
| 809832 | 561046166 | 243122 | 30-Jun-05 | 29-Aug-05 | WT102051 |  |  | $ | 66.00 |  |
| 809835 | 532420237 | 243117 | 30-Jun-05 | 29-Aug-05 | 0NJ3000X |  |  | $ | 107.10 |  |
| 859155 |  |  | 30-Jun-05 | 30-Jun-05 | Retro Price Mar-Jun 2005 |  |  | $ | 96,429.95 |  |
| 810066 | 5084630 | 243180 | 1-Jul-05 | 30-Aug-05 | 550036614 |  |  | $ | 1,734.75 |  |
| 813419 | 6017440 | 243783 | 14-Jul-05 | 12-Sep-05 | GM 44247 |  |  | $ | 41.70 |  |
| 814324 | 532420238 | 243955 | 18-Jul-05 | 16-Sep-05 | 0NJ3000X |  |  | $ | 85.68 |  |
| 814333 | 532419253 | 243953 | 18-Jul-05 | 16-Sep-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 814519 | 532419254 | 244039 | 19-Jul-05 | 17-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 814568 | 532420239 | 244041 | 19-Jul-05 | 17-Sep-05 | 0NJ3000X |  |  | $ | 85.68 |  |
| 814610 | 561046167 | 244068 | 19-Jul-05 | 17-Sep-05 | WT102051 |  |  | $ | 33.00 |  |
| 814611 | 572419114 | 244068 | 19-Jul-05 | 17-Sep-05 | WT101973 |  |  | $ | 3.48 |  |
| 814855 | 532419255 | 244120 | 20-Jul-05 | 18-Sep-05 | 0NJ3000X |  |  | $ | 107.10 |  |
| 814951 | 532420240 | 244122 | 20-Jul-05 | 18-Sep-05 | 0NJ3000X |  |  | $ | 74.97 |  |
| 815156 | 561046168 | 244156 | 21-Jul-05 | 19-Sep-05 | WT102051 |  |  | $ | 6.60 |  |
| 815157 | 572419115 | 244156 | 21-Jul-05 | 19-Sep-05 | WT101973 |  |  | $ | 24.36 |  |
| 815273 | 532419256 | 244198 | 21-Jul-05 | 19-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 815337 | 532420241 | 244201 | 21-Jul-05 | 19-Sep-05 | 0NJ3000X |  |  | $ | 64.26 |  |
| 815681 | 532419257 | 244319 | 22-Jul-05 | 20-Sep-05 | 0NJ3000X |  |  | $ | 139.23 |  |
| 815846 | 532420242 | 244321 | 22-Jul-05 | 20-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 816322 | 532419258 | 244429 | 25-Jul-05 | 23-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 816490 | 532420243 | 244430 | 25-Jul-05 | 23-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 816674 | 572419116 | 244527 | 26-Jul-05 | 24-Sep-05 | WT101973 |  |  | $ | 73.08 |  |
| 816737 | 532419259 | 244502 | 26-Jul-05 | 24-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 816900 | 532420244 | 244503 | 26-Jul-05 | 24-Sep-05 | 0NJ3000X |  |  | $ | 96.39 |  |
| 817119 | 532419260 | 244598 | 27-Jul-05 | 25-Sep-05 | 0NJ3000X |  |  | $ | 117.81 |  |
| 817223 | 532420245 | 244599 | 27-Jul-05 | 25-Sep-05 | 0NJ3000X |  |  | $ | 107.10 |  |
| 817194 | 5084630 | 244643 | 27-Jul-05 | 25-Sep-05 | 550036614 |  |  | $ | 678.81 |  |
| 817534 | 532419261 | 244681 | 28-Jul-05 | 26-Sep-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 817627 | 532420246 | 244682 | 28-Jul-05 | 26-Sep-05 | 0NJ3000X |  |  | $ | 96.39 |  |
| 859157 |  |  | 28-Jul-05 | 28-Jul-05 | Retro Price July 2005 |  |  | $ | 18,816.46 |  |
| 818033 | 532419262 | 244825 | 29-Jul-05 | 27-Sep-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 818266 | 532420247 | 244826 | 29-Jul-05 | 27-Sep-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 818674 | 532420248 | 244965 | 1-Aug-05 | 30-Sep-05 | 0NJ3000X |  |  | $ | 139.23 |  |
| 818700 | 532419263 | 244964 | 1-Aug-05 | 30-Sep-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 818895 | 532419264 | 245097 | 2-Aug-05 | 1-Oct-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 819063 | 532420249 | 245098 | 2-Aug-05 | 1-Oct-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 819208 | 572419117 | 245161 | 3-Aug-05 | 2-Oct-05 | WT101973 |  |  | $ | 13.92 |  |
| 819297 | 532419265 | 245237 | 3-Aug-05 | 2-Oct-05 | 0NJ3000X |  |  | $ | 107.10 |  |
| 819468 | 532420250 | 245238 | 3-Aug-05 | 2-Oct-05 | 0NJ3000X |  |  | $ | 128.52 |  |
| 819710 | 572419118 | 245363 | 4-Aug-05 | 3-Oct-05 | WT101973 |  |  | $ | 13.92 |  |
| 819958 | 532420251 | 245319 | 4-Aug-05 | 3-Oct-05 | 0NJ3000X |  |  | $ | 128.52 |  |

|  |  | FLAMBEAU | INC |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | STATEMENT | OF ACCOUNT |  |  |  |  |  |
|  |  |  |  |  |  | ** Please | Remit To ** |  |
|  | DELPHI |  |  |  |  |  |  |  |
|  |  |  |  |  |  | FLAMBEAU INC |  |  |
|  |  |  |  |  |  | NW 5581 |  |  |
|  |  |  |  |  |  | P O BOX 1450 |  |  |
|  |  |  |  |  |  | MINNEAPOLIS MN | 55485-5581 |  |
| INV NUM | SID NUM | PACK SLIP/BO | INV DATE | DUE DATE | PO NUMBER |  | AMOUNT |  |
| 820027 | 532419266 | 245318 | 4-Aug-05 | 3-Oct-05 | 0NJ3000X |  | $ 117.81 |  |
