# EXHIBIT A

Pursuant to Customs Directive 2110-036, Form approved by New York Customs Management Center on 10/25/2000

BK REF

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
### CUSTOMS BOND
19 CFR Part 113

CUSTOMS USE ONLY

BOND NUMBER (Assigned by Customs): 380204834

FILE REFERENCE:

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 06-10-02

**SECTION I** - Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

- [ ] SINGLE TRANSACTION BOND
  - Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.): XXXXXXXXXXX
  - Date of Transaction: XXXXXXXXXXX
  - Transaction district & port code: 3801
- [X] CONTINUOUS BOND
  - Effective Date: 06-13-02
  - This bond remains in force for one year beginning with the effective date and for each succeeding annual period, or until terminated. This bond constitutes a separate bond for each period in the amounts listed below for liabilities that accrue in each period. The intention to terminate this bond must be conveyed within the time period and manner prescribed in the Customs Regulations.

**SECTION II** - This bond includes the following agreements (Check one box only, except that, 1a maybe checked independently with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.)

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or broker — 113.62 | $500,000.00 | [ ] 5 | Public Gauger — 113.67 | XXXXXXXXXXX |
| [ ] 1a | Drawback Payment Refunds — 113.65 | XXXXXXXXXXX | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) — 113.68 | XXXXXXXXXXX |
| [ ] 2 | Custodian of bonded merchandise — 113.63 (Includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of, warehouses, container station operators) | XXXXXXXXXXX | [ ] 7 | Bill of Lading (Single Entry Only) — 113.69 | XXXXXXXXXXX |
| [ ] 3 | International Carrier — 113.64 | XXXXXXXXXXX | [ ] 8 | Detention of Copyrighted Material (Single Entry Only) — 113.70 | XXXXXXXXXXX |
| [ ] 3a | Instruments of International Traffic — 113.66 | XXXXXXXXXXX | [ ] 9 | Neutrality (Single Entry Only) — 113.71 | XXXXXXXXXXX |
| [ ] 4 | Foreign Trade Zone Operator — 113.73 | XXXXXXXXXXX | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only) — 113.72 | XXXXXXXXXXX |

**SECTION III** - List below all tradenames or unincorporated divisions that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III(Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| N.A. | N.A. | N.A. | N.A. |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
9025 N. Lindbergh Drive
Peoria, IL 61615

**PRINCIPAL**
Name and Address (DE Corp.)
Delphi Mechatronic Systems, Inc.
5725 Delphi Drive
Troy, MI 48007
Importer No.: 38-358983400
SIGNATURE: X /s/ John Blahnik, VP & Treasurer
SEAL

**PRINCIPAL**
Name and Address: N.A.
Importer No.: N.A.
SIGNATURE: N.A.
SEAL

**SURETY**
Name and Address
RLI Insurance Company
9025 N. Lindbergh Drive
Peoria, IL 61615
(IL Corporation)
Surety No.: 732
SIGNATURE: /s/
SEAL

**SURETY**
Name and Address: N.A.
Surety No.: 
SIGNATURE: N.A.
SEAL

**SURETY AGENTS**
Names: John K. Daily, Atty-in-Fact
Identification No.: 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
Names: 
Identification No.:

Customs Form 301 (002190)

# EXHIBIT B

Master File Extract Summary

C.A. Shea & Company, Inc.

