UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                       :    Chapter 11

In re:                                                :    Case No. 05-44481 (RDD)

DELPHI CORPORATION, et al.,                :    (Jointly Administered)

            Debtors.                             :
------------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Randall D. Lehner, a member in good standing of the bar of the State of Illinois and the bar of the U.S. District Court of the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Siemens VDO Automotive SAS, a creditor in the above referenced case.

My mailing address is:

Randall D. Lehner
Reed Smith Sachnoff & Weaver
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

My e-mail address is: rlehner@reedsmith.com. My phone number is (312) 207-1000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 18, 2007
Chicago, Illinois

                                               Respectfully submitted,

                                               _____
                                               Randall D. Lehner
                                               Reed Smith Sachnoff & Weaver
                                               10 South Wacker Drive, 40th Floor
                                               Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                                  :    Chapter 11
                                                                  :
In re:                                                            :    Case No. 05-44481 (RDD)
                                                                  :
DELPHI CORPORATION, et al.,                                       :    (Jointly Administered)
                                                                  :
                    Debtors.                                      :
----------------------------------------------------------------- x

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Randall D. Lehner, a member in good standing of the bar of the State of Illinois and the bar of the U.S. District Court of the Northern District of Illinois, having requested admission, *pro hac vice*, to represent Siemens VDO Automotive SAS, a creditor in the above referenced case.

**ORDERED,**

that Randall D. Lehner, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE