UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: Chapter 11
:
In re: : Case No. 05-44481 (RDD)
:
DELPHI CORPORATION, et al., : (Jointly Administered)
:
Debtors. :
------------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Max A. Stein, a member in good standing of the bar of the State of Illinois and the bar of the U.S. District Court of the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Siemens VDO Automotive SAS, a creditor in the above referenced case.

My mailing address is:

> Max A. Stein
> Reed Smith Sachnoff & Weaver
> 10 South Wacker Drive, 40th Floor
> Chicago, IL 60606

My e-mail address is: mstein@reedsmith.com. My phone number is (312) 207-1000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 18, 2007
Chicago, Illinois

Respectfully submitted,

_____
Max A. Stein
Reed Smith Sachnoff & Weaver
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:   Chapter 11
:
In re:                                                           :   Case No. 05-44481 (RDD)
:
DELPHI CORPORATION, et al.,                                      :   (Jointly Administered)
:
Debtors.                                                         :
---------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Max A. Stein, a member in good standing of the bar of the State of Illinois and the bar of the U.S. District Court of the Northern District of Illinois, having requested admission, *pro hac vice*, to represent Siemens VDO Automotive SAS, a creditor in the above referenced case.

**ORDERED,**

that Max A. Stein, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE