B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*  
Delphi Medical Systems Colorado Corp

Case No. 05-44481 (RDD)  
Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Debt Acquisition Company of America V, LLC | MIDWEST CHEMICAL & SUPPLY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

Debt Acquisition Company of America V, LLC  
Attn: Tom Scheidt  
1565 Hotel Circle South, Suite 310  
San Diego, CA 92108

Court Record Address of Transferor  
(Court Use Only)

Phone: (619) 220-8900  
Last Four Digits of Acct #:

Last Four Digits of Acct. #:

Name and Address where transferee payments  
Should be sent (if different from above)

Name and Current Address of Transferor

MIDWEST CHEMICAL & SUPPLY  
12839 W 55TH PLACE  
ARVADA  CO  80002

Phone: Same as Above  
Last Four Digits of Acct. #:

Phone:  
Last Four Digits of Acct. #:

Court Claim # (If known): 916  
Claim Amount: $930.94  
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Tom Scheidt*  
    Transferee/Transferee's Agent

Date: September 18, 2007

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.  152 &3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____  
CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                               ) Chapter 11
                                                                     ) Case No. 05-44481 (RDD)
                                                                     )
**DELPHI CORPORATION**, *et al.*,                                    ) Jointly Administered
Delphi Medical Systems Colorado Corp                                 )
                                                                     ) **NOTICE OF TRANSFER OF CLAIM**
     Debtors.                                                        ) **OTHER THAN FOR SECURITY AND**
                                                                     ) **WAIVER OF NOTICE**
                                                                     ) Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the [schedule] claim of **MIDWEST CHEMICAL & SUPPLY** ("Transferor") against the Debtor in the amount of **$930.94**, (claim 916) as listed in the Claims register, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $930.94 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**MIDWEST CHEMICAL & SUPPLY**
**340 EAST 56TH AVE. DENVER CO 80216**

Print Name __MARCUS BELL__                  Title __PRESIDENT / OWNER__

Signature __[signed]__                       Date _____

Updated Address (if needed) __12839 W. 55th PL. ARVADA. CO. 80002__

Phone __303·940·2097__    Fax _____   E-Mail __MIDWESTCHEMICAL@COMCAST.NET__


TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: __[signed]__
Tom Scheidt

Mail Ref# 11-698
2590111