**PRESENTMENT DATE AND TIME: Friday, September 21, 2007 at 12:00 noon**
**OBJECTION DEADLINE AND TIME: Friday, September 21, 2007 at 11:00 a.m.**

Jeffrey A. Cooper, Esq. [JC-0763]
Marc D. Miceli, Esq. [MM-2357]
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

Attorneys for Cookson Electronics, Inc., Fry's Metals, Inc. and Specialty Coatings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

| | |
|---|---|
| DELPHI CORPORATION., et al., | : Chapter 11 <br> : <br> : Case No: 05-44481 (RDD) <br> : |
| Debtors. | : Jointly Administered <br> : <br> : |

------------------------------------

**NOTICE OF PRESENTMENT OF STIPULATION AND**
**ORDER OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Fry's Metals, Inc. ("Fry's Metals") and Specialty Coatings Systems, Inc. ("Specialty Coatings"), by and through its proposed counsel, will present the attached Stipulation and Order of Substitution of Counsel (the "Proposed Stipulation and Order") to the Honorable Robert D. Drain, United States Bankruptcy Judge, on Friday September 21, 2007 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Stipulation and Order must: (i) be made in writing; (ii) state with particularity the grounds therefor; (iii) be filed with the Bankruptcy Court (with a copy to the Judge's Chambers); and (iv) be served upon the undersigned, together with proof of service thereof, so as to be received by no later than 11:00 a.m. on Friday, September 21, 2007.

**PLEASE TAKE FURTHER NOTICE** that unless objections are received by that time, the Court may sign the Proposed Stipulation and Order.

**PLEASE TAKE FURTHER NOTICE** that in the event an objection to the entry of the Proposed Stipulation and Order is timely served and filed, objecting parties will be notified of the date and time of a hearing to consider the Proposed Stipulation and Order. Counsel for Fry's Metals and Specialty Coatings and any objecting parties will be required to attend any such hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:   September 18, 2007, Roseland, New Jersey

        CARELLA, BYRNE, BAIN, GILFILLAN,
        CECCHI, STEWART & OLSTEIN
        5 Becker Farm Road
        Roseland, New Jersey  07068
        Tel: (973) 994-1700

        By:   /s/ Jeffrey A. Cooper
              Jeffrey A. Cooper (JC 0763)

Proposed Attorneys for Fry's Metals, Inc. and Specialty Coatings, Inc.

#326910v1