Jeffrey A. Cooper, Esq. [JC-0763]
Marc D. Miceli, Esq. [MM-2357]
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
Tel:  (973) 994-1700
Fax:  (973) 994-1744

Attorneys for Cookson Electronics, Inc., Fry's Metals, Inc. and Specialty Coatings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELPHI CORPORATION., et al., | : Chapter 11 |
| | : Case No: 05-44481 (RDD) |
| Debtors. | : Jointly Administrated |

**CERTIFICATE OF SERVICE**

I, **MARC D. MICELI**, hereby certify that on this 18th day of September 2007, I caused a true and correct copy of the *Notice Of Presentment Of Stipulation And Order Of Substitution Of Counsel* to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

/s/ Marc D. Miceli
Marc D. Miceli (MM 2357)

**Service List**

Douglas P. Bartner, Esq.
Sherman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
*Counsel For Debtors*

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York,NY 10017

Robert N. Michaelson, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

John Wm. Butler, Jr., Esq.
Laverne F. Hill, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

David W. Dykhouse, Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York  NY  10036-6710

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Marlane Melican, Esq.
Davis Polk & Wardel
450 Lexington Avenue
New York, NY 10017

#326918v1