**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
      In re                                                             :        Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                    :        Case No. 05-44481 (RDD)
                                                             :
                    Debtors.                              :        (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Janice L. Thompson, Esq., a member in good standing of the bar in the State of Ohio having requested admission *pro hac vice* to represent Elaine L. Chao, Secretary of Labor, U.S. Department of Labor in the above referenced case.

**ORDERED,**
that Janice L. Thompson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern district of New York. The filing fee is ***waived*** because Ms. Thompson represents an agency of the United States government.

Dated:  September 19, 2007
           New York, New York

                                                /s/ Robert D. Drain_____
                                                UNITED STATES BANKRUPTCY JUDGE