BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
(312) 840-7000 (telephone)
(312) 840-7900 (facsimile)
Edward J. Lesniak (IL ARDC #1624261)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT FOR NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |

**WITHDRAWAL OF RESPONSE OF CLAIMANT
MARKETING INNOVATORS INTERNATIONAL, INC.
TO DEBTOR'S THIRTEENTH OMNIBUS OBJECTION**

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 4387, dated August 30, 2007 (Docket No. 9287), claimant Marketing Innovators International, Inc., by and through its undersigned attorney, hereby withdraws its Response to Debtor's Thirteenth Omnibus Objection (Docket No. 8047).

Dated September 18, 2007.

                                                  Respectfully submitted,

                                                  By:   /s/ Edward J. Lesniak
                                                      Edward J. Lesniak
                                                      Illinois ARDC #1624261
                                                      Burke, Warren, MacKay & Serritella, P.C.
                                                      330 N. Wabash Avenue, 22nd Floor
                                                      Chicago, IL  60611-3607
                                                      (312) 840-7000 (telephone)
                                                      (312) 840-7900 (facsimile)
                                                      elesniak@burkelaw.com
                                                      Attorneys for Marketing Innovators
                                                      International, Inc.

06469\00001\446727.1

## CERTIFICATE OF SERVICE

  The undersigned certifies that he served a copy of the foregoing Withdrawal of Response of Claimant, Marketing Innovators International, Inc., to the Debtors' Thirteenth Omnibus Claims Objection upon the following persons:

    The Honorable Robert D. Drain
    United States Bankruptcy Court
    United States Court for the Southern District of New York
    One Bowling Green, Room 610
    New York, NY  10004

    Delphi Corporation
    5725 Delphi Drive
    Troy, MI  48098
    Attn:  General Counsel

    Skadden, Arps, Slate, Meagher & Flom, LLP
    333 West Wacker Drive,
    Suite 2100
    Chicago, IL  60606
    Attn:   John Wm. Butler, Jr.,  John K. Lyons and Randall G. Reese

by Federal Express overnight delivery this 18th day of September, 2007.

        /s/ Edward J. Lesniak
        Edward J. Lesniak, One of the Attorneys for
        Marketing Innovators International, Inc.