FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation, et al. | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Siemens AG**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Charles P. Schulman
Sachnoff & Weaver, Ltd.
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 312-207-1000

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim   ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** 4-12-05 through 8-31-05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 30,556.80 _____ _____ 30,556.80
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 30,556.80

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 4-5-06 | Charles P. Schulman |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Siemens AG - Siemens VDO Automotive - Postfach 10 09 43 - 93909 Regensburg

# C O P Y

| UID: DE129274202 | Tax number: 9143/801/90411 | date: 04/04/2006 | Page: 1- |
|---|---|---|---|

| (5) supplier number | (2) notices of receipt and processing | delivery note |
|---|---|---|
| (1) invoice address | | (3) no. **23012588** |
| Delphi Energy & Chassis 31005<br>Care of Data 2 Logistics<br>P.O. Box 9115<br>NORWOOD 02062<br>USA | v-number | (4) dispatch date **08/31/2005** |
| | bill of lading | **Invoice** |
| | ext. del. note | (8) no. **39278422** |
| (11) order no<br>0550020406 | | (9) from **08/31/2005** |

| (10) your symbol | customer number at vendor / VAT<br>8001232 | purchase order date | (12) our department<br>SV CF FA AR<br>Fr. Ulrich | (13) direct dial<br>4397 | (14) our order number<br>32215368 | St.-K.<br>0 |
|---|---|---|---|---|---|---|

| (15) Incoterms<br>EXW EAST LIBERTY | (19) disp.type<br>Truck | (21) No. of Collis<br>0 | (23) gross total-<br>weight G<br>86,400 | (24) net<br>86,400 |
|---|---|---|---|---|

| (25) ship-to-address | DELPHI Plant 6<br>Dock 605<br>4134 Davison Road | US-48556 Flint | (26) receiving-/unloading pt<br>E101 |
|---|---|---|---|
| carrier | 300255    Abholung | | |

| (27) Pos. | (28) order no./suppl.ref.no. | (30) quantity | (31) UM | (32) price USD (18) unit | (34) total price USD |
|---|---|---|---|---|---|
| 0010 | 5WK96501<br>GM Luftmassensensor HFM87B/2<br>LUFTMASSENSENSOR / AIR FLOW SENSOR<br>25359929<br>    Stat. W-NR.: 90268020900<br>    AL      :    N<br>    ECCN:      N<br>    Country of origin: Germany | 480 | PCE<br>/pro | 2,078.00<br>100 PCE | 9,974.40 |
| | Position total | | | | 9,974.40 |
| | Total | | | | <u>9,974.40</u> |
| | **Term of payment:**<br>Up to 10/02/2005 without deduction | | | | |

Goods labeld with "AL not equal to N" are subject to european or german authorization when being exportet out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", autorization may be required due to the final where abouts and purpose for wich the goods are to be used.

| ADDRESS | | BANK DETAILS EURO | BANK DETAILS USD |
|---|---|---|---|
| Siemens AG | Office address: Siemensstr. 12 | Hypo-Vereinsbank Regensburg, account 3 352 544 | JP Morgan Chase |

Siemens AG - Siemens VDO Automotive - Postfach 10 09 43 - 93009 Regensburg

**C O P Y**

UID: DE129274202    Tax number: 9143/801/90411    date: 04/04/2006    Page: 1-

| (5) supplier number | (2) notices of receipt and processing | delivery note |
|---|---|---|
| (1) invoice address | | (3) no. **23008435** |
| Delphi Energy & Chassis 31005 | | (4) dispatch date **08/16/2005** |
| Care of Data 2 Logistics | | |
| P.O. Box 9115 | v-number | |
| NORWOOD 02062 | | |
| USA | bill of lading | **Invoice** |
| | ext. del. note | (8) no. **39273695** |
| (11) order no | | (9) from |
| 0550020406 | | **08/16/2005** |

| (10) your symbol | customer number at vendor / VAT | purchase order date | (12) our department | (13) direct dial | (14) our order number | St.-K. |
|---|---|---|---|---|---|---|
| | 8001232 | | SV CF FA AR Fr. Ulrich | 4397 | 32215368 | 0 |

