This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**68250**

## STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE
11590 Township Rd. 298
East Liberty, OH 43319

**PJAX** FREIGHT SYSTEM    PJXI    SHIPPERS COPY

**12024011  4**

Carrier No.

Date  8-12-05

(Name of Carrier)    (SCAC)

On Collect on Delivery shipments the letters COD must appear before consignee's name - - or as otherwise provided in Item 4.30, Sec. 1

| TO: Consignee | Delphi E. Cisco 10314 | FROM: Shipper | Midwest Express Inc. (Delivery Services) |
|---|---|---|---|
| Street | 4134 Davison Rd | Street | 11590 Township Rd. 298 |
| Destination | Flint MI    Zip Code 48556 | Origin | East Liberty, Ohio    Zip Code 43319 |

Run #

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | Siemens UDO Automotive AG <br> SWK 96501 <br> 25359929 · 480 pcs. <br> P.O# 70 <br> Mass Air Flow Sensors <br> Dimensions # 47 x 32 x 36 | 500 lbs. | Third Party Billing Delphi Energy (Chassie) c/o Data 2 Logistics P.O. Box 9115 Norwood MA 02062-9115 | |

| REMIT C.O.D. TO: ADDRESS | | COD    Amt: $ | C.O.D. FEE: PREPAID ☐ COLLECT ☐  $ |
|---|---|---|---|

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL CHARGES: $

**FREIGHT CHARGES**
FREIGHT PREPAID ☐    Check box except when box at right is checked
☐ to be collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said

# DELIVERY SCHEDULE

Order # _____  P.O. # 70  Date : 8/12/2005

Supplier : SIEMENS  Ship To : DELPHI  BOL : 68250

| Part Number | Part Name | Qty. | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5WK96501 | MASSS AIR FLOW SENSORS | 480 | | | | | | | | | | | | |