FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation, et al. | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

Siemens Aktiengesellschaft

**Name and address where notices should be sent:**
Charles P. Schulman
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

Telephone number: 312-207-3912

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**
313203739

Check here ☐ replaces   ☐ amends   if this claim a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a).
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)                (date)

**2. Date debt was incurred:**
8-31-05 through 9-31-05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ __17,579.52__ _____ _____ 17,579.52
(unsecured)       (secured)       (priority)       (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral:  $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 17,579.52

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority  $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
MAY - 1 2006

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 4/28/06 | Charles P. Schulman |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Siemens AG - Siemens VDO Automotive - Postfach 10 09 43 - 93009 Regensburg

**COPY**

UID: DE129274202   Tax number: 9143/801/90411   date: 04/25/2006   Page: 1-

| (5) supplier number 313203739 | (2) notices of receipt and processing | delivery note (3) no. 23012036 |
|---|---|---|
| (1) invoice address<br>**Delphi Thermal & Interior**<br>**Tuscaloosa Facility**<br>**11005 ED Stephens RD**<br>**COTTONDALE, AL 35453**<br>**USA** | v-number<br><br>bill of lading<br><br>ext. del. note | (4) dispatch date 08/31/2005<br><br>**Invoice**<br>(8) no. 39278246<br>(9) from 08/31/2005 |
| (11) order no 0550058187 | | |

| (10) your symbol | customer number at vendor / VAT 8001422 | purchase order date 05/05/2004 | (12) our department SV CF FA AR Fr. Ulrich | (13) direct dial 4397 | (14) our order number 32217888 | St.-K. 0 |

| (15) Incoterms DDP TUSCALOOSA; AL 35453; USA | (19) disp.type Airfreight | (21) No. of Collis 1 | (23) gross total- weight KG 66.000 | (24) net 46.080 |

| (25) ship-to address | Delphi Thermal & Interior<br>Tuscaloosa Facility<br>11005 ED Stephens RD | US-35453 Cottondale, AL | (26) receiving /unloading pt RU01 |
| carrier | 300237   Panalpina | Nuernberg | |

| (27) Pos. | (28) order no./suppl.ref.no. | (30) quantity UM | (31) (32) price USD (18) unit | (34) total price USD |
|---|---|---|---|---|
| | Vehicle line: W164<br>Delphi part no. 16876763<br>MBUSI part no. A 164 820 1575<br>Delphi Identification Item # 1A16360<br>ZGS Level: 001<br>E or Q level: 003<br>Delivery schedule 550058187<br>We deliver under reserve to still not clarified contract conditions.<br>With this delivery we do not accept any Delphi terms and conditions.<br>Only SV delivery and contract conditions are valid. | | | |
| 0010 | 5WK48193-K<br>INNENRAUMANTENNE DC KEYLESS GO W164<br>Innenraumantenne / indoors antenna<br>16876763 | 768 | PCE 763.00<br>/pro 100 PCE | 5,859.84 |
| | | | net.weight/pos 46.080 | |
| | Stat. W-NR.: 85269290000<br>AL : N<br>ECCN: EAR99<br>Country of origin: Slovenia | | | |
| | **Position total** | | | 5,859.84 |
| | **Total** | | | **5,859.84** |
| | <u>**Term of payment:**</u><br>Due 30 days after invoicing date | | | |

Goods labeld with "AL not equal to N" are subject to european or german authorization when being exportet out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", autorization may be required due to the final whereabouts and purpose for wich the goods are to be used.

Siemens AG - Siemens VDO Automotive - Postfach 10 09 43 - 93009 Regensburg

**COPY**

UID: DE129274202  Tax number: 9143/801/90411  date: 04/25/2006  Page: 1-

| (5) supplier number | (2) notices of receipt and processing | delivery note |
| --- | --- | --- |
| 313203739 | | (3) no. 23016110 |
| (1) invoice address | | (4) dispatch date 09/14/2005 |
| Delphi Thermal & Interior Tuscaloosa Facility 11005 ED Stephens RD COTTONDALE, AL 35453 USA | v-number | **Invoice** |
| | bill of lading | (8) no. 39282646 |
| | ext. del. note | (9) from 09/14/2005 |
| (11) order no. 0550058187 | | |

| (10) your symbol | customer number at vendor / VAT | purchase order date | (12) our department | (13) direct dial | (14) our order number | St.-K. |
| --- | --- | --- | --- | --- | --- | --- |
| | 8001422 | 05/05/2004 | SV CF FA AR Fr. Ulrich | 4397 | 32217888 | 0 |

| (15) Incoterms | (19) disp.type | (21) No. of Collis | (23) gross | total-weight KG | (24) net |
| --- | --- | --- | --- | --- | --- |
| DDP TUSCALOOSA; AL 35453; USA | Airfreight | 1 | 65.000 | | 46.080 |

