

Intrac PO View

**Load-ID View**     E-mail
NUE05P39278246    Extra

### MAIN DATA

| Document Date | Custom Reference | Status |
|---|---|---|
| 2005-08-31 00:00 | | DELIVERED |

| Shipper (314390415) | Consignee (932731029) | Delivery (932731029) |
|---|---|---|
| | DELPHI P US COTTONDALE | DELPHI P US COTTONDALE |
| | 11005 ED STEPHENS ROAD | 11005 ED STEPHENS ROAD |
| | COTTONDALE | COTTONDALE |
| | UNITED STATES | UNITED STATES |

**Delivery Instructions:**

| Origin | Destination | Transport | Or. Pick Up | Due Date |
|---|---|---|---|---|
| NUE | HSV | AIR | | 2005-09-07 06:00 |

**Notes**
DELIVERED AS PER CUSTOMER REQUEST 04

Quantities: 768 / 0   Total cases : 0
Gross Weight KG :   Chargeable Weight KG : 66.000   Volume : 0.384   Length :   Width :   Height :

### EXTRA DATA

| Pick Up | ETD | Estimated Arrival | POD Freight Delivered | Proof of Delivery ID/Name |
|---|---|---|---|---|
| 2005-09-02 15:00 | 2005-09-03 21:00 | 2005-09-05 01:55 | 2005-09-08 08:00 | HOLLY |

### SHIPMENT

House Airwaybill NUE925044

| Master Airwaybill | Flight Number | Estimated Arrival |
|---|---|---|
| 36928765741 | 5Y6006/03. | 2005-09-05 01:55 |

PA Ref.: 086378     INCO Terms: --

### CONTAINERS

| Container Number | Seal Number | Size | Type | Desc |
|---|---|---|---|---|

### SCAN DOCUMENTS

### ADDITIONAL FIELDS

SERVICE LEVEL
DELIVERY TERMS
CARRIER CODE
CURRENCY
MAIN CARRIAGE
ADDITIONAL CHARGE
FUEL SURCHARGE
TOTAL CARTON AMOUNT
TOTAL SHIPMENT WEIGHT
PLANNER
DELAY CODE

### LINE ITEM INFORMATION

| LN | L/S No | Part No/Com.Inv.No | QTY.ORD | QTY.REC | Total cases |
|---|---|---|---|---|---|
| | Line Value | Material | Barcode | STATUS | UOM |
| 1 | 01 | 16876763 INV-#: 39278246 | 0000000000 | 0000000768 | |
| | 0.00 | | | | |

SERVICE LEVEL
DELIVERY TERMS
CARRIER CODE
CURRENCY
MAIN CARRIAGE
ADDITIONAL CHARGE

Intrac PO View Page 1 of 2

# Load-ID View
## NUE05P39282646

E-mail

Extra

**MAIN DATA**

| Document Date | Custom Reference | Status |
|---|---|---|
| 2005-09-14 00:00 | | *DELIVERED* |

| Shipper (314390415) | Consignee (932731029) | Delivery (932731029) |
|---|---|---|
| | DELPHI P US COTTONDALE<br>11005 ED STEPHENS ROAD<br>COTTONDALE<br><br>UNITED STATES | DELPHI P US COTTONDALE<br>11005 ED STEPHENS ROAD<br>COTTONDALE<br><br>UNITED STATES |

**Delivery Instructions:**

| Origin | Destination | Transport | Or. Pick Up | Due Date |
|---|---|---|---|---|
| NUE | HSV | AIR | | 2005-09-21 06:00 |

**Notes**

Quantities: 768 / 0 Total cases : 0
Gross Weight KG : Chargeable Weight KG : 65.000 Volume : 0.384 Length : Width : Height :

**EXTRA DATA**

| Pick Up | ETD | Estimated Arrival | POD Freight Delivered | Proof of Delivery ID/Name |
|---|---|---|---|---|
| 2005-09-16 15:00 | 2005-09-17 21:00 | 2005-09-19 01:55 | 2005-09-19 08:00 | HOLLY |

**SHIPMENT**

House Airwaybill NUE924949

| Master Airwaybill | Flight Number | Estimated Arrival |
|---|---|---|
| 36928765763 | 5Y6006/17. | 2005-09-19 01:55 |

PA Ref.: 086789 INCO Terms: --

**CONTAINERS**

| Container Number | Seal Number | Size | Type | Desc |
|---|---|---|---|---|

**SCAN DOCUMENTS**

**ADDITIONAL FIELDS**

SERVICE LEVEL
DELIVERY TERMS
CARRIER CODE
CURRENCY
MAIN CARRIAGE
ADDITIONAL CHARGE
FUEL SURCHARGE
TOTAL CARTON AMOUNT
TOTAL SHIPMENT WEIGHT
PLANNER
DELAY CODE

**LINE ITEM INFORMATION**

| LN | L/S No<br>Line Value | Part No/Com.Inv.No<br>Material | QTY.ORD<br>Barcode | QTY.REC<br>STATUS | Total cases<br>UOM |
|---|---|---|---|---|---|
| 1 | 01<br>0.00 | 16876763 INV-#: 39282646 | 0000000000 | 0000000768 | |

SERVICE LEVEL
DELIVERY TERMS
CARRIER CODE
CURRENCY
MAIN CARRIAGE
ADDITIONAL CHARGE

