UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
   In re  :
:
DELPHI CORPORATION, et al.,  :  Chapter 11
:
                Debtors.  :  Case No. 05-44481 (RDD)
:
:  (Jointly Administered)
:
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of September 2007, I caused to be served a true and correct copy of the RESPONSE OF SIEMENS AKTIENGESELLSCHAFT TO DEBTORS' TWENTIETH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) DUPLICATE AND AMENDED CLAIMS, (B) INSUFFICIENTLY DOCUMENTED CLAIMS, (C) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIMS, AND (E) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, CONSENSUALLY MODIFIED AND REDUCED TORT CLAIMS, AND LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION *via* Federal Express to the following counsel of record:

| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel | Skadden, Arps, Slate, Meagher &Flom LLP<br>333  West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese |
|---|---|

Date:  September 19, 2007
       New York, NY

                                                    _/s/ Marianne Pichuzhkina_____
                                                    Marianne Pichuzhkina