# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT  **Southern**   DISTRICT OF  **New York** | PROOF OF CLAIM |
|---|---|

Name of Debtor  AKA  DELPHI  AKA DELPHI PACKARD EL   Case Number
Delphi Corporation  AKA DELPHI MECHATRONIC SYSTEMS INC.   05-44481
AKA DELPHI AUTOMOTIVE SYSTEMS LLC

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case.   A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**COPY**

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Essex Group Inc

Name and address where notices should be sent:
Essex Group Inc
Richard Fradette
1601 Wall St
Fort Wayne IN 46801– /601

Telephone number: 260. 461. 4014

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED**
AUG 04 2006
KURTZMAN CARSON
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces  ☐ amends   a previously filed claim, dated:_____ if this claim

**1. Basis for Claim**
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:**
VARIOUS – SEE EXHIBIT A

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ ___0___ (unsecured)  $795,196.61 (secured)  0 (priority)  $795,196.61 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☒ Other RIGHT OF SETOFF
Value of Collateral: $ 2,424,747.34
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 0

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 593,770.42 RECLAMATION
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units–11 U.S.C. § 507(a)(8).
☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(2).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases commenced on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
**RECEIVED**
JUL 27 2006
CLAIMS PROCESSING CENTER
USBC, SDNY   1

| Date 7/24/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Richard Fradette  RICHARD L. FRADETTE VP FINANCE |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
0544481060410191920192571





**Essex Group, Inc.**

Attn:  Richard Fradette
V. P. Finance
1601 Wall Street
P.O. Box 1601
Fort Wayne, IN 46801-1601
tel:  260.461.4014
fax: 260.461.4062

**United States Bankruptcy Court**
Southern District of New York
**Delphi Corporation Claims**
One Bowling Green
Room 534
New York, New York  10004-1408

Enclosed please find two (2) copies of Essex Group, Inc.'s "proof of claim"
regarding U.S. Bankruptcy Court Case Number 05-44567; debtor, Delphi.

It is requested that you return one (1)  copy of the "proof of claim" with the receipt
stamp date and the assigned claim number in the self-enclosed envelope.

Sincerely,

Richard L. Fradette

 **SUPERIOR ESSEX**

**Essex Group, Inc.**

Attn: Richard Fradette
V. P. Finance
1601 Wall Street
P.O. Box 1601
Fort Wayne, IN 46801-1601

**Delphi Bankruptcy - Proof of Claim Attachments**

| | | pages |
|---|---|---|
| | **Delphi Proof of Claim** | 1 |
| **Exhibit A** | **Summary of Total Claim** | 3 |
| | Metals Division<br>          Copper Rod | 4 - 6 |
| | Magnet Wire Division | 7 - 17 |
| | Due to the voluminous amount of documentation supporting this claim, the detail is not included.  However, supporting documentation will be made available upon request. | |
| **Exhibit B** | **Essex Group, Inc correspondence to Delphi Corp. for "right of setoff"** | 18 - 19 |

2.

*Exhibit A*



**Essex Group, Inc.**

Attn: Richard Fradette
V. P. Finance
1601 Wall Street
P.O. Box 1601
Fort Wayne, IN 46801-1601

## Delphi Bankruptcy - Proof of Claim
## Claim Summary

### *SECURED CLAIM*

| Exhibit A Pages | | USD Amount |
|---|---|---|
| Metals Division<br>Copper Rod | | $402,864.04 |
| Magnet Wire Division | | 392,332.57 |
| | Secured Claim Total | $795,196.61 |

$795,196.61 is the total pre-petition claim asserted by
Essex Group, Inc. against the Debtors.

Essex Group, Inc. asserts that the claim is fully secured
by right of setoff.

### *UNSECURED PRIORITY CLAIM* (as filed)

| | USD Amount |
|---|---|
| Reclamation Claim # 14 | $402,864.04 |
| Reclamation Claim # 39 | $190,908.38 |
| Unsecured Priority Claim Total | $593,772.42 |

$593,772.42 of the claim is entitled to priority under
507(a)(2) and 546(c) as a reclamation claim and in accordance
with Essex Group, Inc.'s timely reclamation demand.

Essex Group, Inc. reserves its right to amend this claim and/or
to file other or further claims of whatever type and/or to supplement
this claim with further supporting documents.

3.

Exhibit A.

 **SUPERIOR ESSEX**

**Essex Group, Inc**

**Delphi**          **Bankruptcy Court Case #: 05-44481**

**Statement of Open Items as of June 20, 2006**
**Metals Division**

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Amount | Sales Invoice Date Eff Date |
|---------|---------------|---------------------------|----------------------|------------------------------|
| B0029958 | DELPHI AUTOMOTIVE | 630181 | $ 402,864.04 | 10/31/2005 |
| | | | **$ 402,864.04** | |

4.

