## INDEX OF EXHIBITS

Exhibit A – Guide Corporation's Proof of Claim

Exhibit B – Lightsource Formation Agreement

Exhibit C – Mercer Report

Exhibit D – Mercer Report

DETROIT.2795492.1