HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7548
E. Todd Sable (P54956)
Tricia A. Sherick (P60384)

Attorneys for Lightsource Parent Corporation
and Guide Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE | : | Chapter 11 |
|---|---|---|
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused to be served copies as follows:

1. Document Served: Response Of Guide Corporation To Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim [sic], And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject to Modification

2. Served Upon: See Attached List

3. Date: September 19, 2007

4. Method of Service: Via Federal Express

I certify and declare under penalty of perjury that the foregoing is true and correct.

                HONIGMAN MILLER SCHWARTZ AND COHN LLP

Dated: September 19, 2007    By:   /s/ E. Todd Sable
                                   E. Todd Sable (P54956)
                                   Tricia A. Sherick (P60384)
                           2290 First National Building
                           660 Woodward Avenue
                           Detroit, MI  48226-3506
                           Telephone: (313) 465-7548
                           Facsimile: (313) 465-7549
                           Email: tsable@honigman.com

                           Attorneys for Lightsource Parent Corporation
                             and Guide Corporation

DETROIT.2794658.1

| | | |
|---|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court<br>One Bowling Green, Room 632<br>New York, NY 10004 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr., John K. Lyons,<br>Joseph N. Wharton<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |