HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7548
E. Todd Sable (P54956)
Tricia A. Sherick (P60384)

Attorneys for Lightsource Parent Corporation
  and Guide Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused to be served copies as follows:

1. Document Served:  Objection and Counterproposal of Lightsource Parent Corporation to Debtors' Motion for Order pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Estimating and Setting Maximum Cap on Certain Contingent or Unliquidated Claims and (B) Approving Expedited Claims Estimation Procedures

2. Served Upon:  See Attached List

3. Date:  September 19, 2007

4. Method of Service  Via Federal Express

I certify and declare under penalty of perjury that the foregoing is true and correct.

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Dated: September 19, 2007       By:   /s/ E. Todd Sable
        E. Todd Sable (P54956)
        Tricia A. Sherick (P60384)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
Email: tsable@honigman.com

Attorneys for Lightsource Parent Corporation
  and Guide Corporation

DETROIT.2794827.1

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green, Room 632
New York, NY  10004

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Davis Polk & Wardwell
Attn:  Donald Bernstein & Brian Resnick
450 Lexington Avenue
New York, NY  10017

Latham & Watkins LLP
Attn:  Robert J. Rosenberg & Mark A. Broude
885 Third Avenue
New York, NY  10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:  Bonnie Steingart
One New York Plaza
New York NY  10004

Office of the United States Trustee
Southern District of New York
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004