BAKER & HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Tel: (212) 589 4200
Fax: (212) 589-4201
Douglas E. Spelfogel (DS-7097)
Attorneys for CYRO Industries

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :    Notice of Withdrawal
                                                           :
          In re                                            :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                Debtors.                                   :    (Jointly Administered)
-----------------------------------------------------------x

## WITHDRAWAL OF RESPONSE TO THIRD OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that Cyro Industries, by its undersigned counsel, hereby withdraws its previously-filed Response to Third Ominbus Claims Objection with prejudice pursuant to that certain Joint Stipulation (the "Joint Stipulation") and Agreed Order Compromising and Allowing Proof of Claim Number 11948 (Cyro Industries and SPCP Group, LLC), which Joint Stipulation is annexed hereto as Exhibit "A" and incorporated hereto by reference.

187467.1

05-44481-rdd    Doc 9436    Filed 09/20/07    Entered 09/20/07 10:16:11    Main Document
                                                Pg 2 of 2

Dated: September 19, 2007

        BAKER & HOSTETLER LLP
        Attorneys for CYRO Industries
        45 Rockefeller Plaza
        New York, NY  10111
        Telephone:  (212) 589-4200
        Facsimile:  (212) 589-4201


        By: /s/ Douglas E. Spelfogel
            Douglas E. Spelfogel (des 7097)
            Richard J. Bernard

N187467.1