Lawrence P. Gottesman (LG-7061)
Michelle K. McMahon (MM-8130)
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Tel (212) 541-2000
Fax (212) 541-4630
lawrence.gottesman@bryancave.com
michelle.mcmahon@bryancave.com

HEARING DATE: September 27, 2007
(to be adjourned)
HEARING TIME: 10:00 a.m.

Attorneys for United Telephone Company of Ohio

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: :  X | |
| DELPHI CORPORATION, et al., : | Chapter 11 |
| Debtors. : | Case No. 05-44481 (RDD) |
| : X | Jointly Administered |

I, Michelle McMahon, hereby certify, under penalty of perjury, that on September 20, 2007, I caused a copy of the Response of United Telephone Company of Ohio to Debtors' Twentieth Omnibus Objection to Claims to be served by First Class US Mail upon Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn. General Counsel) and by First Class US Mail upon the below listed parties.

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago Illinois 60606

Attention:  John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
    Joseph N. Wharton, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Attention:  Tracy Hope Davis, Esq.
    Alicia M. Leonhard, Esq.

*[signature]*
Michelle McMahon

**Dated:** New York, New York
September 20, 2007

C0554710213606/1446658.1