Exhibit A

# 9037

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 | Claim #09037 USBC SDNY Delphi Corporation, et al. 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): TT Electronics OPTEK Technology | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | **Received** **JUL 10 2006** **Kurtzman Carson** |
|---|---|---|
| Name and address where notices should be sent: David M. Schilli Robinson, Bradshaw & Hinson, P.A. 101 North Tryon Street, Suite 1900 Charlotte, NC 28246 Telephone number: 704-377-2536 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date) (date)

**2. Date debt was incurred:** Various (see attached)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $1,654,378.44**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none of only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $21,833.87
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☒ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(2). (See attached)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $1,654,378.44 $_____ $21,833.87 $1,676,212.31
(unsecured) (secured) (priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| 6/23/06 | [signature] V.P. CFO Optek Technology | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

David Bankus



Attachment to Proof of Claim of
TT Electronics OPTEK Technology
*In re Delphi Automotive Systems, LLC*
Case No. 05-44640

As set forth on the attached proof of claim and described in greater detail below, the claim of TT Electronics OPTEK Technology (the "Creditor") against Delphi Automotive Systems, LLC (the "Debtor") is comprised of the following components: (A) a reclamation claim having administrative expense priority status under 11 U.S.C. §§ 503 and 507(a)(2) in the amount of $21,833.87, and (B) a general unsecured claim in the amount of $1,654,378.44.

As of the filing of the voluntary petition on October 8, 2005 (the "Filing Date"), the Creditor was owed $1,733,444.19 (the "Pre-Petition Balance") for product manufactured for and delivered to the Debtor and for related charges. A summary statement of the invoices comprising the Pre-Petition Balance is attached hereto as **Exhibit A** and incorporated herein by reference.

*(A) The Reclamation Claim*

The Creditor delivered a written reclamation demand dated October 14, 2005, to the Debtor in the amount of $417,596.12 covering all goods sold and delivered to the Debtor by the Creditor within the periods described in § 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546. The invoices that were the subject of the Creditor's written reclamation demand are included within the Pre-Petition Balance. Pursuant to the Amended Final Order Pursuant To 11 U.S.C. §§ 362, 503 And 546 And Fed. R. Bankr. Pro. 9019 Establishing Procedures For Treatment Of Reclamation Claims entered by the Court on November 4, 2005 (the "Amended Reclamation Procedures Order"), the Debtor reconciled the Creditor's written reclamation demand (assigned Delphi Reclamation Nos. 369 and 376) and determined that, subject to the Reserved Defenses (as defined in the Amended Reclamation Procedures Order), the amount of $21,833.87 (the "Reconciled Reclamation Amount") was the maximum allowable amount of the Creditor's reclamation demand entitled to priority as an administrative expense. A copy of the Debtor's schedule showing those invoices comprising the Reconciled Reclamation Amount is attached hereto as **Exhibit B** and incorporated herein by reference. The Creditor accepted the Reconciled Reclamation Amount and, therefore, has an Allowed Reclamation Claim as defined in and pursuant to the Amended Reclamation Procedures Order that is entitled to administrative expense priority status under 11 U.S.C. §§ 503 and 507(a)(2) to the extent set forth in the Amended Reclamation Procedures Order.

*(B) General Unsecured Claim*

The Creditor's general pre-petition unsecured claim in the amount of $1,654,378.44 was calculated by starting with the Pre-Petition Balance and subtracting (i) the amount of the Allowed Reclamation Claim set forth in (A) above, and (ii) the amount actually received from the Debtor pursuant to the Supplier Agreement Assumption Procedures Order and the Assumption Agreement (as each is defined below), all as more particularly described below.

The Creditor and the Debtor are parties to a sole source supplier agreement that has been assumed by the Debtor pursuant to the Order Under 11 U.S.C. §§ 363(b) And 365(a) And Fed. R. Bankr. Pro. 9019 Approving Procedures To Assume Certain Amended And Restated Sole Source Supplier Agreements entered by the Court on December 12, 2005 (the "Supplier Agreement

Assumption Procedures Order"). The Creditor and the Debtor have entered into an Assumption Agreement as that term was defined in the Supplier Agreement Assumption Procedures Order. Following assumption of the sole source supplier agreement, the Debtor is to make certain payments to the Creditor pursuant to the Supplier Agreement Assumption Procedures Order and the Assumption Agreement. As of the date of this proof of claim, the Creditor has received the sum of $57,231.88 from the Debtor pursuant to the Supplier Agreement Assumption Procedures Order and the Assumption Agreement. The Creditor has credited the amount so received to the unsecured portion of the Pre-Petition Balance.

