| Document Number | Date | Amount | Resolution |
|---|---|---|---|
| 519093 | 8/12/2004 | 3,469.53 | Invalid Purchase Order |
| 519096 | 8/16/2004 | 3,312.48 | Invalid Purchase Order |
| 519136 | 8/26/2004 | 1,054.54 | Invalid Purchase Order |
| 519150 | 9/8/2004 | 4,369.80 | Invalid Purchase Order |
| 519162 | 9/17/2004 | 28.41 | Invalid Purchase Order |
| 519235 | 10/11/2004 | 69.44 | Invalid Purchase Order |
| 519659 | 3/31/2005 | 450.00 | Invalid Purchase Order |
| 519500 | 10/6/2005 | 2,820.72 | Invalid Purchase Order |
| 519667 | 4/1/2005 | 900.00 | Paid 5/13/05; Pymnt # 5012611 |
| 519936 | 6/21/2005 | 2,700.00 | Paid 8/2/05; Pymnt # 5013344 |
| 520220 | 8/22/2005 | 1,250.00 | Paid 12/2/05; Pymnt # 5014545 |
| 519057 | 7/28/2004 | 1,802.62 | Purchase Order does not support Invoice Price |
| 519103 | 8/25/2004 | 60.34 | No Purchase Order |

**Grand Total Adjustment**    **22,287.88**