# EXHIBIT A

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern   DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Energy Conversion Systems

Name and address where notices should be sent:

Energy Conversion Systems Holdings, LLC
5520 Dillard Drive, Suite 260
Cary, NC 27518
Telephone number: 919-647-9803

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

See attached

Check here ☐ replaces ☐ amends
if this claim         a previously filed claim, dated:_____

**1. Basis for Claim**
- ☑ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #:
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** Open Invoices from 1/28/2003 to 11/6/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,036,543.35 — 387,589.82 1,424,133.17
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 1,036,543.35

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 387,589.82

Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 2 ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 7/20/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Lyle Lohmeyer CFO | A |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : | Case Nos. 05-44640 (RDD) |
|  | : | (Jointly Administered) |
| DELPHI AUTOMOTIVE | : |  |
| SYSTEMS LLC | : |  : |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

---

## ATTACHMENT TO PROOF OF CLAIM

---

1.      Claimant expressly reserves all of its rights to file an amended proof of claim (and requests for payment of administrative expenses), if and when necessary, for additional, contingent, and or other claims that Claimant may assert against the Debtor.

2.      The filing of this Claim is not, nor shall deemed to be, a waiver or release of any of Claimant's rights against any person, entity, property, or a waiver of Claimant's right to seek a jury trial with respect to this Claim.

3.      Nothing contained herein shall prejudice or limit the rights of the Claimant from filing any proceeding or taking any action concerning its Claim.

Dated: July 27, 2006

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

| | | |
|---|---|---|
| Unsecured Claims | $ | 1,036,543.35 |
| Reclamation (Priority) Claims | | 387,589.82 |
| Total filed, this package | $ | 1,424,133.17 |

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### ADDENDUM

Account or number by which creditor identifies debtor:

Mississippi
Duns No. 179851969
Duns No. 104016670

Texas
Duns No. 588211875, Acct No. DEL002
Duns No. 167196430, Acct No. DEL002

Pennsylvania
Duns No. 927645671, Customer No. 20392

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

Unsecured Claims:

| | |
|---|---:|
| Mississippi | 183,835.39 |
| Duns No. 179851969 | |
| Duns No. 104016670 | |
| | |
| Texas | 530,477.40 |
| Duns No. 588211875, Acct No. DEL002 | |
| Duns No. 167196430, Acct No. DEL002 | |
| | |
| Pennsylvania | 322,230.56 |
| Duns No. 927645671, Customer No. 20392 | |
| | |
| Total filed, this package | $ 1,036,543.35 |

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

Reclamation (Priority) Claims:

| | |
|---|---:|
| Mississippi<br>    Duns No. 179851969<br>    Duns No. 104016670 | 238,360.80 |
| Texas<br>    Duns No. 588211875, Acct No. DEL002<br>    Duns No. 167196430, Acct No. DEL002 | 130,483.18 |
| Pennsylvania<br>    Duns No. 927645671, Customer No. 20392 | 18,745.84 |
| Total filed, this package | $   387,589.82 |

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

Reclamation (Priority) Claims:

Texas                                                    $       130,483.18
   Duns No. 588211875, Acct No. DEL002
   Duns No. 167196430, Acct No. DEL002

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**PRIORITY CLAIM**
**(ISSUED AFTER SEPTEMBER 28, 2005)**

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| El Paso | Delphi Auto Systems - North America | 007250 | 9/28/05 | 10/28/05 | 7,650.00 | | 7,650.00 | TX121704001042 | 550014659 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007249 | 9/28/05 | 10/28/05 | 4,474.37 | | 4,474.37 | TX041305002006 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007248 | 9/28/05 | 10/28/05 | 1,235.11 | | 1,235.11 | TX040500020080 | 550074594 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007247 | 9/28/05 | 10/28/05 | 333.50 | | 333.50 | TX040400100059 | 550074594 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007273 | 9/29/05 | 10/29/05 | 6,639.25 | | 6,639.25 | TX120204002103 | 550074059 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007272 | 9/29/05 | 10/29/05 | 3,998.40 | | 3,998.40 | TX040500200080 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007271 | 9/29/05 | 10/29/05 | 3,978.24 | | 3,978.24 | TX040500100045 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007270 | 9/29/05 | 10/29/05 | 2,573.15 | | 2,573.15 | TX040400200081 | 550074854 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007269 | 9/29/05 | 10/29/05 | 2,650.00 | | 2,650.00 | TX121704009020 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007306 | 9/30/05 | 10/30/05 | 400.68 | | 400.68 | TX040400500060 | 550074594 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007305 | 9/30/05 | 10/30/05 | 9,996.00 | | 9,996.00 | TX042905001060 | 550076238 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007304 | 9/30/05 | 10/30/05 | 9,945.60 | | 9,945.60 | TX041305001046 | 550076692 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007302 | 9/30/05 | 10/30/05 | 8,946.74 | | 8,946.74 | TX041305002087 | 550074594 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007307 | 9/30/05 | 10/30/05 | 5,043.37 | | 5,043.37 | TX040405020022 | 550074594 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007308 | 9/30/05 | 10/30/05 | 3,998.40 | | 3,998.40 | TX040500200082 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007303 | 9/30/05 | 10/30/05 | 3,240.00 | | 3,240.00 | TX121704007023 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007301 | 9/30/05 | 10/30/05 | 2,128.00 | | 2,128.00 | TX121704070016 | 550014856 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007339 | 10/3/05 | 11/2/05 | 801.38 | | 801.38 | TX040405010016 | 550075892 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007338 | 10/3/05 | 11/2/05 | 1,614.00 | | 1,614.00 | TX040405040035 | 550076241 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007337 | 10/3/05 | 11/2/05 | 1,648.00 | | 1,648.00 | TX122304003040 | 550076238 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007336 | 10/3/05 | 11/2/05 | 1,380.00 | | 1,380.00 | TX122304002030 | 550076866 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007335 | 10/3/05 | 11/2/05 | 920.00 | | 920.00 | TX040405020030 | 550075834 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007334 | 10/3/05 | 11/2/05 | 447.94 | | 447.94 | TX040405010005 | 550075892 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007357 | 10/4/05 | 11/3/05 | 115.00 | | 115.00 | TX040605010017 | 550075938 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007356 | 10/4/05 | 11/3/05 | 8,946.74 | | 8,946.74 | TX030105010003 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007358 | 10/4/05 | 11/3/05 | 2,470.22 | | 2,470.22 | TX040305020008 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007359 | 10/4/05 | 11/3/05 | 2,350.08 | | 2,350.08 | TX050505060028 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007361 | 10/4/05 | 11/3/05 | 2,350.08 | | 2,350.08 | TX050505000029 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007360 | 10/4/05 | 11/3/05 | 1,900.00 | | 1,900.00 | TX121704003006 | 550014653 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007380 | 10/5/05 | 11/4/05 | 1,288.82 | | 1,288.82 | TX040405010002 | 550075892 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007380 | 10/5/05 | 11/4/05 | 380.00 | | 380.00 | TX040405000100 | 550074594 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007380 | 10/5/05 | 11/4/05 | 3,240.00 | | 3,240.00 | TX100405000000 | 550079968 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007380 | 10/5/05 | 11/4/05 | 230.00 | | 230.00 | TX030105010004 | 550079968 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007394 | 10/6/05 | 11/5/05 | 7,998.80 | | 7,998.80 | TX030105010004 | 550079845 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007393 | 10/6/05 | 11/5/05 | 4,474.37 | | 4,474.37 | TX040305020089 | 550007838 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007392 | 10/6/05 | 11/5/05 | 2,676.08 | | 2,676.08 | TX040405020064 | 550074594 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007415 | 10/7/05 | 11/6/05 | 801.36 | | 801.36 | TX040405020083 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007416 | 10/7/05 | 11/6/05 | 3,998.40 | | 3,998.40 | TX040405020084 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007414 | 10/7/05 | 11/6/05 | 1,700.00 | | 1,700.00 | TX100405005001 | 550074374 | enclosed | |
| El Paso | Delphi Auto Systems - North America | 007413 | 10/7/05 | 11/6/05 | 1,338.04 | | 1,338.04 | TX040405020020 | 550074594 | enclosed | enclosed |
| El Paso | Delphi Auto Systems - North America | 007412 | 10/7/05 | 11/6/05 | 400.68 | | 400.68 | TX040405020064 | 550074594 | enclosed | |

Total Priority A/R - El Paso, TX

130,483.18

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007250 |
| INVOICE DATE: | 09/28/2005 |

# I N V O I C E

CUSTOMER NO:  DEL002                              YOUR ORDER NO: 0550014659

CUSTOMER PH:  (915) 783-7470                      OUR ORDER NO: TX-121704-006-0019

BILL TO:                                          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS            DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18                    DELPHI E PLANT 20
2900 SCATTERFIELD ROAD              2620 EAST 38TH  ST
ANDERSON          IN                ANDERSON          IN
46013         USA                   46013        USA

TERMS:   CASH #1:          DISC:
         CASH #2:          DISC:                  SHIPPED:  09/28/2005
   NET DUE DATE: 102805                      SHIPPED VIA:  UPS # Y8500R

                                                 F.O.B.:  OUR DOCK
   YOUR CUSTOMER REP IS:  LR              SHIPMENT NO:  008047      REF:
                                              PRO NO:  1Z V80 4A8 03 4299

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 1800 | 1800 | 0 | 10496792 | | |
| | | | MAGNETIC ASSY 8 POLE ROTOR | 4.25 | 7,650.00 |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
FedWire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| SALES TOTAL: | 7,650.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 7,650.00 |

# BILL OF LADING

Date:  09/28/2005

Page 1 of 1

## SHIP FROM

**KANE** magnetics
INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  8047

FOB: ☐

Bill of Lading Number:  008047

(402)  008047

CARRIER NAME: UPS # Y8500R

Trailer number:

Seal number(s):

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS    Location#:

Address:  DELPHI E PLANT 20
2620 EAST 38TH ST

City/State/Zip: ANDERSON    IN    46013

CID#:    FOB: ☐

SCAC:

Pro number: 1Z V80 4A8 03 4299 6115

(9012K) 1Z V80 4A8 03 4299 6115

## THIRD PARTY FREIGHT CHARGES BILL

Name:

Address:

City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0550014659 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 9 | BOX | 243 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 9 | | 243 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount:  $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

| SHIPPER SIGNATURE / DATE | TRAILER LOADED: | FREIGHT COUNTED: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are property classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt v7.20.06

05-44481-rdd    Doc 9454-1    Filed 09/20/07    Entered 09/20/07 13:19:46    Exhibit
Proof of Claim    Pg 12 of 506
UPS Package Tracking

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni



Shipping | **Tracking** | Support | Business Solutions

🔒 Welcome, zarah gracla  |  Logout

My UPS

## Tracking

→ Track by Tracking Number
  > Track by E-mail
  > Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
    Number
→ Track by Freight Shipment
    Reference
→ Track with Quantum View
→ Sign Up for Signature
    Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z V80 4A8 03 4299 611 5 | **Delivered** | Delivered on: | 10/04/2005 9:51 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/30/2006 9:53 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking Informatic
🗒 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007249 |
| INVOICE DATE: | 09/28/2005 |

## INVOICE

CUSTOMER NO: DEL002                                    YOUR ORDER NO: 550074374
CUSTOMER PH: (915) 783-7470                            OUR ORDER NO: TX-041305-002-0066
BILL TO:                                               SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS                DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                        2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD                   PLANT 2,  DOCK 100
ANDERSON        IN                       FLINT              MI
46013           USA                      48556        USA

TERMS:   CASH #1:          DISC:
         CASH #2:          DISC:                SHIPPED:     09/28/2005
     NET DUE DATE: 102805                   SHIPPED VIA:  MENLO

                                              F.O.B.:    OUR DOCK
     YOUR CUSTOMER REP IS:  FPA            SHIPMENT NO:  008058       REF:
                                              PRO NO:   799-341045-3 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 4608 | 4608 | 0 | 25354871 | .971 | 4,474.37 |
| | DELPHI CHIH ROTOR | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bak USA
One HSBC Center
14th Floor Wholesale Lockbox.
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA, NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA#: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA#: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 4,474.37 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 4,474.37 |

# BILL OF LADING

Date:   09/28/2005

Page 1 of 1

| SHIP FROM | |
|---|---|

**KANE** magnetics

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8058

FOB:

Bill of Lading Number:   008058

(402)  008058

| SHIP TO | |
|---|---|

Name: DELPHI ENERGY AND CHASSIS        Location#:
Address:  2926 DAVIDSON RD.
         PLANT 2,  DOCK 100
City/State/Zip: FLINT        MI    48556
CID#:                              FOB: ☐

CARRIER NAME: MENLO

Trailer number:
Seal number(s):

**SCAC:**
Pro number:  799-341045-3 CENTRAL TRANSPC

(9012K) 799-341045-3 CENTRAL TRA.

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)      Bills of Lading

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | TRA | 1536 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 2 | | 48 | | 1536 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount:  $**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

sbol003f mt v7.20.06

**CF CENTRAL TRANSPORT**

**Central Transport Delivery Receipt**

Pro Number
**799-341045-3**

Ship Date
**09/28/05**

| Pieces | Weight |
|--------|--------|
| 2 | 1536 |

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC: **CTII**

Consignee:
DELPHI E&C 31006
2925 DAVISON RD
FLINT, MI 48550

Shipper:
KANE MAGNETICS
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**
Delivery Trailer: 54-0166
Shipper COD Amount
0.0000

---

**BILL OF LADING**

Date: 09/28/2005

**KANE** Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

Bill of Lading Number: 008058

SCAC:
Pro number: 799-341045-3 CENTRAL TRNSPC

Name: DELPHI ENERGY AND CHASSIS
Address: 2925 DAVISON RD.
City/State/Zip: FLINT, MI 48556

Freight Charge Terms:
Prepaid   Collect **X**   3rd Party

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP |
|---|---|---|---|
| S50074374 | 0 | 0 | Y N |

ADDITIONAL SHIPPER INFO
**799-341045-3**

GRAND TOTALS

**COMMODITY DESCRIPTION**

48   EA   1536   CLASS 50 MAGNETS, MOUND BASED (12) IN BARREL BOX   950.30

COD Amount: $

---

**Stamp / Sign Here**

Firm _____

By  Donna Fisher
Shipment received in good order

Pieces Received _____

Driver _____   Date 10-4-05

Arrive Time _____   Depart Time _____

---

**Pro Number**   **799-341045-3**

**Additional Delivery Services Requested**

- [ ] Inside Delivery   $70.00
- [ ] Residential Delivery $50.00
- [ ] Sort - Segregate $90.00
- [ ] Liftgate   $90.00
- [ ] Driver Delay   $75.00
- [ ] Redelivery   $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container _____   Desc. _____
Part # _____   Skids _____
Qty. of Pcs Affected _____   Date _____   Log# _____

All claims for loss or damage must be reported immediately, by ruling of the Insurance Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1061(200).

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007248 |
| INVOICE DATE: | 09/28/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                              YOUR ORDER NO: 550074594

CUSTOMER PH: (915) 783-7470                      OUR ORDER NO: TX-040405-002-0060

BILL TO:                                         SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18                  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD             2900 SCATTERFIELD ROAD
ANDERSON           IN              CHIHUAHUA          MEXICO
46013          USA                 46013          MEXICO

TERMS:   CASH #1:        DISC:              SHIPPED:   09/28/2005
         CASH #2:        DISC:          SHIPPED VIA:   RYDER PICK UP

    NET DUE DATE: 102805                    F.O.B.:   OUR DOCK
                                        SHIPMENT NO:   008045      REF:
    YOUR CUSTOMER REP IS:  FPA               PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 1272 | 1272 | 0 | 25354871. | .971 | 1,235.11 |
| | DELPHI ROTOR IN BOX | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire:  21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:  MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,235.11 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,235.11 |

Date: 09/28/2005

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|

 **KANE** magnetics

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8045           FOB: ☐

**Bill of Lading Number:** 008045

(402) 008045

| SHIP TO | |
|---|---|

Name: DELPHI ENERGY PLANT 58          Location#:
Address: DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA          MEXI 46013
CID#:          FOB: ☐

**CARRIER NAME:** RYDER PICK UP
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 12 | BOX | 324 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 12 | | 324 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

**COD Amount:** $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

bbol003f.rpt v7 20 05

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007247 |
| INVOICE DATE: | 09/28/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                          YOUR ORDER NO: 550074594
CUSTOMER PH: (915) 783-7470                  OUR ORDER NO: TX-040405-001-0059
BILL TO:                                     SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18                  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD             2900 SCATTERFIELD ROAD
ANDERSON          IN.              CHIHUAHUA        MEXICO
46013             USA              46013            MEXICO

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:              SHIPPED:    09/28/2005
                                        SHIPPED VIA:   RYDER PICK UP
   NET DUE DATE: 102805
                                           F.O.B.:    OUR DOCK
   YOUR CUSTOMER REP IS:  FPA          SHIPMENT NO:   008044     REF:
                                           PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 530 | 530 | 0 | 25117298. | 0.63 | 333.90 |
| | | | DELPHI ROTOR IN BOX | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#:  21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:  MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 333.90 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 333.90 |
| US DOLLARS | |

# BILL OF LADING

Date:  09/28/2005

Page 1 of 1

**Bill of Lading Number:** _008044_

### SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   6044                    FOB: ☐

(402) 008044

### SHIP TO

Name: DELPHI ENERGY  PLANT 58          Location#:
Address:  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA          MEXI 46013
CID#:                                        FOB: ☐

**CARRIER NAME:** RYDER PICK UP
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

### THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 5 | BOX | 135 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 5 | | 135 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount:  $**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt x7 20 05

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007273 |
| INVOICE DATE: | 09/29/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                    YOUR ORDER NO: 550074959
CUSTOMER PH: (915) 783-7470            OUR ORDER NO: TX-120204-002-0103
BILL TO:                               SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                  2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD             PLANT 2,   DOCK 100
ANDERSON          IN               FLINT              MI
46013         USA                  48556         USA

| | | | |
|---|---|---|---|
| TERMS:   CASH #1:        DISC: | | SHIPPED: | 09/29/2005 |
|          CASH #2:        DISC: | | SHIPPED VIA: | MENLO |
| NET DUE DATE: 102905 | | F.O.B.: | OUR DOCK |
| | | SHIPMENT NO: | 008066    REF: |
| YOUR CUSTOMER REP IS:   ASY | | PRO NO: | 799-341046-1 CENTRA |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 9234 | 9234 | 0 | 25162350 | .719 | 6,639.25 |
| | FLUX CARRIER ASSEMBLY | | 665840 | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 11240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 6,639.25 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 6,639.25 |
| US DOLLARS | |

# BILL OF LADING

Date: 09/29/2005

Page 1 of 1



**SHIP FROM**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8066   FOB: ☐

**Bill of Lading Number:** 008066

(402) 008066

**SHIP TO**

Name: DELPHI ENERGY AND CHASSIS   Location#:
Address: 2926 DAVIDSON RD.
   PLANT 2,   DOCK 100
City/State/Zip: FLINT   MI   48556
CID#:   FOB: ☐

**CARRIER NAME:** MENLO
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-341046-1 CENTRAL TRANSPC

(9012K) 799-341046-1 CENTRAL TRA

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074959 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 81 | BOX | 2187 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 81 | | 2187 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount:** $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
• Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

sho1003f.rpt v7.20.06

# Central Transport Delivery Receipt

**CT**
**CENTRAL TRANSPORT**
Pro Number
**799-341046-1**

| Ship Date | 09/29/05 | |
|---|---|---|
| Pieces | Weight | |
| 1 | 2187 | |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

**Freight Terms**
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48556

Shipper:
KANE MAGNETICS
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**
Delivery Trailer: 53-4026
Shipper COD Amount
0.0000

PM 4 44

---

799  2989326

## BILL OF LADING

Page 1 of 1

Date: 09/29/2005

**SHIP FROM**
KANE magnetics
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8066    FOB:

Bill of Lading Number: 008066

(402) 008066

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS    Location:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT    MI  48556
CID#:    FOB:

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-341046-1 CENTRAL TRANSPC

(8012X) 799-341046-1 CENTRAL TRA

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐    Collect ☒    3rd Party ☐
(check box)    Master Bill of Lading with attached underlying Bills of Lading ☐

Special Instructions:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074955 | 0 | 0 | Y | N | 799-341046-1 |
| | | | Y | N | |
| | | | Y | N | B/L |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 81 | BOX | 2187 | | CLASS 50 MAGNETS, NOT, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | 81 | | 2187 | | **GRAND TOTALS** | | |

COD Amount: $
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

---

**SHIPPER SIGNATURE / DATE**

**CARRIER SIGNATURE / PICKUP DATE**

---

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment can be made on this bill as permitted by 49 CFR 1051(2)(E).

---

## Stamp & Sign Here

Firm _____

By Donna Fisher

Shipment received in good order

Pieces Received _____

Driver _____    Date 10.5

Arrive Time _____    Depart Time _____

2005 OCT

---

## Pro Number    **799-341046-1**

### Additional Delivery Services Requested

☐ Inside Delivery    $70.00    ☐ Sort - Segregate $90.00    ☐ Driver Delay    $75.00
☐ Residential Delivery $50.00    ☐ Liftgate    $90.00    ☐ Redelivery    $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____    Log# _____

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007272 |
| INVOICE DATE: | 09/29/2005 |

## I N V O I C E

CUSTOMER NO. DEL002                    YOUR ORDER NO: 550074374

CUSTOMER PH: (915) 783-7470            OUR ORDER NO: TX-042905-002-0080

BILL TO:                               SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS              DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                      2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD                 PLANT 2,  DOCK 100
ANDERSON          IN                   FLINT           MI
46013          USA                     48556          USA

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:                  SHIPPED:  09/29/2005
                                            SHIPPED VIA: MENLO
    NET DUE DATE: 102905
                                              F.O.B.:  OUR DOCK
                                          SHIPMENT NO: 008067      REF:
    YOUR CUSTOMER REP IS:   FPA               PRO NO:  799-341047-9 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 3360 | 3360 | 0 | 25351085 | 1.19 | 3,998.40 |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 3,998.40 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 3,998.40 |

# BILL OF LADING

Date:    09/29/2005

Page 1 of 1

| SHIP FROM | Bill of Lading Number: ___008067___ |

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:    8067    FOB: □

(402) 008067

## SHIP TO

Name: DELPHI ENERGY AND CHASSIS    Location#:
Address:    2926 DAVIDSON RD.
PLANT 2,    DOCK 100
City/State/Zip: FLINT    MI    48556
CID#:    FOB: □

**CARRIER NAME:** MENLO
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-341047-9 CENTRAL TRANSPC

(9012K) 799-341047-9 CENTRAL TRA

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _____    3rd Party _____

Special Instructions:

□    Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 48 | TRA | 1536 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 48 | | 1536 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount: $**

Fee Terms:    Collect: □    Prepaid: □
Customer check acceptable: □

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
□ By Shipper
□ By Driver

**Freight Counted:**
□ By Shipper
□ By Driver/pallets said to contain
□ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

bhol003f.rpt v7.20.06

**CT**

**CENTRAL TRANSPORT** INTERNATIONAL

Pro Number

**799-341047-9**

## Central Transport Delivery Receipt

Ship Date
09/29/05

| Pieces | Weight |
|--------|--------|
| 1 | 1536 |

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms

**Freight Charges Are Collect**

SCAC:    CTII

Consignee:

DELPHI E&C 31005
2926 DAVISON RD
FLINT, MI 48550

Shipper:

KANE MAGNETICS
P.O. BOX 581
EL PASO, TX 79944

### Special Instructions

Delivery Trailer: 53-4026

Shipper COD Amount
0.0000

---

Date: 09/29/2005          **BILL OF LADING**          Page 1 of 1

**KANE** magnetics INTERNATIONAL

**SHIP FROM**
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:    8067          FOB: ☐

Bill of Lading Number:    008067

(402) 008067

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS          Location#:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT          MI    48556
CID#:          FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-341047-9 CENTRAL TRANSPO

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:
Special Instructions:

(9012K) 799-341047-9 CENTRAL TRA

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid ___    Collect X    3rd Party ___
(check box)    ☐ Master Bill of Lading with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | **799-341047-9** |
| | | | Y | N | |
| | | | Y | N | B/L: |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 48 | TRA | 1536 | | CLASS 80 MAGNETS, MOUNT MAGNETIZED IN BARREL BOX | 95830 | |
| 1 | | 48 | | 1536 | | **GRAND TOTALS** | | |

COD Amount:  $
Fee Terms:    Collect ☐    Prepaid: ☐
Customer check acceptable: ☐

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

---

### Stamp / Sign Here

Firm

By _____
Shipment received in good order

Pieces Received _____

Driver _____ Date 10-3

2005 OCT

Arrive Time          Depart Time

---

Pro Number          **799-341047-9**

**Additional Delivery Services Requested**

☐ Inside Delivery    **$70.00**    ☐ Sort - Segregate **$90.00**    ☐ Driver Delay    **$75.00**
☐ Residential Delivery **$50.00**    ☐ Liftgate    **$90.00**    ☐ Redelivery    **$50.00**

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container          Desc.
Part #          Skids
Qty. of Pcs Affected          Date _____ Log#

All claims for loss or damage must be reported immediately. By rating of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment must be made to this bill as permitted by 49 CFR 1051(2)(3)

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007271 |
| INVOICE DATE: | 09/29/2005 |

## INVOICE

CUSTOMER NO:   DEL002                              YOUR ORDER NO:  550074374
CUSTOMER PH:   (915) 783-7470                      OUR ORDER NO: TX-042905-001-0045
BILL TO:                                           SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                  2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD             PLANT 2,   DOCK 100
ANDERSON          IN               FLINT            MI
46013             USA              48556            USA

TERMS:   CASH #1:        DISC:              SHIPPED:      09/29/2005
         CASH #2:        DISC:          SHIPPED VIA:   CENTRAL TRANSPORT
   NET DUE DATE: 102905                    F.O.B.:      OUR DOCK
                                       SHIPMENT NO:   008072      REF:
   YOUR CUSTOMER REP IS:   FPA              PRO NO:    799-343324-0

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 11760 | 3360 | 8400 | 25165476 | 1.184 | 3,978.24 |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:        REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC       HSBC ank USA
PO BOX 3480                           One HSBC Center
Buffalo, NY 14240-340                 14th Floor Wholesale Lockbox
                                      C/o Kane Magnetics Acquisition LLC
                                      PO BOX 3480
                                      Buffalo, NY 14203

| | |
|---|---|
| SALES TOTAL: | 3,978.24 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 3,978.24 |
| US DOLLARS | |

US Wire Transfer Information:          Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                       HSBC Bank USA NA
452 5th Avenue                         452 5th Avenue
New York, NY 10018                     New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108   SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA      Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5               Beneficiary Acct#: 590-85377-5

# BILL OF LADING

Date: 09/29/2005

Page 1 of 1

## SHIP FROM

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8072     FOB: ☐

Bill of Lading Number: 008072

(402) 008072

## SHIP TO

Name: DELPHI ENERGY AND CHASSIS     Location#:
Address: 2926 DAVIDSON RD.
         PLANT 2, DOCK 100
City/State/Zip: FLINT     MI   48556
CID#:                              FOB: ☐

**CARRIER NAME:** CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-343324-0

(9012K) 799-343324-0

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | BOX | 1536 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | | **48** | | **1536** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

sbol003f.rpt v7 20 06

**CENTRAL TRANSPORT**

*Central Transport Delivery Receipt*

Pro Number
**799-343324-0**

Ship Date
**09/29/05**

| Pieces | Weight |
|--------|--------|
| 2 | 1536 |

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48556

Shipper:
KANE MAGNETICS % CTII
7179 INDUSTRIAL AVE
EL PASO, TX 79916

**Special Instructions**
Delivery Trailer: 53-7556
Shipper COD Amount
0.0000

---

*MISSING — 1 SKID 251654776 O.F #1680*

**BILL OF LADING**     Page 1 of 1

Date: 09/28/2005

SHIP FROM
**KANE**
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8072   FOB: ☐

Bill of Lading Number: 008072

(402) 008072

SHIP TO
Name: DELPHI ENERGY AND CHASSIS   Location#:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT   MI 48556   FOB: ☐

CARRIER NAME: CENTRAL TRANSPORT
Trailer number:
Seal number(s):
SCAC:
Pro number: 799-343324-0

THIRD PARTY FREIGHT CHARGES BILL
Name:
Address:
City/State/Zip:

(9012K) 799-343324-0

Special Instructions:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise.)
Prepaid ☐   Collect ☐   3rd Party ☐
☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | | Y | N | moisty label |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTALS | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | BOX | 1536 | | CLASS 60 MAGNETS, NOT/NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | 799-343324-0 | | |
| 2 | | 48 | | 1536 | | GRAND TOTALS | | |

COD Amount: $
Fee Terms: Collect ☐   Prepaid ☐
Customer check acceptable ☐

SHIPPER SIGNATURE / DATE

CARRIER SIGNATURE / PICKUP DATE

---

*PLUS — I HAVE NO PACKING SLIP FOR 1 SKID OF 25354871 of 24.96.*

**Pro Number**     **799-343324-0**

**Additional Delivery Services Requested**

| | | | | |
|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container ___   Desc. ___
Part # ___   Skids ___
Qty. of Pcs Affected ___   Date ___   Log# ___

---

**Stamp / Sign Here**

Firm ___
By ___
Shipment received in good order
Pieces Received ___
Driver ___   Date 10-5-0
Arrive Time ___   Depart Time ___

All claims for loss or damage must be reported immediately, but by ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(6)

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007270 |
| INVOICE DATE: | 09/29/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002                                    YOUR ORDER NO: 550074594
CUSTOMER PH:   (915) 783-7470                            OUR ORDER NO: TX-040405-002-0061
BILL TO:                                                 SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18                  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD             2900 SCATTERFIELD ROAD
ANDERSON        IN                 CHIHUAHUA        MEXICO
46013        USA                   46013    .    MEXICO

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:                   SHIPPED: 09/29/2005
    NET DUE DATE: 102905                     SHIPPED VIA: RYDER PICK UP
                                                F.O.B.: OUR DOCK
      YOUR CUSTOMER REP IS:  FPA           SHIPMENT NO: 008069      REF:
                                                PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2650 | 2650 | 0 | 25354871. | .971 | 2,573.15 |
| | DELPHI ROTOR IN BOX | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 2,573.15 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 2,573.15 |

Date:   09/29/2005                  **BILL OF LADING**                        Page 1 of 1

| SHIP FROM | |
|---|---|

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8069                              FOB: ☐

Bill of Lading Number:   008069

(402)  008069

| SHIP TO | |
|---|---|

Name: DELPHI ENERGY PLANT 58        Location#:
Address:  DELPHI E PLANT 58
          2900 SCATTERFIELD ROAD.
City/State/Zip: CHIHUAHUA        MEXI 46013
CID#:                                    FOB: ☐

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid        Collect        3rd Party
  ☐

Special Instructions:

☐  Master Bill of Lading: with attached underlying
(check box)      Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 550074594 | 0 | 0 | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| **GRAND TOTALS** | 0 | 0 | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY |
| QTY | TYPE | QTY | TYPE | | | | NMFC #   CLASS |
| | | 25 | BOX | 675 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX. | 95830 |
| 1 | | 25 | | 675 | | **GRAND TOTALS** | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $

Fee Terms:   Collect: ☐   Prepaid: ☐
         Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt x7.20.06

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007274 |
| INVOICE DATE: | 09/29/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002                          YOUR ORDER NO: 0550014654
CUSTOMER PH:   (915) 783-7470                  OUR ORDER NO: TX-121704-009-0020

BILL TO:                                       SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18                  DELPHI E PLANT 20
2900 SCATTERFIELD ROAD             2620 EAST 38TH   ST
ANDERSON          IN              ANDERSON          IN
46013        USA                  46013        USA

TERMS:   CASH #1:        DISC:          SHIPPED:   09/29/2005
         CASH #2:        DISC:      SHIPPED VIA: UPS GRND #Y8500R
    NET DUE DATE: 102905                 F.O.B.:  OUR DOCK
                                    SHIPMENT NO:  008070      REF:
    YOUR CUSTOMER REP IS:  LR          PRO NO:  1Z V80 4A8 03 4186

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 600 | 600 | 0 | 10470792 | 4.25 | 2,550.00 |
| | | | 6 POLE MARINE COATED ROTOR ASY | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 19018
Fedwire:  21001098   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Swift:  MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 2,550.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 2,550.00 |

# BILL OF LADING

Date:   09/29/2005

Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  8070      FOB: ☐

Bill of Lading Number:  008070

(402) 008070

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS      Location#:
Address:  DELPHI E PLANT 20
          2620 EAST 38TH ST
City/State/Zip: ANDERSON      IN      46013
CID#:                              FOB: ☐

CARRIER NAME: UPS GRND #Y8500R
Trailer number:
Seal number(s):

SCAC:
Pro number: 1Z V80 4A8 03 4186 4545

(9012K) 1Z V80 4A8 03 4186 4545

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid ____    Collect ____    3rd Party ____

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0550014654 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 3 | BOX | 81 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 3 | | 81 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount:  $

Fee Terms:   Collect: ☐   Prepaid: ☐
             Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt v7.20.06



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

 

🔒 Welcome, zarah gracia | Logout

My UPS |

## Tracking

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

|||||| **Track by Tracking Number**

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z V80 4A8 03 4186 454 5 | Delivered | Delivered on: | 10/05/2005 9:53 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/30/2006 9:54 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
🖳 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

PO Box 581
El Paso, TX 79944

## I N V O I C E

CUSTOMER NO: DEL002

CUSTOMER PH: (915) 783-7470                    YOUR ORDER NO: 550074594
BILL TO:                                        OUR ORDER NO: TX-040405-001-0050

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD                          DELPHI ENERGY  PLANT 58
ANDERSON           IN                           DELPHI E PLANT 58
46013              USA                          2900 SCATTERFIELD ROAD
                                                CHIHUAHUA          MEXICO
                                                46013              MEXICO

TERMS:   CASH #1:
         CASH #2:              DISC:
                              DISC:
    NET DUE DATE: 102905                         SHIPPED: 09/29/2005
                                          SHIPPED VIA: RYDER PICK UP
    YOUR CUSTOMER REP IS:   FPA                     F.O.B.: OUR DOCK
                                          SHIPMENT NO: 008068       REF:
                                             PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 636 | 636 | 0 | 25117298 | 0.63 | 400.68 |
|  | DELPHI ROTOR IN BOX |  |  |  |  |
|  |  |  | FREIGHT |  | 0.00 |

COPY

MIT REGULAR MAIL PAYMENT TO:
ne Magnetics Acquisition, LLC
BOX 3480
ffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kana Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

Wire Transfer Information:
IC Bank USA NA
5th Avenue
York, NY 10018
wire#: 21001088   CHIPS ABA: 0108
ef Customer: HSBC Bank, USA NA
ef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

|  |  |
|---|---|
| SALES TOTAL: | 400.68 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 400.68 |

Date:   09/29/2005

# BILL OF LADING

Page 1 of 1

## SHIP FROM

**KANE magnetics INTERNATIONAL**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8068                                    FOB: ☐

Bill of Lading Number:   008068

(402) 008068

## SHIP TO

Name: DELPHI ENERGY   PLANT-58
Address:   DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA          MEXI 46013
CID#:                                    FOB: ☐

Location#:

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

(check box) ☐   Master Bill of Lading: with attached underlying Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC # | CLASS |
| | | 6 | BOX | 162 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| 1 | | 6 | | 162 | | **GRAND TOTALS** | | |

where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**Shipper Signature**

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

003F.rpt v7 20.06

**Kane Magnetics Texas LLC**
   PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007306 |
| INVOICE DATE: | 09/30/2005 |

I N V O I C E

CUSTOMER NO: DEL002
CUSTOMER PH: (915) 783-7470
BILL TO:

YOUR ORDER NO: 550074374
OUR ORDER NO: TX-042905-002-0081
SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013          USA

DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,  DOCK 100
FLINT          MI
48556          USA

TERMS:   CASH #1:          DISC:
          CASH #2:          DISC:
     NET DUE DATE: 103005

     YOUR CUSTOMER REP IS:   FPA

SHIPPED: 09/30/2005
SHIPPED VIA:  MENLO
F.O.B.:  OUR DOCK
SHIPMENT NO:  008087     REF:
PRO NO:  799-341048-7 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 6720 | 6720 | 0 | 25351085 | 1.19 | 7,996.80 |
| 3360 | 1680 | 1680 | 25351085 | 1.19 | 1,999.20 |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 9,996.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 9,996.00 |

# BILL OF LADING

Date: 09/30/2005

Page 1 of 1

**KANE** magnetics INTERNATIONAL

| SHIP FROM | |
|---|---|
| Kane Magnetics Texas LLC | Bill of Lading Number: __008087__ |
| PO Box 581 | |
| El Paso, TX 79944 USA | |

SID#: 8087    FOB: ☐

(402) 008087

| SHIP TO | | CARRIER NAME: MENLO |
|---|---|---|
| Name: DELPHI ENERGY AND CHASSIS    Location#: | | Trailer number: |
| Address: 2926 DAVIDSON RD. | | Seal number(s): |
| PLANT 2, DOCK 100 | | |
| City/State/Zip: FLINT    MI    48556 | | **SCAC:** |
| CID#:    FOB: ☐ | | Pro number: 799-341048-7 CENTRAL TRANSPC |

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

(9012K) 799-341048-7 CENTRAL TRA

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  3rd Party _____

☐  Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 120 | TRA | 3840 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 3 | | 120 | | 3840 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt v7.20.06

**CENTRAL TRANSPORT**

**Pro Number**
**799-341048-7**

Ship Date
**09/30/05**

| Pieces | Weight |
|--------|--------|
| 3 | 3840 |

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48558

Shipper:
KANE MAGNETCS
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**
Delivery Trailer: 53-7555
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

799-299-077

Date: 09/30/2005    **BILL OF LADING**    Page 1 of 1

Bill of Lading Number    008087

**SHIP FROM**
KANE MAGNETICS
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8087    FOB:

(402) 008087

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2926 DAVISON RD.
PLANT 2,    DOCK 100
City/State/Zip: FLINT    MI    48556
CID#:    FOB:

SCAC:
Pro number: 799-341048-7 CENTRAL TRANSPC

(9012K) 799-341048-7 CENTRAL TRA

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid    Collect ✗    3rd Party

Special Instructions:

Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 550074374 | 0 | | Y  N | |
| | | | Y  N | 799-341048-7 |
| | | | Y  N | |
| | | | Y  N | B/L |
| | | | Y  N | |
| **GRAND TOTALS** | 0 | 0 | Y  N | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 120 | TRA | 3840 | | CLASS 60 MAGNETS, BOX NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | 3 SKD    LBS CTN    DRM    BUN   SWAG | | |
| | | | | | | CRTS    BSKT    RCK    TOTE   SL & C | | |
| | | | | | | SWS-OF    CTN    SWS-STD    CTN | | |
| | | | | | | OTHER    SHP.WT. | | |
| 3 | | 120 | | 3840 | | **GRAND TOTALS** | | |

COD Amount: $
Fee Terms:    Collect    Prepaid
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

CARRIER SIGNATURE / PICKUP DATE

---

**Pro Number**    **799-341048-7**

**Additional Delivery Services Requested**

| | | | | |
|---|---|---|---|---|
| ☐ Inside Delivery | **$70.00** | ☐ Sort - Segregate | **$90.00** | ☐ Driver Delay **$75.00** |
| ☐ Residential Delivery | **$50.00** | ☐ Liftgate | **$90.00** | ☐ Redelivery **$50.00** |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____    Date_____

Internal Use Only
# And Type of Container_____    Desc._____
Part #_____    Skids_____
Qty. of Pcs Affected_____    Date_____    Log#_____

**OKJ    Stamp / Sign Here**

Firm_____
By _Donna Fisher_
Shipment received in good order

Pieces Received    3

Driver_____    Date _10/6_
Arrive Time_____    Depart Time_____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission standard of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(8)

# Kane Magnetics Texas LLC
## PO Box 581
# El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007305 |
| INVOICE DATE: | 09/30/2005 |

## I N V O I C E

CUSTOMER NO: DEL002
CUSTOMER PH: (915) 783-7470
BILL TO:

YOUR ORDER NO: 550074374
OUR ORDER NO: TX-042905-001-0046
SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON            IN
46013            USA

DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,  DOCK 100
FLINT            MI
48556            USA

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:
   NET DUE DATE: 103005

   YOUR CUSTOMER REP IS:  FPA

SHIPPED:    09/30/2005
SHIPPED VIA: CENTRAL TRANSPORT
   F.O.B.:    OUR DOCK
SHIPMENT NO:  008097      REF:
   PRO NO:  799-351776-0

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 11760 | 8400 | 0 | 25165476 | 1.184 | 9,945.60 |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 9,945.60 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 9,945.60 |

Date:    09/30/2005                **BILL OF LADING**                          Page 1 of 1

| SHIP FROM | Bill of Lading Number:    008097 |
|---|---|

**KANE**
magnetics
INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:    8097                                      FOB:

(402)  008097

| SHIP TO | CARRIER NAME: CENTRAL TRANSPORT |
|---|---|

Name: DELPHI ENERGY AND CHASSIS          Location#:
Address:    2926 DAVIDSON RD.
            PLANT 2,  DOCK 100
City/State/Zip: FLINT              MI    48556
CID#:                                    FOB: ☐

Trailer number:
Seal number(s):

**SCAC:**
Pro number:  799-351776-0

(9012K)  799-351776-0

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____      Collect _____      3rd Party _____

☐         Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

Special Instructions:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | Y | N | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See *Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| | | 120 | BIN | 3840 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 5 | | 120 | | 3840 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount:  $**

Fee Terms:   Collect: ☐   Prepaid: ☐
             Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

bbol003f.rpt v7.20.06

*Rec'd 6 skids @ 1480 = 10080 N/E*

## CENTRAL TRANSPORT

**Pro Number**
**799-351776-0**

| Ship Date |
|---|
| 09/30/05 |

| Pieces | Weight |
|---|---|
| 5 | 3840 |

**Reference Number**

| Org | DC |
|---|---|
| 799 | 493 |

**Freight Terms**

**Freight Charges Are Collect**

*ISH TO HAS THIS PRO#*

**799-343324-0**

| SCAC: | CTII |
|---|---|

**Consignee:**
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48556

**Shipper:**
KANE MAGNETICS % CTII
7178 INDUSTRIAL AVE
EL PASO, TX 79915

**Special Instructions**
Delivery Trailer: 53-7555
Shipper COD Amount
0.0000

---

### BILL OF LADING

Page 1 of 1

Date : 09/30/2005

Bill of Lading Number: 008097

**SHIP FROM**
KANE magnetics
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8097   FOB: ☐

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS   Location#:
Address: 2926 DAVIDSON RD.
PLANT 2,   DOCK 100
City/State/Zip: FLINT   MI 48556
CID#:   FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:

**CARRIER NAME:** CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-351776-0

(9012K) 799-351776-0

**Freight Charge Terms:** *Freight charges are prepaid unless marked otherwise)*
Prepaid ☐   Collect ☒   3rd Party ☐
☐ Master Bill of Lading with attached underlying
(check box)   Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 4374 | 0 | | Y N | |
| | | | Y N | |
| | | | Y N | |
| | | | Y N | |
| | | | Y N | |
| GRAND TOTALS | | 0 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 120 | BIN | 3840 | | GLASS | | |
| 5 | | 120 | | 3840 | | GRAND TOTALS | | |

799-351776-0

B/L

COD Amount: $
Fee Terms: Collect ☐   Prepaid ☐
Customer check acceptable: ☐

**SHIPPER SIGNATURE / DATE**

**CARRIER SIGNATURE / PICKUP DATE**

*Packing slip says 8400.*

---

### Pro Number    799-351776-0

**Additional Delivery Services Requested**

☐ Inside Delivery    **$70.00**    ☐ Sort - Segregate **$90.00**    ☐ Driver Delay    **$75.00**
☐ Residential Delivery **$50.00**    ☐ Liftgate    **$90.00**    ☐ Redelivery    **$50.00**

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

**Internal Use Only**
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____   Log# _____

---

**Stamp & Sign Here**

Firm _____

By *Donna Fisher*
Shipment received in good order

Pieces Received _____ 5

Driver _____   Date 10605

Arrive Time _____   Depart Time _____

# Kane Magnetics Texas LLC
## PO Box 581
## El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007304 |
| INVOICE DATE: | 09/30/2005 |

## I N V O I C E

CUSTOMER NO: DEL002  
CUSTOMER PH: (915) 783-7470  
BILL TO:

YOUR ORDER NO: 550074374  
OUR ORDER NO: TX-041305-002-0067  
SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS  
DELPHI E PLANT 18  
2900 SCATTERFIELD ROAD  
ANDERSON            IN  
46013        USA

DELPHI ENERGY AND CHASSIS  
2926 DAVIDSON RD.  
PLANT 2,  DOCK 100  
FLINT               MI  
48556        USA

TERMS:    CASH #1:          DISC:  
          CASH #2:          DISC:  
   NET DUE DATE: 103005  

   YOUR CUSTOMER REP IS:  FPA

SHIPPED:  09/30/2005  
SHIPPED VIA:  MENLO  
F.O.B.:  OUR DOCK  
SHIPMENT NO:  008088       REF:  
PRO NO:  799-341049-5 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 4608 | 4608 | 0 | 25354871 | .971 | 4,474.37 |
| | DELPHI CHIH ROTOR | | | | |
| 4608 | 4608 | 0 | 25354871 | .971 | 4,474.37 |
| | DELPHI CHIH ROTOR | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:  
Kane Magnetics Acquisition, LLC  
PO BOX 3480  
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:  
HSBC ank USA  
One HSBC Center  
14th Floor Wholesale Lockbox  
C/o Kane Magnetics Acquisition LLC  
PO BOX 3480  
Buffalo, NY 14203

US Wire Transfer Information:  
HSBC Bank USA NA  
452 5th Avenue  
New York, NY 10018  
Fedwire#: 21001088   CHIPS ABA: 0108  
Benef Customer: HSBC Bank, USA NA  
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:  
HSBC Bank USA NA  
452 5th Avenue  
New York, NY 10018  
SWIFT: MRMDUS33   CHIPS ABA: 0108  
Benef Customer: HSBC Bank, USA NA  
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 8,948.74 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 8,948.74 |

**Date:** 09/30/2005

# BILL OF LADING

Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8088                FOB: ☐

Bill of Lading Number: 008088

(402) 008088

## SHIP TO

Name: DELPHI ENERGY AND CHASSIS          Location#:
Address: 2926 DAVIDSON RD.
         PLANT 2, DOCK 100
City/State/Zip: FLINT          MI   48556
CID#:                          FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-341049-5 CENTRAL TRANSPC

(9012K) 799-341049-5 CENTRAL TRA

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 96 | TRA | 3072 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 4 | | 96 | | 3072 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $

Fee Terms:  Collect: ☐   Prepaid: ☐
          Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

## SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

## CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

sbol003f.rpt v7.20.06

*Recd 1 skid on 10/5*
*+ Recd 3 skids on 10/6  DAF*

**CENTRAL TRANSPORT**

Pro Number
**799-341049-5**

Ship Data
09/30/05

Pieces **4**    Weight **3072**

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI E & C
2928 DAVISON ROAD
FLINT, MI 48566

Shipper:
KANE MAGNETICS
P.O. BOX 581
EL PASO, TX 79944

Special Instructions
Delivery Trailer: 53-7555
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

## BILL OF LADING

Page 1 of 1

Date: 09/30/2005

Bill of Lading Number: 008088

**KANE** magnetics

SHIP FROM
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8088    FOB: ☐

(402) 008088

SHIP TO
Name: DELPHI ENERGY AND CHASSIS    Location:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT    MI  48556
CID#:    FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-341049-5  CENTRAL TRANSPC

THIRD PARTY FREIGHT CHARGES BILL
Name:
Address:
City/State/Zip:

(9012K) 799-341049-5 CENTRAL TRA

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐    Collect ☒    3rd Party ☐

Special Instructions:

Master Bill of Lading: with attached underlying Bills of Lading ☐

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | | Y | N | **799-341049-5** |
| | | | Y | N | |
| | | | Y | N | B/L |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTALS | 0 | 0 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H/M (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 98 | TRA | 3072 | | CLASS 50 MAGNETS, NOT,NOT MAGNETIZED IN BARREL BOX | 55830 | |
| 4 | | 98 | | 3072 | | GRAND TOTALS | | |

CLASS 50 MAGNETS, NOT,NOT MAGNETIZED IN BARREL BOX

☐ SKD ☐ LSE CTN ☐ DRM ☐ BUN ☐ SWAC
☐ CRTB ☐ BSKT ☐ RCK ☐ TOTE ☐ SL & C
☐ SWB-OF ☐ CTN ☐ SWB-STO ☐ CTN
☐ OTHER ☐ SHIPMT ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____"

COD Amount: $

Fee Terms: Collect ☐    Prepaid ☐
Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE

CARRIER SIGNATURE / PICKUP DATE

---

## Pro Number    799-341049-5

### Additional Delivery Services Requested

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | **$70.00** | ☐ Sort - Segregate | **$90.00** | ☐ Driver Delay | **$75.00** |
| ☐ Residential Delivery | **$50.00** | ☐ Liftgate | **$90.00** | ☐ Redelivery | **$50.00** |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Internal Use Only
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____  Log# _____

---

Stamp / Sign Here

Firm _____

By *Donna Fisher*
Shipment received in good order

Pieces Received **4**

Driver _____  Date 10/6/05

Arrive Time _____  Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission, extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(f)

**Kane Magnetics Texas LLC**
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007302 |
| INVOICE DATE: | 09/30/2005 |

# I N V O I C E

CUSTOMER NO:   DEL002                          YOUR ORDER NO: 550074594
CUSTOMER PH:   (915) 783-7470                  OUR ORDER NO: TX-040405-002-0062
BILL TO:                                       SHIP TO:

     DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY  PLANT 58
     DELPHI E PLANT 18                  DELPHI E PLANT 58
     2900 SCATTERFIELD ROAD             2900 SCATTERFIELD ROAD
     ANDERSON        IN                 CHIHUAHUA        MEXICO
     46013           USA                46013           MEXICO

TERMS:    CASH #1:          DISC:              SHIPPED:    09/30/2005
          CASH #2:          DISC:          SHIPPED VIA:    RYDER PICK UP
    NET DUE DATE: 103005                      F.O.B.:    OUR DOCK
                                          SHIPMENT NO:    008098      REF:
    YOUR CUSTOMER REP IS:   FPA                PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2650 | 2650 | 0 | 25354871. | .971 | 2,573.15 |
|  | DELPHI ROTOR IN BOX | | | | |
| 2544 | 2544 | 0 | 25354871. | .971 | 2,470.22 |
|  | DELPHI ROTOR IN BOX | | | | |
|  |  | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/O Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452-5th-Avenue
New York, NY 10018
Fedwire#:  21001088   CHIPS ABA:  0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452-5th-Av enue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 5,043.37 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 5,043.37 |

# BILL OF LADING

Date: 09/30/2005

Page 1 of 1

| SHIP FROM | |
|---|---|
| **KANE magnetics** INTERNATIONAL | Kane Magnetics Texas LLC PO Box 581 El Paso, TX 79944 USA |

SID#: 8098    FOB: ☐

Bill of Lading Number: 008098

(402) 008098

| SHIP TO | |
|---|---|
| Name: DELPHI ENERGY PLANT 58    Location#: | |

Address: DELPHI E PLANT 58
2900 SCATTERFIELD ROAD

City/State/Zip: CHIHUAHUA        MEXI 46013
CID#:                    FOB: ☐

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

| THIRD PARTY FREIGHT CHARGES BILL |
|---|
| Name: |
| Address: |
| City/State/Zip: |

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 49 | BOX | 1323 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 49 | | 1323 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbo1003f.rpt  v7.20.06

# Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007307 |
| INVOICE DATE: | 09/30/2005 |

## I N V O I C E

CUSTOMER NO:  DEL002                          YOUR ORDER NO: 550074374
CUSTOMER PH:  (915) 783-7470                 OUR ORDER NO: TX-042905-002-0082
BILL TO:                                                SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                         2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD              PLANT 2,  DOCK 100
ANDERSON              IN                  FLINT                    MI
46013              USA                       48556              USA

| TERMS: | CASH #1: | DISC: | |
|---|---|---|---|
| | CASH #2: | DISC: | |

NET DUE DATE: 103005

YOUR CUSTOMER REP IS:  FPA

SHIPPED: 09/30/2005
SHIPPED VIA: CENTRAL TRANSPORT

F.O.B.: OUR DOCK
SHIPMENT NO: 008099        REF:
PRO NO: 799-351775-2

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 3360 | 1680 | 0 | 25351085 | 1.19 | 1,999.20 |
| 6720 | 1680 | 5040 | 25351085 | 1.19 | 1,999.20 |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452-5th Avenue
New York, NY 10018
Fedwire#: 21001088    CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452-5th Avenue
New York, NY 10018
SWIFT: MRMDUS33    CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 3,998.40 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 3,998.40 |

# BILL OF LADING

**Date:** 09/30/2005                                                    Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8099                                    FOB:

Bill of Lading Number: ___008099___

(402) 008099

## SHIP TO

**Name:** DELPHI ENERGY AND CHASSIS              **Location#:**
**Address:** 2926 DAVIDSON RD.
           PLANT 2,  DOCK 100
**City/State/Zip:** FLINT            MI    48556
**CID#:**                                        FOB:

**CARRIER NAME:** CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-351775-2

(9012K) 799-351775-2

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL

**Name:**
**Address:**
**City/State/Zip:**

**Special Instructions:**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | BIN | 1536 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 48 | | 1536 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount:** $
**Fee Terms:**   Collect: ☐   Prepaid: ☐
            Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt  v7.20.06

**CENTRAL TRANSPORT**

**Pro Number**
799-351775-2

**Ship Date**
09/30/05

| Pieces | Weight |
|---|---|
| 1 | 1536 |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

**Freight Terms**

**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48556

**Shipper:**
KANE MAGNETICS % CTII
7179 INDUSTRIAL AVE
EL PASO, TX 79815

**Special Instructions**
Delivery Trailer: 53-7555
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

**BILL OF LADING**                    Page 1 of 1

Date: 09/30/2005

Bill of Lading Number: 008099

**SHIP FROM**
KANE
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8099      FOB#:

(402) 008099

**CARRIER NAME:** CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS      Location#:
Address: 2926 DAVISON RD.
FLASH #2, DOCK 100
City/State/Zip: FLINT      MI 48556
CID#:      FOB#:

**SCAC:**
Pro number: 799-351775-2

(3012X) 799-351775-2

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Addr:
City:

**Freight Charge Terms:** (Freight charges are prepaid unless marked otherwise)
Prepaid      Collect  X      3rd Party

Master Bill of Lading: with attached underlying (check box) Bill of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | master label 13039 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTALS | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | NMFC # | CLASS |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | |
| | | 48 | BIN | 1536 | | CLASS IN MAGNETS; NO NOT MERITIZED IN STEEL BOX | 95830 | |
| 1 | | 48 | | 1536 | | GRAND TOTALS | | |

799-351775-2

COD Amount $
Fee Terms: Collect      Prepaid
Customer check acceptable

**SHIPPER SIGNATURE / DATE**      Trailer Loaded      Freight Counted      **CARRIER SIGNATURE / PICKUP DATE**

---

**Stamp/Sign Here**

Firm

By *Donna Fisher*

Shipment received in good order

Pieces Received

Driver *[signature]*   Date 10 60

Arrive Time      Depart Time

**Pro Number**      799-351775-2

**Additional Delivery Services Requested**

| | | | |
|---|---|---|---|
| ☐ Inside Delivery $70.00 | ☐ Sort - Segregate $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery $50.00 | ☐ Liftgate $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

**Internal Use Only**
# And Type of Container _____   Desc. _____
Part # _____   Skids _____
Qty. of Pcs Affected _____   Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission, extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(8)

**Kane Magnetics Texas LLC**
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007308 |
| INVOICE DATE: | 09/30/2005 |

## I N V O I C E

CUSTOMER NO:  DEL002                      YOUR ORDER NO: 0550014656

CUSTOMER PH:  (915) 783-7470              OUR ORDER NO: TX-121704-007-0023

BILL TO:                                  SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS        DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18                DELPHI E PLANT 20
2900 SCATTERFIELD ROAD           2620 EAST 38TH  ST
ANDERSON          IN             ANDERSON          IN
46013          USA               46013          USA

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:              SHIPPED: 09/30/2005
                                        SHIPPED VIA: UPS GROUND
   NET DUE DATE: 103005
                                         F.O.B.:  OUR DOCK
                                     SHIPMENT NO:  008105      REF:
     YOUR CUSTOMER REP IS:  LR            PRO NO: 1Z6R4V120350467267

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD. PRICE US DOLLARS |
|---|---|---|---|---|---|
| 200 | 200 | 0 | 10491355 | 8.10 | 1,620.00 |
|  | 8 POLE ROTOR ASSY | | | | |
| 200 | 200 | 0 | 10491355 | 8.10 | 1,620.00 |
|  | 8 POLE ROTOR ASSY | | | | |
|  |  | ( | FREIGHT | | 0.00 |



COPY

REMIT REGULAR MAIL PAYMENT TO:          REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC         HSBC ank USA
PO BOX 3480                             One HSBC Center
Buffalo, NY 14240-340                   14th Floor Wholesale Lockbox
                                        c/o Kane Magnetics Acquisition LLC
                                        PO BOX 3480
                                        Buffalo, NY 14203

US Wire Transfer Information:           Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                        HSBC Bank USA NA
452 5th Avenue                          452 5th Avenue
New York, NY 10018                      New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108     SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA       Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5                Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 3,240.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 3,240.00 |

**Date:** 09/30/2005 · · · · · · · · · · **BILL OF LADING** · · · · · · · · · · Page 1 of 1

| SHIP FROM | |
|---|---|

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8105 · · · · · · · · · · · · FOB: ☐

**Bill of Lading Number:** 008105

(402) 008105

| SHIP TO | |
|---|---|

**Name:** DELPHI AUTOMOTIVE SYSTEMS · · · Location#:
**Address:** DELPHI E PLANT 20
2620 EAST 38TH ST
**City/State/Zip:** ANDERSON    IN    46013
**CID#:** · · · · · · · · · · · · · · · · · · · FOB: ☐

**CARRIER NAME:** UPS GROUND
Trailer number:
Seal number(s):

**SCAC:**
**Pro number:** 1Z6R4V120350467267

(9012K)    1Z6R4V120350467267

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

**Name:**
**Address:**
**City/State/Zip:**

**Special Instructions:**

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _____    3rd Party _____

☐  Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0550014656 | 0 | 0 | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | |
| **GRAND TOTALS** | 0 | 0 | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY |
| QTY | TYPE | QTY | TYPE | | | | NMFC #    CLASS |
| | | 2 | BOX | 54 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 0 | | 2 | | 54 | | **GRAND TOTALS** | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

**COD Amount:  $**
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

sbol003f.rpt  v7.20.06

UPS Package Tracking

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

Shipping    Tracking    Support    Business Solutions

My UPS

Tracking

🔒 Welcome, zarah gracia | Logout

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▐▐▐▐ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5046 726 7 | **Delivered** | Delivered on: | 10/05/2005 9:53 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:18 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
📷 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

**Kane Magnetics Texas LLC**
  **PO Box 581**
**El Paso, TX 79944**

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007303 |
| INVOICE DATE: | 09/30/2005 |

I N V O I C E

USTOMER NO:  DEL002                                          YOUR ORDER NO: 550075892
USTOMER PH:  (915) 783-7470                                  OUR ORDER NO: TX-040505-001-0016
ILL TO:                                                      SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS            DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18                   DELPHI E&C PLANT 59 TORREON
2900 SCATTERFIELD ROAD              9440 BALL STREET
ANDERSON          IN                SAN ANTONIO        TX
46013             USA               78217             USA

| | |
|---|---|
| TERMS:   CASH #1:        DISC: | SHIPPED: 09/30/2005 |
| CASH #2:        DISC: | SHIPPED VIA: UPS GRND# 6YF585 |
| NET DUE DATE: 103005 | F.O.B.: OUR DOCK |
| | SHIPMENT NO: 008107   REF: |
| YOUR CUSTOMER REP IS:  MQ1 | PRO NO: 1Z6R4V120350853090 |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 8000 | 3368 | 0 | 19050153 | .133 | 447.94 |
| | DELPHI PART NUMBER | | | | |
| 8000 | 8000 | 0 | 19050153 | .133 | 1,064.00 |
| | DELPHI PART NUMBER | | | | |
| 8000 | 4632 | 3368 | 19050153 | .133 | 616.06 |
| | DELPHI PART NUMBER | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#:  21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 2,128.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 2,128.00 |

# BILL OF LADING

Date:  09/30/2005                                                    Page 1 of 1

## SHIP FROM

**KANE magnetics INTERNATIONAL**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  8107                                    FOB: ☐

Bill of Lading Number:  008107

(402)  008107

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS          Location#:
Address: DELPHI E&C PLANT 59 TORREON
         9440 BALL STREET
City/State/Zip: SAN ANTONIO          TX    78217
CID#:                                              FOB: ☐

CARRIER NAME: UPS  GRND# 6YF585
Trailer number:
Seal number(s):

SCAC:
Pro number: 1Z6R4V120350853090

(9012K)  1Z6R4V120350853090

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

☐    Master Bill of Lading: with attached underlying
(check box).    Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550075892 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY. | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 4 | BOX | 96 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 4 | | 96 | | **GRAND TOTALS** | | |

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount:  $ _____

Fee Terms:  Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt  v7.20.06

UPS Package Tracking                                          Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Shipping**   Tracking   **Support**   **Business Solutions**



My UPS

Tracking

🔒 Welcome, zarah gracia  |  Logout

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5085 309 0 | Delivered | Delivered on: | 10/04/2005 1:41 P.M. |
| | | Delivered to: | SAN ANTON |
| | | Signed by: | NICHOLS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:18 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
🔲 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home  | Shipping  | Tracking  | Support  | Business Solutions  | About UPS  | Contact UPS  | Getting Started  | My UPS  | Address Book  | Sit
Advanced Search  | UPS Global  | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy  | Trademarks  | Tariff  | Terms and Conditions of Service

# Kane Magnetics Texas LLC
### PO Box 581
# El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007301 |
| INVOICE DATE: | 09/30/2005 |

## I N V O I C E

CUSTOMER NO:  DEL002                    YOUR ORDER NO: 550074594
CUSTOMER PH:  (915) 783-7470            OUR ORDER NO: TX-040405-001-0061
BILL TO:                                SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS        DELPHI ENERGY   PLANT 58
DELPHI E PLANT 18                DELPHI E PLANT 58
2900 SCATTERFIELD ROAD           2900 SCATTERFIELD ROAD
ANDERSON            IN           CHIHUAHUA          MEXICO
46013          USA               46013      MEXICO

TERMS:    CASH #1:          DISC:
          CASH #2:          DISC:          SHIPPED:  09/30/2005
   NET DUE DATE: 103005                 SHIPPED VIA:  RYDER PICK UP
                                             F.O.B.:  OUR DOCK
   YOUR CUSTOMER REP IS:   FPA          SHIPMENT NO:  008094      REF:
                                             PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 636 | 636 | 0 | 25117298. | 0.63 | 400.68 |
| | DELPHI ROTOR IN BOX | | | | |
| 636 | 636 | 0 | 25117298. | 0.63 | 400.68 |
| | DELPHI ROTOR IN BOX | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#:  21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:  MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 801.36 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 801.36 |

# BILL OF LADING

Date:   09/30/2005

Page 1 of 1

## SHIP FROM

**KANE magnetics**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  8094          FOB: ☐

Bill of Lading Number:  008094

(402) 008094

## SHIP TO

Name:  DELPHI ENERGY PLANT 58          Location#:
Address:  DELPHI E PLANT 58
          2900 SCATTERFIELD ROAD
City/State/Zip:  CHIHUAHUA          MEXI 46013
CID#:                    FOB: ☐

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐  Master Bill of Lading: with attached underlying
(check box)  Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | **0** | **0** | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See Section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 12 | BOX | 324 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 9583.0 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **12** | | **324** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount:  $ _____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt v7.20.06

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007339 |
| INVOICE DATE: | 10/03/2005 |

## I N V O I C E

CUSTOMER NO.: DEL002                          YOUR ORDER NO: 550078241
CUSTOMER PH:  (915) 783-7470                  OUR ORDER NO: TX-122304-004-0035
BILL TO:                                      SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS        DELPHI-E
DELPHI E PLANT 18                EL PASO DISTRIBUTION CENTER
2900 SCATTERFIELD ROAD           32 CELERITY WAGON
ANDERSON            IN           EL PASO          TX
46013        USA                 79906        USA

TERMS:   CASH #1:        DISC:              SHIPPED:  10/03/2005
         CASH #2:        DISC:          SHIPPED VIA: RYDER
   NET DUE DATE: 110205                    F.O.B.:  OUR DOCK
                                       SHIPMENT NO:  008141     REF:
      YOUR CUSTOMER REP IS:  MQ1            PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 6000 | 6000 | 0 | 10494200 | .269 | 1,614.00 |
| | DELPHI PART NUMBER | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:  MRMDUS33   CHIPS ABA: 0108
Benef. Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,614.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 1,614.00 |
| US DOLLARS | |

# BILL OF LADING

Date:  10/03/2005

Page 1 of 1

## SHIP FROM

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  8141

FOB: ☐

Bill of Lading Number:  008141

## SHIP TO

Name: DELPHI-E                    Location#:

Address:  EL PASO DISTRIBUTION CENTER
32 CELERITY WAGON

City/State/Zip:  EL PASO          TX   79906

CID#:                              FOB: ☐

CARRIER NAME: RYDER

Trailer number:

Seal number(s):

**SCAC:**

Pro number:

(9012K)

## THIRD PARTY FREIGHT CHARGES BILL

Name:

Address:

City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550076241 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 2 | BOX | 70 | | CLASS 60 MAGNETS; NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 2 | | 70 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount:  $**

Fee Terms:   Collect: ☐   Prepaid: ☐

Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

sbol003f.rpt v7.20.06

Kane Magnetics Texas LLC

 PO Box 581

El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007338 |
| INVOICE DATE: | 10/03/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002.                         YOUR ORDER NO: 550076238.

CUSTOMER PH:   (915) 783-7470                  OUR ORDER NO: TX-122304-003-0040

BILL TO:                                       SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          SEC DELPHI ENERGY PLANT 35
DELPHI E PLANT 18                  AV. ANTONIO I. BERMUDEZ 1230
2900 SCATTERFIELD ROAD             INDUSTRIAL PARK BERMUDEZ
ANDERSON        IN                 CD JUAREZ,        CH
46013           USA                32742           MEXICO

TERMS:    CASH #1:      DISC:
          CASH #2:      DISC:              SHIPPED:    10/03/2005
                                           SHIPPED VIA: RYDER
     NET DUE DATE: 110205
                                              F.O.B.:  OUR DOCK
     YOUR CUSTOMER REP IS:   MQ1          SHIPMENT NO:  008143      REF:
                                             PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 12000 | 12000 | 0 | 10451604 | .129 | 1,548.00 |
| | DELPHI PART NUMBER | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwires#:  21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,548.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 1,548.00 |
| US DOLLARS | |

**Date:** 10/03/2005

# BILL OF LADING

Page 1 of 1

## SHIP FROM

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8143                    FOB: ☐

Bill of Lading Number: 008143

(402) 008143

## SHIP TO

**Name:** SEC DELPHI ENERGY PLANT 35          **Location#:** _____
**Address:** AV. ANTONIO I. BERMUDEZ 1230
             INDUSTRIAL PARK BERMUDEZ

**City/State/Zip:** CD JUAREZ,        CH    32742
**CID#:**                                      FOB: ☐

**CARRIER NAME:** RYDER
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012X)

## THIRD PARTY FREIGHT CHARGES BILL

**Name:**
**Address:**
**City/State/Zip:**

**Special Instructions:**

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐              Master Bill of Lading: with attached underlying
(check box)     Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550076238 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 3 | BOX | 75 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 3 | | 75 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

**COD Amount:** $

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt v7.20.06

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007337 |
| INVOICE DATE: | 10/03/2005 |

## I N V O I C E

CUSTOMER NO.: DEL002                     YOUR ORDER NO: 550075866
CUSTOMER PH.: (915) 783-7470             OUR ORDER NO.: TX-122304-002-0030
BILL TO:                                 SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS        SEC DELPHI ENERGY PLANT 35
DELPHI E PLANT 18                AV. ANTONIO I. BERMUDEZ 1230
2900 SCATTERFIELD ROAD          INDUSTRIAL PARK BERMUDEZ
ANDERSON        IN              CD JUAREZ,        CH
46013           USA             32742           MEXICO

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:            SHIPPED: 10/03/2005
   NET DUE DATE: 110205              SHIPPED VIA: RYDER
                                        F.O.B.: OUR DOCK
   YOUR CUSTOMER REP IS:   MQ1      SHIPMENT NO: 008145      REF:
                                        PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 12000 | 12000 | 0 | 10494314 | .115 | 1,380.00 |
| | | | DELPHI PART NUMBER | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001098   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,380.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,380.00 |

# BILL OF LADING

Date:   10/03/2005                                                                     Page 1 of 1

**KANE magnetics** INTERNATIONAL

**SHIP FROM**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8145                                     FOB: ☐

Bill of Lading Number:   008145

(402) 008145

**SHIP TO**

Name: SEC DELPHI ENERGY PLANT 35        Location#:
Address: AV. ANTONIO I. BERMUDEZ 1230
         INDUSTRIAL PARK BERMUDEZ

City/State/Zip: CD JUAREZ,          CH      32742
CID#:                                              FOB: ☐

CARRIER NAME: RYDER
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____        Collect _____        3rd Party _____

☐       Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO. |
|---|---|---|---|---|---|
| 550075866 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 3 | BOX | 54 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 3 | | 54 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt  v7.20.05

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007336 |
| INVOICE DATE: | 10/03/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                          YOUR ORDER NO: 550007834
CUSTOMER PH: (915) 783-7470                  OUR ORDER NO: TX-041405-001-0005
BILL TO:                                     SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          SEC DELPHI ENERGY PLANT 35
DELPHI E PLANT 18                  AV. ANTONIO I. BERMUDEZ 1230
2900 SCATTERFIELD ROAD            INDUSTRIAL PARK BERMUDEZ
ANDERSON        IN                CD JUAREZ,        CH
46013        USA                  32742        MEXICO

TERMS:    CASH #1:        DISC:          SHIPPED:   10/03/2005
          CASH #2:        DISC:      SHIPPED VIA:   RYDER
   NET DUE DATE: 110205                    F.O.B.:   OUR DOCK
                                      SHIPMENT NO:   008144        REF:
      YOUR CUSTOMER REP IS:   MQ2           PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 4000 | 4000 | 0 | 10468745 | 0.23 | 920.00 |
| | | | DELPHI PART NUMBER | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:   590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:   590-95377-5

| | |
|---|---|
| SALES TOTAL: | 920.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 920.00 |

**Date:** 10/03/2005

# BILL OF LADING

Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8144                    FOB: ☐

**Bill of Lading Number:** 008144

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

402 008144

## SHIP TO

**Name:** SEC DELPHI ENERGY PLANT 35        **Location#:**
**Address:** AV. ANTONIO I. BERMUDEZ 1230
INDUSTRIAL PARK BERMUDEZ
**City/State/Zip:** CD JUAREZ,        CH   32742
**CID#:**                    FOB: ☐

**CARRIER NAME:** RYDER
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

(9012K)

## THIRD PARTY FREIGHT CHARGES BILL

**Name:**
**Address:**
**City/State/Zip:**

**Special Instructions:**

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party ☐

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550007834 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 2 | BOX | 74 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 2 | | 74 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount:** $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt v7.20.06

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007335 |
| INVOICE DATE: | 10/03/2005 |

## I N V O I C E

CUSTOMER NO: DEL002

CUSTOMER PH: (915) 783-7470

BILL TO:

YOUR ORDER NO: 550075892

OUR ORDER NO: TX-040505-001-0017

SHIP TO:

**BILL TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013         USA

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E&C PLANT 59 TORREON
9440 BALL STREET
SAN ANTONIO        TX
78217         USA

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:
  NET DUE DATE: 110205

  YOUR CUSTOMER REP IS:  MQ1

SHIPPED: 10/03/2005
SHIPPED VIA: UPS  GRND# 6YF585
F.O.B.: OUR DOCK
SHIPMENT NO: 008138     REF:
PRO NO: 1Z6R4V120350891530

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 8000 | 3368 | 0 | 19050153 | .133 | 447.94 |
| | DELPHI PART NUMBER | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 447.94 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 447.94 |

Date:   10/03/2005                    # BILL OF LADING

                                                          Page 1 of 1

| SHIP FROM | Bill of Lading Number:   008138 |
|---|---|

**KANE magnetics**
INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8138                    FOB: ☐                    (402) 008138

CARRIER NAME: UPS   GRND# 6YP585

Name: DELPHI AUTOMOTIVE SYSTEMS        Location#:
Address:   DELPHI E&C PLANT 59 TORREON
           9440 BALL STREET
City/State/Zip: SAN ANTONIO        TX    78217
CID#:                                          FOB: ☐

Trailer number:
Seal number(s):

SCAC:
Pro number: 1Z6R4V120350891530

| THIRD PARTY FREIGHT CHARGES BILL |
|---|
Name:
Address:
City/State/Zip:

(9012K)  1Z6R4V120350891530

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid        Collect        3rd Party

Special Instructions:

☐ Master Bill of Lading: with attached underlying
(check box)    Bills of Lading.

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550075892 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 1 | BOX | 21 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 1 | | 21 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount:  $**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

sbol003f.rpt v7 20 06

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Shipping | **Tracking** | Support | Business Solutions

## Tracking

🔒 Welcome, zarah gracia | Logout

My UPS |

→ Track by Tracking Number
  > Track by E-mail
  > Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5089 153 0 | **Delivered** | Delivered on: | 10/05/2005 11:18 A.M. |
| | | Delivered to: | SAN ANTON |
| | | Signed by: | QUIROZ |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:19 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
☑ Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

COPY

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy  | Trademarks  | Tariff  | Terms and Conditions of Service

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007334 |
| INVOICE DATE: | 10/03/2005 |

## I N V O I C E

CUSTOMER NO: DEL002          YOUR ORDER NO: 550007836

CUSTOMER PH:  (915) 783-7470          OUR ORDER NO: TX-030105-010-0003

BILL TO:                                SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI-E MEXICO TECH CENTER
DELPHI E PLANT 18                  C/O EL PASO DISTRIBUTION CTR
2900 SCATTERFIELD ROAD             32 CELERITY WAGON
ANDERSON         IN                EL PASO          TX
46013            USA               79906            USA

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:                SHIPPED:     10/03/2005
  NET DUE DATE: 110205                        SHIPPED VIA: RYDER

                                              F.O.B.:     OUR DOCK
  YOUR CUSTOMER REP IS:  MQ2                  SHIPMENT NO: 008142    REF:
                                              PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2000 | 500 | 1500 | 10469496 | 0.23 | 115.00 |
| | DELPHI PART NUMBER | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0109
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0109
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 115.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 115.00 |
| US DOLLARS | |

Date: 10/03/2005

# BILL OF LADING

Page 1 of 1

**KANE magnetics**

## SHIP FROM

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8142                    FOB: ☐

Bill of Lading Number:  008142

(402) 008142

## SHIP TO

Name: DELPHI-E MEXICO TECH CENTER        Location#:
Address:  C/O EL PASO DISTRIBUTION CTR
          32 CELERITY WAGON
City/State/Zip: EL PASO        TX   79906
CID#:                                    FOB: ☐

CARRIER NAME: RYDER
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip: .

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid        Collect        3rd Party
  ☐
(check box)       Master Bill of Lading: with attached underlying
                  Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550007836 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 1 | BOX | 11 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 1 | | 11 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
            Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces.

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

tbol003f.rpt  v7.20.06

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007357 |
| INVOICE DATE: | 10/04/2005 |

## INVOICE

CUSTOMER NO: DEL002

CUSTOMER PH: (915) 783-7470

BILL TO:

YOUR ORDER NO: 550074374

OUR ORDER NO: TX-041305-002-0068

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013          USA

DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,   DOCK 100
FLINT          MI
48556          USA

TERMS:   CASH #1:          DISC:
        CASH #2:          DISC:
  NET DUE DATE: 110305

  YOUR CUSTOMER REP IS:   FPA

SHIPPED:   10/04/2005
SHIPPED VIA:   MENLO

F.O.B.:   OUR DOCK
SHIPMENT NO:   008165          REF:
PRO NO:   799-340958-8 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 9216 | 9216 | 0 | 25354871 | .971 | 8,948.74 |
| | | | DELPHI CHIH ROTOR | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:   590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:   MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:   590-85377-5

| | |
|---|---|
| SALES TOTAL: | 8,948.74 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 8,948.74 |
| US DOLLARS | |

Date: 10/04/2005

# BILL OF LADING

Page 1 of 1

**SHIP FROM**

KANE magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8165                                    FOB:

**Bill of Lading Number:** 008165

(402) 008165

**SHIP TO**

Name: DELPHI ENERGY AND CHASSIS        Location#:
Address: 2926 DAVIDSON RD.
              PLANT 2,  DOCK 100
City/State/Zip: FLINT           MI   48556
CID#:                                          FOB: ☐

**CARRIER NAME:** MENLO
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-340958-8 CENTRAL TRANSPC

(9012K) 799-340958-8 CENTRAL TRA

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)      Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care, See Section 3(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 96 | TRA | 3072 | | CLASS 60 MAGNETS, NOI;NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| 4 | | 96 | | 3072 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount: $**

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

abol003f_rpt_v7_20_06

## Central Transport Delivery Receipt

**CF CENTRAL TRANSPORT**

Pro Number
**799-340958-8**

Ship Date
**10/04/05**

| Pieces | Weight |
|--------|--------|
| 4 | 3072 |

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC: **CTII**

Consignee:
DELPHI E&C 31006
2926 DAVISON RD
FLINT, MI 48650

Shipper:
KANE MAGNETICS TEXAS LLC
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**
Delivery Trailer: 53-7736
Shipper COD Amount
0.0000

PM 4 36

**Stamp / Sign Here**

Firm _____

By _Donna Fisher_
Shipment received in good order

Pieces Received _____

Driver _____  Date _10100_

Arrive Time _____  Depart Time _____

---

Date: 10/04/2005   **BILL OF LADING**   Page 1 of 1

**KANE magnetics**
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 8365   FOB: ☐

Bill of Lading Number: 008165

(402) 008165

SHIP TO
Name: DELPHI ENERGY AND CHASSIS   Location#:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT   MI 48556
CID#:   FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):
SCAC:
Pro number: 799-340958-8 CENTRAL TRANSPO

(9012K) 799-340958-8 CENTRAL TRA

THIRD PARTY FREIGHT CHARGES BILL
Name:
Address:
City/State/Zip:

**493**

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid ☐   Collect ☒   3rd Party ☐
☐ Master BB of Lading: with attached underlying (check box) Bills of Lading

Special Instructions:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550014374 | 0 | 0 | Y | N | |
| | | | Y | N | 799-340958-8 |
| | | | Y | N | B/L |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | OIL | TRA | | 3072 | | MAGNETS, NO,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | SKD | | USE CTN | | DRM | CLASS 92 MAGNETS, NO,NOT MAGNETIZED IN BARREL BOX | | |
| | CRTS | | SKT | | ROK | RUN ☐ SWAD | | |
| | SHB-OF | | CTN | | TOTE | SL & C | | |
| | OTHER | | | | | SHB-STG CTN | | |
| 4 | | 96 | | 3072 | | **GRAND TOTALS** | | |

COD Amount: $
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Shipper Signature

10/4/05

---

**Pro Number**   **799-340958-8**

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
|---|---|---|---|---|---|
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Internal Use Only
# And Type of Container _____  Desc. _____
Part # _____  Skids _____
Qty. of Pcs Affected _____  Date _____  Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1061(2)(B)

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007356 |
| INVOICE DATE: | 10/04/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                              YOUR ORDER NO: 550074594

CUSTOMER PH: (915) 783-7470                       OUR ORDER NO: TX-040405-002-0063

BILL TO:                                         SHIP TO:

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI ENERGY  PLANT 58 |
| DELPHI E PLANT 18 | DELPHI E PLANT 58 |
| 2900 SCATTERFIELD ROAD | 2900 SCATTERFIELD ROAD |
| ANDERSON          IN | CHIHUAHUA          MEXICO |
| 46013          USA | 46013          MEXICO |

TERMS:   CASH #1:          DISC:            SHIPPED:   10/04/2005
         CASH #2:          DISC:            SHIPPED VIA: RYDER PICK UP
   NET DUE DATE: 110305                     F.O.B.:   OUR DOCK
                                            SHIPMENT NO: 008164      REF:
     YOUR CUSTOMER REP IS:   FPA            PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2544 | 2544 | 0 | 25354871. | .971 | 2,470.22 |
| | DELPHI ROTOR IN BOX | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#:  21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:  MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 2,470.22 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 2,470.22 |
| US DOLLARS | |

Date:   10/04/2005

# BILL OF LADING

Page 1 of 1

| SHIP FROM | Bill of Lading Number: 008164 |
|---|---|

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8164                               FOB: ☐

(402)  008164

| SHIP TO | |
|---|---|
| Name: DELPHI ENERGY PLANT 58          Location#: | CARRIER NAME: RYDER PICK UP |
| Address:  DELPHI E PLANT 58 | Trailer number: |
|          2900 SCATTERFIELD ROAD | Seal number(s): |
| City/State/Zip: CHIHUAHUA        MEXI 46013 | SCAC: |
| CID#:                              FOB: ☐ | Pro number: |

(9012K)

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____     Collect _____     3rd Party _____

☐ (check box)     Master Bill of Lading: with attached underlying Bills of Lading

| THIRD PARTY FREIGHT CHARGES BILL |
|---|
| Name: |
| Address: |
| City/State/Zip: |

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTALS | 0 | 0 | | N | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 24 | BOX | 648 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 24 | | 648 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount:  $

Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placarde. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt  v7.20.06

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007358 |
| INVOICE DATE: | 10/04/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002                                  YOUR ORDER NO: 550074374

CUSTOMER PH:   (915) 783-7470                          OUR ORDER NO: TX-050505-006-0028

BILL TO:                                               SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E-PLANT 18                  2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD             PLANT 2,   DOCK 100
ANDERSON          IN               FLINT             MI
46013          USA                 48556          USA

TERMS:   CASH #1:          DISC:
         CASH #2:          DISC:                    SHIPPED:     10/04/2005
   NET DUE DATE: 110305                          SHIPPED VIA: CENTRAL TRANSPORT

                                                   F.O.B.:  OUR DOCK
   YOUR CUSTOMER REP IS:   FPA                  SHIPMENT NO:  008156        REF:
                                                   PRO NO:   799-351777-8

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 15608 | 2304 | 1784 | 25364385 | 1.02 | 2,350.08 |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  580-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 2,350.08 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | |
| INVOICE TOTAL: | 2,350.08 |
| US DOLLARS | |

**Date:** 10/04/2005

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8156        FOB: ☐

**Bill of Lading Number:** 008156

(402) - 008156

| SHIP TO | |
|---|---|

**Name:** DELPHI ENERGY AND CHASSIS        **Location#:**
**Address:** 2926 DAVIDSON RD.
  PLANT 2,   DOCK 100
**City/State/Zip:** FLINT        MI    48556
**CID#:**        FOB: ☐

**CARRIER NAME:** CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-351777-8

(9012K)  799-351777-8

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

**Name:**
**Address:**
**City/State/Zip:**

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**Special Instructions:**

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 550074374 | 0 | 0 | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| **GRAND TOTALS** | 0 | 0 | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 24 | BOX | 768 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| 1 | | 24 | | 768 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).**

**COD Amount: $**

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.* |

sbol003f.rpt v7.20.05

# Central Transport Delivery Receipt

## CENTRAL TRANSPORT

Pro Number
**799-351777-8**

| Ship Date | |
|---|---|
| 10/04/05 | |
| Pieces | Weight |
| 1 | 768 |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

**Freight Terms**

Freight Charges Are Collect

**SCAC:** CTII

**Consignee:**

DELPHI E&C 31005
2926 DAVISON RD
FLINT, MI 48550

**Shipper:**

KANE MAGNETICS
7179 INDUSTRIAL AVE
EL PASO, TX 79915

**Special Instructions**
Delivery Trailer: 53-7736
Shipper COD Amount
0.0000

**Stamp / Sign Here**

Firm _____

By _Donna Fisher_

Shipment received in good order

Pieces Received _____

Driver _____ Date _10/10_

Arrive Time _____  Depart Time _____

---

**Pro Number**    **799-351777-8**

**Additional Delivery Services Requested**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____  Desc. _____
Part # _____  Skids _____
Qty. of Pcs Affected _____  Date _____  Log# _____

All claims for loss or damage must be reported immediately. By rules of the Interstate Commerce Commission/extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(6)

Kane Magnetics Texas LLC
   PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007359 |
| INVOICE DATE: | 10/04/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                                    YOUR ORDER NO: SS00074374

CUSTOMER PH:  (915) 783-7470                           OUR ORDER NO: TX-050505-006-0029

BILL TO:                                               SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                  2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD             PLANT 2,  DOCK 100
ANDERSON            IN             FLINT              MI
46013         USA                  48556        USA

TERMS:    CASH #1:        DISC:
          CASH #2:        DISC:              SHIPPED:    10/04/2005
  NET DUE DATE: 110305                    SHIPPED VIA:   CENTRAL TRANSPORT

     YOUR CUSTOMER REP IS:   FPA               F.O.B.:   OUR DOCK
                                          SHIPMENT NO:   008166      REF:
                                              PRO NO:    799-351778-6

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 16128 | 2304 | 0 | 25364385 | 1.02 | 2,350.08 |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDU833  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 2,350.08 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 2,350.08 |
| US DOLLARS | |

# BILL OF LADING

Date: 10/04/2005

Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8166    FOB: ☐

Bill of Lading Number: 008166

(402) 008166

## SHIP TO

Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2926 DAVIDSON RD.
         PLANT 2, DOCK 100
City/State/Zip: FLINT    MI    48556
CID#:    FOB: ☐

CARRIER NAME: CENTRAL TRANSPORT
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-351778-6

(9012K) 799-351778-6

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

☐  Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 24 | BOX | 768 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 24 | | 768 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $

Fee Terms:  Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

bbol003f.rpt v7.20.06

**CENTRAL TRANSPORT**

Pro Number
**799-351778-6**

Ship Date
10/05/05

| Pieces | Weight |
|---|---|
| 1 | 768 |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC:    CTII

Consignee:
DELPHI E&C 31005
2926 DAVISON RD
FLINT, MI 48560

Shipper:
KANE MAGNETICS
7179 INDUSTRIAL AVE
EL PASO, TX 79915

**Special Instructions**
Delivery Trailer: 53-7736
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

V.G. 1

Date: 10/04/2005    **BILL OF LADING**    Page 1 of 1

**KANE magnetics**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:    6166    FOB: ☐

SHIP FROM

Bill of Lading Number:    008166

(402) 008166

SHIP TO
Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT    MI    48556
CID#:    FOB: ☐

CARRIER NAME: CENTRAL TRANSPORT
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-351778-6

THIRD PARTY FREIGHT CHARGES BILL
Name:
Address:
City/State/Zip:

(9012K) 799-351778-6

Special Instructions: 6130
19-4-05
Vinto del Isaac 5

Freight Charge Terms: Freight charges are prepaid unless marked otherwise)
Prepaid ☐    Collect X    3rd Party ☐
(check box)    Master Bill of Lading: with attached underlying Bills of Lading

CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 550074374 | 0 | 0 | Y    N | master label |
| | | | Y    N | 20037 |
| | | | Y    N | |
| | | | Y    N | |
| | | | Y    N | READY AFTER 6 P.M |
| | | | Y    N | |
| **GRAND TOTALS** | 0 | 0 | Y    N | |

493

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | SKD | 24 | BOX | 768 | | CLASS 85 MAGNETS, NOT/NOT MAGNETIZED IN BARREL BOX | 95830 | |

799-351778-6

B/L

GRAND TOTALS

| | | 24 | | 768 | | | | |

COD Amount: $
Fee Terms:    Collect ☐    Prepaid ☐
Customer check acceptable ☐

**NOTE** Liability limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE    Trailer Loaded:    Freight Counted:    CARRIER SIGNATURE / PICKUP DATE

By Shipper    By Shipper
By Driver    by Driver/pallets said to contain
by Driver/Pieces

---

**Pro Number**    **799-351778-6**

**Stamp/ Sign Here**

Firm

By Donna Fisher

Shipment received in good order

Pieces Received

Driver

Date  10 00

Arrive Time    Depart Time

**Additional Delivery Services Requested**

☐ Inside Delivery    $70.00    ☐ Sort - Segregate $90.00    ☐ Driver Delay    $75.00
☐ Residential Delivery $50.00    ☐ Liftgate    $90.00    ☐ Redelivery    $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature    Date

Internal Use Only
# And Type of Container    Daso
Part #    Skids
Qty. of Pcs Affected    Date    Log#

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission,extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made on this bill as permitted by 49 CFR 1051(3)(6).

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007361 |
| INVOICE DATE: | 10/04/2005 |

## I N V O I C E

CUSTOMER NO:  DEL002                     YOUR ORDER NO: 0550014653

CUSTOMER PH:  (915) 783-7470             OUR ORDER NO: TX-121704-003-0056

BILL TO:                                 SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS        DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18                DELPHI E PLANT 20
2900 SCATTERFIELD ROAD          2620 EAST 38TH  ST
ANDERSON        IN              ANDERSON        IN
46013           USA             46013           USA

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:              SHIPPED:    10/04/2005
   NET DUE DATE: 110305                   SHIPPED VIA: UPS GROUND

                                            F.O.B.:    OUR DOCK
   YOUR CUSTOMER REP IS:   LR           SHIPMENT NO:  008155      REF:
                                            PRO NO:   1Z6R4V120351816146

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 1200 | 1000 | 200 | 10469666 | 1.90 | 1,900.00 |
| | | | MAGNET ROTOR DELPHI ANDERSON | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,900.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,900.00 |

# BILL OF LADING

Date: 10/04/2005

Page 1 of 1

## KANE magnetics INTERNATIONAL

**SHIP FROM**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8155                    FOB: ☐

Bill of Lading Number: ___008155___

(402) 008155

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS        Location#: _____
Address: DELPHI E PLANT 20
         2620 EAST 38TH ST
City/State/Zip: ANDERSON        IN    46013
CID#: _____                   FOB: ☐

CARRIER NAME: UPS GROUND
Trailer number:
Seal number(s):

SCAC:
Pro number: 1Z6R4V120351816146

(9012K) 1Z6R4V120351816146

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

☐    Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

Special Instructions:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0550014653 | 0 | 0 | | | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 5 | BOX | 135 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 5 | | 135 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

sbol003f.rpt v7 20.06





**UPS Uni**

 Shipping    Tracking    Support    Business Solutions

Tracking

🔒 Welcome, zarah gracia  |  Logout

My UPS

→ Track by Tracking Number
  > Track by E-mail
  > Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▍▐ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress lir**

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5181 614 6 | Delivered | Delivered on: | 10/10/2005 9:21 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:21 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
📧 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007355 |
| INVOICE DATE: | 10/04/2005 |

# INVOICE

CUSTOMER NO: DEL002                              YOUR ORDER NO: 550074594

CUSTOMER PH: (915) 783-7470                      OUR ORDER NO: TX-040405-001-0062

BILL TO:                                         SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18                  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD             2900 SCATTERFIELD ROAD
ANDERSON        IN                 CHIHUAHUA        MEXICO
46013           USA                46013           MEXICO

TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:          SHIPPED:     10/04/2005
    NET DUE DATE: 110305               SHIPPED VIA:  RYDER PICK UP

                                        F.O.B.:   OUR DOCK
    YOUR CUSTOMER REP IS:  FPA         SHIPMENT NO: 008163    REF:
                                        PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2014 | 2014 | 0 | 25117298 | 0.63 | 1,268.82 |
| | DELPHI ROTOR IN BOX | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:        REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC       HSBC ank USA
PO BOX 3480                           One HSBC Center
Buffalo, NY 14240-340                 14th Floor Wholesale Lockbox
                                      C/o Kane Magnetics Acquisition LLC
                                      PO BOX 3480
                                      Buffalo, NY 14203

US Wire Transfer Information:         Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                      HSBC Bank USA NA
452 5th Avenue                        452 5th Avenue
New York, NY 10018                    New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108   SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA     Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5              Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,268.82 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,268.82 |

Date: 10/04/2005

# BILL OF LADING

Page 1 of 1

| SHIP FROM |
|---|

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8163                                    FOB: □

Bill of Lading Number: 008163

(402) 008163

| SHIP TO |
|---|

Name: DELPHI ENERGY PLANT 58            Location#:
Address: DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA          MEXI 46013
CID#:                                          FOB: □

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

| THIRD PARTY FREIGHT CHARGES BILL |
|---|

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

□          Master Bill of Lading: with attached underlying
(check box)      Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 19 | BOX | 513 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 19 | | 513 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $

Fee Terms:  Collect: □    Prepaid: □
Customer check acceptable: □

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
□ By Shipper
□ By Driver

Freight Counted:
□ By Shipper
□ By Driver/pallets said to contain
□ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt v7 20 06

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944

| | | |
|---|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007360 |
| INVOICE DATE: | 10/04/2005 |

# I N V O I C E

CUSTOMER NO.: DEL002
CUSTOMER PH: (915) 783-7470          YOUR ORDER NO: 0550079966
BILL TO:          OUR ORDER NO: TX-100405-005-0000
SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON.          IN
46013          USA

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 20
2620 EAST 38TH ST
ANDERSON          IN
46013          USA

TERMS:   CASH #1:          DISC:
          CASH #2:          DISC:
NET DUE DATE: 110305

YOUR CUSTOMER REP IS:   LR

SHIPPED: 10/04/2005
SHIPPED VIA: UPS GROUND
F.O.B.: OUR DOCK
SHIPMENT NO: 008167          REF:
PRO NO: 1Z6R4V120352929193

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 400 | 200 | 200 | 10469666 | 1.90 | 380.00 |
| | | | MAGNET ROTOR DELPHI ANDERSON | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 380.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 380.00 |

Date:   10/04/2005

# BILL OF LADING

Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8167                     FOB: ☐

Bill of Lading Number:   008167

(402)-008167

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS       Location#:
Address:   DELPHI E PLANT 20
           2620 EAST 38TH ST
City/State/Zip: ANDERSON       IN   46013
CID#:                          FOB: ☐

CARRIER NAME: UPS GROUND
Trailer number:
Seal number(s):

**SCAC:**
Pro number:  1Z6R4V120352929193

(9012K)  1Z6R4V12035292919 3

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0550079966 | 0 | 0 | Y | | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 1 | BOX | 27 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 1 | | 27 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

bhol003f.rpt  v7.20.06

05-44481-rdd  Doc 9454-1  Filed 09/20/07  Entered 09/20/07 13:19:46  Exhibit
UPS Package Tracking  Proof of Claim  Pg 89 of 506

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

 Shipping | Tracking | Support | Business Solutions

## Tracking

🔒 Welcome, zarah gracia | Logout

My UPS

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▐▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5292 919 3 | **Delivered** | Delivered on: | 10/10/2005 9:21 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:19 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
🖼 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Sit
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007381 |
| INVOICE DATE: | 10/05/2005 |

## I N V O I C E

CUSTOMER NO: DEL002

CUSTOMER PH: (915) 783-7470

BILL TO:

YOUR ORDER NO: 550079945

OUR ORDER NO: TX-100405-002-0000

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON            IN
46013               USA

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 20
2620 EAST 38TH  ST
ANDERSON            IN
46013               USA

TERMS:    CASH #1:        DISC:
          CASH #2:        DISC:
    NET DUE DATE: 110405

    YOUR CUSTOMER REP IS:  LR

SHIPPED: 10/05/2005
SHIPPED VIA:  UPS GROUND
F.O.B.:   OUR DOCK
SHIPMENT NO:  008179      REF:
PRO NO: 1Z6R4V120352449809

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 400 | 400 | 0 | 10491355 | 8.10 | 3,240.00 |
| | 8 POLE ROTOR ASSY | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO Box 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 22001088   CHIPS ABA# 0108
Benef Customer: HSBC Bank, USA NA.
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA# 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 3,240.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 3,240.00 |

Date:  10/05/2005

# BILL OF LADING

Page 1 of 1

**KANE magnetics** INTERNATIONAL

## SHIP FROM

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8179                    FOB: ☐

Bill of Lading Number:  008179

(402)  008179

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS     Location#:
Address:  DELPHI E PLANT 20
          2620 EAST 38TH ST
City/State/Zip: ANDERSON          IN    46013
CID#:                                    FOB: ☐

CARRIER NAME: UPS GROUND
Trailer number:
Seal number(s):

SCAC:
Pro number:  1Z6R4V120352449809

(9012K)  1Z6R4V120352449809

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550079945 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 2 | BOX | 54 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 2 | | 54 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

COD Amount:  $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

## SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|
| ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| ☐ By Driver | ☐ By Driver/pallets said to contain | *Property described above is received in good order, except as noted.* |
| | ☐ By Driver/Pieces | |

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
UPS Package Tracking        Proof of Claim   Pg 92 of 506

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

 Tracking   Support   Business Solutions

## Tracking

🔒 Welcome, zarah gracia  |  Logout

My UPS | P

→ Track by Tracking Number
  > Track by E-mail
  > Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5244 980 9 | **Delivered** | Delivered on: | 10/11/2005 9:50 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:31 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
📑 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

```
Kane Magnetics Texas LLC                              PAGE NO:     1 of 1
  PO Box 581
El Paso, TX 79944                       INVOICE NO:      007380

                                        INVOICE DATE:    10/05/2005
```

## I N V O I C E

CUSTOMER NO: DEL002                    YOUR ORDER NO: S50007836

CUSTOMER PH: (915) 783-7470            OUR ORDER NO: TX-030105-010-0004

BILL TO:                               SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS              DELPHI-E MEXICO TECH CENTER
DELPHI E PLANT 18                      C/O EL PASO DISTRIBUTION CTR
2900 SCATTERFIELD ROAD                 32 CELERITY WAGON
ANDERSON            IN                 EL PASO            TX
46013        USA                       79906        USA

```
TERMS:   CASH #1:        DISC:
         CASH #2:        DISC:            SHIPPED: 10/05/2005
                                      SHIPPED VIA: NORZA
   NET DUE DATE: 110405
                                         F.O.B.: OUR DOCK
   YOUR CUSTOMER REP IS:  MQ2         SHIPMENT NO: 008186    REF:
                                         PRO NO:  DISTRIBUTION CENTER
```

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2000 | 1000 | 500 | 10469496 | 0.23 | 230.00 |
| | | | DELPHI PART NUMBER | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
FedWire#: 21001088    CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33    CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

```
SALES TOTAL:        230.00
  SALES TAX:          0.00
   FREIGHT:           0.00
     LESS:            0.00
OTHER CHARGES:        0.00

INVOICE TOTAL:      230.00
     US DOLLARS
```

# BILL OF LADING

Date:   10/05/2005

Page 1 of 1

**SHIP FROM**

KANE magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8106                          FOB:

Bill of Lading Number:   008186

Carrier Name: NORZA

**SHIP TO**

Name: DELPHI E MEXICO TECH CENTER   Location#:
Address:   C/O EL PASO DISTRIBUTION CTR
32 CELERITY WAGON
City/State/Zip: EL PASO          TX   79906
CID#:                                  FOB: ☐

CARRIER NAME: NORZA
Trailer number:
Seal number(s):

SCAC:
Pro number: DISTRIBUTION CENTER

(9012K) DISTRIBUTION CENTER

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____   Collect _____   3rd Party _____

Special Instructions:

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550007836 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 1 | BOX | 20 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 1 | | 20 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt_v7_20.06

PO Box 581
El Paso, TX 79944

| | PAGE NO: | 1 of 1 |
|---|---|---|
| INVOICE NO: | | 007395 |
| INVOICE DATE: | | 10/06/2005 |

## INVOICE

CUSTOMER NO: DEL002                         YOUR ORDER NO: 550074374
CUSTOMER PH: (915) 783-7470                 OUR ORDER NO: TX-042905-002-0083
BILL TO:
                                            SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                  2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD             PLANT 2,   DOCK 100
ANDERSON          IN               FLINT              MI
46013        USA                   48556         USA

| TERMS: | CASH #1: | DISC: | | |
|---|---|---|---|---|
| | CASH #2: | DISC: | SHIPPED: | 10/06/2005 |
| | | | SHIPPED VIA: | MENLO |
| NET DUE DATE: 110505 | | | | |
| | | | F.O.B.: | OUR DOCK |
| YOUR CUSTOMER REP IS: FPA | | | SHIPMENT NO: | 008195   REF: |
| | | | PRO NO: | 799-340959-6 CENTRA |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 3360 | 3360 | 0 | 25351085 | 1.19 | 3,998.40 |
| 3360 | 3360 | 0 | 25351085 | 1.19 | 3,998.40 |
| | | | FREIGHT | | 0.00 |



COPY

REMIT REGULAR MAIL PAYMENT TO:        REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC       HSBC ank USA
PO BOX 3480                           One HSBC Center
Buffalo, NY 14240-340                 14th Floor Wholesale Lockbox
                                      C/o Kane Magnetics Acquisition LLC
                                      PO BOX 3480
                                      Buffalo, NY 14203

US Wire Transfer Information:         Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                      HSBC Bank USA NA
452 5th Avenue                        452 5th Avenue
New York, NY 10018                    New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108   SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA     Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5              Beneficiary Acct#: 590-85377-5

| SALES TOTAL: | 7,996.80 |
|---|---|
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 7,996.80 |

# BILL OF LADING

Date: 10/06/2005

Page 1 of 1

## SHIP FROM

**KANE magnetics INTERNATIONAL**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8195

FOB: ☐

Bill of Lading Number: 008195

(402) 008195

## SHIP TO

Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2926 DAVIDSON RD.
         PLANT 2, DOCK 100
City/State/Zip: FLINT        MI   48556
CID#:                              FOB: ☐

CARRIER NAME: MENLO

Trailer number:
Seal number(s):

SCAC:
Pro number: 799-340959-6 CENTRAL TRANSPC

(9012K) 799-340959-6 CENTRAL TRA

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid ___   Collect ___   3rd Party ___

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO. |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 96 | TRA | 3072 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| 2 | | 96 | | 3072 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount: $**

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt  v7.20.06

**CENTRAL TRANSPORT**

Pro Number
**799-340959-6**

| Ship Date | |
|---|---|
| 10/06/05 | |
| **Pieces** | **Weight** |
| 2 | 3072 |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:

DELPHI E&C 31006
2926 DAVISON RD
FLINT, MI 48550

Shipper:

KANE MAGNETICS TEXAS LLC
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**
Delivery Trailer: 53-8476

Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

| Date: 10/06/2005 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

**SHIP FROM**

KANE Magnetics
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8195       FOB: ☐

Bill of Lading Number: 008195

(402) 008195

**SHIP TO**

Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2926 DAVISON RD.
         PLANT 2, DOCK 100
City/State/Zip: FLINT        MI  48556
CID#:                        FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-340959-6 CENTRAL TRANSPC

(9012X) 799-340959-6 CENTRAL TRA

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid ☐    Collect  X    3rd Party ☐

☐ Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO. |
|---|---|---|---|---|
| 550074374 | 0 | 0 | Y   N | |
| | | | Y   N | 799-340959-6 |
| | | | Y   N | |
| | | | Y   N | B/L |
| | | | Y   N | |
| | | | Y   N | |
| **GRAND TOTALS** | 0 | 0 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | | NMFC # | CLASS |
| | | 86 | TRA | 3072 | | CLASS 60 MAGNETS, NON/OT MAGNETIZED IN BARREL BOX | 95850 | |
| **2** | | **86** | | **3072** | | **GRAND TOTALS** | | |

COD Amount: $

Fee Terms:   Collect ☐   Prepaid ☐
Customer check acceptable: ☐

Shipper Signature

**SHIPPER SIGNATURE / DATE**

Shipment received in good order

10/6/05

**CARRIER SIGNATURE / PICKUP DATE**

10/6/05

---

**Pro Number**       **799-340959-6**

**RECEIVED**
Stamp / Sign Here
OCT 1 2 2005
BY:

Firm _____

By _____

Shipment received in good order

Pieces Received _____

Driver _Andre Holder_ Date _10/12/05_

Arrive Time _____   Depart Time _____

**Additional Delivery Services Requested**

☐ Inside Delivery       $70.00    ☐ Sort - Segregate  $90.00    ☐ Driver Delay    $75.00
☐ Residential Delivery  $50.00    ☐ Liftgate          $90.00    ☐ Redelivery      $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Internal Use Only
# And Type of Container _____       Desc. _____
Part # _____                        Skids _____
Qty. of Pcs Affected _____          Date _____   Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission restoration of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(b).

| | | PAGE NO: | 1 of 1 |
| --- | --- | --- | --- |
| | | INVOICE NO: | 007394 |
| | | INVOICE DATE: | 10/06/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002

CUSTOMER PH:   (915) 783-7470                     YOUR ORDER NO: 550074374

BILL TO:                                          OUR ORDER NO: TX-041305-002-0069

SHIP TO:

| BILL TO | SHIP TO |
| --- | --- |
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI ENERGY AND CHASSIS |
| DELPHI E PLANT 18 | 2926 DAVIDSON RD. |
| 2900 SCATTERFIELD ROAD | PLANT 2,  DOCK 100 |
| ANDERSON           IN | FLINT            MI |
| 46013         USA | 48556       USA |

TERMS:   CASH #1:          DISC:
         CASH #2:          DISC:                SHIPPED:  10/06/2005
    NET DUE DATE: 110505                    SHIPPED VIA:  MENLO

                                             F.O.B.:  OUR DOCK
    YOUR CUSTOMER REP IS:  FPA           SHIPMENT NO:  008201      REF:
                                            PRO NO:  799-340960-4 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
| --- | --- | --- | --- | --- | --- |
| 4608 | 4608 | 0 | 25354871 | .971 | 4,474.37 |
| | | | DELPHI CHIH ROTOR | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
| --- | --- |
| SALES TOTAL: | 4,474.37 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 4,474.37 |

# BILL OF LADING

Date:   10/06/2005

Page 1 of 1

## SHIP FROM

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8201   FOB: ☐

Bill of Lading Number:   008201

(402) 008201

## SHIP TO

Name: DELPHI ENERGY AND CHASSIS   Location#:
Address:   2926 DAVIDSON RD.
   PLANT 2,   DOCK 100
City/State/Zip: FLINT   MI   48556
CID#:   FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number:   799-340960-4 CENTRAL TRANSPC

(9012K) 799-340960-4 CENTRAL TRA

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*
Prepaid ☐   Collect   3rd Party

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading.

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | TRA | 1536 | | CLASS 60 MAGNETS, NOI, NOT-MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| 2 | | 48 | | 1536 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
*The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. †14706(c)(1)(A) and (B).

COD Amount:  $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt v7.20.06

## Central Transport Delivery Receipt

**CENTRAL TRANSPORT**

Pro Number
**799-340960-4**

| Ship Date | 10/06/05 |
|---|---|

| Pieces | Weight |
|---|---|
| 2 | 1536 |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

**Freight Terms**

**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI E&C 31005
2926 DAVISON RD
FLINT, MI 48550

Shipper:
KANE MAGNETICS TEXAS LLC
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**
Delivery Trailer: 53-8476
Shipper COD Amount
0.0000

Firm _____
By _____
Shipment received in good order
Pieces Received _____
Driver _____ Date 0/12/05
Arrive Time _____   Depart Time _____

---

Date: 10/06/2005     **BILL OF LADING**     Page 1 of 1

**SHIP FROM**
KANE Magnetics
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#:   8201     FOB: ☐

Bill of Lading Number:  008201

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS     Location#:
Address: 2926 DAVIDSON RD,
PLANT 2,   DOCK 100
City/State/Zip: FLINT          MI   48556
CID#:                          FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number:  799-340960-4 CENTRAL TRANSPO

(9012K) 799-340960-4 CENTRAL TRA

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid ☐   Collect ☒   3rd Party ☐
☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | 799-340960-4 |
| | | | Y | N | |
| | | | Y | N | B/L |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | TRA | 1536 | | CLASS 50 MAGNETS, NO, NOT MAGNETIZED IN BARREL BOX | 55830 | |
| 2 | | 48 | | 1536 | | **GRAND TOTALS** | | |

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE ...

SHIPPER S...

CARRIER SIGNATURE / PICKUP DATE

10/6/05

Pro Number   **799-340960-4**

**Additional Delivery Services Requested**

☐ Inside Delivery   **$70.00**   ☐ Sort - Segregate **$90.00**   ☐ Driver Delay **$75.00**
☐ Residential Delivery **$50.00**   ☐ Liftgate **$90.00**   ☐ Redelivery **$50.00**

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

**Internal Use Only**
# And Type of Container _____   Desc. _____
Part # _____   Skids _____
Qty. of Pcs Affected _____   Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission, extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1081(2)(B)

PO Box 581
El Paso, TX 79944

INVOICE NO: 007393
INVOICE DATE: 10/06/2005

## I N V O I C E

CUSTOMER NO: DEL002  YOUR ORDER NO: 550074594

CUSTOMER PH: (915) 783-7470  OUR ORDER NO: TX-040405-002-0064

BILL TO:  SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS  DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD  2900 SCATTERFIELD ROAD
ANDERSON          IN  CHIHUAHUA          MEXICO
46013          USA  46013          MEXICO

| TERMS: | CASH #1: | DISC: | | | |
|--------|----------|-------|--|--|--|
| | CASH #2: | DISC: | SHIPPED: | 10/06/2005 | |
| NET DUE DATE: 110505 | | | SHIPPED VIA: | RYDER PICK UP | |
| | | | F.O.B.: | OUR DOCK | |
| YOUR CUSTOMER REP IS: | FPA | | SHIPMENT NO: | 008194 | REF: |
| | | | PRO NO: | | |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|-------------|-------------|----------|-------------|----------------------|----------------------|
| 1378 | 1378 | 0 | 25354871. | | |
| | DELPHI ROTOR IN BOX | | | .971 | 1,338.04 |
| 1378 | 1378 | 0 | 25354871. | | |
| | DELPHI ROTOR IN BOX | | | .971 | 1,338.04 |
| | | | FREIGHT | | |
| | | | | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|--|--|
| SALES TOTAL: | 2,676.08 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 2,676.08 |
| US DOLLARS | |

# BILL OF LADING

| Date: 10/06/2005 | | Page 1 of 1 |
|---|---|---|

| **SHIP FROM** | | |
|---|---|---|

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8194        FOB:

**Bill of Lading Number:** 008194

(402) 008194

| **SHIP TO** | |
|---|---|

Name: DELPHI ENERGY PLANT 58        Location#:
Address: DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA        MEXI 46013
CID#:        FOB: ☐

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

| **THIRD PARTY FREIGHT CHARGES BILL** |
|---|

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 26 | BOX | 702 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 26 | | 702 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br>Property described above is received in good order, except as noted. |

sbol003f.rpt  v7 20 06

PO Box 581
El Paso, TX 79944

| INVOICE NO: | 007392 |
| INVOICE DATE: | 10/06/2005 |

## I N V O I C E

| CUSTOMER NO: DEL002 | YOUR ORDER NO: 550074594 |
| CUSTOMER PH: (915) 783-7470 | OUR ORDER NO: TX-040405-001-0063 |
| BILL TO: | SHIP TO: |

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013            USA

DELPHI ENERGY   PLANT 58
DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
CHIHUAHUA        MEXICO
46013           MEXICO

TERMS:  CASH #1:          DISC:
        CASH #2:          DISC:
   NET DUE DATE: 110505

   YOUR CUSTOMER REP IS:  FPA

SHIPPED:    10/06/2005
SHIPPED VIA: RYDER PICK UP

F.O.B.:   OUR DOCK
SHIPMENT NO:  008193       REF:
PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 530 | 530 | 0 | 25117298. | 0.63 | 333.90 |
| | DELPHI ROTOR IN BOX | | | | |
| 742 | 742 | 0 | 25117298. | 0.63 | 467.46 |
| | DELPHI ROTOR IN BOX | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 210010000  CHIPS ABA# 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA# 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| SALES TOTAL: | 801.36 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 801.36 |
| US DOLLARS | |

# BILL OF LADING

Date: 10/06/2005

Page 1 of 1

## SHIP FROM

**KANE magnetics INTERNATIONAL**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8193

Bill of Lading Number: 008193

(402) 008193

FOB: ☐

## SHIP TO

Name: DELPHI ENERGY PLANT 58          Location#:

Address: DELPHI E PLANT 58
2900 SCATTERFIELD ROAD

City/State/Zip: CHIHUAHUA          MEXI 46013

CID#:

FOB: ☐

**CARRIER NAME:** RYDER PICK UP

Trailer number:

Seal number(s):

**SCAC:**

Pro number:

(9012K)

## THIRD PARTY FREIGHT CHARGES BILL

Name:

Address:

City/State/Zip:

Special Instructions:

**Freight Charge Terms:** (Freight charges are prepaid unless marked otherwise)

Prepaid _____    Collect _____    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 12 | BOX | 324 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 12 | | 324 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $

Fee Terms:  Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f.rpt  v7.20.06

Kane Magnetics
PO BOX 581
El Paso, TX 79944

| | |
|---|---|
| INVOICE NO: | 007414 |
| INVOICE DATE: | 10/07/2005 |

## INVOICE

CUSTOMER NO: DEL002
CUSTOMER PH: (915) 783-7470
BILL TO:

YOUR ORDER NO: 550074374
OUR ORDER NO: TX-042905-002-0084
SHIP TO:

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013             USA

SHIP TO:
DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,   DOCK 100
FLINT              MI
48556             USA

| TERMS: | CASH #1: | DISC: | |
|---|---|---|---|
| | CASH #2: | DISC: | |

NET DUE DATE: 110605

YOUR CUSTOMER REP IS:  FPA

SHIPPED: 10/07/2005
SHIPPED VIA: MENLO

F.O.B.: OUR DOCK
SHIPMENT NO: 008207      REF:
PRO NO: 799-340961-2 CENTRA

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 3360 | 3360 | 0 | 25351085 | 1.19 | 3,998.40 |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA.
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 3,998.40 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 3,998.40 |
| US DOLLARS | |

# BILL OF LADING

Date: 10/07/2005

Page 1 of 1

| SHIP FROM | |
|---|---|

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8207          FOB: ☐

Bill of Lading Number: __008207__

(402) 008207

| SHIP TO | |
|---|---|

Name: DELPHI ENERGY AND CHASSIS          Location#: ____
Address: 2926 DAVIDSON RD.
         PLANT 2, DOCK 100
City/State/Zip: FLINT          MI    48556
CID#:                    FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-340961-2 CENTRAL TRANSPC

(9012K) 799-340961-2 CENTRAL TRA

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _____    3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box) Bills of Lading

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.see Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 48 | TRA | 1536 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 48 | | 1536 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

shol003f.rpt v7.20.06

**CENTRAL TRANSPORT**

Pro Number
**799-340961-2**

| Ship Date |  |
|---|---|
| 10/10/05 |  |
| **Pieces** | **Weight** |
| 1 | **1536** |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

Freight Terms

**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48556

Shipper:
KANE MAGNETICS TEXAS LLC
P.O. BOX 581
EL PASO, TX 79944

**Special Instructions**

Delivery Trailer 53-6640
Shipper COD Amount
0.0000

2005 OCT 13

**Central Transport Delivery Receipt**

---

## BILL OF LADING

Page 1 of 1

Date: 10/07/2005

Bill of Lading Number: 008207

**SHIP FROM**
KANE Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8207          FOB: ☐

(402) 008207

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS    Location:
Address: 2926 DAVISON RD.
PLANT 2, DOCK 100
City/State/Zip: FLINT              MI  48556
CID#:                              FOB: ☐

CARRIER NAME: MENLO
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-340961-2 CENTRAL TRANSPC

(9012K) 799-340961-2 CENTRAL TRA

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid ☐   Collect ☐   3rd Party ☐

Special Instructions:

Master Bill of Lading with attached underlying
(check box)   Bills of Lading ☐

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 550074374 | 0 | 0 | Y  N | 799-340961-2 |
|  |  |  | Y  N | BA |
|  |  |  | Y  N |  |

READY AFTER 3 P.M.

**GRAND TOTALS**

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE |  |  |  | NMFC # | CLASS |
|  |  | 48 | TRA | 1536 |  | MAGNET, MONOT MAGNETIZED IN BARREL BOX | 99830 |  |

CLASS 50 MAGNETS, MONOT MAGNETIZED IN BARREL BOX

BKD ☐  LSE CTN ☐  DRM ☐  BUN ☐ SWAG ☐
CRTB ☐  BSKT ☐   RCK ☐  TOTE ☐ SLBC ☐
SWB-CP ☐  CTN ☐   SWB-STD ☐  CTN ☐
OTHER                SHIPMT

| GRAND TOTALS | | | | |
|---|---|---|---|---|
| 1 | 48 | 1536 |  |  |

COD Amount: $

Fee Terms:   Collect ☐   Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPER SIGNATURE / DATE

CARRIER SIGNATURE / PICKUP DATE
Shipper Signature

Trailer Loaded:       Freight Counted:
☐ By Shipper          ☐ By Shipper
☐ By Driver           ☐ By Driver/pallets said to contain
                      ☐ By Driver/Pieces

---

## Stamp / Sign Here

**RECEIVED**
OCT 1 3 2005

Firm _____
By _____
Shipment received in good order
Pieces Received _____
Driver _____ Date 10-13-05
Arrive Time _____ Depart Time _____

---

## Pro Number          799-340961-2

### Additional Delivery Services Requested

| ☐ Inside Delivery | .$70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
|---|---|---|---|---|---|
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

**Internal Use Only**
# And Type of Container _____   Desc. _____
Part # _____                   Skids _____
Qty. of Pcs Affected _____     Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(B)

PO Box 581
El Paso, TX 79944

INVOICE NO:  007415

INVOICE DATE:  10/07/2005

## I N V O I C E

CUSTOMER NO:  DEL002
YOUR ORDER NO: 0550079966

CUSTOMER PH:  (915) 783-7470
OUR ORDER NO: TX-100405-005-0001

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013          USA

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 20
2620 EAST 38TH  ST
ANDERSON          IN
46013          USA

TERMS:   CASH #1:          DISC:
         CASH #2:          DISC:

NET DUE DATE: 110605

YOUR CUSTOMER REP IS:  LR

SHIPPED:   10/07/2005
SHIPPED VIA:  UPS GROUND
F.O.B.:   OUR DOCK
SHIPMENT NO:  008219    REF:
PRO NO:   1Z6R4V120350942074

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 400 | 200 | 0 | 10469666 | 4.25 | 850.00 |
|  | MAGNET ROTOR DELPHI ANDERSON |  |  |  |  |
| 600 | 200 | 400 | 10469666 | 4.25 | 850.00 |
|  | MAGNET ROTOR DELPHI ANDERSON |  |  |  |  |
|  |  |  | FREIGHT |  | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnatics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT#: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

SALES TOTAL:     1,700.00
SALES TAX:       0.00
FREIGHT:       0.00
LESS:       0.00
OTHER CHARGES:       0.00

INVOICE TOTAL:     1,700.00
US DOLLARS

# BILL OF LADING

Date:  10/07/2005

Page 1 of 1

| SHIP FROM | |
|---|---|

**KANE magnetics INTERNATIONAL**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8219      FOB: ☐

Bill of Lading Number:  008219

(4021) 008219

| SHIP TO | |
|---|---|

Name: DELPHI AUTOMOTIVE SYSTEMS          Location#:
Address:   DELPHI E PLANT 20
          2620 EAST 38TH  ST
City/State/Zip:  ANDERSON        IN    46013
CID#:                              FOB: ☐

CARRIER NAME: UPS GROUND
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 1Z6R4V120350942074

(9012K)  1Z6R4V120350942074

| THIRD PARTY FREIGHT CHARGES BILL | |
|---|---|

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____  Collect _____  3rd Party _____

☐  Master Bill of Lading: with attached underlying
(check box)  Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 0550079966 | 0 | 0 | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| GRAND TOTALS | 0 | 0 | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 2 | BOX | 54 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 2 | | 54 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $ _____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

sbol003f rpt v7.20.06



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

 Shipping    Tracking    Support    Business Solutions

## Tracking

🔒 Welcome, zarah gracia  |  Logout

My UPS |

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ‖‖‖ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 6R4 V12 03 5094 207 4 | **Delivered** | Delivered on: | 10/12/2005 9:53 A.M. |
| | | Delivered to: | ANDERSON, |
| | | Signed by: | WOODS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 10:19 A.M.  Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatic
Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

PO Box 581
El Paso, TX 79944

INVOICE NO: 007413

INVOICE DATE: 10/07/2005

## I N V O I C E

CUSTOMER NO. DEL002.  YOUR ORDER NO: 550074594
CUSTOMER PH: (915) 783-7470  OUR ORDER NO: TX-040405-002-0065
BILL TO:  SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS        DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18                DELPHI E PLANT 58
2900 SCATTERFIELD ROAD           2900 SCATTERFIELD ROAD
ANDERSON          IN             CHIHUAHUA         MEXICO
46013             USA            46013             MEXICO

TERMS:  CASH #1:       DISC:
        CASH #2:       DISC:                SHIPPED: 10/07/2005
   NET DUE DATE: 110605                  SHIPPED VIA: RYDER PICK UP

                                         F.O.B.: OUR DOCK
   YOUR CUSTOMER REP IS:  FPA            SHIPMENT NO: 008211    REF:
                                         PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 1378 | 1378 | 0 | 25354871. | | |
| | DELPHI ROTOR IN BOX | | | .971 | 1,338.04 |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:    REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC   HSBC ank USA
PO BOX 3480                       One HSBC Center
Buffalo, NY 14240-340             14th Floor Wholesale Lockbox
                                  C/o Kane Magnetics Acquisition LLC
                                  PO BOX 3480
                                  Buffalo, NY 14203

US Wire Transfer Information:     Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                  HSBC Bank USA NA
452 5th Avenue                    452 5th Avenue
New York, NY 10018                New York, NY 10018
Fedwire: 21001088  CHIPS ABA: 0108  SWIFT: MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA   Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5           Beneficiary Acct#:  590-85377-5

SALES TOTAL:        1,338.04
SALES TAX:          0.00
FREIGHT:            0.00
LESS:               0.00
OTHER CHARGES:      0.00

INVOICE TOTAL:      1,338.04
US DOLLARS

# BILL OF LADING

Date: 10/07/2005

Page 1 of 1

| SHIP FROM | Bill of Lading Number: 008211 |
|---|---|

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79941 USA

SID#: 8211    FOB: ☐

(402) 008211

| SHIP TO | |
|---|---|

Name: DELPHI ENERGY  PLANT 58    Location#: _____
Address: DELPHI E PLANT 58
           2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA    MEXI 46013
CID#:    FOB: ☐

CARRIER NAME: RYDER PICK UP
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

| THIRD PARTY FREIGHT CHARGES BILL |
|---|

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 13 | BOX | 351 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 13 | | 351 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $

Fee Terms:  Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt x7.20.06

PO Box 581
El Paso, TX 79944

INVOICE NO:  007412

INVOICE DATE:  10/07/2005

# I N V O I C E

CUSTOMER NO:  DEL002                          YOUR ORDER NO: 550074594

CUSTOMER PH:  (915) 783-7470                  OUR ORDER NO: TX-040405-001-0064

BILL TO:                                      SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY  PLANT 58
DELPHI E PLANT 18                  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD             2900 SCATTERFIELD ROAD
ANDERSON        IN                 CHIHUAHUA        MEXICO
46013           USA                46013           MEXICO

TERMS:    CASH #1:        DISC:
          CASH #2:        DISC:            SHIPPED:    10/07/2005
   NET DUE DATE: 110605             SHIPPED VIA: RYDER PICK UP

                                        F.O.B.:  OUR DOCK
   YOUR CUSTOMER REP IS:  FPA        SHIPMENT NO: 008209      REF:
                                        PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 636 | 636 | 0 | 25117298 | 0.63 | 400.68 |
|  |  |  | DELPHI ROTOR IN BOX |  |  |
|  |  |  | FREIGHT |  | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#:  21001088  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:  MRMDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 400.68 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 400.68 |

Date:   10/07/2005

# BILL OF LADING

| SHIP FROM | Bill of Lading Number: ___008209___ |
|---|---|

**KANE magnetics INTERNATIONAL**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:   8209                          FOB: ☐

(402) 008209

| SHIP TO |
|---|

Name: DELPHI ENERGY  PLANT 58          Location#:
Address:  DELPHI E PLANT 58
2900 SCATTERFIELD ROAD
City/State/Zip: CHIHUAHUA        MEXI 46013
CID#:                                        FOB: ☐

**CARRIER NAME:** RYDER PICK UP
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

| THIRD PARTY FREIGHT CHARGES BILL |
|---|

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid ___   Collect ___   3rd Party ___

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074594 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 6 | BOX | 162 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 6 | | 162 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount: $**
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

bol003f.rpt v7.20.06

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

Reclamation (Priority) Claims:

Pennsylvania                                    $        18,745.84 ✓
   Duns No. 927645671, Customer No. 20392

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**PRIORITY CLAIM**
**(ISSUED AFTER SEPTEMBER 28, 2005)**

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Contract Date | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Delphi Auto Systems - North America | 33423 | 09/28/05 | 10/28/05 | 8,842.08 | - | 8,842.08 | 4287 | 7/1/02 | 550007407 | | enclosed |
| PA | Delphi Auto Systems - North America | 33437 | 09/29/05 | 10/29/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 550035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33438 | 09/29/05 | 10/29/05 | 6,630.00 | - | 6,630.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33448 | 09/28/05 | 10/28/05 | 2,800.00 | - | 2,800.00 | 6809 | | JMS42303 | | enclosed |

Total Priority A/R - Kane, PA.                                                                    $   18,745.84

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33423 K |
|---|---|
| Invoice Date | 9/28/2005 |
| Customer | 20392 |
| Sales Order No. | 4287 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

**Ship To:** S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD

WESTCHESTER          OH  45069

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 0550007407 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP-JM01 | | | | | |
| 507.000 | ROTOR ASSEMBLY 665400 | 665400 | EA | 6240 | 1.41700 | |
| 9/28/2005 | CARTON SIZE 15 X 11 X 13 | 25140800 REV 7 | | | | 8,842.08 |

DOC#1500392732 KANBAN 0000007
PS#34486 VIA PJAX COL#126974831 6,240 PCS. 9-28-05

| | TOTAL INVOICE |
|---|---|
| | 8,842.08 |

Terms  NET 30 DAYS          Net Due Date  10/28/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| Account Number: | 590-95376-7 |
|---|---|
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 8, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINSTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

pjaxlogo.gif (2388 bytes)

# Shipment Tracking

Pro No:126974831

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/28/05

Status: Delivered

Delivery Date: 9/29/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33437  K** |
| Invoice Date | 9/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

**Ship To:**  S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD
WESTCHESTER          OH   45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 50.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 9/29/2005 | CARTON SIZE 6 X 6 X 6 | 25357937 REV 03J | | | | 473.76 |

DOC#1500393081  KANBAN 0000002
PS#34494 VIA PJAX COL#126974849 3,360 PCS. 9-29-05

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  10/29/2005

473.76

## Please Remit To:

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974849

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/29/05

Status: Delivered

Delivery Date: 9/30/05

# INVOICE

| | |
|---|---|
| Invoice | 33438  K |
| Invoice Date | 9/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

**Ship To:** S-DELPHI (35021) EL PASO, TX
32 CELERITY WAGON

EL PASO          TX  79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| SHIPPING MARKS: | | | | | | |
| DELPHI E/SEC-JUAREZ | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 35021 SAP#JM01 | | | | | | |
| 209.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 9/29/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,630.00 |

DOC#1500393081

KANBAN 1, 2, 3, 4, 5, 7, 7, 8, 9, 10, 11, 12, 13, 14, 15
PS#34493 VIA PJAX COL#126974849 3,000 PCS. 9-29-05

**TOTAL INVOICE**

6,630.00

| | | |
|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  10/29/2005 | 6,630.00 |

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wires/ACH/EDI: |
|---|---|---|
| Kane Magnetics Acquisition, LLC | HSBC Bank USA, N.A. | Account Number:  590-85376-7 |
| PO Box 2968 | 1 HSBC Center | ABA/Routing:  021001088 |
| Buffalo, NY 14240-2968 | 14th Floor, Wholesale Lockbox | Account Name:  Kane Magnetics Acquisition, LLC |
| | C/O Kane Magnetics Acquisition, LLC, PO Box 2968 | Bank Name:  HSBC Bank USA, N.A. |
| | Buffalo, NY 14203 | Bank Address:  452 5th Avenue, New York, NY 10018 |
| | | CHIPS:  0108 (foreign wires only) |
| | | SWIFT Code:  MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974849

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/29/05

Status: Delivered

Delivery Date: 9/30/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | **33448 K** |
| Invoice Date | 9/29/2005 |
| Customer | 24124 |
| Sales Order No. | 6809 |

**Sold To:** DELPHI AUTOMOTIVE SYSTEMS

48 WALTER JONES

DOCKS 87 & 88

EL PASO            TX  79906

US

**Ship To:** DELPHI AUTOMOTIVE SYSTEMS

48 WALTER JONES

DOCKS 87 & 88

ATTN: LAURA GARCIA/JACK LANTZ

EL PASO            TX  79906

US

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **JMS42303** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1.200 | PN25385289AA ROTOR ASM | 66SAMPLE | EA | 200 | 14.00000 | |
| 9/16/2005 | | | | | | 2,800.00 |

ORDERED BY JESUS CARRILLO

PS#34498 VIA UPS NDA  200 PCS. 9-29-05

TRACKING#1Z1869000149358120

| | TOTAL INVOICE |
|---|---|
| | **2,800.00** |

| Terms  NET 30 DAYS | Net Due Date  10/29/2005 | **2,800.00** |
|---|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wires/ACH/EDI: |
|---|---|---|
| Kane Magnetics Acquisition, LLC | HSBC Bank USA, N.A. | Account Number:  590-85376-7 |
| PO Box 2968 | 1 HSBC Center | ABA/Routing:  021001088 |
| Buffalo, NY 14240-2968 | 14th Floor, Wholesale Lockbox | Account Name:  Kane Magnetics Acquisition, LLC |
| | C/O Kane Magnetics Acquisition, LLC, PO Box 2968 | Bank Name:  HSBC Bank USA, N.A. |
| | Buffalo, NY 14203 | Bank Address:  452 5th Avenue, New York, NY 10018 |
| | | CHIPS:  0108 (foreign wires only) |
| | | SWIFT Code:  MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

UPS Package Tracking                                                          Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

## Tracking

Log-In    User ID: [        ]    Password: [        ] →  | Forgot Password

### Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
     Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help

## Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
| --- | --- | --- | --- |
| 1. 1Z 186 900 01 4935 812 0 | **Delivered** | Delivered on: | 09/30/2005 10:05 A.M. |
| | | Delivered to: | EL PASO, TX |
| | | Signed by: | VEGA |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 1:25 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanc
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# DELPHI

*1913*

Energy & Chassis Systems

Page 1 of 3

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
ITOCHU INTL-TOKYO
AUTOMOBILE DEPT NO 2
2-CHOME MINATO-KU
TOKYO
JAPAN 999-9999

KANE MAGNETICS ACQUISITION LLC
KANE MAGNETICS
700 ELK AVE
KANE PA 16735

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550078637 | 08-Sep-2005 |
| Version | |
| 08-Sep-2005  15:43:35 | |

## ORIGINAL REQUIREMENT CONTRACT

| Vendor No: | 1000468 |
|---|---|
| DUNS No: | 927645671 |

**Payment Terms:** ZMN2   **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

X-Ref. *606270*
Rev. _____
$ *2.21*

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 25351497 ROTOR ASM | JM01 DELPHI E & C JUAREZ | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 06-Sep-2005 | 31-Dec-2005 | USD | 2,145.00 | 1,000 | PC |
| | 01-Jan-2006 | 31-Dec-2006 | USD | 2,080.70 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 2,018.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # 550035621.
*********************

********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

Purchasing Contact: Chavez, Becky
Phone: 915-612-7067
Fax:  915-783-7392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
32 CELERITY WAGON,
EL PASO TX 79906

Date and Time Printed:  08-Sep-2005 15:43:35

*Quote* ~~BC0191E~~ *Replaces DC058-L*

# DELPHI

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C JUAREZ
AVE. ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

KANE MAGNETICS ACQUISTION LLC
1 CLINTON ST
GALETON PA 16922

**Requirements Contract**

| PO Number | Date Issued |
| 550035619 | 07/21/2003 |
| Version | |
| 05/24/2005 16:22:00 | |

Vendor No:   1001387
DUNS No:   944260389

**Payment Terms**   **Currency   USD**

Payment settled on 2nd, 2nd Month

**Incoterms FOB: Place Collect**

*670611 Sense Magnet*

| Item No. Material No. Description | Plant |
|---|---|
| 00010   25357937 | JM01 DELPHI E & C JUAREZ |

SENSE MAGNET - CHARGED
***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/01/2003 | 12/31/2004 | USD | 141.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 128.00 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 124.16 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 120.44 | 1,000 | PC |

*.1410*

This Requirement Contract is for 100% unless otherwise specified.

**Notes**

This Contract replaces previous contract # --.
********************

*.1013 × 47,040 = $611.52 Credit due*

Purchasing Contact: Chavez, Becky

Phone: 915-612-7067

Fax: 915-783-7392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
32 CELERITY WAGON
EL PASO TX 79906

# DELPHI

Energy & Chassis Systems

Page  1  of  3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI E & C JUAREZ
AVE.ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

KANE MAGNETICS ACQUSITION LLC
1 CLINTON ST
GALETON PA 16922

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550035621 | 07/21/2003 |
| Version | |
| 05/24/2005 16:20:53 | |

Vendor No:  1001387
DUNS No:   944260389

**Payment Terms**

Payment settled on 2nd, 2nd Month

*6067270  Heavy Duty Actuator - single length*

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 25351497 | JM01 DELPHI E & C JUAREZ | | | |
| | ROTOR ASM | | | | |

***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/01/2003 | 12/31/2004 | USD | 2,210.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 2,145.00 | 1,000 | PC *2.2100* |
| 01/01/2006 | 12/31/2006 | USD | 2,080.70 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 2,018.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

This Contract replaces previous contract # —.
********************

*Credit due*
*.065 x 50K  =   3,250.00*

Purchasing Contact: Chavez, Becky

Phone:  915-612-7067

Fax:  915-783-7392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
32 CELERITY WAGON,
EL PASO TX 79906

# DELPHI          4287

Energy & Chassis Systems

Page  1  of  2

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**

PO Number                                    Date Issued
550007407                                    07/01/2002
Version
06/10/2003  09:46:03

Please deliver to:
   See Delivery Schedule

REPRINT
OF REQUIREMENT CONTRACT

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA  16922

Vendor No:  1001387
DUNS No:   944260389

**Payment Terms:**  MN2          **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25140800 MGMT | DELPHI E & C JUAREZ |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/01/2001 | 03/31/2002 | USD | 1,506.70 | 1,000 | PC |
| 04/01/2002 | 12/31/2004 | USD | 1,431.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to

Purchasing Contact: Walter, Matt

Phone:  248-813-4353

Fax:  248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:     06/10/2003 09:46:03

06/10/2003  09:42    248-813-4557                        PAGE  03/05

# DELPHI

Energy & Chassis Systems

Page  2  of 2

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA  16922

## Requirements Contract

PO Number                                    Date Issued
550007407.                                   07/01/2002
Version
06/10/2003 09:46:03

| Item No. | Material No. Description | Plant |
|----------|------------------------|-------|

## Notes Continued:

become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com then Suppliers/Project Vega/Supplier Requirements, for additional information.
*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company
*********************
This Contract replaces previous contract #  N8V0000B.
*********************

07/02/02 - Alteration to extend REQUIREMENTS CONTRACT and change price on Material No. 25140800 (Item 10).

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**
Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**

PO Number
550024118
Version
01/31/2003 10:39:33

Date Issued
01/31/2003

Please deliver to:
See Delivery Schedule   20390
4816

## ORIGINAL
## REQUIREMENT CONTRACT

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA 16922

Vendor No: 1001387
DUNS No: 944260389

**Payment Terms:** ZVMS   **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

| Item No. | Material No. Description | | | | Plant | | |
|---|---|---|---|---|---|---|---|
| 00010 | 25351085 | | | | DELPHI  E & C  FLINT EAST | | |
| | MAGNET ASM-F/PMP MOT | | | | | | |
| | Valid From | Valid To | Currency | Price | | Price Unit | UOM |
| | 01/01/2003 | 12/31/2003 | USD | 1,647.00 | | 1,000 | PC |
| | 01/01/2004 | 12/31/2004 | USD | 1,614.00 | | 1,000 | PC |
| | 01/01/2005 | 12/31/2005 | USD | 1,589.00 | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
This Contract replaces previous contract # --.
*********************

X-Ref. 1665790
Rev.
$ 1.647

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company
*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing

Purchasing Contact: Hamilton, Star

Phone: 810-257-5349

Fax: 810-257-5573

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   01/31/2003 10:39:33

# DELPHI

Energy & Chassis Systems

Page  2  of  2

KANE MAGNETICS INTERNATIONAL I
J CLINTON ST
GALETON PA 16922

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550024118 | 01/31/2003 |
| Version | |
| 01/31/2003 10:39:33 | |

| Item No. | Material No. | | Plant |
|---|---|---|---|
| | Description | | |

## Notes Continued:

productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphiauto.com then Suppliers/Project Vega/Supplier Requirements, for additional information.

*********************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphiauto.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*********************

The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overhead.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.

*********************

# DELPHI

Energy & Chassis Systems

Page   1   of   2

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550024118 | 01/31/2003 |
| Version | |
| 05/02/2003  08:02:55 | |

*Please deliver to:*
*See Delivery Schedule*   4816

**ALTERATION
TO REQUIREMENT CONTRACT**

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA 16922

Vendor No:   1001387
DUNS No:   944260389

**Payment Terms**

Payment settled on 2nd, 2nd Month

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25351085 | DELPHI   E & C   FLINT EAST |
| | MAGNET ASM-F/PMP MOT | |
| | *** THIS AMENDMENT CHANGES PRICE*** | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2003 | 03/31/2003 | USD | 1,647.00 | 1,000 | PC |
| 04/01/2003 | 12/31/2005 | USD | 1,190.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Note**

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
This Contract replaces previous contract # --.          665790
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing

Purchasing Contact: Walter, Matt

Phone:  248-813-4353

Fax:  248-813-4599

**Contact Address:**

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:   05/02/2003 08:02:55

# DELPHI

*1912*

_Energy & Chassis Systems_

Page 1 of 3

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI E & C JUAREZ
AVE.ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

KANE MAGNETICS ACQUISITION LLC
KANE MAGNETICS
700 ELK AVE
KANE PA 16735

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550078638 | 08-Sep-2005 |
| Version | |
| 08-Sep-2005 15:41:36 | |

## ORIGINAL
## REQUIREMENT CONTRACT

Vendor No: 1000468
DUNS No: 927645671

**Payment Terms: ZMN2            Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB-Freight Collect**

X-Ref. _670611_
Rev. _____
$ _.141_

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25357937 | JM01 DELPHI E & C JUAREZ |
| | SENSE MAGNET - CHARGED | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06-Sep-2005 | 31-Dec-2005 | USD | 128.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 124.16 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 120.44 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # 550035619.
********************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

Purchasing Contact: Chavez, Becky
Phone: 915-612-7067
Fax: 915-783-7392

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
32 CELERITY WAGON,
EL PASO TX 79906

Date and Time Printed:  08-Sep-2005 15:41:36

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

Reclamation (Priority) Claims:

Mississippi
Duns No. 179851969
Duns No. 104016670                    $      238,360.80 ✓

# ENERGY CONVERSION SYSTEMS - NORTH AMERICA
## DELPHI ACCOUNTS RECEIVABLE
### OCTOBER 8, 2005

**PRIORITY CLAIM**
(ISSUED AFTER SEPTEMBER 28, 2006)

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Customer PO No. | Contract No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS | Delphi Auto Systems - North America | 1013155 | 09/28/05 | 10/08/05 | 16,997.50 | 0.00 | 16,997.50 | 18228 | 550054565 | 550054565 | enclosed | enclosed |
| MS | Delphi Auto Systems - North America | 1013211 | 09/28/05 | 10/08/05 | 16,803.76 | 0.00 | 16,803.76 | 17545 | 550008042 | 550008042 | enclosed | enclosed |
| MS | Delphi Auto Systems - North America | 1013204 | 09/28/05 | 10/08/05 | 9,630.72 | 0.00 | 9,630.72 | 17323 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013202 | 09/28/05 | 10/08/05 | 6,019.20 | 0.00 | 6,019.20 | 17324 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013194 | 09/28/05 | 10/08/05 | 2,761.50 | 0.00 | 2,761.50 | 17026 | 550013358 | 550013358 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013196 | 09/28/05 | 10/08/05 | 2,761.50 | 0.00 | 2,761.50 | 17026 | 550049084 | 550049084 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013213 | 09/28/05 | 10/08/05 | 2,151.80 | 0.00 | 2,151.80 | 18036 | 550053387 | 550053387 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013201 | 09/28/05 | 10/08/05 | 2,151.80 | 0.00 | 2,151.80 | 18036 | 550053387 | 550053387 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013189 | 09/28/05 | 10/08/05 | 2,034.00 | 0.00 | 2,034.00 | 17325 | 550007211 | 550007211 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013215 | 09/28/05 | 10/08/05 | 13,212.50 | 0.00 | 13,212.50 | 17026 | | | enclosed | |
| MS | Delphi Auto Systems - North America | 1013258 | 09/30/05 | 10/10/05 | 1,953.35 | 0.00 | 1,953.35 | 18262 | 550016188 | 550016188 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013257 | 09/30/05 | 10/10/05 | 29,509.42 | 0.00 | 29,509.42 | 17178 | 550016187 | 550016187 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013256 | 09/30/05 | 10/10/05 | 14,786.75 | 0.00 | 14,786.75 | 18278 | 550016187 | 550016187 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013270 | 10/03/05 | 10/13/05 | 4,303.60 | 0.00 | 4,303.60 | 18036 | 550053387 | 550053387 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013271 | 10/03/05 | 10/13/05 | 14,446.08 | 0.00 | 14,446.08 | 17323 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013285 | 10/04/05 | 10/14/05 | 6,019.20 | 0.00 | 6,019.20 | 17324 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013279 | 10/04/05 | 10/14/05 | 11,325.00 | 0.00 | 11,325.00 | 18228 | 550054565 | 550054565 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013284 | 10/04/05 | 10/14/05 | 6,019.20 | 0.00 | 6,019.20 | 17324 | 550013358 | 550013358 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013280 | 10/04/05 | 10/14/05 | 4,815.36 | 0.00 | 4,815.36 | 17324 | 550013358 | 550013358 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013280 | 10/04/05 | 10/14/05 | 2,301.25 | 0.00 | 2,301.25 | 17323 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013292 | 10/05/05 | 10/15/05 | 495.33 | 0.00 | 495.33 | 18303 | JMS42877 | JMS42877 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013292 | 10/05/05 | 10/15/05 | 16,803.76 | 0.00 | 16,803.76 | 17545 | 550008042 | 550008042 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013293 | 10/05/05 | 10/15/05 | 9,630.72 | 0.00 | 9,630.72 | 17323 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013286 | 10/05/05 | 10/15/05 | 7,550.00 | 0.00 | 7,550.00 | 18228 | 550054565 | 550054565 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013285 | 10/05/05 | 10/15/05 | 2,465.28 | 0.00 | 2,465.28 | 18212 | 550062549 | 550062549 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013285 | 10/05/05 | 10/15/05 | 1,380.75 | 0.00 | 1,380.75 | 17026 | 550049084 | 550049084 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013316 | 10/05/05 | 10/15/05 | 349.78 | 0.00 | 349.78 | 17039 | 550049084 | 550049084 | enclosed | enclosed |
| MS | Delphi Auto Systems - North America | 1013311 | 10/06/05 | 10/16/05 | 9,630.72 | 0.00 | 9,630.72 | 17323 | 550016187 | 550016187 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013312 | 10/06/05 | 10/16/05 | 5,379.50 | 0.00 | 5,379.50 | 18036 | 550015795 | 550015795 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013317 | 10/06/05 | 10/16/05 | 2,761.50 | 0.00 | 2,761.50 | 17026 | 550053387 | 550053387 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013331 | 10/15/05 | 10/15/05 | 410.88 | 0.00 | 410.88 | 18212 | 550062549 | 550062549 | enclosed | |
| MS | Delphi Auto Systems - North America | 1013330 | 10/07/05 | 10/17/05 | 4,815.36 | 0.00 | 4,815.36 | 17323 | 550015795 | 550015795 | enclosed | enclosed |
| MS | Misc Debits | | 10/07/05 | 01/00/00 | 2,214.72 | 0.00 | 2,214.72 | 17028 | 550015795 | 550015795 | enclosed | enclosed |
| | | | | 01/00/00 | (7,240.51) | | (7,240.51) | 17028 | | | | |

Total Priority A/R - Mississippi    $    258,360.80

1013195        09/27/05

CENTRAL TRANSPORT        FOB FACTORY- FRT COL

1013195        09/28/05 06/28/06 550054565

**REPRINT**        18228        NET 10 DAYS

DELPHI AUTOMOTIVE 002        CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ  85082-2530
USA

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX
USA        79906

DEL002

DEL002-20

| 3 25378904 | | | | |
|---|---|---|---|---|
| CABLE CONNECTOR | 3000.00 EA | | 3.77500 | 11325.00 |
| FREIGHT BILLS: | 0.00 | | | |
| DELPHI E (35021) CISCO | | | | |
| C/O DATA2LOGISTICS | | | | |
| P.O. BOX 9115 | | | | |
| NORWOOD, MA  02062-9115 | | | | |
| VENDOR NUMBER 1005886 | | | | |
| DOCK CODE JM01 | | | | |

4 25378904
CABLE CONNECTOR        1500.00 EA        3.77500        5662.50
FREIGHT BILLS:        0.00
DELPHI E (35021) CISCO
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA  02062-9115
VENDOR NUMBER 1005886
DOCK CODE JM01

PRODUCT: 25378904        4500.00

SUBTOTAL:        16987.50

TAX:        0.00 @    0.00%
NOT APPLICABLE        0.00

TOTAL:        16987.50

# BILL OF LADING

**ECS**
Energy Conversion Systems

*1013195*

| | | | |
|---|---|---|---|
| SALES ORDER NO. | PRINTED ON | | PAGE |
| ORDER DATE | CONTRACT NUMBER | | |
| CUSTOMER PURCHASE ORDER NUMBER | | | |

**PACKING LIST**

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|
| 1013195 | | |

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
|---|---|---|
| | FOR FACTORY   FRT COL WHIN | |

*Menlo Forwarding*

**SHIP TO**
DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

**BILL TO**                    CABLE
DELPHI AUTO SYSTEMS
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA                85082-2530

| SHIP TO CUSTOMER | BILL TO CUSTOMER |
|---|---|
| DELOO2-20 | DELOO2 |

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 3 | 25378904 | CABLE CONNECTOR | | | 3000.00 | 3000.00 | 0.00 |
| | | FREIGHT BILLS: | | | | | |
| | | DELPHI E (35021) CISCO | | | | | |
| | | C/O DATA2LOGISTICS | | | | | |
| | | P.O. BOX 9115 | | | | | |
| | | NORWOOD, MA  02062-9115 | | | | | |
| | | VENDOR NUMBER 1005886 | | | | | |
| | | DOCK CODE JM01 | | | | | |
| 4 | 25378904 | CABLE CONNECTOR | | | 16500.00 | 1500.00 | 15000.00 |
| | | FREIGHT BILLS: | | | | | |
| | | DELPHI E (35021) CISCO | | | | | |
| | | C/O DATA2LOGISTICS | | | | | |
| | | P.O. BOX 9115 | | | | | |
| | | NORWOOD, MA  02062-9115 | | | | | |
| | | VENDOR NUMBER 1005886 | | | | | |
| | | DOCK CODE JM01 | | | | | |
| | | SUBTOTAL FOR PROD: 25378904 | | | | 4500.00 | |

ACM # 2370141

| COLLECT | PREPAID | TOTAL | |
|---|---|---|---|
| ☑ | ☐ | | 9 |

| ENERGY CONVERSION SYSTEMS SIGNATURE | CARRIER *Menlo - CBA* SIGNATURE | TRAILER # | GROSS WT |
|---|---|---|---|
| | | | NET WT |

1013211     09/28/05

CENTRAL TRANSPORT     FOB FACTORY- FRT PPD

1013211     09/28/05 06/28/06 0550006042

**REPRINT**   17545     NET 45 DAYS

DELPHI AUTOMOTIVE 04       INFL              DELPHI AUTO SYSTEMS
ENERGY AND ENGINE MGMT                      ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                            WOODMAN DRIVE
BOX 62530                                   GATE, 4 PLANT 17 DOCK
PHOENIX, AZ   85082-2530                    KETTERING, OH
USA                                         USA          45420

        DEL004                                      DEL009-10


33 10321802                    1680.00 EA    10.00224      16803.76
   VALVE ASM:INFLATOR           0.00
   CUST PART: 22212789
   dock code: h301


                                    SUBTOTAL:      16803.76

   TAX:        0.00 @   0.00%
   NOT APPLICABLE                                       0.00

                                    TOTAL:        16803.76

# ECS
## Energy Conversion Systems

**BILL OF LADING**

**PACKING LIST**

1013211

| SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|
| | | 1 |

| ORDER DATE | CONTRACT NUMBER | |

| CUSTOMER PURCHASE ORDER NUMBER |
| CC500000042 |

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
| CENTRAL TRANSPORT | FOB FACTORY | INF FFD NFIN |

**SHIP TO**
DELPHI AUTO SYSTEMS
ENERGY AND ENGINE MGMT
WOODMAN DRIVE
GATE, 4 PLANT 17 DOCK
KETTERING, OH  45420
USA

**BILL TO**
DELPHI AUTO SYSTEMS      INFL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA       85082-2530

SHIP TO CUSTOMER   DEL009-10

BILL TO CUSTOMER   DEL004

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 33 | 10321802 | VALVE ASM:INFLATOR CUST PART: 22212789 dock code: h301 | | | 1680.00 | 1680.00 | 0.00 |

388-068335-9   01

| COLLECT | ☐ PREPAID | TOTAL | 28 1 |

ERGY CONVERSION SYSTEMS ___  CARRIER  Central  TRAILER # ___  GROSS WT. 850

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment   Pg 140 of 506

Page 1 of

**Trace Shipment**

| Trace Results | 6/27/2006 - 3:48 PM |
|---|---|

| Pro Number:<br>**388-068335-9**<br>BOL | BOL Number:<br>1013211 | Pieces:<br>1 | Weight:<br>850 | Destination:<br>N/A |
|---|---|---|---|---|

| Pickup Date:<br>09/29/2005 | Est Delivery Date:<br>N/A | Delivery Date:<br>10/4/2005 |
|---|---|---|
| Current Location:<br>N/A | Status:<br>Delivered (Click image to view Delivery Receipt - if available )<br>DR | |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**. Click here to download Acrobat Reader.

1013204    09/27/05

CENTRAL TRANSPORT    FOB FACTORY- FRT COL

1013204    09/28/05 06/28/06 550015795

**REPRINT**    17323    NET 45 DAYS

DELPHI AUTOMOTIVE 03        FUEL            DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                            2926 DAVISON ROAD
BOX 62530                                  DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                     FLINT, MI
USA                                        USA            48556

        DEL003                                    DEL003-40


VENDOR NUMBER 1005886
THIRD PARTY BILL BILL FREIGHT
TO   DELPHI ENERGY
CISCO CODE 31005
C/O DATA2 LOGISTICS
P.O. BOX 9115
NORWORD, MA 02062-9115

37 25351087                        5760.00 EA      1.67200        9630.72
   BRUSH CARRIER ASM; FUEL PUMP       0.00
   DOCK CODE E101


                                              -----------------------
                                  SUBTOTAL:          9630.72

    TAX:        0.00 @   0.00%
    NOT APPLICABLE                                      0.00
                                              =======================
                                  TOTAL:            9630.72

# BILL OF LADING

**ECS**

Energy Conversion Systems

PACKING LIST

| | |
|---|---|
| SALES/ORDER NO. | PRINTED ON | PAGE |
| ORDER DATE | CONTRACT NUMBER | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | |

1013204

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|
| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
| CENTRAL TRANSPORT | FOB FACTORY  FRT COL WHIN | |

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI  48556
USA

SHIP TO CUSTOMER        DEL003-40

**BILL TO**

DELPHI AUTO SYSTEMS        FUEL
ENERGY AND ENGINE MGHT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA        85082-2530

BILL TO CUSTOMER        DEL003

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER 1005986 THIRD PARTY BILL BILL FREIGHT TO DELPHI ENERGY CISCO CODE 31005 C/O DATA2 LOGISTICS P.O. BOX 9115 NORWORD, MA 02062-9115 | | | | | |
| 187 | 25351087 | BRACH CARRIER ASM; FUEL PUMP DOCK CODE E101 | | | 5760.00 | 5760.00 | 0.00 |



**CENTRAL TRANSPORT**   387-312999-6   01

| COLLECT | PREPAID | TOTAL | 242 | |
|---|---|---|---|---|
| ENERGY CONVERSION SYSTEMS | Braille | CARRIER  Central | TRAILER # | GROSS WT. 550 |

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Proof of Claim   Pg 143 of 506

Page 1 of

## Trace Shipment

| Trace Results | 6/27/2006 - 3:52 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-312999-6 | 1013204 | 2 | 550 | N/A |
| | **BOL** | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 09/27/2005 | N/A | 9/30/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |
| | **DR** |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013202      09/27/05

CENTRAL TRANSPORT      FOB FACTORY- FRT COL

1013202      09/28/05 06/28/06 550013358

**REPRINT**    17324      NET 45 DAYS

DELPHI AUTOMOTIVE 03      FUEL      DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV      2926 DAVISON ROAD
BOX 62530      DOCK 100, Gerotor
PHOENIX, AZ  85082-2530      FLINT, MI
USA      USA      48556

DEL003      DEL003-40

62 25343813                        3600.00 EA      1.67200      6019.20
   BRUSH CARRIER ASM;FUEL PUMP        0.00
   dock @101100

                                              SUBTOTAL:      6019.20

   TAX:      0.00 @   0.00%                                    0.00
   NOT APPLICABLE
                                              TOTAL:      6019.20

# ECS

## Energy Conversion Systems

**BILL OF LADING**

**PACKING LIST**

1013202

| SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|
| | | | 1 |

ORDER DATE

CUSTOMER PURCHASE ORDER NUMBER
550010558

SHIPMENT NO.   DATE SHIPPED   BILL OF LADING NO.
1013202

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE
CENTRAL TRANSPORT   FOB FACTORY   FRT COL WPIN

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK  100, Gerotor
FLINT, MI 48556
USA

SHIP TO CUSTOMER        DEL003-40

**BILL TO**

DELPHI AUTO SYSTEMS        FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA                85082-2530

BILL TO CUSTOMER        DEL003

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 62 | 25343813 | BRUSH CARRIER ASM; FUEL PUMP dock e101100 | | | 3600.00 | 3600.00 | 0.00 |



387-314277-5   01

COLLECT   ☐ PREPAID   TOTAL  12 /

ENERGY CONVERSION SYSTEMS    B  M    CARRIER  Central    TRAILER # 53584   GROSS WT  300

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Proof of Claim   Pg 146 of 506

Page 1 of

## Trace Shipment

| Trace Results | 6/27/2006 - 3:53 PM |
|---|---|

**Pro Number:**
387-314277-5

**BOL Number:**
1013202

**BOL**

**Pieces:** 1

**Weight:** 300

**Destination:** N/A

**Pickup Date:**
09/27/2005

**Est Delivery Date:**
N/A

**Delivery Date:**
9/30/2005

**Current Location:**
N/A

**Status:**
Delivered (Click image to view Delivery Receipt - if available )

**DR**

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

1013194        09/27/05

BAX GLOBAL            FOB FACTORY- FRT COL

1013194        09/28/05 06/28/06 0550049084

**REPRINT**        17026        NET 45 DAYS

DELPHI AUTOMOTIVE 002      CABLE            DELPHI
ENERGY AND ENGINE MGMT                      ENERGY AND CHASSIS
DISBURSEMENT SVC                            32 CELERITY WAGON
BOX 62530                                   DOCK WEST 15
PHOENIX, AZ   85082-2530                    EL PASO, TX
USA                                         USA          79906

      DEL002                                      DEL002-20


13 25367862                    3000.00 EA      0.92050        2761.50
   EPSILON HARNESS                  0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA  02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01


                                   SUBTOTAL:        2761.50

   TAX:        0.00 @   0.00%                          0.00
   NOT APPLICABLE
                                   TOTAL:         2761.50

# BILL OF LADING

**ECS**

Energy Conversion Systems

PACKING LIST

| SALES ORDER NO. | | PRINTED ON | | PAGE |
| --- | --- | --- | --- | --- |
| ORDER DATE | | CONTRACT NUMBER 1705 | | |
| CUSTOMER PURCHASE ORDER NUMBER | | 00000190004 | | |
| SHIPMENT NO. | DATE SHIPPED | | BILL OF LADING NO. | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | | WAREHOUSE |

1013194

BAX GLOBAL *Menlo Forwarding*    FOB FACTORY - FRT COL WTIN

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

SHIP TO CUSTOMER    DEL002-20

**BILL TO**

DELPHI AUTO SYSTEMS    CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ    85082-2530
USA

BILL TO CUSTOMER    DEL002

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 143 | 25367882 | EPSILON HARNESS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 3000.00 | 3000.00 | 0.00 |

ALM # 2370141

Truck 1

| COLLECT | PREPAID | TOTAL 6 |

ENERGY CONVERSION SYSTEMS    CARRIER *Menlo*  CBA  TRAILER #    GROSS WT.

1013196     09/27/05

BAX GLOBAL              FOB FACTORY- FRT COL

1013196     09/28/05 06/28/06 0550053387

**REPRINT**     18036     NET 75 DAYS

DELPHI AUTOMOTIVE 002     CABLE          TOMKEN TOOL
ENERGY AND ENGINE MGMT                  4605 N. SUPERIOR DR
DISBURSEMENT SVC                         DISBURSEMENT SVC
BOX 62530                                BOX 62530
PHOENIX, AZ   85082-2530                 MUNCIE, IN
USA                                      USA          47303

        DEL002                                   TOM001-10


18 25350954                 1400.00 EA     1.53700      2151.80
   CRANK HARNESS               0.00

                                    SUBTOTAL:          2151.80

        TAX:        0.00 @   0.00%
        NOT APPLICABLE                                    0.00

                                    TOTAL:            2151.80

# BILL OF LADING

**ECS**

Energy Conversion Systems

*1013 196*

PACKING LIST

| | | |
|---|---|---|
| SALES ORDER NO. | PRINTED ON | PAGE |
| ORDER DATE | CONTRACT NUMBER | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | | |
| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |

*UPS Fed*

FOB FACTORY   FRT COL MFTR

**SHIP TO**

TOMKEN TOOL
4605 N. SUPERIOR DR
DISBURSEMENT SVC
BOX 62530
MUNCIE, IN  47303
USA

SHIP TO CUSTOMER     TOM001-10

**BILL TO**

DELPHI AUTO SYSTEMS     CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA            85082-2530

BILL TO CUSTOMER     DEL002

| PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|
| 18  25350954 | CRANK HARNESS | | | 1500.00 | 1400.00 | 100.00 |

☐ COLLECT     ☐ PREPAID     TOTAL

RGY CONVERSION SYSTEMS     CARRIER  *UPS Fed*     TRAILER #     GROSS WT.

END SHIPMENT DETAIL REPORT
09/27/05 03:00 PM

UPS Account No. 39
Sorted By: Order of Shipm

| Name/Address | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|
| Ship To: DON P. TOMKEN<br>4601 N SUPERIOR DRIVE<br>MUNCIE IN 47303-6430 | Service Type:   UPS NEXT DAY AIR<br>Total Packages:   2<br>Hundredweight:   No<br>Billable WL:   58.0<br>Billing Option:   Freight Collect<br>Package Ref No.1: 113196<br>Package Ref No.2: 2535954 | Shipment Service Charge: | $   160.00 |
| | Tracking No.:   1Z39X4580148761656<br>Package Type:   Package<br>Weight:   29.0<br>Package Ref No.1: 113196<br>Package Ref No.2: 2535954 | Package Service Charge: | $   80.00 |
| | Tracking No.:   1Z39X4580149136660<br>Package Type:   Package<br>Weight:   29.0<br>Package Ref No.1: 113196<br>Package Ref No.2: 2535954 | Package Service Charge:<br>Receiver Amt: (793476)<br>UPS Total Charge: | $   80.00<br>$   160.00<br>$   160.00 |

Summary Totals:

| Shipment Option | Shpts Pkgs Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|
| Package Option | Pkgs   Ref Charges | | Freight Collect<br>TOTAL CHARGES | 1 | 2 | $   160.00<br>$   160.00 |

1 Shipment(s)
2 Package(s)

Page 1

UPS WorldShip® 7.0.17 winspool 1025

UPS Package Tracking



Page 1 of 1

Home | About UPS | Contact UPS | Getting Started @ UPS.com

 

**UPS United States**

Shipping | **Tracking** | Support | Business Solutions

## Tracking

Log-In   User ID: [     ]   Password: [     ]   | Forgot Password

[ Register ]

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers ⌂
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⌂
→ Void a Shipment ⌂
→ Help

|||| **Track by Tracking Number**

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 39X 458 01 4876 165 6 | **Delivered** | Delivered on: | 09/28/2005 9:29 A.M. |
| | | Delivered to: | MUNCIE, IN, US |
| | | Signed by: | JOHNSON |
| | | Service Type: | NEXT DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/28/2006 3:14 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

1013213    09/28/05

BAX GLOBAL              FOB FACTORY- FRT COL

1013213    09/28/05 06/28/06 0550053387

**REPRINT**    18036    NET 75 DAYS

DELPHI AUTOMOTIVE 002    CABLE               TOMKEN TOOL
ENERGY AND ENGINE MGMT                       4605 N. SUPERIOR DR
DISBURSEMENT SVC                             DISBURSEMENT SVC
BOX 62530                                    BOX 62530
PHOENIX, AZ  85082-2530                      MUNCIE, IN
USA                                          USA        47303

        DEL002                                       TOM001-10


18 25350954                    1400.00 EA    1.53700    2151.80
    CRANK HARNESS                  0.00

                                          ---------------------------
                               SUBTOTAL:               2151.80

    TAX:        0.00 @   0.00%                            0.00
    NOT APPLICABLE                        ====================
                               TOTAL:                  2151.80

# BILL OF LADING

## ECS
Energy Conversion Systems

PACKING LIST

| SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|
| ORDER DATE | CONTRACT NUMBER | | 1 |

CUSTOMER/PURCHASE/ORDER NUMBER
055005586

SHIPMENT NO. 101321     DATE SHIPPED     BILL OF LADING NO.

METHOD OF SHIPMENT     FREIGHT TERMS     WAREHOUSE
DAY GLOBAL     FOB FACTORY     INT COL MFIN

UPS fed

**SHIP TO**
TOMKEN TOOL
4605 N. SUPERIOR DR
DISBURSEMENT SVC
BOX 62530
MUNCIE, IN  47303
USA

SHIP TO CUSTOMER     TOM001-10

**BILL TO**
DELPHI AUTO SYSTEMS     CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA     85082-2530

BILL TO CUSTOMER     DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 18 | 25350954 | CRANK HARNESS | | | 1400.00 | 1400.00 | 0.00 |

COLLECT     ☐ PREPAID     TOTAL

RGY CONVERSION SYSTEMS     CARRIER UPS fed     TRAILER #     GROSS WT. 58

Proof of Shipment Detail Report
Entry Conversion Systems, Inc.
09/28/05 03:56 PM

Pickup Record No.: 2026645 10 6

UPS Account No.: 39X
Sorted By: Order of Shipm

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To: DON P. TOMKEN 4601 N SUPERIOR DRIVE MUNCIE IN 47303-8430 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: Package Ref No.1: Package Ref No.2: | UPS NEXT DAY AIR 2 No 58.0 Freight Collect 1013213 25350954 | Shipment Service Charge: | $ | 160.00 |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149098283 Package 29.0 1013213 25350954 | Package Service Charge: | $ | 80.00 |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149692890 Package 29.0 1013213 25350954 | Package Service Charge: Receiver Amt: (793476) UPS Total Charge: | $ $ $ | 80.00 160.00 160.00 |
| Ship To: JIDECO 901 WITHROW COURT BARDSTOWN KY 40004 | Service Type: Total Pkgs./Wt.: Hundredweight: Billable Wt.: Billing Option: Package Ref No.1: Package Ref No.2: | UPS NEXT DAY AIR 5/100.0 Applied 100.0 Freight Collect 1013214 3257559-BLS | Shipment Service Charge: | $ | 201.00 |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580147768704 Package 20.0 1013214 3257559-BLS | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149829715 Package 20.0 1013214 3257559-BLS | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149059922 Package 20.0 1013214 3257559-BLS | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149923336 Package 20.0 1013214 3257559-BLS | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580147763941 Package 20.0 1013214 3257559-BLS | Receiver Amt: (411422) UPS Total Charge: | $ $ | 201.00 201.00 |

UPS WorldShip® 7..0.17 winspool 1025

P.8/9   To:601852S2567   6189 283 2189   662 283 299   SEP-29-2005 08:11 From:ECS WINONA

UPS Package Tracking

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



Search

**UPS United States**



Log-In   User ID: [_____]   Password: [_____] | Forgot Password

Register

**Tracking**

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

**▌▌▌▌ Track by Tracking Number**

**View Tracking Summary**

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 39X 458 01 4909 828 3 | **Delivered** | Delivered on: | 09/29/2005 9:26 A.M. |
| | | Delivered to: | MUNCIE, IN, US |
| | | Signed by: | JOHNSON |
| | | Service Type: | NEXT DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/28/2006 3:17 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

1013201        09/27/05

ABF SOUTHERN EXPRESS FOB FACTORY- FRT COL

1013201        09/28/05 06/28/06 0550007211

**REPRINT**    17325        NET 45 DAYS

DELPHI AUTOMOTIVE 002      CABLE              DELPHI EEMS
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC                             32 CELERITY WAGON
BOX 62530                                    DOCK WEST 15
PHOENIX, AZ   85082-2530                     EL PASO, TX
USA                                          USA          79906

        DEL002                                       DEL002-30


FREIGHT BILLS:
DELPHI E (35021) CISCO
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA   02062-9115
VENDOR NUMBER 1005886

7  25163289                    18000.00 EA      0.11300        2034.00
   GROMMET ASM                    0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA   02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01


                                              ----------------------------
                               SUBTOTAL:           2034.00

   TAX:        0.00 @    0.00%                         0.00
   NOT APPLICABLE                             ========================
                               TOTAL:              2034.00

# BILL OF LADING

**ECS**

**Energy Conversion Systems**

PACKING LIST

| SALES ORDER NO. | PRINTED ON | | PAGE |
| --- | --- | --- | --- |
| ORDER DATE | CONTRACT NUMBER | | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | | | |

SHIPMENT NO. /01 3201

DATE SHIPPED

BILL OF LADING NO.

METHOD OF SHIPMENT

FREIGHT TERMS

WAREHOUSE

ABF SOUTHERN EXPRESS FOR FACTORY- FRT COL NFIN

Central Transport

**SHIP TO**

DELPHI EEMS

32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

**BILL TO**

DELPHI AUTO SYSTEMS      CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA          85082-2530

SHIP TO CUSTOMER       DEL002-30

BILL TO CUSTOMER       DEL002

| PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
| --- | --- | --- | --- | --- | --- | --- |
| | FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 | | | | | |
| 7 25163289 | GROMMET ASM FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 18000.00 | 18000.00 | 0.00 |

**CENTRAL TRANSPORT**  387-312998-8  08

☑ COLLECT      ☐ PREPAID      TOTAL  121

ENERGY CONVERSION SYSTEMS      CARRIER Central      TRAILER 58-8789      GROSS WT. 460

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment   Proof of Claim   Pg 159 of 506

Page 1 of

## Trace Shipment

| Trace Results | 6/27/2006 - 3:55 PM |
| --- | --- |

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
| --- | --- | --- | --- | --- |
| 387-312998-8 | 1013201 | 1 | 460 | N/A |
| | BOL | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
| --- | --- | --- |
| 09/27/2005 | N/A | 10/1/2005 |

| Current Location: | Status: |
| --- | --- |
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |
| | DR |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013189   09/26/05                    1

CENTRAL TRANSPORT   FOB FACTORY- FRT COL

1013189-1  09/29/05 07/24/06 550054565

**REPRINT**   18228   NET 10 DAYS

DELPHI AUTOMOTIVE 002   CABLE          DELPHI
ENERGY AND ENGINE MGMT            ENERGY AND CHASSIS
DISBURSEMENT SVC                  32 CELERITY WAGON
BOX 62530                    DOCK WEST 15
PHOENIX, AZ  85082-2530           EL PASO, TX
USA                      USA      79906

        DEL002                    DEL002-20


| | | | | | |
|---|---|---|---|---|---|
| 3 25378904 | 2000.00 EA | | 3.77500 | 7550.00 |
| CABLE CONNECTOR | 0.00 | | | |
| FREIGHT BILLS: | | | | |
| DELPHI E (35021) CISCO | | | | |
| C/O DATA2LOGISTICS | | | | |
| P.O. BOX 9115 | | | | |
| NORWOOD, MA  02062-9115 | | | | |
| VENDOR NUMBER 1005886 | | | | |
| DOCK CODE JM01 | | | | |
| | | | | | |
| 4 25378904 | 1500.00 EA | | 3.77500 | 5662.50 |
| CABLE CONNECTOR | 0.00 | | | |
| FREIGHT BILLS: | | | | |
| DELPHI E (35021) CISCO | | | | |
| C/O DATA2LOGISTICS | | | | |
| P.O. BOX 9115 | | | | |
| NORWOOD, MA  02062-9115 | | | | |
| VENDOR NUMBER 1005886 | | | | |
| DOCK CODE JM01 | | | | |


PRODUCT: 25378904       3500.00


                    SUBTOTAL:    13212.50

TAX:    0.00 @  0.00%             0.00

NOT APPLICABLE

                    TOTAL:      =============
                                13212.50


1013189   09/26/05              1

CENTRAL TRANSPORT   FOB FACTORY- FRT COL

1013189-1  09/29/05 07/24/06 550054565

**REPRINT**  18228   NET 10 DAYS


DELPHI AUTOMOTIVE 002   CABLE        DELPHI
ENERGY AND ENGINE MGMT              ENERGY AND CHASSIS
DISBURSEMENT SVC                    32 CELERITY WAGON
BOX 62530                    DOCK WEST 15
PHOENIX, AZ 85082-2530              EL PASO, TX
USA                      USA   79906

        DEL002                      DEL002-20


3 25378904            2000.00 EA   3.77500    7550.00
  CABLE CONNECTOR          0.00
  FREIGHT BILLS:
  DELPHI E (35021) CISCO
  C/O DATA2LOGISTICS
  P.O. BOX 9115
  NORWOOD, MA 02062-9115
  VENDOR NUMBER 1005886
  DOCK CODE JM01

4 25378904            1500.00 EA   3.77500    5662.50
  CABLE CONNECTOR          0.00
  FREIGHT BILLS:

DELPHI E (35021) CISCO
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA  02062-9115
VENDOR NUMBER 1005886
DOCK CODE JM01

PRODUCT: 25378904          3500.00

                    SUBTOTAL:     13212.50

TAX:        0.00 @  0.00%                    0.00
NOT APPLICABLE                        ==============
                    TOTAL:        13212.50

# ECS
**Energy Conversion Systems**

## BILL OF LADING

**7013189**

PACKING LIST

| Field | |
|---|---|
| SALES ORDER NO. | PRINTED ON |
| ORDER DATE | CONTRACT N |
| CUSTOMER PURCHASE ORDER NUMBER | |
| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |

*Menlo Forwarding*

**SHIP TO**
DELPHI
ENERGY AND CHASSIS
32 CELEBRITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

SHIP TO CUSTOMER          DEL001-20

**BILL TO**
DELPHI AUTO SYSTEMS          JA2LE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 02530
PHOENIX, AZ
USA                         85082-2530

BILL TO CUSTOMER          DEL002

| PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES/SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|
| 3 25078904 | CABLE CONNECTOR FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDER NUMBER 1005886 DOCK CODE JM01 | | 5000.00 | 5000.00 2000 | 0.00 |
| 4 25078904 | CABLE CONNECTOR FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | 18000.00 | 1500.00 | 16500.00 |
| | SUBTOTAL FOR PROD: 25078904 | | | 6500.00 | |

*NCM# 2367030*

3 COLLECT    ☐ PREPAID    TOTAL  *13 -*

RGY CONVERSION SYSTEMS    CARRIER *Menlo Forwarding*    TRAILER # 2    GROSS WT. *351*
NATURE *Wesley Bradley*    SIGNATURE *Ricky Reddihon*    NET WT. *351*

1013215      09/28/05

CENTRAL TRANSPORT      FOB FACTORY— FRT COL

1013215      09/29/05 06/28/06 550016186

**REPRINT**      18262      NET 10 DAYS

```
DELPHI AUTOMOTIVE 002    CABLE           DELPHI
ENERGY AND ENGINE MGMT                   ENERGY AND CHASSIS
DISBURSEMENT SVC                         32 CELERITY WAGON
BOX 62530                                DOCK WEST 15
PHOENIX, AZ  85082-2530                  EL PASO, TX
USA                                      USA          79906
```

DEL002                                       DEL002-20

```
FREIGHT BILLS:
DELPHI E (35021) CISCO
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA  02062-9115
VENDOR NUMBER 1005886
DOCK CODE JM01
```

| 1 | 10491600 | | 500.00 EA | 3.90669 | 1953.35 |
|---|----------|--|-----------|---------|---------|
| | HARNESS ASM | | 0.00 | | |

|  |  |  |
|--|--|--|
| | SUBTOTAL: | 1953.35 |
| TAX:      0.00 @   0.00% | | 0.00 |
| NOT APPLICABLE | | |
| | TOTAL: | 1953.35 |

# BILL OF LADING

# ECS
Energy Conversion Systems

PACKING LIST

| | | SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|---|---|
| | | ORDER DATE | CONTRACT NUMBER | | 1 |
| | | CUSTOMER PURCHASE ORDER NUMBER | | | |

1013215

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|
| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |

CENTRAL TRANSPORT    FOB FACTORY  FRT COL WFIN

*Menlo Forwarding*

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

**BILL TO**

DELPHI AUTO SYSTEMS      CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA          85082-2530

| SHIP TO CUSTOMER | BILL TO CUSTOMER |
|---|---|
| DEL002-20 | DEL002 |

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | FREIGHT BILLS DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005888 DOCK CODE JM01 | | | | | |
| 1 | 10491600 | HARNESS ASM | | | 500.00 | 500.00 | 0.00 |

*NCM# 2373532*

| | | | | | |
|---|---|---|---|---|---|
| ☑ COLLECT | ☐ PREPAID | TOTAL | *4/-* | | |

ENERGY CONVERSION SYSTEMS    CARRIER    *C.BA*    TRAILER #_____    GROSS WT. *178*

1013258        09/30/05

BAX GLOBAL          FOB FACTORY- FRT COL

1013258      09/30/05 06/28/06 0550016187

**REPRINT**      17178      NET 45 DAYS

DELPHI AUTOMOTIVE 002      CABLE              DELPHI
ENERGY AND ENGINE MGMT                       ENERGY AND CHASSIS
DISBURSEMENT SVC                             32 CELERITY WAGON
BOX 62530                                    DOCK WEST 15
PHOENIX, AZ   85082-2530                     EL PASO, TX
USA                                          USA          79906

        DEL002                                      DEL002-20


0000068 0000069 0000070
0000071 0000072 0000073
0000074 0000075 0000076
0000077 0000078 0000079
0000080 0000081 0000082
0000083 0000084 0000085
0000086

                                        SUBTOTAL:        29509.42

TAX:          0.00 @   0.00%                             0.00
NOT APPLICABLE
                                        TOTAL:           29509.42

# BILL OF LADING

**ECS**

Energy Conversion Systems

PACKING LIST

| | SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|---|
| | | | 2 |
| | ORDER DATE | CONTRACT NUMBER | |
| | CUSTOMER PURCHASE ORDER NUMBER | | |
| | | 0550010181 | |

1013258

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
|---|---|---|
| | FOB FACTORY  FRT COL WFIR | |

*Central Freight Transport*

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO  TX  79906
USA

**BILL TO**

DELPHI AUTOMOTIVE 2      CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA          85082-2530

| SHIP TO CUSTOMER | BILL TO CUSTOMER |
|---|---|
| DEL002-20 | DEL002 |

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | 0000074 0000075 0000076 | | | | | |
| | | 0000077 0000078 0000079 | | | | | |
| | | 0000080 0000081 0000082 | | | | | |
| | | 0000083 0000084 0000085 | | | | | |
| | | 0000086 | | | | | |

*2 of 2*

*Pro # 387-314 276-7*

| ☑ COLLECT | ☐ PREPAID | TOTAL | |
|---|---|---|---|

ENERGY CONVERSION SYSTEMS       CARRIER *Central*       TRAILER #       GROSS WT.



## Trace Shipment

| Trace Results | 6/27/2006 - 3:56 PM |
|---|---|

**Pro Number:**
387-314276-7

**BOL**

**BOL Number:**
1013258

**Pieces:**
3

**Weight:**
1454

**Destination:**
N/A

**Pickup Date:**
09/30/2005

**Est Delivery Date:**
N/A

**Delivery Date:**
10/7/2005

**Current Location:**
N/A

**Status:**
Delivered (Click image to view Delivery Receipt - if available )

**DR**

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader**. Click here to download Acrobat Reader.

1013258        09/30/05

BAX GLOBAL            FOB FACTORY- FRT COL

1013258        09/30/05 06/28/06 0550016187

**REPRINT**        17178        NET 45 DAYS

DELPHI AUTOMOTIVE 002        CABLE            DELPHI
ENERGY AND ENGINE MGMT                        ENERGY AND CHASSIS
DISBURSEMENT SVC                              32 CELERITY WAGON
BOX 62530                                     DOCK WEST 15
PHOENIX, AZ   85082-2530                      EL PASO, TX
USA                                           USA            79906

DEL002                                        DEL002-20


FREIGHT BILLS:
DELPHI E (35021) CISCO
C/O DATA2LOGISTICS
P.O. BOX 9115
NORWOOD, MA   02062-9115
VENDOR NUMBER 1005886

36 10483161                    24600.00 EA        1.19957        29509.42
   CABLE HARNESS ASM;ABS          0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA   02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01
   0000005 0000006 0000007
   0000008 0000009 0000010
   0000011 0000012 0000013
   0000014 0000015 0000016
   0000017 0000018 0000019
   0000020 0000021 0000022
   0000023 0000024 0000025
   0000026 0000027 0000028
   0000029 0000030 0000031
   0000032 0000033 0000034
   0000035 0000036 0000037
   0000038 0000039 0000040
   0000041 0000042 0000043
   0000044 0000045 0000046
   0000047 0000048 0000049
   0000050 0000051 0000052
   0000053 0000054 0000055
   0000056 0000057 0000058
   0000059 0000060 0000061
   0000062 0000063 0000064
   0000065 0000066 0000067



**BILL OF LADING**

**ECS**
Energy Conversion Systems

PACKING LIST

1013258

| | | | | | SALES/ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 |

ORDER DATE ─── CONTRACT NUMBER

CUSTOMER PURCHASE ORDER NUMBER

SHIPMENT NO. ─── DATE SHIPPED ─── BILL OF LADING NO.

METHOD OF SHIPMENT ─── FREIGHT TERMS ─── WAREHOUSE

*Central Transport*   FOB FACTORY   FRT COL MFIN

SHIP TO

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX 79906
USA

BILL TO

DELPHI AUTOMOTIVE 2   CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA        85082-2530

SHIP TO CUSTOMER   DEL002-20

BILL TO CUSTOMER   DEL002

| PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|
| | FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 VENDOR NUMBER 1005886 | | | | | |
| 86 10483161 | CABLE HARNESS ASM:ABS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 24600.00 | 24600.00 | 0.90 |

0000005 0000006 0000007
0000008 0000009 0000010
0000011 0000012 0000013
0000014 0000015 0000016
0000017 0000018 0000019
0000020 0000021 0000022
0000023 0000024 0000025
0000026 0000027 0000028
0000029 0000030 0000031
0000032 0000033 0000034
0000035 0000036 0000037
0000038 0000039 0000040
0000041 0000042 0000043
0000044 0000045 0000046
0000047 0000048 0000049
0000050 0000051 0000052
0000053 0000054 0000055
0000056 0000057 0000058
0000059 0000060 0000061
0000062 0000063 0000064
0000065 0000066 0000067
0000068 0000069 0000070

CENTRAL TRANSPORT   **387-314276-7**   07

☑ COLLECT   ☐ PREPAID   TOTAL

*Central Transport*
82 3   *Ramy Star*

ENERGY CONVERSION SYSTEMS   CARRIER   TRAILER #   GROSS WT.

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment   Pg 171 of 506

Page 1 of 1

## Trace Shipment

| Trace Results | | | | 6/27/2006 - 3:56 PM |
|---|---|---|---|---|
| **Pro Number:** | **BOL Number:** | **Pieces:** | **Weight:** | **Destination:** |
| 387-314276-7 | 1013258 | 3 | 1454 | N/A |
| | BOL | | | |
| **Pickup Date:** | **Est Delivery Date:** | | **Delivery Date:** | |
| 09/30/2005 | N/A | | 10/7/2005 | |
| **Current Location:** | **Status:** | | | |
| N/A | Delivered (Click image to view Delivery Receipt - if available ) | | | |
| | DR | | | |

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013257     09/30/05

CENTRAL TRANSPORT     FOB FACTORY- FRT COL

1013257   09/30/05 06/28/06 550016187

**REPRINT**     18278     NET 10 DAYS

DELPHI AUTOMOTIVE 002     CABLE                DELPHI
ENERGY AND ENGINE MGMT                         ENERGY AND CHASSIS
DISBURSEMENT SVC                               32 CELERITY WAGON
BOX 62530                                      DOCK WEST 15
PHOENIX, AZ   85082-2530                        EL PASO, TX
USA                                            USA          79906

        DEL002                                         DEL002-20


1 10484870                        2500.00 EA      5.91470      14786.75
   CABLE HARNESS ASM;ABS             0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA   02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01
   0000012 0000013 0000014
   0000015 0000016 0000017
   0000018 0000019 0000020
   0000021 0000022 0000023
   0000024 0000025 0000026
   0000027 0000034 0000035
   0000036 0000037 0000038
   0000039 0000040 0000041
   0000044

                                            ------------------------
                                 SUBTOTAL:              14786.75

   TAX:        0.00 @   0.00%                              0.00
   NOT APPLICABLE                           ========================
                                 TOTAL:                 14786.75



**BILL OF LADING**

**ECS**
Energy Conversion Systems

PACKING LIST

| | | | | |
|---|---|---|---|---|
| SALES ORDER NO. | PRINTED ON | | PAGE | |
| ORDER DATE | CONTRACT NUMBER | | 1 | |
| CUSTOMER PURCHASE ORDER NUMBER | | | | |
| | | 550010101 | | |
| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. | | |
| METHOD OF SHIPMENT | FREIGHT TERMS | | WAREHOUSE | |
| CENTRAL TRANSPORT | FOB FACTORY | | PRT COL NPIN | |

1013257

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

SHIP TO CUSTOMER          DEL002-20

**BILL TO**

DELPHI AUTOMOTIVE 2      CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA          85082-2530

BILL TO CUSTOMER          DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 1 | 10484870 | CABLE HARNESS ASM;ABS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 0000012 0000013 0000014 0000015 0000016 0000017 0000018 0000019 0000020 0000021 0000022 0000023 0000024 0000025 0000026 0000027 0000034 0000035 0000036 0000037 0000038 0000039 0000040 0000041 0000044 | | | 2500.00 | 2500.00 | 0.00 |

CENTRAL TRANSPORT  387-314280-9  04

| COLLECT | ☐ PREPAID | TOTAL | 25 1 | |
|---|---|---|---|---|

ENERGY CONVERSION SYSTEMS          CARRIER  Central          TRAILER #          GROSS WT.  470

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport Internationl, Inc. - Trace Shipment   Proof of Claim   Pg 174 of 506

Page 1 of 1

## Trace Shipment

| Trace Results | | | | 6/27/2006 - 3:57 PM |
|---|---|---|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| **387-314280-9** | 1013257 | 1 | 470 | N/A |
| | BOL | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 09/30/2005 | N/A | 10/7/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |
| | DR |

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013255      09/30/05

BAX GLOBAL           FOB FACTORY— FRT COL

1013255      09/30/05 06/28/06 0550053387

**REPRINT**     18036      NET 75 DAYS

DELPHI AUTOMOTIVE 002     CABLE          TOMKEN TOOL
ENERGY AND ENGINE MGMT                   4605 N. SUPERIOR DR
DISBURSEMENT SVC                         DISBURSEMENT SVC
BOX 62530                                BOX 62530
PHOENIX, AZ   85082-2530                 MUNCIE, IN
USA                                      USA          47303

        DEL002                                   TOM001-10


.9 25350954                   2800.00 EA     1.53700      4303.60
   CRANK HARNESS                 0.00

                                       ---------------------------
                               SUBTOTAL:              4303.60

TAX:        0.00 @   0.00%                              0.00
NOT APPLICABLE                         ===================
                               TOTAL:                4303.60



# BILL OF LADING

## ECS
Energy Conversion Systems

1013255

PACKING LIST

| | SALES ORDER NO | PRINTED ON | PAGE |
|---|---|---|---|
| | | | 1 |

SHIPMENT NO.   DATE SHIPPED   BILL OF LADING NO.

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE

FOB FACTORY   PRT COL WHIN

**SHIP TO**

UPSted
Sat Del

TOMKEN TOOL
4605 N. SUPERIOR DR
DISBURSEMENT SVC
BOX 62530
MUNCIE, IN  47303
USA

SHIP TO CUSTOMER        TOM001-10

**BILL TO**

DELPHI AUTOMOTIVE 2     CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA                85082-2530

BILL TO CUSTOMER        DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 19 | 25350954 | CRANK HARNESS | | | 5000.00 | 2600.00 | 2200.00 |

Sat Del

COLLECT        ☐ PREPAID        TOTAL  4

RGY CONVERSION SYSTEMS        CARRIER  UPSted        TRAILER #_____        GROSS WT. 116

Freight Riverside Systems
**DAILY SHIPMENT DETAIL REPORT**
09/30/05 03:17 PM

Ship Record No.: 2026645 12 1

UPS Account No.: 39X45
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To: DON P. TOMKEN 4601 N SUPERIOR DRIVE MUNCIE IN 47303-6430 | Service Type: Total Pkgs./Wt.: Hundredweight: Billable Wt.: Billing Option: Package Ref No.1: Package Ref No.2: | UPS NEXT DAY AIR 4/116.0 Applied 116.0 Freight Collect 1013255 25350954 | Shipment Service Charge: Saturday Delivery: | S S | 233.16 0.00 |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584447388973 Package 29.0 1013255 25350954 | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584447178388 Package 29.0 1013255 25350954 | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584448664992 Package 29.0 1013255 25350954 | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584447672807 Package 29.0 1013255 25350954 | Receiver Amt: (793476) UPS Total Charge: | S S | 233.16 233.16 |
| Ship To: TAWAS INDUSTRIES 905 CEDAR ST. TAWAS CITY MI 48763-9200 | Service Type: Total Pkgs./Wt.: Hundredweight: Billable Wt.: Billing Option: Package Ref No.1: Package Ref No.2: | UPS NEXT DAY AIR 5/100.0 Applied 100.0 Freight Collect 1013253 13325901 | Shipment Service Charge: | S | 229.00 |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580148905812 Package 20.0 1013253 13325901 | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580147548022 Package 20.0 1013253 13325901 | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149863437 Package 20.0 1013253 13325901 | | | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4580149996044 Package 20.0 1013253 13325901 | | | |

Page 1

UPS WorldShip® 7.0.17 winspool 1025

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com





**UPS United States**

Shipping | **Tracking** | Support | Business Solutions

## Tracking

Log-In  User ID: [          ]    Password: [          ]    | Forgot Password    [ Register ]

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help

### ▌▌▌▌ Track by Tracking Number

#### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
| --- | --- | --- | --- |
| 1. 1Z 39X 458 44 4738 897 3 | **Delivered** | Delivered on: | 10/01/2005 10:24 A.M. |
| | | Delivered to: | MUNCIE, IN, US |
| | | Signed by: | WATER |
| | | Service Type: | NDA SAT DEL |

→ View package progress

------------------------------------------------------------

Tracking results provided by UPS: 06/28/2006 3:18 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=en_US&Requeste...    6/28/2006

1013270    10/03/05

CENTRAL TRANSPORT    FOB FACTORY- FRT COL

1013270    10/03/05 06/28/06 550015795

**REPRINT**    17323    NET 45 DAYS

DELPHI AUTOMOTIVE 03          FUEL                    DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                                      2926 DAVISON ROAD
BOX 62530                                            DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                              FLINT, MI
USA                                                  USA        48556

        DEL003                                               DEL003-40


VENDOR NUMBER 1005886
THIRD PARTY BILL BILL FREIGHT
TO  DELPHI ENERGY
CISCO CODE 31005
C/O DATA2 LOGISTICS
P.O. BOX 9115
NORWORD, MA 02062-9115

?4 25351087                      2880.00 EA      1.67200          4815.36
   BRUSH CARRIER ASM; FUEL PUMP      0.00
   DOCK CODE E101

?5 25351087                      5760.00 EA      1.67200          9630.72
   BRUSH CARRIER ASM; FUEL PUMP      0.00
   DOCK CODE E101

                                 ------------
   PRODUCT: 25351087             8640.00


                                              SUBTOTAL:        ------------
                                                                 14446.08

   TAX:        0.00 @   0.00%                                        0.00
   NOT APPLICABLE                                              ============
                                              TOTAL:            14446.08



# BILL OF LADING

## ECS
Energy Conversion Systems

PACKING LIST

| | | | | | SALES ORDER NO. | PRINTED ON | | PAGE |
|--|--|--|--|--|--|--|--|--|
| | | | | | ORDER DATE | CONTRACT NUMBER | | 1 |
| | | | | | CUSTOMER PURCHASE ORDER NUMBER | | | |

4013270

| SHIPMENT NO. | DATE SHIPPED | | BILL OF LADING NO. |
|--|--|--|--|
| METHOD OF SHIPMENT | FREIGHT TERMS | | WAREHOUSE |
| CENTRAL TRANSPORT | FOB FACTORY- FLT COL NFIN | | |

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI  48556
USA

SHIP TO CUSTOMER         DEL003-40

**BILL TO**

DELPHI AUTOMOTIVE 3      FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA                      85082-2530

BILL TO CUSTOMER         DEL003

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|--|--|--|--|--|--|--|--|
| | | VENDOR NUMBER 1005896 | | | | | |
| | | THIRD PARTY BILL BILL FREIGHT | | | | | |
| | | TO : DELPHI ENERGY | | | | | |
| | | CISCO CODE 31005 | | | | | |
| | | C/O DATA2 LOGISTICS | | | | | |
| | | P.O. BOX 9115 | | | | | |
| | | NORWORD, MA 02062-9115 | | | | | |
| 194 | 25351087 | BRUSH CARRIER ASM; FUEL PUMP | | | 2880.00 | 2880.00 | 0.00 |
| | | DOCK CODE E101 | | | | | |
| 195 | 25351087 | BRUSH CARRIER ASM; FUEL PUMP | | | 5760.00 | 5760.00 | 0.00 |
| | | DOCK CODE E101 | | | | | |
| | SUBTOTAL FOR PROD: 25351087 | | | | | 8640.00 | |

387-314281-7   01

CENTRAL TRANSPORT

| ☑ COLLECT | ☐ PREPAID | | TOTAL | 363 | | | |
|--|--|--|--|--|--|--|--|

ENERGY CONVERSION SYSTEMS          CARRIER   Central   TRAILER # 53-5573   GROSS WT

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment Claim   Pg 181 of 506

Page 1 of 1

## Trace Shipment

6/27/2006 - 3:57 PM

**Trace Results**

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-314281-7 | 1013270 | 3 | 870 | N/A |

BOL

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 10/03/2005 | N/A | 10/6/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click Image to view Delivery Receipt - if available ) |

DR

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013271      10/03/05

CENTRAL TRANSPORT      FOB FACTORY- FRT COL.

1013271      10/03/05 06/28/06 550013358

**REPRINT**    17324    NET 45 DAYS

DELPHI AUTOMOTIVE 03      FUEL                    DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                                 2926 DAVISON ROAD
BOX 62530                                        DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                          FLINT, MI
USA                                              USA          48556

        DEL.003                                            DEL.003-40

,5  25343813                        3600.00 EA      1.67200        6019.20
    BRUSH CARRIER ASM;FUEL PUMP        0.00
    DOCK CODE E101

                                                 ------------------------
                                      SUBTOTAL:            6019.20

    TAX:        0.00 @    0.00%                              0.00
    NOT APPLICABLE                                 ================
                                      TOTAL:               6019.20

# BILL OF LADING

**ECS**
Energy Conversion Systems

PACKING LIST

1013271

| | | SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|---|---|
| | | ORDER DATE | CONTRACT NUMBER | | 1 |
| | | CUSTOMER PURCHASE ORDER NUMBER | | | |
| SHIPMENT NO. | DATE SHIPPED | | BILL OF LADING NO. | | |
| METHOD OF SHIPMENT | | FREIGHT TERMS | | WAREHOUSE | |
| CENTRAL TRANSPORT | | FOB FACTORY- FRT COL WPIN | | | |

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI 48558
USA

SHIP TO CUSTOMER    DEL003-40

**BILL TO**

DELPHI AUTOMOTIVE 3    FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA    85082-2530

BILL TO CUSTOMER    DEL003

| UE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 65 | 25343613 | BRUSH CARRIER ASM; FUEL PUMP DOCK CODE E101 | | | 10800.00 | 3600.00 | 7200.00 |

387-314282-5    06

| ☑ COLLECT | ☐ PREPAID | TOTAL | 121 | |
|---|---|---|---|---|
| ERGY CONVERSION SYSTEMS | | CARRIER Central | TRAILER # 53551 | GROSS WT. 300 |

Central Transport International, Inc. - Trace Shipment

## Trace Shipment

| Trace Results | 6/27/2006 - 3:59 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-314282-5 | 1013271 | 1 | 300 | N/A |

BOL

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 10/03/2005 | N/A | 10/6/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - if available ) |

DR

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013285        10/04/05

CENTRAL TRANSPORT        FOB FACTORY— FRT COL

1013285        10/04/05 06/28/06 550054565

**REPRINT**        18228        NET 10 DAYS

DELPHI AUTOMOTIVE 002        CABLE                DELPHI
ENERGY AND ENGINE MGMT                            ENERGY AND CHASSIS
DISBURSEMENT SVC                                  32 CELERITY WAGON
BOX 62530                                         DOCK WEST 15
PHOENIX, AZ   85082-2530                          EL PASO, TX
USA                                               USA            79906

          DEL002                                            DEL002-20

6  25378904                        500.00 EA        3.77500        1887.50
   CABLE CONNECTOR                   0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA  02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01

7  25378904                       2500.00 EA        3.77500        9437.50
   CABLE CONNECTOR                   0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA  02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01

   PRODUCT: 25378904             3000.00

                                          SUBTOTAL:        11325.00

   TAX:        0.00 @   0.00%                                  0.00
   NOT APPLICABLE
                                          TOTAL:        11325.00



# BILL OF LADING

**ECS**
Energy Conversion Systems

PACKING LIST

| | SALES ORDER NO. | PRINTED ON | PAGE: |
|---|---|---|---|
| | ORDER DATE | CONTRACT NUMBER | 1 |
| | CUSTOMER PURCHASE ORDER NUMBER | | |

SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO.

METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE

COMMON TRANSPORT   FOB FACTORY   PRT COL WEIN

UPS Red

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX 79906
USA

SHIP TO CUSTOMER     DEL002-20

**BILL TO**

DELPHI AUTOMOTIVE 2   CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ     85082-2530
USA

BILL TO CUSTOMER     DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 6 | 25378904 | CABLE CONNECTOR FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 500.00 | 500.00 | 0.00 |
| 7 | 25378904 | CABLE CONNECTOR FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 15000.00 | 2500.00 | 12500.00 |
| | SUBTOTAL FOR PROD: 25378904 | | | | | 3000.00 | |

☑ COLLECT          ☐ PREPAID          TOTAL

ERGY CONVERSION SYSTEMS _____ CARRIER __UPS Red__ TRAILER # _____ GROSS WT. __162__

Pickup Date: 10/04/05
Pickup Record No.: 2026645 14 3

UPS Account No: 35X453
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To:<br>PLANT 32- RIO BRAVO VII<br>48 WALTER JONES BLVD & SPUR DR.<br>EL PASO TX 79906 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1:<br>Package Ref No.2: | UPS NEXT DAY AIR<br>1<br>No<br>13.0<br>Freight Collect<br>1013280<br>25357063 | Shipment Service Charge: | $ | 56.25 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580147005171<br>Package<br>13.0<br>1013280<br>25357063 | Package Service Charge:<br><br><br>Receiver Amt: (2760EX)<br>UPS Total Charge: | $<br><br><br>$<br>$ | 56.25<br><br><br>56.25<br>56.25 |
| Ship To: CARLOS PEREZ<br>DELPHI   ENERGY AND CHASSIS<br>32 CELERITY WAGON DOCK WEST 15<br>EL PASO TX 79906 | Service Type:<br>Total Pkgs./Wt.:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option:<br>Package Ref No.1:<br>Package Ref No.2: | UPS NEXT DAY AIR<br>6/162.0<br>Applied<br>162.0<br>Freight Collect<br>1013285<br>25378904 | Shipment Service Charge: | $ | 370.98 |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580148498585<br>Package<br>27.0<br>1013285<br>25378904 | | | |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580147569198<br>Package<br>27.0<br>1013285<br>25378904 | | | |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580149041002<br>Package<br>27.0<br>1013285<br>25378904 | | | |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580149818012<br>Package<br>27.0<br>1013285<br>25378904 | | | |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580148484223<br>Package<br>27.0<br>1013285<br>25378904 | | | |
| | Tracking No.:<br>Package Type:<br>Weight:<br>Package Ref No.1:<br>Package Ref No.2: | 1Z39X4580148903636<br>Package<br>27.0<br>1013285<br>25378904 | <br><br><br>Receiver Amt: (793476)<br>UPS Total Charge: | <br><br><br>$<br>$ | <br><br><br>370.98<br>370.98 |

UPS Worldship® 7.0.17 winspool 1025

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com

Search

**UPS United States**





Shipping | Tracking | Support | Business Solutions

Log-In  User ID: [          ]  Password: [          ] 🖾 | Forgot Password    [ Register ]

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▐▌▐▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 39X 458 01 4849 858 5 | **Delivered** | Delivered on: | 10/05/2005 9:18 A.M. |
| | | Delivered to: | EL PASO, TX, US |
| | | Signed by: | TORALBA |
| | | Service Type: | NEXT DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/28/2006 3:24 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

1013279      10/04/05

CENTRAL TRANSPORT      FOB FACTORY- FRT COL

1013279      10/04/05 06/28/06 550013358

**REPRINT**      17324      NET 45 DAYS

DELPHI AUTOMOTIVE 03      FUEL      DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                         2926 DAVISON ROAD
BOX 62530                                DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                  FLINT, MI
USA                                      USA         48556

DEL003                              DEL003-40

55 25343813                          3600.00 EA      1.67200      6019.20
   BRUSH CARRIER ASM;FUEL PUMP        0.00
   DOCK CODE E101

                                              -----------------------
                                     SUBTOTAL:            6019.20

TAX:        0.00 @    0.00%                                0.00
NOT APPLICABLE                                =================
                                     TOTAL:              6019.20

# BILL OF LADING

**ECS**
Energy Conversion Systems

*11113279*

PACKING LIST

| | SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|---|
| | ORDER DATE | CONTRACT NUMBER | 1 |
| | CUSTOMER PURCHASE ORDER NUMBER | | |

SHIPMENT NO.    DATE SHIPPED    BILL OF LADING NO.

METHOD OF SHIPMENT    FREIGHT TERMS    WAREHOUSE

CENTRAL TRANSPORT    FOB FACTORY  PPT COL WFIN

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI  48556
USA

**BILL TO**

DELPHI AUTOMOTIVE 3    FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA              85082-2530

SHIP TO CUSTOMER        DEL003-40

BILL TO CUSTOMER        DEL003

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 65 | 25343813 | BRUSH CARRIER ASM; FUEL PUMP DOCK CODE E101 | | | 7200.00 | 3600.00 | 3600.00 |

CENTRAL TRANSPORT    387-314284-1    01

| ☑ COLLECT | ☐ PREPAID | TOTAL 121 | |
|---|---|---|---|
| NERGY CONVERSION SYSTEMS | CARRIER Central | TRAILER 53-8954 | GROSS WT. 300 |

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment   Proof of Claim   Pg 191 of 506

Page 1 of

**Trace Shipment**

| Trace Results | 6/27/2006 ~ 4:00 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-314284-1 | 1013279 | 1 | 300 | N/A |

**BOL**

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 10/04/2005 | N/A | 10/7/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt – if available ) |

**DR**

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013278      10/04/05

CENTRAL TRANSPORT      FOB FACTORY— FRT COL.

1013278      10/04/05 06/28/06 550015795

**REPRINT**      17323      NET 45 DAYS

DELPHI AUTOMOTIVE 03      FUEL          DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                          2926 DAVISON ROAD
BOX 62530                                DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                  FLINT, MI
USA                                      USA          48556

DEL003                                        DEL003-40


VENDOR NUMBER 1005886
THIRD PARTY BILL BILL FREIGHT
TO  DELPHI ENERGY
CISCO CODE 31005
C/O DATA2 LOGISTICS
P.O. BOX 9115
NORWORD, MA 02062-9115

?6 25351087                          2880.00 EA      1.67200        4815.36
   BRUSH CARRIER ASM; FUEL PUMP        0.00
   DOCK CODE E101

                                                    ---------------------
                                     SUBTOTAL:              4815.36

     TAX:        0.00 @    0.00%                              0.00
     NOT APPLICABLE                                  =================
                                     TOTAL:                 4815.36

# BILL OF LADING

## ECS
Energy Conversion Systems

PACKING LIST

| | | |
|---|---|---|
| SALES ORDER NO. | PRINTED ON | PAGE |
| ORDER DATE | CONTRACT NUMBER | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | | |

SHIPMENT NO.   DATE SHIPPED   BILL OF LADING NO.

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE

CENTRAL TRANSPORT   FOB FACTORY   FRT COL NEIN

**SHIP TO**
DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK  100, Gerotor
FLINT, MI 48556
USA

SHIP TO CUSTOMER         DEL003-40

**BILL TO**
DELPHI AUTOMOTIVE 3     FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA                85082-2530

BILL TO CUSTOMER         DEL003

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER 1C05880 THIRD PARTY BILL BILL FREIGHT TO  DELPHI ENERGY CISCO CODE 31005 C/O DATA2 LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 | | | | | |
| 186 | 25351087 | BRUSH CARRIER ASM; FUEL PUMP DOCK CODE E101 | | | 5760.00 | 2880.00 | 2880.00 |

**387-314283-3**   07

| | | | |
|---|---|---|---|
| COLLECT | PREPAID | TOTAL | |

NERGY CONVERSION SYSTEMS          CARRIER          TRAILER          GROSS WT

## Trace Shipment

| Trace Results | 6/27/2006 - 4:03 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-314283-3 | 1013278 | 1 | 275 | N/A |

BOL

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 10/04/2005 | N/A | 10/7/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click Image to view Delivery Receipt - if available ) |

DR

To view BOL or DR (if available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013284      10/04/05

BAX GLOBAL                    FOB FACTORY-- FRT COL.

1013284      10/04/05 06/28/06 0550049084

**REPRINT**      17026      NET 45 DAYS

DELPHI AUTOMOTIVE 002    CABLE                DELPHI
ENERGY AND ENGINE MGMT                        ENERGY AND CHASSIS
DISBURSEMENT SVC                              32 CELERITY WAGON
BOX 62530                                     DOCK WEST 15
PHOENIX, AZ  85082-2530                       EL PASO, TX
USA                                           USA          79906

          DEL002                                        DEL002-20

| | | | | | |
|---|---|---|---|---|---|
| 52 | 25367862 | 1000.00 EA | 0.92050 | 920.50 |
| | EPSILON HARNESS | 0.00 | | |
| | FREIGHT BILLS: | | | |
| | DELPHI E (35021) CISCO | | | |
| | C/O DATA2LOGISTICS | | | |
| | P.O. BOX 9115 | | | |
| | NORWOOD, MA  02062-9115 | | | |
| | VENDOR NUMBER 1005886 | | | |
| | DOCK CODE JM01 | | | |
| 53 | 25367862 | 1500.00 EA | 0.92050 | 1380.75 |
| | EPSILON HARNESS | 0.00 | | |
| | FREIGHT BILLS: | | | |
| | DELPHI E (35021) CISCO | | | |
| | C/O DATA2LOGISTICS | | | |
| | P.O. BOX 9115 | | | |
| | NORWOOD, MA  02062-9115 | | | |
| | VENDOR NUMBER 1005886 | | | |
| | DOCK CODE JM01 | | | |

PRODUCT: 25367862                2500.00

                              SUBTOTAL:      2301.25

TAX:        0.00 @  0.00%                        0.00
NOT APPLICABLE
                              TOTAL:        2301.25



BILL OF LADING

**ECS**

Energy Conversion Systems

PACKING LIST

| | | SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|---|---|
| | | ORDER DATE | CONTRACT NUMBER | 1 |
| | | CUSTOMER PURCHASE ORDER NUMBER | | |

SHIPMENT NO.   DATE SHIPPED   BILL OF LADING NO.

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE

UPS GLOBAL   FOB FACTORY   PPT   SOL WFIN

*UPS Red*

SHIP TO

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79806
USA

SHIP TO CUSTOMER          DEL002-20

BILL TO

DELPHI AUTOMOTIVE 2   CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA              85082-2530

BILL TO CUSTOMER          DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 152 | 25367862 | EPSILON HARNESS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA&LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 1000.00 | 1000.00 | 0.00 |
| 153 | 25367862 | EPSILON HARNESS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA&LOGISTICS P.O. BOX 9115 NORWOOD, MA  02082-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 3000.00 | 1500.00 | 1500.00 |
| | | SUBTOTAL FOR PROD: 25367862 | | | | 2500.00 | |

☐ COLLECT          ☒ PREPAID          TOTAL   *5*

ERGY CONVERSION SYSTEMS          CARRIER  *UPS Red*          TRAILER #          GROSS WT.

Celerity Information Systems?
DAILY SHIPMENT DETAIL REPORT
10/04/05 03:42 PM

Date: 10/04/05
Record No.: 2026645 14 3

UPS Account No.: 39X45?
Sorted By: Order of Shipment

| e/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| To: LUZ MESA | Service Type: | UPS NEXT DAY AIR | Shipment Service Charge: | $ | 281.25 |
| PHI  ENERGY AND CHASSIS | Total Packages: | 5 | | | |
| CELERITY WAGON DOCK WEST 15 | Hundredweight: | No | | | |
| ASO TX 79906 | Billable Wt.: | 65.0 | | | |
| | Billing Option: | Freight Collect | | | |
| | Package Ref No.1: | 1013284 | | | |
| | Package Ref No.2: | 25367862 | | | |
| | Tracking No.: | 1Z39X4580148820243 | Package Service Charge: | $ | 56.25 |
| | Package Type: | Package | | | |
| | Weight: | 13.0 | | | |
| | Package Ref No.1: | 1013284 | | | |
| | Package Ref No.2: | 25367862 | | | |
| | Tracking No.: | 1Z39X4580149458054 | Package Service Charge: | $ | 56.25 |
| | Package Type: | Package | | | |
| | Weight: | 13.0 | | | |
| | Package Ref No.1: | 1013284 | | | |
| | Package Ref No.2: | 25367862 | | | |
| | Tracking No.: | 1Z39X4580147121063 | Package Service Charge: | $ | 56.25 |
| | Package Type: | Package | | | |
| | Weight: | 13.0 | | | |
| | Package Ref No.1: | 1013284 | | | |
| | Package Ref No.2: | 25367862 | | | |
| | Tracking No.: | 1Z39X4580148793274 | Package Service Charge: | $ | 56.25 |
| | Package Type: | Package | | | |
| | Weight: | 13.0 | | | |
| | Package Ref No.1: | 1013284 | | | |
| | Package Ref No.2: | 25367862 | | | |
| | Tracking No.: | 1Z39X4580148738682 | Package Service Charge: | $ | 56.25 |
| | Package Type: | Package | | | |
| | Weight: | 13.0 | | | |
| | Package Ref No.1: | 1013284 | Receiver Amt: (793476) | $ | 281.25 |
| | Package Ref No.2: | 25367862 | UPS Total Charge: | $ | 281.25 |
| To: TRAVIS HAMILTON | Service Type: | UPS NEXT DAY AIR | Shipment Service Charge: | $ | 65.00 |
| -MORGANITE | Total Packages: | 1 | | | |
| E MORGANITE DRIVE | Hundredweight: | No | | | |
| N NC 28334-3635 | Billable Wt.: | 17.0 | | | |
| | Billing Option: | Freight Collect | | | |
| | Package Ref No.1: | MIYACHI WELD CHECKER | | | |
| | Tracking No.: | 1Z39X4580147101290 | Package Service Charge: | $ | 66.00 |
| | Package Type: | Package | | | |
| | Weight: | 17.0 | Receiver Amt: (212005) | $ | 66.00 |
| | Package Ref No.1: | MIYACHI WELD CHECKER | UPS Total Charge: | $ | 66.00 |
| p To: | Service Type: | UPS GROUND | Shipment Service Charge: | $ | 6.44 |
| ANT 32- RIO BRAVOVII | Total Packages: | 1 | | | |
| WALTER JONES BLVD & SPUR DR. | Hundredweight: | No | | | |
| PASO TX 79906 | Billable Wt.: | 13.0 | | | |
| | Billing Option: | Freight Collect | | | |
| ID | Package Ref No.1: | 1013280 | | | |
| | Package Ref No.2: | 25357063 | | | |
| | Tracking No.: | 1Z39X4580347744968 | Package Service Charge: | $ | 6.44 |
| | Package Type: | Package | | | |
| | Weight: | 13.0 | | | |
| | Package Ref No.1: | 1013280 | Receiver Amt: (2760EX) | $ | 6.44 |
| | Package Ref No.2: | 25357063 | UPS Total Charge: | $ | 6.44 |

Page 2

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com



Search

**UPS United States**

| Shipping | **Tracking** | Support | Business Solutions |

## Tracking

Log-In   User ID: [        ]   Password: [        ]   →   |   Forgot Password

Register

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 39X 458 01 4882 024 3 | **Delivered** | Delivered on: | 10/05/2005 9:18 A.M. |
| | | Delivered to: | EL PASO, TX, US |
| | | Signed by: | TORALBA |
| | | Service Type: | NEXT DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/27/2006 5:52 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

1013280    10/04/05

UPS GROUND                    FOB FACTORY— FRT COL

1013280    10/04/05 06/28/06 JMS42877

**REPRINT**    18303    NET 10 DAYS

DELPHI AUTOMOTIVE 001    RIDE C            PLANT 32— RIO BRAVO VII
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                          48 WALTER JONES BLVD.&SPUR DF
BOX 62530
PHOENIX, AZ  85082-2530                   EL PASO, TX
USA                                       USA            79906

        DEL001                                           DEL001-20


1 25357063                    7900.00 EA      0.06270        495.33
  TERMINAL                       0.00
  UPS ACCOUNT NUMBER 2760EX


                                        SUBTOTAL:          495.33

  TAX:        0.00 @   0.00%                                 0.00
  NOT APPLICABLE
                                        TOTAL:            495.33

# BILL OF LADING

**ECS**

**Energy Conversion Systems**

#013280

PACKING LIST

| SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|
| ORDER DATE | CONTRACT NUMBER | 1 |

CUSTOMER PURCHASE ORDER NUMBER
OND42077

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
|---|---|---|
| GROUND | FOB FACTORY- FRT COL WFIN | |

UPS Red

**SHIP TO**

PLANT 32- RIO BRAVO VII

48 WALTER JONES BLVD.&SPUR DR.

EL PASO, TX  79906
USA

SHIP TO CUSTOMER        DEL001-20

**BILL TO**

DELPHI AUTOMOTIVE 1      RIDE C
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA           85082-2530

BILL TO CUSTOMER        DEL001

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 1 | 25357063 | TERMINAL UPS ACCOUNT NUMBER 2760EX | | | 7900.00 | 7900.00 | 0.00 |

☐ COLLECT        ☐ PREPAID        TOTAL

ENERGY CONVERSION SYSTEMS        CARRIER        UPS        TRAILER #        GROSS WT.

Product Shipment Detail Report 506
DAILY SHIPMENT DETAIL REPORT
10/04/05 03:42 PM

Date: 10/04/05
Record No.: 2026645 14 3

UPS Account No.: 39X458
Sorted By:Order of Shipment

| Name/Address | Shipment Detail | Options | Reference Rate Charges | |
|---|---|---|---|---|
| **Ship To:**<br>PLANT 32- RIO BRAVOVII<br>48 WALTER JONES BLVD & SPUR DR.<br>EL PASO TX 79906 | Service Type: UPS NEXT DAY AIR<br>Total Packages: 1<br>Hundredweight: No<br>Billable Wt.: 13.0<br>Billing Option: Freight Collect<br>Package Ref No.1: 1013280<br>Package Ref No.2: 25357063 | Shipment Service Charge: | $ | 56.25 |
| | Tracking No.: 1Z39X4580147005171<br>Package Type: Package<br>Weight: 13.0<br>Package Ref No.1: 1013280<br>Package Ref No.2: 25357063 | Package Service Charge:<br><br>Receiver Amt: (2760EX)<br>UPS Total Charge: | $<br><br>$<br>$ | 56.25<br><br>56.25<br>56.25 |
| **Ship To:** CARLOS PEREZ<br>DELPHI     ENERGY AND CHASSIS<br>32 CELERITY WAGON DOCK WEST 15<br>EL PASO TX 79906 | Service Type: UPS NEXT DAY AIR<br>Total Pkgs./Wt.: 6/162.0<br>Hundredweight: Applied<br>Billable Wt.: 162.0<br>Billing Option: Freight Collect<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | Shipment Service Charge: | $ | 370.98 |
| | Tracking No.: 1Z39X4580148498585<br>Package Type: Package<br>Weight: 27.0<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | | | |
| | Tracking No.: 1Z39X4580147569198<br>Package Type: Package<br>Weight: 27.0<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | | | |
| | Tracking No.: 1Z39X4580149041002<br>Package Type: Package<br>Weight: 27.0<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | | | |
| | Tracking No.: 1Z39X4580149818012<br>Package Type: Package<br>Weight: 27.0<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | | | |
| | Tracking No.: 1Z39X4580148484223<br>Package Type: Package<br>Weight: 27.0<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | | | |
| | Tracking No.: 1Z39X4580148903636<br>Package Type: Package<br>Weight: 27.0<br>Package Ref No.1: 1013285<br>Package Ref No.2: 25378904 | Receiver Amt: (793476)<br>UPS Total Charge: | $<br>$ | 370.98<br>370.98 |

Page 1

P.9/11                    To:60182525S7                    662 283 2189         OCT-05-2005 07:12 From:ECS WINONA

UPS Package Tracking

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com





Search

**UPS United States**

Shipping | **Tracking** | Support | Business Solutions

### Tracking

Log-In  User ID: [_____]  Password: [_____]  | Forgot Password     Register

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking
→ Void a Shipment
→ Help

## ▌▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 39X 458 01 4700 517 1 | **Delivered** | Delivered on: | 10/05/2005 9:17 A.M. |
| | | Delivered to: | EL PASO, TX, US |
| | | Signed by: | VEGA |
| | | Service Type: | NEXT DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/27/2006 5:55 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

1013291    10/05/05

CENTRAL TRANSPORT    FOB FACTORY-- FRT PPD

1013291    10/05/05 06/28/06 0550006042

**REPRINT**    17545    NET 45 DAYS

DELPHI AUTOMOTIVE 04    INFL    DELPHI AUTO SYSTEMS
ENERGY AND ENGINE MGMT        ENERGY AND ENGINE MGMT
DISBURSEMENT SRV        WOODMAN DRIVE
BOX 62530        GATE, 4 PLANT 17 DOCK
PHOENIX, AZ   85082-2530        KETTERING, OH
USA        USA        45420

DEL004        DEL009-10

:4 10321802        1680.00 EA    10.00224    16803.76
   VALVE ASM;INFLATOR        0.00
   CUST PART: 22212789
   dock code h301

                                        -----------------
                        SUBTOTAL:        16803.76

   TAX:        0.00 @    0.00%                    0.00
   NOT APPLICABLE                        =================
                        TOTAL:        16803.76



# ECS
## BILL OF LADING
### Energy Conversion Systems

PACKING LIST

SHIPMENT NO. 1013291

| | SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|---|
| | ORDER DATE | CONTRACT NUMBER | 1 |
| | CUSTOMER PURCHASE ORDER NUMBER | | |

| METHOD OF SHIPMENT | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
|---|---|---|
| CENTRAL TRANSPORT | FOB FACTORY PRT PPD WTIN | |

**SHIP TO**
DELPHI AUTO SYSTEMS
ENERGY AND ENGINE MGMT
WOODMAN DRIVE
GATE, 4 PLANT 17 DOCK
KETTERING, OH 45420
USA

SHIP TO CUSTOMER     DEL009-10

**BILL TO**
DELPHI AUTOMOTIVE 4     INFL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA     85082-2530

BILL TO CUSTOMER     DEL004

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 34 | 10321802 | VALVE ASM:INFLATOR | | | 1680.00 | 1680.00 | 0.00 |
| | CUST PART: 22212789 | | | | | | |
| | | dock code h301 | | | | | |


**CENTRAL TRANSPORT** 387-314285-8   04

☑ COLLECT     ☐ PREPAID     TOTAL 281

ENERGY CONVERSION SYSTEMS     CARRIER Central     TRAILER # 53-87     GROSS WT

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment   Proof of Claim   Pg 205 of 506

Page 1 of 1

## Trace Shipment

| Trace Results | 6/27/2006 – 4:04 PM |
|---|---|

**Pro Number:** 387-314285-8   **BOL Number:** 1013291   **Pieces:** 1   **Weight:** 850   **Destination:** N/A

**BOL**

**Pickup Date:** 10/05/2005   **Est Delivery Date:** N/A   **Delivery Date:** 10/7/2005

**Current Location:** N/A   **Status:** Delivered (Click image to view Delivery Receipt - If available )

**DR**

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013292     10/05/05

CENTRAL TRANSPORT     FOB FACTORY- FRT COL.

1013292     10/05/05 06/28/06 550015795

**REPRINT**     17323     NET 45 DAYS

DELPHI AUTOMOTIVE 03          FUEL          DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                             2926 DAVISON ROAD
BOX 62530                                    DOCK 100, Gerotor
PHOENIX, AZ  85082-2530                      FLINT, MI
USA                                          USA         48556

          DEL003                                      DEL003-40


VENDOR NUMBER 1005886
THIRD PARTY BILL BILL FREIGHT
TO  DELPHI ENERGY
CISCO CODE 31005
C/O DATA2 LOGISTICS
P.O. BOX 9115
NORWORD, MA 02062-9115

26 25351087                       2880.00 EA      1.67200        4815.36
   BRUSH CARRIER ASM; FUEL PUMP      0.00
   DOCK CODE E101

27 25351087                       2880.00 EA      1.67200        4815.36
   BRUSH CARRIER ASM; FUEL PUMP      0.00
   DOCK CODE E101


   PRODUCT: 25351087              5760.00


                                        SUBTOTAL:        9630.72

   TAX:       0.00 @   0.00%                                0.00
   NOT APPLICABLE
                                        TOTAL:           9630.72



BILL OF LADING

# ECS
Energy Conversion Systems

101-3292

PACKING LIST

| SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|
| ORDER DATE | CONTRACT NUMBER | | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | | | |
| | 560015795 | | |

SHIPMENT NO.     DATE SHIPPED     BILL OF LADING NO.

METHOD OF SHIPMENT     FREIGHT TERMS     WAREHOUSE

CENTRAL TRANSPORT     FOB FACTORY   PRT COL WFIN

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK  100, Gerotor
FLINT, MI  48556
USA

SHIP TO CUSTOMER          DEL003-40

**BILL TO**

DELPHI AUTOMOTIVE 3     FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA                85082-2530

BILL TO CUSTOMER          DEL003

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER 1005886 THIRD PARTY BILL BILL FREIGHT TO  DELPHI ENERGY CISCO CODE 31005 C/O DATA2 LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 | | | | | |
| 196 | 25351087 | BRUSH CARRIER ASM. FUEL PUMP DOCK CODE E101 | | | 2880.00 | 2880.00 | 0.00 |
| 197 | 25351087 | BRUSH CARRIER ASM. FUEL PUMP DOCK CODE E101 | | | 5760.00 | 2880.00 | 2880.00 |
| | | SUBTOTAL FOR PROD: 25351087 | | | | 5760.00 | |

CENTRAL TRANSPORT  387-314286-6  06

☑ COLLECT          ☐ PREPAID          TOTAL

ENERGY CONVERSION SYSTEMS          CARRIER          TRAILER #          GROSS WT.

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace Shipment   Proof of Claim   Pg 208 of 506

Page 1 of 1

## Trace Shipment

| Trace Results | | | | 6/27/2006 - 4:06 PM |
|---|---|---|---|---|
| **Pro Number:** | **BOL Number:** | **Pieces:** | **Weight:** | **Destination:** |
| 387-314286-6 | 1013292 | 2 | 550 | N/A |
| | **BOL** | | | |
| **Pickup Date:** | **Est Delivery Date:** | **Delivery Date:** | | |
| 10/05/2005 | N/A | 10/10/2005 | | |
| **Current Location:** | **Status:** | | | |
| N/A | Delivered (Click image to view Delivery Receipt - if available ) | | | |
| | **DR** | | | |

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader**.
Click here to download Acrobat Reader.

1013297     10/05/05

CENTRAL TRANSPORT     FOB FACTORY- FRT COL.

1013297     10/05/05 06/28/06 550054565

**REPRINT**     18228     NET 10 DAYS

DELPHI AUTOMOTIVE 002     CABLE          DELPHI
ENERGY AND ENGINE MGMT                   ENERGY AND CHASSIS
DISBURSEMENT SVC                         32 CELERITY WAGON
BOX 62530                                DOCK WEST 15
PHOENIX, AZ  85082-2530                  EL PASO, TX
USA                                      USA          79906

         DEL.002                                  DEL.002-20


7 25378904                  2000.00 EA     3.77500      7550.00
   CABLE CONNECTOR            0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA  02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01


                                    ------------------------
                             SUBTOTAL:        7550.00

   TAX:       0.00 @   0.00%                       0.00
   NOT APPLICABLE                        ================
                             TOTAL:          7550.00

# ECS
## Energy Conversion Systems

**BILL OF LADING**

**PACKING LIST**

1013297

| | |
|---|---|
| SALES ORDER NO. | PRINTED ON. | PAGE |
| ORDER DATE | CONTRACT NUMBER 05/05 | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | |

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
|---|---|---|
| CENTRAL TRANSPORT | FOB FACTORY | FRT COL WFIN |

*Menlo Forwarding*

**SHIP TO**
DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX 79906
USA

SHIP TO CUSTOMER          DEL002-20

**BILL TO**
DELPHI AUTOMOTIVE 2      CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA          85082-2530

BILL TO CUSTOMER          DEL002

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 7 | 25378904 | CABLE CONNECTOR FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 12500.00 | 2000.00 | 10500.00 |

| COLLECT | PREPAID | TOTAL | 4- | |
|---|---|---|---|---|

ENERGY CONVERSION SYSTEMS    CARRIER  CBA    TRAILER #    GROSS WT. 108

1013293      10/05/05

CENTRAL TRANSPORT      FOB FACTORY- FRT COL.

1013293      10/05/05 06/28/06 550052549

**REPRINT**      16212      NET 45 DAYS

DELPHI AUTOMOTIVE 03      FUEL.                DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                              2926 DAVISON ROAD
BOX 62530                                     DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                       FLINT, MI
USA                                           USA          48556

        DEL003                                        DEL003-40


8 25372365                          240.00 EA      1.71200        410.88
   FUEL PUMP CARRIER ASSEMBLY         0.00
   DOCK CODE E101

9 25372365                          240.00 EA      1.71200        410.88
   FUEL PUMP CARRIER ASSEMBLY         0.00
   DOCK CODE E101

0 25372365                          480.00 EA      1.71200        821.76
   FUEL PUMP CARRIER ASSEMBLY         0.00
   DOCK CODE E101

1 25372365                          240.00 EA      1.71200        410.88
   FUEL PUMP CARRIER ASSEMBLY         0.00
   DOCK CODE E101

2 25372365                          240.00 EA      1.71200        410.88
   FUEL PUMP CARRIER ASSEMBLY         0.00
   DOCK CODE E101


   PRODUCT: 25372365               1440.00

                                          SUBTOTAL:           2465.28

   TAX:          0.00 @   0.00%
   NOT APPLICABLE                                               0.00
                                          TOTAL:             2465.28



# BILL OF LADING

## ECS
**Energy Conversion Systems**

**PACKING LIST**

1013293

| | | |
|---|---|---|
| SALES ORDER NO. | PRINTED ON | PAGE |
| ORDER DATE | CONTRACT NUMBER | |
| CUSTOMER PURCHASE ORDER NUMBER | | |
| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |

CENTRAL TRANSPORT    FOB FACTORY    FRT COL WPIN

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK -100, Gerotor
FLINT, MI 48556
USA

SHIP TO CUSTOMER          DEL003-40

**BILL TO**

DELPHI AUTOMOTIVE 3    FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA          85082-2530

BILL TO CUSTOMER          DEL003

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 108 | 25372365 | FUEL PUMP CARRIER ASSEMBLY DOCK CODE E101 | | | 240.00 | 240.00 | 0.00 |
| 109 | 25372365 | FUEL PUMP CARRIER ASSEMBLY DOCK CODE E101 | | | 240.00 | 240.00 | 0.00 |
| 110 | 25372365 | FUEL PUMP CARRIER ASSEMBLY DOCK CODE E101 | | | 480.00 | 480.00 | 0.00 |
| 111 | 25372365 | FUEL PUMP CARRIER ASSEMBLY DOCK CODE E101 | | | 240.00 | 240.00 | 0.00 |
| 112 | 25372365 | FUEL PUMP CARRIER ASSEMBLY DOCK CODE E101 | | | 240.00 | 240.00 | 0.00 |
| | SUBTOTAL FOR PROD: 25372365 | | | | | 1440.00 | |

**CENTRAL TRANSPORT** 387-314287-4    03

| ☑ COLLECT | ☐ PREPAID | TOTAL | 6 1 |
|---|---|---|---|

ENERGY CONVERSION SYSTEMS          CARRIER  Central    TRAILER # 53-8754    GROSS WT.

05-44481-rdd    Doc 9454-1    Filed 09/20/07    Entered 09/20/07 13:19:46    Exhibit
Central Transport International, Inc. - Trace Shipment    Proof of Claim    Pg 213 of 506

Page 1 of

## Trace Shipment

| Trace Results | 6/27/2006 - 4:08 PM |
|---|---|

| **Pro Number:** 387-314287-4 | **BOL Number:** 1013293 BOL | **Pieces:** 1 | **Weight:** 162 | **Destination:** N/A |
|---|---|---|---|---|

| **Pickup Date:** 10/05/2005 | **Est Delivery Date:** N/A | **Delivery Date:** 10/10/2005 |
|---|---|---|

**Current Location:** N/A

**Status:**
Delivered (Click Image to view Delivery Receipt – If available )
DR

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

1013296      10/05/05

BAX GLOBAL           FOB FACTORY- FRT COL

1013296     10/05/05 06/28/06 0550049084

**REPRINT**    17026      NET 45 DAYS

DELPHI AUTOMOTIVE 002   CABLE              DELPHI
ENERGY AND ENGINE MGMT                    ENERGY AND CHASSIS
DISBURSEMENT SVC                          32 CELERITY WAGON
BOX 62530                                 DOCK WEST 15
PHOENIX, AZ  85082-2530                   EL PASO, TX
USA                                       USA          79906

       DEL002                                    DEL002-20


53 25367862                    1500.00 EA      0.92050        1380.75
   EPSILON HARNESS                0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA  02062-9115
   VENDOR NUMBER 1005886
   DOCK CODE JM01


                              SUBTOTAL:         1380.75

   TAX:        0.00 @  0.00%                       0.00
   NOT APPLICABLE
                              TOTAL:            1380.75



# BILL OF LADING

## ECS
### Energy Conversion Systems

**PACKING LIST**

| SALES ORDER NO. | PRINTED ON | PAGE |
|---|---|---|
| ORDER DATE | CONTRACT NUMBER 05/05 | 1 |

CUSTOMER PURCHASE ORDER NUMBER
0550045064

SHIPMENT NO. 10/3296   DATE SHIPPED   BILL OF LADING NO.

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE

EX GLOBAL        FOB FACTORY- FRT COL WFIN

*Menlo Forwarding*

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

**BILL TO**

DELPHI AUTOMOTIVE 2    CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA         85082-2530

SHIP TO CUSTOMER   DEL002-20

BILL TO CUSTOMER   DEL002

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 153 | 25367862 | EPSILON HARNESS FREIGHT BILLS: DELPHI E (98021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 1500.00 | 1500.00 | 0.00 |

☑ COLLECT        ☐ PREPAID        TOTAL  3

ENERGY CONVERSION SYSTEMS   CARRIER  CBA   TRAILER #   GROSS WT.

1013295      10/05/05

BAX GLOBAL                    FOB FACTORY— FRT COL.

1013295      10/05/05 06/28/06 0550016187

**REPRINT**      17039      NET 45 DAYS

DELPHI AUTOMOTIVE 002    CABLE            DELPHI
ENERGY AND ENGINE MGMT                    ENERGY AND CHASSIS
DISBURSEMENT SVC                          32 CELERITY WAGON
BOX 62530                                 DOCK WEST 15
PHOENIX, AZ  85082-2530                   EL PASO, TX
USA                                       USA        79906

       DEL002                                       DEL002-20

.8 10484380                      300.00 EA      1.16593      349.78
   CABLE HARNESS ASM;ABS          0.00
   FREIGHT BILLS:
   DELPHI E (35021) CISCO
   C/O DATA2LOGISTICS
   P.O. BOX 9115
   NORWOOD, MA  02062-9115
   VENDOR NUMBER 1005886

                                 -----------------------------
                                 SUBTOTAL:       349.78

   TAX:      0.00 @  0.00%                         0.00
   NOT APPLICABLE                  ==============================
                                 TOTAL:          349.78



# BILL OF LADING

**ECS**
Energy Conversion Systems

| | SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|---|
| | ORDER DATE | CONTRACT NUMBER | 05/05 | 1 |
| | CUSTOMER PURCHASE ORDER NUMBER | | | |

**PACKING LIST**

1013295

| SHIPMENT NO. | DATE SHIPPED | | BILL OF LADING NO. |
|---|---|---|---|
| METHOD OF SHIPMENT | 1013295 | FREIGHT TERMS | WAREHOUSE |
| BAX GLOBAL | 2ND Day | FOB FACTORY | INT COL WFIN |

**SHIP TO**

DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX 79906
USA

| SHIP TO CUSTOMER | DEL002-20 |

**BILL TO**

DELPHI AUTOMOTIVE 2    CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA         85082-2530

| BILL TO CUSTOMER | DEL002 |

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 18 | 10484380 | CABLE HARNESS ASM:ABS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005888 | | | 300.00 | 300.00 | 0.00 |

*Air Bill #*
*680-596 593*

| ☐ COLLECT | ☐ PREPAID | TOTAL | 1 |
|---|---|---|---|

| ENERGY CONVERSION SYSTEMS | | CARRIER  CBA | TRAILER # | GROSS WT. |

1013316      10/06/05

CENTRAL TRANSPORT      FOB FACTORY-- FRT COL

1013316      10/06/05 06/28/06 550015795

**REPRINT**      17323      NET 45 DAYS

DELPHI AUTOMOTIVE 03      FUEL      DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                          2926 DAVISON ROAD
BOX 62530                                DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                  FLINT, MI
USA                                      USA          48556

DEL003                                   DEL003-40


VENDOR NUMBER 1005886
THIRD PARTY BILL BILL FREIGHT
TO  DELPHI ENERGY
CISCO CODE 31005
C/O DATA2 LOGISTICS
P.O. BOX 9115
NORWORD, MA 02062-9115

'7 25351087                      2880.00 EA      1.67200        4815.36
   BRUSH CARRIER ASM; FUEL PUMP    0.00
   DOCK CODE E101

'8 25351087                      2880.00 EA      1.67200        4815.36
   BRUSH CARRIER ASM; FUEL PUMP    0.00
   DOCK CODE E101

   PRODUCT: 25351087              5760.00

                                          SUBTOTAL:        9630.72

   TAX:        0.00 @   0.00%
   NOT APPLICABLE                                             0.00

                                          TOTAL:          9630.72



**BILL OF LADING**

**ECS**
Energy Conversion Systems

*101336*

PACKING LIST

| SALES ORDER NO. | PRINTED ON | | PAGE |
|---|---|---|---|
| ORDER/DATE | CONTRACT NUMBER | | 1 |
| CUSTOMER/PURCHASE ORDER NUMBER | | | |

SHIPMENT NO.   DATE SHIPPED   BILL OF LADING NO.

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE

CENTRAL TRANSPORT   FOB FACTORY   PRT COL WHSE

**SHIP TO**

DELPHI AUTOMOTIVE
2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI 48556
USA

**BILL TO**

DELPHI AUTOMOTIVE 3   FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SEV
BOX 62530
PHOENIX, AZ
USA          85082-2530

SHIP TO CUSTOMER   DEL003-40          BILL TO CUSTOMER   DEL003

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER 1005886 THIRD PARTY BILL BILL FREIGHT TO DELPHI ENERGY CISCO CODE 31005 C/O DATA2 LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 | | | | | |
| 197 | 25351087 | BRUSH CARRIER ASM, FUEL PUMP DOCK CODE E101 | | | 2880.00 | 2880.00 | 0.00 |
| 198 | 25351087 | BRUSH CARRIER ASM, FUEL PUMP DOCK CODE E101 | | | 2880.00 | 2880.00 | 0.00 |
| | | SUBTOTAL FOR PROD: 25351087 | | | | 5760.00 | |

**CENTRAL TRANSPORT   387-314288-2**   01

| COLLECT | ☐ PREPAID | TOTAL | | |
|---|---|---|---|---|
| ERGY CONVERSION SYSTEMS | | CARRIER | TRAILER # | GROSS WT. |

**Trace Shipment**

| Trace Results | 6/27/2006 - 4:07 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-314288-2 | NS | 2 | 5760 | N/A |
| | **BOL** | | | |

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 10/06/2005 | N/A | 10/11/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click Image to view Delivery Receipt - If available ) |
| | **DR** |

To view **BOL** or **DR** (If available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

1013311      10/06/05

BAX GLOBAL            FOB FACTORY- FRT COL.

1013311      10/06/05 06/28/06 0550053387

**REPRINT**    18036      NET 75 DAYS

DELPHI AUTOMOTIVE 002    CABLE            TOMKEN TOOL
ENERGY AND ENGINE MGMT                   4605 N. SUPERIOR DR
DISBURSEMENT SVC                         DISBURSEMENT SVC
BOX 62530                                BOX 62530
PHOENIX, AZ  85082-2530                  MUNCIE, IN
USA                                      USA          47303

        DEL002                                   TOM001-10


19 25350954                  2200.00 EA    1.53700      3381.40
   CRANK HARNESS               0.00

20 25350954                  1300.00 EA    1.53700      1998.10
   CRANK HARNESS               0.00

                             ---------------------
   PRODUCT: 25350954          3500.00

                                                  ---------------------
                                   SUBTOTAL:       5379.50

   TAX:        0.00 @   0.00%                          0.00
   NOT APPLICABLE                                 ===================
                                   TOTAL:          5379.50

# ECS
## Energy Conversion Systems

**BILL OF LADING**

**PACKING LIST**

| | | |
|---|---|---|
| ORDER DATE / | CONTRACT NUMBER | PAGE |

CUSTOMER PURCHASE ORDER NUMBER
05500653887

SHIPMENT NO. *1013311*

| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
|---|---|---|

| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
|---|---|---|
| *UPS Red* | FOB FACTORY | FRT COL WFIN |

**SHIP TO**
TOMKEN TOOL
4605 N. SUPERIOR DR
DISBURSEMENT SVC
BOX 62530
MUNCIE, IN 47303
USA

**SHIP TO CUSTOMER**   TOM001-10

**BILL TO**   CABLE
DELPHI AUTOMOTIVE 2
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA            85082-2530

**BILL TO CUSTOMER**   DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 19 | 25350954 | CRANK HARNESS | | | 2200.00 | 2200.00 | 0.00 |
| 20 | 25350954 | CRANK HARNESS | | | 15000.00 | 1300.00 | 13700.00 |
| | SUBTOTAL FOR PROD: 25350954 | | | | | 3500.00 | |

| ☐ COLLECT | ☐ PREPAID | TOTAL | | | | |
|---|---|---|---|---|---|---|

ERGY CONVERSION SYSTEMS          CARRIER *UPS Red*          TRAILER #          GROSS WT
SIGNATURE          SIGNATURE          NET WT

UPS Account No. 439X458
Sorted By: Order of Shipment

10/06/05
Record No. 2026645 15 4

| Name/Address | Shipment Detail | Options | Reference Rate Charges |
|---|---|---|---|

**Ship To:**
VALEO CLIMATE CONTROL USA DIVISION
3620 SYMMES ROAD
HAMILTON, OH 45015-1371

Service Type: UPS NEXT DAY AIR
Total Packages: 1
Hundredweight: No
Billable Wt.: 17.0
Billing Option: Prepaid
Package Ref No.1: 1013294
Package Ref No.2: 601214Z

Shipment Service Charge.    $    59.00

Tracking No.: 1Z39X4580147505103
Package Type: Package
Weight: 17.0
Package Ref No.1: 1013294
Package Ref No.2: 601214Z

Package Service Charge.    $    59.00

Shipper Amt:    $    59.00
UPS Total Charge:    $    59.00

---

**Ship To:** DON P. TOMKEN
4601 N SUPERIOR DRIVE
MUNCIE IN 47303-6430

Service Type: UPS NEXT DAY AIR
Total Pkgs./Wt.: 5/145.0
Hundredweight: Applied
Billable Wt.: 145.0
Billing Option: Freight Collect
Package Ref No.1: 1013311
Package Ref No.2: 25350954

Shipment Service Charge:    $    291.45

Tracking No.: 1Z39X4580148654110
Package Type: Package
Weight: 29.0
Package Ref No.1: 1013311
Package Ref No.2: 25350954

Tracking No.: 1Z39X4580147932320
Package Type: Package
Weight: 29.0
Package Ref No.1: 1013311
Package Ref No.2: 25350954

Tracking No.: 1Z39X4580148003733
Package Type: Package
Weight: 29.0
Package Ref No.1: 1013311
Package Ref No.2: 25350954

Tracking No.: 1Z39X4580148412345
Package Type: Package
Weight: 29.0
Package Ref No.1: 1013311
Package Ref No.2: 25350954

Tracking No.: 1Z39X4580149182155
Package Type: Package
Weight: 29.0
Package Ref No.1: 1013311
Package Ref No.2: 25350954

Receiver Amt: (793476)    $    291.45
UPS Total Charge:    $    291.45

---

**Ship To:**
TAWAS INDUSTRIES
905 CEDAR ST.
TAWAS CITY MI 48763-9200

Service Type: UPS GROUND
Total Packages: 1
Hundredweight: No
Billable Wt.: 23.0
Billing Option: Freight Collect
Package Ref No.1: 1013315
Package Ref No.2: 13283301

Shipment Service Charge:    $    10.55

UPS WorldShip® 7.0.17 winspool 1025

P.12/13          To:6018525267          662 283 2189          From:ECS WINONA  08:39  OCT-07-2005

UPS Package Tracking





Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS United States**

Shipping | Tracking | Support | Business Solutions

## Tracking

Log-In   User ID: [         ]   Password: [         ]  | Forgot Password       [ Register ]

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help

### Track by Tracking Number

#### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 39X 458 01 4793 232 0 | Delivered | Delivered on: | 10/07/2005 9:32 A.M. |
| | | Delivered to: | MUNCIE, IN, US |
| | | Signed by: | ROOT |
| | | Service Type: | NEXT DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/27/2006 5:58 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

1013312      10/06/05

BAX GLOBAL                FOB FACTORY- FRT COL.


1013312      10/06/05 06/28/06 0550049084

**REPRINT**      17026      NET 45 DAYS


DELPHI AUTOMOTIVE 002    CABLE          DELPHI
ENERGY AND ENGINE MGMT                  ENERGY AND CHASSIS
DISBURSEMENT SVC                        32 CELERITY WAGON
BOX 62530                               DOCK WEST 15
PHOENIX, AZ  85082-2530                 EL PASO, TX
USA                                     USA          79906


        DEL002                                  DEL002-20


4 25367862                    2500.00 EA    0.92050        2301.25
    EPSILON HARNESS              0.00
    FREIGHT BILLS:
    DELPHI E (35021) CISCO
    C/O DATA2LOGISTICS
    P.O. BOX 9115
    NORWOOD, MA  02062-9115
    VENDOR NUMBER 1005886
    DOCK CODE JM01

5 25367862                     500.00 EA    0.92050         460.25
    EPSILON HARNESS              0.00
    FREIGHT BILLS:
    DELPHI E (35021) CISCO
    C/O DATA2LOGISTICS
    P.O. BOX 9115
    NORWOOD, MA  02062-9115
    VENDOR NUMBER 1005886
    DOCK CODE JM01


    PRODUCT: 25367862            3000.00


                                    SUBTOTAL:        2761.50

    TAX:         0.00 @   0.00%                         0.00
    NOT APPLICABLE
                                    TOTAL:           2761.50

# ECS
Energy Conversion Systems

**BILL OF LADING**

**PACKING LIST**

| PAGE |
|------|
| 1 |

ORDER DATE ___ CONTRACT NUMBER C/05

CUSTOMER/PURCHASE/ORDER NUMBER
05500015004

SHIPMENT NO. 1013312

DATE SHIPPED

BILL OF LADING NO.

METHOD OF SHIPMENT    FREIGHT TERMS    WAREHOUSE

BAX GLOBAL    FOB FACTORY  ENT COL WFIN

2nd Day

**SHIP TO**
DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79906
USA

**BILL TO**
DELPHI AUTOMOTIVE 2    CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA    85082-2530

SHIP TO CUSTOMER    DEL002-20

BILL TO CUSTOMER    DEL002

| E | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 154 | 25367862 | EPSILON HARNESS | | | 2500.00 | 2500.00 | 0.00 |
| | | FREIGHT BILLS: | | | | | |
| | | DELPHI E (35021) CISCO | | | | | |
| | | C/O DATA2LOGISTICS | | | | | |
| | | P.O. BOX 9115 | | | | | |
| | | NORWOOD, MA  02062-9115 | | | | | |
| | | VENDOR NUMBER 1005886 | | | | | |
| | | DOCK CODE JM01 | | | | | |
| 155 | 25367862 | EPSILON HARNESS | | | 3000.00 | 500.00 | 2500.00 |
| | | FREIGHT BILLS: | | | | | |
| | | DELPHI E (35021) CISCO | | | | | |
| | | C/O DATA2LOGISTICS | | | | | |
| | | P.O. BOX 9115 | | | | | |
| | | NORWOOD, MA  02062-9115 | | | | | |
| | | VENDOR NUMBER 1005886 | | | | | |
| | | DOCK CODE JM01 | | | | | |
| | | SUBTOTAL FOR PROD: 25367862 | | | | 3000.00 | |

On Bill # 680 596 604

| ☐ COLLECT | ☐ PREPAID | TOTAL |
|---|---|---|

ERGY CONVERSION SYSTEMS    Bradley    CARRIER  CBA    TRAILER #    GROSS WT. 48

NATURE    SIGNATURE    NET WT. 48

1013317    10/06/05

CENTRAL TRANSPORT    FOB FACTORY- FRT COL

1013317    10/06/05 06/28/06 550052549

**REPRINT**    16212    NET 45 DAYS

DELPHI AUTOMOTIVE 03    FUEL    DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV    2926 DAVISON ROAD
BOX 62530    DOCK  100, Gerotor
PHOENIX, AZ  85082-2530    FLINT, MI
USA    USA    48556

DEL003    DEL003-40

| .3 25372365 | 240.00 EA | 1.71200 | 410.88 |
| FUEL PUMP CARRIER ASSEMBLY | 0.00 | | |
| DOCK CODE E101 | | | |

SUBTOTAL:    410.88

TAX:    0.00 @   0.00%    0.00
NOT APPLICABLE
TOTAL:    410.88

# ECS

**Energy Conversion Systems**

## BILL OF LADING

1013317

PACKING LIST

| | |
|---|---|
| SALES ORDER NO. | PRINTED ON | PAGE |
| | | 1 |
| ORDER DATE | CONTRACT NUMBER | |
| CUSTOMER PURCHASE ORDER NUMBER | |
| | 5500525 40 | |
| SHIPMENT NO. | DATE SHIPPED | BILL OF LADING NO. |
| 1013317 | | |
| METHOD OF SHIPMENT | FREIGHT TERMS | WAREHOUSE |
| CENTRAL TRANSPORT | FOB FACTORY | FRT COL WFIN |

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI 48556
USA

**BILL TO**

DELPHI AUTOMOTIVE S      FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA      85082-2530

| SHIP TO CUSTOMER | DEL003-40 | BILL TO CUSTOMER | DEL003 |
|---|---|---|---|

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 113 | 25372365 | FUEL PUMP CARRIER ASSEMBLY DOCK CODE E101 | | | 240.00 | 240.00 | 0.00 |

P10# 387-314288 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| ☑ COLLECT | ☐ PREPAID | TOTAL | | | |
| ENERGY CONVERSION SYSTEMS | | CARRIER Central | TRAILER # | GROSS WT. | NET WT. |

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Proof of Claim   Pg 229 of 506

Page 1 of

## Trace Shipment

| Trace Results | 6/27/2006 - 4:10 PM |
|---|---|

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
|---|---|---|---|---|
| 387-314288-2 | NS | 2 | 5760 | N/A |

**BOL**

| Pickup Date: | Est Delivery Date: | Delivery Date: |
|---|---|---|
| 10/06/2005 | N/A | 10/11/2005 |

| Current Location: | Status: |
|---|---|
| N/A | Delivered (Click image to view Delivery Receipt - If available ) |

**DR**

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

1013331    10/07/05

CENTRAL TRANSPORT    FOB FACTORY- FRT COL.

1013331    10/07/05 06/28/06 550015795

**REPRINT**    17323    NET 45 DAYS

DELPHI AUTOMOTIVE 03          FUEL          DELPHI AUTOMOTIVE
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV                               2926 DAVISON ROAD
BOX 62530                                      DOCK  100, Gerotor
PHOENIX, AZ  85082-2530                        FLINT, MI
USA                                            USA          48556

         DEL003                                        DEL003-40


VENDOR NUMBER 1005886
THIRD PARTY BILL BILL FREIGHT
TO  DELPHI ENERGY
CISCO CODE 31005
C/O DATA2 LOGISTICS
P.O. BOX 9115
NORWORD, MA 02062-9115

79 25351087                          2880.00 EA      1.67200        4815.36
   BRUSH CARRIER ASM; FUEL PUMP         0.00
   DOCK CODE E101


                                                  -----------------
                                     SUBTOTAL:            4815.36

   TAX:          0.00 @   0.00%                              0.00
   NOT APPLICABLE                                   =================
                                     TOTAL:              4815.36



# ECS
## Energy Conversion Systems

**BILL OF LADING**

PACKING LIST

101333l

| | |
|---|---|
| SALES ORDER NO. | PRINTED ON | PAGE |
| ORDER DATE | CONTRACT NUMBER | 1 |
| CUSTOMER PURCHASE ORDER NUMBER | |

SHIPMENT NO.   DATE SHIPPED   BILL OF LADING NO.
1013331

METHOD OF SHIPMENT   FREIGHT TERMS   WAREHOUSE
CENTRAL TRANSPORT   FOB FACTORY   FRT COL MITN

**SHIP TO**

DELPHI AUTOMOTIVE

2926 DAVISON ROAD
DOCK 100, Gerotor
FLINT, MI 48556
USA

SHIP TO CUSTOMER
DEL003-40

**BILL TO**

DELPHI AUTOMOTIVE 3   FUEL
ENERGY AND ENGINE MGMT
DISBURSEMENT SRV
BOX 62530
PHOENIX, AZ
USA        85082-2530

BILL TO CUSTOMER
DEL003

| NE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| | | VENDOR NUMBER 1005886 THIRD PARTY BILL BILL FREIGHT TO  DELPHI ENERGY CISCO CODE 31005 C/O DATA2 LOGISTICS P.O. BOX 9115 NORWOOD, MA 02062-9115 | | | | | |
| 199 | 25351087 | BRUSH CARRIER ASM; FUEL PUMP DOCK CODE E101 | | | 5760.00 | 2880.00 | 2880.00 |

CENTRAL TRANSPORT **387-314289-0** 06

☑ COLLECT   ☐ PREPAID   TOTAL

IERGY CONVERSION SYSTEMS   CARRIER   TRAILER #   GROSS WT.

05-44481-rdd   Doc 9454-1   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
Central Transport International, Inc. - Trace of Proof of Claim   Pg 232 of 506

Page 1 of 1

## Trace Shipment

| Trace Results | | | | 6/27/2006 - 4:11 PM |
| --- | --- | --- | --- | --- |

| Pro Number: | BOL Number: | Pieces: | Weight: | Destination: |
| --- | --- | --- | --- | --- |
| **387-314289-0** | 1013321 | 1 | 275 | N/A |

BOL

| Pickup Date: | Est Delivery Date: | Delivery Date: |
| --- | --- | --- |
| 10/07/2005 | N/A | 10/13/2005 |

| Current Location: | Status: |
| --- | --- |
| N/A | Delivered (Click Image to view Delivery Receipt - if available ) |

DR

To view **BOL** or **DR** (if available) you must have the latest version of **Adobe Acrobat Reader.**
Click here to download Acrobat Reader.

1013330      10/07/05

BAX GLOBAL                FOB FACTORY- FRT COL

1013330    10/07/05 06/28/06 0550049084

**REPRINT**    17026    NET 45 DAYS

DELPHI AUTOMOTIVE 002    CABLE              DELPHI
ENERGY AND ENGINE MGMT                     ENERGY AND CHASSIS
DISBURSEMENT SVC                           32 CELERITY WAGON
BOX 62530                                  DOCK WEST 15
PHOENIX, AZ  85082-2530                    EL PASO, TX
USA                                        USA          79906

        DEL002                                     DEL002-20


55  25367862                    2406.00 EA    0.92050      2214.72
    EPSILON HARNESS                  0.00
    FREIGHT BILLS:
    DELPHI E (35021) CISCO
    C/O DATA2LOGISTICS
    P.O. BOX 9115
    NORWOOD, MA  02062-9115
    VENDOR NUMBER 1005886
    DOCK CODE JM01


                                    ----------------------------
                            SUBTOTAL:            2214.72

    TAX:      0.00 @   0.00%                        0.00
    NOT APPLICABLE                      ====================
                            TOTAL:               2214.72

# BILL OF LADING



**ECS**
Energy Conversion Systems

PACKING LIST

| | | |
|---|---|---|
| SALES ORDER NO. | PRINTED ON | PAGE |
| ORDER DATE | CONTRACT NUMBER | |
| CUSTOMER PURCHASE ORDER NUMBER | | |

SHIPMENT NO. 1013330
DATE SHIPPED
BILL OF LADING NO.

METHOD OF SHIPMENT   1013330   FREIGHT TERMS   WAREHOUSE
FOB FACTORY

**SHIP TO**
DELPHI
ENERGY AND CHASSIS
32 CELERITY WAGON
DOCK WEST 15
EL PASO, TX  79996
USA

*UPS Ped*
*Sat Del*

**BILL TO**
DELPHI AUTOMOTIVE 2    CABLE
ENERGY AND ENGINE MGMT
DISBURSEMENT SVC
BOX 62530
PHOENIX, AZ
USA        85082-2530

SHIP TO CUSTOMER   DEL002-20
BILL TO CUSTOMER   DEL002

| LINE | PRODUCT NUMBER | PRODUCT DESCRIPTION | BOXES | SKIDS | CURRENT QTY. BACK ORDERED | QTY. SHIPPED | NEW QTY. BACK ORDERED |
|---|---|---|---|---|---|---|---|
| 155 | 25367862 | EPSILON HARNESS FREIGHT BILLS: DELPHI E (35021) CISCO C/O DATA2LOGISTICS P.O. BOX 9115 NORWOOD, MA  02062-9115 VENDOR NUMBER 1005886 DOCK CODE JM01 | | | 2500.00 | 2406.00 | 94.00 |

*Sat Del*

☑ COLLECT    ☐ PREPAID    TOTAL  5

ENERGY CONVERSION SYSTEMS    CARRIER  *UPS Ped*    TRAILER #    GROSS WT.

**DAILY SHIPMENT DETAIL REPORT**
10/07/05 03:16 PM

Date: 10/07/05
Record No.: 2026645 16 5

UPS Account No.: 39X4S8
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | | Reference Rate Charges | |
|---|---|---|---|---|---|---|
| Ship To: LUZ MESA DELPHI ENERGY AND CHASSIS 32 CELERITY WAGON DOCK WEST 15 EL PASO TX 79906 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: Package Ref No.1: Package Ref No.2: | UPS NEXT DAY AIR 5 No 65.0 Freight Collect 1013330 25367862 | Shipment Service Charge: Saturday Delivery: | | $ 281 25 $ 62 50 | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584448901370 Package 12.6 1013330 25367862 | Package Service Charge: | | $ 56.25 | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584449698787 Package 12.6 1013330 25367862 | Package Service Charge: | | $ 56.25 | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584449753396 Package 12.6 1013330 25367862 | Package Service Charge: | | $ 56.25 | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584448489200 Package 12.6 1013330 25367862 | Package Service Charge: | | $ 56.25 | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584449410210 Package 12.6 1013330 25367862 | Package Service Charge. Receiver Amt: (793476) UPS Total Charge: | | $ 56.25 $ 343.75 $ 343.75 | |
| Ship To: JOSE HERNANDEZ DELPHI ENERGY AND CHASSIS 32 CELERITY WAGON DOCK WEST 15 EL PASO TX 79906 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: Package Ref No.1: Package Ref No.2: | UPS NEXT DAY AIR 1 No 4.0 Freight Collect 103449 SAMPLES | Shipment Service Charge: Saturday Delivery: | | $ 32.50 $ 12.50 | |
| | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z39X4584448700426 Package 4.0 103449 SAMPLES | Package Service Charge: Receiver Amt: (793476) UPS Total Charge: | | $ 32.50 $ 45.00 $ 45.00 | |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| Saturday Delivery | 2 | 6 | $ 75.00 | | Freight Collect TOTAL CHARGES | 2 | 6 | $ 388.75 $ 388.76 |
| Package Option | | Pkgs | Ref Charges | | 2 Shipment(s) 6 Package(s) | | | |

Page 1

UPS WorldShip® 7.0.17 winspool 1025

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS United States**

Shipping | Tracking | Support | Business Solutions

## Tracking

Log-In  User ID: [          ]  Password: [          ] 🔒 | Forgot Password

Register

→ **Track by Tracking Number**
  &gt; Track by E-mail
  &gt; Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
    Number
→ Track by Freight Shipment
    Reference
→ Track with Quantum View
→ Sign Up for Signature
    Tracking 🔒
→ Void a Shipment 🔒
→ Help

### ▌▌▌ Track by Tracking Number

#### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 10/08/2005 9:21 A.M. |
| **Signed by:** | CHAVAIRRA |
| **Location:** | DOCK |
| **Delivered to:** | EL PASO, TX, US |

**Tracking Number:** 1Z 39X 458 44 4890 137 0
**Service Type:** NDA SAT DEL

#### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| EL PASO, TX, US | 10/08/2005 | 9:21 A.M. | DELIVERY |

Tracking results provided by UPS: 06/27/2006 5:25 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ENERGY CONVERSION SYSTEMS HOLDINGS, LLC

## Delphi Bankruptcy Claim
### CASE # 05-44640

### CLAIM SUMMARY

Unsecured Claims:

Pennsylvania                                    $      322,230.56 ✓
  Duns No. 927645671, Customer No. 20392

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**UNSECURED CLAIM**
(ISSUED PRIOR TO SEPTEMBER 28, 2005)

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Contract Date | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Delphi Auto Systems - North America | 19951 | 01/28/03 | 02/27/03 | 1,265.60 | 1,186.50 | 79.10 | 4403 | | 550014405 | | |
| PA | Delphi Auto Systems - North America | 19987 | 01/29/03 | 02/28/03 | 2,531.20 | 2,373.00 | 158.20 | 4403 | | 550014405 | | |
| PA | Delphi Auto Systems - North America | 20035 | 01/31/03 | 03/02/03 | 5,894.19 | - | 5,894.19 | 3848 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 20075 | 02/03/03 | 03/05/03 | 2,947.10 | 699.29 | 2,247.81 | 3848 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 20148 | 02/07/03 | 03/09/03 | 30,010.50 | 19,677.50 | 10,333.00 | 4658 | | 550014401 | | |
| PA | Delphi Auto Systems - North America | 25979 | 01/28/04 | 02/27/04 | 4,963.31 | 4,936.88 | 26.43 | 4400 | | 550014401 | | |
| PA | Delphi Auto Systems - North America | 26153 | 02/06/04 | 03/07/04 | 7,339.44 | 7,326.72 | 12.72 | 5729 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 26291 | 02/17/04 | 03/18/04 | 473.46 | 429.78 | 43.68 | 5319 | 7/21/03 | 550035619 | enclosed | |
| PA | Delphi Auto Systems - North America | 26308 | 02/18/04 | 03/19/04 | 4,018.22 | 3,978.24 | 39.98 | 4401 | | 550014403 | enclosed | |
| PA | Delphi Auto Systems - North America | 26394 | 02/24/04 | 03/25/04 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | enclosed | |
| PA | Delphi Auto Systems - North America | 26650 | 03/10/04 | 04/09/04 | 3,988.40 | 3,646.40 | 352.00 | 4816 | 1/31/03 | 550024118 | enclosed | |
| PA | Delphi Auto Systems - North America | 1742 | 03/25/04 | 03/25/04 | 11,050.12 | (1,338.27) | 1,338.27 | | | | | |
| PA | Delphi Auto Systems - North America | 28895 | 03/25/04 | 04/24/04 | | 10,940.16 | 109.96 | 4401 | | 550014403 | | |
| PA | Delphi Auto Systems - North America | 1661 | 04/23/04 | 04/23/04 | | (1,614.35) | 1,614.35 | | | | | |
| PA | Delphi Auto Systems - North America | 1677 | 05/21/04 | 05/21/04 | | (14,577.74) | 14,577.74 | | | | | |
| PA | Delphi Auto Systems - North America | 1681 | 06/03/04 | 06/03/04 | | (3,058.78) | 3,058.78 | | | | | |
| PA | Delphi Auto Systems - North America | 1682 | 06/03/04 | 06/03/04 | | (3,321.45) | 3,321.45 | | | | | |
| PA | Delphi Auto Systems - North America | 1683 | 06/04/04 | 06/04/04 | | (594.76) | 594.76 | | | | | |
| PA | Delphi Auto Systems - North America | 1687 | 06/08/04 | 06/08/04 | | (8,326.67) | 8,326.67 | | | | | |
| PA | Delphi Auto Systems - North America | 28241 | 06/23/04 | 07/23/04 | 947.52 | (18.85) | 966.47 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 28618 | 07/20/04 | 08/19/04 | 473.46 | 205.95 | 267.51 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 28888 | 08/01/04 | 08/31/04 | 2,082.50 | - | 2,082.50 | 4816 | 1/31/03 | 550024118 | enclosed | |
| PA | Delphi Auto Systems - North America | 28927 | 08/04/04 | 09/03/04 | 4,362.24 | - | 4,362.24 | 5593 | | 5550014400 | | |
| PA | Delphi Auto Systems - North America | 1747 | 08/13/04 | 08/13/04 | | (0.65) | 0.65 | | | | | |
| PA | Delphi Auto Systems - North America | 29150 | 08/17/04 | 09/16/04 | 136.95 | 134.83 | 2.12 | 4620 | | 550019141 | enclosed | |
| PA | Delphi Auto Systems - North America | 29186 | 08/18/04 | 09/17/04 | 3,498.60 | - | 3,498.60 | 4816 | 1/31/03 | 550024118 | enclosed | |
| PA | Delphi Auto Systems - North America | 29309 | 08/25/04 | 09/24/04 | 2,976.77 | - | 2,976.77 | 4793 | 7/1/02 | 550024107 | enclosed | |
| PA | Delphi Auto Systems - North America | 1755 | 08/26/04 | 08/26/04 | | (1,981.25) | 1,981.25 | | | | | |
| PA | Delphi Auto Systems - North America | 1766 | 08/28/04 | 08/28/04 | | (2,245.62) | 2,245.62 | | | | | |
| PA | Delphi Auto Systems - North America | 29321 | 08/28/04 | 09/25/04 | 3,978.24 | - | 3,978.24 | 4401 | | 550014403 | enclosed | |
| PA | Delphi Auto Systems - North America | 29343 | 08/27/04 | 09/26/04 | 6,997.20 | - | 6,997.20 | 4816 | 1/31/03 | 550024118 | enclosed | |
| PA | Delphi Auto Systems - North America | 29363 | 08/30/04 | 08/29/04 | | (16.32) | 16.32 | | | | | |
| PA | Delphi Auto Systems - North America | 29367 | 08/30/04 | 08/29/04 | 2,949.12 | - | 2,949.12 | 5593 | | 5550014400 | enclosed | |
| PA | Delphi Auto Systems - North America | 29456 | 09/03/04 | 10/03/04 | 6,247.50 | 6,164.20 | 83.30 | 4816 | 1/31/03 | 550024118 | | |
| PA | Delphi Auto Systems - North America | 29496 | 09/08/04 | 10/08/04 | 1,221.12 | 1,153.28 | 67.84 | 5729 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 29520 | 09/09/04 | 10/09/04 | 6,247.50 | 6,211.80 | 35.70 | 4816 | 1/31/03 | 550024118 | | |
| PA | Delphi Auto Systems - North America | 29559 | 09/20/04 | 10/20/04 | 342.38 | 337.08 | 5.30 | 4620 | | 550019141 | | |
| PA | Delphi Auto Systems - North America | 29566 | 09/20/04 | 10/20/04 | 1,085.44 | 1,068.48 | 16.96 | 5729 | | 550004846 | | |
| PA | Delphi Auto Systems - North America | 29678 | 09/21/04 | 10/21/04 | 479.33 | 471.91 | 7.42 | 4620 | | 550019141 | | |
| PA | Delphi Auto Systems - North America | 29684 | 09/21/04 | 10/21/04 | 1,085.44 | 1,068.48 | 16.96 | 5729 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 1787 | 09/22/04 | 09/22/04 | | (569.30) | 569.30 | | | | | |
| PA | Delphi Auto Systems - North America | 1788 | 09/22/04 | 09/22/04 | | (135.13) | 135.13 | | | | | |
| PA | Delphi Auto Systems - North America | 1789 | 09/22/04 | 09/22/04 | | (753.77) | 753.77 | | | | | |
| PA | Delphi Auto Systems - North America | 29726 | 09/23/04 | 10/23/04 | 2,670.57 | 2,629.22 | 41.35 | 4620 | | 550019141 | | |
| PA | Delphi Auto Systems - North America | 29767 | 09/24/04 | 10/24/04 | 949.76 | 934.92 | 14.84 | 5729 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 1793 | 09/28/04 | 09/28/04 | | (207.59) | 207.59 | | | | | |
| PA | Delphi Auto Systems - North America | 1794 | 09/28/04 | 09/28/04 | | (116.63) | 116.63 | | | | | |
| PA | Delphi Auto Systems - North America | 29838 | 09/28/04 | 10/28/04 | 949.76 | 934.92 | 14.84 | 5729 | | 550004848 | | |

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**UNSECURED CLAIM**
(ISSUED PRIOR TO SEPTEMBER 28, 2005)

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Contract Date | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Delphi Auto Systems - North America | 29868 | 09/29/04 | 10/29/04 | 2,442.24 | 2,404.08 | 38.16 | 5729 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 29918 | 09/30/04 | 10/30/04 | 1,424.64 | 1,402.38 | 22.26 | 5729 | | 550004848 | | |
| PA | Delphi Auto Systems - North America | 30013 | 10/07/04 | 11/06/04 | 13,708.80 | 7,257.60 | 6,451.20 | 4816 | 1/31/03 | 550024118 | | |
| PA | Delphi Auto Systems - North America | 30157 | 10/15/04 | 11/14/04 | 2,903.04 | 725.76 | 2,177.28 | 5593 | | 5550014400 | | |
| PA | Delphi Auto Systems - North America | 30582 | 11/23/04 | 12/23/04 | 570.00 | 270.00 | 300.00 | 6334 | | JMS39759 | | enclosed |
| PA | Delphi Auto Systems - North America | 30801 | 12/15/04 | 01/14/05 | 7,330.40 | 2,930.69 | 4,399.71 | 4816 | 1/31/03 | 550024118 | | |
| PA | Delphi Auto Systems - North America | 30846 | 12/20/04 | 01/19/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 30865 | 12/22/04 | 01/21/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 30878 | 12/23/04 | 01/22/05 | 2,903.04 | - | 2,903.04 | 5593 | | 5550014400 | | |
| PA | Delphi Auto Systems - North America | 30882 | 12/27/04 | 01/26/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 30883 | 12/27/04 | 01/26/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 1857 | 12/31/04 | 12/31/04 | | (691.97) | 691.97 | | | | | |
| PA | Delphi Auto Systems - North America | 1858 | 12/31/04 | 12/31/04 | | (760.51) | 760.51 | | | | | |
| PA | Delphi Auto Systems - North America | 1859 | 12/31/04 | 12/31/04 | | (1,148.50) | 1,148.50 | | | | | |
| PA | Delphi Auto Systems - North America | 30968 | 01/03/05 | 02/02/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 30969 | 01/03/05 | 02/02/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 30974 | 01/04/05 | 02/03/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 30993 | 01/06/05 | 02/05/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31012 | 01/10/05 | 02/09/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31041 | 01/12/05 | 02/11/05 | 3,094.00 | 3,003.00 | 91.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31076 | 01/14/05 | 02/13/05 | 884.00 | 858.00 | 26.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31078 | 01/14/05 | 02/13/05 | 127.50 | | 127.50 | 6390 | | JMS40151 | | |
| PA | Delphi Auto Systems - North America | 31084 | 01/17/05 | 02/16/05 | 1,768.00 | 1,716.00 | 52.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31101 | 01/18/05 | 02/17/05 | 884.00 | 858.00 | 26.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31105 | 01/18/05 | 02/17/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31122 | 01/19/05 | 02/18/05 | 1,326.00 | 1,287.00 | 39.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31133 | 01/20/05 | 02/19/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31150 | 01/21/05 | 02/20/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 31191 | 01/24/05 | 02/23/05 | 1,326.00 | 1,287.00 | 39.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31194 | 01/24/05 | 02/23/05 | 525.00 | 280.50 | 244.50 | 6452 | | JMS40322 | | |
| PA | Delphi Auto Systems - North America | 31210 | 01/25/05 | 02/24/05 | 6,630.00 | 6,435.00 | 195.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31231 | 01/27/05 | 02/26/05 | 2,775.00 | 1,725.00 | 1,050.00 | 6470 | | JMS39616 | | |
| PA | Delphi Auto Systems - North America | 31246 | 01/28/05 | 02/27/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31281 | 01/31/05 | 03/02/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 31232 | 01/31/05 | 03/02/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 1881 | 02/02/05 | 03/04/05 | | (151.79) | 151.79 | | | | | |
| PA | Delphi Auto Systems - North America | 31309 | 02/02/05 | 03/04/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31351 | 02/08/05 | 03/10/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31365 | 02/09/05 | 03/11/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31405 | 02/14/05 | 03/16/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31470 | 02/18/05 | 03/20/05 | 61,700.00 | | 61,700.00 | 6515 | | AES28570 | | |
| PA | Delphi Auto Systems - North America | 31494 | 02/21/05 | 03/23/05 | 4,420.00 | 4,290.00 | 130.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31657 | 02/24/05 | 03/26/05 | 3,536.00 | 3,432.00 | 104.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31579 | 02/25/05 | 03/27/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31582 | 02/25/05 | 03/27/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 31600 | 02/28/05 | 03/30/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31618 | 03/01/05 | 03/31/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31630 | 03/02/05 | 04/01/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**UNSECURED CLAIM**
**(ISSUED PRIOR TO SEPTEMBER 29, 2006)**

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Contract Date | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Delphi Auto Systems - North America | 31643 | 03/03/05 | 04/02/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31663 | 03/04/05 | 04/03/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 31691 | 03/08/05 | 04/07/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31716 | 03/10/05 | 04/09/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31730 | 03/11/05 | 04/10/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31769 | 03/15/05 | 04/14/05 | 884.00 | 868.00 | 26.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31796 | 03/16/05 | 04/15/05 | 4,420.00 | 4,290.00 | 130.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31837 | 03/21/05 | 04/20/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31845 | 03/22/05 | 04/21/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 31646 | 03/22/05 | 04/21/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31861 | 03/23/05 | 04/22/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31895 | 03/28/05 | 04/27/05 | 442.00 | - | 13.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 31919 | 03/30/05 | 04/29/05 | 2,250.00 | - | 2,250.00 | 6613 | 7/21/03 | JMS41105 | | |
| PA | Delphi Auto Systems - North America | 31953 | 04/01/05 | 05/01/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 31954 | 04/01/05 | 05/01/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31980 | 04/05/05 | 05/05/05 | 3,536.00 | 3,432.00 | 104.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 31987 | 04/06/05 | 05/09/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32014 | 04/08/05 | 05/08/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32028 | 04/11/05 | 05/11/05 | 442.00 | 429.00 | 13.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32094 | 04/15/05 | 05/15/05 | 288.00 | - | 288.00 | 6612 | 7/21/03 | AES535171 | | |
| PA | Delphi Auto Systems - North America | 32184 | 04/25/05 | 05/25/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 32185 | 04/26/05 | 05/26/05 | 1,768.00 | | 1,768.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32210 | 04/27/05 | 05/27/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 1935 | 04/28/05 | 04/28/05 | | (1,975.35) | 1,975.35 | | | | | |
| PA | Delphi Auto Systems - North America | 1937 | 04/28/05 | 04/28/05 | | (2,452.16) | 2,452.16 | | | | | |
| PA | Delphi Auto Systems - North America | 1938 | 04/28/05 | 04/28/05 | | (5,329.72) | 5,329.72 | | | | | |
| PA | Delphi Auto Systems - North America | 32229 | 04/28/05 | 05/28/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32248 | 04/29/05 | 05/29/05 | 884.00 | 868.00 | 26.00 | 5325 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 9039 | 04/30/05 | 04/30/05 | | (2,452.16) | 2,452.16 | | | | | |
| PA | Delphi Auto Systems - North America | 32262 | 05/02/05 | 06/01/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32284 | 05/04/06 | 06/03/05 | 442.00 | 429.00 | 13.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32300 | 05/05/05 | 06/04/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32320 | 05/09/05 | 06/08/05 | 884.00 | 858.00 | 26.00 | 5326 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32345 | 05/11/05 | 06/10/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 32346 | 05/11/05 | 06/10/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32363 | 05/12/05 | 06/11/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32374 | 05/13/05 | 06/12/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32387 | 05/16/05 | 06/15/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32427 | 05/19/05 | 06/18/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32430 | 05/19/05 | 06/18/05 | 884.00 | 858.00 | 26.00 | 5319 | 7/21/03 | 550035619 | | |
| PA | Delphi Auto Systems - North America | 32438 | 05/20/05 | 06/19/05 | 473.76 | 430.08 | 43.68 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32439 | 05/20/05 | 06/19/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32471 | 05/23/05 | 06/22/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32476 | 05/24/05 | 06/23/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32483 | 05/25/05 | 06/24/05 | 3,536.00 | 3,432.00 | 104.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32547 | 06/01/05 | 07/01/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 32548 | 06/01/05 | 07/01/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 550035621 | | |
| PA | Delphi Auto Systems - North America | 1950 | 06/02/05 | 06/02/05 | 1,768.00 | (1,100.00) | 1,100.00 | | | | | |

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**UNSECURED CLAIM**
(ISSUED PRIOR TO SEPTEMBER 28, 2005)

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Contract Date | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Delphi Auto Systems - North America | 1951 | 06/02/05 | 06/02/05 | 442.00 | (550.00) | 550.00 | | | | | |
| PA | Delphi Auto Systems - North America | 32561 | 06/03/05 | 07/03/05 | 884.00 | 429.00 | 13.00 | | | | | |
| PA | Delphi Auto Systems - North America | 32577 | 06/06/05 | 07/06/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32591 | 06/07/05 | 07/07/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32601 | 06/08/05 | 07/08/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32612 | 06/09/05 | 07/09/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 560035619 | | |
| PA | Delphi Auto Systems - North America | 32613 | 06/09/05 | 07/09/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 560035619 | | |
| PA | Delphi Auto Systems - North America | 32614 | 06/09/05 | 07/09/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32615 | 06/09/05 | 07/09/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32628 | 06/10/05 | 07/10/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32639 | 06/13/05 | 07/13/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32648 | 06/14/05 | 07/14/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32709 | 06/20/05 | 07/20/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32722 | 06/21/05 | 07/21/05 | 884.00 | 858.00 | 26.00 | 5326 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32734 | 06/22/05 | 07/22/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32755 | 06/23/05 | 07/23/05 | 1,326.00 | 1,287.00 | 39.00 | 5326 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32776 | 06/27/05 | 07/27/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 560035619 | | |
| PA | Delphi Auto Systems - North America | 32777 | 06/27/05 | 07/27/05 | 2,652.00 | 2,574.00 | 78.00 | 5326 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32761 | 06/28/05 | 07/28/05 | 1,326.00 | 1,287.00 | 39.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32783 | 06/28/05 | 07/28/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32793 | 06/29/05 | 07/29/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32801 | 06/30/05 | 07/30/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 32802 | 06/30/05 | 07/30/05 | 2,652.00 | 2,574.00 | 78.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32816 | 07/01/05 | 07/31/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 32817 | 07/01/05 | 07/31/05 | 2,652.00 | 2,574.00 | 78.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32862 | 07/11/05 | 08/10/05 | 1,768.00 | 1,716.00 | 52.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32875 | 07/12/05 | 08/11/05 | 3,094.00 | 3,003.00 | 91.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32883 | 07/14/05 | 08/13/05 | 884.00 | 858.00 | 26.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32884 | 07/14/05 | 08/13/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32885 | 07/14/05 | 08/13/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 32886 | 07/14/05 | 08/13/05 | 473.76 | 430.08 | 43.68 | 5319 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 32905 | 07/18/05 | 08/17/05 | 2,210.00 | 2,145.00 | 65.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32912 | 07/20/05 | 08/19/05 | 442.00 | 429.00 | 13.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 32899 | 07/28/05 | 08/27/05 | 2,900.00 | - | 2,900.00 | 6794 | | S3S28162 | | |
| PA | Delphi Auto Systems - North America | 33002 | 07/29/05 | 08/28/05 | 473.76 | - | 473.76 | 5325 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33003 | 07/29/05 | 08/28/05 | 6,188.00 | - | 6,188.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33049 | 08/05/05 | 09/04/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33050 | 08/05/05 | 09/04/05 | 4,420.00 | - | 4,420.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33095 | 08/11/05 | 09/10/05 | 884.00 | - | 884.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 33110 | 08/15/05 | 09/14/05 | 442.00 | - | 442.00 | 5325 | 7/21/03 | 560035621 | | |
| PA | Delphi Auto Systems - North America | 33122 | 08/16/05 | 09/15/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33123 | 08/16/05 | 09/15/05 | 6,630.00 | - | 6,630.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33144 | 08/18/05 | 09/17/05 | 1,500.00 | - | 1,500.00 | 6613 | | JM64105 | | enclosed |
| PA | Delphi Auto Systems - North America | 33152 | 08/19/05 | 09/18/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 560035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33153 | 08/19/05 | 09/18/05 | 6,630.00 | - | 6,630.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33167 | 08/22/05 | 09/21/05 | 1,326.00 | - | 1,326.00 | 5325 | 7/21/03 | 560035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33173 | 08/22/05 | 09/21/05 | 50.00 | - | 50.00 | 6818 | | AES37089 | | enclosed |

**ENERGY CONVERSION SYSTEMS - NORTH AMERICA**
**DELPHI ACCOUNTS RECEIVABLE**
**OCTOBER 8, 2005**

**UNSECURED CLAIM**
**(ISSUED PRIOR TO SEPTEMBER 28, 2005)**

| Shipping Location | Customer | Invoice Number | Invoice Date | Due Date | Original Invoice Amount | Amount Paid | Open Invoice Amount | Sales Order | Contract Date | Customer PO No. | Bill of Lading | Delivery Confirmation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Delphi Auto Systems - North America | 33195 | 08/25/05 | 09/24/05 | 5,319.00 | 4,845.24 | 473.76 | 5319 | 7/21/03 | 550035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33196 | 08/25/05 | 09/24/05 | 5,304.00 | - | 5,304.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33212 | 08/29/05 | 09/28/05 | 6,630.00 | - | 6,630.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33230 | 08/31/05 | 09/30/05 | 8,842.08 | - | 8,842.08 | 4287 | | 550007407 | | enclosed |
| PA | Delphi Auto Systems - North America | 33231 | 08/31/05 | 09/30/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 550035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33232 | 08/31/05 | 09/30/05 | 7,956.00 | - | 7,956.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33250 | 09/02/05 | 10/02/05 | 8,842.08 | - | 8,842.08 | 4287 | 7/1/02 | 550007407 | | enclosed |
| PA | Delphi Auto Systems - North America | 33251 | 09/02/05 | 10/02/05 | 3,978.00 | - | 3,978.00 | 5326 | | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33279 | 09/08/05 | 10/08/05 | 8,842.08 | - | 8,842.08 | 4287 | | 550007407 | | enclosed |
| PA | Delphi Auto Systems - North America | 33280 | 09/08/05 | 10/08/05 | 473.76 | - | 473.76 | 5319 | 7/21/03 | 550035619 | | enclosed |
| PA | Delphi Auto Systems - North America | 33281 | 09/08/05 | 10/08/05 | 6,630.00 | - | 6,630.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33303 | 09/09/05 | 10/09/05 | 150.00 | - | 150.00 | 6832 | | JMS42416 | | enclosed |
| PA | Delphi Auto Systems - North America | 33314 | 09/12/05 | 10/12/05 | 2,674.00 | - | 2,674.00 | 6809 | | JMS42303 | | |
| PA | Delphi Auto Systems - North America | 33323 | 09/14/05 | 10/14/05 | 8,842.08 | - | 8,842.08 | 4287 | 7/1/02 | 550007407 | | enclosed |
| PA | Delphi Auto Systems - North America | 33324 | 09/14/05 | 10/14/05 | 6,630.00 | - | 6,630.00 | 5325 | 7/21/03 | 550035621 | | enclosed |
| PA | Delphi Auto Systems - North America | 33343 | 09/15/05 | 10/15/05 | 8,842.08 | - | 8,842.08 | 4286 | | 550007406 | | enclosed |
| PA | Delphi Auto Systems - North America | 33368 | 09/19/05 | 10/19/05 | 2,730.00 | - | 2,730.00 | 6809 | | JMS42303 | | enclosed |
| PA | Delphi Auto Systems - North America | 33395 | 09/23/05 | 10/23/05 | 8,842.08 | - | 8,842.08 | 4287 | 7/1/02 | 550007407 | | enclosed |
| PA | Delphi Auto Systems - North America | 33409 | 09/26/05 | 10/26/05 | 442.00 | - | 442.00 | 5325 | 7/21/03 | 550035621 | | enclosed |

Total Unsecured A/R - Kane, PA                              $   322,230.56

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 19961  K |
| Invoice Date | 1/28/2003 |
| Customer | 20392 |
| Sales Order No. | 4403 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550014405 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 26.200 | FUEL PUMP ASSEMBLY 665730 | 665730 | EA | 700 | 1.80800 | |
| 2/10/2003 | CARTON SIZE 15 X 12 X 6 | 25326638 REV2 | | | | 1,265.60 |

*pd price 1.695* (handwritten)

01/28/03 SERIAL#13526 NBS PS#21838 BL#8258

**TOTAL INVOICE**

1,265.60

Terms  NET 30 DAYS            Net Due Date  2/27/2003

*79.10 open* (handwritten)

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 8, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **19987  K** |
| Invoice Date | 1/29/2003 |
| Customer | 20392 |
| Sales Order No. | 4403 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550014405** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 28.300 | FUEL PUMP ASSEMBLY 665730 | 665730 | EA | 1400 | 1.80800 | |
| 2/10/2003 | CARTON SIZE 15 X 12 X 6 | 25326838 REV2 | | | | 2,531.20 |

*pd 1.695*

01/29/03 SERIAL#13536 NBS PS#21859 BL#8271

| | |
|---|---|
| **TOTAL INVOICE** | |
| | 2,531.20 |

Terms  NET 30 DAYS              Net Due Date  2/28/2003

*158.20*
*open*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **20035** K |
| Invoice Date | 1/31/2003 |
| Customer | 20392 |
| Sales Order No. | 3848 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 59,300 | FLUX CARRIER ASSEMBLY 665420 | 665420 | EA | 7632 | .77230 | |
| 1/27/2003 | CARTON SIZE 13 X 8 X 10 | | | | | 5,894.19 |

01/31/03 SERIAL#13570 & 13571 PJAX PRO#89632133
PS#21927 BL#8316

**TOTAL INVOICE**

5,894.19

Terms  NET 30 DAYS          Net Due Date  3/2/2003

*Not pd*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

Account Number:  9429122167
ABA/Routing:  011900571
Account Name:  Kane Magnetics International, Inc. FBO FCC
Bank Name:  Fleet Bank
Bank Address:  Hartford, CT 06115
SWIFT Code:  FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| | |
|---|---|
| **Invoice** | **20075  K** |
| Invoice Date | 2/3/2003 |
| Customer | 20392 |
| Sales Order No. | 3848 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550004848** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 59.400 | FLUX CARRIER ASSEMBLY 665420 | 665420 | EA | 3816 | .77230 | |
| 1/27/2003 | CARTON SIZE 13 X 8 X 10 | | | | | 2,947.10 |

02/03/03 SERIAL#13578 PJAX PRO#89832166
PS# 21960  BL#3411

**TOTAL INVOICE**

2,947.10

Terms  NET 30 DAYS          Net Due Date  3/5/2003

*2247.81*

**Please Remit To:**

| **Via regular mail:** | **Via overnight deliveries:** | **Via wire/ACH/EDI** |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: Fleet Bank |
| | | Bank Address: Hartford, CT 06115 |
| | | SWIFT Code: FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| | |
|---|---|
| **Invoice** | **20148  K** |
| Invoice Date | 2/7/2003 |
| Customer | 20392 |
| Sales Order No. | 4658 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | **550014401** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 7.100 | ASSEMBLY 25162349 CM | 606260 | EA | 9234 | 3.25000 | |
| 2/17/2003 | CARTON SIZE 12 X 9 X 4 | 25162349 REV 17 | | | | 30,010.50 |

02/07/03 SERIAL#13760 NBS PS#22012 BL#8329

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **30,010.50** |

Terms  NET 30 DAYS          Net Due Date  3/9/2003

*10.333*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| | |
|---|---|
| **Invoice** | **25979  K** |
| Invoice Date | 1/28/2004 |
| Customer | 20392 |
| Sales Order No. | 4400 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550014402** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 70.300 | FLUX CARRIER ASSEMBLY 665480 | 665480 | EA | 6762 | .73400 | |
| 2/2/2004 | CARTON SIZE 12 X 9 X 4 | 25162350 REV 17 | | | | 4,963.31 |

*pd .73⁰*

1/28/04 SHPD 6726 NBS

**TOTAL INVOICE**

4,963.31

Terms  NET 30 DAYS          Net Due Date  2/27/2004

*26.43*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

**Invoice**      26153  K

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice Date | 2/6/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT      MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 5.100 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 10176 | .64000 | |
| 2/9/2004 | | 25117298 REV 30 | | | | 6,512.64 |
| | | | | | | |
| 2-6-04 SHPD 11448 VIA PJAX 11867330 | | | | | | |
| BL # 11463, PS # 27438 | | | | | | |
| 8.000 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 1272 | .65000 | |
| 2/9/2004 | | 25117298 REV 30 | | | | 826.80 |

TOTAL INVOICE

7,339.44

12.72

Terms  NET 30 DAYS      Net Due Date  3/7/2004

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

|  |  |
|---|---|
| Invoice | 26291  K |
| Invoice Date | 2/17/04 |
| Customer | 20392 |
| Sales Order No. | 5319 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Sold To: | DELPHI ENERGY & ENGINE | Ship To: | S-DELPHI (35021) EL PASO, TX |
|---|---|---|---|
|  | NAO DISBURSEMENTS |  | C/O INDIANAPOLIS DDS |
|  | MANAGEMENT SYSTEMS |  | C/O AIR ROAD EXPRESS |
|  | PO BOX 1550 |  | 3510 CHIEF LANE |
|  | FLINT    MI  48501 |  | INDIANAPOLIS    IN  46241 |

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| SHIPPING MARKS: | | | | | | |
| DELPHI E/SEC-JUAREZ | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 35021 SAP#JM01 | | | | | | |
| 6.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 2/17/04 | 11558 PJAX#28434348 | 25357937 REV 03J | | | | 473.76 |

pd ..128

PS#27588 VIA PJAX COL#28434348 3,360 PCS. 2-17-04
DS # 1500229262 KANBAN 0000001

TOTAL INVOICE

473.76

| Terms  NET 30 DAYS | Net Due Date  3/18/04 |
|---|---|

43.68

## Please Remit To:

| Via regular mail: | Via overnight deliveries: | Via wires/ACH/EDI: |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
|  | East Hartford, CT 06108 | Bank Name: Fleet Bank |
|  |  | Bank Address: Hartford, CT 06115 |
|  |  | SWIFT Code: FNBBUS33ATL (foreign wires only) |

### F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

Ɛ 425

KANE MAGNETICS INTERNATIONAL
Bill of Lading

| | |
|---|---|
| Page - | 1 |
| Date - | 2/17/2004 |
| Carrier Number- | 21885 |

SID:    11558

**PJAX FREIGHT SYSTEM**

28434348

**Ship From:**
KANE MAGNETICS INTERNATIONAL
700 ELK AVENUE
KANE
PA
16735

**Ship To:**
S-DELPHI (35021) EL PASO, TX
C/O CINCINNATI DDC%PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER
OH
45069

Bill To:
DELPHI E (35021) - 3RD PTY BILLING
C/O DATA LOGISTICS
P.O. BOX 9115
NORWOOD
MA
02062-9115

24738

20392                    24748

---

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665300 | EA | 6240 |
| 25074604 REV 57 | Order No: | 4286 |
| ROTOR ASSEMBLY 665300 | Cust PO: | 0550007406 |
| CARTON SIZE 15 X 11 X 13 | | |
| NMFC: 095830    Class: 060 | | |
| MAGNETS, NOI, DEMAGNETIZED | | |
| 665400 | EA | 12480 |
| 25140800 REV 7 | Order No: | 4287 |
| ROTOR ASSEMBLY 665400 | Cust PO: | 0550007407 |
| CARTON SIZE 15 X 11 X 13 | | |
| NMFC: 095830    Class: 060 | | |
| MAGNETS, NOI, DEMAGNETIZED | | |
| 670611 | EA | 3360 |
| | Order No: | 5319 |
| SENSOR FOR HD ACTUATOR | Cust PO: | 550035619 |
| CARTON SIZE 6 X 6 X 5 | | |
| MAGNETS, NOI, MAGNETIZED | | |
| 606270 | EA | 1000 |
| 25351497 REV 03 | Order No: | 5325 |
| ROTOR ASSEMBLY HD ACTUATOR | Cust PO: | 550035621 |
| CARTON SIZE 18 X 9 X 8 | | |
| NMFC: 095840    Class: 070 | | |
| MAGNETS, NOI, NOT MAGNETIZED | | |

**********************************************************************************

| P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|
| 606270 | 5 | CTN | 5 | 140 | N |
| 665300 | 1 | PLT | 24 | 713 | N |
| 665400 | 2 | PLT | 48 | 1,426 | N |
| 670611 | 1 | CTN | 1 | 9 | N |

Total Units:    9        Total Weight:    2,288

Freight Terms: 3RD PTY COLLECT

B 425

| | KANE MAGNETICS INTERNATIONAL | Page - | 2 |
| SID: 11558 | Bill of Lading | Date - | 2/17/2004 |
| | | Carrier Number- | 21885 |
| | | **PJAX FREIGHT SYSTEM** | |

**Ship From:**
KANE MAGNETICS INTERNATIONAL
700 ELK AVENUE
KANE
PA
16735

**Ship To:**
S-DELPHI (35021) EL PASO, TX
C/O CINCINNATI DDC%PJAX
2789 EAST CRESCENTVILLE ROAD
WESTCHESTER
OH
45069

**28434348**

Bill To:
DELPHI E (35021) - 3RD PTY BILLING
C/O DATA LOGISTICS
P.O. BOX 9115
NORWOOD
MA
02062-9115

24738

20392                         24748

| Item Number/Description | UM | Shipped |
| Item Number . . . . . . . | | |

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature _____ Date  2·17·04

Driver Signature _____ Date  2·17·04

3 skids
6 brs

**PJAX** FREIGHT SYSTEM   **2843434 8**   PJXI   SHIPPERS COPY

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 26308 G |
|---|---|
| Invoice Date | 2/18/04 |
| Customer | 20392 |
| Sales Order No. | 4401 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

**Ship To:** DELPHI ENERGY AND ENGINE SYSTE
2926 DAVISON ROAD
PLANT 2 - DOCK 100

FLINT                    MI   48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550014403 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 124.000 | FLUX CARRIER ASSEMBLY 665550 | 665550 | EA | 3360 | 1.19590 | |
| 3/22/04 | 11566 NBS | 25165476 REV 18 | | | | 4,018.22 |

2-18-04 SHPD 3360 VIA NBS
BL # 11566, PS # 27594

**TOTAL INVOICE**                    4,018.22

Terms  NET 30 DAYS                    Net Due Date  3/19/04

3998

Please Remit To:

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc, FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

R 42530

KANE MAGNETICS INTERNATIONAL
Bill of Lading

Page -                          1
Date -                    2/18/04
Carrier Number-          24597
**NBS TRUCKING**

SID:   11566

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**
DELPHI ENERGY AND ENGINE SYSTEMS
2928 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

20392                                      21469

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665550 | EA | 3360 |
| 25165476 REV 18 | Order No: | 4401 |
| FLUX CARRIER ASSEMBLY 665550 | Cust PO:  550014403 | |
| CARTON SIZE | | |
| NMFC: 095830     Class: 060 | | |
| MAGNETS, NOI, DEMAGNETIZED | | |
| 665790 | EA | 3360 |
| 25351085 REV 00 | Order No: | 4816 |
| FUEL PUMP ASSEMBLY 665790 | Cust PO:  550024118 | |
| CARTON SIZE 15 X 12 X 6 | | |
| NMFC: 095840     Class: 070 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
|  | 665550 | 1 | PLT | 48 | 1,384 | N |
|  | 665790 | 1 | PLT | 48 | 1,672 | N |
| Total Units: | | 2 | Total Weight: | | 3,056 | |

Freight Terms: COLLECT

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES-----QA SUPERVISOR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature _____   Date   2-18-04

Driver Signature _____   Date   2-18-04

**INVOICE**

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 26394 K |
| Invoice Date | 2/24/04 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT           MI   48501

**Ship To:** S-DELPHI (35021) EL PASO, TX
C/O INDIANAPOLIS DDS
C/O AIR ROAD EXPRESS
3510 CHIEF LANE
INDIANAPOLIS           IN   46241

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 7.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 2/19/04 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

*pd .128*

PS#27694 VIA PJAX COL#28434371 3,360 PCS. 2-24-04
DS # 1500230454  KANBAN 0000002

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  3/25/04

*43.68*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

R 42530

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

| Page - | 1 |
|---|---|
| Date - | 2/24/2004 |
| Carrier Number- | 21885 |

**PJAX FREIGHT SYSTEM**

SID:   11629

**28434371**

hip From:

ANE MAGNETICS INTERNATIONAL

00 ELK AVENUE

ANE

A

6735

Ship To:

S-DELPHI (35021) EL PASO, TX

C/O CINCINNATI DDC%PJAX

2789 EAST CRESCENTVILLE ROAD

WESTCHESTER

OH

45069

Bill To:

DELPHI E (35021) - 3RD PTY BILLING

C/O DATA LOGISTICS

P.O. BOX 9115

NORWOOD

MA

02062-9115

24738

20392                                      24748

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665400 | EA | 12480 |
| 25140800 REV 7 | Order No: | 4287 |
| ROTOR ASSEMBLY  665400 | Cust PO:  0550007407 | |
| CARTON SIZE 15 X 11 X 13 | | |
| NMFC: 095830     Class:  060 | | |
| MAGNETS, NOI, DEMAGNETIZED | | |
| 670611 | EA | 3360 |
| | Order No: | 5319 |
| SENSOR FOR HD ACTUATOR | Cust PO:  550035619 | |
| CARTON SIZE 6 X 6 X 5 | | |

MAGNETS, NOI, MAGNETIZED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| | 665400 | 2 | PLT | 48 | 1,426 | N |
| | 670611 | 1 | CTN | 1 | 9 | N |
| Total Units: | 3 | | Total Weight: | 1,435 | | |

Freight Terms: 3RD PART COLLECT

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature _____   Date 2 24 04

Driver Signature _____   Date 2 24 04

**PJAX** 2843437 1
FREIGHT SYSTEM   PJXI   SHIPPERS COPY



# Shipment Tracking

Pro No:28434371

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 2/24/04

Status: Delivered

Delivery Date: 2/25/04

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **26650  K** |
| Invoice Date | 3/10/2004 |
| Customer | 20392 |
| Sales Order No. | 4816 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 124.900 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 3360 | 1.19000 | |
| 3/10/2004  11724 NBS | | 25351085 REV 00 | | | | 3,998.40 |

3/10/04 SHPD 3360 PCS SERIAL#17699 VIA NBS PS#27923 BL#11724

**TOTAL INVOICE**

**3,998.40**

Terms  NET 30 DAYS          Net Due Date  4/9/2004

352.

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **26895  K** |
| Invoice Date | 3/25/2004 |
| Customer | 20392 |
| Sales Order No. | 4401 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550014403 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 132.700 | FLUX CARRIER ASSEMBLY 665550 | 665550 | EA | 9240 | 1.19590 | |
| 3/25/2004  11874 NBS | | 26165476 REV 18 | | | | 11,050.12 |

3/25/04 SHPD 9240 PCS SERIAL#18134,18135 & 18136 VIA NBS
PS#28149 BL#11874

**TOTAL INVOICE**

11,050.12

Terms  NET 30 DAYS          Net Due Date  4/24/2004

*109.96*

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWiFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **28241  K** |
| Invoice Date | 6/23/04 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT              MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 15.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 6720 | .14100 | |
| 6/23/04 | 12669 PJAX#34925172 | | | | | 947.52 |

PS#29518 VIA PJAX COL#34925172  6,720 PCS. 6-l23-04
DOC/MSG#1500274142  DS#1500273823; KANBAN 0000001
DOC/MSG#1500274531  DS#1500274142; KANBAN 0000003

**TOTAL INVOICE**

947.52

Terms  NET 30 DAYS              Net Due Date  7/23/04

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**INVOICE**

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **28618  K** |
| Invoice Date | 7/20/04 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 18.000 | SENSOR FOR HD ACTUATOR | 670811 | EA | 3360 | .14100 | |
| 7/19/04 | 12868 PJAX#37153301 | | | | | 473.76 |

PS#29877 VIA PJAX COL#37153301 3,360 PCS. 7-20-04

DOC/MSG#1500279432 DS#1500279290  KANBAN 0000001

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  8/19/04

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| | | |
|---|---|---|
| **Invoice** | | **28888  G** |
| Invoice Date | | 8/1/04 |
| Customer | | 20392 |
| Sales Order No. | | 4816 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                          MI   48501

**Ship To:** DELPHI ENERGY AND ENGINE SYSTE
2926 DAVISON ROAD
PLANT 2 - DOCK 100

FLINT                          MI   48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 142.900 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 1750 | 1.19000 | |
| 8/1/04 | LC0804 NORTHWAY | 25351085 REV 00 | | | | 2,082.50 |

8/1/04 SHPD 1750 PCS VIA NORTHWAY BL#LC0804

**TOTAL INVOICE**

2,082.50

Terms  NET 30 DAYS                    Net Due Date  8/31/04

**Please Remit To:**

**Via regular mail:**
Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**
HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT CODE: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

*28888*

R 42530

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

Page -      1
Date - 08/01/04
Carrier Number - NORTHWAY
TRI-STATE    TRUCKING

SID:   KC0B04

7C8830

Ship From:
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**PRODUCT ACTION**
**5051 EXCHANGE ST.**
**FLINT, MI 48507**

SID # 30137

20392

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . | | |
| 665790 | EA | 1750 |
| 25351085 REV 00 | Order No:   4816 | |
| FUEL PUMP ASSEMBLY 665790 | Cust PO:   550024118 | |
| CARTON | | |
| NMFC: 095840    Class: 070 | | |
| | | |
| 665830 | EA | 4608 |
| 25117298 REV 30 | Order No:   5593 | |
| FLUX CARRIER (542) ASSY 665830 | Cust PO:   5550014400 | |
| NMFC: 095830    Class: 060 | | |

****************************************************************************************

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| | 665790 | 1 | PLT | 25 | 740 | N |
| | 665830 | 1 | PLT | 48 | 1,528 | N |

Total Units:   2      Total Weight:   2268

Freight Terms: PREPAID

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES-----QA SUPERVISOR
****************************************************************

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature   *Linda Carlin*      Date   8-1-04

Driver Signature   *Jim Baker*      Date   8 1 04

# NORTHWAY TRUCKING, INC.

**FREIGHT BILL** № 103941

*"Here Today - There Tomorrow"*

1351 Sartwell Creek Road • Port Allegany, PA 16743

814-544-7123

ICC-MC 150482          DUNS 185-123-056

**PUC and ICC TERMS OF PAYMENT**
Unless credit has been established, transportation and related services charged on this invoice are payable within 30 days. A finance charge of 1.5% per month (18% annually) will be added to unpaid balance after 30 days.

DATE

| FROM | | | TO | | | FREIGHT CHARGES | | |
|---|---|---|---|---|---|---|---|---|
| SHIPPER | | | CONSIGNEE | | | PREPAID | COLLECT | OTHER |
| ADDRESS | | | ADDRESS | | | X | | |
| ADDRESS | | | ADDRESS | | | | | |
| CITY | STATE | ZIP | CITY | STATE | ZIP | | | |

SPECIAL SERVICES REQUESTED

This freight bill is designed to meet the requirements of the Interstate Commerce Commission and the freight charges must be paid as required by Section 223 or Part II of the Interstate Commerce Act.

**EXPEDITED SHIPMENT**

| NO. SKIDS | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT | RATE | TOTAL CHARGES |
|---|---|---|---|---|
| | Skids | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SHIPPER'S SIGNATURE | RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | DRIVER |
|---|---|---|
| | **RECEIVED** - DATE:          TIME: | |
| SHIPPER'S REFERENCE NO. | | DATE SHIPPED     AM   PM |
| | SIGNATURE | |

WHITE COPY - ORIGINAL          PINK - CONSIGNEE FREIGHT BILL          GOLD - SHIPPER'S COPY

R5642520

**KANE MAGNETICS INTERNATIONAL**
**PACKING SLIP**

Date - 8/5/04
Time - 10:48:57
Page - 1
Order Number 4816 SO

Customer No   20392
Sold To: DELPHI ENERGY & ENGINE
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT
MI
48501

Ship To No   21469
Ship To:  DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

SID # 30137
(2S)

| Order Date | Promised | Customer P.O. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/03 | 3/3/03 | 550024118 | | | | | | | |

| Description | Item No. / Cust. Item No. | Location / Lot | F.O.B. | Ship Inst | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FUEL PUMP ASSEMBLY 6657/90 | 6657/90 | HOLD-GALETON | | | 8/1/04 | 142.900 | 1050 | | EA | | |
| LC0804 NORTHWAY | 25351085 REV 00 | RMA209 | | | | | | | Per | | |
| 8/1/04 SHPD 1750 PCS VIA NORTHWAY BL#LC0804 | | | | | | | | | | | |
| FUEL PUMP ASSEMBLY 6657/90 | 6657/90 | HOLD-GALETON | | | 8/1/04 | 142.950 | 700 | | EA | | |
| lc0804 NORTHWAY | 25351085 REV 00 | RMA197 | | | | | | | Per | | |

**ADDITIONAL COMMENTS:**
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.
----QA SUPERVISOR

**INVOICE**

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **2B927  K** |
| Invoice Date | 8/4/04 |
| Customer | 20392 |
| Sales Order No. | 5593 |

Sold To:   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                     MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 5550014400 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 46.000 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 6816 | .64000 | |
| 8/4/04 | 0509 TRI STATE PRO#78361 | 25117298 REV 30 | | | | 4,362.24 |

8/4/04 SHPD 6816 PCS VIA TRI STATE PRO#78361 BL#0509

| | TOTAL INVOICE |
|---|---|
| | 4,362.24 |

Terms  NET 30 DAYS             Net Due Date  9/3/04

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

08/04/2004                        ** E x p r e s s W O R K

Carrier : TRI-STATE EXPEDITING
B/L# : 0509
PRO#:
Emergency Contact No.:(717) 327-3662

**PRODUCT ACTION**
**5051 EXCHANGE ST.**
**FLINT, MI 48507**

Shipper: KANE MAGNETICS INT'L
1 CLINTON ST.
GALETON, PA 16922
United States
Contact: MARIAN KELLER
Phone: (814) 435-2616

| Unit(s) | Pkg | HM | Description | NMFC | Class | Wgt (lb) | Rate | Charge |
|---------|-----|----|-------------|------|-------|----------|------|--------|
| 2 | PLT | | CONTAINING 71 CTN MAGNETS,NOI,DEMAGNETIZED;KMI ON:5593 KMI PN:665830 CUST ON:550004848 CUST PN:25117298 PCS:6816 | 095830-00 | 60 | 2,201 | | 0.00 |

Shipper Instructions: WE CERTIFY THAT ACCORDING TO OUR
RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT
ORDER WERE MANUFACTURED USING APPROVED MATERIAL,

| 2 | Total Unit(s) | | Sub-Totals | 2,201 | 0.00 |
|---|---------------|--|------------|-------|------|
| | | | Line Totals | 2,201 | 0.00 |

Freight Terms Are Prepaid (By Seller)        Total Shipment Charges                    0.00

U.S. Dollars

Shipper Signature _____  Date  8-4-04

Driver   Signature _____  Date  8-4-04



R55642620

KANE MAGNETICS INTERNATIONAL
PACKING SLIP

Date - 8/5/04
Time - 14:00:28
Page - 1

Order Number    5593    SO

Customer No    20392
Sold To: DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1650
FLINT
MI
48501

Ship To No    21489
Ship To:  DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48566

SID # 30179
(2S)

| Order Date | Promised | Customer P.O. | | | F.O.B. | Ship Inst | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/03 | 12/19/03 | 5550014400 | | | | | | | |

| Description | Item No. / Cust. Item No. | Location / Lot | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| FLUX CARRIER (542) ASSY 665630 | 665630 | WHSE-GALETON | 8/4/04 | 46.000 | 6816 | | EA | | |
| 0509 TRI STATE PRO#78361 | 25117288 REV 30 | 80875 | | | | | Per | | |

8/4/04 SHPD 6816 PCS VIA TRI STATE PRO#78361 BL#0509

ADDITIONAL COMMENTS:

VE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
VERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.

----QA SUPERVISOR



R6842520

Date - 8/5/04
Time - 14:00:28
Page - 1

## KANE MAGNETICS INTERNATIONAL
### PACKING SLIP

Order Number  5593  SO

Customer No  20392
Sold To:  DELPHI ENERGY &ENGINE
          NAO DISBURSEMENTS
          MANAGEMENT SYSTEMS
          PO BOX 1650
          FLINT
          MI
          48501

Ship To No  21469
Ship To:  DELPHI ENERGY AND ENGINE SYSTEMS
          2826 DAVISON ROAD
          PLANT 2 - DOCK 100
          FLINT
          MI
          48556

SID # 30179
(2S)

| Order Date | Promised | Customer P.O. | F.O.B. | Ship Inst |
|---|---|---|---|---|
| 12/19/03 | 12/19/03 | 5550014400 | | |

| Description | Item No. / Cust. Item No. | Location / Lot | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| FLUX CARRIER (542) ASSY 665830 | 665830 | WHSE-GALETON | 8/4/04 | 46.000 | 6816 | | EA | | |
| 0509 TRI STATE PRO#78361 | 25117298 REV 30 | 80975 | | | | | Per | | |

8/4/04 SHPD 6916 PCS VIA TRI STATE PRO#78361 BL#0509

ADDITIONAL COMMENTS:
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.
--QA SUPERVISOR

Carrier : TRI-STATE EXPEDITING
B/L# : 0509
PRO# :
Emergency Contact No.:(717) 327-3662

Shipper: KANE MAGNETICS INT'L
1 CLINTON ST.
GALETON, PA 16922
United States
Contact: MARIAN KELLER
Phone: (814) 435-2616

**PRODUCT ACTION**
**5051 EXCHANGE ST.**
**FLINT, MI  48507**

| Unit(s) | Pkg | HM | Description | NMFC | Class | Wgt (lb) | Rate | Charge |
|---------|-----|----|-------------|------|-------|----------|------|--------|
| 2 | PLT | | CONTAINING 71 CTN MAGNETS,NOI,DEMAGNETIZED;KMI ON:5593 KMI PN:665830 CUST ON:550004848 CUST PN:25117298 PCS:6816 | 095830-00 | 60 | 2,201 | | 0.00 |

Shipper Instructions: WE CERTIFY THAT ACCORDING TO OUR
RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT
ORDER WERE MANUFACTURED USING APPROVED MATERIAL,

| | | | | |
|---|---|---|---|---|
| 2 | Total Unit(s) | Sub-Totals | 2,201 | 0.00 |
| | | Line Totals | 2,201 | 0.00 |

Freight Terms Are Prepaid (By Seller)     Total Shipment Charges     0.00

U.S. Dollars

Shipper Signature _____  Date  8-4-04

Driver   Signature _____  Date  8-4-04

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 29150  K |
|---|---|
| Invoice Date | 8/17/04 |
| Customer | 20392 |
| Sales Order No. | 4620 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550019141 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | MARKS: | | | | | |
| | DELPHI C PLANT 58/CHIHUAHUA | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 34065 SAP#HT01 | | | | | |
| 131.000 | FLUX CARRIER ASSEMBLY 665770 | 665770 | EA | 212 | .64600 | |
| 8/20/04 | 13134 PJAX PRO#38581591 | 25354871 REV 00 | | | | 136.95 |

8/17/04 SHPD 212 PCS VIA PJAX PRO#38581591 PS#30405 BL#13134

**TOTAL INVOICE**

136.95

Terms  NET 30 DAYS          Net Due Date  9/16/04

2.12

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
Account Number:    9429122167
ABA/Routing:       011900571
Account Name:      Kane Magnetics International, Inc. FBO FCC
Bank Name:         Fleet Bank
Bank Address:      Hartford, CT 06115
SWIFT Code:        FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

R 42530

KANE MAGNETICS INTERNATIONAL
Bill of Lading

| | |
|---|---|
| Page - | 1 |
| Date - | 8/17/04 |
| Carrier Number- | 21885 |

**SID:    13134**

**PJAX FREIGHT SYSTEM**

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**
S-DELPLHI C (34065) EL PASO, TX
C/O INDIANAPOLIS DDC
C/O AIR ROAD EXPRESS
3510 CHEIF LANE
INDIANAPOLIS
IN
46241

**38581591**

Bill To:
DELPHI C (34065) - 3RD PTY BILLING
C/O DATA2LOGISTICS
~~P.O. BOX 9115,~~
~~NORWOOD~~
~~MA~~
~~02062-9115~~

42 Thomas
Patten Rd
Randolph,
MA
02368

20392                                    24764

24763

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665770 | EA | 212 |

Order No:    4620

FLUX CARRIER ASSEMBLY 665770
CARTON SIZE 13 X 8 X 10
NMFC: 095830    Class: 060

Cust PO:  550019141

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| 665770 | | 1 | PLT | 2 | 103 | N |

Total Units:    1          Total Weight:    103

Freight Terms: COLLECT

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES——QA SUPERVISOR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**3858159 1**
PJAX FREIGHT SYSTEM    PJX1    SHIPPERS COPY

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature    _M. Keller_          Date  _8-17-04_

Driver Signature    _____          Date  _5-17-04_

KANE MAGNETICS INTERNATIONAL

P I C K   S L I P

R42520

SID #            30405

Date -          8/17/04
Time -          12:45:43
Page -          1
Customer No    20392
Ship To    24764
Order Number    4620    SO    00001
Related P.O.
Bin/Plt          1

Sold To: DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT
MI
48501

Ship To:   S-DELPLHI C (34065) EL PASO, TX
C/O CINCINNATI DDC%PJAX
2788 EAST CRESCENTVILLE ROAD
WESTCHESTER
OH
45069

SID 30405

MARKS:
DELPHI JUAREZ MFG. CROSS-DOCK - CISCO 34065
32 CELERITY WAGON
EL PASO, TX 79905

| Order Date | Promised | Customer P.O. | Item No. / Cust. Item No. | Location / Lot | Ship Inst | F.O.B. | | |
|---|---|---|---|---|---|---|---|---|
| 12/12/02 | 12/12/02 | 5500019141 | | | | | | |

| Description | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| FLUX CARRIER ASSEMBLY 665770   665770 | 8/20/04 | 131.000 | 212 | | EA | | |
| CARTON SIZE 13 X 8 X 10 | | | | | Per | | |
| WHSE-GALETON | | | | | | | |
| 80704 | | | | | | | |

8/17/04 SHPD 212 PCS VIA PJAX PRO#38581591      Shippable Weight                    **Final**

Driver Signature                    Customer Signature                              Tax Rl

                                                                  Sales Tax          Total Order

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 29188  K |
|---|---|
| Invoice Date | 8/18/04 |
| Customer | 20392 |
| Sales Order No. | 4816 |

Sold To:  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                        MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 147.000 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 2940 | 1.19000 | |
| 8/18/04 | 13157 TRI STATE PRO#83691 | 25351085 REV 00 | | | | 3,498.60 |

8/18/04 SHPD 2940 PCS VIA TRI STATE PRO#83691 PS#30444 BL#13157

**TOTAL INVOICE**

3,498.60

Terms  NET 30 DAYS                Net Due Date  9/17/04

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

29188

R 42530

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

| | |
|---|---|
| Page - | 1 |
| Date - | 8/18/04 |
| Carrier Number- | 21891 |

**TRI-STATE**

SID:   13157

**83691 UNIT 691**

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**
DELPHI ENERGY AND ENGINE SYSTEMS
2928 DAVISON ROAD
PLANT 2 – DOCK 100
FLINT
MI
48556

SA# 30444

20392                                21469

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665790 | EA | 2940 |

25351085 REV 00
FUEL PUMP ASSEMBLY 665790     Order No:     4816
CARTON                         Cust PO:   550024118
NMFC:  095840     Class:  070

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| 665790 | | 1 | PLT | 42 | 1,468 | N |

Total Units:     1          Total Weight:     1,468

Freight Terms: COLLECT
Prepaid

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES-----QA SUPERVISOR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature   M. Keller          Date  8-18-04

Driver Signature   R. _____          Date  8 18 04

R 42530

KANE MAGNETICS INTERNATIONAL
Bill of Lading

Page -                    1
Date -              8/18/04
Carrier Number-     21891
**TRI-STATE**

SID:    13157

**83691 UNIT 691**

Ship From:
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

Ship To:
DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

20392                              21469

---

Item Number/Description                    UM   Shipped
Item Number . . . . . . .
665790                                EA      2940

  25351085 REV 00                Order No:      4816
  FUEL PUMP ASSEMBLY 665790
  CARTON                         Cust PO:   550024118
  NMFC: 095840     Class:  070

***************************************************************************************

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| 665790 | | 1 | PLT | 42 | 1,468 | N |

           Total Units:      1        Total Weight:    1,468

           Freight Terms: ~~COLLECT~~  *Prepaid*

---

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES——QA SUPERVISOR
***************************************************************

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature   *M. Keller*              Date  *8-18-04*

Driver Signature    *R. Mimin*              Date  *8 18 04*

R5642520

Date - 8/18/04
Time - 14:57:48
Page - 1

**KANE MAGNETICS INTERNATIONAL**
PACKING SLIP

Order Number    4816  SO

SID # 30444
(2S)

Customer No  20392
Sold To:  DELPHI ENERGY & ENGINE
NAD DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1660
FLINT
MI
48501

Ship To No  21469
Ship To:  DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

| Order Date | Promised | Customer P.O. | | F.O.B. | | Ship Inst |
|---|---|---|---|---|---|---|
| 8/3/03 | 3/3/03 | 550024118 | | | | |

| Description | Item No. / Cust. Item No. | Location / Lot | Line | Pick Date | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| FUEL PUMP ASSEMBLY 665790 | 665790 | WHSE-GALETON | 147.000 | 8/18/04 | 2840 | | EA | | |
| CARTON | 25351085 REV 00 | 80879 | | | | | Per | | |

8/18/04 SHPD 2940 PCS VIA TRI STATE PRO#63891

**ADDITIONAL COMMENTS:**
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.
——QA SUPERVISOR



R5642520

Date - 8/18/04
Time - 14:57:48
Page - 1

KANE MAGNETICS INTERNATIONAL
PACKING SLIP

Order Number          4816  SO

SID # 30444
(2S)

Customer No  20392
Sold To: DELPHI ENERGY & ENGINE.
         NAO DISBURSEMENTS
         MANAGEMENT SYSTEMS
         PO BOX 1650
         FLINT
         MI
         48501

Ship To No  21469
Ship To: DELPHI ENERGY AND ENGINE SYSTEMS
         2926 DAVISON ROAD
         PLANT 2 - DOCK 100
         FLINT
         MI
         48556

| Order Date | Promised | Customer P.O. | F.O.B. | Ship Inst |
|---|---|---|---|---|
| 3/3/03 | 3/3/03 | 550024118 | | |

| Description | Item No. / Cust. Item No. | Location / Lot | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| FUEL PUMP ASSEMBLY 665790 | 665790 | WHSE-GALETON | 8/18/04 | 147.000 | 2940 | | EA | | |
| CARTON | 263510B5 REV 00 | 80879 | | | | | Per | | |

8/18/04 SHPD 2940 PCS VIA TRI STATE PRO#83691
**ADDITIONAL COMMENTS:**
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.
----QA SUPERVISOR

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | 29309  K |
| Invoice Date | 8/25/04 |
| Customer | 20392 |
| Sales Order No. | 4793 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT              MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 0550024107 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 17.800 | FLUX CARRIER ASSEMBLY 665770 | 665770 | EA | 4608 | .64600 | |
| 8/25/04 | 13211 TRI STATE PRO#86635 | 25354871 REV 00 | | | | 2,976.77 |

8/25/04 SHPD 4608 PCS VIA TRI STATE PRO#86635 PS#30535 BL#13211

**TOTAL INVOICE**

2,976.77

Terms  NET 30 DAYS              Net Due Date  9/24/04

**Please Remit To:**

| **Via regular mail:** | **Via overnight deliveries:** | **Via wire/ACH/EDI** |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

29309

R 42530

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

Page -                    1
Date -              8/25/04
Carrier Number-      21891
**TRI-STATE**

SID:    13211

Ship From:
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

Ship To:
~~DELPHI ENERGY AND ENGINE SYSTEMS~~
~~2926 DAVISON ROAD~~
~~PLANT 2 - DOCK 100~~
~~FLINT~~
~~MI~~
~~48656~~

*Product Action*
*5051 Exchange St*
*Flint, MI*
*48507*

20392                              21469

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . | | |

665770                                      EA          4608

25354871 REV 00                    Order No:        4793
FLUX CARRIER ASSEMBLY 665770
13211 TRI STATE PRO#86635        Cust PO:  0550024107
NMFC: 095830    Class: 060

*too pain  S10#  30535*

665790                                      EA          5250

25351085 REV 00                    Order No:        4816
FUEL PUMP ASSEMBLY 665790
CARTON                              Cust PO:  550024118
NMFC: 095840    Class: 070

665830                                      EA          4608

25117298 REV 30                    Order No:        5593
FLUX CARRIER (542) ASSY 665830
13211 TRI STATE PRO#86635        Cust PO:  5550014400
NMFC: 095830    Class: 060

*PAID*

*************************************************************************

| P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|
| 665770 | 1 | PLT | 48 | 1,528 | N |
| 665790 | 2 | PLT | 75 | 2,630 | N |
| 665830 | 1 | PLT | 48 | 1,528 | N |

Total Units:      4        Total Weight:    5,686

Freight Terms: PREPAID

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES----QA SUPERVISOR
*************************************************************************

*Robert Smt*
*#171*

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier

R 42530

| | KANE MAGNETICS INTERNATIONAL | Page - | 2 |
| | Bill of Lading | Date - | 8/25/04 |
| **SID:    13211** | | Carrier Number- | 21891 |
| | | **TRI-STATE** | |

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**
DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

20392                                    21469

| Item Number/Description | **UM** | **Shipped** |
| Item Number . . . . . . . | | |

accepts the shipment will apply.

Shipper Signature    _M. Keller_                    Date  _8·25·04_

Driver Signature    _____                    Date  _____



R5642820

KANE MAGNETICS INTERNATIONAL
PACKING SLIP

Date -          8/25/04
Time -          9:51:06
Page -          1

Order Number        4793   SO

SID # 30535
(25)

Customer No   20392
Sold To: DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT
MI
48501

Ship To No    21469
Ship To: DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48566

| Order Date | Promised | Customer P.O. | | F.O.B. | Ship Inst | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/18/03 | 2/18/03 | 0550024107 | | | | | | | | |
| Description | | Item No. / Cust. Item No. | | Location / Lot | Line | Pick Date | Shipped | Backordered | UOM | Price | Extended Amount |
| FLUX CARRIER ASSEMBLY 665770 | | 665770 | | WHSE-GALETON 80877 | 17,800 | 8/25/04 | 4608 | | EA Per | |
| CARTON | | | | | | | | | | |

8/25/04 SHPD 4608 PCS VIA TRI STATE PRO#86635

ADDITIONAL COMMENTS:
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.

——QA SUPERVISOR

# INVOICE

| | |
|---|---|
| Invoice | 29321  G |
| Invoice Date | 8/26/04 |
| Customer | 20392 |
| Sales Order No. | 4401 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

**Ship To:** DELPHI ENERGY AND ENGINE SYSTE
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT          MI   48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550014403 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 139.200 | FLUX CARRIER ASSEMBLY 665550 | 665550 | EA | 3360 | 1.18400 | |
| 8/26/04 | 13226 TRI STATE PRO#87190 | 25165476 REV 1B | | | | 3,978.24 |

8/26/04 SHPD 3360 PCS VIA TRI STATE PRO#87190 PS#30558 BL#13226

**TOTAL INVOICE**

3,978.24

Terms  NET 30 DAYS          Net Due Date  9/25/04

**Please Remit To:**

**Via regular mail:**
Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**
HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT CODE: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

R 42530                                    KANE MAGNETICS INTERNATIONAL          Page -                    1
                                                Bill of Lading                  Date -              8/26/04
   SID:   13226                                                                 Carrier Number-        21891
                                                                                TRI-STATE

                                                                       87190

Ship From:                                    Ship To:
KANE MAGNETICS INTERNATIONAL                  DELPHI ENERGY AND ENGINE SYSTEMS
1 CLINTON STREET                              2926 DAVISON ROAD
GALETON                                       PLANT 2 - DOCK 100
PA                                            FLINT
16922                                         MI
                                              48556

   20392                                          21469



| Item Number/Description | | UM | Shipped |
|---|---|---|---|
| Item Number . . . . . . | | | |
| 665790 | | EA | 5250 |
| 25351085 REV 00 | Order No:  4816 | | |
| FUEL PUMP ASSEMBLY 665790 | Cust PO:  550024118 | | |
| CARTON | | | |
| NMFC: 095840   Class: 070 | | | |
| 665550 | | EA | 3360 |
| 25165476 REV 18 | Order No:  4401 | | |
| FLUX CARRIER ASSEMBLY 665550 | Cust PO:  550014403 | | |
| 13226 TRI STATE PRO#87190 | | | |
| NMFC: 095830   Class: 060 | | | |
| MAGNETS, NOI, DEMAGNETIZED | | | |
| 665770 | | EA | 4608 |
| 25354871 REV 00 | Order No:  4793 | | |
| FLUX CARRIER ASSEMBLY 665770 | Cust PO:  0550024107 | | |
| 13226 TRI STATE PRO#87190 | | | |
| NMFC: 095830   Class: 060 | | | |
| 665830 | | EA | 4608 |
| 25117298 REV 30 | Order No:  5593 | | |
| FLUX CARRIER (542) ASSY 665830 | Cust PO:  5550014400 | | |
| 13226 TRI STATE PRO#87190 | | | |
| NMFC: 095830   Class: 060 | | | |

*****************************************************************************************************

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| | 665550 | 2 | PLT | 48 | 1,414 | N |
| | 665770 | 2 | PLT | 48 | 1,558 | N |
| | 665790 | 2 | PLT | 75 | 2,630 | N |
| | 665830 | 1 | PLT | 48 | 1,528 | N |

              Total Units:    7        Total Weight:   7,130

              Freight Terms: PREPAID

R 42530

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

| Page - | 2 |
| Date - | 8/26/04 |
| Carrier Number- | 21891 |

SID:   13226

**TRI-STATE**

87190

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**
DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

20392                    21469

**Item Number/Description**                    **UM**    **Shipped**
**Item Number . . . . . . .**

Additional Comments: WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES——QA SUPERVISOR
*********************************************************************

This document is tendered in lieu of Individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier
accepts the shipment will apply.

Shipper Signature _M. Keller_____   Date _8-26-04_

Driver Signature _____   Date _8-26-04_

R5542520

**KANE MAGNETICS INTERNATIONAL**

**PICK SLIP ...**

Date - 8/26/04
Time - 11:21:50
Page - 1

Order Number          4401   SD

SID # 30558

(2S)

Customer No   20392
Sold To: DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT
MI
48501

Ship To No   21469
Ship To:  DELPHI ENERGY AND ENGINE SYSTEMS
2826 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

| Order Date | Promised | Customer P.O. | F.O.B. | Ship Inst |
|---|---|---|---|---|
| 9/1/02 | 9/1/02 | 550014403 | | |

| Description | Item No. / Cust. Item No. | Location / Lot | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| FLUX CARRIER ASSEMBLY | 665550 | WHSE-GALETON | 8/26/04 | 139.200 | 3360 | | EA | | |
| 665550 | 25165476 REV 18 | 80876 | | | | | Per | | |
| 13226 TRI STATE PRO#87190. | | | | | | | | | |

MAGNETS, NOI, DEMAGNETIZED
8/26/04 SHPD 3360 PCS VIA TRI STATE PRO#87190 PS#30558 BL/#13226

Driver Signature _____        Customer Signature _____

Shippable Weight          **Final**          Total Order

Sales Tax

Tax Rt

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31987 K |
|---|---|
| Invoice Date | 4/6/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 150.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1000 | 2.21000 | |
| 4/6/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,210.00 |

PS#33105 VIA PJAX #108068719  1,000 PCS. 4-6-05
DOC #1500351245 KANBAN 0000005, 6, 30, 31
DOC #1500351349 KANBAN 0000007

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  5/6/2005 | 2,210.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32014  K** |
| Invoice Date | 4/8/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 151.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 4/7/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#33132 VIA PJAX COL#108066735  400 PCS. 4-8-05

DOC. #1500351641  KANBAN 0000008, 0000009

**TOTAL INVOICE**

**884.00**

| Terms  NET 30 DAYS | Net Due Date  5/8/2005 |
|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32028 K** |
| Invoice Date | 4/11/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 152.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 4/11/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

PS#33152 VIA PJAX COL#108068743  200 PCS. 4-11-05

DOC#1500352435  KANBAN 0000010

**TOTAL INVOICE**

442.00

Terms  NET 30 DAYS          Net Due Date  5/11/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 32094  K |
|---|---|
| Invoice Date | 4/15/2005 |
| Customer | 23611 |
| Sales Order No. | 6612 |

**Sold To:**  DELPHI AUTOMOTIVE SYSTEMS
TECHNICAL CENTER FLINT
M/C 485.200.600
1601 N. AVERILL AVENUE
FLINT                MI   48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | AES535171 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | P/N 25358422 (EB019) | 67SAMPLE | EA | 96 | 3.00000 | |
| 3/24/2005 | UPS P#1Z1869000149331176 | | | | | 288.00 |

PS#33211 VIA UPS NDA  96 PCS. 4-15-05
TRACKING#1Z1869000149331176

| | **TOTAL INVOICE** |
|---|---|
| | **288.00** |

Terms  NET 30 DAYS          Net Due Date  5/15/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

SHIPPING    Tracking    SUPPORT    BUSINESS SOLUTIONS

## Tracking

Log-in    User ID: [          ]    Password: [          ]    → | Forgot Password

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 186 900 01 4933 117 6 | **Delivered** | Delivered on: | 04/18/2005 9:38 A.M. |
| | | Delivered to: | FLINT, MI, |
| | | Signed by: | FORTIER |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 3:13 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanc
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# INVOICE

|  |  |
|---|---|
| **Invoice** | **32184 K** |
| Invoice Date | 4/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 33.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 4/25/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

PS#33302 VIA PJAX COL#100404094 3,360 PCS. 4-25-05

DOC#1500356190 KANBAN 0000001

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS              Net Due Date - 5/25/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32185 K** |
| Invoice Date | 4/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 153.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 4/25/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,768.00 |

PS#33301 VIA PJAX COL#100404094  800 PCS. 4-25-05

DOC#1500353605 KANBAN 0000001

DOC#1500354376 KANBAN 0000002, 0000032

DOC#1500354581 KANBAN 0000003

**TOTAL INVOICE**

**1,768.00**

Terms  NET 30 DAYS              Net Due Date  5/25/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| **Kane Magnetics International, Inc.** | **Fleet Bank** | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: Fleet Bank |
| | | Bank Address: Hartford, CT 06115 |
| | | SWIFT Code: FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31579 K |
|---|---|
| Invoice Date | 2/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 133.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1000 | 2.21000 | |
| 2/25/2005 | 14106 PJAX#37867470 | 25351497 REV 04 | | | | 2,210.00 |

PS#32705 VIA PJAX COL#37867470 1,000 PCS. 2-25-05
DOC/MSG#1500340904
...KANBAN 0000008, 0000009, 0000028
DOC/MSG#1500340904
...KANBAN 0000011, 0000014

| | TOTAL INVOICE |
|---|---|

Terms  NET 30 DAYS                    Net Due Date  3/27/2005                    2,210.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31582 K |
| Invoice Date | 2/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 29.100 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 2/25/2005 | EMERY C#195507430-8 | 25357937 REV 03J | | | | 473.76 |

PS#32704 VIA EMERY C#195507430-8 3,360 PCS. 2-25-05
SATURDAY DELIVERY NLMI#2076554
DOC/MSG#1500341462 KANBAN 0000001

| | TOTAL INVOICE |
|---|---|
| | 473.76 |

Terms NET 30 DAYS          Net Due Date  3/27/2005          473.76

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31600 K |
| Invoice Date | 2/28/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
·FLINT              MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 135.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 2/28/2005  14113 PJAX#37867488 | | 25351497 REV 04 | | | | 1,326.00 |

P/S#32724. 600 PCS. SHIP VIA PJAX, 37867488. 2/28/05.
DOC/MSG#1500341697  KANBAN 0000024, 0000025, 0000027

| | | **TOTAL INVOICE** | |
|---|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  3/30/2005 | | **1,326.00** |

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31618 K |
|---|---|
| Invoice Date | 3/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:    DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 136.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 3/1/2005 | 4828 PJAX#37867496 | 25351497 REV 04 | | | | 884.00 |

PS#4828 (SYS PS#32743) VIA PJAX#37867496  400 PCS. 3-1-05
DOC/MSG#1500341915  KANBAN 0000001, 0000026

| | TOTAL INVOICE |
|---|---|
| | |

| Terms. NET 30 DAYS | Net Due Date  3/31/2005 | 884.00 |
|---|---|---|

Please Remit To:

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31630  K |
|---|---|
| Invoice Date | 3/2/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:    DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 137.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 3/2/2005 | 4837 PJAX#108068529 | 25351497 REV 04 | | | | 884.00 |

PS#4837 (SYS PS#32760) VIA PJAX#108068529
400 PCS. 3-2-05
DOC/MSG#1500342469 KANBAN 0000012, 0000015

**TOTAL INVOICE**

**884.00**

Terms  NET 30 DAYS          Net Due Date  4/1/2005

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31643  K |
|---|---|
| Invoice Date | 3/3/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 138.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 3/3/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#32770 VIA PJAX COL#108068537  400 PCS. 3-3-05
DOC/MSG#1500342864  KANBAN 0000016, 0000017

**TOTAL INVOICE**

**884.00**

Terms  NET 30 DAYS              Net Due Date  4/2/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31663 K |
|---|---|
| Invoice Date | 3/4/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                MI   48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 30.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 3/7/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

PS#32792 VIA PJAX COL#108066545  3,360 PCS. 3-4-05

DOC/MSG#1500343619  KANBAN 0000001

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  4/3/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31691  K** |
| Invoice Date | 3/8/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 139.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 3/8/2005 | 14137 PJAX#108068552 | 25351497 REV 04 | | | | 1,768.00 |

DOC 1500344121 KANBAN 0000001; 02; 03; 04

SHIP 3/8/2005

PS#32814 VIA PJAX COL#108068552  800 PCS. 3-8-05

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **1,768.00** |

| Terms  NET 30 DAYS | Net Due Date  4/7/2005 |
|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31716 K |
|---|---|
| Invoice Date | 3/10/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 140.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 3/10/2005 | 14146 PJAX #108068560 | 25351497 REV 04 | | | | 442.00 |

P/S#32840 200 PCS. VIA PJAX 108068560. 3/10/05

DOC/MSG#1500344797 KANBAN 0000018

**TOTAL INVOICE**

442.00

Terms  NET 30 DAYS          Net Due Date  4/9/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31730  K** |
| Invoice Date | 3/11/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 141.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 3/11/2005 | 14150 PJAX#108068578 | 25351497 REV 04 | | | | 442.00 |

PS#32853 VIA PJAX COL#108068578  200 PCS. 3-11-05
DOC/MSG#1500345182  KANBAN 0000019

**TOTAL INVOICE**

**442.00**

Terms  NET 30 DAYS          Net Due Date  4/10/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122187 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31769  K |
|---|---|
| Invoice Date | 3/15/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 142.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 3/15/2005 14163 PJAX#108068586 | | 25351497 REV 04 | | | | 884.00 |

PS#32892 VIA PJAX COL#108685886  400 PCS. 3-15-05
DOC/MSG#1500345804  KANBAN 0000001, 0000002

| | TOTAL INVOICE |
|---|---|
| | 884.00 |

Terms  NET 30 DAYS          Net Due Date  4/14/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31796  K |
|---|---|
| Invoice Date | 3/16/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                      MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 143.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 2000 | 2.21000 | |
| 3/16/2005 | 14176 PJAX#108068594 | 25351497 REV 04 | | | | 4,420.00 |

PS#32920 VIA PJAX COL#108068594 2,000 PCS. 3-16-05
DOC/MSG#1500346795
...KANBAN 0000003 THRU 0000012
*****ATTN: LUZ MEZA FOR VICTOR GOMEZ*****

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  4/15/2005 | 4,420.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 8, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31837  K** |
| Invoice Date | 3/21/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 144.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 3/21/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

P/S# 32958. 400 PCS VIA PJAX COLLECT PRO #108068610. 3/21/05.
DOC/MSG#1500347455  KANBAN 0000020, 0000021

| | **TOTAL INVOICE** |
|---|---|
| | |

Terms  NET 30 DAYS          Net Due Date  4/20/2005                         **884.00**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31845  K** |
| Invoice Date | 3/22/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                         MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 31.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 3/22/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

P/S# 32967. 3,360 PCS VIA PJAX  PRO# 108068636. 3/22/05.
DOC/MSG#1500347699 KANBAN 0000001

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **473.76** |

Terms  NET 30 DAYS                    Net Due Date  4/21/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31846  K** |
| Invoice Date | 3/22/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 145.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 3/22/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

P/S# 32968.200 PCS PJAX  PRO#108068636, 3/22/05.
DOC/MSG#1500347699  KANBAN 0000022

| | **TOTAL INVOICE** |
|---|---|
| | **442.00** |

Terms  NET 30 DAYS          Net Due Date  4/21/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31861  K |
| Invoice Date | 3/23/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 146.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1000 | 2.21000 | |
| 3/23/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,210.00 |

P/S # 32981. 1,000 PCS VIA PJAX PRO# 10806864 4 3/23/05.

DOC/MSG#1500348208 KANBAN 0000011, 13, 23, 24, 25

| | TOTAL INVOICE |
|---|---|
| | 2,210.00 |

| Terms  NET 30 DAYS | Net Due Date  4/22/2005 | 2,210.00 |
|---|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: Fleet Bank |
| | | Bank Address: Hartford, CT 06115 |
| | | SWIFT Code: FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | **31895 K** |
| Invoice Date | 3/28/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 147.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 3/24/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

P/S# 33013. 200 PCS VIA PJAX PRO #10806866 9. 3/28/05.
DOC/MSG#1500348556  KANBAN 0000002, 0000014

**TOTAL INVOICE**

Terms  NET 30 DAYS                Net Due Date  4/27/2005                            **442.00**

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31919  K |
| Invoice Date | 3/30/2005 |
| Customer | 24176 |
| Sales Order No. | 6613 |

**Sold To:**  DELPHI AUTOMOTIVE SYSTEMS
32 CELERITY WAGON

EL PASO          TX  79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | JMS41105 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | P/N 25379837 (GC053) | 66SAMPLE | EA | 150 | 15.00000 | |
| 3/31/2005 | | | | | | 2,250.00 |

P/S# 33040 150 PCS VIA UPS NEXT DAY TRACKING# 1Z1869000147021844. 3/30/05.

**TOTAL INVOICE**            2,250.00

Terms  NET 30 DAYS          Net Due Date  4/29/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

Shipping  Tracking  Support  Business Solutions

Log-In   User ID: [          ]   Password: [          ] →   | **Forgot Password**

## Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers
→ Track by Reference Number
→ Track by Freight Tracking
    Number
→ Track by Freight Shipment
    Reference
→ Track with Quantum View
→ Sign Up for Signature
    Tracking
→ Void a Shipment
→ Help

## ▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 186 900 01 4702 184 4 | **Delivered** | Delivered on: | 03/31/2005 4:28 A.M. |
| | | Delivered to: | EL PASO, TX |
| | | Signed by: | HENKINSMO |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 1:19 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home  | Shipping  | Tracking  | Support  | Business Solutions  | About UPS  | Contact UPS  | Register  | Getting Started  | Site Guide  | Advanc
UPS Global  | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy  | Trademarks  | Tariff  | Terms and Conditions of Service

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31953  K |
|---|---|
| Invoice Date | 4/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 32.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 4/1/2005 | 4844 PJAX#108068685 | 25357937 REV 03J | | | | 473.76 |

PS#4844 (SYS PS#33078) VIA PJAX #108068685

3,360 EA 4-1-05

DOC # 1500350064  KANBAN # 0000001

| | TOTAL INVOICE |
|---|---|
| | 473.76 |

Terms  NET 30 DAYS          Net Due Date  5/1/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31954 K |
|---|---|
| Invoice Date | 4/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 147.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 3/24/2005 | 4882 PJAX#108068685 | 25351497 REV 04 | | | | |
| | | | | | | 1,326.00 |

PS#4882 (SYS PS#33081) VIA PJAX #108068685  600 PCS. 4-1-05
DOC/MSG#1500348985  KANBAN 0000001
DOC/MSG#1500349161  KANBAN 0000015, 0000016

| | TOTAL INVOICE |
|---|---|
| | 1,326.00 |

Terms  NET 30 DAYS          Net Due Date  5/1/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31980 K |
|---|---|
| Invoice Date | 4/5/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                        MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| SHIPPING MARKS: | | | | | | |
| DELPHI E/SEC-JUAREZ | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 35021 SAP#JM01 | | | | | | |
| 149.000  ROTOR ASSEMBLY HD ACTUATOR | | 606270 | EA | 1600 | 2.21000 | |
| 3/31/2005  4857 PJAX#108068701 | | 25351497 REV 04 | | | | 3,536.00 |

PS#4857 (SYS PS#33101) VIA PJAX#108068701

1,600 PCS. 4-5-05

DOC #1500349668 KANBAN #0000003, 0000017

DOC #1500350064 KANBAN#0000018, 32,33

DOC #1500350459 KANBAN#0000004, 19

DOC #1500350986 KANBAN#0000029

|  | **TOTAL INVOICE** |
|---|---|
|  | **3,536.00** |

Terms  NET 30 DAYS          Net Due Date  5/5/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 29343  G |
| Invoice Date | 8/27/04 |
| Customer | 20392 |
| Sales Order No. | 4816 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

**Ship To:** DELPHI ENERGY AND ENGINE SYSTE
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT                    MI   48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 147.700 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 5880 | 1.19000 | |
| 8/27/04 | 13236 TRI STATE PRO#87782 | 25351085 REV 00 | | | | 6,997.20 |

8/27/04 SHPD 5880 PCS VIA TRI STATE PRO#87782 PS#30588 BL#13236

**TOTAL INVOICE**

6,997.20

Terms  NET 30 DAYS                    Net Due Date  9/26/04

**Please Remit To:**

**Via regular mail:**
Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**
HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT CODE: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

R 42530

29343

| | | KANE MAGNETICS INTERNATIONAL | Page - | 1 |
|---|---|---|---|---|
| | | Bill of Lading | Date - | 8/27/04 |
| SID: | 13236 | | Carrier Number- | 21891 |
| | | | **TRI-STATE** | |

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**                                   **87782 UNIT269**
~~DELPHI ENERGY AND ENGINE SYSTEMS~~
~~2926 DAVISON ROAD~~
~~PLANT 2 - DOCK 400~~
~~FLINT~~
~~MI~~
~~48550~~

*Product Action*
*5051 Exchange St*
*Flint, MI 48507*

20392                                          21469

---

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665550 | EA | 3360 |
| 25165476 REV 18 | Order No: 4401 | |
| FLUX CARRIER ASSEMBLY 665550 | Cust PO: 550014403 | |
| 13236 TRI STATE PRO#87782 | | |
| NMFC: 095830    Class: 060 | | |
| MAGNETS, NOI, DEMAGNETIZED | | |
| 665790 | EA | 5880 |
| 25351085 REV 00 | Order No: 4816 | |
| FUEL PUMP ASSEMBLY 665790 | Cust PO: 550024116 | |
| CARTON | | |
| NMFC: 095840    Class: 070 | | |
| 665830 | EA | 4608 |
| 25117298 REV 30 | Order No: 5593 | |
| FLUX CARRIER (542) ASSY 665830 | Cust PO: 5550014400 | |
| 13236 TRI STATE PRO#87782 | | |
| NMFC: 095830    Class: 060 | | |

*SD 30588*

*Not paid*

---

*********************************************************************************

| | P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|---|
| | 665550 | 2 | PLT | 48 | 1,414 | N |
| | 665790 | 2 | PLT | 84 | 2,931 | N |
| | 665830 | 1 | PLT | 48 | 1,528 | N |
| | Total Units: | 5 | Total Weight: | | 5,873 | |

**Freight Terms: PREPAID**

---

**Additional Comments:** WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES----QA SUPERVISOR
****************************************************

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier

R 42530

| | | |
|---|---|---|
| **KANE MAGNETICS INTERNATIONAL** | Page - | 2 |
| Bill of Lading | Date - | 8/27/04 |
| | Carrier Number- | 21891 |

SID:    13236

**TRI-STATE**

**87782 UNIT269**

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**
DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48556

20392                                21469

---

Item Number/Description                **UM    Shipped**
Item Number . . . . . . .

accepts the shipment will apply.

Shipper Signature    _M. Keller_                    Date  _8-27-04_

Driver Signature    _D&C Hines  TRK 269_            Date  _8-27-04_



KANE MAGNETICS INTERNATIONAL

PACKING SLIP

Date - 8/27/04
Time - 13:35:04
Page - 1

Order Number
4816  SO

R5642520

Customer No: 20352
Sold To: DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1650
FLINT
MI
48501

Ship To No: 21469
Ship To: DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48558

SID # 30588

(2S)

| Order Date | Promised | Customer P.O. | F.O.B. | Ship Inst. | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/3/03 | 3/3/03 | 550024118 | | | | | | |

| Description | Item No. / Cust. Item No. | Location / Lot | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| FUEL PUMP ASSEMBLY 6857S0 | 6857S0 2508108S REV 00 | WHSE-GALETON 80879 | 8/27/04 | 147.700 | 6680 | | EA Per | | |

8/27/04 SHPD 6680 PCS VIA TRI STATE PRO#87782

**ADDITIONAL COMMENTS:**
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.

----QA SUPERVISOR

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Dune No. 04-381-7444

| Invoice | 29367 G |
|---|---|
| Invoice Date | 8/30/04 |
| Customer | 20392 |
| Sales Order No. | 5593 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI  48501

**Ship To:** DELPHI ENERGY AND ENGINE SYSTE
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT                MI  48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | 5550014400 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 48.400 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 4608 | .64000 | |
| 8/30/04 | 13261 TRI STATE PRO#88496 | 25117298 REV 30 | | | | 2,949.12 |

8/30/04 SHPD 4608 PCS VIA TRI STATE PRO#88496 PS#30608 BL#13261

**TOTAL INVOICE**                                                              2,949.12

Terms  NET 30 DAYS            Net Due Date  9/29/04

**Please Remit To:**

**Via regular mail:**
Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**
HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**
Account Number:  590-85376-7
ABA/Routing:  021001088
Account Name:  Kane Magnetics Acquisition, LLC
Bank Name:  HSBC Bank USA, N.A.
Bank Address:  452 5th Avenue, New York, NY 10018
CHIPS:  0108 (foreign wires only)
SWIFT CODE:  MRMDUS33 (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

R 42530    *29467*

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

| | |
|---|---|
| Page - | 1 |
| Date - | 8/30/04 |
| Carrier Number- | 21891 |
| **TRI-STATE** | |

**SID:    13261**

**Ship From:**
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

**Ship To:**    88496
~~DELPHI ENERGY AND ENGINE SYSTEMS~~
~~2926 DAVISON ROAD~~
~~PLANT 2 - DOCK 100~~
~~FLINT~~
~~MI~~
~~48556~~

*Product Action
5051 Exchange St.
Flint, MI 48507*

20392    21469

*SA# 30608*

| Item Number/Description | UM | Shipped |
|---|---|---|
| Item Number . . . . . . . | | |
| 665770 | EA | 1632 |
| 25354871 REV 00 | Order No: | 4793 |
| FLUX CARRIER ASSEMBLY 665770 | Cust PO: | 0550024107 |
| CARTON | | |
| NMFC: 095830    Class: 060 | | |

*pd*

| 665790 | EA | 5250 |
|---|---|---|
| 25351085 REV 00 | Order No: | 4816 |
| FUEL PUMP ASSEMBLY 665790 | Cust PO: | 550024118 |
| CARTON | | |
| NMFC: 095840    Class: 070 | | |

*pd*

| 665830 | EA | 4608 |
|---|---|---|
| 25117298 REV 30 | Order No: | 5593 |
| FLUX CARRIER (542) ASSY 665830 | Cust PO: | 5550014400 |
| NMFC: 095830    Class: 060 | | |

*not paid*

***

| P/N | Unit | Pkg | Ctn | Wgt | Haz |
|---|---|---|---|---|---|
| 665770 | 1 | PLT | 17 | 528 | N |
| 665790 | 2 | PLT | 75 | 2,630 | N |
| 665830 | 1 | PLT | 48 | 1,528 | N |
| **Total Units:** | 4 | | **Total Weight:** | 4,686 | |

**Freight Terms: PREPAID**

***

**Additional Comments:** WE CERTIFY THAT ACCORDING
TO OUR RECORDS, THE MAGNETS FURNISHED ON THE
SUBJECT ORDER(S) WERE MANUFACTURED USING
APPROVED MATERIAL. THE REPORT ON THE MATERIAL
IS IN OUR FILES----QA SUPERVISOR

*Robert Gaddis
Robt N Gaddis
unit 320*

This document is tendered in lieu of individual Bills of Lading.
All terms and conditions of the uniform straight Bill of Lading and
applicable tariffs and classifications in effect as of the date the Carrier

R 42530

**KANE MAGNETICS INTERNATIONAL**
Bill of Lading

Page -                    2
Date -          8/30/04
Carrier Number-      21891
**TRI-STATE**

**SID:** **13261**

Ship From:
KANE MAGNETICS INTERNATIONAL
1 CLINTON STREET
GALETON
PA
16922

Ship To:                                88496
~~DELPHI ENERGY AND ENGINE SYSTEMS~~
~~2926 DAVISON ROAD~~
~~PLANT 2 - DOCK 100~~
~~FLINT~~
~~MI~~
~~48556~~

20392                           21469

| Item Number/Description | UM | Shipped |
| --- | --- | --- |
| Item Number . . . . . . . | | |

accepts the shipment will apply.

Shipper Signature    _M. Kelly_                    Date   _8-30-04_

Driver Signature    _Robert Gaddis    Robt N Gaddis_         Date   _0 8 3 0 04_
                     _unit 320_

R6642520

**KANE MAGNETICS INTERNATIONAL**

PACKING SLIP

Date - 8/30/04
Time - 11:48:45
Page - 1

Order Number 5593 SO

Customer No. 20392
Sold To: DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT
MI
48501

Ship To No  21469
Ship To:  DELPHI ENERGY AND ENGINE SYSTEMS
2926 DAVISON ROAD
PLANT 2 - DOCK 100
FLINT
MI
48566

SID # 30608

(2S)

| Order Date | Promised | Customer P.O. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/19/03 | 12/19/03 | 5550014400 | | | | | | |

| Description | Item No. / Cust. Item No. | F.O.B. | Location / Lot | Ship Inst. | Pick Date | Line | Shipped | Backordered | UOM | Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FLUX CARRIER (542) ASSY 665830 | 665830 | | WHSE-GALETON | | 8/30/04 | 48,400 | 4608 | | EA | | |
| | 26117286 REV 30 | | 80875 | | | | | | Per | | |

8/30/04 SHPD 4608 PCS VIA TRI STATE PRO#684696

**ADDITIONAL COMMENTS:**
WE CERTIFY THAT ACCORDING TO OUR RECORDS, THE MAGNETS FURNISHED ON THE SUBJECT ORDER(S)
WERE MANUFACTURED USING APPROVED MATERIAL. THE REPORT ON THE MATERIAL IS IN OUR FILES.

-QA SUPERVISOR

## INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 29456 K |
|---|---|
| Invoice Date | 9/3/2004 |
| Customer | 20392 |
| Sales Order No. | 4816 |

Sold To:  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT        MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 150.000 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 5250 | 1.19000 | 6,247.50 |
| 9/3/2004 | PA#13480 | 25351085 REV 00 | | | | |

*pd 1.174*

PA#13480 VIA HXLP  5,250 PCS. 9-3-04
(SYS. PS#30701)

TOTAL INVOICE                    6,247.50

Terms  NET 30 DAYS            Net Due Date  10/3/2004

*83.30*

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

|  |  |
|---|---|
| Invoice | 29496  K |
| Invoice Date | 9/8/2004 |
| Customer | 20382 |
| Sales Order No. | 5729 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 117.000 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 1908 | .64000 | |
| 9/9/2004 | 13298 PJAX PRO#38581849 | 25117298 REV 30 | | | | 1,221.12 |

*pd. 604*

9/8/04 SHPD 1908 PCS VIA PJAX PRO#38581849 PS#30722 BL#13298

**TOTAL INVOICE**                                                          1,221.12

Terms  NET 30 DAYS          Net Due Date  10/8/2004                        1,221.12

*67.84*

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 29520 K |
|---|---|
| Invoice Date | 9/9/2004 |
| Customer | 20392 |
| Sales Order No. | 4816 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT        MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 154.000 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 5250 | 1.19000 | |
| 9/9/2004 | PA13511 COMBINED 3 | 25351085 REV 00 | | | | 6,247.50 |

*pd 1.163*

PA13511 VIA HXLP  5,250 PCS. 9-9-04
(SYS. PS#30767)

**TOTAL INVOICE**                6,247.50

Terms  NET 30 DAYS        Net Due Date  10/9/2004                6,247.50

*35.70*

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
| Account Number: | 9429122187 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| | |
|---|---|
| Invoice | 29659  K |
| Invoice Date | 9/20/2004 |
| Customer | 20392 |
| Sales Order No. | 4620 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550019141 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | MARKS: | | | | | |
| | DELPHI C PLANT 58/CHIHUAHUA | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 34065 SAP#HT01 | | | | | |
| 145.000 | FLUX CARRIER ASSEMBLY 665770 | 665770 | EA | 530 | .64600 | |
| 9/21/2004 | CARTON SIZE 13 X 8 X 10 | 25354871 REV 00 | | | | 342.38 |

9-20-04 SHPD 530 VIA PJAX11848827

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  10/20/2004 | 342.38 |
|---|---|---|

6.30

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 29666  K |
|---|---|
| Invoice Date | 9/20/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

Sold To:   DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 124.000 9/20/2004 | FLUX CARRIER (542) ASSY 665830 | 665830 25117298 REV 30 | EA | 1696 | .64000 | 1,085.44 |

*pd. 63*

9-20-04 SHPD 1696 VIA PJAX

| | TOTAL INVOICE |
|---|---|

Terms  NET 30 DAYS          Net Due Date  10/20/2004          1,085.44

*16.96*

Please Remit To:

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
Account Number:    9429122167
ABA/Routing:        011900571
Account Name:     Kane Magnetics International, Inc. FBO FCC
Bank Name:         Fleet Bank
Bank Address:      Hartford, CT 06115
SWIFT Code:        FNBBUS33ATL (foreign wires only)

### F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 29678 K |
| Invoice Date | 9/21/2004 |
| Customer | 20392 |
| Sales Order No. | 4620 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT        MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550019141 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | MARKS: | | | | | |
| | DELPHI C PLANT 58/CHIHUAHUA | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 34065 SAP#HT01 | | | | | |
| 146.100 | FLUX CARRIER ASSEMBLY 665770 | 665770 | EA | 742 | .64600 | |
| 9/21/2004 | CARTON SIZE 13 X 8 X 10 | 25354871 REV 00 | | | | 479.33 |

9-21-04 SHPD 742 VIA PJAX 11848843

| | TOTAL INVOICE |
|---|---|
| | 479.33 |

Terms  NET 30 DAYS        Net Due Date  10/21/2004

7 42

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
Account Number:    9429122167
ABA/Routing:    011900571
Account Name:    Kane Magnetics International, Inc. FBO FCC
Bank Name:    Fleet Bank
Bank Address:    Hartford, CT 06115
SWIFT Code:    FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 5, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 29684 K |
|---|---|
| Invoice Date | 9/21/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 125.000 9/21/2004 | FLUX CARRIER (542) ASSY 665830 | 665830 25117298 REV 30 | EA | 1696 | .64000 | 1,085.44 |

9-21-04 SHPD 1696 VIA PJAX # 11848843

**TOTAL INVOICE** 1,085.44

Terms  NET 30 DAYS          · Net Due Date  10/21/2004

16.96

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel:  814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 29726  K |
| Invoice Date | 9/23/2004 |
| Customer | 20392 |
| Sales Order No. | 4620 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550019141 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| MARKS: | | | | | | |
| DELPHI C PLANT 58/CHIHUAHUA | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 34065 SAP/#HT01 | | | | | | |
| 146.300 | FLUX CARRIER ASSEMBLY 665770 | 665770 | EA | 4134 | .64600 | |
| 9/27/2004 | CARTON SIZE 13 X 8 X 10 | 25354871 REV 00 | | | | |
| | | | | | | 2,670.57 |

9-23-04 SHPD 4134 VIA PJAX # 11848959

| | TOTAL INVOICE |
|---|---|
| | 2,670.57 |

Terms  NET 30 DAYS          Net Due Date  10/23/2004

*271.35*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 29767 K |
|---|---|
| Invoice Date | 9/24/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

Sold To:  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 126.000 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 1484 | .64000 | |
| 9/24/2004 | | 25117296 REV 30 | | | | 949.76 |

9-24-04 SHPD 1484 VIA PJAX 11846983

|  | **TOTAL INVOICE** |
|---|---|
| | 949.76 |

Terms  NET 30 DAYS          Net Due Date  10/24/2004

*14.84*

Please Remit To:

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 29838  K |
|---------|----------|
| Invoice Date | 9/28/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI    48501

| Salesperson Number | Special | Customer P.O. |
|--------------------|---------|---------------|
| 26623 | Instructions | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|----------|-------------|--------------------------|-----|------------------|------------|----------------|
| 130.000 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 1484 | .64000 | |
| 9/28/2004 | 13502 PJAX PRO#17705294 | 25117298 REV 30 | | | | 949.76 |

9/28/04 SHPD 1484 PCS VIA PJAX PRO#17705294 PS#31062 BL#13502

**TOTAL INVOICE**

949.76

Terms  NET 30 DAYS          Net Due Date  10/28/2004          949.76

*14.81*

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|-----------------|------------|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 29868  K |
|---|---|
| Invoice Date | 9/29/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 130.100 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 3816 | .64000 | |
| 9/28/2004 | 13521 PJAX PRO#17705310 | 25117298 REV 30 | | | | 2,442.24 |

9/29/04 SHPD 3816 PCS VIA PJAX PRO#17705310 PS#31094 BL#13521

**TOTAL INVOICE**

2,442.24

Terms  NET 30 DAYS          Net Due Date  10/29/2004

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9535

Duns No. 04-381-7444

| Invoice | 29918 K |
|---|---|
| Invoice Date | 9/30/2004 |
| Customer | 20392 |
| Sales Order No. | 5729 |

Sold To:   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550004848 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 130.200 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 2226 | .64000 | |
| 9/29/2004 | 13535 PJAX PRO#17705336 | 25117298 REV 30 | | | | 1,424.64 |

9/30/04 SHPD 2226 PCS VIA PJAX PRO#17705336 PS#31115 BL#13535

**TOTAL INVOICE**

1,424.64

Terms  NET 30 DAYS          Net Due Date  10/30/2004

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000 Fax; 814/837-9635
Duns No. 04-381-7444

| Invoice | 30013  K |
|---|---|
| Invoice Date | 10/7/04 |
| Customer | 20392 |
| Sales Order No. | 4816 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 20005 | | **550024118** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 175.000 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 11520 | 1.19000 | |
| 10/7/04 | PA1065 | 25351085 REV 00 | | | | 13,708.80 |

PA#1065 VIA HXLP  11,520 PCS. 10-7-04
(SYS. PS#31242)

**TOTAL INVOICE**

Terms  NET 30 DAYS          Net Due Date  11/6/04                          13,708.80

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 30157 K |
|---|---|
| Invoice Date | 10/15/04 |
| Customer | 20392 |
| Sales Order No. | 5593 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 20005 | | 5550014400 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 73.000 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 4608 | .63000 | |
| 10/15/04 | PA1080 | 25117298 REV 30 | | | | 2,903.04 |

PA#1080 (SYS. PS#31389) VIA HXLP  4,608 PCS. 10-15-04

| | TOTAL INVOICE | 2,903.04 |
|---|---|---|

Terms  NET 30 DAYS          Net Due Date  11/14/04

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **30582 K** |
| Invoice Date | 11/23/2004 |
| Customer | 24124 |
| Sales Order No. | 6334 |

**Sold To:**   DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES
DOCKS 87 & 88

EL PASO          TX   79906
US

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | JMS39759 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 3.200 | P/N 25379637AA (GC053) | 60SAMPLE | EA | 38 | 15.00000 | |
| 11/23/2004 | | | | | | 570.00 |

PS#31790 VIA UPS NDA  30 PCS. 11-23-04
TRACKING#1Z1869000148441317

**TOTAL INVOICE**

**570.00**

| Terms  NET 30 DAYS | Net Due Date  12/23/2004 | 570.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 30801  K |
|---|---|
| Invoice Date | 12/15/2004 |
| Customer | 20382 |
| Sales Order No. | 4816 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28823 | Instructions | 550024118 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 202.300 | FUEL PUMP ASSEMBLY 665790 | 665790 | EA | 6160 | 1.19000 | |
| 12/15/2004 13868 NBS | | 25351085 REV 00 | | | | 7,330.40 |

12/15/04 SHPD 6160 PCS VIA NBS PS#31992 BL#13868

| | TOTAL INVOICE |
|---|---|
| | 7,330.40 |

| Terms  NET 30 DAYS | Net Due Date  1/14/2005 | 7,330.40 |
|---|---|---|

Please Remit To:

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 30846  K |
| --- | --- |
| Invoice Date | 12/20/2004 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI  48501

| Salesperson Number | Special | Customer P.O. |
| --- | --- | --- |
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
| --- | --- | --- | --- | --- | --- | --- |
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 100.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 12/20/2004 13889 PJAX#38380390 | | 25351497 REV 04 | | | | |
| | | | | | | 884.00 |

PS#32041 VIA PJAX COL#38380390  400 PCS. 12-20-04
DOC/MSG#1500325011 DS#1500324685  KANBAN 0000002, 14

| | TOTAL INVOICE |
| --- | --- |
| | 884.00 |

| Terms  NET 30 DAYS | Net Due Date  1/19/2005 | 884.00 |
| --- | --- | --- |

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
| --- | --- |
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 30865  K |
|---|---|
| Invoice Date | 12/22/2004 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 101.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 12/22/2004 | CARTON SIZE 18 X 9 X 8 | 26351497 REV 04 | | | | 442.00 |

PS#32072 VIA PJAX#38380408  200 PCS. 12-22-04

DOC/MSG#1500325692  DS1500325011 KANBAN 0000015

**TOTAL INVOICE**

442.00

Terms  NET 30 DAYS                    Net Due Date  1/21/2005

**Please Remit To:**

| **Via regular mail:** | **Via overnight deliveries:** | **Via wire/ACH/EDI** |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:   9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:   011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:   Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:   Fleet Bank |
| | | Bank Address:   Hartford, CT 06115 |
| | | SWIFT Code:   FNBBUS33ATL (foreign wires only) |

**· F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS

OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS

OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED

FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 30878 K |
|---|---|
| Invoice Date | 12/23/2004 |
| Customer | 20392 |
| Sales Order No. | 5593 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 5550014400 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 102.100 | FLUX CARRIER (542) ASSY 665830 | 665830 | EA | 4608 | .63000 | |
| 12/23/2004 PA1160 | | 25117298 REV 30 | | | | 2,903.04 |

PA#1160 (SYS, PS#32077) VIA HXLP  4,608 PCS. 12-23-04

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  1/22/2005 | 2,903.04 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 30882  K |
| Invoice Date | 12/27/2004 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 24.000 | SENSOR FOR HD ACTUATOR | 670811 | EA | 3360 | .14100 | |
| 12/27/2004 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

PS#32081 VIA PJAX COL#3B380416  3,360 PCS. 12-27-04
DOC/MSG#1500325786  DS#1500325743  KANBAN_0000002

| | | TOTAL INVOICE |
|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  1/26/2005 | 473.76 |

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 30883  K |
|---|---|
| Invoice Date | 12/27/2004 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 102.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 12/27/2004 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 1,768.00 |

PS#32080 VIA PJAX COL#38380416  800 PCS. 12-27-04
DOC/MSG#1500325977 DS#1500325788 KANBAN 0000061, 62
DOC/MSG#1500326098 DS#1500325977 KANBAN 0000063, 64

| | TOTAL INVOICE |
|---|---|
| | 1,768.00 |

Terms  NET 30 DAYS            Net Due Date  1/26/2005            1,768.00

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 30968 K |
|---|---|
| Invoice Date | 1/3/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 25.000 | SENSOR FOR HD ACTUATOR | 670511 | EA | 3360 | .14100 | |
| 1/3/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

PS#44737 (SYS PS#32138) VIA PJAX COL#38380424
3,360 PCS. 1-3-05
DOC/MSG#1500326406  DS#1500326303  KANBAN 0000001

| | TOTAL INVOICE |
|---|---|
| | 473.76 |

Terms  NET 30 DAYS          Net Due Date  2/2/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9835

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 30969 K |
| Invoice Date | 1/3/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 103.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 1/3/2005 | 4736 PJAX#38380424 | 25351497 REV 04 | | | | 442.00 |

PS#4736 (SYS PS#32137) VIA PJAX COL#38380424

200 PCS. 1-3-05

DOC/MSG#150326246  DS#1500326098  KANBAN 0000001

| | TOTAL INVOICE |
|---|---|
| | **442.00** |

| Terms NET 30 DAYS | Net Due Date 2/2/2005 | |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 30974 K |
|---|---|
| Invoice Date | 1/4/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 104.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 1/4/2005 | 4744 PJAX #38380432 | 25351497 REV 04 | | | | 1,326.00 |

PS#4744 (SYS PS#32145) VIA PJAX COL#38380432

600 PCS. 1-4-05

DOC/MSG#1500326721 KANBAN 0000085, 66, 67

**TOTAL INVOICE**

Terms  NET 30 DAYS          Net Due Date  2/3/2005

**1,326.00**

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 30993 K |
|---|---|
| Invoice Date | 1/6/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 105.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 1/6/2005 | 4758 PJAX#38380457 | 25351497 REV 04 | | | | 1,326.00 |

PS#4758 (SYS PS#32165) VIA PJAX#38380457
600 PCS. 1-6-05
DOC/MSG#1500327420  KANBAN 0000002, 14, 61

| | TOTAL INVOICE |
|---|---|
| | |

| Terms  NET 30 DAYS | Net Due Date  2/5/2005 | 1,326.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31012 K |
|---|---|
| Invoice Date | 1/10/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 106.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 1/10/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#32180 VIA PJAX COL#38380473  400 PCS. 1-10-05
DOC/MSG#1500328210  KANBAN 0000062, 0000063

**TOTAL INVOICE**

Terms  NET 30 DAYS          Net Due Date  2/9/2005          884.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31041  K** |
| Invoice Date | 1/12/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 107.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1400 | 2.21000 | |
| 1/12/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 3,094.00 |

PS#32213 VIA PJAX COL#38380499  1,400 PCS. 1-12-05
DOC/MSG#1500329029 KANBAN 0000001, 15, 64
DOC/MSG#1500329157 KANBAN 0000065, 66, 67,68

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  2/11/2005 | 3,094.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31076  K |
|---|---|
| Invoice Date | 1/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 108.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 1/14/2005 | 13949 PJAX #37867264 | 25351497 REV 04 | | | | 884.00 |

PS#32239 VIA PJAX COL#37867264  400 PCS. 1-14-05
DOC/MSG#1500329891  KANBAN 0000002, 0000012

|  | TOTAL INVOICE |
|---|---|
|  | 884.00 |

| Terms  NET 30 DAYS | Net Due Date  2/13/2005 | 884.00 |
|---|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31078 K |
|---|---|
| Invoice Date | 1/14/2005 |
| Customer | 24124 |
| Sales Order No. | 6390 |

**Sold To:** DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES
DOCKS 87 & 88

EL PASO          TX   79906
US

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | JMS40151 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | P/N 25375615BB (GB014) | 67SAMPLE | EA | 510 | .25000 | |
| 12/29/2004 4735 UPS (12-22-04) | | | | | | 127.50 |

PS#4735 (SYS PS#32240) VIA UPS NDA#1Z1869000148637982
510 PCS. 12-22-04

|  | **TOTAL INVOICE** |
|---|---|
|  | **127.50** |

Terms  NET 30 DAYS          Net Due Date  2/13/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Shipping    Tracking    Support    Business Solutions

## Tracking

Log-In    User ID: [        ]    Password: [        ] →    | Forgot Password

**Tracking**

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

**Track by Tracking Number**

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 186 900 01 4863 798 2 | **Delivered** | Delivered on: | 12/27/2004 3:51 A.M. |
| | | Delivered to: | EL PASO, TX |
| | | Signed by: | ESPINOZAME |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 3:11 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanc
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| **Invoice** | **31084  K** |
|---|---|
| Invoice Date | 1/17/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| SHIPPING MARKS: | | | | | | |
| DELPHI E/SEC-JUAREZ | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 35021 SAP#JM01 | | | | | | |
| 109.000   ROTOR ASSEMBLY HD ACTUATOR | | 606270 | EA | 800 | 2.21000 | |
| 1/17/2005  13950,PJAX#37867272 | | 25351497 REV 04 | | | | 1,768.00 |

PS#32245 VIA PJAX COL#3786727 2  800 PCS. 1-17-05

DOC/MSG#1500330272

...KANBAN 0000013, 0000014, 0000015, 0000020

| | **TOTAL INVOICE** |
|---|---|
| | **1,768.00** |

Terms  NET 30 DAYS          Net Due Date  2/16/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 8, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31101 K |
|---|---|
| Invoice Date | 1/18/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 110.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 1/18/2005 | 13960 PJAX#37867280 | 25351497 REV 04 | | | | 884.00 |

PS#32269 VIA PJAX COL#37867280 400 PCS. 1-18-05
DOC/MSG#1500330497 KANBAN 0000061, 0000062

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS            Net Due Date  2/17/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31105 K |
|---|---|
| Invoice Date | 1/18/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 111.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 1/19/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#32270 VIA AIR COLLECT  400 PCS. 1-18-05
DOC/MSG#1500331001 KANBAN 0000011, 0000012

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  2/17/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31122  K** |
| Invoice Date | 1/19/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 111.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 1/19/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

PS#32280 VIA PJAX COL#37867298  600 PCS. 1-19-05
DOC/MSG#1500330851 KANBAN 0000001, 0000002, 0000003

**TOTAL INVOICE**

1,326.00

Terms  NET 30 DAYS            Net Due Date  2/18/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31133  K |
| Invoice Date | 1/20/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 112.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 1/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#32296 VIA PJAX COL#37867306  400 PCS. 1-20-05
DOC/MSG#1500331288
...KANBAN 0000004, 0000005

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS            Net Due Date  2/19/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 31150 K |
|---|---|
| Invoice Date | 1/21/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**   DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 26.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 1/21/2005 | 13974 PJAX#37867314 | 25357937 REV 03J | | | | |
| | | | | | | 473.76 |

PS#32320 VIA PJAX #37867314 3,360 PCS. 1-21-05

DOC/MSG#1500331776 KANBAN 0000001

| | **TOTAL INVOICE** |
|---|---|
| | 473.76 |

Terms  NET 30 DAYS              Net Due Date  2/20/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS

OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS

OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED

FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31191  K |
|---|---|
| Invoice Date | 1/24/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**   DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 112.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 1/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 1,326.00 |

PS#32335 VIA UPS NDA  600 PCS. 1-24-05
TRACKING#1Z1869000147698052
DOC/MSG#1500331288
...KANBAN 0000006, 0000007
DOC/MSG#1500331679
...KANBAN 0000008

| | TOTAL INVOICE |
|---|---|
| | |

Terms  NET 30 DAYS        Net Due Date  2/23/2005        **1,326.00**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31194 K** |
| Invoice Date | 1/24/2005 |
| Customer | 24176 |
| Sales Order No. | 6452 |

**Sold To:**  DELPHI AUTOMOTIVE SYSTEMS
32 CELERITY WAGON

EL PASO          TX  79906

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | JMS40322 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | P/N 25375615CC (GB014-A) | 67SAMPLE | EA | 700 | .75000 | |
| 1/20/2005 | FEDX#790896368375 | | | | | 525.00 |

PS#32326 VIA FEDX COL#790896368375  700 PCS. 1-24-05
(BOX#790896368401)

| | **TOTAL INVOICE** |
|---|---|
| | |

| Terms  NET 30 DAYS | Net Due Date  2/23/2005 | **525.00** |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | 31210  K |
| Invoice Date | 1/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| SHIPPING MARKS: | | | | | | |
| DELPHI E/SEC-JUAREZ | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 35021 SAP#JM01 | | | | | | |
| 116.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 1/25/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 6,630.00 |

PS#32354 VIA PJAX COL#37867330  3,000 PCS. 1-25-05
DOC/MSG#1500___?_____
...KANBAN 0000009, 10, 11, 12,13,14,15,16,17,18,19,20,21,22,23

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  2/24/2005 | 6,630.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31231 |
| Invoice Date | 1/27/2 |
| Customer | 2417 |
| Sales Order No. | 6470 |

Sold To:  DELPHI AUTOMOTIVE SYSTEMS
32 CELERITY WAGON

EL PASO                    TX  79906

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | JMS39616 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | DELPHI  P/N 25375615CC | 9167036 | EA | 1 | 2,775.00000 | |
| 1/27/2005 | | | | | | 2,775.00 |

TOOLING TO PRODUCE DELPHI P/N 25375615CC.

Terms  NET 30 DAYS            Net Due Date  2/26/2005

**TOTAL INVOICE**

2,775.00

*.1050.*

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| Invoice | 31246  K |
|---|---|
| Invoice Date | 1/28/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE .
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 118.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 1/28/2005 | 14004 PJAX#37867348 | 25351497 REV 04 | | | | |
| | | | | | | 884.00 |

PS#32390 VIA PJAX COL#37867348  400 PCS. 1-28-05
DOC/MSG#150033538  KANBAN 0000002, 0000003

| | TOTAL INVOICE |
|---|---|
| Terms  NET 30 DAYS        Net Due Date  2/27/2005 | 884.00 |

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | 31281  K |
| Invoice Date | 1/31/20 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                  MI   48501

| Salesperson Number | Special | |
|---|---|---|
| 26623 | Instructions | |

**Customer P.O.**
550035619

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 27.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 1/31/2005 | 14010 PJAX #37867355 | 25357937 REV 03J | | | | |
| | | | | | | 473.76 |

PS#32424 VIA PJAX COL#37867355 3,360 PCS. 1-31-05
DOC/MSG#1500334144  KANBAN 0000001

**TOTAL INVOICE**

Terms  NET 30 DAYS               Net Due Date  3/2/2005

473.76

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31282  K |
|---|---|
| Invoice Date | 1/31/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI.ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special Instructions | | Customer P.O. |
|---|---|---|---|
| 26623 | | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 119.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 1/31/2005 | 14010 PJAX #37867355 | 25351497 REV 04 | | | | |
| | | | | | | 1,326.00 |

PS#32423 VIA PJAX COL#37867355  600 PCS. 1-31-05
DOC/MSG#1500333927 KANBAN 0000004, 0000005
DOC/MSG#1500334144 KANBAN 0000006

| | **TOTAL INVOICE** |
|---|---|

Terms  NET 30 DAYS          Net Due Date  3/2/2005                    1,326.00

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31309  K |
|---|---|
| Invoice Date | 2/2/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 117.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 2/2/2005 | 4813 PJAX#378687363 | 25351497 REV 04 | | | | 442.00 |

PS#4813 (SYS. PS#32459) VIA PJAX#37867363 200 PCS. 2-2-05
DOC/MSG#1500334862
...KANBAN 0000013

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  3/4/2005 | 442.00 |
|---|---|---|

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31351  K |
|---|---|
| Invoice Date | 2/8/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 121.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 2/2/2005 | 14021 PJAX#37867371 | 25351497 REV 04 | | | | |
| | | | | | | 1,768.00 |

PS#32494 VIA PJAX #37867371  800 PCS. 2-8-05
DOC/MSG#1500336025 KANBAN 0000028
DOC/MSG#1500335089 KANBAN 0000007, 0000008
DOC/MSG#1500335920 KANBAN 0000009

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  3/10/2005 | 1,768.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 31365  K |
| Invoice Date | 2/9/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:    DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | |
|---|---|---|
| 26623 | Instructions | |

Customer P.O.

550035621

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 123.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 2/9/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

PS#32506 VIA PJAX COL#37867389  200 PCS. 2-9-05
DOC/MSG#1500336615  KANBAN 0000010

TOTAL INVOICE

Terms  NET 30 DAYS                    Net Due Date  3/11/2005

442.00

Please Remit To:

Via regular mail:

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

Via overnight deliveries:

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

Via wire/ACH/EDI

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **31405  K** |
| Invoice Date | 2/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26823 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 124.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 2/10/2005 | 14042 PJAX#37867405 | 25351497 REV 04 | | | | 442.00 |

PS#32552 VIA PJAX COL#37867405  200 PCS. 2-14-05
DOC/MSG#1500336980  KANBAN0000011

| | **TOTAL INVOICE** |
|---|---|
| Terms  NET 30 DAYS    Net Due Date  3/16/2005 | 442.00 |

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

Account Number:    9429122167
ABA/Routing:         011900571
Account Name:      Kane Magnetics International, Inc. FBO FCC
Bank Name:          Fleet Bank
Bank Address:       Hartford, CT 06115
SWIFT Code:         FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel:  814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 31470 |
|---|---|
| Invoice Date | 2/18/ |
| Customer | 236 |
| Sales Order No. | 651 |

**Sold To:**  DELPHI AUTOMOTIVE SYSTEMS
TECHNICAL CENTER FLINT
M/C 485.200.600
1601 N. AVERILL AVENUE
FLINT                    MI    48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | AES26570 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | DELPHI P/N 25358422 | 9166021 | EA | 1 | 61,700.00000 | |
| 2/15/2005 | | | | | | 61,700.00 |

TOOLING CHARGE TO PROVIDE MAGNET ASSEMBLY 25358422 PER KANE MAGNETICS QUOTATION E6019-K.

**Terms**  NET 30 DAYS

Net Due Date  3/20/2005

**TOTAL INVOICE**

61,700.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
IF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
F THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | 31494 |
| Invoice Date | 2/21/2 |
| Customer | 2039: |
| Sales Order No. | 532 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UcM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| SHIPPING MARKS: | | | | | | |
| DELPHI E/SEC-JUAREZ | | | | | | |
| 32 CELERITY WAGON | | | | | | |
| EL PASO, TX  79906 | | | | | | |
| CISCO 35021 SAP#JM01 | | | | | | |
| 125.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | | | | |
| 2/14/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | EA | 2000 | 2.21000 | |
| | | | | | | 4,420.00 |

PS#32632 VIA PJAX COL#37867447 2,000 PCS. 2-21-05
DOC/MSG#1500337724 KANBAN 0000012
DOC/MSG#1500338488 KANBAN 0000015, 0000016
DOC/MSG#1500338890 KANBAN 0000017, 0000018
DOC/MSG#1500339315 KANBAN 0000019, 0000020
DOC/MSG#1500339677 KANBAN 0000001, 0000021, 0000022

Terms  NET 30 DAYS                                                          **TOTAL INVOICE**

**Please Remit To:**        Net Due Date  3/23/2005

4,420.00

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | 31557  K |
| Invoice Date | 2/24/20 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                     MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 130.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1600 | 2.21000 | |
| 2/21/2005 | 14101 PJAX#37867462 | 25351497 REV 04 | | | | 3,536.00 |

PS#32679 VIA PJAX COL#47867462 1,600 PCS. 2-24-05
DOC/MSG#1500339677
...KANBAN 0000023
DOC/MSG#1500339929
...KANBAN 0000002, 0000003, 0000004,0000005
DOC/MSG#1500340499
...KANBAN 0000006, 0000007, 0000013

**TOTAL INVOICE**

Terms  NET 30 DAYS            Net Due Date  3/26/2005

3,536.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32210  K** |
| Invoice Date | 4/27/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT              MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 154.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 4/27/2005 | 14290 PJAX COL#100404110 | 25351497 REV 04 | | | | 884.00 |

PS#33329 VIA PJAX COL#100404110  400 PCS. 4-27-05
DOC#1500357268  KANBAN 0000005, 0000029

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS              Net Due Date  5/27/2005

**Please Remit To:**

| **Via regular mail:** | **Via overnight deliveries:** | **Via wire/ACH/EDI** |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank . | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32229 K |
|---|---|
| Invoice Date | 4/28/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 155.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 4/28/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

PS#33345 VIA PJAX COL#100404128  600 PCS. 4-28-05
DOC#1500356710  KANBAN 0000003, 0000004
DOC#1500357375  KANBAN 0000031 .

|  | TOTAL INVOICE |
|---|---|
| | 1,326.00 |

Terms  NET 30 DAYS          Net Due Date  5/28/2005

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32248** K |
| Invoice Date | 4/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 156.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 4/29/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#33362 VIA PJAX COL#100404136  400 PCS. 4-29-05
DOC#1500357637  KANBAN 0000008, 0000030

**TOTAL INVOICE**

**884.00**

Terms  NET 30 DAYS          Net Due Date  5/29/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32262 K |
|---|---|
| Invoice Date | 5/2/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**   DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 157.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 5/2/2005 | 4885 PJAX#100404144 | 25351497 REV 04 | | | | 442.00 |

PS#4885 VIA PJAX COL#100404144  200 PCS. 5-2-05
(SYS PS#33378)
DOC#1500357711  KANBAN 0000032

**TOTAL INVOICE**

Terms ·NET 30 DAYS          Net Due Date    6/1/2005                          442.00

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122157 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER
WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32284  K |
|---|---|
| Invoice Date | 5/4/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 158.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 5/4/2005 | 4892 PJAX#100404151 | 25351497 REV 04 | | | | 442.00 |

PS#4892 VIA PJAX COL#100404151  200 PCS. 5-4-05
(SYS PS#33399)
DOC#1500358755 KANBAN 0000007

| | TOTAL INVOICE |
|---|---|
| | 442.00 |

Terms  NET 30 DAYS          Net Due Date  6/3/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32300  K |
|---|---|
| Invoice Date | 5/5/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 159.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 5/5/2004 | CARTON SIZE 18 X 9 X 6 | 25351497 REV 04 | | | | |
| | | | | | | 884.00 |

PS#33417 VIA PJAX COL#100404169  400 PCS. 5-5-05
DOC#1500359009 KANBAN 0000004, 0000008

| | TOTAL INVOICE |
|---|---|
| | 884.00 |

Terms  NET 30 DAYS          Net Due Date  6/4/2005                    884.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32320  K |
| Invoice Date | 5/9/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 160.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 5/9/2005 | CARTON SIZE 16 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#33442 VIA PJAX COL#100404185  400 PCS. 5-9-05

DOC#150359747  KANBAN 0000005, 0000031

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date   6/8/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32345** K |
| Invoice Date | 5/11/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | - UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 35.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 5/11/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

PS#33469 VIA PJAX COL#100404201 3,360 PCS. 5-11-05
DOC#1500359747 KANBAN 0000004

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  6/10/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6,7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32346 K |
|---|---|
| Invoice Date | 5/11/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 161.000 | ROTOR ASSEMBLY HD ACTUATOR | 608270 | EA | 400 | 2.21000 | |
| 5/11/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#33468 VIA PJAX COL#10040421 0  400 PCS. 5-11-05
DOC#1500360429 KANBAN 0000029, 0000030

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  6/10/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32363  K** |
| Invoice Date | 5/12/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                   MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 161.500 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 5/12/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

PS#33484 VIA PJAX COL#100404219  400 PCS. 5-12-05

DOC#1500361113  KANBAN 0000009, 0000010

**TOTAL INVOICE**

**884.00**

Terms  NET 30 DAYS                    Net Due Date  6/11/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32374  K |
|---|---|
| Invoice Date | 5/13/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                   MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 162.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 5/12/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

PS#33495 VIA PJAX #100404227  600 PCS. 5-13-05
DOC#1500360504 KANBAN 0000006, 0000007, 0000032

**TOTAL INVOICE**

**1,326.00**

Terms  NET 30 DAYS                   Net Due Date  6/12/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32387  K |
| --- | --- |
| Invoice Date | 5/16/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | | Customer P.O. |
| --- | --- | --- | --- |
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
| --- | --- | --- | --- | --- | --- | --- |
| 163.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 5/16/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

DOC#1500361434 KANBAN 0000011
PS#33506 VIA PJAX COL#100404235  200 PCS. 5-16-05

**TOTAL INVOICE**

**442.00**

Terms  NET 30 DAYS          Net Due Date  6/15/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
| | |
| --- | --- |
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32427 K |
| Invoice Date | 5/19/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

·Sold To:   DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 164.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 5/17/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

.DOC#1500361663  KANBAN 0000012
PS#33549 VIA PJAX#112326269  200 PCS. 5-19-05

TOTAL INVOICE

442.00

Terms  NET 30 DAYS        ..    Net Due Date  6/18/2005

Please Remit To:

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32430  K** |
| Invoice Date | 5/19/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 165.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 5/18/2005 | CARTON SIZE 18 X 9 X 6 | 25351497 REV 04 | | | | 884.00 |

DOC#1500362165 KANBAN 0000004, 0000008
PS#33550 VIA PJAX #112326269  400 PCS. 5-19-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS                    Net Due Date  6/18/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32438  K |
| Invoice Date | 5/20/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT         MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 36.000 | SENSOR FOR HD ACTUATOR | 670811 | EA | 3360 | .14100 | |
| 5/20/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500362941  KANBAN 0000004
PS#33553 VIA PJAX COL#112326277  3,360 PCS. 5-20-05

| | TOTAL INVOICE |
|---|---|
| | 473.76 |

Terms  NET 30 DAYS          Net Due Date  6/19/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32439 K |
|---|---|
| Invoice Date | 5/20/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 166.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 5/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 1,768.00 |

DOC#1500362941
KANBAN 0000001, 0000002, 0000005, 0000031
PS#33552 VIA PJAX COL#112326277  800 PCS. 5-20-05

| | TOTAL INVOICE |
|---|---|
| | |

Terms  NET 30 DAYS          Net Due Date  6/19/2005          **1,768.00**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32471 K** |
| Invoice Date | 5/23/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 167.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 5/23/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

DOC#1500363276 KANBAN 0000003, 0000029, 0000030
PS#33566 VIA PJAX COL#112326285  600 PCS. 5-23-05

| | TOTAL INVOICE |
|---|---|
| | 1,326.00 |

Terms  NET 30 DAYS          Net Due Date  6/22/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32476  K** |
| Invoice Date | 5/24/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 168.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 5/24/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,768.00 |

DOC#1500364024 KANBAN 0000006, 7, 9, 10
PS#33573 VIA PJAX COL#112326293 800 PCS. 5-24-05

| | **TOTAL INVOICE** |
|---|---|
| | **1,768.00** |

| Terms  NET 30 DAYS | Net Due Date  6/23/2005 | 1,768.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32483  K |
|---|---|
| Invoice Date | 5/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 169.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1600 | 2.21000 | |
| 5/25/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 3,536.00 |

DOC#1500363376  1,600 EA. PS 33581 PJAX 112326301
...KANBAN 0000016, 19, 20, 21, 22, 23,24, 33

**TOTAL INVOICE**

3,536.00

Terms  NET 30 DAYS                    Net Due Date  6/24/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122157 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32547 K |
|---|---|
| Invoice Date | 6/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 170.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 5/26/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500364348 KANBAN 0000011, 0000032
PS#33635 VIA PJAX COL#112326335  400 PCS. 6-1-05

| | TOTAL INVOICE |
|---|---|
| | |

| Terms  NET 30 DAYS | Net Due Date 7/1/2005 | 884.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32548  K** |
| Invoice Date | 6/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 171.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 6/1/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,768.00 |

DOC#1500365201 KANBAN 0000001, 2, 4, 5
PS#33636 VIA PJAX COL#112326335  800 PCS. 6-1-05

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  7/1/2005 | 1,768.00 |
|---|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32561  K** |
| Invoice Date | 6/3/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 172.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 6/3/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

DOC#1500366180 KANBAN 0000011
PS#33652 VIA PJAX COL#112326350  200 PCS. 6-3-05

| | | | **TOTAL INVOICE** |
|---|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  7/3/2005 | | **442.00** |

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**INVOICE**

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | **32577** K |
| Invoice Date | 6/6/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 173.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/8/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500366586 KANBAN 0000014, 0000031
PS#33675 VIA PJAX COL#112326368 400 PCS. 6-6-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  7/8/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32591  K** |
| Invoice Date | 6/7/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 174.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 6/7/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

DOC#1500366832  KANBAN 0000003, 0000008, 0000032
PS#33682 VIA PJAX COL#112326376  600 PCS. 6-7-05

**TOTAL INVOICE**

1,326.00

Terms  NET 30 DAYS          Net Due Date  7/7/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel:  814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | **32601  K** |
| Invoice Date | 6/8/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 175.000 | ROTOR ASSEMBLY HD ACTUATOR | 808270 | EA | 1000 | 2.21000 | |
| 6/8/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,210.00 |

DOC#1500367346 KANBAN 00000012, 13, 16, 17, 25
PS#33700 VIA PJAX COL#112326384  1000 PCS. 6-8-05

**TOTAL INVOICE**

**2,210.00**

Terms  NET 30 DAYS            Net Due Date  7/8/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9535

Duns No. 04-381-7444

| Invoice | 32612  K |
|---|---|
| Invoice Date | 6/9/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 37.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 6/9/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500368133 KANBAN 0000001

PS#33703 VIA MENLO C#200586197-9 3,360 PCS. 6-9-05

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  7/9/2005          473.76

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9535
Duns No. 04-381-7444

| Invoice | 32613 K |
|---|---|
| Invoice Date | 6/9/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 38.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 6/9/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500367862  KANBAN 0000004
PS#33704 VIA PJAX COL#112326392 3,360 PCS. 6-9-05

**TOTAL INVOICE** 473.76

| Terms  NET 30 DAYS | Net Due Date  7/9/2005 | 473.76 |
|---|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32614 K |
|---|---|
| Invoice Date | 6/9/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 176.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/9/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500367706 KANBAN 0000028, 29

| | TOTAL INVOICE |
|---|---|
| | 884.00 |

Terms  NET 30 DAYS                    Net Due Date  7/9/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 32615 K |
|---|---|
| Invoice Date | 6/9/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 177.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/9/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500358121 KANBAN 0000027, 0000034

PS#33706 VIA PJAX COL#112326392  400 PCS. 6-9-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  7/9/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.

PO Box 32355

Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank

Kane Magnetics International, Inc. #32355

99 Founder's Plaza

East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32628  K |
|---|---|
| Invoice Date | 6/10/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT        MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 178.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 6/10/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

DOC#1500368065 KANBAN 0000001, 2, 4
PS#33718 VIA PJAX #112326400  600 PCS. 6-10-05

**TOTAL INVOICE**

**1,326.00**

Terms NET 30 DAYS           Net Due Date  7/10/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
Account Number:   9429122167
ABA/Routing:        011900571
Account Name:     Kane Magnetics International, Inc. FBO FCC
Bank Name:          Fleet Bank
Bank Address:       Hartford, CT 06115
SWIFT Code:        FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32639  K |
|---|---|
| Invoice Date | 6/13/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 179.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/13/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500368531  KANBAN 0000005, 0000006
PS#33727 VIA PJAX COL#112326418  400 PCS. 6-13-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  7/13/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 32648  K |
|---|---|
| Invoice Date | 6/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**   DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 181.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1000 | 2.21000 | |
| 6/14/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,210.00 |

DOC#1500368867 KANBAN 3, 7, 8, 9, 10
PS#33744 VIA PJAX #112326426  1,000 PCS. 6-14-05

**TOTAL INVOICE**

**2,210.00**

Terms  NET 30 DAYS          Net Due Date  7/14/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-361-7444

| Invoice | 32708  K |
|---|---|
| Invoice Date | 6/20/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 182.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/17/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500369653 KANBAN 0000018, 30
PS#337878 VIA PJAX #112326442  400 PCS. 6-20-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  7/20/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32709  K |
| Invoice Date | 6/20/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 183.000 | ROTOR ASSEMBLY HD ACTUATOR | 608270 | EA | 400 | 2.21000 | |
| 6/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500370170 KANBAN 0000019, 20
PS#33788 VIA PJAX #112326442 400 PCS. 6-20-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS          Net Due Date  7/20/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 8, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32722  K |
|---|---|
| Invoice Date | 6/21/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 183.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500370429  KANBAN 0000021, 0000022
PS#33801 VIA PJAX #112326459  400 PCS. 6-21-05

**TOTAL INVOICE**

884.00

Terms  NET 30 DAYS              Net Due Date  7/21/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32734 K |
| Invoice Date | 6/22/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 183.200 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/22/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 884.00 |

DOC#1500370958 KANBAN 0000023, 0000024
PS#33819 VIA PJAX COL#112326467 400 PCS. 6-22-05

| | TOTAL INVOICE |
|---|---|
| | |

Terms  NET 30 DAYS          Net Due Date 7/22/2005          884.00

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: Fleet Bank |
| | | Bank Address: Hartford, CT 06115 |
| | | SWIFT Code: FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32755 K |
| Invoice Date | 6/23/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT         MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 183.300 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 6/23/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 1,326.00 |

DOC#1500371665 KANBAN 0000011, 31, 32
PS#33828 VIA PJAX COL#112326475 600 PCS. 6-23-05

| | TOTAL INVOICE |
|---|---|
| | |

| Terms NET 30 DAYS | Net Due Date  7/23/2005 | 1,326.00 |
|---|---|---|

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HERBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32776 K |
| Invoice Date | 6/27/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 39.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 6/27/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500372171 KANBAN 0000004
PS#33850 VIA PJAX COL#112326483 3,360 PCS. 6-27-05

| | TOTAL INVOICE |
|---|---|

Terms NET 30 DAYS          Net Due Date 7/27/2005          **473.76**

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: Fleet Bank |
| | | Bank Address: Hartford, CT 06115 |
| | | SWIFT Code: FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32777  K |
| Invoice Date | 6/27/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 184.000 | ROTOR ASSEMBLY HD ACTUATOR | 605270 | EA | 1200 | 2.21000 | |
| 6/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 2,652.00 |

DOC#1500370276 KANBAN 0000035, 36, 37, 38, 39, 40
PS#33849 VIA PJAX COL#112326483  1200 PCS. 6-27-05

| | | **TOTAL INVOICE** |
|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  7/27/2005 | 2,652.00 |

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 32781  K |
|---|---|
| Invoice Date | 6/28/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                      MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 184.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 6/27/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

DOC#1500371995 KANBAN 0000012, 16, 34
PS#33853 VIA PJAX COL#112326491  600 PCS. 6-28-05

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  7/28/2005 | | 1,326.00 |
|---|---|---|---|

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 32783  K |
| Invoice Date | 6/28/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

Sold To:  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 185.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 6/28/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | |
| | | | | | | 1,768.00 |

DOC#1500372171  KANBAN 0000001, 2, 3, 4
PS#33854 VIA PJAX COL#112326491  800 PCS. 6-28-05

| | TOTAL INVOICE |
|---|---|
| Terms  NET 30 DAYS          Net Due Date  7/28/2005 | 1,768.00 |

Please Remit To:

Via regular mail:

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

Via overnight deliveries:

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

Via wire/ACH/EDI

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 32793  K |
|---|---|
| Invoice Date | 6/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 186.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 6/29/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500372689 KANBAN 0000017, 0000033

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  7/29/2005 | 884.00 |
|---|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: Fleet Bank |
| | | Bank Address: Hartford, CT 06115 |
| | | SWIFT Code: FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32801 K** |
| Invoice Date | 6/30/200: |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 40.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 6/30/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | |
| | | | | | | 473.76 |

DOC#1500373176 KANBAN 0000001
PS#33878 VIA PJAX COL#100432269 3,360 PCS 6-30-05

**TOTAL INVOICE**

Terms  NET 30 DAYS                Net Due Date  7/30/2005

473.76

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

Account Number:   9429122167
ABA/Routing:   011900571
Account Name:   Kane Magnetics International, Inc. FBO FCC
Bank Name:   Fleet Bank
Bank Address:   Hartford, CT 06115
SWIFT Code:   FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432269

Origin terminal: GIBSONIA, PA
Destination terminal: INDIANAPOLIS, IN

Pick-Up Date: 6/30/05

Status: Delivered

Delivery Date: 7/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32802  K** |
| Invoice Date | 6/30/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 187.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1200 | 2.21000 | |
| 6/30/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,652.00 |

DOC#1500373345 KANBAN 0000005, 6, 7, 8, 28, 29
PS#33877 VIA PJAX COL#100432269 1200 PCS 6-30-05

| | TOTAL INVOICE |
|---|---|
| | 2,652.00 |

Terms  NET 30 DAYS          Net Due Date  7/30/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432269

Origin terminal: GIBSONIA, PA
Destination terminal: INDIANAPOLIS, IN

Pick-Up Date: 6/30/05

Status: Delivered

Delivery Date: 7/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32816 K |
|---|---|
| Invoice Date | 7/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 41.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 7/1/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500373418 KANBAN 0000002
PS#33889 VIA PJAX COL#100432277 3,360 PCS 7-1-05

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS            Net Due Date  7/31/2005

**Please Remit To:**

| **Via regular mail:** | **Via overnight deliveries:** | **Via wire/ACH/EDI** |
|---|---|---|
| | | Account Number:  9429122167 |
| Kane Magnetics International, Inc. | Fleet Bank | ABA/Routing:  011900571 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Bank Name:  Fleet Bank |
| | East Hartford, CT 06108 | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32817** K |
| Invoice Date | 7/1/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 188.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1200 | 2.21000 | |
| 7/1/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,652.00 |

DOC#1500373432  KANBAN 0000009, 10, 11, 30, 31, 32

PS#33888 VIA PJAX COL#100432277  1,200 PCS 7-1-05

**TOTAL INVOICE**

**2,652.00**

Terms  NET 30 DAYS                Net Due Date  7/31/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| **Kane Magnetics International, Inc.** | **Fleet Bank** | Account Number: | 9429122167 |
| **PO Box 32355** | **Kane Magnetics International, Inc. #32355** | ABA/Routing: | 011900571 |
| **Hartford, CT 06150-2355** | **99 Founder's Plaza** | Account Name: | **Kane Magnetics International, Inc. FBO FCC** |
| | **East Hartford, CT 06108** | Bank Name: | **Fleet Bank** |
| | | Bank Address: | **Hartford, CT 06115** |
| | | SWIFT Code: | **FNBBUS33ATL (foreign wires only)** |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS     THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED

OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS     FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.     DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432277

Origin terminal: GIBSONIA, PA
Destination terminal: INDIANAPOLIS, IN

Pick-Up Date: 7/01/05

Status: Delivered

Delivery Date: 7/05/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | **32862  K** |
| Invoice Date | 7/11/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 188.100 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 800 | 2.21000 | |
| 7/11/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,768.00 |

DOC/MSG#1500374199 KANBAN 0000032, 38, 39 49
PS#33936 VIA PJAX C#100432285  800 PCS 7-11-05

| | | | | | **TOTAL INVOICE** | |
|---|---|---|---|---|---|---|
| | | | | | | **1,768.00** |

Terms  NET 30 DAYS          Net Due Date  8/10/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432285

Origin terminal: GIBSONIA, PA
Destination terminal: INDIANAPOLIS, IN

Pick-Up Date: 7/11/05

Status: Delivered

Delivery Date: 7/12/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 32875  K |
|---|---|
| Invoice Date | 7/12/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                      MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 188.200 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1400 | 2.21000 | |
| 7/12/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 3,094.00 |

DOC#1500374294 KANBAN 0000001, 2, 3, 4, 5, 6, 12
PS#33943 VIA PJAX COL#10432293 1400 PCS 7-12-05

**TOTAL INVOICE**

**3,094.00**

Terms  NET 30 DAYS                Net Due Date  8/11/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432293

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/12/05

Status: Delivered

Delivery Date: 7/14/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32883  K |
|---|---|
| Invoice Date | 7/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 189.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 7/18/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 884.00 |

DOC#1500373825 KANBAN 0000035, 36
PS#33950 VIA PJAX C#100432301  400 PCS 7-14-05

**TOTAL INVOICE**

Terms  NET 30 DAYS          Net Due Date  8/13/2005          884.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432301

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/14/05

Status: Delivered

Delivery Date: 7/16/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32884  K** |
| Invoice Date | 7/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 191.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 7/18/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

DOC#1500374109  KANBAN 00000037
PS#33951 VIA PJAX C#100432301  200 PCS 7-14-05

| | **TOTAL INVOICE** |
|---|---|
| | |

| Terms  NET 30 DAYS | Net Due Date  8/13/2005 | **442.00** |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32885 K |
|---|---|
| Invoice Date | 7/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI    48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 192.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1000 | 2.21000 | |
| 7/18/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,210.00 |

DOC#1500374578  KANBAN 0000007, 8, 9, 10, 11
PS#33952 VIA PJAX C#100432301  1000 PCS 7-14-05

| | **TOTAL INVOICE** |
|---|---|
| | **2,210.00** |

Terms  NET 30 DAYS              Net Due Date  8/13/2005              **2,210.00**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBD FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **32886  K** |
| Invoice Date | 7/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 42.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 7/18/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500374109 KANBAN 0000004
PS#33953 VIA PJAX C#100432301 3360 PCS. 7-14-05

| | **TOTAL INVOICE** |
|---|---|
| | **473.76** |

Terms  NET 30 DAYS            Net Due Date  8/13/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432301

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/14/05

Status: Delivered

Delivery Date: 7/16/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32905  K |
|---|---|
| Invoice Date | 7/18/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 193.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 1000 | 2.21000 | |
| 7/18/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 2,210.00 |

DOC#1500374818 KANBAN 0000029, 30, 31, 32, 01
PS#33974 VIA PJAX #100432319 1000 PCS 7-18-05

| | **TOTAL INVOICE** |
|---|---|
| | **2,210.00** |

Terms  NET 30 DAYS          Net Due Date  8/17/2005          **2,210.00**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

☒ pjaxlogo.gif (2388 bytes)

# Shipment Tracking

Pro No:100432319

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/18/05

Status: Delivered

Delivery Date: 7/20/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | | |
|---|---|---|
| **Invoice** | **32912 K** | |
| Invoice Date | 7/20/2005 | |
| Customer | 20392 | |
| Sales Order No. | 5325 | |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT        MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 194.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 7/20/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

DOC#1500375233  KANBAN 0000005
PS#33993 VIA PJAX COL#100432327 200 PCS 7-20-05

**TOTAL INVOICE**

**442.00**

Terms  NET 30 DAYS          Net Due Date  8/19/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432327

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/20/05

Status: Delivered

Delivery Date: 7/22/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 32989 K |
|---------|---------|
| Invoice Date | 7/28/2005 |
| Customer | 22816 |
| Sales Order No. | 6794 |

**Sold To:**   DELPHI AUTOMOTIVE SYSTEMS
3900 HOLLAND ROAD

SAGINAW                MI    48601-9494

| Salesperson Number | Special | Customer P.O. |
|--------------------|---------|---------------|
| 20005 | Instructions | S3S28162 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|----------|-------------|--------------------------|-----|------------------|------------|----------------|
| 1.000 7/28/2005 | *ENGINEERING COSTS FOR TOOLING | 9160027 | EA | 1 | 2,900.00000 | 2,900.00 |

PROJECT ENGINEER – SHAUN NASMAN
TOTAL 37 HRS x $90 p/HR = $3,300.00
SUMMARY:
COMPOUND FORMUALTION - 1 HR
ACTUAL COMPOUNDING TIME - 8 HR
MOLD SET-UP TIME (ENGINEERING) - 1 HR
MOLD / PROCESS DEVELOPMENT (2 ENGINEERS) - 2 HR
RUN TIME FOR SAMPLES, TO DATE - 12 HR
MAG TIME / SCAN TIME, TO DATE - 10 HR
INSPECTION TIME - 2 HR
MOLD REMOVAL TIME - 1 HR

                                                        **TOTAL INVOICE**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|-----------------|------------|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 33002 K |
|---|---|
| Invoice Date | 7/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 43.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 7/29/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500377697  KANBAN 0000002
PS#34064 VIA PJAX#100432376  3,380 PCS. 7-29-05

**TOTAL INVOICE**

473.76

Terms NET 30 DAYS          Net Due Date  8/28/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432376

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/29/05

Status: Delivered

Delivery Date: 8/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33003 K |
|---|---|
| Invoice Date | 7/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                 MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 195.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 2800 | 2.21000 | |
| 7/29/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,188.00 |

DOC#1600377697  KANBAN 13, 14, 15, 16, 17, 18, 29, 20, 21, 22, 23, 24, 25, 26
PS#34063 VIA PJAX COL#100432376  2,800 PCS 7-29-05

**TOTAL INVOICE**

6,188.00

Terms  NET 30 DAYS          Net Due Date  8/28/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**
Account Number:   9429122167
ABA/Routing:       011900571
Account Name:    Kane Magnetics International, Inc. FBO FCC
Bank Name:         Fleet Bank
Bank Address:      Hartford, CT 06115
SWIFT Code:        FNBBUS33ATL (foreign wires only)

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432376

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 7/29/05

Status: Delivered

Delivery Date: 8/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 33049  K |
| Invoice Date | 8/5/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 44.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 8/5/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | |
| | | | | | | 473.76 |

DOC#1500379332: KANBAN 0000001
PS#34112 VIA PJAX COL#1100432392  3,360 PCS. 8-5-05

| | TOTAL INVOICE |
|---|---|
| | |

Terms  NET 30 DAYS           Net Due Date  9/4/2005                        473.76

Please Remit To:

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

Shipment Tracking



# Shipment Tracking

Pro No:100432392

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/05/05

Status: Delivered

Delivery Date: 8/08/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33050  K |
|---|---|
| Invoice Date | 8/5/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 196.000 | ROTOR ASSEMBLY HD ACTUATOR | 608270 | EA | 2000 | 2.21000 | |
| 8/5/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 4,420.00 |

DOC#1500379332: KANBAN 0000001, 2, 3, 4, 5, 6, 7, 8, 9, 10

PS#34111 VIA PJAX COL#100432392 2,000 PCS. 8-5-05

**TOTAL INVOICE**

| Terms  NET 30 DAYS | Net Due Date  9/4/2005 | 4,420.00 |
|---|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432392

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/05/05

Status: Delivered

Delivery Date: 8/08/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 33095 K |
|---|---|
| Invoice Date | 8/11/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 197.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 400 | 2.21000 | |
| 8/11/2005 | CARTON SIZE 18 X 9 X 8 | 26351497 REV 04 | | | | 884.00 |

DOC#1500380773: KANBAN 0000011, 0000012
PS#34152 VIA PJAX #1004322426  400 PCS. 8-11-05

**TOTAL INVOICE**

Terms  NET 30 DAYS            Net Due Date  9/10/2005            **884.00**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33110 .K** |
| Invoice Date | 8/15/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 198.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 8/15/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

DOC#1500381685 KANBAN 0000013
PS#34168 VIA PJAX COL#100432434  200 PCS. 8-15-05

**TOTAL INVOICE**

| | | |
|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  9/14/2005 | **442.00** |

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

| | |
|---|---|
| **Invoice** | **33122  K** |
| Invoice Date | 8/16/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635
Duns No. 04-381-7444

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 45.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 8/16/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500381977: KANBAN 0000002
PS#341812 VIA PJAX#100432442 3,360 PCS. 8-16-05

**TOTAL INVOICE**

Terms  NET 30 DAYS          Net Due Date  9/15/2005

**473.76**

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432442

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/16/05

Status: Delivered

Delivery Date: 8/17/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 33123 K |
|---|---|
| Invoice Date | 8/16/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT       MI    48501

| Salesperson Number | Special Instructions · | Customer P.O. |
|---|---|---|
| 28623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 199.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 8/16/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,630.00 |

DOC#1500381977:
KANBAN 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18
PS#34181 VIA PJAX COL#100432442  3,000 PCS. 8-16-05

| | TOTAL INVOICE |
|---|---|
| | 6,630.00 |

. Terms  NET 30 DAYS        Net Due Date  9/15/2005        6,630.00

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| Account Number: | 9429122167 |
|---|---|
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432442

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/16/05

Status: Delivered

Delivery Date: 8/17/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| Invoice | **33144 K** |
| Invoice Date | 8/18/2005 |
| Customer | 24176 |
| Sales Order No. | 6613 |

**Sold To:**   DELPHI AUTOMOTIVE SYSTEMS
32 CELERITY WAGON

EL PASO          TX  79906

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | **JMS41105** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 3.100<br>8/18/2005 | SAMPLE CC66  PN 25379637 | 66SAMPLE | EA | 100 | 15.00000 | |
| | | | | | | 1,500.00 |

PS#34201 VIA UPS NDA COL  100 PCS. 8-18-05
TRACKING#1Z1869000149493984

**TOTAL INVOICE**

| | | |
|---|---|---|
| Terms  NET 30 DAYS | Net Due Date  9/17/2005 | **1,500.00** |

**Please Remit To:**

**Via regular mail:**
Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**
Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founders Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS Uni**

Shipping | Tracking | Support | Business Solutions

Log-In   User ID: [          ]   Password: [          ] →   | Forgot Password

## Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 186 900 01 4949 398 4 | **Delivered** | Delivered on: | 08/19/2005 9:19 A.M. |
| | | Delivered to: | EL PASO, TX |
| | | Signed by: | GONZALEZ |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 1:32 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanc
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33152  K** |
| Invoice Date | 8/19/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | **550035619** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 46.000 | SENSOR FOR HD ACTUATOR | 670811 | EA | 3360 | .14100 | |
| 8/19/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500382937: 0000001
PS#34206 VIA PJAX COL#100432459 3,360 PCS. 8-19-05

| | | |
|---|---|---|
| | | **TOTAL INVOICE** |
| | | 473.76 |

Terms  NET 30 DAYS          Net Due Date  9/18/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432459

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/19/05

Status: Delivered

Delivery Date: 8/22/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33153  K** |
| Invoice Date | 8/19/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**   DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT           MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 200.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 8/19/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,630.00 |

DOC#1500382937:
...KANBAN 11, 12, 19, 20, 21, 22, 23, 24, 25, 26, 27,28, 29, 30, 31
PS#34205 VIA PJAX COL#10432459 3,000 PCS. 8-19-05

**TOTAL INVOICE**

**6,630.00**

Terms  NET 30 DAYS          Net Due Date  9/18/2005

**Please Remit To:**

| **Via regular mail:** | **Via overnight deliveries:** | **Via wire/ACH/EDI** |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:   9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:   011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:   Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:   Fleet Bank |
| | | Bank Address:   Hartford, CT 06115 |
| | | SWIFT Code:   FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432459

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/19/05

Status: Delivered

Delivery Date: 8/22/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33167  K** |
| Invoice Date | 8/22/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 201.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 600 | 2.21000 | |
| 8/22/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 1,326.00 |

DOC#1500383299:  KANBAN 0000032, 33, 34
PS#34225 VIA PJAX COL#100432467  600 PCS. 8-22-05

**TOTAL INVOICE**

**1,326.00**

| Terms  NET 30 DAYS | Net Due Date  9/21/2005 |
|---|---|

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI | |
|---|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number: | 9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing: | 011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name: | Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name: | Fleet Bank |
| | | Bank Address: | Hartford, CT 06115 |
| | | SWIFT Code: | FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432467

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/22/05

Status: Delivered

Delivery Date: 8/23/05

# INVOICE

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000 Fax: 814/837-9635
Duns No. 04-381-7444

| Invoice | 33173  K |
|---|---|
| Invoice Date | 8/22/2005 |
| Customer | 23611 |
| Sales Order No. | 6818 |

**Sold To:** DELPHI AUTOMOTIVE SYSTEMS
TECHNICAL CENTER FLINT
M/C 485.200.600
1601 N. AVERILL AVENUE
FLINT                MI    48556

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 20005 | Instructions | AES37089 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 2.000 | SAMPLE FOR CC66 | 66SAMPLE | EA | 12 | 4.16700 | |
| 8/22/2005 | | | | | | 50.00 |

PS#1425 (SYS PS#34226) VIA UPS 2DA  12  PCS. 8-17-05
TRACKING#1Z1869000247021850
25319631 MAGNET ASM WITH ELECTROLESS NICKEL PLATS

**TOTAL INVOICE**

**50.00**

Terms  NET 30 DAYS              Net Due Date  9/21/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

UPS Package Tracking

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Shipping** | **Tracking** | **Support** | **Business Solutions**

## Tracking

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

Log-In   User ID: [          ]   Password: [          ] 🔒 | Forgot Password

# ▌▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 186 900 02 4702 186 0 | **Delivered** | Delivered on: | 08/19/2005 9:28 A.M. |
| | | Delivered to: | FLINT, MI, |
| | | Signed by: | DESHAW |
| | | Service Type: | 2ND DAY AIR |

→ View package progress

Tracking results provided by UPS: 06/27/2006 1:30 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanc
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33195 K |
|---|---|
| Invoice Date | 8/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI   48501

**Ship To:** S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD
WESTCHESTER         OH  45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 47.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 8/25/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500384403: KANBAN 0000002
PS#34254 VIA PJAX COL#100432483  3,360 PCS. 8-25-05

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  9/24/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wires/ACH/EDI: |
|---|---|---|
| Kane Magnetics Acquisition, LLC | HSBC Bank USA, N.A. | Account Number: 590-85376-7 |
| PO Box 2968 | 1 HSBC Center | ABA/Routing: 021001088 |
| Buffalo, NY 14240-2968 | 14th Floor, Wholesale Lockbox | Account Name: Kane Magnetics Acquisition, LLC |
| | C/O Kane Magnetics Acquisition, LLC, PO Box 2968 | Bank Name: HSBC Bank USA, N.A. |
| | Buffalo, NY 14203 | Bank Address: 452 5th Avenue, New York, NY 10018 |
| | | CHIPS: 0108 (foreign wires only) |
| | | SWIFT Code: MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432483

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/25/05

Status: Delivered

Delivery Date: 8/26/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33196  K** |
| Invoice Date | 8/25/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI   48501

**Ship To:**  S-DELPHI (35021) EL PASO, TX
32 CELERITY WAGON

EL PASO                    TX  79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 202.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 2400 | 2.21000 | |
| 8/25/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 5,304.00 |

DOC#1500384403:
KANBAN 36, 37, 38, 39, 40, 41, 42, 42, 44, 45, 46, 47
PS#34253 VIA PJAX COL#100432483  2,400 PCS. 8-26-05

**TOTAL INVOICE**

**5,304.00**

Terms  NET 30 DAYS                    Net Due Date  9/24/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:100432483

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/25/05

Status: Delivered

Delivery Date: 8/26/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33212 K |
|---|---|
| Invoice Date | 8/29/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI   48501

**Ship To:** S-DELPHI (35021) EL PASO, TX
32 CELERITY WAGON

EL PASO                TX  79906

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 203.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 8/29/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,630.00 |

DOC#1500384779:
  KANBAN 1, 2, 3, 4, 5, 6, 7, 8, 35, 51, 52, 53, 54, 55, 56
PS#34264 VIA PJAX COL#100432491  3,000 PCS. 8-29-05

**TOTAL INVOICE**

**6,630.00**

Terms NET 30 DAYS            Net Due Date  9/28/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| Account Number: | 590-85376-7 |
|---|---|
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.


pjaxlogo.gif (2388 bytes)

# Shipment Tracking

Pro No:100432491

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/29/05

Status: Delivered

Delivery Date: 8/30/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33230  K** |
| Invoice Date | 8/31/2005 |
| Customer | 20392 |
| Sales Order No. | 4287 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI  48501

**Ship To:** S-DELPHI C (35021)EL PASO, TX

C/O CINCINNATI DDC %PJAX

2789 EAST CRESCENTVILLE RD

WESTCHESTER                    OH  45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 0550007407 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP-JM01 | | | | | |
| 502.000 | ROTOR ASSEMBLY  665400 | 665400 | EA | 6240 | 1.41700 | |
| 8/31/2005 | CARTON SIZE 15 X 11 X 13 | 25140800 REV 7 | | | | 8,842.08 |

DOC#1500385305: KANBAN 0000006

PS#34289 VIA PJAX COL#126974765  6,240 PCS. 8-31-05

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **8,842.08** |

| Terms  NET 30 DAYS | Net Due Date  9/30/2005 |
|---|---|

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| Account Number: | 590-85376-7 |
|---|---|
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

pjaxlogo.gif (2388 bytes)

# Shipment Tracking

Pro No:126974765

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/31/05

Status: Delivered

Delivery Date: 9/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33231  K** |
| Invoice Date | 8/31/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 48.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 8/31/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500385305:  KANBAN 0000001

PS#34291 VIA PJAX COL#126974765  3,360 PCS. 8-31-05

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  9/30/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wire/ACH/EDI |
|---|---|---|
| Kane Magnetics International, Inc. | Fleet Bank | Account Number:  9429122167 |
| PO Box 32355 | Kane Magnetics International, Inc. #32355 | ABA/Routing:  011900571 |
| Hartford, CT 06150-2355 | 99 Founder's Plaza | Account Name:  Kane Magnetics International, Inc. FBO FCC |
| | East Hartford, CT 06108 | Bank Name:  Fleet Bank |
| | | Bank Address:  Hartford, CT 06115 |
| | | SWIFT Code:  FNBBUS33ATL (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974765

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/31/05

Status: Delivered

Delivery Date: 9/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33232  K** |
| Invoice Date | 8/31/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

**Ship To:** S-DELPHI (35021) EL PASO, TX

32 CELERITY WAGON

EL PASO          TX   79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 204.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3600 | 2.21000 | |
| 8/31/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 7,956.00 |

DOC#1500385305:

KANBAN 0000009 THRU 0000023 AND 48, 49, 50

PS#34290 VIA PJAX COL#126974765 3,600 PCS. 8-31-05

**TOTAL INVOICE**

**7,956.00**

| Terms  NET 30 DAYS | Net Due Date  9/30/2005 |
|---|---|

## Please Remit To:

| **Via regular mail:** | **Via overnight deliveries:** | **Via wires/ACH/EDI:** |
|---|---|---|
| Kane Magnetics Acquisition, LLC | HSBC Bank USA, N.A. | Account Number:  590-85376-7 |
| PO Box 2968 | 1 HSBC Center | ABA/Routing:  021001088 |
| Buffalo, NY 14240-2968 | 14th Floor, Wholesale Lockbox | Account Name:  Kane Magnetics Acquisition, LLC |
| | C/O Kane Magnetics Acquisition, LLC, PO Box 2968 | Bank Name:  HSBC Bank USA, N.A. |
| | Buffalo, NY 14203 | Bank Address:  452 5th Avenue, New York, NY 10018 |
| | | CHIPS:  0108 (foreign wires only) |
| | | SWIFT Code:  MRMDUS33 (foreign wires only) |

### F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS    THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
OF SECTIONS 8, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS    FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.    DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974765

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 8/31/05

Status: Delivered

Delivery Date: 9/01/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33250  K** |
| Invoice Date | 9/2/2005 |
| Customer | 20392 |
| Sales Order No. | 4287 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI   48501

**Ship To:**  S-DELPHI C (35021)EL PASO, TX

C/O CINCINNATI DDC %PJAX

2789 EAST CRESCENTVILLE RD

WESTCHESTER          OH  45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 0550007407 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP-JM01 | | | | | |
| 503.000 | ROTOR ASSEMBLY  665400 | 665400 | EA | 6240 | 1.41700 | |
| 9/2/2005 | CARTON SIZE 15 X 11 X 13 | 25140800 REV 7 | | | | 8,842.08 |

DOC#1500386610  KANBAN 0000007

PS#34311 VIA PJAX COL#126974773  6,240 PCS. 9-2-05

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **8,842.08** |

Terms  NET 30 DAYS          Net Due Date  10/2/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 33251  K |
| Invoice Date | 9/2/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT            MI  48501

**Ship To:** S-DELPHI (35021) EL PASO, TX
32 CELERITY WAGON

EL PASO                  TX  79906

| Salesperson Number | Special Instructions | Customer P.O. |
|---|---|---|
| 26623 | | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 205.000 | ROTOR ASSEMBLY HD ACTUATOR | 605270 | EA | 1800 | 2.21000 | |
| 9/2/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 3,978.00 |

DOC#1500386610

..KANBAN 24, 25, 26, 27, 28, 29, 30, 31, 32

PS#34312 VIA PJAX COL#126974773  1,800 PCS. 9-2-05

**TOTAL INVOICE**

3,978.00

Terms  NET 30 DAYS                    Net Due Date  10/2/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.


pjaxlogo.gif (2388 bytes)

# Shipment Tracking

Pro No:126974773

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/02/05

Status: Delivered

Delivery Date: 9/06/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| Invoice | 33279 K |
| Invoice Date | 9/8/2005 |
| Customer | 20392 |
| Sales Order No. | 4287 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

**Ship To:** S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD
WESTCHESTER        OH   45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 0550007407 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP-JM01 | | | | | |
| 504.000 | ROTOR ASSEMBLY  665400 | 665400 | EA | 6240 | 1.41700 | |
| 9/8/2005 | CARTON SIZE 15 X 11 X 13 | 25140800 REV 7 | | | | 8,842.08 |

DOC#1500388229 KANBAN 0000006
PS#34335 VIA PJAX COL#126974781 6,240 PCS. 9-8-05

**TOTAL INVOICE**

8,842.08

Terms NET 30 DAYS            Net Due Date  10/8/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974781

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/08/05

Status: Delivered

Delivery Date: 9/10/05

# INVOICE

| | |
|---|---|
| Invoice | 33280  K |
| Invoice Date | 9/8/2005 |
| Customer | 20392 |
| Sales Order No. | 5319 |

700 Elk Avenue, Kane, PA 16735
Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                    MI    48501

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035619 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 49.000 | SENSOR FOR HD ACTUATOR | 670611 | EA | 3360 | .14100 | |
| 9/8/2005 | CARTON SIZE 6 X 6 X 5 | 25357937 REV 03J | | | | 473.76 |

DOC#1500357864: KANBAN 0000002
PS#34337 VIA PJAX COL#126974781  3,360 PCS. 9-8-05

**TOTAL INVOICE**

473.76

Terms  NET 30 DAYS          Net Due Date  10/8/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics International, Inc.
PO Box 32355
Hartford, CT 06150-2355

**Via overnight deliveries:**

Fleet Bank
Kane Magnetics International, Inc. #32355
99 Founder's Plaza
East Hartford, CT 06108

**Via wire/ACH/EDI**

| | |
|---|---|
| Account Number: | 9429122167 |
| ABA/Routing: | 011900571 |
| Account Name: | Kane Magnetics International, Inc. FBO FCC |
| Bank Name: | Fleet Bank |
| Bank Address: | Hartford, CT 06115 |
| SWIFT Code: | FNBBUS33ATL (foreign wires only) |

## F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974781

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/08/05

Status: Delivered

Delivery Date: 9/10/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33281  K** |
| Invoice Date | 9/8/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI  48501

**Ship To:** S-DELPHI (35021) EL PASO, TX
32 CELERITY WAGON

EL PASO                TX  79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26823 | Instructions | **550035621** |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 206.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 9/8/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,630.00 |

DOC#1500387864
...KANBAN 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15
PS#34336 VIA PJAX ,COL#126974781 3,000 PCS. 9-8-05

**TOTAL INVOICE**

**6,630.00**

Terms  NET 30 DAYS                Net Due Date  10/8/2005

**Please Remit To:**

| Via regular mail: | Via overnight deliveries: | Via wires/ACH/EDI: |
|---|---|---|
| Kane Magnetics Acquisition, LLC | HSBC Bank USA, N.A. | Account Number:  590-85376-7 |
| PO Box 2968 | 1 HSBC Center | ABA/Routing:  021001088 |
| Buffalo, NY 14240-2968 | 14th Floor, Wholesale Lockbox | Account Name:  Kane Magnetics Acquisition, LLC |
| | C/O Kane Magnetics Acquisition, LLC, PO Box 2968 | Bank Name:  HSBC Bank USA, N.A. |
| | Buffalo, NY 14203 | Bank Address:  452 5th Avenue, New York, NY 10018 |
| | | CHIPS:  0108 (foreign wires only) |
| | | SWIFT Code:  MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974781

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/08/05

Status: Delivered

Delivery Date: 9/10/05

# INVOICE

700 Elk Avenue, Kane, PA 15735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-391-7444

| | |
|---|---|
| **Invoice** | **33303  K** |
| Invoice Date | 9/9/2005 |
| Customer | 24124 |
| Sales Order No. | 6832 |

**Sold To:** DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES
DOCKS 87 & 88

EL PASO            TX  79906
US

**Ship To:** DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES
DOCKS 87 & 88
ATTN: ANTONIO MALDONADO
EL PASO            TX  79906
US

| Salesperson Number | Special | | Customer P.O. |
|---|---|---|---|
| 26623 | Instructions | | JMS42416 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1.000 | PN 25380300AA SENSE MAGNET | 67SAMPLE | EA | 200 | .75000 | |
| 9/9/2005 | | | | | | 150.00 |

PS#34348 VIA UPS NDA  200 PCS. 9-9-05
TRACKING#1Z1869000147916422

**TOTAL INVOICE**

**150.00**

Terms  NET 30 DAYS            Net Due Date  10/9/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Tracking | Support | Business Solutions

## Tracking

Log-In   User ID: [ ]   Password: [ ]   | Forgot Password

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 186 900 01 4791 642 2 | **Delivered** | Delivered on: | 09/12/2005 9:14 A.M. |
| | | Delivered to: | EL PASO,  TX |
| | | Signed by: | AGUILAR |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 1:29 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home  | Shipping  | Tracking  | Support | Business Solutions  | About UPS  | Contact UPS  | Register  | Getting Started  | Site Guide  | Advanc
UPS Global  | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy  | Trademarks  | Tariff  | Terms and Conditions of Service

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33314  K |
|---|---|
| Invoice Date | 9/12/2005 |
| Customer | 24124 |
| Sales Order No. | 6809 |

**Sold To:** DELPHI AUTOMOTIVE SYSTEMS

48 WALTER JONES

DOCKS 87 & 88

EL PASO          TX  79906

US

**Ship To:** DELPHI AUTOMOTIVE SYSTEMS

48 WALTER JONES

DOCKS 87 & 88

ATTN: LAURA GARCIA/JACK LANTZ

EL PASO          TX  79906

US

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | JMS42303 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1.000 | PN25385289AA ROTOR ASM | 66SAMPLE | EA | 191 | 14.00000 | |
| 9/16/2005 | | | | | | 2,674.00 |

ORDERED BY JESUS CARRILLO

PS#34368 VIA UPS NDA COL. 191 PCS. 9-12-05

TRACKING#1Z18690001

**TOTAL INVOICE**

**2,674.00**

Terms  NET 30 DAYS          Net Due Date  10/12/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC

PO Box 2968

Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.

1 HSBC Center

14th Floor, Wholesale Lockbox

C/O Kane Magnetics Acquisition, LLC, PO Box 2968

Buffalo, NY 14203

**Via wires/ACH/EDI:**

| Account Number: | 590-85376-7 |
|---|---|
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

# INVOICE

|  |  |
|---|---|
| **Invoice** | **33323 K** |
| Invoice Date | 9/14/2005 |
| Customer | 20392 |
| Sales Order No. | 4287 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI   48501

**Ship To:** S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD
WESTCHESTER          OH   45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26823 | Instructions | 0550007407 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP-JM01 | | | | | |
| 505.000 | ROTOR ASSEMBLY  665400 | 665400 | EA | 6240 | 1.41700 | |
| 9/14/2005 | CARTON SIZE 15 X 11 X 13 | 25140800 REV 7 | | | | 8,842.08 |

DOC#1500389309:  KANBAN 0000007
PS#34381 VIA PJAX COL#126974799  6,240 PCS. 9-14-05

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **8,842.08** |

Terms  NET 30 DAYS          Net Due Date  10/14/2005

F.O.B. POINT OF MANUFACTURER

**Please Remit To:**

**Via regular mail:**
Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**
HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

[x] pjaxlogo.gif (2388 bytes)

# Shipment Tracking

Pro No:126974799

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/14/05

Status: Delivered

Delivery Date: 9/15/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| Invoice | 33324  K |
|---|---|
| Invoice Date | 9/14/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI  48501

**Ship To:**  S-DELPHI (35021) EL PASO, TX
32 CELERITY WAGON

EL PASO                    TX  79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 28623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 207.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 3000 | 2.21000 | |
| 9/14/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 6,630.00 |

DOC#1500389309
  KANBAN 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 31
  PS#34382 VIA PJAX COL#126974799  3,000 PCS. 9-14-05

**TOTAL INVOICE**

6,630.00

Terms NET 30 DAYS              Net Due Date  10/14/2005

Please Remit To:

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| Account Number: | 590-85376-7 |
|---|---|
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974799

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/14/05

Status: Delivered

Delivery Date: 9/15/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33343  K** |
| Invoice Date | 9/15/2005 |
| Customer | 20392 |
| Sales Order No. | 4286 |

**Sold To:**
DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT          MI  48501

**Ship To:**  S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD
WESTCHESTER          OH  45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 0550007406 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP#-JM01 | | | | | |
| 93.000 | ROTOR ASSEMBLY 665300 | 665300 | EA | 6240 | 1.41700 | |
| 9/15/2005 | CARTON SIZE 15 X 11 X 13 | 25074604 REV 57 | | | | 8,842.08 |

DOC#1500388307  KANBAN 0000002
PS#34398 VIA PJAX COL#126974807  6,240 PCS. 9-15-05

**TOTAL INVOICE**

8,842.08

Terms  NET 30 DAYS          Net Due Date  10/15/2005

**Please Remit To:**

**Via regular mail:**
Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**
HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974807

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/15/05

Status: Delivered

Delivery Date: 9/18/05

# INVOICE

| | |
|---|---|
| **Invoice** | **33368  K** |
| Invoice Date | 9/19/2005 |
| Customer | 24124 |
| Sales Order No. | 6609 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES
DOCKS 87 & 88

EL PASO          TX  79906
US

**Ship To:** DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES
DOCKS 87 & 88
ATTN: LAURA GARCIA/JACK LANTZ
EL PASO          TX  79906
US

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | JMS42303 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1.100 | PN25385289AA ROTOR ASM | 66SAMPLE | EA | 195 | 14.00000 | |
| 9/16/2005 | | | | | | 2,730.00 |

ORDERED BY JESUS CARRILLO
PS#34421 VIA UPS NDA  195 PCS. 9-19-05
TRACKING/#1Z1869000147250043

| | |
|---|---|
| **TOTAL INVOICE** | |
| | **2,730.00** |

Terms NET 30 DAYS          Net Due Date  10/19/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

Shipping  Tracking  Support  Business Solutions

Log-In  User ID: [        ]  Password: [          ] → | Forgot Password

## Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▎▎▎▎ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
| --- | --- | --- | --- |
| 1. 1Z 186 900 01 4725 004 3 | **Delivered** | Delivered on: | 09/20/2005 8:58 A.M. |
| | | Delivered to: | EL PASO,  TX |
| | | Signed by: | GONZALEZ |
| | | Service Type: | NEXT DAY A |

→ View package progress

Tracking results provided by UPS: 06/27/2006 1:26 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tender
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanc
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use  | Privacy Policy  | Trademarks  | Tariff  | Terms and Conditions of Service

# INVOICE

| | |
|---|---|
| Invoice | 33395  K |
| Invoice Date | 9/23/2005 |
| Customer | 20392 |
| Sales Order No. | 4287 |

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000 Fax: 814/837-9635

Duns No. 04-381-7444

**Sold To:** DELPHI ENERGY & ENGINE
NAO DISBURSEMENTS
MANAGEMENT SYSTEMS
PO BOX 1550
FLINT                MI  48501

**Ship To:** S-DELPHI C (35021)EL PASO, TX
C/O CINCINNATI DDC %PJAX
2789 EAST CRESCENTVILLE RD
WESTCHESTER          OH  45069

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 0550007407 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS : | | | | | |
| | DELPHI-E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX 79906 | | | | | |
| | CISCO 35021 SAP-JM01 | | | | | |
| 506.000 | ROTOR ASSEMBLY  665400 | 665400 | EA | 6240 | 1.41700 | |
| 9/23/2005 | CARTON SIZE 15 X 11 X 13 | 25140800 REV 7 | | | | 8,842.08 |

DOC#1500391696 KANBAN 0000006
PS#34446 VIA PJAX COL#126974815  6,240 PCS. 9-23-05

**TOTAL INVOICE**

8,842.08

Terms  NET 30 DAYS        Net Due Date  10/23/2005

## Please Remit To:

| Via regular mail: | Via overnight deliveries: | Via wires/ACH/EDI: |
|---|---|---|
| Kane Magnetics Acquisition, LLC | HSBC Bank USA, N.A. | Account Number:  590-85376-7 |
| PO Box 2968 | 1 HSBC Center | ABA/Routing:  021001088 |
| Buffalo, NY 14240-2968 | 14th Floor, Wholesale Lockbox | Account Name:  Kane Magnetics Acquisition, LLC |
| | C/O Kane Magnetics Acquisition, LLC, PO Box 2968 | Bank Name:  HSBC Bank USA, N.A. |
| | Buffalo, NY 14203 | Bank Address:  452 5th Avenue, New York, NY 10018 |
| | | CHIPS:  0108 (foreign wires only) |
| | | SWIFT Code:  MRMDUS33 (foreign wires only) |

## F.O.B. POINT OF MANUFACTURER

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974815

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/23/05

Status: Delivered

Delivery Date: 9/27/05

# INVOICE

700 Elk Avenue, Kane, PA 16735

Tel: 814/837-7000  Fax: 814/837-9635

Duns No. 04-381-7444

| | |
|---|---|
| **Invoice** | **33409  K** |
| Invoice Date | 9/26/2005 |
| Customer | 20392 |
| Sales Order No. | 5325 |

**Sold To:**  DELPHI ENERGY & ENGINE

NAO DISBURSEMENTS

MANAGEMENT SYSTEMS

PO BOX 1550

FLINT          MI  48501

**Ship To:**  S-DELPHI (35021) EL PASO, TX

32 CELERITY WAGON

EL PASO                    TX  79906

| Salesperson Number | Special | Customer P.O. |
|---|---|---|
| 26623 | Instructions | 550035621 |

| Line No. | Description | KMI/Customer Part Number | UoM | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| | SHIPPING MARKS: | | | | | |
| | DELPHI E/SEC-JUAREZ | | | | | |
| | 32 CELERITY WAGON | | | | | |
| | EL PASO, TX  79906 | | | | | |
| | CISCO 35021 SAP#JM01 | | | | | |
| 208.000 | ROTOR ASSEMBLY HD ACTUATOR | 606270 | EA | 200 | 2.21000 | |
| 9/26/2005 | CARTON SIZE 18 X 9 X 8 | 25351497 REV 04 | | | | 442.00 |

DOC#1500392216 KANBAN 0000017

PS#34461 VIA PJAX COL#126974823  200 PCS. 9-26-05

**TOTAL INVOICE**

**442.00**

Terms  NET 30 DAYS          Net Due Date  10/26/2005

**Please Remit To:**

**Via regular mail:**

Kane Magnetics Acquisition, LLC
PO Box 2968
Buffalo, NY 14240-2968

**Via overnight deliveries:**

HSBC Bank USA, N.A.
1 HSBC Center
14th Floor, Wholesale Lockbox
C/O Kane Magnetics Acquisition, LLC, PO Box 2968
Buffalo, NY 14203

**Via wires/ACH/EDI:**

| | |
|---|---|
| Account Number: | 590-85376-7 |
| ABA/Routing: | 021001088 |
| Account Name: | Kane Magnetics Acquisition, LLC |
| Bank Name: | HSBC Bank USA, N.A. |
| Bank Address: | 452 5th Avenue, New York, NY 10018 |
| CHIPS: | 0108 (foreign wires only) |
| SWIFT Code: | MRMDUS33 (foreign wires only) |

**F.O.B. POINT OF MANUFACTURER**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS
OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS
OF THE UNITED STATES DEPT. OF LABOR UNDER SECTION 14 THEREOF.

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED
FROM THE US IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.



# Shipment Tracking

Pro No:126974823

Origin terminal: GIBSONIA, PA
Destination terminal: CINCINNATI, OH

Pick-Up Date: 9/26/05

Status: Delivered

Delivery Date: 9/27/05

# DELPHI                   1913

Energy & Chassis Systems

Page  1  of 3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

ITOCHU INTL-TOKYO
AUTOMOBILE DEPT NO 2
2-CHOME MINATO-KU
TOKYO
JAPAN 999-9999

KANE MAGNETICS ACQUISITION LLC
KANE MAGNETICS
700 ELK AVE
KANE PA 16735

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550078637 | 08-Sep-2005 |
| Version | |
| 08-Sep-2005 15:43:35 | |

## ORIGINAL
## REQUIREMENT CONTRACT

| Vendor No:  1000468 |
|---|
| DUNS No:  927645671 |

**Payment Terms:  ZMN2          Currency:  USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FOB Freight Collect**

X-Ref. _606270_
Rev. _____
$ _2.21_

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 25351497 ROTOR ASM | JM01 DELPHI E & C JUAREZ | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06-Sep-2005 | 31-Dec-2005 | USD | 2,145.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 2,080.70 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 2,018.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract #  550035621.
*********************

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

Purchasing Contact: Chavez, Becky

Phone:  915-612-7067

Fax:  915-783-7392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
32 CELBRITY WAGON,
EL PASO TX 79906

Date and Time Printed:  08-Sep-2005 15:43:35

*Quote*   ECO of FIE   *Replaces* DC058-L

# DELPHI

Energy & Chassis Systems

Page 1 of 3

| Buyer: | Requirements Contract |
|---|---|
| DELPHI<br>ENERGY & CHASSIS SYSTEMS<br>5820 DELPHI DR<br>TROY MI 48098 | **PO Number**                **Date Issued**<br>550035619                    07/21/2003<br>Version<br>05/24/2005 16:22:00 |

**Deliver to:**
DELPHI E & C JUAREZ
AVE.ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

KANE MAGNETICS ACQUISTION LLC
1 CLINTON ST
GALETON PA 16922

Vendor No:  1001387
DUNS No:  944260389

**Payment Terms:**                    **Currency:**
Payment settled on 2nd, 2nd Month

**Incoterms:**

*670611 Sense Magnet*

| Item No. | Material No / Description | Plant | |
|---|---|---|---|
| 00010 | 25357937 | JM01 DELPHI E & C JUAREZ | |

**SENSE MAGNET - CHARGED**
***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/01/2003 | 12/31/2004 | USD | 141.80 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 128.00 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 124.16 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 120.44 | 1,000 | PC |

*.1410*

This Requirement Contract is for 100% unless otherwise specified.

**Note:**
This Contract replaces previous contract # --.
*********************

*.013 × 47,040 = $611.52 Credit due*

| Purchasing Contact: Chavez, Becky | Contact Address: |
|---|---|
| Phone: 915-612-7067 | DELPHI ENERGY & CHASSIS SYSTEMS<br>32 CELERITY WAGON,<br>EL PASO TX 79906 |
| Fax: 915-783-7392 | |

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550035621 | 07/21/2003 |

Version
05/24/2005 16:20:53

**Deliver to:**
DELPHI E & C JUAREZ
AVE. ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

Vendor No: 1001387
DUNS No: 944260389

**Payment Terms:**
Payment settled on 2nd, 2nd Month

KANE MAGNETICS ACQUISTION LLC
1 CLINTON ST
GALETON PA 16922

*606270 Heavy Duty Actuator - single length*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25351497 ROTOR ASM | JM01 DELPHI E & C JUAREZ |

***THIS AMENDMENT CHANGES ITEM***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06/01/2003 | 12/31/2004 | USD | 2,210.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 2,145.00 | 1,000 | PC *2.2100* |
| 01/01/2006 | 12/31/2006 | USD | 2,080.70 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 2,018.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

This Contract replaces previous contract # —.
*********************

*Credit due*
*.065 x 50K = 3,250.00*

Purchasing Contact: Chavez, Becky

Phone: 915-612-7067

Fax: 915-783-7392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
32 CELERITY WAGON,
EL PASO TX 79906

# DELPHI _____ 4287 _____

Energy & Chassis Systems

Page   1   of 2

| Buyer: |
| --- |
| Delphi Energy & Chassis Systems<br>5820 Delphi Drive<br>Troy MI 48098 |

| Requirements Contract | |
| --- | --- |
| PO Number | Date Issued |
| 550007407 | 07/01/2002 |
| Version | |
| 06/10/2003 09:46:03 | |

Please deliver to:
### See Delivery Schedule

# REPRINT
# OF REQUIREMENT CONTRACT

| KANE MAGNETICS INTERNATIONAL I<br>1 CLINTON ST<br>GALETON PA 16922 |
| --- |

| Vendor No:   1001387 |
| --- |
| DUNS No:   944260389 |
| Payment Terms:  2MN2     Currency:  USD |
| Payment settled on 2nd, 2nd Month |
| Incoterms:  FOB Freight Collect |

| Item No. Material No. Description | | | | Plant | |
| --- | --- | --- | --- | --- | --- |
| 00010 | 25140800<br>MGNT | | | DELPHI E & C JUAREZ | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 06/01/2001 | 03/31/2002 | USD | 1,506.70 | 1,000 | PC |
| | 04/01/2002 | 12/31/2004 | USD | 1,431.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Notes: |
| --- |

**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************

**********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any addition as to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**********************

**********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to

| Purchasing Contact: Walter, Matt | Contact Address: |
| --- | --- |
| Phone:  248-813-4353 | DELPHI ENERGY & CHASSIS SYSTEMS |
| Fax:  248-813-4599 | 5725 Delphi Drive,<br>TROY MI 48098-2815 |

Date and Time Printed:   06/10/2003 09:46:03

# DELPHI

Energy & Chassis Systems

Page  2  of 2

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA  16922

**Requirements Contract**

PO Number
550007407.                                  Date Issued
Version                                      07/01/2002
06/10/2003  09:46:03

| Item No.   Material No.   Description | Plant |
| --- | --- |

**Notes Continued:**

become BDI Certified by exhibiting their ability to send and/or receive the appropriate BDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the BDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house BDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's  website: www.delphi.com thru Suppliers/Project Vega/Supplier Requirements, for additional information.

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*******************
This Contract replaces previous contract #  N8V0000B.
*******************

07/02/02 - Alteration to extend REQUIREMENTS CONTRACT and change price on Material No. 25140800 (Item 10).

# DELPHI

Energy & Chassis Systems

Page  1 of 2

Buyer:

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy  MI  48098

Requirements Contract

PO Number
550024118
Version
01/31/2003 10:39:33

Date Issued
01/31/2003

Please deliver to:
See Delivery Schedule   20390
4816

ORIGINAL
REQUIREMENT CONTRACT

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA  16922

Vendor No:   1001387
DUNS No:   944260389

Payment Terms:  2M2M   Currency:   USD

Payment settled on 2nd, 2nd Month

Incoterms:  FOB Freight Collect

| Item No. | Material No. Description | | | Plant | | |
|----------|------------|---|---|-------|---|---|
| 00010 | 25351085 | | | DELPHI   E & C   FLINT EAST | | |
| | MAGNET ASM-F/PMP MOT | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|-----------|----------|----------|-------|-----------|-----|
| | 01/01/2003 | 12/31/2003 | USD | 1,647.00 | 1,000 | PC |
| | 01/01/2004 | 12/31/2004 | USD | 1,614.00 | 1,000 | PC |
| | 01/01/2005 | 12/31/2005 | USD | 1,589.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

**********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
**********************
This Contract replaces previous contract # --.
**********************

X-Ref. 1165790
Rev.
$  1.647

**********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-0433. Failure to follow these instructions could result in a charge back to your company

**********************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing

Purchasing Contact: Hamilton, Star

Phone: 810-257-5349

Fax: 810-257-5573

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive.
TROY MI 48098-2815

Date and Time Printed:   01/31/2003 10:39:33

# DELPHI

Energy & Chassis Systems

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON  PA  16922

## Requirements Contract

PO Number
550024118
Version
01/31/2003 10:39:33

Date Issued
01/31/2003

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphiauto.com then Suppliers/Project Vega/Supplier Requirements, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website: delphiauto.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any add itions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the costs for labor, material or overhead.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii.) if Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) if the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

Energy & Chassis Systems

Page 1 of 2

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
Troy MI 48098

**Requirements Contract**

| | |
|---|---|
| PO Number | Date Issued |
| 550024118 | 01/31/2003 |
| Version | |
| 05/02/2003 08:02:55 | |

*Please deliver to:*
*See Delivery Schedule*    4816

## ALTERATION
## TO REQUIREMENT CONTRACT

KANE MAGNETICS INTERNATIONAL I
1 CLINTON ST
GALETON PA 16922

Vendor No: 1001387
DUNS No: 944260389

**Payment Terms**    **Currency**

Payment settled on 2nd, 2nd Month

**Incoterms**    FOB Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25351085 | DELPHI E & C FLINT EAST |

MAGNET ASM-F/PMP MOT
*** THIS AMENDMENT CHANGES PRICE***

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2003 | 03/31/2003 | USD | 1,647.00 | 1,000 | PC |
| 04/01/2003 | 12/31/2005 | USD | 1,190.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Note**

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
This Contract replaces previous contract # --.    665790
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing

Purchasing Contact: Walter, Matt

Phone: 248-813-4353

Fax: 248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:    05/02/2003 08:02:55

# DELPHI

*1912*

_____Energy & Chassis Systems

Page  1  of  3

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Requirements Contract**

PO Number                              Date Issued
550078638                            08-Sep-2005
Version
08-Sep-2005 15:41:36

**Deliver to:**

DELPHI E & C JUAREZ
AVE.ANOTONIO J BERMUDEZ NO.1230
32742
MEXICO

## ORIGINAL
## REQUIREMENT CONTRACT

KANE MAGNETICS ACQUISITION LLC
KANE MAGNETICS
700 ELK AVE
KANE PA 16735

Vendor No:  1000468
DUNS No:  927645671

**Payment Terms:  ZMN2         Currency:  USD**

Payment settled on 2nd, 2nd Month

**Incoterms:  FOB  Freight Collect**

X-Ref. __670611__
Rev. _____
$ ___.141___

| Item No. | Material No. Description | Plant |
|----------|------------------------|-------|
| 00010 | 25357937 | JM01 DELPHI E & C JUAREZ |
| | SENSE MAGNET - CHARGED | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|-----------|----------|----------|-------|-----------|-----|
| 06-Sep-2005 | 31-Dec-2005 | USD | 128.00 | 1,000 | PC |
| 01-Jan-2006 | 31-Dec-2006 | USD | 124.16 | 1,000 | PC |
| 01-Jan-2007 | 31-Dec-2007 | USD | 120.44 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes**

This Contract replaces previous contract # 550035619.
*********************

******************** .
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company

Purchasing Contact: Chavez, Becky

Phone: 915-612-7067

Fax:  915-783-7392

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
32 CELERITY WAGON,
EL PASO TX 79906

Date and Time Printed:  08-Sep-2005 15:41:36