# EXHIBIT B

ME1 6779356v.1

sC Bank USA, N.A.: Transaction Search : Transaction Details                              Page 1 of 1

# HSBC   The world's local bank

Sheila Bradshaw                                                   Help | Log Off

**Menu**
**Balance & Transaction Reporting**
  Account List
  Balance Summary
  Balance History
  Download
  Custom Account Sort
  Search
  Preferences
  External Links
  Account Access

**Disbursements**

**Image Retrieval**

Customer Support
1-800-662-2012

## Transaction Search : Transaction Details

Press **Done** to return to the Search Results Screen.  ▶ Done

**Bank Reference: 280069339**

**Report Generation Time : Friday, October 07, 2005 02:18:03 PM EDT**

| | | | |
|---|---|---|---|
| Description | WIRE TRANSFER CREDIT | Customer Reference | RD 104016670 |
| Status | Posted | Sender Reference | |
| Payment Order Date | October 7, 2005 | Clearing Sys. Reference | 1007B1QGC07C004805 |
| Processing Date/Time | October 7, 2005 1:40 PM | | |
| | | CR Amount | USD 151,370.41 CR |
| | | CR Value Date | October 7, 2005 |
| | | CR Account | 590847279 |

**Ordering Customer**
DELPHI AUTOMOTIVE WIRE TRANSFERS

**Debit Party**
JPMORGAN CHASE

**Ordering Bank**
00000701332140 DELPHI AUTOMOTIVE SY
STEMS LLC 5725 DELPHI DRIVE MC
483 400 141 TROY MI 48098

**Account with Bank**
ENERGY CONVERSION SYSTEMS
HOLDINGS
LLC
1 MORGANITE DR
DUNN NC 28334

**Beneficiary**
590847279
ENERGY CONVERSION SYSTEMS
HOLDINGS
LLC
1 MORGANITE DR

© HSBC Bank USA, N.A. 2005

HSBC CASH RECEIPTS SUMMARY
ECS - MS DIVISION
OCTOBER 2005

| DATE | SENDER | AMOUNT | REF. # | CHECK # | MGMT | A/R | TOTAL |
|---|---|---|---|---|---|---|---|
| 10/07/05 | Delphi | $ 1,380.75 | Detail | W 100676860 | | $ 1,380.75 | 1,380.75 |
| | Delphi | $ 151,370.41 | Detail | Wire | | $ 151,370.41 | 151,370.41 |
| | Ford Component Sales | $ 539.00 | Detail | 030349 | | $ 539.00 | 539.00 |
| | Jideco | $ 5,384.00 | Detail | 114149 | | $ 5,384.00 | 5,384.00 |
| | DBG | $ 3,105.60 | Detail | 2740 | | $ 3,105.60 | 3,105.60 |
| TOTAL DEPOSIT FOR OCTOBER 07 | | $ 161,779.76 | | | $ - | $ 161,779.76 | $ 161,779.76 |

