# EXHIBIT C

ME1 6779356v.1

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944

| INVOICE NO: | 006157 |
| INVOICE DATE: | 07/27/2005 |

## I N V O I C E

| | |
|---|---|
| USTOMER NO:   DEL002 | YOUR ORDER NO: 5500021577 |
| USTOMER PH:   (915) 783-7470 | OUR ORDER NO: TX-020205-002-0005 |
| ILL TO: | SHIP TO: |

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013          USA

DELPHI AUTOMOTIVE SYSTEMS UK
DELPHI EEMMS PO BOX 5
60 WINDMILL ROAD LUTON
BEDFORSHIRE          LUI 3ZF
GREATBRITA

| TERMS:   CASH #1:          DISC: | SHIPPED:   07/27/2005 |
|---|---|
| CASH #2:          DISC: | SHIPPED VIA:   PANALPINA |
| NET DUE DATE: 082605 | F.O.B.:   OUR DOCK |
| | SHIPMENT NO:   006905     REF: |
| YOUR CUSTOMER REP IS:   C1 | PRO NO:   33206 FNF |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 6000 | 2400 | 0 | 6470340 | .499 | 1,197.60 |
| | DELPHI UK MAGNET | | | | |
| 2000 | 313 | 1687 | 6470340 | .499 | 156.19 |
| | DELPHI UK MAGNET | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC Bank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/O Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108.
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,353.79 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 1,353.79 |
| US DOLLARS | |

# BILL OF LADING

Date: 07/27/2005

( C nCCi

## SHIP FROM

**KANE** magnetics
INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 6905    FOB: ☐

**Bill of Lading Number:** 006905

(402) 006905

**CARRIER NAME:** PANALPINA
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

## SHIP TO

**Name:** DELPHI AUTOMOTIVE SYSTEMS UK    **Location#:**
**Address:** DELPHI EEMS PO BOX 5
6U WINDMILL ROAD LUTON
**City/State/Zip:** BEDFORDSHIRE    LU1    GREATBRITA
CID#:    FOB: ☐

**Freight Charge Terms:** (Freight charges are prepaid unless marked otherwise.)

Prepaid _____    Collect __X__    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5500021577 | 0 | 0. | Y | N | |
| | | | Y | N | 33206 |
| | | | Y | N | |
| | | | Y | N | FNF    33206 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |

*FNF*    33206

| GRAND TOTALS | | 0 | 0. | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 14 | BOX | 313 | | CLASS 60 MAGNETS, NON NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **14** | | **313** | | **GRAND TOTALS** | | |

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount: $** _____

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

*Raul Granados*

# BILL OF LADING

Date:  07/27/2005

Page 1 of 1

## SHIP FROM

**KANE** magnetics

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  6905                                    FOB: ☐

Bill of Lading Number:  006905

(402) 006905

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS  UK     Location#:

Address:  DELPHI EEMMS PO BOX 5
60 WINDMILL ROAD LUTON

City/State/Zip:  BEDFORSHIRE        LUI  GREATBRITA
CID#:                                          FOB: ☐

CARRIER NAME: PANALPINA

Trailer number:

Seal number(s):

SCAC:
Pro number: 33206 FNF

(9012K) 33206 FNF

## THIRD PARTY FREIGHT CHARGES BILL

Name:

Address:

City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise):*

Prepaid _____   Collect _____   3rd Party _____

☐         Master Bill of Lading: with attached underlying
(check box)      Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5500021577 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC #. | CLASS |
| | | 14 | BOX | 313 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| 1 | | 14 | | 313 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount:  $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
             Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt_v7.20.06

**Kane Magnetics Texas LLC**
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 006630 |
| INVOICE DATE: | 08/22/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                          YOUR ORDER NO: 5500021577
CUSTOMER PH: (915) 783-7470                  OUR ORDER NO: TX-020205*002*0006
BILL TO:                                     SHIP TO:

```
DELPHI AUTOMOTIVE SYSTEMS          DELPHI AUTOMOTIVE SYSTEMS UK
DELPHI E PLANT 18                  DELPHI EEMMS PO BOX 5
2900 SCATTERFIELD ROAD             60 WINDMILL ROAD LUTON
ANDERSON            IN             BEDFORSHIRE      LUI 3ZF
46013               USA            GREATBRITA
```

TERMS:   CASH #1:        DISC:            SHIPPED:    08/22/2005
         CASH #2:        DISC:            SHIPPED VIA: PANALPINA
   NET DUE DATE: 092105                   F.O.B.:     OUR DOCK
                                          SHIPMENT NO: 007405       REF:
      YOUR CUSTOMER REP IS:  C1           PRO NO: 33392 FNF

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2000 | 1687 | 0 | 6470340 | .499 | 841.81 |
| | DELPHI UK MAGNET | | | | |
| 2000 | 313 | 1687 | 6470340 | .499 | 156.19 |
| | DELPHI UK MAGNET | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:      REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC     HSBC snk USA
PO BOX 3480                         One HSBC Center
Buffalo, NY 14240-340               14th Floor Wholesale Lockbox
                                    C/o Kane Magnetics Acquisition LLC
                                    PO BOX 3480
                                    Buffalo, NY 14203

US Wire Transfer Information:       Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                    HSBC Bank USA NA
452 5th Avenue                     452 5th Avenue
New York, NY 10018                 New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108  Swift: HXBDUS33  CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA    Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5           Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 998.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 998.00 |
| US DOLLARS | |

# BILL OF LADING

Date: 09/22/2005

( CuCQu

**SHIP FROM**

KANE magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7405   FOB: ☐

**Bill of Lading Number:** 007405

(402)  007405

**CARRIER NAME:** PARALPHA
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS UK   Location#:
Address: DELPHI KERRS PO BOX 5
60 WINDMILL ROAD LUTON
City/State/Zip: BEDFORSHIRE   LU1   GREATBRITA
CID#:   FOB: ☐

