**McCARTER & ENGLISH, LLP**
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
David J. Adler (DA-0048)
Attorneys for Energy Conversion Systems

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| | : | Chapter 11 |
| In re: | : | Case Nos. 05-44481 (RDD) |
| | : | |
| DELPHI CORPORATION, ET AL., | : | |
| | : | |
| Debtors. | : | |
| | : | |

<u>**CERTIFICATE OF SERVICE**</u>

I, G. Amanda Mallan, do hereby certify as follows:

On September 20, 2007, I caused to be served by first class mail a copy of the Response of
Energy Conversion Systems to the above-captioned Debtors' Twentieth Omnibus Objection to Claims in
the above-captioned case upon the parties set forth on Exhibit A.

Dated: September 20, 2007
       New York, New York

McCARTER & ENGLISH, LLP
Attorneys for Energy Conversion Systems


By:      /s/ G. Amanda Mallan
         G. Amanda Mallan (GM-2596)
         245 Park Avenue
         27th Floor
         New York, New York  10022-7402
         (212) 609-6800 telephone
         (212) 609-6921 facsimile

ME1 6782840v.1

## EXHIBIT A

**SERVICE LIST**

Delphi Corporation, et al.,
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

**(Atty. For Delphi Corporation)**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.

ME1\5941529.1

ME1 6782840v.1