UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11
                                            :
DELPHI CORPORATION, *et al.*,               :   Case No. 05-44481 (RDD)
                                            :
                        Debtor.             :   (Jointly Administered)
                                            :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    On September 19, 2007, I caused to be served copies of the **Response and Objection of Deutsche Bank Securities Inc. to Debtors' Twentieth Omnibus Objection Pursuant to 11 U.S.C. Section 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicative and Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected on Debtors' Books and Records, (D) Untimely Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, Consensually Modified and Reduced Tort Claims, and Lift Stay Procedures Claims Subject to Modification** (together with accompanying exhibit) on the persons set forth on the attached service list.

      3.      I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner indicated on the attached service list.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
20th day of September, 2007

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

Doc #:US1:5070648.1                2

## SERVICE LIST

**By Hand Delivery**

K.A. Marafioti
Skadden Arps Slated Meagher & Flom LLP
Four Times Square
New York, NY 10036

**By Federal Express**

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606

General Counsel
Delphi Corporation
5725 Delphi Dr.
Troy, MI 48098