**Exhibit B**

## Machen, Monika J.

**From:** Maxwell, Mia [mia.maxwell@delphi.com]
**Sent:** Thursday, April 19, 2007 8:17 AM
**To:** Machen, Monika J.
**Subject:** RE: Delphi/UPG Reclamation Claim

Monika,

You can absolutely pursue your unsecured claim that was the reason that I was so persistent with the closing of the reclamation claim. Until the reclamation claim was closed the unsecured claim team would not be unable to reconcile the claim on their end. By the way will you be faxing the signed letter of agreement or will you be mailing it? You can fax it to my attention @ (248)-813-2499. Please let me know if you have any other questions.

Thanks

**Mia Maxwell**
Operations Analyst
(248)-813-1533 *direct dial*
(248)-813-2499 *fax*

This email, all attachments and all related written and oral communications are in the context of settlement discussions and are for discussion purposes only. All reclamation settlements are subject to final documentation consistent with the Statement of Reclamation sent to you on February 21, 2006, including without limitation, resolution of the reserved defenses

---

**From:** Machen, Monika J. [mailto:mmachen@sonnenschein.com]
**Sent:** Tuesday, April 17, 2007 5:49 PM
**To:** Maxwell, Mia
**Subject:** Delphi/UPG Reclamation Claim

Mia,

I am getting ready to send you the form signed by my client which will resolve the reclamation claim dispute. Can you please confirm (or have your counsel confirm) that nothing in the letter is intended to waive UPG's right to assert an unsecured claim for the portion of the disallowed reclamation claim? I do not read the letter as such, but want to make sure we are on the same page on that point.

Thanks,
Monika

---

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP

9/18/2007

7800 Sears Tower
233 South Wacker Dr.
Chicago, Illinois 60606
(Tel) 312.876.7473
(Fax) 312.876.7934
mmachen@sonnenschein.com

---
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code. If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein. In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.

---
*****************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************************************************************

9/18/2007