**Exhibit C**

**Machen, Monika J.**

| | |
|---|---|
| **From:** | Machen, Monika J. |
| **Sent:** | Wednesday, August 29, 2007 3:19 PM |
| **To:** | 'Wharton, Joseph'; 'lahill@skadden.com' |
| **Subject:** | Delphi/UPG (Claim Nos. 11200 and 13572) |

Joe/Laverne:

Delphi has recently objected to another UPG claim (Claim 13572) in its Twentieth Claim Objection. As with the objection to UPG's claim # 11200, the claim objection does not state any basis for the objection.   Can you please provide further information on this matter.

Thank you,
Monika

**Monika J. Machen**
Sonnenschein Nath & Rosenthal LLP
312.876.7473 (Tel)
312.876.7934 (Fax)
mmachen@sonnenschein.com