## **CERTIFICATE OF SERVICE**

I, D. Farrington Yates hereby certify that on September 20, 2007, a copy of the **RESPONSE OF UNITED PLASTICS GROUP, AS CLAIMANT TO DEBTORS' TWENTIETH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(D) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE AND AMENDED CLAIMS, (B) INSUFFICIENTLY DOCUMENTED CLAIMS, (C) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIMS, AND (E) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, CONSENSUALLY MODIFIED AND REDUCED TORT CLAIMS, AND LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION** was served on the following via U.S. mail:

| | |
|---|---|
| Delphi Corporation | John W. Butler, Jr., Esq. |
| Attn: General Counsel | John K. Lyons, Esq. |
| 5725 Delphi Drive | Joseph N. Wharton, Esq. |
| Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom, LLP |
| | 333 West Wacker Drive |
| | Suite 2100 |
| | Chicago, IL 60606 |

By: /s/ D. Farrington Yates
    D. Farrington Yates (DY 8383)

Dated: September 20, 2007