LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
|    DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
|         Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              )   ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.     On September 20, 2007, I caused true and correct copies of Statement of the Official Committee of Unsecured Creditors in Response to Debtors' Motion for Order

Pursuant to 11 U.S.C. §§ 105(a) and 502(c)(A) Estimating and Setting Maximum Cap on Certain Contingent or Unliquidated Claims and (B) Approving Expedited Claims Estimation Procedures, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
20th day of September, 2007

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

**Exhibit A**

**Via Overnight Mail**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Donald S. Bernstein
       Brian Resnick

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: Sean Corcoran
       Karen Craft

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
       Robert H. Trust
       William T. Russell, Jr.

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart

**Via Hand Delivery**

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonhard