Vincent A. D'Agostino (VD-0120)
Eric H. Horn (EH-2020)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

and

1251 Avenue of the Americas
New York, NY  10020
212.262.6700
*Counsel to Cingular Wireless n/k/a AT&T Mobility LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to Cingular Wireless n/k/a AT&T Mobility LLC, in the above captioned matter.

2. I certify that on September 20, 2007, pursuant to the service requirements set forth in the *Debtors' Twentieth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And  Fed. Bankr. P. 3007 To Certain (A) Duplicate and Amended Claims, (B) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Untimely Claim, and  (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified and Reduced Tort Claims, and Lift Stay Procedures Claims Subject To Modification*, I served the following documents upon the parties indicated on the attached service list, in the manner listed therein:

      a.    *Response of Cingular Wireless n/k/a AT&T Mobility LLC. To The Debtors' Twentieth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And  Fed. Bankr. P. 3007 To Certain (A) Duplicate and*

> *Amended Claims, (B) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Untimely Claim, and (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified and Reduced Tort Claims, and Lift Stay Procedures Claims Subject To Modification,.*

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 20, 2007      /s/ Elizabeth Lawler
                               Elizabeth Lawler


Sworn to before me this
 20th  day of September, 2007

 /s/ Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/08

-2-

## SERVICE LIST

*Via Facsimile:*

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn: General Counsel
Fax: 248-813-2673

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 312.407.8501

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax: 202.661-9006

*Via Federal Express:*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004