FORM B10 (Official Form 10) (10/0_)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Technology Properties Ltd.**

Name and address where notices should be sent:
Heinz Binder
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone number: 408-295-1700

Daniel E. Leckrone
Technology Properties Ltd.
PO Box 20250
San Jose, CA 95160

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other __Patent Infringement__

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)                (date)

2. **Date debt was incurred:** 10/9/99-10/8/05

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $ __Unliquidated__
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $_____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $_____ _____ _____ Unliquidated
   (unsecured)  (secured)  (priority)  (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

S.D.N.Y. 2006 JUL 31 A 10: 13 FILED U.S. BANKRUPTCY COURT

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/27/06 | Technology Properties Ltd. By: Daniel E. Leckrone, Chairman [signature] |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit A

Attachment to Proof of Claim by
Technology Properties, Ltd. against
**In re: Delphi Corporation, and each jointly administered case – see the attached list**
U.S. Bankruptcy Court, Southern District of New York
Case No. 05-44481, and each jointly administered case.

Patent Infringement Claims

Technology Properties, Ltd. ("TPL") has the exclusive right to license the patents that make up the Moore Microprocessor Patent™ portfolio. The patents are listed more particularly in attachment "A" and are referred to here as the "MMP Portfolio". These patents are believed to protect certain basic integrated chip technologies widely used in designing microprocessors, DSPs, embedded processors and system-on-chip solutions.

TPL is informed and believes, and thereon alleges, that Delphi Corporation and certain of its subsidiaries and affiliates, including the debtors on the attached list (collectively the "Infringing Debtors") have been infringing on the rights protected by the MMP Portfolio from at least October 9, 1999, through October 8, 2005, and that the Infringing Debtors continue to infringe on these rights in their post-petition activities. TPL is informed and believes, and thereon alleges that this infringing activity consist of the manufacture, use, sale, offer of sale, importation and/or distribution, both within the United States and internationally, of microprocessors and of systems containing microprocessors that use the technology included in the MMP Portfolio, and/or the inducement of said activity. Said activity was, and continues to be, conducted without authority or license from TPL and in violation of under 35 U.S.C. §271.

Based on its preliminary review of Delphi Corporation's publicly-available consolidated financial information, TPL estimates that the Infringing Debtors infringe on TPL's rights in the MMP Portfolio in many of their products. The precise scope of the actual infringement by each of the Infringing Debtors cannot be known without extensive investigation, nor can the exact amount of the damages caused by the infringing activity. Notwithstanding this, by applying TPL's standard license rates to the revenue reported by the Infringing Debtors from the likely infringing products, TPL estimates that the total damage for all Infringing Debtors' activities between October 9, 1999, and October 8, 2005, may range from $263 million and $4,397 million (the "Estimated Infringement Claim").

Notwithstanding the large amount of the Estimated Infringement Claim, and the cost to the various Infringing Debtors' estates of the ongoing infringement of post-petition activity, TPL is not interested in defeating the Infringing Debtors' reorganization effort. TPL has successfully licensed the MMP Portfolio to major manufacturers, including HP, Fujitsu, Casio, Sony, Nikon and Seiko Epson. For more information regarding TPL see www.TPLGroup.net.

Pg. 2
Attachment to Proof of Claim by
Technology Properties, Ltd. against
**In re: Delphi Corporation, and each jointly administered case included in the attached list**
U.S. Bankruptcy Court, Southern District of New York
Case No. 05-44481, and each jointly-administered case.

---

The documents that support this Proof of Claim are extensive, and include:

- The full text of the Patents listed on Attachment "A"
  The abstracts of the three core U.S. patents in the MMP Portfolio are included in Attachment "B." These are

    U.S. 6,598,148
    U.S. 5,809,336
    U.S. 5,784,584

- Grants of licensing rights to TPL of the MMP Portfolio and related documents.

- Each Infringing Debtor's related product manufacturing and sales data, and related revenue information. This information in is the possession and control of the Infringing Debtors and must be obtained through the discovery process.

- Detailed claim chart for each infringing use of the protected technology. Several such charts have been developed, but the bulk of this information must be obtained from the Debtor.

