

21730 Stevens Creek Boulevard
Suite 201A
Cupertino, CA 95014
tel +1 408 446 4222
fax +1 408 446 5444

20 JUL 05

Mr. Rodney O'Neal
President, COO & Director
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

## IMPORTANT NEWS ABOUT THE
## MOORE MICROPROCESSOR PATENT ("MMP") PORTFOLIO

Dear Mr. O'Neal

The MMP Portfolio was originally brought to your attention by Patriot Scientific Corporation and its lawyers early in 2004. You need to be aware of several significant events that have occurred since then.

### I. TPL GROUP: EXCLUSIVE MANAGER OF MMP PORTFOLIO LICENSING PROGRAM

The TPL Group now has exclusive control over all Licensing and Litigation with respect to the MMP Portfolio. Neither Patriot nor its lawyers are authorized to communicate with you regarding the MMP Portfolio.

### II. INDUSTRY-LEADING LICENSEES

Unlike many disputed or questionable patents, it has been widely acknowledged that the MMP Portfolio contains several fundamental building blocks of modern microprocessor architecture and implementation.

As a testament to this practical reality, and in response to their requests to be first, industry leaders Intel and AMD each recently purchased MMP Portfolio licenses to cover their products, and to protect their corporate treasuries from massive exposure.

London Office: tel +44 1784 431 100 fax +44 1784 431 144

Mr. O'Neal
20 JUL 05
Page 2 of 3

Going forward, the MMP Portfolio Licensing Program will reward first movers in their industry sectors with dramatic discounts. Those who fail to act will pay much more than their competitors, or will eventually face costly litigation. By design, this structure enables nimble and forward-thinking companies to disadvantage their competitors.

## II. SCOPE OF THE MMP PORTFOLIO

Running through 2015, the MMP Portfolio consists of:
  US 5,440,749
  US 5,530,890
  US 5,604,915
  US 5,659,703
  US 5,784,584
  US 5,809,336
  US 6,598,148
  European Counterparts and Japanese Counterparts.

US'336: Clocking CPU and I/O Separately.
  The MMP Portfolio is NOT limited to "high speed" microprocessors. In fact, during the past year of intense study of hundreds of various microprocessor designs, no correlation at all has been found between the speed of a microprocessor and the application of US'336. Use of US'336 is prevalent across most microprocessors … from low speed microcontrollers to sophisticated systems on chips. Advertised advantages include: cost reduction, instant-on execution, failsafe operation, EMI reduction, and power savings. It is a modern requirement from a design for test ("DFT") perspective.

US'584: Multiple Instruction Fetch.
  Multiple Instruction Fetch architectures are the norm in environments where limiting power consumption is critical; eg; portable products. Various techniques can be employed to achieve the Multiple Instruction Fetch, and marketing terminology includes "VLIW," "SIMD," "MIMD", "Superscalar," etc.

US'148: On-Chip Oscillator and Embedded Memory.
  Shares the on-chip oscillator feature with US'336, in addition to memory covering more than majority of chip. Also includes claims pertaining to multiple CPU, array or cell implementations. The vast majority of the system on chip ("SoC") products are affected.

Virtually every product manufactured today utilizing microprocessors or embedded processors will require an MMP Portfolio license. The Portfolio covers microprocessors and the Systems containing microprocessors.

Mr. O'Neal
20 JUL 05
Page 3 of 3

### IV. PORTFOLIO BACKGROUND

The TPL Group assisted Charles Moore in the development of the MMP Technology and Patents beginning 1989. Mr. Moore, also the inventor of the Forth computing language, now serves as Chief Technology Officer of the TPL Group.

Alliacense has been purpose-built by the TPL Group to implement licensing programs, and is staffed with leading licensing experts from various industries. Based on the large number of Licensees we are serving, it may be some time before you hear from us again directly. Be assured however, that this would only indicate that other companies from your business sector are occupying the crucial first-mover bandwidth … instead of you. We therefore urge you to immediately communicate your concerns to us.

Upon request, we provide Product Reports (analyzing the relationship of a product to the Portfolio) on product lines of your choosing. Product Reports are generally available on a 48-hour turnaround. It is in our best interest to assure Product Reports are as thorough and objective as possible. We do not wish to waste your time or our own.

Enclosed for your convenience is a data disc containing the full text of all the US patents in the portfolio, as well as their file wrappers. You may access further information by requesting a username and password for the MMP Portfolio Licensing Private Website via: mmp-licensing@tplgroup.net. General correspondence may also be sent to this address.

We have representatives in the US, Asia and Europe. We would like to meet with your Decision Makers sooner rather than later to provide an overview of the MMP Portfolio Licensing Program, and to discuss what opportunities remain available in your industry sector.

We look forward to getting acquainted and to serving you.


Sincerely,



Mac Leckrone
President
Alliacense

Enclosures (1)

cc: Logan G. Robinson
VP and General Counsel