

# Moore Microprocessor Portfolio - "MMP"
ムーア・μプロセッサ・ポートフォリオ：" MMP"

## Overview & Opportunity
概要と好機

## Delphi Corporation
ライセンシー

Alliacense is a TPL Group Enterprise.

Page 1

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Alliacense

# Delphi

# Attendees 会議参加者

Alliacense is a TPL Group Enterprise. Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# Alliacense

## Agenda / アジェンダ



- TPL Overview
- MMP Portfolio Overview
- MMP Licensing Program

- TPL 概要
- MMPポートフォリオ概要
- MMP ライセンシング・プログラム

Alliacense is a TPL Group Enterprise.    Page 3    Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# TPL Group – Overview
## TPLグループ会社概要



# TECHNOLOGY PROPERTIES LIMITED

## テクノロジー プロパティーズ リミッテイド社





Alliacense is a TPL Group Enterprise.

Page 4

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# TPL Group – Charter
## TPLグループについて

- 18 Years
  - 18年

- A Small, Privately-Held Group
  - 株式未上場少数精鋭集団
  - DEL, Chairman & Principal
    - 会長：ダニエル E. レクロン

- Tight Focus:
  - 事業の焦点
  - Translate Proprietary Product Technology into a Structured Business Opportunity
    - 所有権を有する製品技術を体系的なビジネス機会へと導き、かつその構築をはかる
  - Deliver that Opportunity to Carefully-Defined Decision-Makers
    - それらビジネス機会を注意深く選別された意思決断者に届ける

# Alliacense

## TPL Group – Experience
## TPLグループ・経験・業績

### BROAD RANGE OF TECHS AND INDUSTRIES:
### 広範囲にわたる技術と業界

- VIDEO SIGNAL PROCESSING - PIP
- AUDIO SIG PROC / PSYCHO ACOUSTICS - EARPIECE
- WIRELESS COMM – IR / RF
- µP – RISC / MISC
- COMPUTER HARDWARE / SOFTWARE
- SEMICONDUCTOR PROCESS
- POLYMER RECYCLING
- NANO-PARTICLES
- WATER TREATMENT

- ビデオ信号プロセシング (PIP)
- 音声信号プロセシング・心理音響関連・イヤピース
- 無線通信 -- 赤外線・無線周波数関連
- マイクロプロセサー: RISC / MISC
- コンピューターハードウェア及びソフト
- 半導体プロセス
- ポリマー・リサイクリング
- ナノ粒子
- 水処理

# Alliacense

## TPL Group – Experience
## TPLグループ - 経験・業績

### World Class Partners

SONY
PHILIPS
JVC
 (Apple)
CASIO
HARRIS
FUJITSU

SIEMENS
SANYO
ERICSSON
hp
olivetti
SHARP

omron
KYOCERA
Panasonic
intel
OKI
SAMSUNG

# Alliacense

## The TPL Group Enterprises / TPLグループ関連会社



- **IntellaSys** / インテラシス社
  - Revolutionary New Multicore Processor Technologies / 革新的新マルチコア・プロセッサー技術
  - SEAforth multicore solutions / SEAフォース・マルチコア・ソリューション
    - Raise the performance-per-watt bar / ワット当り性能の基準を引き上げる

- **OnSpec** / オンスペック社
  - Developer and Marketer of Digital Controller ICs for Flash Memory Devices / フラッシュ・メモリー・デバイス用のデジタル・コントローラICsの開発およびマーケティング

- **Indigita** / インデジタ社
  - Developer and Marketer of Advanced HD Video Processing Solutions / 高度HDビデオプロセッシングソリューションの開発およびマーケター

- **SWAT** / スワット社
  - "Subwavelength Acoustic Technology" and "Acoustic Communication Research" / 「サブ波長オーディオ技術」と「音波通信研究開発」
    - Revolutionary Hearing Aid Devices / 革新的な補聴器デバイス
    - Revolutionary Listening Devices for Consumer Electronic Applications / 革新的な消費者向エレクトロニクスアプリケーション用の聴覚デバイス

- **Alliacense** / アライアセンス社
  - TPL's Dedicated Licensing Enterprise / TPL専属ライセンシング会社
  - Design and Execution of Intellectual Property Licensing Programs / 知的財産権プログラムの設計および実施



# TPL Group Intellectual Property Strategies

## Strategies for Success

- Focus
  - Building Long Term Relationships
- Partners, not Adversaries
- Solutions, not Problems
  - Deliver Significant Opportunities
- In-Person, Often

## 成功への戦略

- 焦点
  - 長期的な関係の確立
- パートナーであり、敵対者ではない
- 解決策であり、問題の提供ではない
  - 大きなビジネス・チャンスの提供
- 頻繁な、対面による関係

# Agenda / アジェンダ



- TPL Overview
- MMP Portfolio Overview
- MMP Licensing Program

- TPL 概要
- MMP ポートフォリオ概要
- MMP ライセンシング・プログラム





# "MMP" - Moore μProcessor Portfolio
[MMP]:ムーア・マイクロプロセッサー・ポートフォリオ

Alliacense is a TPL Group Enterprise.

