Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.









Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.





Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.



Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.

# Alliacense

## Varying Together
## 一緒に変動

## ALL
## ON-CHIP
## OSCILLATORS
## ARE
## VARIABLE

## あらゆる
## オンチップ・
## オシレーターは
## 変動する

- Without exception
- Despite the On-going Best Efforts of Industry
- For the Foreseeable Future
- Thus, the Frequent Use of PLLs

- 例外無しに
- 業界の継続した最善の努力にも関わらず
- 将来、当分の間
- 故に、頻繁なるPLLsの使用

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Variations during operation
# 操作中の変動

- Operation outside of the programmed range
- State-to-state variation
- Variability in the start up state (PLL not yet involved)

- プログラム範囲外での動作
- ステート間のバラツキ
- 開始時ステートのバラツキ（PLL はまだ関与していない）



CPU
Oscillator
Frequency
CPUオシレーター
周波数

Start Up
States
スタートアップ
ステート

Run State
ラン・ステート

Low Power State
低消費電力ステート

Sleep State
スリープ・ステート

Time 時間

Alliacense is a TPL Group Enterprise.

Page 26

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# Alliacense

## Die to Die Manufacturing Variations
## ダイ間の製造バラツキ

- Processing frequency varies due to variations in manufacturing process

- 処理周波数は製造プロセスバラツキによって変動する



Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

## Alliacense

# US '336   Clock 2

# 米国特許'336 クロック2

## CLK2- Sources for Clocking

- 2 -

| External Clock (Claims 1, 3, 6 & 10) | | Internal Clock (Claims 1 & 3) |
|---|---|---|
| Embedded Clock | Dedicated Clock Pin | |
| Video, Audio | DVI | Sub-clock |
| Ethernet | PCI | I/O Oscillator |
| Fiber Channel | SPI | |
| Serial ATA | AGP | |
| IEEE 1394 | MII | |
| USB | I2C | |
| Bluetooth | Neighboring Processor | |
| | Ultra ATA | |



# Sources of Clocking
# クロッキング・ソース

## Dedicated Clocking Pin [I2C]
## 専用クロッキング・ピン[I2C]

### SCL-Clock ; SDA- Data



## Embedded Clocking [USB]
## 内蔵クロッキング[USB]



Alliacense is a TPL Group Enterprise.

Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# CLK2 Sources - USB

# クロックソース―USB

irries a receiving stream,
grammed in the following

リームの伝達を行い、それ
次図を参照のこと。



Kint\_stream

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# US'148 Summary
# 米国特許'148要約

**US'148**
Embedded Memory &
Inter-processor Communication

米国特許'148
内蔵メモリー＆プロセッサー間コミュニケーション

- Modern Necessity
- 現代の必需品

- Found in Most
  - Microcontrollers with Flash Memory
  - µProcessors
  - Systems on Chip

- 殆どの下記の製品に見られる
  - フラッシュ・メモリー付マイクロコントローラー
  - マイクロプロセッサー
  - システムズ・オン・チップ

- Advertised
  - Core Size

- 宣伝は
  - コア・サイズ

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# US '148  Structure
# 米国特許'148  構成

- 4 Independent Claims
  - 1, 4, 8, 11

- 独立した4つのクレイム
  - 1, 4, 8, 11

- Basic Elements
  - CPU with Variable Speed Clock & Memory On-Chip
  - Memory Larger than CPU
  - Memory Majority of Chip

- 基本要素
  - 可変スピードクロックとメモリ・オン・チップのCPU
  - CPUより大きなメモリー
  - チップの大多数がメモリー

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.



# US '148 Systems on Chip

# 米国特許'148 システムズ・オン・チップ

## Embedded Memory Increasingly Dominates Chip Area for SoC

SoCにおいては、内蔵メモリーはますますチップ・エリアを支配する

**% of Die Area**

2002 — 52%
2005 — 71%
2008 — 83%
2011 — 90%
2014 — 94%

Legend: New Logic ■ Reused Logic ■ Memory

## *Embedded Memory becomes a Key Differentiator in Technology Offerings*

Embedded Market Convergence - Rising to the Challenge, Simson, Embedded Processor Forum, June 2003, pg. 54

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# US '148  Example
# 米国特許'148  事例

Total on-chip embedded memory occupies 50.76% of the total die area.
オン・チップ内蔵メモリーの合計はダイ・エリア合計の50.76%を占める

(Characteristics of the world's first mass production of 0.18 FeRAM-embedded SoCs 1)

■ Achieves smaller chip size, about one-fifth of previous products with 8K byte FeRAM.



0.18μmFeRAM-embedded
product
(FeRAM : 8Kbyte)

FeRAM
8kB

8-bit micro
controller
cryptographic
circuit

ROM
16kB

RAM
1kB

ANALOG I/F

**Panasonic**

The world's first mass production of
FeRAM embedded system-on-chip (SoC)
using a 0.18 μm processing technology.

A wide variety of potential application for FeRAM-embedded products enabled by this world's first mass production of FeRAM.

July 26, 2001

Copyright © 2004 Acacia Research Corporation. All Rights Reserved.

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



Alliacense

# US '148  Example
# 米国特許'148  事例

Total on-chip embedded memory occupies 92.4% of the total die area
オン・チップ内蔵メモリーの合計はダイ・エリア合計の92.4%を占める

## SPXK5 Super Core TEG-chip



Data Memory
データメモリー

Instruction Memory
インストラクションメモリー

System Memory
(256Kbytes)

SPXK5

Instruction Cache
インストラクション・キャッシュ

The µPD77050- A New Low-power DSP for Mobile Multimedia Applications, IKEKAWA, EPF 2002, pg. 12

NEC
12

Page 35   Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.



