# Alliacense

- TPL Overview
- MMP Portfolio Overview
- MMP Licensing Program

# Agenda アジェンダ

- TPL 概要
- MMP ポートフォリオ概要
- MMP ライセンシング・プログラム

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# MMP Licensing Program
# MMPライセンシング・プログラム

## Status
## ステータス

# Alliacense

# Licensing Program Update
# ライセンシング・プログラム・アップデート

## NEW MMP LICENSEES  新たなMMPライセンシー



### Nikon · CASIO · FUJITSU · OLYMPUS · hp · PENTAX · SONY EPSON · KENWOOD

- Standard MMP License Agreement
  - System License
    - Royalty Bearing
    - Covers All Products Containing an Implementation
  - Implementation License
    - Royalty Free
    - Covers All Chips Containing a CPU
    - License to Make and Sell Only
- Worldwide, non-exclusive

---

- 標準MMPライセンス契約書
  - グローバル対応、非独占ライセンス
  - システムライセンス
    - ロイヤリティの支払
    - インプレメンテーションを含む全製品をカバーする
  - インプレメンテーション・ライセンス
    - ロイヤリティ・フリー
    - CPUを含む全チップをカバー
    - 製造および販売のみのライセンス

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.

Page 45

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.





# MMP Portfolio Background
# MMPポートフォリオの背景

Seiko Epson Kenwood

2004

PTSC Attacks TPL/Moore Title
パトリアット社がTPL/ムーア氏の所有権を攻撃

5 Defendants
N. Dist. CA
カリフォルニア州北部地裁にて5被告会社

Intel

Title Suit Pending
所有権に関する訴訟係争

2005

AMD

Stipulated Judgment with Prejudice Against PTSC. TPL Gains Exclusive Control.
パトリアット社の既得権に対して不利な約定判決、TPLは独占的管理を取得

4 Defendants
E. Dist. TX
テキサス州東部地裁にて4被告会社

2006

HP
Casio
Fujitsu
Sony
Nikon
Olympus
Pentax

3 Defendants
E. Dist. TX
テキサス州東部地裁にて3被告会社

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# MMP Licensing Program
# MMPライセンシング・プログラム

## Structure
## 構成

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.



# MMP Licensing Program
# MMPライセンシング・プログラム

- Royalty Collected at End-User Product Level Only
  - Portfolio Contains System-Level Claims
  - Most End-User Products Contain Chips from Many Sources

- Implementation Coverage at no Extra Cost
  - Optional Implementation License
  - Reporting

- ロイヤリティはエンドユーザー製品レベルでもってのみ回収される
  - ポートフォリオはシステムレベルのクレームを包含している
  - 殆どのエンドユーザー製品は多ソースのチップを使用している

- 追加コスト無しで、インプレメンテーションをカバーする
  - オプションとしてのインプレメンテーション・ライセンス
  - 報告

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.

# Alliacense

# MMP License Terminology
# MMPライセンス語彙

- "Licensed Product"
  - Complete, Ready-to-Use, End-User Product
  - Contains an "Implementation"
  - Bears a Licensee Brand

- "Implementation"
  - Chip, PCB, Subassembly
  - Incorporating MMP Feature (contains CPU)

- 「ライセンス製品」
  - 完成品ですぐに使用可能なエンド・ユーザー製品
  - インプレメンテーションを含む
  - ライセンシーのブランドである

- インプレメンテーション
  - チップ、PCB、サブ・アセンブリー
  - MMPのフィチャーを取り組んでいる（CPUを含む）

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# Alliacense

Alliacense is a TPL Group Enterprise.

