UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                            Chapter 11

DELPHI CORPORATION, ET AL.,                    Case No. 05-44481-RDD

                          Debtors.                          (Jointly Administered)


--------------------------------------------------------x

### CERTIFICATE OF SERVICE

       Mary Charles-Kennedy, being duly sworn, deposes and says:

       I am not a party to the action.  I am over the age of eighteen years and reside in Queens, New York.

       On September 19, 2007, I served a copy of the document listed below by causing true and correct copies of the same to be sent by hand delivery, to the persons listed on Exhibit A hereto, unless otherwise indicated:

ARC AUTOMOTIVE, INC.'S RESERVATION OF RIGHTS
RELATING TO DEBTORS' MOTION FOR
ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 502(c)
(A) ESTIMATING AND SETTING MAXIMUM CAP ON
CERTAIN CONTINGENT OR UNLIQUIDATED CLAIMS AND
(B) APPROVING EXPEDITED CLAIMS ESTIMATION PROCEDURES.


*/s/ Mary Charles-Kennedy*
Mary Charles-Kennedy

Sworn to before me this 20th
day of September, 2007.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00023324.1 / 0153-001}

## Exhibit A

Office of the United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonhard

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: General Counsel
BY FEDERAL EXPRESS

Skadden, Arps, Slate, Meagher & Flom
LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn: John Wm. Butler, Jr.
BY FEDERAL EXPRESS

Fried, Frank, Harris, Shriver & Jacobson
LLP
One New York Plaza
New York, NY  10004
Attn: Bonnie Steingart

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Donald Bernstein & Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn: Robert J. Rosenberg & Mark A. Broude