SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone:     (312) 258-5500
Facsimile:     (312) 258-5600
Eugene J. Geekie, Jr.

ATTORNEYS FOR MEANS INDUSTRIES

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 Case |
| DELPHI CORPORATION, et al., | ) Case No. 05-44481(RDD) |
|  | ) Jointly Administered |
| Debtors. | ) |

**WITHDRAWAL OF MEANS INDUSTRIES'
MOTION TO SET OFF**

TO:   THE HONORABLE JUDGE ROBERT D. DRAIN
         UNITED STATES BANKRUPTCY JUDGE

Means Industries, Inc., hereby notifies this Court that it voluntarily withdraws with prejudice its Motion to Set Off Pre-Petition Payment Against Pre-Petition claims, filed on November 1, 2005 (Docket No. 818), pursuant to the stipulated settlement between Means Industries and the Debtor.

Dated: September 20, 2007

By:   /s/  Zhiyuan Xu
Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
Telephone:     (312) 258-5500
Facsimile:      (312) 258-5600

Counsel for Means Industries

CH2\ 2071759.1