IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                              Debtors.    :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF NOTICING AGENT REGARDING SERVICE OF BAR
DATE NOTICE ON ARKEMA INC.**

I, Eric Kurtzman, state as follows:

1.      I am over eighteen years of age and not a party to the above-captioned
cases.  I believe the statements contained herein are true based on my personal
knowledge.  I am the Chief Executive Officer of Kurtzman Carson Consultants LLC
("KCC") and my business address is 2335 Alaska Avenue, El Segundo, California 90245.
KCC was retained as the noticing agent pursuant to the Final Order Under 28 U.S.C. §
156(c) Authorizing Retention And Appointment Of Kurtzman Carson Consultants LLC
As Claims, Noticing, And Balloting Agent for Clerk Of Bankruptcy Court, entered by the
Court on December 1, 2005 (Docket No. 1374).  This declaration is based upon my
personal knowledge, except as to such matters as are stated upon information and belief.

2.      On April 20, 2006, KCC served copies of the Debtors' Notice Of Bar Date
For Filing Proofs Of Claim (the "Bar Date Notice") on the following entities:

Atofina Chemicals Inc Eft            Atofina Chemicals Inc
2000 Market St                       Autoglas Div
Philadelphia PA 19103                2000 Market St
                                     Philadelphia PA 19103

Atofina Chemicals Inc Eft
Fmly Elf Atochem Na Inc
2000 Market St
Philadelphia PA 19103

Atofina Chemicals Inc Eft
Fmly Elf Atochem No America
2000 Market St
Philadelphia PA 19103

Atofina Chemicals Inc
2000 Market St
Philadelphia PA 19103

Elf Atochem North America
2000 Market St
Philadelphia PA 19103-3222

Elf Atochem North America
Fluorochemicals Div
2000 Market St Fl 22
Philadelphia PA 19103

Arkema Inc
2000 Market St
Philadelphia PA 19103-3222

Arkema Inc
2000 Market St
Philadelphia PA 19103-3222

These names and addresses were provided by the Debtors as a part of the "creditor matrix" (the "Creditor Matrix") which is a list of each entity and person that was listed on the Debtors' Schedules Of Assets And Liabilities (the "Schedules") or was identified by the Debtors as potentially having a claim against the Debtors.

3.    KCC sent the Bar Date Notice to every entity listed on the Creditor Matrix.  If potentially duplicate entries on the Creditor Matrix did not contain exactly the same name and address, the Bar Date Notice was sent to both entries.

4.    Each Bar Date Notice served by KCC was accompanied by a proof of claim form.  If the Bar Date Notice was being sent to a party listed on the Schedules, then the amount and classification listed on the Schedules was noted on the proof of claim form.  If the recipient of the Bar Date Notice was not listed on the Schedules, it was sent a blank proof of claim form.

5.    Because the Debtors had record of multiple Arkema entities, Arkema received nine copies of the Bar Date Notice, along with nine proof of claim forms.  Six of

the Bar Date Notices were sent because Arkema and its related entities were listed on the

Debtors' Creditor Matrix, as entities with potent claims against the Debtors.  The proof of

claim forms attached to these Bar Date Notices were blank, because they were not tied to

any entity listed on the Schedules.  Three of the Bar Date Notices were sent because

Arkema and its affiliate, Atofina Chemicals, Inc. ("Atofina") were listed on the

Schedules.  The proofs of claim attached to these three Bar Date Notices noted the

amount and classification of the scheduled liability.  One Bar Date Notice was directed

to:

> Atofina Chemicals Inc
> 2000 Market St
> Philadelphia PA 19103

The proof of claim form attached to the Atofina Notice included the following text:

> The Debtor has listed your claim as Unliquidated and Disputed on
> Schedule F as a General Unsecured claim in the amount of $33,043.50.  If
> you believe that you have a claim against the Debtor, you are required to
> complete and return this form.

6.      The Debtors' Schedules, which indicate whether a claim is "disputed,"

"contingent," or "unliquidated," are available for inspection online at

http://www.delphidocket.com, a website maintained by KCC on behalf of the Debtors.

7.      To the best of my knowledge, information and belief, I hereby declare and

state that the foregoing information is true and correct.

Executed on September 20, 2007, at Los Angeles, California.

 */s/ Eric Kurtzman*
Eric Kurtzman