MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Hitachi Chemical (Singapore) Pte. Ltd.
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000
Menachem O. Zelmanovitz (MZ-0706)
Mark C. Haut (MH-0429)

Hearing Date: September 27, 2007
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                         :        Chapter 11
                                               :
DELPHI CORPORATION, et al.                     :        Case No. 05-44481 (RDD)
                                               :        (Jointly Administered)
                        Debtors.               :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Mark C. Haut, hereby certify that on the 20th day of September, 2007, copies of the Response of Hitachi Chemical (Singapore) Pte. Ltd. (f/k/a Hitachi Chemical Asia-Pacific Pte. Ltd.) to the Debtors' Twentieth Omnibus Objection to Claims, dated August 24, 2007, were served on the parties listed on the attached service list via overnight delivery.

Dated: September 20, 2007

                                                          /s/ Mark C. Haut
                                                          Mark C. Haut

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr., Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

1-NY/2226707.1