UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
-

In re                                                    Chapter 11
DELPHI CORPORATION, et al.,                               Case No. 05-44481 (RDD)
Debtors.                                                 (Jointly Administered)
  :
  :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECO AUTOMOTIVE, A DIVISION OF
MAGNA INTERNATIONAL, INC.'S OBJECTION TO DEBTORS'
TWENTIETH OMNIBUS OBJECTION PURSUANT TO 11 USC §502(b)
AND FED.R.BANKR.P. 3007 TO CERTAIN (A) DUPLICATE AND AMENDED
CLAIMS, (B) INSUFFICIENTLY DOCUMENTED CLAIMS, (C) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIM,
AND (E) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO
MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION,
CONSENSUALLY MODIFIED AND REDUCED TORT CLAIMS AND
LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION**

   Deco Automotive, a Division of Magna International, Inc. ("Magna"), for its Objection

states as follows:

   1.    Delphi has objected to the secured nature of Magna's proof of claim.

   2.    Delphi has not provided any basis or reason for the objection. Thus, it is very

difficult for Magna to intelligently respond to Delphi's objection.

   3.    Magna believes it is entitled to a claim of setoff based on all documents attached

to the proof of claim and all the terms of Magna's contracts with Delphi.

{00145261}

4.      Magna believed prior to the filing of this objection, that it had come to a

reconciliation with Delphi as to the amount of all of Magna's claims against Delphi.   See

Exhibit A.

                                        Respectfully submitted,

                                        SCHAFER AND WEINER, PLLC

                                By:   / s / Ryan Heilman
                                        DANIEL J. WEINER (P32010)
                                        RYAN HEILMAN (P63952)
                                        Counsel for Magna Intier Automotive, LLC
                                        40950 Woodward Ave., Ste. 100
                                        Bloomfield Hills, MI 48304
                                        (248) 540-3340
                                        rheilman@schaferandweiner.com

Dated:  September 20, 2007

**Recon Summary**
**Pre-Petition Balances**

**Vendor Profile**

**BEGINNING**

| | Vendor List AR | Delphi List AP | Variance |
|---|---|---|---|
| No Variance | | | |
| Amount Different | $ 406,342.96 | $406,342.96 | $ - |
| | $ 2,928.00 | $ 2,920.19 | $ (7.81) |
| Vendor List | $ 138,021.94 | | $(138,021.94) |
| Delphi List | $ (47,348.74) | $ (47,348.74) | $ (47,348.74) |
| Total | $ 547,292.90 | $361,914.41 | $(185,378.49) |

**ADJUSTMENTS**

| | Vendor List AR | Delphi List AP | Variance |
|---|---|---|---|
| No Variance | | | $ - |
| Amount Different | | | $ - |
| Vendor List | $ (134,809.40) (1)(2) | | $ 134,809.40 |
| Delphi List | $ (50,561.28) (3) | $ - | $ 50,561.28 |
| Total | $ (185,370.68) | $ - | $ 185,370.68 |

**CURRENT**

| | Vendor List AR | Delphi List AP | Variance |
|---|---|---|---|
| No Variance | | | |
| Amount Different | $ 406,342.96 | $406,342.96 | $ - |
| | $ 2,928.00 | $ 2,920.19 | $ (7.81) |
| Vendor List | $ 3,212.54 | $ - | $ (3,212.54) |
| Delphi List | $ (50,561.28) | $ (47,348.74) | $ 3,212.54 |
| Total | $ 361,922.22 | $361,914.41 | $ (7.81) |

NOTES:

(1) $ (80,334.40) Steel Surcharge that Magna had listed as a receivable - now acknowledged as having been paid through adjustment of various purchases orders. See "Pricing surcharge detail" tab

(2) $ (54,475.00) Charge issued by Delphi for tooling maintenance that Magna had listed as a receivable - Magna has agreed to accept charge

(3) $ (50,561.28) Magna acknowledged receipt and credited it to its Rotoform account

DACOR BALANCE Delphi AP Magna AR.xls          $361,914.41

RE: Magna invoice that is charging Delphi for Additional Service Steel price surcharge     see e-mail rec'd 11/16/2006
     for price increase passed to them by their supplier, United Industries, Inc.

