Hearing Date and Time: September 27, 2007 at 10:00 a.m.
Response Date and Time: September 20, 2007 at 4:00 p.m.

DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. – 7791)(Admitted pro hac vice)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
Attorneys for GE Consumer & Industrial f/k/a GE Lighting


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :    Case No: 05-44481 (RDD)
                                                  :    (Jointly Administered)
                            Debtors.              :
---------------------------------------------------------------x

# CERTIFICATION OF SERVICE REGARDING RESPONSE OF GE CONSUMER & INDUSTRIAL F/K/A GE LIGHTING TO DEBTORS' TWENTIETH OMNIBUS CLAIMS OBJECTION

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey, counsel for GE Consumer & Industrial f/k/a GE Lighting in connection with the above-referenced matter.

2. On September 20, 2007, I electronically filed the Response of GE Consumer & Industrial f/k/a GE Lighting to Debtors' Twentieth Omnibus Claims Objection with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon:

2

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: September 20, 2007
Florham Park, New Jersey

## Service List

**Served Via Email On 09/20/07:**

jbutler@skadden.com
jlyonsch@skadden.com

**Served Via Facsimile on 09/20/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps, et al.
Fax No. 312-407-041

**Served Via Overnight Mail On 09/20/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago. IL  60606

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn:  General Counsel

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408