Hearing Date and Time: September 27, 2007 at 10:00 a.m.
Response Date and Time: September 20, 2007 at 4:00 p.m.

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. – 7791)(Admitted pro hac vice)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

*- and -*

CARSON FISCHER, P.L.C.
ROBERT A. WEISBERG (MI# P13452)
CHRISTOPHER A. GROSMAN (MI# P58693)
4111 Andover Road
West – 2nd Floor
Bloomfield Hills, Michigan 48302
(248) 644-4840 (telephone)
(248) 644-1832 (facsimile)

COUNSEL FOR FUJITSU TEN CORP. OF AMERICA


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :    Chapter 11
DELPHI CORPORATION, et al.,                                    :    Case No: 05-44481 (RDD)
                                                               :    (Jointly Administered)
                                     Debtors.                  :
---------------------------------------------------------------x

**CERTIFICATION OF SERVICE REGARDING FUJITSU TEN CORP. OF AMERICA'S
RESPONSE TO DEBTORS' TWENTIETH OMNIBUS CLAIMS OBJECTION**

      MARCIA L. STEEN, of full age, hereby certifies as follows:

      1.    I am a paralegal employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey, local counsel for Fujitsu Ten Corp of America in connection with the above-referenced matter.

2

2.     On September 19, 2007, I electronically filed the Fujitsu Ten Corp of America's Response to Debtors' Twentieth Omnibus Claims Objection with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon:

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: September 20, 2007
Florham Park, New Jersey

## Service List

**Served Via Overnight Mail On 09/19/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago. IL  60606

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn:  General Counsel

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408