PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Robert J. Feinstein (RF-2836)
Michael R. Seidl (DE Bar No. 3889)
Ilan D. Scharf (IS-3469)

Counsel for Creditor Essex Group, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas J. Brown, certify that, on the 19th day of September 2007, I caused true and accurate copies of the *Response and Limited Opposition of Essex Group, Inc., to Debtors' Twentieth Omnibus Claims Objection* to be served by Federal Express, an overnight courier, upon the parties on the attached service list.

/s/ Thomas J. Brown
Thomas J. Brown

SWORN TO AND SUBSCRIBED before me this
 20th day of September, 2007

 /s/ G. Karen Brown
G. Karen Brown
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Nassau County
Commission Expires January 16, 2011

17986-001\DOCS_NY:13532.1

## SERVICE LIST

*Via Overnight Delivery*
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

*Vial Overnight Delivery*
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., Esq.
Attn: John K. Lyons, Esq.
Attn: Joseph N. Wharton, Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606