

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3ʳᵈ Floor*

*New York, New York  10007*

September 20, 2007

BY HAND AND ECF

Hon. Robert D. Drain
United States Bankruptcy Judge
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004-1408

      Re:    *In re Delphi Corporation, et al.*, No. 05-44481 (RDD)

Dear Judge Drain:

      This Office represents various federal agencies in the above-referenced bankruptcy.  I write for two reasons.

      *First*, I write to enter my appearance in this case.  I have assumed the representation of the federal agencies — including the Environmental Protection Agency, the Internal Revenue Service, the Department of Health and Human Services, and Customs and Border Protection (CBP) —  from AUSA David Kennedy, who was promoted to a supervisory position.

      *Second*, I write in response to Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and 502(c) (a) Estimating and Setting Maximum Cap on Certain Contingent or Unliquidated Claims, and (b) Approving Expedited Claims Estimation Process (the "Motion"). Debtor's Motion seeks to cap CBP's $82,643.04 claim (claim number 16127) at $20,000 for voting purposes.  CBP has no objection to the motion; I write only to emphasize that CBP consents to a cap on its claim solely for voting purposes, and will continue to assert its entitlement to full payment of the claim.

Thank you for your consideration.

                      Respectfully,

                      MICHAEL J. GARCIA
                      United States Attorney

By:   /s/ Matthew L. Schwartz
       MATTHEW L. SCHWARTZ
       Assistant United States Attorney
       Telephone: (212) 637-1945
       Facsimile:  (212) 637-2750
       E-mail:  matthew.schwartz@usdoj.gov

cc:    BY UNITED STATES MAIL AND ECF

      Delphi Corporation
      Attn:  General Counsel
      5725 Delphi Drive
      Troy, Michigan 48098

      John Wm. Butler, Jr., Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP
      333 West Wacker Drive, Suite 2100
      Chicago, Illinois 60606

      Donald Bernstein, Esq.
      Brian Resnick, Esq.
      Davis Polk & Wardwell
      450 Lexington Avenue
      New York, New York 10017

      Robert J. Rosenberg, Esq.
      Mark A. Broude, Esq.
      Latham & Watkins LLP
      885 Third Avenue
      New York, New York 10022

      Bonnie Steingart, Esq.
      Fried, Frank, Harris, Shriver & Jacobson LLP
      One New York Plaza
      New York, New York 10004

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004