ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
    **DELPHI CORPORATION,** *et. al.*,      :   Case No. 05-44481 (RDD)
                                                             :
        **Debtors.**    :   Jointly Administered
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA            )
                            )    ss:
COUNTY OF FULTON            )

    DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

    2.    On the 19th day of September 2007, I caused true and correct copies of the **Limited Objection of Cadence Innovation LLC to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Estimating and Setting Maximum Cap on Certain Contingent or Unliquidated Claims and (B) Approving Expedited**

**Claims Estimation Procedures** by depositing said copies in the United States Mail, with adequate First Class postage affixed thereon, properly addressed to the following parties:

| | |
|---|---|
| John Wm. Butler, Jr. Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 |

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 20th day of September 2007.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2008

LEGAL02/30535222v1