# KLASH Inc.
## Engineering Services

Aug 17,2007

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New.York, NY 10004

In re: Delphi Corporation. et al.,  Case No. 05-44481

Dear Judge Drain,
KLASH, Inc. hereby provides notice to the Court that we are hereby withdrawing our Response to the Debtors' Eleventh Omnibus Objection under Claim number 8914.

Respectfully submitted,

Karl Hopper
KLASH Inc

Phone...........765-724-9828
Fax..............765-724-1192
E-mail..karl.hopper@sbcglobal.net