Tara J. Schleicher, OSB #95402
Farleigh Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741



Attorneys for Teledyne Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- X
                                                        :
In re                                                   :     Chapter 11
                                                        :
DELPHI CORPORATION, et al.                              :     Case No. 05-44481 (RDD)
                                                        :
            Debtors.                                    :     (Jointly Administered)
                                                        :
------------------------------------------------------- X

## WITHDRAWAL OF RESPONSE

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 15615 (Teledyne Technologies, Inc.) dated September 4, 2007, Teledyne Technologies, Inc., by and through its undersigned attorneys, hereby withdraws with prejudice its Response to Debtors' Seventh Omnibus Claims Objection (Docket No. 6904).

DATED this 11th day of September, 2007.

Respectfully Submitted:

FARLEIGH WITT

/s/ Tara J. Schleicher
Tara J. Schleicher, OSB #95402
Attorneys for Teledyne Technologies, Inc.
Farleigh Witt
121 SW Morrison, Suite 600
Portland, OR 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741
TSchleicher@farleighwitt.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007 I served the foregoing **WITHDRAWAL OF RESPONSE** on the following parties *via electronic notification, e-mail, facsimile or by depositing a true copy thereof, contained in a sealed envelope, with first-class postage prepaid*, addressed to said parties at the last known address shown below and in the U.S. mail at Portland, Oregon:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
**Debtor**

Skadden, Arps, Slate, et al
Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
**Attorneys for Debtor**

Dated: September 11, 2007.

FARLEIGH WITT

By: /s/ Tara J. Schleicher
Tara J. Schleicher, OSB #95402
(503) 228-6044
TSchleicher@farleighwitt.com
Attorneys for Teledyne Technologies, Inc.

Page 1 -   CERTIFICATE OF SERVICE – WITHDRAWAL OF RESPONSE

H:\Client\Teltec\80055\COS.doc

*FARLEIGH WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741