MICHAEL K. STAUB
Stocker, Smith, Luciani & Staub, PLLC
312 W. Sprague Avenue
Spokane, WA  99201
Attorneys for Proto Manufacturing, Inc.

Telephone:   (509) 327-2500
Facsimile:    (509) 327-3504



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | NO. 05-44481 (RDD) |
| ) | |
| Debtors. ) | NOTIFICATION RE CHANGE OF |
| ) | FIRM ADDRESS AND |
| ) | TELEPHONE NUMBER |

TO:   The Clerk of the United States Bankruptcy Court

PLEASE TAKE NOTICE that the address and telephone number of Michael K. Staub, attorney for Proto Manufacturing, Inc., a Creditor herein, has changed effective June 25, 2007.  The new address and telephone number are as follows:

Michael K. Staub
Stocker, Smith, Luciani & Staub, PLLC
312 W. Sprague Avenue
Spokane, WA  99201
Telephone:  (509) 327-2500
Fax:  (509) 327-3504

NOTIFICATION RE CHANGE OF
ADDRESS AND TELEPHONE NUMBER: 1

LAW OFFICES OF
STOCKER, SMITH,
LUCIANI & STAUB, PLLC
312 W. SPRAGUE AVENUE
SPOKANE, WA 99201
TELEPHONE (509) 327-2500
TELEFAX (509) 327-3504

It is respectfully requested that the Court update the Master Mailing Matrix for this case to reflect the change of address noted herein.

DATED this 12th day of September, 2007.

>                STOCKER, SMITH, LUCIANI &
>                STAUB, PLLC
>
>                By: _____
>                MICHAEL K. STAUB
>                Attorney for Proto
>                Manufacturing, Inc.

R:\Proto\Delphi\NotChangeAddress.doc

NOTIFICATION RE CHANGE OF
ADDRESS AND TELEPHONE NUMBER: 2

LAW OFFICES OF
STOCKER, SMITH,
LUCIANI & STAUB, PLLC
312 W. SPRAGUE AVENUE
SPOKANE, WA 99201
TELEPHONE (509) 327-2500
TELEFAX (509) 327-3504