# U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## AT MANHATTAN

### PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

IN RE:  DELPHI AUTOMOTIVE SYSTEMS HUMAN          Case No.:  05-44639-S
          RESOURCES LLC
          5725 DELPHI DR                                  Chapter:  11
          TROY, MI 48098                                  Claim Date: 9/4/2007

**The State of Ohio Department of Taxation hereby withdraws its claim in the amount of $5,503.23 in the above-captioned proceedings. Said claim was filed in error and is therefore WITHDRAWN.**

/s/Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH 43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca_daum@tax.state.oh.us
Alternate Contact: Email: katherine_glatzhofer@tax.state.oh.us

RECEIVED
SEP 1 3 2007
KURTZMAN CARSON


0544639070911000000000001

9/4/2007                                                                                    Page 1 of 1



**Ohio Department of TAXATION**

*Bankruptcy Division*
*30 E. Broad Street, 23rd floor*
*Columbus, Ohio 43216*
*(614) 752-6864    Fax (614) 995-0164*
*www.state.oh.us/tax/*

September 4, 2007

Delphi Corporation
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Ave.
El Segundo, CA 90245-4808

To whom it may concern:

Find enclosed Proof of Claim to be filed on behalf of the Tax Commissioner of Ohio, against the assets of the following:

## DELPHI AUTOMOTIVE SYSTEMS HUMAN

## CASE # 05-44639-S

Please stamp the copy, with the received date and the bankruptcy claim number and return in the self addressed stamped envelope to this office.

Sincerely,

Rebecca L. Daum
Attorney - Bankruptcy Division

RECEIVED
SEP 11 2007
CLAIMS PROCESSING CENTER
USBC, SDNY