

HONORABLE JUDGE
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,
ONE BOWLING GREEN, ROOM 610,
NEW YORK, NEW YORK 10004          SEPT. 14 2007

DELPHI CORPORATION TOOK OVER SAGINAW STEERING SYSTEMS FROM GENERAL MOTORS CORPORATION IN 1999. THE NEW CHIEF EXECUTIVE OFFICER IS J.T. BATTENBERG III AND HIS CHIEF FINANCIAL OFFICER IS ALAN DAWES. AT THAT TIME J.T. BATTENBERG ASKED THE HOURLY WORKFORCE TO BUY THE NEW DELPHI COMPANY'S STOCK FOR $17.00 A SHARE. THE STOCK WENT TO OVER $22.00 A SHARE. AFTER AN INTERNAL INVESTIGATION REVEALED IMPROPER ACCOUNTING ENTRIES BY ALAN DAWES, OF OVER $261 MILLION DOLLARS. ALAN DAWES RESIGNED AS CHIEF FINANCIAL OFFICER OF DELPHI CORPORATION. DELPHI'S COMMON STOCK STARTS TO DROP AND DROP. BOTH ALAN DAWES AND J.T. BATTENBERG SOLD ALL OF THEIR DELPHI COMMON STOCK IN THE COMPANY. ON OCTOBER 5TH 2005 J.T. BATTENBERG III AND THE FIDELITY INVESTMENT COMPANY ANNOUNCED THAT ALL DELPHI'S COMMON STOCK WOULD BE SOLD FOR THE MARKET PRICE OF .32 CENTS A SHARE. DELPHI'S CHIEF EXECUTIVE "C.E.O." J.T. BATTENBERG III ANNOUNCED HE WOULD RETIRE FROM THE DELPHI CORPORATION IN NOVEMBER 2005. FIDELITY INVESTMENT COMPANY AND DELPHI CORP. THESE COMPANY'S FAILED TO PAINT AN HONEST PICTURE OF DELPHI'S DECLINING FINANCIAL HEALTH FOR THEIR EMPLOYEES. BUT, THEY LET THEIR EMPLOYEES CONTINUE TO INVEST IN DELPHI STOCK FROM THEIR

OWN P.S.P. RETIREMENT PROGRAM. THE MANAGERS AT BOTH DELPHI AND FIDELITY INVESTMENT COMPANY'S HAD A DUTY TO CONVEY TO IT'S MEMBERS COMPLETE AND ACCURATE INFORMATION ABOUT IT'S TRUE FINANCIAL PICTURE. THESE COMPANY'S BOTH KNEW THAT DELPHI WAS IN FINANCIAL TROUBLE IN JANUARY OF 2005 BUT, THEY CONTINUED TO SELL DELPHI STOCK TO THE DELPHI EMPLOYEES. I HAD $20,000 IN DELPHI STOCK AS OF OCT. 2005 . DELPHI SOLD MY STOCK FOR .32 A SHARE. I RECEIVED $2,025.36. DELPHI MANAGERS FRAUDULENTLY INFLATED THE COMPANY'S FINANCIAL RESULTS 40,000 CURRENT AND FORMER EMPLOYEES HAVE BEEN SCREWED OUT OF 100 MILLION DOLLARS OR MORE. IT IS TIME TO MAKE THESE CROOKS J.T. BATTENBERG AND ALAN DAWES PAY FOR WHAT THEY HAVE DONE TO THESE EMPLOYEES. PLEASE RETURN TO ME MY $17, 974.64 TO MY RETIREMENT ACCOUNT. ALL PERSONS OWED MONEY FROM DELPHI SHOULD RECEIVE 100% OF THE MONEY DEFRAUDED FROM THEM, BEFORE DELPHI IS ALLOWED TO EMERGE FROM BANKRUPTCY PROTECTION.

                    THANK YOU

                    *[signature: Terry R. Mocny SR.]*
                    TERRY R. MOCNY SR.
                    141 NORMAN STREET
                    VASSAR MICHIGAN 48768
                        1-989-823-2943