Sept 11, 2007

Honorable Robert D. Drain,
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004

RECEIVED SEP 18 2007 USBC-SDNY RDD

Dear Honorable Robert D. Drain,

Enclosed is a copy of a document Delphi Attorney Kurtzman Carson Consultants mailed to me, requesting an decision to your Court Office.

I am objecting/docketing Delphi Auto System for filing Bankruptcy. I disagree with there decision.

Due to me not having an attorney I hope my claim is not dismissed in this matter.

How can a Big Company file, be say there Bankrupt, when Delphi All over the Nation, close plants, have employees in a Bo Bank, sitting in a room, getting paid continually, buyouts, buy downs, early Retirements, be placed at other locations. That is money that continue to be given to employees, even if its lower or higher than expected if employees continue to work on there regular basis.

Sincerely
Ms Sharyl Y Carter

FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 4836
SANTA ANA, CA

Kurtzman Carson Consultants
Delphi Noticing
2335 Alaska Ave
El Segundo, CA 90245

1964063
CARTER SHARYL
92 WOOLERY LN C
CLAYTON OH 45415

4541531 725 0025

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

In re                              :   Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                   :
           Debtors.                :   (Jointly Administered)
                                   :
----------------------------------- x

NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT,
(II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY
ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER
CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO
PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE
CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING
TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES

   PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

   PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

   PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham &