**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Louis A. Curcio , being duly sworn, state that on September 20, 2007, I caused to be served (1) the Response and Objection of AB Automotive Electronics, Ltd. to Debtors' Twentieth Omnibus Claims Objection (Substantive) Regarding Claim No. 9120 and (2) the Response and Objection of TT Electronics Optek Technology Corporation to Debtors' Twentieth Omnibus Claims Objection Regarding Claim No. 9037, as follows:

**Method of Service/Served Upon:**

| | |
|---|---|
| **VIA FACSMILE and FED-EX:** | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel<br>Fax No.:   (248) 813-2673 |
| | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn:     John William Butler, Jr., Esq.<br>            John K. Lyons, Esq.<br>            Randall G. Reese, Esq.<br>Fax No.:   (312) 407-0411 |

| | |
|---|---|
| **BY HAND:** | Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>  For the Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004 |

Dated:  New York, New York
       September 21, 2007

THACHER PROFFITT & WOOD LLP

By:   /s/ Louis A. Curcio
       Louis A. Curcio (LC-0242)

Two World Financial Center
New York, New York 10281
Telephone: 212-912-7400