**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------------x
In re

                                Chapter 11
      **DELPHI CORPORATION**              Case No. 05-44481

      Debtor
------------------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #583**

PLEASE TAKE NOTICE that the proof of claim #583 from **Duggan Manufacturing LLC** in the amount of **$14,600.00** is hereby withdrawn by Argo Partners.

Dated: September 21, 2007

_____
Scott Krochek
Argo Partners
(212) 643-5443