Hearing Date and Time: September 27, 2007, at 10:00 A.M.
Response Date and Time: September 20, 2007, at 4:00 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
In re                                                                      :
:
DELPHI CORPORATION, <u>et al.</u>,                    :         Chapter 11
:
Debtors.                    :         Case No. 05-44481 (RDD)
:
:         (Jointly Administered)
:
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2007, I caused to be served a true and correct copy of the JOHNSON CONTROLS, INC.'S OBJECTION AND COUNTERPROPOSAL FOR MAXIMUM CAPPED AMOUNT OF CLAIM NO. 15523 *via* facsimile and Federal Express to the following counsel of record:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel<br>Fax: 312.407.0411 | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr.<br>Fax: 248.813.2491 |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein, Brian Resnick<br>Fax: 212.450.3800 | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg, Mark A. Broude<br>Fax: 212.751.4864 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Stingart<br>Fax: 212.859.4000 | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia M. Leonhard<br>Fax: 212.668.2255 |

Date: September 21, 2007
New York, NY

    _/s/ Marianne Pichuzhkina_____
    Marianne Pichuzhkina