Hearing Date and Time: September 27, 2007, at 10:00 A.M.

Response Date and Time: September 20, 2007, at 4:00 P.M.[1]

Elena Lazarou (EL-5681)
Reed Smith LLP
559 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450

-and-

Stephen T. Bobo
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400

Attorneys for Johnson Controls, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re :
:
DELPHI CORPORATION, et al.,       :    Chapter 11
:
Debtors.                          :    Case No. 05-44481 (RDD)
:
:    (Jointly Administered)
:
---------------------------------------------------------------x

## JOHNSON CONTROLS, INC.'S OBJECTION AND COUNTERPROPOSAL FOR MAXIMUM CAPPED AMOUNT OF CLAIM NO. 15532

Johnson Controls, Inc. ("JCI") hereby objects to the proposed Maximum Capped Amount for claim number 15532 filed against Delphi Mechatronic Systems, Inc., as set forth in the Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 502(c) (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims and (B) Approving Expedited Claims Estimation Procedures. JCI proposes that the Maximum Capped Amount for

---

[1] The Debtors extended the response date and time vis a vis Johnson Controls, Inc. from September 20, 2007 at 4:00 p.m. to September 21, 2007.

- 2 -

claim number 15532 be $350,438.28, which is based upon certain underpayments made to JCI by one or more Delphi entities.  This counterproposal for claim number 15532 is without prejudice to JCI's rights to assert either a rejection damages claim in connection with any executory contract that Delphi Corporation or any of its co-debtors rejects during these chapter 11 proceedings or a cure claim in connection with any executory contract that Delphi assumes during these Chapter 11 proceedings.

| | |
|---|---|
| Dated:  September 20, 2007 | RESPECTFULLY SUBMITTED |
| | Johnson Controls, Inc. |
| | By:  /s/ Elena Lazarou |
| | REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone:  212-521-5400<br>Facsimile:  212-521-5450 |
| | Of Counsel |
| | Stephen T. Bobo<br>REED SMITH LLP<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL  60606<br>Telephone:  312-207-1000<br>Facsimile:  312-207-6400 |