**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------------x
In re

                    **DELPHI CORPORATION**

        Debtor
------------------------------------------------------------------------------------x

Chapter 11
Case No. 05-44481

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #1694**

PLEASE TAKE NOTICE that the proof of claim #1694 from **Greiner Perfoam GMBH** in the amount of **$5,367.31** is hereby withdrawn by Argo Partners.

Dated: September 21, 2007

_____
Scott Krochek
Argo Partners
(212) 643-5443