**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------------x
In re

                    **DELPHI CORPORATION**

Chapter 11
Case No. 05-44481

        Debtor
-----------------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #3726**

PLEASE TAKE NOTICE that the proof of claim #3726 from **Laird Technologies** in the amount of **$14,530.67** is hereby withdrawn by Argo Partners.

Dated: September 21, 2007

_____
Scott Krochek
Argo Partners
(212) 643-5443