**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------------x
In re

                          **DELPHI CORPORATION**

Chapter 11
Case No. 05-44481

       Debtor
-------------------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #2577**

PLEASE TAKE NOTICE that the proof of claim #2577 from **Mirsa Manufacturing LLC** in the amount of **$60,546.53** is hereby withdrawn by Argo Partners.

Dated: September 21, 2007

_____
Scott Krochek
Argo Partners
(212) 643-5443