**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------------x
In re

                  **DELPHI CORPORATION**

      Debtor
-------------------------------------------------------------------------------------x

Chapter 11
Case No. 05-44481

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #5660**

PLEASE TAKE NOTICE that the proof of claim #5660 from **Nady Systems** in the amount of **$15,300.00** is hereby withdrawn by Argo Partners.

Dated: September 21, 2007

_____
Scott Krochek
Argo Partners
(212) 643-5443