**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------------x
In re

        **DELPHI CORPORATION**

        Debtor
------------------------------------------------------------------------------------x

Chapter 11
Case No. 05-44481

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #1353**

PLEASE TAKE NOTICE that the proof of claim #1353 from **TDS Automatic US Inc.** in the amount of **$47,499.16** is hereby withdrawn by Argo Partners.

Dated: September 21, 2007

_____
Scott Krochek
Argo Partners
(212) 643-5443