**CERTICATE OF SERVICE**

STATE OF NEW YORK    }
                     ss.:
COUNTY OF NEW YORK   }

SUHAILAH S. SALLIE, being duly sworn, deposes and says that:

1. I am not a party to this action; I am over 18 years of age and I reside in Bronx County, New York.

2. On September 21, 2007, I caused a copy of the within Response of Victory Packaging, L.P. to Debtors' Twentieth Omnibus Objection to Claims to be served by depositing a true of the within documents in a postage-paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within this state, to annexed service list.

3. I also caused a true copy of said Response of Victory Packaging, L.P. to Debtors' Twentieth Omnibus Objection to Claims to be served by facsimile to the annexed service list.

    /s/ Suhailah S. Sallie
SUHAILAH S. SALLIE

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John W, Butler, Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Facsimile: 312-407-8501

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Facsimile: 248-813-2491

Fried, Frank, Harris Shriver et. al.
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Facsimile: 212-859-4000

Davis Polk & Wardell
Attn: Donald Bernstein & Brian Resnick
450 Lexington Avenue
New York, NY 10017

Facsimile: 212-450-3092 & 212-450-3213

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti
Four Times Square
New York, NY 10036

Facsimile: 917-777-2350

Latham & Watkins LLP
Attn. Robert J. Rosenberg & Mark A. Broude
885 Third Avenue
New York, NY 10022-4834

Facsimile: 212-751-4864 & 212-751-4864

Office of United States Trustee
Southern District of New York
Attn: Alicia M. Leohard
33 Whitehall Street, Suite 2100
New York, NY 10004

Facsimile: 212-668-2255