In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-1    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit A
Pg 1 of 2

Twenty-First Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16643<br>Date Filed: 08/21/2007<br>Creditor's Name and Address:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA INC<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $759,966.06<br>Total: $759,966.06 | Claim Number: 12006<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $713,498.23<br>Total: $713,498.23 |
| Claim Number: 16639<br>Date Filed: 08/10/2007<br>Creditor's Name and Address:<br>BOOTH INCORPORATED<br>671 E KITTLE RD<br>MIO, MI 48647-876<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $45,786.00<br>Administrative:<br>Unsecured:<br>Total: $45,786.00 | Claim Number: 145<br>Date Filed: 10/28/2005<br>Creditor's Name and Address:<br>BOOTH INC<br>PO BOX 487<br>MIO, MI 48647<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $48,243.00<br>Administrative:<br>Unsecured:<br>Total: $48,243.00 |
| Claim Number: 12143<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>HYDRO ALUMINUM PRECISION TUBING<br>NORTH AMERICA LLC SUCCESSOR IN<br>INTEREST TO HYDRO ALUMINUM<br>ROCKLEDGE INC<br>100 GUS HIPP BLVD<br>ROCKLEDGE, FL 32955<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,662.24<br>Total: $16,662.24 | Claim Number: 12142<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br>ORE HILL HUB FUND LTD<br>650 FIFTH AVE 9TH FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $570,535.00<br>Total: $570,535.00 |
| Claim Number: 16659<br>Date Filed: 10/10/2005<br>Creditor's Name and Address:<br>KEN MAC METALS<br>17901 ENGLEWOOD DR<br>CLEVELAND, OH 44130<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $55,022.63<br>Administrative:<br>Unsecured:<br>Total: $55,022.63 | Claim Number: 16701<br>Date Filed: 09/06/2007<br>Creditor's Name and Address:<br>KEN MAC METALS A DIVISION OF<br>THYSSENKRUPP METALS NA<br>LEWIS & KAPPES PC<br>ONE AMERICAN SQUARE STE 2500<br>INDIANAPOLIS, IN 46282<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $562,944.68<br>Total: $562,944.68 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-1    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit A  
Pg 2 of 2

Twenty-First Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16648<br>Date Filed: 08/31/2007<br>Creditor's Name and Address:<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $7,938,701.29<br>Administrative:<br>Unsecured: $29,749.59<br>Total: $7,968,450.88 | Claim Number: 9824<br>Date Filed: 07/11/2006<br>Creditor's Name and Address:<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $20,082,602.46<br>Administrative:<br>Unsecured: $29,749.59<br>Total: $20,112,352.05 |
| Claim Number: 16646<br>Date Filed: 08/27/2007<br>Creditor's Name and Address:<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $7,775,078.32<br>Unsecured:<br>Total: $7,775,078.32 | Claim Number: 9824<br>Date Filed: 07/11/2006<br>Creditor's Name and Address:<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $20,082,602.46<br>Administrative:<br>Unsecured: $29,749.59<br>Total: $20,112,352.05 |
| Claim Number: 16638<br>Date Filed: 08/07/2007<br>Creditor's Name and Address:<br>SECRETARY OF LABOR ON BEHALF OF THE DELPHI PERSONAL SAVINGS PLAN FOR HRLY EMPLOYEES IN THE US DEPARTMENT OF LABOR OFFICE OF SOLICITOR<br>230 S DEARBOR ST 8TH FL<br>CHICAGO, IL 60604<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,232,133.00<br>Total: $3,232,133.00 | Claim Number: 15135<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SECRETARY OF LABOR ON BEHALF OF THE DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED STATES<br>US DEPT OF LABOR OFFICE OF THE SOLICITOR<br>230 S DEARBORN ST 8TH FLOOR<br>CHICAGO, IL 60604<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

Total Claims to be Expunged: 7  
Total Asserted Amount to be Expunged: $19,853,099.13

*UNL stands for unliquidated