**In re Delphi Corporation, et al.**                    **Twenty-First Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYNTHIA L DARBY<br>3577 COMPTON PKWY<br>SAINT CHARLES, MO 63301-4078 | 15894 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROCKWELL AUTOMATION<br>1201 S SECOND ST<br>MILWAUKEE, WI 53204 | 2474 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,591.99<br>$22,591.99 | 04/03/2006 | DELPHI CORPORATION (05-44481) |
| ROGER D NEWELL<br>5952 PHELPS CT<br>OTTER LAKE, MI 48464-0029 | 15878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SBC ADVANCED SOLUTIONS INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 912 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,841.74<br>$3,841.74 | 11/28/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 2103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$691,047.51<br>$691,047.51 | 02/23/2006 | DELPHI CORPORATION (05-44481) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$373,508.42<br>$373,508.42 | 01/17/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| SBC LONG DISTANCE INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1579 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000.00<br>$1,000.00 | 01/17/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| VERONICA CHEMERS AND NICK CHEMERS JT TEN<br>1312 S CRESCENT<br>PARK RIDGE, IL 60068-5362 | 15862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                      **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| **Total:** | **8** | **$1,091,989.66** | | |

*UNL stands for unliquidated