**In re Delphi Corporation, et al.**                    **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEWIS HELEN<br>PO BOX 418<br>FORT DEFIANCE, AZ 86504 | 16365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/12/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | **UNL** | | | |

*UNL stands for unliquidated