**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AKEBONO CORPORATION<br>DICKINSON WRIGHT PLLC<br>301 E LIBERTY STE 500<br>ANN ARBOR, MI 48104-2266 | 2433 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$231,027.90<br>$231,027.90 | 03/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL AS ASSIGNEE FOR CARRIER TERMINAL SERVICES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | 2316 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,125.00<br>$8,125.00 | 03/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ATUL PASRICHA<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BELCO TOOL & MFG INC<br>225 TERRACE ST EXT<br>MEADVILLE, PA 16335 | 6145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$32,939.00<br>$42,939.00 | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| DAEWOO INTERNATIONAL AMERICA CORP<br>85 CHALLENGER RD<br>RIDGEFIELD PARK, NJ 07660 | 16668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$24,135.26<br><br><br>$24,135.26 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| FLOYD MANUFACTURING CO INC<br>COHN BIRNBAUM & SHEA PC<br>100 PEARL ST 12TH FL<br>HARTFORD, CT 06103 | 16679 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$13,456.71<br><br><br>$13,456.71 | 10/12/2005 | DELPHI CORPORATION (05-44481) |
| HYDRA LOCK CORP<br>25000 JOY BLVD<br>MOUNT CLEMENS, MI 48043 | 3890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,420.00<br>$4,420.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LAURA J MARION<br>JAFFEE RAITT HEUER & WIESS PC<br>27777 FRANKLIN RD STE 2500<br>SOUTHFIELD, MI 48034 | 12219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MACOMB COUNTY FRIEND OF COURT<br>ACCT OF ANTHONY ARAGONA<br>CASE D9227828<br>40 N MAIN 6TH FL CTY CT BLDG<br>MT CLEMENS, MI 38074-5246 | 8383 | Secured:<br>Priority: $1,522.11<br>Administrative:<br>Unsecured:<br>Total: $1,522.11 | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| MACOMB COUNTY FRIEND OF COURT<br>ACCT OF DAVID C COLLINS<br>CASE 93 1253 DM<br>40 N MAIN ST<br>MT CLEMENS, MI 38172-2812 | 8382 | Secured:<br>Priority: $24,900.47<br>Administrative:<br>Unsecured:<br>Total: $24,900.47 | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| METALDYNE CORPORATION AND METALDYNE COMPANY LLC<br>47603 HALYARD<br>PLYMOUTH, MI 48170 | 11935 | Secured: $166,572.04<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $166,572.04 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NOBLE USA INC<br>5450 MEADOWBROOK INDUSTRIAL CT<br>ROLLING MEADOWS, IL 60008 | 16689 | Secured:<br>Priority: $25,804.80<br>Administrative:<br>Unsecured:<br>Total: $25,804.80 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| PAMELA GELLER<br>1715 CARRINGTON WY<br>BLOOMFIELD, MI 48302 | 12147 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14021 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured: UNL<br>Total: $10,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |

*UNL stands for unliquidated

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14023 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14019 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured: UNL<br>Total: $10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14025 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PASRICHA ATUL<br>2394 HERONWOOD DR<br>BLOOMFIELD HILLS, MI 48302 | 14026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| SABO USA<br>DEAN & FULKERSON PC<br>801 W BIG BEAVER 5TH FL<br>TROY, MI 48084-4767 | 16651 | Secured:<br>Priority: $6,524.28<br>Administrative:<br>Unsecured:<br>Total: $6,524.28 | 10/21/2005 | DELPHI CORPORATION (05-44481) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $21.91<br>Total: $21.91 | 01/17/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| SBC YELLOW PAGES<br>100 E BIG BEAVER<br>TROY, MI 48083 | 563 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $103.31<br>Total: $103.31 | 11/14/2005 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHOICHIRO IRIMAJIRI<br>SHOICHIRO IRIMAJIRI INC<br>7F SHIODOME SUPERIOR BLDG<br>1 7 10 SHINBASHI<br>MINATO KU TOKYO, 105 0004<br>JAPAN | 11109 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$746,250.00<br>$746,250.00 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| TAIHO CORPORATION OF AMERICA<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 16677 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$67,767.00<br><br><br>$67,767.00 | 10/13/2005 | DELPHI CORPORATION<br>(05-44481) |
| THE AMERICAN TEAM INC<br>DIRECTOR OF FINANCE<br>42050 EXECUTIVE DR<br>HARRISON TOWNSHIP, MI 48045-1311 | 16671 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,575.97<br><br><br>$1,575.97 | 10/12/2005 | DELPHI CORPORATION<br>(05-44481) |
| THE OAKWOOD GROUP<br>1100 OAKWOOD BLVD<br>DEARBORN, MI 48124 | 6066 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,695.30<br><br><br><br>$11,695.30 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| Total: | 27 | $1,396,841.06 | | | |

*UNL stands for unliquidated