**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Twenty-First Omnibus Claims Objection

### EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARNOPALLET CORPORATION<br>HOPPER BLACKWELL P C<br>111 MONUMENT CIR STE 452<br>INDIANAPOLIS, IN 46204 | 16635 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,900.00<br>$26,900.00 | 07/31/2007 | DELPHI CORPORATION<br>(05-44481) |
| NEW YORK STATE DEPARTMENT OF HEALTH<br>NYS OFFICE OF THE ATTORNEY GENERAL<br>120 BROADWAY<br>NEW YORK, NY 10271 | 16634 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77.68<br>$77.68 | 07/30/2007 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 2 | $26,977.68 | | | |

*UNL stands for unliquidated