05-44481-rdd    Doc 9535-7    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit D-3
Pg 1 of 1

In re Delphi Corporation, et al.                    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 16647 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,440.81<br><br>$1,440.81 | 08/27/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC<br>(05-44639) |
| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | 16649 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$36,000.00<br><br>$36,000.00 | 08/04/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$37,440.81** | | |

*UNL stands for unliquidated