**EXHIBIT E-1 - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AT&T GLOBAL SERIVCES FKA SBC GLOBAL<br>AT&T INC<br>1 AT&T WAY RM 3A218<br>BEDMINSTER, NJ 07921 | 16636 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$751,745.35<br>$751,745.35 | 08/06/2007 | DELPHI CORPORATION (05-44481) |
| AT&T GLOBAL SERVICES FKA SBC GLOBAL<br>AT&T INC<br>1 AT&T WAY RM 3A218<br>BEDMINSTER, NJ 07921 | 16637 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$647,310.88<br>$647,310.88 | 08/06/2007 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| C&S LOGOS PATENT AND LAW OFFICE<br>KPO BOX 103<br>SEOUL, 110 601<br>KOREA, REPUBLIC OF | 16641 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$28,500.00<br>$28,500.00 | 08/13/2007 | DELPHI TECHNOLOGIES, INC (05-44554) |
| MARSILLI & CO S P A<br>MILES & STOCKBRIDGE PC<br>10 LIGHT ST<br>BALTIMORE, MD 21202 | 16642 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$37,585.30<br>$37,585.30 | 08/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ULTRASEAL<br>4403 CONCOURSE DR STE C<br>ANN ARBOR, MI 48108 | 16706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$19,525.44<br>$19,525.44 | 09/14/2007 | DELPHI CORPORATION (05-44481) |
| WOLPERT KENNETH D DBA GRAHAM SALES & ENGINEERING<br>2699 WHITE RD STE NO 255<br>IRVINE, CA 92614 | 16632 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,810.00<br>$7,810.00 | 07/27/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | | **$1,492,476.97** | | |

*UNL stands for unliquidated