05-44481-rdd    Doc 9535-9    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit E-2
Pg 1 of 1

In re Delphi Corporation, et al.    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GUILFORD COUNTY TAX DEPARTMENT<br>PO BOX 3328<br>GREENSBORO, NC 27402 | 16621 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$117.84<br><br><br>$117.84 | 07/03/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 16633 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,954,363.21<br>$12,954,363.21 | 07/30/2007 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | 16650 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$133,911.40<br><br><br>$133,911.40 | 09/04/2007 | DELPHI CORPORATION<br>(05-44481) |

**Total:**     **3**     **$13,088,392.45**