In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8286**
Date Filed:  06/20/2006
Docketed Total:  $191,365.69
Filing Creditor Name and Address:
ACTCO TOOL AND
MANUFACTURING COMPANY
THE QUINN LAW FIRM
2222 W GRANDVIEW BLVD
ERIE, PA 16506

Claim Holder Name and Address

ACTCO TOOL AND
MANUFACTURING COMPANY
THE QUINN LAW FIRM
2222 W GRANDVIEW BLVD
ERIE, PA 16506

Docketed Total:   $191,365.69

Modified Total:   $31,220.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,365.69 |
| | | | **$191,365.69** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,220.00 |
| | | | **$31,220.00** |

---

**Claim: 12200**
Date Filed:  07/28/2006
Docketed Total:  $567.30
Filing Creditor Name and Address:
AFL AUTOMOTIVE LP TEXAS
LIMITED PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Claim Holder Name and Address

AFL AUTOMOTIVE LP TEXAS
LIMITED PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Docketed Total:   $567.30

Modified Total:   $397.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $567.30 |
| | | | **$567.30** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $397.11 |
| | | | **$397.11** |

---

**Claim: 9382**
Date Filed:  07/12/2006
Docketed Total:  $32,249.38
Filing Creditor Name and Address:
AIM
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Claim Holder Name and Address

AIM
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Docketed Total:   $32,249.38

Modified Total:   $31,673.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $32,249.38 |
| | | | **$32,249.38** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,673.81 |
| | | | **$31,673.81** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 2 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

### Claim 9383

Claim: 9383
Date Filed: 07/12/2006
Docketed Total: $450.00
Filing Creditor Name and Address:
AIM PRODUCTS
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Claim Holder Name and Address
AIM PRODUCTS
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Docketed Total: $450.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $450.00 | 05-44640 | | | $450.00 |
| | | | **$450.00** | | | | **$450.00** |

Modified Total: $450.00

### Claim 9384

Claim: 9384
Date Filed: 07/12/2006
Docketed Total: $1,353.10
Filing Creditor Name and Address:
AIM PRODUCTS
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Claim Holder Name and Address
AIM PRODUCTS
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Docketed Total: $1,353.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,353.10 | 05-44640 | | | $1,353.10 |
| | | | **$1,353.10** | | | | **$1,353.10** |

Modified Total: $1,353.10

### Claim 2738

Claim: 2738
Date Filed: 04/24/2006
Docketed Total: $4,750.20
Filing Creditor Name and Address:
AR-BEE TRANSPARENT PROD
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
AR-BEE TRANSPARENT PROD
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $4,750.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,750.20 | 05-44640 | | | $4,750.20 |
| | | | **$4,750.20** | | | | **$4,750.20** |

Modified Total: $4,750.20

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2317**
Date Filed: 03/16/2006
Docketed Total: $88,316.34
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
SPEED MOTOR EXPRESS OF WNY
INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL AS ASSIGNEE FOR SPEED MOTOR EXPRESS OF WNY INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total: $88,316.34

Modified Total: $35,399.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,316.34 |
| | | | $88,316.34 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,399.20 |
| | | | $35,399.20 |

---

**Claim: 7506**
Date Filed: 06/05/2006
Docketed Total: $4,424,985.53
Filing Creditor Name and Address:
AT&T CORP
1355 W UNIVERSITY DR
MESA, AZ 85021

Claim Holder Name and Address
AT&T CORP
1355 W UNIVERSITY DR
MESA, AZ 85021

Docketed Total: $4,424,985.53

Modified Total: $4,047,181.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,424,985.53 |
| | | | $4,424,985.53 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,047,181.85 |
| | | | $4,047,181.85 |

---

**Claim: 1772**
Date Filed: 02/03/2006
Docketed Total: $610,197.60
Filing Creditor Name and Address:
CITATION FOUNDRY CORP
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF CITATION
FOUNDRY CORP
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $610,197.60

Modified Total: $598,042.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $341,532.88 | $268,664.72 |
| | | $341,532.88 | $268,664.72 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $598,042.84 |
| | | $0.00 | $598,042.84 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4157**
Date Filed:   05/01/2006
Docketed Total:    $38,757.32
Filing Creditor Name and Address:
  CITY OF SAGINAW
  1315 S WASHINGTON RM 105
  SAGINAW, MI 48601

