**EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8458<br>Date Filed:  06/19/2006<br>Docketed Total:  $1,868.68<br>Filing Creditor Name and Address:<br>  STATE OF WISCONSIN<br>  DEPARTMENT OF REVENUE<br>  2135 RIMROCK RD<br>  MADISON, WI 53713 | Claim Holder Name and Address<br>STATE OF WISCONSIN       Docketed Total:       $1,868.68<br>DEPARTMENT OF REVENUE<br>2135 RIMROCK RD<br>MADISON, WI 53713<br><br>Case Number*      Secured        Priority         Unsecured<br>05-44623                            $1,727.11          $141.57<br>                                    $1,727.11          $141.57 | Modified Total:       $1,527.11<br><br><br><br><br>Case Number*      Secured        Priority         Unsecured<br>05-44623                            $1,527.11          $0.00<br>                                    $1,527.11          $0.00<br><br>**Total Claims to be Modified: 1**<br>**Total Amount as Docketed:**       $1,868.68<br>**Total Amount as Modified:**       $1,527.11 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated