In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 1 of 27

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2468**
Date Filed:    04/03/2006
Docketed Total:    $517,747.63
Filing Creditor Name and Address:
3M COMPANY
OFFICE OF GENERAL COUNSEL
BLDG 220 9E 02
ST PAUL, MN 55144

Claim Holder Name and Address
3M COMPANY
OFFICE OF GENERAL COUNSEL
BLDG 220 9E 02
ST PAUL, MN 55144

Docketed Total:    $517,747.63

Modified Total:    $500,289.01

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $517,747.63 | 05-44640 | | $34,337.94 | $465,951.07 |
| | | | **$517,747.63** | | | **$34,337.94** | **$465,951.07** |

**Claim: 12203**
Date Filed:    07/28/2006
Docketed Total:    $17,473.74
Filing Creditor Name and Address:
AFL AUTOMOTIVE LIMITED
PARTNERSHIP MICHIGAN
LIMITED PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Claim Holder Name and Address
AFL AUTOMOTIVE LIMITED
PARTNERSHIP MICHIGAN LIMITED
PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Docketed Total:    $17,473.74

Modified Total:    $9,806.72

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $17,473.74 | 05-44567 | | $4,222.28 | $5,584.44 |
| | | | **$17,473.74** | | | **$4,222.28** | **$5,584.44** |

**Claim: 2246**
Date Filed:    03/10/2006
Docketed Total:    $6,140,513.59
Filing Creditor Name and Address:
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS &
DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

Claim Holder Name and Address
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS &
DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

Docketed Total:    $6,140,513.59

Modified Total:    $6,028,894.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,140,513.59 | 05-44567 | | | $5,523.00 |
| | | | | 05-44640 | | $37,893.60 | $5,985,477.74 |
| | | | **$6,140,513.59** | | | **$37,893.60** | **$5,991,000.74** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 1 of 27

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 16692<br>Date Filed:　10/17/2005<br>Docketed Total:　$5,823.94<br>Filing Creditor Name and Address:<br>　AMERICAN AIKOKU ALPHA INC<br>　MASUDA FUNAI EIFERT &<br>　MITCHELL LTD<br>　203 N LASALLE ST STE 2500<br>　CHICAGO, IL 60601 | AMERICAN AIKOKU ALPHA INC　　Docketed Total:　$5,823.94<br>MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601 | Modified Total:　$5,823.94 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,823.94 | | 05-44640 | | $5,823.94 | |
| | | **$5,823.94** | | | | **$5,823.94** | |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 16680<br>Date Filed:　10/13/2005<br>Docketed Total:　$498.74<br>Filing Creditor Name and Address:<br>　AMERICAN MOLDED PRODUCTS<br>　OPERATIONS<br>　51490 CELESTE DR<br>　SHELBY TOWNSHIP, MI 48315 | AMERICAN MOLDED PRODUCTS　　Docketed Total:　$498.74<br>OPERATIONS<br>51490 CELESTE DR<br>SHELBY TOWNSHIP, MI 48315 | Modified Total:　$498.74 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $498.74 | | 05-44640 | | $498.74 | |
| | | **$498.74** | | | | **$498.74** | |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 16662<br>Date Filed:　10/12/2005<br>Docketed Total:　$9,760.00<br>Filing Creditor Name and Address:<br>　CARDONE INDUSTRIES INC<br>　5501 WHITAKER AVE<br>　PHILADELPHIA, PA 19124-1799 | CARDONE INDUSTRIES INC　　Docketed Total:　$9,760.00<br>5501 WHITAKER AVE<br>PHILADELPHIA, PA 19124-1799 | Modified Total:　$9,760.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $9,760.00 | | 05-44612 | | $9,760.00 | |
| | | **$9,760.00** | | | | **$9,760.00** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 3 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1771**
Date Filed: 02/03/2006
Docketed Total: $200,547.61
Filing Creditor Name and Address:
CASTWELL PRODUCTS INC
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF CASTWELL
PRODUCTS INC
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name and Address

JPMORGAN CHASE BANK NA — Docketed Total: $200,547.61
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Modified Total: $155,030.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $47,499.91 | $153,047.70 | 05-44640 | | $38,016.28 | $117,014.26 |
| | | **$47,499.91** | **$153,047.70** | | | **$38,016.28** | **$117,014.26** |

**Claim: 16658**
Date Filed: 10/10/2005
Docketed Total: $5,830.84
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO — Docketed Total: $5,830.84
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Modified Total: $5,830.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,830.84 | | 05-44640 | | $5,830.84 | |
| | | **$5,830.84** | | | | **$5,830.84** | |

**Claim: 16660**
Date Filed: 10/11/2005
Docketed Total: $2,133.34
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO — Docketed Total: $2,133.34
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Modified Total: $2,133.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,133.34 | | 05-44640 | | $2,133.34 | |
| | | **$2,133.34** | | | | **$2,133.34** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 4 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16666<br>Date Filed: 10/12/2005<br>Docketed Total: $1,553.52<br>Filing Creditor Name and Address:<br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Claim Holder Name and Address<br><br>CHICAGO RIVET & MACHINE CO      Docketed Total:      $1,553.52<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                 $1,553.52<br>                         $1,553.52 | Modified Total:      $1,553.52<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                 $1,553.52<br>                         $1,553.52 |
| Claim: 16667<br>Date Filed: 10/10/2005<br>Docketed Total: $1,735.38<br>Filing Creditor Name and Address:<br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Claim Holder Name and Address<br><br>CHICAGO RIVET & MACHINE CO      Docketed Total:      $1,735.38<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                 $1,735.38<br>                         $1,735.38 | Modified Total:      $1,735.38<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                 $1,735.38<br>                         $1,735.38 |
| Claim: 16669<br>Date Filed: 10/10/2005<br>Docketed Total: $11,201.77<br>Filing Creditor Name and Address:<br>CHICAGO RIVET & MACHINE CO<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061 | Claim Holder Name and Address<br><br>CHICAGO RIVET & MACHINE CO      Docketed Total:      $11,201.77<br>901 FRONTENAC RD<br>PO BOX 3061<br>NAPERVILLE, IL 60566-7061<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                 $11,201.77<br>                         $11,201.77 | Modified Total:      $11,201.77<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                 $11,201.77<br>                         $11,201.77 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3  
Pg 5 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16670**
Date Filed: 10/10/2005
Docketed Total: $822.47
Filing Creditor Name and Address:
   CHICAGO RIVET & MACHINE CO
   901 FRONTENAC RD
   PO BOX 3061
   NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
   CHICAGO RIVET & MACHINE CO
   901 FRONTENAC RD
   PO BOX 3061
   NAPERVILLE, IL 60566-7061
Docketed Total: $822.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $822.47 | |
| | | $822.47 | |

Modified Total: $822.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $822.47 | |
| | | $822.47 | |

---

**Claim: 16685**
Date Filed: 10/10/2005
Docketed Total: $871.08
Filing Creditor Name and Address:
   CHICAGO RIVET & MACHINE CO
   901 FRONTENAC RD
   PO BOX 3061
   NAPERVILLE, IL 60566-7061

Claim Holder Name and Address
   CHICAGO RIVET & MACHINE CO
   901 FRONTENAC RD
   PO BOX 3061
   NAPERVILLE, IL 60566-7061
Docketed Total: $871.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $871.08 | |
| | | $871.08 | |

Modified Total: $871.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $871.08 | |
| | | $871.08 | |

---

**Claim: 12370**
Date Filed: 07/28/2006
Docketed Total: $225,484.00
Filing Creditor Name and Address:
   COHERENT INC
   BIALSON BERGEN & SCHWAB
   2600 EL CAMINO REAL STE 300
   PALO ALTO, CA 94306

Claim Holder Name and Address
   LONGACRE MASTER FUND LTD
   810 SEVENTH AVE 22ND FL
   NEW YORK, NY 10019
Docketed Total: $225,484.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | UNL | UNL | $225,484.00 |
| | UNL | UNL | $225,484.00 |

Modified Total: $225,484.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | $0.00 | $202,500.00 | $22,984.00 |
| | $0.00 | $202,500.00 | $22,984.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16690**
Date Filed: 10/12/2005
Docketed Total: $4,434.68
Filing Creditor Name and Address:
COILCRAFT INC
1102 SILVER LAKE RD
CARY, IL 60013

Claim Holder Name and Address
COILCRAFT INC
1102 SILVER LAKE RD
CARY, IL 60013

Docketed Total: $4,434.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,434.68 | |
| | | **$4,434.68** | |

Modified Total: $4,434.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,434.68 | |
| | | **$4,434.68** | |

---

**Claim: 11440**
Date Filed: 07/27/2006
Docketed Total: $79,855.52
Filing Creditor Name and Address:
CONSOLIDATED INDUSTRIAL CORP
ST CLAIR PLASTICS DIV
30855 TETON PL
CHESTERFIELD, MI 48047

Claim Holder Name and Address
CONSOLIDATED INDUSTRIAL CORP
ST CLAIR PLASTICS DIV
30855 TETON PL
CHESTERFIELD, MI 48047

Docketed Total: $79,855.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,855.52 |
| | | | **$79,855.52** |

Modified Total: $70,004.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,795.99 | $63,199.86 |
| 05-44567 | | | $3,008.56 |
| | | **$3,795.99** | **$66,208.42** |

---

**Claim: 10380**
Date Filed: 07/24/2006
Docketed Total: $1,487,077.20
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF MEAD WESTVACO
CORPORATION
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF MEAD WESTVACO
CORPORATION
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $1,487,077.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $24,826.27 | | $1,462,250.93 |
| | **$24,826.27** | | **$1,462,250.93** |

Modified Total: $954,045.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,965.90 | $925,079.70 |
| | | **$28,965.90** | **$925,079.70** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 7 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11256<br>Date Filed:   07/27/2006<br>Docketed Total:    $2,405,898.43<br>Filing Creditor Name and Address:<br>CTS CORPORATION<br>171 COVINGTON DR<br>BLOOMINGDALE, IL 60108 | Claim Holder Name and Address<br><br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179    Docketed Total:    $1,950,968.78 | Modified Total:    $1,840,483.50 |

**Claim 11256 — Bear Stearns**

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $1,950,968.78 | | 05-44640 | | | $1,840,483.50 |
| | | | | **$1,950,968.78** | | | | | **$1,840,483.50** |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108      Docketed Total:    $293,785.09        Modified Total:    $164,265.01

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $293,785.09 | | 05-44640 | | $164,265.01 | |
| | | | | **$293,785.09** | | | | **$164,265.01** | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16699<br>Date Filed:   10/18/2005<br>Docketed Total:    $1,421.23<br>Filing Creditor Name and Address:<br>DIODES INCORPORATED<br>3050 E HILLCREST DR STE 200<br>WESTLAKE VILLAGE, CA 91362 | Claim Holder Name and Address<br><br>DIODES INCORPORATED<br>3050 E HILLCREST DR STE 200<br>WESTLAKE VILLAGE, CA 91362    Docketed Total:    $1,421.23 | Modified Total:    $1,421.23 |

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | $1,421.23 | | | 05-44640 | | $1,421.23 | |
| | | | **$1,421.23** | | | | | **$1,421.23** | |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10490<br>Date Filed:   07/24/2006<br>Docketed Total:    $538,577.55<br>Filing Creditor Name and Address:<br>DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431-2301 | Claim Holder Name and Address<br><br>DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431-2301    Docketed Total:    $538,577.55 | Modified Total:    $332,257.57 |

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44481 | UNL | | $538,577.55 | | 05-44640 | | $3,317.52 | $328,940.05 |
| | | **UNL** | | **$538,577.55** | | | | **$3,317.52** | **$328,940.05** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 8 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 8285**
Date Filed: 06/20/2006
Docketed Total: $230,466.50
Filing Creditor Name and Address:
DU PONT POWDER COATINGS
USA IN
9800 GENARD RD
HOUSTON, TX 77041

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$230,466.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $230,466.50 |
| | | | **$230,466.50** |

Modified Total: **$208,378.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $8,317.35 | $200,061.15 |
| | | **$8,317.35** | **$200,061.15** |

---

**Claim: 9926**
Date Filed: 07/19/2006
Docketed Total: $2,092.50
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: **$2,092.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44589 | | | $2,092.50 |
| | | | **$2,092.50** |

Modified Total: **$2,092.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $570.00 | $1,522.50 |
| | | **$570.00** | **$1,522.50** |

---

**Claim: 16698**
Date Filed: 10/18/2005
Docketed Total: $2,960.00
Filing Creditor Name and Address:
ELECTRO DYNAMICS CRYSTAL
CORPORATION
9075 CODY ST
OVERLAND PARK, KS 66214

Claim Holder Name and Address

ELECTRO DYNAMICS CRYSTAL
CORPORATION
9075 CODY ST
OVERLAND PARK, KS 66214

Docketed Total: **$2,960.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,960.00 | |
| | | **$2,960.00** | |

Modified Total: **$2,960.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,960.00 | |
| | | **$2,960.00** | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 9 of 27

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16682<br>Date Filed: 10/12/2005<br>Docketed Total: $9,009.31<br>Filing Creditor Name and Address:<br>FOREST CITY TECHNOLOGIES<br>INC<br>299 CLAY ST<br>PO BOX 86<br>WELLINGTON, OH 44090 | Claim Holder Name and Address<br><br>FOREST CITY TECHNOLOGIES INC      Docketed Total:      **$9,009.31**<br>299 CLAY ST<br>PO BOX 86<br>WELLINGTON, OH 44090<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481              $9,009.31<br>                                **$9,009.31** | Modified Total:   **$9,009.31**<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640              $9,009.31<br>                                **$9,009.31** |
| Claim: 16664<br>Date Filed: 10/12/2005<br>Docketed Total: $912.23<br>Filing Creditor Name and Address:<br>FULTON INDUSTRIES INC<br>EASTMAN & SMITH LTD<br>ONE SEAGATE 24TH FL<br>TOLEDO, OH 43604 | Claim Holder Name and Address<br><br>FULTON INDUSTRIES INC      Docketed Total:      **$912.23**<br>EASTMAN & SMITH LTD<br>ONE SEAGATE 24TH FL<br>TOLEDO, OH 43604<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481              $912.23<br>                                **$912.23** | Modified Total:   **$912.23**<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640              $912.23<br>                                **$912.23** |
| Claim: 15064<br>Date Filed: 07/31/2006<br>Docketed Total: $5,895,235.82<br>Filing Creditor Name and Address:<br>GOLDMAN SACHS CREDIT<br>PARTNERS LP ASSIGNEE OF<br>SIEMENS VDO AUTOMOTIVE<br>CORPORATION AND SIEMENS<br>VDO AUTOMOTIVE INC<br>ONE NEW YORK PLAZA 42ND FL<br>NEW YORK, NY 10004 | Claim Holder Name and Address<br><br>GOLDMAN SACHS CREDIT      Docketed Total:      **UNL**<br>PARTNERS LP ASSIGNEE OF<br>SIEMENS VDO AUTOMOTIVE<br>CORPORATION AND SIEMENS VDO<br>AUTOMOTIVE INC<br>ONE NEW YORK PLAZA 42ND FL<br>NEW YORK, NY 10004<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640 | Modified Total:   **$5,679,024.51**<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640              $217,346.00   $5,461,678.51<br>                    **$217,346.00**   **$5,461,678.51** |

*See Exhibit G for a listing of debtor entities by case number.

Page 9 of 27

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 10 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16673<br>Date Filed: 10/11/2005<br>Docketed Total: $1,376.07<br>Filing Creditor Name and Address:<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 07016 | Claim Holder Name and Address<br><br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 07016 | Docketed Total: | | $1,376.07 | | Modified Total: | | $1,376.07 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $1,376.07 | | 05-44640 | | $1,376.07 | |
| | | | **$1,376.07** | | | | **$1,376.07** | |
| Claim: 16674<br>Date Filed: 10/12/2005<br>Docketed Total: $26,352.82<br>Filing Creditor Name and Address:<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 07016 | Claim Holder Name and Address<br><br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 07016 | Docketed Total: | | $26,352.82 | | Modified Total: | | $26,352.82 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $26,352.82 | | 05-44640 | | $26,352.82 | |
| | | | **$26,352.82** | | | | **$26,352.82** | |
| Claim: 16676<br>Date Filed: 10/11/2005<br>Docketed Total: $2,547.30<br>Filing Creditor Name and Address:<br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 07016 | Claim Holder Name and Address<br><br>GRABER ROGG INC<br>22 JACKSON DR<br>CRANFORD, NJ 07016 | Docketed Total: | | $2,547.30 | | Modified Total: | | $2,547.30 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $2,547.30 | | 05-44640 | | $2,547.30 | |
| | | | **$2,547.30** | | | | **$2,547.30** | |
| Claim: 16665<br>Date Filed: 10/09/2005<br>Docketed Total: $7,344.65<br>Filing Creditor Name and Address:<br>H & L TOOL COMPANY INC<br>32701 DEQUINDER<br>MADISON HEIGHTS, MI<br>48071-1595 | Claim Holder Name and Address<br><br>H & L TOOL COMPANY INC<br>32701 DEQUINDER<br>MADISON HEIGHTS, MI 48071-1595 | Docketed Total: | | $7,344.65 | | Modified Total: | | $7,344.65 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $7,344.65 | | 05-44640 | | $7,344.65 | |
| | | | **$7,344.65** | | | | **$7,344.65** | |

\*See Exhibit G for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 11 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13441**
Date Filed: 07/31/2006
Docketed Total: $115,694.05
Filing Creditor Name and Address:
HENKEL CORPORATION HENKEL
LOCTITE
PO BOX 485
AVON, OH 44011

Claim Holder Name and Address
HENKEL CORPORATION HENKEL
LOCTITE
PO BOX 485
AVON, OH 44011

Docketed Total: $115,694.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,694.05 |
| | | | $115,694.05 |

Modified Total: $31,280.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $177.36 | $31,103.18 |
| | | $177.36 | $31,103.18 |

**Claim: 16700**
Date Filed: 10/17/2005
Docketed Total: $7,828.35
Filing Creditor Name and Address:
HEWITT TOOL & DIE INC
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047

Claim Holder Name and Address
HEWITT TOOL & DIE INC
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047

Docketed Total: $7,828.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,828.35 | |
| | | $7,828.35 | |

Modified Total: $7,828.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,828.35 | |
| | | $7,828.35 | |

**Claim: 16656**
Date Filed: 10/10/2005
Docketed Total: $572.00
Filing Creditor Name and Address:
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Claim Holder Name and Address
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Docketed Total: $572.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $572.00 | |
| | | $572.00 | |

Modified Total: $572.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $572.00 | |
| | | $572.00 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 12 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16657**
Date Filed: 10/10/2005
Docketed Total: $3,850.28
Filing Creditor Name and Address:
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Claim Holder Name and Address
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Docketed Total: $3,850.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,850.28 | |
| | | $3,850.28 | |

Modified Total: $3,850.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,850.28 | |
| | | $3,850.28 | |

---

**Claim: 16655**
Date Filed: 10/10/2005
Docketed Total: $1,533.05
Filing Creditor Name and Address:
HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Claim Holder Name and Address
HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Docketed Total: $1,533.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,533.05 | |
| | | $1,533.05 | |

Modified Total: $1,533.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,533.05 | |
| | | $1,533.05 | |

---

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $41,085.40
Filing Creditor Name and Address:
HOSIDEN AMERICA
CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total: $41,085.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | $41,085.40 |

Modified Total: $40,835.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,423.64 | $39,411.76 |
| | | $1,423.64 | $39,411.76 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 13 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 9567**
Date Filed: 07/17/2006
Docketed Total: $151,274.89
Filing Creditor Name and Address:
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Claim Holder Name and Address
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675
Docketed Total: $151,274.89

Modified Total: $48,816.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,274.89 | |
| | | **$151,274.89** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,127.23 | $41,689.01 |
| | | **$7,127.23** | **$41,689.01** |

---

**Claim: 13788**
Date Filed: 07/31/2006
Docketed Total: $1,423,472.76
Filing Creditor Name and Address:
INTERNATIONAL RECTIFIER
CORPORATION
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071

Claim Holder Name and Address
INTERNATIONAL RECTIFIER
CORPORATION
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071
Docketed Total: $1,423,472.76

Modified Total: $1,317,604.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,423,472.76 |
| | | | **$1,423,472.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,243.50 | $1,292,361.39 |
| | | **$25,243.50** | **$1,292,361.39** |

---

**Claim: 9571**
Date Filed: 07/17/2006
Docketed Total: $29,467.26
Filing Creditor Name and Address:
ITW CIP
850 STEAMPLANT RD
GALLATIN, TN 37066

Claim Holder Name and Address
ITW CIP
850 STEAMPLANT RD
GALLATIN, TN 37066
Docketed Total: $29,467.26

Modified Total: $25,298.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,502.41 | $21,964.85 |
| | | **$7,502.41** | **$21,964.85** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,631.23 | $23,666.93 |
| | | **$1,631.23** | **$23,666.93** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 14 of 27

Twenty-First Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14052**
Date Filed:    01/06/2006
Docketed Total:    $1,881,302.43
Filing Creditor Name and Address:
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

Claim Holder Name and Address
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

Docketed Total:    **$1,881,302.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $572,707.98 | $1,308,594.45 |
| | | **$572,707.98** | **$1,308,594.45** |

Modified Total:    **$1,881,302.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $101,905.91 | $1,779,396.52 |
| | | **$101,905.91** | **$1,779,396.52** |

---

**Claim: 8401**
Date Filed:    06/23/2006
Docketed Total:    $93,681.46
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total:    **$93,681.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $93,681.46 |
| | | | **$93,681.46** |

Modified Total:    **$89,979.03**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $9,795.53 | $80,183.50 |
| | | **$9,795.53** | **$80,183.50** |

---

**Claim: 8403**
Date Filed:    06/23/2006
Docketed Total:    $1,254,523.02
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total:    **$1,254,523.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,254,523.02 |
| | | | **$1,254,523.02** |

Modified Total:    **$1,253,659.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $223,076.13 | $1,030,583.40 |
| | | **$223,076.13** | **$1,030,583.40** |

---

**Claim: 16675**
Date Filed:    10/13/2005
Docketed Total:    $0.00
Filing Creditor Name and Address:
KAMAX SAU
EMPERADOR 4
E 46136SPAIN

Claim Holder Name and Address
KAMAX SAU
EMPERADOR 4
E 46136SPAIN

Docketed Total:    **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Modified Total:    **$1,803.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,803.58 | |
| | | **$1,803.58** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16672**
Date Filed:   10/10/2005
Docketed Total:     $495.50
Filing Creditor Name and Address:
   KOA SPEER ELECTRONICS INC
   BOLIVAR DR
   PO BOX 547
   BRADFORD, PA 16701

Claim Holder Name and Address

KOA SPEER ELECTRONICS INC
BOLIVAR DR
PO BOX 547
BRADFORD, PA 16701

Docketed Total:     **$495.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $495.50 | |
| | | **$495.50** | |

Modified Total:     **$495.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $495.50 | |
| | | **$495.50** | |

---

**Claim: 16686**
Date Filed:   10/10/2005
Docketed Total:     $61,091.71
Filing Creditor Name and Address:
   KOA SPEER ELECTRONICS INC
   BOLIVAR DR
   PO BOX 547
   BRADFORD, PA 16701

Claim Holder Name and Address

KOA SPEER ELECTRONICS INC
BOLIVAR DR
PO BOX 547
BRADFORD, PA 16701

Docketed Total:     **$61,091.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $61,091.71 | |
| | | **$61,091.71** | |

Modified Total:     **$60,936.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $60,936.01 | |
| | | **$60,936.01** | |

---

**Claim: 16687**
Date Filed:   10/10/2005
Docketed Total:     $84,902.01
Filing Creditor Name and Address:
   KOA SPEER ELECTRONICS INC
   BOLIVAR DR
   PO BOX 547
   BRADFORD, PA 16701

Claim Holder Name and Address

KOA SPEER ELECTRONICS INC
BOLIVAR DR
PO BOX 547
BRADFORD, PA 16701

Docketed Total:     **$84,902.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $84,902.01 | |
| | | **$84,902.01** | |

Modified Total:     **$82,085.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $82,085.30 | |
| | | **$82,085.30** | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 16 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11924**
Date Filed: 07/28/2006
Docketed Total: $80,802.00
Filing Creditor Name and Address:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

Claim Holder Name and Address
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970
Docketed Total: $80,802.00

Modified Total: $80,802.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 |
| | | **$28,390.99** | **$52,411.01** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 |
| | | **$28,390.99** | **$52,411.01** |

---

**Claim: 12151**
Date Filed: 07/28/2006
Docketed Total: $41,919.98
Filing Creditor Name and Address:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

Claim Holder Name and Address
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970
Docketed Total: $41,919.98

Modified Total: $39,435.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,451.81 | $29,468.17 |
| | | **$12,451.81** | **$29,468.17** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,451.81 | $26,983.63 |
| | | **$12,451.81** | **$26,983.63** |

---

**Claim: 16681**
Date Filed: 10/13/2005
Docketed Total: $116,070.80
Filing Creditor Name and Address:
  LINEAR TECHNOLOGY
  CORPORATION
  MCDERMOTT WILL & EMERY
  50 ROCKEFELLER PLZ
  NEW YORK, NY 10020-1605

Claim Holder Name and Address
  LINEAR TECHNOLOGY
  CORPORATION
  MCDERMOTT WILL & EMERY
  50 ROCKEFELLER PLZ
  NEW YORK, NY 10020-1605
Docketed Total: $116,070.80

Modified Total: $116,070.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $116,070.80 | |
| | | **$116,070.80** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $116,070.80 | |
| | | **$116,070.80** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 17 of 27

Twenty-First Omnibus Claims Objection

EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16654<br>Date Filed: 10/10/2005<br>Docketed Total: $42,820.98<br>Filing Creditor Name and Address:<br>MATERIAL SCIENCES<br>CORPORATION<br>POPPER & GRAFTON<br>225 W 34TH ST STE 1609<br>NEW YORK, NY 10122-1600 | Claim Holder Name and Address<br><br>MATERIAL SCIENCES<br>CORPORATION<br>POPPER & GRAFTON<br>225 W 34TH ST STE 1609<br>NEW YORK, NY 10122-1600 | | Docketed Total: | **$42,820.98** | | | Modified Total: | **$39,830.12** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | $42,820.98 | | 05-44640 | | $39,830.12 | |
| | | | **$42,820.98** | | | | **$39,830.12** | |
| Claim: 16561<br>Date Filed: 03/02/2007<br>Docketed Total: $70,117.16<br>Filing Creditor Name and Address:<br>MCNAUGHTON MCKAY<br>ELECTRIC OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI<br>48071-4126 | Claim Holder Name and Address<br><br>MCNAUGHTON MCKAY ELECTRIC<br>OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4126 | | Docketed Total: | **$70,117.16** | | | Modified Total: | **$54,501.01** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | $23,230.90 | $46,886.26 | 05-44640 | | $23,230.90 | $31,270.11 |
| | | | **$23,230.90** | **$46,886.26** | | | **$23,230.90** | **$31,270.11** |
| Claim: 16696<br>Date Filed: 10/20/2005<br>Docketed Total: $1,242.18<br>Filing Creditor Name and Address:<br>MIDWEST STAMPING INC<br>LEWIS RICE & FINGERSH LC<br>500 N BROADWAY STE 2000<br>ST LOUIS, MO 63102-2147 | Claim Holder Name and Address<br><br>MIDWEST STAMPING INC<br>LEWIS RICE & FINGERSH LC<br>500 N BROADWAY STE 2000<br>ST LOUIS, MO 63102-2147 | | Docketed Total: | **$1,242.18** | | | Modified Total: | **$1,242.18** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | $1,242.18 | | 05-44640 | | $1,242.18 | |
| | | | **$1,242.18** | | | | **$1,242.18** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 18 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14295<br>Date Filed: 07/31/2006<br>Docketed Total: $124,961.82<br>Filing Creditor Name and Address:<br>MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | | Docketed Total: | $124,961.82 | | | Modified Total: | $124,961.82 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $124,961.82 | 05-44640 | | $25,930.54 | $99,031.28 |
| | | | | **$124,961.82** | | | **$25,930.54** | **$99,031.28** |
| Claim: 7571<br>Date Filed: 06/06/2006<br>Docketed Total: $152,953.02<br>Filing Creditor Name and Address:<br>NORTHERN ENGRAVING<br>CORPORATION<br>803 S BLACK RIVER ST<br>SPARTA, WI 54656 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $152,953.02 | | | Modified Total: | $115,162.90 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $152,953.02 | 05-44640 | | $12,021.80 | $103,141.10 |
| | | | | **$152,953.02** | | | **$12,021.80** | **$103,141.10** |
| Claim: 16346<br>Date Filed: 10/02/2006<br>Docketed Total: $474,785.71<br>Filing Creditor Name and Address:<br>NSK CORPORATION<br>PO BOX 134007<br>ANN ARBOR, MI 48113-4007 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | | Docketed Total: | $474,785.71 | | | Modified Total: | $474,785.71 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $474,785.71 | 05-44640 | | $26,521.34 | $448,264.37 |
| | | | | **$474,785.71** | | | **$26,521.34** | **$448,264.37** |

\*See Exhibit G for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 19 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16693**
Date Filed:   10/18/2005
Docketed Total:   $6,000.00
Filing Creditor Name and Address:
  OMG AMERICAS INC
  811 SHARON DR
  WESTLAKE, OH 44145

Claim Holder Name and Address

OMG AMERICAS INC
811 SHARON DR
WESTLAKE, OH 44145

Docketed Total:   **$6,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,000.00 | |
| | | **$6,000.00** | |

Modified Total:   **$6,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $6,000.00 | |
| | | **$6,000.00** | |

---

**Claim: 16609**
Date Filed:   06/04/2007
Docketed Total:   $193,633.16
Filing Creditor Name and Address:
  PRECISION RESOURCE INC KY DIV
  25 FOREST PARKWAY
  SHELTON, CT 06484

Claim Holder Name and Address

PRECISION RESOURCE INC KY DIV
25 FOREST PARKWAY
SHELTON, CT 06484

Docketed Total:   **$193,633.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,633.16 |
| | | | **$193,633.16** |

Modified Total:   **$193,633.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,539.00 | $180,094.16 |
| | | **$13,539.00** | **$180,094.16** |

---

**Claim: 16661**
Date Filed:   10/10/2005
Docketed Total:   $56,146.15
Filing Creditor Name and Address:
  PRIDGEON & CLAY INC
  50 COTTAGE GROVE SW
  GRAND RAPIDS, MI 49507

Claim Holder Name and Address

PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

Docketed Total:   **$56,146.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $56,146.15 | |
| | | **$56,146.15** | |

Modified Total:   **$54,023.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $54,023.95 | |
| | | **$54,023.95** | |

---

**Claim: 16678**
Date Filed:   10/13/2005
Docketed Total:   $21,375.00
Filing Creditor Name and Address:
  RBC BEARINGS
  ONE TECHNOLOGY CTR
  OXFORD, CT 06478

Claim Holder Name and Address

RBC BEARINGS
ONE TECHNOLOGY CTR
OXFORD, CT 06478

Docketed Total:   **$21,375.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $21,375.00 | |
| | | **$21,375.00** | |

Modified Total:   **$21,375.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $21,375.00 | |
| | | **$21,375.00** | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16691**
Date Filed:  10/14/2005
Docketed Total:  $166,783.27
Filing Creditor Name and Address:
  RF MONOLITHICS
  HUNTON & WILLIAMS LLP
  1601 BRYAN ST 30TH FL
  DALLAS, TX 75201-3402

Claim Holder Name and Address

RF MONOLITHICS
HUNTON & WILLIAMS LLP
1601 BRYAN ST 30TH FL
DALLAS, TX 75201-3402

Docketed Total:          **$166,783.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $166,783.27 | |
| | | **$166,783.27** | |

Modified Total:          **$160,435.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $160,435.27 | |
| | | **$160,435.27** | |

**Claim: 16683**
Date Filed:  10/14/2005
Docketed Total:  $22,443.37
Filing Creditor Name and Address:
  SAGAMI AMERICA LTD
  MASUDA FUNAI EIFERT &
  MITCHELL LTD
  203 N LASALLE ST STE 2500
  CHICAGO, IL 60601

Claim Holder Name and Address

SAGAMI AMERICA LTD
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Docketed Total:          **$22,443.37**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $22,443.37 | |
| | | **$22,443.37** | |

Modified Total:          **$22,443.37**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,443.37 | |
| | | **$22,443.37** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 20 of 27

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 21 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 14139
Date Filed:   07/31/2006
Docketed Total:   $1,206,143.24
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF SERIGRAPH INC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

**CLAIM AS DOCKETED**

Claim Holder Name and Address

DEUTSCHE BANK SECURITIES INC     Docketed Total:     $1,000,000.00
60 WALL ST 3RD FL
NEW YORK, NY 10005

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,000,000.00 |
| | | | **$1,000,000.00** |

Claim Holder Name and Address

SPCP GROUP LLC AS ASSIGNEE OF     Docketed Total:     $206,143.24
SERIGRAPH INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $206,143.24 |
| | | | **$206,143.24** |

**CLAIM AS MODIFIED**

Modified Total:     $936,436.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $936,436.06 |
| | | | **$936,436.06** |

Modified Total:     $50,134.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $50,134.22 | |
| | | **$50,134.22** | |

*See Exhibit G for a listing of debtor entities by case number.

Page 21 of 27

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11785<br>Date Filed: 07/27/2006<br>Docketed Total: $615,329.09<br>Filing Creditor Name and Address:<br>SPEEDLINE TECHNOLOGIES INC<br>16 FORGE PARK<br>FRANKLIN, MA 02038 | **Claim Holder Name and Address**<br><br>JPMORGAN CHASE BANK NA  Docketed Total: **$16,863.86**<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Modified Total: **$14,410.00** |

**First claim detail — JPMORGAN CHASE BANK NA**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $2,060.49 | UNL | $14,803.37 | 05-44640 | $0.00 | $0.00 | $14,410.00 |
|  | **$2,060.49** | **UNL** | **$14,803.37** |  | **$0.00** | **$0.00** | **$14,410.00** |

**Claim Holder Name and Address**

TPG CREDIT OPPORTUNITIES FUND LP  Docketed Total: **$275,294.01**
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Modified Total: **$275,294.01**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 |  | $86,942.30 | $188,351.71 | 05-44640 |  | $86,942.30 | $188,351.71 |
|  |  | **$86,942.30** | **$188,351.71** |  |  | **$86,942.30** | **$188,351.71** |

**Claim Holder Name and Address**

TPG CREDIT OPPORTUNITIES INVESTORS LP  Docketed Total: **$323,171.22**
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Modified Total: **$323,171.22**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 |  | $102,062.70 | $221,108.52 | 05-44640 |  | $102,062.70 | $221,108.52 |
|  |  | **$102,062.70** | **$221,108.52** |  |  | **$102,062.70** | **$221,108.52** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 23 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 16663
Date Filed:   10/11/2005
Docketed Total:   $5,293.69
Filing Creditor Name and Address:
SPRING ENGINEERING &
MANUFACTURING
CORPORATION
SPRING ENGINEERING &
MANUFACTURING
7820 N LILLEY RD
CANTON, MI 48187

**CLAIM AS DOCKETED**
Claim Holder Name and Address
SPRING ENGINEERING &
MANUFACTURING CORPORATION
SPRING ENGINEERING &
MANUFACTURING
7820 N LILLEY RD
CANTON, MI 48187

Docketed Total:   $5,293.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,293.69 | |
| | | **$5,293.69** | |

**CLAIM AS MODIFIED**
Modified Total:   $5,293.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,293.69 | |
| | | **$5,293.69** | |

---

**CLAIM TO BE MODIFIED**
Claim: 12838
Date Filed:   07/28/2006
Docketed Total:   $97,460.00
Filing Creditor Name and Address:
STANDARD MICROSYSTEMS
CORPORATION
MORITT HOCK HAMROFF &
HOROWITZ LLP
400 GARDEN CITY PLZ
GARDEN CITY, NY 11530

**CLAIM AS DOCKETED**
Claim Holder Name and Address
STANDARD MICROSYSTEMS
CORPORATION
MORITT HOCK HAMROFF &
HOROWITZ LLP
400 GARDEN CITY PLZ
GARDEN CITY, NY 11530

Docketed Total:   $97,460.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $36,410.00 | $61,050.00 |
| | | **$36,410.00** | **$61,050.00** |

**CLAIM AS MODIFIED**
Modified Total:   $93,507.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $19,067.40 | $74,439.93 |
| | | **$19,067.40** | **$74,439.93** |

---

**CLAIM TO BE MODIFIED**
Claim: 16652
Date Filed:   10/08/2005
Docketed Total:   $52,310.89
Filing Creditor Name and Address:
STEEL TECHNOLOGIES INC
15415 SHELBYVILLE RD
PO BOX 433939
LOUISVILLE, KY 40253-0339

**CLAIM AS DOCKETED**
Claim Holder Name and Address
STEEL TECHNOLOGIES INC
15415 SHELBYVILLE RD
PO BOX 433939
LOUISVILLE, KY 40253-0339

Docketed Total:   $52,310.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $52,310.89 | |
| | | **$52,310.89** | |

**CLAIM AS MODIFIED**
Modified Total:   $52,310.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $52,310.89 | |
| | | **$52,310.89** | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12373**
Date Filed: 07/28/2006
Docketed Total: $619,697.70
Filing Creditor Name and Address:
TAL PORT INDUSTRIES LLC
PO BOX 1970
JACKSON, MS 39215-1970

Claim Holder Name and Address
STONEHILL INSTITUTIONAL PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK, NY 10022

Docketed Total: $619,697.70
Modified Total: $528,905.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $619,697.70 | 05-44640 | | $30,013.94 | $498,891.95 |
| | | | **$619,697.70** | | | **$30,013.94** | **$498,891.95** |

**Claim: 11965**
Date Filed: 07/28/2006
Docketed Total: $105,650.59
Filing Creditor Name and Address:
TDK CORPORATION OF AMERICA
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $105,650.59
Modified Total: $105,117.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $105,650.59 | 05-44640 | | $3,559.48 | $101,558.10 |
| | | | **$105,650.59** | | | **$3,559.48** | **$101,558.10** |

**Claim: 11966**
Date Filed: 07/28/2006
Docketed Total: $5,491.20
Filing Creditor Name and Address:
TDK CORPORATION OF AMERICA
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $5,491.20
Modified Total: $2,734.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,491.20 | 05-44567 | | $44.00 | $2,690.20 |
| | | | **$5,491.20** | | | **$44.00** | **$2,690.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11967**
Date Filed: 07/28/2006
Docketed Total: $5,019,217.38
Filing Creditor Name and Address:
TDK CORPORATION OF AMERICA
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $5,019,217.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,019,217.38 |
| | | | **$5,019,217.38** |

Modified Total: $4,993,895.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $169,102.74 | $4,824,792.70 |
| | | **$169,102.74** | **$4,824,792.70** |

**Claim: 1728**
Date Filed: 01/31/2006
Docketed Total: $212,632.48
Filing Creditor Name and Address:
TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: $212,632.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $64,731.84 | | $147,900.64 |
| | **$64,731.84** | | **$147,900.64** |

Modified Total: $181,558.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,315.42 | $177,243.00 |
| | | **$4,315.42** | **$177,243.00** |

**Claim: 16684**
Date Filed: 10/13/2005
Docketed Total: $14,880.00
Filing Creditor Name and Address:
TESSIER MACHINE CO
526 MAIN ST
HUDSON, MA 01749

Claim Holder Name and Address

TESSIER MACHINE CO
526 MAIN ST
HUDSON, MA 01749

Docketed Total: $14,880.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $14,880.00 | |
| | | **$14,880.00** | |

Modified Total: $14,880.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $14,880.00 | |
| | | **$14,880.00** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9535-12    Filed 09/21/07    Entered 09/21/07 18:43:15    Exhibit F-3
Pg 26 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1773**
Date Filed: 02/03/2006
Docketed Total: $516,132.52
Filing Creditor Name and Address:
TEXAS FOUNDRIES LTD
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF TEXAS FOUNDRIES
LTD
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $516,132.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $80,962.22 | $435,170.30 |
| | | $80,962.22 | $435,170.30 |

Modified Total: $162,058.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $34,000.11 | $128,058.28 |
| | | $34,000.11 | $128,058.28 |

---

**Claim: 16688**
Date Filed: 10/10/2005
Docketed Total: $23,489.41
Filing Creditor Name and Address:
UNITED CHEMI CON INC
9801 W HIGGINS RD
ROSEMONT, IL 60018

Claim Holder Name and Address
UNITED CHEMI CON INC
9801 W HIGGINS RD
ROSEMONT, IL 60018
Docketed Total: $23,489.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $23,489.41 | |
| | | $23,489.41 | |

Modified Total: $22,311.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,311.50 | |
| | | $22,311.50 | |

---

**Claim: 16695**
Date Filed: 10/24/2005
Docketed Total: $13,238.61
Filing Creditor Name and Address:
UNITED STARS INDUSTRIES INC
MAYER BROWN ROWE & MAW
190 S LASALLE ST
CHICAGO, IL 60603-3441

Claim Holder Name and Address
UNITED STARS INDUSTRIES INC
MAYER BROWN ROWE & MAW
190 S LASALLE ST
CHICAGO, IL 60603-3441
Docketed Total: $13,238.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $13,238.61 | |
| | | $13,238.61 | |

Modified Total: $11,853.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,853.70 | |
| | | $11,853.70 | |

---

**Claim: 16653**
Date Filed: 10/10/2005
Docketed Total: $6,000.00
Filing Creditor Name and Address:
US SILICA COMPANY
PO BOX 933008
ATLANTA, GA 31193-3008

Claim Holder Name and Address
US SILICA COMPANY
PO BOX 933008
ATLANTA, GA 31193-3008
Docketed Total: $6,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,000.00 | |
| | | $6,000.00 | |

Modified Total: $6,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,000.00 | |
| | | $6,000.00 | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9535-12   Filed 09/21/07   Entered 09/21/07 18:43:15   Exhibit F-3
Pg 27 of 27

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16694<br>Date Filed:   10/18/2005<br>Docketed Total:     $186.68<br>Filing Creditor Name and Address:<br>   WAKEFIELD THERMAL<br>   SOLUTIONS<br>   VERRILL DANA LLP<br>   ONE PORTLAND SQ<br>   PORTLAND, ME 04112-0586 | Claim Holder Name and Address<br><br>   WAKEFIELD THERMAL SOLUTIONS     Docketed Total:     $186.68<br>   VERRILL DANA LLP<br>   ONE PORTLAND SQ<br>   PORTLAND, ME 04112-0586<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $186.68<br>                                      $186.68 | Modified Total:     $186.68<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $186.68<br>                                      $186.68 |
| Claim: 16697<br>Date Filed:   10/17/2005<br>Docketed Total:     $952.91<br>Filing Creditor Name and Address:<br>   WERNER CO<br>   93 WERNER RD<br>   GREENVILLE, PA 16125 | Claim Holder Name and Address<br><br>   WERNER CO     Docketed Total:     $952.91<br>   93 WERNER RD<br>   GREENVILLE, PA 16125<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $952.91<br>                                      $952.91 | Modified Total:     $952.91<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $952.91<br>                                      $952.91 |

**Total Claims to be Modified: 79**

**Total Amount as Docketed:**      **$33,074,494.62**

**Total Amount as Modified:**      **$30,400,240.73**

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated