IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

DECLARATION OF NOTICING AGENT REGARDING
SERVICE OF BAR DATE NOTICE

I, Eric Kurtzman, state as follows:

1.  I am over eighteen years of age and not a party to the above-captioned cases. I believe the statements contained herein are true based on my personal knowledge. I am the Chief Executive Officer of Kurtzman Carson Consultants LLC ("KCC") and my business address is 2335 Alaska Avenue, El Segundo, California 90245. KCC was retained as the noticing agent pursuant to the Final Order Under 28 U.S.C. § 156(c) Authorizing Retention And Appointment Of Kurtzman Carson Consultants LLC As Claims, Noticing, And Balloting Agent for Clerk Of Bankruptcy Court, entered by the Court on December 1, 2005 (Docket No. 1374). This declaration is based upon my personal knowledge, except as to such matters as are stated upon information and belief.

2.　　On April 20, 2006, KCC served copies of the Debtors' Notice Of Bar Date For Filing Proofs Of Claim (the "Bar Date Notice") on the following entities:

| | |
|---|---|
| Clark Thomas & Winters PC<br>PO Box 1148<br>Austin TX 78767 | Wright David<br>165 W US 36<br>Pendleton IN 46064 |
| US Xpress Enterprises Inc<br>Rmt Add Chg 8 16 05 Cm<br>4080 Jenkins Rd<br>Chattanooga TN 37421 | US Xpress Enterprises Inc<br>PO Box 403713<br>Atlanta GA 30384-3713 |
| US Xpress Enterprises Inc.<br>PO Box 403713<br>Atlanta GA 303843713 | US Xpress Enterprises Inc Eft<br>4080 Jenkins Rd<br>Chattanooga TN 37421 |
| Us Xpress Enterprises Inc Eft<br>Scac Vict Fmly Victory Express<br>4080 Jenkins Rd<br>Chattanooga TN 37421 | Bradford Industries Inc<br>1857 Middlesex St<br>Lowell MA 01851 |
| Muren Stephanie<br>16970 Wing Rd<br>Chagrin Falls OH 44023 | Muren Stephanie<br>9611 E Idlewood Dr<br>Twinsburg OH 44087 |
| Bradford Industries<br>1857 Middlesex St<br>Lowell MA 01851 | |

These names and addresses were provided by the Debtors as a part of the "creditor matrix" (the "Creditor Matrix") which is a list of each entity and person that was listed on the Debtors' Schedules Of Assets And Liabilities (the "Schedules") or was identified by the Debtors as potentially having a claim against the Debtors.

3. KCC sent the Bar Date Notice to every entity listed on the Creditor Matrix. If potentially duplicate entries on the Creditor Matrix did not contain exactly the same name and address, the Bar Date Notice was sent to both entries.

4. None of the packages sent to the addresses listed above were returned to KCC as undeliverable.

5. In addition to mailing the Bar Date Notice to entities and people listed on the Creditor Matrix, KCC arranged to have the Bar Date Notice published in 38 newspapers. We also posted the Bar Date Notice on the informational website for these cases, found at www.delphidocket.com.

6. Each Bar Date Notice served by KCC was accompanied by a proof of claim form. If the Bar Date Notice was being sent to a party listed on the Schedules, then the amount and classification listed on the Schedules was noted on the proof of claim form. If the recipient of the Bar Date Notice was not listed on the Schedules, it was sent a blank proof of claim form.

7. To the best of my knowledge, information and belief, I hereby declare and state that the foregoing information is true and correct.

Executed on September 21, 2007, at Los Angeles, California.

/s/ Eric Kurtzman
Eric Kurtzman