Heinz Binder (CA 87908)
Wendy W. Smith (CA 133887)
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:   (408) 295-1531

Andrew L. Margulis, Esq.
Ropers, Majeski, Kohn & Bentley
17 State Street, Suite 2400
New York, New York 10004
Tel:  212-668-5927
Fax: 212-668-5929

Attorneys for Creditor, Technology Properties Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | DATE:   September 27, 2007 |
| | ) | TIME:   10:00 a.m. |
| | ) | ROOM: 610 |
| Debtor. | ) | |

### AFFIDAVIT OF SERVICE

I, Jennifer M. L. Wilkinson, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen

(18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue,

Santa Clara, California 95050.

On September 20, 2007, I served a true and correct copy of the following document(s):

1. **OBJECTION BY TECHNOLOGY PROPERTIES, LTD. TO MOTION BY DEBTOR FOR ORDER ESTIMATING AND SETTING MAXIMUM CAP ON CERTAIN CONTINGENT OR**

    **UNLIQUIDATED CLAIMS AND APPROVING EXPIDITED CLAIMS ESTIMATION PROCEEDURES;**

    2. **DECLARATION OF WENDY W. SMITH IN SUPPORT OF OBJECTION BY TECHNOLOGY PROPERTIES, LTD. TO DEBTOR'S CLAIMS ESTIMATION MOTION**

by courier hand delivery to the parties addressed as follows:

<u>Honorable Robert D. Drain</u>
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

<u>Counsel for Debtors</u>
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

and by placing a true copy thereof enclosed in an Overnight Federal Express envelope, and placed for collection and mailing on that date, in Santa Clara, California, and via facsimile to the parties addressed as follows:

<u>Debtors</u>
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

<u>Counsel for the Debtors</u>
Skadden, Arps, Slate, Meagher
& Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Ste 2100
Chicago, IL 60606

Counsel for Agent under Post-petition
<u>Credit Facility</u>
Davis, Polk & Wardwell
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Counsel to Official Committee of
<u>Unsecured Creditors</u>
Latham & Watkins LLP
Attn: Robert J. Rosenberg
& Mark A. Broude
885 Third Avenue
New York, NY 10022

Counsel for the Official Committee of
<u>Equity Security Holders</u>
Fried, Frank, Harris, Shriver
& Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

<u>Counsel to Creditors' Committee</u>
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

and by placing a true copy thereof enclosed in an Overnight Federal Express envelope, on that

date, in Santa Clara, California, and via facsimile to the parties addressed as follows:

<u>Office of the United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Ste.
New York, NY 10004-2111

     I declare under penalty of perjury that the foregoing is true and correct, and that this

Declaration was executed on September 24, 2007, at Santa Clara, California.

                                                    /s/   Jennifer M. L. Wilkinson
                                                             Jennifer M. L. Wilkinson

F:\Clients\TPL-Delphi\Pleading\Ojbection to Estimation Motion - Affidavid of Service.doc