**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (ID-9980)
590 Madison Avenue
New York, New York 10022-2524
Telephone: 212-872-1000
Facsimile: 212-872-1002

-and-

David M. Dunn (DD-3220)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288

Counsel to the TAI Unsecured Creditors
Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                :
In re:                                          :
                                                : Chapter 11
DELPHI CORPORATION, *et al*.,                   : Case No. 05-44481 (RDD)
                                                :
                                    Debtors.    : (Jointly Administered)
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that, the TAI Unsecured Creditors Liquidating Trust (the "Trust"), appears in the above-captioned case by its counsel, Akin Gump Strauss Hauer & Feld LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code; that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone and facsimile numbers indicated:

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff (ID-9980)
590 Madison Avenue
New York, New York 10022-2524
Telephone: 212-872-1000
Facsimile: 212-872-1002
idizengoff@akingump.com

-and-

David M. Dunn (DD-3220)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288
ddunn@akingump.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Trust does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which he is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Trust expressly reserves.

2

Dated: New York, New York
September 24, 2007

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _/s/ Ira S. Dizengoff_
Ira S. Dizengoff (ID-9980)
590 Madison Avenue
New York, New York 10022-2524
Telephone: 212-872-1000
Facsimile: 212-872-1002

-and-

David M. Dunn (DD-3220)
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone: 202-887-4000
Facsimile: 202-887-4288

Counsel to the TAI Unsecured Creditors Liquidating Trust