U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm 844
Chicago, Illinois 60604
(312) 353-4454
Peter D. Broitman (PB 2275)

U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Rm 881
Cleveland, Ohio 44199
(216) 522-3875
Janice L. Thompson (JT 0337)

Attorneys for Elaine L. Chao, Secretary of Labor
United States Department of Labor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
   In re                                              :   Chapter 11
:
DELPHI CORPORATION, et al.,                          :   Case No. 05-44481 (RDD)
:
             Debtors.                                 :   (Jointly Administered)
:
-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

     I, Peter D. Broitman, Esq., a member in good standing of the bar in the State of Illinois request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Elaine L. Chao, Secretary of Labor United States Department of Labor in the above referenced case.  My address is:

               Peter D. Broitman, Esq.
               U. S. Department of Labor
               Office of the Solicitor
               230 South Dearborn Street, Rm 844
               Chicago, Illinois 60604
               Telephone: (312) 353-4454
               Facsimile: (312) 353-5698
               Email: **Broitman.Peter@dol.gov**

The filing fee of $25.00 is *waived* because I represent an agency of the United States government.

Dated: September 24, 2007                    Respectfully submitted,

                                             JONATHAN L. SNARE
                                             Acting Solicitor of Labor

                                             JOAN E. GESTRIN
                                             Chicago Regional Solicitor


                                             By:   /s/ Peter D. Broitman
                                                   PETER D. BROITMAN (PD 2275)
                                                   Chicago ERISA Counsel
                                             U. S. Department of Labor
                                             Office of the Solicitor
                                             230 South Dearborn Street, Rm 844
                                             Chicago, Illinois 60604

                                                     and

                                             Janice L. Thompson (JT 0337)
                                             U.S. Department of Labor
                                             Office of the Solicitor
                                             1240 E. 9th Street, Rm 881
                                             Cleveland, Ohio 44199

                                             Attorneys for Elaine L. Chao,
                                             Secretary of Labor, United States
                                             Department of Labor