Hearing Date and Time: September 27, 2007, at 10:00 A.M.
Response Date and Time: September 20, 2007, at 4:00 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
  In re                                                      :
                                                             :
DELPHI CORPORATION, et al.,                                  :   Chapter 11
                                                             :
                           Debtors.                          :   Case No. 05-44481 (RDD)
                                                             :
                                                             :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2007, I caused to be served a true and correct copy of the JOHNSON CONTROLS TECHNOLOGY COMPANY'S OBJECTION AND RESERVATION OF RIGHTS RELATING TO DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 (a) AND 502(c) (A)ESTIMATING AND SETTING MAXIMUM CAP ON CERTAIN CONTINGENT OR UNLIQUIDATED CLAIMS AND (B) APPROVING EXPEDITED CLAIMS ESTIMATION PROCEDURES WITH RESPECT TO CLAIM NUMBER 15520 *via* facsimile and Federal Express to the following counsel of record:

| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel<br>Fax: 312.407.0411 | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr.<br>Fax: 248.813.2491 |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Att'n: Donald Bernstein, Brian Resnick<br>Fax: 212.450.3800 | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg, Mark A. Broude<br>Fax: 212.751.4864 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Stingart<br>Fax: 212.859.4000 | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Att'n: Alicia M. Leonhard<br>Fax: 212.668.2255 |

Date: September 24, 2007
      New York, NY

                                    _/s/ Marianne Pichuzhkina_____
                                    Marianne Pichuzhkina