William H. Schorling, Esq. (WS-6322)
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :    (Jointly Administered)
                    Debtors.                                 :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I caused to be served the Declaration of John Lutz in Support of Arkema Inc.'s Motion for Leave to File Late Claim upon the persons and entities listed on Exhibit A annexed hereto by causing a copy of same to be delivered via overnight mail to the United States Trustee and via electronic mail to all other parties indicated on Exhibit A.

Dated:  September 25, 2007            BUCHANAN INGERSOLL & ROONEY PC
        Philadelphia, PA

                                      /s/ Donna S. Curcio
                                      _____
                                      Donna S. Curcio
                                      Legal Assistant
                                      1835 Market Street
                                      Philadelphia, PA  19103
                                      Tel:  (215) 665-8700
                                      Fax:  (215) 665-8760

#2045971-v1