B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **Delphi Corp.**

Case No. **05-44481**
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>Name of Transferee | Export Corporation<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830**<br>**Attn: Brian Jarmain** | Court Record Address of the transferor<br>(Court Use Only) |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |
| **Transfer Amount: $78,577.65** | |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**SPCP GROUP, L.L.C., as agent for**<br>**Silver Point Capital Fund, L.P. and**<br>**Silver Point Capital Offshore Fund, LTD**<br>**660 Steamboat Rd, 3rd Floor**<br>**Greenwich, CT 06830**<br>**Attn: Irene Wu** | Name and Current Address of transferor<br><br>**Export Corporation**<br>**6060 Whitmore Lake Rd.**<br>**Brighton, Michigan 48116-1995**<br>**Attn: Donald Peitz, Len Chapp** |
| Phone: **203-542-4061**<br>        **203-542-4161** | Phone: **810-227-6153; 810-579-3600**<br>        **810-227-2855; 810-579-1748** |
| Last Four Digits of Acct #:_____ | Last Four Digits of Acct #:_____ |
| Court Schedule F-1 filed in Court Case No. 05-44640 against Delphi Automotive Systems LLC. | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: **September 24, 2007**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**~DEADLINE TO OBJECT TO TRANSFER~**

The transferor of claim named above is advised that this Notice of transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                                  CLERK OF THE COURT

{00241647.DOC;}



EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, EXPORT CORPORATION ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $78,577.65 (the "Assigned Claim"), against DELPHI AUTOMOTIVE SYSTEMS, LLC ("Debtor"), the debtor-in-possession in Case No. 05-44640 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 11, 2007.

EXPORT CORPORATION

BY: Donald Peitz
Its  PRESIDENT

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640  Entity #39

# AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1609151 - 10407859<br>EXHIBIT ENTERPRISES INC<br>1400 S LIVERNOIS RD<br>ROCHESTER HILLS  MI  48307 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10398003 SCHEDULED FOR $213,936.13 | | $222,511.37 |
| 1609158 - 10407860<br>EXIDE ELECTRONICS INC<br>WORLDWIDE SERVICES GROUP<br>PO BOX 93810<br>CHICAGO  IL  606733810 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10398004 SCHEDULED FOR $4,300.00 | | $6,996.16 |
| 1609165 - 10398005<br>EXOPACK LLC<br>4643 COLLECTIONS CTR DR<br>CHICAGO  IL  60693 | ACCOUNTS PAYABLE | | $2,450.40 |
| 1609166 - 10404194<br>EXOTHERMICS INC<br>PO BOX 71453<br>CHICAGO  IL  606941453 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1609169 - 10398006<br>EXPEDIENT HEAT TREATING CORP<br>42 S NIAGARA ST<br>LOCKPORT  NY  14094 | ACCOUNTS PAYABLE | | $735.00 |
| 1609190 - 10398007<br>EXPORT CORPORATION<br>6060 WHITMORE LAKE RD<br>BRIGHTON  MI  481161995 | ACCOUNTS PAYABLE | | $78,577.65 |
| 1609193 - 10404756<br>EXPRESS COAT CORPORATION<br>27350 GLOEDE ST<br>WARREN  MI  48093 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1609206 - 10398008<br>EXPRESS PERSONNEL SERVICES<br>PO BOX 268951<br>OKLAHOMA CITY  OK  731268951 | ACCOUNTS PAYABLE | | $15,209.05 |
| 1609207 - 10398009<br>EXPRESS TOOL & DIE CO EFT<br>14901 WAHRMAN RD<br>ROMULUS  MI  48174 | ACCOUNTS PAYABLE | | $4,138.54 |
| 1609219 - 10407861<br>EXTERMCO PEST CONTROL SERV<br>8255 AL HWY 9 N<br>CEDAR BLUFF  AL  35959 | ACCOUNTS PAYABLE | | $750.00 |
| 1609220 - 10398010<br>EXTERMITAL TERMITE<br>PO BOX 1533<br>DAYTON  OH  45410 | ACCOUNTS PAYABLE | | $349.32 |
| 1609224 - 10398011<br>EXTREME MACHINE INC.<br>10034 INDUSTRIAL DR<br>WHITMORE LAKE  MI  48189 | ACCOUNTS PAYABLE | | $20,800.00 |