UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                :

In re:                                       :         Chapter 11

DELPHI CORPORATION, *et al.*,       :         Case No. 05-44481 (RDD)
                                                     :         (Jointly Administered)
                        Debtors.    :

------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007 I caused a true and correct copy of the **Limited Objection of International Union, UAW to Expedited Motion for Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving Sale of Certain Equipment and Other Assets Primarily Used in Debtors' Saginaw Chassis Business Free and Clear of Liens** [Docket No. 9584] to be duly served on the Master Service List parties by overnight mail and the 2002 Service List parties by Email (to those parties with an email address) or First-Class mail on the remaining parties, which were downloaded on September 19, 2007.

                                                                     /s/ Robin H. Gise
                                                               Robin H. Gise (RG 5592)
                                                                COHEN, WEISS and SIMON LLP
                                                                330 West 42nd Street
                                                                New York, New York  10036
                                                                (212) 563-4100

00112482.DOC.1

# Master Service List

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Robert J. Stark | Brown Rudnick Berlack Israels LLP | Seven Times Square | | New York | NY | 10036 |
| Steven J. Reisman | Curtis, Mallet-Prevost, Colt & mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 |
| Donald Bernstein Brian Resnick | Davis, Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| Sean Corcoran Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| Michael Nefkens | Electronic Data Systems Corp. | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Carrie L. Schiff | Flextronics International | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Paul W. Anderson | Flextronics International USA, Inc. | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Richard Lee Chambers, III | Freescale Semiconductor, Inc. | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |
| Brad Eric ShelerBonnie SteingartVivek MelwaniJennifer L RodburgRichard J Slivinski | Fried, Frank, Harris, Shriver & Jacobson | One New York Plaza | | New York | NY | 10004 |
| Randall S. Eisenberg | FTI Consulting, Inc. | 3 Times Square | 11th Floor | New York | NY | 10036 |
| Valerie Venable | General Electric Company | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Lonie A. Hassel | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Stephen H. Gross | Hodgson Russ LLP | 152 West 57th Street | 35th Floor | New York | NY | 10019 |
| Frank L. Gorman, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Robert B. Weiss, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Attn: Insolvency Department, Maria Valerio | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Attn: Insolvency Department | Internal Revenue Service | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Conference Board Chairman | IUE-CWA | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| William Q. Derrough | Jefferies & Company, Inc, | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| Richard Duker, Gianni Russello Susan Atkins | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |
| Gordon Z. Novod | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Thomas Moers Mayer | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| James Le Sheryl Betance | Kurtzman Carson Consultants | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 |
| Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |
| Patrick J. Healy | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| Daniel R. Fisher | Law Debenture Trust of | 767 Third Ave. | 31st Floor | New York | NY | 10017 |

-2-

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| David D. Cleary | McDermott Will & Emery LLP New York | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Jason J. DeJonker | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Mohsin N. Khambati | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Peter A. Clark | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| J. Brian McTigue | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Cornish F. Hitchcock | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Leon Szlezinger | Mesirow Financial | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | Milbank Tweed Hadley & McCloy LLP | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 |
| Joseph T. Moldovan, Esq. | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 |
| Mark Schonfeld, Regional Director | Northeast Regional Office | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 |
| Robert Siegel | O'Melveny & Myers LLP | 400 South Hope Street | | Los Angeles | CA | 90071 |
| Tom A. Jerman, Rachel Janger | O'Melveny & Myers LLP | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Ralph L. Landy | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Sandra A. Riemer | Phillips Nizer LLP | 666 Fifth Avenue | | New York | NY | 10103 |
| David L. Resnick | Rothchild Inc. | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Robert W. Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 |
| Douglas Bartner, Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| John Wm. Butler, John K. Lyons, Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| Kayalyn A. Marafioti, Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Daniel D. Doyle | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Nicholas Franke | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Chester B. Salomon, Constantine D. Pourakis | Stevens & Lee, P.C. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Albert Togut | Togut, Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| MaryAnn Brereton, Assistant General Counsel | Tyco Electronics Corporation | 60 Columbia Road | | Morristown | NJ | 7960 |

-3-

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Alicia M. Leonhard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Michael D. Warner | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Jeffrey L. Tanenbaum, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Martin J. Bienenstock, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Michael P. Kessler, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Harvey R. Miller, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Steven M. Cimalore | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

## 2002 Service List
(Non-Email Service)

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Metro-Dade Paralegal Unit<br>Miami-Dade County Tax Collector<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130 |
| United States Trustee<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Avenue, Mail Stop 15<br>Detroit, MI 48226 |
| Brendan G Best Esq<br>Dykema Gossett PLLC<br>39577 Woodward Ave Ste 300<br>Bloomfield Hills, MI 48304 | Conference Board Chairman<br>IUE-CWA<br>2360 West Dorothy Lane, Suite 201<br>Dayton, OH 45439 |
| Gregory J. Jordan<br>Dykema Gossett PLLC<br>10 Wacker, Suite 2300<br>Chicago, IL 60606 | Sarah B. Carter Esq<br>Pickrel Shaeffer & Ebeling<br>2700 Kettering Tower<br>Dayton, OH 45423 |
| Beth Klimczak, General Counsel<br>Jason, Inc.<br>411 East Wisconsin Avenue, Suite 2120<br>Milwaukee, WI 53202 | Stephen Toy<br>WL Ross & Co., LLC<br>600 Lexington Avenue, 19th Floor<br>New York, NY 10022 |
| | John V. Gorman<br>Professional Technologies Services<br>PO Box #304<br>Frankenmuth, MI 48734 |