DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Lawrence J. Kotler, Esquire
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE Companies

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Margery N. Reed, a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and admitted to practice before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ACE American Insurance Company ("ACE") and its affiliates (collectively, the "ACE Companies"), parties-in-interest in the above referenced case. My address is:

> Margery N. Reed, Esquire
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196
> Telephone: (215) 979-1518
> Facsimile: (215) 979-1020
> e-mail: mreed@duanemorris.com

DM3\568459.1

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: September 25, 2007  
Philadelphia, Pennsylvania

*Margery N. Reed* (signature)  
Margery N. Reed  
Duane Morris LLP  
30 South 17th Street  
Philadelphia, PA 19103-4196  
mreed@duanemorris.com  
Telephone:  (215) 979-1518  
Facsimile:  (215) 979-1020