DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Lawrence J. Kotler, Esquire
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE Companies

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DELPHI CORPORATION, et al. | ) Case No. 05-44481 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Wendy M. Simkulak, a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and admitted to practice before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey, having requested admission, *pro hac vice*, to represent the ACE Companies, parties-in-interest in the above referenced case.

**ORDERED,** that Wendy M. Simkulak, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: September ____, 2007
      New York, New York

                                               _____
                                               ROBERT D. DRAIN, JUDGE
                                               U.S. BANKRUPTCY COURT
                                               SOUTHERN DISTRICT OF NEW YORK

DM3\568479.1