DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Lawrence J. Kotler, Esquire
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
      and
Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE Companies

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 25th day of September, 2007, I did cause a true and correct copy of the following papers to be served by electronic mail or facsimile (as noted) and first class mail, postage prepaid (unless otherwise noted) upon the parties listed on the attached service list:

1. Motion for Admission to Practice, Pro Hac Vice by Margery N. Reed and proposed form of Order;

2. Motion for Admission to Practice, Pro Hac Vice by Wendy M. Simkulak and proposed form of Order; and

3. the within Certificate of Service

/s/ Lawrence J. Kotler
Lawrence J. Kotler, Esquire

DM3\568469.1

## SERVICE LIST

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
Courtroom: 610
New York, NY 10004-1408
**(Via Hand Delivery)**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: General Counsel
Facsimile: 248-813-2670

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attention: John Wm. Butler, Jr.
jbutler@skadden.com
John K. Lyons
jlyonsch@skadden.com
Joseph N. Wharton
jwharton@skadden.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attention: Robert J. Rosenberg
robert.rosenberg@lw.com
Mark A. Broude
mark.broude@lw.com

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attention: Bonnie Steingart
steinbo@friedfrank.com

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attention: Alicia M. Leonhard
Facsimile: (212) 668-2255
**(Via Facsimile and First Class Mail)**

DM3\568469.1