# **EXHIBIT B**

## **SUMMARY OF OVERAGE CHARGES***

| AREA/REGION | DATA USAGE CHARGES |
|---|---|
| Atlantic-Central, NY | $404,128.39 |
| Capital, NY | $34,361.77 |
| Island Metro, NY | $34,527.45 |
| Liberty, NY | $39,715.80 |
| New England | $105,633.29 |
| SE Inland CMG | $4,166.68 |
| SE Coastal CMG | $562.68 |
| Texas | $55,477.03 |
| **TOTAL** | **$678,573.09** |
| **Previous MA/Delphi Pymt** | **$86,017.82** |
| **GRAND TOTAL** | **$592,555.27** |

\* Details are voluminous and are available upon request to counsel for Verizon.

2240995v1