# **EXHIBIT C**

## **SUMMARY OF MISACTIVATION CHARGES***

| Area/Region | Data Usage Charges with Adjustments (if applicable) | Taxes | Estimated Data Overages From Bill July Bill Cycle thru July 31 (round to nearest $.00) | Total Claim (excluding Taxes) |
|---|---|---|---|---|
| SOUTHEAST | $96,402.42 | $1,926.26 | $19,285.76 | $115,688.18 |
| MIDWEST | $39,256.99 | $1,543.40 | $9,727.14 | $48,984.13 |
| **TOTALS** | **$135,659.41** | **$3,469.66** | **$29,012.91** | **$164,672.32** |

\* Details are voluminous and are available upon request to counsel for Verizon.

2240989v1