# **EXHIBIT D**

# **SUMMARY OF OVERACTIVATION CHARGES***

| ACCOUNT NUMBER | DATA | TOTAL |
|---|---|---|
| 111692556 | Sum of Access | 2585.43 |
| | Sum of Data Usage Charges | 99.62 |
| | Sum of Other Charges & Credits | 578.66 |
| | Sum of Taxes | 912.33 |
| | Sum of Total Charges | 4176.04 |
| 111721740 | Sum of Access | 251.81 |
| | Sum of Data Usage Charges | 18.11 |
| | Sum of Other Charges & Credits | 29.88 |
| | Sum of Taxes | 75.42 |
| | Sum of Total Charges | 375.22 |
| 111724500 | Sum of Access | 196.50 |
| | Sum of Data Usage Charges | 65.68 |
| | Sum of Other Charges & Credits | 7.07 |
| | Sum of Taxes | 23.52 |
| | Sum of Total Charges | 292.77 |
| 111737880 | Sum of Access | 26.36 |
| | Sum of Data Usage Charges | 12.66 |
| | Sum of Other Charges & Credits | 0.98 |
| | Sum of Taxes | 3.25 |
| | Sum of Total Charges | 43.25 |
| 111749942 | Sum of Access | 51.64 |
| | Sum of Data Usage Charges | 48.77 |
| | Sum of Other Charges & Credits | 1.89 |
| | Sum of Taxes | 6.34 |
| | Sum of Total Charges | 108.64 |
| 111760255 | Sum of Access | 68.60 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 1.82 |
| | Sum of Taxes | 6.12 |
| | Sum of Total Charges | 76.54 |
| 111764556 | Sum of Access | 26.52 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 2.92 |
| | Sum of Taxes | 7.95 |
| | Sum of Total Charges | 37.39 |
| 111770303 | Sum of Access | 1383.89 |
| | Sum of Data Usage Charges | 182.65 |
| | Sum of Other Charges & Credits | 213.44 |
| | Sum of Taxes | 475.79 |
| | Sum of Total Charges | 2255.77 |

| | | |
|---|---|---:|
| 111778785 | Sum of Access | 324.97 |
| | Sum of Data Usage Charges | 1.24 |
| | Sum of Other Charges & Credits | 35.58 |
| | Sum of Taxes | 89.33 |
| | Sum of Total Charges | 451.12 |
| 111789546 | Sum of Access | 18.57 |
| | Sum of Data Usage Charges | 40.76 |
| | Sum of Other Charges & Credits | 1.60 |
| | Sum of Taxes | 6.92 |
| | Sum of Total Charges | 67.85 |
| 111789622 | Sum of Access | 60.80 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 41.72 |
| | Sum of Taxes | 7.60 |
| | Sum of Total Charges | 110.12 |
| 111805914 | Sum of Access | 610.82 |
| | Sum of Data Usage Charges | 32.08 |
| | Sum of Other Charges & Credits | 50.17 |
| | Sum of Taxes | 225.46 |
| | Sum of Total Charges | 918.53 |
| 111819390 | Sum of Access | 4391.20 |
| | Sum of Data Usage Charges | 0.14 |
| | Sum of Other Charges & Credits | 109.24 |
| | Sum of Taxes | 9.32 |
| | Sum of Total Charges | 4509.90 |
| 111832909 | Sum of Access | 1027.40 |
| | Sum of Data Usage Charges | 42.35 |
| | Sum of Other Charges & Credits | 91.17 |
| | Sum of Taxes | 287.88 |
| | Sum of Total Charges | 1448.80 |
| 111844966 | Sum of Access | 1022.60 |
| | Sum of Data Usage Charges | 44.53 |
| | Sum of Other Charges & Credits | 91.29 |
| | Sum of Taxes | 287.62 |
| | Sum of Total Charges | 1446.04 |
| 111861692 | Sum of Access | 1135.20 |
| | Sum of Data Usage Charges | 59.38 |
| | Sum of Other Charges & Credits | 208.23 |
| | Sum of Taxes | 329.70 |
| | Sum of Total Charges | 1732.51 |
| 111894406 | Sum of Access | 33.68 |
| | Sum of Data Usage Charges | 6.68 |
| | Sum of Other Charges & Credits | 0.94 |
| | Sum of Taxes | 2.94 |
| | Sum of Total Charges | 44.24 |
| 111894522 | Sum of Access | 16.84 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 1.35 |
| | Sum of Taxes | 3.79 |
| | Sum of Total Charges | 21.98 |

2241000v1

| | | |
|---|---|---:|
| 111894629 | Sum of Access | 33.68 |
| | Sum of Data Usage Charges | 18.17 |
| | Sum of Other Charges & Credits | 0.94 |
| | Sum of Taxes | 2.94 |
| | Sum of Total Charges | 55.73 |
| 220344101 | Sum of Access | 32644.97 |
| | Sum of Data Usage Charges | 20179.72 |
| | Sum of Other Charges & Credits | 1400.98 |
| | Sum of Taxes | 3932.61 |
| | Sum of Total Charges | 58158.28 |
| 320394905 | Sum of Access | 4208.66 |
| | Sum of Data Usage Charges | 2273.20 |
| | Sum of Other Charges & Credits | 34.36 |
| | Sum of Taxes | 386.56 |
| | Sum of Total Charges | 6902.78 |
| 603475702 | Sum of Access | 15953.28 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 319.50 |
| | Sum of Taxes | 37.41 |
| | Sum of Total Charges | 16310.19 |
| 603498267 | Sum of Access | 575.90 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 371.18 |
| | Sum of Taxes | 1.72 |
| | Sum of Total Charges | 948.80 |
| 603533970 | Sum of Access | 3980.55 |
| | Sum of Data Usage Charges | 0.02 |
| | Sum of Other Charges & Credits | 7.14 |
| | Sum of Taxes | 278.63 |
| | Sum of Total Charges | 4266.34 |
| 919652275 | Sum of Access | 453.20 |
| | Sum of Data Usage Charges | 0.00 |
| | Sum of Other Charges & Credits | 40.42 |
| | Sum of Taxes | 108.12 |
| | Sum of Total Charges | 601.74 |
| 970602990 | Sum of Access | 28378.40 |
| | Sum of Data Usage Charges | 0.08 |
| | Sum of Other Charges & Credits | 21.75 |
| | Sum of Taxes | 184.40 |
| | Sum of Total Charges | 28584.63 |
| Total Sum of Access | | 99461.47 |
| Total Sum of Data Usage Charges | | 23125.84 |
| Total Sum of Other Charges & Credits | | 3664.22 |
| Total Sum of Taxes | | 7693.67 |
| **TOTAL SUM OF TOTAL CHARGES** | | **$133,945.20** |

\* Details are voluminous and are available upon request to counsel for Verizon.

2241000v1