IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
: 
In re                                                       :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                                            :
                              Debtors.    :    (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## DECLARATION OF NOTICING AGENT REGARDING SERVICE OF BAR DATE NOTICE ON MARSILLI & CO. S.P.A.

I, Eric Kurtzman, state as follows:

    1.    I am over eighteen years of age and not a party to the above-captioned cases. I believe the statements contained herein are true based on my personal knowledge. I am the Chief Executive Officer of Kurtzman Carson Consultants LLC ("KCC") and my business address is 2335 Alaska Avenue, El Segundo, California 90245. KCC was retained as the noticing agent pursuant to the Final Order Under 28 U.S.C. § 156(c) Authorizing Retention And Appointment Of Kurtzman Carson Consultants LLC As Claims, Noticing, And Balloting Agent for Clerk Of Bankruptcy Court, entered by the Court on December 1, 2005 (Docket No. 1374). This declaration is based upon my personal knowledge, except as to such matters as are stated upon information and belief.

    2.    On April 20, 2006, KCC served copies of the Debtors' Notice Of Bar Date For Filing Proofs Of Claim (the "Bar Date Notice") on the following entities:

    Marsilli & Co SPA
    Via Per Ripalta Arpina 14
    I 26013 Castelleone
    Italy

        Marsilli & Co SPA
        Via Per Ripalta Arpina 14
        Castelleone 26012
        Italy

These names and addresses were provided by the Debtors as a part of the "creditor matrix" (the "Creditor Matrix"), which is a list of each entity and person that was listed on the Debtors' Schedules Of Assets And Liabilities (the "Schedules") or was identified by the Debtors as potentially having a claim against the Debtors.

        3.      As is our general practice, any Bar Date Notices to be sent to addresses outside of the United States were processed separately from those being mailed within the United States. The international addresses were segregated into a separate computer file, printed separately, and metered individually to accommodate the varying amounts of postage necessary for each envelope.

        4.      Neither of the packages sent to Marsilli were returned to KCC as undeliverable.

        5.      KCC received 367 proofs of claim in response to Bar Date Notices that were served on international addresses.

        6.      In addition to mailing the Bar Date Notice to Marsilli at the two addresses listed above, KCC arranged to have the Bar Date Notice published in 38 newspapers, including the European edition of the <u>Wall Street Journal</u> and the international edition of <u>USA Today</u>. We also posted the Bar Date Notice on the informational website for these cases, found at www.delphidocket.com.

7.      To the best of my knowledge, information and belief, I hereby declare and state that the foregoing information is true and correct.

Executed on September 20, 2007, at Los Angeles, California.

 */s/ Eric Kurtzman*
Eric Kurtzman