ROSEN SLOME MARDER LLP                         Hearing Date:  September 27, 2007
333 Earle Ovington Boulevard, Suite901               Time:  10:00 a.m.
Uniondale, New York 11553
Telephone:  (516) 227-1600
Alan E. Marder (AM-0114)
Jil Mazer-Marino (JM-6470)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                            ) Chapter 11
                                                  )
Delphi Corporation,                               ) Case No. 05-44481 (RDD)
                                                  )
                                                  ) (Jointly Administered)
                              Debtors.            )
_____ )


NOTICE OF WITHDRAWAL OF KILROY REALTY, L.P.'S (I) RESPONSE TO
THE DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§105(a) AND
502(c) (A) ESTIMATING AND SETTING MAXIMUM CAP ON CERTAIN
CONTINGENT OR UNLIQUIDATED CLAIMS AND (B) APPROVING
EXPEDITED CLAIMS ESTIMATION PROCEDURES; AND (II)
COUNTERPROPOSAL FOR MAXIMUM CAPPED AMOUNT OF ITS CLAIMS

        PLEASE TAKE NOTICE that, Kilroy Realty, L.P. ("Kilroy"), hereby withdraws, its "(I)

Response To The Debtors' Motion For Order Pursuant To 11 U.S.C. §§105(A) And 502(C) (A)

Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B)

Approving Expedited Claims Estimation Procedures; And (II) Counterproposal For Maximum

Capped Amount Of Its Claims" [Docket No. 9521] based on the Debtors' agreement to remove

Kilroy's claims from the "Motion For Order Pursuant To 11 U.S.C. §§105(A) And 502(C) (A)

Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B)

Approving Expedited Claims Estimation Procedures; And (II) Counterproposal For Maximum

Capped Amount Of Its Claims" [Docket No. 9297].


Dated: Uniondale, New York          ROSEN SLOME MARDER LLP
        September 26, 2007

                                 By:   __/s/ Alan E. Marder_____
                                      Alan E. Marder (AM-0114)
                                      Jil Mazer-Marino (JM-6470)

                               333 Earle Ovington Boulevard,
                               Suite 901
                               Uniondale, New York 11553
                               (516) 227-1600

                               *Counsel for Kilroy Realty L.P.*


G:\Kilroy\Delphi\lit\notice of withdrawal of obj to estimation motion.doc