Hearing Date: September 27, 2007
Time: 10:00 am
Objection Deadline: September 20, 2007
Time: 4:00 pm

BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
William H. Schorling, Esq. (WS-6322)
DeWitt C. Brown, Esq. (DB-5720)

*Attorneys for Arkema Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:  Chapter 11
In re: :
: Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al., :
: (Jointly Administered)
Debtors. :
------------------------------------------------------------ X

## SUPPLEMENTAL DECLARATION OF JOHN LUTZ IN SUPPORT OF ARKEMA INC.'S MOTION FOR LEAVE TO FILE LATE CLAIM

The undersigned makes this declaration of his own personal knowledge.

1. This Declaration is filed in support of Arkema Inc.'s Motion for Leave to File Late Claim (the "Motion").

2. This Supplemental Declaration supplements my Declaration dated and filed with the court September 25, 2007.

3. I am a legal assistant in the litigation group in the Legal Department of Arkema, Inc., over the age of 18 and competent to make this declaration based on my own personal knowledge. My business address is 2000 Market Street, 26th Floor, Philadelphia, Pa 19103.

4. I do not recall having seen the webpage, Exhibit 5 to Delphi's Supplemental Declaration of Noticing Agent Regarding Service of Bar Date Notice on Arkema Inc. (Delphi's Supplemental Notice"), when I accessed the website on April 27, 2006.

5. I have viewed the Delphidocket.com webpages and recreated the steps to access the webpage, attached as Exhibit B to Arkema's Motion and to this declaration, showing Atofina's claim. Those steps are as follows.

    (a) From the home page, click on "Claim/Creditor Search" at the top of the page.

    (b) Fill in "Atofina" on the webpage entitled "Search Delphi's Bankruptcy Administration System" and click on "Find Matching Records", Exhibit 4 to Delphi's Supplemental Declaration.

    (c) Click on "Atofina Chemicals Inc." in the Webpage entitled "Delphi Corporation Search Results Creditor Name: Contains Atofina", Exhibit 5 to Delphi's Supplemental Declaration.

6. Exhibit 5 to Delphi's Supplemental Declaration, the Webpage entitled "Delphi Corporation Search Results Creditor Name: Contains Atofina" does not explain the meaning of the columns headed "C", "U" and "D."

7. Unlike the Claim/Creditor Search webpage, the webpage listing the schedules, Exhibit 2 to Delphi's Supplemental Declaration, does not have a search function for a creditor to search all of the more than 100 separate schedules listed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*John Lutz* (signature)

Executed on: September 25, 2007