UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                   :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                Debtors.         :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE AND AMENDED
CLAIMS, (B) INSUFFICIENTLY DOCUMENTED CLAIMS, (C) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (D) UNTIMELY CLAIM, AND (E)
CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS SUBJECT TO MODIFICATION,
MODIFIED CLAIMS ASSERTING RECLAMATION, CONSENSUALLY MODIFIED AND
REDUCED TORT CLAIMS, AND LIFT STAY PROCEDURES CLAIMS SUBJECT TO
MODIFICATION IDENTIFIED IN TWENTIETH OMNIBUS CLAIMS OBJECTION

("TWENTIETH OMNIBUS CLAIMS OBJECTION ORDER")

          Upon the Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently

Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely

Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay

Procedures Claims Subject To Modification, dated August 24, 2007 (the "Twentieth Omnibus

Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
    Twentieth Omnibus Claims Objection.

the record of the hearing held on the Twentieth Omnibus Claims Objection; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B-1, B-2, C-1, C-2, C-3, D, E-1, E-2, E-3, E-4, E-5, F-1,

F-2, F-3, F-4, F-5, F-6, F-7, and F-8, hereto was properly and timely served with a copy of the

Twentieth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of

the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,

9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And

(ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the

"Claims Objection Procedures Order"), the proposed order granting the Twentieth Omnibus

Claims Objection, and notice of the deadline for responding to the Twentieth Omnibus Claims

Objection.  No other or further notice of the Twentieth Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Twentieth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Twentieth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twentieth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.    The Claims listed on <u>Exhibit B-1</u> contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claims").

E.    The Claim listed on <u>Exhibit B-2</u> hereto contains insufficient documentation to support the Claim asserted and was also untimely filed pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

F.    The Claims listed on <u>Exhibit C-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

G.    The Claims listed on <u>Exhibit C-2</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claim").

H.    The Claims listed on <u>Exhibit C-3</u> hereto, which were filed by taxing authorities, contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

I.    The Claim listed on <u>Exhibit D</u> hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

J.    The Claims listed on <u>Exhibit E-1</u> hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

K.    The Tax Claims listed on <u>Exhibit E-2</u> hereto are overstated and/or incorrectly assert secured or priority status (the "Tax Claims Subject To Modification").

3

L.        The Claims listed on Exhibit E-3 hereto (a) (i) state the incorrect amount

or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii)

were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or

priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant

have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid

amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the

Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and

(ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

M.        The Claims listed on Exhibit E-4 hereto are overstated and/or were filed

and docketed against the wrong Debtor (the "Consensually Modified And Reduced Tort

Claims").

N.        The Claims listed on Exhibit E-5 hereto were settled pursuant to the Order

Approving Procedures For Modifying Automatic Stay Under 11 U.S.C. § 362 To Allow For (I)

Liquidating And Settling And/Or (II) Mediating Of Certain Prepetition Litigation Claims

(Docket No. 4366) (the "Lift Stay Order"), entered on June 27, 2006 (the "Lift Stay Procedures

Claims Subject To Modification").

O.        The relief requested in the Twentieth Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.    Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on Exhibit A as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.    Each Insufficiently Documented Claim listed on Exhibit B-1 hereto is hereby disallowed and expunged in its entirety.

3.    The Untimely Insufficiently Documented Claim listed on Exhibit B-2 hereto is hereby disallowed and expunged in its entirety.

4.    Each Books And Records Claim listed on Exhibit C-1 hereto is hereby disallowed and expunged in its entirety.

5.    Each Untimely Books And Records Claim listed on Exhibit C-2 hereto is hereby disallowed and expunged in its entirety.

6.    Each Untimely Books And Records Tax Claim listed on Exhibit C-3 hereto is hereby disallowed and expunged in its entirety.

7.    The Untimely Claim listed on Exhibit D hereto is hereby disallowed and expunged in its entirety.

8.    Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit E-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit E-1 shall be entitled to (a) recover for any Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 6 of 77

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit E-1, subject to the Debtors' right to

further object to each such Claim Subject to Modification.  The Claims Subject to Modification

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

        9.      Each "Claim As Docketed" amount and Debtor listed on Exhibit E-2

hereto is hereby revised to reflect the amount and classification listed as the "Claim As

Modified."  No Claimant listed on Exhibit E-2 shall be entitled to (a) recover for any Tax Claim

Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of

the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit E-2, and/or (c) assert a Claim against a Debtor whose case number

is not listed in the "Claim As Modified" column on Exhibit E-2, subject to the Debtors' right to

further object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to

Modification shall remain on the claims register, and shall remain subject to future objection by

the Debtors and other parties-in-interest.

        10.     Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-3 hereto is hereby revised to the amount, classification, and Debtor listed as the "Claim

As Modified."  No Claimant listed on Exhibit E-3 shall be entitled to (a) recover for any

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that

any Reserved Defense is valid and denying priority status to such Claimant's reclamation

demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit E-3, and/or (c) assert a Claim against a Debtor whose case number

6

is not listed in the "Claim As Modified" column on Exhibit E-3, subject to the Debtors' right to

further object to each such Modified Claim Asserting Reclamation.  The Modified Claims

Asserting Reclamation shall remain on the claims register, and shall remain subject to future

objection by the Debtors and other parties-in-interest.

11.    Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-4 hereto is hereby revised to the amount and Debtors listed as the "Claim As

Modified."  No Claimant listed on Exhibit E-4 shall be entitled to (a) recover for any

Consensually Modified And Reduced Tort Claim in an amount exceeding the dollar value listed

as the "Modified Total" of the Claim and/or (b) assert a classification that is inconsistent with

that listed in the "Claim As Modified" column on Exhibit E-4, and/or (c) assert a Claim against a

Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit E-4.  The

Consensually Modified And Reduced Tort Claims shall remain on the claims register.

12.    Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit E-5 hereto is hereby revised to the amount listed as the "Claim As Modified."  No

Claimant listed on Exhibit E-5 shall be entitled to (a) recover for any Lift Stay Procedures Claim

Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total"

of the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit E-5, and/or (c) assert a Claim against a Debtor whose case number

is not listed in the "Claim As Modified" column on Exhibit E-5.  The Lift Stay Procedures

Claims Subject To Modification shall remain on the claims register.

13.    With respect to each Claim for which a Response to the Twentieth

Omnibus Claims Objection has been filed and served, and which has not been resolved by the

parties, all of which Claims are listed on Exhibits F-1, F-2, F-3, F-4, F-5, F-6, F-7, and F-8,

hereto, the hearing regarding the objection to such Claims shall be adjourned to a future hearing

date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures

Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right

to assert that any such Responses were untimely or otherwise deficient under the Claims

Objection Procedures Order.

14.    Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Twentieth Omnibus Claims Objection.

15.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

16.    This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Twentieth Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

17.    Each of the objections by the Debtors to each Claim addressed in the

Twentieth Omnibus Claims Objection and attached hereto as Exhibits A, B-1, B-2, C-1, C-2, C-3,

D, E-1, E-2, E-3, E-4, E-5, F-1, F-2, F-3, F-4, F-5, F-6, F-7, and F-8, constitutes a separate

contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a

separate order with respect to each Claim that is the subject of the Twentieth Omnibus Claims

Objection.  Any stay of this order shall apply only to the contested matter which involves such

Claim and shall not act to stay the applicability or finality of this order with respect to the other

contested matters covered hereby.

18.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

19.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Twentieth Omnibus Claims Objection.

Dated: New York, New York
        September ___, 2007

_____
    UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 10 of 77

Twentieth Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16618<br>Date Filed: 07/02/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN<br>ONE E MAIN ST RM 100<br>FORT WAYNE, IN 46802<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $122.24<br>Administrative:<br>Unsecured:<br>Total: $122.24 | Claim Number: 16493<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE, IN 46802<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $18,144.44<br>Administrative:<br>Unsecured:<br>Total: $18,144.44 |
| Claim Number: 16619<br>Date Filed: 07/02/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN<br>PO BOX 2540<br>FORT WAYNE, IN 46801<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $17,847.03<br>Administrative:<br>Unsecured:<br>Total: $17,847.03 | Claim Number: 16493<br>Date Filed: 01/22/2007<br>Creditor's Name and Address:<br>ALLEN COUNTY IN TREASURER<br>TREASURER OF ALLEN COUNTY<br>ONE E MAIN ST RM 100<br>FORT WAYNE, IN 46802<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $18,144.44<br>Administrative:<br>Unsecured:<br>Total: $18,144.44 |
| Claim Number: 127<br>Date Filed: 10/24/2005<br>Creditor's Name and Address:<br>DUN & BRADSTREET<br>ATTN WENDY FINNEGAN<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $91,461.50<br>Total: $91,461.50 | Claim Number: 15664<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $103,442.63<br>Total: $103,442.63 |
| Claim Number: 16625<br>Date Filed: 07/13/2007<br>Creditor's Name and Address:<br>MARION COUNTY TAX COLLECTOR OFFICE<br>PO BOX 970<br>OCALA, FL 34478-0970<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $331.57<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $331.57 | Claim Number: 4733<br>Date Filed: 05/04/2006<br>Creditor's Name and Address:<br>MARION COUNTY TAX COLLECTOR<br>PO BOX 970<br>OCALA, FL 34478-0970<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $432.23<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $432.23 |
| Claim Number: 9684<br>Date Filed: 07/17/2006<br>Creditor's Name and Address:<br>PRECISION RESOURCE KENTUCKY DIVISION<br>PO BOX 30375<br>HARTFORD, CT 06150<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $143,262.13<br>Total: $143,262.13 | Claim Number: 16609<br>Date Filed: 06/04/2007<br>Creditor's Name and Address:<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 06484<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $193,633.16<br>Total: $193,633.16 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 11 of 77

Twentieth Omnibus Claims Objection

## EXHIBIT A - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | |
|---|---|---|---|
| Claim Number: 9363 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 16620 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/05/2006 | | Date Filed: 07/02/2007 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| STATE OF WISCONSIN DEPARTMENT OF | Priority: $493,781.97 | STATE OF WISCONSIN DEPARTMENT OF | Priority: |
| REVENUE | Administrative: | REVENUE | Administrative: |
| PO BOX 8901 | Unsecured: $733,539.81 | PO BOX 8901 | Unsecured: $4,528.25 |
| MADISON, WI 53708-8901 | | MADISON, WI 53708-8901 | |
| | Total: $1,227,321.78 | | Total: $4,528.25 |

**Total Claims to be Expunged:** 6

**Total Asserted Amount to be Expunged:** $1,480,346.25

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDUSTRIAL DISTRIBUTION GROUP 3100 FARMTRAIL RD YORK, PA 17402 | 1501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,418.78<br><br><br>$11,418.78 | 01/10/2006 | DELPHI CORPORATION (05-44481) |
| OLDE TOWN EXPRESS C O MICKY ONKS PO BOX 833 JONESBOROUGH, TN 37659 | 3703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,026.75<br>$1,026.75 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$750.00<br>$750.00 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,780.65<br>$2,780.65 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | | **$15,976.18** | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIE C PEAVEY<br>336 LEXINGTON AVE<br>DAYTON, OH 45407-2044 | 16623 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2007 | DELPHI CORPORATION (05-44481) |
| | **Total:**  **1** | **UNL** | | | |

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACCESS ELECTRONICS INC<br>4190 GROVE AVE<br>GURNEE, IL 60031 | 10399 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$67,970.98<br>$67,970.98 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE DORAN HAULING AND RIGGING CO<br>PO BOX 632496<br>CINCINNATI, OH 45263-2496 | 2946 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$592.89<br>$592.89 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| DEBELLO INVESTORS LLC<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| DELPHI CORP DERIVATIVELY BY<br>SHAWN DANGERFIELD<br>AMBER L ECK<br>LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS<br>655 W BROADWAY STE 1900<br>SAN DIEGO, CA 92101 | 14763 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$100,000,000.00<br><br><br>$100,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| FRANKENMUTH MUTAL INSURANCE GROUP<br>PO BOX 1988<br>MONTGOMERY, AL 36102 | 1089 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$167,224.87<br>$167,224.87 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| GREAT LAKES MECHANICAL INC<br>GREAT LAKES SERVICE GROUP<br>3821 MAPLE ST<br>DEARBORN, MI 48126 | 7350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,588.00<br>$4,588.00 | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| IOTA INVESTORS LLC<br>WEXFORD CAPITAL LLC<br>411 PUTNAM AVE<br>GREENWICH, CT 06830 | 11890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**         **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARILYN R RICH<br>4193 NW 60TH CIRCLE<br>BOCA RATON, FL 33486 | 11131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| MORRIS CANTOR LUKASIK DOLCE & PANEPINTO PC<br>ATTORNEYS FOR PLAINTIFF<br>1000 LIBERTY BLDG<br>BUFFALO, NY 14202 | 10489 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$66,666.66<br>$66,666.66 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| NEAL C FOLCK<br>JAMES R GREENE III & ASSOCIATES<br>LIBERTY TOWER STE 900<br>120 WEST SECOND ST<br>DAYTON, OH 45402 | 14805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br><br>$10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF HEALTH<br>NYS OFFICE OF THE ATTORNEY GENERAL<br>120 BROADWAY<br>NEW YORK, NY 10271 | 1879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$619.08<br>$619.08 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| NIAGARA MOHAWK<br>PO BOX 5026<br>BUFFALO, NY 14205 | 567 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,223.30<br>$77,223.30 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| PIEDMONT NATURAL GAS COMPANY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | 2108 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$81.59<br>$81.59 | 02/23/2006 | DELPHI CORPORATION (05-44481) |
| PLAINTIFF CLASS IN BERNSTEIN V DELPHI TRUST I ET AL IN RE DELPHI SECURITIES DERIVATIVE & ERISA LITIG<br>C O KANTROWITZ GOLDHAMER & GRAIFMAN PC<br>747 CHESTNUT RIDGE RD<br>CHESTNUT RIDGE, NY 10977 | 14298 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$250,000,000.00<br>$250,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**          Pg 16 of 77          **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROSS MARION AND WILLIAM FRANK D ALLEN ESQ ONE CENTENNIAL SQUARE PO BOX 3000 HADDONFIELD, NJ 08033-0968 | 7594 | Secured: Priority: Administrative: Unsecured: Total: | $250,000.00 $250,000.00 | 06/07/2006 | DELPHI CORPORATION (05-44481) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC BARNES & THORNBURG LLP 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 2174 | Secured: Priority: Administrative: Unsecured: Total: | $234,500.00 $234,500.00 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11889 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD CATALYST INVESTORS LLC WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11891 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| WEXFORD SPECTRUM TRADING LTD WEXFORD CAPITAL LLC 411 PUTNAM AVE GREENWICH, CT 06830 | 11888 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 19 | $350,879,467.37 | | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSE C ALFARO AND MARTHA ALFARO<br>1301 OAK ST<br>HAYS, KS 67601 | 16471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 01/04/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 1 | $500,000.00 | | | |

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16546 | Secured: Priority: Administrative: Unsecured: Total: | $1,158,884.07 $1,158,884.07 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF WISCONSIN DEPARTMENT OF REVENUE PO BOX 8901 MADISON, WI 53708-8901 | 16620 | Secured: Priority: Administrative: Unsecured: Total: | $4,528.25 $4,528.25 | 07/02/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 2 | $1,163,412.32 | | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-4 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16546 | Secured: Priority: Administrative: Unsecured: Total: | $1,158,884.07 $1,158,884.07 | 02/20/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF WISCONSIN DEPARTMENT OF REVENUE PO BOX 8901 MADISON, WI 53708-8901 | 16620 | Secured: Priority: Administrative: Unsecured: Total: | $4,528.25 $4,528.25 | 07/02/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$1,163,412.32** | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                        **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEED STEEL COMPANY 228 SAWYER AVE TONAWANDA, NY 14150 | 16566 | Secured: Priority: Administrative: Unsecured: Total: | $1,453.62 $1,453.62 | 03/06/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:    1** | | **$1,453.62** | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 10118
Date Filed: 07/21/2006
Docketed Total: $194,813.34
Filing Creditor Name and Address:
AAVID THERMALLOY LLC
1 EAGLE SQ STE 509
CONCORD, NH 03301

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $194,813.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $194,813.34 |
| | | | $194,813.34 |

Modified Total: $193,811.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,811.34 |
| | | | $193,811.34 |

**Row 2**

Claim: 16469
Date Filed: 12/28/2006
Docketed Total: $48,533.56
Filing Creditor Name and Address:
ACE RENT A CAR INC
5773 W WASHINGTON ST
INDIANAPOLIS, IN 46241

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $48,533.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,533.56 |
| | | | $48,533.56 |

Modified Total: $39,769.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,769.63 |
| | | | $39,769.63 |

**Row 3**

Claim: 7702
Date Filed: 06/09/2006
Docketed Total: $41,500.23
Filing Creditor Name and Address:
ADT SECURITY SERVICES
14200 E EXPOSITION AVE
AURORA, CO 80012

Claim Holder Name and Address
ADT SECURITY SERVICES
14200 E EXPOSITION AVE
AURORA, CO 80012

Docketed Total: $41,500.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $41,500.23 |
| | | | $41,500.23 |

Modified Total: $20,269.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,269.57 |
| | | | $20,269.57 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 22 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

### Claim 2593

Claim: 2593
Date Filed: 04/10/2006
Docketed Total: $92,815.91
Filing Creditor Name and Address:
AMERICAN MESSAGING
32255 NORTHWESTERN HWY
STE 143
FARMINGTON HILLS, MI 48334

Claim Holder Name and Address
AMERICAN MESSAGING
32255 NORTHWESTERN HWY
STE 143
FARMINGTON HILLS, MI 48334
Docketed Total: $92,815.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $92,815.91 |
| | | | $92,815.91 |

Modified Total: $84,526.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,526.00 |
| | | | $84,526.00 |

### Claim 10716

Claim: 10716
Date Filed: 07/25/2006
Docketed Total: $693,692.38
Filing Creditor Name and Address:
AMPHENOL CORP AMPHENOL RF
4 OLD NEWTON RD
DANBURY, CT 06810

Claim Holder Name and Address
AMPHENOL CORP AMPHENOL RF
4 OLD NEWTON RD
DANBURY, CT 06810
Docketed Total: $693,692.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $693,692.38 |
| | | | $693,692.38 |

Modified Total: $687,494.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $687,494.02 |
| | | | $687,494.02 |

### Claim 10058

Claim: 10058
Date Filed: 07/20/2006
Docketed Total: $13,388.20
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF MOONEY GENERAL
PAPER CO
ATTN DAVID S LEINARD
535 MADISON AVE 15TH FLOOR
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
AS ASSIGNEE OF MOONEY GENERAL
PAPER CO
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $13,388.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,388.20 |
| | | | $13,388.20 |

Modified Total: $10,022.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,022.40 |
| | | | $10,022.40 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8967<br>Date Filed: 07/05/2006<br>Docketed Total: $441.26<br>Filing Creditor Name and Address:<br>B AND T EXPRESS<br>9039 W KELLY RD<br>LAKE CITY, MI 49651 | Claim Holder Name and Address<br>B AND T EXPRESS<br>9039 W KELLY RD<br>LAKE CITY, MI 49651          Docketed Total: $441.26 | Modified Total: $302.90 |
| | Case Number* 05-44481    Secured    Priority    Unsecured $441.26<br>**$441.26** | Case Number* 05-44640    Secured    Priority    Unsecured $302.90<br>**$302.90** |
| Claim: 11459<br>Date Filed: 07/27/2006<br>Docketed Total: $156,246.02<br>Filing Creditor Name and Address:<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062 | Claim Holder Name and Address<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062          Docketed Total: $156,246.02 | Modified Total: $156,246.02 |
| | Case Number* 05-44481    Secured    Priority    Unsecured $156,246.02<br>**$156,246.02** | Case Number* 05-44640    Secured    Priority    Unsecured $156,246.02<br>**$156,246.02** |
| Claim: 1415<br>Date Filed: 12/30/2005<br>Docketed Total: $6,421.37<br>Filing Creditor Name and Address:<br>BALZERS INC<br>2511 TECHNOLOGY DR STE 114<br>ELGIN, IL 60123 | Claim Holder Name and Address<br>BALZERS INC<br>2511 TECHNOLOGY DR STE 114<br>ELGIN, IL 60123          Docketed Total: $6,421.37 | Modified Total: $4,805.65 |
| | Case Number* 05-44481    Secured    Priority    Unsecured $6,421.37<br>**$6,421.37** | Case Number* 05-44481    Secured    Priority    Unsecured $4,805.65<br>**$4,805.65** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 24 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9881**
Date Filed: 07/19/2006
Docketed Total: $54,725.45
Filing Creditor Name and Address:
BROWN & SHARPE INC
BROWN & SHARPE MFG CP
200 FRENCHTOWN RD
NORTH KINGSTOWN, RI 02852

Claim Holder Name and Address
BROWN & SHARPE INC
BROWN & SHARPE MFG CP
200 FRENCHTOWN RD
NORTH KINGSTOWN, RI 02852

Docketed Total: $54,725.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,725.45 |
| | | | $54,725.45 |

Modified Total: $54,725.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,725.45 |
| | | | $54,725.45 |

---

**Claim: 2404**
Date Filed: 03/27/2006
Docketed Total: $24,380.00
Filing Creditor Name and Address:
CAMBRON ENGINEERING INC
3800 WILDER RD
BAY CITY, MI 48706

Claim Holder Name and Address
CAMBRON ENGINEERING INC
3800 WILDER RD
BAY CITY, MI 48706

Docketed Total: $24,380.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $24,380.00 |
| | | | $24,380.00 |

Modified Total: $23,358.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,358.00 |
| | | | $23,358.00 |

---

**Claim: 1673**
Date Filed: 01/26/2006
Docketed Total: $7,962.38
Filing Creditor Name and Address:
CANON BUSINESS SOLUTIONS
EAST
1250 VALLEY BROOK AVE
LYNDHURST, NJ 07071

Claim Holder Name and Address
CANON BUSINESS SOLUTIONS EAST
1250 VALLEY BROOK AVE
LYNDHURST, NJ 07071

Docketed Total: $7,962.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,962.38 |
| | | | $7,962.38 |

Modified Total: $7,962.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44618 | | | $7,962.38 |
| | | | $7,962.38 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 972**
Date Filed:   12/02/2005
Docketed Total:   $13,629.56
Filing Creditor Name and Address:
CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638

Claim Holder Name and Address

CENTRAL FREIGHT LINES INC       Docketed Total:       $13,629.56
PO BOX 2638
WACO, TX 76702-2638

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,629.56 |
| | | | **$13,629.56** |

Modified Total:       $13,629.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,629.56 |
| | | | **$13,629.56** |

---

**Claim: 8237**
Date Filed:   06/19/2006
Docketed Total:   $20,906.18
Filing Creditor Name and Address:
CITY OF COLUMBUS
910 DUBLIN RD
COLUMBUS, OH 43215

Claim Holder Name and Address

CITY OF COLUMBUS       Docketed Total:       $20,906.18
910 DUBLIN RD
COLUMBUS, OH 43215

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,906.18 |
| | | | **$20,906.18** |

Modified Total:       $20,906.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,906.18 |
| | | | **$20,906.18** |

---

**Claim: 2268**
Date Filed:   03/13/2006
Docketed Total:   $20,941.97
Filing Creditor Name and Address:
CITY OF ROCHESTER
DEPARTMENT OF LAW
30 CHURCH STREET
ROCHESTER, NY 14614

Claim Holder Name and Address

CITY OF ROCHESTER       Docketed Total:       $20,941.97
DEPARTMENT OF LAW
30 CHURCH STREET
ROCHESTER, NY 14614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $20,941.97 | | |
| | **$20,941.97** | | |

Modified Total:       $19,334.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,334.43 |
| | | | **$19,334.43** |

---

*See Exhibit G for a listing of debtor entities by case number.

Page 5 of 25

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 26 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8243**
Date Filed: 06/20/2006
Docketed Total: $5,080.10
Filing Creditor Name and Address:
COYOTE INDUSTRIAL
HARDWARE INC
3012 PRODUCTION COURT
DAYTON, OH 45414

Claim Holder Name and Address
COYOTE INDUSTRIAL HARDWARE INC
3012 PRODUCTION COURT
DAYTON, OH 45414
Docketed Total: $5,080.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,080.10 |
| | | | **$5,080.10** |

Modified Total: $5,080.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,080.10 |
| | | | **$5,080.10** |

---

**Claim: 418**
Date Filed: 11/07/2005
Docketed Total: $4,411.20
Filing Creditor Name and Address:
DUKE ENERGY CORPORATION
PO BOX 1244
CHARLOTTE, NC 28201-1244

Claim Holder Name and Address
DUKE ENERGY CORPORATION
PO BOX 1244
CHARLOTTE, NC 28201-1244
Docketed Total: $4,411.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,411.20 |
| | | | **$4,411.20** |

Modified Total: $4,411.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $4,411.20 |
| | | | **$4,411.20** |

---

**Claim: 15664**
Date Filed: 07/31/2006
Docketed Total: $103,442.63
Filing Creditor Name and Address:
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: $103,442.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,442.63 |
| | | | **$103,442.63** |

Modified Total: $51,355.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,355.42 |
| 05-44481 | | | $0.00 |
| | | | **$51,355.42** |

*See Exhibit G for a listing of debtor entities by case number.

Page 6 of 25

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 27 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 14400**
Date Filed: 07/31/2006
Docketed Total: $95,539.00
Filing Creditor Name and Address:
EL PASO ELECTRIC CO
100 N STANTON
EL PASO, TX 79901

Claim Holder Name and Address
EL PASO ELECTRIC CO
100 N STANTON
EL PASO, TX 79901

Docketed Total: **$95,539.00**

Modified Total: **$55,463.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $95,539.00 |
| | | | **$95,539.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $55,463.35 |
| | | | **$55,463.35** |

---

**Claim: 10718**
Date Filed: 07/25/2006
Docketed Total: $958,965.92
Filing Creditor Name and Address:
EQUISTAR CHEMICALS LP
1221 MC KINNEY STE 1500
HOUSTON, TX 77010

Claim Holder Name and Address
EQUISTAR CHEMICALS LP
1221 MC KINNEY STE 1500
HOUSTON, TX 77010

Docketed Total: **$958,965.92**

Modified Total: **$450,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $545,000.06 | | $413,965.86 |
| | **$545,000.06** | | **$413,965.86** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | | |
| 05-44640 | | | $450,000.00 |
| | **$0.00** | | **$450,000.00** |

---

**Claim: 10349**
Date Filed: 07/24/2006
Docketed Total: $10,310.02
Filing Creditor Name and Address:
FERGUSON ENTERPRISES INC
12500 JEFFERSON AVE
NEWPORT NEWS, VA 23602-4314

Claim Holder Name and Address
FERGUSON ENTERPRISES INC
12500 JEFFERSON AVE
NEWPORT NEWS, VA 23602-4314

Docketed Total: **$10,310.02**

Modified Total: **$10,310.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,310.02 |
| | | | **$10,310.02** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,310.02 |
| | | | **$10,310.02** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 28 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 666**
Date Filed: 11/18/2005
Docketed Total: $20,756.67
Filing Creditor Name and Address:
FLUKE CORPORATION
PO BOX 9090
EVERETT, WA 98206-9090

Claim Holder Name and Address
FLUKE CORPORATION
PO BOX 9090
EVERETT, WA 98206-9090
Docketed Total: $20,756.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,756.67 |
| | | | $20,756.67 |

Modified Total: $19,790.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $183.00 |
| 05-44640 | | | $19,607.67 |
| | | | $19,790.67 |

**Claim: 5982**
Date Filed: 05/16/2006
Docketed Total: $5,309.70
Filing Creditor Name and Address:
FUTURE DIE CAST &
ENGINEERING INC
14100 ROCCO CT
SHELBY TOWNSHIP, MI 48315

Claim Holder Name and Address
FUTURE DIE CAST & ENGINEERING INC
14100 ROCCO CT
SHELBY TOWNSHIP, MI 48315
Docketed Total: $5,309.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,309.70 |
| | | | $5,309.70 |

Modified Total: $5,106.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,106.30 |
| | | | $5,106.30 |

**Claim: 7325**
Date Filed: 06/01/2006
Docketed Total: $388,310.09
Filing Creditor Name and Address:
GOODYEAR CANADA INC
1144 E MARKET ST
AKRON, OH 44316

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $388,310.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $388,310.09 |
| | | | $388,310.09 |

Modified Total: $363,079.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $363,079.29 |
| | | | $363,079.29 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 29 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2058**
Date Filed: 02/17/2006
Docketed Total: $49,978.89
Filing Creditor Name and Address:
HAERTER STANZTECHNIK GMBH
GUTENBERGSTRASSE 8
KONIGSBACH STEIN, 75203

Claim Holder Name and Address
HAIN CAPITAL INVESTORS LLC    Docketed Total: **$49,978.89**
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070

Modified Total: **$49,126.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $49,978.89 | 05-44567 | | | $49,126.02 |
| | | | **$49,978.89** | | | | **$49,126.02** |

**Claim: 5618**
Date Filed: 05/11/2006
Docketed Total: $2,724.00
Filing Creditor Name and Address:
HARRINGTON INDUSTRIAL PLA
3440 PK DAVIS CIR
INDIANAPOLIS, IN 46236

Claim Holder Name and Address
HARRINGTON INDUSTRIAL PLA    Docketed Total: **$2,724.00**
3440 PK DAVIS CIR
INDIANAPOLIS, IN 46236

Modified Total: **$2,724.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,724.00 | 05-44640 | | | $2,724.00 |
| | | | **$2,724.00** | | | | **$2,724.00** |

**Claim: 394**
Date Filed: 11/07/2005
Docketed Total: $323.24
Filing Creditor Name and Address:
HENRY TROEMNER LLC
201 WOLF DR
PO BOX 87
THOROFARE, NJ 08086-0087

Claim Holder Name and Address
HENRY TROEMNER LLC    Docketed Total: **$323.24**
201 WOLF DR
PO BOX 87
THOROFARE, NJ 08086-0087

Modified Total: **$262.47**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $323.24 | 05-44640 | | | $262.47 |
| | | | **$323.24** | | | | **$262.47** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14110**

Date Filed:   07/31/2006

Docketed Total:   $389,977.54

Filing Creditor Name and Address:
HONEYWELL INTERNATIONAL S & C
1140 W WARNER RD BLDG 1233 M
TEMPE, AZ 85284

Claim Holder Name and Address

HONEYWELL INTERNATIONAL S & C
1140 W WARNER RD BLDG 1233 M
TEMPE, AZ 85284

Docketed Total:   $389,977.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $389,977.54 |
| | | | **$389,977.54** |

Modified Total:   $378,251.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $378,251.23 |
| | | | **$378,251.23** |

---

**Claim: 14236**

Date Filed:   07/31/2006

Docketed Total:   $588,927.08

Filing Creditor Name and Address:
IR EPI SERVICES INC
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 S HOPE ST 48TH FLOOR
LOS ANGELES, CA 90071

Claim Holder Name and Address

IR EPI SERVICES INC
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 S HOPE ST 48TH FLOOR
LOS ANGELES, CA 90071

Docketed Total:   $588,927.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $588,927.08 |
| | | | **$588,927.08** |

Modified Total:   $488,834.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $488,834.60 |
| | | | **$488,834.60** |

---

**Claim: 11040**

Date Filed:   07/26/2006

Docketed Total:   $4,224.00

Filing Creditor Name and Address:
JB HUNT TRANSPORTATION INC
PO BOX 130
LOWELL, AR 72745

Claim Holder Name and Address

JB HUNT TRANSPORTATION INC
PO BOX 130
LOWELL, AR 72745

Docketed Total:   $4,224.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,224.00 |
| | | | **$4,224.00** |

Modified Total:   $4,224.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,224.00 |
| | | | **$4,224.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 31 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15567**
Date Filed:  07/31/2006
Docketed Total:  $151,311.95
Filing Creditor Name and Address:
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Claim Holder Name and Address
KAC HOLDINGS INC DBA KESTER
KESTER
515 E TOUHY AVE
DES PLAINES, IL 60018

Docketed Total:  $151,311.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $151,311.95 |
| | | | **$151,311.95** |

Modified Total:  $151,311.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $151,311.95 |
| | | | **$151,311.95** |

---

**Claim: 642**
Date Filed:  11/17/2005
Docketed Total:  $1,703,785.68
Filing Creditor Name and Address:
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name and Address
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Docketed Total:  $1,703,785.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,703,785.68 |
| | | | **$1,703,785.68** |

Modified Total:  $1,655,726.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,655,726.96 |
| | | | **$1,655,726.96** |

---

**Claim: 12210**
Date Filed:  07/28/2006
Docketed Total:  $34,446.55
Filing Creditor Name and Address:
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Claim Holder Name and Address
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total:  $34,446.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $34,446.55 |
| | | | **$34,446.55** |

Modified Total:  $27,677.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $27,677.75 |
| | | | **$27,677.75** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 12211<br>Date Filed: 07/28/2006<br>Docketed Total: $881,156.41<br>Filing Creditor Name and Address:<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606     Docketed Total: **$881,156.41** | Modified Total: **$794,243.23** |

| | **Case Number*** 05-44640 | Secured | Priority | Unsecured $881,156.41 | **Case Number*** 05-44640 | Secured | Priority | Unsecured $794,243.23 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$881,156.41** | | | | **$794,243.23** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 5587<br>Date Filed: 05/10/2006<br>Docketed Total: $34,297.45<br>Filing Creditor Name and Address:<br>KIEMLE HANKINS CO THE<br>KIEMLE HANKINS SERVICE CO<br>94 H ST AMPOINT<br>PERRYSBURG, OH 43551 | KIEMLE HANKINS CO THE<br>KIEMLE HANKINS SERVICE CO<br>94 H ST AMPOINT<br>PERRYSBURG, OH 43551     Docketed Total: **$34,297.45** | Modified Total: **$31,497.45** |

| | **Case Number*** 05-44481 | Secured | Priority | Unsecured $34,297.45 | **Case Number*** 05-44640 | Secured | Priority | Unsecured $31,497.45 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$34,297.45** | | | | **$31,497.45** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 4919<br>Date Filed: 05/05/2006<br>Docketed Total: $46,119.52<br>Filing Creditor Name and Address:<br>KIMBALL MIDWEST<br>PO BOX 2470<br>COLUMBUS, OH 43216-2470 | KIMBALL MIDWEST<br>PO BOX 2470<br>COLUMBUS, OH 43216-2470     Docketed Total: **$46,119.52** | Modified Total: **$36,280.18** |

| | **Case Number*** 05-44481 | Secured | Priority | Unsecured $46,119.52 | **Case Number*** 05-44640 | Secured | Priority | Unsecured $36,280.18 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$46,119.52** | | | | **$36,280.18** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B  
Pg 33 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4021**
Date Filed: 05/01/2006
Docketed Total: $18,228.18
Filing Creditor Name and Address:
KRAMER AIR TOOL SALES & SERVIC
23149 COMMERCE DR
FARMINGTON HILLS, MI 48335

Claim Holder Name and Address
KRAMER AIR TOOL SALES & SERVIC
23149 COMMERCE DR
FARMINGTON HILLS, MI 48335
Docketed Total: $18,228.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,228.18 |
| | | | $18,228.18 |

Modified Total: $17,033.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,033.73 |
| | | | $17,033.73 |

---

**Claim: 13752**
Date Filed: 07/31/2006
Docketed Total: $80,134.04
Filing Creditor Name and Address:
LEONI CABLE INC EFT
EBERHARD ROHM & HEIKE M VOGEL
1675 BROADWAY
NEW YORK, NY 10019

Claim Holder Name and Address
LEONI CABLE INC EFT
EBERHARD ROHM & HEIKE M VOGEL
1675 BROADWAY
NEW YORK, NY 10019
Docketed Total: $80,134.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,134.04 |
| | | | $80,134.04 |

Modified Total: $32,880.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,880.09 |
| | | | $32,880.09 |

---

**Claim: 2289**
Date Filed: 03/14/2006
Docketed Total: $34,239.45
Filing Creditor Name and Address:
LINDE GAS LLC
PO BOX 94737
CLEVELAND, OH 44101-4737

Claim Holder Name and Address
LINDE GAS LLC
PO BOX 94737
CLEVELAND, OH 44101-4737
Docketed Total: $34,239.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,239.45 |
| | | | $34,239.45 |

Modified Total: $34,239.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,239.45 |
| | | | $34,239.45 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 34 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6620**
Date Filed:    05/22/2006
Docketed Total:    $21,950.17
Filing Creditor Name and Address:
  MC MACHINERY MITSUBISHI
  1500 MICHAEL DR
  WOODDALE, IL 60191

Claim Holder Name and Address

MC MACHINERY MITSUBISHI
1500 MICHAEL DR
WOODDALE, IL 60191

Docketed Total:    **$21,950.17**

Modified Total:    **$5,132.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $21,950.17 |
| | | | **$21,950.17** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,132.89 |
| | | | **$5,132.89** |

---

**Claim: 2088**
Date Filed:    02/21/2006
Docketed Total:    $723,848.28
Filing Creditor Name and Address:
  NORTHEAST VERIZON WIRELESS
  404 BROCK DR
  BLOOMINGTON, IL 61701

Claim Holder Name and Address

NORTHEAST VERIZON WIRELESS
404 BROCK DR
BLOOMINGTON, IL 61701

Docketed Total:    **$723,848.28**

Modified Total:    **$712,745.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $723,848.28 |
| | | | **$723,848.28** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $712,745.23 |
| | | | **$712,745.23** |

---

**Claim: 10901**
Date Filed:    07/25/2006
Docketed Total:    $9,608.75
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total:    **$9,608.75**

Modified Total:    **$939.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $9,496.44 | $112.31 | |
| | **$9,496.44** | **$112.31** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $0.00 | |
| 05-44640 | | | $939.59 |
| | | **$0.00** | **$939.59** |

*See Exhibit G for a listing of debtor entities by case number.

Page 14 of 25

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 35 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10902**
Date Filed: 07/25/2006
Docketed Total: $54,470.00
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: $54,470.00

Modified Total: $2,991.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $45,000.00 | $197.00 | $9,273.00 |
| | $45,000.00 | $197.00 | $9,273.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,991.58 |
| 05-44481 | $0.00 | $0.00 | |
| | $0.00 | $0.00 | $2,991.58 |

**Claim: 10903**
Date Filed: 07/25/2006
Docketed Total: $121,353.00
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: $121,353.00

Modified Total: $3,892.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $69,000.00 | $880.00 | $51,473.00 |
| | $69,000.00 | $880.00 | $51,473.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,892.57 |
| 05-44481 | $0.00 | $0.00 | |
| | $0.00 | $0.00 | $3,892.57 |

**Claim: 10904**
Date Filed: 07/25/2006
Docketed Total: $96,981.00
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total: $96,981.00

Modified Total: $8,359.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $63,000.00 | $667.00 | $33,314.00 |
| | $63,000.00 | $667.00 | $33,314.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | $0.00 | |
| 05-44640 | | | $8,359.96 |
| | $0.00 | $0.00 | $8,359.96 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 36 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2171**
Date Filed: 03/02/2006
Docketed Total: $82,080.57
Filing Creditor Name and Address:
PEI GENESIS INC
FOX ROTHSCHILD LLP
2000 MARKET ST 10TH FL
PHILADELPHIA, PA 19103

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: $82,080.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $82,080.57 |
| | | | $82,080.57 |

Modified Total: $77,632.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,632.72 |
| | | | $77,632.72 |

**Claim: 5988**
Date Filed: 05/16/2006
Docketed Total: $223,768.64
Filing Creditor Name and Address:
PLASTOMER CORP
PO BOX 67000 DEPT 15601
DETROIT, MI 48267-0156

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: $223,768.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $223,768.64 |
| | | | $223,768.64 |

Modified Total: $216,066.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $215,256.38 |
| 05-44567 | | | $810.00 |
| | | | $216,066.38 |

**Claim: 5388**
Date Filed: 05/09/2006
Docketed Total: $157,798.33
Filing Creditor Name and Address:
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

Claim Holder Name and Address
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768
Docketed Total: $157,798.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $157,798.33 |
| | | | $157,798.33 |

Modified Total: $150,958.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $150,958.83 |
| | | | $150,958.83 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 37 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12398**
Date Filed: 07/28/2006
Docketed Total: $349,265.13
Filing Creditor Name and Address:
PRYCE AUTOMOTIVE INC
51 APPLE BLOSSOM BLVD
BOWMANVILLE, ON L1C 4L9
CANADA

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $349,265.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $349,265.13 |
| | | | **$349,265.13** |

Modified Total: $280,659.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $280,659.46 |
| | | | **$280,659.46** |

---

**Claim: 6480**
Date Filed: 05/22/2006
Docketed Total: $115,460.08
Filing Creditor Name and Address:
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Claim Holder Name and Address
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Docketed Total: $115,460.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $115,460.08 |
| | | | **$115,460.08** |

Modified Total: $54,304.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,304.10 |
| | | | **$54,304.10** |

---

**Claim: 9305**
Date Filed: 07/11/2006
Docketed Total: $84,319.48
Filing Creditor Name and Address:
QUALITY INSPECTION &
CONTAINMENT CO INC
PO BOX 66
DAYTON, OH 45409

Claim Holder Name and Address
QUALITY INSPECTION &
CONTAINMENT CO INC
PO BOX 66
DAYTON, OH 45409

Docketed Total: $84,319.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,319.48 |
| | | | **$84,319.48** |

Modified Total: $81,520.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $81,520.23 |
| | | | **$81,520.23** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 38 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 11623**
Date Filed:   07/27/2006
Docketed Total:     $54,921.81
Filing Creditor Name and Address:
RADER FISHMAN & GRAVER
PLLC
39533 WOODWARD AVE STE 140
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

RADER FISHMAN & GRAVER PLLC     Docketed Total:     **$54,921.81**
39533 WOODWARD AVE STE 140
BLOOMFIELD HILLS, MI 48304

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,921.81 |
| | | | **$54,921.81** |

Modified Total:     **$54,921.81**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $54,921.81 |
| | | | **$54,921.81** |

---

**Claim: 5967**
Date Filed:   05/16/2006
Docketed Total:     $221,190.88
Filing Creditor Name and Address:
RED SPOT PAINT & VARNISH CO
IN
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC     Docketed Total:     **$221,190.88**
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $221,190.88 |
| | | | **$221,190.88** |

Modified Total:     **$188,028.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $188,028.67 |
| | | | **$188,028.67** |

---

**Claim: 16347**
Date Filed:   10/02/2006
Docketed Total:     $26,769.62
Filing Creditor Name and Address:
RELATIONAL FUNDING
CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

Claim Holder Name and Address

RELATIONAL FUNDING     Docketed Total:     **$26,769.62**
CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,769.62 |
| | | | **$26,769.62** |

Modified Total:     **$10,585.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,585.92 |
| | | | **$10,585.92** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 39 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11572**
Date Filed: 07/27/2006
Docketed Total: $6,971.97
Filing Creditor Name and Address:
RENAISSANCE CAPITAL
ALLIANCE L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

Claim Holder Name and Address

RENAISSANCE CAPITAL ALLIANCE L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

Docketed Total: $6,971.97
Modified Total: $6,969.97

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $6,969.97 | $1.00 | $1.00 | 05-44481 | $0.00 | $0.00 | $6,969.97 |
| | **$6,969.97** | **$1.00** | **$1.00** | | **$0.00** | **$0.00** | **$6,969.97** |

**Claim: 4001**
Date Filed: 05/01/2006
Docketed Total: $7,480.00
Filing Creditor Name and Address:
ROOT NEAL & CO INC
64 PEABODY ST
BUFFALO, NY 14210-1523

Claim Holder Name and Address

MADISON INVESTMENT TRUST SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $7,480.00
Modified Total: $7,480.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,480.00 | 05-44640 | | | $7,480.00 |
| | | | **$7,480.00** | | | | **$7,480.00** |

**Claim: 13456**
Date Filed: 07/31/2006
Docketed Total: $42,130.53
Filing Creditor Name and Address:
ROTOFORM A DIVISION OF
MAGNA POWER TRAIN INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

ROTOFORM A DIVISION OF MAGNA POWER TRAIN INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total: $42,130.53
Modified Total: $42,130.53

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $42,130.53 | | | 05-44640 | | | $42,130.53 |
| | **$42,130.53** | | | | | | **$42,130.53** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12030<br>Date Filed: 07/28/2006<br>Docketed Total: $40,444.54<br>Filing Creditor Name and Address:<br>SAINT GOBAIN PERFORMANCE<br>1199 S CHILLICOTHE RD<br>AURORA, OH 44202 | Claim Holder Name and Address<br><br>SAINT GOBAIN PERFORMANCE   Docketed Total:   $40,444.54<br>1199 S CHILLICOTHE RD<br>AURORA, OH 44202 | Modified Total:   $31,402.34 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $40,444.54<br><br>                                              $40,444.54 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $27,493.38<br>05-44624                                      $3,908.96<br><br>                                              $31,402.34 |
| Claim: 604<br>Date Filed: 11/16/2005<br>Docketed Total: $37,280.00<br>Filing Creditor Name and Address:<br>SHIPPERS INTERNATIONAL<br>3750 STEWARTS LN<br>NASHVILLE, TN 37218 | Claim Holder Name and Address<br><br>SHIPPERS INTERNATIONAL   Docketed Total:   $37,280.00<br>3750 STEWARTS LN<br>NASHVILLE, TN 37218 | Modified Total:   $36,950.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $37,280.00<br><br>                                              $37,280.00 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $36,950.00<br><br>                                              $36,950.00 |
| Claim: 14672<br>Date Filed: 07/31/2006<br>Docketed Total: $10,328.69<br>Filing Creditor Name and Address:<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE AGE INDUSTRIES INC<br>ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND LLC   Docketed Total:   $10,328.69<br>ASSIGNEE AGE INDUSTRIES INC<br>ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Modified Total:   $7,110.72 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $10,328.69<br><br>                                              $10,328.69 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $7,110.72<br><br>                                              $7,110.72 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 15973<br>Date Filed:  08/09/2006<br>Docketed Total:   $31,262.85<br>Filing Creditor Name and Address:<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE INSPEX INC ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE, CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE INSPEX INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Docketed Total:         **$31,262.85** | | Modified Total:         **$31,262.85** |
| | Case Number*  _Secured_  _Priority_  _Unsecured_<br>05-44481                                                      $31,262.85<br><br>                                                                      **$31,262.85** | | Case Number*  _Secured_  _Priority_  _Unsecured_<br>05-44640                                                      $31,262.85<br><br>                                                                      **$31,262.85** | |
| Claim: 417<br>Date Filed:  11/07/2005<br>Docketed Total:    $4,491.96<br>Filing Creditor Name and Address:<br>  SOUTHEASTERN FREIGHT LINES<br>  PO BOX 1691<br>  COLUMBIA, SC 29202 | Claim Holder Name and Address<br><br>SOUTHEASTERN FREIGHT LINES<br>PO BOX 1691<br>COLUMBIA, SC 29202 | Docketed Total:          **$4,491.96** | | Modified Total:          **$4,491.96** |
| | Case Number*  _Secured_  _Priority_  _Unsecured_<br>05-44481                                                        $4,491.96<br><br>                                                                        **$4,491.96** | | Case Number*  _Secured_  _Priority_  _Unsecured_<br>05-44640                                                        $4,491.96<br><br>                                                                        **$4,491.96** | |
| Claim: 11259<br>Date Filed:  07/27/2006<br>Docketed Total:    $814,710.90<br>Filing Creditor Name and Address:<br>  T & L AUTOMATICS INC<br>  770 EMERSON ST<br>  ROCHESTER, NY 14613 | Claim Holder Name and Address<br><br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | Docketed Total:        **$814,710.90** | | Modified Total:        **$364,710.90** |
| | Case Number*  _Secured_  _Priority_  _Unsecured_<br>05-44640                                                      $814,710.90<br><br>                                                                      **$814,710.90** | | Case Number*  _Secured_  _Priority_  _Unsecured_<br>05-44640                                                      $364,710.90<br><br>                                                                      **$364,710.90** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 42 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7443**
Date Filed: 06/05/2006
Docketed Total: $108,297.25
Filing Creditor Name and Address:
TEKNOR APEX COMPANY
505 CENTRAL AVE
PAWTUCKET, RI 02861

Claim Holder Name and Address
TEKNOR APEX COMPANY
505 CENTRAL AVE
PAWTUCKET, RI 02861

Docketed Total: $108,297.25

Modified Total: $94,466.13

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $108,297.25 | | 05-44640 | | | $94,466.13 |
| | | | **$108,297.25** | | | | | **$94,466.13** |

**Claim: 16120**
Date Filed: 08/09/2006
Docketed Total: $45,212.36
Filing Creditor Name and Address:
THERMO ELECTRON NORTH
AMERICA
1400 NORTHPOINTE PKWY
STE10
WEST PALM BEACH, FL 33407

Claim Holder Name and Address
THERMO ELECTRON NORTH
AMERICA
1400 NORTHPOINTE PKWY STE10
WEST PALM BEACH, FL 33407

Docketed Total: $45,212.36

Modified Total: $28,732.97

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $45,212.36 | | 05-44640 | | | $28,732.97 |
| | | | **$45,212.36** | | | | | **$28,732.97** |

**Claim: 13420**
Date Filed: 07/31/2006
Docketed Total: $759,698.01
Filing Creditor Name and Address:
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Claim Holder Name and Address
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Docketed Total: $759,698.01

Modified Total: $759,698.01

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $759,698.01 | | 05-44567 | | | $33,088.73 |
| | | | | | 05-44640 | | | $726,609.28 |
| | | | **$759,698.01** | | | | | **$759,698.01** |

*See Exhibit G for a listing of debtor entities by case number.

Page 22 of 25

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 43 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 462<br>Date Filed: 11/09/2005<br>Docketed Total: $4,836.00<br>Filing Creditor Name and Address:<br>TRUCKS FOR YOU INC<br>PO BOX AH<br>MUSKOGEE, OK 74402 | Claim Holder Name and Address<br><br>TRUCKS FOR YOU INC    Docketed Total: $4,836.00<br>PO BOX AH<br>MUSKOGEE, OK 74402<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481      $4,836.00<br><br>    $4,836.00 | Modified Total: $4,836.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $4,836.00<br><br>    $4,836.00 |
| Claim: 10561<br>Date Filed: 07/24/2006<br>Docketed Total: $8,456.58<br>Filing Creditor Name and Address:<br>VA MEDICAL CENTER<br>AGT CSHR 04C<br>1055 CLERMONT ST<br>DENVER, CO 80220 | Claim Holder Name and Address<br><br>VA MEDICAL CENTER   Docketed Total: $8,456.58<br>AGT CSHR 04C<br>1055 CLERMONT ST<br>DENVER, CO 80220<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481      $8,456.58<br><br>    $8,456.58 | Modified Total: $8,456.58<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $8,456.58<br><br>    $8,456.58 |
| Claim: 7365<br>Date Filed: 06/02/2006<br>Docketed Total: $24,747.08<br>Filing Creditor Name and Address:<br>VERIZON WIRELESS MESSAGING<br>SERVICES LLC<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | Claim Holder Name and Address<br><br>CELLCO PARTNERSHIP   Docketed Total: $24,747.08<br>ONE VERIZON WY<br>VC52S 243<br>BASKING RIDGE, NJ 07920<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481      $24,747.08<br><br>    $24,747.08 | Modified Total: $24,747.08<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $24,747.08<br><br>    $24,747.08 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12385**
Date Filed: 07/28/2006
Docketed Total: $125,315.71
Filing Creditor Name and Address:
  VIASYSTEMS
  1915 TROLLEY RD
  YORK, PA 17408

Claim Holder Name and Address

VIASYSTEMS
1915 TROLLEY RD
YORK, PA 17408

Docketed Total: **$125,315.71**

Modified Total: **$122,708.51**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $125,315.71 | 05-44567 | | | $122,708.51 |
| | | | **$125,315.71** | | | | **$122,708.51** |

**Claim: 579**
Date Filed: 11/15/2005
Docketed Total: $78,355.00
Filing Creditor Name and Address:
  VISCOM INC
  3290 GREEN POINTE PKWY STE 400
  NORCROSS, GA 30092

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$78,355.00**

Modified Total: **$65,511.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $57,000.00 | | $21,355.00 | 05-44640 | | | $65,511.00 |
| | **$57,000.00** | | **$21,355.00** | | | | **$65,511.00** |

**Claim: 8534**
Date Filed: 06/26/2006
Docketed Total: $5,945.45
Filing Creditor Name and Address:
  X RAY INDUSTRIES INC
  XRI TESTING
  1961 THUNDERBIRD ST
  TROY, MI 48084-5467

Claim Holder Name and Address

X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

Docketed Total: **$5,945.45**

Modified Total: **$4,611.86**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,945.45 | 05-44640 | | | $4,611.86 |
| | | | **$5,945.45** | | | | **$4,611.86** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 45 of 77

Twentieth Omnibus Claims Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 10592**
Date Filed: 07/25/2006
Docketed Total: $4,612.09
Filing Creditor Name and Address:
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

Claim Holder Name and Address
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

Docketed Total: $4,612.09

Modified Total: $1,471.45

| Case Number* 05-44481 | Secured | Priority | Unsecured $4,612.09 | Case Number* 05-44640 | Secured | Priority | Unsecured $1,471.45 |
|---|---|---|---|---|---|---|---|
| | | | **$4,612.09** | | | | **$1,471.45** |

**Claim: 8533**
Date Filed: 06/26/2006
Docketed Total: $63,793.42
Filing Creditor Name and Address:
XRI TESTING
1961 THUNDERBIRD
TROY, MI 48084

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $63,793.42

Modified Total: $54,428.10

| Case Number* 05-44640 | Secured | Priority | Unsecured $63,793.42 | Case Number* 05-44640 | Secured | Priority | Unsecured $54,428.10 |
|---|---|---|---|---|---|---|---|
| | | | **$63,793.42** | | | | **$54,428.10** |

**Claim: 10408**
Date Filed: 07/24/2006
Docketed Total: $1,000.00
Filing Creditor Name and Address:
YOUNT LORETTA OBO TINA L COOLEY A MINOR
DYER GAROFALO MANN & SCHULTZ
131 NORTH LUDLOW ST STE 1400
DAYTON, OH 45402

Claim Holder Name and Address
YOUNT LORETTA OBO TINA L COOLEY A MINOR
DYER GAROFALO MANN & SCHULTZ
131 NORTH LUDLOW ST STE 1400
DAYTON, OH 45402

Docketed Total: $1,000.00

Modified Total: $1,000.00

| Case Number* 05-44481 | Secured | Priority | Unsecured $1,000.00 | Case Number* 05-44640 | Secured | Priority | Unsecured $1,000.00 |
|---|---|---|---|---|---|---|---|
| | | | **$1,000.00** | | | | **$1,000.00** |

**Total Claims to be Modified: 75**

**Total Amount as Docketed:** $11,571,553.25

**Total Amount as Modified:** $9,557,989.89

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 46 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 9709
Date Filed: 07/18/2006
Docketed Total: $1,541.53
Filing Creditor Name and Address:
NEW YORK STATE
DEPARTMENT OF TAXATION
AND FINANCE
PO BOX 5300
ALBANY, NY 12205-0300

**CLAIM AS DOCKETED**

Claim Holder Name and Address

NEW YORK STATE DEPARTMENT     Docketed Total:     $1,541.53
OF TAXATION AND FINANCE
PO BOX 5300
ALBANY, NY 12205-0300

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44623 | $1,341.53 | | $200.00 |
| | $1,341.53 | | $200.00 |

**CLAIM AS MODIFIED**

Modified Total:     $1,541.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44623 | | | $1,541.53 |
| | | | $1,541.53 |

**Total Claims to be Modified: 1**

**Total Amount as Docketed:**     $1,541.53

**Total Amount as Modified:**     $1,541.53

*See Exhibit G for a listing of debtor entities by case number.
Page 1 of 1

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 47 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8725**
Date Filed:   06/28/2006
Docketed Total:    $57,311.51
Filing Creditor Name and Address:
  AMROC INVESTMENTS LLC AS
  ASSIGNEE OF SINCLAIR & RUSH
  INC
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

Claim Holder Name and Address
  AMROC INVESTMENTS LLC             Docketed Total:        $57,311.51
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,311.51 |
| | | | $57,311.51 |

Modified Total:        $50,789.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,491.22 | $47,297.82 |
| | | $3,491.22 | $47,297.82 |

---

**Claim: 273**
Date Filed:   11/01/2005
Docketed Total:    $953,170.47
Filing Creditor Name and Address:
  ENGINEERED MATERIALS
  SOLUTION INC
  39 PERRY AVE
  ATTLEBORO, MA 02703

Claim Holder Name and Address
  HAIN CAPITAL HOLDINGS LLC             Docketed Total:        $953,170.47
  301 RTE 17 6TH FL
  RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $311,406.63 | | $641,763.84 |
| | $311,406.63 | | $641,763.84 |

Modified Total:        $944,660.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $43,198.89 | $901,462.04 |
| | | $43,198.89 | $901,462.04 |

---

**Claim: 12839**
Date Filed:   07/28/2006
Docketed Total:    $492,938.78
Filing Creditor Name and Address:
  FUJITSU COMPONENTS AMERICA
  INC
  250 E CARIBBEAN DR
  SUNNYVALE, CA 94086

Claim Holder Name and Address
  FUJITSU COMPONENTS AMERICA             Docketed Total:        $492,938.78
  INC
  250 E CARIBBEAN DR
  SUNNYVALE, CA 94086

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $492,938.78 |
| | | | $492,938.78 |

Modified Total:        $470,221.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,018.40 | $468,203.18 |
| | | $2,018.40 | $468,203.18 |

*See Exhibit G for a listing of debtor entities by case number.

Page 1 of 3

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 48 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6943<br>Date Filed:  05/26/2006<br>Docketed Total:   $806,779.79<br>Filing Creditor Name and Address:<br>  IRISO USA INC<br>  34405 W TWELVE MILE RD STE 237<br>  FARMINGTON HILLS, MI 48331 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $747,926.37 | | Modified Total: | | $803,540.39 |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $747,926.37 | **Case Number\*** 05-44640 | Secured | Priority $58,853.42 | Unsecured $744,686.97 |
| | | | | **$747,926.37** | | | **$58,853.42** | **$744,686.97** |
| Claim: 14403<br>Date Filed:  07/31/2006<br>Docketed Total:   $6,240.00<br>Filing Creditor Name and Address:<br>  KOSTAL OF AMERICA INC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Docketed Total: | | $6,240.00 | | Modified Total: | | $6,240.00 |
| | **Case Number\*** 05-44567 | Secured | Priority | Unsecured $6,240.00 | **Case Number\*** 05-44567 | Secured | Priority $1,872.00 | Unsecured $4,368.00 |
| | | | | **$6,240.00** | | | **$1,872.00** | **$4,368.00** |
| Claim: 14479<br>Date Filed:  07/31/2006<br>Docketed Total:   $609,554.90<br>Filing Creditor Name and Address:<br>  KOSTAL OF AMERICA INC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $609,554.90 | | Modified Total: | | $567,396.36 |
| | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $609,554.90 | **Case Number\*** 05-44640 | Secured | Priority | Unsecured $567,396.36 |
| | | | | **$609,554.90** | | | | **$567,396.36** |

\*See Exhibit G for a listing of debtor entities by case number.                    Page 2 of 3

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 49 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8317**
Date Filed: 06/21/2006
Docketed Total: $86,804.08
Filing Creditor Name and Address:
METAL SURFACES INC
6060 SHULL ST
BELL GARDENS, CA 90201

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $86,804.08

Modified Total: $81,284.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | $9,354.04 | $77,450.04 |
| | | **$9,354.04** | **$77,450.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | $8,234.65 | $73,049.98 |
| | | **$8,234.65** | **$73,049.98** |

---

**Claim: 9962**
Date Filed: 07/19/2006
Docketed Total: $963,916.70
Filing Creditor Name and Address:
OSRAM OPTO SEMICONDUCTORS
INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800

Claim Holder Name and Address
OSRAM OPTO SEMICONDUCTORS
INC
COOLEY GODWARD LLP
101 CALIFORNIA ST 5TH FL
SAN FRANCISCO, CA 94111-5800

Docketed Total: $963,916.70

Modified Total: $963,916.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | | $963,916.70 |
| | **UNL** | | **$963,916.70** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $88,989.40 | $874,927.30 |
| | | **$88,989.40** | **$874,927.30** |

---

**Claim: 14102**
Date Filed: 07/31/2006
Docketed Total: $38,399.50
Filing Creditor Name and Address:
PHOTO STENCIL LLC
ROTHGERBER JOHNSON & LYONS
LLP
1200 17TH ST STE 3000
DENVER, CO 80202-5855

Claim Holder Name and Address
PHOTO STENCIL LLC
ROTHGERBER JOHNSON & LYONS
LLP
1200 17TH ST STE 3000
DENVER, CO 80202-5855

Docketed Total: $38,399.50

Modified Total: $25,389.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $38,399.50 |
| | | | **$38,399.50** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,295.00 | $17,494.48 |
| 05-44567 | | | $2,600.00 |
| | | **$5,295.00** | **$20,094.48** |

---

Total Claims to be Modified: 9

Total Amount as Docketed: $4,015,115.73

Total Amount as Modified: $3,913,661.91

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 50 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-4 - CONSENSUALLY MODIFIED AND REDUCED TORT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10488**
Date Filed:   07/24/2006
Docketed Total:     $200,000.00
Filing Creditor Name and Address:
  BRUCE C WHEELER
  C O
  MORRISCANTORLUKASIKDOLCE
  &PANEPINTO
  1000 LIBERTY BUILDING
  420 MAIN ST
  BUFFLAO, NY 14202

Claim Holder Name and Address

BRUCE C WHEELER     Docketed Total:     $200,000.00
C O
MORRISCANTORLUKASIKDOLCE
&PANEPINTO
1000 LIBERTY BUILDING
420 MAIN ST
BUFFLAO, NY 14202

Modified Total:     $60,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $200,000.00 |
| | | | **$200,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $60,000.00 |
| | | | **$60,000.00** |

**Claim: 5070**
Date Filed:   05/08/2006
Docketed Total:     $0.00
Filing Creditor Name and Address:
  MANNS DEBRA A
  FRANK J DOLCE
  1000 LIBERTY BLDG
  420 MAIN ST
  BUFFALO, NY 14202

Claim Holder Name and Address

MANNS DEBRA A     Docketed Total:     UNL
FRANK J DOLCE
1000 LIBERTY BLDG
420 MAIN ST
BUFFALO, NY 14202

Modified Total:     $45,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,000.00 |
| | | | **$45,000.00** |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:**     **$200,000.00**

**Total Amount as Modified:**     **$105,000.00**

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 51 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT E-5 - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 6909
Date Filed: 05/26/2006
Docketed Total: $0.00
Filing Creditor Name and Address:
 BALDWIN SANDRA L
 2320 WEST JEFFERSON
 TRENTON, MI 48183

**CLAIM AS DOCKETED**

Claim Holder Name and Address

BALDWIN SANDRA L
2320 WEST JEFFERSON
TRENTON, MI 48183

Docketed Total:  UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

**CLAIM AS MODIFIED**

Modified Total:  $45,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $45,000.00 |
| | | | **$45,000.00** |

---

Claim: 465
Date Filed: 11/09/2005
Docketed Total: $100,000.00
Filing Creditor Name and Address:
 JENNIFER T ASHERBRANNER
 AND RONALD R ASHERBRANNER
 PO BOX 968
 DECATUR, AL 35602

Claim Holder Name and Address

JENNIFER T ASHERBRANNER AND
RONALD R ASHERBRANNER
PO BOX 968
DECATUR, AL 35602

Docketed Total:  $100,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $100,000.00 |
| | | | **$100,000.00** |

Modified Total:  $225,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $225,000.00 |
| | | | **$225,000.00** |

---

Claim: 6603
Date Filed: 05/22/2006
Docketed Total: $93,000.00
Filing Creditor Name and Address:
 KELLY R GROCE & KELLY D
 GROCE
 STEWART & STEWART
 931 S RANGELINE RD
 CARMEL, IN 46032

Claim Holder Name and Address

KELLY R GROCE & KELLY D GROCE
STEWART & STEWART
931 S RANGELINE RD
CARMEL, IN 46032

Docketed Total:  $93,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $93,000.00 |
| | | | **$93,000.00** |

Modified Total:  $35,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,000.00 |
| | | | **$35,000.00** |

---

Total Claims to be Modified: 3

Total Amount as Docketed:     $193,000.00

Total Amount as Modified:     $305,000.00

*See Exhibit G for a listing of debtor entities by case number.

Page 1 of 1

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twentieth Omnibus Claims Objection**

**EXHIBIT F-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 15299 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 14645 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/31/2006 | | Date Filed: 07/31/2006 | |
| Creditor's Name and Address: | Secured: $389,277.00 | Creditor's Name and Address: | Secured: $3,184,562.00 |
| | Priority | | Priority |
| AI SHREVEPORT LLC | Administrative: | ANDROID INDUSTRIES LLC | Administrative: |
| 40950 WOODWARD AVE STE 100 | Unsecured: | 40950 WOODWARD AVE STE 100 | Unsecured: |
| BLOOMFIELD HILLS, MI 48304 | | BLOOMFIELD HILLS, MI 48304 | |
| | Total: $389,277.00 | | Total: $3,184,562.00 |

Total Claims to be Expunged: **1**

Total Asserted Amount to be Expunged: **$389,277.00**

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT F-2 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIEMENS AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | 2571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,556.80<br>$30,556.80 | 04/06/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$30,556.80** | | |

**In re Delphi Corporation, et al.**                                      **Twentieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT F-3 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANDROID INDUSTRIES LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | 14645 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,184,562.00<br><br><br><br>$3,184,562.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ESSEX GROUP INC<br>1601 WALL ST<br>FORT WAYNE, IN 46801-1601 | 11530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $795,196.61<br><br><br><br>$795,196.61 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FCI AUSTRIA GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | 14042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$711.42<br>$711.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FEDERAL MOGUL CORPORATION<br>26555 NORTHWESTERN HWY<br>SOUTHFIELD, MI 48034 | 1111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,952,349.57<br><br><br><br>$1,952,349.57 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS<br>VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$651,626.18<br>$651,626.18 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GUIDE CORPORATION<br>600 CORPORATION DRIVE<br>PENDLETON, IN 46064 | 14070 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 6668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,000,000.00<br><br><br>$2,000,000.00 | 05/23/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| VERIZON NORTH INC<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | 2340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,083.55<br>$5,083.55 | 03/20/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                          **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT F-3 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| **Total:** | **8** | **$8,589,529.33** | | |

**In re Delphi Corporation, et al.**                                    **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT F-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOWER AUTOMOTIVE INC<br>200 E RANDOLPH DR<br>CHICAGO, IL 60601 | 16573 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 03/14/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **UNL** | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                              **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT F-5 - ADJOURNED BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY ASSISTANT ATTORNEY GENERAL CADILLAC PL 3030 W GRAND BLVD STE 10 200 DETROIT, MI 48202 | 9272 | Secured: Priority: Administrative: Unsecured: Total: | $5,731,238.42 $5,731,238.42 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| WISCONSIN DEPARTMENT OF REVENUE 2135 RIMROCK RD MADISON, WI 53713 | 8233 | Secured: Priority: Administrative: Unsecured: Total: | $8,556,645.87 $8,556,645.87 | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$14,287,884.29** | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 58 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14277**
Date Filed:   07/31/2006
Docketed Total:   $88,154.71
Filing Creditor Name and Address:
AIRGAS SOUTHWEST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
SUITE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total:   **$88,154.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $88,154.71 |
| | | | **$88,154.71** |

Modified Total:   **$82,016.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,016.97 |
| | | | **$82,016.97** |

---

**Claim: 7837**
Date Filed:   06/12/2006
Docketed Total:   $152,445.85
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF DERINGER MPG CO
INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:   **$152,445.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $152,445.85 |
| | | | **$152,445.85** |

Modified Total:   **$143,532.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $143,532.08 |
| | | | **$143,532.08** |

---

**Claim: 5087**
Date Filed:   05/08/2006
Docketed Total:   $31,423.21
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Docketed Total:   **$31,423.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,423.21 |
| | | | **$31,423.21** |

Modified Total:   **$10,761.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,761.88 |
| | | | **$10,761.88** |

*See Exhibit G for a listing of debtor entities by case number.

Page 1 of 10

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 59 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 7374**
Date Filed: 06/02/2006
Docketed Total: $595,983.31
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN
ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $595,983.31

Modified Total: $530,803.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $595,983.31 | 05-44640 | | | $530,803.34 |
| | | | $595,983.31 | | | | $530,803.34 |

**Claim: 13458**
Date Filed: 07/31/2006
Docketed Total: $74,664.00
Filing Creditor Name and Address:
DECO AUTOMOTIVE A DIVISION
OF MAGNA INTERNATIONAL INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address
DECO AUTOMOTIVE A DIVISION OF
MAGNA INTERNATIONAL INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total: $74,664.00

Modified Total: $74,664.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $74,664.00 | | | 05-44640 | | | $74,664.00 |
| | $74,664.00 | | | | | | $74,664.00 |

**Claim: 7247**
Date Filed: 06/01/2006
Docketed Total: $192,937.77
Filing Creditor Name and Address:
EXXONMOBIL OIL
CORPORATION
EXXONMOBIL BUSINESS
SUPPORT CENTER
120 MCDONALD ST
ST JOHN, NB E2J 1M5
CANADA

Claim Holder Name and Address
EXXONMOBIL OIL CORPORATION
EXXONMOBIL BUSINESS SUPPORT
CENTER
120 MCDONALD ST
ST JOHN, NB E2J 1M5
CANADA

Docketed Total: $192,937.77

Modified Total: $7,352.96

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $192,937.77 | 05-44640 | | | $7,352.96 |
| | | | $192,937.77 | | | | $7,352.96 |

*See Exhibit G for a listing of debtor entities by case number.

Page 2 of 10

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 60 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 14126**
Date Filed:  07/31/2006
Docketed Total:  $376,357.61
Filing Creditor Name and Address:
  FCI AUTOMOTIVE
  DEUTSCHLAND GMBH
  PIERCE ATWOOD LLP
  ONE MONUMENT SQ
  PORTLAND, ME 04101-1110

Claim Holder Name and Address
  FCI AUTOMOTIVE DEUTSCHLAND GMBH
  PIERCE ATWOOD LLP
  ONE MONUMENT SQ
  PORTLAND, ME 04101-1110

Docketed Total: $376,357.61
Modified Total: $148,675.44

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $376,357.61 | 05-44640 | | | $148,675.44 |
| | | | **$376,357.61** | | | | **$148,675.44** |

**Claim: 14129**
Date Filed:  07/31/2006
Docketed Total:  $15,945.87
Filing Creditor Name and Address:
  FCI AUTOMOTIVE FRANCE SA
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Claim Holder Name and Address
  FCI AUTOMOTIVE FRANCE SA
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Docketed Total: $15,945.87
Modified Total: $1,981.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $15,945.87 | 05-44640 | | | $1,981.36 |
| | | | **$15,945.87** | | | | **$1,981.36** |

**Claim: 14125**
Date Filed:  07/31/2006
Docketed Total:  $76,964.21
Filing Creditor Name and Address:
  FCI CANADA INC
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Claim Holder Name and Address
  FCI CANADA INC
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Docketed Total: $76,964.21
Modified Total: $64,568.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $76,964.21 | 05-44567 | | | $2,000.00 |
| | | | | 05-44640 | | | $62,568.00 |
| | | | **$76,964.21** | | | | **$64,568.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 61 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14128**
Date Filed: 07/31/2006
Docketed Total: $294,001.77
Filing Creditor Name and Address:
FCI ELECTRONICS MEXIDO S DE RL DE CV
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

*Claim as Docketed:*
Claim Holder Name and Address
FCI ELECTRONICS MEXIDO S DE RL DE CV
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110
Docketed Total: $294,001.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $294,001.77 |
| | | | **$294,001.77** |

*Claim as Modified:*
Modified Total: $179,807.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $171,887.77 |
| 05-44567 | | | $7,920.00 |
| | | | **$179,807.77** |

---

**Claim: 14127**
Date Filed: 07/31/2006
Docketed Total: $361.40
Filing Creditor Name and Address:
FCI ITALIA SPA
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

*Claim as Docketed:*
Claim Holder Name and Address
FCI ITALIA SPA
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110
Docketed Total: $361.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $361.40 |
| | | | **$361.40** |

*Claim as Modified:*
Modified Total: $104.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $104.51 |
| | | | **$104.51** |

---

**Claim: 14130**
Date Filed: 07/31/2006
Docketed Total: $407,299.95
Filing Creditor Name and Address:
FCI USA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

*Claim as Docketed:*
Claim Holder Name and Address
FCI USA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110
Docketed Total: $407,299.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $407,299.95 |
| | | | **$407,299.95** |

*Claim as Modified:*
Modified Total: $252,375.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $183.00 |
| 05-44640 | | | $252,192.95 |
| | | | **$252,375.95** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 62 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9950<br>Date Filed: 07/19/2006<br>Docketed Total: $131,873.52<br>Filing Creditor Name and Address:<br>FERRO ELECTRONIC MATERIALS<br>1000 LAKESIDE AVE<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $131,873.52 | | Modified Total: | | $47,252.75 |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$131,873.52 | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$47,252.75 |
| | | | | **$131,873.52** | | | | **$47,252.75** |
| Claim: 12212<br>Date Filed: 07/28/2006<br>Docketed Total: $800,348.45<br>Filing Creditor Name and Address:<br>FLAMBEAU INC<br>801 LYNN AVE<br>BARABOO, WI 53913 | Claim Holder Name and Address<br><br>FLAMBEAU INC<br>801 LYNN AVE<br>BARABOO, WI 53913 | Docketed Total: | | $800,348.45 | | Modified Total: | | $475,334.73 |
| | **Case Number***<br>05-44481 | Secured<br>$800,348.45 | Priority | Unsecured | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$475,334.73 |
| | | **$800,348.45** | | | | | | **$475,334.73** |
| Claim: 2377<br>Date Filed: 03/22/2006<br>Docketed Total: $5,504,674.99<br>Filing Creditor Name and Address:<br>FUJITSU TEN CORP OF AMERICA<br>47800 HALYARD DR<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br><br>FUJITSU TEN CORP OF AMERICA<br>47800 HALYARD DR<br>PLYMOUTH, MI 48170 | Docketed Total: | | $5,504,674.99 | | Modified Total: | | $5,203,385.28 |
| | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$5,504,674.99 | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$5,203,385.28 |
| | | | | **$5,504,674.99** | | | | **$5,203,385.28** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 63 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10191**
Date Filed: 07/21/2006
Docketed Total: $7,020.00
Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F
K A GE LIGHTING
11256 CORNELL PARK DR STE
500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A
GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $7,020.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,020.00 |
| | | | $7,020.00 |

Modified Total: $3,680.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,680.00 |
| | | | $3,680.00 |

---

**Claim: 9352**
Date Filed: 07/11/2006
Docketed Total: $4,948,005.65
Filing Creditor Name and Address:
HEWLETT PACKARD COMPANY
2125 E KATELLA AVE STE 400
ANAHEIM, CA 92806

Claim Holder Name and Address
HEWLETT PACKARD COMPANY
2125 E KATELLA AVE STE 400
ANAHEIM, CA 92806

Docketed Total: $4,948,005.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,948,005.65 |
| | | | $4,948,005.65 |

Modified Total: $4,887,481.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $290.64 |
| 05-44481 | | | $4,887,190.95 |
| | | | $4,887,481.59 |

---

**Claim: 10683**
Date Filed: 07/26/2006
Docketed Total: $953,280.40
Filing Creditor Name and Address:
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY FKA
COMPAQ FINANCIAL SERVICES
CORPORATION
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974-0006

Claim Holder Name and Address
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY FKA COMPAQ
FINANCIAL SERVICES
CORPORATION
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974-0006

Docketed Total: $953,280.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $953,280.40 |
| | | | $953,280.40 |

Modified Total: $166,642.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $166,642.02 |
| | | | $166,642.02 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 64 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 11968**
Date Filed: 07/28/2006
Docketed Total: $6,491,471.33
Filing Creditor Name and Address:
INFINEON TECHNOLOGIES
NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Claim Holder Name and Address
INFINEON TECHNOLOGIES NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Docketed Total: $6,491,471.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,491,471.33 |
| | | | **$6,491,471.33** |

Modified Total: $6,333,628.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,333,628.25 |
| | | | **$6,333,628.25** |

---

**Claim: 1157**
Date Filed: 12/09/2005
Docketed Total: $18,679.06
Filing Creditor Name and Address:
MOTOROLA INC
1307 E ALGONQUIN RD SWA2
SCHAUMBURG, IL 60196-1078

Claim Holder Name and Address
MOTOROLA INC
1307 E ALGONQUIN RD SWA2
SCHAUMBURG, IL 60196-1078

Docketed Total: $18,679.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,679.06 |
| | | | **$18,679.06** |

Modified Total: $763.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $763.98 |
| | | | **$763.98** |

---

**Claim: 9771**
Date Filed: 07/18/2006
Docketed Total: $977,354.65
Filing Creditor Name and Address:
NSS TECHNOLOGIES INC FKA
NATIONAL SET SCREW CORP
C O ROBERT SZWAJKOS ESQ
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: $977,354.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $977,354.65 |
| | | | **$977,354.65** |

Modified Total: $713,175.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $713,175.52 |
| | | | **$713,175.52** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 65 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8875<br>Date Filed: 06/30/2006<br>Docketed Total: $505,106.24<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR PRODUCT<br>ACTION INTERNATIONAL LLC<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br><br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR PRODUCT ACTION<br>INTERNATIONAL LLC<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Docketed Total: | | $505,106.24 | | Modified Total: | | $168,224.07 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $505,106.24 | 05-44640<br>05-44567 | | | $155,808.94<br>$12,415.13 |
| | | | | **$505,106.24** | | | | **$168,224.07** |
| Claim: 4011<br>Date Filed: 05/01/2006<br>Docketed Total: $30,350.37<br>Filing Creditor Name and Address:<br>ROOT NEAL & CO INC<br>64 PEABODY ST<br>BUFFALO, NY 14240 | Claim Holder Name and Address<br><br>MADISON INVESTMENT TRUST<br>SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Docketed Total: | | $30,350.37 | | Modified Total: | | $22,815.18 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $30,350.37 | 05-44640 | | | $22,815.18 |
| | | | | **$30,350.37** | | | | **$22,815.18** |
| Claim: 3657<br>Date Filed: 05/01/2006<br>Docketed Total: $17,579.52<br>Filing Creditor Name and Address:<br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH<br>FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br><br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606 | Docketed Total: | | $17,579.52 | | Modified Total: | | $4,753.03 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $17,579.52 | 05-44640 | | | $4,753.03 |
| | | | | **$17,579.52** | | | | **$4,753.03** |

\*See Exhibit G for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 66 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 12108

Claim: 12108
Date Filed: 07/28/2006
Docketed Total: $27,271.67
Filing Creditor Name and Address:
SOUTHWEST RESEARCH
INSTITUTE
PO DRAWER 28510
SAN ANTONIO, TX 78228-8400

Claim Holder Name and Address
SOUTHWEST RESEARCH INSTITUTE
PO DRAWER 28510
SAN ANTONIO, TX 78228-8400

Docketed Total: $27,271.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $27,271.67 |
| | | | $27,271.67 |

Modified Total: $21,639.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,639.49 |
| | | | $21,639.49 |

### Claim 14135

Claim: 14135
Date Filed: 07/31/2006
Docketed Total: $1,424,133.17
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF ENERGY CONVERSION
COMPANY
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address
SPCP GROUP LLC AS ASSIGNEE OF
ENERGY CONVERSION SYSTEMS
COMPANY
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $46,446.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,446.17 | |
| | | $46,446.17 | |

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | |
| | | $0.00 | |

Claim Holder Name and Address
SPECIAL SITUATIONS INVESTING
GROUP INC
C O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: $1,377,687.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $341,143.65 | $1,036,543.35 |
| | | $341,143.65 | $1,036,543.35 |

Modified Total: $874,366.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $874,366.13 |
| | | $0.00 | $874,366.13 |

*See Exhibit G for a listing of debtor entities by case number.

Page 9 of 10

*UNL stands for unliquidated

### EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9772**
Date Filed:   07/18/2006
Docketed Total:   $72,034.20
Filing Creditor Name and Address:
  SPS TECHNOLOGIES
  WATERFORD COMPANY FKA
  TERRY MACHINE COMPANY
  C O ROBERT SZWAJKOS ESQUIRE
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA AVE
  MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179
Docketed Total:   **$72,034.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | **$72,034.20** |

Modified Total:   **$72,025.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,025.32 |
| | | | **$72,025.32** |

---

**Claim: 15378**
Date Filed:   07/31/2006
Docketed Total:   $996,729.62
Filing Creditor Name and Address:
  TEXAS INSTRUMENTS
  INCORPORATED
  MUNSCH HARDT KOPF & HARR
  PC
  500 N AKARD ST SUITE 3800
  DALLAS, TX 75201-6659

Claim Holder Name and Address
TEXAS INSTRUMENTS INCORPORATED
MUNSCH HARDT KOPF & HARR PC
500 N AKARD ST SUITE 3800
DALLAS, TX 75201-6659
Docketed Total:   **$996,729.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $996,729.62 |
| | | | **$996,729.62** |

Modified Total:   **$345,112.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $345,112.09 |
| | | | **$345,112.09** |

---

**Claim: 6407**
Date Filed:   05/22/2006
Docketed Total:   $289,254.87
Filing Creditor Name and Address:
  UNITED TELEPHONE COMPANY
  OF OHIO
  PO BOX 7971
  SHAWNEE MISSION, KS
  66207-0971

Claim Holder Name and Address
UNITED TELEPHONE COMPANY OF OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971
Docketed Total:   **$289,254.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $289,254.87 |
| | | | **$289,254.87** |

Modified Total:   **$119,526.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,526.48 |
| | | | **$119,526.48** |

---

**Total Claims to be Modified: 29**

**Total Amount as Docketed:**    $25,501,707.37

**Total Amount as Modified:**    $20,956,450.17

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 10 of 10

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 68 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9824<br>Date Filed:  07/11/2006<br>Docketed Total:    $20,112,352.05<br>Filing Creditor Name and Address:<br>  NEW YORK STATE<br>  DEPARTMENT OF TAXATION<br>  AND FINANCE<br>  PO BOX 5300<br>  ALBANY, NY 12205-0300 | Claim Holder Name and Address<br><br>  NEW YORK STATE DEPARTMENT<br>  OF TAXATION AND FINANCE<br>  PO BOX 5300<br>  ALBANY, NY 12205-0300<br><br>Docketed Total:  **$20,112,352.05** | Modified Total:  **$7,800,000.00** |
| | Case Number*  05-44640 · Secured · Priority $20,082,602.46 · Unsecured $29,749.59<br><br> **$20,082,602.46** **$29,749.59** | Case Number*  05-44640 · Secured · Priority $7,800,000.00 · Unsecured $0.00<br><br> **$7,800,000.00** **$0.00** |
| Claim: 1532<br>Date Filed:  01/13/2006<br>Docketed Total:    $36,026,477.41<br>Filing Creditor Name and Address:<br>  OHIO DEPARTMENT OF<br>  TAXATION<br>  30 E BROAD ST<br>  COLUMBUS, OH 43215 | Claim Holder Name and Address<br><br>  OHIO DEPARTMENT OF TAXATION<br>  30 E BROAD ST<br>  COLUMBUS, OH 43215<br><br>Docketed Total:  **$36,026,477.41** | Modified Total:  **$3,532,000.00** |
| | Case Number*  05-44481 · Secured · Priority $36,026,477.41 · Unsecured<br><br> **$36,026,477.41** | Case Number*  05-44481 · Secured · Priority $3,532,000.00 · Unsecured<br><br> **$3,532,000.00** |
| Claim: 4536<br>Date Filed:  05/02/2006<br>Docketed Total:    $20,048.53<br>Filing Creditor Name and Address:<br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY<br>  GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202 | Claim Holder Name and Address<br><br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202<br><br>Docketed Total:  **$20,048.53** | Modified Total:  **$0.00** |
| | Case Number*  05-44632 · Secured · Priority · Unsecured $20,048.53<br><br> **$20,048.53** | Case Number*  05-44632 · Secured · Priority · Unsecured $0.00<br><br> **$0.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 69 of 77

Twentieth Omnibus Claims Objection

### EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5761**
Date Filed: 05/12/2006
Docketed Total: $1,250,306.00
Filing Creditor Name and Address:
STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY
GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Claim Holder Name and Address

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Docketed Total: $1,250,306.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $1,250,306.00 |
| | | | **$1,250,306.00** |

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 5762**
Date Filed: 05/12/2006
Docketed Total: $1,276,165.80
Filing Creditor Name and Address:
STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY
GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Claim Holder Name and Address

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Docketed Total: $1,276,165.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | $1,276,165.80 | |
| | | **$1,276,165.80** | |

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | $0.00 | |
| | | **$0.00** | |

---

**Claim: 6354**
Date Filed: 05/19/2006
Docketed Total: $666,927.27
Filing Creditor Name and Address:
STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY
GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Claim Holder Name and Address

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Docketed Total: $666,927.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $666,927.27 |
| | | | **$666,927.27** |

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 70 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6383<br>Date Filed: 05/19/2006<br>Docketed Total: $248,083.00<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY<br>GENERAL<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br><br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $248,083.00 | | | | Modified Total: $0.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$248,083.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$0.00 |
| | | | | $248,083.00 | | | | $0.00 |
| Claim: 2420<br>Date Filed: 03/27/2006<br>Docketed Total: $10,790,199.00<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY<br>GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br><br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $10,790,199.00 | | | | Modified Total: $2,892,800.00 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,790,199.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,892,800.00 |
| | | | | $10,790,199.00 | | | | $2,892,800.00 |
| Claim: 2422<br>Date Filed: 03/27/2006<br>Docketed Total: $6,386,401.82<br>Filing Creditor Name and Address:<br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY<br>GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | Claim Holder Name and Address<br><br>STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PLACE<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202<br><br>Docketed Total: $6,386,401.82 | | | | Modified Total: $0.00 | | | |
| | Case Number*<br>05-44640 | Secured | Priority<br>$6,386,401.82 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$0.00 | Unsecured |
| | | | $6,386,401.82 | | | | $0.00 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 3 of 4

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 71 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims to be Modified: 9** |
| | | **Total Amount as Docketed:**　　$76,776,960.88 |
| | | **Total Amount as Modified:**　　$14,224,800.00 |

*See Exhibit G for a listing of debtor entities by case number.

Page 4 of 4

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 72 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9120**
Date Filed:   07/07/2006
Docketed Total:   $160,270.22
Filing Creditor Name and Address:
AB AUTOMOTIVE ELECTRONICS
LTD
ROBINSON BRADSHAW & HINSON
PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Claim Holder Name and Address

AB AUTOMOTIVE ELECTRONICS
LTD
ROBINSON BRADSHAW & HINSON
PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total:   **$120,000.22**

Modified Total:   **$120,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $120,000.00 | $0.22 | 05-44640 | | $120,000.00 | $0.00 |
| | | **$120,000.00** | **$0.22** | | | **$120,000.00** | **$0.00** |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total:   **$40,270.00**

Modified Total:   **$17,982.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $40,270.00 | 05-44640 | | | $17,982.34 |
| | | | **$40,270.00** | | | | **$17,982.34** |

**Claim: 12686**
Date Filed:   07/28/2006
Docketed Total:   $2,466,373.54
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INA USA
CORPORATION
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INA USA
CORPORATION
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Docketed Total:   **$2,466,373.54**

Modified Total:   **$2,319,296.37**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $265,875.25 | $2,200,498.29 | 05-44640 | | $265,875.25 | $2,053,421.12 |
| | | **$265,875.25** | **$2,200,498.29** | | | **$265,875.25** | **$2,053,421.12** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 73 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 416**
Date Filed: 11/07/2005
Docketed Total: $5,415,329.84
Filing Creditor Name and Address:
HITACHI CHEMICAL SINGAPORE
PTE LTD FKA HITACHI
CHEMICAL ASIA PACIFIC PTE
LTD
ATTN MENACHEM O
ZELMANOVITZ ESQ
101 PARK AVE
NEW YORK, NY 10178

Claim Holder Name and Address
HITACHI CHEMICAL SINGAPORE
PTE LTD FKA HITACHI CHEMICAL
ASIA PACIFIC PTE LTD
CO MORGAN LEWIS & BOCKIUS LLP
101 PARK AVE
NEW YORK, NY 10178

Docketed Total: $5,415,329.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,110,565.18 | $3,304,764.66 |
| | | $2,110,565.18 | $3,304,764.66 |

Modified Total: $5,415,329.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $219,986.79 | $5,195,343.05 |
| | | $219,986.79 | $5,195,343.05 |

**Claim: 9993**
Date Filed: 07/20/2006
Docketed Total: $1,094,656.41
Filing Creditor Name and Address:
OSRAM SYLVANIA INC
100 ENDICOTT ST
DANVERS, MA 01923-3623

Claim Holder Name and Address
DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total: $928,226.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $928,226.61 |
| | | | $928,226.61 |

Modified Total: $878,312.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $57,468.93 | $820,843.69 |
| | | $57,468.93 | $820,843.69 |

Claim Holder Name and Address
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $166,429.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $166,429.80 |
| | | | $166,429.80 |

Modified Total: $157,480.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $157,480.29 |
| | | | $157,480.29 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 74 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 16479 | | |
| Date Filed: 01/11/2007 | | |
| Docketed Total: $561,083.00 | CONTRARIAN FUNDS LLC    Docketed Total: $561,083.00 | Modified Total: $561,083.00 |
| Filing Creditor Name and Address: | 411 W PUTNAM AVE S 225 | |
| SENSUS PRECISION DIE CASTING INC | GREENWICH, CT 06830 | |
| PO BOX 11587 | | |
| RICHMOND, VA 15871 | | |

Case Number*: 05-44640 | Secured | Priority | Unsecured: $561,083.00 || Case Number*: 05-44640 | Secured | Priority: $101,745.58 | Unsecured: $459,337.42

Total: $561,083.00 || $101,745.58 | $459,337.42

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 2713 | | |
| Date Filed: 04/24/2006 | | |
| Docketed Total: $6,253,576.29 | BEAR STEARNS INVESTMENT PRODUCTS INC    Docketed Total: $6,253,576.29 | Modified Total: $6,253,576.29 |
| Filing Creditor Name and Address: | 383 MADISON AVE | |
| TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C | NEW YORK, NY 10179 | |
| MUNSCH HARDT KOPF & HARR PC | | |
| 3800 LINCOLN PLZ | | |
| 500 N AKARD ST | | |
| DALLAS, TX 75201-6659 | | |

Case Number*: 05-44640 | Secured | Priority | Unsecured: $6,253,576.29 || Case Number*: 05-44640 | Secured | Priority: $64,270.14 | Unsecured: $6,189,306.15

Total: $6,253,576.29 || $64,270.14 | $6,189,306.15

*See Exhibit G for a listing of debtor entities by case number.

Page 3 of 5

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9617-2    Filed 09/26/07    Entered 09/26/07 15:50:44    Exhibit B
Pg 75 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 9037**
Date Filed: 07/05/2006
Docketed Total: $1,676,212.31
Filing Creditor Name and Address:
TT ELECTRONICS OPTEK TECHNOLOGY
ROBINSON BRADSHAW & HINSON P A
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Claim Holder Name and Address
TPG CREDIT OPPORTUNITIES FUND LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: $920,461.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $920,461.40 |
| | | | $920,461.40 |

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | $0.00 |

Claim Holder Name and Address
TT ELECTRONICS OPTEK TECHNOLOGY
ROBINSON BRADSHAW & HINSON P A
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

Docketed Total: $755,750.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $21,833.87 | $733,917.04 |
| | | $21,833.87 | $733,917.04 |

Modified Total: $157,945.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,458.47 | $152,487.03 |
| | | $5,458.47 | $152,487.03 |

**Claim: 13572**
Date Filed: 07/25/2006
Docketed Total: $46,538.80
Filing Creditor Name and Address:
UNITED PLASTICS GROUP INC
UNITED PLASTICS GROUP INC
1420 KENSINGTON RD STE 209
OAK BROOK, IL 60523

Claim Holder Name and Address
UNITED PLASTICS GROUP INC
UNITED PLASTICS GROUP INC
1420 KENSINGTON RD STE 209
OAK BROOK, IL 60523

Docketed Total: $46,538.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $46,538.80 | | |
| | $46,538.80 | | |

Modified Total: $43,513.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,010.69 | $41,502.60 |
| | | $2,010.69 | $41,502.60 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9617-2   Filed 09/26/07   Entered 09/26/07 15:50:44   Exhibit B
Pg 76 of 77

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11640<br>Date Filed:   07/27/2006<br>Docketed Total:     $10,208,032.27<br>Filing Creditor Name and Address:<br>  VICTORY PACKAGING LP<br>  VICTORY PACKAGING LLP<br>  3555 TIMMONS LAND STE 1440<br>  HOUSTON, TX 77027 | Claim Holder Name and Address<br><br>  VICTORY PACKAGING LP<br>  VICTORY PACKAGING LLP<br>  3555 TIMMONS LAND STE 1440<br>  HOUSTON, TX 77027<br><br>Docketed Total:     **$10,208,032.27** | Modified Total:     **$4,183,936.11** |

| Case Number*<br>05-44481 | Secured | Priority<br>$658,509.45 | Unsecured<br>$9,549,522.82 | Case Number*<br>05-44640 | Secured | Priority<br>$658,509.45 | Unsecured<br>$3,525,426.66 |
|---|---|---|---|---|---|---|---|
| | | **$658,509.45** | **$9,549,522.82** | | | **$658,509.45** | **$3,525,426.66** |

| | |
|---|---|
| **Total Claims to be Modified: 9** | |
| **Total Amount as Docketed:** | **$27,882,072.68** |
| **Total Amount as Modified:** | **$20,108,455.65** |

*See Exhibit G for a listing of debtor entities by case number.

Page 5 of 5

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                    Twentieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit G - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC |
| 05-44618 | ASPIRE, INC. |
| 05-44623 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44632 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |