**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                Jointly Administered

                        Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Max A. Stein* for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Max A. Stein* is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  September 26, 2007
        New York, New York

                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE