**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                             Jointly Administered

                            Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Peter D. Broitman for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Peter D. Broitman is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  September 26, 2007
             New York, New York

                                                                /s/Robert D. Drain_____
                                                                UNITED STATES BANKRUPTCY JUDGE