# BEATIE AND OSBORN LLP

521 FIFTH AVENUE
NEW YORK, NEW YORK 10175

RUSSEL H. BEATIE
DANIEL A. OSBORN
PHILIP J. MILLER
CURT D. MARSHALL
MATTHEW P. HEISKELL
CHRISTOPHER J. MARINO

RECEIVED
APR 2 6 2004
J.T. BATTENBERG III

TELEPHONE
212-888-9000
FACSIMILE
212-888-9664
E-MAIL: clientrelations@bandolaw.com
WEB SITE: www.bandolaw.com

April 21, 2004

**BY CERTIFIED MAIL**

Mr. J. T. Battenberg III
Pres./CEO/or Chairman
Delphi Corp.
5725 Delphi Dr.
Troy, MI 48098

RECEIVED/DELPHI
APR 28 2004
Legal Staff

Re: <u>Patriot Scientific Corporation</u>

Dear Mr. Battenberg:

On behalf of Patriot Scientific Corporation of San Diego, California, I am writing to give you notice of U.S. Patent 5,809,336, "High Performance Microprocessor Having Variable Speed System Clock" filed August 3, 1989, issued September 15, 1998 (the '336 Patent). Patriot Scientific owns this patent. I enclose a disk copy of the patent.

The '336 Patent is directed to devices and methods that operate at speeds greater than 120 megahertz by using a dual clocking system comprising an on-chip variable speed clock and an external fixed speed clock. To the extent your company makes and sells these products or uses those methods we believe that the '336 Patent is implicated. We direct your attention to the specific claim language of the '336 Patent. In addition other patents in the '336 family (U.S. Patents 5,440,749; 5,530,890; 5,604,915; 5,659,703; 5,784,584; and 5,809,336) may be relevant to your operations, products, and/or systems.

We have commenced litigation to enforce the '336 Patent against five companies. <u>See</u>, <u>Patriot</u>

Mr. J. T. Battenberg III
April 21, 2004
Page 2

<u>Scientific Corporation v. Fujitsu Computer Systems Corporation, et al.</u>, No. C 03 5787 (SBA) (N.D. Cal.). We are also in litigation with Intel regarding the '336 Patent. See <u>Intel Corporation v. Patriot Scientific Corporation</u>, No. C 04 0439 (SBA) (N.D. Cal.).

    Patriot does not intend or plan to enforce the '336 Patent against others until the pending litigations have been resolved. In the interim, however, Patriot desires to preserve its rights under 35 U.S.C. § 287 by giving you notice of infringement of the '336 Patent. Moreover, Patriot is prepared to discuss licensing of the '336 Patent and, if you wish, the related patents.

                              Very truly yours,

                              Russel H. Beatie

Enclosure