IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF NOTICING AGENT REGARDING
SERVICE OF BAR DATE NOTICE ON ARKEMA INC.**

I, Eric Kurtzman, state as follows:

1.      I am over eighteen years of age and not a party to the above-captioned

cases.  I believe the statements contained herein are true based on my personal

knowledge.  I am the Chief Executive Officer of Kurtzman Carson Consultants LLC

("KCC") and my business address is 2335 Alaska Avenue, El Segundo, California 90245.

KCC was retained as the noticing agent pursuant to the Final Order Under 28 U.S.C. §

156(c) Authorizing Retention And Appointment Of Kurtzman Carson Consultants LLC

As Claims, Noticing, And Balloting Agent for Clerk Of Bankruptcy Court, entered by the

Court on December 1, 2005 (Docket No. 1374).  This declaration is based upon my

personal knowledge, except as to such matters as are stated upon information and belief.

2.      KCC maintains the Delphi Legal Information Website, available at

www.delphidocket.com (the "Website").

3.      The main page of the Website provides links to a variety of information about Delphi's chapter 11 cases.  <u>See</u> copy of main page of the Website, attached hereto as <u>Exhibit 1</u>.  One of those links, labeled "Schedules and Statements," provides an active list of the Debtors' Schedules of Assets and Liabilities (the "Schedules"), in which you can click to view the complete Schedules.  <u>See</u> copy of page listing the Schedules, attached hereto as <u>Exhibit 2</u>.  When a user clicks on the name of the relevant Schedule, the Schedule that appears includes a column in which the words "contingent," "unliquidated," and/or "disputed" are written, as applicable.  <u>See</u> copy of Schedule F listing Atofina Chemicals, attached hereto as <u>Exhibit 3</u>.

4.      Another link from the main page of the Website, labeled "Claim/Creditor Search," allows the public to access limited information about Delphi's creditors.  When the "Claim/Creditor Search" link is selected, a screen appears entitled "Search Delphi's Bankruptcy Administration System."   <u>See</u> the creditor search screen, a snapshot of which is attached hereto as <u>Exhibit 4</u>.  A user can search by creditor name, claim number, or other criteria from this page.  The search results list each entry on the Schedules as well as each proof of claim filed containing the data entered on the search page.  For claims listed on the Schedules, the search results page lists the relevant schedule, the name of the creditor, the amount, the Debtor.  <u>See</u> search results page for "Atofina," attached hereto as <u>Exhibit 5</u>.  This screen also contains columns labeled "C," "U," and "D" for contingent, unliquidated, and disputed.  The creditor name on the search results screen is an active link that brings the user to the "Creditor Data Page."

5.      The Website as described above, was in operation prior to the bar date, and at all times relevant to this matter.

      6.        To the best of my knowledge, information and belief, I hereby declare and

state that the foregoing information is true and correct.


        Executed on September 26, 2007, at Los Angeles, California.

                          */s/ Eric Kurtzman*
                          Eric Kurtzman

# EXHIBIT 1

# DELPHI

> Adversary Proceedings

> Case Management Orders

> Court Documents

> Creditors' Committee

> Delphi-GM Settlement

> Disclosure Statement

> Equity Security Holders' Committee

> First Day Motions

> First Day Orders

> Monthly Operating Reports

> Notice Lists

> Omnibus Hearing Dates

> Omnibus Hearing Orders

> Plan of Reorganization

> Presentations: First Day, Organizational, 341

> Press Releases

> Schedules/ Statements

> Voluntary Petitions

Home       Bankruptcy Industry Links       Proof Of Claim Form       Claim/Creditor Search

**Delphi Corporation**

In re Delphi Corporation, Case No. 05-44481 (RDD)
United States Bankruptcy Court, Southern District of New York (http://www.nysb.

■ **Attention:  On September 7, 2007, Delphi filed a motio Bankruptcy Court to approve settlement agreements a August 31, 2007, with the Lead Plaintiffs in class actio brought by participants in its employee retirement plar purchasers of its debt and equity securities. The final s provide a dismissal with prejudice of these class actio and a full release as to certain named defendants, inclu Delphi's current directors and officers, and certain thir defendants and will also resolve certain derivative and in Delphi's chapter 11 cases. These settlements are als the approval of the U.S. District Court for the Eastern D Michigan, which preliminarily approved the settlement September 5, 2007 and has scheduled a hearing on No 2007 to consider final approval of the settlements. For Securities Settlement Stipulation, click here. For a cop District Court's Securities Preliminary Approval Order, For a copy of the ERISA Settlement Stipulation, click h copy of the U.S. District Court's ERISA Preliminary Ap click here. For a copy of the motion to approve the clas settlement agreements in the Bankruptcy Court and pr Bankruptcy Court order, click here. For a copy of the I Settlement Stipulation (which will be reviewed and app the Bankruptcy Court), click here.**

■ **Attention:  On September 6, 2007, Delphi announced th entered into comprehensive settlement agreements wi Motors Corporation ("GM") consisting of a Global Settl Agreement and a Master Restructuring Agreement, bot are subject to Bankruptcy Court approval as part of the confirmation process. Delphi's comprehensive settlem resolves all outstanding issues between Delphi and GI litigation commenced in March 2006, by Delphi, to term**

EXHIBIT 2



| > Adversary Proceedings | Home | Bankruptcy Industry Links | Proof Of Claim Form | Claim/Creditor Search | |
|---|---|---|---|---|---|

> Case Management Orders

> Court Documents

> Creditors' Committee

> Delphi-GM Settlement

> Disclosure Statement

> Equity Security Holders' Committee

> First Day Motions

> First Day Orders

> Monthly Operating Reports

> Notice Lists

> Omnibus Hearing Dates

> Omnibus Hearing Orders

> Plan of Reorganization

> Presentations: First Day, Organizational, 341

> Press Releases

> Schedules/ Statements

> Voluntary Petitions

**In re Delphi Corporation, Case No. 05-44481 (RDD)**

| Download in MS Excel | Download Text-Delimited Report | |
|---|---|---|

**Schedules/ Statements**
For the convenience of their creditors and other parties-in-interest, the Debtors amended and restated versions of certain of their Schedules of Assets and L Statements of Financial Affairs. For a more detailed description of the various v or to view originally filed versions, please click on the Disclaimer listed

**SORT: click any column header**
**SEARCH: press Ctrl-F or Apple-F**

| Date Filed | Document Name |
|---|---|
| 2/14/2006 | Disclaimer |
| 1/20/2006 | Global Notes and Statements of Limitations, Methodology and Disclaim Regarding Debtors' Schedules and Statements |
| 4/18/2006 | Delphi Corporation - Amended and Restated Schedules of Assets and Liabilities |
| 4/18/2006 | Delphi Corporation - Amended and Restated Statement of Financial Aff |
| 1/20/2006 | ASEC Manufacturing General Partnership - Statement of Financial Affa No. 0006) |
| 4/18/2006 | ASEC Manufacturing General Partnership - Amended and Restated Sc Assets and Liabilities |
| 1/20/2006 | ASEC Sales General Partnership - Statement of Financial Affairs (Dock 0006) |
| 4/18/2006 | ASEC Sales General Partnership - Amended and Restated Schedules and Liabilities |
| 1/20/2006 | Aspire, Inc. - Statement of Financial Affairs (Docket No. 0006) |
| 4/18/2006 | Aspire, Inc. - Amended and Restated Schedules of Assets and Liabilitie |
| 4/18/2006 | Delco Electronics Overseas Corporation - Amended and Restated Sche Assets and Liabilities |
| 4/18/2006 | Delco Electronics Overseas Corporation - Amended and Restated State Financial Affairs |
| 1/20/2006 | Delphi Automotive Systems (Holding), Inc. - Statement of Financial Affa No. 0006) |
| | Delphi Automotive Systems (Holding), Inc. - Amended and Restated Sc |

| | |
|---|---|
| 2/14/2006 | Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems Global (Holding), Inc. - Statement of Finan<br>(Docket No. 0006) |
| 4/18/2006 | Delphi Automotive Systems Global (Holding), Inc. - Amended and Rest<br>Schedules of Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems Human Resources LLC - Statement of Fina<br>Affairs (Docket No. 0006) |
| 2/14/2006 | Delphi Automotive Systems Human Resources LLC - Amended and Re<br>Schedules of Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems International, Inc. - Statement of Financial<br>(Docket No. 0006) |
| 4/18/2006 | Delphi Automotive Systems International, Inc. - Amended and Restated<br>of Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems Korea, Inc. - Statement of Financial Affairs<br>No. 0006) |
| 2/14/2006 | Delphi Automotive Systems Korea, Inc. - Amended and Restated Sche<br>Assets and Liabilities |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) A, B and C |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) D, E and F |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (A to BEI) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (BEI to COM) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (COM to DEL) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (DEL to FAM) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (FAN to GKN) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (GKS to ILS) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (IMA to KOS) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (KOS to MET) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o<br>and Liabilities - Schedule(s) G (MET to ORC) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o |

| | |
|---|---|
| | and Liabilities - Schedule(s) G (ORD to REC) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G (REC to STA) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G (STA to TOY) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G (TOY to VIM) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G (VIP to ZOY) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G Special Purchase Contracts |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G Special Sales Contracts (BA to FR) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G Special Sales Contracts (GE to GE) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G Special Sales Contracts (GM to VO) |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) G Supplemental |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Schedules o and Liabilities - Schedule(s) H |
| 4/18/2006 | Delphi Automotive Systems LLC - Amended and Restated Statement o Affairs |
| 1/20/2006 | Delphi Automotive Systems Overseas Corporation - Schedules of Asse Liabilities (Docket No. 0005) |
| 1/20/2006 | Delphi Automotive Systems Overseas Corporation - Statement of Finan (Docket No. 0006) |
| 1/20/2006 | Delphi Automotive Systems Risk Management Corporation - Statement Financial Affairs (Docket No. 0006) |
| 4/18/2006 | Delphi Automotive Systems Risk Management Corporation - Amended Restated Schedules of Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems Services LLC - Statement of Financial Affa No. 0006) |
| 4/18/2006 | Delphi Automotive Systems Services LLC - Amended and Restated Sch Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems Tennessee, Inc. - Statement of Financial A (Docket No. 0006) |
| 4/18/2006 | Delphi Automotive Systems Tennessee, Inc. - Amended and Restated : of Assets and Liabilities |
| 1/20/2006 | Delphi Automotive Systems Thailand, Inc. - Statement of Financial Affa |

| | |
|---|---|
| | No. 0006) |
| 4/18/2006 | Delphi Automotive Systems Thailand, Inc. - Amended and Restated Sc Assets and Liabilities |
| 1/20/2006 | Delphi China LLC - Statement of Financial Affairs (Docket No. 0006) |
| 4/18/2006 | Delphi China LLC - Amended and Restated Schedules of Assets and L |
| 4/18/2006 | Delphi Connection Systems - Amended and Restated Schedules of Ass Liabilities |
| 4/18/2006 | Delphi Connection Systems - Amended and Restated Statement of Fina Affairs |
| 4/18/2006 | Delphi Diesel Systems Corp - Amended and Restated Schedules of As Liabilities |
| 4/18/2006 | Delphi Diesel Systems Corp - Amended and Restated Statement of Fin Affairs |
| 1/20/2006 | Delphi Electronics (Holding), LLC - Statement of Financial Affairs (Dock 0006) |
| 4/18/2006 | Delphi Electronics (Holding), LLC - Amended and Restated Schedules and Liabilities |
| 1/20/2006 | Delphi Foreign Sales Corporation - Schedules of Assets and Liabilities No. 0005) |
| 1/20/2006 | Delphi Foreign Sales Corporation - Statement of Financial Affairs (Dock 0006) |
| 1/20/2006 | Delphi Furukawa Wiring System LLC - Statement of Financial Affairs (D 0006) |
| 4/18/2006 | Delphi Furukawa Wiring Systems LLC - Amended and Restated Sched Assets and Liabilities |
| 1/20/2006 | Delphi Integrated Service Solutions, Inc. - Statement of Financial Affairs No. 0006) |
| 4/18/2006 | Delphi Integrated Service Solutions, Inc. - Amended and Restated Sche Assets and Liabilities |
| 1/20/2006 | Delphi International Holdings Corporation - Statement of Financial Affai No. 0006) |
| 4/18/2006 | Delphi International Holdings Corporation - Amended and Restated Sch Assets and Liabilities |
| 1/20/2006 | Delphi International Services, Inc. - Statement of Financial Affairs (Dock 0006) |
| 4/18/2006 | Delphi International Services, Inc. - Amended and Restated Schedules and Liabilities |
| 1/20/2006 | Delphi Liquidation Holding Company - Statement of Financial Affairs (D 0006) |

| 4/18/2006 | Delphi Liquidation Holding Company - Amended and Restated Schedul Assets and Liabilities |
| 1/20/2006 | Delphi LLC - Schedules of Assets and Liabilities (Docket No. 0005) |
| 1/20/2006 | Delphi LLC - Statement of Financial Affairs (Docket No. 0006) |
| 1/20/2006 | Delphi Mechatronic Systems, Inc. - Statement of Financial Affairs (Dock 0006) |
| 4/18/2006 | Delphi Mechatronic Systems, Inc. - Amended and Restated Schedules and Liabilities |
| 4/18/2006 | Delphi Medical Systems Colorado Corporation - Amended and Restate Schedules of Assets and Liabilities |
| 4/18/2006 | Delphi Medical Systems Colorado Corporation - Amended and Restate Statement of Financial Affairs |
| 1/20/2006 | Delphi Medical Systems Corporation - Statement of Financial Affairs (D 0006) |
| 4/18/2006 | Delphi Medical Systems Corporation - Amended and Restated Schedul Assets and Liabilities |
| 1/20/2006 | Delphi Medical Systems Texas Corporation - Statement of Financial Aff (Docket No. 0006) |
| 4/18/2006 | Delphi Medical Systems Texas Corporation - Amended and Restated S of Assets and Liabilities |
| 1/20/2006 | Delphi NY Holding Corporation - Statement of Financial Affairs (Docket 0007) |
| 4/18/2006 | Delphi NY Holding Corporation - Amended and Restated Schedules of Liabilities |
| 1/20/2006 | Delphi Receivables LLC - Schedules of Assets and Liabilities (Docket N 0004) |
| 1/20/2006 | Delphi Receivables LLC - Statement of Financial Affairs (Docket No. 00 |
| 1/20/2006 | Delphi Services Holding Corporation - Statement of Financial Affairs (D 0006) |
| 4/18/2006 | Delphi Services Holding Corporation - Amended and Restated Schedul Assets and Liabilities |
| 1/20/2006 | Delphi Technologies, Inc. - Statement of Financial Affairs (Docket No. 0 |
| 4/18/2006 | Delphi Technologies, Inc. - Amended and Restated Schedules of Asset Liabilities |
| 1/20/2006 | DREAL, Inc. - Schedules of Assets and Liabilities (Docket No. 0005) |
| 1/20/2006 | DREAL, Inc. - Statement of Financial Affairs (Docket No. 0006) |
| 1/20/2006 | Environmental Catalysts, LLC - Statement of Financial Affairs (Docket N 0006) |

| | |
|---|---|
| 4/18/2006 | Environmental Catalysts, LLC - Amended and Restated Schedules of A Liabilities |
| 1/20/2006 | Exhaust Systems Corporation - Statement of Financial Affairs (Docket I 0006) |
| 4/18/2006 | Exhaust Systems Corporation - Amended and Restated Schedules of A Liabilities |
| 1/20/2006 | MobileAria, Inc - Statement of Financial Affairs (Docket No. 0005) |
| 4/18/2006 | MobileAria, Inc. - Amended and Restated Schedules of Assets and Liat |
| 1/20/2006 | Packard Hughes Interconnect Company - Statement of Financial Affairs No. 0006) |
| 4/18/2006 | Packard Hughes Interconnect Company - Amended and Restated Sche Assets and Liabilities |
| 1/20/2006 | Specialty Electronics International Ltd. - Schedules of Assets and Liabil (Docket No. 0005) |
| 1/20/2006 | Specialty Electronics International Ltd. - Statement of Financial Affairs ( 0006) |
| 1/20/2006 | Specialty Electronics, Inc. - Statement of Financial Affairs (Docket No. ( |
| 4/18/2006 | Specialty Electronics, Inc. - Amended and Restated Schedules of Asse Liabilities |

EXHIBIT 3

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640          Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1561593 - 10395548<br>ATMOS ENERGY (UNTD CITIES) TN<br>PO BOX 9001949<br>LOUISVILLE   KY  402901949 | ACCOUNTS PAYABLE | | $33.00 |
| 1597847 - 10396429<br>ATMOSPHERE ANNEALING INC EFT<br>209 W MT HOPE<br>LANSING   MI   48910 | ACCOUNTS PAYABLE | | $5,032.39 |
| 1597848 - 10396430<br>ATMOSPHERE HEAT TREATING INC<br>30760 CENTURY RD<br>WIXOM   MI   48393 | ACCOUNTS PAYABLE | | $3,910.40 |
| 1597850 - 10396431<br>ATOFINA CHEMICALS INC<br>2000 MARKET ST<br>PHILADELPHIA   PA   19103 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $33,043.50 |
| 1597855 - 10396432<br>ATOTECH USA INC<br>PO BOX 932461<br>ATLANTA   GA   311932461 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $34,254.00 |
| 1597858 - 10407431<br>ATS AUTOMATION TOOLING SYS EFT<br>250 ROYAL OAK RD<br>CAMBRIDGE   ON  N3H 4R6<br>CANADA | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10396433 SCHEDULED<br>FOR $2,417,864.10 | Disputed,<br>Unliquidated | $2,439,634.10 |
| 1597859 - 10396434<br>ATS AUTOMATION TOOLING SYSTEMS<br>80 ALPINE RD<br>KITCHENER   ON   N2E 1A1<br>CANADA | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $122,317.99 |
| 1597863 - 10407433<br>ATS OHIO INC<br>PO BOX 951432<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10396435 SCHEDULED<br>FOR $1,635,027.30 | Disputed,<br>Unliquidated | $1,655,380.50 |
| 1597864 - 10396436<br>ATS PROFESSIONAL SERVICES<br>Attn  IVAN GORDON<br>PO BOX 406737<br>ATLANTA   GA   303846737 | ACCOUNTS PAYABLE | | $20,000.00 |
| 1597865 - 10396437<br>ATS SOUTHWEST INC<br>2121 NE JACK LONDON<br>CORVALLIS   OR   97330 | ACCOUNTS PAYABLE | | $442.52 |
| 1597866 - 10396438<br>ATS TEST SYSTEMS<br>600 CHRISLEA RD<br>WOODBRIDGE   ON   L4J 8K9<br>CANADA | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $5,951.15 |
| 1597869 - 10396439<br>ATTEXOR INC<br>90 CARANDO DR<br>SPRINGFIELD   MA   01104 | ACCOUNTS PAYABLE | | $137.56 |

EXHIBIT 4

# DELPHI

> Adversary Proceedings

> Case Management Orders

> Court Documents

> Creditors' Committee

> Delphi-GM Settlement

> Disclosure Statement

> Equity Security Holders' Committee

> First Day Motions

> First Day Orders

> Monthly Operating Reports

> Notice Lists

> Omnibus Hearing Dates

> Omnibus Hearing Orders

> Plan of Reorganization

> Presentations: First Day, Organizational, 341

> Press Releases

> Schedules/ Statements

> Voluntary Petitions

Home          Bankruptcy          Proof Of          Claim/Creditor
              Industry Links     Claim Form        Search

**In re Delphi Corporation, Case No. 05-44481 (RDD)**

**Search Delphi's Bankruptcy Administration System**

Creditor Name:          Begins with  ⦿  Contains  ○

Creditor Name Search Text: [                    ]

Claim Number List:        [                    ]
(eg. 1,3,5-7,9)

Claim Amount:       From: $ [                ]

                    To: $ [                ]

Date Claim Filed:   From: [        ▼] [    ▼] [          ]

                    To: [        ▼] [    ▼] [          ]

Claim Nature:             [                    ▼]

Order Results By: [Creditor Name      ▼]

[ Find Matching Records ]

EXHIBIT 5



> Adversary
  Proceedings

> Case Management
  Orders

> Court Documents

> Creditors' Committee

> Delphi-GM
  Settlement

> Disclosure
  Statement

> Equity Security
  Holders' Committee

> First Day Motions

> First Day Orders

> Monthly Operating
  Reports

> Notice Lists

> Omnibus Hearing
  Dates

> Omnibus Hearing
  Orders

> Plan of
  Reorganization

> Presentations: First
  Day, Organizational,
  341

> Press Releases

> Schedules/
  Statements

> Voluntary Petitions

Home          Bankruptcy          Proof Of          Claim/Creditor
              Industry Links      Claim Form        Search

### Delphi Corporation Search Results
### Creditor Name: Contains "ATofina"

| Date Claim Filed | Claim No. | Schedule | Nature | Name | Amount | C | U | D | |
|---|---|---|---|---|---|---|---|---|---|
| | | F | General Unsecured | Atofina Chemicals Inc | | | U | D | Del Sys |