UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                              Debtors.                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE OF FINANCIAL BALLOTING GROUP LLC OF DISCLOSURE STATEMENT HEARING NOTICE ON HOLDERS OF PUBLIC SECURITIES

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Jane Sullivan, being duly sworn, deposes and says, under the penalty of perjury:

1.  I am the Executive Director of Financial Balloting Group LLC ("FBG"), located at 757 Third Avenue, New York, New York 10017, the noticing and voting agent retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors" or "Delphi") to assist with the mailing of a notice to holders of the Debtors' public securities, as listed in Exhibit A hereto (the "Public Securities"). I am authorized to submit this certification on behalf of FBG. Unless otherwise stated, I have personal knowledge of the facts hereinafter set forth.

2.  I hereby certify that on September 6, 2007, I caused sufficient copies of the Notice Of Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing

Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Disclosure Statement Hearing Notice"), to be delivered by hand or by overnight courier to the brokerage firms, banks and agents (the "Nominees") identified in Exhibit B hereto, to enable the Nominees to distribute the Disclosure Statement Hearing Notice to beneficial owners of the Public Securities, who held such securities as of August 31, 2007, (the "Record Date").  I further certify that on September 12, 2007, after The Depository Trust Company provided additional listings to FBG on September 11, 2007, I caused sufficient copies of the Disclosure Statement Hearing Notice to be delivered by overnight courier to certain additional Nominees noted in Exhibit B.

3.    FBG also caused a letter of instruction to be transmitted with each delivery to a Nominee.  A true and correct copy of the letter of instruction is attached hereto as Exhibit C.

4.    I further certify that on September 6, 2007, I caused copies of the Disclosure Statement Hearing Notice to be delivered by electronic mail to the non-U.S. Securities Depositories identified in Exhibit D hereto.

5.    I further certify that on September 6, 2007, I caused sufficient copies of the Disclosure Statement Hearing Notice to be sent by First Class Mail to the registered holders of Common Stock identified in Exhibit E hereto.

### Records

6.    The names of the Nominees included in Exhibit B, and the number of customers represented by such Nominees, were determined by following the usual and

customary procedures employed in annual meetings and other solicitations involving debt and/or equity securities traded on one or more of the national exchanges. The Nominees holding the Debtors' public securities were determined from the records of The Depository Trust Company. The list of registered holders of Common Stock identified in Exhibit E was provided by Computershare, the transfer agent for the Common Stock.

8.  A true and correct copy of the Disclosure Statement Hearing Notice is attached as Exhibit F hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Jane Sullivan_
Jane Sullivan

SUBSCRIBED AND SWORN TO BEFORE ME
this 14th day of September, 2007.

_Notary Public_

JENNIFER NGO
Notary Public, State of New York
No. 01NG6144757
Qualified in New York County
Commission Expires April 24, 2010