**Exhibit A**

| Issuer | Description | CUSIP |
|---|---|---|

**BOND ISSUES:**

| Issuer | Description | CUSIP |
|---|---|---|
| Delphi Corp | 6 1/2% Notes | 247126AB1 |
| Delphi Corp | 7 1/8% Notes | 247126AC9 |
| Delphi Corp | 6.55% Notes | 247126AD7 |
| Delphi Corp | 6 1/2% Notes | 247126AE5 |

**TOPrS ISSUES:**

| Issuer | Description | CUSIP |
|---|---|---|
| Delphi Corp | 8 1/4% TOPrS Notes Adjustable | 247126AF2 |
| Delphi Corp | 6.197% TOPrS Notes | 247126AG0 |

**EQUITY ISSUES:**

| Issuer | Description | CUSIP |
|---|---|---|
| Delphi Corp | Common Stock | 247126105 |