**Exhibit B**

A.G. Edwards & Sons, Inc.
2801 Clark Street
St. Louis, MO 63103
Attn: Jonathan Griffith

Number of copies: 10


ABN AMRO Incorporated
499 Washington Blvd 14th Floor
Jersey City, NJ 07310
Attn: Michael Scura

Number of copies: 5


Alpine Associates
100 Union Avenue
Cresskill, NJ 07626
Attn: Michael Martin

Number of copies: 3


Banc of America Securities LLC
100 W. 33rd Street
3rd Floor
New York, NY 10001
Attn: John Kelleher

Number of copies: 3


Bank of New York, The
One Wall Street
6th Floor
New York, NY 10286
Attn: Anna Laskody

Number of copies: 350

1

Bank of The West
1977 Saturn Street
Reorg Dept. SC-MPK-03-M
Monterey Park, CA 91755
Attn: Martha Zuniga

Number of copies: 3


Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022
Attn: Larry Birch

Number of copies: 2


Broadridge Financial Solutions LLC
51 Mercedes Way
Edgewood, NY 11717
Attn: Duane Shippey

Number of copies: 170000


Brown Brothers Harriman & Co.
525 Washington Blvd.
New Port Towers
Jersey City, NJ 07310-1607
Attn: Paul Nonnon

Number of copies: 3


Canadian Depository for Securities Ltd., The
600 Blvd. De Maisonneuve West
Suite 210
Montreal, QU H3A3J2
Can
Attn: Loretta Verelli

Number of copies: 5

Cantor Fitzgerald & Co./Paloma Sec.
110 E. 59th Street
7th floor
New York, NY 10005
Attn: Alfredo Archibald

Number of copies: 2


Carty & Company, Inc.
6263 Poplar Avenue
Suite 800
Memphis, TN 38119
Attn: Amy Wade

Number of copies: 2


CIBC World Markets Corp.
425 Lexington Ave
5th Floor
Corporate Actions
New York, NY 10017
Attn: Robert J Putnam

Number of copies: 2


Citadel Trading Group, LLC
101 South Dearborn St.
Chicago, IL 60603
Attn: Marcia Banks

Number of copies: 2


Citibank, N.A.
3800 Citibank Center
B3 - 12
Tampa, FL 33610
Attn: Carolyn Trebus

Number of copies: 20

3

Citigroup Global Markets Inc.
333 West 34th Street
5th Fl.
New York, NY 10001
Attn: Pat Haller

Number of copies: 10


Compass Bank
15 South 20th Street
3rd Floor
Birmingham, AL 35233
Attn: Mark Warren

Number of copies: 2


Credit Suisse First Boston LLC
c/o Reorganization Dept.
7200 Kit Creek Road
Building 11, 2nd Floor
Research Triangle Park, NC 27709
Attn: Jeff Szczyradlowski

Number of copies: 6


Crest International Nominees Ltd
33 Cannon Street
London,  EC4M 5SB
UK
Attn: Nathan Ashworth

Number of copies: 2


Dresdner/AKV Global Certificate A/C
75 Wall Street
32nd Floor
New York, NY 10005
Attn: Howard Dash

Number of copies: 2

E*Trade Capital Markets, LLC
One Financial Place
44 S LaSalle Street
Suite 3030
Chicago, IL 60605
Attn: Richard Kipp

Number of copies: 2


Edward D. Jones & Co.
700 Maryland Centre Drive
St. Louis, MO 63141
Attn: Vicki Trapp

Number of copies: 2


Fiduciary Trust Company of Boston
175 Federal Street
Boston, MA 02110
Attn: Jerry Krall

Number of copies: 2


First National Bank of Omaha
1620 Dodge Street
Omaha, NE 68102
Attn: Julie Gerdes

Number of copies: 2


Folio (FN) Investments, Inc.
8401 Old Courthouse Road
Vienna, VA 22182
Attn: Brian Darby

Number of copies: 2

FOLIO(fn) Investment, Inc.
8401 Old Courthouse Road
Vienna, VA 22182
Attn: Brian Darby

Number of copies: 2


Fred Alger & Company, Incorporated
30 Montgomery Street
Jersey City, NJ 07302
Attn: John C. Messina

Number of copies: 2


Goldman, Sachs & Co.
30 Hudson Street
Jersey City, NJ 07302-4699
Attn: Carol Marko

Number of copies: 10


H. M. Payson & Co. - Safekeeping
1 Portland Square
P.O. Box 31
Portland, ME 04112
Attn: Susan Heffler

Number of copies: 2


Hill, Thompson, Magid & Co., Inc.
Suite 800
15 Exchange Place
Jersey City, NJ 07302
Attn: George Edgar

Number of copies: 2

ING Barings Corp./International EQ
350 Park Ave.
New York, NY 10022
Attn: Ken Hayden

Number of copies: 2


Ingalls & Snyder, LLC
61 Broadway
31st Floor
New York, NY 10006
Attn: Les Bianco

Number of copies: 2


Interactive Brokers Retail Equity Clearing
55 East 52nd Street
7th Floor / Proxy Dept.
New York, NY 10022
Attn: Milton Ortero

Number of copies: 2


Jefferies & Company, Inc.
Harborside Financial Center
705 Plaza 3
Jersey City, NJ 07311
Attn: Ray Desouza

Number of copies: 3


JP Morgan Securities Inc., Fixed Income
500 Stanton Christiana Road
OPS 4th Floor
Newark, DE 19713
Attn: Sean Rooney

Number of copies: 2

JPMorgan Chase Bank
14201 Dallas Parkway
Dallas, TX 75254
Attn: Paula Dabner

Number of copies: 40


JPMorgan Chase/JP Morgan International
4 New York Plaza
11th Floor
New York, NY 10004
Attn: Jonathan Badner

Number of copies: 2


Koonce Securities, Inc.
6550 Rock Spring Dr.
Suite 600
Bethesda, MD 20817
Attn: G. Sohan

Number of copies: 2


LaSalle Bank National Association
135 South LaSalle Street
Room 1811  Corporate Actions Dept.
Chicago, IL 60690-4192
Attn: Deborah Bey

Number of copies: 6


Lehman Brothers, Inc.
70 Hudson Street
7th Floor
Jersey City, NJ 07303
Attn: Grace Furia

Number of copies: 10

8

Mellon Trust of New England, National Association
525 William Penn Place
Room 153-3418
Pittsburgh, PA 15259
Attn: Melissa Tarasovich

Number of copies: 10


Morgan Stanley & Co. Incorporated
One New York Plaza
7th Floor
New York, NY 10004
Attn: Richard Gareventa

Number of copies: 6


Morgan Stanley DW Inc.
230 Harborside Financial Center
Plaza 3
6th Floor
Jersey City, NJ 07311
Attn: Terence Quirk

Number of copies: 2


Morgan Stanley DW Inc.
230 Harborside Financial Center
Plaza 3
6th Floor
Jersey City, NJ 07311
Attn: C.J. Manning

Number of copies: 2


Morgan Stanley International Limited
901 South Bond Street
6th Floor
Baltimore, MD 21231
Attn: Dan Spadaccini

Number of copies: 2

Murphy & Durieu
17th Floor Proxy Department
120 Broadway
New York, NY 10271
Attn: James Goldin

Number of copies: 5


Natexis Bleichroeder Inc.
1345 Avenue of the Americas
New York, NY 10105-4300
Attn: John Clemente

Number of copies: 4


NBCN Inc.
1010 Rue De La Gauchetiere St West
Suite 1925
Montreal, QC H3B 5J2
Attn: Daniel Ntap

Number of copies: 2


Northern Trust Company, The
801 S. Canal Street
Reorg Dept.  Floor C1N
Chicago, IL 60607
Attn: Robert Valentin

Number of copies: 25


Paloma Partners Management Co.
2 America Lane
Greenwich, CT 06836
Attn: Tom Skrapits

Number of copies: 3

PAX Clearing Company Limited Partnership
101 Hudson Street
Jersey City, NJ 07302
Attn: Matt Liszka

Number of copies: 2


Penson Financial Services Inc/ Condui
1700 Pacific Ave.
Suite 1400
Dallas, TX 75201
Attn: James McGrath

Number of copies: 2


PNC Bank, National Association
8800 Tinicum Blvd
MS-F6-F266-02-2
Philadelphia, PA 19153
Attn: Robert Hallowell

Number of copies: 3


Romano Brothers & Co.
One Rotary Center
Suite 1300
Evanston, IL 60201
Attn: Robert Valone

Number of copies: 3


SG Americas Securities, LLC
1221 Avenue of the Americas
New York, NY 10020
Attn: Pete Scavone

Number of copies: 2

State Street Bank and Trust Company
Corp Actions - JAB5E
1776 Heritage Drive
Quincy, MA 02171
Attn: Amanda Gontarz

Number of copies: 100


SunTrust Bank
P.O. Box 105504
Center 3141
Atlanta, GA 30348-5504
Attn: Julia Colantuono

Number of copies: 2


Texas Treasury Safekeeping Trust Company
208 E. 10th Street
Room 410
Austin, TX 78701
Attn: Janie Dominguez

Number of copies: 2


The Depository Trust Company
55 Water Street
25th Floor
New York, NY 10004
Attn: Edward Haiduk

Number of copies: 2


The Depository Trust Company
55 Water Street
25th Floor
New York, NY 10004
Attn: Tom Campanelli

Number of copies: 2

UBS AG Stamford Branch/as Custodian for UBS AG Lon
677 Washington Blvd
9th Floor
Stamford, CT 06901
Attn: William Rome

Number of copies: 2

UBS Securities LLC
480 Washington Blvd.
12th Floor
Jersey City, NJ 07310
Attn: Jeff Lazarus

Number of copies: 10

UFJ Trust Company of New York
666 Fifth Avenue
33rd Floor
New York, NY 11217
Attn: Mario Calderon

Number of copies: 2

WCM LLC
Steve Fam
301 South College Street
Charlotte, NC 28288
Attn: Joseph Nenichka

Number of copies: 2

Wells Fargo Bank, National Association
733 Marquette Avenue
Minneapolis, MN 55479
Attn: James Engstrom

Number of copies: 25

Wilmington Trust Company
1100 North Market Street
Wilmington, DE 19890-2210
Attn: Connie Haywood

Number of copies: 20


Wm. V. Frankel & Co., Inc.
30 Montgomery Street
Suite 1410
Jersey City, NJ 07302
Attn: Charles Nist

Number of copies: 2


**September 12, 2007 Service**:

Deseret Trust Company
30 East 100 South
Suite 900
Salt Lake City, UT  84111
USA
Attn:  Jim Cowan

Number of copies:  5


Glenmede Trust Company, N.A. (The)
One Liberty Place
Suite 1200
1650 Market Street
Philadelphia, PA  19103
USA
Attn:  Darlene Warren

Number of copies:  3

Global Securities Corp. (CDS)
3 Bentall Centre
595 Burrard Street, 11th Fl.
Vancouver, BC  V7X 1C4
CAN
Attn:  Joya Baba

Number of copies:  5


James I. Black & Company
311 S. Florida Ave.
Lakeland, FL  33801
USA
Attn:  Jess Tucker

Number of copies:  2


John A. Siberall & Co.
824 Key Bank Bldg
202 South Michigan St
South Bend, IN  46601
USA
Attn:  John Siberall

Number of copies:  2


LEK Securities Corporation
140 Broadway
29th Floor
New York, NY  10005
Attn:  Daniel Hanuka

Number of copies:  5


M.L. Stern & Co, LLC
8350 Wilshire Blvd.
3rd Floor
Beverly Hills, CA  90211
Attn:  Arlene Ipapo

Number of copies:  2

SEI Trust Company
1 Freedom Valley Drive
Oaks, PA  19456
Attn:  Stephen Natur

Number of copies:  5


Sweney Cartwright & Co.
17 South High Street
Rm 300
Columbus, OH  43215
Attn:  Laura Chapman

Number of copies:  3


Timber Hill LLC
1 Pickwick Plaza
Greenwich, CT  06830
Attn:  Milton Ortero

Number of copies:  2


Tradition Asiel Securities Inc.
75 Park Place
4th Fl.
New York, NY  10007
Attn:  Emil Soldati

Number of copies:  2


Wilson-David & Co., Inc.
236 South Main Street
Salt Lake City, UT  84101
Attn:  Bill Walker

Number of copies:  3