**Exhibit C**

# Financial Balloting Group LLC

M E M O R A N D U M

**TO:** All Banks, Brokers and Other Intermediaries

**DATE:** September 6, 2007

**SUBJECT:** DELPHI CORPORATION

Noticing Record Date:
August 31, 2007

Cusips:

| 247126 AB 1 | 247126 AG 0 |
|---|---|
| 247126 AC 9 | 247126 AF 2 |
| 247126 AD 7 | 247126 10 5 |
| 247126 AE 5 | |

With this memo we are providing you with the following material to holders of the securities listed above:

- NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTERESTS, AND (VIII) RECLAMATION CLAIM PROCEDURES, dated September 6, 2007.

Please forward the enclosed material via first class mail to the beneficial owners of the securities listed above within five (5) business days of receipt thereof.

Invoices regarding distribution of the above material should be directed to:

Delphi Corporation
5757 Delphi Drive
Troy, MI  48098-2815
Attn:  Mark M. Williams

Should you require additional copies of the enclosed material, please contact:

Financial Balloting Group LLC
757 Third Avenue, 3rd Floor
New York, NY  10017
Telephone (646) 282-1800
Fax (646) 282-1804