**Exhibit D**

Clearstream International SA
42 Boulevard John F. Kennedy
1855 Luxembourg
Luxembourg
cdcservices@clearstream.com
corporateactionsicsd@clearstream.com

Euroclear Bank s.a./n.v.
1, Boulevard du Roi Albert II
1120 Brussels
Belgium
drit@euroclear.com

SegaIntersettle AG
Baslerstrasse 100
CH-4600 Olten
Switzerland
Corpactionsoverseas.group@sisclear.com