IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
         In re                 :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

# AFFIDAVIT OF PUBLICATION OF KAREN MULLINS IN THE INDIANAPOLIS STAR

**PUBLISHER'S AFFIDAVIT**

State of Indiana
MARION County

Personally appeared before me, a notary public in and for said county and state, the undersigned **Karen Mullins** who, being duly sworn, says that SHE is clerk of the INDIANAPOLIS NEWSPAPERS a DAILY STAR newspaper of general circulation printed and published in the English language in the city of INDIANAPOLIS in state and county aforesaid, and that the printed matter attached hereto is a true copy, which was duly published in said paper for 1 time(s), between the dates of:

09/11/2007 and 09/11/2007

_____ Clerk
Title

Subscribed and sworn to before me on 09/11/2007

_____ Notary Public
DIANA R. SUMMERS
Notary Public, State of Indiana
County of Hamilton

My commission expires: My Commission Expires Dec. 17, 2008

Form

STATE PRESCRIBED FORMULA

7.83 PICA COLUMN - 94 POINT
94 POINTS / 5.7 PT. TYPE - 16.49
16.49 EMS / 250 - .06596 SQUARES
.06596 SQUARES x $5.14 - .339 CENTS PER LINE

RATE PER LINE

PUBLISHED 1 TIME = .339
PUBLISHED 2 TIMES= .509
PUBLISHED 3 TIMES= .679
PUBLISHED 4 TIMES= .848

## Independent Contractors 592

### "Independent Newspaper Distributors Are Needed!"

Independent contractors are needed for the distribution of the Indianapolis Star in the following areas. If you are interested in an early morning route seven days a week and have reliable transportation, please call:

**16th & Kessler Area** — Elaina, 445-9929
**21st & Post Rd. Area** — Nina Williams, 317-213-4220
**46th & Arlington Area** — Call Charles, 709-2213
**86th & Ditch Rd.** — Valerie, 213-5615
**86th St. & Zionsville Rd Area** — Randy Terwilliger, 450-2242
**Avon Area** — Gerald Walser, 908-5279
**Beech Grove Area** — Ronda, 904-7440
**Brownsburg Area** — Ellen Grant, 858-8281
**Christian Park Area** — Mark Dolittle, 317-460-2570
**Butler/Tarkington Area** — Dawn, 989-5393
**Crawfordsville Rd. & Dandy Trail Area** — Lindsey Huxley, 904-7385
**Danville Area** — James Arthur, 904-7449
**Decatur Township Area** — Kay Hatton, 856-4029
**Downtown Area** — John Battles

**Eagle Creek, Clermont, Ben Davis and Speedway Area** — Tom Danz, 904-7381
**East Side Area** — Robert Meyers, 317-894-9516
**East Side Area** — Tammy Meyers, 987-9516
**East Side of Indianapolis** — Rob Earl, 427-3297
**Edinburgh & Morgantown Area** — Craig Aschliman, 904-7429
**Gateway Area** — Michele Monreal, 298-7309
**Georgetown/62nd St. Area** — Danny, 298-7309
**Greenwood Area** — Diana Smith, 317-882-7609
**Hamilton County NE Area - Rural** — Contact TJ, 317-414-3288
**Haughville Area** — Angela Gilliam, 966-9709
**Holt Road and Tibbs** — Peggy Stewart, 904-7383
**Martinsville Area** — Vicky, 1-765-342-6456
**Mooresville Area** — Bob

**Northwest Side of Indianapolis** — Valerie, 213-5615
**Pendleton Area (Madison County)** — Neysa Macy, 317-918-3111
**Plainfield Area** — Gary Lindsey, 501-0067
**Rushville, IN Area** — Kathy, 765-571-0125
**Southport Area** — Connie Odom, 904-7653
**Southwest Indianapolis Area** — Kathy, 904-7373
**State Fair Area** — Greg Mallett, 418-0090
**Thompson Road and Emerson Ave.** — Joe, 904-7446
**Troy and Keystone Area** — Sherry, 904-7439
**Carrier needed for University Heights/Near-South Side Area** — Call Wanda Curry, 317-904-7443
**West Side Area 56th & Moller Rd. and 86th St. & Zionsville Rd Area** — Daniel Mallet, 317-731-4665
**West Side Area** — John

## PUBLIC NOTICES

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
Debtors. ) (Jointly Administered)

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m) 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) - registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100 Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on **October 3, 2007 at 10:00 a.m.** (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and al pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)
Nathan L. Stuart (NS 7872)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

**NOTICE OF PUBLIC HEARING**
**INDIANAPOLIS AIRPORT AUTHORITY**

On September 21, 2007, the Indianapolis Airport Authority will hold a public hearing at 8:30 a.m. in the Board Room, Second Floor, Administration Building, Indianapolis International Airport, to consider the disposal of the former Speedway Airport site containing 140± acres on County Road 900 East, Avon, Hendricks County, Indiana, more particularly described as follows:

LEGAL DESCRIPTION
Surveyed Land Description for Tract 1 & That Part of Tract # West of the Ronald Reagan Parkway

A part of the Northeast Quarter and Northwest Quarter of Section 30, Township 16 North, Range 2 East, in Hendricks County, Indiana, being more described as follows:
Commencing at the East Quarter of said Section, said point being marked by a 2" Aluminum Hendricks County Survey Marker, thence South 88 degrees 31 minutes 52 seconds West on the South line of the Northeast Quarter of said section 971.26 feet to the point of beginning, said point being marked by a 5/8" rebar with cap stamped "RS FIRM 0018" (herein being referred to as a "set rebar"); thence continuing South 88 degrees 31 minutes 52 seconds West on the South Line of the Northeast Quarter of said section, 1881.39 feet to a 5/8" rebar with cap stamped "BANNING ENG LS980000"; thence North 01 degrees 27 minutes 27 seconds West, parallel with the West line of the Northwest Quarter of said section, 1692.76 feet to a set rebar on the South Line of the real estate described in instrument 2004-6467 found in the Hendricks County Recorder's Office, said South line is the South Right of Way of the Ronald Reagan Parkway (formerly known as the Hendricks County North-South Corridor); thence South 10 degrees 59 minutes 27 seconds East, as said West Right of Way, 1230.03 feet to the point of beginning, containing 58.79 acres more or less.

Surveyed Land Description for Tract # East of the Ronald Reagan Parkway
A part of the Northeast Quarter of Section 30, Township 16 North, Range 2 East, in Hendricks County, Indiana, being more described as follows:
Commencing at the East Quarter Corner of said Section, said point being marked by a 2" Aluminum Hendricks County Survey Marker; thence North 01 degrees 29 minutes 52 seconds West on the East line of the Northeast Quarter of said section 340.00 feet to the point of beginning, said point being marked by a cotton gin spindle; thence continuing North 01 degrees 29 minutes 52 seconds West on said East line, 537.32 feet to the South line of the real estate described in Instrument 2004-6467, found in Hendricks County Recorder's Office, said South line is the South Right of Way of the Former B&O Railroad; thence North 75 degrees 30 minutes 43 seconds West, on said South Right of Way, 966.95 feet to a 5/8" rebar with a cap stamped "RS FIRM 0018" (here on being referred to as a "set rebar") set on the East Right of Way of the Ronald Reagan Parkway (formerly known as the

---

"The following described abandoned motor vehicles will be sold at public auction pursuant in I.C. 9-22-1 on September 18, 2007 at 10:00 a.m. EDT at Boggs Garage, 2180 Greenfield Ave, followed by Brooks II, 1618 S 10th St, followed by Landels Towing, 990 S 13th St, followed by McMillan Towing, 599 Conner St, followed by Preferred Towing, 16567 River Ave, followed by Bannon & Son, 17110 River Ave, followed by Fishers Towing, 20232 Hague Rd, followed by Millers Towing, 20583 Cyntheanne Rd, Noblesville Indiana. "TITLES MAY BE APPLIED FOR AT LOCAL BRANCH. TERMS OF SALE: PERSONAL/BUSINESS CHECK, MONEY ORDER OR OTHER CERTIFIED FUNDS-NO CASH. VEHICLES AVAILABLE FOR VIEWING BEFORE AUCTION OR BY APPOINTMENT."

BOGGS GARAGE - 1016882 - Ford Ranger 1998 Tk 1FTYR14 C5WPA41632., 1017062 - Dodge Ram 1500 1996 Tk 1B7H C16Y1TJ151179., 1017068 - Plymouth Voyager 1988 Va 1P4 FH4032JX337276., 1017071 - Chevrolet S10 1982 Tk 1GCCS1 4B5C2158416., 1017076 - Toyota Corolla 1991 4w JT2AE94K 6M3461111., 1017144 - GMC Sonoma 1998 Tk 1GTCS1440W 8505072., 1017149 - Honda Civic 1993 Cp JHMEH6163PS0 00561., 1017154 - Ford Crown Victoria 1989 4w 2FABP79F6K X116267., 1021221 - Ford Explorer 1991 4w 1FMDU34X1M UA75377., 1017168 - Jeep Cherokee 2000 4w 1J4FF48S0 YL101372., 1017175 - Dodge Caravan 1994 Va 1B7GH14R4R X209364., 1017179 - Buick Skylark 1998 4s 1G4NJ52M9W C406958., 1017179 - Dodge Caravan 1992 Va 2B4GH55R7 NR502753., 1017186 - Chevrolet G20 SportVan 1992 Va 2GB EG25K0N4141608., 1017189 - Chrysler LHS 1996 4s 2C3HC56 F6TH279591., 1017196 - Ford Ranger 1990 Tk 1FTCR10T1LP B20615., 1017201 - Mazda 626 1996 4s 1YVGE22C5T5513071., 1017446 - Pontiac Sunbird 1991 Cp 1G2JB14KXM75245 78., 1018315 - Pontiac Grand Am 1991 cp 1G2NE14U8MC59 2282., 1019028 - Mitsubishi Galant 1996 4s 4A3AJ46GXTE 301019., 1019660 - Nissan Sentra 1989 4s JN1GB21S5KU 524182., 1020285 - Buick Skylark 1998 4s 1G4NJ52M9WC4 06958., 1020289 - Dodge Caravan 1992 Va 2B4GH55R7NR50 2753., 1020292 - Ford Ranger 1998 Tk 1FTYR14C5WPA41632 ., 1020298 - Dodge Neon 2001 4s 1B3ES46C21D257584., 1020314 - Oldsmobile Alero 1999 4s 1G3NL52T2XC396323 ., 1020316 - Mercury Tracer 1988 5s 3MABM1259JR6340 64., 1020325 - Ford Aerostar 1994 Va 1FMCA11U3RZA756 67., 1020328 - Dodge Dynasty 1991 4s 183XC56R9MD1275 95., 1020330 - Chevrolet Cavalier 1990 Cp 1G1JC14G7LJ301 137., 1020790 - GMC Jimmy S15 1987 2w 1GKCT18RH852 3814., 1020794 - Chevrolet S10 1993 Tk 1GCCS19ZXP0180 8411., 1020795 - Cadillac Seville 1993 4s 1G6KS5282PU82 1184., 1021195 - Chevrolet G20 SportVan 1993 Va 2GBEG2 5K8P4145330., 1021199 - Ford Mustang 1979 2h 9F0221 DU06L4RT145200., 1024282 - Ford Mustang 1979 2h 9F0221 78202., 1021214 - Ford Thunderbird 1992 2s 1FAPP6044NH 122021., 1021436 - Pontiac Grand Prix 1994 4s 1G2WJ52 M7RF216012., 1022775 - Chrysler Town&Country 1996 Va 1C4GP54R1TB403980., 1022777 - Chrysler Sebring 2004 4s 1C3AL56R14N103729 ., 1022778 - Chevrolet Cavalier 2002 4s 1G1JC524027127732



Apts North
1 BE
37
C/A,
$425

96TH
TOTA
Cal
Wa

Apts East

EASTSID
from 1
deposi

IRVINGT
ities
$155/

IRVINGT
OK Buy
E Wash

21
Stu
1 B
Call

4 EAS
$$
WH

B
2 B
Starti
3 Bd
Starti
W

Fully E
Call
mo
The

36
F
*Incor

EASTGA
2br a
1. $43
pd. 22

ELM
1 bed
NO A
10th
Call

LINWC
$4

Ca

ONE I
Gre
W

## PUBLIC NOTICES

**Hearing Date And Time: October 3, 2007 At 10:00 a.m.**
**Objection Deadline: September 28, 2007 At 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
  Debtors. ) (Jointly Administered)

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on October 3, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:  Delphi Legal Information Website:
Toll Free: (800) 718-5305    http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John Wm. Butler, Jr. (JB 4711)    Kayalyn A. Marafioti (KM 9632)
George N. Panagakis (GP 0770)    Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026)    Four Times Square
Nathan L. Stuart (NS 7872)    New York, New York 10036
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

## PUBLISHER'S AFFIDAVIT

State of Indiana
MARION County

Personally appeared before me, a notary public in and for said county and state, the undersigned **Karen Mullins** who, being duly sworn, says that SHE is clerk of the INDIANAPOLIS NEWSPAPERS a DAILY STAR newspaper of general circulation printed and published in the English language in the city of INDIANAPOLIS in state and county aforesaid, and that the printed matter attached hereto is a true copy, which was duly published in said paper for   1 time(s), between the dates of:

09/14/2007 and 09/14/2007

_Karen Mullins_ Clerk
                 Title

Subscribed and sworn to before me on **09/14/2007**

_Diana R. Summers_ Notary Public

DIANA R. SUMMERS
Notary Public, State of Indiana
County of Hamilton
My Commission Expires Dec. 17, 2008

My commission expires: _____

FORMULA                      RATE PER LINE

4 POINT
TYPE - 16.49                 PUBLISHED 1 TIME = .339
6 SQUARES                    PUBLISHED 2 TIMES= .509
14 - .339 CENTS PER LINE     PUBLISHED 3 TIMES= .679
                             PUBLISHED 4 TIMES= .848