IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
    In re                       :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
                      Debtors.  :    (Jointly Administered)
                                :
------------------------------- x


# AFFIDAVIT OF PUBLICATION OF LOUISE FRAMPTON IN THE DETROIT NEWS / THE DETROIT FREE PRESS

State of Michigan } ss
County of Wayne

# Affidavit of Publication
## IN


_____
_____Delphi Corp._____
_____

*Clipping of or typewritten copy of the advertisement referred to in this affidavit:*

> Wednesday, September 12, 2007
> 2 x 107 lines
> Detroit Free Press, page F3
> Case No. 05-44481 (RDD)

_____Louise Frampton_____ Being duly sworn, deposes and says that the advertising illustrated above was published under the classification _____ROP_____ in The Detroit News / Free Press on the following dates: _____12-Sep-07_____

Invoice Number: _____ and as an authorized employee of The Detroit Newspapers he/she knows well the facts stated herein.

Notary Public - Michigan
Wayne County
My Commission Expires Dec 26, 2012
Acting in the County of Wayne

Signed _____Louise Frampton_____

Sworn and subscribed to me, a Notary Public in and for Oakland County, State of Michigan. Acting in Wayne County.

On This __12__ Day of __September__ 2007

DNA 119. REV. 10-94

Classified advertisements page containing listings for:

### 130 Entertainment - Adults

HOT Singles 313-264-1800
Browse & Respond Free!
Free Code 6679 18+

HOT GUYS 313-962-5000
Browse & Respond Free!
Use Free Code 5496 18+

adult ent 586/222-6156
DETROIT'S BEST - escape you've always wanted. Adult Ent. 734.330.0350

CELESTE (West)
BEAUTIFUL CAN'T MISS.
Adu.t Ent. 734-334-6944

MATURE SEXY WOMAN
Independent Visa/MC/AmEx
Adult Ent. 313-282-2998

#1 100% Gorgeous
36DDD brunette.
Must C 2 Believe
Adult ent. 734.686.2919

They turn heads
I break necks !!
34D-22-34
Adlt Ent. 586-443-9301

### 136 Strippers & Messengers

CHAMPAGNE FANTASY
Wild Girlie Shows
Bachelor Party Specials
★ ★ (248) 354-3000 ★ ★

### 80 Legal Notices, Bids, Proposals

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
Debtors. ) (Jointly Administered)

NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion for Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP/Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on October 3, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline: Delphi Legal Information Website:
Toll Free: (800) 718-5305 http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John Wm. Butler, Jr. (JB 4711) Kayalyn A. Marafioti (KM 9632)
George N. Panagakis (GP 0770) Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026) Four Times Square
Nathan L. Stuart (NS 7872) New York, New York 10036
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

### Pets / Dogs listings

AKC For Sale
$400-$500 Cash
734-560-7643

AMERICAN BULLDOG ABA reg. 5 Males, 2 fems, 8 wks, shots. (734)231-2804

AMERICAN BULLDOG Puppies 4x Mufassa Champion blood lines ABA and ABRA registered DOB 6/28/07 517-414-6287

American Bulldog puppies, ABA & NKC $475 up. 313-926-2147

American Bulldog pups 10 wks., 1st shots NKC & ABA reg. (586)-754-1005

American Bulldog Pups - ABA, shots champ. lines $500 734.752.1403

American Bulldog pups, shots, wormed $600-up. 586-218.7775 313-733.7228

AMERICAN ESKIMO Pups UKC minis, shots, wormed $150-$350. 517-543-2119

ATTENTION PET LOVERS Detroit Newspapers discourages ads which offer pets for free. These ads may draw responses from individuals who might use your animal for research, breeding or other purposes. We recommend asking a nominal price for your pet. Please be sure to screen respondents carefully. Your pet will thank you!

Australian Shepherd pups, WKC, ASC, , shots, $300 517.663.3941

BASSETT HOUND - AKC, Ch lines, health guar 586.292.2449 586.296.5806

● BEAGLE PUPS - AKC ● EXC. HUNTERS & PETS CH. LINES 313-881-0196

BEAGLE PUPS pure bred, males & females $300. Plymouth 734-459-0655

BEAGLE Pups reg, 6 wks & up, shots, dews wormed, guar $250 734.771.0087

BERNESE MTN. DOG pups AKC Swiss/champ bldln. $1,300 734.425-1775

& BICHON FRISE AKC pups, shots, guar. non-shed MC/VISA 616-842-8729

BICHON FRISE pups, 8 wks, $450. (248)736-9338

BOSTON TERRIER absolutely adorable pups, $350. MinPins $300 248-474-4704

BOXER AKC PUPS - 8 wks. $600-$700. 2 brindle, 2 fawns 734-944-0488

DACHSHUNDS Mini AKC wire haired, 1 male, 3 red, $400-$500 Cash 734-560-7643

DOBERMAN Pinscher AKC 8 wks, red, black & tan $475 up CASH 248-345-4842

DOBERMAN PUPS - blk & rust, ch. bloodline, parents on site, $375. 313-377-3428

Dogo Argentino Pups Ch. Bl. line, 1 mo. free training, very loyal 313-319-3085

English Bulldogs AKC, show & pet quality, shots, $1,500 up 734.675.3570

ENGLISH SPRINGER SPANIEL PUP - AKC male 9 wks. Liver/white. Dews, shots $300. 810-241-1638. Adults also for sale.

English Springer Spaniel Pups AKC, tails, dewclaws 517.748-9125 517.392-6410

English Springer Spaniels ARC 3 males, 1 female $300 989.553.5736

FINAL 4 Dog Consultants Obedience & guard training 313-791-7022

FRENCH BULLDOG pups, AKC, champ bldlines $1500/best (248)885-8217

GERMAN SHEPHERD AKC pups, black & blk.tan 810-324-6167

GERMAN Shepherd- AKC Pups Europe's finest lines, $650-$750. (810) 686-2002

GERMAN SHEPHERD AKC reg. Pups blk & tan, Shots, wormed $400. 517-887-6319

GERMAN Shepherd, German bidlines, AKC pups, shots, wormed, sable, blk & red $250. (313)885-9128

GERMAN SHEPHERD PUPPIES.PURE WEST GERMAN LINES, BOTH PARENTS IMPORTED.WWW. VOMDINABURG.COM 248-931-0608,$900

German Shepherd Pups - AKC females. Top import line, raised indoors, parents on site, health guar. $500 810-736-3376

GERMAN SHEPHERD PUPS - AKC, parents on site, good temperament, vet checked / shots, 2 fem, left. $475. 734-467-5786

German Shep or Siberian Husky pups $250-$350 , mix $180 517.849.3059

German Short hair pointer pups, vet chk'd, guar. $500-$700 810-695-6376

GERMAN SHORTHAIR pups AKC tails, claws, shots, wormed, males $350; fems $400. 586-863-6389

GERMAN WIRE HAIR POINTER -Pups, hunting stock champ. 313-506-8363

GOLDEN DOODLE & GOLDEN RETRIEVER pups both litters English creme (rare white) ARC/OFA, shots, wormed, vet chkd, guaranteed (989)865-6408 windmerekennels.com

GOLDENDOODLES 2nd generation 10 wks $500 Goodrich 810-636-7243

GOLDEN RET. AKC Ch ped Pups $800. Older dogs avail 248-626-2243 www.chiendorgoldens.com

GOLDEN Ret. AKC pups ch. line 29 yrs., dews, vet ck'd. $550 734-242-6065

GOLDEN RET. & GOLDEN DOODLE PUPS 3 left $250-$350; 810-614-6940

GOLDEN Retriever Pups AKC 8 wks. shots, wormed, fem. $400 989-285-3307

GOLDEN RETRIEVER - AKC, 1st shots, dew claws, family raised, parents on site. Males $400, Fem $450. 586-243-0818

GOLDEN Retriever pups AKC, shots, vet chk'd 6 wks. 586-295-1736

MIN-PIN PUPPIES $350-$400 Cash Blk & tan 989-225-1367

Min Pin pups/adults AKC shots/wormed/ tails/dews 810-395-9111

NEAPOLITAN MASTIFF PUPS - 2 weeks, available 10/15, AKC/UKC registered. $1200-males, $1500-females. 734-564-2282

NEOPOLITAN MASTIFF pup male, $300 choc. mahagony 734-286-5988

Neopolitan Mastiff Pups 6 wks, M/F, papers, shots, $1,000 313.319.3085

NEWFOUNDLAND AKC Female 3 yr. moving must Sell $600 810-423-7785

Newfoundland AKC pups, parents OFA, ready to go 231.652.4647 586.944.5433

Olde English bulldogs 2 females left! Neighborhoodbullies.com (734) 716-8042

Pek/a/poo & Toy poodle pups, family raised, $300-$350 .810.653.3973

PETLAND BELLEVILLE Huge Puppy Sale 734-482-8993 www.petlandbelleville.com

PITBULL PUPS ADBA REG. 2 FEMALES LEFT 248-497-9557

PITBULL PUPS,ADBA Registered,Beautiful Blue Brindles-Rare Color, 2 Girls 6Boys,$1500, 517-605-0771

PIT BULL pups McCoy/ Colby papers, shots, $350; blues $600. 734.812.7934

POMERANIAN P UPS cute teddy bears, shots, wormed. 810-367-3148

POMERANIAN reg. pups, male, fems, gorgeous, playful $550/up 313 .383.0739

POMERANIANS 2 males 8 wks, no papers, $395. 313-570-5824.

POODLE, AKC Toy Pups $500-$700. Free Delivery 810.648.4591 lambsonkennels.com

POODLE Pups Standard AKC 8 wks. shots, wormed Stud wanted 248-391-1358

POODLES Standard AKC Black, Parti factored, $400-$500 517-404-1028 www.puppy-place.net

POODLES TOY APR POODLE CROSSES POM-POOS BICHI-POOS CHI-POOS $400-$750 517-404-1028 517-404-3045 www.puppy-place.net

Presa Canario 5 mo. -Great temp. 1 month free training $1,500 313.319.3085

Presa Canario pups ch bld line, $1500 best offer (419)810-3434

PUG AKC PUPS - Lt Fawn, $500 Cash (517) 263-0163; 517.44.9066 after 4

· Puggle & Shmuggle pups vet chk'd $375-$475 734.323.0776

PUGGLES small, sweet loveable, shots, wormed $300. 517.223.7801

PUG Pups AKC reg., 8 wks., fawn, 5 males, $650. 734-377-1194

PUG pup tiny M/F $500 up also Yorkie poo pups $325 up CASH 248-379-0041

PUGS AKC fawn, M/F, $550 up Born 7/7/7 Livonia. (734) 427-5235

Rat Terrier pups blue $400 hiddenvalleybulldogs.com 517-368-5136

ROTTWEILER - Pups, AKC registered, tails, dew claws, shots, parents on site, $400. 734-587-3075

Schnauzer mini AKC $300 $350 Schnoodles $250 Schnorkies $500 Shorkies, 1-cup, toys $400 Cash Blk & Tan 989-225-1367

### 190 Antiques/Collectibles



A PRIVATE COLLECTOR buying anything old that doesn't eat. 248-399-6666

BEANIE BABIES very old style, 1st, 2nd, 3rd generation Matthew (248)321-2478

BUYING — Coin, sportcards & stamp collections. Call 248-471-4451 top $$

### 233 Macomb

ANNUAL INDIAN Run Sub Sale. Over 60 Homes. N/18 & E/Hayes. Thurs, 9-13 through 9-16, 9-5p.m.

EVERYTHING MUST GO 15930 Tulip Drive Thurs & Fri. 9-4 Villa Rosa Sub 24 mile & Hayes area

FRASER - The Big One! 34175 Rambling S/15 Mi., Antiques, treasures, new Household, Thur-Sat. 8-6p

Huge Moving Sale! 17121 Lincoln Ave. Thurs-Sat on 9/13-9/15 & 9/20-9/22 (586)738-2784

STERLING HGTS Thur 10-5 & Fri 9-5, 14802 Kara Ln. N/14, W/Hayes, Antiques, furn, kitchenware, clothing, game table & much more.

### 234 Oakland

30145 Fink Ave, W. of Middlebelt E. of Orchard Lake, bet 9 & 10 mi Sept. 13, 14 & 15 9-4 pm.

Basement Sale best offer South Lyon— furniture, household items etc. by appt only. 248-446-3199

NOVI - Sub-wide sale. Sept.13-16: Thurs, Fri, Sat, Sun 9:00-5:00. 1/2 Mile S. of W. 12 Mile & 1 block W. of Haggerty. 248-242-2025.

Troy Big Garage sale Too many items to list 23 Carter, 2 blks N. of Wattles W. off Livernois Sept 13,14 & 15t

### 235 Outstate

LAPEER Wed-Sat 9-?, 3839 Davison Rd, 1/4 Mi. WLake Neppessing Rd, Steinway Square grand piano $100, console piano, Oriental rugs

### Equipment / Merchandise

Michigan Arms Collectors Show Sep. 15 and 16 500 tables of antique and modern firearms, BUY and SELL. Rock Financial Showplace, 46100 Grand River, (I-96 @ Beck Rd. in Novi) Public admitted 9am. Info (248) 676-2750

Pools & Pool Tables Emergency Liquidation Local dealer changing franchise, forced to sell all inventory by September 22 Make offer, must sell- Ex.,7' bar table worth $3,000, first $500. I'll finance & deliver 586-942-2900

WOLVERINE Knife Collectors Club Show Sept. 22-23, 2007 Sat. 9-5, Sun 9-3. K of C Hall, 870 N. Main St. Clawson, MI 48017. Admission $5.

### Printers sell fast!
1-800-WANT ADS.

BIG TIME WORLDWIDE
VISA/MC/AMX BUY/SELL
bigtimeworldwide.com
Order 24 Hrs Day on Line

TIGERS vs TEXAS
UofM vs ND
LIONS vs MINN
HOME OPENER BLOW OUT
248-827-7678
NY/VEGAS/CHICAGO
ticketstoanything.com

ALL DTE · TIGERS
LIONS · VAN HALEN
248-356-3546

LIONS · TIGERS
U of M /STEVIE
(248) 357-2160

PRIME TICKET SERVICE
Charge by phone
VISA·MC·AmEx·Discover
www.primeseat.com
ALL EVENTS NATIONWIDE

TIGERS · LIONS · U M
248-865-6000

theticketmachine.com
MSU/U of M FOOTBALL
TIGERS · LIONS
AEROSMITH
ALL DTE · CHICAGO
TORONTO · Gr RAPIDS
888-887-4411 M/V/AX

VH·WWE·Wings·Tigers
UofM Lions DTE Limos
Buy/Sell All tickets V/M/A
1st Rows 513-561-5187

Wanted Tix 888.747.3171

### cars.com

12-PHOTO/
sell.it.fast/
OPTION

LIST ON CARS.COM



cars.com
Find the right car for you.®
©2007 Classified Ventures, LLC.
All rights reserved.

| State of Michigan | } ss | **Affidavit of Publication** |
|---|---|---|
| County of Wayne | | IN |



---

Delphi Corp.

---

*Clipping of or typewritten copy of the advertisement referred to in this affidavit:*

Wednesday, September 12, 2007
2 x 107 lines
Detroit News, page G3
Case No. 05-44481 (RDD)

---

_____Louise Frampton_____ Being duly sworn, deposes and says that the advertising illustrated above was published under the classification _____ROP_____ in The Detroit News / Free Press on the following dates: _____12-Sep-07_____

Invoice Number: _____ and as an authorized employee of The Detroit Newspapers, he/she knows well the facts stated herein.

> LAURA PARHUM
> Notary Public - Michigan
> Wayne County
> My Commission Expires Dec 26, 2012
> Acting in the County of Wayne

Signed _____Louise Frampton_____

Sworn and subscribed to me, a Notary Public in and for Oakland County, State of Michigan. Acting in Wayne County.

On This __12__ Day of __September__ 2007

_____Laura Parh_____

DNA 119 REV 10-94

Classified advertisements page including dating services, legal notices, strippers/messengers, cats, dogs/kennels, garage sales (Macomb, Oakland, Outstate), and legal/bankruptcy directory.

**120 Dating Services**

**136 Strippers & Messengers**

**180 Cats**

**182 Dogs/Kennels**

**233 Macomb**

**234 Oakland**

**235 Outstate**

Legal Notice: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK — In re DELPHI CORPORATION, et al., Debtors. Chapter 11, Case No. 05-44481 (RDD) (Jointly Administered). NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES. Hearing Date And Time: October 3, 2007 At 10:00 a.m. Objection Deadline: September 28, 2007 At 4:00 p.m. Dated: New York, New York, September 6, 2007. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP — John Wm. Butler, Jr. (JB 4711); George N. Panagakis (GP 0770); Ron E. Meisler (RM 3026); Nathan L. Stuart (NS 7872); Kayalyn A. Marafioti (KM 9632); Thomas J. Matz (TM 5986); Four Times Square, New York, New York 10036; 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606. Delphi Legal Information Hotline Toll Free: (800) 718-5305, International: (248) 813-2698. Delphi Legal Information Website: http://www.delphidocket.com



12-PHOTO / sell.it.fast / OPTION — LIST ON CARS.COM — cars.com — Find the right car for you. ©2007 Classified Ventures, LLC.



garage sales & flea markets



legal directory — To advertise

Bankruptcy ads: A DIVORCE From $90 Compl. Bankruptcy $499, Lawrence Schultz P.C. 248-559-4448; A DIVORCE $75 CS&R 734-425-1074; A PERSONAL BANKRUPTCY $400, Attorney of Mich. 248-423-4500; Attorney PIERCE 248-398-5000; BANKRUPTCY $0 DOWN, Attorney Joseph L Grima 1-800-603-3333; ATTY MICHAEL KOMORN 1-800-656-3557; and others.