IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                          :
      In re                              :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)
                                          :
                      Debtors.    :      (Jointly Administered)
                                          :
------------------------------ x

## AFFIDAVIT OF PUBLICATION OF LINDA TURNER IN THE DETROIT FREE PRESS / THE DETROIT NEWS



**Detroit Media Partnership**
Michigan's Information Leader

State of Michigan
County of Wayne

Affidavit of Publication

MILLER LEGAL SERVICES
2442 N LINCOLN AVE, 2ND FLOOR
CHICAGO IL 60614
ATTN: ADAM B. LEVIN

<u>LINDA TURNER</u>         Being duly sworn, deposes and says that the advertising illustrated above was published under the classification 0080 Legal Notices, Bids, Proposals
in the Detroit Free Press/Detroit News on the following dates: 9/12/07
INVOICE # 1651664
DETROIT MEDIA PARTNERSHIP he/she knows well the facts stated herein.

Signed *Linda Turner*

Sworn and subscribed to me, a Notary Public in and for_____
State of Michigan. Acting in Wayne County.

On This 13TH  <u>day</u>  of **SEPTEMBER, 2007**

*Barbara R. Badalamenti*
BARBARA R. BADALAMENTI
Notary Public, State of Michigan
County of Macomb
My Commission Expires Aug. 19, 2012
Acting in the County of_____

Maria Thomas 10A67
Carole Johnson 176B67
CONTENTS INCLUDED
BUT NOT LIMITED TO:
HOUSEHOLD ITEMS,
BOOKS, EXERCISE
EQUIPMENT, STEREO
EQUIPMENT & MORE

**Sell your boat in the Classifieds.**
**1-800-WANT ADS.**

### 80 Legal Notices, Bids, Proposals

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
Debtors. ) (Jointly Administered)

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on October 3, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline: Delphi Legal Information Website:
Toll Free: (800) 718-5305 http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr. (JB 4711)    Kayalyn A. Marafioti (KM 9632)
George N. Panagakis (GP 0770)     Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026)          Four Times Square
Nathan L. Stuart (NS 7872)        New York, New York 10036
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

**★ SHEILA'S PLAYMATES ★**
Absolute Satisfaction adlt ent
586.634.3002 248.240.6500

**#1 100% Gorgeous**
36DDD brunette.
Must C 2 Believe
Adult ent. 734.686.2919

♥ **RED & SAMANTHA**
734.444.4660-734.286.1065
Adult Ent. Mature Westside

Promise U I'm A Model!
Hot Blonde or Brunette!
★ Adult ent 734-461-1247 ★

**★ POOCHIE**
You deserve the
best 36D-24-34
Strawberry Blonde
Adlt Ent 248.275.4163

▼ True petite model ▼
1-275- 34-22-32 120 lbs
Adult Ent. 734-270-2192

DOWNRIVER & West Side
36 DD's. Adult Ent.
313-629-3239 734.778.4216

MIA, Sexy, Petite, Italian
40+ UPSCALE LADY
Tall, long legs, & busty
Now off 275
Adult Ent. 734-558-0941

Blk Diamonds "R" 4ever
36C 26 38 & 34DD 22 34
Hot Adult Ent. 313-926-7531

**★★★ KELLY ★★★**
Early Morning Fun
Adult ent 586-222-4889

Beautiful - Something
different from the norm.
Adult Ent. 248-722-6062

MATURE SEXY WOMAN
Independent Visa/MC/AmEx
Adult Ent. 313-282-2998

### 136 Strippers & Messengers

**CHAMPAGNE FANTASY**
Wild Girlie Shows
Bachelor Party Specials
★★ (248) 354-3000 ★★

**★ EROTIC IMAGE ★**
Male & Female Strippers
248.424.9646 /
313.535.5520

STRIPPERS TO GO
2 GIRLS SPECIALS
★★ 248-471-4558 ★★

ROSE TALENT
500 Girls / Bachelor
Parties 586-772-6900

**Puppy or kitten, bird or fish, or whatever you wish!**
See our Pets Classification.

### 90 Auctions

**HILCO INDUSTRIAL LLC UPCOMING AUCTION CALENDAR**

WEBCAST/ONSITE AUCTION • TUES., SEPT. 11TH • 10am
All manufacturing assets of ATLANTIC DATA FURNITURE
Auction Location: Tampa, Florida
CNC Fabricating and Welding Equipment
Featuring Punch Presses, Folders, Press Brakes, Shears, Etc.

ONSITE AUCTION • WEDNESDAY, SEPT. 12TH
Servicio de Administración y Disposición de Property
Auction Location: Mexico
Thousands of Goods from TESOFE, SAT and BIENES ASEGURADOS
Over 350 Vehicles, Beech B-200 1977 Airplane, Mfg. Equip. & more

ONLINE AUCTION THRU MONDAY, SEPT. 17TH
All manufacturing assets of ATLANTIC DATA FURNITURE
Auction Location: Tampa, Florida
Woodworking Machinery Featuring Edge Banders, Dust Collection, Saws, CNC Router, Etc.

ONLINE AUCTION THRU MONDAY, SEPT. 17TH
Assets no longer required for the continuing operations of H. Schwieters
JL Schwieters Building Supply, Inc.
Auction Location: Alberta Lea, Minnesota
Wood Timber Fabrication Line (For Pre-Cut Home Building)
Kuwahara KMN-4500 FP Planer/Moulder

WEBCAST/ONSITE AUCTION TUES., SEPT. 18TH 10am
By Order of the Receivership of Tractor Loader Sales, Inc.
Waukesha County, Case No. 07-CV220
Auction Location: Waukesha, WI
Late Model Construction Equipment
Telehandlers, Excavators, Wheel Loaders,
Backhoes, Tractor Loaders, Compactors, Trucks, Trailers

WEBCAST/ONSITE AUCTION TUES., SEPT. 18TH 10am
Complete plant closure of a Fortune 500 Company
Auction Location: Waynesboro, GA
Stamping, Welding, Toolroom, Fabricating, Tube Bending
& Forming Equipment; 138,000 Lbs. of Metal Stock Inventory

Complete Plant Closure of a World Class Automotive Camshaft Manufacturer including Cam Shaft Manufacturing Lines for Chrysler, Ford, Jaguar and General Motors, CNC, Toolroom, Heat Treat, Q.C. and Insp. Equip.

This is a partial listing only. For more information or to subscribe to our email/mailing list visit:
**www.hilcoind.com**
To schedule an auction, please contact us at 248-254-9999
A Buyer's Premium Is In Effect • IL License #044000215

---

BLAIR - Black is Beautiful.
Pretty 1020-29-29
Adult Ent. 248-440-7604

carefully.
Your pet will thank you!

Australian Shepherd
3 mo WKC, ASC, shots,
$600 517.663.3941

BASSETT HOUND - AKC,
Ch lines, health guar
586.292.2449 586.296.5806

BEAGLE PUPPIES - AKC,
first shots, wormed. $150.
734-552-7276

● BEAGLE PUPS - AKC ●
EXC. HUNTERS & PETS
CH. LINES 313-881-0196

BEAGLE PUPS pure bred,
males & females $300.
Plymouth 734-459-0655

BEAGLE Pups reg, 6 wks &
up, shots, dews wormed,
guar $250 734.771.0087

BERNESE MTN. DOG
pups AKC Swiss/champ
bldln. $1,300 734.425-1775

& BICHON FRISE AKC
pups, shots, guar. non-shed
MC/VISA 616-842-8729

BICHON FRISE pups,
8 wks, $450.
(248)736-9338

BOSTON TERRIER absolutely adorable pups, $350.
MinPins $300 248-474-4704

BOXER AKC PUPS-
8 wks, $600-$700. 2 brindle, 2 fawns 734-944-0488

BOXER puppies AKC,
6wks, $450 & up
517.589.8326 517.262,8278

BOXER PUPS , AKC, Am. &
Can., lg. boned, guar.,
$650 & up 734-578-0654

BOXER PUPS - AKC, shots,
wormed, 500-$700. 586-
871-0783/ 586-465-4930

BRITTANY SPANIEL
PUPPIES - AKC registered,
$250. 989-356-8474

Bull Mastiff AKC 9wks,
Great temperment, Champ
Bl line $1,000 734.941.8852

BULL MASTIFF pups AKC
brindle males. $600
(248)755-5545

---

ENGLISH SPRINGER
SPANIEL - AKC male 9
shots $300. 810-241-1638.
Adults also for sale.

English Springer Spaniel
Pups AKC, tails, dewclaws,
wormed $550 586.207.3772

English Springer Spaniels
AKC 3 males, 1 female
$300 989.553.5736

FRENCH BULLDOG pups,
AKC, champ bldlines
$1500/best (248)865-8217

GERMAN SHEPHERD AKC
pups, black & blk.tan
810-324-6167

GERMAN Shepherd- AKC
Pups Europe's finest lines,
$650-$750. (810) 686-2002

GERMAN SHEPHERD
AKC reg. Pups blk & tan,
Shots, wormed $400.
517.887-6319

GERMAN Shepherd, German bldlines, AKC pups,
shots, wormed, sable, blk &
red $250. (313)885-9128

GERMAN SHEPHERD
PUPPIES. PURE WEST
GERMAN LINES,
BOTH PARENTS
IMPORTED. WWW.
VOMDINABURG.COM
248-931-0608, $900

German Shepherd Pups –
AKC females. Top import
line, raised indoors, parents
on site, health guar. $500
810-736-3376

GERMAN Shepherd pups,
AKC German bloodline, 3
fem $375, 810.387.9966

GERMAN SHEPHERD PUPS
- AKC, parents on site, good
temperament, vet checked /
shots, 2 fem. left. $475.
734-467-5786

German Shep or Siberian
Husky pups $250-$350,
mix $180 517.849.3059

GERMAN SHORTHAIR
pups AKC tails, claws,
shots, wormed, males $350;
fems $400. 586-863-6389

GERMAN WIRE HAIR
POINTER -Pups, hunting
stock champ. 313-506-8363

GOLDEN DOODLE &
GOLDEN RETRIEVER
pups both litters English
creme (rare white) AKC/OFA,
shots, wormed, vet chkd,
guaranteed (989)865-6408
windmerekennels.com

GOLDENDOODLES 2nd
generation 10 wks $500
Goodrich 810-636-7243

GOLDEN RET. AKC
Ch ped Pups $900. Older
dogs avail 248-626-2243
www.chiendorgoldens.com

GOLDEN Ret. AKC pups
ch. line 29 yrs., dews, vet
ck'd. $550 734-242-6065

GOLDEN RET. & GOLDEN
DOODLE PUPS 3 left
$250-$350; 810-614-6940



**garage sales & flea markets**

### 234 Oakland

NOVI - Sub-wide sale.
Sept.13-16: Thurs, Fri, Sat,
Sun 9:00-5:00.
1/2 Mile S. of W. 12 Mile &
1 block W. of Haggerty.
248-242-2025.

W. BLOOMFIELD estate
sale. Hsehold, art objects,
paintings, books, etc.
Appt. only (248)661-5320

---

each. (419) 273-2613
Toledo Area 740.605.4318

MINI Poodle - AKC male 9
mo's very cute, updated
shots $700 313.273.5838

Malti-Poo puppies
precious, 11 wks shots,
wormed $550 586.207.3772

MASTIFF puppies
English/Neopolitan $500
517-547-3895 Adrian MI

MINI Pinschers, Tiny, AKC,
7 wks, 1st shots, wormed,
$550-$600. 734-945-6623

Mini-schnauzers-akc.also
Yorkie-fons.
989-745-4858

Mini Schnauzers cute as
a button shots, $350 fem,
$300 males. (313)292-0558

MIN-PIN PUPPIES $350-
$400 Cash Blk.&Tan
586-212-6108

Min Pin pups/adults AKC
shots/wormed/ tails/dews
810-395-9111

NEAPOLITAN MASTIFF
PUPS - 2 weeks, available
10/15, AKC/UKC registered.
$1200-males, $1500-
females. 734-564-2282

NEOPOLITAN MASTIFF
pup male, $300 choc.
mahogony 734-286-5988

Neopolitan Mastiff Pups
6 wks, M/F, papers, shots,
$1,000 313.319.3085



**legal court directory**

To advertise, ca

A1A1A1A1A1A1A1A1A1A1
Don't Get SLAMMED by the
new Drunk Driving laws.
Call a Specialist for all
Criminal, Drunk Driving,
Traffic & Injury matters.
An Aggressive Attorney at a
competitive price.
ATTY MICHAEL KOMORN
1-800-656-3557 - 24 hrs.
Se Habla Espanol

AAAAAAAAAAAAA
★ A DIVORCE
From $90 Compl.
Bankruptcy $499
Lawrence Schultz P.C.
248-559-4448

☞ A DIVORCE $75
CS & R 734-425-1074
www.mi-divorce.com

A PERSONAL
BANKRUPTCY $400
Bankruptcy Attorney of
Mich. 248-423-4500
We are a debt relief agency
under the Bankruptcy Code.

Attorney PIERCE
248-398-5000
We are a debt relief
agency - We can wipe out
all of your debt. We have
helped over 10,000 people
file for relief under the bankruptcy code. $100 down.

BANKRUPTCY
$0 DOWN
Attorney Joseph L Grima
We are a debt relief agency. We help people file
for bankruptcy relief under the bankruptcy code.
1-800-603-3333

---

Toledo Area 740.605.4318

SCHNAUZERS AKC
$350-$500. (517)404-304
www.puppy-place.net

SHAR PEI PUPPIES -
AKC Lansing Area. $400
Call 517-327-5059

SHELTIE AKC puppies
blue merle $600-$850.
517.699.0492

SHIH TZU/MALTESE
PUPS Shots $350
(586) 263-9172

SHIH-TZU-POO pups
shots Can deliver. $395
810.636-2349 810.869.02

SHIH TZU puppies AKC,
$400-$450 shots & worm
will be small (419) 273-26

SHIH TZU PUPPIES A
beaut. markings, male-f
$425-$475. 517-468-3500

SHIH-TZU - puppies, tiny
toy reg., shots, ready to
pictures avail 734-483-7:

SHIH TZU Pups, CKG
Vet chk'd, parents on si
shots wormed.
734-620-5659

SIBERIAN HUSKEY
pups for sale
(989)553-6647

SIBERIAN HUSKY
pups, AKC, parents on
site. $500. (734)925-362

---

BANKRUPTCY
$0 to START
Extremely low fees,
E-Z payment plans,
Exp'd Bankruptcy lawyers
ATTY. JAMES WARR
Call Toll Free
1-877-462-9277
1-877-GO-2-WARR
We are a debt relief age
We help people file f
Bankruptcy relief, under
BANKRUPTCY CODE

BANKRUPTCY
1-800-481-558
free office consultation
Atty. Marshall D. Schl
eve/sat appts
we are a debt relief agency
who help people file
bankruptcy relief under
bankruptcy code.

BANKRUPTCY
ELIMINATE ALL DEBT
Stop Home Foreclosure
Garden City  734.525.4
Southfield  248-559-97
Detroit 1.800.659.930
STUART RUDICK, AT

Bankruptcy - Probate
Gers & Gross, P.C.
248-229-0820
Debt Relief Agency Under
the Bankruptcy Code

★ BANKRUPTCY
STOP
Garnishment/Foreclosure
Toll Free 877-441-58
Atty Morris B. Lefkow
Eve. Sat. Appts.
we are a debt relief agency
we help people file
bankruptcy relief under
bankruptcy code.

Newspaper classifieds page — adult entertainment, legal notices, pets, garage sales, bankruptcy attorney ads.

05-44481-rdd

## Legal Notices, Bids, Proposals (80)

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: DELPHI CORPORATION, et al., Debtors.
Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES

[Full notice text of Delphi Corporation bankruptcy motion, including references to Skadden, Arps, Slate, Meagher & Flom LLP as attorneys for Delphi, Davis Polk & Wardwell, Latham & Watkins LLP, Fried Frank Harris Shriver & Jacobson LLP, White & Case LLP, Wachovia Financial Center, Kaye Scholer LLP, Office of the United States Trustee, and Kurtzman Carson Consultants LLC as Creditor Voting Agent.]

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)
Nathan L. Stuart (NS 7872)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

(Page also contains unrelated classified ads: adult entertainment listings, pet/puppy ads, auction notices from Hilco Industrial, garage sale ads, and bankruptcy attorney advertisements.)

