IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF KEN GREEN IN THE DETROIT NEWS / DETROIT FREE PRESS**

State of Michigan }
County of Wayne } ss

# Affidavit of Publication

IN




Delphi Corp.

*Clipping of or typewritten copy of the advertisement referred to in this affidavit:*

Legal Notice
2 columns x 107 lines

Ken Green, Account Executive Being duly sworn, deposes and says that the advertising illustrated above was published under the classification classified in The Detroit News / Free Press on the following dates: Tuesday, September 11, 2007

Invoice Number: N9060246 and as an authorized employee of The Detroit Newspapers he/she knows well the facts stated herein.

MARCIA L YOUNGLOVE
Notary Public - Michigan
Wayne County
My Commission Expires Aug 1, 2010
Acting in the County of Wayne

Signed Ken Green

Sworn and subscribed to me, a notary Public in and for Wayne County, State of Michigan.

On This 11th Day of September 2007

DNA 119, Rev 9/00 Creator

Maria Thomas 10A67
Candy Johnson 176B67
CONTENTS INCLUDE BUT NOT LIMITED TO: HOUSEHOLD ITEMS, BOOKS, EXERCISE EQUIPMENT, STEREO EQUIPMENT & MORE

Sell your boat in the Classifieds. 1-800-WANT ADS.

★SHEILA'S PLAYMATES★ Absolute Satisfaction adl ent 586.634.3002 248.240.6500

#1 100% Gorgeous 36DDD brunette. Must C 2 Believe Adult ent. 734.686 .2919

★POOCHIE You deserve the best 36D-24-34 Strawberry Blonde Adlt Ent 248,275.4163

MIA, Sexy, Petite, Italian 40+ UPSCALE LADY Tall, long legs, & busty Now off 275 Adult Ent. 734-558-0941

BLAIR - Black Is Beautiful. Adult Ent 248-766-1864

♥ RED & SAMANTHA ♥ 734.444.4660-734.286.1060 Adult Ent. Mature Westside

Promise U I'm A Model ! Hot Blonde or Brunette ! ★Adult ent 734-461-1247★

♥True petite model♥ I-275- 34-22-32 120 lbs Adult Ent. 734-270-2192

DOWNRIVER & West Side 36 DD's. Adult Ent. 313-629-3239 734.778.4216

Blk Diamonds "R" 4ever 36C 26 38 & 34DD 22 34 Hot Adult Ent. 313-926-7531

★★★ KELLY ★ ★★ Early Morning Fun Adult ent 586-222-4889

Beautiful - Something different from the norm. Adult Ent. 248-722-6062

MATURE SEXY WOMAN Independent Visa/MC/AmEx Adult Ent. 313-282-2998

136 Strippers & Messengers

CHAMPAGNE FANTASY Wild Girlie Shows Bachelor Party Specials ★★ (248) 354-3000 ★★

★ EROTIC IMAGE ★ Male & Female Strippers 248.424.9646 / 313.535.5520

STRIPPERS TO GO 2 GIRLS SPECIALS ★★ 248-471-4558 ★★

ROSE TALENT 500 Girls / Bachelor Parties 586-772-6900

Puppy or kitten, bird or fish, or whatever you wish! See our Pets Classification.

carefully. Your pet will thank you!

Australian Shepherd Pups AKC, ASC, shots, $300 517.663.3941

BASSETT HOUND - AKC, Ch lines, health guar 586.292.2449 586.296.5806

BEAGLE PUPPIES - AKC, first shots, wormed. $150. 734-552-7276

• BEAGLE PUPS - AKC • EXC. HUNTERS & PETS CH. LINES 313-881-0196

BEAGLE PUPS pure bred, males & females $300. Plymouth 734-459-0655

BEAGLE Pups reg, 6 wks & up, shots, dews wormed, guar $250 734.771.0087

BERNESE MTN. DOG pups AKC Swiss/champ bldln. $1,300 734.425-1775

BICHON FRISE AKC pups, shots, guar. non-shed MC/VISA 616-842-8729

BICHON FRISE pups, 8 wks, $450. (248)736-9338

BOSTON TERRIER absolutely adorable pups, $350. MinPins $300 248-474-4704

BOXER AKC PUPS- 8 wks. $600-$700. 2 brindle, 2 fawns 734-944-0488

BOXER puppies AKC, 6wks, $450 & up 517.589.8326 517.262.8278

BOXER Pups , AKC, Am. & Can., lg. boned, guar., $650 & up 734-578-0654

BOXER PUPS - AKC, shots, wormed, 500-$700. 586-871-0783/ 586-465-4930

BRITTANY SPANIEL PUPPIES - AKC registered, $250. 989-356-8474

Bull Mastiff AKC 9wks, Great temperment, Champ Bl line $1,000 734.941.8852

BULL MASTIFF pups AKC brindle males. $600 (248)755-5545

ENGLISH SPRINGER SPANIEL - AKC, male 9 wks, Liver/white, dewclaws, shots $300. 810-241-1638. Adults also for sale.

English Springer Spaniel Pups AKC, tails, dewclaws 517.748-9125 517.392-6410

English Springer Spaniels AKC 3 males, 1 female $300 989.553.5736

FRENCH BULLDOG pups, AKC, champ bldlines $1500/best (248)885-8217

GERMAN SHEPHERD AKC pups, black & blk.tan 810-324-6167

GERMAN Shepherd- AKC Pups Europe's finest lines, $650-$750. (810) 686-2002

GERMAN SHEPHERD AKC reg. Pups blk & tan, Shots, wormed $400. 517.887-6319

GERMAN Shepherd, German bldlines, AKC pups, shots, wormed, sable, blk & red $250. (313)885-9128

GERMAN SHEPHERD PUPPIES.PURE WEST GERMAN LINES, BOTH PARENTS IMPORTED.WWW. VOMDINABURG.COM 248-931-0608,$900

German Shepherd Pups - AKC females. Top import line, raised indoors, parents on site, health guar. $500 810-736-3376

GERMAN Shepherd pups, AKC German bloodline, 3 fem $375, 810.387.9966

GERMAN SHEPHERD PUPS - AKC, parents on site, good temperament, vet checked / shots, 2 fem. left. $475. 734-467-5786

German Shep or Siberian Husky pups $250-$350 , mix $180 517.849.3059

GERMAN SHORTHAIR pups AKC tails, claws, shots, wormed, males $350; fems $400. 586-863-6389

GERMAN WIRE HAIR POINTER -Pups, hunting stock champ. 313-506-8363

GOLDEN DOODLE & GOLDEN RETRIEVER pups both litters English creme (rare white) AKC/OFA, shots, wormed, vet chkd, guaranteed (989)865-6408 windmerekennels.com

GOLDENDOODLES 2nd generation 10 wks $500 Goodrich 810-636-7243

GOLDEN RET. AKC Ch ped Pups $900. Older dogs avail 248-626-2243 www.chiendorgoldens.com

GOLDEN Ret. AKC pups ch. line 29 yrs., dews, vet ck'd. $550 734-242-6065

GOLDEN RET. & GOLDEN DOODLE PUPS 3 left $250-$350; 810-614-6940

each. (419) 273-2673

Malti-Poo Doodle - He's very cute, updated shots $700 313.273.5838

Malti-Poo puppies precious, 11 wks shots, wormed $550 586.207.3772

MASTIFF puppies English/Neopolitan $500 517-547-3895 Adrian MI

MINI Pinschers, Tiny, AKC, 7 wks, 1st shots, wormed, $550-$600. 734-945-6623

Mini-schnauzers-akc.also Yorkie-tons. 989-745-4858

Mini Schnauzers cute as a button shots, $350 fem, $300 males. (313)292-0558

MIN-PIN PUPPIES $350-$400 Cash Blk.&Tan 734-883-3150

Min Pin pups/adults AKC shots/wormed/ tails/dews 810-395-9111

NEAPOLITAN MASTIFF PUPS - 2 weeks, available 10/15, AKC/UKC registered. $1200-males, $1500-females. 734-564-2282

NEOPOLITAN MASTIFF pup male, $300 choc. mahagony 734-266-5988

Neopolitan Mastiff Pups 6 wks, M/F, papers, shots, $1,000 313.319.3085

Toledo Area 740.605.431

SCHNAUZERS AKC $350-$500. (517)404-304 www.puppy-place.net

SHAR PEI PUPPIES - AKC Lansing Area. $400 Call 517-327-5059

SHELTIE AKC puppie blue merle $600-$850. 517.699.0492

SHIH TZU/MALTESE PUPS Shots $350 (586) 263-9172

SHIH-TZU-POO pup shots Can deliver. $39 810.636-2349 810.869.02

SHIH TZU puppies AKC, $400-$450 shots & worn will be small (419) 273-26

SHIH TZU PUPPIES A beaut. markings, male-f $425-$475. 517-468-3500

SHIH-TZU - puppies, ti toy reg., shots, ready to pictures avail 734-483-7

SHIH TZU Pups, CKC Vet chk'd, parents on si shots wormed. 734-620-5659

SIBERIAN HUSKEY pups for sale (989)553-6647

SIBERIAN HUSKY pups,AKC,parents on site.$500.(734)925-362



legal co directory To advertise, c

90 Auctions

HILCO INDUSTRIAL LLC UPCOMING AUCTION CALENDAR

WEBCAST/ONSITE AUCTION · TUES., SEPT. 11TH · 10am
All manufacturing assets of ATLANTIC DATA FURNITURE — Auction Location: Tampa, Florida
CNC Fabricating and Welding Equipment Featuring Punch Presses, Folders, Press Brakes, Shears, Etc.

ONSITE AUCTION · WEDNESDAY, SEPT. 12TH
Servicio of Administration and Disposition of property — Auction Location: Mexico
Thousands of Goods from TESOFE, SAT and BIENES ASEGURADOS Over 350 Vehicles, Beech B-200 1977 Airplane, Mfg. Equip. & more

ONLINE AUCTION THRU MONDAY, SEPT. 17TH
All manufacturing assets of ATLANTIC DATA FURNITURE — Auction Location: Tampa, Florida
Woodworking Machinery Featuring Edge Banders, Dust Collection, Saws, CNC Router, Etc.

ONLINE AUCTION THRU MONDAY, SEPT. 17th
Assets no longer required for the continuing operations of JL Schwieters — JL Schwieters Building Supply, Inc. — Auction Location: Alberta Lea, Minnesota
Wood Timber Fabrication Line (For Pre-Cut Home Building) Kuwahara KMN-4500 FP Planer/Moulder

WEBCAST/ONSITE AUCTION TUES., SEPT. 18TH 10am
By Order of the Receivership of Tractor Loader Sales, Inc. Waukesha County, Case No. 07-CV220 — Auction Location: Waukesha, WI
Late Model Construction Equipment Telehandlers, Excavators, Wheel Loaders, Backhoes, Tractor Loaders, Compactors, Trucks, Trailers

WEBCAST/ONSITE AUCTION TUES., SEPT. 18TH 10am
Complete plant closure of a Fortune 500 Company — Auction Location: Waynesboro, GA
Stamping, Welding, Toolroom, Fabricating, Tube Bending & Forming Equipment; 138,000 Lbs. of Metal Stock Inventory

Complete Plant Closure of a World Class Automotive Camshaft Manufacturer including Cam Shaft Manufacturing Lines for Chrysler, Ford, Jaguar and General Motors, CNC, Toolroom, Heat Treat, Q.C. and Insp. Equip.

This is a partial listing only. For more information or to subscribe to our email/mailing list visit www.hilcoind.com
To schedule an auction, please contact us at 248-254-9999
A Buyer's Premium Is In Effect * IL License #044000215




234 Oakland

NOVI - Sub-wide sale. Sept.13-16: Thurs, Fri, Sat, Sun 9:00-5:00. 1/2 Mile S. of W. 12 Mile & 1 block W. of Haggerty. 248-242-2025.

W. BLOOMFIELD estate sale. Hsehold, art objects, paintings, books, etc. Appt. only (248)661-5320

A1A1A1A1A1A1A1A1A1A1 Don't Get SLAMMED by the new Drunk Driving laws. Call a Specialist for all Criminal, Drunk Driving, Traffic & Injury matters. An Aggressive Attorney at a competitive price. ATTY MICHAEL KOMORN 1-800-656-3557 - 24 hrs. Se Habla Espanol

AAAAAAAAAAAAA ★ A DIVORCE From $90 Compl. Bankruptcy $499 Lawrence Schultz P.C. 248-559-4448 A debt relief agcy who help people file for bkrtcy relief under the bkrtcy code

➡ A DIVORCE $75 CS & R 734-425-1074 www.mi-divorce.com

A PERSONAL BANKRUPTCY $400 Bankruptcy Attorney of Mich. 248-423-4500 We are a debt relief agency under the Bankruptcy Code.

Attorney PIERCE 248-398-5000 We are a debt relief agency - We can wipe out all of your debt. We have helped over 10,000 people file for relief under the bankruptcy code. $100down.

BANKRUPTCY $0 DOWN Attorney Joseph L Grima We are a debt relief agency. We help people file for bankruptcy relief under the bankruptcy code. 1-800-603-3333

BANKRUPTC $0 to START Extremely low fees. E-Z payment plans, Exp'd Bankruptcy lawy ATTY. JAMES WARR Call Toll Free 1-877-462-9277 1-877-GO-2-WARR We are a debt relief age We help people file f Bankruptcy relief, unde BANKRUPTCY COD

BANKRUPTC 1-800-481-558 free office consu Atty. Marshall D. Sch eve/sat appts we are a debt relief a who help people fil bankruptcy relief under bankruptcy code

BANKRUPTCY ELIMINATE ALL DEB Stop Home Foreclos Garden City 734.525.4 Southfield 248-559-87 Detroit 1.800.559.93 STUART RUDICK, A

Bankruptcy - Proba Gers & Gross, P.C 248-229-0820 Debt Relief Agency U the Bankruptcy Co

★ BANKRUPT STOP Garnishment/Foreclo Toll Free 877-441-58 Atty Morris B. Lefkow Eve. Sat. Appts. we are a debt relief a we help people file bankruptcy relief und bankruptcy co

80 Legal Notices, Bids, Proposals

80 Legal Notices, Bids, Proposals

**Hearing Date And Time: October 3, 2007 At 10:00 a.m.**
**Objection Deadline: September 28, 2007 At 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than **September 28, 2007 at 4:00 p.m.** (prevailing Eastern time) (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that the **hearing** to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on **October 3, 2007 at 10:00 a.m.** (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John Wm. Butler, Jr. (JB 4711)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)
Nathan L. Stuart (NS 7872)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

Frank Zammit 531B67
Janice Armstrong 420B67
Leon Mix 170A67
Cheryl Victor 674B67
Mike Short 46A67
Alice Casteal 152A67
Amenia Norris 416B67
Maria Thomas 10A67
Carole Johnson 176B67
CONTENTS INCLUDE BUT NOT LIMITED TO: HOUSEHOLD ITEMS, BOOKS, EXERCISE EQUIPMENT, STEREO EQUIPMENT & MORE

Get your hands on a Harley.
See our Motorcycle Classifications.

130 Entertainment - Adults

★SHEILA's PLAYMATES★
♥ VEGAS GIRLS ♥
Absolute Satisfaction adl ent 586.634.3002 . 248.240.6500

#1 100% Gorgeous 36DDD brunette. Must C 2 Believe Adult ent. 734.686 .2919

★POOCHIE You deserve the best 36D-24-34 Strawberry Blonde Adlt Ent 248.275.4163

MIA, Sexy, Petite, Italian 40+ UPSCALE LADY Tall, long legs, & busty Now off 275 Adult Ent. 734-558-0941

Great Encounter I-696

BLAIR - Black Is Beautiful. Perfect 10. 40DD-26-39. Adult Ent. 248-796-1664.

♥ RED & SAMANTHA ♥ 734.444.4660-734.286.1066 Adult Ent. Mature Westside

Promise U I'm A Model ! Hot Blonde or Brunette ! ★Adult ent 734-461-1247★

♥True petite model♥ I-275- 34-22-32 120 lbs Adult Ent. 734-270-2192

DOWNRIVER & West Side 36 DD's Adult Ent. 313-629-3239 734.778.4216

Blk Diamonds "R" 4ever 36C 26 38 & 34DD 22 34 Hot Adult Ent. 313-926-7531

★★★ KELLY ★★★ Early Morning Fun Adult ent 586-222-4889

Beautiful - Something different from the norm. Adult Ent. 248-722-6062

MATURE SEXY WOMAN Independent Visa/MC/AmEx Adult Ent. 313-282-2998

136 Strippers & Messengers

CHAMPAGNE FANTASY Wild Girlie Shows Bachelor Party Specials ★★ (248) 354-3000 ★★

★ EROTIC IMAGE ★ Male & Female Strippers 248.424.9646 / 313.535.5520

STRIPPERS TO GO 2 GIRLS SPECIALS ★★ 248-471-4558 ★★

ROSE TALENT 500 Girls / Bachelor Parties 586-772-6900

Get your hands on a Harley.
See our Motorcycle Classifications.

80 Legal Notices, Bids, Proposals

80 Legal Notices, Bids, Proposals

**Hearing Date And Time: October 3, 2007 At 10:00 a.m.**
**Objection Deadline: September 28, 2007 At 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than **September 28, 2007 at 4:00 p.m.** (prevailing Eastern time) (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that the **hearing** to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on **October 3, 2007 at 10:00 a.m.** (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

| Delphi Legal Information Hotline: | Delphi Legal Information Website: |
|---|---|
| Toll Free: (800) 718-5305 | http://www.delphidocket.com |
| International: (248) 813-2698 | |

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

| | |
|---|---|
| John Wm. Butler, Jr. (JB 4711) | Kayalyn A. Marafioti (KM 9632) |
| George N. Panagakis (GP 0770) | Thomas J. Matz (TM 5986) |
| Ron E. Meisler (RM 3026) | Four Times Square |
| Nathan L. Stuart (NS 7872) | New York, New York 10036 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606 | |

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

HILCO INDUSTRIAL LLC UPCOMING AUCTION CALENDAR

WEBCAST/ONSITE AUCTION · TUES., SEPT. 11TH · 10am
All manufacturing assets of ATLANTIC DATA FURNITURE. Auction Location: Tampa, Florida
CNC Fabricating and Welding Equipment
Featuring Punch Presses, Folders, Press Brakes, Shears, Etc.

ONSITE AUCTION · WEDNESDAY, SEPT. 12TH
Servicio of Administration and Disposition of property. Auction Location: Mexico
Thousands of Goods from TESOFE, SAT and BIENES ASEGURADOS
Over 350 Vehicles, Beech B-200 1977 Airplane, Mfg. Equip. & more

ONLINE AUCTION THRU MONDAY, SEPT. 17TH
All manufacturing assets of ATLANTIC DATA FURNITURE. Auction Location: Tampa, Florida
Woodworking Machinery Featuring Edge Banders, Dust Collection, Saws, CNC Router, Etc.

ONLINE AUCTION THRU MONDAY, SEPT. 17th
Assets no longer required for the continuing operations of JL Schwieters Building Supply, Inc. Auction Location: Alberta Lea, Minnesota
Wood Timber Fabrication Line (For Pre-Cut Home Building)
Kuwahara KMN-4500 FP Planer/Moulder

WEBCAST/ONSITE AUCTION TUES., SEPT. 18TH 10am
By Order of the Receivership of Tractor Loader Sales, Inc. Waukesha County, Case No. 07-CV220. Auction Location: Waukesha, WI
Late Model Construction Equipment
Telehandlers, Excavators, Wheel Loaders, Backhoes, Tractor Loaders, Compactors, Trucks, Trailers

WEBCAST/ONSITE AUCTION TUES., SEPT. 18TH 10am
Complete plant closure of a Fortune 500 Company. Auction Location: Waynesboro, GA
Stamping, Welding, Toolroom, Fabricating, Tube Bending & Forming Equipment; 138,000 Lbs. of Metal Stock Inventory

Complete Plant Closure of a World Class Automotive Camshaft Manufacturer including Cam Shaft Manufacturing Lines for Chrysler, Ford, Jaguar and General Motors, CNC, Toolroom, Heat Treat, Q.C. and Insp. Equip.

This is a partial listing only. For more information or to subscribe to our email/mailing list visit
www.hilcoind.com
To schedule an auction, please contact us at 248-254-9999
A Buyer's Premium Is In Effect · IL License #044000215

a nominal price for your pet. Please be sure to screen responders carefully. Your pet will thank you!

Australian Shepherd pups, WKC, ASC, shots, $300 517.663.3941

BASSETT HOUND - AKC, Ch lines, health guar 586.292.2449 586.296.5806

BEAGLE PUPPIES - AKC, first shots, wormed. $150. 734-552-7276

● BEAGLE PUPS - AKC ● EXC. HUNTERS & PETS CH. LINES 313-881-0196

BEAGLE PUPS pure bred, males & females $300. Plymouth 734-459-0655

BEAGLE Pups reg, 6 wks & up, shots, dews wormed, guar $250 734.771.0087

BERNESE MTN. DOG pups AKC Swiss/champ bldln. $1,300 734.425-1775

BICHON FRISE AKC pups, shots, guar. non-shed MC/VISA 616-842-8729

BICHON FRISE pups, 8 wks, $450. (248)736-9338

BOSTON TERRIER absolutely adorable pups, $350. MinPins $300 248-474-4704

BOXER AKC PUPS- 8 wks. $600-$700. 2 brindle, 2 fawns 734-944-0488

BOXER puppies AKC, 6wks, $450 & up 517.589.8326 517.262.8278

BOXER Pups, AKC, Am. & Can., lg. boned, guar., $650 & up 734-578-0654

BOXER PUPS - AKC, shots, wormed, 500-$700. 586-871-0783/ 586-465-4930

BRITTANY SPANIEL PUPPIES - AKC registered, $250. 989-356-8474

Bull Mastiff AKC 9wks, Great temperment, Champ Bl line $1,000 734.941.8852

BULL MASTIFF pups AKC brindle males. $600 (248)755-5545

BULLMASTIFFS - AKC males/females $800 (269) 623-4102

SPANIEL PUP - AKC male 9 wks. Liver/white Dews, shots $600. 810-441-1638. Adults also for sale.

English Springer Spaniel Pups AKC, tails, dewclaws 517.748-9125 517.392-6410

English Springer Spaniels AKC 3 males, 1 female $300 989.553.5736

FRENCH BULLDOG pups, AKC, champ bldlines $1500/best (248)885-8217

GERMAN SHEPHERD AKC pups, black & blk.tan 810-324-6167

GERMAN Shepherd- AKC Pups Europe's finest lines, $650-$750. (810) 686-2002

GERMAN SHEPHERD AKC reg. Pups blk & tan, Shots, wormed $400. 517.887-6319

GERMAN Shepherd, German bldlines, AKC pups, shots, wormed, sable, blk & red $250. (313)885-9128

GERMAN SHEPHERD PUPPIES.PURE WEST GERMAN LINES, BOTH PARENTS IMPORTED.WWW. VOMDINABURG.COM 248-931-0608,$900

German Shepherd Pups - AKC females. Top import line, raised indoors, parents on site, health guar. $500 810-736-3376

GERMAN Shepherd pups, AKC German bloodline, 3 fem $375, 810.387.9966

GERMAN SHEPHERD PUPS - AKC, parents on site, good temperament, vet checked / shots, 2 fem. left. $475. 734-467-5786

German Shep or Siberian Husky pups $250-$350, mix $180 517.849.3059

GERMAN SHORTHAIR pups AKC tails, claws, shots, wormed, males $350; fems $400. 586-863-6389

GERMAN WIRE HAIR POINTER -Pups, hunting stock champ. 313-506-8363

GOLDEN DOODLE & GOLDEN RETRIEVER pups both litters English creme (rare white) AKC/OFA, shots, wormed, vet chkd, guaranteed (989)865-6408 windmerekennels.com

GOLDENDOODLES 2nd generation 10 wks $500 Goodrich 810-636-7243

GOLDEN RET. AKC Ch ped Pups $900. Older dogs avail 248-626-2243 www.chiendorgoldens.com

GOLDEN Ret. AKC pups ch. line 29 yrs., dews, vet ck'd. $550 734-242-6065

GOLDEN RET. & GOLDEN DOODLE PUPS 3 left $250-$350; 810-614-6940

GOLDEN Retreiver Pups AKC 8 wks. shots, wormed, fem. $400 989-285-3307




234 Oakland

NOVI - Sub-wide sale. Sept.13-16: Thurs, Fri, Sat, Sun 9:00-5:00. 1/2 Mile S. of W. 12 Mile & 1 block W. of Haggerty. 248-242-2025.

W. BLOOMFIELD estate sale. Hsehold, art objects, paintings, books, etc. Appt. only (248)661-5320

MALTI/Poo fem. 4 mo's very cute, up shots $700 313.27

Malti-Poo puppies precious, 11 wks wormed $550 586.2

MASTIFF pupp English/Neopolitan 517-547-3895 Adr

MINI Pinschers, Tiny 7 wks, 1st shots, wo $550-$600. 734-94

Mini-schnauzers-al Yorkie-fons, 989-745-485

Mini Schnauzers a button shots, $ $300 males. (313)29

MIN-PIN PUPPIES $400 Cash Blk.& 734-883-315

Min Pin pups/adult shots/wormed/ tail 810-395-911

NEAPOLITAN MA PUPS - 2 weeks, a 10/15, AKC/UKC reg $1200-males, $1 females. 734-564

NEOPOLITAN MAS pup male, $300 ch mahagony 734-28

Neopolitan Mastiff 6 wks, M/F, papers, $1,000 313.319.

NEWFOUNDLAND Female 3 yr. movin Sell $700 810-423

A1A1A1A1A1A1A1A1 Don't Get SLAMMED new Drunk Driving Call a Specialist Criminal, Drunk D Traffic & Injury ma An Aggressive Atto competitive pri ATTY MICHAEL KO 1-800-656-3557 - Se Habla Espa

★ AAAAAAAAAA A DIVOR From $90 Com Bankruptcy $4 Lawrence Schultz 248-559-4448 A debt relief agcy people file for bkr under the bkrtcy co

A DIVORCE CS & R 734-425-1 www.mi-divorce

A PERSONAL BANKRUPTCY Bankruptcy Attor Mich. 248-423-4 We are a debt relie under the Bankrupt

Attorney 248-398- We are a de agency - We can all of your debt. helped over 10,000 file for relief under ruptcy code. $10

BANKRUPTCY $0 DOWN Attorney Joseph L We are a debt relie cy. We help peo for bankruptcy r der the bankrupt 1-800-603-33