IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                   Debtors.    :    (Jointly Administered)
                               :
------------------------------ x


# AFFIDAVIT OF PUBLICATION OF JACKY KILO IN THE PLAIN DEALER

**State of Ohio ss.**
Cuyahoga County

I, Jacky Kilo, being duly sworn, do upon my oath, depose and say that I am <u>a ACCOUNTS RECEIVABLE REPRESENTATIVE</u> of The Plain Dealer Publishing company, publisher of The Plain Dealer, a newspaper printed in said county, and general circulation in Ashtabula, Geauga, Lake, Lorain, Medina, Portage, Summit and Trumbull counties, in addition to said county; the requirements of Section 7/12 of the Revised Code of Ohio as amended September 14, 1957, relating to publication and distribution are fulfilled by said newspaper; and the advertisement attached was published in said newspaper on the following day, or days in a type size larger than agate. Insertion dates as follows:

September 11, 2007

_Jacky Kilo_

Sworn to and subscribed before me this day of __11__  20 __07__

September

_Brenda D Jordan_

Notary Public
**Brenda G. Jordan**
Notary Public, State of Ohio
Recorded in Cuyahoga County
My Commission Expires 09/04/11



[Attached newspaper clipping of legal notice regarding Delphi Corporation bankruptcy case, including notice of motion for order approving disclosure statement, record date, voting deadline, procedures for temporary allowance of certain claims, hearing date to consider confirmation of plan, procedures for filing objections to plan, solicitation procedures for voting on plan, cure claim procedures, procedures for resolving disputes relating to postpetition interest, and reclamation claim procedures. Objection deadline September 28, 2007 at 4:00 p.m. Hearing October 3, 2007 at 10:00 a.m. before Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York.]

Classified advertisements page - Pets & Supplies, Horses/Stables/Trailers/Stock/Equipment, Boats/Dockage & Marine Supplies, Legal Notices.

Header: 05-44481-rdd  Doc 9636  Filed 09/27/07  Entered 09/27/07 00:24:58  The Plain Dealer | Tuesday, September 11, 2007

(Full page of classified ads including dog breeders, horse sales, boat sales, and a legal notice regarding Delphi Corporation Chapter 11 bankruptcy case in the United States Bankruptcy Court, Southern District of New York, and a State of Ohio / Ohio School Facilities Commission Notice to Bidders for the Cleveland Metropolitan School District East Clark K-8 project.)







