IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
     In re                         :   Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                   :
                       Debtors.    :   (Jointly Administered)
                                   :
---------------------------------- x

# AFFIDAVIT OF PUBLICATION OF CORTNEY BECKER IN THE WALL STREET JOURNAL (GLOBAL)

STATE OF TEXAS            )
                          )   ss:
CITY AND COUNTY OF DALLAS)

I, <u>Cortney Becker</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u> (Global), a daily national newspaper published and of general circulation in The United States of America, Asia, Europe and that the attached advertisement has been published in <u>THE WALL STREET JOURNAL</u> (Global) for <u>one</u> insertion(s) on the following date(s): <u>September 11, 2007</u>; advertiser Delphi and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

*Cortney Becker* (signature)

Sworn to before me this

14th day of September 2007

_____
Notary Public



ERIN N. MCBRAYER
Notary Public, State of Texas
My Commission Expires
May 18, 2011

## Volatility

t mortgage and credit-related
s, though some investors are
ng them for their "seemingly low
;." While he owns certain broker-
s with some risk in these areas,
l pure plays on mortgages and
e own **Merrill Lynch**. It has the
sure to these issues. We want to
but in the most conservative of

gen said he doesn't think inves-
seen a bottom to the market in
undamentals, but he expects that
eral Reserve cuts interest rates
month, the stock market will rally.
doesn't mean we're out of the
ndamentally, but I think we're
a bottom than we were a few
)," he said.

### Indexes

| | PRELIM CLOSE | PREV CLOSE | WK AGO | DEC 31 |
|---|---|---|---|---|
| | PERCENT CHANGE FROM | | | |
| h | 3861.10 | +0.06 | -0.85 | + 7.12 |
| | 2946.05 | -0.17 | -1.42 | + 4.00 |
| | 13565.43 | -0.19 | -1.55 | + 2.57 |
| h | 3609.04 | -0.61 | -1.38 | + 6.63 |
| | 9806.10 | -0.36 | -1.51 | + 4.46 |
| | 5757.00 | -0.41 | -1.93 | + 0.30 |
| | 971.74 | -0.33 | -1.37 | +12.84 |
| | 941.09 | -0.66 | -1.84 | + 5.34 |
| | 1446.76 | -0.60 | -1.78 | + 3.35 |
| th | 713.36 | -0.61 | -1.92 | + 6.27 |
| | 550.88 | -0.68 | -2.17 | + 1.94 |
| | 896.34 | -0.85 | -2.96 | - 1.04 |
| d | 5897.86 | -0.28 | -1.65 | + 2.75 |
| fd | 830.91 | -0.04 | -0.81 | +11.65 |
| nd | 1398.82 | -0.58 | -1.97 | + 6.74 |
| | 6541.49 | +0.04 | -0.58 | + 4.15 |
| exes | | | | |
| | 282.29 | +0.13 | +0.57 | + 3.30 |
| | 346.11 | +0.22 | +1.27 | + 3.48 |
| | 451.76 | +0.20 | +1.30 | + 3.95 |
| | 494.73 | +0.19 | +1.28 | + 3.92 |
| bt | 1226.57 | +0.19 | +1.11 | + 3.16 |

d on the largest funds within the same investment objec-
include multiple share classes of similar funds.
Source: Lipper Inc.

| NAV | NET CHG | YTD %RET | FUND | NAV | NET CHG | YTD %RET |
|---|---|---|---|---|---|---|
| 76.79 | -0.19 | 7.3 | +Wndsrll | 35.82 | -0.09 | 4.1 |
| 33.19 | -0.27 | 1.7 | VANGUARD INDEX FDS | | | |
| 10.61 | 0.01 | 4.0 | +500 | 134.19 | -0.17 | 3.6 |
| 10.06 | 0.02 | 4.3 | +Balanced | 21.93 | -0.01 | 4.0 |
| 35.10 | -0.08 | 3.8 | +DevMkt | 13.28 | -0.06 | 5.6 |
| 70.46 | -0.15 | 4.1 | +EmerMkt r | 29.28 | -0.01 | 20.6 |
| 26.68 | -0.07 | 1.5 | +Europe | 38.60 | -0.16 | 7.1 |
| 63.60 | -0.15 | 4.2 | +Extnd | 40.05 | -0.29 | 3.6 |
| 53.87 | 0.06 | 4.0 | +Growth | 31.86 | -0.02 | 6.8 |
| 58.39 | 0.05 | 5.8 | +ITBond | 10.37 | 0.03 | 4.7 |
| 62.98 | -0.11 | 1.0 | +MidCp | 20.68 | -0.13 | 4.6 |
| | | | +Pacific | 12.70 | -0.07 | 2.2 |
| 29.65 | -0.03 | 4.1 | +REIT r | 22.33 | -0.21 | -11.1 |
| 40.23 | -0.10 | 9.7 | +SmCap | 33.16 | -0.26 | 1.7 |
| 75.53 | -0.30 | 19.0 | +SmVal | 16.34 | -0.12 | -4.1 |
| 25.93 | -0.03 | 3.8 | +TotBd | 10.06 | 0.02 | 4.3 |
| 77.63 | -0.68 | 3.9 | +TotIntl | 19.08 | -0.07 | 8.0 |
| 24.71 | -0.12 | 7.8 | +TotSt | 35.09 | -0.08 | 3.7 |
| 10.26 | 0.01 | 4.2 | +Value | 26.68 | -0.07 | 1.5 |
| 36.50 | -0.03 | 2.9 | VANGUARD INSTL FDS | | | |
| 48.45 | -0.39 | 3.5 | BalInst | 21.93 | -0.02 | 4.1 |
| 5.96 | ... | 0.8 | DevMktInst | 13.18 | -0.05 | 5.7 |
| 12.17 | 0.05 | 6.9 | EuroInst | 38.60 | -0.16 | 7.2 |
| 22.49 | -0.17 | 6.6 | ExtndInst | 40.14 | -0.28 | 3.7 |

# LEGAL NOTICES

EE MW SW WE

### BANKRUPTCIES

**Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | ) Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), In each case so as to be received no later than **September 28, 2007 at 4:00 p.m.** (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on **October 3, 2007 at 10:00 a.m.** (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:   Delphi Legal Information Website:
Toll Free: (800) 718-5305            http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr. (JB 4711)   Kayalyn A. Marafioti (KM 9632)

shrank moderately in the April-to-June period as the first time in three quarters, according to revised data, causing worries about the nation's outlook just as housing-sector 1.2%, compared with an earlier estimate of a 0.5% gain. The sharp revision was due primarily to a larger-than-expected drop in corporate capital spending. able only until July. Some say the July-to-September figures could also be weak, as the deceleration in the U.S. and a major sell-off in global financial markets since But Mr. K. the possibil will shrink ag ber quarter point, as Jap.

# THE MART

## BANKRUPTCIES

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
Debtors. ) (Jointly Administered)

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that the **hearing** to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on **October 3, 2007 at 10:00 a.m.** (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline: Delphi Legal Information Website:
Toll Free: (800) 718-5305 http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

John Wm. Butler, Jr. (JB 4711) Kayalyn A. Marafioti (KM 9632)
George N. Panagakis (GP 0770) Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026) Four Times Square
Nathan L. Stuart (NS 7872) New York, New York 10036
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

## BUSINESS OPPORTUNITIES



CARUSHKA BODYWEAR

A DIVINE INVESTMENT OPPOR

For 30 years I have been an ICON to remarkable women in the world. I am willing to share my secret with thoughtful investors.

I know what 41 million women THINK GLOBAL THINK CARU

Send enquiries to: INVESTOR@CARUSHKA.C

Namaste

### Loan Sale

26 year Southeastern company seeks to sell their 15 million+ home improvement loan portfolio. Each loan has a good down payment, and is performing with an average remaining term of 115 months. Customer income has been verified. Secured with a Mortgage/UCC-1 Legal filed against residential real estate. Average APR 15.9%. Average credit score 584. All payments are automatic bank draft Company president, with 26 years credit experience, approved each loan. Up to a 5% discount. Endowments, hedge funds, financial institutions, and licensed brokers only. On-going relationship desired. Please call

Kathleen at 800-706-0907
Extension 3024

### Own an Energy Conservation Business

Energy Automation Systems, Incorporated. Tap into decades of experience and skill to enjoy an exciting and profitable career as an independent EASI affiliate.

For information call 615-822-7250
or
www.energysavingbusiness.com

### Bank for Sale
### 310-376-3480
CorbettandKish.com

**WBC**
15 years of excellence

### NEW!
**CELL PHON**
Free 12 m
Be found in th
www.iCa
602-62

### Automate Packaging
Wraps, packages, boxes never used, cost 1 mil. E nents, in line scale, he electronics, pharm
Loc. B
415-576-9
www.facili

### Power Supp
16+ years, full line switching power su manufacture offsh marketing, sales and in U.S. EXTREMELY F sales $6+ million.
ibrkl7@y

### Premier Oce
Irish Pub Restaura Lauder Next door to St. Reg years. Gross $1.4 M 460 Asking price 954-40

### Northw
Commercia

## AVIATION

### PRIVATE JET HEDGING
Sentient, Marquis, Flight Options members

## BUSINESS OPPORTUNITIES

### Producing Oil & Gas Field
45 wells + room for 40 more! Net:

## BANKRUPTCIES

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re                                     ) Chapter 11
DELPHI CORPORATION, et al.,               ) Case No. 05-44481 (RDD)
                          Debtors.        ) (Jointly Administered)

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Administrative Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than **September 28, 2007 at 4:00 p.m.** (prevailing Eastern time) (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on **October 3, 2007 at 10:00 a.m.** (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:            Delphi Legal Information Website:
Toll Free: (800) 718-5305                    http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007
                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr. (JB 4711)               Kayalyn A. Marafioti (KM 9632)
George N. Panagakis (GP 0770)                Thomas J. Matz (TM 5986)
Ron E. Meisler (RM 3026)                     Four Times Square
Nathan L. Stuart (NS 7872)                   New York, New York 10036
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
        Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

## BUSINESS OPPORTUNITIES



CARUSHIKA BODYWEAR
DIVINE INVESTMENT OPPORTUNITY
...I have been an ICON to the most
remarkable women in the world.
I will now share my secret with
my investors.

## BUSINESS OPPORTUNITIES



**NUFORM**®
HIGH PRESSURE LAMINATES

**EXPRESSIONS OF INTEREST**
OFFERS ARE INVITED FOR THE PURCHASE OF
OF A COMPANY INVOLVED IN THE MANUFAC
LAMINATES IN JOHOR, MALAYSIA



The site of NUFORM® manufacturing plant in Ma

**PLANT AND MACHINERY**
Include various machineries for the manufacturing of lami
horizontal treater for paper impregnation, hot-pressing m
sanding machines, resin mixer & reactor, and

 

Impregnation Line                    Sizing Mac
Tocchio Horizontal Treater           Selco EB 110L/4
                                     Single Line
                                     Sizing Centre c/w

 

Hot Press Machine                    Sander Machine
Dieffenbacher Single Opening         Bottom Wid
Short Cycle Press Line               Sander Ty
Machine                              Nova 190/

Further information or enquiries please contact Ms.
Mr. Andrew Tey at Tel: 603-2144 2333 (Fax :603-2094 39
Kiara Kristal Sdn. Bhd. (Receiver and Manager Appoint
Kompleks Antarabangsa, Jln. Sultan Ismail, 50250 K.L. M
30th September 2007.

## BUSINESS OPPORTUNITIES

**Loan Sale**

26 year Southeastern company seeks to sell their 15 million+ home improvement loan portfolio. Each loan has a good down payment, and is performing with an average remaining term of 115 months. Customer income has been verified. Secured with a Mortgage/UCC-1 Legal filed against residential real estate. Average APR 15.9%. Average credit score 584. **All payments are automatic bank draft** Company president, with 26 years credit experience, approved each loan. Up to a 5% discount. Endowments, hedge funds, financial institutions, and licensed brokers only. On-going relationship desired. Please call

Kathleen at 800-706-0907
Extension 3024

**New! Free!**
**Cell Phone Directory**

## BUSINESS

Own
Conserv
Energy A
Incorporated. Tap
and
exciting and prof
den
For Informat

www.energ

BUSINE

Power S
16+ years, full l
switching powe
manufacture o
marketing, sales
in U.S. EXTREME
sales $6+ million
ibrk1