IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
        In re                   :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                    Debtors.    :   (Jointly Administered)
                                :
------------------------------- x


# AFFIDAVIT OF PUBLICATION OF ALICE WEBER IN THE NEW YORK TIMES

# The New York Times
229 WEST 43RD STREET • NEW YORK, NY 10036-3959

## CERTIFICATION OF PUBLICATION

SEP 1 1 2007 _____ 20 ____

I, _Alice Weber_, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

SEP 1 1 2007 _____ 20 ____

_Alice Weber_

Approved:

_Rich Ueland_

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

Hearing Date And Time: October 3, 2007 At 10:00 a.m.
Objection Deadline: September 28, 2007 At 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | ) Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) — registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on October 3, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

| Delphi Legal Information Hotline: | Delphi Legal Information Website: |
|---|---|
| Toll Free: (800) 718-5305 | http://www.delphidocket.com |
| International: (248) 813-2698 | |

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

| John Wm. Butler, Jr. (JB 4711) | Kayalyn A. Marafioti (KM 9632) |
|---|---|
| George N. Panagakis (GP 0770) | Thomas J. Matz (TM 5986) |
| Ron E. Meisler (RM 3026) | Four Times Square |
| Nathan L. Stuart (NS 7872) | New York, New York 10036 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606 | |

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

05-44481-rdd    Doc 9639    Filed 09/27/07    Entered 09/27/07 00:32:21    Main Document
Objection Deadline: September 28, 2007 at 4:00 p.m.    Pg 3 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                            ) Chapter 11
DELPHI CORPORATION, et al.,      ) Case No. 05-44481 (RDD)
                  Debtors.       ) (Jointly Administered)

**NOTICE OF MOTION FOR ORDER APPROVING (I) DISCLOSURE STATEMENT, (II) RECORD DATE, VOTING DEADLINE, AND PROCEDURES FOR TEMPORARY ALLOWANCE OF CERTAIN CLAIMS, (III) HEARING DATE TO CONSIDER CONFIRMATION OF PLAN, (IV) PROCEDURES FOR FILING OBJECTIONS TO PLAN, (V) SOLICITATION PROCEDURES FOR VOTING ON PLAN, (VI) CURE CLAIM PROCEDURES, (VII) PROCEDURES FOR RESOLVING DISPUTES RELATING TO POSTPETITION INTEREST, AND (VIII) RECLAMATION CLAIM PROCEDURES**

PLEASE TAKE NOTICE that on September 6, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed their Joint Plan of Reorganization, dated September 6, 2007 (as subsequently amended, supplemented, or otherwise modified, the "Plan"), and their Disclosure Statement with respect to the Plan (as subsequently amended, supplemented, or otherwise modified, the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that on September 6, 2007, the Debtors filed a Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date to Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the adequacy of the Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Case Management Order"), and the Order Scheduling Non-Omnibus Hearing On Debtor's Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898) (the "Scheduling Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for A-D Acquisition Holdings, LLC c/o Appaloosa Management L.P., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: Glenn M. Kurtz and Gregory Pryor), (vii) counsel for Harbinger Del-Auto Investment Company, Ltd., White & Case LLP, Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Att'n: Thomas E. Lauria) and White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Att'n: John M. Reiss and Gregory Pryor) and Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Att'n: Benjamin Mintz and Lyn Toby Fisher), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than September 28, 2007 at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of (i) the Disclosure Statement and (ii) the Motion will be held on October 3, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order and the Scheduling Order will be considered by the Bankruptcy Court at the hearing. If no objections to the Disclosure Statement or Motion are timely filed and served in accordance with the procedures set forth herein, the Case Management Order, and the Scheduling Order, the Bankruptcy Court may enter a final order approving the Disclosure Statement and granting the Motion without further notice.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Disclosure Statement, the Plan, all available exhibits and appendices to the Disclosure Statement and Plan, and all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information          Delphi Legal Information
Hotline:                          Website:
Toll Free: (800) 718-5305         http://www.delphidocket.com
International: (248) 813-2698

Dated: New York, New York, September 6, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr. (JB 4711)    Kayalyn A. Marafioti (KM 9632)
George N. Panagakis (GP 0770)
Ron E. Meisler (RM 3026)          Thomas J. Matz (TM 5986)
Nathan L. Stuart (NS 7872)        Four Times Square
333 West Wacker Drive, Suite 2100 New York, New York 10036
Chicago, Illinois 60606

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

## COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

### OFFICE SPACE (100)

**Offices–Manhattan 105**

5 Av (10 E 39/9th fl) Furnished Offices
MOVE-IN CONDITION
8x14 -$688/14x14-$1188    212-683-7550

35th St #147 W Betw. B'way & 7th Ave
whole top floor, 3500 sq ft.
NO FEE
falconproperties.com    212-302-3000

38 ST, 325 W                OFF 8th AVE
500, 700, 1400 sf. Totally reno ofcs.
New elevs, 24-hr Drmn, internet access
falconproperties.com    212-302-3000

38 ST, 262 W.    Blwn 7th-8th    NO FEE
500, 700, 1400 SQ.FT., New elevators, totally
renovated offices, internet access
FALCON PROPERTIES    212-302-3000

MADISON - PARK - 5th
500 to 5,000 SF
SMALL SPACE SPECIALISTS
HERBERT SANDERS    212-486-0313

**Office Space Other Areas 179**

FLORIDA    CAPE CANAVERAL
12,000 square feet, $7.95 per square
foot, 30 foot high ceilings, brand new.
Close to port, Space Center and Patrick
A.F. Base.    Call 914-469-6000

**Professional Offices Brooklyn 183**

PARK SLOPE    FOR RENT
Well established professional office.
Space available for Internist, Pediatrician, OB GYN, and other specialists.
Call 516-507-2971 or 516-326-2841

### RETAIL SPACE (200)

**Manhattan 205**

35 St West #147 betw. B'way & 7th Ave
4,000 sq ft    across from Macy's
NO FEE
FALCON PROPERTIES    212-302-3000

**Other Areas 285**

FLORIDA. 1 acre corner property,
Eastside of US 1 in Delray Beach,
FL, 3000 sq ft restaurant,
currently operating on site.
$2.6 Million. 561-302-3220

### COMMERCIAL & INDUSTRIAL PROPERTIES (300)

**Queens 327**

CENTRAL QUEENS
15,000 SF Yard Space for Rent.
Dorf Management -718-739-3550
www.DorfAssociates.com

### APARTMENT HOUSES (500)

**Queens 527**

QUEENS UNION TURNPIKE
$14 Million, 112 Units, plans for
expansion, golden opportunity,
great location. 631-874-7413 516-379-0273

**Dutchess County 542**

POUGHKEEPSIE
C/Poughkeepsie, 34 unit brick
building, 11% cap, $1,999,000.
845-656-1571

### INVESTMENT PROPERTIES (600)

**Investment Properties Other Areas 605**

FAR ROCKAWAY, QUEENS -Retail
strip, 34,000 sqft, development site, land
with Triple A tenants in place, priced
for quick sale. Also, other properties
available in Manhattan. 212-662-1300

### COMMERCIAL MORTGAGES (680)

**Mortgage Loans 683**

HASSLE-FREE
Short Term Mortgages
REAL ESTATE PROFESSIONALS
AND INVESTORS
...QUICK CLOSINGS
...NO PRE-PAYMENT PENALTY
NORTHERN FUNDING, LLC
212-465-2003
www.northernfunding.com
Brokers Protected    Direct Lender

### BUSINESS OPPORTUNITIES (3400)

9/11: We Will Never Forget
START YOUR BUSINESS NOW
$164.95        $234.95
NEW YORK        NEW YORK
CORPORATION    LLC
$154.95        $118.95
NEW JERSEY     DELAWARE
CORP. OR LLC   CORP. OR LLC
**COMPLETE & INCLUDES:**
State Filing Fees, Company Seal
& Book, Articles or Certificate of
Incorporation or Organization,
Minutes, Corp. ByLaws or LLC
Regulations, Stock/Membership
Certificate, Preliminary Name
Search, Attorney's Fee
CALL FOR FREE INFORMATION PACKET
www.amerilawyer.com
(800) 576-1100    (888) 336-8400
NY TOLL FREE    NJ TOLL FREE

**Capital Wanted 3402**

Earn 30% per annum financing educational loans for our business students. You charge them 16% over 5 years, and we will immediately reduce your exposure 25%, boosting your effective rate to 30%. Total investment is 37 million more or less, dispersed over 18 months. Not a start-up. Serious inquiries only. Non-disclosure and non-competition must be signed at initial appointment. Call Rudy at 914-774-8811

Young Aggressive Growth Company
Seeks Investor. $125K NEEDED.
12 mo Secured By $255,000 in Farm Acs
+ Bldgs. 12-14% APR. Terms Negot
w/possible equity participation.
Direct marketer of organic foods.
COMPANY IS GOING NATIONAL.
Call Bert: 877-411-1771 or Email:
berto@nbofoods.com. Brkrs Welcome

FUNDS NEEDED
FOR RESTAURANT
Exciting project, Northeast. Reply
ACTV167@comcast.net

**Business Connections 3410**

RETIRED NYC
Licensed Master Plumber
seeks opportunity.
Call 800-862-2209

**Food Stores 3428**

SE Florida -Gourmet Grocery
Estab. Quality Gourmet Food Market
Grossing $12 mm per year. Looking for
working partner w/talent, experience,
and equivalent. In NY for interview
with serious candidates only during the
week of September 10th. Call 305-321-6274.

PIZZERIA/RESTAURANT for sale.
Prime corner, Herald Square loc, 2000
sq ft ground and 2nd flr dining, plus full
basement kitchen. Inquire: 718-204-0656

**Routes 3443**

ALL CASH CANDY ROUTE
Do You Earn $800 in a Day?
30 Machines & Candy
All for $9,995    1-800-434-1947

**Professional Practices 3448**

GREAT OPPORTUNITY!!
For sale SPECIALTY DENTAL OFFICE located in prestigious community
in Suffolk County L.I. Three sunny
operatories. Updated equipment and
furnishings. Excellent for oral surgery,
perio, ortho, endo. Serious inquiries only. Leave message between 9AM-5PM@ (631) 495-9556 or mgrace@optonline.net

ESTABLISHED DENTAL PRACTICE
3 chair office with modern equipment.
All equipment included. Cambria
Heights area. $120,000. 732-859-1219.

PERIODONTIST WANTED for a
general group practice, mid-Suffolk,
2 days to start. fax resume
to 631-389-0013.

PEDIATRIC/Gen Medical Practice
For Sale in Heavily Populated Flatbush/Brklyn Area. Est 28 yrs, Doctor
Retiring. For More info 718-282-9690

**Miscellaneous 3454**

NYC licensed Plumbing Contractor
seeks Joint Venture w/ established
business. Must have references, must
meet criteria. Manhattan. 718-701-4664

