IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| Delphi Corporation, *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AS TO WILLIAM CLARK WATSON, ESQ.

Comes now, William Clark Watson, Esq., on behalf of Balch & Bingham LLP and requests that he be removed from the Court's electronic distribution list in regard to the above-referenced matter.

Date: September 27, 2007.

/s/ W. Clark Watson
W. Clark Watson
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
E-Mail: cwatson@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served an exact copy of the Notice of Withdraw of Appearance for W. Clark Watson upon the following by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, and to all other interested parties via the Court's CM/ECF electronic filing system on September 27, 2007.

Andrew Currie, Esq.
Caroline Rogus, Esq.
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David S. Gragg, Esq.
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, TX 78212

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin, Esq.
O'Melveny & Myers
7 Time Square
New York, NY 10036

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
153 East 53rd Street, 31st Floor
New York, NY 10022

Mateo Fowler , Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Michael O'Hayer, Esq.
22 North Walnut Street
West Chester, PA 19380

Paul J.N. Roy, Esq.
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Tracy Hope Davis, Esq.
United States Trustee Office
33 Whitehall Street, 21st Floor
New York, NY 10004

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

/s/ W. Clark Watson
OF COUNSEL