# CHESTER WILLCOX & SAXBE LLP

*Attorneys and Counselors at Law*

APRIL R. BOTT

DIRECT DIAL (614) 334-6134
abott@cwslaw.com

September 19, 2007

Kathleen Farrell-Willoughby, Clerk of Courts
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Affidavit of Legal Ordinary Course Professional**

Dear Ms. Farrell-Willoughby:

Please find enclosed the above mentioned filing. Please note that we have included one copy for United States Trustee, c/o Case Administration, one copy for Chambers, and one copy to be time-stamped and returned to Chester, Willcox & Saxbe LLP, in a prepaid, self-addressed envelope.

Respectfully,

/acc

April R. Bott

ARB/acc

Enclosures

ND: 4840-8519-6801, v. 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :
       In re                                  :     Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :     Case No. 05-44481 (RDD)
                                                        :
            Debtors.                       :     (Jointly Administered)
                                                        :
------------------------------------------------------- x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF OHIO            )
                         ) ss:
COUNTY OF FRANKLIN       )

       April R. Bott, being duly sworn, deposes and says:

1. I am a partner at Chester, Willcox & Saxbe LLP ("CWS") which firm maintains offices at 65 East State Street, Suite 1000, Columbus, Ohio 43215.

2. Neither I, CWS, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. CWS has represented and advised the Debtors on legal issues associated with compliance with state and federal environmental laws and regulations with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and CWS has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and CWS proposes, to render the following services to the Debtors: legal services in conjunction with environmental permitting and compliance matters.

5. CWS's current fees arrangement is CWS will charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates as in effect on the date such services are rendered. As of the date of this Affidavit, the normal and customary hourly rates for those professionals and paraprofessionals whom CWS anticipates will render services in this case are:



| Name | Case Hourly Rate |
|---|---|
| April R. Bott | $185.00 |
| Associates | $125.00 - $175.00 |
| Paralegals | $ 95.00 - $120.00 |

The foregoing hourly rates are subject to periodic adjustment. No increases are presently contemplated before January 1, 2008.

6. Except as set forth herein, no promises have been received by CWS or any partner, auditor or other member thereof as to compensation in connection with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. CWS has no agreement with any entity to share with such entity any compensation received by CWS.

8. CWS and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. CWS does not and will not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity, attorneys, or accounts that would be adverse to the Debtors or their estates.

9. Neither I, CWS, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which CWS is to be engaged.

10. The foregoing constitutes the statement of CWS pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*April R. Bott*
April R. Bott

Subscribed and sworn before me
this 14th day of September 2007

*Rosemary Cullison*
Notary Public

ROSEMARY L. CULLISON
Notary Public, State of Ohio
My Commission Expires 07-18-08

## CERTIFICATE OF SERVICE

April R. Bott, Partner, hereby certifies that on _September 19, 2007_ served a copy of the Affidavit of Legal Ordinary Counsel Professional upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlene Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
99330 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated: _September 19, 2007_

_April R. Bott_
APRIL R. BOTT (0066463)
Chester Willcox & Saxbe LLP
65 E. State Street, Suite 1000
Columbus, Ohio 43215
(614) 221-4000/Fax (614) 221-4012
abott@cwslaw.com
*Attorney for Delphi Corporation*

Sworn before me this _19th_ Day of _September_, 2007.

_Rosemary Cullison_
Notary Public

ROSEMARY L. CULLISON
Notary Public, State of Ohio
My Commission Expires 07-18-08