

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 20, 2007



SEP 24 2007

USBC-SDNY
RDD

<u>BY HAND AND ECF</u>

Hon. Robert D. Drain
United States Bankruptcy Judge
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004-1408

Re:   *In re Delphi Corporation, et al.*, No. 05-44481 (RDD)

Dear Judge Drain:

This Office represents various federal agencies in the above-referenced bankruptcy. I write for two reasons.

*First*, I write to enter my appearance in this case. I have assumed the representation of the federal agencies — including the Environmental Protection Agency, the Internal Revenue Service, the Department of Health and Human Services, and Customs and Border Protection (CBP) — from AUSA David Kennedy, who was promoted to a supervisory position.

*Second*, I write in response to Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and 502(c) (a) Estimating and Setting Maximum Cap on Certain Contingent or Unliquidated Claims, and (b) Approving Expedited Claims Estimation Process (the "Motion"). Debtor's Motion seeks to cap CBP's $82,643.04 claim (claim number 16127) at $20,000 for voting purposes. CBP has no objection to the motion; I write only to emphasize that CBP consents to a cap on its claim solely for voting purposes, and will continue to assert its entitlement to full payment of the claim.

Thank you for your consideration.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

By:   /s/ Matthew L. Schwartz
      MATTHEW L. SCHWARTZ
      Assistant United States Attorney
      Telephone: (212) 637-1945
      Facsimile: (212) 637-2750
      E-mail: matthew.schwartz@usdoj.gov

cc:   BY UNITED STATES MAIL AND ECF

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004