

# JOE G. TEDDER, CFC, TAX COLLECTOR
### Imperial Polk County & The State of Florida

September 19, 2007

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

RECEIVED SEP 25 2007
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

    RE:    Chapter 11 Case No. 05-44481 and 05-44640
            Debtor: DELPHI Corporation *et al.* (Delco)
            Southern District of New York

Dear Sir or Madame:

    Enclosed please find an original and one copy of the Polk County Tax Collector's Objection to the Debtors' Sale of Certain Equipment and Other Assets Free and Clear of Liens in the above-referenced matter.

    Kindly file the original document with the Court and return a conformed, file-stamped copy to the undersigned in the self-addressed, stamped envelope provided herewith.

    Thank you for your professional courtesies. Should you have any questions or concerns, please feel free to contact me directly at 863.534.4746, extension 5718, or by e-mail to sarimeador@polktaxes.com.

Sincerely,

Sari E. Meador, Paralegal
Delinquency and Enforcement

SEM/mos
Enclosures

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

In re:

DELPHI CORPORATION; DELCO, *et al.*

------------------------------x

Chapter 11
Case No. 05-44481

*original*

### JOE G. TEDDER'S *PRO SE* OBJECTION TO DEBTOR'S SALE OF CERTAIN EQUIPMENT AND OTHER ASSETS FREE AND CLEAR OF LIENS

**COMES NOW, JOE G. TEDDER, CFC,** *pro se* Creditor and the duly elected Tax Collector for Polk County, Florida (hereinafter the "Tax Collector") and a sovereign constitutional officer, pursuant to Article VII, Section 1(d), Florida Constitution, and hereby files this his Objection to Debtor's Sale of Certain Equipment and Other Assets Free and Clear of Liens and in support of same would state as follows:

1.  The Debtor maintained Tangible Personal Property in Polk County, Florida located at 5300 Old Tampa Highway in Lakeland, Florida d/b/a Delco Electronics, under Account No. 20-067948.

2.  The Debtors filed for Bankruptcy Protection under Chapter 11 on October 8, 2005. The Taxes were assessed on January 1, 2005 based upon Tax Returns filed by the Debtors. The Tax Collector's lien became a first and superior

lien on January 1, 2005. The Tangible Personal Property Tax Claim for the year 2005 should be paid in its entirety.

3. The Tax Collector filed a timely Proof of Claim for the 2005 and 2006 Tangible Personal Property Taxes based on a valid assessment from the office of the Polk County Property Appraiser.

4. The Tax Collector's claim is fully secured and a first and superior lien pursuant to Florida Statute, Chapter 197.122.

5. The Tax Collector is currently owed Tangible Personal Property *ad valorem* taxes in the amount of $619.65 if paid/post-marked by September 30, 2007.

6. The Tax Collector is entitled to interest at the rate of 18%, pursuant to Florida Statute, Chapter 197.172.

7. The Tax Collector objects to any Sale Free and Clear of Liens because the Tax Collector's Lien is a First and Superior Lien pursuant to Florida Statute, Chapter 197.122.

Furthermore, the Tax Collector finds that Tangible Personal Property from the location of Delco Electronics at 5300 Old Tampa Highway in Lakeland, Florida has bee removed in violation of Florida Statute, Chapters 818.01 and 818.03.

2

WHEREFORE, the Tax Collector respectfully requests that the remainder of his claim in the amount of $619.65, for Tangible Personal Property Taxes be paid prior to or from the proceeds of the sale. The Tax Collector maintains that his lien remains on the Tangible Personal Property.

Respectfully submitted,

*[signature]*

JOE G. TEDDER, CFC
Tax Collector *for* Polk County, Florida
Delinquency and Enforcement
P.O. Box 2016
Bartow, FL 33831-2016
863.534.4746, extension 5718
863.534.4741 - Facsimile
Creditor *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 20th day of September, 2007, the undersigned caused a true and correct copy of the foregoing document to be served upon the parties as follows:

John William Butler, Jr., Esq.
SKADDEN, ARPS *et al.*
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

and to

Kayalyn A. Marafioti, Esq.
SKADDEN, ARPS, *et al.*
Four Times Square
New York, NY 10036
Counsel to Debtors and Debtors-in-Possession

*[signature]*

JOE G. TEDDER, CFC
Delinquency and Enforcement
Tax Collector *for* Polk County, Florida
Creditor *pro se*

3

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 29,520 | | 29,520 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATION
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
232819000000022050

**PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721**

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| C100 POLK COUNTY | | | 29,520 | |
|   GENERAL REVENUE FUND | 7.5270 | | 29,520 | 222.20 |
|   ENV LAND AQUIST FUND | 0.1000 | | 29,520 | 2.95 |
|   LAND MGMT TRUST FUND | 0.1000 | | 29,520 | 2.95 |
|   TRANSPORTATION/ROADS | 1.0000 | | 29,520 | 29.52 |
| S200 POLK COUNTY SCHOOL BOAR | | | 29,520 | |
|   GENERAL FUND | 6.0780 | | 29,520 | 179.43 |
|   LOCAL CAPITAL IMP. | 2.0000 | | 29,520 | 59.04 |
| T510 CITY OF LAKELAND | 3.5450 | | 29,520 | 104.65 |
| WHB HILLSBORO RIVER BASIN | 0.2850 | | 29,520 | 8.41 |
| WSW SOUTHWEST FLORIDA WATER | 0.4220 | | 29,520 | 12.46 |
| MLK LAKELAND AREA MASS TRAN | 0.4880 | | 29,520 | 14.41 |
| **TOTAL MILLAGE** | **21.5450** | | **AD VALOREM TAXES** | **636.02** |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS

| COMBINED TAXES AND ASSESSMENTS | 636.02 | PAY ONLY ONE AMOUNT | See reverse side for important information. |
|---|---|---|---|

| | If Paid By Please Pay | Sep 30 2007 619.65 | Oct 31 2007 626.96 | Nov 30 2007 634.28 | |
|---|---|---|---|---|---|

◀ IF PAID B

RETAIN THIS PORTION FOR YOUR RECORDS

---

JOE G. TEDDER    2005 Delinquent TANGIBLE   2014522.0000
POLK COUNTY TAX COLLECTOR    NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 29,520 | | 29,520 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATIO
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
232819000000022050

**PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721**

| | If Paid By Please Pay | Sep 30 2007 619.65 | Oct 31 2007 626.96 | Nov 30 2007 634.28 | |
|---|---|---|---|---|---|

0000000000  0000048791  00000020145220000  0002 0