**Hearing Date: September 28, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
          In re                               :     Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :     Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :     (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWELFTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing:</u>        United States Bankruptcy Court for the Southern District of New
                                York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.     Introduction

    B.     Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (7 Matters)

         1)     Third Omnibus Objection Matters (2 Matters)

         2)     Eighth Omnibus Objection Matters (1 Matter)

         2)     Ninth Omnibus Objection Matters (1 Matter)

         4)     Thirteenth Omnibus Objection Matters (3 Matters)

    C.     Contested Omnibus Claims Objection Matters (3 Matters)

**B.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

**1)  Third Omnibus Claims Objection Matter**

    1.    **"Claims Objection Hearing Regarding Claim Of PD George"** – Claims Objection Hearing Regarding Claim Of PD George As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of PD George To Debtors' Third Omnibus Objection To Claims (Docket No. 5765)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books* |

*And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10126 (PD George Co. And Longacre Master Fund Ltd.) (Docket No. 9537)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

2.    **"Claims Objection Hearing Regarding Claim Of A-1 Specialized Services"** – Claims Objection Hearing Regarding Claim Of A-1 Specialized Services As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*          *Response To Third Omnibus Claims Objection By A-1 Specialized Services & Supplies, Inc. (Docket No. 5850)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

3

> *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 644 (A-1 Specialized Services & Supplies, Inc.) (Docket No. 9540)*

Status:    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 2) Eighth Omnibus Claims Objection Matter

3.    **"Claims Objection Hearing Regarding Claim Of Intermet Corporation and SPCP Group LLC as assignee of Intermet Corporation"** – Claims Objection Hearing Regarding Claim Of Intermet Corporation and SPCP Group LLC as assignee of Intermet Corporation As Objected To On The Debtors' Eighth Omnibus Objection (Procedural) Pursuant To  11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate  And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims,  And (D) Protective Claims (Docket No. 6962)

Responses Filed:    *Response To Motion Of Delphi Corporation's Eighth Claim Objection  Filed On Behalf Of Intermet Corporation (Docket No. 7280)*

Reply Filed:    *Debtors' Omnibus Reply In Support Of Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 7369)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007  Disallowing And Expunging (A) Duplicate And Amended Claims And (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims And (D) Protective Claims Identified In Eighth Omnibus Claims Objection (Docket No. 7516)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order (I) Compromising And Allowing Proof Of Claim Number 14489 And (II) Disallowing And Expunging Proof Of Claim Numbers 14107 And 15770 (SPCP Group, L.L.C. And Intermet Corporation) (Docket No. 9536)*

4

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

**3)  Ninth Omnibus Claims Objection Matter**

4.    **"Claims Objection Hearing Regarding Claim Of Mapes Piano Company"** –
Claims Objection Hearing Regarding Claim Of Mapes Piano Company As
Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To
11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records,
(C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Response Filed:*          *Response In Re: Claim 9521 Filed By The Mapes Piano String Company (Docket No. 7358)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7507)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 9521 (Mapes Piano String Company) (Docket No. 9538)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

**4)  Thirteenth Omnibus Claims Objection Matter**

5.    **"Claims Objection Hearing Regarding Claim Of Millwood Inc. d/b/a Liberty
Industries, Inc."** – Claims Objection Hearing Regarding Claim Of Millwood Inc.
d/b/a Liberty Industries, Inc. As Objected To On The Debtors' Thirteenth Omnibus
Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely

5

Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

| | |
|---|---|
| *Response Filed:* | *Response Of Millwood Inc., dba Liberty Industries, Inc's Response To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8003)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10218 (Millwood, Inc. D/B/A Liberty Industries, Inc.) (Docket No. 9539)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

6.    **"Claims Objection Hearing Regarding Claim Of St. Louis County Collector of Revenue"** – Claims Objection Hearing Regarding Claim Of St. Louis County Collector of Revenue As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely

Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax
Claims Subject To Modification, And Claims Subject To Modification And
Reclamation Agreement (Docket No. 7825)

| | |
|---|---|
| *Response Filed:* | *Response To Debtor's Objection To Claims Nos. 355, 356 And 357 In The Thirteenth Omnibus Filed By Collector Of Revenue, St. Louis County, Missouri (Docket No. 8142)* |
| | *Letter To Judge Drain Regarding Response Of Saint Louis County Collector of Revenue (Docket No. 8143)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 355, 356, And 357 (Collector Of Revenue For St. Louis County, Missouri) (Docket No. 9541)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

7

7.    **"Claims Objection Hearing Regarding Claim Of SPCP/Multek Flexible Circuits, Inc"** – Claims Objection Hearing Regarding Claim Of SPCP/Multek Flexible Circuits, Inc As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

|  |  |
|---|---|
| *Response Filed:* | *Response And Objection Of SPCP GROUP, LLC To The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8078)* |
|  | *Response Of Multek Flexible Circuits, Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8096)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)* |

> *Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)*
>
> *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 13815 (Multek Flexible Circuits, Inc. And SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd.) (Docket No. 9542)*

Status:          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## C.    Contested Matters

8.    **" Hearing Regarding Motion Of Marsilli & Co. S.p.A "** – Motion Of Marsilli & Co. S.p.A. For An Enlargement Of Time For Filing Proof Of Claim Pursuant To Rule 9006(b) Of The Federal Rules Of Bankruptcy Procedure (Docket No. 9113)

Response Filed:          *Debtors' Objection To Motion Of Marsilli & Co. S.P.A. For An Enlargement Of Time For Filing Proof Of Claim Pursuant To Rule 9006(B) Of The Federal Rules Of Bankruptcy Procedure (Docket No. 9479)*

Reply Filed:          *None*

Related Filings:          *Declaration  Of Anna Maria Cottarelli In Support Of Motion Of Marsilli & Co. S.p.A. For An Enlargement Of Time For Filing Proof Of Claim Pursuant To Rule 9006(b) Of The Federal Rules Of Bankruptcy Procedure (Docket No. 9367)*

*Declaration Of Noticing Agent Regarding Service Of Bar Date Notice On Marsilli & Co. S.P.A. (Docket No. 9606)*

Status:          *The hearing with respect to this matter will be proceeding.*

9.    **"Hearing Regarding Motion Of Arkema Inc."** – Arkema Inc.'s Motion For Leave To File Late Claim (Docket No. 9272)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Arkema Inc.'s Motion For Leave To File Late Claim (Docket No. 9480)* |
| *Reply Filed:* | *None* |
| *Related Filings:* | *Declaration of John Lutz in Support of Arkema Inc.'s Motion for Leave to File Late Claim (Docket No. 9554)* |
| | *Declaration (Supplemental) of John Lutz in Support of Arkema Inc.'s Motion for Leave to File Late Claim (Docket No. 9611)* |
| | *Supplemental Declaration Of Noticing Agent Regarding Service Of Bar Date Notice On Arkema Inc. (Docket No. 9629)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

10. **"Claims Objection Hearing Regarding Claim Of Stephanie Gray"** – Claims Objection Hearing Regarding Claim Of Stephanie Gray As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Claim No. 16384) (Docket No. 6585);

**"Claims Objection Hearing Regarding Claim Of US Xpress Enterprises Inc. Eft"** – Claims Objection Hearing Regarding Claim Of US Xpress Enterprises Inc. Eft As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Claim No. 13806) (Docket No. 6585)

**"Claims Objection Hearing Regarding Claim Of Clark, Thomas & Winters PC"** – Claims Objection Hearing Regarding Claim Of Clark, Thomas & Winters PC As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Claim No. 16454) (Docket No. 6968);

**"Claims Objection Hearing Regarding Claim Of David Wright"** – Claims Objection Hearing Regarding Claim Of David Wright As Objected To On The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Claim No. 16474) (Docket No. 7301)

|  |  |
|---|---|
| *Response Filed:* | *Response To Objection To Claim Of Stephanie Gray (Docket No. 6944),* |
|  | *US Xpress Enterprises Inc. Eft's Response To Debtors' Seventh Omnibus Objection To Claims (Docket No. 6895)* |
|  | *Response of Clark, Thomas & Winters PC to Debtors' Ninth Omnibus Objection (Docket No. 7115)* |
|  | *Response To Debtors' Eleventh Omnibus Objection Filed By David Wright (Docket No. 7751)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |
|  | *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)* |
|  | *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)* |
|  | *Debtors' Supplemental Reply In Support Of Debtors' Omnibus Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (Docket No. 9543)* |
| *Related Filings:* | *None.* |

11

Status:                    *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
        September 27, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                            - and -

                    By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession