**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )    Chapter 11
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
                    Debtors.                                )
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David G. Dragich, a member in good standing of the bar in the State of Michigan, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Peugeot Japy Industries SA., a creditor in the above referenced case.

Mailing address: Foley & Lardner LLP, One Detroit Center, 500 Woodward Ave., Suite 2700, Detroit, MI 48226

E-mail address: ddragich@foley.com; telephone number (313) 234-7111

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 26, 2007
Detroit, Michigan                                   /s/ David G. Dragich
                                                      David G. Dragich

NYC_50186.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )   Chapter 11
DELPHI CORPORATION, et al.,                                  )   Case No. 05-44481 (RDD)
                                                             )   Jointly Administered
         Debtors.                                            )
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

David G. Dragich, a member in good standing of the bar in the State of Michigan, having requested admission, ***pro hac vice***, to represent Peugeot Japy Industries SA., a creditor in the above referenced case.

**ORDERED**,

That David G. Dragich, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, providing that the filing fee has been paid.

Dated: _____, 2007
       New York, New York

                                                                    _____
                                                                    Honorable Robert D. Drain

2

NYC_50186.1