BOSE MCKINNEY & EVANS LLP
Carina M. de la Torre
Indiana Attorney No. 24849-49
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN  46204
(317)  684-5000
(317)  684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

### ORDER OF ADMISSION OF CARINA DE LA TORRE
### TO PRACTICE, *PRO HAC VICE*

Carina M. de la Torre, a member in good standing of the bar in the State of Indiana and the bar for the United States District Court for the Northern and Southern Districts of Indiana, having requested admission, *pro hac vice*, to represent Eikenberry & Associates, Inc., Lorentson Manufacturing Company, Inc., Lorentson Manufacturing Company Southwest, Inc., Lorentson Tooling, Inc., L and S Tools, Inc., and Decatur Plastic Products, Inc., creditors in the above-referenced case.

**ORDERED,** that Carina M. de la Torre, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York

_____
United States Bankruptcy Judge

973363/maw  (9911-2)