Hearing Date:    September 28, 2007 at 10:00 a.m. (ET)

HAHN & HESSEN LLP
Mark T. Power (MP 1607)
Jeffrey Zawadzki (JZ 1656)
488 Madison Avenue
New York, New York 10022
Tel: (212) 478-7200
Fax: (212) 478-7400

-and-

MILES & STOCKBRIDGE P.C.
Richard L. Costella
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464

*Attorneys for Marsilli & Co. S.p.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              :
                                                    :
                                                    :    Chapter 11
DELPHI CORPORATION, *et al*.,                       :    Case No.: 05-44481 (RDD)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF MARSILLI & CO. S.P.A. FOR AN
ENLARGEMENT OF TIME FOR FILING PROOF OF CLAIM PURSUANT TO RULE
9006(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Marsilli & Co. S.p.A., by its undersigned counsel, hereby withdraws its *Motion of Marsilli & Co. S.p.A. for an Enlargement of Time for Filing Proof of Claim Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure,* dated August 17, 2007 [Docket No. 9113].

Dated: September 27, 2007
       New York, New York

                                     **HAHN & HESSEN LLP**

                                 */s/ Mark T. Power*
                                 Mark T. Power (MP 1607)
                                 Jeffrey Zawadzki (JZ 1656)
                                 488 Madison Avenue
                                 New York, New York 10022
                                 Tel:  (212) 478-7200
                                 Fax:  (212) 478-7400

                                          -and-

MILES & STOCKBRIDGE P.C.
Richard L. Costella
Patricia A. Borenstein
10 Light Street
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700

*Attorneys for Marsilli & Co. S.p.A.*