UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et.al.<br><br>Debtors in Possession. | Case No. 05-44481 (RDD)<br>Chapter 11<br>(Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST TO BE PLACED ON SERVICE LIST, AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rules 2002, and 9010, the undersigned hereby submits this Notice of Appearance, Request to Be Placed on Service List, and Reservation of Rights ("Notice of Appearance") and notes its appearance on behalf of creditor Tecnomec S.r.L. and requests a copy of all notices given and all papers (including pleadings, motions, applications, complaints, orders and reports) served or otherwise filed in the above-captioned bankruptcy case, be served upon the undersigned at the mailing address, e-mail address, and facsimile number set forth below.

> Roberto Carrillo, Esq.
> Garvey Schubert Barer
> 100 Wall Street, 20th Floor
> New York, NY 10005
> Telephone: (212) 965-4511
> Facsimile: (212) 334-1278
> E-Mail: rcarrillo@gsblaw.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Please take further notice neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive the right of Tecnomec S.r.L. (1) to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, or recoupments are expressly reserved.

**GARVEY SCHUBERT BARER**

By:  /s/ Robert Carrillo
Robert Carrillo, Esq. (RC-0721)
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, NY 10005
(212) 965-4511

Attorneys for Tecnomec S.r.L.

Dated: September 27, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et.al.

Debtors in Possession.

Case No. 05-44481 (RDD)
Chapter 11
(Jointly Administered)

**DECLARATION OF SERVICE**

David Gerard, under penalty of perjury, declares and says:

1. I am over eighteen years of age and I am not a party to this action.

2. On September 27, 2007, I caused the NOTICE OF APPEARANCE, REQUEST TO BE PLACED ON SERVICE LIST, AND RESERVATION OF RIGHTS to be served by the method indicated below to:

[X] via first class mail, postage prepaid
[_] via certified mail, return receipt requested
[_] via overnight mail
[_] via facsimile transmission
[_] via hand delivery

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
CT
30600 Telegraph Road
Bingham, MI 48025
*Corporate agent for Delphi Corporation*

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue

John Wm. Butler, Jr.
John K. Lyons
Randall G. Reese
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245

New York, NY 10022

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2007.

_____
David Gerard