ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                            :
**In re:**                                  :    **Chapter 11**
                                            :
    **DELPHI CORPORATION, *et. al.*,**      :    **Case No. 05-44481 (RDD)**
                                            :
                            **Debtors.**    :    **Jointly Administered**
-------------------------------------------------------------x

**NOTICE OF SUBSTITUTION OF COUNSEL**
**FOR FURUKAWA ELECTRIC COMPANY, LTD. AND**
<u>**FURUKAWA ELECTRIC NORTH AMERICA APD, INC.**</u>

Furukawa Electric Company, Ltd. and Furukawa Electric North America APD,
Inc. (collectively "Furulkawa") hereby gives notice of substitution of counsel as follows:

1.      Furukawa's has retained Alston & Bird LLP to serve as counsel with
respect to all matters arising out of or related to Proof of Claim Nos. 10574 and 12347.

Furukawa's former counsel of record is:

VARNUM, RIDDERING,                     DICONZA LAW, P.C.
SCHMIDT & HOWLETT LLP                  Gerard DiConza
Michael S. McElwee                     630 Third Avenue
333 Bridge Street, N.W.                New York, New York 10017
Suite 1700                             Telephone: (212) 682-4940
Grand Rapids, MI 49504
Telephone: (616) 336-6827

2.    All parties should direct future contact, notices, e-filings, pleadings, motions, and correspondence to counsel at Alston & Bird LLP as follows:

> Dennis J. Connolly
> David A. Wender
> Alston & Bird LLP
> 1201 West Peachtree Street
> Atlanta, GA  30309-3424
> Telephone: (404) 881-7269
> Email: dennis.connolly@alston.com
> Email: david.wender@alston.com

Dated: September 27, 2007

ALSTON & BIRD LLP

By:    /s/ Dennis J. Connolly
       DENNIS J. CONNOLLY (DC 9932)

1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd. and Furukawa Electric North America APD, Inc.*

ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                              :
**In re:**                                    :     **Chapter 11**
                                              :
    **DELPHI CORPORATION, *et. al.*,**        :     **Case No. 05-44481 (RDD)**
                                              :
                          **Debtors.**        :     **Jointly Administered**
------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF GEORGIA          )
                          )        ss:
COUNTY OF FULTON          )

     DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

     1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

     2.    On the 27th day of September 2007, I caused true and correct copies of the **Notice of Substitution of Counsel for Furukawa Electric Company, Ltd. and**

**Furukawa Electric North America APD, Inc.** to be delivered by depositing said copies

in the United States Mail, with adequate First Class postage affixed thereon, properly

addressed to the parties listed on the Service List attached hereto as Exhibit "A."

   FURTHER AFFIANT SAYETH NOT.

         /s/ David A. Wender
         DAVID A. WENDER

Sworn to and subscribed before me
this 27th day of September 2007.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires:

July 14, 2008

## EXHIBIT A

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom<br>Attn: John Win. Butler, Jr.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, New York 10017 | Davis Polk & Wardel<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017 |
| Latham & Watkins LLP<br>Attn: Robert S. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 | Fried, Frank, Harris, Shriver<br>  & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, New York 10004 |
| Offices of the US Trustee for the<br>Southern District of New York<br>Attn: A1icia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | Togut Sgeal & Segal LLP<br>Attn: Neal Berger<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |