B210
(12/04)

# United States Bankruptcy Court

## Southern District of New York

| | |
|---|---|
| In re DELPHI CORPORATION, *et al.* | Case No. 05-44481 (RDD) |
| Delphi Connections Systems | Jointly Administered |

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>Debt Acquisition Company of America V, LLC</u> | <u>EV ROBERTS</u> |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |

Debt Acquisition Company of America V, LLC
Attn: Tom Scheidt
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone: (619) 220-8900

| | |
|---|---|
| Last Four Digits of Acct #: | Last Four Digits of Acct. #: |

| | |
|---|---|
| Name and Address where transferee payments Should be sent (if different from above) | Name and Current Address of Transferor |

EV ROBERTS
PO BOX 4907
18027 BISHOP AVE
CARSON CA 90749

| | |
|---|---|
| Phone: Same as Above | Phone: |

| | |
|---|---|
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |

Court Claim # (If known): 1355
Claim Amount: $660.28
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*Tom Scheidt*

By: _____          Date: September 27, 2007
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.  152 &3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                          CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al.,*
DELPHI CONNECTIONS SYSTEMS

Debtors.

)   Chapter 11
)   Case No. 05-44481 (RDD)
)
)   Jointly Administered
)
)   **NOTICE OF TRANSFER OF CLAIM**
)   **OTHER THAN FOR SECURITY AND**
)   **WAIVER OF NOTICE**
)   Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the *filed* claim of EV ROBERTS ("Transferor") against the Debtor in the amount of $660.28 *(Claim No. 1355) as listed within the claims register,* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $660.28 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
EV ROBERTS
PO BOX 4907 18027 BISHOP AVE CARSON CA 90749

Print Name __Carlos Rubalcava__          Title __Account Manager.__

Signature __[signature]__          Date __05/02/06__

Updated Address (if needed) _____

Phone(__) _____   Fax(__) _____   E-Mail _crubalcava @ evroberts .com_

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature:          __[signature]__
                    Traci Fette

Mail Ref# 7-330
2585458

B210
(12/04)

# United States Bankruptcy Court

## Southern District of New York

| | |
|---|---|
| In re DELPHI CORPORATION, *et al.* | Case No. 05-44481 (RDD) |
| Delphi Connections Systems | Jointly Administered |

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

<u>Debt Acquisition Company of America V, LLC</u>           <u>FAI ELECTRONICS</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee should be sent     Court Record Address of Transferor
                                                                (Court Use Only)

Debt Acquisition Company of America V, LLC
Attn: Tom Scheidt
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

Phone:  (619) 220-8900
Last Four Digits of Acct #:                                Last Four Digits of Acct. #:

Name and Address where transferee payments                 Name and Current Address of Transferor
Should be sent (if different from above)

                                                           FAI ELECTRONICS
                                                           390 S. GERONIMO STREET
                                                           SUITE 204
                                                           DESTIN FL 32550

Phone:  Same as Above                                      Phone:

Last Four Digits of Acct. #:                               Last Four Digits of Acct. #:

Court Claim # (If known): 262
Claim Amount: $138.00
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*[signature: Tom Scheidt]*

By: _____                                 Date: September 27, 2007
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.  152 &3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                         _____
                                                           CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, *et al.*,
DELPHI CONNECTIONS SYSTEMS

Debtors.

)   Chapter 11
)   Case No. 05-44481 (RDD)
)
)   Jointly Administered
)
)   NOTICE OF TRANSFER OF CLAIM
)   OTHER THAN FOR SECURITY AND
)   WAIVER OF NOTICE
)   Bankruptcy Rule 3001(e)(2)

PLEASE TAKE NOTICE that the *filed* claim of FAI ELECTRONICS ("Transferor") against the Debtor in the amount of $138.00 *(Claim No. 262) as listed within the claims register* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $138.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
FAI ELECTRONICS
390 S. GERONIMO STREET SUITE 204 DESTIN FL 32550

Print Name ___Tony Manthey___                    Title ___SAM___

Signature _____                        Date ___8-11-06___

Updated Address (if needed) _____

Phone (850) 650-9660   Fax (850) 650-9588   E-Mail _____

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310 San Diego, CA 92108

Signature: _____
            Traci Ford

Mail Refff 7-69
2903463

1