**FOLEY & LARDNER LLP**
Lori V. Vaughan
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Judy A. O'Neill (admitted *Pro Hac Vice*)
David G. Dragich (*Pro Hac Vice* pending)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )
                                                            )   Chapter 11
DELPHI CORPORATION, et al.,                                 )   Case No. 05-44481 (RDD)
                                                            )   Jointly Administered
          Debtors.                                          )
------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, hereby certifies that she caused a copy of the **Objection of Peugeot Japy Industries SA to Debtors' Disclosure Statement and Solicitation Procedures Motion**, along with this Certificate of Service, to be served on September 28, 2007 upon the following parties – by electronic mail and hand delivery:

| | |
|---|---|
| Delphi Corporation<br>Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy MI 48098<br>sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com<br>*Debtors* | United States Trustee<br>Alicia M. Leonhard<br>33 Whitehall Street<br>21st Floor<br>New York NY 10004-2112<br>*Counsel to United States Trustee* |

DETR.460727

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, John K. Lyons,
Ron E. Meisler
333 W. Wacker Dr., Suite 2100
Chicago IL 60606
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com
*Counsel to the Debtor*

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
425 Lexington Avenue
New York NY 10017
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com
*Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A.*

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York NY 10022
robert.rosenberg@lw.com
*Counsel to Official Committee of Unsecured Creditors*

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti, Thomas J. Matz
4 Times Square
P.O. Box 300
New York NY 10036
kmarafio@skadden.com
tmatz@skadden.com
*Counsel to the Debtor*

Davis, Polk & Wardwell
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York NY 10017
donald.bernstein@dpw.com
brian.resnick@dpw.com
*Counsel to Debtor's Postpetition Administrative Agent*

Fried, Frank, Harris, Shriver & Jacobson
Brad Eric Sheler, Bonnie Steingart, Vivek Melwani
Jennifer L Rodburg, Richard J Slivinski
One New York Plaza
New York NY 10004
rodbuje@ffhsj.com
sliviri@ffhsj.com
*Counsel to Equity Security Holders Committee*

McTigue Law Firm
J. Brian McTigue
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite 350
Washington DC 20015
bmctigue@mctiguelaw.com
conh@mctiguelaw.com
*Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees*

2

DETR.460727

And to be served upon the following party by email and overnight Federal Express delivery:

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood Boulevard
Tenth Floor
St. Louis MO 63105
ddoyle@spencerfane.com
*Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retiree*

Dated: September 28, 2007

Respectfully submitted,

FOLEY & LARDNER, LLP

*/s/ Kathy Rose*
Kathy Rose, Legal Administrative Assistant
500 Woodward Ave., Suite 2700
Detroit, MI 48226
313-234-7100
krose@foley.com

DETR.460727