**FOLEY & LARDNER LLP**
Lori V. Vaughan
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Judy A. O'Neill (admitted *Pro Hac Vice*)
David G. Dragich (*Pro Hac Vice* pending)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )    Chapter 11
DELPHI CORPORATION, et al.,                                  )    Case No. 05-44481 (RDD)
                                                             )    Jointly Administered
            Debtors.                                         )
------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, hereby certifies that she caused a copy of **Objection of SABIC Innovative Plastics US LLC to Debtors' Disclosure Statement and Solicitation Procedures Motion**, along with this Certificate of Service, to be served on September 28, 2007 upon the following parties – by electronic mail and hand delivery:

| | |
|---|---|
| Delphi Corporation<br>Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy MI 48098<br>sean.p.corcoran@delphi.com<br>karen.j.craft@delphi.com<br>*Debtors* | United States Trustee<br>Alicia M. Leonhard<br>33 Whitehall Street<br>21st Floor<br>New York NY 10004-2112<br>*Counsel to United States Trustee* |

DETR.460726

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>John Wm. Butler, John K. Lyons,<br>Ron E. Meisler<br>333 W. Wacker Dr., Suite 2100<br>Chicago IL 60606<br>jbutler@skadden.com<br>jlyonsch@skadden.com<br>rmeisler@skadden.com<br>*Counsel to the Debtor* | Skadden, Arps, Slate, Meagher & Flom LLP<br>Kayalyn A. Marafioti, Thomas J. Matz<br>4 Times Square<br>P.O. Box 300<br>New York NY 10036<br>kmarafio@skadden.com<br>tmatz@skadden.com<br>*Counsel to the Debtor* |
| Hon. Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Davis, Polk & Wardwell<br>Donald Bernstein<br>Brian Resnick<br>450 Lexington Avenue<br>New York NY 10017<br>donald.bernstein@dpw.com<br>brian.resnick@dpw.com<br>*Counsel to Debtor's Postpetition Administrative Agent* |
| Simpson Thatcher & Bartlett LLP<br>Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>425 Lexington Avenue<br>New York NY 10017<br>kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com<br>*Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A.* | Fried, Frank, Harris, Shriver & Jacobson<br>Brad Eric Sheler, Bonnie Steingart, Vivek Melwani<br>Jennifer L Rodburg, Richard J Slivinski<br>One New York Plaza<br>New York NY 10004<br>rodbuje@ffhsj.com<br>sliviri@ffhsj.com<br>*Counsel to Equity Security Holders Committee* |
| Latham & Watkins LLP<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York NY 10022<br>robert.rosenberg@lw.com<br>*Counsel to Official Committee of Unsecured Creditors* | McTigue Law Firm<br>J. Brian McTigue<br>Cornish F. Hitchcock<br>5301 Wisconsin Ave. N.W., Suite 350<br>Washington DC 20015<br>bmctigue@mctiguelaw.com<br>conh@mctiguelaw.com<br>*Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees* |

DETR.460726

And to be served upon the following party by email and overnight Federal Express delivery:

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood Boulevard
Tenth Floor
St. Louis MO 63105
ddoyle@spencerfane.com
*Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retiree*

|  |  |
|---|---|
| Dated: September 28, 2007 | Respectfully submitted, |
|  | FOLEY & LARDNER, LLP |
|  | */s/ Kathy Rose* |
|  | Kathy Rose, Legal Administrative Assistant |
|  | 500 Woodward Ave., Suite 2700 |
|  | Detroit, MI 48226 |
|  | 313-234-7100 |
|  | krose@foley.com |