DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Lawrence J. Kotler, Esquire
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
      and
Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for ACE Companies

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 28th day of September, 2007, I did cause a true and correct copy of the following papers to be served by electronic mail or facsimile (as noted) and first class mail, postage prepaid (unless otherwise noted) upon the parties listed on the attached service list:

1. Limited Objection of The ACE Companies To Disclosure Statement With Respect To Joint Plan of Reorganization of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession; and

2. the within Certificate of Service

                                              /s/ *Lawrence J. Kotler*
                                              Lawrence J. Kotler, Esquire

DM3\568416.1

**SERVICE LIST**

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
Courtroom: 610
New York, NY 10004-1408
**(Via Hand Delivery)**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: General Counsel
Facsimile: 248-813-2673
**(Via Facsimile and First Class Mail)**

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attention: John Wm. Butler, Jr.
jbutler@skadden.com
John K. Lyons
jlyonsch@skadden.com
Joseph N. Wharton
jwharton@skadden.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attention: Donald Bernstein
donald.bernstein@dpw.com
Brian Resnick
brian.resnick@dpw.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attention: Robert J. Rosenberg
robert.rosenberg@lw.com
Mark A. Broude
mark.broude@lw.com

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attention: Bonnie Steingart
steinbo@friedfrank.com

DM3\568416.1

2

White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attention:  Thomas E. Lauria
tlauria@whitecase.com

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attention:  Glenn M. Kurtz
gkurtz@whitecase.com
Gregory Pryor
gpryor@whitecase.com

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attention:  John M. Reiss
jreiss@whitecase.com
Gregory Pryor
gpryor@whitecase.com

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Attention: Benjamin Mintz
bmintz@kayescholer.com
Lyn Toby Fisher
lfisher@kayescholer.com

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attention:  Alicia M. Leonhard
Facsimile:  (212) 668-2255
**(Via Facsimile and First Class Mail)**