SIDLEY AUSTIN LLP
Geoffrey T. Raicht (GR 2392)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

– and –

Jonathan D. Gordon
Richard M. Park
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Federal-Mogul Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) s.s.: |
| COUNTY OF NEW YORK | ) |

1. EILEEN A. MCDONNELL, deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On September 20, 2007 I caused to be served a true and correct copy of the **Response of Federal-Mogul Corporation to Debtors' Twentieth Omnibus Objection to Claims (Claim No. 1111)** by email and by hand upon (i) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West

2

Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn.: John Wm. Butler, Jr., John K. Lyons, Joseph N. Wharton; and by Federal Express for overnight delivery upon (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: General Counsel.

/s/Eileen A. McDonnell_____
EILEEN A. MCDONNELL

Sworn to before me this
28th day of September, 2007

/s/Cynthia D. Martin_____
    Notary Public
Cynthia D. Martin
Notary Public, State of New York
No. 03-5009896
Qualified in New York County
Commission Expires March 22, 2011

2

NY1 6345265v.1