UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

### ORDER TEMPORARILY ALLOWING CLAIMS OF BANK OF AMERICA FOR PURPOSE OF PLAN VOTING PURSUANT TO FED. R. BANKR. P. 3018(a)

Upon the motion (the "Motion")[1] of Bank of America, N.A. for Entry of Order Temporarily Allowing Claims for Voting on Plan Pursuant to Fed. R. Bankr. P. 3018(a); and due and adequate notice of the Motion having been given; and it appearing that no other or further notice be given; and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, the Debtors' estates and their creditors; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Bank of America is entitled to file a provisional ballot in the full amounts of the Proofs of Claim pending the Debtors' decision to assume or reject one or more of the Leases.

2. In the event that one or both of the Leases is rejected, the portion of the Proofs of Claim reflecting the damages arising from rejection of the Lease or the Leases is temporarily allowed solely for the purpose of voting on the Plan.

---

[1] All capitalized terms used but not defined herein shall have the same meanings given to them in the Motion.

3.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order

Dated: New York, New York
  November __, 2007

---

United States Bankruptcy Judge