BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served:  -  **NOTICE OF MOTION OF BANK OF AMERICA, N.A. FOR ENTRY OF ORDER TEMPORARILY ALLOWING CLAIMS FOR VOTING ON PLAN PURSUANT TO FED. R. BANKR. P. 3018(a)**

-  **MOTION OF BANK OF AMERICA, N.A. FOR ENTRY OF ORDER TEMPORARILY ALLOWING CLAIMS FOR VOTING ON PLAN PURSUANT TO FED. R. BANKR. P. 3018(a)**

-  **(PROPOSED) ORDER TEMPORARILY ALLOWING CLAIMS FOR VOTING ON PLAN PURSUANT TO FED. R. BANKR. P. 3018(a)**

The undersigned certifies that, in accordance with Case Management Order, a copy of the documents listed above was served upon the parties listed in the **Court's Master Service List** at their respective addresses by overnight mail and email and the **Court's 2002 List** at their

respective addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service: September 28, 2007       I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg (Admitted Pro Hac Vice)
Barnes & Thornburg LLP