In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| 2088343 ONTARIO LIMITED<br>2125 WYECROFT RD<br>OAKVILLE, ON L6L 5L7<br>CANADA | 4769 | UNL | 05/04/2006 | $297,095.72 |
| ALLIANCE PRECISION PLASTICS CO<br>HANCOCK & ESTABROOK LLP<br>AS ATTYS FOR ALLIANCE PRECISION PLASTICS<br>1500 TOWER I PO BOX 4976<br>SYRACUSE, NY 13221-4976 | 11574 | $37,451.44 | 07/27/2006 | $37,451.00 |
| ARC AUTOMOTIVE INC<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921 | 9151 | $1,073,139.28 | 07/10/2006 | $925,476.40 |
| AUTOMODULAR ASSEMBLIES INC<br>MCCARTER & ENGLISH LLP<br>245 PARK AVE 27TH FL<br>NEW YORK, NY 10167 | 15018 | $549,277.73 | 07/31/2006 | $549,277.73 |
| BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | 1703 | $59,962.24 | 01/30/2006 | $59,962.24 |
| BYRON G HURST<br>E S GALLON & ASSOCIATES<br>40 WEST 4TH ST STE 2200<br>DAYTON, OH 45402 | 2285 | UNL | 03/14/2006 | $10,000.00 |
| CARLISLE ENGINEERED PRODUCTS INC<br>CARLISLE COMPANIES INCORPORATED<br>250 S CLINTON ST STE 201<br>SYRACUSE, NY 13202 | 11910 | $4,868,870.27 | 07/28/2006 | $4,868,870.27 |

*UNL stands for unliquidated

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| CELESTICA INC AND ITS SUBSIDIARIES<br>KAYE SCHOLER LLP<br>425 PARK AVE<br>NEW YORK, NY 10022 | 12813 | $1,799,626.39 | 07/28/2006 | $1,799,626.39 |
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5087 | $31,423.21 | 05/08/2006 | $31,423.21 |
| CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 10123 | $322,860.53 | 07/21/2006 | $322,860.53 |
| GEORGIA SELF INSURERS GUARANTY TRUST FUND<br>PO BOX 7159<br>ATLANTA, GA 30357-0159 | 4768 | UNL | 05/04/2006 | $0.00 |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 2127 | $2,115,405.67 | 02/27/2006 | $2,115,405.67 |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 14144 | UNL | 07/31/2006 | $887.24 |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 14145 | UNL | 07/31/2006 | $9,359.53 |
| GRUNER AG<br>BURGLESTRASSE 15 17<br>WEHINGEN, 78564<br>GERMANY | 831 | UNL | 11/23/2005 | $3,847.71 |

*UNL stands for unliquidated

05-44481-rdd    Doc 9685-1    Filed 09/28/07    Entered 09/28/07 16:23:08    Exhibit A
Pg 3 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 10180 | $1,670,436.79 | 07/21/2006 | $1,670,436.79 |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10394 | $594,923.93 | 07/24/2006 | $594,923.93 |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10393 | $594,923.93 | 07/24/2006 | $0.00 |
| HEWLETT PACKARD COMPANY<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806 | 9352 | $4,948,005.65 | 07/11/2006 | $4,948,005.65 |
| HIGHLAND INDUSTRIES INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10966 | UNL | 07/26/2006 | $0.00 |
| HIGHLAND INDUSTRIES INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10967 | UNL | 07/26/2006 | $0.00 |
| JANE M DUFFY<br>44 SOUTHWOOD RD<br>NEWINGTON, CT 06111-3154 | 3175 | UNL | 04/28/2006 | $0.00 |

*UNL stands for unliquidated

05-44481-rdd    Doc 9685-1    Filed 09/28/07    Entered 09/28/07 16:23:08    Exhibit A
Pg 4 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| JOE G TEDDER TAX COLLECTOR<br>PO BOX 1189<br>BARTOW, FL 33830 | 1160 | $636.02 | 12/13/2005 | $636.02 |
| JOHN E BENZ & CO<br>C O DLA PIPER RUDNICK GRAY CARY US LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | 14314 | UNL | 07/31/2006 | $87,701.00 |
| JOHN E BENZ & CO<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | 14297 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROL INC BATTERY GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15526 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15514 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15515 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROLS BATTERY GROUP INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15513 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROLS INC BATTERY GROUP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15525 | UNL | 07/31/2006 | $85,668.20 |

*UNL stands for unliquidated

05-44481-rdd    Doc 9685-1    Filed 09/28/07    Entered 09/28/07 16:23:08    Exhibit A
Pg 5 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15521 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15520 | UNL | 07/31/2006 | $0.00 |
| JOHNSON CONTROLS TECHNOLOGY COMPANY<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15519 | UNL | 07/31/2006 | $0.00 |
| KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON, FL 34206-5300 | 1448 | $4,025.93 | 01/04/2006 | $4,025.93 |
| KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON, FL 34206-5300 | 1451 | $924.94 | 01/04/2006 | $924.94 |
| KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON, FL 34206-5300 | 1449 | $4,848.48 | 01/04/2006 | $4,848.48 |
| KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>PO BOX 25300<br>BRADENTON, FL 34206-5300 | 1450 | $3,247.89 | 01/04/2006 | $3,247.89 |
| KYOCERA INDUSTRIAL CERAMICS CORP<br>345 PARK AVE 18TH FL<br>NEW YORK, NY 10154 | 12530 | $312,610.00 | 07/28/2006 | $312,610.00 |

*UNL stands for unliquidated

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| LASALLE NATIONAL BANK AS TRUSTEE<br>1300 WEST HIGGINS RD<br>PARK RIDGE, IL 60068 | 11463 | $65,177.94 | 07/27/2006 | $65,178.00 |
| LASALLE NATIONAL TRUST NA<br>C O NICOLSON PORTER AND LIST INC<br>1300 W HIGGINS RD<br>PARK RIDGE, IL 60068 | 11464 | $65,177.94 | 07/27/2006 | $0.00 |
| LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 12166 | $177,730.00 | 07/28/2006 | $177,730.00 |
| MARICOPA COUNTY TREASURERS OFFICE<br>HEBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16317 | $6,041.34 | 09/15/2006 | $0.00 |
| MG CORPORATION<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 10911 | $16,520.43 | 07/26/2006 | $0.00 |
| OKI AMERICA INC<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | 13743 | UNL | 07/31/2006 | $0.00 |
| OKI AMERICA INC<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | 16318 | UNL | 09/14/2006 | $1,428,927.86 |
| PBR KNOXVILLE LLC<br>10215 CANEEL DR<br>KNOXVILLE, TN 37931 | 15847 | UNL | 08/09/2006 | $0.00 |

\*UNL stands for unliquidated

05-44481-rdd    Doc 9685-1    Filed 09/28/07    Entered 09/28/07 16:23:08    Exhibit A
Pg 7 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| PBR TENNESSEE INC<br>10215 CANEEL DR<br>KNOXVILLE, TN 37931 | 15883 | UNL | 08/09/2006 | $0.00 |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11027 | $744,823.79 | 07/26/2006 | $61,330.16 |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11026 | $1,605,444.08 | 07/26/2006 | $1,605,444.08 |
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 2539 | $11,750,000.00 | 04/03/2006 | $0.00 |
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 6668 | $2,000,000.00 | 05/23/2006 | $0.00 |
| TAKATA CORPORATION<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10965 | UNL | 07/26/2006 | $0.00 |
| TAKATA CORPORATION<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10968 | UNL | 07/26/2006 | $0.00 |

*UNL stands for unliquidated

05-44481-rdd    Doc 9685-1    Filed 09/28/07    Entered 09/28/07 16:23:08    Exhibit A
Pg 8 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TAX COLLECTOR PINELLAS COUNTY<br>PO BOX 2943<br>CLEARWATER, FL 33757-2943 | 4527 | $44,542.68 | 05/02/2006 | $44,542.68 |
| TESA AG<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022 | 11681 | $2,227,147.77 | 07/27/2006 | $2,227,147.77 |
| TK HOLDINGS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10964 | UNL | 07/26/2006 | $0.00 |
| TK HOLDINGS INC<br>AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10570 | UNL | 07/25/2006 | $0.00 |
| TK HOLDINGS INC<br>AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC<br>TUGGLE DUGGINS & MESCHAN PA<br>PO BOX 2888<br>GREENSBORO, NC 27402 | 10571 | UNL | 07/25/2006 | $0.00 |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 2175 | $1,525,236.87 | 03/03/2006 | $1,016,065.83 |
| US AEROTEAM<br>ONE EDMUND ST<br>DAYTON, OH 45404 | 10756 | $2,236,266.00 | 07/25/2006 | $600,000.00 |

*UNL stands for unliquidated

05-44481-rdd    Doc 9685-1    Filed 09/28/07    Entered 09/28/07 16:23:08    Exhibit A
Pg 9 of 9

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT A - CONTINGENT OR UNLIQUIDATED CLAIMS CAPPED AT A MAXIMUM AMOUNT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| VERITAS SOFTWARE CORPORATION<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 10913 | UNL | 07/26/2006 | $40,867.33 |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1850 | UNL | 02/06/2006 | $0.00 |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1854 | UNL | 02/06/2006 | $0.00 |
| WESTWOOD ASSOCIATES INC<br>PO BOX 431<br>MILFORD, CT 06460 | 14918 | $66,399.42 | 07/31/2006 | $66,399.42 |
| WILLIE C PEAVEY<br>336 LEXINGTON AVE<br>DAYTON, OH 45407-2044 | 16623 | UNL | 07/10/2007 | $0.00 |
| Total: | 65 | | Total Maximum Capped Amont: | $26,078,205.60 |

*UNL stands for unliquidated