05-44481-rdd    Doc 9692-3    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit B-2
Pg 1 of 1

In re Delphi Corporation, et al.                        Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WILLIE C PEAVEY<br>336 LEXINGTON AVE<br>DAYTON, OH 45407-2044 | 16623 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/10/2007 | DELPHI CORPORATION<br>(05-44481) |

**Total:** 1                                                                    UNL

*UNL stands for unliquidated