05-44481-rdd    Doc 9692-5    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit C-2
Pg 1 of 1

In re Delphi Corporation, et al.    Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT C-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSE C ALFARO AND MARTHA ALFARO<br>1301 OAK ST<br>HAYS, KS 67601 | 16471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 01/04/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | **$500,000.00** | | | |