In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 1 of 25

Twentieth Omnibus Claims Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10118**
Date Filed: 07/21/2006
Docketed Total: $194,813.34
Filing Creditor Name and Address:
AAVID THERMALLOY LLC
1 EAGLE SQ STE 509
CONCORD, NH 03301

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018
Docketed Total: **$194,813.34**

Modified Total: **$193,811.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $194,813.34 |
| | | | **$194,813.34** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,811.34 |
| | | | **$193,811.34** |

---

**Claim: 16469**
Date Filed: 12/28/2006
Docketed Total: $48,533.56
Filing Creditor Name and Address:
ACE RENT A CAR INC
5773 W WASHINGTON ST
INDIANAPOLIS, IN 46241

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$48,533.56**

Modified Total: **$39,769.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,533.56 |
| | | | **$48,533.56** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,769.63 |
| | | | **$39,769.63** |

---

**Claim: 7702**
Date Filed: 06/09/2006
Docketed Total: $41,500.23
Filing Creditor Name and Address:
ADT SECURITY SERVICES
14200 E EXPOSITION AVE
AURORA, CO 80012

Claim Holder Name and Address
ADT SECURITY SERVICES
14200 E EXPOSITION AVE
AURORA, CO 80012
Docketed Total: **$41,500.23**

Modified Total: **$20,269.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $41,500.23 |
| | | | **$41,500.23** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,269.57 |
| | | | **$20,269.57** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 2 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 2593**
Date Filed: 04/10/2006
Docketed Total: $92,815.91
Filing Creditor Name and Address:
AMERICAN MESSAGING
32255 NORTHWESTERN HWY
STE 143
FARMINGTON HILLS, MI 48334

Claim Holder Name and Address
AMERICAN MESSAGING
32255 NORTHWESTERN HWY
STE 143
FARMINGTON HILLS, MI 48334

Docketed Total: $92,815.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $92,815.91 |
| | | | **$92,815.91** |

Modified Total: $84,526.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,526.00 |
| | | | **$84,526.00** |

---

**Claim: 10716**
Date Filed: 07/25/2006
Docketed Total: $693,692.38
Filing Creditor Name and Address:
AMPHENOL CORP AMPHENOL RF
4 OLD NEWTON RD
DANBURY, CT 06810

Claim Holder Name and Address
AMPHENOL CORP AMPHENOL RF
4 OLD NEWTON RD
DANBURY, CT 06810

Docketed Total: $693,692.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $693,692.38 |
| | | | **$693,692.38** |

Modified Total: $687,494.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $687,494.02 |
| | | | **$687,494.02** |

---

**Claim: 10058**
Date Filed: 07/20/2006
Docketed Total: $13,388.20
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF MOONEY GENERAL
PAPER CO
ATTN DAVID S LEINARD
535 MADISON AVE 15TH FLOOR
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
AS ASSIGNEE OF MOONEY GENERAL
PAPER CO
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $13,388.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,388.20 |
| | | | **$13,388.20** |

Modified Total: $10,022.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,022.40 |
| | | | **$10,022.40** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9692-8   Filed 09/28/07   Entered 09/28/07 16:40:29   Exhibit E-1
Pg 3 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8967**
Date Filed: 07/05/2006
Docketed Total: $441.26
Filing Creditor Name and Address:
B AND T EXPRESS
9039 W KELLY RD
LAKE CITY, MI 49651

Claim Holder Name and Address
B AND T EXPRESS
9039 W KELLY RD
LAKE CITY, MI 49651
Docketed Total: $441.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $441.26 |
| | | | $441.26 |

Modified Total: $302.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $302.90 |
| | | | $302.90 |

---

**Claim: 11459**
Date Filed: 07/27/2006
Docketed Total: $156,246.02
Filing Creditor Name and Address:
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

Claim Holder Name and Address
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062
Docketed Total: $156,246.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156,246.02 |
| | | | $156,246.02 |

Modified Total: $156,246.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $156,246.02 |
| | | | $156,246.02 |

---

**Claim: 1415**
Date Filed: 12/30/2005
Docketed Total: $6,421.37
Filing Creditor Name and Address:
BALZERS INC
2511 TECHNOLOGY DR STE 114
ELGIN, IL 60123

Claim Holder Name and Address
BALZERS INC
2511 TECHNOLOGY DR STE 114
ELGIN, IL 60123
Docketed Total: $6,421.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,421.37 |
| | | | $6,421.37 |

Modified Total: $4,805.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,805.65 |
| | | | $4,805.65 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twentieth Omnibus Claims Objection**

### EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9881<br>Date Filed:  07/19/2006<br>Docketed Total:  $54,725.45<br>Filing Creditor Name and Address:<br> BROWN & SHARPE INC<br> BROWN & SHARPE MFG CP<br> 200 FRENCHTOWN RD<br> NORTH KINGSTOWN, RI 02852 | Claim Holder Name and Address<br><br>BROWN & SHARPE INC<br>BROWN & SHARPE MFG CP<br>200 FRENCHTOWN RD<br>NORTH KINGSTOWN, RI 02852<br><br>Docketed Total:  $54,725.45<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $54,725.45<br><br>$54,725.45 | Modified Total:  $54,725.45<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $54,725.45<br><br>$54,725.45 |
| Claim: 2404<br>Date Filed:  03/27/2006<br>Docketed Total:  $24,380.00<br>Filing Creditor Name and Address:<br> CAMBRON ENGINEERING INC<br> 3800 WILDER RD<br> BAY CITY, MI 48706 | Claim Holder Name and Address<br><br>CAMBRON ENGINEERING INC<br>3800 WILDER RD<br>BAY CITY, MI 48706<br><br>Docketed Total:  $24,380.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $24,380.00<br><br>$24,380.00 | Modified Total:  $23,358.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $23,358.00<br><br>$23,358.00 |
| Claim: 1673<br>Date Filed:  01/26/2006<br>Docketed Total:  $7,962.38<br>Filing Creditor Name and Address:<br> CANON BUSINESS SOLUTIONS<br> EAST<br> 1250 VALLEY BROOK AVE<br> LYNDHURST, NJ 07071 | Claim Holder Name and Address<br><br>CANON BUSINESS SOLUTIONS EAST<br>1250 VALLEY BROOK AVE<br>LYNDHURST, NJ 07071<br><br>Docketed Total:  $7,962.38<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $7,962.38<br><br>$7,962.38 | Modified Total:  $7,962.38<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44618  $7,962.38<br><br>$7,962.38 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9692-8   Filed 09/28/07   Entered 09/28/07 16:40:29   Exhibit E-1
Pg 5 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 972**
Date Filed:   12/02/2005
Docketed Total:   $13,629.56
Filing Creditor Name and Address:
CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638

Claim Holder Name and Address
CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638

Docketed Total:   $13,629.56

Modified Total:   $13,629.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,629.56 |
| | | | **$13,629.56** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,629.56 |
| | | | **$13,629.56** |

---

**Claim: 8237**
Date Filed:   06/19/2006
Docketed Total:   $20,906.18
Filing Creditor Name and Address:
CITY OF COLUMBUS
910 DUBLIN RD
COLUMBUS, OH 43215

Claim Holder Name and Address
CITY OF COLUMBUS
910 DUBLIN RD
COLUMBUS, OH 43215

Docketed Total:   $20,906.18

Modified Total:   $20,906.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,906.18 |
| | | | **$20,906.18** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,906.18 |
| | | | **$20,906.18** |

---

**Claim: 2268**
Date Filed:   03/13/2006
Docketed Total:   $20,941.97
Filing Creditor Name and Address:
CITY OF ROCHESTER
DEPARTMENT OF LAW
30 CHURCH STREET
ROCHESTER, NY 14614

Claim Holder Name and Address
CITY OF ROCHESTER
DEPARTMENT OF LAW
30 CHURCH STREET
ROCHESTER, NY 14614

Docketed Total:   $20,941.97

Modified Total:   $19,334.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $20,941.97 | | |
| | **$20,941.97** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,334.43 |
| | | | **$19,334.43** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 6 of 25

Twentieth Omnibus Claims Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8243**
Date Filed: 06/20/2006
Docketed Total: $5,080.10
Filing Creditor Name and Address:
COYOTE INDUSTRIAL
HARDWARE INC
3012 PRODUCTION COURT
DAYTON, OH 45414

Claim Holder Name and Address

COYOTE INDUSTRIAL HARDWARE INC
3012 PRODUCTION COURT
DAYTON, OH 45414
Docketed Total: $5,080.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,080.10 |
| | | | **$5,080.10** |

Modified Total: $5,080.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,080.10 |
| | | | **$5,080.10** |

---

**Claim: 418**
Date Filed: 11/07/2005
Docketed Total: $4,411.20
Filing Creditor Name and Address:
DUKE ENERGY CORPORATION
PO BOX 1244
CHARLOTTE, NC 28201-1244

Claim Holder Name and Address

DUKE ENERGY CORPORATION
PO BOX 1244
CHARLOTTE, NC 28201-1244
Docketed Total: $4,411.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,411.20 |
| | | | **$4,411.20** |

Modified Total: $4,411.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $4,411.20 |
| | | | **$4,411.20** |

---

**Claim: 15664**
Date Filed: 07/31/2006
Docketed Total: $103,442.63
Filing Creditor Name and Address:
DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

DUN & BRADSTREET
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: $103,442.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $103,442.63 |
| | | | **$103,442.63** |

Modified Total: $51,355.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,355.42 |
| 05-44481 | | | $0.00 |
| | | | **$51,355.42** |

*See Exhibit G for a listing of debtor entities by case number.

Page 6 of 25

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twentieth Omnibus Claims Objection**

### EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14400<br>Date Filed:  07/31/2006<br>Docketed Total:  $95,539.00<br>Filing Creditor Name and Address:<br> EL PASO ELECTRIC CO<br> 100 N STANTON<br> EL PASO, TX 79901 | Claim Holder Name and Address<br><br>EL PASO ELECTRIC CO<br>100 N STANTON<br>EL PASO, TX 79901<br><br>Docketed Total: **$95,539.00** | Modified Total: **$55,463.35** |

**Detail for Claim 14400:**

| Case Number* | Secured | Priority | Unsecured |   | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $95,539.00 | | 05-44640 | | | $55,463.35 |
| | | | **$95,539.00** | | | | | **$55,463.35** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10718<br>Date Filed:  07/25/2006<br>Docketed Total:  $958,965.92<br>Filing Creditor Name and Address:<br> EQUISTAR CHEMICALS LP<br> 1221 MC KINNEY STE 1500<br> HOUSTON, TX 77010 | Claim Holder Name and Address<br><br>EQUISTAR CHEMICALS LP<br>1221 MC KINNEY STE 1500<br>HOUSTON, TX 77010<br><br>Docketed Total: **$958,965.92** | Modified Total: **$450,000.00** |

**Detail for Claim 10718:**

| Case Number* | Secured | Priority | Unsecured |   | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | $545,000.06 | | $413,965.86 | | 05-44481 | $0.00 | | |
| | | | | | 05-44640 | | | $450,000.00 |
| | **$545,000.06** | | **$413,965.86** | | | **$0.00** | | **$450,000.00** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10349<br>Date Filed:  07/24/2006<br>Docketed Total:  $10,310.02<br>Filing Creditor Name and Address:<br> FERGUSON ENTERPRISES INC<br> 12500 JEFFERSON AVE<br> NEWPORT NEWS, VA 23602-4314 | Claim Holder Name and Address<br><br>FERGUSON ENTERPRISES INC<br>12500 JEFFERSON AVE<br>NEWPORT NEWS, VA 23602-4314<br><br>Docketed Total: **$10,310.02** | Modified Total: **$10,310.02** |

**Detail for Claim 10349:**

| Case Number* | Secured | Priority | Unsecured |   | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,310.02 | | 05-44640 | | | $10,310.02 |
| | | | **$10,310.02** | | | | | **$10,310.02** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 8 of 25

Twentieth Omnibus Claims Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 666**
Date Filed: 11/18/2005
Docketed Total: $20,756.67
Filing Creditor Name and Address:
FLUKE CORPORATION
PO BOX 9090
EVERETT, WA 98206-9090

Claim Holder Name and Address
FLUKE CORPORATION
PO BOX 9090
EVERETT, WA 98206-9090
Docketed Total: $20,756.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,756.67 |
| | | | $20,756.67 |

Modified Total: $19,790.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $183.00 |
| 05-44640 | | | $19,607.67 |
| | | | $19,790.67 |

---

**Claim: 5982**
Date Filed: 05/16/2006
Docketed Total: $5,309.70
Filing Creditor Name and Address:
FUTURE DIE CAST &
ENGINEERING INC
14100 ROCCO CT
SHELBY TOWNSHIP, MI 48315

Claim Holder Name and Address
FUTURE DIE CAST & ENGINEERING INC
14100 ROCCO CT
SHELBY TOWNSHIP, MI 48315
Docketed Total: $5,309.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,309.70 |
| | | | $5,309.70 |

Modified Total: $5,106.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,106.30 |
| | | | $5,106.30 |

---

**Claim: 7325**
Date Filed: 06/01/2006
Docketed Total: $388,310.09
Filing Creditor Name and Address:
GOODYEAR CANADA INC
1144 E MARKET ST
AKRON, OH 44316

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $388,310.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $388,310.09 |
| | | | $388,310.09 |

Modified Total: $363,079.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $363,079.29 |
| | | | $363,079.29 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9692-8   Filed 09/28/07   Entered 09/28/07 16:40:29   Exhibit E-1
Pg 9 of 25

Twentieth Omnibus Claims Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2058**
Date Filed: 02/17/2006
Docketed Total: $49,978.89
Filing Creditor Name and Address:
HAERTER STANZTECHNIK GMBH
GUTENBERGSTRASSE 8
KONIGSBACH STEIN, 75203

Claim Holder Name and Address

HAIN CAPITAL INVESTORS LLC   Docketed Total: **$49,978.89**
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070

Modified Total: **$49,126.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $49,978.89 | 05-44567 | | | $49,126.02 |
| | | | **$49,978.89** | | | | **$49,126.02** |

**Claim: 5618**
Date Filed: 05/11/2006
Docketed Total: $2,724.00
Filing Creditor Name and Address:
HARRINGTON INDUSTRIAL PLA
3440 PK DAVIS CIR
INDIANAPOLIS, IN 46236

Claim Holder Name and Address

HARRINGTON INDUSTRIAL PLA   Docketed Total: **$2,724.00**
3440 PK DAVIS CIR
INDIANAPOLIS, IN 46236

Modified Total: **$2,724.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,724.00 | 05-44640 | | | $2,724.00 |
| | | | **$2,724.00** | | | | **$2,724.00** |

**Claim: 394**
Date Filed: 11/07/2005
Docketed Total: $323.24
Filing Creditor Name and Address:
HENRY TROEMNER LLC
201 WOLF DR
PO BOX 87
THOROFARE, NJ 08086-0087

Claim Holder Name and Address

HENRY TROEMNER LLC   Docketed Total: **$323.24**
201 WOLF DR
PO BOX 87
THOROFARE, NJ 08086-0087

Modified Total: **$262.47**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $323.24 | 05-44640 | | | $262.47 |
| | | | **$323.24** | | | | **$262.47** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 10 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14110**
Date Filed: 07/31/2006
Docketed Total: $389,977.54
Filing Creditor Name and Address:
HONEYWELL INTERNATIONAL S & C
1140 W WARNER RD BLDG 1233 M
TEMPE, AZ 85284

Claim Holder Name and Address
HONEYWELL INTERNATIONAL S & C
1140 W WARNER RD BLDG 1233 M
TEMPE, AZ 85284

Docketed Total: $389,977.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $389,977.54 |
| | | | **$389,977.54** |

Modified Total: $378,251.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $378,251.23 |
| | | | **$378,251.23** |

---

**Claim: 14236**
Date Filed: 07/31/2006
Docketed Total: $588,927.08
Filing Creditor Name and Address:
IR EPI SERVICES INC
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FLOOR
LOS ANGELES, CA 90071

Claim Holder Name and Address
IR EPI SERVICES INC
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FLOOR
LOS ANGELES, CA 90071

Docketed Total: $588,927.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $588,927.08 |
| | | | **$588,927.08** |

Modified Total: $488,834.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $488,834.60 |
| | | | **$488,834.60** |

---

**Claim: 11040**
Date Filed: 07/26/2006
Docketed Total: $4,224.00
Filing Creditor Name and Address:
JB HUNT TRANSPORTATION INC
PO BOX 130
LOWELL, AR 72745

Claim Holder Name and Address
JB HUNT TRANSPORTATION INC
PO BOX 130
LOWELL, AR 72745

Docketed Total: $4,224.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,224.00 |
| | | | **$4,224.00** |

Modified Total: $4,224.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,224.00 |
| | | | **$4,224.00** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 15567<br>Date Filed: 07/31/2006<br>Docketed Total: $151,311.95<br>Filing Creditor Name and Address:<br>KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018 | Claim Holder Name and Address<br><br>KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018 | Docketed Total: **$151,311.95** | | Modified Total: **$151,311.95** |
| | **Case Number*** 05-44481 / **Secured** / **Priority** / **Unsecured** $151,311.95 / **$151,311.95** | | **Case Number*** 05-44640 / **Secured** / **Priority** / **Unsecured** $151,311.95 / **$151,311.95** | |
| Claim: 642<br>Date Filed: 11/17/2005<br>Docketed Total: $1,703,785.68<br>Filing Creditor Name and Address:<br>KAUMAGRAPH FLINT<br>CORPORATION<br>4705 INDUSTRIAL DR<br>MILLINGTON, MI 48746 | Claim Holder Name and Address<br><br>KAUMAGRAPH FLINT<br>CORPORATION<br>4705 INDUSTRIAL DR<br>MILLINGTON, MI 48746 | Docketed Total: **$1,703,785.68** | | Modified Total: **$1,655,726.96** |
| | **Case Number*** 05-44481 / **Secured** / **Priority** / **Unsecured** $1,703,785.68 / **$1,703,785.68** | | **Case Number*** 05-44640 / **Secured** / **Priority** / **Unsecured** $1,655,726.96 / **$1,655,726.96** | |
| Claim: 12210<br>Date Filed: 07/28/2006<br>Docketed Total: $34,446.55<br>Filing Creditor Name and Address:<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | Claim Holder Name and Address<br><br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | Docketed Total: **$34,446.55** | | Modified Total: **$27,677.75** |
| | **Case Number*** 05-44567 / **Secured** / **Priority** / **Unsecured** $34,446.55 / **$34,446.55** | | **Case Number*** 05-44567 / **Secured** / **Priority** / **Unsecured** $27,677.75 / **$27,677.75** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 12 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12211<br>Date Filed: 07/28/2006<br>Docketed Total: $881,156.41<br>Filing Creditor Name and Address:<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | Claim Holder Name and Address<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606<br><br>Docketed Total: **$881,156.41**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $881,156.41<br>**$881,156.41** | Modified Total: **$794,243.23**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $794,243.23<br>**$794,243.23** |
| Claim: 5587<br>Date Filed: 05/10/2006<br>Docketed Total: $34,297.45<br>Filing Creditor Name and Address:<br>KIEMLE HANKINS CO THE<br>KIEMLE HANKINS SERVICE CO<br>94 H ST AMPOINT<br>PERRYSBURG, OH 43551 | Claim Holder Name and Address<br>KIEMLE HANKINS CO THE<br>KIEMLE HANKINS SERVICE CO<br>94 H ST AMPOINT<br>PERRYSBURG, OH 43551<br><br>Docketed Total: **$34,297.45**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44481 | | | $34,297.45<br>**$34,297.45** | Modified Total: **$31,497.45**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $31,497.45<br>**$31,497.45** |
| Claim: 4919<br>Date Filed: 05/05/2006<br>Docketed Total: $46,119.52<br>Filing Creditor Name and Address:<br>KIMBALL MIDWEST<br>PO BOX 2470<br>COLUMBUS, OH 43216-2470 | Claim Holder Name and Address<br>KIMBALL MIDWEST<br>PO BOX 2470<br>COLUMBUS, OH 43216-2470<br><br>Docketed Total: **$46,119.52**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44481 | | | $46,119.52<br>**$46,119.52** | Modified Total: **$36,280.18**<br><br>Case Number* | Secured | Priority | Unsecured<br>05-44640 | | | $36,280.18<br>**$36,280.18** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 13 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4021**
Date Filed:   05/01/2006
Docketed Total:   $18,228.18
Filing Creditor Name and Address:
   KRAMER AIR TOOL SALES &
   SERVIC
   23149 COMMERCE DR
   FARMINGTON HILLS, MI 48335

Claim Holder Name and Address

KRAMER AIR TOOL SALES & SERVIC          Docketed Total:          **$18,228.18**
23149 COMMERCE DR
FARMINGTON HILLS, MI 48335

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,228.18 |
| | | | **$18,228.18** |

Modified Total:          **$17,033.73**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,033.73 |
| | | | **$17,033.73** |

---

**Claim: 13752**
Date Filed:   07/31/2006
Docketed Total:   $80,134.04
Filing Creditor Name and Address:
   LEONI CABLE INC EFT
   EBERHARD ROHM & HEIKE M
   VOGEL
   1675 BROADWAY
   NEW YORK, NY 10019

Claim Holder Name and Address

LEONI CABLE INC EFT          Docketed Total:          **$80,134.04**
EBERHARD ROHM & HEIKE M
VOGEL
1675 BROADWAY
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,134.04 |
| | | | **$80,134.04** |

Modified Total:          **$32,880.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,880.09 |
| | | | **$32,880.09** |

---

**Claim: 2289**
Date Filed:   03/14/2006
Docketed Total:   $34,239.45
Filing Creditor Name and Address:
   LINDE GAS LLC
   PO BOX 94737
   CLEVELAND, OH 44101-4737

Claim Holder Name and Address

LINDE GAS LLC          Docketed Total:          **$34,239.45**
PO BOX 94737
CLEVELAND, OH 44101-4737

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,239.45 |
| | | | **$34,239.45** |

Modified Total:          **$34,239.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,239.45 |
| | | | **$34,239.45** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 14 of 25

Twentieth Omnibus Claims Objection

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6620**
Date Filed:   05/22/2006
Docketed Total:   $21,950.17
Filing Creditor Name and Address:
  MC MACHINERY MITSUBISHI
  1500 MICHAEL DR
  WOODDALE, IL 60191

Claim Holder Name and Address

MC MACHINERY MITSUBISHI
1500 MICHAEL DR
WOODDALE, IL 60191

Docketed Total:   **$21,950.17**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $21,950.17 |
| | | | **$21,950.17** |

Modified Total:   **$5,132.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,132.89 |
| | | | **$5,132.89** |

---

**Claim: 2088**
Date Filed:   02/21/2006
Docketed Total:   $723,848.28
Filing Creditor Name and Address:
  NORTHEAST VERIZON WIRELESS
  404 BROCK DR
  BLOOMINGTON, IL 61701

Claim Holder Name and Address

NORTHEAST VERIZON WIRELESS
404 BROCK DR
BLOOMINGTON, IL 61701

Docketed Total:   **$723,848.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $723,848.28 |
| | | | **$723,848.28** |

Modified Total:   **$712,745.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $712,745.23 |
| | | | **$712,745.23** |

---

**Claim: 10901**
Date Filed:   07/25/2006
Docketed Total:   $9,608.75
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

Docketed Total:   **$9,608.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $9,496.44 | $112.31 | |
| | **$9,496.44** | **$112.31** | |

Modified Total:   **$939.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $0.00 | |
| 05-44640 | | | $939.59 |
| | | **$0.00** | **$939.59** |

*See Exhibit G for a listing of debtor entities by case number.

Page 14 of 25

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 15 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10902**
Date Filed: 07/25/2006
Docketed Total: $54,470.00
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Docketed Total: $54,470.00
Modified Total: $2,991.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $45,000.00 | $197.00 | $9,273.00 |
| | **$45,000.00** | **$197.00** | **$9,273.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,991.58 |
| 05-44481 | $0.00 | $0.00 | |
| | **$0.00** | **$0.00** | **$2,991.58** |

**Claim: 10903**
Date Filed: 07/25/2006
Docketed Total: $121,353.00
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Docketed Total: $121,353.00
Modified Total: $3,892.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $69,000.00 | $880.00 | $51,473.00 |
| | **$69,000.00** | **$880.00** | **$51,473.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,892.57 |
| 05-44481 | $0.00 | $0.00 | |
| | **$0.00** | **$0.00** | **$3,892.57** |

**Claim: 10904**
Date Filed: 07/25/2006
Docketed Total: $96,981.00
Filing Creditor Name and Address:
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Claim Holder Name and Address
  PACIFIC RIM CAPITAL INC
  15 ENTERPRISE STE 400
  ALISO VIEJO, CA 92656

Docketed Total: $96,981.00
Modified Total: $8,359.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $63,000.00 | $667.00 | $33,314.00 |
| | **$63,000.00** | **$667.00** | **$33,314.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | $0.00 | |
| 05-44640 | | | $8,359.96 |
| | **$0.00** | **$0.00** | **$8,359.96** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 16 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2171**
Date Filed: 03/02/2006
Docketed Total: $82,080.57
Filing Creditor Name and Address:
  PEI GENESIS INC
  FOX ROTHSCHILD LLP
  2000 MARKET ST 10TH FL
  PHILADELPHIA, PA 19103

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC     Docketed Total:     $82,080.57
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $82,080.57 |
| | | | **$82,080.57** |

Modified Total:     $77,632.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,632.72 |
| | | | **$77,632.72** |

---

**Claim: 5988**
Date Filed: 05/16/2006
Docketed Total: $223,768.64
Filing Creditor Name and Address:
  PLASTOMER CORP
  PO BOX 67000 DEPT 15601
  DETROIT, MI 48267-0156

Claim Holder Name and Address

LONGACRE MASTER FUND LTD     Docketed Total:     $223,768.64
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $223,768.64 |
| | | | **$223,768.64** |

Modified Total:     $216,066.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $215,256.38 |
| 05-44567 | | | $810.00 |
| | | | **$216,066.38** |

---

**Claim: 5388**
Date Filed: 05/09/2006
Docketed Total: $157,798.33
Filing Creditor Name and Address:
  PONTIAC COIL INC
  5800 MOODY DR
  CLARKSTON, MI 48348-4768

Claim Holder Name and Address

PONTIAC COIL INC     Docketed Total:     $157,798.33
5800 MOODY DR
CLARKSTON, MI 48348-4768

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $157,798.33 |
| | | | **$157,798.33** |

Modified Total:     $150,958.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $150,958.83 |
| | | | **$150,958.83** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12398**
Date Filed: 07/28/2006
Docketed Total: $349,265.13
Filing Creditor Name and Address:
PRYCE AUTOMOTIVE INC
51 APPLE BLOSSOM BLVD
BOWMANVILLE, ON L1C 4L9
CANADA

Claim Holder Name and Address

ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $349,265.13

Modified Total: $280,659.46

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $349,265.13 | 05-44640 | | | $280,659.46 |
| | | | **$349,265.13** | | | | **$280,659.46** |

**Claim: 6480**
Date Filed: 05/22/2006
Docketed Total: $115,460.08
Filing Creditor Name and Address:
QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Claim Holder Name and Address

QUALITY DISTRIBUTION INC
3802 CORPOREX PK DR
TAMPA, FL 33619

Docketed Total: $115,460.08

Modified Total: $54,304.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $115,460.08 | 05-44640 | | | $54,304.10 |
| | | | **$115,460.08** | | | | **$54,304.10** |

**Claim: 9305**
Date Filed: 07/11/2006
Docketed Total: $84,319.48
Filing Creditor Name and Address:
QUALITY INSPECTION &
CONTAINMENT CO INC
PO BOX 66
DAYTON, OH 45409

Claim Holder Name and Address

QUALITY INSPECTION &
CONTAINMENT CO INC
PO BOX 66
DAYTON, OH 45409

Docketed Total: $84,319.48

Modified Total: $81,520.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $84,319.48 | 05-44640 | | | $81,520.23 |
| | | | **$84,319.48** | | | | **$81,520.23** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**Twentieth Omnibus Claims Objection**

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11623**
Date Filed: 07/27/2006
Docketed Total: $54,921.81
Filing Creditor Name and Address:
RADER FISHMAN & GRAVER
PLLC
39533 WOODWARD AVE STE 140
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

RADER FISHMAN & GRAVER PLLC    Docketed Total: **$54,921.81**
39533 WOODWARD AVE STE 140
BLOOMFIELD HILLS, MI 48304

Modified Total: **$54,921.81**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,921.81 | 05-44554 | | | $54,921.81 |
| | | | **$54,921.81** | | | | **$54,921.81** |

**Claim: 5967**
Date Filed: 05/16/2006
Docketed Total: $221,190.88
Filing Creditor Name and Address:
RED SPOT PAINT & VARNISH CO
IN
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC    Docketed Total: **$221,190.88**
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Modified Total: **$188,028.67**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $221,190.88 | 05-44640 | | | $188,028.67 |
| | | | **$221,190.88** | | | | **$188,028.67** |

**Claim: 16347**
Date Filed: 10/02/2006
Docketed Total: $26,769.62
Filing Creditor Name and Address:
RELATIONAL FUNDING
CORPORATION
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

Claim Holder Name and Address

RELATIONAL FUNDING
CORPORATION    Docketed Total: **$26,769.62**
3701 ALGONQUIN RD
STE 600
ROLLING MEADOWS, IL 60008

Modified Total: **$10,585.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $26,769.62 | 05-44640 | | | $10,585.92 |
| | | | **$26,769.62** | | | | **$10,585.92** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11572**
Date Filed:  07/27/2006
Docketed Total:   $6,971.97
Filing Creditor Name and Address:
  RENAISSANCE CAPITAL
  ALLIANCE L
  2005 W HAMLIN RD STE 200
  ROCHESTER HILLS, MI 48309

Claim Holder Name and Address

RENAISSANCE CAPITAL ALLIANCE
L
2005 W HAMLIN RD STE 200
ROCHESTER HILLS, MI 48309

Docketed Total:   **$6,971.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $6,969.97 | $1.00 | $1.00 |
| | **$6,969.97** | **$1.00** | **$1.00** |

Modified Total:   **$6,969.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $0.00 | $0.00 | $6,969.97 |
| | **$0.00** | **$0.00** | **$6,969.97** |

---

**Claim: 4001**
Date Filed:  05/01/2006
Docketed Total:   $7,480.00
Filing Creditor Name and Address:
  ROOT NEAL & CO INC
  64 PEABODY ST
  BUFFALO, NY 14210-1523

Claim Holder Name and Address

MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:   **$7,480.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,480.00 |
| | | | **$7,480.00** |

Modified Total:   **$7,480.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,480.00 |
| | | | **$7,480.00** |

---

**Claim: 13456**
Date Filed:  07/31/2006
Docketed Total:   $42,130.53
Filing Creditor Name and Address:
  ROTOFORM A DIVISION OF
  MAGNA POWER TRAIN INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address

ROTOFORM A DIVISION OF MAGNA
POWER TRAIN INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total:   **$42,130.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $42,130.53 | | |
| | **$42,130.53** | | |

Modified Total:   **$42,130.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $42,130.53 |
| | | | **$42,130.53** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 20 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12030**
Date Filed: 07/28/2006
Docketed Total: $40,444.54
Filing Creditor Name and Address:
SAINT GOBAIN PERFORMANCE
1199 S CHILLICOTHE RD
AURORA, OH 44202

Claim Holder Name and Address
SAINT GOBAIN PERFORMANCE
1199 S CHILLICOTHE RD
AURORA, OH 44202

Docketed Total: **$40,444.54**

Modified Total: **$31,402.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,444.54 |
| | | | **$40,444.54** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $27,493.38 |
| 05-44624 | | | $3,908.96 |
| | | | **$31,402.34** |

---

**Claim: 604**
Date Filed: 11/16/2005
Docketed Total: $37,280.00
Filing Creditor Name and Address:
SHIPPERS INTERNATIONAL
3750 STEWARTS LN
NASHVILLE, TN 37218

Claim Holder Name and Address
SHIPPERS INTERNATIONAL
3750 STEWARTS LN
NASHVILLE, TN 37218

Docketed Total: **$37,280.00**

Modified Total: **$36,950.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $37,280.00 |
| | | | **$37,280.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,950.00 |
| | | | **$36,950.00** |

---

**Claim: 14672**
Date Filed: 07/31/2006
Docketed Total: $10,328.69
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE AGE INDUSTRIES INC
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND LLC
ASSIGNEE AGE INDUSTRIES INC
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$10,328.69**

Modified Total: **$7,110.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,328.69 |
| | | | **$10,328.69** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,110.72 |
| | | | **$7,110.72** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9692-8   Filed 09/28/07   Entered 09/28/07 16:40:29   Exhibit E-1
Pg 21 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15973**
Date Filed: 08/09/2006
Docketed Total: $31,262.85
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE INSPEX INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address

SIERRA LIQUIDITY FUND LLC
ASSIGNEE INSPEX INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$31,262.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,262.85 |
| | | | **$31,262.85** |

Modified Total: **$31,262.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,262.85 |
| | | | **$31,262.85** |

---

**Claim: 417**
Date Filed: 11/07/2005
Docketed Total: $4,491.96
Filing Creditor Name and Address:
SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC 29202

Claim Holder Name and Address

SOUTHEASTERN FREIGHT LINES
PO BOX 1691
COLUMBIA, SC 29202

Docketed Total: **$4,491.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,491.96 |
| | | | **$4,491.96** |

Modified Total: **$4,491.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,491.96 |
| | | | **$4,491.96** |

---

**Claim: 11259**
Date Filed: 07/27/2006
Docketed Total: $814,710.90
Filing Creditor Name and Address:
T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Claim Holder Name and Address

T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Docketed Total: **$814,710.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $814,710.90 |
| | | | **$814,710.90** |

Modified Total: **$364,710.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $364,710.90 |
| | | | **$364,710.90** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7443**
Date Filed: 06/05/2006
Docketed Total: $108,297.25
Filing Creditor Name and Address:
  TEKNOR APEX COMPANY
  505 CENTRAL AVE
  PAWTUCKET, RI 02861

Claim Holder Name and Address
  TEKNOR APEX COMPANY    Docketed Total: $108,297.25
  505 CENTRAL AVE
  PAWTUCKET, RI 02861

Modified Total: $94,466.13

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $108,297.25 | 05-44640 | | | $94,466.13 |
| | | | **$108,297.25** | | | | **$94,466.13** |

**Claim: 16120**
Date Filed: 08/09/2006
Docketed Total: $45,212.36
Filing Creditor Name and Address:
  THERMO ELECTRON NORTH
  AMERICA
  1400 NORTHPOINTE PKWY
  STE10
  WEST PALM BEACH, FL 33407

Claim Holder Name and Address
  THERMO ELECTRON NORTH    Docketed Total: $45,212.36
  AMERICA
  1400 NORTHPOINTE PKWY STE10
  WEST PALM BEACH, FL 33407

Modified Total: $28,732.97

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $45,212.36 | 05-44640 | | | $28,732.97 |
| | | | **$45,212.36** | | | | **$28,732.97** |

**Claim: 13420**
Date Filed: 07/31/2006
Docketed Total: $759,698.01
Filing Creditor Name and Address:
  TICONA LLC
  TICONA FORTRON
  8040 DIXIE HWY
  FLORENCE, KY 41042-2904

Claim Holder Name and Address
  TICONA LLC    Docketed Total: $759,698.01
  TICONA FORTRON
  8040 DIXIE HWY
  FLORENCE, KY 41042-2904

Modified Total: $759,698.01

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $759,698.01 | 05-44567 | | | $33,088.73 |
| | | | | 05-44640 | | | $726,609.28 |
| | | | **$759,698.01** | | | | **$759,698.01** |

*See Exhibit G for a listing of debtor entities by case number.          Page 22 of 25

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-8    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-1
Pg 23 of 25

Twentieth Omnibus Claims Objection

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 462<br>Date Filed: 11/09/2005<br>Docketed Total: $4,836.00<br>Filing Creditor Name and Address:<br>TRUCKS FOR YOU INC<br>PO BOX AH<br>MUSKOGEE, OK 74402 | Claim Holder Name and Address<br><br>TRUCKS FOR YOU INC<br>PO BOX AH<br>MUSKOGEE, OK 74402 | Docketed Total: | | $4,836.00 | | | | Modified Total: $4,836.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,836.00<br><br>**$4,836.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,836.00<br><br>**$4,836.00** |
| Claim: 10561<br>Date Filed: 07/24/2006<br>Docketed Total: $8,456.58<br>Filing Creditor Name and Address:<br>VA MEDICAL CENTER<br>AGT CSHR 04C<br>1055 CLERMONT ST<br>DENVER, CO 80220 | Claim Holder Name and Address<br><br>VA MEDICAL CENTER<br>AGT CSHR 04C<br>1055 CLERMONT ST<br>DENVER, CO 80220 | Docketed Total: | | $8,456.58 | | | | Modified Total: $8,456.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,456.58<br><br>**$8,456.58** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,456.58<br><br>**$8,456.58** |
| Claim: 7365<br>Date Filed: 06/02/2006<br>Docketed Total: $24,747.08<br>Filing Creditor Name and Address:<br>VERIZON WIRELESS MESSAGING<br>SERVICES LLC<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | Claim Holder Name and Address<br><br>CELLCO PARTNERSHIP<br>ONE VERIZON WY<br>VC52S 243<br>BASKING RIDGE, NJ 07920 | Docketed Total: | | $24,747.08 | | | | Modified Total: $24,747.08 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,747.08<br><br>**$24,747.08** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$24,747.08<br><br>**$24,747.08** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12385**

Date Filed: 07/28/2006

Docketed Total: $125,315.71

Filing Creditor Name and Address:
VIASYSTEMS
1915 TROLLEY RD
YORK, PA 17408

Claim Holder Name and Address

VIASYSTEMS
1915 TROLLEY RD
YORK, PA 17408

Docketed Total: **$125,315.71**

Modified Total: **$122,708.51**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $125,315.71 | 05-44567 | | | $122,708.51 |
| | | | **$125,315.71** | | | | **$122,708.51** |

---

**Claim: 579**

Date Filed: 11/15/2005

Docketed Total: $78,355.00

Filing Creditor Name and Address:
VISCOM INC
3290 GREEN POINTE PKWY STE 400
NORCROSS, GA 30092

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$78,355.00**

Modified Total: **$65,511.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $57,000.00 | | $21,355.00 | 05-44640 | | | $65,511.00 |
| | **$57,000.00** | | **$21,355.00** | | | | **$65,511.00** |

---

**Claim: 8534**

Date Filed: 06/26/2006

Docketed Total: $5,945.45

Filing Creditor Name and Address:
X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

Claim Holder Name and Address

X RAY INDUSTRIES INC
XRI TESTING
1961 THUNDERBIRD ST
TROY, MI 48084-5467

Docketed Total: **$5,945.45**

Modified Total: **$4,611.86**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,945.45 | 05-44640 | | | $4,611.86 |
| | | | **$5,945.45** | | | | **$4,611.86** |

*See Exhibit G for a listing of debtor entities by case number.

Page 24 of 25

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twentieth Omnibus Claims Objection**

## EXHIBIT E-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED:**
Claim: 10592
Date Filed: 07/25/2006
Docketed Total: $4,612.09
Filing Creditor Name and Address:
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
XPEDX
FMLY RESOURCENET INTL REID PAP
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238
Docketed Total: $4,612.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,612.09 |
| | | | $4,612.09 |

**CLAIM AS MODIFIED:**
Modified Total: $1,471.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,471.45 |
| | | | $1,471.45 |

---

**CLAIM TO BE MODIFIED:**
Claim: 8533
Date Filed: 06/26/2006
Docketed Total: $63,793.42
Filing Creditor Name and Address:
XRI TESTING
1961 THUNDERBIRD
TROY, MI 48084

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $63,793.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $63,793.42 |
| | | | $63,793.42 |

**CLAIM AS MODIFIED:**
Modified Total: $54,428.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,428.10 |
| | | | $54,428.10 |

---

**CLAIM TO BE MODIFIED:**
Claim: 10408
Date Filed: 07/24/2006
Docketed Total: $1,000.00
Filing Creditor Name and Address:
YOUNT LORETTA OBO TINA L
COOLEY A MINOR
DYER GAROFALO MANN &
SCHULTZ
131 NORTH LUDLOW ST STE 1400
DAYTON, OH 45402

**CLAIM AS DOCKETED:**
Claim Holder Name and Address
YOUNT LORETTA OBO TINA L
COOLEY A MINOR
DYER GAROFALO MANN &
SCHULTZ
131 NORTH LUDLOW ST STE 1400
DAYTON, OH 45402
Docketed Total: $1,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,000.00 |
| | | | $1,000.00 |

**CLAIM AS MODIFIED:**
Modified Total: $1,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,000.00 |
| | | | $1,000.00 |

---

**Total Claims to be Modified: 75**

**Total Amount as Docketed:** $11,571,553.25

**Total Amount as Modified:** $9,557,989.89

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated