In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd  Doc 9692-9  Filed 09/28/07  Entered 09/28/07 16:40:29  Exhibit E-2
Pg 1 of 1

Twentieth Omnibus Claims Objection

**EXHIBIT E-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9709<br>Date Filed: 07/18/2006<br>Docketed Total: $1,541.53<br>Filing Creditor Name and Address:<br>NEW YORK STATE<br>DEPARTMENT OF TAXATION<br>AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Holder Name and Address<br>NEW YORK STATE DEPARTMENT<br>OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300<br><br>Docketed Total: $1,541.53<br><br>Case Number*  Secured     Priority   Unsecured<br>05-44623      $1,341.53              $200.00<br>              $1,341.53              $200.00 | Modified Total: $1,541.53<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44623                         $1,541.53<br>                                 $1,541.53 |

**Total Claims to be Modified:** 1

**Total Amount as Docketed:** $1,541.53

**Total Amount as Modified:** $1,541.53

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated