**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8725<br>Date Filed: 06/28/2006<br>Docketed Total: $57,311.51<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $57,311.51<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $57,311.51<br>                                                              $57,311.51 | Modified Total: $50,789.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                       $3,491.22  $47,297.82<br>                                       $3,491.22  $47,297.82 |
| Claim: 273<br>Date Filed: 11/01/2005<br>Docketed Total: $953,170.47<br>Filing Creditor Name and Address:<br>ENGINEERED MATERIALS SOLUTION INC<br>39 PERRY AVE<br>ATTLEBORO, MA 02703 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $953,170.47<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $311,406.63           $641,763.84<br>                  $311,406.63           $641,763.84 | Modified Total: $944,660.93<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $43,198.89  $901,462.04<br>                                       $43,198.89  $901,462.04 |
| Claim: 12839<br>Date Filed: 07/28/2006<br>Docketed Total: $492,938.78<br>Filing Creditor Name and Address:<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Claim Holder Name and Address<br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086<br><br>Docketed Total: $492,938.78<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $492,938.78<br>                                                              $492,938.78 | Modified Total: $470,221.58<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                       $2,018.40  $468,203.18<br>                                       $2,018.40  $468,203.18 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6943<br>Date Filed: 05/26/2006<br>Docketed Total: $806,779.79<br>Filing Creditor Name and Address:<br>IRISO USA INC<br>34405 W TWELVE MILE RD STE 237<br>FARMINGTON HILLS, MI 48331 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $747,926.37<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $747,926.37<br>                                         $747,926.37 | Modified Total: $803,540.39<br><br>Case Number*  Secured  Priority      Unsecured<br>05-44640                 $58,853.42   $744,686.97<br>                          $58,853.42   $744,686.97 |
| Claim: 14403<br>Date Filed: 07/31/2006<br>Docketed Total: $6,240.00<br>Filing Creditor Name and Address:<br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br><br>Docketed Total: $6,240.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                              $6,240.00<br>                                         $6,240.00 | Modified Total: $6,240.00<br><br>Case Number*  Secured  Priority   Unsecured<br>05-44567                 $1,872.00  $4,368.00<br>                          $1,872.00  $4,368.00 |
| Claim: 14479<br>Date Filed: 07/31/2006<br>Docketed Total: $609,554.90<br>Filing Creditor Name and Address:<br>KOSTAL OF AMERICA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $609,554.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $609,554.90<br>                                         $609,554.90 | Modified Total: $567,396.36<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                              $567,396.36<br>                                         $567,396.36 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-10    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-3
Pg 3 of 3

Twentieth Omnibus Claims Objection

**EXHIBIT E-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8317<br>Date Filed: 06/21/2006<br>Docketed Total: $86,804.08<br>Filing Creditor Name and Address:<br>METAL SURFACES INC<br>6060 SHULL ST<br>BELL GARDENS, CA 90201 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*<br>05-44539 | Secured | Priority<br>$9,354.04<br>**$9,354.04** | Unsecured<br>$77,450.04<br>**$77,450.04** | Docketed Total: $86,804.08<br><br>Case Number*<br>05-44539 | Secured | Modified Total: $81,284.63<br><br>Priority<br>$8,234.65<br>**$8,234.65** | Unsecured<br>$73,049.98<br>**$73,049.98** |
| Claim: 9962<br>Date Filed: 07/19/2006<br>Docketed Total: $963,916.70<br>Filing Creditor Name and Address:<br>OSRAM OPTO SEMICONDUCTORS INC<br>COOLEY GODWARD LLP<br>101 CALIFORNIA ST 5TH FL<br>SAN FRANCISCO, CA 94111-5800 | Claim Holder Name and Address<br>OSRAM OPTO SEMICONDUCTORS INC<br>COOLEY GODWARD LLP<br>101 CALIFORNIA ST 5TH FL<br>SAN FRANCISCO, CA 94111-5800<br><br>Case Number*<br>05-44640 | Secured<br>UNL<br>**UNL** | Priority | Unsecured<br>$963,916.70<br>**$963,916.70** | Docketed Total: $963,916.70<br><br>Case Number*<br>05-44640 | Secured | Modified Total: $963,916.70<br><br>Priority<br>$88,989.40<br>**$88,989.40** | Unsecured<br>$874,927.30<br>**$874,927.30** |
| Claim: 14102<br>Date Filed: 07/31/2006<br>Docketed Total: $38,399.50<br>Filing Creditor Name and Address:<br>PHOTO STENCIL LLC<br>ROTHGERBER JOHNSON & LYONS LLP<br>1200 17TH ST STE 3000<br>DENVER, CO 80202-5855 | Claim Holder Name and Address<br>PHOTO STENCIL LLC<br>ROTHGERBER JOHNSON & LYONS LLP<br>1200 17TH ST STE 3000<br>DENVER, CO 80202-5855<br><br>Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,399.50<br>**$38,399.50** | Docketed Total: $38,399.50<br><br>Case Number*<br>05-44640<br>05-44567 | Secured | Modified Total: $25,389.48<br><br>Priority<br>$5,295.00<br><br>**$5,295.00** | Unsecured<br>$17,494.48<br>$2,600.00<br>**$20,094.48** |

**Total Claims to be Modified: 9**

**Total Amount as Docketed:** $4,015,115.73

**Total Amount as Modified:** $3,913,661.91

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated