In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-11    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-4
Pg 1 of 1

Twentieth Omnibus Claims Objection

**EXHIBIT E-4 - CONSENSUALLY MODIFIED AND REDUCED TORT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10488<br>Date Filed: 07/24/2006<br>Docketed Total: $200,000.00<br>Filing Creditor Name and Address:<br>BRUCE C WHEELER<br>C O<br>MORRISCANTORLUKASIKDOLCE<br>&PANEPINTO<br>1000 LIBERTY BUILDING<br>420 MAIN ST<br>BUFFLAO, NY 14202 | Claim Holder Name and Address<br>BRUCE C WHEELER<br>C O<br>MORRISCANTORLUKASIKDOLCE<br>&PANEPINTO<br>1000 LIBERTY BUILDING<br>420 MAIN ST<br>BUFFLAO, NY 14202<br><br>Docketed Total: $200,000.00<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $200,000.00<br>Total: $200,000.00 | Modified Total: $60,000.00<br><br><br><br><br><br><br><br><br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $60,000.00<br>Total: $60,000.00 |
| Claim: 5070<br>Date Filed: 05/08/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MANNS DEBRA A<br>FRANK J DOLCE<br>1000 LIBERTY BLDG<br>420 MAIN ST<br>BUFFALO, NY 14202 | Claim Holder Name and Address<br>MANNS DEBRA A<br>FRANK J DOLCE<br>1000 LIBERTY BLDG<br>420 MAIN ST<br>BUFFALO, NY 14202<br><br>Docketed Total: UNL<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — UNL<br>Total: UNL | Modified Total: $45,000.00<br><br><br><br><br><br><br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $45,000.00<br>Total: $45,000.00 |

**Total Claims to be Modified: 2**

**Total Amount as Docketed:** $200,000.00

**Total Amount as Modified:** $105,000.00

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 1 of 1