In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-12    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit E-5
Pg 1 of 1

Twentieth Omnibus Claims Objection

**EXHIBIT E-5 - LIFT STAY PROCEDURES CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6909<br>Date Filed: 05/26/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BALDWIN SANDRA L<br>2320 WEST JEFFERSON<br>TRENTON, MI 48183 | Claim Holder Name and Address<br>BALDWIN SANDRA L<br>2320 WEST JEFFERSON<br>TRENTON, MI 48183<br><br>Docketed Total: **UNL**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         UNL<br>                                                         **UNL** | Modified Total: **$45,000.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         $45,000.00<br>                                                         **$45,000.00** |
| Claim: 465<br>Date Filed: 11/09/2005<br>Docketed Total: $100,000.00<br>Filing Creditor Name and Address:<br>JENNIFER T ASHERBRANNER<br>AND RONALD R ASHERBRANNER<br>PO BOX 968<br>DECATUR, AL 35602 | Claim Holder Name and Address<br>JENNIFER T ASHERBRANNER AND<br>RONALD R ASHERBRANNER<br>PO BOX 968<br>DECATUR, AL 35602<br><br>Docketed Total: **$100,000.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $100,000.00<br>                                                         **$100,000.00** | Modified Total: **$225,000.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                         $225,000.00<br>                                                         **$225,000.00** |
| Claim: 6603<br>Date Filed: 05/22/2006<br>Docketed Total: $93,000.00<br>Filing Creditor Name and Address:<br>KELLY R GROCE & KELLY D GROCE<br>STEWART & STEWART<br>931 S RANGELINE RD<br>CARMEL, IN 46032 | Claim Holder Name and Address<br>KELLY R GROCE & KELLY D GROCE<br>STEWART & STEWART<br>931 S RANGELINE RD<br>CARMEL, IN 46032<br><br>Docketed Total: **$93,000.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         $93,000.00<br>                                                         **$93,000.00** | Modified Total: **$35,000.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                         $35,000.00<br>                                                         **$35,000.00** |

**Total Claims to be Modified: 3**

**Total Amount as Docketed:** $193,000.00

**Total Amount as Modified:** $305,000.00

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated