In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-13    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-1
Pg 1 of 1

Twentieth Omnibus Claims Objection

**EXHIBIT F-1 - ADJOURNED DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 15299<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AI SHREVEPORT LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $389,277.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $389,277.00 | Claim Number: 14645<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>ANDROID INDUSTRIES LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $3,184,562.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,184,562.00 |

|  |  |
|---|---|
| **Total Claims to be Expunged:** | **1** |
| **Total Asserted Amount to be Expunged:** | **$389,277.00** |

*UNL stands for unliquidated