**In re Delphi Corporation, et al.**  **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-2 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIEMENS AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | 2571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,556.80<br>$30,556.80 | 04/06/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$30,556.80** | | |