05-44481-rdd    Doc 9692-15    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-3
                                                Pg 1 of 2

In re Delphi Corporation, et al.         Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT F-3 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANDROID INDUSTRIES LLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | 14645 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,184,562.00<br><br><br><br>$3,184,562.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ESSEX GROUP INC<br>1601 WALL ST<br>FORT WAYNE, IN 46801-1601 | 11530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $795,196.61<br><br><br><br>$795,196.61 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FCI AUSTRIA GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | 14042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$711.42<br>$711.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FEDERAL MOGUL CORPORATION<br>26555 NORTHWESTERN HWY<br>SOUTHFIELD, MI 48034 | 1111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,952,349.57<br><br><br><br>$1,952,349.57 | 12/12/2005 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS<br>VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | 15452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$651,626.18<br>$651,626.18 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GUIDE CORPORATION<br>600 CORPORATION DRIVE<br>PENDLETON, IN 46064 | 14070 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RLI INSURANCE COMPANY<br>10 ESQUIRE RD STE 14<br>NEW CITY, NY 10956 | 6668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,000,000.00<br><br><br>$2,000,000.00 | 05/23/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| VERIZON NORTH INC<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | 2340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,083.55<br>$5,083.55 | 03/20/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

05-44481-rdd    Doc 9692-15    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-3
Pg 2 of 2

In re Delphi Corporation, et al.    Twentieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT F-3 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| Total: | 8 | $8,589,529.33 | | |