**In re Delphi Corporation, et al.**   **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TOWER AUTOMOTIVE INC<br>200 E RANDOLPH DR<br>CHICAGO, IL 60601 | 16573 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 03/14/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **UNL** | | |