**In re Delphi Corporation, et al.**     **Twentieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT F-5 - ADJOURNED BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY ASSISTANT ATTORNEY GENERAL CADILLAC PL 3030 W GRAND BLVD STE 10 200 DETROIT, MI 48202 | 9272 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$5,731,238.42<br><br><br>$5,731,238.42 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| WISCONSIN DEPARTMENT OF REVENUE 2135 RIMROCK RD MADISON, WI 53713 | 8233 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$8,556,645.87<br><br><br>$8,556,645.87 | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | | **$14,287,884.29** | | |

*UNL stands for unliquidated