In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd  Doc 9692-18  Filed 09/28/07  Entered 09/28/07 16:40:29  Exhibit F-6  
Pg 1 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14277<br>Date Filed: 07/31/2006<br>Docketed Total: $88,154.71<br>Filing Creditor Name and Address:<br>AIRGAS SOUTHWEST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Docketed Total: $88,154.71<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $88,154.71<br>                                             $88,154.71 | Modified Total: $82,016.97<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $82,016.97<br>                                             $82,016.97 |
| Claim: 7837<br>Date Filed: 06/12/2006<br>Docketed Total: $152,445.85<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF DERINGER MPG CO<br>INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $152,445.85<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                   $152,445.85<br>                                            $152,445.85 | Modified Total: $143,532.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                   $143,532.08<br>                                            $143,532.08 |
| Claim: 5087<br>Date Filed: 05/08/2006<br>Docketed Total: $31,423.21<br>Filing Creditor Name and Address:<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Claim Holder Name and Address<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309<br><br>Docketed Total: $31,423.21<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $31,423.21<br>                                             $31,423.21 | Modified Total: $10,761.88<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $10,761.88<br>                                             $10,761.88 |

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6
Pg 2 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7374<br>Date Filed: 06/02/2006<br>Docketed Total: $595,983.31<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $595,983.31 | | Modified Total: | | $530,803.34 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$595,983.31<br>$595,983.31 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$530,803.34<br>$530,803.34 |
| Claim: 13458<br>Date Filed: 07/31/2006<br>Docketed Total: $74,664.00<br>Filing Creditor Name and Address:<br>DECO AUTOMOTIVE A DIVISION OF MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>DECO AUTOMOTIVE A DIVISION OF MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Docketed Total: | | $74,664.00 | | Modified Total: | | $74,664.00 |
| | Case Number*<br>05-44640 | Secured<br>$74,664.00<br>$74,664.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,664.00<br>$74,664.00 |
| Claim: 7247<br>Date Filed: 06/01/2006<br>Docketed Total: $192,937.77<br>Filing Creditor Name and Address:<br>EXXONMOBIL OIL CORPORATION<br>EXXONMOBIL BUSINESS SUPPORT CENTER<br>120 MCDONALD ST<br>ST JOHN, NB E2J 1M5<br>CANADA | Claim Holder Name and Address<br>EXXONMOBIL OIL CORPORATION<br>EXXONMOBIL BUSINESS SUPPORT CENTER<br>120 MCDONALD ST<br>ST JOHN, NB E2J 1M5<br>CANADA | Docketed Total: | | $192,937.77 | | Modified Total: | | $7,352.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$192,937.77<br>$192,937.77 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,352.96<br>$7,352.96 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6

Pg 3 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14126<br>Date Filed: 07/31/2006<br>Docketed Total: $376,357.61<br>Filing Creditor Name and Address:<br>FCI AUTOMOTIVE<br>DEUTSCHLAND GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br>FCI AUTOMOTIVE DEUTSCHLAND GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101-1110<br><br>Docketed Total: $376,357.61<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $376,357.61<br>Total: $376,357.61 | Modified Total: $148,675.44<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $148,675.44<br>Total: $148,675.44 |
| Claim: 14129<br>Date Filed: 07/31/2006<br>Docketed Total: $15,945.87<br>Filing Creditor Name and Address:<br>FCI AUTOMOTIVE FRANCE SA<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br>FCI AUTOMOTIVE FRANCE SA<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110<br><br>Docketed Total: $15,945.87<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $15,945.87<br>Total: $15,945.87 | Modified Total: $1,981.36<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $1,981.36<br>Total: $1,981.36 |
| Claim: 14125<br>Date Filed: 07/31/2006<br>Docketed Total: $76,964.21<br>Filing Creditor Name and Address:<br>FCI CANADA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br>FCI CANADA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110<br><br>Docketed Total: $76,964.21<br><br>Case Number*: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $76,964.21<br>Total: $76,964.21 | Modified Total: $64,568.00<br><br>Case Number*: 05-44567<br>Unsecured: $2,000.00<br>Case Number*: 05-44640<br>Unsecured: $62,568.00<br>Total: $64,568.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6
Pg 4 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14128<br>Date Filed: 07/31/2006<br>Docketed Total: $294,001.77<br>Filing Creditor Name and Address:<br>FCI ELECTRONICS MEXIDO S DE RL DE CV<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br>FCI ELECTRONICS MEXIDO S DE RL DE CV<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110<br><br>Docketed Total: $294,001.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $294,001.77<br>                                                     $294,001.77 | Modified Total: $179,807.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $171,887.77<br>05-44567                                    $7,920.00<br>                                                     $179,807.77 |
| Claim: 14127<br>Date Filed: 07/31/2006<br>Docketed Total: $361.40<br>Filing Creditor Name and Address:<br>FCI ITALIA SPA<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br>FCI ITALIA SPA<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110<br><br>Docketed Total: $361.40<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $361.40<br>                                                     $361.40 | Modified Total: $104.51<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $104.51<br>                                                     $104.51 |
| Claim: 14130<br>Date Filed: 07/31/2006<br>Docketed Total: $407,299.95<br>Filing Creditor Name and Address:<br>FCI USA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Claim Holder Name and Address<br>FCI USA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110<br><br>Docketed Total: $407,299.95<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $407,299.95<br>                                                     $407,299.95 | Modified Total: $252,375.95<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                    $183.00<br>05-44640                                    $252,192.95<br>                                                     $252,375.95 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9950<br>Date Filed: 07/19/2006<br>Docketed Total: $131,873.52<br>Filing Creditor Name and Address:<br>FERRO ELECTRONIC MATERIALS<br>1000 LAKESIDE AVE<br>CLEVELAND, OH 44114 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $131,873.52<br><br>Case Number*: 05-44481　Secured：　Priority：　Unsecured: $131,873.52<br>Total: $131,873.52 | Modified Total: $47,252.75<br><br>Case Number*: 05-44640　Secured：　Priority：　Unsecured: $47,252.75<br>Total: $47,252.75 |
| Claim: 12212<br>Date Filed: 07/28/2006<br>Docketed Total: $800,348.45<br>Filing Creditor Name and Address:<br>FLAMBEAU INC<br>801 LYNN AVE<br>BARABOO, WI 53913 | Claim Holder Name and Address<br>FLAMBEAU INC<br>801 LYNN AVE<br>BARABOO, WI 53913<br><br>Docketed Total: $800,348.45<br><br>Case Number*: 05-44481　Secured: $800,348.45　Priority：　Unsecured：<br>Total: $800,348.45 | Modified Total: $475,334.73<br><br>Case Number*: 05-44640　Secured：　Priority：　Unsecured: $475,334.73<br>Total: $475,334.73 |
| Claim: 2377<br>Date Filed: 03/22/2006<br>Docketed Total: $5,504,674.99<br>Filing Creditor Name and Address:<br>FUJITSU TEN CORP OF AMERICA<br>47800 HALYARD DR<br>PLYMOUTH, MI 48170 | Claim Holder Name and Address<br>FUJITSU TEN CORP OF AMERICA<br>47800 HALYARD DR<br>PLYMOUTH, MI 48170<br><br>Docketed Total: $5,504,674.99<br><br>Case Number*: 05-44640　Secured：　Priority：　Unsecured: $5,504,674.99<br>Total: $5,504,674.99 | Modified Total: $5,203,385.28<br><br>Case Number*: 05-44640　Secured：　Priority：　Unsecured: $5,203,385.28<br>Total: $5,203,385.28 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6
Pg 6 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10191<br>Date Filed: 07/21/2006<br>Docketed Total: $7,020.00<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Docketed Total: $7,020.00<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $7,020.00<br>                                            $7,020.00 | Modified Total: $3,680.00<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $3,680.00<br>                                            $3,680.00 |
| Claim: 9352<br>Date Filed: 07/11/2006<br>Docketed Total: $4,948,005.65<br>Filing Creditor Name and Address:<br>HEWLETT PACKARD COMPANY<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806 | Claim Holder Name and Address<br>HEWLETT PACKARD COMPANY<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806<br><br>Docketed Total: $4,948,005.65<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44481                                $4,948,005.65<br>                                          $4,948,005.65 | Modified Total: $4,887,481.59<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44482                                    $290.64<br>05-44481                                $4,887,190.95<br>                                          $4,887,481.59 |
| Claim: 10683<br>Date Filed: 07/26/2006<br>Docketed Total: $953,280.40<br>Filing Creditor Name and Address:<br>HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006 | Claim Holder Name and Address<br>HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006<br><br>Docketed Total: $953,280.40<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $953,280.40<br>                                            $953,280.40 | Modified Total: $166,642.02<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $166,642.02<br>                                            $166,642.02 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6
Pg 7 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11968<br>Date Filed: 07/28/2006<br>Docketed Total: $6,491,471.33<br>Filing Creditor Name and Address:<br>INFINEON TECHNOLOGIES<br>NORTH AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Docketed Total: $6,491,471.33<br><br>Case Number* 05-44640    Secured    Priority    Unsecured $6,491,471.33<br>                                                     $6,491,471.33 | Modified Total: $6,333,628.25<br><br>Case Number* 05-44640    Secured    Priority    Unsecured $6,333,628.25<br>                                                     $6,333,628.25 |
| Claim: 1157<br>Date Filed: 12/09/2005<br>Docketed Total: $18,679.06<br>Filing Creditor Name and Address:<br>MOTOROLA INC<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG, IL 60196-1078 | Claim Holder Name and Address<br>MOTOROLA INC<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG, IL 60196-1078<br><br>Docketed Total: $18,679.06<br><br>Case Number* 05-44481    Secured    Priority    Unsecured $18,679.06<br>                                                     $18,679.06 | Modified Total: $763.98<br><br>Case Number* 05-44640    Secured    Priority    Unsecured $763.98<br>                                                     $763.98 |
| Claim: 9771<br>Date Filed: 07/18/2006<br>Docketed Total: $977,354.65<br>Filing Creditor Name and Address:<br>NSS TECHNOLOGIES INC FKA<br>NATIONAL SET SCREW CORP<br>C O ROBERT SZWAJKOS ESQ<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA<br>MORRISVILLE, PA 19067 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179<br><br>Docketed Total: $977,354.65<br><br>Case Number* 05-44640    Secured    Priority    Unsecured $977,354.65<br>                                                     $977,354.65 | Modified Total: $713,175.52<br><br>Case Number* 05-44640    Secured    Priority    Unsecured $713,175.52<br>                                                     $713,175.52 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6
Pg 8 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8875<br>Date Filed: 06/30/2006<br>Docketed Total: $505,106.24<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>Docketed Total: $505,106.24<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $505,106.24<br>                                                              $505,106.24 | Modified Total: $168,224.07<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $155,808.94<br>05-44567                                    $12,415.13<br>                                                              $168,224.07 |
| Claim: 4011<br>Date Filed: 05/01/2006<br>Docketed Total: $30,350.37<br>Filing Creditor Name and Address:<br>ROOT NEAL & CO INC<br>64 PEABODY ST<br>BUFFALO, NY 14240 | Claim Holder Name and Address<br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202<br><br>Docketed Total: $30,350.37<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $30,350.37<br>                                                              $30,350.37 | Modified Total: $22,815.18<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $22,815.18<br>                                                              $22,815.18 |
| Claim: 3657<br>Date Filed: 05/01/2006<br>Docketed Total: $17,579.52<br>Filing Creditor Name and Address:<br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606<br><br>Docketed Total: $17,579.52<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $17,579.52<br>                                                              $17,579.52 | Modified Total: $4,753.03<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $4,753.03<br>                                                              $4,753.03 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12108<br>Date Filed: 07/28/2006<br>Docketed Total: $27,271.67<br>Filing Creditor Name and Address:<br>SOUTHWEST RESEARCH INSTITUTE<br>PO DRAWER 28510<br>SAN ANTONIO, TX 78228-8400 | Claim Holder Name and Address<br>SOUTHWEST RESEARCH INSTITUTE<br>PO DRAWER 28510<br>SAN ANTONIO, TX 78228-8400<br><br>Docketed Total: $27,271.67<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44547                                                  $27,271.67<br>                                                              $27,271.67 | Modified Total: $21,639.49<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                  $21,639.49<br>                                                              $21,639.49 |
| Claim: 14135<br>Date Filed: 07/31/2006<br>Docketed Total: $1,424,133.17<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF ENERGY CONVERSION COMPANY<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>SPCP GROUP LLC AS ASSIGNEE OF ENERGY CONVERSION SYSTEMS COMPANY<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $46,446.17<br><br>Case Number*   Secured   Priority         Unsecured<br>05-44640                             $46,446.17<br>                                             $46,446.17 | Modified Total: $0.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $0.00<br>                                             $0.00 |
|  | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $1,377,687.00<br><br>Case Number*   Secured   Priority         Unsecured<br>05-44640                             $341,143.65   $1,036,543.35<br>                                             $341,143.65   $1,036,543.35 | Modified Total: $874,366.13<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $0.00         $874,366.13<br>                                             $0.00         $874,366.13 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 9 of 10

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-18    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-6
Pg 10 of 10

Twentieth Omnibus Claims Objection

**EXHIBIT F-6 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9772<br>Date Filed: 07/18/2006<br>Docketed Total: $72,034.20<br>Filing Creditor Name and Address:<br>SPS TECHNOLOGIES<br>WATERFORD COMPANY FKA<br>TERRY MACHINE COMPANY<br>C O ROBERT SZWAJKOS ESQUIRE<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179<br><br>Docketed Total: $72,034.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $72,034.20<br>                                                                     $72,034.20 | Modified Total: $72,025.32<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $72,025.32<br>                                                                     $72,025.32 |
| Claim: 15378<br>Date Filed: 07/31/2006<br>Docketed Total: $996,729.62<br>Filing Creditor Name and Address:<br>TEXAS INSTRUMENTS<br>INCORPORATED<br>MUNSCH HARDT KOPF & HARR PC<br>500 N AKARD ST SUITE 3800<br>DALLAS, TX 75201-6659 | Claim Holder Name and Address<br>TEXAS INSTRUMENTS<br>INCORPORATED<br>MUNSCH HARDT KOPF & HARR PC<br>500 N AKARD ST SUITE 3800<br>DALLAS, TX 75201-6659<br><br>Docketed Total: $996,729.62<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $996,729.62<br>                                                                     $996,729.62 | Modified Total: $345,112.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $345,112.09<br>                                                                     $345,112.09 |
| Claim: 6407<br>Date Filed: 05/22/2006<br>Docketed Total: $289,254.87<br>Filing Creditor Name and Address:<br>UNITED TELEPHONE COMPANY<br>OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address<br>UNITED TELEPHONE COMPANY OF<br>OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Docketed Total: $289,254.87<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                  $289,254.87<br>                                                                     $289,254.87 | Modified Total: $119,526.48<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $119,526.48<br>                                                                     $119,526.48 |

**Total Claims to be Modified: 29**

**Total Amount as Docketed:** $25,501,707.37

**Total Amount as Modified:** $20,956,450.17

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated