In re Delphi Corporation, <u>et al.</u>
Case No. 05-44481 (RDD)

Twentieth Omnibus Claims Objection

### EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 9824
Date Filed: 07/11/2006
Docketed Total: $20,112,352.05
Filing Creditor Name and Address:
NEW YORK STATE
DEPARTMENT OF TAXATION
AND FINANCE
PO BOX 5300
ALBANY, NY 12205-0300

Claim Holder Name and Address
NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE
PO BOX 5300
ALBANY, NY 12205-0300

Docketed Total: $20,112,352.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,082,602.46 | $29,749.59 |
| | | **$20,082,602.46** | **$29,749.59** |

Modified Total: **$7,800,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,800,000.00 | $0.00 |
| | | **$7,800,000.00** | **$0.00** |

**Row 2**

Claim: 1532
Date Filed: 01/13/2006
Docketed Total: $36,026,477.41
Filing Creditor Name and Address:
OHIO DEPARTMENT OF
TAXATION
30 E BROAD ST
COLUMBUS, OH 43215

Claim Holder Name and Address
OHIO DEPARTMENT OF TAXATION
30 E BROAD ST
COLUMBUS, OH 43215

Docketed Total: $36,026,477.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $36,026,477.41 | |
| | | **$36,026,477.41** | |

Modified Total: **$3,532,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,532,000.00 | |
| | | **$3,532,000.00** | |

**Row 3**

Claim: 4536
Date Filed: 05/02/2006
Docketed Total: $20,048.53
Filing Creditor Name and Address:
STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY
GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Claim Holder Name and Address
STATE OF MICHIGAN
DEPARTMENT OF TREASURY
ASSISTANT ATTORNEY GENERAL
CADILLAC PL
3030 W GRAND BLVD STE 10 200
DETROIT, MI 48202

Docketed Total: $20,048.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44632 | | | $20,048.53 |
| | | | **$20,048.53** |

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44632 | | | $0.00 |
| | | | **$0.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, <u>et al.</u>
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9692-19   Filed 09/28/07   Entered 09/28/07 16:40:29   Exhibit F-7
Pg 2 of 4

Twentieth Omnibus Claims Objection

### EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5761<br>Date Filed:  05/12/2006<br>Docketed Total:   $1,250,306.00<br>Filing Creditor Name and Address:<br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY<br>  GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202 | Claim Holder Name and Address<br><br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202<br><br>Docketed Total:   **$1,250,306.00** | Modified Total:   **$0.00** |
| | **Case Number\*** 05-44554   _Secured_   _Priority_   _Unsecured_ $1,250,306.00<br><br>**$1,250,306.00** | **Case Number\*** 05-44554   _Secured_   _Priority_   _Unsecured_ $0.00<br><br>**$0.00** |
| Claim: 5762<br>Date Filed:  05/12/2006<br>Docketed Total:   $1,276,165.80<br>Filing Creditor Name and Address:<br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY<br>  GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202 | Claim Holder Name and Address<br><br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202<br><br>Docketed Total:   **$1,276,165.80** | Modified Total:   **$0.00** |
| | **Case Number\*** 05-44554   _Secured_   _Priority_ $1,276,165.80   _Unsecured_<br><br>**$1,276,165.80** | **Case Number\*** 05-44554   _Secured_   _Priority_ $0.00   _Unsecured_<br><br>**$0.00** |
| Claim: 6354<br>Date Filed:  05/19/2006<br>Docketed Total:   $666,927.27<br>Filing Creditor Name and Address:<br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY<br>  GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202 | Claim Holder Name and Address<br><br>  STATE OF MICHIGAN<br>  DEPARTMENT OF TREASURY<br>  ASSISTANT ATTORNEY GENERAL<br>  CADILLAC PL<br>  3030 W GRAND BLVD STE 10 200<br>  DETROIT, MI 48202<br><br>Docketed Total:   **$666,927.27** | Modified Total:   **$0.00** |
| | **Case Number\*** 05-44481   _Secured_   _Priority_   _Unsecured_ $666,927.27<br><br>**$666,927.27** | **Case Number\*** 05-44481   _Secured_   _Priority_   _Unsecured_ $0.00<br><br>**$0.00** |

\*See Exhibit G for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, <u>et al.</u>
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-19    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-7

Pg 3 of 4

**Twentieth Omnibus Claims Objection**

**EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6383**
Date Filed:    05/19/2006
Docketed Total:    $248,083.00
Filing Creditor Name and Address:
 STATE OF MICHIGAN
 DEPARTMENT OF TREASURY
 ASSISTANT ATTORNEY
 GENERAL
 CADILLAC PL
 3030 W GRAND BLVD STE 10 200
 DETROIT, MI 48202

Claim Holder Name and Address
 STATE OF MICHIGAN
 DEPARTMENT OF TREASURY
 ASSISTANT ATTORNEY GENERAL
 CADILLAC PL
 3030 W GRAND BLVD STE 10 200
 DETROIT, MI 48202

Docketed Total:    $248,083.00

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $248,083.00 |
| | | | **$248,083.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

**Claim: 2420**
Date Filed:    03/27/2006
Docketed Total:    $10,790,199.00
Filing Creditor Name and Address:
 STATE OF MICHIGAN
 DEPARTMENT OF TREASURY
 ASSISTANT ATTORNEY
 GENERAL
 CADILLAC PLACE
 3030 W GRAND BLVD STE 10 200
 DETROIT, MI 48202

Claim Holder Name and Address
 STATE OF MICHIGAN
 DEPARTMENT OF TREASURY
 ASSISTANT ATTORNEY GENERAL
 CADILLAC PLACE
 3030 W GRAND BLVD STE 10 200
 DETROIT, MI 48202

Docketed Total:    $10,790,199.00

Modified Total:    $2,892,800.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,790,199.00 |
| | | | **$10,790,199.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,892,800.00 |
| | | | **$2,892,800.00** |

**Claim: 2422**
Date Filed:    03/27/2006
Docketed Total:    $6,386,401.82
Filing Creditor Name and Address:
 STATE OF MICHIGAN
 DEPARTMENT OF TREASURY
 ASSISTANT ATTORNEY
 GENERAL
 CADILLAC PLACE
 3030 W GRAND BLVD STE 10 200
 DETROIT, MI 48202

Claim Holder Name and Address
 STATE OF MICHIGAN
 DEPARTMENT OF TREASURY
 ASSISTANT ATTORNEY GENERAL
 CADILLAC PLACE
 3030 W GRAND BLVD STE 10 200
 DETROIT, MI 48202

Docketed Total:    $6,386,401.82

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,386,401.82 | |
| | | **$6,386,401.82** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | |
| | | **$0.00** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-19    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-7
Pg 4 of 4

Twentieth Omnibus Claims Objection

**EXHIBIT F-7 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims to be Modified: 9**<br><br>**Total Amount as Docketed:**        **$76,776,960.88**<br><br>**Total Amount as Modified:**        **$14,224,800.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated