**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9120<br>Date Filed: 07/07/2006<br>Docketed Total: $160,270.22<br>Filing Creditor Name and Address:<br>AB AUTOMOTIVE ELECTRONICS LTD<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name and Address<br>AB AUTOMOTIVE ELECTRONICS LTD<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Docketed Total: | | $120,000.22 | | Modified Total: | | $120,000.00 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$120,000.00<br>**$120,000.00** | Unsecured<br>$0.22<br>**$0.22** | Case Number*<br>05-44640 | Secured | Priority<br>$120,000.00<br>**$120,000.00** | Unsecured<br>$0.00<br>**$0.00** |
| | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | $40,270.00 | | Modified Total: | | $17,982.34 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,270.00<br>**$40,270.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,982.34<br>**$17,982.34** |
| Claim: 12686<br>Date Filed: 07/28/2006<br>Docketed Total: $2,466,373.54<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $2,466,373.54 | | Modified Total: | | $2,319,296.37 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$265,875.25<br>**$265,875.25** | Unsecured<br>$2,200,498.29<br>**$2,200,498.29** | Case Number*<br>05-44640 | Secured | Priority<br>$265,875.25<br>**$265,875.25** | Unsecured<br>$2,053,421.12<br>**$2,053,421.12** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-20    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-8
Pg 2 of 5

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 416<br>Date Filed: 11/07/2005<br>Docketed Total: $5,415,329.84<br>Filing Creditor Name and Address:<br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>ATTN MENACHEM O ZELMANOVITZ ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name and Address<br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>CO MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | Docketed Total: | | $5,415,329.84 | | Modified Total: | | $5,415,329.84 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,110,565.18 | Unsecured<br>$3,304,764.66 | Case Number*<br>05-44640 | Secured | Priority<br>$219,986.79 | Unsecured<br>$5,195,343.05 |
| | | | **$2,110,565.18** | **$3,304,764.66** | | | **$219,986.79** | **$5,195,343.05** |
| Claim: 9993<br>Date Filed: 07/20/2006<br>Docketed Total: $1,094,656.41<br>Filing Creditor Name and Address:<br>OSRAM SYLVANIA INC<br>100 ENDICOTT ST<br>DANVERS, MA 01923-3623 | Claim Holder Name and Address<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005 | Docketed Total: | | $928,226.61 | | Modified Total: | | $878,312.62 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$928,226.61 | Case Number*<br>05-44640 | Secured | Priority<br>$57,468.93 | Unsecured<br>$820,843.69 |
| | | | | **$928,226.61** | | | **$57,468.93** | **$820,843.69** |
| | Claim Holder Name and Address<br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $166,429.80 | | Modified Total: | | $157,480.29 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$166,429.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$157,480.29 |
| | | | | **$166,429.80** | | | | **$157,480.29** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 9692-20   Filed 09/28/07   Entered 09/28/07 16:40:29   Exhibit F-8

Pg 3 of 5

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16479<br>Date Filed: 01/11/2007<br>Docketed Total: $561,083.00<br>Filing Creditor Name and Address:<br>SENSUS PRECISION DIE CASTING INC<br>PO BOX 11587<br>RICHMOND, VA 15871 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Docketed Total: | | $561,083.00 | | Modified Total: | | $561,083.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$561,083.00<br>$561,083.00 | Case Number*<br>05-44640 | Secured | Priority<br>$101,745.58<br>$101,745.58 | Unsecured<br>$459,337.42<br>$459,337.42 |
| Claim: 2713<br>Date Filed: 04/24/2006<br>Docketed Total: $6,253,576.29<br>Filing Creditor Name and Address:<br>TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C<br>MUNSCH HARDT KOPF & HARR PC<br>3800 LINCOLN PLZ<br>500 N AKARD ST<br>DALLAS, TX 75201-6659 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>383 MADISON AVE<br>NEW YORK, NY 10179 | Docketed Total: | | $6,253,576.29 | | Modified Total: | | $6,253,576.29 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,253,576.29<br>$6,253,576.29 | Case Number*<br>05-44640 | Secured | Priority<br>$64,270.14<br>$64,270.14 | Unsecured<br>$6,189,306.15<br>$6,189,306.15 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-20    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-8  
Pg 4 of 5

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9037<br>Date Filed: 07/05/2006<br>Docketed Total: $1,676,212.31<br>Filing Creditor Name and Address:<br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name and Address<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $920,461.40<br><br>Case Number*: 05-44640<br>Secured: —  Priority: —  Unsecured: $920,461.40<br>Total: $920,461.40 | Modified Total: $0.00<br><br>Case Number*: 05-44640<br>Secured: —  Priority: —  Unsecured: $0.00<br>Total: $0.00 |
|  | Claim Holder Name and Address<br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246<br><br>Docketed Total: $755,750.91<br><br>Case Number*: 05-44640<br>Secured: —  Priority: $21,833.87  Unsecured: $733,917.04<br>Totals: $21,833.87  $733,917.04 | Modified Total: $157,945.50<br><br>Case Number*: 05-44640<br>Secured: —  Priority: $5,458.47  Unsecured: $152,487.03<br>Totals: $5,458.47  $152,487.03 |
| Claim: 13572<br>Date Filed: 07/25/2006<br>Docketed Total: $46,538.80<br>Filing Creditor Name and Address:<br>UNITED PLASTICS GROUP INC<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Claim Holder Name and Address<br>UNITED PLASTICS GROUP INC<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523<br><br>Docketed Total: $46,538.80<br><br>Case Number*: 05-44640<br>Secured: $46,538.80  Priority: —  Unsecured: —<br>Total: $46,538.80 | Modified Total: $43,513.29<br><br>Case Number*: 05-44640<br>Secured: —  Priority: $2,010.69  Unsecured: $41,502.60<br>Totals: $2,010.69  $41,502.60 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 9692-20    Filed 09/28/07    Entered 09/28/07 16:40:29    Exhibit F-8
Pg 5 of 5

Twentieth Omnibus Claims Objection

**EXHIBIT F-8 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11640<br>Date Filed: 07/27/2006<br>Docketed Total: $10,208,032.27<br>Filing Creditor Name and Address:<br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | Claim Holder Name and Address<br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | | Docketed Total: | $10,208,032.27 | | | Modified Total: | $4,183,936.11 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$658,509.45 | Unsecured<br>$9,549,522.82 | Case Number*<br>05-44640 | Secured | Priority<br>$658,509.45 | Unsecured<br>$3,525,426.66 |
| | | | $658,509.45 | $9,549,522.82 | | | $658,509.45 | $3,525,426.66 |

**Total Claims to be Modified: 9**

**Total Amount as Docketed:**  $27,882,072.68

**Total Amount as Modified:**  $20,108,455.65