TOGUT, SEGAL SEGAL LLP
Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ x

# NOTICE OF ESTIMATION HEARING
## WITH RESPECT TO DEBTORS' MOTION
### ESTIMATING PROOF OF CLAIM NOS. 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, AND 1387

PLEASE TAKE NOTICE that on September 7, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), sought to estimate and set a maximum cap, solely for voting purposes and setting appropriate reserves under the plan of reorganization, on proof of claim numbers 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, and 1387 (collectively, the "Proofs of Claim") filed by American International Group and its Related Entities (collectively, the "Claimant") pursuant to the Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (a) Estimating And Setting Maximum Cap On Certain Contingent Or

Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures (Docket No. 9297) (the "Motion").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. §§ 105(A) And 502(C) (a) Estimating And Capping Certain Unliquidated Claims And (b) Approving Expedited Claims Estimation Procedures, entered September 30, 2007 (Docket No. 9685) (the "Order"), an estimation hearing (the "Estimation Hearing") to estimate a maximum capped amount for the Proof of Claim, solely for voting purposes and setting appropriate reserves under the plan of reorganization, is hereby scheduled for November 8, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Estimation Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply with the procedures provided in the Order could result in the Proof of Claim being capped, solely for voting purposes and setting appropriate reserves under the plan of reorganization, in the amount identified in Exhibit A to the Motion.  A copy of the Order is attached hereto for your convenience.

**(Concluded on the following page)**

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Estimation Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

DATED:   New York, New York
         September 28, 2007

DELPHI CORPORATION, *et al.*,
Debtors, Debtors in Possession and Plaintiffs,
By their Co-Counsel,
TOGUT, SEGAL & SEGAL, LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
One Penn Plaza, Suite 3335
New York, New York  10119
(212) 594-5000