**Hearing Date And Time:  October 10, 2007 at 10:00 a.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
     In re                                    :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                                    :
                           Debtors.    :        (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF DEADLINE TO FILE MOTION FOR LEAVE TO FILE LATE CLAIM
WITH RESPECT TO LATE CLAIMS FILED BY STEPHANIE GRAY,
US XPRESS, AND DAVID WRIGHT

PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed and served a Supplemental Reply In Support Of Debtors' Omnibus Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (the "Supplemental Reply") (Docket No. 9543).

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has adjourned the hearing to consider relief requested in the Supplemental Reply.

PLEASE TAKE FURTHER NOTICE that pursuant Federal Rule 9006(b)(1) of Bankruptcy Procedures, if claimants Stephanie Gray, US Xpress, and/or David Wright (the "Claimants") wish to further prosecute proofs of claim (the "Untimely Claims") they filed without leave of the Bankruptcy Court after the July 31, 2006 bar date established pursuant to Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) and Fed.R.Bankr.P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206), such Claimants must file motions seeking such relief (the "Motions").

PLEASE TAKE FURTHER NOTICE that such Motions must (a) be in writing and (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, served in accordance with the procedures set forth herein and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered, March 20, 2006 (Docket No. 2883) and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No. 5418),

and **received no later than 4:00 p.m. (prevailing Eastern time) on October 8, 2007**

("Deadline").

    PLEASE TAKE FURTHER NOTICE that a hearing to consider relief requested in such Motions will be held on October 10, 2007 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

    PLEASE TAKE FURTHER NOTICE that the Supplemental Reply will be deemed to be an objection to any Motion filed by the Claimants.  A copy of the Supplemental Reply is attached hereto for your convenience.

    PLEASE TAKE FURTHER NOTICE that only those Motions made as set forth herein will be considered by the Bankruptcy Court at the Hearing.  If no Motions are filed by the Deadline, the Bankruptcy Court may enter a final order disallowing and expunging the Untimely Claims filed by the Claimants without further notice or hearing on October 10, 2007.

Dated: New York, New York
    September 28, 2007

              SKADDEN, ARPS, SLATE, MEAGHER
               & FLOM LLP

             By: /s/ John Wm. Butler, Jr.
                John Wm. Butler, Jr. (JB 4711)
                John K. Lyons (JL 4951)
                Ron E. Meisler (RM 3026)
                333 West Wacker Drive, Suite 2100
                Chicago, Illinois 60606
                (312) 407-0700

                 - and -

             By: /s/ Kayalyn A. Marafioti
                Kayalyn A. Marafioti (KM 9632)
                Thomas J. Matz (TM 5986)
                Four Times Square
                New York, New York 10036
                (212) 735-3000