```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------   x
In re:                                                    :    Chapter 11
                                                          :
DELPHI CORP., et al.,                                     :    Case No. 05-44481 (RDD)
                                                          :
                        Debtors.                          :    (Jointly Administered)
-------------------------------------------------------   x
```

**AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee for Region 2 (the "United States Trustee"), under 11 U.S.C. §§ 1102(a) and (b), hereby amends the Appointment of Committee of Unsecured Creditors, filed in the above-entitled case on October 17, 2005 and supplemented on March 6, 2006, as follows:

1. SABIC Innovative Plastics
   9930 Kincey Avenue
   Huntersville, NC 28078
   Attention: Valerie Venable
   Phone:  704.992.5075

2. Tyco Electronics Corporation
   60 Columbia Road
   Morristown, NJ 07960
   Attention: MaryAnn Brereton,
   Assistant General Counsel
   Phone: 973.656.8365

3. IUE-CWA
   2360 W. Dorothy Lane, Suite 201
   Dayton, Ohio 45439
   Attention: Lauren Aspland
   Phone: 937.294.7813

4. Capital Research and Management Company
   11100 Santa Monica Blvd., 15th Floor
   Los Angeles, CA 90025
   Attention: Michelle Robson
   Phone: 310.996.6140

- 1 -

5. Wilmington Trust Company, as Indenture Trustee
   Rodney Square North
   1100 North Market Street
   Wilmington, DE 19890
   Attention: Steven M. Cimalore
   Phone: 302.636.6058

6. Freescale Semiconductor, Inc.
   6501 William Cannon Drive West
   MD: OE16
   Austin, TX 78735
   Attention: Richard Lee Chambers, III
   512.895.6357

Dated: New York, NY
       October 1, 2007

                        DIANA G. ADAMS
                        UNITED STATES TRUSTEE

By: /s/ Alicia M. Leonhard
    Alicia M. Leonhard (AML-6060)
    Trial Attorney

    33 Whitehall Street
    21st Floor
    New York, New York 10004-2112
    Tel. No. (212) 510-0500
    Fax. No. (212) 668-2255