**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.(ME 0570)
S. Jason Teele, Esq. (ST 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
             and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF SERVICE

**Gina C. Buccellato**, certifies as follows:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, Bankruptcy counsel to the Lead Plaintiffs and the Class in the above captioned matter.

2. On October 1, 2007, I caused to be served the Lead Plaintiffs' Response to Debtors' Motion for Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, and Procedures for Temporary Allowance of Certain Claims, (III) Hearing Date to Consider Confirmation of Plan, (IV) Procedures for Filing Objections to Plan, (V) Solicitation Procedures for Voting on Plan, (VI) Cure Claim Procedures, (VII)

18692/2
10/01/2007 **2235602.01**

-2-

Procedures for Resolving Disputes Relating to Postpetition Interest, and (VIII) Reclamation Claim Procedures via Federal Express to the parties listed on the annexed Exhibit A.

        I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 1, 2007

                              /s/ Gina C. Buccellato
                              Gina C. Buccellato

# EXHIBIT "A"

# SERVICE LIST

John W. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive  - Suite 2100
Chicago, IL 60606-1285
***Attorneys for the Debtor***

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
***Attorneys for The Official Committee Of Unsecured Creditors***

Bonnie Steingart, Esq.
Frank, Harris, Shriver & Jacosbon LLP
One New York Plaza
New York, NY 10004
***Counsel for the Official Committee of Equity Security Holders.***

Attn:  General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
***Debtor***

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
***Attorneys for the Agent Under the Postpetition Credit Facility***

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
***U.S. Trustee***