**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                                       Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                              Jointly Administered

                           Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

       UPON the motion of Michael A. Trentadue for admission pro hac vice in this bankruptcy case; it is hereby

       ORDERED, that Michael A. Trentadue is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  October 1, 2007
         New York, New York

                                                    /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE