**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                Jointly Administered

                    Debtors

-------------------------------------------------------------x

### <u>ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

UPON the motion of Carina M. De La Torre for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Carina M. De La Torre is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  October 1, 2007
           New York, New York


                                        /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE