**Hearing Date: October 3, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
    In re                           :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :   (Jointly Administered)
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED SOLICITATION PROCEDURES MOTION, MDL AND INSURANCE
SETTLEMENT APPROVAL MOTION, AND SAGINAW CHASSIS ASSET SALE MOTION
<u>NON-OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:   United States Bankruptcy Court for the Southern District of New York,
                              Alexander Hamilton Custom House, Room 610, 6th Floor, One
                              Bowling Green, New York, New York 10004-1408

Proposed Agenda:

    A.    Introduction

    B.    Adjourned Matters (2 Matters)

    C.    Contested Matters (1 Matter)

**B.    Adjourned Matters**

    1.    **"MDL And Insurance Settlement Approval Motion"** – Motion For Order Approving Multidistrict Litigation And Insurance Settlements (Docket No. 9296)

        *Response filed:*    *None.*

        *Reply filed:*    *None.*

        *Related filings:*    *None.*

        *Status:*    *The objection deadline for the motion passed on September 20, 2007 except for extensions granted to certain parties.[1] At the hearing, the Debtors will request that this matter be adjourned to the October 25, 2007 omnibus hearing with an objection deadline for the parties granted an extension of 4:00 p.m. (prevailing Eastern time) on October 18, 2007.*

    2.    **"Saginaw Chassis Asset Sale Motion"** – Expedited Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale By Delphi Automotive Systems LLC And Delphi Technologies, Inc. Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9368)

        *Response filed:*    *Limited Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9584)*

---

[1] These parties are the official committee of unsecured creditors, the United States Department of Labor, Wilmington Trust Company, as indenture trustee, the ad hoc committee of trade creditors, and DK Acquisition Co., Silverpoint Capital, Sandell Management Co., Elliot Management Company, and CR Intrinsic.

2

|  |  |
|---|---|
| *Reply filed:* | *Debtors' Summary Of Modifications To Bidding Procedures Order In Connection With Sale Of The Debtors' Saginaw Chassis Assets Resolving Reply To Objection Of International Union, UAW To Expedited Motion For Orders (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving Sale Of Certain Equipment And Other Assets Primarily Used In Debtors' Saginaw Chassis Business Free And Clear Of Liens (Docket No. 9623)* |
| *Related filings:* | *None.* |
| *Status:* | *The objection deadline for the motion passed on September 24, 2007. At the hearing, the Debtors will request that this matter be adjourned to the October 25, 2007 omnibus hearing.* |

C.   **Contested Matters**

   3.   **"Solicitation Procedures Motion"** – Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 9266)

|  |  |
|---|---|
| *Responses filed:* | *Objection Of Sharyl Carter (Docket No. 9513)* |
|  | *Objection Of Peugeot JAPY Industries SA To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9668)* |
|  | *Objection Of PBR Tennessee, Inc., PBR Knoxville LLC, PBR Columbia LLC, And PBR Australia Pty Ltd., To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9669)* |
|  | *Objection Of SABIC Innovative Plastics US LLC To Debtors' Disclosure Statement And Solicitation Procedures Motion (Docket No. 9670)* |
|  | *Limited Objection Of The Ace Companies To Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9674)* |
|  | *Limited Objection Of Bank Of America, N.A. To Disclosure Statement With Respect To Joint Chapter 11 Plan Of Reorganization Of Delphi Corporation And* |

3


*Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9677)*

*Limited Objection Of Bank Of America, N.A. To Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Procedures (Docket No. 9680)*

*Lead Plaintiffs' Response To Debtors' Motion For Order Approving (I) Disclosure Statement, (II) Record Date, Voting Deadline, And Procedures For Temporary Allowance Of Certain Claims, (III) Hearing Date To Consider Confirmation Of Plan, (IV) Procedures For Filing Objections To Plan, (V) Solicitation Procedures For Voting On Plan, (VI) Cure Claim Procedures, (VII) Procedures For Resolving Disputes Relating To Postpetition Interest, And (VIII) Reclamation Claim Procedures (Docket No. 10398)*

*Objection Of The UAW Skilled Trades Employees (Undocketed)*

*Objection Of Sharyl Carter (Undocketed)*

*Objection Of Ernest A. Knobeispiesse (Undocketed)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *Order Scheduling Non-Omnibus Hearing On Debtors' Motion To Approve Solicitation Procedures And Disclosure Statement (Docket No. 8898)* |
| | *Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9263)* |
| | *Disclosure Statement With Respect To Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 9264)* |
| *Status:* | *The Debtors will commence the hearing on the Disclosure Statement and proceed with the hearing on the objections noted above. As stated on the record at the September 27, 2007 omnibus hearing, the Debtors* |

*extended the objection deadline for certain parties.[2] Following the Debtors' preliminary presentation and the hearing on the objections and responses noted above, the Debtors will be requesting the Court to continue the hearing to 1:00 p.m. (prevailing Eastern time) on October 25, 2007 with an objection deadline for the parties granted an extension of 4:00 p.m. (prevailing Eastern time) on October 19, 2007.*

Dated: New York, New York
       October 2, 2007

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr._____
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti_____
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

---

2   These parties are the official committee of unsecured creditors, the official committee of equity security holders, the plan investors, General Motors Corporation, Wilmington Trust Company, as indenture trustee, the ad hoc committee of trade creditors, and DK Acquisition Co., Silverpoint Capital, Sandell Management Co., Elliot Management Company, and CR Intrinsic.