UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
　　　　　　　　　　　　　　　　　　　　:
　　In re　　　　　　　　　　　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　　　　　 :　　Case No. 05-44481 (RDD)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Debtors.　　　　 :　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DENYING MOTION OF ARKEMA, INC. FOR LEAVE TO FILE LATE CLAIM

("ARKEMA ORDER")

Upon Arkema Inc.'s Motion For Leave To File Late Claim (Docket No. 9272) (the "Motion"); and Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") having objected to the Motion (Docket No. 9480); and this Court having considered the documents and exhibits filed by Arkema Inc. ("Arkema") and the Debtors; and after due deliberation thereon; and good and sufficient cause appearing therefore for the reasons stated by the Court at the September 28, 2007 hearing (the "Hearing")

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

　　　　　A.　　Arkema was properly and timely served with a copy of the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) and Fed.R.Bankr.P. 1009, 2002(a)(7), 3003(c)(3),

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052. Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Third Omnibus Claims Objection.

1

And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) (the "Bar Date Order").

   B.  The Court has jurisdiction to consider Arkema's Motion For Leave To File Late Claim pursuant to 28 U.S.C. §§ 157 and 1334. Arkema's Motion is a core proceeding under 28 U.S.C. § 157 (b)(2). Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

   C.  For the reasons stated by the Court at he Hearing, Arkema has failed to establish excusable neglect to justify its failure to timely file its claim pursuant to the Bar Date Order.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

   1.  The Motion is denied.

   2.  Kurtzman Carson Consultants, LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

   3.  The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York
    October 1, 2007

             /s/Robert D. Drain
             UNITED STATES BANKRUPTCY JUDGE