| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Neil Berger (NB-3599) | HEARING DATE:   October 10, 2007<br>AT 10:00 AM |

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
In re : Chapter 11
: 
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
: 
Debtors, : (Jointly Administered)
: 
------------------------------ x

**AMENDED NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER COMPROMISING AND DISALLOWING PROOFS OF CLAIM NUMBERED 11933, 11934 AND 11935 (METALDYNE COMPANY LLC, METALDYNE CORPORATION, METALDYNE SINTERED COMPONENTS LLC, <u>METALDYNE MACHINING AND ASSEMBLY COMPANY, INC.</u>**

PLEASE TAKE NOTICE that on October 31, 2006, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbered 11933, 11934 and 11935 (the "Proofs of Claim" or the "Claims") filed by Metaldyne Company LLC, Metaldyne Corporate, Metaldyne Sintered Components LLC, Metaldyne Machining and Assembly Company, Inc. (the "Claimants") pursuant to Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To

Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objection with respect to the Proofs of Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Stipulation and Agreed Order Compromising and Disallowing Proofs Of Claim Numbered 11933, 11934 and 11935 (Metaldyne Company LLC, Metaldyne Corporate, Metaldyne Sintered Components LLC, Metaldyne Machining and Assembly Company, Inc.) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimants have agreed to compromise and disallow proofs of claim numbered 11933, 11934 and 11935 in their entirety and DAS, LLC shall return and pay to Claimant in cash, the sum of $336,422.15 as a return of excessive Debit Recoupments that DAS took post petition.

**[Continued on following page]**

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for October 10, 2007 (not October 11, 2007), at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        October 2, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000