# DELPHI

Home | Savings & Retirement | Your Profile | Log Out | Help

RECEIVED SEP 28 2007 USBC-SDNY RDD

Tuesday, May 2, 2006

**Savings & Retirement >**

History > Transaction History >

## Transaction History Results

**DELPHI PSP (29000)**

- Messages

**View**

- Summary
- Performance and Research
- History
- Online Statement
- Plan Information and Documents

**Act**

- Payroll Deductions
- Change Investments
- Dividend Elections
- Loans or Withdrawals
- Electronic Payments
- Tools & Learning

← Change Time Period

Click a column heading to sort the table by that category. Click the arrow within the column heading to reverse the sort order.

Click the ⊞ for source detail.

You can download your selected transaction history from NetBenefits to popular finance packages such as Microsoft Money™ or Quicken™.
Download History

History Period: 11/01/2005 to 11/30/2005

Learn about a new convenient way to download transaction history directly to Microsoft Money™ or Quicken™

View by: Investment | Source

### Transaction History:

| Date | Investment | Transaction | $ Amount | # Shares or Units |
|---|---|---|---|---|
| 11/30/2005 | FID NEW MARKETS INC | Dividends | $343.73 | 23.657 |
| 11/23/2005 | FID NEW MARKETS INC | Loan Repayments | $236.87 | 16.245 |
| 11/23/2005 | FID NEW MARKETS INC | Contribution | $266.78 | 18.298 |
| 11/18/2005 | FID NEW MARKETS INC | Loan Repayments | $236.87 | 16.359 |
| 11/18/2005 | FID NEW MARKETS INC | Contribution | $260.11 | 17.963 |
| 11/10/2005 | FID NEW MARKETS INC | Loan Repayments | $236.87 | 16.483 |
| 11/10/2005 | FID NEW MARKETS INC | Contribution | $266.78 | 18.565 |
| 11/09/2005 | PROMARK INCOME FUND | Exchange In | $4,104.93 | 316.683 |
| 11/09/2005 | DELPHI COMMON STOCK | Investment Gain/Loss | -$56,031.43 | 0.000 |
| 11/09/2005 | DELPHI COMMON STOCK | Exchange Out | -$4,104.93 | -1,120.629 |
| 11/04/2005 | FID NEW MARKETS INC | Loan Repayments | $236.87 | 16.575 |
| 11/04/2005 | FID NEW MARKETS INC | Contribution | $266.78 | 18.669 |

← Change Time Period

Questions? Call (877) 389-2DPH.

NetBenefits℠ provided by **Fidelity**

© Copyright 1996-2006 FMR Co.
All rights reserv
Your Secur
DC=425 HW=4 IA=2 AT=3 OX=1 DZ=3 SZ:

---

*Handwritten annotations:*

Within last 2 weeks → Grand Rapids Press Big Headlines 400+ Executives asking over 36 million in compensation or bonuses. I know all the overseas Delphi Plants were built out of GM + Delphi Profits, are making Billions. The Delphi Stock I bought understanding was world wide stock, 1999 at I bought every week at my $15 dollar a share of world wide Company Stock - Was about $4.00 per share went at around 8.23 cents a share was sold from under me — forced into Retirement, with 30.8 years working there, if I wanted death door! I turned 66 Aug 27 - Jan 16, 08 will be 52 yrs since I had heart surgery, I pay $79.00 a month, to guarantee wife gets some benefits, towards death Ins. I still have ringing in my ears from conveyor yet in plant drunk Ringing of ears still on record in nurses office! Help will be appreciated and Remembered, Thank You

JD Spencer

| UNITED STATES BANKRUPTCY COURT  Southern  DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Spencer James

Name and address where notices should be sent:

Spencer James
483 Hubbard St Ne
Grand Rapids MI 49525-2533

Telephone number: 616-363-9766

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
SEP 28 2007
USBC-SDNY
RDD

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces    a previously filed claim, dated:_____
if this claim ☐ amends

1. **Basis for Claim**
   - ☑ Goods Sold / Services Performed
   - ☑ Customer Claim
   - ☐ Taxes
   - ☑ Money Loaned
   - ☑ Personal Injury
   - ☑ Other _12 years Savings put into Delphia Stock_
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☑ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: 2969
     Unpaid compensation for services performed
     from _____ to _____
         (date)        (date)

2. Date debt was incurred: 11-9-2005
3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 51,936.50    $150,000    $201,936.50
   (unsecured)   (secured)   (priority)   (Total)
   ☑ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier.- 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>9-18-07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191828166555