# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | Chapter 11 |
| JANICE M NELSON ) | Claim Nos. 355, 356, and 357 |
| ) | |
| Debtors. ) | |

## WITHDRAWL OF CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NOS. 355, 356 AND 357 IN THE THIRTEENTH OMNIBUS

COMES NOW Creditor, Collector of Revenue for St. Louis County, Missouri by and through his attorney, and withdraws his response to Debtor's Objection to Claim Nos. 355, 356 and 357 in the Thirteenth Omnibus with prejudice.

ST. LOUIS COUNTY COUNSELOR
PATRICIA REDINGTON

By: _____
Robert E. Fox, Jr. 3131 FBN
Associate County Counselor
41 South Central
Clayton, MO 63105
(314) 615-7042
(314) 615-3732 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed September 25, 2007, to:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610

1

New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn.: General Counsel

Counsel To the Debtors
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

_____
Robert E. Fox, Jr.