Sept 11, 2007

To Whom It May Concern:

I Sharyl Y. Carter who resign at 92 Wesley Lane, Dayton OH 45415 (937) 890-0776 (937) 302-8072 I object to Delphi filing Bankruptcy I disagree with the decision, filing.
Thank you.

Sincerely,
Ms. Sharyl Y. Carter

RECEIVED
BY MAIL ☐
BY HAND ☐
SEP 2 8 2007
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM