Scheindlin, J

Robert I. Steiner (RS 5143)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800

AND

Jason D. Woodard (*pro hac vice*)
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Appellant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

RECEIVED
CHAMBERS

AUG 22 2007

JUDGE SCHEINDLIN

---

In re:

DELPHI CORPORATION,

    Debtor.

WACHOVIA BANK, NATIONAL ASSOCIATION,

    Appellant,

v.

DELPHI CORPORATION, *ET AL.*,

    Appellees.

1:07-cv-05656-SAS

STIPULATION OF DISMISSAL WITH PREJUDICE

---

    **IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for Wachovia Bank, National Association ("Appellant"), and Delphi Corporation, *et al.* ("Appellees," and together with Appellant, the "Parties"), that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the appeal of the *Order Denying Motion By Wachovia Bank, National Association, For Relief From Automatic Stay To Proceed With Litigation Against*

*Larry Graves, A Delphi Employee, In the Circuit Court Of The Second Judicial District Of Hinds County Mississippi* entered in the United States Bankruptcy Court for the Southern District of New York on May 2, 2007, Case No. 05-44481, at Docket No. 7840 is dismissed with prejudice and without costs to either party as against the other.

Dated: New York, New York
August 21, 2007

KELLEY DRYE & WARREN LPP

By: _____
Robert I. Steiner (RS 5143)

101 Park Avenue
New York, New York 10178
Phone Number: (212) 808-7800
Fax Number: (212) 808-7897

AND

BURR & FORMAN LLP
Jason D. Woodard (pro hac vice)
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Appellant

TOGUT, SEGAL & SEGAL LLP

By: _____
Neil Berger (NB 3599)

One Penn Plaza
New York, NY 10119
Phone Number: (212) 594-5000
Fax Number: (212) 967-4258

Attorneys for Appellees

So Ordered: _____
U.S.D.J      8/22/07

NY01/STEIR/1230356.1