Attorneys for Deutsche Bank Securities Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
                                                        :   Chapter 11
In re                                                   :
                                                        :
DELPHI CORPORATION, *et al.*,                           :   Case No. 05-44481 (RDD)
                                                        :
                                                        :   (Jointly Administered)
                                        Debtors.        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REQUEST FOR REMOVAL FROM THE CASE DOCKET AND ECF SYSTEM

PLEASE TAKE NOTICE that Brian S. Hermann, as counsel for Deutsche Bank Securities Inc., hereby requests that his name, physical address and e-mail address be removed from the case docket and notice list maintained by the Court's ECF system so that he does not receive further electronic e-mail notification in connection with the Debtors' bankruptcy cases.

This the 2nd day of October, 2007.

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By: _____
                                            Brian S. Hermann (BH/7422)
                                            (A Member of the Firm)
                                        Penny L. Dearborn (PD/7727)
                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Telephone: (212) 373-3000
                                        Facsimile: (212) 757-3990

                                        Attorneys for Deutsche Bank Securities Inc.