FORM B10 (Official Form 10) (10/0...

| UNITED STATES BANKRUPTCY COURT  SOUTHERN | DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Technology Properties Ltd.

Name and address where notices should be sent:

Heinz Binder
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone number: 408-295-1700

Daniel E. Leckrone
Technology Properties Ltd.
PO Box 20250
San Jose, CA 95160

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other    Patent Infringement

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
          (date)            (date)

**2. Date debt was incurred:** 10/9/99-10/8/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ Unliquidated
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**
$_____    _____    _____    Unliquidated
  (unsecured)   (secured)   (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED
U.S. BANKRUPTCY COURT
S.D.N.Y.
2006 JUL 31  A 10: 13

| Date<br>7/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any):<br><br>Technology Properties Ltd.<br>By: Daniel E. Leckrone, Chairman |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit A

Attachment to Proof of Claim by
Technology Properties, Ltd. against
**In re: Delphi Corporation, and each jointly administered case - see the attached list**
U.S. Bankruptcy Court, Southern District of New York
Case No. 05-44481, and each jointly administered case.

Patent Infringement Claims

      Technology Properties, Ltd. ("TPL") has the exclusive right to license the patents
that make up the Moore Microprocessor Patent™ portfolio. The patents are listed more
particularly in attachment "A" and are referred to here as the "MMP Portfolio". These
patents are believed to protect certain basic integrated chip technologies widely used in
designing microprocessors, DSPs, embedded processors and system-on-chip solutions.

      TPL is informed and believes, and thereon alleges, that Delphi Corporation and
certain of its subsidiaries and affiliates, including the debtors on the attached list
(collectively the "Infringing Debtors") have been infringing on the rights protected by the
MMP Portfolio from at least October 9, 1999, through October 8, 2005, and that the
Infringing Debtors continue to infringe on these rights in their post-petition activities.
TPL is informed and believes, and thereon alleges that this infringing activity consist of
the manufacture, use, sale, offer of sale, importation and/or distribution, both within the
United States and internationally, of microprocessors and of systems containing
microprocessors that use the technology included in the MMP Portfolio, and/or the
inducement of said activity. Said activity was, and continues to be, conducted without
authority or license from TPL and in violation of under 35 U.S.C. §271.

      Based on its preliminary review of Delphi Corporation's publicly-available
consolidated financial information, TPL estimates that the Infringing Debtors infringe on
TPL's rights in the MMP Portfolio in many of their products. The precise scope of the
actual infringement by each of the Infringing Debtors cannot be known without extensive
investigation, nor can the exact amount of the damages caused by the infringing activity.
Notwithstanding this, by applying TPL's standard license rates to the revenue reported
by the Infringing Debtors from the likely infringing products, TPL estimates that the total
damage for all Infringing Debtors' activities between October 9, 1999, and October 8,
2005, may range from $263 million and $4,397 million (the "Estimated Infringement
Claim").

      Notwithstanding the large amount of the Estimated Infringement Claim, and the
cost to the various Infringing Debtors' estates of the ongoing infringement of post-
petition activity, TPL is not interested in defeating the Infringing Debtors' reorganization
effort. TPL has successfully licensed the MMP Portfolio to major manufacturers,
including HP, Fujitsu, Casio, Sony, Nikon and Seiko Epson. For more information
regarding TPL see www.TPLGroup.net.

Pg. 2
Attachment to Proof of Claim by
Technology Properties, Ltd. against
**In re: Delphi Corporation, and each jointly administered case included in the attached list**
U.S. Bankruptcy Court, Southern District of New York
Case No. 05-44481, and each jointly-administered case .

-------------------

The documents that support this Proof of Claim are extensive, and include:

- The full text of the Patents listed on Attachment "A"
  The abstracts of the three core U.S. patents in the MMP Portfolio are included in Attachment "B." These are

    U.S. 6,598,148
    U.S. 5,809,336
    U.S. 5,784,584

- Grants of licensing rights to TPL of the MMP Portfolio and related documents.

- Each Infringing Debtor's related product manufacturing and sales data, and related revenue information. This information in is the possession and control of the Infringing Debtors and must be obtained through the discovery process.

- Detailed claim chart for each infringing use of the protected technology. Several such charts have been developed, but the bulk of this information must be obtained from the Debtor.

The Estimated Infringement Claim is based on Delphi Corporation's consolidated financial reports. Because the individual Infringing Debtors do not report their businesses separately, TPL is not currently able to estimate the likely damage caused by each individual debtor's activity. TPL reserves the right to clarify the amount of the exact claim against each individual Infringing Debtor as the information becomes available. (TPL also notes that certain other creditors, specifically the D.I.P. lenders and the largest equity holder have been given the advantage of only having to file a single proof of claim against all of the Delphi bankruptcy estates.)

| | Entity | Tax Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 1. | Delphi NY Holding Corporation | 20-3383408 | 05-44480 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 2. | Delphi Corporation | 38-3430473 | 05-44481 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 3. | ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 4. | ASEC Sales General Partnership | 73-1474151 | 05-44484 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 5. | Environmental Catalysts, LLC | | 05-44503 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 6. | Delphi Medical Systems Colorado Corporation | 84-1524184 | 05-44507 | 4300 Road 18 Longmont, CO 80504 | October 8, 2005 |
| 7. | Delphi Medical Systems Texas Corporation | 20-2885110 | 05-44511 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 8. | Delphi Medical Systems Corporation | 32-0052827 | 05-44529 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 9. | Specialty Electronics International Ltd. | 66-0522490 | 05-44536 | 69A Kronprindsens Gade (Third Floor) P.O. Box 1858 St. Thomas, VI | October 8, 2005 |
| 10. | Specialty Electronics, Inc. | 57-0755068 | 05-44539 | 19200 Asheville Highway P.O. Box 519 Landrum, SC 29356 | October 8, 2005 |
| 11. | Delphi Liquidation Holding Company | 95-4359324 | 05-44542 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 12. | Delphi Electronics (Holding) LLC | 95-4554161 | 05-44547 | One Corporate Center Kokomo, IN 46904 | October 8, 2005 |
| 13. | Delphi Technologies, Inc. | 38-3430681 | 05-44554 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 14. | Delphi Automotive Systems Tennessee, Inc. | 38-3319836 | 05-44558 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 15. | Delphi Mechatronic Systems, Inc. | 38-3589834 | 05-44567 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 16. | Delphi Automotive Systems Risk Management Corp. | 38-3575299 | 05-44570 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 17. | Exhaust Systems Corporation | 38-3211473 | 05-44573 | 4800 S. Saginaw Street Flint, MI 48501 | October 8, 2005 |
| 18. | Delphi China LLC | 38-3196159 | 05-44577 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 19. | Delphi Automotive Systems Korea, Inc. | 38-2849490 | 05-44580 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 20. | Delphi International Services, Inc. | 38-3439894 | 05-44583 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |

| | Entity | Tax - Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 21. | Delphi Automotive Systems Thailand, Inc. | 38-3379709 | 05-44586 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 22. | Delphi Automotive Systems International, Inc. | 38-3280289 | 05-44589 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 23. | Delphi International Holdings Corp. | 38-3449527 | 05-44591 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 24. | Delphi Automotive Systems Overseas Corporation | 38-3318021 | 05-44593 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 25. | Delphi Automotive Systems (Holding), Inc. | 38-3422378 | 05-44596 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 26. | Delco Electronics Overseas Corporation | 38-2638990 | 05-44610 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 27. | Delphi Diesel Systems Corp. | 38-3505001 | 05-44612 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 28. | Delphi LLC | 37-1438255 | 05-44615 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 29. | Aspire, Inc. | 36-4392806 | 05-44618 | U.S. Route 1 Morrisville, PA 19067 | October 8, 2005 |
| 30. | Delphi Integrated Service Solutions, Inc. | 38-3473261 | 05-44623 | 1322 Rankin Street Troy, MI 48083 | October 8, 2005 |
| 31. | Delphi Connection Systems | 95-2563022 | 05-44624 | 17150 Von Karman Avenue Irvine, CA 92614 | October 8, 2005 |
| 32. | Packard Hughes Interconnect Company | 33-0595219 | 05-44626 | 17150 Von Karman Avenue Irvine, CA 92614 | October 8, 2005 |
| 33. | DREAL, Inc. | 38-3457411 | 05-44627 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 34. | Delphi Automotive Systems Services LLC | 38-3568834 | 05-44632 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 35. | Delphi Services Holding Corporation | 20-0577653 | 05-44633 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 36. | Delphi Automotive Systems Global (Holding), Inc. | 38-3547659 | 05-44636 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 37. | Delphi Foreign Sales Corporation | 66-0564421 | 05-44638 | Chase Trade, Inc. Post Office Box 309420 55-11 Conacao Gade Charlotte Amalie St. Thomas, VI 00803-9420 | October 8, 2005 |
| 38. | Delphi Automotive Systems Human Resources LLC | 38-3547664 | 05-44639 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 39. | Delphi Automotive Systems LLC | 38-3431131 | 05-44640 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 40. | Delphi Furukawa Wiring Systems LLC | 20-2478586 | 05-47452 | 5725 Delphi Drive Troy, MI 48098 | October 14, 2005 |

| | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 41. | Delphi Receivables LLC | 61-1446224 | 05-47459 | 5725 Delphi Drive Troy, MI 48098 | October 14, 2005 |
| 42. | MobileAria, Inc. | 31-1695929 | 05-47474 | 800 West El Camino Real Suite 240 Mountain View, CA 94040 | October 14, 2005 |

ATTACHMENT A
SCHEDULE OF PATENTS

A.   MSD PATENTS - US

| NUMBER | | NAME | FILED | |
|---|---|---|---|---|
| | ISSUED | EXPIRY | | |
| US 95 | 5,440,749 8 AUG 12 | Hi Perf, Lo cost Micro Arch | 3 AUG 89 | 8 AUG |
| US 96 | 5,530,890 25 JUN 13 | Hi Perf, Lo cost Micro Arch | 7 JUN 95 | 25 JUN |
| US AUG 97 | 5,659,703 19 AUG 14 | Micro Sys with Hierarchical stack | 7 JUN 95 | 19 |
| US 98 | 5,784,584 21 JUL 15 | Multiple Instructions within Groups | 7 JUN 95 | 21 JUL |
| US 98 | 5,809,336 15 SEP 15 | Hi Perf Variable Speed Sys Clock | 7 JUN 95 | 15 SEP |
| US | 5,604,915 18 FEB 97 18 FEB 14 | Load Dependent Bus Timing | 7 JUN 95 | |
| US | 6,598,148 22 JUL 03 3 AUG 09 | Hi Perf Microprocessor Having Variable Speed Sys Clock | 29 JUL 98 | |

B.   MSD PATENT APPLICATIONS PENDING - US

| | | | | |
|---|---|---|---|---|
| SN 09/051,263 3 AUG 09 | RISC Microprocessor Architecture | | 8 AUG 98 | ---- |

C.   MSD PATENTS – NON US (Preliminary)

| DE 00 | 69033568.7 2 AUG 10 | Hi Perf, Lo Cost Micro | 2 AUG 90 | 14 JUN |
|---|---|---|---|---|
| DE 01 | 69033568T2 ---- | Preisguenstiger Hochleistungsmikro | 2 AUG 90 | 1 MAR |
| DE 00 | 69033568C0 ---- | Preisguenstiger Hochleistungsmikro | 2 AUG 90 | 20 JUL |
| EP 00 | 0786730 2 AUG 10 | Hi Perf, Lo Cost Micro | 2 AUG 90 | 14 JUN |
| EP 97 | 786730A1 ---- | Hi Perf, Lo Cost Micro | 2 AUG 90 | 30 JUL |
| EP 93 | 497772A4 ---- | Hi Perf, Lo Cost Micro | 2 AUG 90 | 4 AUG |
| EP AUG 92 | 497772A1 ---- | Hi Perf, Lo Cost Micro | 2 AUG 90 | 12 |
| EP | 0870226 | RISC Microprocessor Architecture | ---- | ---- ---- |
| FR 00 | 0786730 ---- | Hi Perf, Lo Cost Micro | 2 AUG 90 | 14 JUL |
| WO ---- | 9715001 | RISC Microprocessor Arch | ---- | ---- |
| WO MAR 91 | 9102311A3 ---- | Hi Perf, Lo Cost Micro | 2 AUG 90 | 21 |
| WO 91 | 9102311A1 ---- | Hi Perf, Lo Cost Micro | 2 AUG 90 | 1 FEB |
| JP | 5502125T2 15 APR 93 ---- | ------ | 2 AUG 90 | |

ATTACHMENT  A

| JP 99 | 2966085B2 2 AUG 10 | Hi Perf, Lo Cost Micro | 2 AUG 90 | 13 AUG |
| AU | 6067290A1 11 MAR 91 | Hi Perf, Lo Cost Micro - - - - | 2 AUG 90 | |

The schedule of Patents shall include the items listed above, as well as all progenitors and progeny thereof, and all additions, changes, amendments, modifications, actions, counterparts, continuations, continuations-in-part, extensions, reissues, divisionals and/or renewals of such items, progenitors, and/or progeny.

FINAL TPL.NEWCO LICENSE.doc



US006598148B1

(12) **United States Patent**
Moore et al.

(10) Patent No.: **US 6,598,148 B1**
(45) Date of Patent: **Jul. 22, 2003**

(54) HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK

(75) Inventors: Charles H. Moore, Woodside, CA (US); Russell H. Fish, III, Dallas, TX (US)

(73) Assignee: Patriot Scientific Corporation, Poway, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/124,623

(22) Filed: Jul. 29, 1998

(Under 37 CFR 1.47)

**Related U.S. Application Data**

(62) Division of application No. 08/484,918, filed on Jun. 7, 1995, now Pat. No. 5,809,336, which is a division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) Int. Cl.[7] .............................................. G06F 15/00
(52) U.S. Cl. ........................................................ 712/32
(58) Field of Search ............................ 712/32; 711/104, 711/105

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,680,698 A | * | 7/1987 | Edwards et al. | ............ 712/37 |
| 5,379,438 A | * | 1/1995 | Bell et al. | .................... 712/37 |

* cited by examiner

Primary Examiner—David Y. Eng
(74) Attorney, Agent, or Firm—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A microprocessor integrated circuit including a processing unit is disposed upon an integrated circuit substrate is disclosed herein. The processing unit is designed to operate in accordance with a predefined sequence of program instructions stored within an instruction register. A memory, capable of storing information provided by the processing unit and occupying a larger area of the integrated circuit substrate than the processing unit, is also provided within the microprocessor integrated circuit. The memory may be implemented using, for example dynamic or static random-access memory. A variable output frequency system clock, such as generated by a ring oscillator, is also disposed on the integrated circuit substrate.

13 Claims, 19 Drawing Sheets



ATTACHMENT B



US005784584A

## United States Patent [19]

### Moore et al.

[11] Patent Number: 5,784,584

[45] Date of Patent: Jul. 21, 1998

[54] **HIGH PERFORMANCE MICROPROCESSOR USING INSTRUCTIONS THAT OPERATE WITHIN INSTRUCTION GROUPS**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: **484,935**

[22] Filed: **Jun. 7, 1995**

#### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.[6] ............................................. G06F 9/30
[52] U.S. Cl. ...................................................... 395/376
[58] Field of Search ............................ 395/376, 382, 395/384, 588, 800.23

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,967,326 10/1990 May .............................. 395/800

5,127,091 6/1992 Bonfarai et al. ...................... 395/375

Primary Examiner—David Y. Eng
Attorney, Agent, or Firm—Cooley Godward LLP

[57] **ABSTRACT**

A high-performance microprocessor system using instruction that access operands and instructions located relative to the current instruction group rather than located relative to the current instructions, as is the convention, is disclosed herein. The microprocessor system includes a central processing unit, memory, and a bus connecting the central processing unit and memory. An instruction fetching unit, connected to the bus, is provided for fetching instruction groups from the memory for use by the central processing unit and for storage within an instruction register. An instruction supplying unit operates to supply, in succession from the instruction register to the central processing unit, one or more instructions from each of the instruction groups. The system further includes an instruction decoder for configuring the instruction supplying unit to select, from the instruction register, operands associated with instructions from particular instruction groups.

**29 Claims, 19 Drawing Sheets**



US005809336A

# United States Patent [19]

## Moore et al.

| | |
|---|---|
| [11] | Patent Number: 5,809,336 |
| [45] | Date of Patent: Sep. 15, 1998 |

[54] **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: **484,918**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.$^6$ ............................................ G06F 1/04
[52] U.S. Cl. .................................................. 395/845
[58] Field of Search ........................ 395/500, 551, 395/555, 845

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,967,104 | 6/1976 | Brantingham | 364/709.09 |
| 3,980,993 | 9/1976 | Bredari et al. | 395/550 |
| 4,003,028 | 1/1977 | Bennett et al. | 395/742 |
| 4,042,972 | 8/1977 | Gruner et al. | 395/389 |
| 4,050,096 | 9/1977 | Bennett | 395/494 |
| 4,112,490 | 9/1978 | Pohlman et al. | 395/287 |
| 4,315,308 | 2/1982 | Jackson | 395/853 |
| 4,338,675 | 7/1982 | Palmer | 364/748 |
| 4,398,265 | 8/1983 | Puhl et al. | 395/882 |
| 4,453,229 | 6/1984 | Schaire | 395/250 |
| 4,503,500 | 3/1985 | Magan | 395/800 |
| 4,539,655 | 9/1985 | Trussell et al. | 395/280 |
| 4,553,201 | 11/1985 | Pollack | 395/183.22 |
| 4,627,082 | 12/1986 | Pelgrom et al. | 377/63 |
| 4,670,837 | 6/1987 | Sheets | 395/550 |
| 4,680,698 | 7/1987 | Edwards et al. | 395/800 |
| 4,761,763 | 8/1988 | Hicks | 395/285 |
| 5,414,862 | 5/1995 | Suzuki et al. | 395/750 |

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.

**10 Claims, 19 Drawing Sheets**



In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B - ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14961 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15395 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14955 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15383 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15386 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15154 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14954 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15406 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

Exhibit B

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B -  ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14957 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14960 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15397 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15399 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15400 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15419 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14949 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15164 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B -  ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15405 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15416 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14962 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15396 | UNL | 07/31/2006 | $100,000.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15409 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15158 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15167 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15156 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B - ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15159 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15170 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15415 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15393 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14947 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15381 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15390 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15421 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B -  ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15155 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15166 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15385 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15407 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14944 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15160 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14950 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15402 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**

**Case No. 05-44481 (RDD)**

EXHIBIT B - ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15403 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15404 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15410 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15162 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15172 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15153 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14956 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15394 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

EXHIBIT B - ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14953 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15392 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15411 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15412 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15413 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15418 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15157 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15168 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B - ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15161 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14945 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14952 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14951 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15389 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15398 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15417 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15420 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B -  ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15422 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15165 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14943 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15169 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15384 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14946 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14958 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 14959 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B - ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15382 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15387 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15388 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15391 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15401 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15408 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 15414 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 14948 | UNL | 07/31/2006 | $0.00 |

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

EXHIBIT B – ADJOURNED CONTINGENT OR UNLIQUIDATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | TOTAL ASSERTED CLAIM AMOUNT | DATE FILED | MAXIMUM CAPPED AMOUNT |
|---|---|---|---|---|
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15151 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15152 | UNL | 07/31/2006 | $0.00 |
| TECHNOLOGY PROPERTIES LTD<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 15163 | UNL | 07/31/2006 | $0.00 |
| THE TIMKEN COMPANY<br>1835 DUEBER AVE SW<br>PO BOX 6927<br>CANTON, OH 44706-0927 | 14319 | $5,239,434.98 | 07/31/2006 | $3,434,261.40 |
| U S CUSTOMS AND BORDER PROTECTION<br>6650 TELECOM DR<br>PO BOX 68911<br>INDIANAPOLIS, IN 46268 | 16127 | $82,643.04 | 08/09/2006 | $24,000.00 |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 2174 | $234,500.00 | 03/03/2006 | $243,500.00 |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 6878 | $85,400.00 | 05/25/2006 | $85,400.00 |
| Total: | 108 | | Total Maximum Capped Amont: | $13,137,472.65 |

*UNL stands for unliquidated

Heinz Binder (CA 87908)
Wendy W. Smith (CA 133887)
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:   (408) 295-1531


Andrew L. Margulis, Esq.
Ropers, Majeski, Kohn & Bentley
17 State Street, Suite 2400
New York, New York 10004
Tel:  212-668-5927
Fax: 212-668-5929


Attorneys for Creditor, Technology Properties Ltd.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


| In Re | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**Declaration of Wendy W. Smith in Support of Objection by
Technology  Properties, Ltd. to Debtor's Claims Estimation Motion**

I, Wendy W. Smith, Declare,

1.      I am a partner with the law firm of Binder & Malter, LLP, attorneys of record for

Technology Properties, Lt. ("TPL") in the various Delphi Corporate Chapter 11 bankruptcy

cases.  (Attached hereto as Exhibit A is a true and correct copy of the proof of claim filed by

TPL in the main Delphi case.)  I make this declaration based on my own personal knowledge,

except where it is indicated that it is based on my information and belief, in which case I believe

the statement to be true.

Exhibit  C                              1

2.      I am informed and believe that TPL is the owner of  controlling rights in and to the patents that make up the Moore Microprocessor Patent™ portfolio ("MMP portfolio"), and has the exclusive right and responsibility to license and enforce the patents.  A full description of the MMP Portfolio has been previously provided to the Court.

3.      I am informed and believe that TPL previously informed Delphi of the patents. Attached hereto as exhibit "B" is a copy of the letter provided by TPL to Delphi in July of 2005. This letter was attached as an Exhibit to a declaration that I previously filed in November of 2006.  According to this letter, it appears that Delphi had also received notice of the potential infringement of the MMP portfolio as early as 2004.

4.      I am informed and believe that TPL had prepared a preliminary presentation for Delphi that explains the nature of the technology in question and the likely areas of infringement. Attached as Exhibit "C" is a true and correct copy of the presentation TPL prepared.  This document was also provided with TPL's response to Debtors unsupported objection to TPL's claim in November of 2006.

5.      Notwithstanding the substantive basis of the claim and the extensive information provided by TPL, the Debtor has not provided any response, or even specific requests for further information to address the issue.  Nor has Debtor's counsel begun negotiations regarding licensing the patents in order to avoid ongoing infringement liabilities.

6.      Over the last year I have made repeated efforts to engage the Debtor in negotiations to resolve all of the issues arising from the believed prior and on-going infringement.  Notwithstanding these efforts, the Debtor has refused to address the substance of the matter.  Specifically:

        a.      On  November 19, 2006, I wrote to John Butler, counsel for Debtor, via
                email asking for negotiations to resolve the matter. Attached as Exhibit D-

2

1 is a true and correct copy of the email. He did not respond.

b.    On December 19, 2006, I wrote to Mr. Butler again making the same request and providing a list of proposed mediators.  Attached as Exhibit D-2 is a true and correct copy of this letter.

c.    John Lyons, counsel for Debtor, called me in early January stating the matter had been referred to him.  He indicated he would further investigate possible mechanisms for resolution.

d.    I called Mr. Lyons on January 22, 2007 and again on January 26, 2007 to follow up on his efforts.  I left messages each time.

e.    We spoke finally in early February at which time Mr. Lyons stated again that  he would speak with the appropriate intellectual property counsel at Delphi and would get back to me.

f.    We spoke again on February 21, 2007 regarding the mechanisms of mediation.  I again offered that TPL's representatives would travel to Chicago or Michigan to discuss the matter.  Mr. Lyons still did not provide any suggested time for negotiation or representatives of Delphi to contact to move the process forward.  Mr. Lyons indicated that Delphi was too involved in more important matters regarding the bankruptcy and was not likely to address the TPL claim any time soon.

g.    I wrote to Mr. Lyons again in July 2007, asking for a meeting, and bringing to his attention that a majority of the claims of the MMP Portfolio had been acknowledged in a "Markman" hearing in a separate case in the Eastern District of Texas.  A true and correct copy of that letter is attached as Exhibit D-3 (without Exhibits).

3

h.    Mr. Lyons did contact me in August of this year and we had what I thought was a discussion on the merits of the claim and the best way to exchange meaningful information.  Attached as Exhibit D-4 is a true and correct copy of an email I sent after that conversation.  Delphi's only response was the motion to estimate the claim at zero.

i.    I spoke with Mr. Lyons in September, in a last effort to initiate discussions and to address the issues Mr. Lyons raised.  First he stated Delphi had not received notice of the possible infringement before the bankruptcy was filed.  In fact, a notice letter dated in mid-2005 had been attached to TPL's response to Delphi's claim opposition.  Mr. Lyons also stated TPL had never provided a list of infringing products.  A general list was in the original response to the claim- objection.   A detailed claims analysis of several example products had been provided subsequently.  Attached as Exhibit D-5 is my further email message dated September 13, 2007.

7.    I declare under the penalty of perjury that the foregoing is true and correct, and if called upon, I could and would testify to the truth of these statements.  Signed this 20st Day of September, 2007.

   /s/  Wendy W. Smith
   Wendy W. Smith

4