Heinz Binder (CA 87908)
Wendy W. Smith (CA 133887)
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:  (408) 295-1531

Andrew L. Margulis, Esq.
Ropers, Majeski, Kohn & Bentley
17 State Street, Suite 2400
New York, New York 10004
Tel:  212-668-5927
Fax: 212-668-5929

Attorneys for Creditor, Technology Properties Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re<br><br>DELPHI CORPORATION, et al.<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 05-44481 (RDD)<br><br>Chapter 11<br><br>DATE:   September 27, 2007<br>TIME:    10:00 a.m.<br>ROOM:  610 |
|---|---|---|

## AFFIDAVIT OF SERVICE

I, Jennifer M. L. Wilkinson, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen

(18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue,

Santa Clara, California 95050.

On October 2, 2007, I served a true and correct copy of the following document(s):

1. **NOTICE OF MOTION OF TECHNOLOGY PROPERTIES LTD. FOR ENTRY OF ORDER TEMPORARILY ALLOWING CLAIMS FOR VOTING ON PLAN PURSUANT TO FED. R.BANKR.P. 3018(a);**

2. **MOTION OF TECHNOLOGY PROPERTIES LTD.  FOR ENTRY OF ORDER TEMPORARILY ALLOWING CLAIMS FOR VOTING ON PLAN PURSUANT TO FED. R.BANKR.P. 3018(a); and**

3. **ORDER TEMPORARILY ALLOWING CLAIMS OF TECHNOLOGY PROPERTIES FOR VOTING ON PLAN PURSUANT TO FED. R. BANKR. P. 3018(a)**

by overnight Federal Express mail to the parties addressed as follows:

Counsel for Agent under Post-petition
Credit Facility
Davis, Polk & Wardell
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Debtors
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Counsel for the Debtors
Skadden, Arps, Slate, Meagher
& Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Ste 2100
Chicago, IL 60606

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Counsel to Debtor's Pre-Petition
Administrative Agent
Simpson Thatcher & Bartlett, LLP
Kenneth S. Ziman
425 Lexington Avenue
Suite, 2100
New York, NY 10017

Counsel to Official Committee of
Unsecured Creditors
Latham & Watkins LLP
Attn: Robert J. Rosenberg
& Mark A. Broude
885 Third Avenue
New York, NY 10022

Counsel for the Official Committee of Equity
Security Holders
Fried, Frank, Harris, Shriver
& Jacobson LLP
Attn: Bonnie Steingart
One New York Plaza
New York, NY 10004

Counsel to Creditors' Committee
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Office of the United States Trustee
Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Ste.
New York, NY 10004-2111

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 2, 2007, at Santa Clara, California.

   /s/   Jennifer M. L. Wilkinson
Jennifer M. L. Wilkinson