# Exhibit 1

Payout Curves
AIP For Second Half 2007

05-44481-rdd    Doc 10428-1    Filed 10/03/07    Entered 10/03/07 11:01:43    Exhibit 1
Pg 1 of 9





DELPHI CORPORATION
Proposed 2nd 2007 6-month **Powertrain OIBITDAR** AIP Payout Curve

|  | Target | Maximum |
|---|---|---|
| OIBITDAR | $123.8 | $212.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $123.80 | 100% | $123.80 |
| 110% | $142.25 | 105% | $141.60 |
| 120% | $153.60 | 110% | $153.05 |
| 130% | $163.05 | 115% | $162.60 |
| 140% | $171.45 | 120% | $171.05 |
| 150% | $179.20 | 125% | $178.85 |
| 160% | $186.45 | 130% | $186.10 |
| 170% | $193.25 | 135% | $192.95 |
| 180% | $199.75 | 140% | $199.45 |
| 190% | $206.00 | 145% | $205.70 |
| 200% | $212.30 | 150% | $212.30 |



DELPHI CORPORATION
Proposed 2nd 2007 6-month Steering OIBITDAR AIP Payout Curve

|  | Target | Maximum |
|---|---|---|
| OIBITDAR | $51.3 | $95.1 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $51.30 | 100% | $51.30 |
| 110% | $60.45 | 105% | $60.10 |
| 120% | $66.05 | 110% | $65.80 |
| 130% | $70.75 | 115% | $70.50 |
| 140% | $74.90 | 120% | $74.70 |
| 150% | $78.75 | 125% | $78.55 |
| 160% | $82.30 | 130% | $82.15 |
| 170% | $85.70 | 135% | $85.55 |
| 180% | $88.90 | 140% | $88.75 |
| 190% | $92.00 | 145% | $91.80 |
| 200% | $95.10 | 150% | $95.10 |



DELPHI CORPORATION
Proposed 2nd 2007 6-month Thermal OIBITDAR AIP Payout Curve

| OIBITDAR | Target | Maximum |
|---|---|---|
| Performance % | $54.0 | $92.2 |
| | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $54.00 | 100% | $54.00 |
| 110% | $62.00 | 105% | $61.70 |
| 120% | $66.85 | 110% | $66.65 |
| 130% | $70.95 | 115% | $70.75 |
| 140% | $74.60 | 120% | $74.40 |
| 150% | $77.95 | 125% | $77.75 |
| 160% | $81.05 | 130% | $80.90 |
| 170% | $84.00 | 135% | $83.85 |
| 180% | $86.80 | 140% | $86.65 |
| 190% | $89.50 | 145% | $89.35 |
| 200% | $92.20 | 150% | $92.20 |



DELPHI CORPORATION
Proposed 2nd 2007 6-month Electronics & Safety OIBITDAR AIP Payout Curve

| | Target | Maximum |
|---|---|---|
| OIBITDAR | $157.8 | $237.3 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $157.80 | 100% | $157.80 |
| 110% | $174.40 | 105% | $173.80 |
| 120% | $184.55 | 110% | $184.10 |
| 130% | $193.05 | 115% | $192.65 |
| 140% | $200.60 | 120% | $200.25 |
| 150% | $207.55 | 125% | $207.25 |
| 160% | $214.05 | 130% | $213.75 |
| 170% | $220.20 | 135% | $219.90 |
| 180% | $226.05 | 140% | $225.75 |
| 190% | $231.65 | 145% | $231.40 |
| 200% | $237.30 | 150% | $237.30 |



DELPHI CORPORATION
Proposed 2nd 2007 6-month Electrical / Electronic Architecture OIBITDAR AIP Payout Curve

| | Target | Maximum |
|---|---|---|
| OIBITDAR | | |
| Performance % | $183.8 | $278.0 |
| Payout % | 100% | 200% |
| | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $183.80 | 100% | $183.80 |
| 110% | $203.45 | 105% | $202.75 |
| 120% | $215.50 | 110% | $214.95 |
| 130% | $225.55 | 115% | $225.10 |
| 140% | $234.55 | 120% | $234.10 |
| 150% | $242.75 | 125% | $242.35 |
| 160% | $250.45 | 130% | $250.10 |
| 170% | $257.75 | 135% | $257.40 |
| 180% | $264.65 | 140% | $264.35 |
| 190% | $271.32 | 145% | $270.96 |
| 200% | $278.00 | 150% | $278.00 |



DELPHI CORPORATION
Proposed 2nd 2007 6-month Product Service Solutions OIBITDAR AIP Payout Curve

|  | Target | Maximum |
|---|---|---|
| OIBITDAR Performance % | ($1.5) | $24.5 |
|  | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | ($1.50) | 100% | ($1.50) |
| 110% | $3.95 | 105% | $3.75 |
| 120% | $7.25 | 110% | $7.10 |
| 130% | $10.05 | 115% | $9.90 |
| 140% | $12.50 | 120% | $12.40 |
| 150% | $14.80 | 125% | $14.70 |
| 160% | $16.90 | 130% | $16.80 |
| 170% | $18.90 | 135% | $18.85 |
| 180% | $20.85 | 140% | $20.75 |
| 190% | $22.65 | 145% | $22.60 |
| 200% | $24.50 | 150% | $24.50 |



DELPHI CORPORATION
Proposed 2nd 2007 6-month Automotive Holdings Group OIBITDAR AIP Payout Curve

| | Target | Maximum |
|---|---|---|
| OIBITDAR | ($134.4) | ($64.7) |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | ($134.40) | 100% | ($134.40) |
| 110% | ($119.85) | 105% | ($120.40) |
| 120% | ($110.95) | 110% | ($111.35) |
| 130% | ($103.50) | 115% | ($103.85) |
| 140% | ($96.85) | 120% | ($97.15) |
| 150% | ($90.75) | 125% | ($91.05) |
| 160% | ($85.05) | 130% | ($85.35) |
| 170% | ($79.70) | 135% | ($79.95) |
| 180% | ($74.55) | 140% | ($74.80) |
| 190% | ($69.65) | 145% | ($69.90) |
| 200% | ($64.70) | 150% | ($64.70) |