# Exhibit 2

## Adjustment Protocol

| Adjustment Description | 2007 BBP Budget Assumption | 5+7 Forecast Assumption | Current Operating State | Potential Adjustment |
|---|---|---|---|---|
| **GMNA Price** | 2007 BBP includes reductions to GMNA pricing in excess of contractually agreed amounts effective 1/1/07 | Price reductions effective 10/1 and retroactive to Jan 1. With the exception of AHG and Steering the 5+7 is at budget level in total. AHG has zero in forecast, Steering has reduced their forecast from budget levels | Due to lack of an agreement, prices remain at contractual levels | Adjustment for the difference between the actual and the budget-or-5+7 forecast |
| **GM Wage Subsidy** | Assumes that GM pays ½ of labor cost in excess of $26/hr for UAW and $20/her for IUE/USW. The calculation of the subsidy is based on total average cost per hour. | Subsidy has been recalculated based on actual and forecast headcount and forecast in the 4th quarter retroactive to 1/1/07 | No wage subsidy is currently being received | Adjustment for the difference between the actual and the budget-or-5+7 forecast |
| **UAW Buydowns** | Incorporated in wage subsidy | Buydown of traditional employees effective 10/1/07 | Traditional employees remain at historical levels. | Expectation is that traditional employee buy down will be effective 10/1/07. |
| **UAW Attrition Program** | Previous program was fully implemented in the 1st half of 2007 | No additional programs included in forecast | Expectation is for agreement on new attrition program to be effective in 2nd half of 2007 | Where employees are to be replaced, adjustment to be based on cost differential. No adjustment will be made if employee is not replaced. |
| **UAW Severance Pay Agreement** | Not included | Not included | Agreement to pay severance or sub pay to laid off employees | Adjustment for the difference between the actual and the target |
| **UAW Wages & COLA agreement** | Not included | Not included | Tier II employees elimination of COLA at a cost of $350 per head and associated wage rate increase | Adjustment for the difference between the actual and the target |
| **Temporary Employees** | Assumes a total of 14% or 3,200 temps (currently a HQ overlay and not pushed down to divisions) | Conversion of temporaries effective 10/1 with the remaining number of temps capped at 20% per site | Continuing to operate in excess of 20% at certain sites. | Adjustment based on difference between the actual and budget-or-5+7 forecast savings from temporary employee activity |

CONFIDENTIAL

| Adjustment Description | 2007 BBP Budget Assumption | 5+7 Forecast Assumption | Current Operating State | Potential Adjustment |
|---|---|---|---|---|
| ~~Flowbacks~~ | ~~Included through 9/30/07~~ | ~~Divisions instructed to use best estimate for number of flowbacks~~ | ~~Expect very low level of flowbacks~~ | ~~NO ADJUSTMENT PROPOSED~~ |
| I.U.E. Deal | Not Included | Not Included | Not yet consumated | Adjustment will be based on difference between actual and target |
| U.S.W Deal | Assumes an attrition plan for 600 employees. Assumption is for 100% acceptance during the 1st quarter of 2007 | Assumes attrition plan will occur with the assumption of 100% acceptance during the 3rd quarter of 2007 | No attrition plan has been agreed with the U.S.W | Adjustment will be based on difference between actual and target |
| Pension | 1st half pension expense is based on 12/31/06 actuarial valuation and BBP headcount projections. Pension freeze and 414 (L) transfer assumed at 7/1/07 | 2nd Half forecast in line with budget | Pension freeze has not occurred. Continuing to book pension in line with 1st half | Adjustment will be based on difference between actual and target |
| OPEB | 1st half of 2007 OPEB expense based on 12/31/06 actuarial valuations and BBP headcount projections. OPEB termination assumed 7/1/07 | 2nd Half forecast in line with budget | OPEB has not been terminated. Continuing to book OPEB in line with 1st half. | Adjustment will be based on difference between actual and target |
| Workers Compensation | Expense included in the BBP is based upon the anticipated new wage structure | 2nd Half forecast in line with budget | Mercer conducts quarterly review of liability, actual results are trued up on a quarterly basis. | Adjustment will be based on difference between actual and target |
| Extended Disability Benefits | BBP assumes that coverage is reduced for hourly employees | 2nd Half forecast in line with budget | Record 1/12th budget and true up at the end of 2007 based on evaluation report | Adjustment will be based on difference between actual and target |
| ~~Timing of winddowns and exits~~ | ~~Includes various restructuring and business transfer activities~~ | ~~Forecast in line with current expected timing~~ | ~~No significant changes expected to the 5+7 forecast~~ | ~~NO ADJUSTMENT PROPOSED~~ |

CONFIDENTIAL