UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 05-44481RDD |
| DELPHI CORPORATION, ET AL., | Chapter 11 (Jointly Administered) |
| Debtor(s). | Hon. Robert D. Drain |

## PROOF OF SERVICE

The undersigned certifies that on October 4, 2007, a copy of Response Of The State Of Michigan, Department Of Treasury To Debtor's Twenty-First Omnibus Objection Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr.P. 3007 To Certain (E) Untimely Claims was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>P.O. Box 5058<br>Bowling Green Station<br>New York, NY 10274-5058 | John Wm. Butler, Jr.<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br><br>Karalyn A. Marafioti<br>Four Times Square<br>New York, NY 10036 |

/s/ *Jennifer A. Bielecki*
Jennifer A. Bielecki, Legal Secretary
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: October 4, 2007

1