Sarah Hiltz Seewer, Esq. (P64882)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7592
Facsimile:  (313) 465-7593
sseewer@honigman.com

Attorneys for MSX International, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION, *et al.*,** | Case No. 05-44481 |
| Debtors. | (Jointly Administered |
| | Hon. Robert D. Drain |
| _____/ | |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Attorney Sarah Hiltz Seewer requests to be removed from the electronic filing in reference to the above captioned bankruptcy case.  Ms. Seewer no longer holds an interest in the proceedings.

Email address to be removed:  sseewer@honigman.com, effective immediately.

Respectfully Submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for MSX International, Inc.

Dated: October 4, 2007       By:     /s/ Sarah Hiltz Seewer
                                   Sarah Hiltz Seewer (P64882)
                                   2290 First National Building
                                   660 Woodward Avenue
                                   Detroit, MI  48226
                                   Telephone:  (313) 465-7592
                                   Facsimile:  (313) 465-7593
                                   Email: sseewer@honigman.com

DETROIT.2817205.1