To the Clerk of the Court, Dorothy Li, and Judge Robert Drain:

First of all, anyone in the mail room or otherwise who may have intercepted this at the U.S. Bankruptcy Court, **DO NOT SEND THIS TO KURTZMAN CARSON CONSULTANTS LLC.  THEY ALREADY HAVE THE ORIGINALS**.  If there are any questions on this point, contact Evan Gershbein, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, tel 310.751.1803, fax 310.751.1853, www.kccllc.com.  This entire package is to go to **United States Bankruptcy Court for the Southern District of New York**
**Alexander Hamilton Custom House**
**Room 610, 6th Floor**
**One Bowling Green**
**New York, New York**

Thank you.

Per Dorothy Li's request, I am providing a brief synopsis of my *Proof of Claim* and attachments, originally sent September 15, 2007.  Essentially, the issue is one of **withholding**, or rather, the legal authority – or lack of legal authority – to do so by *Delphi et. al.*.  *Delphi* provides no court order to withhold or in any way take any part of my pay, nor cites any statutory provision to do so, except in an unsigned letter addressed to me, as purportedly their reason to take any of my private earnings by contract, and turn them over to a third party.  The presumption is made that they have turned them over to the Internal Revenue Service, hereinafter IRS, for supposed "debt", although, through the use of *Freedom of Information Act* requests, the IRS will not confirm this (nor very much else of the requested material relating to the "withholding" and subsequent "turning over" of my pay).  Though not an attorney, I endeavored to make the *Proof of Claim* and other briefs as concise and to the point as possible, without muddying the waters, even though there are, indirectly and otherwise, other issues involved here.  The typographical errors – and there are some – will have to be forgiven.  **This is not a tax issue**, although at some point, I suspect some attorneys are going to try to make it one.  **It's strictly an issue of law.**  For convenience, I'm enclosing the latest correspondence with Evan J. Gershbein of Kurtzman Carson Consultants LLC.  Any of the scanned in "pdf" file(s) relating to my case, **Claim Number 16709**, will be sent upon request to the clerk of the court, judge, or other such interested individual after my having received such request.  Thank you.

Date: _____ , 2007

_____
Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
in the united States of America
Creditor/Claimant - (248) 969-4055