# EXHIBITS FOR DELPHI WORLD BANKRUPTCY

1.     See *Notice of Bankruptcy Proceedings* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit A**

2.     *Notice to General Motors/Delphi Automotive Payroll Services* . . . . . . . . . . . **Exhibit 1A**

3.     *In Lieu of Form W-4* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit B**

4.     PH - W-4 Qualifying Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit C**

5.     Delphi Copy of Paycheck Stubs WITHOUT Deductions of "FEDERAL TAX" **Exhibit D**

6.     Delphi Copy of Paycheck Stubs WITH Deductions of "FEDERAL TAX" . . . **Exhibit E**

7.     Form 668 (Y)(c): "Notice of Lien" on file in Oakland County . . . . . . . . . . . **Exhibit F**

8.     Freedom Of Information Act Requests "FOIA's" to IRS    **(Exhibits G through N)**

        **(a)**    **IRS FOIA Request - §§6201, 6203, etc. Assessments - 2007**
                Certified Mail #:   7004 1160 0002 2313 3816,
                dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit G**

        **(b)**    **IRS FOIA Request - Lien/Levy - 2007**
                Certified Mail #:   7004 1160 0002 2313 3823,
                dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit H**

        **(c)**    **IRS FOIA Request - Information Returns, Forms W-2 and 1099, etc. - 2007**
                Certified Mail #:   7004 1160 0002 2313 3830,
                dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit I**

        **(d)**    **IRS FOIA Request - United States §3401(d) "employer" - 2007**
                Certified Mail #:   7004 1160 0002 2313 3847,
              dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit J**

        **(e)**    **IRS FOIA Request - Form 668-W: Notice of Levy Service - 2007**
                Certified Mail #:   7004 1160 0002 2313 3854,
              dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit K**

        **(f)**    **IRS FOIA Request - Judgment - 2007**
                Certified Mail #:   7004 1160 0002 2313 3861,
              dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit L**

    **(g)**    **IRS FOIA Request - Explanation of reason for refund disallowance - 2007**
Certified Mail #:   7004 1160 0002 2313 3878,
dated and mailed on March 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit M**

    **(h)**    **IRS FOIA Request - Cite Which Part of the Request Is Being Met**
Certified Mail #:   7004 1160 0002 2313 3908,
dated and mailed on May 09, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit N**

9.    Response to Freedom Of Information Act Requests "FOIA's" from IRS    **(Exhibits O through V)**

    **(a)**    **IRS FOIA Request - §§6201, 6203, etc. Assessments - 2007**
dated on and received after April 17, 2007 . . . . . . . . . . . . . . . . . . . . . . **Exhibit O**

    **(b)**    **IRS FOIA Request - Lien/Levy - 2007**
dated on and received after May 14, 2007 . . . . . . . . . . . . . . . . . . . . . . **Exhibit P**

    **(c)**    **IRS FOIA Request - Information Returns, Forms W-2 and 1099, etc. - 2007**
dated on and received after April 17, 2007 . . . . . . . . . . . . . . . . . . . . . . **Exhibit Q**

    **(d)**    **IRS FOIA Request - United States §3401(d) "employer" - 2007**
dated on and received after April 18, 2007 . . . . . . . . . . . . . . . . . . . . . . **Exhibit R**

    **(e)**    **IRS FOIA Request - Form 668-W: Notice of Levy Service - 2007**
dated on and received after May 14, 2007 . . . . . . . . . . . . . . . . . . . . . . . **Exhibit S**

    **(f)**    **IRS FOIA Request - Judgment - 2007**
dated on and received after May 23, 2007 . . . . . . . . . . . . . . . . . . . . . . . **Exhibit T**

    **(g)**    **IRS FOIA Request - Explanation of reason for refund disallowance - 2007**
dated on and received after July 06, 2007 . . . . . . . . . . . . . . . . . . . . . . . **Exhibit U**

    **(h)**    **IRS FOIA Request - Cite Which Part of the Request Is Being Met**
dated on and received after June 8, 2007 . . . . . . . . . . . . . . . . . . . . . . . **Exhibit V**

10.     Delphi - Letter to General Motors-Delphi Automotive Payroll
        Services 04-02-07 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit W**

11.     Delphi Corporation Tax Staff Received Letter dated April 24, 2007 . . . . . . . .  **Exhibit X**

12.     Delphi - IRS - Levy: Constructive Notice And Affidavit . . . . . . . . . . . . . . . . . **Exhibit Y**

13.     Delphi - Letter to Delphi Corporation Tax Staff 04-30-07 . . . . . . . . . . . . . . . . **Exhibit Z**

14.     Delphi - Letter to General Motors-Delphi Automotive Payroll
        Services 08-21-07 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit AA**

15.     Delphi Corporation Papers online from Michigan Dept. of Labor
        and Economic Growth  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit BB**

16.     Form 668-W(c) faxed from *G.M./Delphi Wage Garnishments* . . . . . . . . . . . **Exhibit CC**

17.     FAX Cover Letter, etc. to Victor Buyvid from
        *G.M./Delphi Wage Garnishments* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit DD**

18.     Delphi Hourly Payroll System Garnishments and Attachments;
        "Wage Attachments Division" (THE COMPUTER PRINTOUTS)  . . . . . . . **Exhibits EE**

19.     IRS Letter of James M. Carter @ Truwood . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit FF**

20.     E. Clay Shaw Letter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit GG**

21.     Delphi - Ethics Violations are Bad for Business  . . . . . . . . . . . . . . . . . . . . . **Exhibit HH**

22.     David M. Sherbin Letter (Vice President of Delphi, General Counsel) . . . . . . **Exhibit II**

23.     Copies of Certificates of Mailing and Receipt . . . . . . . . . . . . . . . . . . . . . . . . **Exhibit JJ**