# Exhibit A

Notice of Bankruptcy Proceedings
Pages 1 through 4

# Exhibit 1A
Notice to General Motors/
Delphi Automotive Payroll Services
Pages 1 through 7
and Attachments

# Exhibit B

In Lieu of Form W-4

Pages 1 of 1

# Exhibit C
## PH - W-4 Qualifying Declaration
## Page 1 of 1

# Exhibit D
Copy of Paycheck Stubs
WITHOUT Deductions of "FEDERAL TAX"*
P.E.D 09/10/2006 through P.E.D 02/25/2007
* The "FED TAX LEVY"
begins at Pay Ending Date 02/04/2007

# Volume II

# Exhibit E

Copy of Paycheck Stubs
WITH Deductions of "FEDERAL TAX"*
P.E.D 09/10/2006 through P.E.D 02/25/2007
* The "FED TAX LEVY"
ends at Pay Ending Date 05/20/2007

*Exhibits for Claimant's Proof of Claim*

# **Exhibit F**

Form 668 (Y)(c):  "Notice of Federal Tax Lien"
on file in Oakland County
Page 1 of 1

# Exhibit G

IRS FOIA Request - §§6201,
6203, etc. Assessments - 2007
Certified Mail #:   7004 1160 0002 2313 3816,
dated and mailed on March 22, 2007
Pages 1 through 3

*Exhibits for Claimant's Proof of Claim*

# Exhibit H

IRS FOIA Request - Lien/Levy - 2007
Certified Mail #:   7004 1160 0002 2313 3823,
dated and mailed on March 22, 2007
Pages 1 through 4

# Exhibit I

IRS FOIA Request - Information Returns,
Forms W-2 and 1099, etc. - 2007
Certified Mail #:   7004 1160 0002 2313 3830,
dated and mailed on March 22, 2007
Pages 1 through 5

*Exhibits for Claimant's Proof of Claim*

# Exhibit J

IRS FOIA Request - United States
§3401(d) "employer" - 2007
Certified Mail #:   7004 1160 0002 2313 3847,
dated and mailed on March 22, 2007
Pages 1 through 5

*Exhibits for Claimant's Proof of Claim*

# Exhibit K

IRS FOIA Request - Form 668-W:
Notice of Levy Service - 2007
Certified Mail #:   7004 1160 0002 2313 3854,
dated and mailed on March 22, 2007
Pages 1 through 3

# Exhibit L

IRS FOIA Request - Judgment - 2007
Certified Mail #:   7004 1160 0002 2313 3861,
dated and mailed on March 22, 2007
Pages 1 through 3

# Exhibit M

IRS FOIA Request - Explanation of reason
for refund disallowance - 2007
Certified Mail #:   7004 1160 0002 2313 3878,
dated and mailed on March 22, 2007
Pages 1 through 8

*Exhibits for Claimant's Proof of Claim*

# Exhibit N

IRS FOIA Request - Cite Which Part
of the Request Is Being Met
Certified Mail #:   7004 1160 0002 2313 3908,
dated and mailed on May 09, 2007
Pages 1 through 5

*Exhibits for Claimant's Proof of Claim*

# Exhibit O

IRS Response to FOIA Request - §§6201,
6203, etc. Assessments - 2007
dated on and received after April 17, 2007
Page 1 of 1

# Exhibit P

IRS Response to FOIA Request - Lien/Levy - 2007
dated on and received after May 14, 2007
Page 1 of 1

# Exhibit Q

IRS Response to FOIA Request - Information
Returns, Forms W-2 and 1099, etc. - 2007
dated on and received after April 17, 2007
Page 1 of 1

*Exhibits for Claimant's Proof of Claim*

# Exhibit R

IRS Response to FOIA Request - United States
§3401(d) "employer" - 2007
dated on and received after April 18, 2007
Page 1 of 1

# Exhibit S

IRS Response to FOIA Request - Form 668-W:
Notice of Levy Service - 2007
dated on and received after May 14, 2007
Page 1 of 1

*Exhibits for Claimant's Proof of Claim*

# Exhibit T

IRS Response to FOIA Request - Judgment - 2007
dated on and received after May 23, 2007
Page 1 of 1

# Exhibit U

IRS Response to FOIA Request - Explanation
of reason for refund disallowance - 2007
dated on and received after July 06, 2007
Page 1 of 1

*Exhibits for Claimant's Proof of Claim*

# Exhibit V
IRS Response to FOIA Request - Cite Which
Part of the Request Is Being Met
dated on and received after June 8, 2007
Page 1 of 1

# Exhibit W
Delphi - Letter to General Motors-Delphi
Automotive Payroll Services 04-02-07
Pages 1 of 1

# Exhibit X

Delphi Corporation Tax Staff
Received Letter dated April 24, 2007
Page 1 of 1

# Exhibit Y

Delphi - IRS - Levy:
Constructive Notice And Affidavit
Pages 1 through 4

# **Exhibit Z**

Delphi - Letter to Delphi
Corporation Tax Staff 04-30-07
Pages 1 through 8

*Exhibits for Claimant's Proof of Claim*

# Exhibit AA

Delphi - Letter to General Motors-Delphi
Automotive Payroll Services 08-21-07
Page 1 of 1

*Exhibits for Claimant's Proof of Claim*

# Exhibit BB

Delphi Corporation Papers online from
Michigan Dept. of Labor and Economic Growth
Page 1 of 1

*Exhibits for Claimant's Proof of Claim*

# Exhibit CC
Form 668-W(c) faxed from
*G.M./Delphi Wage Garnishments*
Pages 1 through 2

# Exhibit DD
FAX Cover Letter, etc. to Victor Buyvid from
*G.M./Delphi Wage Garnishments*
Pages 1 through 7

# Exhibit EE

Delphi Hourly Payroll System
Garnishments and Attachments;
"Wage Attachments Division"
(THE COMPUTER PRINTOUTS)
Pages 1 through 15

*Exhibits for Claimant's Proof of Claim*

# Exhibit FF

IRS Letter of James M. Carter @ Truwood
Page 1 of 1

# Exhibit GG
## E. Clay Shaw Letter
## Page 1 of 1

# Exhibit HH

Delphi - Ethics Violations are Bad for Business
Page 1 of 1

# Exhibit II
David M. Sherbin Letter
(Vice President of Delphi, General Counsel)
Page 1 of 1

# Exhibit JJ
Copies of Certificates of Mailing and Receipt
Pages 1 through 4