Certified Mail #: 7905 1820 0007 0239 0161

Scott Darryl Reese  April 3, 2007
c/o 329 Basket Branch
Oxford, Michigan state    48371
SS#: 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

General Motors/Delphi Automotive Payroll Services
Wage Attachments
1225 West Washington Street
Tempe, Arizona    85281
Attention: Charla Keith

Ms. Keith:

    I've been informed that you are the proper person to contact regarding payroll information regarding the Internal Revenue Service (IRS).  If this information is in error, please forward me the proper contact information regarding this, and them a copy of this letter.

Also, I've been waiting some time to have hard copies of what the IRS has served to you.  I would also like copies of everything filed when I hired in regarding me concerning payroll, including, but not limited to:

- Any Form W-4s

- Any *In lieu of IRS Form W-4*

- Any *W-4 Qualifying Declaration*

- Anything else regarding withholding

    Thank you in advance for any help regarding this matter.

---

I do hereby certify that, to the best of my knowledge and belief, the enclosed information is true and correct.

_____  _____
Date                             Scott Darryl Reese

---

Subscribed to and sworn before me this ____ day of _____, 200__ .

_____
Notary Public, _____ County, Michigan.

My Commission Expires: _____

*Letter to General Motors/Delphi Automotive Payroll Services 04-03-07*    **Page 1 of 1**