Certified Mail #: 7905 1820 0007 0240 7319

Scott Darryl Reese                                                                                          August 21, 2007
c/o 329 Basket Branch
Oxford, Michigan state    48371
SS#: 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


General Motors/Delphi Automotive Payroll Services
Wage Attachments
1225 West Washington Street
Tempe, Arizona    85281
Attention: Charla Keith

Ms. Keith:

      As I've yet to hear from you regarding any Internal Revenue Service (IRS) document or court document superceding or ordering my *In lieu of IRS Form W-4* and *W-4 Qualifying Declaration*, dated and filed by me first week of September of 2006 through Jodi Stopyak payroll, at *Delphi Energy & Chassis Systems, Saginaw Operations, 2328 East Genesee, Saginaw, Michigan, 48601*, and received the week of the same by *General Motors/Delphi Automotive Payroll Services, Wage Attachments, 1225 West Washington Street, Tempe, Arizona, 85281*, to be disregarded, disallowed, or altogether ignored, I'm enclosing two (2) new copies, one (1) each of the aforementioned *In lieu of IRS Form W-4* and *W-4 Qualifying Declaration*.

Also, in conjunction with the *Bullard-Plawecki employee right to know act*, Act 397 of 1978, demand is still made for hard copies of what the IRS has served to you with my name on it, related to anything else regarding withholding or lien/levy action(s).  Demand is also made for copies of everything filed when I hired in regarding me concerning payroll, including, but not limited to:

- Any Form W-4s    • Any *In lieu of IRS Form W-4*    • Any *W-4 Qualifying Declaration*

      Thank you in advance for any help regarding this matter.

---

I do hereby certify that, to the best of my knowledge and belief, and under penalty of perjury, the enclosed information is true and correct.


_____                                    _____
Date                                                                                                  Scott Darryl Reese

---

Subscribed to and sworn before me this ____ day of _____, 200__ .


_____
Notary Public, _____ County, Michigan.

My Commission Expires: _____

*Letter to General Motors/Delphi Automotive Payroll Services 08-21-07*                    **Page 1 of 1**