**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

............................................................................... x
**Scott Darryl Reese,**                             :
**Claimant**                                        :
                                                    :
    v.                           :
                                                    :
**IN RE:**                                          :       **Honorable Robert D. Drain**
                                                    :
**DELPHI CORPORATION, et. al.,**                    :       **Case No. 05-44481**
**DELPHI - DEBTOR IN POSSESSION**                   :
**DELPHI CHASSIS SYSTEMS**                          :       **Bankruptcy Trustee**
       **Debtor,**:
                                                    :       **(Jointly Administered)**
...............................................................................x

<u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

---

Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
Creditor - (248) 969-4055

**Notice of Appearance**

    Now comes Scott Darryl Reese, a/k/a SCOTT DARRYL REESE; SCOTT D. REESE, as one and the same, as Creditor(s) in the above aforementioned Bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, and herein attached are proof of claims, parties in interest, against Debtor, *DELPHI CORPORATION, et. al., DELPHI - DEBTOR IN POSSESSION,* dELPHI World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815*.

Date: _____ , 2007

                                                                               Scott Darryl Reese;
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state,
[48371-6359]
in the united States of North America

Creditor - (248) 969-4055