**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

............................................................................ x
| | |
|---|---|
| **Scott Darryl Reese,** : | |
| **Claimant/Creditor** : | |
| : | |
| v. : | |
| : | |
| IN RE: : | Honorable Robert D. Drain |
| : | |
| **DELPHI CORPORATION, et.,al.,** : | Case No. 05-44481 |
| **DELPHI - DEBTOR IN POSSESSION** : | |
| **DELPHI CHASSIS SYSTEMS** : | **Bankruptcy Trustee** |
| Debtor, : | |
| : | **(Jointly Administered)** |

..............................................................................x

<u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

---

| | |
|---|---|
| Scott Darryl Reese | Claim Number:   16709 |
| c/o 329 Basket Branch | Delphi Bankruptcy Proceedings |
| Oxford, Michigan state | |
| [48371-6359] | |
| Claimant/Creditor - (248) 969-4055 | |

**Notice of Hearing**

Please be advised and take notice that Claimant/Creditor, Scott Darryl Reese, a/k/a SCOTT DARRYL REESE; SCOTT D. REESE, as one and the same, files this notice of hearing with the court on the following motions: *Notice of Appearance in Delphi Bankruptcy Proceedings*, *Motion to Intervene in Delphi Bankruptcy Proceedings*, *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*, *Motion for Leave to File Late Claim in Delphi Bankruptcy Proceedings*, *Motion for Relief from Automatic Stay in Delphi Bankruptcy Proceedings* and *Request for Notices in Delphi Bankruptcy Proceedings*, before the Honorable Robert D. Drain, in his courtroom located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Room 610 at 10:00 A.M., on October 25, 2007 or as soon as Claimant/Creditor may be heard (the "Hearings"), for the entry of Orders permitting Claimant/Creditor, Scott Darryl Reese, to file in the above-captioned Chapter 11 Cases and awarding such other and further relief as the Court deems just and proper.

Date: September 25, 2007

                                                Scott Darryl Reese
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
in the united States of America
Claimant/Creditor - (248) 969-4055