UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

..................................................................................... x
| | | |
|---|---|---|
| IN RE: | : | Honorable |
| | : | |
| DELPHI CORPORATION, et. al., | : | Case No. 05-44481 |
| DELPHI - DEBTOR IN POSSESSION | : | |
| DELPHI CHASSIS SYSTEMS | : | **Bankruptcy Trustee** |
| Debtor, | : | |
| | : | (Jointly Administered) |

.................................................................................x


<u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

     -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
Creditor - (248) 969-4055

# Proof of Service

I, Scott Darryl Reese, on September      , 2007, did serve via Priority United States Mail

serve Debtor Attorney(s) of record, copy of *Notice of Appearance in Delphi Bankruptcy Proceedings*, *Motion to Intervene in Delphi Bankruptcy Proceedings*, *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*, *Motion for Leave to File Late Claim in Delphi Bankruptcy Proceedings*, *Motion for Relief from Automatic Stay in Delphi Bankruptcy Proceedings* and *Request for Notices in Delphi Bankruptcy Proceedings*.

To: **List the Debtors and the court appointed trustee for Delphi** <u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

-and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

-and-

United States Trustee for the Southern District of New York
Alicia M. Leonhard
33 Whitehall Street
Suite 2100
New York, New York  10004

Dated: _____ , 2007

Scott Darryl Reese
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state, [48371-359]
in the united States of North

America

Creditor - (248) 969-4055

*Proof of Service in Delphi Bankruptcy Proceedings*    **Page 2 of 2**