**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

...................................................................... x
| | | |
|---|---|---|
| **Scott Darryl Reese,** | : | |
| **Claimant** | : | |
| | : | |
| v. | : | |
| | : | |
| IN RE: | : | Honorable Robert D. Drain |
| | : | |
| **DELPHI CORPORATION, et. al.,** | : | Case No. 05-44481 |
| **DELPHI - DEBTOR IN POSSESSION** | : | |
| **DELPHI CHASSIS SYSTEMS** | : | **Bankruptcy Trustee** |
| Debtor, | : | |
| | : | **(Jointly Administered)** |

......................................................................x

<u>COUNSEL FOR THE DEBTORS</u>.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

       -and-

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

---

Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state
[48371-6359]
Creditor - (248) 969-4055

**Request for Notices**

Creditor(s), Scott Darryl Reese, a/k/a SCOTT DARRYL REESE; SCOTT D. REESE, as one and the same, requests notices of this proceeding be sent to Creditor and Claimant at the below address.

Date: September 14, 2007

Scott Darryl Reese;
SCOTT DARRYL REESE;
SCOTT D. REESE
c/o 329 Basket Branch
Oxford, Michigan state,
[48371-6359]
in the united States of North America

Creditor - (248) 969-4055