Certified Mail #:   7004 1160 0002 2313 3908

Scott Darryl Reese                                                                                                May 09, 2007
c/o 329 Basket Branch
Oxford, Michigan state
SS#: 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

Internal Revenue Service
477 Michigan Avenue
Detroit, Michigan     48226-2597

# Freedom of Information Act Request

Attn: Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

**(1)**  Send me a true, certified, and complete copy of each response to information appearing herein, with either the Certified Mail #, as it appears at the top of the first page of the request, or the title of the request itself, as it appears in the bottom of the footer of all of the pages, or both the Certified Mail # and the request title shall be referenced when responding to each *Freedom of Information Act Request*, especially those whose dates are the same on requestor's title (first) page of different *Freedom of Information Act Request*s.

Additionally, any and all responses to this and all of my *Freedom of Information Act Request*s shall cite which part of the request is being met, e.g., [assuming that you've already referenced the title and Certified Mail # at or near the top of the response, as, for example, and in the present case, **IRS FOIA Request - Cite Which Part of the Request Is Being Met**; Certified Mail #:   7004 1160 0002 2313 3908], "This is in response to **(1)(h)** of your request." Also, any and all responses to this and all of my *Freedom of Information Act Request*s shall cite which part of the request is being denied, in the same manner as described for any non-denied requests.

       **(a)**     **IRS FOIA Request - §§6201, 6203, etc. Assessments - 2007**
                Certified Mail #:   7004 1160 0002 2313 3816,
                dated and mailed on March 22, 2007

       **(b)**     **IRS FOIA Request - Explanation of reason for refund disallowance - 2007**
                Certified Mail #:   7004 1160 0002 2313 3878,
                dated and mailed on March 22, 2007

       **(c)**     **IRS FOIA Request - Form 668-W: Notice of Levy Service - 2007**
                Certified Mail #:   7004 1160 0002 2313 3854,
                dated and mailed on March 22, 2007

    **(d)**    **IRS FOIA Request - Information Returns, Forms W-2 and 1099, etc. - 2007**
Certified Mail #:   7004 1160 0002 2313 3830,
dated and mailed on March 22, 2007

    **(e)**    **IRS FOIA Request - Judgment - 2007**
Certified Mail #:   7004 1160 0002 2313 3861,
dated and mailed on March 22, 2007

    **(f)**    **IRS FOIA Request - Lien/Levy - 2007**
Certified Mail #:   7004 1160 0002 2313 3823,
dated and mailed on March 22, 2007

    **(g)**    **IRS FOIA Request - United States §3401(d) "employer" - 2007**
Certified Mail #:   7004 1160 0002 2313 3847,
dated and mailed on March 22, 2007

    **(h)**    **IRS FOIA Request - Cite Which Part of the Request Is Being Met**
Certified Mail #:   7004 1160 0002 2313 3908,
dated and mailed on March 22, 2007

**(2)**  Send me a true, certified, and complete copy(s) of the *5 U.S.C. §3331: Oath of Office*, (actual photocopy(s)) for each of the names appearing as "person to contact" or the actual name/signature that appears toward the footer of the response, be it Gail Minauro or Darlene Stewart, or other, in accord with **(1)(a)** through **(1)(h)** above.

**(3)**  Send me a true, certified, and complete copy(s) of the commission (actual photocopy(s)) for each of the names appearing as "person to contact" or the actual name/signature that appears toward the footer of the response, be it Gail Minauro or Darlene Stewart, or other, in accord with **(1)(a)** through **(1)(h)** above.

**(4)**  Send me a true, certified, and complete copy(s) of the bond(s) required to be posted in conjunction with *5 U.S.C. §3331: Oath of Office* (actual photocopy(s)) for each of the names appearing as "person to contact" or the actual name/signature that appears toward the footer of the response, be it Gail Minauro or Darlene Stewart, or other, in accord with **(1)(a)** through **(1)(h)** above, with the name, the date such bond(s) was posted, the name of the certifying officer or official before whom the bond(s) was posted, and their office, title, and classification.

**(5)**  Send me a true, certified, and complete copy(s) of the *5 U.S.C. §3331: Oath of Office*, (actual photocopy(s)) for the District Director.

**(6)**  Send me a true, certified, and complete copy(s) of the commission (actual photocopy(s)) for the District Director.

**(7)**  Send me a true, certified, and complete copy(s) of the bond(s) required to be posted in conjunction with *5 U.S.C. §3331: Oath of Office* (actual photocopy(s)) for the District Director, with the name, the date such bond(s) was posted, the name of the certifying officer or official before whom the bond(s) was posted, and their office, title, and classification.

**(8)**  Send me the current total amount of money received by the District Director from DELPHI et. al., and Delphi Corporation Tax Staff, regarding I.R.C. §63**31(a)** – Authority of Secretary, purportedly in my name and information as it appears on page 1 of this request. [The reason why appears directly below.]

- TITLE 18; CHAPTER 31 - EMBEZZLEMENT AND THEFT;
  Sec. 654. Officer or employee of United States converting property of another.

- 119 Stat. 220.

- 120 Stat. 240; 120 Stat. 288.

- 48 Stat. 794.

- Any other applicable citations involving theft and conversion; receiving stolen property, etc..

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

**(9)**  As an observation, you seem to be trying to deny my right to [certified] copies of *Form W-2: Wage and Tax Statement*, *Form W-3*, *Form 1099*, *Form 1096*, all with my name on them and which I have a right to, and instead are trying to turn my request into one for the full corporate tax return(s).  If this is the case, this premise is not accurate.

### Income Tax Restructuring Act Of 1998

26 U.S.C. 6402(k) (P. L. 105 - 206 §§ 3505):

*Explanation of reason for refund disallowance.*

*In the case of a disallowance of a claim for refund, the Secretary shall provide the taxpayer with an explanation for such disallowance.*

**(10)**    In accordance with 26 U.S.C. 6402(k), send me a true, certified, and complete copy of a meaningful explanation of what taxable activities I've engaged in while working in the private sector since 1981 that would give Affiant a tax liability.  If such taxable activity exists, which statute was used to create the liability and under what circumstances did Affiant become the "person made liable" for the "tax liability" so listed.

**(I)**  Any refusal to respond to Requestor's *Freedom of Information Act* request for information shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there are Information Returns associated with Requestor, as defined by statute.

**(II)**  Also, any refusal to respond to Requestor's *Freedom of Information Act* request for information shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there are any oaths of office, commissions, and/or bonds associated with Information Returns, as defined by statute.

**(III)**  Also, any refusal to respond to Requestor's *Freedom of Information Act* request for information on point **(8)** herein shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that the District Director or Secretary have received anything from DELPHI et. al., and Delphi Corporation Tax Staff, and that DELPHI et. al., and Delphi Corporation Tax Staff are acting completely on their own in the theft of Affiant's private sector earnings.

**(IV)**  Also, any refusal to respond to Requestor's *Freedom of Information Act* request for information on point **(9)** herein shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there are any forms as described therein with Affiant's name.

**(V)**  Also, any refusal to respond to Requestor's *Freedom of Information Act* request for information on point **(10)** herein shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that Affiant has engaged in any privileged taxable activities while working in the private sector since 1981, and is not, by statutory definition, a taxpayer.

The making of the request is not to be considered or construed as an admission of "taxpayer" status or of liability for any tax or penalty, and that a refusal to cooperate with the request will be recognized as an acknowledgment that the requester is NOT, in fact, liable for the tax or penalty alleged to be due and owing or otherwise collectible in any manner on any document(s) received and/or in relation thereto.

Any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being met.  Also, any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being denied.  Also, either the Certified Mail #, as it appears at the top of the first page of the request, or the title of the request itself, as it appears in the bottom of the footer of all of the pages, or both the Certified Mail # and the request title, shall be referenced when responding to each *Freedom of Information Act Request*, especially those whose dates are the same on requestor's title (first) page of different *Freedom of Information Act Request*s.

This request for records is being submitted under authorities cited above. All documents, records and other items fall into the category made available under 26 C.F.R. § 601.701(a)(3); they are not of a nature exempted under any category listed in 26 C.F.R. § 601.701(b). The requested records pertain to Internal Revenue Service personnel and fall within the scope of information that is authorized for disclosure by law and the Office of Personnel Management.

Procedural Requirements, Declarations, Disclosure, etc.
     This request is being submitted in accordance with 26 C.F.R. § 601.702(c)(3)(ii). Therefore, portions or this entire request may be forwarded from your office to whatever other IRS office has custody of the items being requested. Response time will be governed by provisions of 26 C.F.R. §§ 601.702(c)(7)-(9). You must reply within ten business days from receipt of the request in your office, and in the event a portion or the entire request is forwarded to another office, you will please provide me with written notice; the receiving office will confirm receipt within ten days from the date received at that office. On IRS written request, I will permit an additional twelve days to provide the requested documents even though the regulation only requires ten and even though the records being requested are standard form documents that, if they exist, are maintained in dedicated systems of records and should be easy to locate.

I understand the penalties provided in 5 USC 552a(I)(3) for requesting or obtaining access to records under false pretenses.

I hereby certify under penalty of perjury under the law of these united States of America that I am a category E other requester and the human being making this request.

**As always, sign and date any and all mailings, with any badge of authority properly identifiable and acknowledgeable.**

I do hereby certify that, to the best of my knowledge and belief, and under the penalty of perjury, the enclosed information is true, correct and complete.

| | |
|---|---|
| Date | Scott Darryl Reese |

Subscribed to and sworn before me this ____ day of _____, 200__.

Notary Public, _____ County, Michigan.

My Commission Expires: _____

*IRS FOIA Request - Cite Which Part of the Request Is Being Met*               **Page 5 of 5**