Certified Mail #:   7004 1160 0002 2313 3854

Scott Darryl Reese                                                                                       March 22, 2007
c/o 329 Basket Branch
Oxford, Michigan state
SS#: 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

Internal Revenue Service
477 Michigan Avenue
Detroit, Michigan     48226-2597

# Freedom of Information Act Request

Attn: Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

> **(1)**  Send me a true, certified, and complete copy of any *Form 668-W: Notice Of Levy On Wages, Salary, and Other Income*, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, concerning me for the years 1997 through and including 2007.

> **(2)**  Send me true, certified, and complete copy(s) of the address and location where all IRS *Form 668-W: Notice Of Levy On Wages, Salary, and Other Income* have been <u>sent</u> **or <u>filed</u>**, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, concerning me for the years 1997 through and including 2007.

> **(3) (a)** In conjunction with (1) and (2), send me a true, certified, and complete copy of any record indicating the U.S. dollar amount turned over by private sector company/private sector contractor *Delphi Energy & Chassis Systems, Saginaw Operations,* located at 2328 East Genesee, Saginaw, Michigan, 48601, received by the Internal Revenue Service from any of *"...this taxpayer's wages and salary that have been earned but not paid yet..."*, as indicated on IRS *Form 668-W: Notice Of Levy On Wages, Salary, and Other Income*, and **(b)** anything that any representative of *Delphi Energy & Chassis Systems*, or *Delphi*, or *General Motors*, or other,  may have signed in relation to any IRS *Form 668-W.*

**(I)**  Any refusal to respond to Requestor's *Freedom of Information Act* request for information shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that Requestor's current private sector company/private sector contractor *Delphi Energy & Chassis Systems, Saginaw Operations,* located at 2328 East Genesee, Saginaw, Michigan, 48601, fall into the category of *employer* as defined by statute at 26 U.S.C. § 3401(d), or is a "domestic corporation", or "corporation(s) organized under the laws of the United States" (26 USC 1361(b)(1), and 26 USC 7701(4)).

**(II)**  Also, a refusal to respond to Requestor's *Freedom of Information Act* request for information on point (3) of this request shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that Requestor falls into the category of *employee* as defined by statute and implementing regulation at 26 CFR 301.6331-1, nor that of an *officer, employee, or elected official* described at Title 26, § 6331(a), nor that of a "*taxpayer's [whose] wages and salary ~~that~~ have been earned but not paid yet*".

The making of the request is not to be considered or construed as an admission of "taxpayer" status or of liability for any tax or penalty, and that a refusal to cooperate with the request will be recognized as an acknowledgment that the requester is NOT, in fact, liable for the tax or penalty alleged to be due and owing or otherwise collectible in any manner on any document(s) received and/or in relation thereto.

Any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being met.  Also, any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being denied.

This request for records is being submitted under authorities cited above. All documents, records and other items fall into the category made available under 26 C.F.R. § 601.701(a)(3); they are not of a nature exempted under any category listed in 26 C.F.R. § 601.701(b). The requested records pertain to Internal Revenue Service personnel and fall within the scope of information that is authorized for disclosure by law and the Office of Personnel Management.

Procedural Requirements, Declarations, Disclosure, etc.

This request is being submitted in accordance with 26 C.F.R. § 601.702(c)(3)(ii). Therefore, portions or this entire request may be forwarded from your office to whatever other IRS office has custody of the items being requested. Response time will be governed by provisions of 26 C.F.R. §§ 601.702(c)(7)-(9). You must reply within ten business days from receipt of the request in your office, and in the event a portion or the entire request is forwarded to another office, you will please provide me with written notice; the receiving office will confirm receipt within ten days from the date received at that office. On IRS written request, I will permit an additional twelve days to provide the requested documents even though the regulation only requires ten and even though the records being requested are standard form documents that, if they exist, are maintained in dedicated systems of records and should be easy to locate.

I understand the penalties provided in 5 USC 552a(I)(3) for requesting or obtaining access to records under false pretenses.

I hereby certify under penalty of perjury under the law of these united States of America that I am a category E other requester and the human being making this request.

**As always, sign and date any and all mailings, with any badge of authority properly identifiable and acknowledgeable.**

I do hereby certify that, to the best of my knowledge and belief, the enclosed information is true and correct.

Date                                            Scott Darryl Reese

Subscribed to and sworn before me this ____ day of _____, 200__ .

Notary Public, _____ County, Michigan.

My Commission Expires: _____