Certified Mail #:   7004 1160 0002 2313 3830

Scott Darryl Reese                                                                                            March 22, 2007
c/o 329 Basket Branch
Oxford, Michigan state
SS#: 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

Internal Revenue Service
477 Michigan Avenue
Detroit, Michigan     48226-2597

# Freedom of Information Act Request

Attn: Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

**(1)** Send me a true, certified, and complete copy of each information return, for years 1997 through present; specifically, any and all actual photocopy(s), with the signature of the attesting officer, employee, or elected official included on the information return, for all of the following private sector companies/private sector contractors, which all have a corresponding *Form 4506-T* for years requested, included in this request:

**(a)**   Motor City Electric Company   *(formerly at)*   Renaissance Center
          9440 Grinnell Street                             Tower 600
          Detroit, Michigan     48213                      Suite 1600
                                                           Detroit, MI    48243-1801

**(b)**   McGraw Electric Company of Michigan, Inc.
          12201 Merriman Road
          Livonia, Michigan     48150

**(c)**   Hall Engineering Company
          25400 Meadowbrook Road
          Novi, Michigan     48375

**(d)**   Kemco Electrical Contracting, Incorporated
          8174 Goldie Street
          Walled Lake, Michigan     48390

**(e)**   Bayview Electric Company
          12230 Dixie Street
          Redford Township, Michigan     48239

*IRS FOIA Request - Information Returns, Forms W-2 and 1099, etc. - 2007*          Page 1 of 5

**(f)**   Triangle Electric Company
         29787 Stephenson Hwy.
         Madison Heights, Michigan    48071

**(g)**   Center Line Electric, Incorporated
         26554 Lawrence
         Center Line, Michigan    48015

**(h)**   The State Group International
         2150 Islington Ave F-4
         Entobicoke, Ontario  [M9P3V4]

**(i)**   Trade Show Electric
         One Washington Boulevard
         Detroit, Michigan    48226

**(j)**   Metro Services Electric
         One Washington Boulevard
         Detroit, Michigan    48226

**(k)**   GES Exposition Services
         One Washington Boulevard
         Detroit, Michigan    48226

**(l)**   Newkirk Electric Associates
         1875 Roberts Street
         Muskegon, Michigan    49442

**(m)**   Delphi Energy & Chassis Systems
         Saginaw Operations
         2328 East Genesee
         Saginaw, Michigan    48601

**(n)**   Hatzel & Bueler, Inc.
         31690 Glendale
         Livonia, Michigan    48150

**(o)**   TRW
         2328 East Genesee
         Saginaw, Michigan    48601

**(2)** Send me true, certified, and complete copy(s) of all Information Returns, in conjunction with (1)(a) through (1)(o), specifically *Form W-2: Wage and Tax Statement*, signed or otherwise, which, if applicable, state that I'm an employee, earning wages while working for an employer.

**(3)**  Send me true, certified, and complete copy(s) of all Information Returns, in conjunction with (1)(a) through (1)(o), specifically *Form 1099* information returns, signed or otherwise, which, if applicable, state that I'm an employee, earning wages while working for an employer.

**(4)**  Send me true, certified, and complete copy(s) of all Information Returns, in conjunction with (1)(a) through (1)(o), specifically *Form W-3*, with a sworn statement as to their accuracy of 3401(a) and 3121(a) "wages", signed or otherwise, which, if applicable, state that I'm an employee, earning wages while working for an employer.

**(5)**  Send me true, certified, and complete copy(s) of all Information Returns, in conjunction with (1)(a) through (1)(o), specifically *Form 1096*, with a sworn statement as to their accuracy of involvement in a "trade or business", signed or otherwise, which, if applicable, state that I'm an employee, earning wages while working for an employer.

**(6)**  Send me a true, certified, and complete copy(s) of the *5 U.S.C. §3331: Oath of Office*, (actual photocopy(s)) for each of the occasions at (a) through (o) specified, on file for the officer, employee, or elected official, in conjunction with each of the Information Returns specified at (2) through (5), whose testimony/affidavit is associated with each Information Return, with the name, the date such oath was administered, the name of the certifying officer or official before whom the oath was administered, and their office, title, and classification.

**(7)**  Send me a true, certified, and complete copy(s) of the commission (actual photocopy(s)) for each of the occasions at (a) through (o) specified, on file for the officer, employee, or elected official, in conjunction with each of the Information Returns specified at (2) through (5), whose testimony/affidavit is associated with each Information Return, with the name, the date such commission was administered, the name of the certifying officer or official before whom the commission was administered, and their office, title, and classification.

**(8)**  Send me a true, certified, and complete copy(s) of the bond(s) required to be posted in conjunction with *5 U.S.C. §3331: Oath of Office* (actual photocopy(s)) for each of the occasions at (a) through (o) specified, on file for the officer, employee, or elected official, in conjunction with each of the Information Returns specified at (2) through (5), whose testimony/affidavit is associated with each Information Return, with the name, the date such bond(s) was posted, the name of the certifying officer or official before whom the bond(s) was posted, and their office, title, and classification.

**(I)**  Any refusal to respond to Requestor's *Freedom of Information Act* request for information shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there are Information Returns associated with Requestor, as defined by statute.

**(II)**  Also, any refusal to respond to Requestor's *Freedom of Information Act* request for information shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there are any oaths of office, commissions, and/or bonds associated with Information Returns, as defined by statute.

The making of the request is not to be considered or construed as an admission of "taxpayer" status or of liability for any tax or penalty, and that a refusal to cooperate with the request will be recognized as an acknowledgment that the requester is NOT, in fact, liable for the tax or penalty alleged to be due and owing or otherwise collectible in any manner on any document(s) received and/or in relation thereto.

Any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being met.  Also, any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being denied.

This request for records is being submitted under authorities cited above. All documents, records and other items fall into the category made available under 26 C.F.R. § 601.701(a)(3); they are not of a nature exempted under any category listed in 26 C.F.R. § 601.701(b). The requested records pertain to Internal Revenue Service personnel and fall within the scope of information that is authorized for disclosure by law and the Office of Personnel Management.

Included with this *Freedom of Information Act Request* are twelve in number of *Form 4506-T*, for:

*Form W-2: Wage and Tax Statement*, for years 1997 through 2000, and
*Form W-2: Wage and Tax Statement*, for years 2001 through 2004, and
*Form W-2: Wage and Tax Statement*, for years 2001 through 2004, (total of 3 in number)

*Form 1099*, for years 1997 through 2000, and
*Form 1099*, for years 2001 through 2004, and
*Form 1099*, for years 2001 through 2004, (total of 3 in number)

*Form W-3*, for years 1997 through 2000, and
*Form W-3*, for years 2001 through 2004, and
*Form W-3*, for years 2001 through 2004, (total of 3 in number)

*Form 1096*, for years 1997 through 2000, and
*Form 1096*, for years 2001 through 2004, and
*Form 1096*, for years 2001 through 2004, (total of 3 in number)

Procedural Requirements, Declarations, Disclosure, etc.

      This request is being submitted in accordance with 26 C.F.R. § 601.702(c)(3)(ii). Therefore, portions or this entire request may be forwarded from your office to whatever other IRS office has custody of the items being requested. Response time will be governed by provisions of 26 C.F.R. §§ 601.702(c)(7)-(9). You must reply within ten business days from receipt of the request in your office, and in the event a portion or the entire request is forwarded to another office, you will please provide me with written notice; the receiving office will confirm receipt within ten days from the date received at that office. On IRS written request, I will permit an additional twelve days to provide the requested documents even though the regulation only requires ten and even though the records being requested are standard form documents that, if they exist, are maintained in dedicated systems of records and should be easy to locate.

I understand the penalties provided in 5 USC 552a(I)(3) for requesting or obtaining access to records under false pretenses.

I hereby certify under penalty of perjury under the law of these united States of America that I am a category E other requester and the human being making this request.

**As always, sign and date any and all mailings, with any badge of authority properly identifiable and acknowledgeable.**

I do hereby certify that, to the best of my knowledge and belief, the enclosed information is true and correct.

_____           _____
Date                                                                      Scott Darryl Reese

Subscribed to and sworn before me this ____ day of _____, 200__ .

_____
Notary Public, _____ County, Michigan.

My Commission Expires: _____