Certified Mail #:   7004 1160 0002 2313 3823

Scott Darryl Reese                                                                                      March 22, 2007
c/o 329 Basket Branch
Oxford, Michigan state
S.S.#: 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

Internal Revenue Service
477 Michigan Avenue
Detroit, Michigan     48226-2597

# Freedom of Information Act Request

Attn: Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

**(1)**  Send me a true, certified, and complete copy of the actual lien, attributed to years 1997 through present; specifically, any and all actual photocopy(s), with the signature of the *officer, employee, or elected official* included on the actual lien, related to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340.

**(2)**  Send me a true, certified, and complete copy of the address and location where the actual lien, attributed to years 1997 through present; with the signature of the *officer, employee, or elected official* included on the actual lien, have been sent or filed, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340.

**(3)**  Send me certified copies of all Judgments, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340.

**(4)**  Send me a true, certified, and complete copy(s) of the *5 U.S.C. §3331: Oath of Office* on file for the officer, employee, or elected official, whose signature appears on the actual lien requested at (1) herein, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340.

**(5)**  Send me a true, certified, and complete copy of the commission, required to be on file for the officer, employee, or elected official, whose signature appears on the actual lien requested at (1) herein, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, with the name legibly printed, the date such commission was administered, the name of the certifying officer before whom the commission was administered, and their office, title, and classification.

**(6)**  Send me a true, certified, and complete copy of any of the bond(s) required to be posted for the officer, employee, or elected official, whose signature appears on the actual lien requested at (1) herein, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, with the name legibly printed, the date such bond was posted, the name of the certifying officer before whom the bond was posted, and their office, title, and classification.

**(7)**  Send me a true, certified, and complete copy of the actual levy and/or authorization for the levy, attributed to years 1997 through present; specifically, any and all actual photocopy(s), with the signature of the Secretary included on the actual levy and/or authorization for the levy, related to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340.

**(8)**  Send me a true, certified, and complete copy(s) of the *5 U.S.C. §3331: Oath of Office* on file for the Secretary, whose signature appears on the actual levy and/or authorization for the levy requested at (7) herein, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340.

**(9)**  Send me a true, certified, and complete copy of the commission, required to be on file for the Secretary, whose signature appears on the actual levy and/or authorization for the levy requested at (7) herein, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, with the name legibly printed, the date such commission was administered, the name of the certifying officer before whom the commission was administered, and their office, title, and classification.

**(10)**  Send me a true, certified, and complete copy of any of the bond(s) required to be posted for the Secretary, whose signature appears on the actual levy and/or authorization for the levy requested at (1) herein, in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, with the name legibly printed, the date such bond was posted, the name of the certifying officer before whom the bond was posted, and their office, title, and classification.

**(11)**  Any refusal to respond to Requestor's *Freedom of Information Act* request for actual lien shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there is an actual lien in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, and necessarily, no true and actual **LEVY** (Sec. 6331(a) - ... **or on which there is a lien**) would exist, and any purporting to exist would necessarily have been filed in error, and are void.  Requestor demands documentation to this effect.

**(12)**  Also, a refusal to respond to Requestor's *Freedom of Information Act* request for actual levy and/or authorization for the levy shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that there is an actual levy and/or authorization for the levy in regard to "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320," filed on 01/16/2007, with the REGISTER OF DEEDS-REAL PROPERTY, OAKLAND COUNTY, PONTIAC, MI, 48341, and received by me (Requestor) as Certified Mail 7105 5678 7184 5930 5340, and necessarily, no true and actual **LEVY** (Sec. 6331(a) - ... **or on which there is a lien**) nor accompanying lien would exist, and any purporting to exist would necessarily have been filed in error, and are void.  Requestor demands documentation to this effect. {For more on release of levy and return of property that was wrongly levied, see 26 U.S.C. §§§ 6343 (b), (c) and (d)(2)(a). Whichever *officer, employee, or elected official* whose signature appears on the "requested items" in these F.O.I.A. request(s) acted illegally and can be held responsible in conspiring with a 3rd party to extort money "not subject to" a 6331 Levy, as such *officer, employee, or elected official* didn't "execute it under a judicial process."}

The making of the request is not to be considered or construed as an admission of "taxpayer" status or of liability for any tax or penalty, and that a refusal to cooperate with the request will be recognized as an acknowledgment that the requester is NOT, in fact, liable for the tax or penalty alleged to be due and owing or otherwise collectible in any manner on any document(s) received and/or in relation thereto.

This request for records is being submitted under authorities cited above. All documents, records and other items fall into the category made available under 26 C.F.R. § 601.701(a)(3); they are not of a nature exempted under any category listed in 26 C.F.R. § 601.701(b). The requested records pertain to Internal Revenue Service personnel and fall within the scope of information that is authorized for disclosure by law and the Office of Personnel Management.

Any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being met. Also, any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being denied.

Procedural Requirements, Declarations, Disclosure, etc.

This request is being submitted in accordance with 26 C.F.R. § 601.702(c)(3)(ii). Therefore, portions or this entire request may be forwarded from your office to whatever other IRS office has custody of the items being requested. Response time will be governed by provisions of 26 C.F.R. §§ 601.702(c)(7)-(9). You must reply within ten business days from receipt of the request in your office, and in the event a portion or the entire request is forwarded to another office, you will please provide me with written notice; the receiving office will confirm receipt within ten days from the date received at that office. On IRS written request, I will permit an additional twelve days to provide the requested documents even though the regulation only requires ten and even though the records being requested are standard form documents that, if they exist, are maintained in dedicated systems of records and should be easy to locate.

I understand the penalties provided in 5 U.S.C. 552a(I)(3) for requesting or obtaining access to records under false pretenses.

I hereby certify under penalty of perjury under the law of these united States of America that I am a category E other requester and the human being making this request.

**As always, sign and date any and all mailings, with any badge of authority properly identifiable and acknowledgeable.**

I do hereby certify that, to the best of my knowledge and belief, the enclosed information is true and correct.

_____           _____
Date                                     Scott Darryl Reese

Subscribed to and sworn before me this ____ day of _____, 200__ .

_____
Notary Public, _____ County, Michigan.

My Commission Expires: _____