Certified Mail #:   7004 1160 0002 2313 3847

Scott Darryl Reese  March 22, 2007
c/o 329 Basket Branch
Oxford, Michigan state
S.S.#: 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

Internal Revenue Service
477 Michigan Avenue
Detroit, Michigan     48226-2597

# Freedom of Information Act Request

Attn: Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

**(1)**  Send me a true, certified, and complete copy(s) of anything designating or certifying any of the following private companies/private contractors, whose corporation papers are all filed in Michigan, are a United States "employer" (as defined in section 3401(d), Title 26) or are "domestic corporations", or "corporations organized under the laws of the United States" (26 USC 1361(b)(1), and 26 USC 7701(4)):

    **(a)**   Motor City Electric Company   *(formerly at)*  Renaissance Center
        9440 Grinnell Street                                            Tower 600
        Detroit, Michigan    48213                             Suite 1600
                                                                         Detroit, MI    48243-1801

    **(b)**   McGraw Electric Company of Michigan, Inc.
        12201 Merriman Road
        Livonia, Michigan    48150

    **(c)**   Hall Engineering Company
        25400 Meadowbrook Road
        Novi, Michigan     48375

    **(d)**   Kemco Electrical Contracting, Incorporated
        8174 Goldie Street
        Walled Lake, Michigan    48390

    **(e)**   Bayview Electric Company
        12230 Dixie Street
        Redford Township, Michigan    48239

**(f)**     Triangle Electric Company
            29787 Stephenson Hwy.
            Madison Heights, Michigan     48071

**(g)**     Center Line Electric, Incorporated
            26554 Lawrence
            Center Line, Michigan     48015

**(h)**     The State Group International
            2150 Islington Ave F-4
            Entobicoke, Ontario  [M9P3V4]

**(i)**     Trade Show Electric
            One Washington Boulevard
            Detroit, Michigan     48226

**(j)**     Metro Services Electric
            One Washington Boulevard
            Detroit, Michigan     48226

**(k)**     GES Exposition Services
            One Washington Boulevard
            Detroit, Michigan     48226

**(l)**     Newkirk Electric Associates
            1875 Roberts Street
            Muskegon, Michigan     49442

**(m)**     Delphi Energy & Chassis Systems
            Saginaw Operations
            2328 East Genesee
            Saginaw, Michigan     48601

**(n)**     Hatzel & Bueler, Inc.
            31690 Glendale
            Livonia, Michigan     48150

**(o)**     TRW
            2328 East Genesee
            Saginaw, Michigan     48601

**(2)**  Send me a true, certified, and complete copy of any documentation that a majority of the stock of any of the preceding private sector companies/private sector contractors, listed at (a) through (o), is owned by or on behalf of the United States.

*IRS FOIA Request - United States §3401(d) "employer" - 2007*                    Page 2 of 5

**(3)**  Send me a true, certified, and complete copy of any documentation regarding the appointment or selection of a majority of the board of directors, of which is exercisable by or on behalf of the United States as described at (1) on page one herein, relating to the preceding private sector companies/private sector contractors, listed at (a) through (o), that would make them a United States "employer" (as defined in section 3401(d), Title 26) or are "domestic corporations", or "corporations organized under the laws of the United States" (26 USC 1361(b)(1), and 26 USC 7701(4)).

**(4)**  Send me a true, certified, and complete copy(s) of the *5 U.S.C. §3331: Oath of Office* on file for the officer, employee, or elected official, acting as resident agent or other, for any of the above named private sector companies/private sector contractors, listed at (a) through (o), with the name, the date such oath was administered, the name of the certifying officer or official before whom the oath was administered, and their office, title, and classification.

**(5)**  Send me a true, certified, and complete copy of the *5 U.S.C. §3331: Oath of Office*, required to be on file for federal officers, employees, or elected officials, with my name, the date such oath was administered to me, the name of the certifying officer or official before whom the oath was administered, and their office, title, and classification.

**(6)**  Send me a true, certified, and complete copy of my commission, required to be on file for federal officers, employees, or elected officials, for any of the above named private sector companies/private sector contractors, listed at (a) through (o), with my name, the date such commission was administered to me, the name of the certifying officer or official before whom the commission was administered, and their office, title, and classification.

**(7)**  Send me a true, certified, and complete copy of any of the bond(s) required to be posted in conjunction with *5 U.S.C. §3331: Oath of Office*, required to be on file for federal officers, employees, or elected officials, for any of the above named private sector companies/private sector contractors, listed at (a) through (o).

**(8)**  Send me a true, certified, and complete copy of the Act of Congress ceding any of the preceding private sector ownership Corporations/private sector companies listed at (a) through (o) over to United States ownership and control.

**(9)**  Send me a true, certified, and complete copy of the Bill of Sale regarding any of the preceding private sector ownership Corporations/private sector companies listed at (a) through (o) over to the United States.

**(10)**  Send me a true, certified, and complete copy of any documentation regarding any of the preceding private sector ownership Corporations/private sector companies, listed at (a) through (o), that such companies are *"engaged in a trade or business"* as defined at 26 U.S.C. §7701(a)(26) [*"the performance of the functions of a public office"*].

**(I)**  Any refusal to respond to Requestor's *Freedom of Information Act* request for information shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that Requestor's enumeration of the preceding private sector ownership Corporations/private sector companies, listed at (a) through (o), fall into the category of *employer* as defined by statute at 26 U.S.C. § 3401(d), or are "domestic corporations", or "corporations organized under the laws of the United States" (26 USC 1361(b)(1), and 26 USC 7701(4)).

**(II)**  Also, a refusal to respond to Requestor's *Freedom of Information Act* request for information on points (5), (6) and (7) of this request shall be acknowledged as a denial of such request, and will further deem and establish the fact that the agency does not have a good-faith belief that Requestor falls into the category of *employee* as defined by statute and implementing regulation at 26 CFR 301.6331-1, nor that of an *officer, employee, or elected official* described at Title 26, § 6331(a).

The making of the request is not to be considered or construed as an admission of "taxpayer" status or of liability for any tax or penalty, and that a refusal to cooperate with the request will be recognized as an acknowledgment that the requester is NOT, in fact, liable for the tax or penalty alleged to be due and owing or otherwise collectible in any manner on any document(s) received and/or in relation thereto.

Any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being met.  Also, any and all responses to this *Freedom of Information Act Request* shall cite which part of the request is being denied.

This request for records is being submitted under authorities cited above. All documents, records and other items fall into the category made available under 26 C.F.R. § 601.701(a)(3); they are not of a nature exempted under any category listed in 26 C.F.R. § 601.701(b). The requested records pertain to Internal Revenue Service personnel and fall within the scope of information that is authorized for disclosure by law and the Office of Personnel Management.

Procedural Requirements, Declarations, Disclosure, etc.

This request is being submitted in accordance with 26 C.F.R. § 601.702(c)(3)(ii). Therefore, portions or this entire request may be forwarded from your office to whatever other IRS office has custody of the items being requested. Response time will be governed by provisions of 26 C.F.R. §§ 601.702(c)(7)-(9). You must reply within ten business days from receipt of the request in your office, and in the event a portion or the entire request is forwarded to another office, you will please provide me with written notice; the receiving office will confirm receipt within ten days from the date received at that office. On IRS written request, I will permit an additional twelve days to provide the requested documents even though the regulation only requires ten and even though the records being requested are standard form documents that, if they exist, are maintained in dedicated systems of records and should be easy to locate.

I understand the penalties provided in 5 U.S.C. 552a(I)(3) for requesting or obtaining access to records under false pretenses.

I hereby certify under penalty of perjury under the law of these united States of America that I am a category E other requester and the human being making this request.

**As always, sign and date any and all mailings, with any badge of authority properly identifiable and acknowledgeable.**

I do hereby certify that, to the best of my knowledge and belief, the enclosed information is true and correct.

| | |
|---|---|
| Date | Scott Darryl Reese |

Subscribed to and sworn before me this ____ day of _____, 200__ .

Notary Public, _____ County, Michigan.

My Commission Expires: _____

*IRS FOIA Request - United States §3401(d) "employer" - 2007*     **Page 5 of 5**