**Exhibit A: Clients With Current Open Matters**

| Name | Comments |
|---|---|
| Atmel Corporation | One open matter. |
| Bayer Corporation | Two open matters for Bayer and affiliate Bayer Chemicals. |
| Carlyle Group | Three open matters. |
| Columbia Gulf Transmission | One open matter. |
| Connecticut Natural Gas Corporation | Open matters for Connecticut Natural Gas Corp. and affiliates. |
| Corporate Executive Board | One open matter. |
| D.E. Shaw | One open matter for subsidiary NFL. |
| Dell | Three open matters. |
| Deutsche Bank | Open matters for Deutsche Bank and affiliates. |
| Hutchinson | Three open matters for affiliates Aera Energy, LLC and Hutchinson Industries. |
| Lincoln Financial Media | One open matter. |
| Mayer, Brown, Rowe, & Maw LLP | One open matter. |
| NXP Semiconductors | One open matter for affiliate Koninklijke Philips Electronics. |
| Onex Corp. | One open matter. |
| Rexiter | Open matters for Rexiter and parent company, State Street Bank. |
| Riverside Claims LLC | One open matter for Riverside Claims, dba Regen Capital LLC. |

| | |
|---|---|
| Utendahl Capital Management | One open matter for Advent Capital Management. |
| Vectran (Vectren) | Open matters for affiliate Ucentric Systems, LLC, and parent Motorola and subsidiaries. |

NY: 556349-1

## Exhibit B: Clients With Closed Matters

| Name | Date of Last Closed Matter | Comments |
|---|---|---|
| AOL | 11/8/2006 | One closed matter. |
| Bayer Corporation | 7/25/2005 | Closed matters for affiliates Bayer and affiliates. |
| Carlyle Group | 11/22/2006 | One closed matter for affiliate LifeCare Holdings, Inc. |
| Deutsche Bank | 2/24/2006 | Closed matters for Deutsche Bank and affiliates. |
| Fortis Bank | 9/1/2006 | Two closed matters for subsidiaries. |
| Hutchinson | 1/13/2004 | Two closed matters for affiliates Sartomer Company and Atofina Chemicals. |
| NXP Semiconductors | 12/14/2006 | Three closed matters for subsidiaries Modular Lighting Instruments, Adbanced Technology Laboratories and Philips Lighting. |
| Stonehill Institutional Partners LP | 1/18/2007 | Two closed matters for affiliate Matlin Patterson Global Opportunities. |
| Vectran (Vectren) | 1/18/2007 | Closed matters for affiliate Ucentric Systems LLC, and parent Motorola and subsidiaries. |