**ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Southern District of New York

_____
                                                                    )
In re:                                                            )
                                                                    )
Delphi Automotive Systems LLC          )          Chapter 11
                                                                    )          Case No. 05-44640
                                                                    )          Claim No. 3822
                              Debtor             )
_____)

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:     INDUSTRIAL PACKAGING CORP
                      300 VILLANOVA DRIVE SW
                      ATLANTA, GA 30336-2526

Transferee:     ASM Capital, L.P.
                      7600 Jericho Tpke, Ste 302
                      Woodbury, NY 11797


Dated:   October 5, 2007

/s/ Adam Moskowitz
Adam Moskowitz
ASM Capital, L.P.
516-224-6040