SQUIRE, SANDERS & DEMPSEY L.L.P.
Jeffrey A. Marks (JM 3907)
312 Walnut Street, Suite 3500
Cincinnati, Ohio 45202
(513) 361-1200 – phone
(513) 361-1201 – facsimile

Attorneys for Catalytic Solutions, Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:**

**DELPHI CORPORATION, et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-44481 (RDD)**

**(Jointly Administered)**

### NOTICE OF WITHDRAWAL OF JEFFREY A. MARKS AND REQUEST FOR TERMINATION OF SERVICE OF PAPERS AND TERMINATION OF ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Catalytic Solutions, Inc., by its attorneys, Squire, Sanders & Dempsey L.L.P., hereby withdraws its Notice of Appearance filed in the above-captioned Chapter 11 cases and requests that the Clerk's Office remove its attorneys from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to the following email address: jemarks@ssd.com.

1

| | |
|---|---|
| October 8, 2007 | Respectfully submitted, |
| | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | /s/Jeffrey A. Marks |
| | Jeffrey A. Marks (JM 3907) |
| | 312 Walnut Street, Suite 3500 |
| | Cincinnati, Ohio 45202 |
| | (513) 361-1200 – phone |
| | (513) 361-1201 – facsimile |
| | jemarks@ssd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2007, a true and correct copy of the Notice of Withdrawal of Jeffrey A. Marks and Request for Termination of Service of Papers and Termination of Electronic Notice was served via First Class Mail, U.S. Postal Service upon the parties listed below:

| | |
|---|---|
| John W. Butler, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Time Square<br>New York, NY 10036 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Mark Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 |

Dated: October 8, 2007

      /s/Jeffrey A. Marks
      An Attorney for Catalytic Solutions, Inc.