WICKENS, HERZER, PANZA, COOK & BATISTA CO.
James W. Moennich, Esq.
Ohio Attorney No.: 0003098
35765 Chester Road
Avon, OH 44011-1262
(440) 930-8000 (Main)
(440) 930-8098 (Fax)



### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 05-44481 (RDD) (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, | CHAPTER 11 |
| Debtors. | |

\* \* \* \*

### MOTION OF JAMES W. MOENNICH FOR
### ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James W. Moennich, a member in good standing of the bar in the State of Ohio and the bar of the United States District Court for the Northern and Southern District of Ohio, requests admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Delphi Sandusky ESOP, a party in interest in the above-referenced case.

| | |
|---|---|
| Mailing Address: | Wickens, Herzer, Panza, Cook & Batista Co.<br>35765 Chester Road<br>Avon, OH 44011-1262 |
| E-Mail Address: | jmoennich@wickenslaw.com |
| Telephone Number: | (440) 930-8000 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

294604.doc

Dated: October 4th, 2007.
    Avon, Ohio

                              Respectfully submitted,

                              _____
                              James W. Moennich (No. 0003098)
                              E-mail jmoennich@wickenslaw.com
                              WICKENS, HERZER, PANZA, COOK
                                  & BATISTA CO.
                              35765 Chester Road
                              Avon, OH 44011-1262
                              (440) 930-8000 (Main)
                              (440) 930-8098 (Fax)

                              ATTORNEY FOR, DELPHI SANDUSKY ESOP

294604.doc