**Hearing Date: October 10, 2007**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTEENTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.      Introduction

B.      Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (8 Matters)

    1)      Third Omnibus Objection Matters (2 Matters)

    2)      Seventh Omnibus Objection Matter (1 Matter)

    3)      Ninth Omnibus Objection Matter (1 Matter)

    4)      Eleventh Omnibus Objection Matter (1 Matter)

    5)      Thirteenth Omnibus Objection Matter (1 Matter)

    6)      Twentieth Omnibus Objection Matters (2 Matters)

C.      Settled Claim Matters (1 Matter)

D.      Contested Omnibus Claims Objection Matters (1 Matter)

**B.      Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

  **1)   Third Omnibus Claims Objection Matter**

    1.      **"Claims Objection Hearing Regarding Claim Of Ultratech"** – Claims Objection Hearing Regarding Claim Of Ultratech As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

        *Responses Filed:*    *Opposition of Ultratech to Debtor's Third Omnibus Objection to Claims (Substantive) (Docket No. 5631)*

        *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And*

*Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Related Filings:*     *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12216 (Ultratech, Inc./ SPCP Group L.L.C.) (Docket No. 10440)*

*Status:*     *A joint stipulation and agreed order will be submitted for consideration by the Court.*

2.   **"Claims Objection Hearing Regarding Claim Of Metaldyne Corporation And Metaldyne Sintered Components, Inc."** – Claims Objection Hearing Regarding Claim Of Metaldyne Corporation And Metaldyne Sintered Components, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*     *Response Of Metaldyne Corporation And Metaldyne Sintered Components, Inc. To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5751)*

*Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And*

*Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

|  |  |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11933, 11934, And 11935 (Metaldyne Company LLC, Metaldyne Corporation, Metaldyne Sintered Components LLC, Metaldyne Machining And Assembly Company, Inc.) (Docket No. 9540)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

**2) Seventh Omnibus Claims Objection Matter**

3. **"Claims Objection Hearing Regarding Claim Of Stephanie Gray"** – Claims Objection Hearing Regarding Claim Of Stephanie Gray As Objected To On The Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Claim No. 16384) (Docket No. 6585)

|  |  |
|---|---|
| *Response Filed:* | *Response To Objection To Claim Of Stephanie Gray (Docket No. 6944)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |

4

<table>
<tr><td></td><td><em>Debtors' Supplemental Reply In Support Of Debtors' Omnibus Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (Docket No. 9543)</em></td></tr>
<tr><td><em>Related Filings:</em></td><td><em>Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claims Filed By Stephanie Gray, US Xpress, And David Wright (Docket No. 9794)</em></td></tr>
<tr><td><em>Status:</em></td><td><em>The hearing with respect to this matter will be proceeding.</em></td></tr>
</table>

### 3) Ninth Omnibus Claims Objection Matter

4. **"Claims Objection Hearing Regarding Claim Of Clark, Thomas & Winters PC"** – Claims Objection Hearing Regarding Claim Of Clark, Thomas & Winters PC As Objected To On The Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Claim No. 16454) (Docket No. 6968);

<table>
<tr><td><em>Response Filed:</em></td><td><em>Response of Clark, Thomas & Winters PC to Debtors' Ninth Omnibus Objection (Docket No. 7115)</em></td></tr>
<tr><td><em>Reply Filed:</em></td><td><em>Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)</em></td></tr>
<tr><td></td><td><em>Debtors' Supplemental Reply In Support Of Debtors' Omnibus Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (Docket No. 9543)</em></td></tr>
<tr><td><em>Related Filings:</em></td><td><em>None</em></td></tr>
<tr><td><em>Status:</em></td><td><em>The hearing with respect to this matter will be proceeding.</em></td></tr>
</table>

**4) Eleventh Omnibus Claims Objection Matter**

5.   **"Claims Objection Hearing Regarding Claim Of David Wright"** – Claims Objection Hearing Regarding Claim Of David Wright As Objected To On The Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Claim No. 16474) (Docket No. 7301)

*Response Filed:*   *Response To Debtors' Eleventh Omnibus Objection Filed By David Wright (Docket No. 7751)*

*Reply Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)*

*Debtors' Supplemental Reply In Support Of Debtors' Omnibus Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (Docket No. 9543)*

*Related Filings:*   *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claims Filed By Stephanie Gray, US Xpress, And David Wright (Docket No. 9794)*

*Status:*   *The hearing with respect to this matter will be proceeding.*

**5) Thirteenth Omnibus Claims Objection Matter**

6.   **"Claims Objection Hearing Regarding Claim Of Advanced Micro Devices, Inc./Spansion LLC"** – Claims Objection Hearing Regarding Claim Of Advanced Micro Devices, Inc./Spansion LLC As Objected To On The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)

*Response Filed:*      *Response to Motion for Omnibus Objection to Claim(s), Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Claims Subject to Modification and Reclamation Agreement (Docket No. 8325)*

*Reply Filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Related Filings:*      *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification And Reclamation Agreement (Docket No. 8194)*

*Notice of Presentment of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 5126 (Advanced Micro Devices, Inc./Spansion LLC) (Docket No. 10430)*

*Status:*      *A joint stipulation and agreed order will be submitted for consideration by the Court.*

7

**6) Twentieth Omnibus Claims Objection Matter**

7.   **"Claims Objection Hearing Regarding Claim Of Bruce C. Wheeler And
Cantor Lukasik Dolce & Panepinto, P.C."** – Claims Objection Hearing
Regarding Claim Of Bruce C. Wheeler And Cantor Lukasik Dolce & Panepinto,
P.C. As Objected To On The Debtors' Twentieth Omnibus Objection Pursuant To
11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate
And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not
Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims
Subject To Modification, Tax Claims Subject To Modification, Modified Claims
Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And
Lift Stay Procedures Claims Subject To Modification (Docket No. 9151)

|  |  |
|---|---|
| *Response Filed:* | *None* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9617)* |
| *Related Filings:* | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 10488 And 10489 (Bruce C. Wheeler And Cantor Lukasik Dolce & Panepinto, P.C.) (Docket No. 10443)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

8.   **"Claims Objection Hearing Regarding Claim Of Victory Packaging"** –
Claims Objection Hearing Regarding Claim Of Victory Packaging As Objected To
On The Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section
502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims,
(B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors'
Books And Records, (D) Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject To Modification, Modified Claims Asserting
Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay
Procedures Claims Subject To Modification (Docket No. 9151)

*Response Filed:*        *Response To Motion  Filed On Behalf Of Victory Packaging (Docket No. 9531)*

*Reply Filed:*        *Debtors' Omnibus Reply In Support Of Twentieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9617)*

*Related Filings:*        *Notice Of Presentment Of Joint Stipulation And Agreed Order Reducing And Setting The Maximum Liability Of Proof Of Claim Number 11640 (Victory Packaging LP) (Docket No. 10441)*

*Status:*        *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## C.    Settled Matters

9.    **"Claims Objection Hearing Regarding Claim Of Arthur P Pawlowski"** – Claims Hearing Regarding Claim Of Arthur P. Pawlowski

*Response Filed:*        *None*

*Reply Filed:*        *None*

*Related Filings:*        *Notice Of Presentment Of Joint Stipulation And Agreed Order Withdrawing With Prejudice Proof Of Claim Numbers 11886 And 13570 (Arthur P. Pawlowski) (Docket No. 10442)*

*Status:*        *A joint stipulation and agreed order will be submitted for consideration by the Court.*

**D.      Contested Matters**

10.    **"Hearing Regarding Motion Of U.S. Xpress To File Late Claim"** - Motion Of
U.S. Xpress, Inc. To Debtors' Notice Of Deadline To File Motion For Leave To
File Late Claim With Respect To Late Claims Filed By Stephanie Gray, U.S.
Xpress, Inc., And David Wright And Motion For Leave To File Late Claim With
Respect To Alleged Late Claim Filed By U.S. Xpress, Inc. (Docket No. 10492)

| | |
|---|---|
| *Response Filed:* | *Debtors' Supplemental Reply In Support Of Debtors' Omnibus Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (Docket No. 9543)* |
| *Reply Filed:* | *None* |
| *Related Filings:* | *US Xpress Enterprises Inc. Eft's Response To Debtors' Seventh Omnibus Objection To Certain Claims (Docket No. 6895)* |
| | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6953)* |
| | *Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claims Filed By Stephanie Gray, US Xpress, And David Wright (Docket No. 9794)* |

10

*Status:*               *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
        October 9, 2007

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession