**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
    In re:                                                            :        CHAPTER 11
                                                                       :
    DELPHI CORPORATION, <u>et al.</u>,         :        CASE NO. 05-44481(RDD)
                                                                         :
                                  Debtors.        :        (Jointly administered)
---------------------------------------------------------------X

State of New York    )
                              )   ss.:
County of New York  )

## AFFIDAVIT OF SERVICE

       Carrie E. Mitchell, being duly sworn, deposes and says:

       I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

       On October 8, 2007, I served a copy of <u>Response of U.S. Xpress, Inc. to Debtors' Notice of Deadline to File Motion for Leave to File Late Claim and Motion for Leave to File Late Claim</u>, by causing true and correct copies of the same to be sent in the manner indicated on the attached list to the persons on the attached list.

                                                    */s/ Carrie E. Mitchell*
                                                     Carrie E. Mitchell

Sworn to before me this 9th
day of October 2007.

*/s/ Neal W. Cohen*
NOTARY PUBLIC
Neal W. Cohen
Notary Public, State of New York
No. 02CO5056426
Qualified in New York County
Commission Expires March 4, 2010

{00024505.1 / 0557-001}

**Service List**

Hollie T. Elkins
Office of the United States Trustee
212/668-2255
**Via Facsimile**

John Wm. Butler, Jr - jbutler@skadden.com
Kayalyn A. Marafioti - kmarafio@skadden.com
Thomas J. Matz - tmatz@skadden.com
**Via Electronic Mail**

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
**Via Overnight Mail**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Att'n: General Counsel)
**Via Overnight Mail**

{00024505.1 / 0557-001}