**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | CASE NO. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly administered) |

------------------------------------------------------------X

State of New York   )
                    )   ss.:
County of New York  )

## AFFIDAVIT OF SERVICE

Carrie E. Mitchell, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On October 9, 2007, I served a copy of <u>Response of U.S. Xpress, Inc. to Debtors' Notice of Deadline to File Motion for Leave to File Late Claim and Motion for Leave to File Late Claim</u>, by causing true and correct copies of the same to be sent in the manner indicated on the attached list to the persons on the attached list.

                                        */s/ Carrie E. Mitchell*
                                          Carrie E. Mitchell

Sworn to before me this 9th
day of October 2007.

*/s/ Neal W. Cohen*
NOTARY PUBLIC
Neal W. Cohen
Notary Public, State of New York
No. 02CO5056426
Qualified in New York County
Commission Expires March 4, 2010

{00049035.1 / 0146-005}

**Service List**

Hollie T. Elkins**, Esq.**
Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**Via Hand Delivery**

{00049035.1 / 0146-005}