# Exhibit F

| | |
|---|---|
| From: | michael.m.shields [michael.m.shields@delphi.com] |
| Sent: | mardi 21 janvier 2003 23:01 |
| To: | Poulet Michel |
| Subject: | RE: Quote for suspension ECU (follow up) |

Michel,

Bonjour and Happy New Year.

Concerning your most recent quote, "most things" look okay.

It is my understanding that the GMX295 and all GMT800 applications are going to use the same bracket now. This is good news.
Note: (GMT800 has the stud/nut assemblies added to the bracket).

Your quote did not include the additional shipping costs associated with the bracket, and also assumed all controllers at $50.00. This was good from the standpoint of providing a framework to understand the costs of transportation, duties, etc.... Thank you.

We will need to refine the quotation to describe the exact transportation costs by model and content (and how these change as the piece price varies by model and model year). Perhaps the cost breakdown spread sheet used previously could be modified to track this.

Anyway, I think we are real close to getting all the details behind us, updating the Long Term Contract and issuing the additional tooling purchase orders for some of the minor tooling changes and the bracket tooling.

I may be in Toulouse / Foix again in the March timeframe (during the PV build???). We should try to get all of this wrapped up by this time if possible.

Best Regards,

Mike Shields


-----Original Message-----
From: Poulet Michel [mailto:michel.poulet@siemens.com]
Sent: Tuesday, January 21, 2003 10:09 AM
To: 'Delphi-Mike Shields'
Subject: Quote for suspension ECU (follow up)


Mike,
I provided you with an updated quote on Dec 13th regarding DRAD ECU according to changes.Could you let me know your feedback?.

Meilleures salutations-Best regards-Mit Freundlichen Grüssen
Siemens VDO Automotive S.A.S
Michel POULET  SV  C CS  SM
Senior Manager
Sales & Marketing
Chassis
Tel: + 33 5 61 19 88 00
Fax: + 33 5 61 19 25 05

1