# Exhibit G

05/14/2004 10:32 FAX    ☑001

# DELPHI

**Energy & Chassis Systems**

Date: *14 MAY 2004*

To: *BENJAMIN SOTO*    · Fax: *33- 56119  2505*

*PETER BIENKOWSKI*    Phone: *248 - 764 - 7123*

From:    Fax: 937-455-9133

*MYRON McCLURE*    Phone:

Subject: *PPAP*

c:

Number of pages including cover sheet: *2*

| ☐ Urgent | ☐ For Review | ☐ Please Reply |

*GMX 245  APPROVAL —*

*HOPE TO HAVE GMX 295 YET TODAY.*

05/14/2004 10:32 FAX                                                                    @002

DaimlerChrysler  *Ford*  **GM**    | PART SUBMISSION WARRANT |

| Part Name | Part Number |
|---|---|
| MODULE ASM-ELEK SUSP CNT | Delphi 22212835 GM 10302905 |

| Tool Number |
|---|
| NA |

| Safety and/or Government Regulation | Engineering Drawing Change Level | Dated |
|---|---|---|
| ○ Yes,  ⦿ No | R3364B | Jan 09, 2004 |

| Additional Engineering Change |  | Dated |
|---|---|---|
| NA | | |

| Shown on Drawing No. | Purchase Order No. | Weight |
|---|---|---|
| NA | DCS02942 | 0,4113  kg |

| Checking Aid No. | Engineering Change Level | Dated |
|---|---|---|
| NA | NA | NA |

**SUPPLIER MANUFACTURING INFORMATION**          **SUBMISSION INFORMATION**
☑ Dimensional    ☑ Material / Functional    ☐ Appearance

| Supplier Name | Supplier Code | Customer Name / Division |
|---|---|---|
| SIEMENS VDO | Foix:395357783 | Delphi Energy and Chassis |

| Street Address | Buyer / Buyer Code |
|---|---|
| Route Nationale 20 Z.I. de Permilhac | Mike Shields |

| City / State / Postal Code | Application |
|---|---|
| 09000 FOIX | 2005 GMX245 |

Note:    Does this part contain any restricted or reportable substances    ⊘ Yes    ⦿ No

Are plastics parts identified with appropriate ISO marking codes    ○ Yes    ○ No

**REASON FOR SUBMISSION**

○ Initial Submission                                    ○ Change to Optional Construction or Material
⦿ Engineering Change(s)                                 ○ Sub-Supplier or Material Source Change
○ Tooling: Transfer, Replacement, Refurbishment, or additional    ○ Change in Part Processing
○ Correction of Discrepancy                             ○ Parts Produced at Additional Location
○ Tooling Inactive >than 1 Year                         ☐ Other - please specify

**REQUESTED SUBMISSION LEVEL (Check one)**

○ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer
○ Level 2 - Warrant with product samples and limited supporting data submitted to customer
○ Level 3 - warrant with product samples and complete supporting data submitted to customer
⦿ Level 4 - Warrant and other requirements as defined by customer
○ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**
The results for    ☐ dimensional measurements    ☑ material and functional tests    ☐ appearance criteria    ☑ statistical process package

These results meet all drawing and specification requirements    ⦿ Yes    ○ No    (if "NO" - Explanation Required)
Mold/cavity/Production Process    Semi automatic assembly line

**DECLARATION**
I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Approval Process Manual 3rd Editi
Requirements. I further warrant these samples were produced at the production rate c _____ 552  / 8 hours*.
I have noted any deviations from this declaration below.

**EXPLANATION / COMMENTS:** Supplier Change Request / Review, Tracking # PUR01799
*May not demonstrate the production Run-at- Rate capacity

| Print Name | Title | Phone No. | Fax |
|---|---|---|---|
| Carlos Benjamin BECERRA-SOTO | Q. Engineer | 00 33 +56119 899 | 00 33 +56119 2505 |

| Supplier Authorized Signature | | Date |
|---|---|---|
| Carlos Benjamin BECERRA-SOTO | *Becerra* | Apr 30, 2004 |

**FOR CUSTOMER USE ONLY**

Part-warrant disposition:  ⊘ Approved  ○ Rejected    | Part Functional Approval    ○ Approved
                          ○ Other                                               ○ Waived

| Part Disposition Customer Name | Customer Signature | Date |
|---|---|---|
| | *Wayne Ellis Olmo* | 14 MAY 04 |

The original copy of this document shall remain at suppliers location while the part is active (see Glossary)    Optional: customer tracking number #    1078

GM APPROVAL 14 MAY 04