# Exhibit H

05/14/2004 11:16 FAX                                                    @001

# DELPHI

**Energy & Chassis Systems**

Date: *14 MAY 2004*

To: *Benjamin Soto*        Fax: 33-56119 2505
*Peter Bienkowski*       Phone: 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

From:                        Fax:      937-455-9133
*MYRON McCLURE*              Phone:

Subject: *PPAP*

c:

Number of pages including cover sheet: *2*

---

☐ Urgent              ☐ For Review              ☐ Please Reply

*GMX 245 APPROVAL —*

*HOPE TO HAVE GMX 245 YET TODAY.*

*GMX 245 APPROVAL*

05/14/2004 11:17 FAX                                                                  @002

DaimlerChrysler  *Ford*  **GM**  | PART SUBMISSION WARRANT |

| Part Name | Part Number |
|---|---|
| MODULE ASM-ELEK SUSP CNT | Delphi 22212839 GM 25735852 |

| Tool Number |
|---|
| NA |

| Safety and/or Government Regulation | Engineering Drawing Change Level | Dated |
|---|---|---|
| ☐ Yes  ⦿ No | R3363B | Jan 09, 2004 |

| Additional Engineering Changes | | Dated |
|---|---|---|
| NA | | |

| Shown on Drawing No. | Purchase Order No. | Weight |
|---|---|---|
| NA | DCS02942 | 0,5295        kg |

| Checking Aid No. | Engineering Change Level | Dated |
|---|---|---|
| NA | NA | NA |

## SUPPLIER MANUFACTURING INFORMATION

**SUBMISSION INFORMATION**
☑ Dimensional  ☑ Material / Functional  ☐ Appearance

| Supplier Name | Supplier Code | Customer Name / Division |
|---|---|---|
| SIEMENS VDO | Foix:395357783 | Delphi Energy and Chassis |

| Street Address | Buyer / Buyer Code |
|---|---|
| Route Nationale 20 Z.I. de Permilhac | Mike Shields |

| City / State / Postal Code | Application |
|---|---|
| 09000 FOIX | 2005 GMX295 |

Note:   Does this part contain any restricted or reportable substances   ○ Yes   ⦿ No

Are plastics parts identified with appropriate ISO marking codes   ○ Yes   ○ No

## REASON FOR SUBMISSION

- ○ Initial Submission
- ⦿ Engineering Change(s)
- ○ Tooling: Transfer, Replacement, Refurbishment, or additional
- ○ Correction of Discrepancy
- ○ Tooling Inactive >than 1 Year

- ○ Change to Optional Construction or Material
- ○ Sub-Supplier or Material Source Change
- ○ Change in Part Processing
- ○ Parts Produced at Additional Location
- ☐ Other - please specify

## REQUESTED SUBMISSION LEVEL (Check one)

- ○ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer
- ○ Level 2 - Warrant with product samples and limited supporting data submitted to customer
- ○ Level 3 - warrant with product samples and complete supporting data submitted to customer
- ⦿ Level 4 - Warrant and other requirements as defined by customer
- ○ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

## SUBMISSION RESULTS

The results for   ☐ dimensional measurements   ☑ material and functional tests   ☐ appearance criteria   ☑ statistical process package

These results meet all drawing and specification requirements   ⦿ Yes   ○ No   (If "NO" - Explanation Required)

Mold/cavity/Production Process   Semi automatic assembly line

## DECLARATION

I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Approval Process Manual 3rd Editi
Requirements. I further warrant these samples were produced at the production rate o _____ 552 / 8 hours".
I have noted any deviations from this declaration below.

EXPLANATION / COMMENTS:  Supplier Change Request / Review, Tracking # PUT01600
*May not demonstrate the production Run-at- Rate capacit

| Print Name | Title | Phone No. | Fax |
|---|---|---|---|
| Carlos Benjamin BECERRA-SOTO | Q-Engineer | 00 33 +56119 899 | 00 33 +56119 2505 |

| Supplier Authorized Signature | Date |
|---|---|
| Carlos Benjamin BECERRA-SOTO | Apr 30, 2004 |

## FOR CUSTOMER USE ONLY

Part warrant disposition:  ⦿ Approved  ○ Rejected          | Part Functional Approval:  ⦿ Approved

○ Other                                                        ○ Waived

| Part Disposition Customer Name | Customer Signature | Date |
|---|---|---|
| | Wynn EMcClure | 14 May 04 |

The original copy of this document shall remain at suppliers location while the part is active (see Glossary)      Optional: customer tracking number #  *1079*