# Exhibit I

# DELPHI

**Energy & Chassis Systems**

Date: 10 AUG 2004

To: CARLOS BENJAMIN BECERRA-SOTO    Fax: 33 · 5 61192505

Phone:

From:    Fax: 937-455-9133

MYRON McCLURG    Phone:

Subject: GMT800

c:

Number of pages including cover sheet: 3

☐ Urgent    ☐ For Review    ☐ Please Reply

DELPHI APPROVAL OF GMT800 PPAP.

Chrysler  Ford  GM  **PART SUBMISSION WARRANT**

| Field | Value |
|---|---|
| Title | ASM-ELEK SUSP CNT |
| Part Number | Delphi 22197737 (GM15190640) |
| Government Regulation | No |
| Engineering Drawing Change Level | R3365B / 000 |
| Dated | Jan 09, 2004 |
| Purchase Order No. | 550050445 |
| Weight | 0.5650 kg |
| Engineering Change Level | NA |
| Dated | NA |

**MANUFACTURING INFORMATION**

Supplier: SIEMENS VDO
Supplier Code: Foix:395357783
Address: Nationale 20 Z.I. de Permilhac
City: Foix

**SUBMISSION INFORMATION**
☑ Dimensional   ☑ Material / Functional   ☐ Appearance

Customer Name / Division: Delphi Energy and Chassis
Buyer / Buyer Code: Mike Shields
Application: 2005 GMT800

Does this part contain any restricted or reportable substances    ○ Yes   ● No
Are plastics parts identified with appropriate ISO marking codes   ● Yes   ○ No

**REASON FOR SUBMISSION**
- Initial Submission
- Engineering Change(s)
- Tooling Transfer, Replacement, Refurbishment, or additional
- Correction of Discrepancy
- Tooling Inactive >than 1 Year
- ○ Change to Optional Construction or Material
- ○ Sub-Supplier or Material Source Change
- ○ Change in Part Processing
- ○ Parts Produced at Additional Location
- ☐ Other - please specify

**REQUESTED SUBMISSION LEVEL (Check one)**
- Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer
- Level 2 - Warrant with product samples and limited supporting data submitted to customer
- Level 3 - Warrant with product samples and complete supporting data submitted to customer
- Level 4 - Warrant and other requirements as defined by customer
- Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**
☑ dimensional measurements   ☑ material and functional tests   ☐ appearance criteria   ☐ statistical process package

Meet all drawing and specification requirements:   ● Yes   ○ No   (If "NO" - Explanation Required)
Mold / Cavity / Production Process: semi automatic assembly line

**DECLARATION**
I affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Approval Process Manual 3rd Edition requirements. I further warrant these samples were produced at the production rate of _____552_____ / 8 hours.
Explain any deviations from this declaration below

SIGNED 28 JAN 04
MARKED PRINT

EXPLANATION / COMMENTS:
To demonstrate the production Run-at-Rate capacity

Name: Benjamin BECERRA-SOTO    Title: Q-Engineer
Phone No. 00 33 +5 6119 8990    Fax 00 33 +5 6119 2505
Authorized Signature: Benjamin BECERRA-SOTO
Date: May 28, 2004

**FOR CUSTOMER USE ONLY**

Warrant disposition:   ● Approved   ○ Rejected   ○ Other
Part Functional Approval:   ○ Approved   ○ Waived

Customer Name: MYRON McCLURE
Customer Signature: Myron McClure
Date: 10 AUG 2004

The original copy of this document shall remain at suppliers location while the part is active (see Glossary)
Optional: customer tracking number #

NAP 4.5.1 F-PSW
Compliance: June 1, 2001
Approval: December 14, 2000

Filename: Copie de GMT800_warrant_appendix_2004_Apr_16.xls / 01 PSW

19:44    9374559133    P.02