UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re   :
:
DELPHI CORPORATION, <u>et al.</u>,   :   Chapter 11
:
Debtors.   :   Case No. 05-44481 (RDD)
:
:   (Jointly Administered)
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2007, I caused to be served a true and correct copy of the *Claimant Siemens VDO Automotive SAS's Initial Memorandum in Support of Claim Number 2247* and the *Declaration of Michel Poulet in Support of Siemens VDO Automotive SAS's Claim Number 2247* via Federal Express to the following counsel of record:

| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel | Skadden, Arps, Slate, Meagher &Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese |
|---|---|
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119<br>Att'n: Neal Berger | |

Date: October 10, 2007
    New York, NY

    _/s/ Marianne Pichuzhkina_____
    Marianne Pichuzhkina