**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                         Chapter 11

                                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                     Jointly Administered

                        Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of James W. Moennich for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that James W. Moennich is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  October 10, 2007
         New York, New York

                                                    /s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE