# EXHIBIT A

Exhibit A
Delphi Corporation
Tower Preference Defense                    **Weighted Avg Yr Prior**          57.79704
10/9/2007

| Payment Type | Payment/ Invoice Date | Invoices | New Value | New Value + Ordinary Course +/- 7 Days | New Value + Ordinary Course +/- 14 Days |
|---|---|---|---|---|---|
| a.Payment | 11/4/2004 | (38,214.40) | $ (38,214.40) | $ - | $ - |
| a.Payment | 11/4/2004 | (10,950.42) | $ (49,164.82) | $ - | $ - |
| a.Payment | 11/4/2004 | (1,670.40) | $ (50,835.22) | $ - | $ - |
| a.Payment | 11/4/2004 | (100,100.70) | $ (150,935.92) | $ - | $ - |
| a.Payment | 11/4/2004 | (708,436.48) | $ (859,372.40) | $ - | $ - |
| a.Payment | 11/4/2004 | (111,978.24) | $ (971,350.64) | $ - | $ - |
| a.Payment | 11/4/2004 | (24,631.20) | $ (995,981.84) | $ - | $ - |
| a.Payment | 11/4/2004 | (41,286.00) | $ (1,037,267.84) | $ - | $ - |
| a.Payment | 11/4/2004 | (10,031.06) | $ (1,047,298.90) | $ - | $ - |
| a.Payment | 11/4/2004 | (27,561.60) | $ (1,074,860.50) | $ - | $ - |
| a.Payment | 11/4/2004 | (41,286.00) | $ (1,116,146.50) | $ - | $ - |
| a.Payment | 11/4/2004 | (87,425.10) | $ (1,203,571.60) | $ - | $ - |
| a.Payment | 11/4/2004 | (76,428.80) | $ (1,280,000.40) | $ - | $ - |
| a.Payment | 11/4/2004 | (82,910.10) | $ (1,362,910.50) | $ - | $ - |
| a.Payment | 11/4/2004 | (26,870.40) | $ (1,389,780.90) | $ - | $ - |
| a.Payment | 11/4/2004 | (188,193.28) | $ (1,577,974.18) | $ - | $ - |
| a.Payment | 11/4/2004 | (111,978.24) | $ (1,689,952.42) | $ - | $ - |
| a.Payment | 11/4/2004 | (356,039.68) | $ (2,045,992.10) | $ - | $ - |
| a.Payment | 11/4/2004 | (38,214.40) | $ (2,084,206.50) | $ - | $ - |
| a.Payment | 11/4/2004 | (49,639.80) | $ (2,133,846.30) | $ (49,639.80) | $ - |
| a.Payment | 11/4/2004 | (14,600.56) | $ (2,148,446.86) | $ (64,240.36) | $ - |
| a.Payment | 11/4/2004 | (21,715.20) | $ (2,170,162.06) | $ (85,955.56) | $ - |
| a.Payment | 11/4/2004 | (116,615.10) | $ (2,286,777.16) | $ (202,570.66) | $ - |
| a.Payment | 11/4/2004 | (41,382.60) | $ (2,328,159.76) | $ (243,953.26) | $ - |
| a.Payment | 11/4/2004 | (17,913.60) | $ (2,346,073.36) | $ (261,866.86) | $ - |
| a.Payment | 11/4/2004 | (603,970.56) | $ (2,950,043.92) | $ (865,837.42) | $ - |
| a.Payment | 11/4/2004 | (111,978.24) | $ (3,062,022.16) | $ (977,815.66) | $ - |
| a.Payment | 11/4/2004 | (120,695.40) | $ (3,182,717.56) | $ (1,098,511.06) | $ (120,695.40) |
| a.Payment | 11/4/2004 | (17,804.67) | $ (3,200,522.23) | $ (1,116,315.73) | $ (138,500.07) |
| a.Payment | 11/4/2004 | (26,726.40) | $ (3,227,248.63) | $ (1,143,042.13) | $ (165,226.47) |
| a.Payment | 11/4/2004 | (92,637.44) | $ (3,319,886.07) | $ (1,235,679.57) | $ (257,863.91) |
| a.Payment | 11/4/2004 | (20,643.00) | $ (3,340,529.07) | $ (1,256,322.57) | $ (278,506.91) |
| a.Payment | 11/4/2004 | (83,538.00) | $ (3,424,067.07) | $ (1,339,860.57) | $ (362,044.91) |
| a.Payment | 11/4/2004 | (13,435.20) | $ (3,437,502.27) | $ (1,353,295.77) | $ (375,480.11) |
| a.Payment | 11/4/2004 | (31,348.80) | $ (3,468,851.07) | $ (1,384,644.57) | $ (406,828.91) |
| a.Payment | 11/4/2004 | (542,471.68) | $ (4,011,322.75) | $ (1,927,116.25) | $ (949,300.59) |
| a.Payment | 11/4/2004 | (74,652.16) | $ (4,085,974.91) | $ (2,001,768.41) | $ (1,023,952.75) |
| a.Payment | 11/4/2004 | (149,304.32) | $ (4,235,279.23) | $ (2,151,072.73) | $ (1,173,257.07) |
| a.Payment | 11/4/2004 | (70,186.20) | $ (4,305,465.43) | $ (2,221,258.93) | $ (1,243,443.27) |
| a.Payment | 11/4/2004 | (141,854.72) | $ (4,447,320.15) | $ (2,363,113.65) | $ (1,385,297.99) |
| a.Payment | 11/4/2004 | (21,209.22) | $ (4,468,529.37) | $ (2,384,322.87) | $ (1,406,507.21) |
| a.Payment | 11/4/2004 | (28,396.80) | $ (4,496,926.17) | $ (2,412,719.67) | $ (1,434,904.01) |
| a.Payment | 11/4/2004 | (66,057.60) | $ (4,562,983.77) | $ (2,478,777.27) | $ (1,500,961.61) |
| Invoice | 11/4/2004 | 15,229.18 | $ (4,547,754.59) | $ (2,463,548.09) | $ (1,485,732.43) |
| Invoice | 11/4/2004 | 26,726.40 | $ (4,521,028.19) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (13,515.00) | $ (4,534,543.19) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (13,515.00) | $ (4,548,058.19) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (26,058.20) | $ (4,574,116.39) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (8,347.50) | $ (4,582,463.89) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (8,347.50) | $ (4,590,811.39) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (35,494.40) | $ (4,626,305.79) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (12,720.00) | $ (4,639,025.79) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (35,494.40) | $ (4,674,520.19) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (12,720.00) | $ (4,687,240.19) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (18,216.90) | $ (4,705,457.09) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (18,216.90) | $ (4,723,673.99) | $ (2,436,821.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (52,200.50) | $ (4,775,874.49) | $ (2,489,022.19) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (52,200.50) | $ (4,828,074.99) | $ (2,541,222.69) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (8,219.80) | $ (4,836,294.79) | $ (2,549,442.49) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (8,219.80) | $ (4,844,514.59) | $ (2,557,662.29) | $ (1,459,006.03) |
| a.Payment | 11/5/2004 | (41,328.80) | $ (4,885,843.39) | $ (2,598,991.09) | $ (1,500,334.83) |
| a.Payment | 11/5/2004 | (41,328.80) | $ (4,927,172.19) | $ (2,640,319.89) | $ (1,541,663.63) |
| Invoice | 11/5/2004 | 18,726.60 | $ (4,908,445.59) | $ (2,621,593.29) | $ (1,522,937.03) |
| Invoice | 11/5/2004 | 35,132.00 | $ (4,873,313.59) | $ (2,586,461.29) | $ (1,487,805.03) |
| Invoice | 11/5/2004 | 79,216.20 | $ (4,794,097.39) | $ (2,507,245.09) | $ (1,408,588.83) |
| Invoice | 11/6/2004 | 329,719.04 | $ (4,464,378.35) | $ (2,177,526.05) | $ (1,078,869.79) |

| Payment Type | Payment/ Invoice Date | Invoices | New Value | New Value + Ordinary Course +/- 7 Days | New Value + Ordinary Course +/- 14 Days |
|---|---|---|---|---|---|
| Invoice | 11/8/2004 | 2,070.00 | $ (4,462,308.35) | $ (2,175,456.05) | $ (1,076,799.79) |
| Invoice | 11/8/2004 | 66,057.60 | $ (4,396,250.75) | $ (2,109,398.45) | $ (1,010,742.19) |
| Invoice | 11/10/2004 | 20,152.80 | $ (4,376,097.95) | $ (2,089,245.65) | $ (1,010,742.19) |
| Invoice | 11/10/2004 | 409,768.73 | $ (3,966,329.22) | $ (1,679,476.92) | $ (1,010,742.19) |
| Invoice | 11/10/2004 | 111,068.16 | $ (3,855,261.06) | $ (1,568,408.76) | $ (1,010,742.19) |
| Invoice | 11/11/2004 | 2,301.80 | $ (3,852,959.26) | $ (1,566,106.96) | $ (1,010,742.19) |
| Invoice | 11/11/2004 | 14,783.15 | $ (3,838,176.11) | $ (1,551,323.81) | $ (995,959.04) |
| Invoice | 11/11/2004 | 24,220.80 | $ (3,813,955.31) | $ (1,527,103.01) | $ (971,738.24) |
| Invoice | 11/12/2004 | 177,492.48 | $ (3,636,462.83) | $ (1,349,610.53) | $ (971,738.24) |
| Invoice | 11/12/2004 | 37,022.72 | $ (3,599,440.11) | $ (1,312,587.81) | $ (971,738.24) |
| Invoice | 11/12/2004 | 19,947.90 | $ (3,579,492.21) | $ (1,292,639.91) | $ (971,738.24) |
| Invoice | 11/12/2004 | 33,479.80 | $ (3,546,012.41) | $ (1,259,160.11) | $ (971,738.24) |
| Invoice | 11/12/2004 | 103,649.70 | $ (3,442,362.71) | $ (1,155,510.41) | $ (868,088.54) |
| Invoice | 11/16/2004 | 11,196.00 | $ (3,431,166.71) | $ (1,155,510.41) | $ (868,088.54) |
| Invoice | 11/16/2004 | 45,945.90 | $ (3,385,220.81) | $ (1,109,564.51) | $ (868,088.54) |
| Invoice | 11/16/2004 | 37,022.72 | $ (3,348,198.09) | $ (1,072,541.79) | $ (868,088.54) |
| Invoice | 11/17/2004 | 2,070.00 | $ (3,346,128.09) | $ (1,070,471.79) | $ (868,088.54) |
| Invoice | 11/17/2004 | 2,070.00 | $ (3,344,058.09) | $ (1,068,401.79) | $ (868,088.54) |
| Invoice | 11/18/2004 | 5,934.89 | $ (3,338,123.20) | $ (1,062,466.90) | $ (868,088.54) |
| Invoice | 11/18/2004 | 13,363.20 | $ (3,324,760.00) | $ (1,049,103.70) | $ (868,088.54) |
| Invoice | 11/19/2004 | 15,062.70 | $ (3,309,697.30) | $ (1,049,103.70) | $ (868,088.54) |
| Invoice | 11/19/2004 | 18,699.60 | $ (3,290,997.70) | $ (1,049,103.70) | $ (868,088.54) |
| Invoice | 11/19/2004 | 2,239.60 | $ (3,288,758.10) | $ (1,046,864.10) | $ (868,088.54) |
| Invoice | 11/19/2004 | 61,929.00 | $ (3,226,829.10) | $ (984,935.10) | $ (868,088.54) |
| Invoice | 11/19/2004 | 8,353.80 | $ (3,218,475.30) | $ (976,581.30) | $ (868,088.54) |
| Invoice | 11/19/2004 | 60,248.32 | $ (3,158,226.98) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/22/2004 | 45,945.90 | $ (3,112,281.08) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/23/2004 | 26,870.40 | $ (3,085,410.68) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/23/2004 | 741,447.68 | $ (2,343,963.00) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/23/2004 | 37,022.72 | $ (2,306,940.28) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/24/2004 | 26,054.40 | $ (2,280,885.88) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/24/2004 | 42,797.40 | $ (2,238,088.48) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/24/2004 | 22,584.06 | $ (2,215,504.42) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/24/2004 | 28,396.80 | $ (2,187,107.62) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/24/2004 | 1,838.72 | $ (2,185,268.90) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/24/2004 | 62,653.50 | $ (2,122,615.40) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/29/2004 | 3,105.00 | $ (2,119,510.40) | $ (916,332.98) | $ (868,088.54) |
| Invoice | 11/29/2004 | 61,929.00 | $ (2,057,581.40) | $ (916,332.98) | $ (868,088.54) |
| a.Payment | 11/30/2004 | (3,105.00) | $ (2,060,686.40) | $ (919,437.98) | $ (871,193.54) |
| a.Payment | 11/30/2004 | (2,070.00) | $ (2,062,756.40) | $ (921,507.98) | $ (873,263.54) |
| a.Payment | 11/30/2004 | (2,070.00) | $ (2,064,826.40) | $ (923,577.98) | $ (873,263.54) |
| Invoice | 11/30/2004 | 3,105.00 | $ (2,061,721.40) | $ (923,577.98) | $ (873,263.54) |
| Invoice | 11/30/2004 | 33,028.80 | $ (2,028,692.60) | $ (923,577.98) | $ (873,263.54) |
| Invoice | 11/30/2004 | 24,631.20 | $ (2,004,061.40) | $ (923,577.98) | $ (873,263.54) |
| Invoice | 11/30/2004 | 913,955.84 | $ (1,090,105.56) | $ (923,577.98) | $ (873,263.54) |
| Invoice | 12/1/2004 | 50,074.50 | $ (1,040,031.06) | $ (873,503.48) | $ (823,189.04) |
| Invoice | 12/2/2004 | 21,063.38 | $ (1,018,967.68) | $ (852,440.10) | $ (802,125.66) |
| Invoice | 12/2/2004 | 26,726.40 | $ (992,241.28) | $ (825,713.70) | $ (775,399.26) |
| Invoice | 12/2/2004 | 4,479.20 | $ (987,762.08) | $ (821,234.50) | $ (770,920.06) |
| Invoice | 12/3/2004 | 28,497.00 | $ (959,265.08) | $ (792,737.50) | $ (742,423.06) |
| Invoice | 12/3/2004 | 43,594.40 | $ (915,670.68) | $ (749,143.10) | $ (698,828.66) |
| Invoice | 12/3/2004 | 83,248.20 | $ (832,422.48) | $ (665,894.90) | $ (615,580.46) |
| a.Payment | 12/6/2004 | (132,791.40) | $ (965,213.88) | $ (798,686.30) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (29,718.30) | $ (994,932.18) | $ (828,404.60) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (24,426.00) | $ (1,019,358.18) | $ (852,830.60) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (407.10) | $ (1,019,765.28) | $ (853,237.70) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (44,655.00) | $ (1,064,420.28) | $ (897,892.70) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (8,353.80) | $ (1,072,774.08) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (25,087.10) | $ (1,097,861.18) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (24,220.80) | $ (1,122,081.98) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (66,540.60) | $ (1,188,622.58) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (24,426.00) | $ (1,213,048.58) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (36,069.80) | $ (1,249,118.38) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (54,203.10) | $ (1,303,321.48) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (70,186.20) | $ (1,373,507.68) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (18,250.70) | $ (1,391,758.38) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (25,056.00) | $ (1,416,814.38) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (9,321.59) | $ (1,426,135.97) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (2,022.00) | $ (1,428,157.97) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (51,653.40) | $ (1,479,811.37) | $ (906,246.50) | $ (748,371.86) |

| Payment Type | Payment/ Invoice Date | Invoices | New Value | New Value + Ordinary Course +/- 7 Days | New Value + Ordinary Course +/- 14 Days |
|---|---|---|---|---|---|
| a.Payment | 12/6/2004 | (49,977.90) | $ (1,529,789.27) | $ (906,246.50) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (58,283.40) | $ (1,588,072.67) | $ (964,529.90) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (20,963.63) | $ (1,609,036.30) | $ (985,493.53) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (21,715.20) | $ (1,630,751.50) | $ (1,007,208.73) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (112,438.20) | $ (1,743,189.70) | $ (1,119,646.93) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (18,912.60) | $ (1,762,102.30) | $ (1,138,559.53) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (36,374.60) | $ (1,798,476.90) | $ (1,174,934.13) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (74,314.80) | $ (1,872,791.70) | $ (1,249,248.93) | $ (748,371.86) |
| a.Payment | 12/6/2004 | (41,575.80) | $ (1,914,367.50) | $ (1,290,824.73) | $ (789,947.66) |
| a.Payment | 12/6/2004 | (10,013.21) | $ (1,924,380.71) | $ (1,300,837.94) | $ (799,960.87) |
| a.Payment | 12/6/2004 | (18,374.40) | $ (1,942,755.11) | $ (1,319,212.34) | $ (818,335.27) |
| a.Payment | 12/6/2004 | (9,525.60) | $ (1,952,280.71) | $ (1,328,737.94) | $ (827,860.87) |
| a.Payment | 12/6/2004 | (16,284.00) | $ (1,968,564.71) | $ (1,345,021.94) | $ (844,144.87) |
| a.Payment | 12/6/2004 | (19,610.60) | $ (1,988,175.31) | $ (1,364,632.54) | $ (863,755.47) |
| a.Payment | 12/6/2004 | (112,148.40) | $ (2,100,323.71) | $ (1,476,780.94) | $ (975,903.87) |
| Invoice | 12/6/2004 | 2,070.00 | $ (2,098,253.71) | $ (1,474,710.94) | $ (973,833.87) |
| Invoice | 12/6/2004 | 70,186.20 | $ (2,028,067.51) | $ (1,404,524.74) | $ (903,647.67) |
| Invoice | 12/6/2004 | 8,353.80 | $ (2,019,713.71) | $ (1,396,170.94) | $ (895,293.87) |
| Invoice | 12/7/2004 | 25,061.40 | $ (1,994,652.31) | $ (1,371,109.54) | $ (870,232.47) |
| Invoice | 12/8/2004 | 22,392.00 | $ (1,972,260.31) | $ (1,348,717.54) | $ (847,840.47) |
| Invoice | 12/8/2004 | 658,347.52 | $ (1,313,912.79) | $ (690,370.02) | $ (189,492.95) |
| Invoice | 12/8/2004 | 37,022.72 | $ (1,276,890.07) | $ (653,347.30) | $ (152,470.23) |
| Invoice | 12/8/2004 | 50,531.84 | $ (1,226,358.23) | $ (602,815.46) | $ (101,938.39) |
| Invoice | 12/8/2004 | 16,514.40 | $ (1,209,843.83) | $ (586,301.06) | $ (85,423.99) |
| Invoice | 12/9/2004 | 14,154.53 | $ (1,195,689.30) | $ (572,146.53) | $ (71,269.46) |
| Invoice | 12/9/2004 | 21,715.20 | $ (1,173,974.10) | $ (550,431.33) | $ (49,554.26) |
| Invoice | 12/10/2004 | 36,807.20 | $ (1,137,166.90) | $ (513,624.13) | $ (12,747.06) |
| Invoice | 12/10/2004 | 22,390.50 | $ (1,114,776.40) | $ (491,233.63) | $ - |
| Invoice | 12/10/2004 | 49,977.90 | $ (1,064,798.50) | $ (441,255.73) | $ - |
| Invoice | 12/10/2004 | 66,588.90 | $ (998,209.60) | $ (374,666.83) | $ - |
| Invoice | 12/13/2004 | 1,035.00 | $ (997,174.60) | $ (373,631.83) | $ - |
| Invoice | 12/14/2004 | 11,196.00 | $ (985,978.60) | $ (362,435.83) | $ - |
| Invoice | 12/14/2004 | 688,037.12 | $ (297,941.48) | $ - | $ - |
| a.Payment | 12/15/2004 | (662,414.08) | $ (960,355.56) | $ (662,414.08) | $ - |
| a.Payment | 12/15/2004 | (74,652.16) | $ (1,035,007.72) | $ (737,066.24) | $ - |
| a.Payment | 12/15/2004 | (29,109.60) | $ (1,064,117.32) | $ (766,175.84) | $ - |
| a.Payment | 12/15/2004 | (76,428.80) | $ (1,140,546.12) | $ (842,604.64) | $ - |
| a.Payment | 12/15/2004 | (81,634.56) | $ (1,222,180.68) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (600,646.40) | $ (1,822,827.08) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (37,326.08) | $ (1,860,153.16) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (20,152.80) | $ (1,880,305.96) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (244,606.72) | $ (2,124,912.68) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (564,913.92) | $ (2,689,826.60) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (37,326.08) | $ (2,727,152.68) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (26,870.40) | $ (2,754,023.08) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (27,211.52) | $ (2,781,234.60) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (112,866.56) | $ (2,894,101.16) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (37,326.08) | $ (2,931,427.24) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (54,423.04) | $ (2,985,850.28) | $ (924,239.20) | $ - |
| a.Payment | 12/15/2004 | (108,846.08) | $ (3,094,696.36) | $ (1,033,085.28) | $ - |
| a.Payment | 12/15/2004 | (409,729.28) | $ (3,504,425.64) | $ (1,442,814.56) | $ - |
| a.Payment | 12/15/2004 | (24,631.20) | $ (3,529,056.84) | $ (1,467,445.76) | $ - |
| a.Payment | 12/15/2004 | (250,700.80) | $ (3,779,757.64) | $ (1,718,146.56) | $ - |
| a.Payment | 12/15/2004 | (37,326.08) | $ (3,817,083.72) | $ (1,755,472.64) | $ - |
| Invoice | 12/15/2004 | 57,800.40 | $ (3,759,283.32) | $ (1,697,672.24) | $ - |
| Invoice | 12/16/2004 | 16,376.28 | $ (3,742,907.04) | $ (1,681,295.96) | $ - |
| Invoice | 12/16/2004 | 24,220.80 | $ (3,718,686.24) | $ (1,657,075.16) | $ - |
| Invoice | 12/16/2004 | 41,624.10 | $ (3,677,062.14) | $ (1,615,451.06) | $ - |
| Invoice | 12/17/2004 | 13,841.40 | $ (3,663,220.74) | $ (1,601,609.66) | $ - |
| Invoice | 12/17/2004 | 18,139.00 | $ (3,645,081.74) | $ (1,583,470.66) | $ - |
| Invoice | 12/17/2004 | 95,585.70 | $ (3,549,496.04) | $ (1,487,884.96) | $ - |
| Invoice | 12/21/2004 | 6,770.00 | $ (3,542,726.04) | $ (1,481,114.96) | $ - |
| Invoice | 12/21/2004 | 22,392.00 | $ (3,520,334.04) | $ (1,458,722.96) | $ - |
| Invoice | 12/21/2004 | 820,290.56 | $ (2,700,043.48) | $ (638,432.40) | $ - |
| Invoice | 12/21/2004 | 37,022.72 | $ (2,663,020.76) | $ (601,409.68) | $ - |
| Invoice | 12/21/2004 | 25,265.92 | $ (2,637,754.84) | $ (576,143.76) | $ - |
| Invoice | 12/22/2004 | 2,070.00 | $ (2,635,684.84) | $ (574,073.76) | $ - |
| Invoice | 12/27/2004 | 19,947.90 | $ (2,615,736.94) | $ (554,125.86) | $ - |
| Invoice | 12/27/2004 | 31,730.20 | $ (2,584,006.74) | $ (522,395.66) | $ - |
| a.Payment | 12/29/2004 | (3,105.00) | $ (2,587,111.74) | $ (525,500.66) | $ (3,105.00) |

| Payment Type | Payment/ Invoice Date | Invoices | New Value | New Value + Ordinary Course +/- 7 Days | New Value + Ordinary Course +/- 14 Days |
|---|---|---|---|---|---|
| a.Payment | 12/29/2004 | (3,105.00) | $ (2,590,216.74) | $ (528,605.66) | $ (6,210.00) |
| a.Payment | 12/29/2004 | (1,035.00) | $ (2,591,251.74) | $ (529,640.66) | $ (6,210.00) |
| a.Payment | 12/29/2004 | (2,070.00) | $ (2,593,321.74) | $ (529,640.66) | $ (6,210.00) |
| Invoice | 12/30/2004 | 12,385.80 | $ (2,580,935.94) | $ (517,254.86) | $ - |
| Invoice | 12/30/2004 | 199,235.40 | $ (2,381,700.54) | $ (318,019.46) | $ - |
| Invoice | 1/3/2005 | 9,139.00 | $ (2,372,561.54) | $ (308,880.46) | $ - |
| Invoice | 1/3/2005 | 15,868.80 | $ (2,356,692.74) | $ (293,011.66) | $ - |
| Invoice | 1/3/2005 | 4,140.00 | $ (2,352,552.74) | $ (288,871.66) | $ - |
| Invoice | 1/4/2005 | 22,392.00 | $ (2,330,160.74) | $ (266,479.66) | $ - |
| Invoice | 1/4/2005 | 672,705.28 | $ (1,657,455.46) | $ - | $ - |
| Invoice | 1/4/2005 | 37,022.72 | $ (1,620,432.74) | $ - | $ - |
| Invoice | 1/5/2005 | 7,853.20 | $ (1,612,579.54) | $ - | $ - |
| Invoice | 1/6/2005 | 11,797.33 | $ (1,600,782.21) | $ - | $ - |
| Invoice | 1/6/2005 | 17,539.20 | $ (1,583,243.01) | $ - | $ - |
| Invoice | 1/6/2005 | 4,596.80 | $ (1,578,646.21) | $ - | $ - |
| Invoice | 1/7/2005 | 18,726.60 | $ (1,559,919.61) | $ - | $ - |
| Invoice | 1/7/2005 | 39,660.40 | $ (1,520,259.21) | $ - | $ - |
| Invoice | 1/7/2005 | 132,542.40 | $ (1,387,716.81) | $ - | $ - |
| Invoice | 1/10/2005 | 2,070.00 | $ (1,385,646.81) | $ - | $ - |
| Invoice | 1/11/2005 | 17,539.20 | $ (1,368,107.61) | $ - | $ - |
| Invoice | 1/11/2005 | 44,784.00 | $ (1,323,323.61) | $ - | $ - |
| Invoice | 1/11/2005 | 38,214.40 | $ (1,285,109.21) | $ - | $ - |
| Invoice | 1/11/2005 | 612,800.00 | $ (672,309.21) | $ - | $ - |
| Invoice | 1/11/2005 | 37,022.72 | $ (635,286.49) | $ - | $ - |
| Invoice | 1/13/2005 | 7,701.16 | $ (627,585.33) | $ - | $ - |
| Invoice | 1/13/2005 | 20,880.00 | $ (606,705.33) | $ - | $ - |
| Invoice | 1/13/2005 | 9,193.60 | $ (597,511.73) | $ - | $ - |
| Invoice | 1/13/2005 | 1,365.39 | $ (596,146.34) | $ - | $ - |
| Invoice | 1/13/2005 | 2,505.60 | $ (593,640.74) | $ - | $ - |
| Invoice | 1/13/2005 | 28,778.40 | $ (564,862.34) | $ - | $ - |
| Invoice | 1/14/2005 | 6,672.60 | $ (558,189.74) | $ - | $ - |
| Invoice | 1/14/2005 | 407.10 | $ (557,782.64) | $ - | $ - |
| Invoice | 1/14/2005 | 6,761.70 | $ (551,020.94) | $ - | $ - |
| Invoice | 1/14/2005 | 25,880.20 | $ (525,140.74) | $ - | $ - |
| Invoice | 1/14/2005 | 61,668.00 | $ (463,472.74) | $ - | $ - |
| Invoice | 1/15/2005 | 33,283.20 | $ (430,189.54) | $ - | $ - |
| a.Payment | 1/18/2005 | (287,237.12) | $ (717,426.66) | $ (287,237.12) | $ (287,237.12) |
| a.Payment | 1/18/2005 | (17,913.60) | $ (735,340.26) | $ (305,150.72) | $ (305,150.72) |
| a.Payment | 1/18/2005 | (37,326.08) | $ (772,666.34) | $ (342,476.80) | $ (342,476.80) |
| a.Payment | 1/18/2005 | (38,214.40) | $ (810,880.74) | $ (380,691.20) | $ (380,691.20) |
| a.Payment | 1/18/2005 | (18,726.60) | $ (829,607.34) | $ (399,417.80) | $ (399,417.80) |
| a.Payment | 1/18/2005 | (35,132.00) | $ (864,739.34) | $ (434,549.80) | $ (434,549.80) |
| a.Payment | 1/18/2005 | (329,719.04) | $ (1,194,458.38) | $ (764,268.84) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (20,152.80) | $ (1,214,611.18) | $ (784,421.64) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (409,768.73) | $ (1,624,379.91) | $ (1,194,190.37) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (111,068.16) | $ (1,735,448.07) | $ (1,305,258.53) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (2,301.80) | $ (1,737,749.87) | $ (1,307,560.33) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (177,492.48) | $ (1,915,242.35) | $ (1,485,052.81) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (37,022.72) | $ (1,952,265.07) | $ (1,522,075.53) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (19,947.90) | $ (1,972,212.97) | $ (1,542,023.43) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (33,479.80) | $ (2,005,692.77) | $ (1,575,503.23) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (11,196.00) | $ (2,016,888.77) | $ (1,575,503.23) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (15,062.70) | $ (2,031,951.47) | $ (1,575,503.23) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (18,699.60) | $ (2,050,651.07) | $ (1,575,503.23) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (26,054.40) | $ (2,076,705.47) | $ (1,575,503.23) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (42,797.40) | $ (2,119,502.87) | $ (1,575,503.23) | $ (764,268.84) |
| a.Payment | 1/18/2005 | (242,832.87) | $ (2,119,502.87) | $ (1,575,503.23) | $ (764,268.84) |
| Invoice | 1/18/2005 | 12,279.19 | $ (2,107,223.68) | $ (1,563,224.04) | $ (764,268.84) |
| Invoice | 1/18/2005 | 16,744.35 | $ (2,090,479.33) | $ (1,563,224.04) | $ (764,268.84) |
| Invoice | 1/18/2005 | 22,325.80 | $ (2,068,153.53) | $ (1,563,224.04) | $ (764,268.84) |
| Invoice | 1/18/2005 | 17,913.60 | $ (2,050,239.93) | $ (1,545,310.44) | $ (746,355.24) |
| Invoice | 1/18/2005 | 547,348.48 | $ (1,502,891.45) | $ (997,961.96) | $ (199,006.76) |
| Invoice | 1/19/2005 | 24,962.40 | $ (1,477,929.05) | $ (972,999.56) | $ (174,044.36) |
| Invoice | 1/20/2005 | 10,431.94 | $ (1,467,497.11) | $ (962,567.62) | $ (163,612.42) |
| Invoice | 1/20/2005 | 26,726.40 | $ (1,440,770.71) | $ (935,841.22) | $ (136,886.02) |
| Invoice | 1/20/2005 | 4,596.80 | $ (1,436,173.91) | $ (931,244.42) | $ (132,289.22) |
| Invoice | 1/20/2005 | 339.25 | $ (1,435,834.66) | $ (930,905.17) | $ (131,949.97) |
| Invoice | 1/21/2005 | 242,832.87 | $ (1,435,834.66) | $ (930,905.17) | $ (131,949.97) |
| Invoice | 1/21/2005 | 349,155.61 | $ (1,086,679.05) | $ (581,749.56) | $ - |
| Invoice | 1/21/2005 | 13,434.30 | $ (1,073,244.75) | $ (568,315.26) | $ - |

| Payment Type | Payment/ Invoice Date | Invoices | New Value | New Value + Ordinary Course +/- 7 Days | New Value + Ordinary Course +/- 14 Days |
|---|---|---|---|---|---|
| Invoice | 1/21/2005 | 38,057.20 | $ (1,035,187.55) | $ (530,258.06) | $ - |
| Invoice | 1/21/2005 | 49,334.40 | $ (985,853.15) | $ (480,923.66) | $ - |
| Invoice | 1/24/2005 | 41,604.00 | $ (944,249.15) | $ (439,319.66) | $ - |
| Invoice | 1/24/2005 | 24,913.20 | $ (919,335.95) | $ (414,406.46) | $ - |
| a.Payment | 1/25/2005 | (3,105.00) | $ (922,440.95) | $ (417,511.46) | $ (3,105.00) |
| a.Payment | 1/25/2005 | (2,070.00) | $ (924,510.95) | $ (419,581.46) | $ (5,175.00) |
| a.Payment | 1/25/2005 | (15,229.18) | $ (939,740.13) | $ (434,810.64) | $ (20,404.18) |
| a.Payment | 1/25/2005 | (26,726.40) | $ (966,466.53) | $ (461,537.04) | $ (47,130.58) |
| a.Payment | 1/25/2005 | (79,216.20) | $ (1,045,682.73) | $ (540,753.24) | $ (126,346.78) |
| a.Payment | 1/25/2005 | (2,070.00) | $ (1,047,752.73) | $ (542,823.24) | $ (128,416.78) |
| a.Payment | 1/25/2005 | (66,057.60) | $ (1,113,810.33) | $ (608,880.84) | $ (194,474.38) |
| a.Payment | 1/25/2005 | (14,783.15) | $ (1,128,593.48) | $ (623,663.99) | $ (209,257.53) |
| a.Payment | 1/25/2005 | (24,220.80) | $ (1,152,814.28) | $ (647,884.79) | $ (233,478.33) |
| a.Payment | 1/25/2005 | (103,649.70) | $ (1,256,463.98) | $ (751,534.49) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (45,945.90) | $ (1,302,409.88) | $ (797,480.39) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (37,022.72) | $ (1,339,432.60) | $ (834,503.11) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (2,070.00) | $ (1,341,502.60) | $ (836,573.11) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (2,070.00) | $ (1,343,572.60) | $ (838,643.11) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (5,934.89) | $ (1,349,507.49) | $ (844,578.00) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (13,363.20) | $ (1,362,870.69) | $ (857,941.20) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (2,239.60) | $ (1,365,110.29) | $ (860,180.80) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (61,929.00) | $ (1,427,039.29) | $ (922,109.80) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (8,353.80) | $ (1,435,393.09) | $ (930,463.60) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (60,248.32) | $ (1,495,641.41) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (45,945.90) | $ (1,541,587.31) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (26,870.40) | $ (1,568,457.71) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (741,447.68) | $ (2,309,905.39) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (37,022.72) | $ (2,346,928.11) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (22,584.06) | $ (2,369,512.17) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (28,396.80) | $ (2,397,908.97) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (1,838.72) | $ (2,399,747.69) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (62,653.50) | $ (2,462,401.19) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (3,105.00) | $ (2,465,506.19) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (61,929.00) | $ (2,527,435.19) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (3,105.00) | $ (2,530,540.19) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (33,028.80) | $ (2,563,568.99) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (24,631.20) | $ (2,588,200.19) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (913,955.84) | $ (3,502,156.03) | $ (990,711.92) | $ (337,128.03) |
| a.Payment | 1/25/2005 | (349,155.61) | $ (3,851,311.64) | $ (1,339,867.53) | $ (686,283.64) |
| Invoice | 1/25/2005 | 20,152.80 | $ (3,831,158.84) | $ (1,319,714.73) | $ (666,130.84) |
| Invoice | 1/25/2005 | 76,487.68 | $ (3,754,671.16) | $ (1,243,227.05) | $ (589,643.16) |
| Invoice | 1/25/2005 | 523,687.68 | $ (3,230,983.48) | $ (719,539.37) | $ (65,955.48) |
| Invoice | 1/25/2005 | 37,022.72 | $ (3,193,960.76) | $ (682,516.65) | $ (28,932.76) |
| Invoice | 1/25/2005 | 114,731.52 | $ (3,079,229.24) | $ (567,785.13) | $ - |
| Invoice | 1/25/2005 | 37,022.72 | $ (3,042,206.52) | $ (530,762.41) | $ - |
| Invoice | 1/26/2005 | 37,443.60 | $ (3,004,762.92) | $ (493,318.81) | $ - |
| Invoice | 1/27/2005 | 11,551.74 | $ (2,993,211.18) | $ (481,767.07) | $ - |
| Invoice | 1/27/2005 | 42,679.36 | $ (2,950,531.82) | $ (439,087.71) | $ - |
| Invoice | 1/27/2005 | 32,889.60 | $ (2,917,642.22) | $ (406,198.11) | $ - |
| Invoice | 1/28/2005 | 115,556.40 | $ (2,802,085.82) | $ (290,641.71) | $ - |
| Invoice | 1/31/2005 | 61,225.40 | $ (2,740,860.42) | $ (229,416.31) | $ - |
| Invoice | 1/31/2005 | 49,875.60 | $ (2,690,984.82) | $ (179,540.71) | $ - |
| Invoice | 2/1/2005 | 335,244.80 | $ (2,355,740.02) | $ - | $ - |
| Invoice | 2/1/2005 | 305,950.72 | $ (2,049,789.30) | $ - | $ - |
| Invoice | 2/1/2005 | 28,682.88 | $ (2,021,106.42) | $ - | $ - |
| Invoice | 2/1/2005 | 44,817.00 | $ (1,976,289.42) | $ - | $ - |

**Preference Exposure using New value Defense: $1,976,289.42\***

**Preference Exposure using New Value and Ordinary Course +/- 7 Days Defenses: $0.00\***

**Preference Exposure using New Value and Ordinary Course +/- 14 Days Defenses: $0.00\***

\* The Debtors' defense does not include the application of debit memos because data was not available to apply them at an invoice level.  Exclusion of the debit memos reflect a more conservative approach, showing payments of $14.636M in the Delphi defense above vs. the Tower asserted claim of $14.540M which includes the application of debit memos.