ORRICK, HERRINGTON & SUTCLIFFE LLP
The Washington Harbour
3050 K Street, N.W.
Washington, DC  20007
Telephone: (202) 339-8400
Facsimile:  (202) 339-8500
Jonathan P. Guy (Bar No. JG2634)
Richard H. Wyron
*Attorneys for Westwood Associates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **DELPHI CORPORATION, et al.,** | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that as of October 15, 2007, the address of Orrick,

Herrington & Sutcliffe LLP, counsel for Westwood Associates, will change from:

>Washington Harbour
>3050 K Street, N.W., Suite 200
>Washington, DC  20007

>to:

>**Columbia Center**
>**1152 15th Street, N.W.**
>**Washington, DC  20005-1706**

      The telephone and facsimile numbers and email address for counsel will remain the same.

Please update your records.

                                      Respectfully submitted,

                                      ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                      By: /S/ JONATHAN P. GUY
                                           Jonathan P. Guy (JG2634)
                                           Richard H. Wyron
                                           3050 K Street, N.W., Suite 200
                                           Washington, DC  20007
                                           (202) 339-8400

                                    Counsel to Westwood Associates

Dated: October 11, 2007

# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on October 11, 2007, I caused the foregoing *Notice of Change of Address* to be served upon those persons as shown on the attached Exhibit A - Service List by first class mail, postage prepaid.

/S/ DEBRA O. FULLEM
Debra O. Fullem, Bankruptcy Research Specialist
Orrick, Herrington & Sutcliffe, LLP