# EXHIBIT A

## SERVICE LIST

**Via First Class Mail:**

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom<br>Attn: John Wm. Butler, Jr.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 |
| Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, NY 10017 | Davis Polk & Wardell<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, NY 10022 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Offices of the US Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |