UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

     In re                                 :         Chapter 11

                                           :

DELPHI CORPORATION, et al.,        :         Case No. 05-44481 (RDD)

                                         :

                    Debtors.     :         (Jointly Administered)

                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING
WITH PREJUDICE PROOFS OF CLAIM NUMBERS 13806, 16384, 16454, AND 16474

("OCTOBER 10, 2007 CLAIMS HEARING ORDER")

        Upon the Seventh Omnibus Claims Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Claim Nos. 13806 And 16384) (Docket No. 6585) (the "Seventh Omnibus Claims Objection"), the Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Not Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection"), and the Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Claim No. 16474) (Docket No. 7301) (the "Eleventh Omnibus Claims Objection," together with the Seventh Omnibus Claims Objection and the Ninth Omnibus Claims Objection, the "Omnibus Claims Objections") of

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and this Court having considered the responses and other documents filed by Claimants Clark, Thomas & Winters PC, Stephanie Gray, David Wright, and U.S. Xpress Enterprises Inc. Eft ("U.S. Xpress" and together with Clark, Thomas & Winters PC, Ms. Gray, and Mr. Wright, the "Claimants")); and after due deliberation thereon; and good and sufficient cause appearing therefor, for the reasons stated by the Court on the record of the hearing held on October 10, 2007

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

    A.    Clark, Thomas & Winters PC, Stephanie Gray, U.S. Xpress, and David Wright were properly served with the Seventh Omnibus Claims Objection, the Ninth Omnibus Claims Objection, and the Eleventh Omnibus Claims Objection, respectively, and the Debtors' Supplemental Reply In Support Of Debtors' Omnibus Claims Objections Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Untimely Claims (Docket No. 9543).

    B.    The Court has jurisdiction over the Omnibus Claims Objections pursuant to 28 U.S.C. §§ 157 and 1334. Each of the Omnibus Claims Objections are core proceedings under 28 U.S.C. § 157 (b)(2). Venue of these cases and the Omnibus Claims Objections in this district is proper under 28 U.S.C. §§ 1408 and 1409.

    C.    The relief requested in the Omnibus Claims Objections with respect to the Claimants' Claims is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052. Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Claims Objections.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Proof of claim number 16384 filed by Stephanie Gray is expunged with prejudice.

2. Proof of claim number 16454 filed by Clark, Thomas & Winters PC is expunged with prejudice.

3. Proof of claim number 16474 filed by David Wright is expunged with prejudice; <u>provided</u>, <u>however</u>, the expungement is without prejudice to Mr. Wright's ability to file a postpetition administrative claim with respect to a claim arising on or after October 8, 2005 in accordance with deadlines to be later established by the Court, subject to the Debtors' and other parties'-in-interest right to object on any and all grounds.

4. The Response Of U.S. Xpress, Inc. To Debtors' Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claims Filed By Stephanie Gray, U.S. Xpress, Inc., And David Wright And Motion For Leave To File Late Claim With Respect To Alleged Late Claim Filed By U.S. Xpress, Inc. (Docket No .10492) is hereby deemed withdrawn with prejudice and proof of claim number 13806 filed by U.S. Xpress is expunged with prejudice; <u>provided</u>, <u>however</u>, any scheduled claim of U.S. Xpress shall be unaffected by this Order.

5. Each Claim and the objections by the Debtors to each Claim addressed herein constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

6.      Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

7.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied.

Dated: New York, New York
       October 10, 2007

                                  /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE