SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOFS OF CLAIM NUMBERS 10488 AND 10489
(BRUCE C. WHEELER AND CANTOR LUKASIK DOLCE & PANEPINTO, P.C.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Bruce C. Wheeler ("Wheeler"), and Cantor Lukasik Dolce & Panepinto, P.C. ("CLD&P") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 10488 And 10489 (Bruce C. Wheeler And Cantor Lukasik Dolce & Panepinto, P.C.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 24, 2006, Wheeler filed proof of claim number 10488 against Delphi, asserting an unsecured non-priority claim in the amount of $200,000.00 ("Claim 10488"), arising from alleged personal injury.

WHEREAS, on July 24, 2006, CLD&P filed proof of claim number 10489 against Delphi, asserting an unsecured non-priority claim in the amount of $66,666.66 (together with Claim 10488, the "Claims"), arising from alleged personal injury to Wheeler.

WHEREAS, on September 13, 2007, to resolve the Claims, DAS LLC, Wheeler, and CLD&P entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 10488 shall be allowed against DAS LLC in the amount of Sixty Thousand Dollars And Zero Cents ($60,000.00).

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P.

9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors, Wheeler, and CLD&P stipulate and agree as follows:

1. Claim 10488 shall be allowed in the amount of $60,000.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. Proof of claim number 10489 shall be disallowed with prejudice and expunged in its entirety.

So Ordered in New York, New York, this 10th day of October, 2007

                        /s/Robert D. Drain
                        Honorable Robert D. Drain
                        United States Bankruptcy Judge

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Marc C. Panepinto |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606-1285<br>(312) 407-0700 | Marc C. Panepinto<br>CANTOR LUKASIK DOLCE<br>  & PANEPINTO, P.C.<br>1000 Liberty Building<br>420 Main Street<br>Buffalo, New York 14202<br>(716) 852-1888<br><br>Counsel for Bruce C. Wheeler, as well as in its capacity as claimant |

- and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

4