W. Robinson Beard
STITES & HARBISON PLLC
400 W. Market Street
Louisville, Kentucky 40202

Telephone: (502) 587-3400
Facsimile: (502) 587-6391

Attorneys for Defendants
Akebono Corporation (North America).

<br>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Akebono Corporation (North America) creditor and parties in interest, and under, inter alia, Rules 2002, 9010 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Bankruptcy Rules for the Southern District of New York, and Section 1109(b) of Title 11 of the United States Code, request that all notices given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to and served upon:

> W. Robinson Beard, Esq.
> Stites & Harbison, PLLC
> 400 West Market Street
> Louisville, Kentucky 40202
> loucourtsum@stites.com

638189:1:LOUISVILLE

::ODMA\PCDOCS\LOUISVILLE\638189\1

      PLEASE TAKE FURTHER NOTICE that Akebono Corporation (North America), intend that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) Akebono Corporation's (North America), right to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) Akebono Corporation's (North America) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Akebono Corporation's (North America) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Akebono Corporation (North America), is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Akebono Corporation (North America), expressly reserves.

                                                     Respectfully submitted,

                                                     /s/ W. Robinson Beard
                                                   W. Robinson Beard
                                                   Stites & Harbison, PLLC
                                                   400 West Market Street
                                                   Louisville, Kentucky 40202
                                                   (502) 587-3400
                                                   (502) 587-6391 facsimile
                                                   loucourtsum@stites.com
                                                   Counsel for Akebono Corporation (North America)

# CERTIFICATE OF SERVICE

I, W. Robinson Beard, certify that the foregoing Notice of Appearance was served via electronic mail and/or United States mail, postage prepaid, to the parties listed on the attached service list this the 11th day of October, 2007.

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: General Counsel

Skadden, Arps, Slate, Meagher and
Flom LLP
333 W. Wacker Dr. Ste. 2100
Chicago, ILL 60606
Attention: John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attention: Robert Rosenberg
        Mark A. Broude
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street Ste. 2100
New York, New York 10004
Attention: Alicia M. Leonhard

Fried, Frank, Harris, Shriver &
Jaconbson LLP
One New York Plaza
New York, New York 10004
Attention: Bonnie Steingart

        /s/ W. Robinson Beard
        W. Robinson Beard