| 820243 | 532419267 | 245469 | 5-Aug-05 | 4-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 820399 | 532420252 | 245470 | 5-Aug-05 | 4-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 820730 | 532419268 | 245612 | 8-Aug-05 | 7-Oct-05 | 0NJ3000X |  | $ 117.81 |  |
| 820879 | 532420253 | 245613 | 8-Aug-05 | 7-Oct-05 | 0NJ3000X |  | $ 149.94 |  |
| 820601 | 5084630 | 245625 | 8-Aug-05 | 7-Oct-05 | 550036614 |  | $ 829.66 |  |
| 821166 | 572419119 | 245724 | 9-Aug-05 | 8-Oct-05 | WT101973 |  | $ 31.32 |  |
| 821194 | 532419269 | 245743 | 9-Aug-05 | 8-Oct-05 | 0NJ3000X |  | $ 32.13 |  |
| 821431 | 532420254 | 245744 | 9-Aug-05 | 8-Oct-05 | 0NJ3000X |  | $ 96.39 |  |
| 821062 | 5084630 | 245733 | 9-Aug-05 | 8-Oct-05 | 550036614 |  | $ 754.24 |  |
| 821674 | 532419270 | 245883 | 10-Aug-05 | 9-Oct-05 | 0NJ3000X |  | $ 74.97 |  |
| 821871 | 532420255 | 245884 | 10-Aug-05 | 9-Oct-05 | 0NJ3000X |  | $ 128.52 |  |
| 821771 | 5084630 | 245943 | 10-Aug-05 | 9-Oct-05 | 550036614 |  | $ 829.66 |  |
| 822165 | 532419271 | 246001 | 11-Aug-05 | 10-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 822210 | 572419120 | 246028 | 11-Aug-05 | 10-Oct-05 | WT101973 |  | $ 31.32 |  |
| 822368 | 532420256 | 246002 | 11-Aug-05 | 10-Oct-05 | 0NJ3000X |  | $ 96.39 |  |
| 821972 | 5084630 | 246011 | 11-Aug-05 | 10-Oct-05 | 550036614 |  | $ 678.82 |  |
| 822601 | 532419272 | 246136 | 12-Aug-05 | 11-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 822774 | 532420257 | 246137 | 12-Aug-05 | 11-Oct-05 | 0NJ3000X |  | $ 160.65 |  |
| 822509 | 5084630 | 246150 | 12-Aug-05 | 11-Oct-05 | 550036614 |  | $ 829.66 |  |
| 823230 | 532419273 | 246281 | 15-Aug-05 | 14-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 823367 | 532420258 | 246282 | 15-Aug-05 | 14-Oct-05 | 0NJ3000X |  | $ 149.94 |  |
| 823784 | 532419274 | 246415 | 16-Aug-05 | 15-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 823935 | 532420259 | 246416 | 16-Aug-05 | 15-Oct-05 | 0NJ3000X |  | $ 149.94 |  |
| 824203 | 560855214 | 246552 | 17-Aug-05 | 16-Oct-05 | WT101972 |  | $ 2,653.74 |  |
| 824283 | 532419275 | 246570 | 17-Aug-05 | 16-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 824450 | 532420260 | 246571 | 17-Aug-05 | 16-Oct-05 | 0NJ3000X |  | $ 160.65 |  |
| 824707 | 532419276 | 246700 | 18-Aug-05 | 17-Oct-05 | 0NJ3000X |  | $ 117.81 |  |
| 824799 | 532420261 | 246701 | 18-Aug-05 | 17-Oct-05 | 0NJ3000X |  | $ 128.52 |  |
| 825094 | 561044179 | 246742 | 19-Aug-05 | 18-Oct-05 | WT103187 |  | $ 321.00 |  |
| 825205 | 532419277 | 246806 | 19-Aug-05 | 18-Oct-05 | 0NJ3000X |  | $ 139.23 |  |
| 825209 | 532419278 | 246844 | 19-Aug-05 | 18-Oct-05 | 0NJ3000X |  | $ 9.05 |  |
| 825320 | 532420262 | 246807 | 19-Aug-05 | 18-Oct-05 | 0NJ3000X |  | $ 157.08 |  |
| 825558 | 532420263 | 246958 | 22-Aug-05 | 21-Oct-05 | 0NJ3000X |  | $ 171.36 |  |
| 825665 | 532419279 | 246957 | 22-Aug-05 | 21-Oct-05 | 0NJ3000X |  | $ 107.10 |  |
| 826094 | 506387486 | 247049 | 23-Aug-05 | 22-Oct-05 | WT100836 |  | $ 216.11 |  |
| 826133 | 532420264 | 247090 | 23-Aug-05 | 22-Oct-05 | 0NJ3000X |  | $ 522.52 |  |
| 826263 | 532419280 | 247089 | 23-Aug-05 | 22-Oct-05 | 0NJ3000X |  | $ 107.10 |  |
| 827034 | 59272882 | 247206 | 24-Aug-05 | 23-Oct-05 | PEDP4710094 |  | $ 385.32 |  |
| 826568 | 506387487 | 247136 | 24-Aug-05 | 23-Oct-05 | WT100836 |  | $ 216.11 |  |
| 827425 | 59272883 | 247345 | 25-Aug-05 | 24-Oct-05 | PEDP4710094 |  | $ 444.60 |  |
| 827209 | 506387488 | 247292 | 25-Aug-05 | 24-Oct-05 | WT100836 |  | $ 216.11 |  |
| 828155 | 59272884 | 247471 | 26-Aug-05 | 25-Oct-05 | PEDP4710094 |  | $ 385.32 |  |
| 827853 | 506387489 | 247420 | 26-Aug-05 | 25-Oct-05 | WT100836 |  | $ 216.11 |  |
| 828729 | 59272885 | 247643 | 29-Aug-05 | 28-Oct-05 | PEDP4710094 |  | $ 563.16 |  |
| 828498 | 506387490 | 247546 | 29-Aug-05 | 28-Oct-05 | WT100836 |  | $ 216.11 |  |
| 828397 | 5084630 | 247661 | 29-Aug-05 | 28-Oct-05 | 550036614 |  | $ 1,055.94 |  |
| 828401 | 5084630 | 247666 | 29-Aug-05 | 28-Oct-05 | 550036614 |  | $ 1,508.48 |  |
| 5091 |  | 14H | 29-Aug-05 | 29-Oct-05 | 550074877 & 550074876 |  | $ 96.31 |  |
| 5089 |  | 28 | 29-Aug-05 | 29-Oct-05 | 550071185 |  | $ 3,743.06 |  |
| 5090 |  | 29 | 29-Aug-05 | 29-Oct-05 | 550071185 |  | $ 1,559.61 |  |
| 859167 |  |  | 29-Aug-05 | 29-Aug-05 | Retro Price August 2005 |  | $ 22,892.04 |  |
| 829001 | 59272886 | 247754 | 30-Aug-05 | 29-Oct-05 | PEDP4710094 |  | $ 414.96 |  |
| 828953 | 506387491 | 247816 | 30-Aug-05 | 29-Oct-05 | WT100836 |  | $ 216.11 |  |
| 828811 | 5084630 | 247798 | 30-Aug-05 | 29-Oct-05 | 550036614 |  | $ 1,583.90 |  |
| 829376 | 506387492 | 247827 | 31-Aug-05 | 30-Oct-05 | WT100836 |  | $ 216.11 |  |
| 829286 | 5084630 | 247937 | 31-Aug-05 | 30-Oct-05 | 550036614 |  | $ 980.51 |  |
| 829599 | 5084630 | 247986 | 31-Aug-05 | 30-Oct-05 | 550036614 |  | $ 1,583.90 |  |
| 830093 | 59272887 | 248019 | 1-Sep-05 | 31-Oct-05 | PEDP4710094 |  | $ 1,096.68 |  |
| 829903 | 56680948 | 248061 | 1-Sep-05 | 31-Oct-05 | 0NJ3001G |  | $ 1,916.98 |  |
| 829906 | 532420272 | 247978 | 1-Sep-05 | 31-Oct-05 | 0NJ3000X |  | $ 4,473.36 |  |
| 829908 | 60790437 | 248022 | 1-Sep-05 | 31-Oct-05 | 0NJ3001K |  | $ 5,004.48 |  |
| 829911 | 506387493 | 248018 | 1-Sep-05 | 31-Oct-05 | WT100836 |  | $ 3,100.90 |  |
| 829912 | 506388488 | 248018 | 1-Sep-05 | 31-Oct-05 | WT100492 |  | $ 1,460.76 |  |
| 829913 | 506391474 | 248018 | 1-Sep-05 | 31-Oct-05 | WT100347 |  | $ 698.04 |  |
| 829914 | 506394466 | 248018 | 1-Sep-05 | 31-Oct-05 | WT100806 |  | $ 836.83 |  |
| 829915 | 529851215 | 248018 | 1-Sep-05 | 31-Oct-05 | WT101163 |  | $ 653.36 |  |
| 829916 | 557703233 | 248018 | 1-Sep-05 | 31-Oct-05 | WT101923 |  | $ 845.88 |  |
| 829917 | 560856226 | 248018 | 1-Sep-05 | 31-Oct-05 | WT101972 |  | $ 3,089.30 |  |

|  | FLAMBEAU | INC |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | STATEMENT | OF ACCOUNT |  |  |  | ** Please | Remit To ** |  |
| DELPHI |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | FLAMBEAU INC |  |  |
|  |  |  |  |  |  | NW 5581 |  |  |
|  |  |  |  |  |  | P O BOX 1450 |  |  |
|  |  |  |  |  |  | MINNEAPOLIS MN | 55485-5581 |  |
| INV NUM | SID NUM | PACK SLIP/BC | INV DATE | DUE DATE | PO NUMBER |  | AMOUNT |  |
| 829918 | 561044184 | 248018 | 1-Sep-05 | 31-Oct-05 | WT103187 |  | $ | 333.12 |
| 829919 | 561046184 | 248018 | 1-Sep-05 | 31-Oct-05 | WT103186 |  | $ | 325.71 |
| 829920 | 572419124 | 248018 | 1-Sep-05 | 31-Oct-05 | WT101973 |  | $ | 482.74 |
| 829996 | 532419287 | 247977 | 1-Sep-05 | 31-Oct-05 | 0NJ3000X |  | $ | 3,578.69 |
| 829997 | 60566337 | 247979 | 1-Sep-05 | 31-Oct-05 | 0NJ3001L |  | $ | 3,619.98 |
| 829998 | 56681247 | 248060 | 1-Sep-05 | 31-Oct-05 | 0NJ3001G |  | $ | 479.16 |
| 829737 | 5084630 | 248026 | 1-Sep-05 | 31-Oct-05 | 550036614 |  | $ | 452.54 |
| 829740 | 5084630 | 248027 | 1-Sep-05 | 31-Oct-05 | 550036614 |  | $ | 678.82 |
| 830358 | 5084630 | 248177 | 2-Sep-05 | 1-Nov-05 | 550036614 |  | $ | 754.24 |
| 830360 | 5084630 | 248185 | 2-Sep-05 | 1-Nov-05 | 550036614 |  | $ | 603.39 |
| 830540 | 5084630 | 248232 | 2-Sep-05 | 1-Nov-06 | 550036614 |  | $ | 452.54 |
| 830543 | 5084630 | 248234 | 2-Sep-05 | 1-Nov-05 | 550036614 |  | $ | 452.54 |
| 5120 |  | 15H | 2-Sep-05 | 1-Nov-05 | 550074877 & 5500074876 |  | $ | 5,398.01 |
| 5121 |  | 248297 | 2-Sep-05 | 1-Nov-05 | PEDP47100127 |  | $ | 838.08 |
| 5132 |  | 30 | 5-Sep-05 | 1-Nov-05 | 550071185 |  | $ | 4,990.75 |
| 830945 | 60790438 | 248251 | 6-Sep-05 | 5-Nov-06 | 0NJ3001K |  | $ | 5,317.26 |
| 830946 | 532420273 | 248249 | 6-Sep-05 | 5-Nov-05 | 0NJ3000X |  | $ | 4,771.58 |
| 830948 | 56680949 | 248357 | 6-Sep-05 | 5-Nov-05 | 0NJ3001P |  | $ | 479.25 |
| 831027 | 506387494 | 248247 | 6-Sep-05 | 5-Nov-05 | WT100836 |  | $ | 3,100.90 |
| 831028 | 506388489 | 248247 | 6-Sep-05 | 5-Nov-05 | WT100492 |  | $ | 2,434.60 |
| 831029 | 506391475 | 248247 | 6-Sep-05 | 5-Nov-05 | WT100347 |  | $ | 698.04 |
| 831030 | 506394487 | 248247 | 6-Sep-05 | 5-Nov-05 | WT100806 |  | $ | 836.83 |
| 831031 | 529851216 | 248247 | 6-Sep-05 | 5-Nov-05 | WT101163 |  | $ | 653.36 |
| 831032 | 557703234 | 248247 | 6-Sep-05 | 5-Nov-05 | WT101923 |  | $ | 845.88 |
| 831033 | 560856227 | 248247 | 6-Sep-05 | 5-Nov-05 | WT101972 |  | $ | 3,089.30 |
| 831034 | 561044185 | 248382 | 6-Sep-05 | 5-Nov-05 | WT103187 |  | $ | 999.36 |
| 831035 | 561046185 | 248382 | 6-Sep-05 | 5-Nov-05 | WT103186 |  | $ | 651.42 |
| 831036 | 572419125 | 248382 | 6-Sep-05 | 5-Nov-05 | WT101973 |  | $ | 362.05 |
| 831037 | 532419288 | 248248 | 6-Sep-05 | 5-Nov-05 | 0NJ3000X |  | $ | 3,578.69 |
| 831038 | 56681248 | 248356 | 6-Sep-05 | 5-Nov-05 | 0NJ3001P |  | $ | 479.16 |
| 831039 | 60566338 | 248250 | 6-Sep-05 | 5-Nov-05 | 0NJ3001L |  | $ | 3,341.52 |
| 5139 |  | 16H | 6-Sep-05 | 5-Nov-05 | 550074877 & 550074876 |  | $ | 11,938.79 |
| 831642 | 59272888 | 248525 | 7-Sep-05 | 6-Nov-05 | PEDP4710094 |  | $ | 1,363.44 |
| 831409 | 56680950 | 248418 | 7-Sep-05 | 6-Nov-05 | 0NJ3001P |  | $ | 958.49 |
| 831410 | 532420274 | 248417 | 7-Sep-05 | 6-Nov-05 | 0NJ3000X |  | $ | 4,175.14 |
| 831411 | 60790439 | 248419 | 7-Sep-05 | 6-Nov-05 | 0NJ3001K |  | $ | 4,378.92 |
| 831498 | 506387495 | 248526 | 7-Sep-05 | 6-Nov-05 | WT100836 |  | $ | 3,283.31 |
| 831499 | 506388490 | 248526 | 7-Sep-05 | 6-Nov-05 | WT100492 |  | $ | 2,678.06 |
| 831500 | 506391476 | 248526 | 7-Sep-05 | 6-Nov-05 | WT100347 |  | $ | 698.04 |
| 831501 | 506394488 | 248526 | 7-Sep-05 | 6-Nov-05 | WT100806 |  | $ | 1,046.04 |
| 831502 | 557703235 | 248526 | 7-Sep-05 | 6-Nov-05 | WT101923 |  | $ | 845.88 |
| 831503 | 560856228 | 248526 | 7-Sep-05 | 6-Nov-05 | WT101972 |  | $ | 3,195.83 |
| 831504 | 561046186 | 248526 | 7-Sep-05 | 6-Nov-05 | WT103186 |  | $ | 325.71 |
| 831529 | 532419289 | 248414 | 7-Sep-05 | 6-Nov-05 | 0NJ3000X |  | $ | 595.45 |
| 831530 | 60566339 | 248416 | 7-Sep-05 | 6-Nov-05 | 0NJ3001L |  | $ | 556.92 |
| 831531 | 56681249 | 248415 | 7-Sep-05 | 6-Nov-05 | 0NJ3001P |  | $ | 479.16 |
| 832230 | 59272889 | 248616 | 8-Sep-05 | 7-Nov-05 | PEDP4710094 |  | $ | 414.96 |
| 832017 | 60790440 | 248564 | 8-Sep-05 | 7-Nov-05 | 0NJ3001K |  | $ | 5,630.04 |
| 832018 | 532420275 | 248560 | 8-Sep-05 | 7-Nov-05 | 0NJ3000X |  | $ | 4,473.36 |
| 832019 | 56680951 | 248562 | 8-Sep-05 | 7-Nov-05 | 0NJ3001P |  | $ | 958.49 |
| 832040 | 506387496 | 248558 | 8-Sep-05 | 7-Nov-05 | WT100836 |  | $ | 2,006.47 |
| 832041 | 506388491 | 248558 | 8-Sep-05 | 7-Nov-05 | WT100492 |  | $ | 243.46 |
| 832042 | 506394489 | 248558 | 8-Sep-05 | 7-Nov-05 | WT100806 |  | $ | 523.02 |
| 832043 | 529851217 | 248558 | 8-Sep-05 | 7-Nov-05 | WT101163 |  | $ | 653.36 |
| 832044 | 557703236 | 248558 | 8-Sep-05 | 7-Nov-05 | WT101923 |  | $ | 211.47 |
| 832045 | 560856229 | 248558 | 8-Sep-05 | 7-Nov-05 | WT101972 |  | $ | 1,917.50 |
| 832046 | 561046187 | 248558 | 8-Sep-05 | 7-Nov-05 | WT103186 |  | $ | 162.86 |
| 832139 | 56681250 | 248561 | 8-Sep-05 | 7-Nov-05 | 0NJ3001P |  | $ | 479.16 |
| 832140 | 532419290 | 248563 | 8-Sep-05 | 7-Nov-05 | 0NJ3000X |  | $ | 3,280.46 |
| 832143 | 60566340 | 248559 | 8-Sep-05 | 7-Nov-05 | 0NJ3001L |  | $ | 3,063.06 |
| 5156 |  | 17H | 8-Sep-05 | 7-Nov-05 | 550074877 & 550074876 |  | $ | 176.57 |
| 833001 | 59272890 | 248796 | 9-Sep-05 | 8-Nov-05 | PEDP4710094 |  | $ | 355.68 |
| 832630 | 56680952 | 248701 | 9-Sep-05 | 8-Nov-05 | 0NJ3001P |  | $ | 958.49 |
| 832647 | 60790441 | 248708 | 9-Sep-05 | 8-Nov-05 | 0NJ3001K |  | $ | 4,066.14 |
| 832648 | 532420276 | 248680 | 9-Sep-05 | 8-Nov-05 | 0NJ3000X |  | $ | 4,175.14 |
| 832666 | 506387497 | 248678 | 9-Sep-05 | 8-Nov-05 | WT100836 |  | $ | 3,283.31 |
| 832667 | 506388492 | 248678 | 9-Sep-05 | 8-Nov-05 | WT100492 |  | $ | 2,678.06 |
| 832668 | 506391477 | 248678 | 9-Sep-05 | 8-Nov-05 | WT100347 |  | $ | 698.04 |
| 832669 | 506394490 | 248678 | 9-Sep-05 | 8-Nov-05 | WT100806 |  | $ | 1,046.04 |

4

|  | | FLAMBEAU | INC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | STATEMENT | OF ACCOUNT | | | | | | | |
|  | | | | | | | ** Please | Remit To ** | | |
|  | DELPHI | | | | | | | | | |
|  | | | | | | | FLAMBEAU INC | | | |
|  | | | | | | | NW 5581 | | | |
|  | | | | | | | P O BOX 1450 | | | |
|  | | | | | | | MINNEAPOLIS MN | 55485-5581 | | |
| INV NUM | SID NUM | PACK SLIP/BO | INV DATE | DUE DATE | PO NUMBER | | | AMOUNT | | |
| 832670 | 529851218 | 248678 | 9-Sep-05 | 8-Nov-05 | WT101163 | | | $ | 653.36 | |
| 832671 | 557703237 | 248678 | 9-Sep-05 | 8-Nov-05 | WT101923 | | | $ | 634.41 | |
| 832672 | 560856230 | 248678 | 9-Sep-05 | 8-Nov-05 | WT101972 | | | $ | 3,195.83 | |
| 832747 | 532419291 | 248799 | 9-Sep-05 | 8-Nov-05 | 0NJ3000X | | | $ | 4,586.02 | |
| 832748 | 56681251 | 248700 | 9-Sep-05 | 8-Nov-05 | 0NJ3001P | | | $ | 479.16 | |
| 832749 | 60566341 | 248707 | 9-Sep-05 | 8-Nov-05 | 0NJ3001L | | | $ | 4,733.82 | |
| 5166 | | 248780 | 9-Sep-05 | 8-Nov-05 | 550071185 | | | $ | 1,247.69 | |
| 5165 | | 248803 | 9-Sep-05 | 8-Nov-05 | 550071185 | | | $ | 1,117.44 | |
| 833397 | 59272891 | 248903 | 12-Sep-05 | 11-Nov-05 | PEDP4710094 | | | $ | 592.80 | |
| 833143 | 56680953 | 248863 | 12-Sep-05 | 11-Nov-05 | 0NJ3001P | | | $ | 958.49 | |
| 833144 | 60790442 | 248864 | 12-Sep-05 | 11-Nov-05 | 0NJ3001K | | | $ | 5,317.26 | |
| 833145 | 532420277 | 248858 | 12-Sep-05 | 11-Nov-05 | 0NJ3000X | | | $ | 4,771.58 | |
| 833184 | 506387498 | 248856 | 12-Sep-05 | 11-Nov-05 | WT100836 | | | $ | 3,283.31 | |
| 833185 | 506388493 | 248856 | 12-Sep-05 | 11-Nov-05 | WT100492 | | | $ | 2,434.60 | |
| 833186 | 506391478 | 248856 | 12-Sep-05 | 11-Nov-05 | WT100347 | | | $ | 698.04 | |
| 833187 | 506394491 | 248856 | 12-Sep-05 | 11-Nov-05 | WT100806 | | | $ | 941.44 | |
| 833188 | 529851219 | 248856 | 12-Sep-05 | 11-Nov-05 | WT101163 | | | $ | 653.36 | |
| 833189 | 557703238 | 248856 | 12-Sep-05 | 11-Nov-05 | WT101923 | | | $ | 845.88 | |
| 833190 | 560856231 | 248856 | 12-Sep-05 | 11-Nov-05 | WT101972 | | | $ | 3,195.83 | |
| 833296 | 532419292 | 248857 | 12-Sep-05 | 11-Nov-05 | 0NJ3000X | | | $ | 3,578.69 | |
| 833297 | 60566342 | 248862 | 12-Sep-05 | 11-Nov-05 | 0NJ3001L | | | $ | 3,341.52 | |
| 5175 | | 248916 | 12-Sep-05 | 11-Nov-05 | 550071185 | | | $ | 3,743.06 | |
| 833853 | 59272892 | 249034 | 13-Sep-05 | 23-Sep-05 | PEDP4710094 | | | $ | 978.12 | |
| 833672 | 60790443 | 248983 | 13-Sep-05 | 23-Sep-05 | 0NJ3001K | | | $ | 3,753.36 | |
| 833673 | 532420278 | 248978 | 13-Sep-05 | 23-Sep-05 | 0NJ3000X | | | $ | 3,876.91 | |
| 833674 | 56680954 | 248981 | 13-Sep-05 | 23-Sep-05 | 0NJ3001P | | | $ | 958.49 | |
| 833676 | 506387499 | 248969 | 13-Sep-05 | 23-Sep-05 | WT100836 | | | $ | 3,283.31 | |
| 833677 | 506388494 | 248969 | 13-Sep-05 | 23-Sep-05 | WT100492 | | | $ | 2,678.06 | |
| 833678 | 506391479 | 248969 | 13-Sep-05 | 23-Sep-05 | WT100347 | | | $ | 698.04 | |
| 833679 | 506394492 | 248969 | 13-Sep-05 | 23-Sep-05 | WT100806 | | | $ | 941.44 | |
| 833680 | 529851220 | 248969 | 13-Sep-05 | 23-Sep-05 | WT101163 | | | $ | 871.15 | |
| 833681 | 557703239 | 248969 | 13-Sep-05 | 23-Sep-05 | WT101923 | | | $ | 634.41 | |
| 833682 | 560856232 | 248969 | 13-Sep-05 | 23-Sep-05 | WT101972 | | | $ | 3,195.83 | |
| 833766 | 561044186 | 248970 | 13-Sep-05 | 23-Sep-05 | WT103187 | | | $ | 1,998.72 | |
| 833769 | 561046188 | 248970 | 13-Sep-05 | 23-Sep-05 | WT103186 | | | $ | 1,954.26 | |
| 833770 | 572419126 | 248970 | 13-Sep-05 | 23-Sep-05 | WT101973 | | | $ | 1,930.94 | |
| 833771 | 6097980 | 248984 | 13-Sep-05 | 23-Sep-05 | 0NJ3001K | | | $ | 625.56 | |
| 833772 | 532419293 | 248977 | 13-Sep-05 | 23-Sep-05 | 0NJ3000X | | | $ | 4,175.14 | |
| 833773 | 56681252 | 248980 | 13-Sep-05 | 23-Sep-05 | 0NJ3001P | | | $ | 479.16 | |
| 833774 | 60566343 | 248982 | 13-Sep-05 | 23-Sep-05 | 0NJ3001L | | | $ | 4,455.36 | |
| 5179 | | 249054 | 13-Sep-05 | 23-Sep-05 | 5500736 & 5500735 | | | $ | 4,812.68 | |
| 834249 | 5978310 | | 14-Sep-05 | 24-Sep-05 | LPS95192 | | | $ | 6,821.00 | |
| 834612 | 59272893 | 249186 | 14-Sep-05 | 24-Sep-05 | PEDP4710094 | | | $ | 414.96 | |
| 834623 | 5557290 | | 14-Sep-05 | 24-Sep-05 | LPS92725 | | | $ | 3,400.00 | |
| 834708 | 6073570 | | 14-Sep-05 | 24-Sep-05 | LPS97029 | | | $ | 12,500.00 | |
| 834709 | 6072670 | | 14-Sep-05 | 24-Sep-05 | LPS97028 | | | $ | 2,400.00 | |
| 834196 | 506387500 | 249106 | 14-Sep-05 | 24-Sep-05 | WT100836 | | | $ | 3,283.31 | |
| 834197 | 506388495 | 249106 | 14-Sep-05 | 24-Sep-05 | WT100492 | | | $ | 2,678.06 | |
| 834198 | 506391480 | 249106 | 14-Sep-05 | 24-Sep-05 | WT100347 | | | $ | 698.04 | |
| 834199 | 506394493 | 249106 | 14-Sep-05 | 24-Sep-05 | WT100806 | | | $ | 1,046.04 | |
| 834200 | 529851221 | 249106 | 14-Sep-05 | 24-Sep-05 | WT101163 | | | $ | 653.36 | |
| 834201 | 557703240 | 249106 | 14-Sep-05 | 24-Sep-05 | WT101923 | | | $ | 634.41 | |
| 834202 | 560856233 | 249106 | 14-Sep-05 | 24-Sep-05 | WT101972 | | | $ | 3,195.83 | |
| 834245 | 56680955 | 249115 | 14-Sep-05 | 24-Sep-05 | 0NJ3001P | | | $ | 958.49 | |
| 834246 | 60790444 | 249113 | 14-Sep-05 | 24-Sep-05 | 0NJ3001K | | | $ | 4,691.70 | |
| 834247 | 532420279 | 249111 | 14-Sep-05 | 24-Sep-05 | 0NJ3000X | | | $ | 4,473.36 | |
| 834395 | 6097981 | 249112 | 14-Sep-05 | 24-Sep-05 | 0NJ3001K | | | $ | 312.78 | |
| 834397 | 60566344 | 249114 | 14-Sep-05 | 24-Sep-05 | 0NJ3001L | | | $ | 3,619.98 | |
| 834399 | 532419294 | 249110 | 14-Sep-05 | 24-Sep-05 | 0NJ3000X | | | $ | 3,578.69 | |
| 835137 | 6016020 | | 15-Sep-05 | 25-Sep-05 | LPS96009 | | | $ | 50,945.00 | |
| 835161 | 59272894 | 249346 | 15-Sep-05 | 25-Sep-05 | PEDP4710094 | | | $ | 474.24 | |
| 834898 | 60790445 | 249230 | 15-Sep-05 | 25-Sep-05 | 0NJ3001K | | | $ | 4,378.92 | |
| 834899 | 56680956 | 249226 | 15-Sep-05 | 25-Sep-05 | 0NJ3001P | | | $ | 479.25 | |
| 834900 | 532420280 | 249224 | 15-Sep-05 | 25-Sep-05 | 0NJ3000X | | | $ | 4,175.14 | |
| 834913 | 506387501 | 249222 | 15-Sep-05 | 25-Sep-05 | WT100836 | | | $ | 3,283.31 | |
| 834914 | 506388496 | 249222 | 15-Sep-05 | 25-Sep-05 | WT100492 | | | $ | 2,434.60 | |
| 834915 | 506391481 | 249222 | 15-Sep-05 | 25-Sep-05 | WT100347 | | | $ | 930.72 | |
| 834916 | 506394494 | 249222 | 15-Sep-05 | 25-Sep-05 | WT100806 | | | $ | 941.44 | |
| 834917 | 529851222 | 249222 | 15-Sep-05 | 25-Sep-05 | WT101163 | | | $ | 653.36 | |

|  |  | FLAMBEAU INC  STATEMENT OF ACCOUNT |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | DELPHI |  |  |  |  | ** Please Remit To ** |  |  |
|  |  |  |  |  |  | FLAMBEAU INC  NW 5581  P O BOX 1450  MINNEAPOLIS  MN | 55485-5581 |  |
| INV NUM | SID NUM | PACK SLIP/BO | INV DATE | DUE DATE | PO NUMBER |  | AMOUNT |  |
| 834918 | 557703241 | 249222 | 15-Sep-05 | 25-Sep-05 | WT101923 |  | $ 845.88 |  |
| 834919 | 560856234 | 249222 | 15-Sep-05 | 25-Sep-05 | WT101972 |  | $ 3,195.83 |  |
| 834947 | 506388497 | 249352 | 15-Sep-05 | 25-Sep-05 | WT100492 |  | $ 243.46 |  |
| 834948 | 506394495 | 249352 | 15-Sep-05 | 25-Sep-05 | WT100806 |  | $ 627.62 |  |
| 834949 | 557703242 | 249352 | 15-Sep-05 | 25-Sep-05 | WT101923 |  | $ 422.94 |  |
| 834950 | 560856235 | 249352 | 15-Sep-05 | 25-Sep-05 | WT101972 |  | $ 319.58 |  |
| 834951 | 561044187 | 249352 | 15-Sep-05 | 25-Sep-05 | WT103187 |  | $ 499.68 |  |
| 834952 | 561046189 | 249352 | 15-Sep-05 | 25-Sep-05 | WT103186 |  | $ 488.57 |  |
| 834953 | 572419127 | 249352 | 15-Sep-05 | 25-Sep-05 | WT101973 |  | $ 1,206.84 |  |
| 835080 | 532419295 | 249223 | 15-Sep-05 | 25-Sep-05 | 0NJ3000X |  | $ 3,876.91 |  |
| 835081 | 60566345 | 249229 | 15-Sep-05 | 25-Sep-05 | 0NJ3001L |  | $ 3,898.44 |  |
| 835084 | 56681253 | 249225 | 15-Sep-05 | 25-Sep-05 | 0NJ3001P |  | $ 479.16 |  |
| 835085 | 6097982 | 249231 | 15-Sep-05 | 25-Sep-05 | 0NJ3001K |  | $ 312.78 |  |
| 5193 |  | 249398 | 15-Sep-05 | 25-Sep-05 | PEDP4710127 |  | $ 1,210.56 |  |
| 835581 | 59272895 | 249471 | 16-Sep-05 | 26-Sep-05 | PEDP4710094 |  | $ 237.12 |  |
| 835455 | 506387502 | 249367 | 16-Sep-05 | 26-Sep-05 | WT100836 |  | $ 339.23 |  |
| 835980 | 506387503 | 249502 | 19-Sep-05 | 19-Sep-05 | WT100836 |  | $ 339.23 |  |
| 835891 | 5084630 | 249630 | 19-Sep-05 | 19-Sep-05 | 550036614 |  | $ 980.51 |  |
| 836434 | 5084630 | 249709 | 19-Sep-05 | 19-Sep-05 | 550036614 |  | $ 905.09 |  |
| 836437 | 5084630 | 249711 | 19-Sep-05 | 19-Sep-05 | 550036614 |  | $ 527.97 |  |
| 836957 | 59272896 | 249780 | 20-Sep-05 | 30-Sep-05 | PEDP4710094 |  | $ 533.52 |  |
| 836646 | 506387504 | 249693 | 20-Sep-05 | 30-Sep-05 | WT100836 |  | $ 339.23 |  |
| 836744 | 506387505 | 249805 | 20-Sep-05 | 30-Sep-05 | WT100836 |  | $ 150.77 |  |
| 836543 | 5084630 | 249767 | 20-Sep-05 | 30-Sep-05 | 550036614 |  | $ 1,583.90 |  |
| 5211 |  | 249831 | 20-Sep-05 | 30-Sep-05 | 5500736 & 5500735 |  | $ 4,427.11 |  |
| 837372 | 506387506 | 249815 | 21-Sep-05 | 31-Sep-05 | WT100836 |  | $ 339.23 |  |
| 837378 | 560856240 | 249815 | 21-Sep-05 | 31-Sep-05 | WT101972 |  | $ 1.08 |  |
| 837269 | 5084630 | 249892 | 21-Sep-05 | 31-Sep-05 | 550036614 |  | $ 452.54 |  |
| 837274 | 5084630 | 249894 | 21-Sep-05 | 31-Sep-05 | 550036614 |  | $ 829.66 |  |
| 837653 | 5084630 | 249969 | 21-Sep-05 | 31-Sep-05 | 550036614 |  | $ 1,357.63 |  |
| 837943 | 506387507 | 249934 | 22-Sep-05 | 2-Oct-05 | WT100836 |  | $ 339.23 |  |
| 838044 | 506387508 | 250081 | 22-Sep-05 | 2-Oct-05 | WT100836 |  | $ 56.54 |  |
| 837844 | 5084630 | 250041 | 22-Sep-05 | 2-Oct-05 | 550036614 |  | $ 1,357.63 |  |
| 838524 | 506387509 | 250111 | 23-Sep-05 | 3-Oct-05 | WT100836 |  | $ 358.07 |  |
| 838347 | 5084630 | 250169 | 23-Sep-05 | 3-Oct-05 | 550036614 |  | $ 1,433.06 |  |
| 838844 | 5084630 | 250309 | 23-Sep-05 | 3-Oct-05 | 550036614 |  | $ 1,131.36 |  |
| 838846 | 5084630 | 250311 | 23-Sep-05 | 3-Oct-05 | 550036614 |  | $ 678.82 |  |
| 5232 |  | 230905H | 23-Sep-05 | 3-Oct-05 | 5500736 & 5500735 |  | $ 185.81 |  |
| 5233 |  | 250239 | 23-Sep-05 | 3-Oct-05 | PEDP4710127 |  | $ 1,117.44 |  |
| 839246 | 592728100 | 250353 | 26-Sep-05 | 6-Oct-05 | PEDP4710094 |  | $ 829.92 |  |
| 839084 | 506387510 | 250253 | 26-Sep-05 | 6-Oct-05 | WT100836 |  | $ 339.23 |  |
| 5246 |  | 250378 | 26-Sep-05 | 6-Oct-05 | 550071185 |  | $ 3,743.06 |  |
| 5247 |  | 250428 | 26-Sep-05 | 6-Oct-05 | 550071185 |  | $ 2,183.45 |  |
| 839635 | 592728101 | 250521 | 27-Sep-05 | 7-Oct-05 | PEDP4710094 |  | $ 503.88 |  |
| 839511 | 506387511 | 250425 | 27-Sep-05 | 7-Oct-05 | WT100836 |  | $ 339.23 |  |
| 5253 |  | 250551 | 27-Sep-05 | 7-Oct-05 | 5500736 & 5500735 |  | $ 16,194.02 |  |
| 5254 |  | 250645 | 27-Sep-05 | 7-Oct-05 | 5500736 & 5500735 |  | $ 2,113.67 |  |
| 840155 | 592728102 | 250657 | 28-Sep-05 | 8-Oct-05 | PEDP4710094 |  | $ 266.76 |  |
| 839948 | 506387512 | 250543 | 28-Sep-05 | 8-Oct-05 | WT100836 |  | $ 339.23 |  |
| 840743 | 592728103 | 250789 | 29-Sep-05 | 9-Oct-05 | PEDP4710094 |  | $ 503.88 |  |
| 840559 | 506387513 | 250712 | 29-Sep-05 | 9-Oct-05 | WT100836 |  | $ 358.07 |  |
| 841185 | 592728104 | 250918 | 30-Sep-05 | 10-Oct-05 | PEDP4710094 |  | $ 355.68 |  |
| 840954 | 506387514 | 250817 | 30-Sep-05 | 10-Oct-05 | WT100836 |  | $ 358.07 |  |
| 841159 | 6258860 | 250845 | 30-Sep-05 | 10-Oct-05 | CN 45911 |  | $ 249.10 |  |
| 841241 | 6258830 | 250844 | 30-Sep-05 | 10-Oct-05 | GM 45911 |  | $ 270.60 |  |
| 5283 |  | 251056 | 30-Sep-05 | 10-Oct-05 | 5500736 & 5500735 |  | $ 6,341.02 |  |
| 5277 |  | 250963 | 30-Sep-05 | 10-Oct-05 | PEDP4710127 |  | $ 1,769.28 |  |
| 841273 | 5084630 | 251048 | 1-Oct-05 | 11-Oct-05 | 550036614 |  | $ 452.54 |  |
| 841276 | 5084630 | 251049 | 1-Oct-05 | 11-Oct-05 | 550036614 |  | $ 678.82 |  |
| 841281 | 5084630 | 251053 | 1-Oct-05 | 11-Oct-05 | 550036614 |  | $ 678.82 |  |
| 841284 | 5084630 | 251054 | 1-Oct-05 | 11-Oct-05 | 550036614 |  | $ 1,055.94 |  |
| 841459 | 60790459 | 250992 | 3-Oct-05 | 13-Oct-05 | 0NJ3001K |  | $ 5,630.04 |  |
| 841465 | 56680969 | 250991 | 3-Oct-05 | 13-Oct-05 | 0NJ3001P |  | $ 958.32 |  |
| 841467 | 532420294 | 250989 | 3-Oct-05 | 13-Oct-05 | 0NJ3000X |  | $ 5,666.26 |  |
| 841545 | 506387515 | 250958 | 3-Oct-05 | 13-Oct-05 | WT100836 |  | $ 3,465.71 |  |
| 841546 | 506388511 | 250958 | 3-Oct-05 | 13-Oct-05 | WT100492 |  | $ 2,678.06 |  |
| 841547 | 506391494 | 250958 | 3-Oct-05 | 13-Oct-05 | WT100347 |  | $ 698.04 |  |
| 841548 | 506394508 | 250958 | 3-Oct-05 | 13-Oct-05 | WT100806 |  | $ 627.62 |  |
| 841549 | 529851235 | 250958 | 3-Oct-05 | 13-Oct-05 | WT101163 |  | $ 1,088.94 |  |

6

|  | FLAMBEAU INC | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | STATEMENT OF ACCOUNT | | | | | | | | |
|  |  |  |  |  |  | ** Please Remit To ** | | | |
| DELPHI |  |  |  |  |  |  | | | |
|  |  |  |  |  |  | FLAMBEAU INC | | | |
|  |  |  |  |  |  | NW 5581 | | | |
|  |  |  |  |  |  | P O BOX 1450 | | | |
|  |  |  |  |  |  | MINNEAPOLIS MN | 55485-5581 | | |

| INV NUM | SID NUM | PACK SLIP/BOL | INV DATE | DUE DATE | PO NUMBER | | | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 841550 | 557703255 | 250958 | 3-Oct-05 | 13-Oct-05 | WT101923 | | | $ | 634.41 |
| 841551 | 560856250 | 250958 | 3-Oct-05 | 13-Oct-05 | WT101972 | | | $ | 3,302.36 |
| 841626 | 56681260 | 251090 | 3-Oct-05 | 13-Oct-05 | 0NJ3001P | | | $ | 479.16 |
| 841630 | 60566358 | 251072 | 3-Oct-05 | 13-Oct-05 | 0NJ3001L | | | $ | 3,341.52 |
| 841631 | 532419308 | 251071 | 3-Oct-05 | 13-Oct-05 | 0NJ3000X | | | $ | 3,578.69 |
| 841632 | 60979810 | 251073 | 3-Oct-05 | 13-Oct-05 | 0NJ3001K | | | $ | 312.78 |
| 841808 | 5084630 | 251210 | 3-Oct-05 | 13-Oct-05 | 550036614 | | | $ | 527.97 |
| 841811 | 5084630 | 251211 | 3-Oct-05 | 13-Oct-05 | 550036614 | | | $ | 829.66 |
| 5292 |  | 251100 | 3-Oct-05 | 13-Oct-05 | 550071185 | | | $ | 2,807.30 |
| 841859 | 532420295 | 251164 | 4-Oct-05 | 14-Oct-05 | 0NJ3000X | | | $ | 4,473.36 |
| 841860 | 60790460 | 251167 | 4-Oct-05 | 14-Oct-05 | 0NJ3001K | | | $ | 5,004.48 |
| 841861 | 56680970 | 251168 | 4-Oct-05 | 14-Oct-05 | 0NJ3001P | | | $ | 958.32 |
| 841869 | 506387516 | 251178 | 4-Oct-05 | 14-Oct-05 | WT100836 | | | $ | 3,283.31 |
| 841870 | 506388512 | 251178 | 4-Oct-05 | 14-Oct-05 | WT100492 | | | $ | 2,678.06 |
| 841871 | 506391495 | 251178 | 4-Oct-05 | 14-Oct-05 | WT100347 | | | $ | 465.36 |
| 841872 | 506394509 | 251178 | 4-Oct-05 | 14-Oct-05 | WT100806 | | | $ | 1,046.04 |
| 841873 | 529851236 | 251178 | 4-Oct-05 | 14-Oct-05 | WT101163 | | | $ | 871.15 |
| 841874 | 557703256 | 251178 | 4-Oct-05 | 14-Oct-05 | WT101923 | | | $ | 634.41 |
| 841875 | 560856251 | 251178 | 4-Oct-05 | 14-Oct-05 | WT101972 | | | $ | 3,195.83 |
| 841978 | 561044192 | 251179 | 4-Oct-05 | 14-Oct-05 | WT103187 | | | $ | 2,498.40 |
| 841979 | 561046194 | 251179 | 4-Oct-05 | 14-Oct-05 | WT103186 | | | $ | 2,117.12 |
| 841980 | 572419131 | 251179 | 4-Oct-05 | 14-Oct-05 | WT101973 | | | $ | 1,327.52 |
| 842015 | 60979811 | 251264 | 4-Oct-05 | 14-Oct-05 | 0NJ3001K | | | $ | 312.78 |
| 842016 | 532419309 | 251263 | 4-Oct-05 | 14-Oct-05 | 0NJ3000X | | | $ | 3,578.69 |
| 842017 | 56681261 | 251276 | 4-Oct-05 | 14-Oct-05 | 0NJ3001P | | | $ | 479.16 |
| 842018 | 60566359 | 251262 | 4-Oct-05 | 14-Oct-05 | 0NJ3001L | | | $ | 3,619.98 |
| 842213 | 5084630 | 251321 | 4-Oct-05 | 14-Oct-05 | 550036614 | | | $ | 829.66 |
| 842218 | 5084630 | 251322 | 4-Oct-05 | 14-Oct-05 | 550036614 | | | $ | 1,433.06 |
| 842348 | 506387517 | 251289 | 5-Oct-05 | 15-Oct-05 | WT100836 | | | $ | 3,648.12 |
| 842349 | 506388513 | 251289 | 5-Oct-05 | 15-Oct-05 | WT100492 | | | $ | 2,191.14 |
| 842350 | 506391496 | 251289 | 5-Oct-05 | 15-Oct-05 | WT100347 | | | $ | 465.36 |
| 842351 | 506394510 | 251289 | 5-Oct-05 | 15-Oct-05 | WT100806 | | | $ | 627.62 |
| 842352 | 529851237 | 251289 | 5-Oct-05 | 15-Oct-05 | WT101163 | | | $ | 871.15 |
| 842353 | 557703257 | 251289 | 5-Oct-05 | 15-Oct-05 | WT101923 | | | $ | 634.41 |
| 842354 | 560856252 | 251289 | 5-Oct-05 | 15-Oct-05 | WT101972 | | | $ | 3,621.94 |
| 842356 | 56680971 | 251294 | 5-Oct-05 | 15-Oct-05 | 0NJ3001P | | | $ | 958.32 |
| 842357 | 60790461 | 251296 | 5-Oct-05 | 15-Oct-05 | 0NJ3001K | | | $ | 5,004.48 |
| 842359 | 532420296 | 251291 | 5-Oct-05 | 15-Oct-05 | 0NJ3000X | | | $ | 4,771.58 |
| 842451 | 60979812 | 251297 | 5-Oct-05 | 15-Oct-05 | 0NJ3001K | | | $ | 312.78 |
| 842452 | 532419310 | 251290 | 5-Oct-05 | 15-Oct-05 | 0NJ3000X | | | $ | 3,578.69 |
| 842454 | 60566360 | 251295 | 5-Oct-05 | 15-Oct-05 | 0NJ3001L | | | $ | 3,341.52 |
| 842456 | 56681262 | 251293 | 5-Oct-05 | 15-Oct-05 | 0NJ3001P | | | $ | 479.16 |
| 842664 | 5084630 | 251466 | 5-Oct-05 | 15-Oct-05 | 550036614 | | | $ | 1,508.48 |
| 842667 | 5084630 | 251468 | 5-Oct-05 | 15-Oct-05 | 550036614 | | | $ | 829.66 |
| 5303 |  | 251413 | 5-Oct-05 | 15-Oct-05 | 5500736 & 5500735 | | | $ | 13,880.59 |
| 5315 |  | 251608 | 5-Oct-05 | 15-Oct-05 | 5500736 & 5500735 | | | $ | 7,697.50 |
| 5304 |  | 251425 | 5-Oct-05 | 15-Oct-05 | 550071185 | | | $ | 1,871.53 |
| 5305 |  | 251457 | 5-Oct-05 | 15-Oct-05 | 550071185 | | | $ | 936.77 |
| 842818 | 532420297 | 251514 | 6-Oct-05 | 16-Oct-05 | 0NJ3000X | | | $ | 3,578.69 |
| 842819 | 60790462 | 251449 | 6-Oct-05 | 16-Oct-05 | 0NJ3001K | | | $ | 7,193.94 |
| 842820 | 56680972 | 251447 | 6-Oct-05 | 16-Oct-05 | 0NJ3001P | | | $ | 1,437.48 |
| 842846 | 506387518 | 251419 | 6-Oct-05 | 16-Oct-05 | WT100836 | | | $ | 3,283.31 |
| 842847 | 506388514 | 251419 | 6-Oct-05 | 16-Oct-05 | WT100492 | | | $ | 2,678.06 |
| 842848 | 506391497 | 251419 | 6-Oct-05 | 16-Oct-05 | WT100347 | | | $ | 465.36 |
| 842849 | 506394511 | 251419 | 6-Oct-05 | 16-Oct-05 | WT100806 | | | $ | 627.62 |
| 842850 | 529851238 | 251419 | 6-Oct-05 | 16-Oct-05 | WT101163 | | | $ | 871.15 |
| 842851 | 557703258 | 251419 | 6-Oct-05 | 16-Oct-05 | WT101923 | | | $ | 634.41 |
| 842852 | 560856253 | 251419 | 6-Oct-05 | 16-Oct-05 | WT101972 | | | $ | 3,408.88 |
| 842853 | 561046195 | 251419 | 6-Oct-05 | 16-Oct-05 | WT103186 | | | $ | 162.86 |
| 842946 | 532419311 | 251518 | 6-Oct-05 | 16-Oct-05 | 0NJ3000X | | | $ | 3,224.88 |
| 842951 | 60566361 | 251517 | 6-Oct-05 | 16-Oct-05 | 0NJ3001L | | | $ | 3,619.98 |
| 842959 | 60979813 | 251519 | 6-Oct-05 | 16-Oct-05 | 0NJ3001K | | | $ | 312.78 |
| 842962 | 56681263 | 251516 | 6-Oct-05 | 16-Oct-05 | 0NJ3001P | | | $ | 479.16 |
| 843203 | 5084630 | 251604 | 6-Oct-05 | 16-Oct-05 | 550036614 | | | $ | 829.66 |
| 843206 | 5084630 | 251605 | 6-Oct-05 | 16-Oct-05 | 550036614 | | | $ | 1,508.48 |
| 843655 | 5084630 | 251706 | 7-Oct-05 | 17-Oct-05 | 550036614 | | | $ | 452.54 |
| 843657 | 5084630 | 251709 | 7-Oct-05 | 17-Oct-05 | 550036614 | | | $ | 452.54 |

| | | FLAMBEAU | INC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | STATEMENT | OF ACCOUNT | | | | | | | |
| | | | | | | ** Please | Remit To ** | | | |
| | DELPHI | | | | | | | | | |
| | | | | | | | FLAMBEAU INC | | | |
| | | | | | | | NW 5581 | | | |
| | | | | | | | P O BOX 1450 | | | |
| | | | | | | | MINNEAPOLIS MN | 65485-5581 | | |
| INV NUM | SID NUM | PACK SLIP/BC | INV DATE | DUE DATE | PO NUMBER | | | AMOUNT | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Total amount Due Flambeau | | ======> | $ 800,348.45 | | |