**3B-343047300**
**Surety 732 - RLI**

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DETROIT, MI | GN343731289 | 01/05/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.48 | |
| NEW YORK/NEWARK AR | GN360192795 | 01/08/2006 | CONS | 732 | $2,868.53 | $0.00 | $2,868.53 | $0.00 | 0.00 | $2.98 | VAL |
| JOHN F KENNEDY AIR | GN360193272 | 01/09/2005 | CONS | 732 | $889.51 | $0.00 | $889.51 | $0.00 | 0.00 | $2.98 | VAL |
| CHICAGO, IL | GN343764413 | 01/12/2006 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1.05 | VAL |
| JOHN F KENNEDY AIR | GN360194049 | 01/13/2006 | CONS | 732 | $1,101.66 | $0.00 | $1,101.66 | $0.00 | 0.00 | $2.98 | VAL |
| BROWNSVILLE, TX | 11000317332 | 01/18/2005 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| LOS ANGELES, CA | GN343765204 | 01/19/2006 | CONS | 732 | $3,586.25 | $0.00 | $3,586.25 | $0.00 | 0.00 | $1,225.04 | V98 |
| BROWNSVILLE, TX | 11000042245 | 01/21/2003 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| CHICAGO, IL | GN343764298 | 01/23/2006 | CONS | 732 | $14,090.64 | $0.00 | $14,090.64 | $0.00 | 0.00 | $1.05 | VAL |
| EL PASO, TX | 300483305830 | 01/26/2007 | | 732 | $18,857.63 | $0.00 | $18,857.63 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483305855 | 01/30/2007 | | 732 | $21,808.39 | $0.00 | $21,808.39 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483305863 | 01/30/2007 | | 732 | $23,767.76 | $0.00 | $23,767.76 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483305418 | 01/30/2007 | | 732 | $22,793.31 | $0.00 | $22,793.31 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483305905 | 01/31/2007 | | 732 | $3,106.13 | $0.00 | $3,106.13 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483305889 | 01/31/2007 | | 732 | $20,871.73 | $0.00 | $20,871.73 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360198008 | 02/02/2006 | CONS | 732 | $1,057.62 | $0.00 | $1,057.62 | $0.00 | 0.00 | $2.98 | VAL |
| EL PASO, TX | GN300015841 | 02/03/2006 | | 732 | $622.49 | $0.00 | $622.49 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN340766858 | 02/07/2006 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| LOS ANGELES, CA | GN343767275 | 02/08/2006 | CONS | 732 | $860.15 | $0.00 | $860.15 | $0.00 | 0.00 | $1,225.04 | VAL |
| BROWNSVILLE, TX | 11000500200 | 02/09/2006 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | GN343737245 | 02/10/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BROWNSVILLE, TX | GN343737294 | 02/10/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| EL PASO, TX | 300483306119 | 02/13/2007 | CONS | 732 | $0.71 | $0.00 | $0.71 | $0.00 | 0.00 | $1,225.04 | VAL |
| NEW YORK/NEWARK AR | GN360197307 | 02/15/2006 | CONS | 732 | $2,905.38 | $0.00 | $2,905.38 | $0.00 | 0.00 | $2.98 | VAL |
| JOHN F KENNEDY AIR | GN360199972 | 02/17/2006 | CONS | 732 | $1,086.99 | $0.00 | $1,086.99 | $0.00 | 0.00 | $2.98 | VAL |
| BROWNSVILLE, TX | 11000318396 | 02/21/2005 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | 11000256340 | 02/24/2004 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN360201240 | 02/24/2006 | CONS | 732 | $1,101.66 | $0.00 | $1,101.66 | $0.00 | 0.00 | $2.98 | VAL |
| EL PASO, TX | 300483305101 | 02/25/2007 | | 732 | $1,730.87 | $0.00 | $3,377.79 | $0.00 | 0.00 | $1,225.04 | |
| BUFFALO-NIAGARA FA | GN343739001 | 02/28/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BUFFALO-NIAGARA FA | GN343739019 | 02/28/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BUFFALO-NIAGARA FA | GN343739035 | 02/28/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BUFFALO-NIAGARA FA | GN343739043 | 02/28/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BUFFALO-NIAGARA FA | GN343739050 | 02/28/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BUFFALO-NIAGARA FA | GN343739072 | 02/28/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| BUFFALO-NIAGARA FA | GN383385988 | 02/28/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |

8/27/2007                                                                                                                                                                                                        1

Master File Extract Summary

C.A. Shea & Company, Inc.

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUFFALO-NIAGARA FA | GN343759008 | 02/28/2006 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| DHL COURIER (INACT | GN343789308 | 03/01/2005 | CONS | 732 | $112.32 | $0.00 | $112.32 | $0.00 | 0.00 | $4.25 | |
| DETROIT METROPLTN | GN360200937 | 03/02/2006 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | |
| EL PASO, TX | GN360205848 | 03/02/2007 | | 732 | $23,562.10 | $0.00 | $23,562.10 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004305598 | 03/06/2007 | | 732 | $5.91 | $0.00 | $5.91 | $0.00 | 0.00 | $1,225.04 | |
| BROWNSVILLE, TX | 1100047129 | 03/07/2003 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN360202917 | 03/07/2006 | CONS | 732 | $1,197.68 | $0.00 | $1,197.68 | $0.00 | 0.00 | $2.98 | VAL |
| JOHN F KENNEDY AIR | GN360140976 | 03/08/2005 | CONS | 732 | $1,071.11 | $0.00 | $1,071.11 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | 3004305705 | 03/09/2007 | | 732 | $1,915.30 | $0.00 | $1,915.30 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004306697 | 03/13/2007 | | 732 | $7,822.98 | $0.00 | $7,822.98 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360142600 | 03/15/2005 | CONS | 732 | $1,186.29 | $0.00 | $1,186.29 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN391906452 | 03/15/2005 | CONS | 732 | $195.07 | $0.00 | $195.07 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | 1100502404 | 03/15/2006 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | 3004306853 | 03/15/2007 | | 732 | $38,030.67 | $0.00 | $38,030.67 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004306848 | 03/15/2007 | | 732 | $39,681.24 | $0.00 | $39,681.24 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | GN391617760 | 03/18/2004 | CONS | 732 | $313.70 | $0.00 | $5.77 | $0.00 | 0.00 | $4.25 | |
| BROWNSVILLE, TX | GN390438846 | 03/18/2005 | CV/A | 732 | $91.47 | $0.00 | $91.47 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN391916790 | 03/16/2005 | CONS | 732 | $55.19 | $0.00 | $55.19 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN360204581 | 03/16/2006 | CONS | 732 | $1,101.65 | $0.00 | $1,101.65 | $0.00 | 0.00 | $2.98 | VAL |
| DHL COURIER (INACT | GN343659308 | 03/18/2003 | CV/A | 732 | $10.55 | $0.00 | $10.55 | $0.00 | 0.00 | $4.25 | |
| JOHN F KENNEDY AIR | GN360204897 | 03/21/2006 | CONS | 732 | $2,135.58 | $0.00 | $2,135.58 | $0.00 | 0.00 | $2.98 | VAL |
| EL PASO, TX | GN391906692 | 03/22/2005 | CONS | 732 | $547.52 | $0.00 | $547.52 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN360205753 | 03/22/2006 | CONS | 732 | $1,101.66 | $0.00 | $1,101.66 | $0.00 | 0.00 | $2.98 | VAL |
| EL PASO, TX | 3004305523 | 03/22/2007 | | 732 | $722.65 | $0.00 | $722.65 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004305871 | 03/20/2007 | | 732 | $12,570.72 | $0.00 | $12,570.72 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | GN300013325 | 03/23/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN391923614 | 03/29/2005 | CONS | 732 | $20.60 | $0.00 | $20.60 | $0.00 | 0.00 | $51.33 | |
| NEW YORK/NEWARK AR | GN360145975 | 03/31/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | VAL |
| JOHN F KENNEDY AIR | GN360207007 | 03/31/2006 | CONS | 732 | $1,124.54 | $0.00 | $1,124.54 | $0.00 | 0.00 | $2.98 | VAL |
| EL PASO, TX | 3004305897 | 03/31/2007 | CONS | 732 | $10,350.87 | $0.00 | $10,350.87 | $0.00 | 0.00 | $1,225.04 | VAL |
| JOHN F KENNEDY AIR | GN360207866 | 04/05/2006 | CONS | 732 | $1,101.66 | $0.00 | $1,101.66 | $0.00 | 0.00 | $2.98 | VAL |
| DETROIT METROPLTN | GN360207304 | 04/05/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | VAL |
| EL PASO, TX | 3004307604 | 04/05/2007 | | 732 | $35,614.59 | $0.00 | $35,614.59 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004307620 | 04/06/2007 | | 732 | $43,888.93 | $0.00 | $43,888.93 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | GN391920966 | 04/08/2005 | CONS | 732 | $68.84 | $0.00 | $68.84 | $0.00 | 0.00 | $51.33 | |
| LOS ANGELES, CA | GN343743003 | 04/08/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360148177 | 04/11/2005 | CONS | 732 | $905.04 | $0.00 | $905.04 | $0.00 | 0.00 | $2.98 | |

**Master File Extract Summary**

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO, TX | 300483307687 | 04/12/2007 | | 732 | $0.71 | $0.00 | $0.71 | $0.00 | 0.00 | $1,225.04 | |
| DETROIT METROPLTN | GN360148649 | 04/14/2005 | CONS | 732 | $1,539.73 | $0.00 | $1,539.73 | $0.00 | 0.00 | $1,845.65 | |
| JOHN F KENNEDY AIR | GN360209748 | 04/14/2006 | CONS | 732 | $1,145.73 | $0.00 | $1,145.73 | $0.00 | 0.00 | $2.98 | VAL |
| BROWNSVILLE, TX | 1100032845 | 04/15/2005 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | 300483307679 | 04/19/2007 | | 732 | $1,646.92 | $0.00 | $1,646.92 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483307628 | 04/19/2007 | | 732 | $29,770.49 | $0.00 | $29,770.49 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360149712 | 04/20/2005 | CONS | 732 | $1,156.46 | $0.00 | $1,156.46 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | 300483307851 | 04/20/2007 | | 732 | $40,946.60 | $0.00 | $40,946.60 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483307877 | 04/20/2007 | | 732 | $36,254.99 | $0.00 | $36,254.99 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483307794 | 04/23/2007 | | 732 | $46,208.88 | $0.00 | $46,208.88 | $0.00 | 0.00 | $1,225.04 | |
| HUNTSVILLE, AL | GN360579957 | 04/24/2006 | | 732 | $110.96 | $0.00 | $110.96 | $0.00 | 0.00 | $4.25 | VAL |
| JOHN F KENNEDY AIR | GN360211454 | 04/26/2006 | | 732 | $1,219.15 | $0.00 | $1,219.15 | $0.00 | 0.00 | $2.98 | VAL |
| DETROIT METROPLTN | GN360151130 | 04/27/2005 | CONS | 732 | $39.40 | $0.00 | $39.40 | $0.00 | 0.00 | $1,845.65 | |
| DETROIT METROPLTN | GN360151221 | 04/27/2005 | CONS | 732 | $1,546.75 | $0.00 | $1,546.75 | $0.00 | 0.00 | $1,845.65 | |
| EL PASO, TX | 300483308107 | 04/27/2007 | | 732 | $45,523.32 | $0.00 | $45,523.32 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308115 | 04/27/2007 | | 732 | $30,239.69 | $0.00 | $30,239.69 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308123 | 04/27/2007 | | 732 | $50,286.91 | $0.00 | $50,286.91 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308156 | 04/30/2007 | | 732 | $27,013.45 | $0.00 | $27,013.45 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308164 | 04/30/2007 | | 732 | $38,810.34 | $0.00 | $38,810.34 | $0.00 | 0.00 | $1,225.04 | |
| NEW YORK/NEWARK AR | GN360209905 | 05/22/2006 | CONS | 732 | $2,309.78 | $0.00 | $2,309.78 | $0.00 | 0.00 | $2.98 | VAL |
| EL PASO, TX | 300483305251 | 05/03/2007 | CONS | 732 | $343.12 | $0.00 | $343.12 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360152609 | 05/04/2005 | CONS | 732 | $1,285.69 | $0.00 | $1,285.69 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN360153321 | 05/04/2007 | | 732 | $136.95 | $0.00 | $136.95 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308347 | 05/04/2007 | | 732 | $11,004.80 | $0.00 | $11,004.80 | $0.00 | 0.00 | $1,225.04 | |
| BROWNSVILLE, TX | GN390010678 | 05/05/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $4.25 | |
| EL PASO, TX | 300483308313 | 05/07/2007 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308396 | 05/07/2007 | CONS | 732 | $26.81 | $0.00 | $26.81 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360153474 | 05/11/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360154928 | 05/19/2005 | CONS | 732 | $1,136.54 | $0.00 | $1,136.54 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN360155560 | 05/24/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| BROWNSVILLE, TX | 1100032723 | 05/27/2005 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | 300483308388 | 05/31/2007 | | 732 | $4.52 | $0.00 | $4.52 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308255 | 06/01/2007 | | 732 | $38,622.95 | $0.00 | $38,622.95 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | GN391957992 | 06/04/2005 | CONS | 732 | $622.48 | $0.00 | $622.48 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | 300483309337 | 06/08/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308248 | 06/08/2007 | | 732 | $37,114.17 | $0.00 | $37,114.17 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308214 | 06/08/2007 | | 732 | $39,415.99 | $0.00 | $39,415.99 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 300483308230 | 06/08/2007 | | 732 | $39,642.69 | $0.00 | $39,642.69 | $0.00 | 0.00 | $1,225.04 | |

**Master File Extract Summary**                                                                                                                                    C.A. Shea & Company, Inc.

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO, TX | 3004830B271 | 06/08/2007 | | 732 | $21,361.28 | $0.00 | $21,361.28 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B289 | 06/08/2007 | | 732 | $36,471.40 | $0.00 | $36,471.40 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B263 | 06/08/2007 | | 732 | $26,774.09 | $0.00 | $26,774.09 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B305 | 06/08/2007 | | 732 | $23,091.58 | $0.00 | $23,091.58 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B222 | 06/08/2007 | | 732 | $36,195.23 | $0.00 | $36,195.23 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN350158440 | 06/09/2005 | CONS | 732 | $1,118.35 | $0.00 | $1,118.35 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360159588 | 06/15/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | 3004830974 1 | 06/15/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830931 1 | 06/15/2007 | | 732 | $25,709.64 | $0.00 | $25,709.64 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B362 | 06/15/2007 | | 732 | $31,801.54 | $0.00 | $31,801.54 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B354 | 06/15/2007 | | 732 | $23,231.68 | $0.00 | $23,231.68 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B339 | 06/15/2007 | | 732 | $34,630.41 | $0.00 | $34,630.41 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309261 | 06/15/2007 | | 732 | $51,872.66 | $0.00 | $51,872.66 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B370 | 06/15/2007 | | 732 | $19,951.08 | $0.00 | $19,951.08 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004830B295 | 06/15/2007 | | 732 | $29,955.01 | $0.00 | $29,955.01 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309303 | 06/15/2007 | | 732 | $33,151.72 | $0.00 | $33,151.72 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309329 | 06/15/2007 | | 732 | $16,894.61 | $0.00 | $16,894.61 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309774 | 06/18/2007 | | 732 | $21.19 | $0.00 | $21.19 | $0.00 | 0.00 | $1,225.04 | |
| NOGALES, AZ | GN395800065 | 06/19/2004 | CONS | 732 | $306.05 | $0.00 | $306.05 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360160412 | 06/21/2005 | CONS | 732 | $1,181.30 | $0.00 | $1,181.30 | $0.00 | 0.00 | $2.98 | |
| LOS ANGELES, CA | GN347482309 | 06/22/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309725 | 06/22/2007 | | 732 | $2,756.87 | $0.00 | $2,756.87 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309758 | 06/22/2007 | | 732 | $37,548.63 | $0.00 | $37,548.63 | $0.00 | 0.00 | $1,225.04 | |
| HOUSTON INTERCONTL | GN383002371 | 06/25/2005 | CONS | 732 | $62.88 | $0.00 | $62.88 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309782 | 06/25/2007 | | 732 | $19.76 | $0.00 | $19.76 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309733 | 06/27/2007 | | 732 | $186.37 | $0.00 | $186.37 | $0.00 | 0.00 | $1,225.04 | |
| BROWNSVILLE, TX | 112412537B7 | 06/29/2007 | WHSW | 732 | $1,241.56 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| BROWNSVILLE, TX | 1124125378 9 | 06/29/2007 | WHSW | 732 | $3,103.95 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN392000008 | 06/30/2005 | CONS | 732 | $30.13 | $0.00 | $30.13 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | 1100327869 | 07/01/2005 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| NOGALES, AZ | GN395800057 | 07/02/2004 | CONS | 732 | $306.05 | $0.00 | $306.05 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309956 | 07/03/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309766 | 07/03/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309964 | 07/03/2007 | | 732 | $433.79 | $0.00 | $433.79 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 30048309998 | 07/03/2007 | | 732 | $235.22 | $0.00 | $235.22 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN340655123 | 07/06/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360162699 | 07/06/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360163549 | 07/11/2005 | CONS | 732 | $1,086.88 | $0.00 | $1,086.88 | $0.00 | 0.00 | $2.98 | |

8/27/2007                                                                                                                                                                                    4

Master File Extract Summary                                                                                                         C.A. Shea & Company, Inc.

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO, TX | 3004831D129 | 07/13/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| LOS ANGELES, CA | GN343749810 | 07/16/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004831D004 | 07/17/2007 | | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004831D046 | 07/17/2007 | | 732 | $519.55 | $0.00 | $519.55 | $0.00 | 0.00 | $1,225.04 | |
| EL PASO, TX | 3004831D269 | 07/18/2007 | | 732 | $10.03 | $0.00 | $10.03 | $0.00 | 0.00 | $1,225.04 | |
| BROWNSVILLE, TX | GN390331934 | 07/21/2004 | CV/A | 732 | $0.18 | $0.00 | $0.36 | $0.00 | 0.00 | $2,249.74 | |
| EL PASO, TX | GN392011013 | 07/22/2005 | CONS | 732 | $439.35 | $0.00 | $439.35 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | 3004831D384 | 07/25/2007 | | 732 | $7,174.83 | $0.00 | $7,174.83 | $0.00 | 0.00 | $1,225.04 | |
| DETROIT METROPLTN | GN360165957 | 07/26/2005 | CONS | 732 | $124.30 | $0.00 | $124.30 | $0.00 | 0.00 | $1,845.65 | |
| BROWNSVILLE, TX | 1100D329238 | 07/27/2005 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN392013513 | 07/27/2005 | CONS | 732 | $1,169.85 | $0.00 | $1,169.85 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360165211 | 07/29/2005 | CONS | 732 | $1,126.43 | $0.00 | $1,126.43 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN371715242 | 07/30/2004 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| BUFFALO-NIAGARA FA | GN383400076 | 08/02/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| LAREDO, TX | GN395359013 | 08/02/2005 | CONS | 732 | $0.08 | $0.00 | $0.08 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358787 | 08/02/2005 | CONS | 732 | $7.78 | $0.00 | $7.78 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395277165 | 08/02/2005 | CONS | 732 | $30.14 | $0.00 | $30.14 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN392018620 | 08/02/2005 | CONS | 732 | $17.44 | $0.00 | $17.44 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358726 | 08/02/2005 | CONS | 732 | $45.50 | $0.00 | $45.50 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395359088 | 08/02/2005 | CONS | 732 | $50.80 | $0.00 | $50.80 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395277157 | 08/02/2005 | CONS | 732 | $85.85 | $0.00 | $85.85 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395352132 | 08/02/2005 | CONS | 732 | $26.96 | $0.00 | $26.96 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395277116 | 08/02/2005 | CONS | 732 | $36.96 | $0.00 | $36.96 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358783 | 08/02/2005 | CONS | 732 | $130.30 | $0.00 | $130.30 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395359070 | 08/02/2005 | CONS | 732 | $740.25 | $0.00 | $740.25 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358908 | 08/02/2005 | CONS | 732 | $350.80 | $0.00 | $350.80 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395359062 | 08/02/2005 | CONS | 732 | $741.70 | $0.00 | $741.70 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358317 | 08/02/2005 | CONS | 732 | $112.90 | $0.00 | $112.90 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395359005 | 08/02/2005 | CONS | 732 | $122.50 | $0.00 | $122.50 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395277215 | 08/02/2005 | CONS | 732 | $222.73 | $0.00 | $222.73 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358585 | 08/02/2005 | CONS | 732 | $393.11 | $0.00 | $393.11 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358619 | 08/02/2005 | CONS | 732 | $914.91 | $0.00 | $914.91 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358955 | 08/02/2005 | CONS | 732 | $134.90 | $0.00 | $134.90 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358940 | 08/02/2005 | CONS | 732 | $616.70 | $0.00 | $616.70 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358775 | 08/02/2005 | CONS | 732 | $146.95 | $0.00 | $146.95 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395258981 | 08/02/2005 | CONS | 732 | $176.25 | $0.00 | $176.25 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395358759 | 08/02/2005 | CONS | 732 | $298.24 | $0.00 | $298.24 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN395277231 | 08/02/2005 | CONS | 732 | $149.81 | $0.00 | $149.81 | $0.00 | 0.00 | $51.33 | |

Master File Extract Summary | C.A. Shea & Company, Inc.

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAREDO, TX | GN3953587942 | 08/02/2005 | CONS | 732 | $249.80 | $0.00 | $249.80 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN3952772D7 | 08/02/2005 | CONS | 732 | $1,880.45 | $0.00 | $1,880.45 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN3953359054 | 08/02/2005 | CONS | 732 | $2,421.60 | $0.00 | $2,421.60 | $0.00 | 0.00 | $51.33 | |
| LAREDO, TX | GN3953359039 | 08/02/2005 | CONS | 732 | $1,745.25 | $0.00 | $1,745.25 | $0.00 | 0.00 | $51.33 | |
| DETROIT METROPLTN | GN3601657732 | 08/02/2005 | CONS | 732 | $1,506.70 | $0.00 | $1,506.70 | $0.00 | 0.00 | $1,845.65 | |
| EL PASO, TX | GN3914621D0 | 08/03/2005 | CONS | 732 | $50.49 | $0.00 | $50.49 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN3601671425 | 08/05/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN3917285520 | 08/09/2004 | CONS | 732 | $0.76 | $0.00 | $0.76 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN3601677730 | 08/09/2005 | CONS | 732 | $53.78 | $0.00 | $53.78 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN3601568753 | 08/15/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| DETROIT METROPLTN | GN3601689140 | 08/16/2005 | CONS | 732 | $2,467.10 | $0.00 | $2,467.10 | $0.00 | 0.00 | $1,845.65 | |
| BROWNSVILLE, TX | 1100D279060 | 08/17/2004 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN3601689579 | 08/22/2005 | CONS | 732 | $1,111.72 | $0.00 | $1,111.72 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN3920352351 | 08/24/2005 | CONS | 732 | $33.86 | $0.00 | $33.86 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN3920271274 | 08/24/2005 | CONS | 732 | $352.71 | $0.00 | $352.71 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | GN390D120D62 | 08/29/2005 | CONS | 732 | $2,075.21 | $0.00 | $2,075.21 | $0.00 | 0.00 | $4.25 | |
| BROWNSVILLE, TX | GN3900120054 | 08/29/2005 | CONS | 732 | $1,316.56 | $0.00 | $1,316.56 | $0.00 | 0.00 | $4.25 | |
| BROWNSVILLE, TX | GN3900012039 | 08/29/2005 | CONS | 732 | $2,976.36 | $0.00 | $2,976.36 | $0.00 | 0.00 | $4.25 | |
| EL PASO, TX | GN3917400596 | 08/30/2004 | CONS | 732 | $0.00 | $0.00 | $138.82 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | 1124126602 | 08/31/2004 | WHSE | 732 | $6,182.72 | $0.00 | $1,310.85 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN3601710062 | 09/02/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| DETROIT METROPLTN | GN3601707D1 | 09/02/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | |
| JOHN F KENNEDY AIR | GN3601721534 | 09/08/2005 | CONS | 732 | $1,114.20 | $0.00 | $1,114.20 | $0.00 | 0.00 | $2.98 | |
| LOS ANGELES, CA | GN3475432 | 09/10/2005 | CONS | 732 | $231.93 | $0.00 | $231.93 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN3601722755 | 09/15/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| BROWNSVILLE, TX | 11241235776 | 09/22/2004 | WHSE | 732 | $2,723.42 | $0.00 | $909.69 | $0.00 | 0.00 | $51.33 | |
| BROWNSVILLE, TX | 11000282931 | 09/23/2004 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN3601746B4 | 09/26/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN3920876B90 | 09/29/2005 | CONS | 732 | $3,003.06 | $0.00 | $3,003.06 | $0.00 | 0.00 | $51.33 | |
| DETROIT, MI | GN3437547295 | 10/04/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.48 | |
| BROWNSVILLE, TX | GN3930549071 | 10/04/2005 | CONS | 732 | $2,008.14 | $0.00 | $2,008.14 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN3601771044 | 10/10/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | GN3917746B0 | 10/11/2004 | CONS | 732 | $225.44 | $0.00 | $225.44 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN3920665548 | 10/11/2005 | CONS | 732 | $375.39 | $0.00 | $375.39 | $0.00 | 0.00 | $51.33 | |
| EL PASO, TX | GN3917669930 | 10/13/2004 | CONS | 732 | $166.05 | $0.00 | $166.05 | $0.00 | 0.00 | $51.33 | |
| BUFFALO-NIAGARA FA | GN3437551T1 | 10/14/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | |
| DETROIT, MI | GN3601778B5 | 10/15/2005 | CONS | 732 | $1,776.08 | $0.00 | $1,776.08 | $0.00 | 0.00 | $1,845.65 | |
| BROWNSVILLE, TX | 1100D285240 | 10/18/2004 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |

8/27/2007                                                                                                                                                              6

Master File Extract Summary

C.A. Shea & Company, Inc.

| Port | Entry Number | Entry Date | Type | Surety | Estimated Duty | Estimated Tax | Duty Paid | Tax Paid | Fees Paid | ADD/CVD | Reconciliation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOS ANGELES, CA | GN343754927 | 10/18/2005 | CONS | 732 | $309.26 | $0.00 | $309.26 | $0.00 | 0.00 | $1,225.04 | |
| JOHN F KENNEDY AIR | GN360179826 | 10/24/2005 | CONS | 732 | $1,122.67 | $0.00 | $1,122.67 | $0.00 | 0.00 | $2.98 | |
| BROWNSVILLE, TX | 1100256693 | 10/28/2004 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| JOHN F KENNEDY AIR | GN360181525 | 10/31/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| DETROIT METROPLTN | GN360115549 | 11/02/2004 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | |
| CHICAGO, IL | GN343725677 | 11/04/2004 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1.05 | |
| JOHN F KENNEDY AIR | GN360182655 | 11/04/2005 | CONS | 732 | $1,105.00 | $0.00 | $1,105.00 | $0.00 | 0.00 | $2.98 | |
| NEW YORK/NEWARK AR | GN360182564 | 11/05/2005 | CONS | 732 | $2,706.96 | $0.00 | $2,706.96 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360183737 | 11/11/2005 | CONS | 732 | $1,118.34 | $0.00 | $1,118.34 | $0.00 | 0.00 | $2.98 | |
| BROWNSVILLE, TX | 1100268111 | 11/16/2004 | WHSE | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $51.33 | |
| CHICAGO, IL | GN360122339 | 11/24/2004 | CONS | 732 | $712.43 | $0.00 | $712.43 | $0.00 | 0.00 | $1.05 | |
| JOHN F KENNEDY AIR | GN360188342 | 11/28/2005 | CONS | 732 | $1,129.06 | $0.00 | $1,129.06 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360187043 | 11/30/2005 | CONS | 732 | $1,105.00 | $0.00 | $1,105.00 | $0.00 | 0.00 | $2.98 | |
| DETROIT, MI | GN383547652 | 11/30/2005 | CONS | 732 | $19,787.67 | $0.00 | $19,787.67 | $0.00 | 0.00 | $1,845.65 | |
| JOHN F KENNEDY AIR | GN360187357 | 12/02/2005 | CONS | 732 | $442.02 | $0.00 | $442.02 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360187340 | 12/02/2005 | CONS | 732 | $662.99 | $0.00 | $662.99 | $0.00 | 0.00 | $2.98 | |
| JOHN F KENNEDY AIR | GN360188116 | 12/06/2005 | CONS | 732 | $108.73 | $0.00 | $108.73 | $0.00 | 0.00 | $2.98 | |
| DETROIT METROPLTN | GN360188371 | 12/08/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | |
| JOHN F KENNEDY AIR | GN360188967 | 12/12/2005 | CONS | 732 | $1,163.94 | $0.00 | $1,163.94 | $0.00 | 0.00 | $2.98 | |
| PORT HURON, MI | GN383349133 | 12/12/2005 | CONS | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | |
| DETROIT, MI | GN343761096 | 12/13/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.48 | |
| DETROIT, MI | GN343761542 | 12/14/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.48 | |
| DETROIT METROPLTN | GN360188884 | 12/16/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $1,845.65 | |
| JOHN F KENNEDY AIR | GN360190914 | 12/21/2005 | CONS | 732 | $1,105.01 | $0.00 | $1,105.01 | $0.00 | 0.00 | $2.98 | |
| EL PASO, TX | 3004830422I | 12/21/2006 | | 732 | $27,731.28 | $0.00 | $27,731.28 | $0.00 | 0.00 | $1,225.04 | |
| DETROIT, MI | GN343759900 | 12/23/2005 | TIB | 732 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.48 | |
| JOHN F KENNEDY AIR | GN360191342 | 12/27/2005 | CONS | 732 | $883.99 | $0.00 | $883.99 | $0.00 | 0.00 | $2.98 | |
| | | | | | **$1,512,034.34** | **$0.00** | **$1,502,479.22** | **$0.00** | **$0.00** | **$134,283.78** | |