| (15) Incoterms | (19) disp.type | (21) No. of Collis | (23) gross total-weight G | (24) net |
|---|---|---|---|---|
| EXW EAST LIBERTY | Truck | 0 | 86,400 | 86,400 |

| (25) ship-to address | | (26) receiving-/unloading pt. |
|---|---|---|
| DELPHI Plant 6 Dock 605 4134 Davison Road    US-48556 Flint | | E101 |
| carrier | 300255    Abholung | |

| (27) Pos. | (28) order no./suppl.ref.no. | (30) quantity (31) UM | (32) price USD (18) unit | (34) total price USD |
|---|---|---|---|---|
| 0010 | 5WK96501 GM Luftmassensensor HFM87B/2 LUFTMASSENSENSOR / AIR FLOW SENSOR 25359929     Stat. W-NR.: 90268020900     AL : N     ECCN: N     Country of origin: Germany | 480 PCE /pro | 2,078.00 100 PCE | 9,974.40 |
| | Position total | | | 9,974.40 |
| | Total | | | 9,974.40 |
| | Term of payment: Up to 10/02/2005 without deduction | | | |

Goods labeld with "AL not equal to N" are subject to european or german authorization when being exportet out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", autorization may be required due to the final where abouts and purpose for wich the goods are to be used.

| ADDRESS | | BANK DETAILS EURO | BANK DETAILS USD |
|---|---|---|---|
| Siemens AG | Office address: Siemensstr. 12 | Hypo-Vereinsbank Regensburg, account 3 352 544 | JP Morgan Chase |

Siemens AG - Siemens VDO Automotive - Postfach 10 09 43 - 93609 Regensburg

**COPY**

UID: DE129274202    Tax number: 9143/801/90411    date: 04/04/2006    Page: 1-

| (5) supplier number | (2) notices of receipt and processing | delivery note |
| --- | --- | --- |
| (1) invoice address | | (3) no. 22977342 |
| Delphi Energy & Chassis 31005<br>Care of Data 2 Logistics<br>P.O. Box 9115<br>NORWOOD 02062<br>USA | v-number<br><br>bill of lading<br><br>ext. del. note | (4) dispatch date 04/12/2005<br><br>**Invoice**<br>(8) no. 39237460<br>(9) from 04/12/2005 |
| (11) order no<br>0550020406 | | |

| (10) your symbol | customer number at vendor / VAT<br>8001232 | purchase order date | (12) our department<br>SV CF FA AR<br>Fr. Ulrich | (13) direct dial<br>4397 | (14) our order number<br>32215368 | St.-K.<br>0 |
| --- | --- | --- | --- | --- | --- | --- |

| (15) Incoterms<br>EXW EAST LIBERTY | (19) disp.type<br>Truck | (21) No. of Collis<br>0 | (23) gross total weight G<br>86,400 | (24) net<br>86,400 |
| --- | --- | --- | --- | --- |

| (25) ship-to-address | DELPHI Plant 6<br>Dock 605<br>4134 Davison Road    US-48556 Flint | (26) receiving-/unloading pt<br>E101 |
| --- | --- | --- |
| carrier | 300255    Abholung | |

| (27) Pos. | (28) order no./suppl.ref.no. | (30) quantity | (31) UM | (32) price USD (18) unit | (34) total price USD |
| --- | --- | --- | --- | --- | --- |
| 0010 | 5WK96501<br>GM Luftmassensensor HFM87B/2<br>LUFTMASSENSENSOR / AIR FLOW SENSOR<br>25359929<br>  Stat. W-NR.: 90268020900<br>  AL  : N<br>  ECCN:   N<br>  Country of origin: Germany | 480 | PCE<br>/pro | 2,210.00<br>100 PCE | 10,608.00 |
| | Position total | | | | 10,608.00 |
| | Total | | | | 10,608.00 |
| | **Term of payment:**<br>Up to 06/02/2005 without deduction | | | | |

Goods labeld with "AL not equal to N" are subject to european or german authorization when being exportet out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", autorization may be required due to the final where abouts and purpose for wich the goods are to be used.

| ADDRESS | BANK DETAILS EURO | BANK DETAILS USD |
| --- | --- | --- |
| Siemens AG    Office address: Siemensstr. 12 | Hypo-Vereinsbank Regensburg, account 3 352 544 | JP Morgan Chase |