| (25) ship-to-address | Delphi Thermal & Interior Tuscaloosa Facility 11005 ED Stephens RD | US-35453 Cottondale, AL | (26) receiving-/unloading pt RU01 |
| --- | --- | --- | --- |
| carrier | 300237  Panalpina | Nuernberg | |

| (27) Pos. | (28) order no./suppl.ref.no. | (30) quantity (31) UM | (32) price USD (18) unit | (34) total price USD |
| --- | --- | --- | --- | --- |
| | Vehicle line: W164  Delphi part no. 16876763  MBUSI part no. A 164 820 1575  Delphi Identification Item # 1A16360  ZGS Level: 001  E or Q level: 003  Delivery schedule 550058187  We deliver under reserve to still not clarified contract conditions.  With this delivery we do not accept any Delphi terms and conditions.  Only SV delivery and contract conditions are valid. | | | |
| 0010 | 5WK48193-K  INNENRAUMANTENNE DC KEYLESS GO W164  Innenraumantenne / indoors antenna  16876763 | 768 PCE /pro | 763.00 100 PCE | 5,859.84 |
| | | net.weight/pos | | 46.080 |
| | Stat. W-NR.: 85269290000  AL : N  ECCN: EAR99  Country of origin: Slovenia | | | |
| | **Position total** | | | 5,859.84 |
| | **Total** | | | **5,859.84** |
| | **Term of payment:** Due 30 days after invoicing date | | | |

Goods labeled with "AL not equal to N" are subject to european or german authorization when being exportet out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", autorization may be required due to the

# SIEMENS VDO

Siemens AG - Siemens VDO Automotive - Postfach 10 09 43 - 93009 Regensburg

**COPY**

UID: DE129274202　　Tax number: 9143/801/90411　　date: 04/25/2006　　Page: 1-

| (5) supplier number<br>313203739 | (2) notices of receipt and processing | delivery note<br>(3) no.<br>23019037<br>(4) dispatch date<br>09/23/2005 |
|---|---|---|
| (1) invoice address<br><br>**Delphi Thermal & Interior**<br>**Tuscaloosa Facility**<br>**11005 ED Stephens RD**<br>**COTTONDALE, AL 35453**<br>**USA** | v-number<br><br>bill of lading<br><br>ext. del. note | **Invoice**<br>(8) no.<br>39286357<br>(9) from<br>09/23/2005 |

| (11) order no<br>0550058187 | | | | | |
|---|---|---|---|---|---|
| (10) your symbol | customer number at vendor / VAT<br>8001422 | purchase order date<br>05/05/2004 | (12) our department<br>SV CF FA AR<br>Fr. Ulrich | (13) direct dial<br>4397 | (14) our order number<br>32217888 | St.-K.<br>0 |

| (15) Incoterms<br>DDP TUSCALOOSA; AL 35453; USA | (19) disp.type<br>Airfreight | (21) No. of Colils<br>1 | (23) gross<br>69.000 | total-weight KG | (24) net<br>46.080 |
|---|---|---|---|---|---|

| (25) ship-to-address | **Delphi Thermal & Interior**<br>**Tuscaloosa Facility**<br>**11005 ED Stephens RD** | US-35453 Cottondale, AL | (26) receiving-/unloading pt<br>RU01 |
|---|---|---|---|
| carrier | 300199　Kuehne & Nagel | Regensburg | |

| (27) Pos. | (28) order no./suppl.ref.no. | (30) quantity | (31) UM<br>(18) unit | (32) price USD | (34) total price USD |
|---|---|---|---|---|---|
| | Vehicle line: W164<br>Delphi part no. 16876763<br>MBUSI part no. A 164 820 1575<br>Delphi Identification Item # 1A16360<br>ZGS Level: 001<br>E or Q level: 003<br>Delivery schedule 550058187<br>We deliver under reserve to still not clarified contract conditions.<br>With this delivery we do not accept any Delphi terms and conditions.<br>Only SV delivery and contract conditions are valid. | | | | |
| 0010 | 5WK48193-K<br>INNENRAUMANTENNE DC KEYLESS GO W164<br>Innenraumantenne / indoors antenna<br>16876763<br><br>　　Stat. W-NR.: 85269290000<br>　　AL : N<br>　　ECCN: EAR99<br>　　Country of origin: Slovenia<br><br>**Position total**<br><br>**Total**<br>　　<u>Term of payment:</u><br>　　Due 30 days after invoicing date | 768 | PCE<br>/pro 100 PCE<br><br>net.weight/pos | 763.00<br><br><br>46.080 | 5,859.84<br><br><br><br><br><br><br><br><br><br><br>5,859.84<br><br><u>5,859.84</u> |

Goods labeld with "AL not equal to N" are subject to european or german authorization when being exportet out EU. Goods labeled with "ECCN not equal N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", autorization may be required due to the final where abouts and purpose for wich the goods are to be used.