*Exhibit A*

**SUPERIOR ESSEX**

| | Attention: | Delphi Reclamation Team | | Tel: 260.461.4014 |
| | Claim Number: | #14 | | Fax: 260.461.4082 |

Richard Fradette
V.P. Finance

11/01/05

## Essex Group, Inc

Customer: 00010018 Delphi Packard

| Essex Ship Date | Delphi P.O. | Description | Delphi Part # | Price | Site | Sales Invoice | Shipper Number | Qty Shipped & Invoiced | Rec'd Delphi | Delphi Rec'd Date | Open Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/05 | P4490035 006 | 5/16 CU Rod | M1600001 | 1.76050 | 202 | 619476 | CS05005205 | 44,224 | 44,224 | 10/01/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619477 | CS05005207 | 44,230 | 44,230 | 10/01/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619478 | CS05005209 | 44,270 | 44,270 | 10/01/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619480 | CS05005212 | 44,287 | 44,287 | 10/01/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619482 | CS05005216 | 44,288 | 44,288 | 10/01/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619484 | CS05005277 | 44,260 | 44,260 | 10/02/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619485 | CS05005278 | 44,347 | 44,347 | 10/02/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619486 | CS05005279 | 44,315 | 44,315 | 10/02/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619489 | CS05005281 | 44,118 | 44,118 | 10/02/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619490 | CS05005282 | 44,176 | 44,176 | 10/02/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619492 | CS05005283 | 44,087 | 44,087 | 10/02/05 | 0 |
| 10/02/05 | P4490035 006 | 5/16 CU Rod | M1600001 | 1.76050 | 202 | 619493 | CS05005285 | 44,140 | 44,140 | 10/03/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619494 | CS05005286 | 44,184 | 44,184 | 10/03/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619495 | CS05005287 | 43,972 | 43,972 | 10/03/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619497 | CS05005288 | 43,819 | 43,819 | 10/03/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619499 | CS05005289 | 44,224 | 44,224 | 10/04/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619500 | CS05005290 | 44,194 | 44,194 | 10/04/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619502 | CS05005292 | 44,191 | 44,191 | 10/04/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619503 | CS05005293 | 44,248 | 44,248 | 10/04/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619504 | CS05005294 | 44,167 | 44,167 | 10/04/05 | 0 |
| 10/03/05 | P4490035 006 | 5/16 CU Rod | M1600001 | 1.76050 | 202 | 619505 | CS05005315 | 44,492 | 44,492 | 10/05/05 | 0 |
| 10/04/05 | P4490035 006 | 5/16 CU Rod | M1600001 | 1.76050 | 202 | 619543 | CS05005317 | 44,136 | 44,136 | 10/05/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619773 | CS05005358 | 44,200 | 44,200 | 10/05/05 | 0 |
| | P4490035 006 | | M1600001 | | | 619869 | CS05005369 | 44,289 | 44,289 | 10/05/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620006 | CS05005370 | 44,026 | 44,026 | 10/05/05 | 0 |
| 10/05/05 | P4490035 006 | 5/16 CU Rod | M1600001 | 1.76050 | 202 | 619785 | CS05005368 | 44,349 | 44,349 | 10/06/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620141 | CS05005549 | 44,308 | 44,308 | 10/06/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620200 | CS05005454 | 44,228 | 44,228 | 10/06/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620286 | CS05005455 | 44,395 | 44,395 | 10/06/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620231 | CS05005459 | 44,296 | 44,296 | 10/06/05 | 0 |
| 10/06/05 | P4490035 006 | 5/16 CU Rod | M1600001 | 1.76050 | 202 | 620315 | CS05005526 | 44,285 | 44,285 | 10/07/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620316 | CS05005527 | 44,270 | 44,270 | 10/07/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620380 | CS05005543 | 44,241 | 44,241 | 10/07/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620447 | CS05005564 | 44,409 | 44,409 | 10/07/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620501 | CS05005576 | 44,385 | 44,385 | 10/07/05 | 0 |
| | P4490035 006 | | M1600001 | | | 620788 | CS05005578 | 44,382 | 44,382 | 10/07/05 | 0 |
| | | | | | | | | **1,592,348** | **1,592,348** | | **0** |

Total October 2005 true-up Warren, OH     630181     Dated 10/31/05     1,592,348

True-Up Billing Adjustment:
October 2005 avg COMEX / lb - copper     $1.9030
October 2005 copper billing / lb          $1.6500
                                          $0.2530

$0.2530

**$402,864.04**
Pre-petition Amount

5.



**Essex Group, Inc.**

Attn: Richard Fradette
V. P. Finance
1601 Wall Street
P.O. Box 1601
Fort Wayne, IN 46801-1601

**Delphi Bankruptcy - Proof of Claim
Supporting Documentation**

Due to the voluminous amount of
documentation supporting this claim,
the detail is not included. However,
supporting documentation will
be made available upon request.

6.



**SUPERIOR ESSEX**

Essex Group, Inc

Delphi    Bankruptcy Court Case #: 05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---|---|---|---|---|---|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1302227 | (579.13) | 10/01/2004 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1400151 | (922.58) | 12/01/2004 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1001302 | (136.90) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1302257 | (137.00) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 2004729 | (5,378.50) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 2004730 | (2,432.80) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 2004731 | (6,826.53) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 2004732 | (3,084.52) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 2004733 | (2,203.39) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 2004734 | (4,080.93) | 01/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 975580 | (54.00) | 01/25/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 026110 | (65.65) | 02/28/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 030429 | (215.54) | 03/02/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1001317 | (5,170.38) | 03/02/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1001318 | (167.35) | 03/02/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1400157 | (166.60) | 03/02/2005 | |
| B0010367 | DELPHI DELCO ELECTRONICS | 056669 | (1,904.38) | 03/21/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1001322 | (148.80) | 03/31/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | DEL03315 | (355.50) | 03/31/2005 | COS WT DEL033105 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1302287 | (3,290.74) | 04/07/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1302288 | (3,326.36) | 04/07/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1302289 | (120.40) | 04/07/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1302291 | (1,547.10) | 04/07/2005 | |
| B0029335 | DELPHI ENERGY & ENGINE MNGT | 085510 | (1,231.40) | 04/11/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | DEL06025 | (169.52) | 06/02/2005 | COS WT DEL060205 |
| B0010367 | DELPHI DELCO ELECTRONICS | 168869 | 2,191.11 | 06/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1400166 | (540.60) | 06/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1400167 | (1,608.82) | 06/06/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 1400170 | (161.39) | 06/06/2005 | |
| B0010367 | DELPHI DELCO ELECTRONICS | 3927763 | 61.37 | 07/28/2005 | |
| B0010367 | DELPHI DELCO ELECTRONICS | 3927764 | 63.73 | 07/28/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 263984B | (785.41) | 08/05/2005 | |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 288588 | (63.19) | 08/23/2005 | RMA 086-5122 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 301936 | 334.70 | 09/01/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 301937 | 171.70 | 09/01/2005 | 550006444 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302632 | 1,875.94 | 09/01/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302633 | 1,731.64 | 09/01/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302634 | 1,849.25 | 09/01/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302635 | 3,028.73 | 09/01/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302636 | 1,462.99 | 09/01/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302637 | 1,157.30 | 09/01/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302638 | 985.71 | 09/01/2005 | 550007300 |

7.

*Exhibit A*



**SUPERIOR ESSEX**

Essex Group, Inc



**Delphi**   Bankruptcy Court Case #: 05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---------|---------------|---------------------------|---------------------------|-----------------------------|-----------|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302639 | 615.32 | 09/01/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302640 | 579.21 | 09/01/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302641 | 475.09 | 09/01/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302642 | 1,330.10 | 09/01/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302643 | 1,036.89 | 09/01/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302644 | 1,150.34 | 09/01/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302645 | 546.36 | 09/01/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302646 | 166.00 | 09/01/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302647 | 1,492.15 | 09/01/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302648 | 601.86 | 09/01/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302649 | 208.44 | 09/01/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 302650 | 284.89 | 09/01/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 616360 | 650.65 | 09/01/2005 | 550051693 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 616361 | 1,711.56 | 09/01/2005 | 550037092 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 616362 | 738.18 | 09/01/2005 | 550007306 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 303729 | 171.70 | 09/02/2005 | 550006444 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 303730 | 549.64 | 09/02/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304918 | 3,326.36 | 09/02/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304919 | 668.03 | 09/02/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304920 | 334.84 | 09/02/2005 | 550069193 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304921 | 161.77 | 09/02/2005 | 550037379 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304922 | 908.39 | 09/02/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304923 | 183.58 | 09/02/2005 | 550009667 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304924 | 573.25 | 09/02/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 304925 | 206.53 | 09/02/2005 | 550007320 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 616479 | 4,901.10 | 09/02/2005 | 550026137 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 305302 | 298.32 | 09/05/2005 | 550007319 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 305303 | 207.81 | 09/05/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 306118 | 334.70 | 09/06/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 306119 | 502.05 | 09/06/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 306120 | 171.70 | 09/06/2005 | 550006444 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 306121 | 868.40 | 09/06/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307063 | 3,197.58 | 09/06/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307064 | 1,996.03 | 09/06/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307065 | 739.36 | 09/06/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307066 | 659.92 | 09/06/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307067 | 2,259.10 | 09/06/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307068 | 877.74 | 09/06/2005 | 550007309 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307069 | 355.24 | 09/06/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307070 | 1,212.59 | 09/06/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307071 | 648.77 | 09/06/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307072 | 1,218.60 | 09/06/2005 | 550007315 |

8.

Exhibit A.


**SUPERIOR ESSEX**

Essex Group, Inc



Delphi    Bankruptcy Court Case #:  05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---|---|---|---|---|---|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307073 | 910.59 | 09/06/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307074 | 959.97 | 09/06/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307075 | 886.83 | 09/06/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307076 | 570.48 | 09/06/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 307077 | 512.46 | 09/06/2005 | 550026142 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 308215 | 507.31 | 09/07/2005 | 550010256 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 308216 | 334.70 | 09/07/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 308217 | 277.00 | 09/07/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 308218 | 116.00 | 09/07/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 308219 | 276.48 | 09/07/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309105 | 44.98 | 09/07/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309106 | 3,167.44 | 09/07/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309107 | 614.30 | 09/07/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309108 | 543.28 | 09/07/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309109 | 572.42 | 09/07/2005 | 550037379 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309110 | 607.21 | 09/07/2005 | 550007304 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309111 | 216.12 | 09/07/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 309112 | 305.91 | 09/07/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 616795 | 1,632.39 | 09/07/2005 | 550059334 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 310252 | 5,970.25 | 09/08/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311084 | 3,323.62 | 09/08/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311085 | 895.09 | 09/08/2005 | 550007291 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311086 | 690.60 | 09/08/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311087 | 961.88 | 09/08/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311088 | 609.23 | 09/08/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311089 | 1,209.58 | 09/08/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311090 | 1,781.60 | 09/08/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311091 | 266.41 | 09/08/2005 | 550007327 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311092 | 555.71 | 09/08/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 311093 | 542.70 | 09/08/2005 | 550026142 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 616921 | 4,649.71 | 09/08/2005 | 550059334 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312115 | 438.30 | 09/09/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312116 | 162.83 | 09/09/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312921 | 44.35 | 09/09/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312922 | 3,271.56 | 09/09/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312924 | 284.60 | 09/09/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312925 | 1,777.87 | 09/09/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312926 | 1,671.11 | 09/09/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312927 | 926.04 | 09/09/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312928 | 144.91 | 09/09/2005 | 550007298 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312929 | 440.33 | 09/09/2005 | 550007326 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 312930 | 601.86 | 09/09/2005 | 550058445 |

9.

*Exhibit A*



**Essex Group, Inc**

Delphi    Bankruptcy Court Case #: 05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---------|---------------|---------------------------|---------------------------|-----------------------------|-----------|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 314147 | 334.70 | 09/12/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 314148 | 101.39 | 09/12/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 314149 | 86.50 | 09/12/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315411 | 1,946.19 | 09/12/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315412 | 4,948.44 | 09/12/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315413 | 721.45 | 09/12/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315414 | 667.01 | 09/12/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315415 | 499.29 | 09/12/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315416 | 263.69 | 09/12/2005 | 550007327 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315417 | 2,051.00 | 09/12/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315418 | 692.11 | 09/12/2005 | 550007305 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 315419 | 511.38 | 09/12/2005 | 550026142 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 617179 | 1,329.09 | 09/12/2005 | 550013817 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 316533 | 3,473.60 | 09/13/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 316534 | 167.35 | 09/13/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 316535 | 1,736.80 | 09/13/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 316536 | 2,605.20 | 09/13/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 316537 | 3,690.70 | 09/13/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317654 | 46.85 | 09/13/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317655 | 3,309.92 | 09/13/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317656 | 1,988.91 | 09/13/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317657 | 1,209.17 | 09/13/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317658 | 910.49 | 09/13/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317659 | 671.69 | 09/13/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317660 | 607.01 | 09/13/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317661 | 370.03 | 09/13/2005 | 550007297 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317662 | 399.63 | 09/13/2005 | 550007297 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317663 | 1,009.54 | 09/13/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317664 | 854.64 | 09/13/2005 | 550007309 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317665 | 602.58 | 09/13/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317666 | 117.66 | 09/13/2005 | 550007329 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317667 | 1,988.81 | 09/13/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317668 | 922.17 | 09/13/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317669 | 414.33 | 09/13/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 317670 | 293.65 | 09/13/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 617296 | 749.28 | 09/13/2005 | 550013817 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 617402 | 5,923.00 | 09/13/2005 | 550026137 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 318890 | 461.02 | 09/14/2005 | 550010255 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 318891 | 167.35 | 09/14/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319738 | 1,993.66 | 09/14/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319739 | 3,389.38 | 09/14/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319740 | 598.06 | 09/14/2005 | 550007295 |

10,

Exhibit A



Essex Group, Inc

Delphi    Bankruptcy Court Case #: 05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Eff Date | Delphi PO |
|---------|---------------|---------------------------|---------------------------|------------------------|-----------|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319741 | 1,792.70 | 09/14/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319742 | 621.00 | 09/14/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319743 | 166.46 | 09/14/2005 | 550023810 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319744 | 569.20 | 09/14/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319745 | 972.71 | 09/14/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319746 | 1,249.89 | 09/14/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319747 | 1,313.66 | 09/14/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319748 | 1,481.04 | 09/14/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319749 | 1,468.29 | 09/14/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319750 | 618.36 | 09/14/2005 | 550007304 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319751 | 1,469.44 | 09/14/2005 | 550007305 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 319752 | 499.50 | 09/14/2005 | 550026142 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 617447 | 1,581.88 | 09/14/2005 | 550059334 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 617483 | 4,873.71 | 09/14/2005 | 550026137 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 320878 | 334.70 | 09/15/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 320879 | 200.66 | 09/15/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321447 | 5,107.36 | 09/15/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321448 | 1,993.66 | 09/15/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321449 | 44.35 | 09/15/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321450 | 952.11 | 09/15/2005 | 550007291 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321451 | 556.26 | 09/15/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321452 | 1,277.26 | 09/15/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321453 | 662.80 | 09/15/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321454 | 170.98 | 09/15/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321455 | 1,269.76 | 09/15/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321456 | 2,289.38 | 09/15/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321457 | 189.15 | 09/15/2005 | 550037379 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321458 | 554.78 | 09/15/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 321459 | 1,181.84 | 09/15/2005 | 550037092 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 617692 | 1,377.31 | 09/15/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 322632 | 334.70 | 09/16/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 322633 | 219.15 | 09/16/2005 | 550006445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323511 | 3,318.14 | 09/16/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323512 | 2,007.90 | 09/16/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323513 | 122.15 | 09/16/2005 | 550007329 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323514 | 2,125.85 | 09/16/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323515 | 579.15 | 09/16/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323516 | 643.83 | 09/16/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323517 | 1,252.96 | 09/16/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323518 | 1,209.58 | 09/16/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323519 | 1,525.47 | 09/16/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323520 | 439.90 | 09/16/2005 | 550007323 |

11.

Exhibit A



Essex Group, Inc

**Delphi**    Bankruptcy Court Case #: 05-44481

**Statement of Open Items as of June 20, 2006**
**Magnet Wire Division**

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---|---|---|---|---|---|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 323521 | 577.86 | 09/16/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 324730 | 98.34 | 09/19/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325443 | 3,372.94 | 09/19/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325444 | 44.35 | 09/19/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325445 | 1,326.63 | 09/19/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325446 | 702.60 | 09/19/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325447 | 631.54 | 09/19/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325448 | 708.82 | 09/19/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325449 | 877.60 | 09/19/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325450 | 3,665.02 | 09/19/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325451 | 444.30 | 09/19/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325452 | 205.89 | 09/19/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325453 | 214.13 | 09/19/2005 | 550024661 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 325454 | 294.82 | 09/19/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618001 | 3,134.97 | 09/19/2005 | 550059334 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327632 | 1,616.29 | 09/20/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327633 | 3,496.24 | 09/20/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327634 | 44.98 | 09/20/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327635 | 195.69 | 09/20/2005 | 550023810 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327636 | 2,865.05 | 09/20/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327637 | 217.40 | 09/20/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327638 | 428.40 | 09/20/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 327639 | 308.25 | 09/20/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618105 | 6,380.76 | 09/20/2005 | 550026137 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618106 | 4,689.89 | 09/20/2005 | 550026137 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618107 | 4,271.03 | 09/20/2005 | 550026137 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 328783 | 507.31 | 09/21/2005 | 550010256 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 328784 | 334.70 | 09/21/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 328785 | 219.15 | 09/21/2005 | 550006445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 328786 | 264.21 | 09/21/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329692 | 2,036.38 | 09/21/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329693 | 953.22 | 09/21/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329694 | 691.59 | 09/21/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329695 | 190.90 | 09/21/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329696 | 1,562.50 | 09/21/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329697 | 431.10 | 09/21/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329698 | 897.12 | 09/21/2005 | 550007291 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329699 | 2,451.18 | 09/21/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329700 | 753.41 | 09/21/2005 | 550007290 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329701 | 845.76 | 09/21/2005 | 550007309 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329702 | 372.43 | 09/21/2005 | 550007327 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329703 | 1,409.56 | 09/21/2005 | 550051693 |

*Exhibit A*



**Essex Group, Inc**

Delphi    Bankruptcy Court Case #:  05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---------|---------------|---------------------------|---------------------------|-----------------------------|-----------|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329704 | 612.02 | 09/21/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329705 | 179.28 | 09/21/2005 | 550026142 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329706 | 580.65 | 09/21/2005 | 550037092 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 329707 | 602.98 | 09/21/2005 | 550037092 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618276 | (299.62) | 09/21/2005 | rma 401-5120 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 330601 | 502.05 | 09/22/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 330602 | 219.15 | 09/22/2005 | 550006445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331200 | 3,367.46 | 09/22/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331201 | 1,616.60 | 09/22/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331202 | 93.08 | 09/22/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331203 | 67.72 | 09/22/2005 | JMS42620 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331204 | 1,148.35 | 09/22/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331205 | 663.97 | 09/22/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331206 | 862.20 | 09/22/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331207 | 1,512.05 | 09/22/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 331208 | 644.71 | 09/22/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 332801 | 1,988.91 | 09/23/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 332802 | 3,419.52 | 09/23/2005 | 550037466 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618519 | 2,485.34 | 09/23/2005 | 550059334 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 333950 | 334.70 | 09/26/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335183 | 3,430.48 | 09/26/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335184 | 719.46 | 09/26/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335185 | 1,265.10 | 09/26/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335186 | 1,281.79 | 09/26/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335187 | 1,555.09 | 09/26/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335188 | 459.70 | 09/26/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335189 | 1,376.16 | 09/26/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335190 | 1,481.04 | 09/26/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335191 | 1,432.59 | 09/26/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335192 | 1,410.69 | 09/26/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335193 | 1,404.95 | 09/26/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335194 | 1,042.74 | 09/26/2005 | 550007291 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335195 | 606.48 | 09/26/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335196 | 520.02 | 09/26/2005 | 550026142 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335197 | 526.15 | 09/26/2005 | 550037092 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335198 | 437.99 | 09/26/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 335199 | 301.82 | 09/26/2005 | 550007319 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 336525 | 5,861.70 | 09/27/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 336526 | 373.41 | 09/27/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337639 | 2,022.14 | 09/27/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337640 | 1,150.97 | 09/27/2005 | 550013821 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337641 | 1,644.00 | 09/27/2005 | 550037466 |

13.



**SUPERIOR ESSEX**

Essex Group, Inc

Delphi    Bankruptcy Court Case #:  05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---|---|---|---|---|---|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337642 | 44.35 | 09/27/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337643 | 3,460.62 | 09/27/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337644 | 572.70 | 09/27/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337645 | 670.25 | 09/27/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 337646 | 568.14 | 09/27/2005 | 550037092 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618900 | 3,123.18 | 09/27/2005 | 550026137 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 618901 | 4,321.63 | 09/27/2005 | 550026137 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 338775 | 288.92 | 09/28/2005 | 550010251 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 338776 | 219.15 | 09/28/2005 | 550006445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339811 | 2,000.78 | 09/28/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339812 | 47.48 | 09/28/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339813 | 46.85 | 09/28/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339814 | 156.62 | 09/28/2005 | 550007298 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339815 | 628.90 | 09/28/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339816 | 626.47 | 09/28/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339817 | 366.86 | 09/28/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339818 | 1,203.56 | 09/28/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339819 | 663.31 | 09/28/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339820 | 1,415.32 | 09/28/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339821 | 250.76 | 09/28/2005 | #P245T-0.325-RL |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339822 | 649.78 | 09/28/2005 | 550007304 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339823 | 625.86 | 09/28/2005 | 550058445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339824 | 575.29 | 09/28/2005 | 550037092 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 339825 | 1,652.22 | 09/28/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 340820 | 502.05 | 09/29/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 340821 | 285.71 | 09/29/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 341572 | 76.62 | 09/29/2005 | 550007295 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 341573 | 955.38 | 09/29/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 341574 | 630.52 | 09/29/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 341575 | 893.00 | 09/29/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 341576 | 358.84 | 09/29/2005 | 550007327 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 341577 | 664.47 | 09/29/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 342423 | 836.75 | 09/30/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 342424 | 171.70 | 09/30/2005 | 550006444 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 342425 | 5,427.50 | 09/30/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343206 | 1,535.08 | 09/30/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343207 | 955.38 | 09/30/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343208 | 611.99 | 09/30/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343209 | 629.51 | 09/30/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343210 | 419.98 | 09/30/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343211 | 1,218.60 | 09/30/2005 | 550007315 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343212 | 1,495.85 | 09/30/2005 | 550007317 |

14.



**SUPERIOR ESSEX**

Essex Group, Inc

Delphi    Bankruptcy Court Case #: 05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---------|---------------|---------------------------|---------------------------|------------------------------|-----------|
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343213 | 862.20 | 09/30/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343214 | 697.98 | 09/30/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343215 | 442.10 | 09/30/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343216 | 269.13 | 09/30/2005 | 550007327 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343217 | 497.34 | 09/30/2005 | 550026142 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343218 | 218.04 | 09/30/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343219 | 302.99 | 09/30/2005 | 550007319 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 343220 | 234.66 | 09/30/2005 | 550007320 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619326 | 1,657.32 | 09/30/2005 | 550059334 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619327 | 1,633.59 | 09/30/2005 | 550059747 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 344281 | 205.20 | 10/03/2005 | 550023802 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 344282 | 167.35 | 10/03/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 344283 | 157.16 | 10/03/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 344999 | 3,214.02 | 10/03/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345000 | 3,378.42 | 10/03/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345001 | 3,216.76 | 10/03/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345002 | 3,361.98 | 10/03/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345003 | 78.09 | 10/03/2005 | 550010257 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345004 | 756.60 | 10/03/2005 | 550037379 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345005 | 659.75 | 10/03/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345006 | 1,419.92 | 10/03/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345007 | 950.07 | 10/03/2005 | 550007291 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345008 | 938.05 | 10/03/2005 | 550007300 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345009 | 647.75 | 10/03/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345010 | 610.06 | 10/03/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345011 | 170.98 | 10/03/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345012 | 908.39 | 10/03/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345013 | 569.03 | 10/03/2005 | 550037092 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 345014 | 296.57 | 10/03/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619520 | 1,267.90 | 10/03/2005 | 550013817 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346028 | 167.35 | 10/04/2005 | 550006443 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346029 | 219.15 | 10/04/2005 | 550006445 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346030 | 171.70 | 10/04/2005 | 550006444 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346031 | 171.70 | 10/04/2005 | 550006444 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346797 | 1,979.42 | 10/04/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346799 | 198.94 | 10/04/2005 | 550023810 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346800 | 956.88 | 10/04/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346801 | 899.18 | 10/04/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 346802 | 560.10 | 10/04/2005 | 550037092 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619779 | 1,651.57 | 10/04/2005 | 550059334 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619781 | 4,644.92 | 10/04/2005 | 550026137 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619956 | 1,631.75 | 10/04/2005 | 550059334 |

15.

Exhibit A



**Essex Group, Inc**



Delphi    Bankruptcy Court Case #: 05-44481

Statement of Open Items as of June 20, 2006
Magnet Wire Division

| Bill To | Customer Name | Essex Sales Inv # Ref No. | Sales Invoice Date Amount | Sales Invoice Date Eff Date | Delphi PO |
|---------|---------------|---------------------------|---------------------------|------------------------------|-----------|
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619957 | 1,579.96 | 10/04/2005 | 550059334 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 619958 | 1,018.89 | 10/04/2005 | 550059747 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 347771 | 507.31 | 10/05/2005 | 550010256 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 347772 | 461.02 | 10/05/2005 | 550010255 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 347773 | 5,427.50 | 10/05/2005 | 550075345 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 347774 | 86.50 | 10/05/2005 | P4570048 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348866 | 2,012.64 | 10/05/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348867 | 3,457.88 | 10/05/2005 | 550037466 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348868 | 646.74 | 10/05/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348869 | 667.78 | 10/05/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348870 | 161.02 | 10/05/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348871 | 958.98 | 10/05/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348872 | 635.58 | 10/05/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348873 | 719.75 | 10/05/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348874 | 894.94 | 10/05/2005 | 550036749 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348875 | 950.94 | 10/05/2005 | 550026142 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348876 | 213.56 | 10/05/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348877 | 208.44 | 10/05/2005 | 550007320 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 348878 | 295.40 | 10/05/2005 | 550007319 |
| B0010154 | NAO/DELPHI SAGINAW STEERING | 620041 | 4,569.56 | 10/05/2005 | 550026137 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350215 | 1,998.40 | 10/06/2005 | 550013820 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350217 | 632.88 | 10/06/2005 | 550007301 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350218 | 646.74 | 10/06/2005 | 550007303 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350219 | 568.26 | 10/06/2005 | 550007307 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350220 | 287.18 | 10/06/2005 | 550007314 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350221 | 1,510.66 | 10/06/2005 | 550007317 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350222 | 475.09 | 10/06/2005 | 550007323 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350223 | 670.25 | 10/06/2005 | 550007328 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350224 | 1,417.62 | 10/06/2005 | 550051693 |
| B0020933 | DELPHI ENERGY & ENGINE MNGT | 350225 | 650.80 | 10/06/2005 | 550007304 |
| B0029841 | DELPHI ENERGY & ENGINE MNGT | 351138 | 12,591.80 | 10/07/2005 | 550075345 |
| | | | 392,332.57 | | |
| | | | 392,332.57 | | |

16.

*Exhibit A*


## SUPERIOR ESSEX®

**Essex Group, Inc.**

Attn:  Richard Fradette
V. P. Finance
1601 Wall Street
P.O. Box 1601
Fort Wayne, IN 46801-1601

**Delphi Bankruptcy - Proof of Claim
Supporting Documentation**

Due to the voluminous amount of
documentation supporting this claim,
the detail is not included.  However,
supporting documentation will
be made available upon request.

17.

*Exhibit B*



**SUPERIOR ESSEX**

Essex Group
Ft. Wayne, IN 46802
1601 Wall Street

February 3, 2006

Ms. Teresa Dickerson
Delphi
M/S 50H
P. O. Box 431
Warren, OH  44486

Re: Essex Group, Inc. and Delphi Corporation

Dear Teresa:

   As you know, as a consequence of the October 8, 2005 (the "Petition Date"), bankruptcy filing of Delphi Corporation and certain of its affiliates (the "Debtors") (Bankr. S.D.N.Y. Case No. 05-44481), the Debtors are indebted to Essex Group, Inc. ("Essex") in the amount of $803,168.68 (the "Claim") arising from certain amounts accruing and unpaid prior to the Petition Date. Essex has asserted a reclamation demand in the amount of $593,772.38 and believes that portion of the Claim is entitled to administrative priority as a reclamation claim. However, pursuant to the January 6, 2006, Order Extending Deadline for Debtors to Submit Statements of Reclamation Under Fed.R.Bankr. P. 9006(b), the deadline for the Debtors to file their reconciliation with respect to reclamation demands received has been extended to February 21, 2006. Consequently, Essex has not yet received your analysis with respect to the reclamation portion of the Claim.

   It has come to Essex's attention that the Debtors may have an alleged claim for overpayment to Essex in the amount of $2,424,747.34 (the "Overpayment Claim") arising from payments made to Essex between July and September 2005, prior to the Petition Date. As a consequence of such apparent overpayment and in accordance with 11 U.S.C. § 553 and applicable state law, Essex asserts a right of setoff as between its Claim and any Overpayment Claim.

   It may be in the interests of both the Debtors and Essex to resolve cooperatively all issues with respect to the Claim and the Overpayment Claim. In settlement of all these issues, Essex proposes that the Debtors and Essex stipulate as follows: (1) to the allowance of the Claim and to relief from the automatic stay under 11 U.S.C. § 362 to authorize Essex to offset the Claim in full, (2) to the agreed payment by Essex to the Debtors of $1,621,578.66 in resolution of any Overpayment Claim, and (3) to a mutual release between the parties resolving any and all claims between the parties. Such settlement would be subject to approval of the Bankruptcy Court, with such approval to

18.

*Exhibit B*

be sought by motion to be filed by the Debtors promptly upon finalization of an agreement between the parties.

As noted above, Essex makes the foregoing proposals in furtherance of a proposed settlement and compromise of outstanding issues between the parties, and this offer is protected by Rule 408 of the Federal Rules of Evidence and any other applicable rules or statutes.

Please let me hear from you at your earliest convenience with respect to the foregoing proposal, which I believe is to the advantage of both Essex and the Debtors.

Very truly yours,

H. Patrick Jack, Jr.
President
Essex Group, Inc.

CC:    Mike McIlwain
       Mike Frazier
       Richard Fradette
       Mary Love Sullenberger

19.