*Reservation of Rights*

The Creditor reserves the right to amend this proof of claim to (a) increase the amount of its general unsecured claim if the Allowed Reclamation Claim is not paid in full as an administrative priority claim, and (b) increase the amount of its general unsecured claim if the Creditor is required to repay to the Debtor any amount already paid to the Creditor under the Supplier Agreement Assumption Procedures Order and the Assumption Agreement. The Creditor files this proof of claim without prejudice to or waiver of any rights or remedies to which it may be entitled under the Bankruptcy Code, applicable law or any order of the Bankruptcy Court, including without limitation the Amended Reclamation Procedures Order and the Supplier Agreement Assumption Procedures Order.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Legal Entity: Delphi Automotive Systems, LLC

| Bill To | Invoiced Amount | Reclamation Delphi Agreed to Pay |
|---|---|---|
| Delphi Safety & Interiors | 173,278.25 | 21,833.87 |
| Delphi Energy & Chasis | 1,560,165.94 | |
| Total | 1,733,444.19 | 21,833.87 |

EXHIBIT A

Opco Name: TT Optek Technology

21-Jun-06
proof_of_claims

| Delphi | | | TT Electronics | | | Reclamation Claim | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PO Number | "Ship To" Location | "Bill To" Customer Name | Invoice Number | Invoice Date | Invoice Amount | Amount Filed with Reclaim | Amount Delphi Agreed To Pay |
| FDS82735 | Brownsville, Tx | Delphi Safety & Interiors | 335952 | 07/22/05 | 171.25 | | |
| FDS82882 | Brownsville, Tx | Delphi Safety & Interiors | 338102 | 08/31/05 | 12,258.90 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338116 | 09/01/05 | 1,980.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338166 | 09/02/05 | 1,982.00 # | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338322 | 09/06/05 | 1,982.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338386 | 09/07/05 | 990.00 | | |
| FDS82882 | Brownsville, Tx | Delphi Safety & Interiors | 338477 | 09/08/05 | 2,846.10 | | |
| FDS82882 | Brownsville, Tx | Delphi Safety & Interiors | 338478 | 09/08/05 | 2,120.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338437 | 09/08/05 | 1,982.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338546 | 09/09/05 | 4,653.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338517 | 09/09/05 | 1,982.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338635 | 09/12/05 | 5,170.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338596 | 09/12/05 | 990.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338699 | 09/13/05 | 6,204.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338675 | 09/13/05 | 992.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338767 | 09/14/05 | 4,136.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338747 | 09/14/05 | 2,864.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338837 | 09/15/05 | 3,102.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338843 | 09/15/05 | 3,102.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338798 | 09/15/05 | 2,972.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338964 | 09/19/05 | 10,857.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 338965 | 09/19/05 | 10,340.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 338928 | 09/19/05 | 990.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339050 | 09/20/05 | 10,857.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339020 | 09/20/05 | 990.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339137 | 09/21/05 | 10,857.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339086 | 09/21/05 | 1,828.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339208 | 09/22/05 | 12,408.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339175 | 09/22/05 | 990.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339264 | 09/23/05 | 10,340.00 | | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339234 | 09/23/05 | 1,982.00 | | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339374 | 09/26/05 | 6,204.00 | 6,204.00 | 6,204.00 |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339342 | 09/26/05 | 990.00 | 990.00 | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339438 | 09/27/05 | 1,982.00 | 1,982.00 | 770.96 |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339504 | 09/28/05 | 2,752.96 | 2,752.96 | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339550 | 09/29/05 | 990.00 | 990.00 | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339672 | 09/30/05 | 9,306.00 | 9,306.00 | 9,306.00 |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339642 | 09/30/05 | 1,982.00 | 1,982.00 | |
| 550078586 | Brownsville, Tx | Delphi Safety & Interiors | 339752 | 10/03/05 | 5,170.00 | 5,170.00 | 5,170.00 |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339734 | 10/03/05 | 990.00 | 990.00 | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339816 | 10/04/05 | 1,982.00 | 1,982.00 | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339873 | 10/05/05 | 1,982.00 | 1,982.00 | 382.91 |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339916 | 10/06/05 | 990.00 | 990.00 | |
| 550022209 | Columbus, Ohio | Delphi Safety & Interiors | 339998 | 10/07/05 | 3,039.04 | 3,039.04 | |

Opco Name:  TT Optek Technology

| Delphi | | | TT Electronics | | | Reclamation Claim | |
| PO Number | "Ship To" Location | "Bill To" Customer Name | Invoice Number | Invoice Date | Invoice Amount | Amount Filed with Reclaim | Amount Delphi Agreed To |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 336431 | 07/29/05 | 31,010.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 336744 | 08/05/05 | 119,610.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 337061 | 08/12/05 | 97,460.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 337147 | 08/15/05 | 53,160.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 337402 | 08/19/05 | 141,760.00 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 337509 | 08/22/05 | 22,848.00 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 337510 | 08/22/05 | 14,784.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 337511 | 08/22/05 | 6,864.00 | | |
| 550024766 | El Paso, Tx | Delphi Energy & Chasis | 337512 | 08/22/05 | 6,885.34 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 337894 | 08/26/05 | 150,620.00 | | |
| 550037170 | El Paso, Tx | Delphi Energy & Chasis | 337895 | 08/26/05 | 490.36 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 338213 | 09/02/05 | 141,760.00 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 338348 | 09/06/05 | 22,848.00 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 338349 | 09/06/05 | 14,784.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 338350 | 09/06/05 | 6,864.00 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 338409 | 09/07/05 | 11,424.00 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 338410 | 09/07/05 | 9,856.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 338411 | 09/07/05 | 2,288.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 338547 | 09/09/05 | 97,460.00 | | |
| 550024766 | El Paso, Tx | Delphi Energy & Chasis | 338548 | 09/09/05 | 3,645.18 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 338636 | 09/12/05 | 22,848.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 338637 | 09/12/05 | 6,864.00 | | |
| 550024766 | El Paso, Tx | Delphi Energy & Chasis | 338638 | 09/12/05 | 3,645.18 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 338700 | 09/13/05 | 14,784.00 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 338768 | 09/14/05 | 5,712.00 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 338769 | 09/14/05 | 4,928.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 338770 | 09/14/05 | 2,288.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 338838 | 09/15/05 | 97,460.00 | | |
| 550037170 | El Paso, Tx | Delphi Energy & Chasis | 338966 | 09/19/05 | 920.92 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 338967 | 09/19/05 | 22,848.00 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 338968 | 09/19/05 | 14,784.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 338969 | 09/19/05 | 6,864.00 | | |
| 550024766 | El Paso, Tx | Delphi Energy & Chasis | 338970 | 09/19/05 | 4,777.78 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 339138 | 09/21/05 | 4,928.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 339139 | 09/21/05 | 2,288.00 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 339209 | 09/22/05 | 11,424.00 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 339265 | 09/23/05 | 97,460.00 | | |
| 550037170 | El Paso, Tx | Delphi Energy & Chasis | 339375 | 09/26/05 | 460.46 | | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 339376 | 09/26/05 | 17,136.00 | | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 339377 | 09/26/05 | 9,856.00 | | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 339378 | 09/26/05 | 6,864.00 | | |
| 550024766 | El Paso, Tx | Delphi Energy & Chasis | 339379 | 09/26/05 | 4,050.20 | | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 339673 | 09/30/05 | 97,460.00 | 97,460.00 | |
| 550037170 | El Paso, Tx | Delphi Energy & Chasis | 339753 | 10/03/05 | 920.92 | 920.92 | |
| 550055744 | El Paso, Tx | Delphi Energy & Chasis | 339754 | 10/03/05 | 1,424.00 | 1,424.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 339755 | 10/03/05 | 22,848.00 | 22,848.00 | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 339756 | 10/03/05 | 14,784.00 | 14,784.00 | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 339757 | 10/03/05 | 6,864.00 | 6,864.00 | |
| 550024766 | El Paso, Tx | Delphi Energy & Chasis | 339758 | 10/03/05 | 4,050.20 | 4,050.20 | |
| 550023960 | El Paso, Tx | Delphi Energy & Chasis | 339881 | 10/05/05 | 5,712.00 | 5,712.00 | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 339882 | 10/05/05 | 4,928.00 | 4,928.00 | |
| 550023964 | El Paso, Tx | Delphi Energy & Chasis | 339883 | 10/05/05 | 2,288.00 | 2,288.00 | |
| 550069302 | El Paso, Tx | Delphi Energy & Chasis | 340046 | 10/07/05 | 97,460.00 | 97,460.00 | |
| 550023949 | El Paso, Tx | Delphi Energy & Chasis | 5009155 | 06/10/04 | -18,184.60 | | |

# Claim 369

## TT Electronics Optek Technology

| # | Claim Reference | Vendor Name (as displayed on Claim) | Delphi Division | Claim Post Marked Date | PO Number | Invoice Number | Shipment ID | Invoice Date | Material Number | Invoice Qty | Invoice Extended Amount | Is the claim an original or Duplicate | Vendor Claim Contains proper Documentation | Is the Claim within the allowed Date Range | Was the receipt Post-Petition | Valid Inventory (units) | Valid Inventory ($) | Has it been paid | Valid Claim ($) | Status of the Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500044563 | 337487 | 299166 | 8/22/05 | 18855861 | 4,800 | $23,328.00 | Original | No | No | | 0 | $ - | $ | $ - | Does not pass all tests |
| 2 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339842 | 271828 | 8/26/05 | 16644655 | 200 | $950.00 | Original | Yes | No | | 0 | $ - | $ | $ - | Does not pass all tests |
| 3 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500078688 | 339874 | 271828 | 8/26/05 | 16644629 | 1,200 | $6,204.00 | Original | Yes | Yes | No | 1,200 | $6,204.00 | No | $6,204.00 | Valid Claim |
| 4 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339438 | 271706 | 8/27/05 | 16641665 | 200 | $950.00 | Original | Yes | Yes | | 0 | $ - | $ | $ - | Does not pass all tests |
| 5 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500044563 | 339438 | 271706 | 8/27/05 | 16844655 | 4,800 | $23,328.00 | Original | Yes | No | | 0 | $ - | $ | $ - | Does not pass all tests |
| 6 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500044553 | 339483 | 271745 | 8/28/05 | 16835861 | 200 | $992.00 | Original | No | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 7 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339504 | 271766 | 8/28/05 | 16841665 | 200 | $ | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 8 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339504 | 271766 | 8/28/05 | 16844655 | 200 | $990.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 9 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339504 | 271766 | 8/28/05 | 16837660 | 184 | $770.88 | Original | Yes | Yes | | 184 | $770.96 | No | $770.96 | Valid Claim |
| 10 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | V-10-607-0215 | 339546 | 271463 | 9/29/05 | 52402711 | 13,000 | $73,840.00 | Original | No | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 11 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339550 | 271871 | 9/29/05 | 16844655 | 200 | $990.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 12 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339642 | 271830 | 9/30/05 | 16641665 | 200 | $992.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 13 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339642 | 271830 | 9/30/05 | 16644655 | 200 | $990.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 14 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500078585 | 339672 | 271927 | 9/30/05 | 16444829 | 1,600 | $8,272.00 | Original | Yes | Yes | | 1,600 | $8,272.00 | No | $8,272.00 | Valid Claim |
| 15 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500078586 | 339672 | 271927 | 9/30/05 | 16444829 | 200 | $1,034.00 | Original | Yes | Yes | | 200 | $1,034.00 | No | $1,034.00 | Valid Claim |
| 16 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500093402 | 339673 | 271895 | 9/30/05 | 10490984 | 22,000 | $97,460.00 | Original | Yes | No | Yes | 0 | $ - | $ | $ - | Does not pass all tests |
| 17 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339734 | 306868 | 10/3/05 | 16644629 | 400 | $2,068.00 | Original | Yes | Yes | | 400 | $2,068.00 | No | $2,068.00 | Valid Claim |
| 18 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500078586 | 339752 | 306836 | 10/3/05 | 16444629 | 400 | $2,068.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 19 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500078586 | 339752 | 306836 | 10/3/05 | 16444629 | 200 | $1,034.00 | Original | Yes | Yes | | 200 | $1,034.00 | No | $1,034.00 | Valid Claim |
| 20 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500037170 | 339753 | 306807 | 10/3/05 | 25367807 | 154 | $920.92 | Original | Yes | Yes | | 154 | | | | |
| 21 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500057744 | 339754 | 306807 | 10/3/05 | 25371910 | 400 | $1,424.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 22 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500023860 | 339755 | 306808 | 10/3/05 | 10459161 | 4,800 | $22,848.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 23 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500023949 | 339756 | 306809 | 10/3/05 | 10459148 | 4,800 | $4,928.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 24 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500023964 | 339683 | 307007 | 10/5/05 | 10456185 | 1,800 | $2,268.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 25 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500024766 | 339757 | 308811 | 10/3/05 | 10456195 | 4,800 | $14,784.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 26 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500022209 | 339758 | 308812 | 10/3/05 | 25364471 | 770 | $4,060.20 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 27 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339816 | 306952 | 10/4/05 | 16644655 | 200 | $990.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 28 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339818 | 306952 | 10/4/05 | 16641665 | 200 | $892.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 29 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339873 | 307026 | 10/5/05 | 16641665 | 200 | $990.00 | Original | Yes | Yes | | 0 | $ - | $ | $ - | Does not pass all tests |
| 30 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339873 | 307025 | 10/5/05 | 16644655 | 200 | $990.00 | Original | Yes | Yes | | 0 | $ - | $ | $ - | Does not pass all tests |
| 31 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339881 | 307005 | 10/5/05 | 16841585 | 1,200 | $5,712.00 | Original | Yes | Yes | | 77 | $382.91 | | $382.91 | Valid Claim |
| 32 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500023960 | 339882 | 306148 | 10/5/05 | 10459161 | 1,200 | $4,928.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 33 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500023964 | 339883 | 307007 | 10/5/05 | 10456185 | 1,800 | $2,268.00 | Original | Yes | | | 0 | $ - | $ | $ - | Does not pass all tests |
| 34 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339915 | 307091 | 10/5/05 | 16644655 | 200 | $990.00 | Original | Yes | Yes | | 0 | $ - | $ | $ - | Does not pass all tests |
| 35 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339918 | 307187 | 10/7/05 | 16641585 | 200 | $992.00 | Original | Yes | No | | 0 | $ - | $ | $ - | Does not pass all tests |
| 36 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339958 | 307187 | 10/7/05 | 16641655 | 200 | $890.00 | Original | Yes | No | Yes | 0 | $ - | $ | $ - | Does not pass all tests |
| 37 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339958 | 307187 | 10/7/05 | 16644655 | 200 | $890.00 | Original | Yes | No | Yes | 0 | $ - | $ | $ - | Does not pass all tests |
| 38 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339958 | 307187 | 10/7/05 | 16637660 | 16 | $67.04 | Original | Yes | No | Yes | 0 | $ - | $ | $ - | Does not pass all tests |
| 39 | 369 | TT Electronics Optek Technology | T&I | 10/13/05 | 5500022209 | 339998 | 307187 | 10/7/05 | 16644655 | 200 | $990.00 | Original | Yes | No | Yes | 0 | $ - | $ | $ - | Does not pass all tests |
| 40 | 369 | TT Electronics Optek Technology | E&C | 10/13/05 | 5500083302 | 340046 | 307169 | 10/7/05 | 10409964 | 22,000 | $97,460.00 | Original | Yes | No | Yes | 0 | $ - | $ | $ - | Does not pass all tests |
| 41 | | TT Electronics Optek Technology Totals | | | | | | | | 22,000 | $417,595.12 | | | | | | $21,833.87 | | $21,833.87 | Line is 39 |

**EXHIBIT B**