ECS
RD104016670

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031763258 | RD 104016670 | H2 | 2 | 0576715100001 | 9/19/2005 | $1,504.80 | USD | 1013057 | DCS10212 | Ready To F | 11/2/2005 | 0 |
| 9000031889878 | RD 104016670 | E1 | 2 | 5203727564001 | 9/29/2005 | $14,446.08 | USD | 1013162 | D0550015 | Ready To F | 10/9/2005 | 0 |
| 9000031889879 | RD 104016670 | E1 | 2 | 5203728099001 | 9/29/2005 | $4,815.36 | USD | 1013176 | D0550015 | Ready To F | 10/9/2005 | 0 |
| 9000031889880 | RD 104016670 | H3 | 2 | 5203729159001 | 9/29/2005 | $16,203.63 | USD | 1013127 | D0550006 | Ready To F | 10/9/2005 | 0 |
| 9000031889882 | RD 104016670 | JM | 2 | 5203730269001 | 9/29/2005 | $2,301.25 | USD | 1013216 | D0550049 | Ready To F | 10/10/2005 | 0 |
| 9000031913984 | RD 104016670 | JM | 2 | 5203738480001 | 9/30/2005 | $11,325.00 | USD | 1013217 | D0550054 | Ready To F | 10/10/2005 | 0 |
| 9000031913985 | RD 104016670 | JM | 2 | 5203738908001 | 9/30/2005 | $3,238.84 | USD | 1013178 | D0550016 | Ready To F | 10/10/2005 | 0 |
| 9000031913986 | RD 104016670 | JM | 2 | 5203738911001 | 9/30/2005 | $3,221.75 | USD | 1013177 | D0550049 | Ready To F | 10/10/2005 | 0 |
| 9000031913988 | RD 104016670 | JM | 2 | 5203739066001 | 9/30/2005 | $1,380.75 | USD | 1013015 | D0550049 | Ready To F | 10/10/2005 | 0 |
| 9000031930547 | RD 104016670 | H3 | 2 | 5203750532001 | 10/3/2005 | $600.13 | USD | 1013175 | D0550006 | Ready To F | 10/13/2005 | 0 |
| 9000031930548 | RD 104016670 | JM | 2 | 5203750772001 | 10/3/2005 | $2,519.10 | USD | 1013212 | D0550016 | Ready To F | 10/13/2005 | 0 |
| 9000031930549 | RD 104016670 | JM | 2 | 5203750786001 | 10/3/2005 | $2,301.25 | USD | 1013242 | D0550049 | Ready To F | 10/13/2005 | 0 |
| 9000031930550 | RD 104016670 | JM | 2 | 5203750787001 | 10/3/2005 | $9,437.50 | USD | 1013241 | D0550054 | Ready To F | 10/13/2005 | 0 |
| 9000031930551 | RD 104016670 | JM | 2 | 5203751193001 | 10/3/2005 | $9,437.50 | USD | 1013261 | D0550054 | Ready To F | 10/13/2005 | 0 |
| 9000031930552 | RD 104016670 | JM | 2 | 5203751204001 | 10/3/2005 | $2,301.25 | USD | 1013259 | D0550049 | Ready To F | 10/13/2005 | 0 |
| 9000031944927 | RD 104016670 | E1 | 2 | 5203757743001 | 10/4/2005 | $9,630.72 | USD | 1013236 | D0550015 | Ready To F | 10/14/2005 | 0 |
| 9000031944928 | RD 104016670 | E1 | 2 | 5203757745001 | 10/4/2005 | $6,019.20 | USD | 1013237 | D0550013 | Ready To F | 10/14/2005 | 0 |
| 9000031944929 | RD 104016670 | E1 | 2 | 5203757747001 | 10/4/2005 | $4,108.80 | USD | 1013238 | D0550052 | Ready To F | 10/14/2005 | 0 |
| 9000031959883 | RD 104016670 | E1 | 2 | 5203766486001 | 10/5/2005 | $9,630.72 | USD | 1013260 | D0550015 | Ready To F | 10/15/2005 | 0 |
| 9000031959884 | RD 104016670 | JM | 2 | 5203768058001 | 10/5/2005 | $28,312.50 | USD | 1013273 | D0550054 | Ready To F | 10/15/2005 | 0 |
| 9000031959885 | RD 104016670 | JM | 2 | 5203768063001 | 10/5/2005 | $5,983.25 | USD | 1013274 | D0550049 | Ready To F | 10/15/2005 | 0 |
| 9000031959886 | RD 104016670 | JM | 2 | 5203768326001 | 10/5/2005 | $349.78 | USD | 1013272 | D0550016 | Ready To F | 10/15/2005 | 0 |
| 9000031959887 | RD 104016670 | JM | 2 | 5203768342001 | 10/5/2005 | $2,301.25 | USD | 1013166 | D0550049 | Ready To F | 10/15/2005 | 0 |

$151,370.41

**Wire Application for Energy Conversion, Claim 14135**

Remittance Submitted With Payment and application of payment per ECS
1013057  $  1,504.80

| Vendor | | Invoice | Date | Amount | USD | Reference | Status | | Payment Ref | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 30000317 RD | 10401 H2 | 05767151 | 9/19/2005 | $1,504.80 | USD | 1013057 | DCS10212 | Ready To Pay | | |
| 30000319 RD | 10401 JM | 52037846 | 9/19/2005 | $4,142.25 | USD | 1013086 | D0550049 | Ready To Pay | | |
| 30000321 RD | 10401 JM | 52039049 | 9/21/2005 | $4,142.25 | USD | 1013086A | D0550049 | Ready To Pay | | |
| 30000323 RD | 10401 JM | 52040060 | 9/23/2005 | $1,075.90 | USD | 1013165 | D0550053 | Ready To Pay | | |
| 30000318 RD | 10401 E1 | 52037021 | 9/26/2005 | $9,630.72 | USD | 1013126 | D0550015 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037032 | 9/26/2005 | $9,437.50 | USD | 1013154 | D0550054 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037035 | 9/26/2005 | $2,486.13 | USD | 1013094 | D0550054 | Ready To Pay | | |
| 30000321 RD | 10401 JM | 52037035 | 9/26/2005 | $11,325.00 | USD | 1013167 | D0550054 | Ready To Pay | | |
| 30000323 RD | 10401 JM | 52039049 | 9/26/2005 | $24,537.50 | USD | 1013189 | D0550053 | Ready To Pay | | |
| 30000318 RD | 10401 E1 | 52040060 | 9/26/2005 | $4,303.60 | USD | 1013179 | D0550015 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037102 | 9/27/2005 | $9,630.72 | USD | 1013153 | D0550049 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037114 | 9/27/2005 | $2,761.50 | USD | 1013152 | D0550049 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037122 | 9/27/2005 | $460.25 | USD | 1013125 | D0550054 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037122 | 9/27/2005 | $15,100.00 | USD | 1013128 | D0550015 | Ready To Pay | | |
| 30000319 RD | 10401 E1 | 52037443 | 9/27/2005 | $9,630.72 | USD | 1013204 | D0550015 | Ready To Pay | | |
| 30000322 RD | 10401 E1 | 52039502 | 9/27/2005 | $6,019.20 | USD | 1013202 | D0550013 | Ready To Pay | | |
| 30000323 RD | 10401 E1 | 52040060 | 9/27/2005 | $2,151.80 | USD | 1013196 | D0550053 | Ready To Pay | | |
| 30000318 RD | 10401 H3 | 52037209 | 9/28/2005 | $16,987.50 | USD | 1013195 | D0550054 | Ready To Pay | | |
| 30000318 RD | 10401 JM | 52037209 | 9/28/2005 | $2,761.50 | USD | 1013194 | D0550049 | Ready To Pay | | |
| 30000323 RD | 10401 JM | 52040060 | 9/28/2005 | $2,151.80 | USD | 1013213 | D0550053 | Ready To Pay | | |
| 30000318 RD | 10401 E1 | 52037275 | 9/29/2005 | $14,446.08 | USD | 1013162 | D0550015 | Ready To Pay | 1013162 | $ 14,446.08 |
| 30000318 RD | 10401 E1 | 52037280 | 9/29/2005 | $4,815.36 | USD | 1013176 | D0550015 | Ready To Pay | 1013176 | $ 4,815.36 |
| 30000318 RD | 10401 H3 | 52037291 | 9/29/2005 | $16,203.63 | USD | 1013127 | D0550006 | Ready To Pay | 1013127 | $ 16,203.63 |
| 30000318 RD | 10401 JM | 52037302 | 9/29/2005 | $2,301.25 | USD | 1013216 | D0550049 | Ready To Pay | 1013216 | $ 2,301.25 |
| 30000318 RD | 10401 JM | 52037302 | 9/29/2005 | $11,325.00 | USD | 1013217 | D0550054 | Ready To Pay | 1013217 | $ 11,325.00 |
| 30000318 RD | 10401 JM | 52037384 | 9/30/2005 | $3,238.84 | USD | 1013178 | D0550016 | Ready To Pay | 1013178 | $ 3,238.84 |
| 30000319 RD | 10401 E1 | 52037389 | 9/30/2005 | $9,630.72 | USD | 1013177 | D0550049 | Ready To Pay | 1013177 | $ 3,221.75 |
| 30000319 RD | 10401 E1 | 52037389 | 9/30/2005 | $3,221.75 | USD | 1013015 | D0550049 | Ready To Pay | 1013015 | $ 1,380.75 |
| 30000319 RD | 10401 JM | 52037390 | 9/30/2005 | $1,380.75 | USD | 1013255 | D0550053 | Ready To Pay | | |
| 30000323 RD | 10401 JM | 52040060 | 9/30/2005 | $4,303.60 | USD | 1.51E+09 | | Ready To Pay | | |
| 00050162 RD | 10401 EA | ADM1508 | 10/1/2005 | ($550.00) | USD | 1.95E+08 | | Ready To Pay | | |
| 00050162 RD | 10401 EA | ADM1950 | 10/1/2005 | ($550.00) | USD | 1.95E+08 | | Ready To Pay | | |
| 00050162 RD | 10401 EA | ADM2004 | 10/1/2005 | ($20,171.98) | USD | 1013175 | D0550006 | Ready To Pay | 1013175 | $ 600.13 |
| 30000319 RD | 10401 H3 | 52037505 | 10/3/2005 | $600.13 | USD | 1013212 | D0550016 | Ready To Pay | 1013212 | $ 2,519.10 |
| 30000319 RD | 10401 JM | 52037507 | 10/3/2005 | 2519.10 | USD | 1013242 | D0550049 | Ready To Pay | 1013242 | $ 2,301.25 |
| 30000319 RD | 10401 JM | 52037507 | 10/3/2005 | $2,301.25 | USD | 1013241 | D0550054 | Ready To Pay | 1013241 | $ 9,437.50 |
| 30000319 RD | 10401 JM | 52037511 | 10/3/2005 | $9,437.50 | USD | 1013261 | D0550054 | Ready To Pay | 1013261 | $ 9,437.50 |
| 30000319 RD | 10401 JM | 52037512 | 10/3/2005 | $9,437.50 | USD | 1013259 | D0550049 | Ready To Pay | 1013259 | $ 2,301.25 |
| 30000319 RD | 10401 JM | 52037577 | 10/4/2005 | $2,301.25 | USD | 1013236 | D0550015 | Ready To Pay | 1013236 | $ 9,630.72 |
| 30000319 RD | 10401 JM | 52037577 | 10/4/2005 | $9,630.72 | USD | 1013237 | D0550013 | Ready To Pay | 1013237 | $ 6,019.20 |
| 30000319 RD | 10401 JM | 52037577 | 10/4/2005 | $6,019.20 | USD | 1013238 | D0550052 | Ready To Pay | 1013238 | $ 4,108.80 |
| 30000322 RD | 10401 H3 | 52039224 | 10/4/2005 | $4,108.80 | USD | 1013211 | D0550006 | Ready To Pay | | |
| 30000323 RD | 10401 JM | 52040060 | 10/4/2005 | $16,803.76 | USD | 1013285 | D0550054 | Ready To Pay | | |
| 30000326 RD | 10401 JM | 52041817 | 10/4/2005 | $11,325.00 | USD | JMS42877 | D0450177 | Ready To Pay | | |
| 30000319 RD | 10401 E1 | 52037664 | 10/5/2005 | $477.10 | USD | 1013260 | D0550015 | Ready To Pay | 1013260 | $ 9,630.72 |
| 30000319 RD | 10401 JM | 52037680 | 10/5/2005 | $9,630.72 | USD | 1013273 | D0550054 | Ready To Pay | 1013273 | $ 28,312.50 |
| 30000319 RD | 10401 JM | 52037680 | 10/5/2005 | $28,312.50 | USD | 1013274 | D0550049 | Ready To Pay | 1013274 | $ 5,983.25 |
| 30000319 RD | 10401 JM | 52037683 | 10/5/2005 | $5,983.25 | USD | 1013272 | D0550016 | Ready To Pay | 1013272 | $ 349.78 |
| 30000319 RD | 10401 E1 | 52037683 | 10/5/2005 | $349.78 | USD | 1013166 | D0550049 | Ready To Pay | 1013166 | $ 2,301.25 |
| 30000319 RD | 10401 JM | 52037747 | 10/6/2005 | $2,301.25 | USD | 1013271 | D0550013 | Ready To Pay | | |
| 30000319 RD | 10401 E1 | 52037747 | 10/6/2005 | $6,019.20 | USD | 1013270 | D0550015 | Ready To Pay | | |
| 30000319 RD | 10401 E1 | | | $14,446.08 | | | | | | |

Remittance Submitted With Payment and application of payment per ECS

Wire Application for Energy Conversion, Claim 14135

| Vendor | Doc | Date | Amount | Curr | Invoice | Status | Note |
|---|---|---|---|---|---|---|---|
| 00000319 RD 10401E JM | 2 520377762 | 10/6/2005 | $2,301.25 | USD | 1013284 D05500491 | Ready To Pay | |
| 00000319 RD 10401E JM | 2 520377764 | 10/6/2005 | $2,034.00 | USD | 1013201 D0550007 | Ready To Pay | |
| 00000319 RD 10401E JM | 2 520377768 | 10/6/2005 | $7,550.00 | USD | 1013297 D0550054 | Ready To Pay | |
| 00000323 RD 10401E JM | 2 520377768 | 10/6/2005 | $1,380.75 | USD | 1013296 D05500491 | Ready To Pay | |
| 00000319 RD 10401E E1 | 2 520400060 | 10/6/2005 | $5,379.50 | USD | 1013311 D0550053 | Ready To Pay | |
| 00000319 RD 10401E E1 | 2 520377833 | 10/7/2005 | $4,815.36 | USD | 1013278 D0550015 | Ready To Pay | |
| 00000319 RD 10401E JM | 2 520377833 | 10/7/2005 | $6,019.20 | USD | 1013279 D0550013 | Ready To Pay | |
| 00000319 RD 10401E JM | 2 520377847 | 10/7/2005 | $14,786.75 | USD | 1013257 D0550016 | Ready To Pay | |
| 00050161 RD 10401E H2 | 4 ADM10071 | 10/7/2005 | ($151,370.41) | USD | 10070504 | Ready To Pay | Wire payment |
| 00000328 RD 10401E JM | 4 CSR5204 | 10/7/2005 | $0.01 | USD | 1007205 D05500491 | Ready To Pay | |
| 00000330 RD 10401E E4 | 4 CSR5204 | 10/7/2005 | $0.01 | USD | 1009106 D0550005 | Ready To Pay | |
| 00000330 RD 10401E E4 | 4 CSR5204 | 10/7/2005 | $0.01 | USD | 1009660 D0550005 | Ready To Pay | |
| 00000330 RD 10401E E4 | 4 CSR5204 | 10/7/2005 | $0.01 | USD | KMRC103 D0550005 | Ready To Pay | |
| 00000330 RD 10401E E4 | 4 CSR5204 | 10/7/2005 | $0.01 | USD | 1009481 D0550005 | Ready To Pay | |

$151,370.41

Payment application per Delphi's records are highlighted in Yellow