**Freight Charge Terms:** Freight charges are prepaid unless marked otherwise)

Prepaid ____   Collect ____   3rd Party ☒

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5500021577 | 0 | 0 | Y | N | |
| | | | Y | N | 33392 |
| | | | Y | N | |
| | | | Y | N | FNF   33392 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | **0** | **0** | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 10 | BOX | 230 | | CLASS 60 MAGNETS, NOT, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **10** | | **230** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**COD Amount: $** _____

Fee Terms:   Collect: ☐   Prepaid: ☒

Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable . See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

8/22/05

# BILL OF LADING

Date:  08/22/2005

Page 1 of 1

## SHIP FROM

**KANE** magnetics

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  7405     FOB: ☐

Bill of Lading Number:  007405

(402)  007405

## SHIP TO

Name: DELPHI AUTOMOTIVE SYSTEMS UK   Location#:
Address:  DELPHI EEMMS PO BOX 5
          60 WINDMILL ROAD LUTON
City/State/Zip: BEDFORSHIRE     LUI   GREATBRITA
CID#:                              FOB: ☐

CARRIER NAME: PANALPINA
Trailer number:
Seal number(s):

SCAC:
Pro number: 33392 FNF

(9012K)  33392 FNF

### THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐   Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5500021577 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N. | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care.See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 10 | BOX | 230 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 10 | | 230 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount:  $ _____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f rpt x7 20 05

**Kane Magnetics Texas LLC**
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 006718 |
| INVOICE DATE: | 08/25/2005 |

## I N V O I C E

CUSTOMER NO.: DEL002                     YOUR ORDER NO: 550074374
CUSTOMER PH: (915) 783-7420              OUR ORDER NO: TX-050505-006-0020
BILL TO:                                 SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI ENERGY AND CHASSIS
DELPHI E PLANT 18                  2926 DAVIDSON RD.
2900 SCATTERFIELD ROAD             PLANT 2,  DOCK 100
ANDERSON          IN               FLINT              MI
46013             USA              48556             USA

TERMS:   CASH #1:        DISC:              SHIPPED:    08/25/2005
         CASH #2:        DISC:          SHIPPED VIA:    CENTRAL TRANSPORT
   NET DUE DATE: 092405                    F.O.B.:    OUR DOCK
                                      SHIPMENT NO:    007500    REF:
   YOUR CUSTOMER REP IS:  FPA              PRO NO:    799-343303-4

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 45416 | 4608 | 32168 | 25364385 | .846 | 3,898.37 |
| | | | FREIGHT | | 0.00 |



REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3680
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 3,898.37 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 3,898.37 |

# BILL OF LADING

Date: 08/25/2005                                                          Page 1 of 1

**SHIP FROM**

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7500          FOB: ☐

Bill of Lading Number: 007500

(402) 007500

**SHIP TO**

Name: DELPHI ENERGY AND CHASSIS     Location#:
Address: 2926 DAVIDSON RD.
PLANT 2,   DOCK 100
City/State/Zip: FLINT          MI    48556
CID#:                                    FOB: ☐

CARRIER NAME: CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 799-343303-4

(9012K) 799-343303-4

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 48 | BOX | 1536 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 48 | | 1536 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

eholoo3f.rpt v7.20.06

**CENTRAL TRANSPORT**

**Pro Number**
799-343303-4

| Ship Data |
|-----------|
| 08/26/05 |

| Pieces | Weight |
|--------|--------|
| 1 | 1536 |

**Reference Number**

| Org | DC |
|-----|-----|
| 799 | 493 |

**Freight Terms**
Freight Charges Are Collect

**SCAC:** CTII

**Consignee:**
DELPHI E - C 31005
2926 DAVISON RD
FLINT, MI 48550

**Shipper:**
KANE MAGNETICS TX LLC % C
7179 INDUSTRIAL AVE
EL PASO, TX 79915

**Special Instructions**
Delivery Trailer: 53-8050

Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

**BILL OF LADING**    Page 1 of 1

Date: 08/25/2005

**SHIP FROM**
KANE Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA
SID#: 7500    FOB: ☐

Bill of Lading Number: 007500
(402) 007500

**CARRIER NAME:** CENTRAL TRANSPORT
Trailer number:
Seal number(s):

**SHIP TO**
Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2926 DAVISON RD
PLANT 2, DOCK 100
City/State/Zip: FLINT    MI    48556    FOB: ☐

SCAC:
Pro number: 799-343303-4

**THIRD PARTY FREIGHT CHARGES BILL**
Name:
Address:
City/State/Zip:

(3012X) 799-343303-4

**Freight Charge Terms:** Freight charges are prepaid unless marked otherwise.
Prepaid ☐    Collect X    3rd Party ☐

Special Instructions:

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 550074374 | 0 | 0 | Y / N | Master Kane 200 |
| | | | Y / N | |
| | | | Y / N | |
| | | | Y / N | |
| | | | Y / N | |
| | | | Y / N | |

799-343303-4

**GRAND TOTALS** | 0 | 0 |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 48 | BOX | 1536 | | CLASS 50 MAGNETS, MOUNT, MAGNETIZED IN BARREL BOX | 95830 | |

**GRAND TOTALS** | | | 48 | | 1536 |

**COD Amount:** $
Fee Terms:    Collect ☐    Prepaid ☐
Customer check acceptable ☐

NOTE Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

**SHIPPER SIGNATURE / DATE**

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

**Shipper Signature**

---

**Pro Number**    799-343303-4

**Additional Delivery Services Requested**

☐ Inside Delivery    $70.00    ☐ Sort - Segregate    $90.00    ☐ Driver Delay    $75.00
☐ Residential Delivery    $50.00    ☐ Liftgate    $90.00    ☐ Redelivery    $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

**Internal Use Only**
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____    Log# _____

**Stamp / Sign Here**
RECEIVED

Firm    SEP 0 1 2005

By    BY: Donna Fisher

Shipment received in good order

Pieces Received _____

Driver _____    Date 9-1

Arrive Time _____    Depart Time _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(b)

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 006736 |
| INVOICE DATE: | 08/26/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                              YOUR ORDER NO: 20000682
CUSTOMER PH: (915) 783-7470                      OUR ORDER NO: TX-010405-001-0012
BILL TO:                                         SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS           DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18                   DO BRASIL LTDA DIV-ENERGY AV
2900 SCATTERFIELD ROAD              PIRACICABA          BRASIL
ANDERSON          IN                13422-210    BRASIL
46013        USA

TERMS:   CASH #1:          DISC:          SHIPPED: 08/26/2005
         CASH #2:          DISC:       SHIPPED VIA: PANALPINA /ASK FABI
   NET DUE DATE: 092505                 F.O.B.:  OUR DOCK
                                     SHIPMENT NO: 007529       REF:
   YOUR CUSTOMER REP IS:  FPA              PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 1026 | 1026 | 0 | 25168106 | 1.083 | 1,111.16 |
| | | | DELPHI BRASIL ASSY PUMP | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,111.16 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 1,111.16 |
| US DOLLARS | |

# BILL OF LADING

Date:  08/26/2005

**SHIP FROM**

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:  7529    FOB: ☐

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS    Location#: _____
Address:  DO BRASIL LTDA DIV-ENERGY AV

City/State/Zip: PIRACICABA    BRAS 13422-210
CID#:    FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

---

Bill of Lading Number:  007529

(402)  007529

CARRIER NAME: PANALPINA /ASK FABI
Trailer number:
Seal number(s):  902262

SCAC:
Pro number:

(9012K)

**Freight Charge Terms:** Freight charges are prepaid unless marked otherwise:

Prepaid _____    Collect  X    3rd Party _____

☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 20000682 | 0 | 0 | Y | N | FOR SHIPMENT STATUS, CALL 1-800-ROADWAY |
| | | | Y | N | |
| | | | Y | N | 851 |
| | | | Y | N | 851-130162-8 |
| | | | Y | N | |
| | | | Y | N | Roadway's tariffs are incorporated herein (copies available upon request). Roadway's tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Domestic Bill of Lading as stated in the NMFC 100 series tariff. |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360 | NMFC# | CLASS |
| | | 9 | BOX | 234 | | CLASS 60 MAGNETS, NOT NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **9** | | **234** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount:  $ _____**

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above-named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

# BILL OF LADING

Date: 08/26/2005

Page 1 of 1

**SHIP FROM**

KANE magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7529   FOB:

Bill of Lading Number: 007529

(402) 007529

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS   Location#:
Address: DO BRASIL LTDA DIV-ENERGY AV

City/State/Zip: PIRACICABA   BRAS 13422-210
CID#:   FOB:

CARRIER NAME: PANALPINA /ASK-FABI
Trailer number:
Seal number(s):

SCAC:
Pro number: 851-130162-8 ROADWAY

(9012K) 851-130162-8 ROADWAY

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box)   Bills of Lading

Special Instructions:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 20000682 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 7(a) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 9 | BOX | 234 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 9 | | 234 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $ _____

Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f_rnt_v7.20.06

Kane Magnetics Texas LLC
 PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 006763 |
| INVOICE DATE: | 08/29/2005 |

## I N V O I C E

CUSTOMER NO: DEL002                        YOUR ORDER NO: 5500021577
CUSTOMER PH: (915) 783-7470               OUR ORDER NO: TX-020205-002-0007
BILL TO:                                   SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS          DELPHI AUTOMOTIVE SYSTEMS UK
DELPHI E PLANT 18                  DELPHI EEMMS PO BOX 5
2900 SCATTERFIELD ROAD             60 WINDMILL ROAD LUTON
ANDERSON        IN                 BEDFORSHIRE        LUI 3ZF
46013           USA                GREATBRITA

TERMS:    CASH #1:          DISC:              SHIPPED:   08/29/2005
          CASH #2:          DISC:          SHIPPED VIA:   PANALPINA
   NET DUE DATE: 092805                       F.O.B.:   OUR DOCK
                                         SHIPMENT NO:   007546      REF:
      YOUR CUSTOMER REP IS:  C1               PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2000 | 1687 | 0 | 6470340 | .499 | 841.81 |
| | DELPHI UK MAGNET | | | | |
| | | | FREIGHT | | 0.00 |

**COPY**

REMIT REGULAR MAIL PAYMENT TO:        REMIT OVERNIGHT MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC       HSBC ank USA
PO BOX 3480                           One HSBC Center
Buffalo, NY 14240-340                 14th Floor Wholesale Lockbox
                                      C/o Kane Magnetics Acquisition LLC
                                      PO BOX 3480
                                      Buffalo, NY 14203

US Wire Transfer Information:         Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA                      HSBC Bank USA NA
452 5th Avenue                        452 5th Avenue
New York, NY 10018                    New York, NY 10018
Fedwire#: 21001088  CHIPS ABA: 0108   SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA     Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5             Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 841.81 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 841.81 |
| US DOLLARS | |

# BILL OF LADING

Date: 08/29/2005

( C uCCu

**SHIP FROM**

KANE magnetics

Kane Magnetics Texas LLC
PO BOX 581
El Paso, TX 79944 USA

SID#: 7546   FOB: ☐

Bill of Lading Number: 007546

(402) 007546

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS UK   Location#: _____

Address: DELPHI EEMMS PO BOX 5
60 WINDMILL ROAD LUTON

City/State/Zip: BEDFORDSHIRE   LUI   GREATBRITA   CID#:   FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL**

Name:

Address:

City/State/Zip:

$

FNF   34201   34201

CARRIER NAME: PANALPINA
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)

Prepaid _____   Collect X   3rd Party _____

☐   Master Bill of Lading: with attached underlying Bills of Lading
(check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE One) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5500021577 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTALS | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 10 | BOX | 230 | | CLASS 60 MAGNETS, NOT NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 10 | | 230 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____

Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

Raul Alvarado  P-29

Kane Magnetics Texas LLC
  PO Box 581
El Paso, TX 79944

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 006767 |
| INVOICE DATE: | 08/29/2005 |

## I N V O I C E

CUSTOMER NO: DEL002

CUSTOMER PH: (915) 783-7470

YOUR ORDER NO: 550075892

OUR ORDER NO: TX-040505-001-0011

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013             USA

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E&C PLANT 59 TORREON
9440 BALL STREET
SAN ANTONIO        TX
78217             USA

TERMS:   CASH #1:          DISC:
         CASH #2:          DISC:
  NET DUE DATE: 092805

     YOUR CUSTOMER REP IS:  MQ1

SHIPPED: 08/29/2005
SHIPPED VIA: UPS GRND# 6YF585

F.O.B.:  OUR DOCK
SHIPMENT NO: 007544        REF:
PRO NO:  1Z V80 4A8 03 4255

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 6000 | 6000 | 0 | 19050153 | .133 | 798.00 |
| | DELPHI PART NUMBER | | | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC enk USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRNDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 798.00 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 798.00 |
| US DOLLARS | |

**Date:** 08/29/2005

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|
| **KANE** magnetics INTERNATIONAL | Kane Magnetics Texas LLC<br>PO Box 581<br>El Paso TX 79944 USA |

SID#: 7544   FOB: ☐

**Bill of Lading Number:** 007544

(402) 007544

| SHIP TO |
|---|
| Name: DELPHI AUTOMOTIVE SYSTEMS   Location#: |
| Address: DELPHI E&C PLANT 59 TORREON<br>9440 BALL STREET |
| City/State/Zip: SAN ANTONIO   TX   78217   FOB: ☐ |
| CID#: |

**CARRIER NAME:** UPS GRND# 6YF585
Trailer number:
Seal number(s):

**SCAC:**
Pro number: 1Z V80 4A8 03 4255 6448

(9012K) 1Z V80 4A8 03 4255 6448

| THIRD PARTY FREIGHT CHARGES BILL |
|---|
| Name: |
| Address: |
| City/State/Zip: |

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*
Prepaid _____ Collect _____ 3rd Party _____

☐ Master Bill of Lading: with attached underlying
(check box) Bills of Lading

Special Instructions

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP<br>(CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
| 550075892 | 0 | 0 | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| | | | Y   N | |
| **GRAND TOTALS** | 0 | 0 | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M.<br>(X) | COMMODITY DESCRIPTION<br>*Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 2 | BOX | 35 | | CLASS 60 MAGNETS, NOI,NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 2 | | 35 | | GRAND TOTALS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount:** $ _____
Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br>Property described above is received in good order, except as noted. |

05-44481-rdd   Doc 9454-3   Filed 09/20/07   Entered 09/20/07 13:19:46   Exhibit
UPS Package Tracking        Proofs of Delivery   Pg 18 of 32

Page 1 of 1



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni



Shipping  **Tracking**  Support  Business Solutions

### Tracking

🔒 Welcome, zarah gracia  |  Logout

My UPS

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z V80 4A8 03 4255 644 8 | Delivered | Delivered on: | 08/31/2005 11:23 A.M. |
| | | Delivered to: | SAN ANTON |
| | | Signed by: | QUIROZ |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/29/2006 1:02 P.M. Eastern Time (USA)

**Tired of Re-Typing Tracking Numbers?**
Save the tracking numbers of undelivered packages for faster access to tracking informatio
📋 Save Tracking Numbers

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

INVOICE DATE:    09/07/2005

# INVOICE # 6925

CUSTOMER NO:   DEL002                                                YOUR ORDER NO: 5500021577

CUSTOMER PH:   (915) 783-7470                                        OUR ORDER NO: TX-020205-002-0009

BILL TO:                                                            SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS               DELPHI AUTOMOTIVE SYSTEMS UK
DELPHI E PLANT 18                       DELPHI EEMMS PO BOX 5
2900 SCATTERFIELD ROAD                  60 WINDMILL ROAD LUTON
ANDERSON          IN                    BEDFORSHIRE        LUI 3ZF
46013             USA                   GREATBRITA

TERMS:   CASH #1:          DISC:                   SHIPPED:    09/07/2005
         CASH #2:          DISC:               SHIPPED VIA:    PANALPINA

   NET DUE DATE: 100705                           F.O.B.:    OUR DOCK
                                              SHIPMENT NO:    007714        REF:
   YOUR CUSTOMER REP IS:    C1                     PRO NO:    34183 FNF

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2000 | 1687 | 0 | 6470340 | .499 | 841.81 |
|  | DELPHI UK MAGNET |  |  |  |  |
| 2000 | 620 | 1380 | 6470340 | .499 | 309.38 |
|  | DELPHI UK MAGNET |  |  |  |  |
|  |  |  | FREIGHT |  | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21002088   CHIPS-ABA: 0208
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT:   MRMDUS33   CHIPS-ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,151.19 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,151.19 |

**BILL OF LADING**

Date: 09/07/2005

**SHIP FROM**

KANE magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7714   FOB: ☐

Bill of Lading Number: 007714

(402) 007714

**CARRIER NAME:** PANALPINA
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS UK   Location#:
Address: DELPHI BEMIS PO BOX 5
60 WINDMILL ROAD LUTON
City/State/Zip: BEDFORDSHIRE   LU1   GREATBRITA
CID#:   FOB: ☐

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid ☐   Collect ☒   3rd Party ☐

(check box)   Master Bill of Lading: with attached underlying Bills of Lading

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | |
|---|---|---|---|---|
| 5500021577 | 0 | 0 | Y | N |
| | | | Y | N |
| | | | Y | N |
| | | | Y | N |
| | | | Y | N |
| | | | Y | N |
| | | | Y | N |
| **GRAND TOTALS** | 0 | 0 | | |

**ADDITIONAL SHIPPER INFO**

34183

Shipper's signature acknowledges receipt of freight only. Unless otherwise agreed in under separate contract, terms and conditions of tariff shown are above.

PRO NO.   FNF
FLF   29002-1N   EDI/SPCL #   DEST SIC

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 13 | BOX | 260 | | CLASS 60 MAGNETS, NOT NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **1** | | **13** | | **260** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____ lot.

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

**COD Amount: $** _____

Fee Terms: Collect ☐   Prepaid ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded**
☐ By Shipper
☐ By Driver

**Freight Counted**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

PO Box 581
El Paso, TX 79944

INVOICE NO:   006984
INVOICE DATE:   09/12/2005

# I N V O I C E

| CUSTOMER NO: DEL002 | YOUR ORDER NO: DRP22225 |
| CUSTOMER PH: (915) 783-7470 | OUR ORDER NO: TX-010405-001-0013 |
| BILL TO: | SHIP TO: |

BILL TO:
DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013          USA

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
DO BRASIL LTDA DIV-ENERGY AV
PIRACICABA          BRASIL
13422-210      BRASIL

TERMS:   CASH #1:       DISC:
         CASH #2:       DISC:
   NET DUE DATE: 101205

   YOUR CUSTOMER REP IS:   FPA

SHIPPED:   09/12/2005
SHIPPED VIA:   PANALPINA /ASK FABI
F.O.B.:   OUR DOCK
SHIPMENT NO:   007769      REF:
PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B-O | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 1026 | 1026 | 0 | 25168106 | 1.083 | 1,111.16 |
| | | | DELPHI BRASIL ASSY PUMP | | |
| | | | FREIGHT | | 0.00 |

COPY

REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 1,111.16 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,111.16 |

**BILL OF LADING**

Date: 09/12/2005

Page 1 of 1

**KANE** magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#:    7769    FOB: ☐

Bill of Lading Number: ___007769___

(402) 007769

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS    Location#: ___
Address: DO BRASIL LTDA DIV-ENERGY AV

City/State/Zip: PIRACICABA    BRAS 13422-210
CID#:    FOB: ☐

CARRIER NAME: PANALPINA /ASK BABY
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: *Freight charges are prepaid unless marked otherwise)*

Prepaid ___    Collect ___    3rd Party X

☐ Master Bill of Lading: with attached underlying
(check box) Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 20000682 | 0 | 0 | Y | N | FOR SHIPMENT STATUS, CALL 1-800-ROADWAY |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | 851-175625-8 |
| | | | Y | N | |
| | | | Y | N | Roadway's tariffs are incorporated herein (copies available upon request). Roadway's tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff. |
| | | | Y | N | |

**GRAND TOTALS**    0    0

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 9 | BOX | 234 | | CLASS 60 MAGNETS, NOI, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 1 | | 9 | | 234 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
___ per ___

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C.  14706(c)(1)(A) and (B).

COD Amount: $ ___

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

sbol003f.rpt v7.20.06

**Kane Magnetics Texas LLC**

**PO Box 581**

**El Paso, TX 79944**

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 006985 |
| INVOICE DATE: | 09/12/2005 |

## I N V O I C E

CUSTOMER NO: DEL002

CUSTOMER PH: (915) 783-7470

BILL TO:

YOUR ORDER NO: 5500021577

OUR ORDER NO: TX-020205-002-0010

SHIP TO:

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI AUTOMOTIVE SYSTEMS UK |
| DELPHI E PLANT 18 | DELPHI EEMMS PO BOX 5 |
| 2900 SCATTERFIELD ROAD | 60 WINDMILL ROAD LUTON |
| ANDERSON          IN | BEDFORSHIRE          LUI 3ZF |
| 46013          USA | GREATBRITA |

| | | |
|---|---|---|
| TERMS: CASH #1: | DISC: | SHIPPED: 09/12/2005 |
| CASH #2: | DISC: | SHIPPED VIA: PANALPINA |
| NET DUE DATE: 101205 | | F.O.B.: OUR DOCK |
| | | SHIPMENT NO: 007780          REF: |
| YOUR CUSTOMER REP IS: C1 | | PRO NO: 36463 FNF |

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 2000 | 1380 | 0 | 6470340 | .499 | 688.62 |
| | DELPHI UK MAGNET | | | | |
| 16000 | 260 | 15740 | 6470340 | .499 | 129.74 |
| | DELPHI UK MAGNET | | | | |
| | | | FREIGHT | | 0.00 |



REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#: 590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#: 590-85377-5

| | |
|---|---|
| SALES TOTAL: | 818.36 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 818.36 |
| US DOLLARS | |

# BILL OF LADING

Date: 09/12/2005

**SHIP FROM**

KANE magnetics INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7780    FOB: ☐

Bill of Lading Number: 007780

(402) 007780

**SHIP TO**

Name: DELPHI AUTOMOTIVE SYSTEMS OK    Location#:
Address: DELPHI EENRS PO BOX 5
60 WINDHILL ROAD LUTON
City/State/Zip: BEDFORSHIRE    LU1    GREATBRITA
CID#:    FOB: ☐

CARRIER NAME: PANALPINA
Trailer number:
Seal number(s):

SCAC:
Pro number:

(9012K)

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

Special Instructions:

Freight Charge Terms: Freight charges are prepaid unless marked otherwise.
Prepaid ____    Collect X    3rd Party ____

☐ Master Bill of Lading : with attached underlying
(check box)    Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 5500021577 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | **0** | **0** | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 5 | BOX | 183 | | CLASS 60 MAGNETS, NOT NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | 36463 | | |
| | | | | | | 36463 | | |
| | | | | | | Drivers signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff PNF 100 apply. | | |
| | | | | | | PRO NO. FNF PLF    20002-1N    EDI/SPCL #    DEST SIC    FNF | | |
| **1** | | **5** | | **183** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
____ per ____ lbl.

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $ ____

Fee Terms: Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



| | |
|---|---|
| **ECS Texas LLC**<br>PO Box 581<br>El Paso, TX 79944 | PAGE NO:   1 of 1<br>INVOICE NO:   007083<br>INVOICE DATE:   09/19/2005 |

## INVOICE

CUSTOMER NO:   DEL002

CUSTOMER PH:   (915) 783-7470

BILL TO:

YOUR ORDER NO: 550074374

OUR ORDER NO: TX-041305-002-0061

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013           USA

DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,  DOCK 100
FLINT          MI
48556          USA

TERMS:    CASH #1:          DISC:
          CASH #2:          DISC:

NET DUE DATE: 101905

YOUR CUSTOMER REP IS:   FPA

SHIPPED:   09/19/2005
SHIPPED VIA:   MENLO

F.O.B.:   OUR DOCK
SHIPMENT NO:   007870      REF:
PRO NO:   799-341033-9 CENTRA

| QTY<br>ORDERED | QTY<br>SHIPPED | QTY<br>B.O. | ITEM<br>NUMBER | UNIT PRICE<br>US DOLLARS | EXTD PRICE<br>US DOLLARS |
|---|---|---|---|---|---|
| 4608 | 4608 | 0 | 25354871 | .971 | 4,474.37 |
| | DELPHI CHIH ROTOR | | | | |
| | | | FREIGHT | | 0.00 |

REMIT REGULAR MAIL PAYMENT TO:
Energy Conversion Systems Holdings
LLC
PO BOX 601950
Charlotte, NC 28260-1950

US Wire Transfer Information:
Wachovia Bank NA
1525 W. HarrisBLVD,
Charlotte, NC 28262-8522
Beneficiary Bank ABA:  053000219
Benefi Acct Name:ECS Holdings Lockbox
Benef Acct#: 2000036883749

REMIT OVERNIGHT MAIL PAYMENT TO:
Wachovia Bank, NC
ECS, NC
Lockbox # 601950
1525 West WT Harris Blvd-2C2
Charlotte, NC 28262

International Wire Transfer Info:
Benefi Acct #:2000036883749
ECS Holdings Lockbox
5520 Dillard Dr. Ste.250 Cary, NC 27518
Swift: PNBPUS33   ABA:053000219
Receiving Bank: Wachovia Bank, NA
123 S Broad St. Philadelphia PA 19109
Benefi Bank Name: Wachovia Bank
1525 W Harris Blvd Charlotte, NC
28262-8522

| | |
|---|---|
| SALES TOTAL: | 4,474.37 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL:<br>US DOLLARS | 4,474.37 |

**CENTRAL TRANSPORT**

**Central Transport Delivery Receipt**

Pro Number
**799-341033-9**

Ship Date
**09/19/05**

| Pieces | Weight |
|--------|--------|
| 2 | 1536 |

Reference Number

| Org | DC |
|-----|-----|
| 799 | 493 |

Freight Terms
**Freight Charges Are Collect**

SCAC:   CTII

Consignee:
DELPHI E & C
2926 DAVISON ROAD
FLINT, MI 48556

Shipper:
KANE MAGNETICS
P.O. BOX 581
EL PASO, TX 79944

Special Instructions
Delivery Trailer: 54-0191
Shipper COD Amount
0.0000

---

Date: 09/19/2005   **BILL OF LADING**

KANE Magnetics
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

Bill of Lading Number:  007870

CARRIER NAME:
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-341033-9 CENTRAL TRANSPC

SHIP TO
Name: DELPHI ENERGY AND CHASSIS
Address: 2926 DAVISON RD.
PLANT 2, DOCK 10B
City/State/Zip: FLINT   MI   48556

Special Instructions:

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 550074374 | 0 | 0 | Y N | 799-341033-9 |

GRAND TOTALS

**Pro Number    799-341033-9**

Additional Delivery Services Requested

| Stamp / Sign Here | Pro Number | 799-341033-9 |

Firm    SEP 2 3 2005

By    Donna Fisher

Shipment received in good order

Pieces Received

Driver    Date 9-23-05

Arrive Time    Depart Time

Additional Delivery Services Requested

☐ Inside Delivery  $70.00   ☐ Sort - Segregate $90.00   ☐ Driver Delay  $75.00
☐ Residential Delivery $50.00   ☐ Liftgate  $90.00   ☐ Redelivery  $50.00

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____   Desc. _____
Part # _____   Skids _____
Qty. of Pcs Affected _____   Date _____   Log# _____

**ECS Texas LLC**
  **PO Box 581**
**El Paso, TX 79944**


Energy Conversion Systems

| | |
|---|---|
| PAGE NO: | 1 of 1 |
| INVOICE NO: | 007176 |
| INVOICE DATE: | 09/23/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002
CUSTOMER PH:   (915) 783-7470
BILL TO:

YOUR ORDER NO: 550074374
  OUR ORDER NO: TX-042905-002-0077
SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON          IN
46013             USA

DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,  DOCK 100
FLINT             MI
48556             USA

TERMS:   CASH #1:       DISC:
         CASH #2:       DISC:
  NET DUE DATE: 102305

    YOUR CUSTOMER REP IS:   FPA

SHIPPED:  09/24/2005
SHIPPED VIA:  CENTRAL TRANSPORT
F.O.B.:  OUR DOCK
SHIPMENT NO:  007992      REF:
PRO NO:  799-343320-8

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 10080 | 5040 | 1680 | 25351085 | 1.19 | 5,997.60 |
| | | | FREIGHT | | 0.00 |

REMIT REGULAR MAIL PAYMENT TO:
Energy Conversion Systems Holdings
LLC
PO BOX 601950
Charlotte, NC 28260-1950

US Wire Transfer Information:
Wachovia Bank NA
1525 W. HarrisBLVD.
Charlotte, NC 28262-8522
Beneficiary Bank ABA:  053000219
Benefi Acct Name:ECS Holdings Lockbox
Benef Acct#: 2000036883749

REMIT OVERNIGHT MAIL PAYMENT TO:
Wachovia Bank, NC
ECS, NC
Lockbox # 601950
1525 West WT Harris Blvd-2C2
Charlotte, NC 28262

International Wire Transfer Info:
Benefi Acct #:2000036883749
ECS Holdings Lockbox
5520 Dillard Dr. Ste.260 Cary, NC 27518
Swift: PNBPUS33  ABA:053000219
Receiving Bank: Wachovia Bank, NA
123 S Broad St. Philadelphia PA 19109
Benefi Bank Name: Wachovia Bank
1525 W Harris Blvd Charlotte, NC
28262-8522

| | |
|---|---|
| SALES TOTAL: | 5,997.60 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 5,997.60 |

09/24/2005

# BILL OF LADING

( CuCOı

## KANE magnetics INTERNATIONAL

**SHIP FROM**

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7992    FOB: ☐

**SHIP TO**

Name: DELPHI ENERGY AND CHASSIS    Location#: _____
Address: 2926 DAVIDSON RD.
PLANT 2,    DOCK 100
City/State/Zip: FLINT    MI    48556
CID#:    FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL**

Name:
Address:
City/State/Zip:

**Special Instructions:**

Bill of Lading Number: __007992__

(402)  007992

CARRIER NAME: CENTRAL  TRANSPORT
Trailer number:
Seal number(s):

SCAC:
Pro number:  799-343320-8

(9012K)  799-343320-8

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise.)

Prepaid _____    Collect _____    3rd Party _____

☐  Master Bill of Lading: with attached underlying
(check box)  Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550074374 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | **0** | **0** | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. Section 2(a) of NMFC Item 360 | NMFC# | CLASS |
| | | 72 | BOX | 2304 | | CLASS 60 MAGNETS, NOT/NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| **2** | | **72** | | **2304** | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of this property is specifically stated by the shipper to be not exceeding

_____ per _____ .

NOTE Liability Limitation for loss or damage in this shipment may be applicable - See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount:  $ _____

Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

This carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944

PAGE NO:      1 of 1
INVOICE NO:   007206
INVOICE DATE: 09/26/2005

## I N V O I C E

CUSTOMER NO:   DEL002                          YOUR ORDER NO: 550075866
CUSTOMER PH:   (915) 783-7470                   OUR ORDER NO: TX-122304-002-0029

BILL TO:                                        SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS                        SEC DELPHI ENERGY PLANT 35
DELPHI E PLANT 18                                AV. ANTONIO I. BERMUDEZ 1230
2900 SCATTERFIELD ROAD                           INDUSTRIAL PARK BERMUDEZ
ANDERSON           IN                            CD JUAREZ,         CH
46013              USA                           32742              MEXICO

TERMS:   CASH #1:          DISC:           SHIPPED:    09/26/2005
         CASH #2:          DISC:      SHIPPED VIA:     RYDER
    NET DUE DATE: 102605                    F.O.B.:    OUR DOCK
                                       SHIPMENT NO:    007999      REF:
    YOUR CUSTOMER REP IS:   MQ1            PRO NO:

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 6000 | 6000 | 0 | 10494314 | .115 | 690.00 |
|  | DELPHI PART NUMBER |  |  |  |  |
|  |  |  | FREIGHT |  | 0.00 |



REMIT REGULAR MAIL PAYMENT TO:
Kane Magnetics Acquisition, LLC
PO BOX 3480
Buffalo, NY 14240-340

REMIT OVERNIGHT MAIL PAYMENT TO:
HSBC ank USA
One HSBC Center
14th Floor Wholesale Lockbox
C/o Kane Magnetics Acquisition LLC
PO BOX 3480
Buffalo, NY 14203

US Wire Transfer Information:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
Fedwire#: 21001088   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Benef Acct#:  590-85377-5

Non-US Dollar Wire Transfer Info:
HSBC Bank USA NA
452 5th Avenue
New York, NY 10018
SWIFT: MRMDUS33   CHIPS ABA: 0108
Benef Customer: HSBC Bank, USA NA
Beneficiary Acct#:  590-85377-5

| SALES TOTAL: | 690.00 |
|---|---|
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: | 690.00 |
| US DOLLARS | |

# BILL OF LADING

Date: 09/26/2005

( CuCQu

**Bill of Lading Number:** ___007999___

(402) 007999

## SHIP FROM

**KANE magnetics** INTERNATIONAL

Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 7999    FOB: ☐

## SHIP TO

Name: SEC DELPHI ENERGY PLANT 35    Location#: _____
Address: AV. ANTONIO L. BERMUDEZ 1230
INDUSTRIAL PARK BERMUDEZ

City/State/Zip: CD JUAREZ,    CH    32742
CID#:    FOB: ☐

**CARRIER NAME:** RYDER
Trailer number:
Seal number(s):

**SCAC:**
Pro number:

(9012K)

## THIRD PARTY FREIGHT CHARGES BILL

Name:
Address:
City/State/Zip:

Special Instructions:

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid _____    Collect __X__    3rd Party _____

☐    Master Bill of Lading: with attached underlying
(check box)    Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 550075866 | 0 | 0 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTALS** | 0 | 0 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| | | 3 | BOX | 25 | | CLASS 60 MAGNETS, NO, NOT MAGNETIZED IN BARREL BOX | 95830 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 0 | | 3 | | 25 | | **GRAND TOTALS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**COD Amount: $** _____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable . See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

9/26

**ECS Texas LLC**
**PO Box 581**
**El Paso, TX 79944**



| PAGE NO: | 1 of 1 |
|---|---|
| INVOICE NO: | 007232 |
| INVOICE DATE: | 09/27/2005 |

## I N V O I C E

CUSTOMER NO:   DEL002
CUSTOMER PH:   (915) 783-7470
BILL TO:

YOUR ORDER NO: 550074374
OUR ORDER NO: TX-042905-001-0044
SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E PLANT 18
2900 SCATTERFIELD ROAD
ANDERSON         IN
46013            USA

DELPHI ENERGY AND CHASSIS
2926 DAVIDSON RD.
PLANT 2,  DOCK 100
FLINT            MI
48556            USA

| TERMS:  CASH #1:      DISC: | SHIPPED: 09/27/2005 |
|---|---|
| CASH #2:      DISC: | SHIPPED VIA:  CENTRAL TRANSPORT |

NET DUE DATE: 102705

F.O.B.:   OUR DOCK
SHIPMENT NO:  008039      REF:

YOUR CUSTOMER REP IS:   FPA

PRO NO:  799-343323-2

| QTY ORDERED | QTY SHIPPED | QTY B.O. | ITEM NUMBER | UNIT PRICE US DOLLARS | EXTD PRICE US DOLLARS |
|---|---|---|---|---|---|
| 3360 | 1680 | 0 | 25165476 | 1.184 | 1,989.12 |
| | | | FREIGHT | | 0.00 |

REMIT REGULAR MAIL PAYMENT TO:
Energy Conversion Systems Holdings LLC
PO BOX 601950
Charlotte, NC 28260-1950

US Wire Transfer Information:
Wachovia Bank NA
1525 W. HarrisBLVD.
Charlotte, NC 28262-8522
Beneficiary Bank ABA:  053000219
Benefi Acct Name:ECS Holdings Lockbox
Benef Acct#: 2000036883749

REMIT OVERNIGHT MAIL PAYMENT TO:
Wachovia Bank, NC
ECS, NC
Lockbox # 601950
1525 West WT Harris Blvd-2C2
Charlotte, NC 28262

International Wire Transfer Info:
Benefi Acct #:2000036883749
ECS  Holdings Lockbox
5520 Dillard Dr.  Ste.260 Cary, NC 27518
Swift: PNBPUS33   ABA:053000219
Receiving Bank: Wachovia Bank, NA
123 S Broad St. Philadelphia PA 19109
Benefi Bank Name: Wachovia Bank
1525 W Harris Blvd Charlotte, NC
28262-8522

| | |
|---|---|
| SALES TOTAL: | 1,989.12 |
| SALES TAX: | 0.00 |
| FREIGHT: | 0.00 |
| LESS: | 0.00 |
| OTHER CHARGES: | 0.00 |
| INVOICE TOTAL: US DOLLARS | 1,989.12 |

**CENTRAL TRANSPORT**

Pro Number
**799-343323-2**

| Ship Date | |
|---|---|
| 09/28/05 | |
| Pieces | Weight |
| 1 | 768 |

Reference Number

| Org | DC |
|---|---|
| 799 | 493 |

**Freight Terms**
Freight Charges Are
Collect

SCAC:    CTII

**Consignee:**
DELPHI E & C
2928 DAVISON ROAD
FLINT, MI 48556

**Shipper:**
KANE% CTII
7179 INDUSTRIAL AVE
EL PASO, TX 79815

**Special Instructions**
Delivery Trailer: 53-7214
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

---

Date: 09/27/2005    **BILL OF LADING**    Page 1 of 1

**KANE**
Kane Magnetics Texas LLC
PO Box 581
El Paso, TX 79944 USA

SID#: 8039    FOB: ☐

Bill of Lading Number: 008039

(402) 008039

SHIP TO
Name: DELPHI ENERGY AND CHASSIS    Location#:
Address: 2928 DAVISON RD.
PLANT 2,    DOCK 100
City/State/Zip: FLINT    MI  48556
CID#:    FOB: ☐

CARRIER NAME: CENTRAL TRANSPORT
Trailer number:
Seal number(s):

SCAC:
Pro number: 799-343323-2

(9012X) 799-343323-2

THIRD PARTY FREIGHT CHARGES BILL
Name:
Address:
City/State/Zip:

Special Instructions:
READY AFTER 3 P.M.

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise.)
Prepaid ___  Collect X  3rd Party ___
☐ Master Bill of Lading with attached underlying
(check box)    Bill of Lading.

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SHIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 550074374 | 0 | 0 | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| **GRAND TOTALS** | 0 | 0 | | 799-343323-2 |

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY. | TYPE | QTY | TYPE | | (X) | | NMFC # | CLASS |
| | | 24 | BOX | 768 | | | 93830 | |

CLASS 50 MAGNETS, NO, NOT MAGNETIZED IN BARREL BOX

☐ SKD  ☐ USE CTN  ☐ DRM  ☐ BUN  ☐ SWAG
☐ CNTR  ☐ SKXT  ☐ RCK  ☐ TOTE  ☐ SL & C
☐ SWB-CF  ☐ CTN  ☐ SWB-SIC  ☐ CTN
☐ OTHER  ☐ SHIPMT

| | 24 | 768 | **GRAND TOTALS** |

COD Amount  $
Fee Terms:  Collect ☐  Prepaid ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE/ DATE    Trailer Loaded:    Freight Counted:    CARRIER SIGNATURE/ PICKUP DATE
☐ By Shipper    ☐ By Shipper
☐ By Driver    ☐ By Driver/pallets said to contain

---

**Stamp & Sign Here**

Firm _____

By _____
Shipment received in good order

Pieces Received _____

Driver _____  Date 10/4

Arrive Time _____  Depart Time _____

**Pro Number    799-343323-2**

**Additional Delivery Services Requested**

☐ Inside Delivery  **$70.00**    ☐ Sort - Segregate **$90.00**    ☐ Driver Delay **$75.00**
☐ Residential Delivery **$50.00**    ☐ Liftgate  **$90.00**    ☐ Redelivery **$50.00**

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Internal Use Only
# And Type of Container _____  Desc. _____
Part # _____  Skids _____
Qty. of Pcs Affected _____  Date _____  Log# _____