The Estimated Infringement Claim is based on Delphi Corporation's consolidated financial reports. Because the individual Infringing Debtors do not report their businesses separately, TPL is not currently able to estimate the likely damage caused by each individual debtor's activity. TPL reserves the right to clarify the amount of the exact claim against each individual Infringing Debtor as the information becomes available. (TPL also notes that certain other creditors, specifically the D.I.P. lenders and the largest equity holder have been given the advantage of only having to file a single proof of claim against all of the Delphi bankruptcy estates.)

|  | Entity | Tax Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 1. | Delphi NY Holding Corporation | 20-3383408 | 05-44480 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 2. | Delphi Corporation | 38-3430473 | 05-44481 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 3. | ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 4. | ASEC Sales General Partnership | 73-1474151 | 05-44484 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 5. | Environmental Catalysts, LLC |  | 05-44503 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 6. | Delphi Medical Systems Colorado Corporation | 84-1524184 | 05-44507 | 4300 Road 18 Longmont, CO 80504 | October 8, 2005 |
| 7. | Delphi Medical Systems Texas Corporation | 20-2885110 | 05-44511 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 8. | Delphi Medical Systems Corporation | 32-0052827 | 05-44529 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 9. | Specialty Electronics International Ltd. | 66-0522490 | 05-44536 | 69A Kronprindsens Gade (Third Floor) P.O. Box 1858 St. Thomas, VI | October 8, 2005 |
| 10. | Specialty Electronics, Inc. | 57-0755068 | 05-44539 | 19200 Asheville Highway P.O. Box 519 Landrum, SC 29356 | October 8, 2005 |
| 11. | Delphi Liquidation Holding Company | 95-4359324 | 05-44542 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 12. | Delphi Electronics (Holding) LLC | 95-4554161 | 05-44547 | One Corporate Center Kokomo, IN 46904 | October 8, 2005 |
| 13. | Delphi Technologies, Inc. | 38-3430681 | 05-44554 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 14. | Delphi Automotive Systems Tennessee, Inc. | 38-3319836 | 05-44558 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 15. | Delphi Mechatronic Systems, Inc. | 38-3589834 | 05-44567 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 16. | Delphi Automotive Systems Risk Management Corp. | 38-3575299 | 05-44570 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 17. | Exhaust Systems Corporation | 38-3211473 | 05-44573 | 4800 S. Saginaw Street Flint, MI 48501 | October 8, 2005 |
| 18. | Delphi China LLC | 38-3196159 | 05-44577 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 19. | Delphi Automotive Systems Korea, Inc. | 38-2849490 | 05-44580 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 20. | Delphi International Services, Inc. | 38-3439894 | 05-44583 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |

| | Entity | Tax/Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 21. | Delphi Automotive Systems Thailand, Inc. | 38-3379709 | 05-44586 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 22. | Delphi Automotive Systems International, Inc. | 38-3280289 | 05-44589 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 23. | Delphi International Holdings Corp. | 38-3449527 | 05-44591 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 24. | Delphi Automotive Systems Overseas Corporation | 38-3318021 | 05-44593 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 25. | Delphi Automotive Systems (Holding), Inc. | 38-3422378 | 05-44596 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 26. | Delco Electronics Overseas Corporation | 38-2638990 | 05-44610 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 27. | Delphi Diesel Systems Corp. | 38-3505001 | 05-44612 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 28. | Delphi LLC | 37-1438255 | 05-44615 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 29. | Aspire, Inc. | 36-4392806 | 05-44618 | U.S. Route 1 Morrisville, PA 19067 | October 8, 2005 |
| 30. | Delphi Integrated Service Solutions, Inc. | 38-3473261 | 05-44623 | 1322 Rankin Street Troy, MI 48083 | October 8, 2005 |
| 31. | Delphi Connection Systems | 95-2563022 | 05-44624 | 17150 Von Karman Avenue Irvine, CA 92614 | October 8, 2005 |
| 32. | Packard Hughes Interconnect Company | 33-0595219 | 05-44626 | 17150 Von Karman Avenue Irvine, CA 92614 | October 8, 2005 |
| 33. | DREAL, Inc. | 38-3457411 | 05-44627 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 34. | Delphi Automotive Systems Services LLC | 38-3568834 | 05-44632 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 35. | Delphi Services Holding Corporation | 20-0577653 | 05-44633 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 36. | Delphi Automotive Systems Global (Holding), Inc. | 38-3547659 | 05-44636 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 37. | Delphi Foreign Sales Corporation | 66-0564421 | 05-44638 | Chase Trade, Inc. Post Office Box 309420 55-11 Conacao Gade Charlotte Amalie St. Thomas, VI 00803-9420 | October 8, 2005 |
| 38. | Delphi Automotive Systems Human Resources LLC | 38-3547664 | 05-44639 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 39. | Delphi Automotive Systems LLC | 38-3431131 | 05-44640 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 40. | Delphi Furukawa Wiring Systems LLC | 20-2478586 | 05-47452 | 5725 Delphi Drive Troy, MI 48098 | October 14, 2005 |

|     | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|-----|--------|-------------------------|-------------|---------|-------------------------|
| 41. | Delphi Receivables LLC | 61-1446224 | 05-47459 | 5725 Delphi Drive Troy, MI 48098 | October 14, 2005 |
| 42. | MobileAria, Inc. | 31-1695929 | 05-47474 | 800 West El Camino Real Suite 240 Mountain View, CA 94040 | October 14, 2005 |

ATTACHMENT A
SCHEDULE OF PATENTS

A. MSD PATENTS - US

| NUMBER | ISSUED | NAME | EXPIRY | FILED |
|---|---|---|---|---|
| US 95 | 5,440,749 8 AUG 12 | Hi Perf, Lo cost Micro Arch | | 3 AUG 89 | 8 AUG |
| US 96 | 5,530,890 25 JUN 13 | Hi Perf, Lo cost Micro Arch | | 7 JUN 95 | 25 JUN |
| US AUG 97 | 5,659,703 19 AUG 14 | Micro Sys with Hierarchical stack | | 7 JUN 95 | 19 |
| US 98 | 5,784,584 21 JUL 15 | Multiple Instructions within Groups | | 7 JUN 95 | 21 JUL |
| US 98 | 5,809,336 15 SEP 15 | Hi Perf Variable Speed Sys Clock | | 7 JUN 95 | 15 SEP |
| US | 5,604,915 18 FEB 97 | Load Dependent Bus Timing 18 FEB 14 | | 7 JUN 95 | |
| US | 6,598,148 22 JUL 03 | Hi Perf Microprocessor 3 AUG 09 Having Variable Speed Sys Clock | | 29 JUL 98 | |

B. MSD PATENT APPLICATIONS PENDING - US

SN 09/051,263   RISC Microprocessor Architecture         8 AUG 98       ----
3 AUG 09

C. MSD PATENTS – NON US (Preliminary)

| | NUMBER | NAME | | FILED | |
|---|---|---|---|---|---|
| DE 00 | 69033568.7 2 AUG 10 | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 14 JUN |
| DE 01 | 69033568T2 ---- | Preisguenstiger Hochleistungsmikro | | 2 AUG 90 | 1 MAR |
| DE 00 | 69033568C0 ---- | Preisguenstiger Hochleistungsmikro | | 2 AUG 90 | 20 JUL |
| EP 00 | 0786730 2 AUG 10 | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 14 JUN |
| EP 97 | 786730A1 ---- | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 30 JUL |
| EP 93 | 497772A4 ---- | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 4 AUG |
| EP AUG 92 | 497772A1 ---- | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 12 |
| EP | 0870226 | RISC Microprocessor Architecture | | ---- | ---- |
| FR 00 | 0786730 ---- | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 14 JUL |
| WO | 9715001 | RISC Microprocessor Arch | | ---- | ---- |
| WO MAR 91 | 9102311A3 ---- | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 21 |
| WO 91 | 9102311A1 ---- | Hi Perf, Lo Cost Micro | | 2 AUG 90 | 1 FEB |
| JP | 5502125T2 15 APR 93 | ------ ---- | | 2 AUG 90 | |

ATTACHMENT A

| | | | | |
|---|---|---|---|---|
| JP 99 | 2966085B2 2 AUG 10 | Hi Perf, Lo Cost Micro | 2 AUG 90 | 13 AUG |
| AU | 6067290A1 11 MAR 91 | Hi Perf, Lo Cost Micro - - - - | 2 AUG 90 | |

The schedule of Patents shall include the items listed above, as well as all progenitors and progeny thereof, and all additions, changes, amendments, modifications, actions, counterparts, continuations, continuations-in-part, extensions, reissues, divisionals and/or renewals of such items, progenitors, and/or progeny.

FINAL TPL.NEWCO LICENSE.doc

US006598148B1

## (12) United States Patent
### Moore et al.

(10) Patent No.: **US 6,598,148 B1**
(45) Date of Patent: **Jul. 22, 2003**

(54) **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

(75) Inventors: Charles H. Moore, Woodside, CA (US); Russell H. Fish, III, Dallas, TX (US)

(73) Assignee: Patriot Scientific Corporation, Poway, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/124,623

(22) Filed: Jul. 29, 1998

(Under 37 CFR 1.47)

**Related U.S. Application Data**

(62) Division of application No. 08/484,918, filed on Jun. 7, 1995, now Pat. No. 5,809,336, which is a division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) Int. Cl.$^7$ .................................................. G06F 15/00
(52) U.S. Cl. ........................................................... 712/32
(58) Field of Search ............................ 712/32; 711/104, 711/105

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,680,698 A | * | 7/1987 | Edwards et al. | 712/37 |
| 5,379,438 A | * | 1/1995 | Bell et al. | 712/37 |

* cited by examiner

Primary Examiner—David Y. Eng
(74) Attorney, Agent, or Firm—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A microprocessor integrated circuit including a processing unit disposed upon an integrated circuit substrate is disclosed herein. The processing unit is designed to operate in accordance with a predefined sequence of program instructions stored within an instruction register. A memory, capable of storing information provided by the processing unit and occupying a larger area of the integrated circuit substrate than the processing unit, is also provided within the microprocessor integrated circuit. The memory may be implemented using, for example dynamic or static random-access memory. A variable output frequency system clock, such as generated by a ring oscillator, is also disposed on the integrated circuit substrate.

**13 Claims, 19 Drawing Sheets**



**ATTACHMENT B**

US005784584A

# United States Patent [19]
## Moore et al.

[11] Patent Number: 5,784,584
[45] Date of Patent: Jul. 21, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS**

[75] Inventors: Charles H. Moore, Woodside; Russell H. Fish, III, Mt. View, both of Calif.

[73] Assignee: Patriot Scientific Corporation, San Diego, Calif.

[21] Appl. No.: 484,935

[22] Filed: Jun. 7, 1995

**Related U.S. Application Data**

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.$^6$ .................................................. G06F 9/30
[52] U.S. Cl. .................................................. 395/376
[58] Field of Search .................................. 395/376, 382, 395/384, 588, 800.23

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,967,326  10/1990  May ............................... 395/800
5,127,091  6/1992  Boufarel et al. ................. 395/375

Primary Examiner—David Y. Eng
Attorney, Agent, or Firm—Cooley Godward LLP

[57] **ABSTRACT**

A high-performance microprocessor system using instruction that access operands and instructions located relative to the current instruction group rather than located relative to the current instructions, as is the convention, is disclosed herein. The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit, connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit, one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups.

29 Claims, 19 Drawing Sheets



05-44481-rdd   Doc 9472-2   Filed 09/20/07   Entered 09/20/07 15:07:07   Exhibit A to Declaration of Wendy W. Smith   Pg 11 of 11

US005809336A

## United States Patent [19]
### Moore et al.

[11] Patent Number: 5,809,336
[45] Date of Patent: Sep. 15, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

[75] Inventors: Charles H. Moore, Woodside; Russell H. Fish, III, Mt. View, both of Calif.

[73] Assignee: Patriot Scientific Corporation, San Diego, Calif.

[21] Appl. No.: 484,918

[22] Filed: Jun. 7, 1995

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.$^6$ .................................................. G06F 1/04
[52] U.S. Cl. ............................................................ 395/845
[58] Field of Search .................................. 395/500, 551, 395/555, 845

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| Number | Date | Inventor | Class |
|---|---|---|---|
| 3,967,104 | 6/1976 | Brantingham | 364/709.09 |
| 3,980,993 | 9/1976 | Bredart et al. | 395/550 |
| 4,003,028 | 1/1977 | Bennett et al. | 395/742 |
| 4,042,972 | 8/1977 | Gruner et al. | 395/389 |
| 4,050,096 | 9/1977 | Bennett | 395/494 |
| 4,112,490 | 9/1978 | Pohlman et al. | 395/287 |
| 4,315,308 | 2/1982 | Jackson | 395/853 |
| 4,338,675 | 7/1982 | Palmer | 364/748 |
| 4,398,265 | 8/1983 | Puhl et al. | 395/882 |
| 4,453,229 | 6/1984 | Schaire | 395/250 |
| 4,503,500 | 3/1985 | Magan | 395/800 |
| 4,539,655 | 9/1985 | Trussell et al. | 395/280 |
| 4,553,201 | 11/1985 | Pollack | 395/183.22 |
| 4,627,082 | 12/1986 | Pelgrom et al. | 377/63 |
| 4,670,837 | 6/1987 | Sheets | 395/550 |
| 4,680,698 | 7/1987 | Edwards et al. | 395/800 |
| 4,761,763 | 8/1988 | Hicks | 395/286 |
| 5,414,862 | 5/1995 | Suzuki et al. | 395/750 |

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.

10 Claims, 19 Drawing Sheets