Page 11

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# Alliacense

## MMP Portfolio Background
## MMPポートフォリオの背景




## CHUCK MOORE

- '60-'70 MIT & STANFORD: PHYSICS
- '70-'78 - SMITHSONIAN ASTROPHYSICS PROJECT
  - WORLD'S 1ST RADIO TELESCOPE
  - KITT PEAK OBSERVATORY
  - CREATED THE FORTH LANGUAGE
  - SPARC, PowerPC, x86 BOOT FORTH

## チャック・ムーア氏

- 60年代から70年にはMIT及びスタンフォード大学の物理学専攻
- 70年から78年にはスミソニアンの天体物理学プロジェクトに参加
  - 世界初の電波望遠鏡
  - KITTピーク気象観測所
  - Forth言語の開発
  - SPARC、パワーPC、x86 Boot Forth



# Alliacense

# MMP Portfolio Background
# MMP ポートフォリオの背景

## CHUCK MOORE / チャック・ムーア氏

- '80-'84: Designed 1st RISC μP
  - Marketed by Harris Corp (RTX2000)
  - Widely Used by NASA
  - Remarkable Lifespan '84 - '06
- '89-'90: Developed ShBoom
  - TPL/Moore Joint Venture for ShBoom
  - TPL Filed MMP Patent Applications

- 80—84年、世界初のRISC μPを設計
  - Harris社によって市場化される (RTX2000)
  - NASAで広く使用
  - 1984年—2006年までの驚くべく長寿命
- 89—90年、ShBoomの開発
  - TPL/ムーア氏間の合弁によるShBoom
  - TPLがMMP特許申請をした





# MMP Portfolio Overview
# MMPポートフォリオ概要

| Japan 日本 | United States 米国 | Europe 欧州 |
|---|---|---|

**Separate CPU & I/O Clocks**
個別のCPUとI/Oクロック

**Embedded Memory & Inter-processor Communication**
内蔵メモリー&プロセッサー間コミュニケーション

**Multiple Instruction Fetch**
マルチ・インストラクション・フェッチ




# Alliacense

# 3 Principle US Patents
## 主要な三米国特許

| | |
|---|---|
| US'336<br>米国特許'336 | Separate CPU & I/O Clocks<br>個別のCPUとI/Oクロック |
| US'148<br>米国特許'148 | Embedded Memory & Inter-processor Communication<br>内蔵メモリー＆プロセッサー間コミュニケーション |
| US'584<br>米国特許'584 | Multiple Instruction Fetch<br>マルチ・インストラクション・フェッチ |

# Alliacense

## MMP Portfolio Overview
## MMPポートフォリオ概要

- All US patents in the MMP Portfolio are continuations of US'749

- High Performance, Low Cost Microprocessor Architecture

- Priority Date: 1989

- Royalty Period: 2000-2016

- MMPポートフォリオ内の全米国特許は米国特許'749の継続特許である

- 高性能、低コスト・マイクロプロセッサー・アーキテクチャー

- 優先日：1989年

- ロイヤリティ期間：2000-2016

# Alliacense

## Key Benefits of MMP Technology  MMP技術の主な利点
## MMP Portfolio Overview  MMPポートフォリオ概要

**'336**
On-chip CPU clock and independent I/O clock create more efficient system
オンチップCPUクロックとI/Oクロックは独立したより効率的なシステムを作成

**'148**
Placing memory on same die reduces power consumption, and memory access times
同一ダイ上にメモリーを置くことで消費電力とメモリー・アクセス時間を低下

**'584**
Fetching multiple instructions per clock cycle reduces power consumption and processing time
一クロックサイクル当り複数インストラクションのフェッチングをすることで消費電力と処理時間を低下

Higher Performance 高性能
Lower Cost 低コスト
Lower Power Consumption 低消費電力

# Alliacense

## US '336 - In Brief
## 米国特許'336 — 要約

| US '336 | Separate CPU & I/O Clocks |
| --- | --- |
| 米国特許'336 | 個別のCPUとI/Oクロック |

- Modern Necessity
  - μProcessors
  - μControllers
  - Systems on Chip

- Advertised Occasionally
  - μControllers

- 現代の必需品
  - マイクロプロセッサー
  - マイクロコントローラ
  - システムズ・オン・チップ

- 時折、宣伝される
  - マイクロコントローラ

# Alliacense

## US '336 - Structure
## 米国特許'336 — 構成

- 4 Independent Claims
- 4つの独立クレイム

- Basic Elements
  - On-Chip CPU Clock
  - Varying Together with CPU
  - On-Chip I/O Interface
  - A Second I/O Clock

- 基本要素
  - オン・チップCPUクロック
  - CPUと一緒に変動
  - オン・チップI/Oインターフェース
  - 二番目のI/Oクロック