# Alliacense

# US '148  Example
# 米国特許'148  事例

Total on-chip embedded memory occupies 80.07% of the total die area

オン・チップ内蔵メモリーの合計はダイ・エリア合計の80.07%を占める

LINE BUFFER CONTROLLER

L1 DCACHE CONTROLLER

...RUCTION UNIT

...CHE ...LLER

6XXBUS CONTROLLER

L1 DATA CACHE

L1 DCACHE CONTROLLER

FIXED POINT UNIT

FLOATING POINT UNIT

TEST INTERFACE AND CONTROL

6XXL2 DATAFLOW

L2 CACHE DIRECTORY

A Multithreaded PowerPC Processor for Commercial Servers, Borkenhagen et al., MEI J. RES. DEVELOP. VOL. 44 NO. 6 NOVEMBER 2000, p.888.

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# US '148 Example 米国特許 '148 事例

Total on-chip embedded memory occupies 57.3% of the total die area

オンチップ内蔵メモリーの合計はダイエリア合計の57.3%を占める



L2 Cache

L1 Cache

MCU
Cache

L2 Cache

L3
System
SRAM

Blackfin DSP & Arm7TDMI Analog Device
Level 2 Chipography LG A7110, Portelligent, July 2005

Alliacense is a TPL Group Enterprise.

Page 37

Subject to FRE408.  © Alliacense 2006.  Confidential & Proprietary.



# Alliacense

## US '584
### 米国特許 '584

## US '584  In Brief
### 米国特許 '584  要約

## Multiple Instruction Fetch
### マルチ・インストラクション・フェッチ

- Breaks the 1 Instruction per Cycle Bottleneck
  - サイクル当り1インストラクションというボトルネックを解決

- Modern Necessity
  - 現代の必需品
  - Embedded Processors
    - 内蔵プロセッサー
  - µProcessors
    - マイクロプロセッサー
  - Systems on Chip
    - システムズ・オン・チップ

- Advertised Widely
  - 広く宣伝されている

- Examples of Multiple Instruction Fetch
  - マルチ・インストラクション・フェッチの例
  - Superscalar
    - Superscalar
  - VLIW
    - VLIW
  - SIMD, MIMD
    - SIMD, MIMD
  - Compression/Substitution
    - Compression/Substitution

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.

# Alliacense

# US '584 Structure
# 米国特許' 584 構成

- 3 Independent Claims
  - 1, 20, 29

- Basic Elements
  - CPU + Memory
  - Multiple Instruction Fetch by:
    - Fetching Groups of Instructions From Memory
    - Identifying Operand or Instruction Based on Position within Group
  - Supplying identified Operand or Instructions or both to the CPU

- 3つの独立クレーム
  - 1, 20, 29

- 基本要素
  - CPU + メモリー
  - マルチ・インストラクション フェッチは。。。
    - メモリーから複数インストラクションのグループをフェッチング
    - グループ内の位置により、オペランドまたはインストラクションを認識
  - 認識されたオペランドまたはインストラクション、またはその両方をCPUに供給

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# MMP Portfolio Summary
# MMPポートフォリオ要約

- MMP Not Subject to Mandatory Licensing
  - MMPポートフォリオは強制ライセンシングの対象ではない

- MMP is a "Multiple Patent" Portfolio
  - 11 Independent Claims
  - 52 Claims in Total
  - Statistical Likelihood of Avoiding all Claims is Nominal
  - MMPは「複数特許」ポートフォリオである
    - 11の独立クレーム
    - 合計で52クレーム
    - 全クレームを回避するという統計的見込みは極めて少ない

- Proof of Infringement is Publicly Available
  - 侵害の証拠は公けの場所から入手できる

- US Law Gives MMP a Strong Presumption of Validity
  - 米国法はMMPに対し、強力な有効性の推定を与える

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Indemnity for Infringement
# 侵害における損失補償

- Ability to seek refuge in indemnity contracts is remarkably impaired

  - 損失補償契約上における避難追及能力は著しく損なわれる

- Dilution & Redirection: most systems include many chips from multiple vendors

  - 希薄化および方向転化：殆どのシステムは複数業者からの多チップを包含している

- System-Level Infringement: MMP Portfolio contains system-level claims.

  - システムレベル侵害：MMP ポートフォリオはシステムレベルのクレームを含んでいる

- Indemnity Exclusions:

  - 損失補償免責：

  - Microprocessors rarely act "alone and not in combination"

    - マイクロプロセッサーが組み合わせで使用されず「単一で使用されることは」ほぼ皆無である

  - Chips regularly made to customer specifications (eg; SOC's)

    - チップが顧客仕様に合わせて製造されることは一般的に行われている（例；SOC's）

- Failure to Mitigate Damages: Program rates widely understood to increase over time and between rounds.

  - 損害額の回避・軽減に失敗した場合：プログラム・レートは時間とラウンドの経過に従って上昇するということは広く理解されている



# Alliacense

## Agenda アジェンダ

- TPL Overview
- MMP Portfolio Overview
- MMP Licensing Program

* TPL 概要
* MMP ポートフォリオ概要
* MMP ライセンシング・プログラム

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.

# Alliacense

# MMP Licensing Program
# MMPライセンシング・プログラム

## Status
## ステータス

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.