# Implementation License Examples
# インプレメンテーション・ライセンス事例

**Implementation / System Structure is popular in "Standards" Licensing Programs**

インプレメンテーション/システム構成は「標準」ライセンシング・プログラムでは一般的である

**...The MMP Portfolio is a "De Facto" Standard**

...MMPポートフォリオは「事実上」の標準である

| PROGRAM | IMPLEMENTATION ROYALTY / LICENSE REQUIRED | END-USER PRODUCT ROYALTY | LICENSORS |
|---|---|---|---|
| MLP DVD-A | $0 / Yes | $0.50 | Dolby |
| Dolby Digital AC-3 | $0 / Yes | $1.00 | Dolby |
| MPEG2 Audio AAC | $0 / No | $0.50 | AT&T, Dolby, FhG Philips, Sony |
| MPEG4 Audio AAC | $0 / No | $0.70 | AT&T, CT, Dolby, ETRI, FT, FhG, Philips, MEI, NEC, NTT, Nokia, Samsung, Sony |
| AVC H.264 Video Coding | $0 | $0.20 | ETRI, FT, Fujitsu, Hitachi, Philips, LG, MEI, MS, Mitsubishi, Bosch, Samsung, Sedna, Sharp, Siemens, Sony, Columbia, Toshiba, JVC |
| IEEE 802.11x | $0 | $0.50 | France Telecom, Fujitsu, NJRC, Philips, LG, Sony |
| IEEE 1394 Firewire | $0 | $0.25 | Apple, Canon, Hitachi, Philips, LG, MEI, Samsung, Sony, ST, Toshiba |
| MPEG2 Video | $0 | $2.50 | Alcatel, Canon CIF Columbia, FT, Fujitsu, GI, GE, Hitachi, KDDI LG, MEI, Mitsubishi, Philips, Bosch, Samsung, Sanyo, SA, Sharp, Sony, Thomson, Toshiba, NTT, |
| ETSI DVB-T | $0 | $0.75 | FT, Philips, MEI, JVC |
| Macrovision DVD Encoding | $0 | Annual Fee | Macrovision |
| 6C Entity | $0 | 4% or $4 minimum | Hitachi, Matsushita, Mitsubishi, AOL Time Warner, Toshiba, Victor, IBM |

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense

# MMP Licensing Program
## MMPライセンシング・プログラム

## MMP Portfolio
## Pricing / Incentive
## Strategy

## MMPポートフォリオ価格
## とインセンティブの戦略



# MMP Licensing Program
# MMPライセンシング・プログラム

- Opportunities are arranged by Industry Segments.
- A tiered pricing structure is applied which favors early-movers, and disadvantages slower-moving competitors.

- 好機は業界セグメント毎に用意されている。
- 階層的価格は早期行動者に有利であり、行動の遅い競合会社には不利になるように構成されている。

## Standard Program Rates 標準プログラムレート

|  | Aerospace & Defense | Appliance & Tool | Audio/ Visual | Auto & Truck Mfrs | Auto & Truck Parts | Business Machines | Computer Peripherals |
|---|---|---|---|---|---|---|---|
| 1st |  |  |  |  | Kenwood |  | Seiko Epson |
| 2nd |  |  |  |  |  |  |  |
| 3rd |  |  |  |  |  |  |  |

Alliacense is a TPL Group Enterprise.

Subject to FRE408.   © Alliacense 2006.   Confidential & Proprietary.



# MMP Licensing Program
# MMPライセンジング・プログラム

- Opportunities are arranged by Industry Segments.

- A tiered pricing structure is applied which favors early-movers, and disadvantages slower-moving competitors.

- 好機は業界セグメント毎に用意されている。

- 階層的価格は早期行動者に有利であり、行動の遅い競合会社には不利になるように構成されている。

## Standard Program Rates　標準プログラムレート

| | Computer Storage / Computers | Consumer Electronics | Elect Test, Msmnt & Controls | Game Consoles | Heavy Equip. & Machinery | Industrial Products |
|---|---|---|---|---|---|---|
| Computer Storage | 1st | | | | | |
| Fujitsu | 3rd | 3rd | 3rd | 3rd | 3rd | 3rd |
| HP | | 2nd | 2nd | | | |
| Casio | | | 1st | 2nd | | 2nd |
| Sony | | | | 3rd | 2nd | |
| Heavy / Industrial | | | | | 1st | 1st |

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# MMP Licensing Program
# MMPライセンシング・プログラム

- Opportunities are arranged by Industry Segments.
- A tiered pricing structure is applied which favors early-movers, and disadvantages slower-moving competitors.

- 好機は業界セグメント毎に用意されている。
- 階層的価格は早期行動者に有利であり、行動の遅い競合会社には不利になるように構成されている。

## Standard Program Rates　標準プログラムレート

| | Medical Equipment | Mobile Comm. | Networking & Comm. | Photography Equipment Nikon Pentax | Scientific & Technical Instruments | Servers | Specialized Computers |
|---|---|---|---|---|---|---|---|
| 1st | | 1st | 1st | 1st | 1st | 1st | 1st |
| 2nd | Olympus 2nd | 2nd | 2nd | 2nd | 2nd | 2nd | 2nd |
| 3rd | 3rd | 3rd | 3rd | 3rd | 3rd | 3rd | 3rd |

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.

# MMP Licensing Program
# MMPライセンシング・プログラム

Alliacense

| Licensee #1 | Licensee #2 | Licensee #3 | All Others |
|---|---|---|---|
| Per Industry Segment | Per Industry Segment | Per Industry Segment | |
| ライセンシ #1 業界セグメント毎 | ライセンシ #2 業界セグメント毎 | ライセンシ #3 業界セグメント毎 | その他全て |
| 1st Round | 2nd Round | 3rd Round | Standard Program 1.8%, 7.2% |
| X | X+ | X++ | 標準プログラム |
| 第一ラウンド | 第二ラウンド | 第三ラウンド | |

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Who Are Your Competitors?
# 御社の競合会社は？

- Several Methods to Evaluate
- Major Revenue Generating Business Segments

- 評価方法は複数ある
- 主要売上を出している事業セグメント

## Delphi Corporation
### List of Competitors

| | |
|---|---|
| Aisin Seiki | Denso Corporation |
| American Axle & Manufacturing Holdings, Inc. | Federal-Mogul Corporation |
| AnvinMeritor, Inc. | Intier Automotive Inc. |
| Autoliv, Inc. | Johnson Controls |
| BorgWarner Inc. | Key Safety Systems (Key Automotive Group) |
| COFDE | Lear Corporation |
| Continental AG | Magna International |
| Dana Corporation | Robert Bosch |
| Dura Automotive Systems | TRW Automotive Holdings |
| | Visteon Corporation |

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Negotiated Royalty Rate Examples
# 交渉済みロイヤリティ率の事例

| Licensor | Licensing Program | Approx Royalty Rate |
|---|---|---|
| **ELECTRONICS SECTOR** | | |
| 6C Entity (Hitachi, MEI, Warner, Toshiba, IBM, JVC) | DVD | 4% |
| Philips | DVD | 0.75% |
| 3C Entity (Philips, Sony, Pioneer) | DVD | 5% |
| MPEGLA | MP2 Video DVD, DTV | 2% |
| Dolby | DVD, DTV | 1.5% |
| Thomson | DVD | $0.02 / disc |
| Macrovision | DVD | $0.02 / disc |
| FhG, Dolby, AT&T, Sony | MP4 AAC – Digital Satellite Radio, iPod | 1% |
| Aura, Daewoo | HDTV | 1.8% |
| TPL | Picture in Picture | 3% |
| Gamma, Fusan | Digital audio | 3% |
| IBM | AT / XT | 6% |
| MTC Electric | AC/DC converter | 3.5% |
| Ovonic Battery | Battery Patent | 7.5% |
| Symbol Tech | Bar code capture | 1% |
| Unisys | LZW compression | 1% |
| IBM | Group 1 | 2% |
| IBM | Group 2 | 2% |
| Discovision | All | 5% |
| | CD Replication | 3% |
| **MEDICAL SECTOR** | | |
| DDI | Diagnostic kits | 6% |
| Future Medical | Micro filter | 5% |
| Hailey Energy | Cyto Diagnostic | 9% |
| Molecular Bio | Acid probe | 5.5% |
| Pfizer | Burn dressing | 5% |
| Roche | PCR | 9% |



Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

Alliacense is a TPL Group Enterprise.



# MMP Licensing Program
# MMPライセンシング・プログラム

## Exposure Analysis and Proposal

## リスク分析とご提案

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.



# Products Analyzed
# 分析済み製品

- Analyzed Products are Exemplary Only - Random sampling of products where technical information was available.
- Indications are that virtually all Products utilizing microprocessors may be affected

- 分析済み製品はあくまで事例のためのものである — 技術的情報が入手可能な製品を無作為抽出する
- マイクロプロセッサー使用の文字通り全製品が侵害の可能性ありとの示唆



Alliacense is a TPL Group Enterprise.

Subject to FRE408.   © Alliacense 2006.   Confidential & Proprietary.



# Relevant Products 関連製品

**Alliacense**

Alliacense is a TPL Group Enterprise.

| Business Segment | Product Line Model Name / Number | Product Description |
|---|---|---|
| **Electrical/ Electronics & Safety** | **Satellite Radio** | |
| | 1 MyFi | Portable Satellite Radio |
| | 2 XM Satellite Radio | Delphi XM SKYFI2 satellite radio receiver |
| | 3 Roady XT | XM Roady XT is the smallest lightest XM Satellite Radio |
| | 4 XM Signal Repeater | Delphi XM® Signal Repeater |
| | **Vehicle Audio Entertainment** | |
| | 1 6-Disc | Delphi Integrated 6-Disc CD Changer |
| | 2 MP3 Audio | Vehicle MP3 Audio System |
| | 3 Rear Seat | Delphi Rear Seat Entertainment |
| | 4 Real-Time Traffic | Enabled by Delphi's data decoder and XM NavTraffic Vehicle Audio |
| | 5 Satellite Radio System | Delphi Satellite Radio Systems |
| | 6 Touch Screen Navigation | Delphi Touch-screen Navigation |
| | 7 Fuba FM | Delphi Fuba FM Diversity Reception Systems |
| | 8 Fuba TV | Delphi Fuba TV Reception System |
| | 9 HD Radio | Delphi's HD Radio provides local radio programming digital |
| | **Vehicle Connectivity** | |
| | 1 Telematics Module | Commercial Vehicle Telematics Module phone, GPS Receiver,& DSP |
| | 2 High Value | The Delphi Commercial Vehicle High Value Telematics System |
| | 3 Wireless Networking | Delphi's Commercial Vehicle Wireless Networking uses and 802.11 |

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# Relevant Products 関連製品

Alliacense

Alliacense is a TPL Group Enterprise.

| Business Segment | Product Line Model Name / Number | Product Description |
|---|---|---|
| Dynamics, Propulsion, and Thermal | **Vehicle Electronic Controls** | |
| | 1 Vehicle Body Electronics | Body Electronics Vehicle and Security Systems |
| | 2 Chassis and Steering | Chassis and Steering Electronic Control Module |
| | 3 Brake Systems | Electronic Brake Monitoring Control Units |
| | **Vehicle Microelectronics** | |
| | 1 IDMC | Delphi Inductive Driver Module Controller IC |
| | 2 ASCZ | Delphi Accelerometer Signal Conditioner IC |
| **Other** | **Medical Electronics** | |
| | 1 IVantage™ | IVantage™ Infusion Portable Handheld Pump Device |
| | 2 PocketChart™ | Medical PDA |
| | 3 VitalPoint™ Home | Remote Vital Signs Device |
| | 4 VitalPoint™ | Professional Remote Vital Signs Device |

Subject to FRE408. © Alliacense 2006.  Confidential & Proprietary.



# Royalty Models

- TPL has developed two royalty models
  - Royalty Exposure Model
  - Tiered Pricing Model

- Each Model has two components
  - Royalty Base
  - Royalty Rate

| | ROYALTY EXPOSURE MODEL<br>[Negotiable – assumptions can be adjusted to actuals] | TIERED PRICING MODEL<br>[Non-negotiable] | |
| --- | --- | --- | --- |
| | | 1st ROUND PRICING → …. | → 4th ROUND PRICING |
| Royalty Base | Total Infringing Product Revenue for Exposure Period | Total Relevant Revenue for Exposure Period | Total Relevant Revenue for Exposure Period |
| Royalty Rate | Consumer Product        1.8%<br>Commercial Products   7.2% | 1st Round Royalty Rate → … | → 4th Round Royalty Rate |

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Royalty Exposure Model
# ロイヤリティ・エクスポージャー・モデル

## ASSUMPTIONS

1. Total Worldwide Sales are constant ('00 to '16) at 2005 level

2. Sales by Business Segment are constant during Royalty Period ('00 to '16) at 2005 level

3. Total Relevant Revenue equals Total Revenue from infringing products (contain CPUs)

## 前提

1. グローバル総販売額が2000年から2016年までの間、2005年と同じレベルを毎年維持する。

2. ビジネスセグメント別販売額は2000年から2016年までのロイヤリティ期間中、2005年と同じレベルを毎年維持する。

3. 関連総収入は(CPUを含む)侵害製品の総収入と同じである。

Alliacense is a TPL Group Enterprise.

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.





Alliacense is a TPL Group Enterprise.

# Alliacense

# 2005 Relevant Revenue by Region
## 2005年度地域別関連販売額

## RELEVANT REVENUE BY BUSINESS SEGMENT - Delphi 2005

Dollars in Millions

| Business Segment | Reported Revenue | RELEVANT REVENUE Relevant Portion | RELEVANT REVENUE Total |
|---|---|---|---|
| Dynamics, Propulsion, Thermal & Interior | $ 11,800 | 55% | $ 6,490 |
| Electrical, Electronics & Safety | 13,145 | 55% | 7,230 |
| Automotive Holding Group | 1,913 | 25% | 478 |
| Other | 89 | 0% | - |
| Total | $ 26,947 | | $ 14,198 |

## ESTIMATED RELEVANT REVENUE BY REGION - Delphi 2005

Dollars in Millions

| Region | (a) Net Sales by Region | (b) Percent of Total | (a) x (b) Relevant Revenue by Region |
|---|---|---|---|
| US | $ 18,272 | 52.7% | $ 9,627 |
| Japan | 6,700 | 52.7% | 3,530 |
| Europe | 1,303 | 0.0% | - |
| Asia | 672 | 0.0% | - |
| Other | | | |
| Total | $ 26,947 | | $ 13,157 |

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.

# Alliacense

# Royalty Exposure
# ロイヤリティ・エクスポージャー

## ROYALTY EXPOSURE - DELPHI 2000-2015
Dollars in Millions

| MMP Relevant Revenue by Region | 2005 Relevant Revenue | Portfolio Life (Years) | Total Relevant Revenue |
|---|---|---|---|
| US | $ 9,627 | 15 | $ 144,409 |
| Japan | - | 10 | - |
| Europe | 3,530 | 10 | 35,301 |
| TOTAL | $ 13,157 | | $ 179,710 |

| | | Total Relevant Revenue | Royalty Rate | Total Royalty Exposure |
|---|---|---|---|---|
| Consumer Products | 100% | $ 179,710 | 1.8% | $ 3,235 |
| Commercial Products | 0% | - | 7.2% | - |
| TOTAL | | $ 179,710 | | $ 3,235 |

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.



# Thank You for Listening

ご清聴有り難うございました。

Alliacense is a TPL Group Enterprise.

Page 67

Subject to FRE408. © Alliacense 2006. Confidential & Proprietary.