Invoice # V372012840
Date:     4/18/2005
Amount:     $80,334.00

Price increase relates to the following invoices sent by Unitied Industries to Magna

| Invoice # | Invoice Date | Quantity Shipped | $.80 per unit surcharge | Total Charge |
|---|---|---|---|---|
| 178231 | 2/25/2005 | 13,542 | $ 0.80 | $ 10,833.60 |
| 178982 | 3/11/2005 | 12,414 | $ 0.80 | $ 9,931.20 |
| 179089 | 3/15/2005 | 24,864 | $ 0.80 | $ 19,891.20 |
| 179336 | 3/18/2005 | 23,911 | $ 0.80 | $ 19,128.80 |
| 179571 | 3/23/2005 | 25,687 | $ 0.80 | $ 20,549.60 |

TOTAL SURCHARGE =     $ 80,334.40  <--- THIS IS THE BASIS FOR MAGNA'S STEEL SURCHARGE TO DELPHI

---

**DELPHI PAID STEEL SURCHARGE - PER DONNA RANEK**     Explanation sent to Bob Merkley of Magna on 2/19/07

**EXPLANATION BELOW PROVIDED BY DANUTA "DONNA" RANEK, DELPHI BUYER;**

| Process # | DUNS # | Plant Code | Doc Type | Document | Document Dat | Total Amount | Currency ( | Bill Of Lading | Purchase ( | Status | Due Date/l | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| '90000303 | RD 17927( | EN | 2 | '5004948! | 5/6/2005 | $137,551.16 | USD | 372014994 | D0450093 | PAID | 7/1/2005 | 659037 |
| '90000303 | RD 17927( | EN | 2 | '5004949( | 5/6/2005 | $72,117.00 | USD | 372014989 | D0450093 | PAID | 7/1/2005 | 659037 |
| '90000303 | RD 17927( | EN | 2 | '5004949( | 5/6/2005 | $180,292.50 | USD | 372014992 | D0450093 | PAID | 7/1/2005 | 659037 |
| '00050161' | RD 17927( | EN | 4 | 'ADM000 | 6/22/2005 | ($54,475.00) | USD | MISC | D0450093 | PAID | 7/1/2005 | 659037 |
| '90000317. | RD 17927( | EN | 4 | 'CSR520? | 9/16/2005 | $53,585.38 | USD | 372014994 | D0450093 | PAID | 9/23/2005 | 672311 |
| '90000317. | RD 17927( | EN | 4 | 'CSR520? | 9/16/2005 | $28,094.40 | USD | 372014989 | D0450093 | PAID | 9/23/2005 | 672311 |
| '90000317. | RD 17927( | EN | 4 | 'CSR520? | 9/16/2005 | $70,236.00 | USD | 372014992 | D0450093 | PAID | 9/23/2005 | 672311 |
| | | | | | | $487,401.44 | | | | | | |

Reverse ADM0001 (charge for failure to maintain tooling)     $54,475.00  <-- This is being treated as a separate item in setoff dispute
TOTAL PURCHASE D0450093766 =     **$541,876.44**

Total Pieces in PO =     48,666

Price increased to:     $ 11.1346
Original price paid:     $ 8.013

Higher price paid by Delphi =     $ 3.1216

Incremental price paid by Delphi = $ 151,915.78  <-- Includes steel surcharge and extra labor cost
     per Donna Ranek

Surcharge component =     $ 80,334.40

Extra Labor Costs     $ 71,581.38

Per e-mail from Donna Ranek on 2/19/07:

We have reviewed Vehma files with Nicole Boland who was the buyer involved with this supplier during the time in question.
Our investigation indicates that Spot Buy PO #450093766 contains the payment of $80,334.40 for the raw material surcharges from United.
The bank order quantity has been reduced from 100,000 to 48,666 and the piece price was increased from $8.013 to $11.1346.
The piece price change was calculated to cover the extra labor cost and the raw material surcharges.

I hope this information will offer you an adequate explanation. There are no open surcharge invoices to be further considered.

With best regards,

Danuta "Donna" Ranek
New # 248 813-4375

Note: regarding steel surcharge issue.

Delphi AP Magna AR.xls     9/20/2007 4:22 PM

| MATCHING | AP | AR | Dollar Variance |
|---|---|---|---|
| 136713 | $2,920.19 | $2,928.00 | $ 7.81 |
| Grand Total | | | $ 7.81 |

| MATCHING | AP | AR | Vendor's List | |
|---|---|---|---|---|
| 317341 | | $ 3,212.54 | $   3,212.54 | #N/A |
| | | | | |
| | | | | |
| CS060659037 | | $54,475.00 | $  54,475.00 | #N/A |
| V372012840 | | $80,334.40 | $  80,334.40 | #N/A |
| Grand Total | | | $ 138,021.94 | |

This ties to Delphi AP # 317341 in same amount (see tab "DelphiList")
Charge to Magna for failing to maintain tooling equipment -
Magna AR total would have to be reduced if it agrees to this
charge.
see tab - Pricing surcharge detail

| MATCHING | AP | AR | Delphi's List | |
|---|---|---|---|---|
| 917341 | $  3,212.54 | | $  3,212.54 | This ties to Magna open A |
| PER LEGL | $(50,561.28) | | $(50,561.28) | see notes below  Payment t |
| Grand Total | | | $(47,348.74) | |

RE: $50,561.28 payment      Magna acknowledges receipt but they credited it to their Rotofo
                            I don't think this matters - except to the extent Rotofc

R # 317341 in same amount (see tab "Vendor List")
o Magna. Document e-mailed to Bob Merkley of Magna


rm account
orm is not included in our recap

| Process # | DUNS # | Plant Code | Doc Type # | Document # | Document Date | Total Amount |
|---|---|---|---|---|---|---|
| '9000031558501 RD | 175199058 | HA | 2 | '5203543911001 | 9/1/2005 | $1,464.00 |
| '9000031580070 RD | 175199058 | HA | 2 | '5203551827001 | 9/2/2005 | $2,928.00 |
| '9000031619334 RD | 175199058 | HA | 2 | '5203582909001 | 9/7/2005 | $8,784.00 |
| '9000031633641 RD | 175199058 | HA | 2 | '5203590242001 | 9/7/2005 | $4,392.00 |
| '9000031655275 RD | 175199058 | HA | 2 | '5203598811001 | 9/9/2005 | $5,856.00 |
| '9000031685534 RD | 175199058 | HA | 2 | '5203620055001 | 9/13/2005 | $2,928.00 |
| '9000031699676 RD | 175199058 | HA | 2 | '5203628570001 | 9/14/2005 | $4,392.00 |
| '9000031725222 RD | 175199058 | HA | 2 | '5203636498001 | 9/15/2005 | $5,856.00 |
| '9000031748205 RD | 175199058 | HA | 2 | '5203644353001 | 9/16/2005 | $4,392.00 |
| '9000031779386 RD | 175199058 | HA | 2 | '5203664209001 | 9/20/2005 | $4,392.00 |
| '9000031793412 RD | 175199058 | HA | 2 | '5203673140001 | 9/21/2005 | $4,392.00 |
| '9000031809274 RD | 175199058 | HA | 2 | '5203681714001 | 9/22/2005 | $4,392.00 |
| '9000031848728 RD | 175199058 | HA | 2 | '5203704156001 | 9/26/2005 | $4,392.00 |
| '9000031860952 RD | 175199058 | HA | 2 | '5203712605001 | 9/27/2005 | $4,392.00 |
| '9000031916583 RD | 175199058 | HA | 2 | '5203740297001 | 9/30/2005 | $2,920.19 |
| '9000031932210 RD | 175199058 | HA | 2 | '5203751294001 | 10/3/2005 | $5,856.00 |
| '9000031996401 RD | 175199058 | HA | 2 | '5203785542001 | 10/7/2005 | $2,928.00 |
| '9000031964098 RD | 194517249 | J3 | 2 | '5203763335001 | 5/9/2005 | $16,934.40 |
| '9000031964100 RD | 194517249 | J3 | 2 | '5203763339001 | 5/31/2005 | $12,337.92 |
| '9000031558733 RD | 194517249 | J3 | 2 | '5203544617001 | 9/1/2005 | $3,212.54 |
| '9000031964099 RD | 194517249 | J3 | 2 | '5203763338001 | 9/1/2005 | $4,354.56 |
| '9000031605215 RD | 194517249 | J3 | 2 | '5203574458001 | 9/6/2005 | $3,212.54 |
| '9000031633934 RD | 194517249 | J3 | 2 | '5203583801001 | 9/7/2005 | $3,212.54 |
| '9000031633935 RD | 194517249 | J3 | 2 | '5203591246001 | 9/8/2005 | $3,212.54 |
| '9000031699950 RD | 194517249 | J3 | 2 | '5203629811001 | 9/14/2005 | $3,212.54 |
| '9000031764972 RD | 194517249 | J3 | 2 | '5203656886001 | 9/19/2005 | $3,212.54 |
| '9000031793750 RD | 194517249 | J3 | 2 | '5203672781001 | 9/21/2005 | $4,818.82 |
| '9000031833875 RD | 194517249 | J3 | 2 | '5203689294001 | 9/23/2005 | $3,212.54 |
| '9000031849014 RD | 194517249 | J3 | 2 | '5203704320001 | 9/26/2005 | $3,212.54 |
| '9000031861261 RD | 194517249 | J3 | 2 | '5203713128001 | 9/27/2005 | $3,212.54 |
| '9000031894159 RD | 194517249 | J3 | 2 | '5203731418001 | 9/29/2005 | $3,212.54 |
| '9000031917026 RD | 194517249 | J3 | 2 | '5203739690001 | 9/30/2005 | $1,606.27 |
| '9000032530481 RD | 194517249 | J3 | 2 | '5204118730001 | 9/30/2005 | $6,048.00 |
| '9000031932620 RD | 194517249 | J3 | 2 | '5203751026001 | 10/3/2005 | $4,818.82 |
| '000000030751 RD | 194517249 | EW | 4 | 'ADM200510055 | 10/5/2005 | ($50,561.28) |
| '9000031964101 RD | 194517249 | J3 | 2 | '5203769345001 | 10/5/2005 | $3,212.54 |
| '9000031977596 RD | 194517249 | J3 | 2 | '5203776969001 | 10/6/2005 | $3,212.54 |
| '9000031996821 RD | 194517249 | J3 | 2 | '5203785386001 | 10/7/2005 | $3,212.54 |
| '9000031963879 RD | 179276159 | H2 | 2 | '5203767313001 | 2/22/2005 | $130,661.17 |
| '9000031963880 RD | 179276159 | H2 | 2 | '5203767314001 | 4/1/2005 | $15,437.88 |
| '9000031963881 RD | 179276159 | H2 | 2 | '5203767373001 | 4/1/2005 | $99,038.64 |
|  |  |  |  |  |  | $361,914.41 |

| Currency Code | Bill Of Lading | Purchase Order # | Status | Due Date/Payment Date | Payment # |
|---|---|---|---|---|---|
| USD | 135622 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 135677 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 135754 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 135802 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 135853 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 135981 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136030 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136078 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136130 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136289 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136336 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136380 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136483 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136577 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 00136713 A | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136765 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 136959 | D0550005062 | Ready To Pay | 12/31/2049 | 0 |
| USD | 915429 | D0450122539 | Ready To Pay | 12/31/2049 | 0 |
| USD | 915757 | D0450144092 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917226 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917272 | D0450144092 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917283 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917314 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917341 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917476 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917551 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917648 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917720 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917753 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917794 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917859 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917894 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917958 | D0450155867 | Ready To Pay | 12/31/2049 | 0 |
| USD | 917923 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | PER LEGAL | | Ready To Pay | 12/31/2049 | 0 |
| USD | 918003 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 918042 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | 918084 | D0550049273 | Ready To Pay | 12/31/2049 | 0 |
| USD | V372012581 | D0450136399 | Ready To Pay | 12/31/2049 | 0 |
| USD | V372012793 | D0450136399 | Ready To Pay | 12/31/2049 | 0 |
| USD | V372012794 | D0450136399 | Ready To Pay | 12/31/2049 | 0 |

| MATCHING | AP | AR | No Variance |
|---|---|---|---|
| 135622 | 1464 | 1464 | 1464 |
| 135677 | 2928 | 2928 | 2928 |
| 135754 | 8784 | 8784 | 8784 |
| 135802 | 4392 | 4392 | 4392 |
| 135853 | 5856 | 5856 | 5856 |
| 135981 | 2928 | 2928 | 2928 |
| 136030 | 4392 | 4392 | 4392 |
| 136078 | 5856 | 5856 | 5856 |
| 136130 | 4392 | 4392 | 4392 |
| 136289 | 4392 | 4392 | 4392 |
| 136336 | 4392 | 4392 | 4392 |
| 136380 | 4392 | 4392 | 4392 |
| 136483 | 4392 | 4392 | 4392 |
| 136577 | 4392 | 4392 | 4392 |
| 136765 | 5856 | 5856 | 5856 |
| 136959 | 2928 | 2928 | 2928 |
| 915429 | 16934.4 | 16934.4 | 16934.4 |
| 915757 | 12337.92 | 12337.92 | 12337.92 |
| 917226 | 3212.54 | 3212.54 | 3212.54 |
| 917272 | 4354.56 | 4354.56 | 4354.56 |
| 917283 | 3212.54 | 3212.54 | 3212.54 |
| 917314 | 3212.54 | 3212.54 | 3212.54 |
| 917476 | 3212.54 | 3212.54 | 3212.54 |
| 917551 | 3212.54 | 3212.54 | 3212.54 |
| 917648 | 4818.82 | 4818.82 | 4818.82 |
| 917720 | 3212.54 | 3212.54 | 3212.54 |
| 917753 | 3212.54 | 3212.54 | 3212.54 |
| 917794 | 3212.54 | 3212.54 | 3212.54 |
| 917859 | 3212.54 | 3212.54 | 3212.54 |
| 917894 | 1606.27 | 1606.27 | 1606.27 |
| 917923 | 4818.82 | 4818.82 | 4818.82 |
| 917958 | 6048 | 6048 | 6048 |
| 918003 | 3212.54 | 3212.54 | 3212.54 |
| 918042 | 3212.54 | 3212.54 | 3212.54 |
| 918084 | 3212.54 | 3212.54 | 3212.54 |
| V372012581 | 130661.17 | 130661.17 | 130661.17 |
| V372012793 | 15437.88 | 15437.88 | 15437.88 |
| V372012794 | 99038.64 | 99038.64 | 99038.64 |
| Grand Total | | | 406342.96 |

| MATCHING | AP | AR | No Variance |
|---|---|---|---|
| 135622 | 1464 | 1464 | 1464 |
| 135677 | 2928 | 2928 | 2928 |
| 135754 | 8784 | 8784 | 8784 |
| 135802 | 4392 | 4392 | 4392 |
| 135853 | 5856 | 5856 | 5856 |
| 135981 | 2928 | 2928 | 2928 |
| 136030 | 4392 | 4392 | 4392 |
| 136078 | 5856 | 5856 | 5856 |
| 136130 | 4392 | 4392 | 4392 |
| 136289 | 4392 | 4392 | 4392 |
| 136336 | 4392 | 4392 | 4392 |
| 136380 | 4392 | 4392 | 4392 |
| 136483 | 4392 | 4392 | 4392 |
| 136577 | 4392 | 4392 | 4392 |
| 136765 | 5856 | 5856 | 5856 |
| 136959 | 2928 | 2928 | 2928 |
| 915429 | 16934.4 | 16934.4 | 16934.4 |
| 915757 | 12337.92 | 12337.92 | 12337.92 |
| 917226 | 3212.54 | 3212.54 | 3212.54 |
| 917272 | 4354.56 | 4354.56 | 4354.56 |
| 917283 | 3212.54 | 3212.54 | 3212.54 |
| 917314 | 3212.54 | 3212.54 | 3212.54 |
| 917476 | 3212.54 | 3212.54 | 3212.54 |
| 917551 | 3212.54 | 3212.54 | 3212.54 |
| 917648 | 4818.82 | 4818.82 | 4818.82 |
| 917720 | 3212.54 | 3212.54 | 3212.54 |
| 917753 | 3212.54 | 3212.54 | 3212.54 |
| 917794 | 3212.54 | 3212.54 | 3212.54 |
| 917859 | 3212.54 | 3212.54 | 3212.54 |
| 917894 | 1606.27 | 1606.27 | 1606.27 |
| 917923 | 4818.82 | 4818.82 | 4818.82 |
| 917958 | 6048 | 6048 | 6048 |
| 918003 | 3212.54 | 3212.54 | 3212.54 |
| 918042 | 3212.54 | 3212.54 | 3212.54 |
| 918084 | 3212.54 | 3212.54 | 3212.54 |
| V372012581 | 130661.17 | 130661.17 | 130661.17 |
| V372012793 | 15437.88 | 15437.88 | 15437.88 |
| V372012794 | 99038.64 | 99038.64 | 99038.64 |
| Grand Total | | | 406342.96 |

| Sum of AMOUNT | AR/AP | | | | | |
|---|---|---|---|---|---|---|
| MATCHING | AP | AR | Variance | Vendor Dif | Delphi Dif | Vendor's List |
| 135622 | $1,464.00 | $1,464.00 | $0.00 | 0 | 0 | 0 |
| 135677 | $2,928.00 | $2,928.00 | $0.00 | 0 | 0 | 0 |
| 135754 | $8,784.00 | $8,784.00 | $0.00 | 0 | 0 | 0 |
| 135802 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 135853 | $5,856.00 | $5,856.00 | $0.00 | 0 | 0 | 0 |
| 135981 | $2,928.00 | $2,928.00 | $0.00 | 0 | 0 | 0 |
| 136030 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136078 | $5,856.00 | $5,856.00 | $0.00 | 0 | 0 | 0 |
| 136130 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136289 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136336 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136380 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136483 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136577 | $4,392.00 | $4,392.00 | $0.00 | 0 | 0 | 0 |
| 136713 | $2,920.19 | $2,928.00 | -$7.81 | 2928 | 2920.19 | 0 |
| 136765 | $5,856.00 | $5,856.00 | $0.00 | 0 | 0 | 0 |
| 136959 | $2,928.00 | $2,928.00 | $0.00 | 0 | 0 | 0 |
| 317341 | | $3,212.54 | -$3,212.54 | 0 | 0 | 3212.54 |
| 915429 | $16,934.40 | $16,934.40 | $0.00 | 0 | 0 | 0 |
| 915757 | $12,337.92 | $12,337.92 | $0.00 | 0 | 0 | 0 |
| 917226 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917272 | $4,354.56 | $4,354.56 | $0.00 | 0 | 0 | 0 |
| 917283 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917314 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917341 | $3,212.54 | | $3,212.54 | 0 | 0 | 0 |
| 917476 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917551 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917648 | $4,818.82 | $4,818.82 | $0.00 | 0 | 0 | 0 |
| 917720 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917753 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917794 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917859 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 917894 | $1,606.27 | $1,606.27 | $0.00 | 0 | 0 | 0 |
| 917923 | $4,818.82 | $4,818.82 | $0.00 | 0 | 0 | 0 |
| 917958 | $6,048.00 | $6,048.00 | $0.00 | 0 | 0 | 0 |
| 918003 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 918042 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |
| 918084 | $3,212.54 | $3,212.54 | $0.00 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CS060659037 | | $54,475.00 | -$54,475.00 | 0 | 0 | 54475 |
| PER LEGL | -$50,561.28 | | -$50,561.28 | 0 | 0 | 0 |
| V372012581 | $130,661.17 | $130,661.17 | $0.00 | 0 | 0 | 0 |
| V372012793 | $15,437.88 | $15,437.88 | $0.00 | 0 | 0 | 0 |
| V372012794 | $99,038.64 | $99,038.64 | $0.00 | 0 | 0 | 0 |
| V372012840 | | $80,334.40 | -$80,334.40 | 0 | 0 | 80334.4 |
| Grand Total | $361,914.41 | $547,292.90 | -185378.49 | 2928 | 2920.19 | 138021.94 |

| Delphi's List | No Variance | Dollar Variance |
|---:|---:|---:|
| 0 | 1464 | 0 |
| 0 | 2928 | 0 |
| 0 | 8784 | 0 |
| 0 | 4392 | 0 |
| 0 | 5856 | 0 |
| 0 | 2928 | 0 |
| 0 | 4392 | 0 |
| 0 | 5856 | 0 |
| 0 | 4392 | 0 |
| 0 | 4392 | 0 |
| 0 | 4392 | 0 |
| 0 | 4392 | 0 |
| 0 | 4392 | 0 |
| 0 | 4392 | 0 |
| 0 | 0 | 7.81 |
| 0 | 5856 | 0 |
| 0 | 2928 | 0 |
| 0 | 0 | 0 |
| 0 | 16934.4 | 0 |
| 0 | 12337.92 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 4354.56 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |
| 3212.54 | 0 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 4818.82 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 1606.27 | 0 |
| 0 | 4818.82 | 0 |
| 0 | 6048 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |
| 0 | 3212.54 | 0 |

| | | |
|---:|---:|---:|
| 0 | 0 | 0 |
| -50561.28 | 0 | 0 |
| 0 | 130661.17 | 0 |
| 0 | 15437.88 | 0 |
| 0 | 99038.64 | 0 |
| 0 | 0 | 0 |
| -47348.74 | 406342.96 | 7.81 |

Click here
MAC

| AR/AP | A/R Name | A/P Name | MATCHING | AMOUNT |
|---|---|---|---|---|
| AP | | TESMA INTERNATIONAL IN( | PER LEGL | -50,561.28 |
| AP | | TESMA INTERNATIONAL IN( | 917226 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917283 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917314 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917341 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917476 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917551 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917648 | 4,818.82 |
| AP | | TESMA INTERNATIONAL IN( | 917720 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917753 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917794 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917859 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917894 | 1,606.27 |
| AP | | TESMA INTERNATIONAL IN( | 917923 | 4,818.82 |
| AP | | TESMA INTERNATIONAL IN( | 915429 | 16,934.40 |
| AP | | TESMA INTERNATIONAL IN( | 917272 | 4,354.56 |
| AP | | TESMA INTERNATIONAL IN( | 915757 | 12,337.92 |
| AP | | TESMA INTERNATIONAL IN( | 918003 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 918042 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 918084 | 3,212.54 |
| AP | | TESMA INTERNATIONAL IN( | 917958 | 6,048.00 |
| AP | | COSMA INTERNATIONAL IN· | 135622 | 1464.00 |
| AP | | COSMA INTERNATIONAL IN· | 135677 | 2928.00 |
| AP | | COSMA INTERNATIONAL IN· | 135754 | 8784.00 |
| AP | | COSMA INTERNATIONAL IN· | 135802 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 135853 | 5856.00 |
| AP | | COSMA INTERNATIONAL IN· | 135981 | 2928.00 |
| AP | | COSMA INTERNATIONAL IN· | 136030 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136078 | 5856.00 |
| AP | | COSMA INTERNATIONAL IN· | 136130 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136289 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136336 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136380 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136483 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136577 | 4392.00 |
| AP | | COSMA INTERNATIONAL IN· | 136713 | 2920.19 |
| AP | | COSMA INTERNATIONAL IN· | 136765 | 5856.00 |

| | | | | | |
|---|---|---|---|---|---|
| AP | | COSMA INTERNATIONAL IN | 136959 | | 2928.00 |
| AP | | VEHMA INTERNATIONAL OF | V372012581 | | 130,661.17 |
| AP | | VEHMA INTERNATIONAL OF | V372012793 | | 15,437.88 |
| AP | | VEHMA INTERNATIONAL OF | V372012794 | | 99,038.64 |
| AR | Delphi | | 915429 | | 16,934.40 |
| AR | Delphi | | 915757 | | 12,337.92 |
| AR | Delphi | | 917226 | | 3,212.54 |
| AR | Delphi | | 917272 | | 4,354.56 |
| AR | Delphi | | 917283 | | 3,212.54 |
| AR | Delphi | | 917314 | | 3,212.54 |
| AR | Delphi | | 317341 | | 3,212.54 |
| AR | Delphi | | 917476 | | 3,212.54 |
| AR | Delphi | | 917551 | | 3,212.54 |
| AR | Delphi | | 917648 | | 4,818.82 |
| AR | Delphi | | 917720 | | 3,212.54 |
| AR | Delphi | | 917753 | | 3,212.54 |
| AR | Delphi | | 917794 | | 3,212.54 |
| AR | Delphi | | 917859 | | 3,212.54 |
| AR | Delphi | | 917894 | | 1,606.27 |
| AR | Delphi | | 917923 | | 4,818.82 |
| AR | Delphi | | 917958 | | 6,048.00 |
| AR | Delphi | | 918003 | | 3,212.54 |
| AR | Delphi | | 918042 | | 3,212.54 |
| AR | Delphi | | 918084 | | 3,212.54 |
| AR | Delphi | | 135622 | $ | 1,464.00 |
| AR | Delphi | | 135677 | $ | 2,928.00 |
| AR | Delphi | | 135754 | $ | 8,784.00 |
| AR | Delphi | | 135802 | $ | 4,392.00 |
| AR | Delphi | | 135853 | $ | 5,856.00 |
| AR | Delphi | | 135981 | $ | 2,928.00 |
| AR | Delphi | | 136030 | $ | 4,392.00 |
| AR | Delphi | | 136078 | $ | 5,856.00 |
| AR | Delphi | | 136130 | $ | 4,392.00 |
| AR | Delphi | | 136289 | $ | 4,392.00 |
| AR | Delphi | | 136336 | $ | 4,392.00 |
| AR | Delphi | | 136380 | $ | 4,392.00 |
| AR | Delphi | | 136483 | $ | 4,392.00 |
| AR | Delphi | | 136577 | $ | 4,392.00 |
| AR | Delphi | | 136713 | $ | 2,928.00 |
| AR | Delphi | | 136765 | $ | 5,856.00 |
| AR | Delphi | | 136959 | $ | 2,928.00 |
| AR | Delphi | | V372012581 | | 130,661.17 |

| | | | |
|---|---|---|---|
| AR | Delphi | V372012793 | 15,437.88 |
| AR | Delphi | V372012794 | 99,038.64 |
| AR | Delphi | V372012840 | 80,334.40 |
| AR | Delphi | CS060659037 | 54,475.00 |