Claim Holder Name and Address

CITY OF SAGINAW          Docketed Total:    $38,757.32
1315 S WASHINGTON RM 105
SAGINAW, MI 48601

Modified Total:    $34,193.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $38,757.32 | | | 05-44640 | | | $34,193.25 |
| | **$38,757.32** | | | | | | **$34,193.25** |

**Claim: 404**
Date Filed:   11/07/2005
Docketed Total:    $78,488.06
Filing Creditor Name and Address:
  CITY OF WARREN OHIO WATER
  DEPARTMENT
  391 MAHONING AVE NW
  WARREN, OH 44483

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC          Docketed Total:    $78,488.06
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Modified Total:    $71,947.33

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $78,488.06 | 05-44640 | | | $71,947.33 |
| | | | **$78,488.06** | | | | **$71,947.33** |

**Claim: 568**
Date Filed:   11/14/2005
Docketed Total:    $3,777.38
Filing Creditor Name and Address:
  COMED
  2100 SWIFT DR
  OAKBROOK, IL 60523

Claim Holder Name and Address

COMED          Docketed Total:    $3,777.38
2100 SWIFT DR
OAKBROOK, IL 60523

Modified Total:    $3,688.48

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,777.38 | 05-44640 | | | $3,688.48 |
| | | | **$3,777.38** | | | | **$3,688.48** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 5 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12685**
Date Filed: 07/28/2006
Docketed Total: $91,628.77
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INTEL AMERICAS
INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INTEL AMERICAS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830
Docketed Total: $91,628.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,628.77 |
| | | | $91,628.77 |

Modified Total: $75,781.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,781.77 |
| | | | $75,781.77 |

---

**Claim: 14664**
Date Filed: 07/31/2006
Docketed Total: $2,624,997.09
Filing Creditor Name and Address:
COOPER STANDARD
AUTOMOTIVE FKA ITT
AUTOMOTIVE FLUID HDG SYST
COOPER STANDARD
AUTOMOTIVE
39550 ORCHARD HILL PL
NOVI, MI 48376

Claim Holder Name and Address
DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005
Docketed Total: $2,624,997.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,624,997.09 |
| | | | $2,624,997.09 |

Modified Total: $2,093,118.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,093,118.87 |
| | | | $2,093,118.87 |

---

**Claim: 2337**
Date Filed: 03/20/2006
Docketed Total: $87,229.82
Filing Creditor Name and Address:
D A STUART COMPANY
4580 WEAVER PKWY
WARRENVILLE, IL 60555

Claim Holder Name and Address
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001
Docketed Total: $87,229.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $87,229.82 |
| | | | $87,229.82 |

Modified Total: $41,210.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,210.00 |
| | | | $41,210.00 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15663**
Date Filed:    07/31/2006
Docketed Total:    $154,367.70
Filing Creditor Name and Address:
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total:    $154,367.70

Modified Total:    $140,468.97

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $154,367.70 | 05-44640 | | | $140,468.97 |
| | | | **$154,367.70** | | | | **$140,468.97** |

**Claim: 15665**
Date Filed:    07/31/2006
Docketed Total:    $284.68
Filing Creditor Name and Address:
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total:    $284.68

Modified Total:    $284.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44596 | | | $284.68 | 05-44640 | | | $284.68 |
| | | | **$284.68** | | | | **$284.68** |

**Claim: 10889**
Date Filed:    07/25/2006
Docketed Total:    $58,051.22
Filing Creditor Name and Address:
E&R INDUSTRIAL SALES INC
40800 ENTERPRISE DR
STERLING HEIGHTS, MI 48314

Claim Holder Name and Address

E&R INDUSTRIAL SALES INC
40800 ENTERPRISE DR
STERLING HEIGHTS, MI 48314

Docketed Total:    $58,051.22

Modified Total:    $58,051.22

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $58,051.22 | 05-44481 | | $0.00 | |
| | | | | 05-44640 | | | $58,051.22 |
| | | | **$58,051.22** | | | **$0.00** | **$58,051.22** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 7 of 24

Twenty-First Omnibus Claims Objection

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9925**
Date Filed: 07/19/2006
Docketed Total: $1,686.25
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $1,686.25

Modified Total: $52.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,686.25 |
| | | | **$1,686.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $52.46 |
| | | | **$52.46** |

---

**Claim: 9927**
Date Filed: 07/19/2006
Docketed Total: $15,421.72
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $15,421.72

Modified Total: $15,421.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $15,421.72 |
| | | | **$15,421.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,421.72 |
| | | | **$15,421.72** |

---

**Claim: 9928**
Date Filed: 07/19/2006
Docketed Total: $762.05
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $762.05

Modified Total: $272.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $762.05 |
| | | | **$762.05** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $272.65 |
| | | | **$272.65** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4465<br>Date Filed: 05/02/2006<br>Docketed Total: $116,942.39<br>Filing Creditor Name and Address:<br>FICOSA NORTH AMERICA SA DE CV<br>AV LAS TORRES 404<br>PARQUE INDUSTRIAL ESCOBEDO<br>ESCOBEDO NL, CP 66050<br>MEXICO | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $116,942.39 | | Modified Total: | | $100,824.47 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $116,942.39 | 05-44640 | | | $100,824.47 |
| | | | | **$116,942.39** | | | | **$100,824.47** |
| Claim: 7066<br>Date Filed: 05/30/2006<br>Docketed Total: $18,484.50<br>Filing Creditor Name and Address:<br>FISHER UNITECH INC<br>1150 STEPHENSON HWY<br>TROY, MI 48083-1187 | Claim Holder Name and Address<br><br>FISHER UNITECH INC<br>1150 STEPHENSON HWY<br>TROY, MI 48083-1187 | Docketed Total: | | $18,484.50 | | Modified Total: | | $18,484.50 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $18,484.50 | 05-44640 | | | $18,484.50 |
| | | | | **$18,484.50** | | | | **$18,484.50** |
| Claim: 10192<br>Date Filed: 07/21/2006<br>Docketed Total: $5,295.00<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Docketed Total: | | $5,295.00 | | Modified Total: | | $1,833.00 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44567 | | | $5,295.00 | 05-44567 | | | $1,833.00 |
| | | | | **$5,295.00** | | | | **$1,833.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11939**
Date Filed: 07/28/2006
Docketed Total: $757.82
Filing Creditor Name and Address:
GE POLYMERSHAPES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim Holder Name and Address

GE POLYMERSHAPES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Docketed Total: $757.82

Modified Total: $430.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $757.82 | 05-44640 | | | $430.28 |
| | | | **$757.82** | | | | **$430.28** |

---

**Claim: 967**
Date Filed: 12/02/2005
Docketed Total: $16,053.10
Filing Creditor Name and Address:
GLT
3341 SUCCESSFUL WY
DAYTON, OH 45414

Claim Holder Name and Address

GLT
3341 SUCCESSFUL WY
DAYTON, OH 45414

Docketed Total: $16,053.10

Modified Total: $16,053.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $16,053.10 | 05-44640 | | | $16,053.10 |
| | | | **$16,053.10** | | | | **$16,053.10** |

---

**Claim: 15086**
Date Filed: 07/28/2006
Docketed Total: $10,800,051.81
Filing Creditor Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS
VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS VDO
AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Docketed Total: $10,800,051.81

Modified Total: $10,403,953.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $10,800,051.81 | 05-44640 | | | $10,403,953.43 |
| | | | **$10,800,051.81** | | | | **$10,403,953.43** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 991**
Date Filed: 12/05/2005
Docketed Total: $50,545.72
Filing Creditor Name and Address:
GOODWILL INDUSTRIES OF MID MICHIGAN
501 S AVERILL
FLINT, MI 48506

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $50,545.72

Modified Total: $49,699.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,545.72 |
| | | | $50,545.72 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,699.72 |
| | | | $49,699.72 |

---

**Claim: 668**
Date Filed: 11/18/2005
Docketed Total: $356,407.35
Filing Creditor Name and Address:
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

Claim Holder Name and Address
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

Docketed Total: $356,407.35

Modified Total: $285,519.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $356,407.35 |
| | | | $356,407.35 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $285,519.65 |
| | | | $285,519.65 |

---

**Claim: 10656**
Date Filed: 07/25/2006
Docketed Total: $781,205.06
Filing Creditor Name and Address:
HENKEL CORPORATION HENKEL ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Claim Holder Name and Address
HENKEL CORPORATION HENKEL ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Docketed Total: $781,205.06

Modified Total: $417,668.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $781,205.06 |
| | | | $781,205.06 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $417,092.32 |
| 05-44624 | | | $576.00 |
| | | | $417,668.32 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10681**
Date Filed: 07/25/2006
Docketed Total: $781,205.06
Filing Creditor Name and Address:
HENKEL CORPORATION HENKEL
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Claim Holder Name and Address
HENKEL CORPORATION HENKEL
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Docketed Total: $781,205.06

Modified Total: $3,460.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $781,205.06 |
| | | | **$781,205.06** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,460.15 |
| | | | **$3,460.15** |

**Claim: 13249**
Date Filed: 07/31/2006
Docketed Total: $14,112.30
Filing Creditor Name and Address:
HENKEL CORPORATION
SOVEREIGN COMMERCIAL
GROUP
PO BOX 485
AVON, OH 44011

Claim Holder Name and Address
HENKEL CORPORATION
SOVEREIGN COMMERCIAL GROUP
PO BOX 485
AVON, OH 44011

Docketed Total: $14,112.30

Modified Total: $10,358.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,112.30 |
| | | | **$14,112.30** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,358.10 |
| | | | **$10,358.10** |

**Claim: 6497**
Date Filed: 05/22/2006
Docketed Total: $67,576.91
Filing Creditor Name and Address:
HENKEL SURFACE
TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Docketed Total: $67,576.91

Modified Total: $67,576.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,576.91 |
| | | | **$67,576.91** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,576.91 |
| | | | **$67,576.91** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-10   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-1
Pg 12 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5305**
Date Filed:   05/08/2006
Docketed Total:   $54,475.88
Filing Creditor Name and Address:
  HERTZ EQUIPMENT RENTAL EFT
  PO BOX 26390
  OKLAHOMA CITY, OK 73126-0390

Claim Holder Name and Address

HERTZ EQUIPMENT RENTAL EFT
PO BOX 26390
OKLAHOMA CITY, OK 73126-0390

Docketed Total:   **$54,475.88**

Modified Total:   **$41,004.30**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,475.88 | 05-44640 | | | $41,004.30 |
| | | | **$54,475.88** | | | | **$41,004.30** |

**Claim: 12255**
Date Filed:   07/28/2006
Docketed Total:   $29,845.26
Filing Creditor Name and Address:
  HUTCHINSON SEAL DE MEXICO
  SA DE CV
  PELICANOS NO 313 COL SAN
  FERNANDO
  PARQUE INDUSTRIAL LOS
  OLIVOS
  ENSENADA BAJA CA, 22785
  MEXICO

Claim Holder Name and Address

HUTCHINSON SEAL DE MEXICO SA
DE CV
PELICANOS NO 313 COL SAN
FERNANDO
PARQUE INDUSTRIAL LOS OLIVOS
ENSENADA BAJA CA, 22785
MEXICO

Docketed Total:   **$29,845.26**

Modified Total:   **$4,344.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $29,845.26 | 05-44640 | | | $4,344.74 |
| | | | **$29,845.26** | | | | **$4,344.74** |

**Claim: 12246**
Date Filed:   07/28/2006
Docketed Total:   $18,691.05
Filing Creditor Name and Address:
  ILLINOIS TOOL WORKS INC
  TRANS TECH AMERICA
  475 N GARY AVE
  CAROL STREAM, IL 60188-490

Claim Holder Name and Address

ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490

Docketed Total:   **$18,691.05**

Modified Total:   **$12,732.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,691.05 | 05-44640 | | | $12,732.50 |
| | | | **$18,691.05** | | | | **$12,732.50** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8402<br>Date Filed: 06/23/2006<br>Docketed Total: $15,524.25<br>Filing Creditor Name and Address:<br>JUDD WIRE INC<br>124 TURNPIKE RD<br>TURNERS FALLS, MA 01376 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA   Docketed Total: **$15,524.25**<br>270 PK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481    $15,524.25<br>**$15,524.25** | Modified Total: **$15,524.25**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640    $15,524.25<br>**$15,524.25** |
| Claim: 105<br>Date Filed: 10/25/2005<br>Docketed Total: $233,508.18<br>Filing Creditor Name and Address:<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br><br>KEATS MANUFACTURING CO   Docketed Total: **$233,508.18**<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481    $233,508.18<br>**$233,508.18** | Modified Total: **$48,538.95**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567    $3,034.10<br>05-44640    $45,504.85<br>**$48,538.95** |
| Claim: 104<br>Date Filed: 10/25/2005<br>Docketed Total: $25,760.03<br>Filing Creditor Name and Address:<br>KEATS SOUTHWEST INC<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name and Address<br><br>KEATS SOUTHWEST INC   Docketed Total: **$25,760.03**<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481    $25,760.03<br>**$25,760.03** | Modified Total: **$9,472.54**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640    $9,472.54<br>**$9,472.54** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14109**
Date Filed:  07/31/2006
Docketed Total:  $165,738.24
Filing Creditor Name and Address:
  KENSA LLC
  BODMAN LLP
  6TH FL AT FORD FIELD
  1901 ST ANTOINE ST
  DETROIT, MI 48226

Claim Holder Name and Address

KENSA LLC
BODMAN LLP
6TH FL AT FORD FIELD
1901 ST ANTOINE ST
DETROIT, MI 48226

Docketed Total:  $165,738.24

Modified Total:  $35,657.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $165,738.24 |
| | | | $165,738.24 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,657.84 |
| | | | $35,657.84 |

---

**Claim: 15792**
Date Filed:  08/02/2006
Docketed Total:  $140,983.79
Filing Creditor Name and Address:
  KEYSTONE POWDERED METAL
  COMPANY
  BUCHANAN INGERSOLL &
  ROONEY PC
  1 CHASE MANHATTAN PLAZA
  35TH FLR
  NEW YORK, NY 10007

Claim Holder Name and Address

KEYSTONE POWDERED METAL
COMPANY
BUCHANAN INGERSOLL & ROONEY
PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

Docketed Total:  $140,983.79

Modified Total:  $109,338.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,983.79 |
| | | | $140,983.79 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $109,338.54 |
| | | | $109,338.54 |

---

**Claim: 2461**
Date Filed:  04/03/2006
Docketed Total:  $373,860.72
Filing Creditor Name and Address:
  KIMBALL ELECTRONICS GROUP
  1600 ROYAL ST GO 148
  JASPER, IN 47549

Claim Holder Name and Address

MIDTOWN CLAIMS LLC
65 E 55TH ST 19TH FL
NEW YORK, NY 10022

Docketed Total:  $373,860.72

Modified Total:  $360,479.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $373,860.72 |
| | | | $373,860.72 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,479.13 |
| | | | $360,479.13 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 15 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14186<br>Date Filed: 07/25/2006<br>Docketed Total: $18,866.13<br>Filing Creditor Name and Address:<br>LEHIGH SAFETY SHOE CO LLC<br>39 E CANAL ST<br>NELSONVILLE, OH 45764 | Claim Holder Name and Address<br><br>LEHIGH SAFETY SHOE CO LLC<br>39 E CANAL ST<br>NELSONVILLE, OH 45764 | | Docketed Total: | **$18,866.13** | | | Modified Total: | **$18,866.13** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $18,866.13 | 05-44640 | | | $18,866.13 |
| | | | | **$18,866.13** | | | | **$18,866.13** |
| Claim: 11925<br>Date Filed: 07/28/2006<br>Docketed Total: $317,117.86<br>Filing Creditor Name and Address:<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | Claim Holder Name and Address<br><br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | | Docketed Total: | **$317,117.86** | | | Modified Total: | **$239,762.56** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $263,044.57 | $54,073.29 | 05-44640 | | | $239,762.56 |
| | | | **$263,044.57** | **$54,073.29** | | | | **$239,762.56** |
| Claim: 1369<br>Date Filed: 12/29/2005<br>Docketed Total: $319,535.73<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING<br>COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br><br>STONEHILL INSTITUTIONAL<br>PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **UNL** | | | Modified Total: | **$319,535.73** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | | 05-44640 | | | $319,535.73 |
| | | | | | | | | **$319,535.73** |

*See Exhibit G for a listing of debtor entities by case number.

Page 15 of 24

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-10   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-1
Pg 16 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1370<br>Date Filed: 12/29/2005<br>Docketed Total: $41,273.82<br>Filing Creditor Name and Address:<br>LUNT MANUFACTURING COMPANY INC<br>601 605 LUNT AVE<br>SCHAUMBURG, IL 60193 | Claim Holder Name and Address<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br>Docketed Total: UNL<br><br>Case Number*: 05-44481 | Modified Total: $41,273.82<br><br>Case Number*: 05-44640<br>Unsecured $41,273.82<br>$41,273.82 |
| Claim: 7547<br>Date Filed: 06/06/2006<br>Docketed Total: $653,828.81<br>Filing Creditor Name and Address:<br>M&Q PLASTIC PRODUCTS L P<br>1120 WELSH RD STE 170<br>NORTH WALES, PA 19454 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004<br>Docketed Total: $653,828.81<br><br>Case Number*: 05-44640<br>Unsecured $653,828.81<br>$653,828.81 | Modified Total: $627,270.58<br><br>Case Number*: 05-44640<br>Unsecured $627,270.58<br>$627,270.58 |
| Claim: 2038<br>Date Filed: 02/16/2006<br>Docketed Total: $309.95<br>Filing Creditor Name and Address:<br>MATHESON TRI GAS<br>959 RTE 46 E<br>PARSIPPANY, NJ 07054 | Claim Holder Name and Address<br>MATHESON TRI GAS<br>959 RTE 46 E<br>PARSIPPANY, NJ 07054<br>Docketed Total: $309.95<br><br>Case Number*: 05-44481<br>Unsecured $309.95<br>$309.95 | Modified Total: $309.95<br><br>Case Number*: 05-44640<br>Unsecured $309.95<br>$309.95 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-10   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-1
Pg 17 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7488**
Date Filed: 06/05/2006
Docketed Total: $12,979.58
Filing Creditor Name and Address:
MIBA SINTER AUSTRIA GMBH
DR MITTERBAUER STRASSE 1
VORCHDORF, 04655
AUSTRIA

Claim Holder Name and Address
MIBA SINTER AUSTRIA GMBH
DR MITTERBAUER STRASSE 1
VORCHDORF, 04655
AUSTRIA

Docketed Total: $12,979.58

Modified Total: $12,979.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,979.58 |
| | | | $12,979.58 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,979.58 |
| | | | $12,979.58 |

---

**Claim: 16441**
Date Filed: 12/01/2006
Docketed Total: $188,413.44
Filing Creditor Name and Address:
MIDWEST TOOL & DIE CORP
ROTHBERG LOGAN & WARSCO LLP
PO BOX 11647
FORT WAYNE, IN 46859-1647

Claim Holder Name and Address
MIDWEST TOOL & DIE CORP
ROTHBERG LOGAN & WARSCO LLP
PO BOX 11647
FORT WAYNE, IN 46859-1647

Docketed Total: $188,413.44

Modified Total: $41,282.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $188,413.44 |
| | | | $188,413.44 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,282.67 |
| | | | $41,282.67 |

---

**Claim: 10075**
Date Filed: 07/20/2006
Docketed Total: $135,698.55
Filing Creditor Name and Address:
O & R PRECISION GRINDING INC
5315 W 900 S
GENEVA, IN 46740

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $135,698.55

Modified Total: $21,161.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $135,698.55 |
| | | | $135,698.55 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,161.75 |
| | | | $21,161.75 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 18 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15248<br>Date Filed: 07/31/2006<br>Docketed Total: $10,095.08<br>Filing Creditor Name and Address:<br>OPTICAL GAGING PRODUCTS INC<br>850 HUDSON AVE<br>ROCHESTER, NY 14621 | Claim Holder Name and Address<br>OPTICAL GAGING PRODUCTS INC    Docketed Total:    **$10,095.08**<br>850 HUDSON AVE<br>ROCHESTER, NY 14621 | Modified Total:    **$10,095.08** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $10,095.08 | 05-44640 | | | $5,938.14 |
| | | | | | 05-44567 | | | $4,156.94 |
| | | | | **$10,095.08** | | | | **$10,095.08** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1336<br>Date Filed: 12/27/2005<br>Docketed Total: $156,180.01<br>Filing Creditor Name and Address:<br>PROCESS DEVELOPMENT CORPORATION<br>33027 SCHOOL CRAFT<br>LIVONIA, MI 48150 | Claim Holder Name and Address<br>MADISON NICHE OPPORTUNITIES LLC    Docketed Total:    **$156,180.01**<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Modified Total:    **$129,740.24** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $156,180.01 | 05-44640 | | | $129,740.24 |
| | | | | **$156,180.01** | | | | **$129,740.24** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1126<br>Date Filed: 12/12/2005<br>Docketed Total: $3,236,025.11<br>Filing Creditor Name and Address:<br>SBC ADVANCED SOLUTIONS INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC ADVANCED SOLUTIONS INC    Docketed Total:    **$3,236,025.11**<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Modified Total:    **$2,987,478.61** |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $3,236,025.11 | 05-44640 | | | $2,987,478.61 |
| | | | | **$3,236,025.11** | | | | **$2,987,478.61** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1125**
Date Filed: 12/12/2005
Docketed Total: $7,661.10
Filing Creditor Name and Address:
SBC DATACOMM
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC DATACOMM
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total: **$7,661.10**

Modified Total: **$6,885.03**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,661.10 | 05-44640 | | | $6,885.03 |
| | | | **$7,661.10** | | | | **$6,885.03** |

---

**Claim: 2529**
Date Filed: 04/03/2006
Docketed Total: $195.10
Filing Creditor Name and Address:
SBC GLOBAL
PO BOX 981268
W SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL
PO BOX 981268
W SACRAMENTO, CA 95798

Docketed Total: **$195.10**

Modified Total: **$174.87**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44480 | | | $195.10 | 05-44640 | | | $174.87 |
| | | | **$195.10** | | | | **$174.87** |

---

**Claim: 1582**
Date Filed: 01/17/2006
Docketed Total: $110.32
Filing Creditor Name and Address:
SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total: **$110.32**

Modified Total: **$84.94**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44612 | | | $110.32 | 05-44612 | | | $84.94 |
| | | | **$110.32** | | | | **$84.94** |

---

**Claim: 1584**
Date Filed: 01/17/2006
Docketed Total: $368.59
Filing Creditor Name and Address:
SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total: **$368.59**

Modified Total: **$238.20**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44586 | | | $368.59 | 05-44640 | | | $238.20 |
| | | | **$368.59** | | | | **$238.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 20 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1585**
Date Filed: 01/17/2006
Docketed Total: $602.51
Filing Creditor Name and Address:
SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total: **$602.51**

Modified Total: **$336.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $602.51 | 05-44567 | | | $336.91 |
| | | | **$602.51** | | | | **$336.91** |

**Claim: 2102**
Date Filed: 02/21/2006
Docketed Total: $29.60
Filing Creditor Name and Address:
SBC LONG DISTANCE INC
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC LONG DISTANCE INC
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total: **$29.60**

Modified Total: **$29.60**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $29.60 | 05-44612 | | | $29.60 |
| | | | **$29.60** | | | | **$29.60** |

**Claim: 6922**
Date Filed: 05/26/2006
Docketed Total: $1,617.37
Filing Creditor Name and Address:
SCHINDLER ELEVATOR CORP
PO BOX 1935
MORRISTOWN, NJ 07962-1935

Claim Holder Name and Address

MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: **$1,617.37**

Modified Total: **$1,617.37**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,617.37 | 05-44640 | | | $1,617.37 |
| | | | **$1,617.37** | | | | **$1,617.37** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-10   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-1
Pg 21 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5842**
Date Filed:   05/15/2006
Docketed Total:   $135,545.25
Filing Creditor Name and Address:
  SHUMSKY ENTERPRISES INC
  811 E 4TH ST
  DAYTON, OH 45402

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:   **$135,545.25**

Modified Total:   **$74,955.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $135,545.25 | 05-44640 | | | $71,645.27 |
| | | | | 05-44612 | | | $3,310.45 |
| | | | **$135,545.25** | | | | **$74,955.72** |

**Claim: 1664**
Date Filed:   01/25/2006
Docketed Total:   $226,945.46
Filing Creditor Name and Address:
  SOFANOU INC
  2840 AUBURN CT
  AUBURN HILLS, MI 48326

Claim Holder Name and Address

SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total:   **$226,945.46**

Modified Total:   **$219,630.63**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $226,945.46 | 05-44640 | | | $219,630.63 |
| | | | **$226,945.46** | | | | **$219,630.63** |

**Claim: 11770**
Date Filed:   07/27/2006
Docketed Total:   $615,329.09
Filing Creditor Name and Address:
  SPEEDLINE TECHNOLOGIES INC
  16 FORGE PARK
  FRANKLIN, MA 02038

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total:   **$615,329.09**

Modified Total:   **$849.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | $2,060.49 | $189,005.00 | $424,263.60 | 05-44567 | $0.00 | $0.00 | $849.72 |
| | **$2,060.49** | **$189,005.00** | **$424,263.60** | | **$0.00** | **$0.00** | **$849.72** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-10    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-1
Pg 22 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2964**
Date Filed: 04/27/2006
Docketed Total: $5,899.98
Filing Creditor Name and Address:
SPX CORP
LIGHTNIN
135 MOUNT READ BLVD
ROCHESTER, NY 14611

Claim Holder Name and Address
SPX CORP
LIGHTNIN
135 MOUNT READ BLVD
ROCHESTER, NY 14611          Docketed Total: **$5,899.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,899.98 |
| | | | **$5,899.98** |

Modified Total: **$5,899.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,899.98 |
| | | | **$5,899.98** |

---

**Claim: 9312**
Date Filed: 07/11/2006
Docketed Total: $55,193.34
Filing Creditor Name and Address:
STEPHENSON CORPORATION
4401 WESTERN RD
FLINT, MI 48506

Claim Holder Name and Address
STEPHENSON CORPORATION
4401 WESTERN RD
FLINT, MI 48506          Docketed Total: **$55,193.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $55,193.34 |
| | | | **$55,193.34** |

Modified Total: **$28,565.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,565.39 |
| | | | **$28,565.39** |

---

**Claim: 10016**
Date Filed: 07/20/2006
Docketed Total: $347,605.98
Filing Creditor Name and Address:
VENTURE PLASTICS INC
MARGULIES & LEVINSON LLP
30100 CHAGRIN BLVD NO 250
CLEVELAND, OH 44124

Claim Holder Name and Address
VENTURE PLASTICS INC
MARGULIES & LEVINSON LLP
30100 CHAGRIN BLVD NO 250
CLEVELAND, OH 44124          Docketed Total: **$347,605.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $347,605.98 | | |
| | **$347,605.98** | | |

Modified Total: **$173,841.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $173,841.50 |
| | | | **$173,841.50** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-10   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-1
Pg 23 of 24

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 484**
Date Filed: 11/10/2005
Docketed Total: $35,043.24
Filing Creditor Name and Address:
VIMELSA INTERNATIONAL SA
DE CV
AVE PRIMERA 867
COL NAZARIO ORTIZ
SALTILLO COAH, 25100
MEXICO

Claim Holder Name and Address
VIMELSA INTERNATIONAL SA DE CV
AVE PRIMERA 867
COL NAZARIO ORTIZ
SALTILLO COAH, 25100
MEXICO

Docketed Total: $35,043.24

Modified Total: $29,146.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $35,043.24 | 05-44640 | | | $29,146.24 |
| | | | **$35,043.24** | | | | **$29,146.24** |

**Claim: 8760**
Date Filed: 06/29/2006
Docketed Total: $8,414.10
Filing Creditor Name and Address:
WEBER SCREWDRIVING SYSTEM
1401 FRONT ST
YORKTOWN HEIGHT, NY 10598

Claim Holder Name and Address
WEBER SCREWDRIVING SYSTEM
1401 FRONT ST
YORKTOWN HEIGHT, NY 10598

Docketed Total: $8,414.10

Modified Total: $5,298.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,414.10 | 05-44640 | | | $5,298.00 |
| | | | **$8,414.10** | | | | **$5,298.00** |

**Claim: 10752**
Date Filed: 07/25/2006
Docketed Total: $121,998.56
Filing Creditor Name and Address:
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Claim Holder Name and Address
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Docketed Total: $121,998.56

Modified Total: $121,563.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $121,998.56 | 05-44567 | | | $121,563.20 |
| | | | **$121,998.56** | | | | **$121,563.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8695**
Date Filed:   06/23/2006
Docketed Total:    $485,243.50
Filing Creditor Name and Address:
XEROX CORPORATION
XEROX CAPITAL SERVICES LLC
PO BOX 660506
DALLAS, TX 75266-9937

Claim Holder Name and Address
LONGACRE MASTER FUND LTD     Docketed Total:     $485,243.50
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $485,243.50 |
| | | | $485,243.50 |

Modified Total:     $409,568.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $41.04 |
| 05-44640 | | | $408,442.54 |
| 05-44567 | | | $109.70 |
| 05-44624 | | | $974.84 |
| | | | $409,568.12 |

**Claim: 10591**
Date Filed:   07/25/2006
Docketed Total:    $3,180.05
Filing Creditor Name and Address:
XPEDX
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

Claim Holder Name and Address
XPEDX     Docketed Total:     $3,180.05
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,180.05 |
| | | | $3,180.05 |

Modified Total:     $3,180.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,180.05 |
| | | | $3,180.05 |

Total Claims to be Modified: 72

Total Amount as Docketed:        $29,718,018.83

Total Amount as Modified:        $24,829,536.10

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated