IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
    :
In re                  :    Chapter 11
    :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
    :
          Debtors.    :    (Jointly Administered)
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 21, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

    1)    Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation ("Twenty-First Omnibus Claims Objection") (Docket No. 9535) [a copy of which is attached hereto as Exhibit D]

On September 21, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

    2)    Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation ("Twenty-First Omnibus Claims Objection") [without exhibits] (Docket No. 9535) [a copy of which is attached hereto as Exhibit D]

    3)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F]. Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit E attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of Exhibit E attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit F has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of Exhibit E attached hereto was incorporated into each Personalized Notice.

On September 21, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit G hereto via postage pre-paid U.S. mail:

4)    Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation ("Twenty-First Omnibus Claims Objection") [without exhibits] (Docket No. 9535) [a copy of which is attached hereto as Exhibit D]

5)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit H].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit G attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of Exhibit G attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit H has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of Exhibit G attached hereto was incorporated into each Personalized Notice.

On September 21, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit I hereto via postage pre-paid U.S. mail:

6)    Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation ("Twenty-First Omnibus Claims Objection") [without exhibits] (Docket No. 9535) [a copy of which is attached hereto as Exhibit D]

7)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit J].  Each party's

Personalized Notice was sent to the name and address listed in columns 1
and 2 of <u>Exhibit I</u> attached hereto.  In addition, the chart provided on each
party's Personalized Notice contained the information listed in columns 3
through 12 of <u>Exhibit I</u> attached hereto.  The chart contained in the form of
the Personalized Notice which is attached hereto as <u>Exhibit J</u> has been
marked so as to demonstrate the manner in which the information listed in
columns 3 through 12 of <u>Exhibit I</u> attached hereto was incorporated into
each Personalized Notice.

On September 21, 2007, I caused to be served the documents listed below upon
the parties listed on <u>Exhibit K</u> hereto via postage pre-paid U.S. mail:

8)    Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims,
(B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D)
Claims Not Reflected On Debtors' Books And Records, (E) Untimely
Claims, And (F) Claims Subject To Modification, Tax Claim Subject To
Modification, And Modified Claims Asserting Reclamation ("Twenty-First
Omnibus Claims Objection") [without exhibits] (Docket No. 9535) [a copy
of which is attached hereto as <u>Exhibit D</u>]

9)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a
copy of the form of which is attached hereto as <u>Exhibit L</u>].  Each party's
Personalized Notice was sent to the name and address listed in columns 1
and 2 of <u>Exhibit K</u> attached hereto.  In addition, the chart provided on each
party's Personalized Notice contained the information listed in columns 3
through 15 of <u>Exhibit K</u> attached hereto.  The chart contained in the form of
the Personalized Notice which is attached hereto as <u>Exhibit L</u> has been
marked so as to demonstrate the manner in which the information listed in
columns 3 through 15 of <u>Exhibit K</u> attached hereto was incorporated into
each Personalized Notice.

On September 21, 2007, I caused to be served the documents listed below upon
the parties listed on <u>Exhibit M</u> hereto via postage pre-paid U.S. mail:

10)   Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims,
(B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D)
Claims Not Reflected On Debtors' Books And Records, (E) Untimely
Claims, And (F) Claims Subject To Modification, Tax Claim Subject To
Modification, And Modified Claims Asserting Reclamation ("Twenty-First
Omnibus Claims Objection") [without exhibits] (Docket No. 9535) [a copy
of which is attached hereto as <u>Exhibit D</u>]

11)   Personalized Notice of Objection to Claim (the "Personalized Notice") [a
copy of the form of which is attached hereto as <u>Exhibit N</u>].  Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit M</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of <u>Exhibit M</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit N</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of <u>Exhibit M</u> attached hereto was incorporated into each Personalized Notice.


Dated: October 11, 2007

_____ */s/ Evan Gershbein* _____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of October, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ___ */s/ Vanessa R. Quiñones* _____

Commission Expires: ___ *3/20/11* _____

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein  Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092  212-450-4213 | 212-450-3092  212-450-3213 | donald.bernstein@dpw.com  brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com  karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler  Bonnie Steingart  Vivek Melwani  Jennifer L Rodburg  Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com  sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com  susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Page 1 of 3

9/27/2007 7:28 PM  
Master Service List Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

9/27/2007 7:28 PM
Master Service List Overnight Mail

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

9/27/2007 7:29 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

9/27/2007 7:29 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

9/27/2007 7:29 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blblaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blblaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blblaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Industries |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representatitive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0411 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | 608-294-4920 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Strategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologie s.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.co m | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 20

9/27/2007 7:29 PM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennessee Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

9/27/2007 7:29 PM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | 212-935-3000 | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | Five Gateway Center Suite 807 | | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

9/27/2007 7:29 PM
US Mail

# EXHIBIT D

**Hearing Date And Time: October 25, 2007 at 10:00 a.m.**
**Response Date And Time: October 18, 2007 at 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                :
        In re                         :     Chapter 11
                                 :
DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                                 :
                                 :     (Jointly Administered)
         Debtors.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED
CLAIMS, (B) UNTIMELY EQUITY CLAIM, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D)
CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS,
AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIM SUBJECT TO MODIFICATION,
AND MODIFIED CLAIMS ASSERTING RECLAMATION

("TWENTY-FIRST OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), and respectfully represent as follows:

Background

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108.  This Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases.  On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders (together with the official committee of unsecured creditors, the "Statutory Committees").

3.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

2

4.        The statutory predicates for the relief requested herein are sections 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.        Current Business Operations Of The Debtors

5.        Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2006 had global net sales of $26.4 billion and global assets of approximately $15.4 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public company business reorganization in terms of revenues and the thirteenth largest public company business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11 debtors and continue their business operations without supervision from the Court. [2]

6.        The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

7.        Delphi was incorporated in Delaware in 1998 as a wholly-owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

---

[1]    The aggregated financial data used in this Motion generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 27, 2007.

[2]    On March 20, 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding, which was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

3

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

modules for a wide range of customers and applications.  Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.      Events Leading To The Chapter 11 Filing

                8.      In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006 the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs.

                9.      The Debtors believe that the Company's financial performance

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

have the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

---

[3]      Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
        valuation allowance on the U.S. deferred tax assets as of December 31, 2004.  The Company's net operating
        loss in calendar year 2004 was $482 million.

4

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

10.     In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005,

the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.     The Debtors' Transformation Plan

11.     On March 31, 2006, the Company outlined the key tenets of a

transformation plan that it believed would enable it to return to stable, profitable business

operations.  The Debtors stated that they needed to focus on five key areas:[4] first, modifying the

Company's labor agreements to create a competitive arena in which to conduct business;[5] second,

---

[4]     In furtherance of the Debtors' transformation plan, on December 18, 2006, the Debtors announced their
execution of an equity purchase and commitment agreement with certain investors and a plan framework
support agreement with those investors and GM.  On July 9, 2007, Delphi confirmed that it had formally
terminated the equity purchase and commitment agreement and related plan framework support agreement but
that it expected to enter into new framework agreements with plan investors presently.  Subsequently, on July
18, 2007, Delphi announced that it had accepted a new proposal for an equity purchase and commitment
agreement (the "Delphi-Appaloosa EPCA") submitted by a group comprising a number of the original plan
investors (affiliates of Appaloosa Management L.P., Harbinger Capital Partners Master Fund I, Ltd., Merrill
Lynch, Pierce, Fenner & Smith Inc., and UBS Securities LLC) as well as Goldman Sachs & Co. and an affiliate
of Pardus Capital Management, L.P. (collectively, the "New Plan Investors").  Under the Delphi-Appaloosa
EPCA, the New Plan Investors agreed to invest up to $2.55 billion in preferred and common equity in the
reorganized Delphi to support the Company's transformation plan and plan of reorganization.  This Court
approved the Delphi-Appaloosa EPCA on August 2, 2007.

[5]     Among the progress made to date, on June 22, 2007, Delphi reached an agreement with the International Union,
United Automobile, Aerospace, and Agricultural Implement Workers of America (the "UAW") and GM that (a)
modifies, extends, or terminates provisions of the existing collective bargaining agreements among Delphi, the
UAW, and its various locals, (b) provides that GM will undertake certain financial obligations to Delphi's
UAW-represented employees and retirees to facilitate these modifications, and (c) modifies retiree welfare
benefits for certain UAW-represented retirees of the Debtors.  This agreement, which was approved by this
Court on July 19, 2007, should permit the Debtors to continue to implement their transformation plan and to
develop, prosecute, confirm, and consummate a plan of reorganization.  On August 6, 2007, similar agreements
*(cont'd)*

concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain GM's business commitment to the Company;[6] third, streamlining their product portfolio to capitalize on their world-class technology and market strengths and make the necessary manufacturing alignment with their new focus;[7] fourth, transforming their salaried workforce to ensure that the Company's organizational and cost structure is competitive and aligned with its product portfolio and manufacturing footprint;[8] and devising a workable solution to their current pension situation.[9]

---

*(cont'd from previous page)*

    were reached with the International Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78, the International Brotherhood of Electrical Workers and its Local 663, International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communication Workers of America and its local unions, and Locals 832S, 18S, and 101S of the International Union of Operating Engineers. Such agreements were approved by this Court on August 16, 2007. On August 16, 2007, Delphi also reached a similar agreement with the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and USW Local 87L, which was approved by this Court on August 29, 2007.

[6]    On September 6, 2007, Delphi announced that it has entered into agreements with GM consisting of a Global Settlement Agreement and a Master Restructuring Agreement, both of which are subject to this Court's approval as part of the plan confirmation process. Delphi's comprehensive settlement with GM resolves all outstanding disputes between Delphi and GM.

[7]    In connection with their March 31, 2006 announced transformation plan, the Debtors classified "core" and "non-core" product lines and plants. The Debtors have been working to divest non-core assets so as to maximize the value of their estates for stakeholders. During the 2006 and 2007 calendar years, for example, the Debtors sold substantially all of the assets related to MobileAria, Inc., their chapter 11 affiliate, and obtained court approval for the sale of substantially all of the assets of their brake hose, catalyst, and Saltillo, Mexico brake plant businesses. In addition, as announced publicly, the Debtors anticipate selling additional non-core assets, including, without limitation, their steering, interior, and closures businesses.

[8]    As part of this effort, effective July 1, 2006, the Company realigned its business operations to focus its product portfolio on core technologies for which the Company believes it has significant competitive and technological advantages. The Company's revised operating structure consists of its four core business segments: Electronics and Safety, Thermal Systems, Powertrain Systems, and Electrical/Electronic Architecture. The Company also has two additional segments, Steering and Automotive Holdings Group, which will be transitioned as part of the Company's transformation plan. To ensure that their organizational and cost structure is competitive, the Debtors obtained an Order Under 11 U.S.C. § 363(b) And Fed. R. Bankr. P. 6004 Authorizing Debtors To Enter Into Finance Outsourcing Agreement on April 23, 2007 (Docket No. 7773) (the "Finance Outsourcing Order"). The Finance Outsourcing Order authorized the Debtors to outsource certain of the Debtors' accounts receivable, accounts payable, fixed assets, travel and expense reporting, general ledger, and contract administration processes and significantly reduce SG&A expenses as part of their transformation plan.

[9]    To that end, on May 31, 2007, this Court granted the Debtors' motion for authority to perform under the terms of those certain September 30, 2006 pension plan year funding waivers, which were approved by the IRS, for both the Delphi Hourly-Rate Employees Plan and the Delphi Retirement Program for Salaried Employees

*(cont'd)*

E.        The Debtors' Plan Of Reorganization

12.        On September 6, 2007, the Debtors reached another key milestone in their

chapter 11 cases by filing their joint plan of reorganization (the "Plan").  The Plan is based upon

a series of global settlements and compromises that involve every major constituency in the

Debtors' reorganization cases.  Indeed, the Debtors, the Debtors' principal U.S. labor unions, GM,

the Statutory Committees, and the lead plaintiffs in certain securities actions (on behalf of

holders of various claims based on alleged violations of federal securities laws and the Employee

Retirement Income Security Act of 1974, as amended) all have contributed to global settlements

and compromises that provide for a recovery through a Plan distribution.  General unsecured

creditors are to receive the principal amount of their claims plus accrued interest at a negotiated

Plan value and other classes of creditors and interests are to receive agreed upon distributions.

The Plan is supported by the Creditors' Committee on behalf of unsecured creditors, the Equity

Committee on behalf of holders of Delphi's common stock, and GM.  A hearing is scheduled to

be held in early October 2007 to approve the Debtors' solicitation procedures and disclosure

statement with respect to the Plan.  The Debtors will seek to have a hearing on confirmation of

the Plan in November 2007 and emerge from these chapter 11 cases before year's end.

13.        Upon the conclusion of the reorganization process, the Debtors expect to

emerge as a stronger, more financially sound business with viable U.S. operations that are well-

positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

its resources to continue to deliver high-quality products to its customers globally.  Additionally,

_____
*(cont'd from previous page)*
    (collectively, the "Pension Plans").  On July 13, 2007, the IRS modified the conditional funding waivers granted
    to Delphi related to the Pension Plans, extending the dates by which Delphi is required to file a plan of
    reorganization and emerge from chapter 11 to December 31, 2007 and February 28, 2008, respectively.

the Company will preserve and continue the strategic growth of its non-U.S. operations and

maintain its prominence as the world's premier auto supplier.

F.    <u>Bar Date, Proofs Of Claim, And Omnibus Claims Objections</u>

14.    On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

15.    On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the

claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date

by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets

and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and

subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and

Statements") and (b) the persons and entities included in the notice database compiled by the

Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided

Bar Date Notices to more than 500,000 persons and entities.

16.    In addition, the Debtors published the Bar Date Notice in the <u>New York</u>

<u>Times</u> (National Edition), the <u>Wall Street Journal</u> (National, European, and Asian Editions),

<u>USA Today</u> (Worldwide Edition), the <u>Automotive News</u> (National Edition), and in local editions

of the following publications: the <u>Adrian Daily Telegram</u>, the <u>Arizona Daily Star</u>, the <u>Buffalo</u>

News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader,

Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the

Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis

Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader,

the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile

Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the

Saginaw News, the Sandusky, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News,

and the Vindicator, and electronically through posting on the Delphi Legal Information Website,

www.delphidocket.com, on or before April 24, 2006.

17.    Approximately 16,600 proofs of claim (the "Proofs of Claim") have been

filed against the Debtors in these cases.  The Debtors have filed ten omnibus procedural Claims

objections[10] and ten omnibus substantive Claims objections.[11]  Pursuant to such omnibus Claims

objections, the Court has disallowed and expunged 9,136 Claims.  In addition, the hearings with

respect to approximately 921 Claims have been adjourned to future claims hearings pursuant to

the Claims Objection Procedures Order (as defined below) and another 283 Claims are subject to

pending objections.

18.    On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

---

[10]    The Debtors filed procedural objections on September 19, 2006  (Docket No. 5151), October 31, 2006 (Docket
No. 5451), December 8, 2006 (Docket No. 6099), January 12, 2007 (Docket No. 6571), February 15, 2007
(Docket No. 6962), March 16, 2007 (Docket No. 7300), April 27, 2007 (Docket No. 7824), May 22, 2007
(Docket No. 7998), June 15, 2007 (Docket No. 8271), and July 13, 2007 (Docket No. 8616).

[11]    The Debtors filed substantive objections on October 31, 2006 (Docket No. 5452), December 8, 2006 (Docket
No. 6100), January 12, 2007 (Docket No. 6585), February 15, 2007 (Docket No. 6968), March 16, 2007
(Docket No. 7301), April 27, 2007 (Docket No. 7825), May 22, 2007 (Docket No. 7999), June 15, 2007
(Docket No. 8270), July 13, 2007 (Docket No. 8617), and August 24, 2007 (Docket No. 9151).

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections.  On December 7, 2006,

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

19.     In this Twenty-First Omnibus Claims Objection, the Debtors are objecting

to 209 Proofs of Claim.

Relief Requested

20.     By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 (a) disallowing and expunging those

Claims set forth on Exhibit A hereto as "Claims To Be Expunged" because they are duplicative

of other Claims or have been amended or superseded by later-filed Claims, (b) the Claim set

forth on Exhibit B attached hereto because it was filed by a holder of Delphi common stock

solely on account of its stock holdings and was untimely pursuant to the Bar Date Order, (c)

disallowing and expunging those Claims set forth on Exhibit C-1 hereto because they contain

insufficient documentation in support of the Claims asserted, (d) disallowing and expunging the

Claim set forth on Exhibit C-2 hereto because it contains insufficient documentation in support

of the Claim asserted and was untimely filed pursuant to the Bar Date Order, (e) disallowing and

expunging those Claims set forth on Exhibit D-1 hereto because they assert liabilities or dollar

amounts that are not reflected on the Debtors' books and records, (f) disallowing and expunging

those Claims set forth on Exhibit D-2 hereto because they assert liabilities or dollar amounts that

10

are not reflected on the Debtors' books and records and were untimely filed pursuant to the Bar

Date Order, (g) disallowing and expunging those Claims set forth on Exhibit D-3 hereto, which

were filed by taxing authorities, because they assert liabilities and dollar amounts that are not

reflected on the Debtors' books and records, (h) disallowing and expunging those Claims set

forth on Exhibit E-1 hereto because they were untimely filed pursuant to the Bar Date Order, (i)

disallowing and expunging those Claims set forth on Exhibit E-2 hereto, which were filed by

taxing authorities, because they were untimely filed pursuant to the Bar Date Order, (j) revising

the asserted amount or classification, and/or changing the identity of the alleged Debtor, with

respect to the Claims set forth on Exhibit F-1 hereto, (k) revising the asserted amount and/or

classification with respect to the Claim set forth on Exhibit F-2 hereto, which was filed by a

taxing authority, and (l) revising the asserted amount and/or classification with respect to the

Claims set forth on Exhibit F-3 hereto, some of which are subject to a letter agreement pursuant

to which the Debtors and the Claimant agreed upon the valid amount of such Claimant's

reclamation demand, subject to certain reserved defenses, and others of which are held by

Claimants who are deemed to have consented to the Debtors' determination of the valid amount

of the reclamation demand, subject to certain reserved defenses.

### Objections To Claims

G.    Duplicate Or Amended Claims

21.    During the Debtors' review of the Proofs of Claim, the Debtors determined

that certain of the Proofs of Claim in fact assert duplicate Claims (each, a "Duplicate Claim") for

a single liability.  In some instances, Duplicate Claims arose when a Claimant filed Proofs of

Claim against multiple Debtor entities for the same liability.  In an effort to eliminate the

Duplicate Claims, the Debtors reviewed the Proofs of Claim, the supporting documentation

provided in those Proofs of Claim, and the Debtors' Schedules and Statements to determine which duplicate claim should be the surviving claim.

22.    Additionally, the Debtors determined that many Claims evidenced by Proofs of Claim were subsequently amended or superseded by other Proofs of Claim filed by creditors with respect to the same liabilities (the "Amended Claims").  For instance, many Amended Claims were filed to amend an amount previously claimed in an earlier Proof of Claim (the "Original Claim").  Other Amended Claims were filed to amend the classification of part or all of an earlier Original Claim.

23.    It is axiomatic that creditors are not entitled to multiple recoveries for a single liability against a debtor.  Accordingly, the Debtors wish to eliminate the Duplicate Claims.  In addition, the Debtors wish to eliminate from the Debtors' claims register Original Claims for which Amended Claims were subsequently filed (collectively, the "Duplicate Or Amended Claims").

24.    Set forth on <u>Exhibit A</u> hereto is a list of Claims that the Debtors have identified as Duplicate Or Amended Claims.[12]  For each Duplicate Or Amended Claim, <u>Exhibit A</u> classifies a Proof of Claim as either a "Claim To Be Expunged" (the "Expunged Claim") or as a "Surviving Claim" (the "Surviving Claim").  Generally, the Surviving Claims reflect the classifications of the liabilities as reflected on the Debtors' Schedules and Statements.[13]  The

---

[12]    The Debtors further object to the following Claims on the basis that they were not timely filed pursuant to the Bar Date Order:  proofs of claim numbers 16639, 16643, 16646, and 16648.  In addition, the Debtors further object to proof of claim number 16638 on the grounds that it was not timely filed pursuant to the Bar Date Order and also on the grounds that it asserts liabilities that are not owing pursuant to the Debtors' books and records.  Proofs of claim numbers 16638, 16639, 16643, 16646, and 16648 were not included as part of the Claims Timeliness Motion (as hereinafter defined).

[13]    As stated in the Global Notes And Statement Of Limitations, Methodology And Disclaimer Regarding Debtors' Schedules And Statements (the "Global Notes"), filed as part of the Debtors' Schedules and Statements:

*(cont'd)*

Debtors request that the Claims marked as Expunged Claims on <u>Exhibit A</u> be disallowed and expunged.  With respect to the Claims on <u>Exhibit A</u> marked as Surviving Claims, the Debtors do not seek any relief at this time.  The inclusion of the Surviving Claims on <u>Exhibit A</u>, however, does not reflect any view by the Debtors as to the ultimate validity of any such Claims.  The Debtors therefore expressly reserve all of their rights to further object to any or all of the Surviving Claims at a later date on any basis whatsoever, except as expressly provided in paragraph **[64]** below.

25.    Accordingly, the Debtors (a) object to the Duplicate Or Amended Claims and (b) seek entry of an order disallowing and expunging the Duplicate Or Amended Claims in their entirety.

H.    <u>Untimely Equity Claim</u>

26.    During the Debtors' review of the Proofs of Claim, the Debtors determined that a certain Proof of Claim filed against the Debtors in fact represents a proof of interest that was filed by or on behalf of a person holding Delphi common stock (the "Equity Claims").  The Debtors caused the Claims Agent to serve notice of the Bar Date on holders of Delphi common stock to ensure that holders of stock who wished to assert claims against any of the Debtors that

_____

*(cont'd from previous page)*

Certain of the Debtors maintain consolidated books and records.  Specifically, the books and records for Exhaust Systems Corporation, Environmental Catalysts LLC, ASEC Manufacturing General Partnership [("ASEC Manufacturing")], and ASEC Sales General Partnership [(collectively, the "Catalyst Entities")] are maintained in this manner.  The financial information for these entities has been consolidated for purposes of the Schedules and Statements and such consolidated financial information has been included in the Schedules and Statements of each of [the Catalyst Entities].

Global Notes ¶ 19.  To the extent that claimants filed Proofs of Claim against ASEC Manufacturing and one or more of the other Catalyst Entities, the Debtors have, for purposes of administrative convenience, retained the Claim filed against ASEC Manufacturing as the Surviving Claim.  Undoubtedly, despite the consolidation of the books and records of the Catalyst Entities, claimants should not retain more than one Claim for a single liability.  Nonetheless, the Debtors expressly reserve all of their rights to re-classify these obligations as obligations of another Debtor entity at a later date.

were not based solely upon their ownership of Delphi common stock would be afforded the opportunity to file claims in these chapter 11 cases.

27.     The ownership of Delphi common stock constitutes an equity interest in Delphi, but does not constitute a "claim" against Delphi's estate as such term is defined in section 101(5) of the Bankruptcy Code.  Furthermore, as set forth in the Bar Date Notice that was approved by this Court, creditors and equity holders were notified that they were not required to file proofs of claim based exclusively on ownership interests in Delphi common stock.[14]

28.     One of the Equity Claims was received by the Debtors after the Bar Date (the "Untimely Equity Claim").  With respect to that Untimely Claim, the Debtors also object to such Claim on the basis that it was not timely filed pursuant to the Bar Date Order.[15]

---

[14]   The Bar Date Order provides, in relevant part:

Proofs of Claim are not required, at this time, to be filed by any Person or Entity asserting a Claim of any of the types set forth below:

*     *     *

(h)  Any holder of equity securities of, or other interests in, the Debtors solely with respect to such holder's ownership interest in or possession of such equity securities, or other interest; provided, however, that any such holder which wishes to assert a Claim against any of the Debtors that is not based solely upon its ownership of the Debtors' securities, including, but not limited to, Claims for damages or rescission based on the purchase or sale of such securities, must file a proof of claim on or prior to the General Bar Date in respect of such Claim.

Bar Date Order ¶5 (emphasis added).

[15]   The Bar Date Order provides in part:

Any Person or Entity which is required to file a Proof of Claim in these chapter 11 cases but that fails to do so in a timely manner on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from (a) asserting any Claim against the Debtors that such Person or Entity has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules as undisputed, non-contingent, and unliquidated or (ii) is of a different nature or in a different classification than as set form in the Schedules (any such Claim referred to as an "Unscheduled Claim") and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in respect of an Unscheduled Claim, and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.

Bar Date Order ¶ 11.

14

29.    Set forth on <u>Exhibit B</u> is the Untimely Equity Claim that the Debtors have

identified as representing solely a proof of interest and which was not timely filed pursuant to the

Bar Date Order.[16]    The Debtors therefore seek to have this claim reclassified from a Claim to an

interest and be disallowed and expunged as untimely.    To the extent that the individual that filed

the Untimely Equity Claim listed on <u>Exhibit B</u> holds a valid equity interest in Delphi as of the

applicable record date, the requested reclassification of the Proof of Claim and disallowance of

the Claim will not impair any entitlements that the Claimant may ultimately have under a plan of

reorganization with respect to such holders' equity interest.

30.    Accordingly, the Debtors (a) object to the Untimely Equity Claim and (b)

seek entry of an order disallowing and expunging the Untimely Equity Claim in its entirety.

I.    <u>Insufficiently Documented Claims</u>

31.    During their Claims review, the Debtors discovered that certain Proofs of

Claim do not include sufficient documentation to support the claim asserted (the "Insufficiently

Documented Claims").    This deficiency in documentation has made it impossible for the Debtors

meaningfully to review the asserted Claims.    Although the Debtors contacted each Claimant

which filed an Insufficiently Documented Claim (other than those Claimants which filed a blank

proof of claim form, which made it impossible to identify a means of contacting such Claimants),

the Debtors received no additional documentation from such Claimants.[17]

32.    The burden of proof to establish a claim against an estate rests on the

claimant and, if a proof of claim does not include sufficient factual support, the proof of claim is

---

[16]    The Untimely Equity Claim listed on <u>Exhibit B</u> hereto was not included as part of the Motion For Order Under
Fed. R. Bankr. P. 3003(c)(3) And 9006(b)(1) Deeming Certain Proofs Of Claim Timely Filed, dated September
29, 2006 (Docket No. 5238) (the "Claims Timeliness Motion").

[17]    Claimants which responded to the Debtors' communications and provided additional information are not
included as part of this objection.

not entitled to a presumption of prima facie validity pursuant to Bankruptcy Rule 3001(f).  In re

WorldCom, Inc., No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) (only

a claim that alleges facts sufficient to support legal liability to claimant satisfies claimant's initial

obligation to file substantiated proof of claim); see also In re Allegheny Intern., Inc., 954 F.2d

167, 174 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to

support claim); In re Chiro Plus, Inc. 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears

initial burden of sufficiently alleging claim and establishing facts to support legal liability); In re

Armstrong Finishing, L.L.C., No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C.

May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it

entitled to have claim considered prima facie valid); In re United Cos. Fin. Corp., 267 B.R. 524,

527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its

claim to have claim make prima facie case).  As a result of the failure of the Claimants identified

on Exhibits C-1 and C-2 to provide sufficient documentation to permit an understanding of the

basis for their Claims, those Claims do not make out a prima facie case against the Debtors.

      33.    The Insufficiently Documented Claims either (a) fail to assert a Claim, (b)

fail to assert a monetary amount for the Claim, (c) state that there is no outstanding Claim against

the Debtors, and/or (d) contain no documentation in support of the Claim or provide no evidence

of the Debtors' liability for the Claim.  In addition, the Insufficiently Documented Claim listed

on Exhibit C-2 was received by the Debtors after the Bar Date (the "Untimely Insufficiently

Documented Claim").  With respect to the Untimely Insufficiently Documented Claim, the

Debtors also object to that Claim on the basis that it was not timely filed pursuant to the Bar Date

Order.[18]

      34.     Attached hereto as <u>Exhibit C-1</u> is a list of the Insufficiently Documented

Claims which the Debtors have identified as Claims that do not contain sufficient documentation

to permit an understanding of the basis for the Claim.[19]  Identified on <u>Exhibit C-2</u> is the

Untimely Insufficiently Documented Claim, which the Debtors have concluded does not contain

sufficient documentation to permit an understanding of the basis for the Claim and, in addition,

was not timely filed pursuant to the Bar Date Order.[20]  Accordingly, the Debtors (a) object to the

Insufficiently Documented Claims and the Untimely Insufficiently Documented Claim and (b)

seek entry of an order disallowing and expunging the Insufficiently Documented Claims and

Untimely Insufficiently Documented Claim in their entirety.  In the event that this Court does not

disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to

further object to the Insufficiently Documented Claims and the Untimely Insufficiently

Documented Claim at a later date on any basis whatsoever.

---

[18]   The Bar Date Order provides, in relevant part:

> Any Person or Entity which is required to file a Proof of Claim in these chapter 11 cases but that fails
> to do so in a timely manner on or before the applicable Bar Date shall be forever barred, estopped, and
> enjoined from (a) asserting any Claim against the Debtors that such Person or Entity has that (i) is in
> an amount that exceeds the amount, if any, that is set forth in the Schedules as undisputed, non-
> contingent, and unliquidated or (ii) is of a different nature or in a different classification than as set
> forth in the Schedules (any such Claim referred to as an "Unscheduled Claim") and (b) voting upon,
> or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in
> respect of an Unscheduled Claim, and the Debtors and their property shall be forever discharged from
> any and all indebtedness or liability with respect to such Unscheduled Claim.

  Bar Date Order ¶ 11.

[19]   Certain of the Claims on <u>Exhibits A</u>, <u>B</u>, <u>C-1</u>, <u>C-2</u>, <u>D-1</u>, <u>D-2</u>, <u>D-3</u>, <u>E-1</u>, <u>E-2</u>, <u>F-1</u>, <u>F-2</u>, and <u>F-3</u> may be listed in
the amount of $0.00.  This reflects the fact that the Claim amounts asserted by the Claimants in those instances
is unliquidated.

[20]   The Untimely Insufficiently Documented Claim listed on <u>Exhibit C-2</u> was not included as part of the Claims
Timeliness Motion.

J.    <u>Claims Not Reflected On The Debtors' Books And Records</u>

35.    During the Debtors' review of the Proofs of Claim, the Debtors determined that certain Proofs of Claim assert liabilities or dollar amounts that are not owing pursuant to the Debtors' books and records (the "Books And Records Claims").  In addition, the Debtors have determined that certain Proofs of Claim assert liabilities or dollar amounts that are not owing pursuant to the Debtors' books and records and, in addition, were not timely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").  The Debtors have also determined that certain Proofs of Claim filed by taxing authorities assert liabilities or dollar amounts that are not owing pursuant to the Debtors' books and records and, in addition, were not timely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims"). The Debtors believe that the parties asserting the Books And Records Claims, the Untimely Books And Records Claims, and the Untimely Books And Records Tax Claims are not creditors of the Debtors.

36.    The bases for determining that the Debtors are not liable for an asserted Claim include, but are not limited to, the following: (a) the Debtors' books and records do not reflect the existence of the asserted Claim or of the Claimant asserting such Claim, (b) the Debtors' books and records reflect that the Claim has been paid pursuant to a prior order of this Court, (c) the Debtors' books and records reflect that the asserted Claim was properly paid prior to the commencement of the Debtors' cases, and (d) the Claim constitutes a postpetition liability that has been paid by the Debtors in the ordinary course of the Debtors' businesses.

37.    A claimant's proof of claim is entitled to the presumption of <u>prima facie</u> validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the allegations that is essential to the claim's legal sufficiency.'"  <u>WorldCom</u>, 2005 WL 3832065, at

18

*4 (quoting <u>Allegheny</u>, 954 F.2d at 174).  Once such an allegation is refuted, "'the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.'"  <u>Id</u>.

38.    Attached hereto as <u>Exhibit D-1</u> is a list of the Books And Records Claims that the Debtors have identified as Claims for which the Debtors are not liable.  Identified on <u>Exhibit D-2</u> hereto is a list of the Untimely Books And Records Claims that the Debtors have identified as Claims for which the Debtors are not liable.[21]  Attached hereto as <u>Exhibit D-3</u> is a list of the Untimely Books And Records Tax Claims that the Debtors have also identified as Claims for which the Debtors are not liable.[22]  The Debtors object to the Untimely Books And Records Claims and Untimely Books And Records Tax Claims not only because the Debtors have no liability in respect thereof, but also because the Claims were not timely filed pursuant to the Bar Date Order.[23]  If this Court does not disallow and expunge these Claims in full, the Debtors expressly reserve all of their rights to further object to any or all of the Books And Records Claims, the Untimely Books And Records Claims, and the Untimely Books And Records Tax Claims at a later date on any basis whatsoever.

39.    Accordingly, the Debtors (a) object to the Books And Records Claims, the Untimely Books And Records Claims, and the Untimely Books And Records Tax Claims and (b) seek entry of an order disallowing and expunging the Books And Records Claims, the Untimely Books And Records Claims, and the Untimely Books And Records Tax Claims in their entirety.

---

[21]    The Untimely Books And Records Claims listed on <u>Exhibit D-2</u> hereto were not included as part of the Claims Timeliness Motion.

[22]    The Untimely Books And Records Tax Claims listed on <u>Exhibit D-3</u> hereto were not included as part of the Claims Timeliness Motion.

[23]    See Bar Date Order cited <u>supra</u> note 14.

K.    <u>Untimely Claims</u>

40.    During the Debtors' review of the Proofs of Claim, the Debtors determined that certain Proofs of Claim were received by the Debtors after the Bar Date (the "Untimely Claims"). In addition, the Debtors have also determined that certain Proofs of Claim filed by taxing authorities were received by the Debtors after the Bar Date Order (the "Untimely Tax Claims"). The Debtors object to the Untimely Claims on the basis that they were not timely filed pursuant to the Bar Date Order. With respect to the Untimely Tax Claims, the Debtors also object to those Claims on the basis that they were not timely filed pursuant to the Bar Date Order. The Untimely Claims are identified on <u>Exhibit E-1</u> hereto. The Untimely Tax Claims are identified on <u>Exhibit E-2</u> hereto. Accordingly, the Debtors (a) object to the Untimely Claims and the Untimely Tax Claims [24] and (b) seek entry of an order disallowing and expunging the Untimely Claims and the Untimely Tax Claims.

L.    <u>Claims Subject To Modification</u>

41.    During the Debtors' review of the Proofs of Claim, the Debtors have determined that certain Claims (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (collectively, the "Claims Subject To Modification").

42.    Although in this Twenty-First Omnibus Claims Objection the Debtors do not seek to disallow and expunge the Claims Subject To Modification, based on an initial review, the Debtors have determined that their liability with respect to each such Claim does not exceed

---

[24]    The Untimely Claims listed on <u>Exhibit E-1</u> and the Untimely Tax Claims listed on <u>Exhibit E-2</u> hereto were not included as part of the Claims Timeliness Motion.

the dollar amount set forth on Exhibit F-1 hereto.  Moreover, in some cases, the Debtors have

determined that such Claims should be reclassified in the manner set forth on Exhibit F-1 hereto.

Finally, in some cases, the Debtors have determined that such Claims should be asserted against

a different Debtor entity, as indicated on Exhibit F-1 hereto by a change in the applicable case

number.  The bases for placing a Claim in the Claims Subject To Modification category of

objection include, but are not limited to, the following: the asserted Claim (a) does not account

for amounts that may have been paid or credited against such Claim prior to the commencement

of these cases, (b) may include postpetition liabilities, (c) does not account for amounts that may

have been paid or credited against such Claim following the commencement of these cases, (d)

was docketed and filed against the wrong Debtor entity, and/or (e) is misclassified as a priority

or secured claim.  Thus, the Debtors seek to (i) convert the amount of each Claim Subject To

Modification to a fully liquidated, U.S. dollar-denominated amount consistent with the Debtors'

books and records and/or the liquidated amount requested by the Claimant (thus eliminating the

unliquidated component), as appropriate, (ii) change the identity of the Debtor against which the

Claim is asserted, and/or (iii) appropriately reclassify the Claim.

   43. As stated above, a Claimant's Proof of Claim is entitled to the presumption

of prima facie validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at

least one of the allegations that is essential to the claim's legal sufficiency.'"  WorldCom, 2005

WL 3832065, at *4 (quoting Allegheny, 954 F.2d at 174).  As with the unsubstantiated Claims,

the Debtors' books and records refute that the claims asserted in each Claim Subject To

Modification are actually owed by any of the Debtors.

   44. Set forth on Exhibit F-1 hereto is a list of Claims Subject To Modification

that the Debtors believe should be modified solely to assert a properly classified, fully liquidated

21

claim amount against a different Debtor than the one identified by the Claimant.  For each Claim

Subject To Modification, Exhibit F-1 reflects the amount, classification, and Debtor asserted in

the Claimant's Proof of Claim in a column titled "Claim As Docketed,"[25] and the proposed

modified dollar amount and classification for the Claim and the Debtor against which the Claim

should be asserted, in a column titled "Claim As Modified."

45.    The Debtors object to the amount, classification, and/or identity of the

Debtor for each Claim Subject To Modification listed on Exhibit F-1 and request that each such

Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As

Modified" column of Exhibit F-1.  Thus, no Claimant listed on Exhibit F-1 would be entitled to

(a) recover for any Claim Subject To Modification in an amount exceeding the dollar value listed

as the "Modified Total" for such Claim on Exhibit F-1, (b) assert a classification that is

inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against

a Debtor other than that whose case number is listed in the "Claim As Modified" column on

Exhibit F-1, subject to the Debtors' right to further object to each such Claim Subject To

Modification.  For clarity, Exhibit F-1 refers to the Debtor entities by case number and Exhibit G

displays the formal name of 22 Debtor entities and their associated bankruptcy case numbers

referenced in Exhibit F-1.

46.    The inclusion of the Claims Subject To Modification on Exhibit F-1,

however, does not reflect the Debtors' view as to the ultimate validity of any such Claim.  The

Debtors therefore expressly reserve all of their rights to further object to any or all of the Claims

Subject To Modification at a later date on any basis whatsoever.

---

[25]    The Asserted Claim Amount on Exhibits F-1, F-2, and F-3 reflects only asserted liquidated claims.

47.      Accordingly, the Debtors (a) object to the asserted amount, classification, and/or identity of the Debtor for each Claim Subject To Modification and (b) seek an order modifying the Claims Subject To Modification to reflect the Modified Total, classification for the Claim, and/or the Debtor against which such Claim should be asserted, as set forth on Exhibit F-1.

M.      Tax Claim Subject To Modification

48.      In addition, the Debtors have also determined that a certain Proof of Claim filed by a taxing authority (a) is overstated and/or (b) incorrectly asserts secured or priority status (the "Tax Claim Subject To Modification").

49.      Identified on Exhibit F-2 hereto is the Tax Claim Subject To Modification that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount.  For the Tax Claim Subject To Modification, Exhibit F-2 reflects the amount, classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar amount and classification which the Tax Claim Subject To Modification should be asserted in a column titled "Claim As Modified."

50.      The Debtors object to the amount and/or classification for the Tax Claim Subject To Modification listed on Exhibit F-2 and request that such Claim be revised to reflect the amount and classification listed in the "Tax Claim As Modified" column of Exhibit F-2. Thus, the Claimant listed on Exhibit F-2 would not be entitled to (a) recover for the Tax Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit F-2, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor other than that whose case number is listed in the "Claim As Modified" column on Exhibit F-2, subject to the Debtors' right to further object to the Tax Claim Subject To Modification.

23

51.     Accordingly, the Debtors (a) object to the asserted amount and/or the classification for the Tax Claim Subject To Modification and (b) seek an order modifying the Tax Claim Subject To Modification to reflect the Modified Total and/or classification, as set forth on Exhibit F-2.

N.     Modified Claims Asserting Reclamation

52.     In addition, the Debtors have also determined that certain Claims (the "Modified Claims Asserting Reclamation") (a)(i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid.

53.     Set forth on Exhibit F-3 hereto is a list of Modified Claims Asserting Reclamation that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against the appropriate Debtor.  For each Modified Claim Asserting Reclamation, Exhibit F-3 reflects the amount, classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As Docketed" and the proposed modified dollar amount and classification for Modified Claim Asserting Reclamation, and the Debtor against which such Claim should be asserted, in a column titled "Claim As Modified."

24

54.    The Debtors object to the amount, classification, and/or identity of the Debtor for each Modified Claim Asserting Reclamation listed on Exhibit F-3 and request that each such Claim be revised to reflect the amount, classification, and identity of the Debtor listed in the "Claim As Modified" column of Exhibit F-3.  Thus, no Claimant listed on Exhibit F-3 would be entitled to (a) recover for any Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit F-3, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit F-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  For clarity, Exhibit F-3 refers to the Debtor entities by case number and Exhibit G displays the formal name of 22 Debtor entities and their associated bankruptcy case numbers referenced in Exhibit F-3.

55.    Accordingly, the Debtors (a) object to the amount, classification, and/or identity of the Debtor for the Modified Claims Asserting Reclamation and (b) seek an order modifying the Modified Claims Asserting Reclamation to reflect the Modified Total, classification, and/or identity of the Debtor against which such Claim should be asserted, as set forth on Exhibit G.

<u>Separate Contested Matters</u>

56.    Pursuant to the Claims Objection Procedures Order, to the extent that a response is filed with respect to any Claim listed in this Twenty-First Omnibus Claims Objection, each such Claim and the objection to such Claim asserted in this Twenty-First Omnibus Claims

25

Objection will be deemed to constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014. Pursuant to the Claims Objection Procedures Order, any order entered

by the Court with respect to an objection asserted in this Twenty-First Omnibus Claims

Objection will be deemed a separate order with respect to each Claim.

<u>Reservation Of Rights</u>

57.    The Debtors expressly reserve the right to amend, modify, or supplement

this Twenty-First Omnibus Claims Objection and to file additional objections to the Proofs of

Claim or any other Claims (filed or not) which may be asserted against the Debtors, including

without limitation the right to object to any Claim on the basis that it has been asserted against

the wrong Debtor entity. Should one or more of the grounds for objection stated in this Twenty-

First Omnibus Claims Objection be dismissed, the Debtors reserve their rights to object on other

stated grounds or on any other grounds that the Debtors discover during the pendency of these

cases. In addition, the Debtors reserve the right to seek further reduction of any Claim to the

extent that such Claim has been paid.

<u>Responses To Objections</u>

58.    Responses to the Twenty-First Omnibus Claims Objection are governed

by the provisions of the Claims Objection Procedures Order. The following summarizes the

provisions of that Order, but is qualified in all respects by the express terms thereof.

O.    <u>Filing And Service Of Responses</u>

59.    To contest an objection, responses (each, a "Response"), if any, to the

Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules

of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in

accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 632, New York, New York

10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098

(Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom

LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,

John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00**

**p.m. (prevailing Eastern time) on October 18, 2007.**

P.      Contents Of Responses

          60.      Every Response to this Twenty-First Omnibus Claims Objection must

contain at a minimum the following:

          (a)      the title of the claims objection to which the Response is directed;

          (b)      the name of the Claimant and a brief description of the basis for
the amount of the Claim;

          (c)      a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases
upon which the Claimant will rely in opposing the claims objection;

          (d)      unless already set forth in the Proof of Claim previously filed with
the Court, documentation sufficient to establish a prima facie right to payment; provided,
however, that the Claimant need not disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that the Claimant must disclose to the
Debtors all information and provide copies of all documents that the Claimant believes to be
confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in
support of its Claim, subject to appropriate confidentiality constraints;

          (e)      to the extent that the Claim is contingent or fully or partially
unliquidated, the amount that the Claimant believes would be the allowable amount of such
Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

Q.    Timely Response Required

61.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors request that this Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Twenty-First Omnibus Claims Objection.

62.    Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose Proof of Claim is subject to the Twenty-First Omnibus Claims Objection and who is served with the Twenty-First Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Debtors may present to the Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in the Twenty-First Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Hearing Procedures Order.

28

63.    To the extent that a Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or partially unliquidated and (b) provides the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), <u>pursuant to the Claims Objection Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code</u>, by providing notice as described more fully in the Claims Objection Procedures Order.

<u>Replies To Responses</u>

64.    Replies to any Responses will be governed by the Claims Objection Procedures Order.

<u>Service Of Twenty-First Omnibus Claims Objection Order</u>

65.    Service of any order with regard to this Twenty-First Omnibus Claims Objection will be made in accordance with the Claims Objection Procedures Order.

<u>Further Information</u>

66.    Questions about this Twenty-First Omnibus Claims Objection or requests for additional information about the proposed disposition of Claims hereunder should be directed to the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,

29

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Questions regarding the amount of a Claim or the filing of a Claim should be directed to the

Claims Agent at 1-888-249-2691 or www.delphidocket.com.  Claimants should not contact the

Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

67.    Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered October 26, 2006 (Docket No. 5418), and

the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026,

9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And

(II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089).  In

light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

68.    Pursuant to the Claims Objection Procedures Order, the Debtors will

provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Twenty-

First Omnibus Claims Objection with a personalized Notice Of Objection To Claim which

specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis

for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the

Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A, B, C-1, C-2, D-1,

D-2, D-3, E-1, and E-2, is attached hereto as Exhibit H.  A form of the Notice Of Objection To

Claim to be sent to the Claimants listed on Exhibits F-1, F-2, and F-3 is attached hereto as

Exhibit I.  Claimants will receive a copy of this Twenty-First Omnibus Claims Objection without

Exhibits A through I hereto.  Claimants will nonetheless be able to review Exhibits A through I

hereto free of charge by accessing the Debtors' Legal Information Website

(www.delphidocket.com).  In light of the nature of the relief requested, the Debtors submit that

no other or further notice is necessary.

Memorandum Of Law

69.    Because the legal points and authorities upon which this objection relies

are incorporated herein, the Debtors respectfully request that the requirement of the service and

filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York be deemed

satisfied.

WHEREFORE the Debtors respectfully request that the Court enter an order (a)

granting the relief requested herein and (b) granting the Debtors such other and further relief as is

just.

Dated:   New York, New York
         September 21, 2007

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr. (JB 4711)
                                    John K. Lyons (JL 9331)
                                    Ron E. Meisler (RM 3026)
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois 60606

                                    - and -

                              By:   /s/ Kayalyn A. Marafioti
                                    Kayalyn A. Marafioti (KM 9632)
                                    Thomas J. Matz (TM 5986)
                              Four Times Square
                              New York, New York 10036

                              Attorneys for Delphi Corporation, et al.,
                                 Debtors and Debtors-in-Possession

32

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16643<br>Date Filed: 08/21/2007<br>Creditor's Name and Address:<br><br>ALUMAX MILL PRODUCTS INC<br>ALCOA INC<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $759,966.06<br><br>Total: $759,966.06 | Claim Number: 12006<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br><br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $713,498.23<br><br>Total: $713,498.23 |
| Claim Number: 16639<br>Date Filed: 08/10/2007<br>Creditor's Name and Address:<br><br>BOOTH INCORPORATED<br>671 E KITTLE RD<br>MIO, MI 48647-876 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $45,786.00<br>Administrative:<br>Unsecured:<br><br>Total: $45,786.00 | Claim Number: 145<br>Date Filed: 10/28/2005<br>Creditor's Name and Address:<br><br>BOOTH INC<br>PO BOX 487<br>MIO, MI 48647 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $48,243.00<br>Administrative:<br>Unsecured:<br><br>Total: $48,243.00 |
| Claim Number: 12143<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br><br>HYDRO ALUMINUM PRECISION TUBING<br>NORTH AMERICA LLC SUCCESSOR IN<br>INTEREST TO HYDRO ALUMINUM<br>ROCKLEDGE INC<br>100 GUS HIPP BLVD<br>ROCKLEDGE, FL 32955 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,662.24<br><br>Total: $16,662.24 | Claim Number: 12142<br>Date Filed: 07/28/2006<br>Creditor's Name and Address:<br><br>ORE HILL HUB FUND LTD<br>650 FIFTH AVE 9TH FL<br>NEW YORK, NY 10019 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $570,535.00<br><br>Total: $570,535.00 |
| Claim Number: 16659<br>Date Filed: 10/10/2005<br>Creditor's Name and Address:<br><br>KEN MAC METALS<br>17901 ENGLEWOOD DR<br>CLEVELAND, OH 44130 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $55,022.63<br>Administrative:<br>Unsecured:<br><br>Total: $55,022.63 | Claim Number: 16701<br>Date Filed: 09/06/2007<br>Creditor's Name and Address:<br><br>KEN MAC METALS A DIVISION OF<br>THYSSENKRUPP METALS NA<br>LEWIS & KAPPES PC<br>ONE AMERICAN SQUARE STE 2500<br>INDIANAPOLIS, IN 46282 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $562,944.68<br><br>Total: $562,944.68 |

*UNL stands for unliquidated

**EXHIBIT A - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16648<br>Date Filed: 08/31/2007<br>Creditor's Name and Address:<br><br>NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $7,938,701.29<br>Administrative:<br>Unsecured: $29,749.59<br>Total: $7,968,450.88 | Claim Number: 9824<br>Date Filed: 07/11/2006<br>Creditor's Name and Address:<br><br>NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $20,082,602.46<br>Administrative:<br>Unsecured: $29,749.59<br>Total: $20,112,352.05 |
| Claim Number: 16646<br>Date Filed: 08/27/2007<br>Creditor's Name and Address:<br><br>NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $7,775,078.32<br>Unsecured:<br>Total: $7,775,078.32 | Claim Number: 9824<br>Date Filed: 07/11/2006<br>Creditor's Name and Address:<br><br>NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $20,082,602.46<br>Administrative:<br>Unsecured: $29,749.59<br>Total: $20,112,352.05 |
| Claim Number: 16638<br>Date Filed: 08/07/2007<br>Creditor's Name and Address:<br><br>SECRETARY OF LABOR ON BEHALF OF THE<br>DELPHI PERSONAL SAVINGS PLAN FOR<br>HRLY EMPLOYEES IN THE US<br>DEPARTMENT OF LABOR OFFICE OF<br>SOLICITOR<br>230 S DEARBOR ST 8TH FL<br>CHICAGO, IL 60604 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,232,133.00<br>Total: $3,232,133.00 | Claim Number: 15135<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>SECRETARY OF LABOR ON BEHALF OF THE<br>DELPHI PERSONAL SAVINGS PLAN FOR<br>HOURLY RATE EMPLOYEES IN THE UNITED<br>STATES<br>US DEPT OF LABOR OFFICE OF THE SOLICITOR<br>230 S DEARBORN ST 8TH FLOOR<br>CHICAGO, IL 60604 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

**Total Claims to be Expunged:** 7

**Total Asserted Amount to be Expunged:** $19,853,099.13

*UNL stands for unliquidated

In re Delphi Corporation, <u>et al.</u>                                    **Twenty-First Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT B - UNTIMELY EQUITY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARIAN WELCSH<br>6990 LOCKWOOD BLVD<br>YOUNGSTOWN, OH 44512-4013 | 16708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,000.00<br><br><br>$20,000.00 | 09/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| | Total:          1 | | $20,000.00 | | |

**In re Delphi Corporation, et al.**          **Twenty-First Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYNTHIA L DARBY<br>3577 COMPTON PKWY<br>SAINT CHARLES, MO 63301-4078 | 15894 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ROCKWELL AUTOMATION<br>1201 S SECOND ST<br>MILWAUKEE, WI 53204 | 2474 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,591.99<br>$22,591.99 | 04/03/2006 | DELPHI CORPORATION (05-44481) |
| ROGER D NEWELL<br>5952 PHELPS CT<br>OTTER LAKE, MI 48464-0029 | 15878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SBC ADVANCED SOLUTIONS INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 912 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,841.74<br>$3,841.74 | 11/28/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 2103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$691,047.51<br>$691,047.51 | 02/23/2006 | DELPHI CORPORATION (05-44481) |
| SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$373,508.42<br>$373,508.42 | 01/17/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| SBC LONG DISTANCE INC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | 1579 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000.00<br>$1,000.00 | 01/17/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| VERONICA CHEMERS AND NICK CHEMERS JT TEN<br>1312 S CRESCENT<br>PARK RIDGE, IL 60068-5362 | 15862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                              **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| **Total:** | **8** | **$1,091,989.66** | | |

*UNL stands for unliquidated

In re Delphi Corporation, <u>et al.</u>                                        **Twenty-First Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT C-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEWIS HELEN<br>PO BOX 418<br>FORT DEFIANCE, AZ 86504 | 16365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2006 | DELPHI CORPORATION (05-44481) |
| | **Total: 1** | | **UNL** | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                    **Twenty-First Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AKEBONO CORPORATION DICKINSON WRIGHT PLLC 301 E LIBERTY STE 500 ANN ARBOR, MI 48104-2266 | 2433 | Secured: Priority: Administrative: Unsecured: Total: | $231,027.90 $231,027.90 | 03/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL AS ASSIGNEE FOR CARRIER TERMINAL SERVICES INC 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797 | 2316 | Secured: Priority: Administrative: Unsecured: Total: | $8,125.00 $8,125.00 | 03/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ATUL PASRICHA 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14020 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BELCO TOOL & MFG INC 225 TERRACE ST EXT MEADVILLE, PA 16335 | 6145 | Secured: Priority: Administrative: Unsecured: Total: | $10,000.00 $32,939.00 $42,939.00 | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| DAEWOO INTERNATIONAL AMERICA CORP 85 CHALLENGER RD RIDGEFIELD PARK, NJ 07660 | 16668 | Secured: Priority: Administrative: Unsecured: Total: | $24,135.26 $24,135.26 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| FLOYD MANUFACTURING CO INC COHN BIRNBAUM & SHEA PC 100 PEARL ST 12TH FL HARTFORD, CT 06103 | 16679 | Secured: Priority: Administrative: Unsecured: Total: | $13,456.71 $13,456.71 | 10/12/2005 | DELPHI CORPORATION (05-44481) |
| HYDRA LOCK CORP 25000 JOY BLVD MOUNT CLEMENS, MI 48043 | 3890 | Secured: Priority: Administrative: Unsecured: Total: | $4,420.00 $4,420.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LAURA J MARION JAFFEE RAITT HEUER & WIESS PC 27777 FRANKLIN RD STE 2500 SOUTHFIELD, MI 48034 | 12219 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MACOMB COUNTY FRIEND OF COURT ACCT OF ANTHONY ARAGONA CASE D9227828 40 N MAIN 6TH FL CTY CT BLDG MT CLEMENS, MI 38074-5246 | 8383 | Secured: Priority: Administrative: Unsecured: Total: | $1,522.11 $1,522.11 | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| MACOMB COUNTY FRIEND OF COURT ACCT OF DAVID C COLLINS CASE 93 1253 DM 40 N MAIN ST MT CLEMENS, MI 38172-2812 | 8382 | Secured: Priority: Administrative: Unsecured: Total: | $24,900.47 $24,900.47 | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| METALDYNE CORPORATION AND METALDYNE COMPANY LLC 47603 HALYARD PLYMOUTH, MI 48170 | 11935 | Secured: Priority: Administrative: Unsecured: Total: | $166,572.04 $166,572.04 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NOBLE USA INC 5450 MEADOWBROOK INDUSTRIAL CT ROLLING MEADOWS, IL 60008 | 16689 | Secured: Priority: Administrative: Unsecured: Total: | $25,804.80 $25,804.80 | 10/17/2005 | DELPHI CORPORATION (05-44481) |
| PAMELA GELLER 1715 CARRINGTON WY BLOOMFIELD, MI 48302 | 12147 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14021 | Secured: Priority: Administrative: Unsecured: Total: | $10,000.00 UNL $10,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14022 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**         **Twenty-First Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14024 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14023 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/31/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14019 | Secured: Priority: Administrative: Unsecured: Total: | $10,000.00 UNL $10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14025 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PASRICHA ATUL 2394 HERONWOOD DR BLOOMFIELD HILLS, MI 48302 | 14026 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| SABO USA DEAN & FULKERSON PC 801 W BIG BEAVER 5TH FL TROY, MI 48084-4767 | 16651 | Secured: Priority: Administrative: Unsecured: Total: | $6,524.28 $6,524.28 | 10/21/2005 | DELPHI CORPORATION (05-44481) |
| SBC GLOBAL PO BOX 981268 WEST SACRAMENTO, CA 95798 | 1583 | Secured: Priority: Administrative: Unsecured: Total: | $21.91 $21.91 | 01/17/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| SBC YELLOW PAGES 100 E BIG BEAVER TROY, MI 48083 | 563 | Secured: Priority: Administrative: Unsecured: Total: | $103.31 $103.31 | 11/14/2005 | DELPHI CORPORATION (05-44481) |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                        **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHOICHIRO IRIMAJIRI SHOICHIRO IRIMAJIRI INC 7F SHIODOME SUPERIOR BLDG 1 7 10 SHINBASHI MINATO KU TOKYO, 105 0004 JAPAN | 11109 | Secured: Priority: Administrative: Unsecured: Total: | UNL $746,250.00 $746,250.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| TAIHO CORPORATION OF AMERICA MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 16677 | Secured: Priority: Administrative: Unsecured: Total: | $67,767.00 $67,767.00 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| THE AMERICAN TEAM INC DIRECTOR OF FINANCE 42050 EXECUTIVE DR HARRISON TOWNSHIP, MI 48045-1311 | 16671 | Secured: Priority: Administrative: Unsecured: Total: | $1,575.97 $1,575.97 | 10/12/2005 | DELPHI CORPORATION (05-44481) |
| THE OAKWOOD GROUP 1100 OAKWOOD BLVD DEARBORN, MI 48124 | 6066 | Secured: Priority: Administrative: Unsecured: Total: | $11,695.30 $11,695.30 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |

**Total:    27                $1,396,841.06**

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                              **Twenty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARNOPALLET CORPORATION HOPPER BLACKWELL P C 111 MONUMENT CIR STE 452 INDIANAPOLIS, IN 46204 | 16635 | Secured: Priority: Administrative: Unsecured: Total: | $26,900.00 $26,900.00 | 07/31/2007 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF HEALTH NYS OFFICE OF THE ATTORNEY GENERAL 120 BROADWAY NEW YORK, NY 10271 | 16634 | Secured: Priority: Administrative: Unsecured: Total: | $77.68 $77.68 | 07/30/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **2** | | **$26,977.68** | | |

*UNL stands for unliquidated

In re Delphi Corporation, et al.                                    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE PO BOX 5300 ALBANY, NY 12205-0300 | 16647 | Secured: Priority: Administrative: Unsecured: Total: | $1,440.81 $1,440.81 | 08/27/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695 | 16649 | Secured: Priority: Administrative: Unsecured: Total: | $36,000.00 $36,000.00 | 08/04/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | | $37,440.81 | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    **Twenty-First Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AT&T GLOBAL SERIVCES FKA SBC GLOBAL<br>AT&T INC<br>1 AT&T WAY RM 3A218<br>BEDMINSTER, NJ 07921 | 16636 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $751,745.35<br>$751,745.35 | 08/06/2007 | DELPHI CORPORATION (05-44481) |
| AT&T GLOBAL SERVICES FKA SBC GLOBAL<br>AT&T INC<br>1 AT&T WAY RM 3A218<br>BEDMINSTER, NJ 07921 | 16637 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $647,310.88<br>$647,310.88 | 08/06/2007 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| C&S LOGOS PATENT AND LAW OFFICE<br>KPO BOX 103<br>SEOUL, 110 601<br>KOREA, REPUBLIC OF | 16641 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $28,500.00<br>$28,500.00 | 08/13/2007 | DELPHI TECHNOLOGIES, INC (05-44554) |
| MARSILLI & CO S P A<br>MILES & STOCKBRIDGE PC<br>10 LIGHT ST<br>BALTIMORE, MD 21202 | 16642 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $37,585.30<br>$37,585.30 | 08/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ULTRASEAL<br>4403 CONCOURSE DR STE C<br>ANN ARBOR, MI 48108 | 16706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,525.44<br>$19,525.44 | 09/14/2007 | DELPHI CORPORATION (05-44481) |
| WOLPERT KENNETH D DBA GRAHAM SALES & ENGINEERING<br>2699 WHITE RD STE NO 255<br>IRVINE, CA 92614 | 16632 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,810.00<br>$7,810.00 | 07/27/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | | **$1,492,476.97** | | |

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                    **Twenty-First Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-2 - UNTIMELY TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GUILFORD COUNTY TAX DEPARTMENT PO BOX 3328 GREENSBORO, NC 27402 | 16621 | Secured: Priority: Administrative: Unsecured: Total: | $117.84 $117.84 | 07/03/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY CADILLAC PL 3030 W GRAND BLVD STE 10 200 DETROIT, MI 48202 | 16633 | Secured: Priority: Administrative: Unsecured: Total: | $12,954,363.21 $12,954,363.21 | 07/30/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695 | 16650 | Secured: Priority: Administrative: Unsecured: Total: | $133,911.40 $133,911.40 | 09/04/2007 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **3** | **$13,088,392.45** |
|---|---|---|---|

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 8286**
Date Filed: 06/20/2006
Docketed Total: $191,365.69
Filing Creditor Name and Address:
ACTCO TOOL AND
MANUFACTURING COMPANY
THE QUINN LAW FIRM
2222 W GRANDVIEW BLVD
ERIE, PA 16506

Claim Holder Name and Address
ACTCO TOOL AND
MANUFACTURING COMPANY
THE QUINN LAW FIRM
2222 W GRANDVIEW BLVD
ERIE, PA 16506

Docketed Total: $191,365.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,365.69 |
| | | | **$191,365.69** |

Modified Total: $31,220.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,220.00 |
| | | | **$31,220.00** |

**Claim: 12200**
Date Filed: 07/28/2006
Docketed Total: $567.30
Filing Creditor Name and Address:
AFL AUTOMOTIVE LP TEXAS
LIMITED PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Claim Holder Name and Address
AFL AUTOMOTIVE LP TEXAS
LIMITED PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Docketed Total: $567.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $567.30 |
| | | | **$567.30** |

Modified Total: $397.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $397.11 |
| | | | **$397.11** |

**Claim: 9382**
Date Filed: 07/12/2006
Docketed Total: $32,249.38
Filing Creditor Name and Address:
AIM
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Claim Holder Name and Address
AIM
9100 HENRI BOURASSA E
MONTREAL QUEBEC, H1E 2S4
CANADA

Docketed Total: $32,249.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $32,249.38 |
| | | | **$32,249.38** |

Modified Total: $31,673.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,673.81 |
| | | | **$31,673.81** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9383<br>Date Filed: 07/12/2006<br>Docketed Total: $450.00<br>Filing Creditor Name and Address:<br>AIM PRODUCTS<br>9100 HENRI BOURASSA E<br>MONTREAL QUEBEC, H1E 2S4<br>CANADA | Claim Holder Name and Address<br><br>AIM PRODUCTS    Docketed Total: **$450.00**<br>9100 HENRI BOURASSA E<br>MONTREAL QUEBEC, H1E 2S4<br>CANADA<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $450.00<br>    **$450.00** | Modified Total: **$450.00**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $450.00<br>    **$450.00** |
| Claim: 9384<br>Date Filed: 07/12/2006<br>Docketed Total: $1,353.10<br>Filing Creditor Name and Address:<br>AIM PRODUCTS<br>9100 HENRI BOURASSA E<br>MONTREAL QUEBEC, H1E 2S4<br>CANADA | Claim Holder Name and Address<br><br>AIM PRODUCTS    Docketed Total: **$1,353.10**<br>9100 HENRI BOURASSA E<br>MONTREAL QUEBEC, H1E 2S4<br>CANADA<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $1,353.10<br>    **$1,353.10** | Modified Total: **$1,353.10**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $1,353.10<br>    **$1,353.10** |
| Claim: 2738<br>Date Filed: 04/24/2006<br>Docketed Total: $4,750.20<br>Filing Creditor Name and Address:<br>AR-BEE TRANSPARENT PROD<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br><br>AR-BEE TRANSPARENT PROD    Docketed Total: **$4,750.20**<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $4,750.20<br>    **$4,750.20** | Modified Total: **$4,750.20**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $4,750.20<br>    **$4,750.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2317**
Date Filed:    03/16/2006
Docketed Total:    $88,316.34
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
SPEED MOTOR EXPRESS OF WNY
INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL AS ASSIGNEE FOR
SPEED MOTOR EXPRESS OF WNY
INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total:    **$88,316.34**

Modified Total:    **$35,399.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,316.34 |
| | | | **$88,316.34** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,399.20 |
| | | | **$35,399.20** |

**Claim: 7506**
Date Filed:    06/05/2006
Docketed Total:    $4,424,985.53
Filing Creditor Name and Address:
AT&T CORP
1355 W UNIVERSITY DR
MESA, AZ 85021

Claim Holder Name and Address
AT&T CORP
1355 W UNIVERSITY DR
MESA, AZ 85021

Docketed Total:    **$4,424,985.53**

Modified Total:    **$4,047,181.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,424,985.53 |
| | | | **$4,424,985.53** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,047,181.85 |
| | | | **$4,047,181.85** |

**Claim: 1772**
Date Filed:    02/03/2006
Docketed Total:    $610,197.60
Filing Creditor Name and Address:
CITATION FOUNDRY CORP
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF CITATION
FOUNDRY CORP
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total:    **$610,197.60**

Modified Total:    **$598,042.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $341,532.88 | $268,664.72 |
| | | **$341,532.88** | **$268,664.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $0.00 | $598,042.84 |
| | | **$0.00** | **$598,042.84** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4157**

Date Filed: 05/01/2006

Docketed Total: $38,757.32

Filing Creditor Name and Address:
CITY OF SAGINAW
1315 S WASHINGTON RM 105
SAGINAW, MI 48601

Claim Holder Name and Address
CITY OF SAGINAW
1315 S WASHINGTON RM 105
SAGINAW, MI 48601

Docketed Total: $38,757.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $38,757.32 | | |
| | $38,757.32 | | |

Modified Total: $34,193.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,193.25 |
| | | | $34,193.25 |

---

**Claim: 404**

Date Filed: 11/07/2005

Docketed Total: $78,488.06

Filing Creditor Name and Address:
CITY OF WARREN OHIO WATER DEPARTMENT
391 MAHONING AVE NW
WARREN, OH 44483

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $78,488.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $78,488.06 |
| | | | $78,488.06 |

Modified Total: $71,947.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,947.33 |
| | | | $71,947.33 |

---

**Claim: 568**

Date Filed: 11/14/2005

Docketed Total: $3,777.38

Filing Creditor Name and Address:
COMED
2100 SWIFT DR
OAKBROOK, IL 60523

Claim Holder Name and Address
COMED
2100 SWIFT DR
OAKBROOK, IL 60523

Docketed Total: $3,777.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,777.38 |
| | | | $3,777.38 |

Modified Total: $3,688.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,688.48 |
| | | | $3,688.48 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 88 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12685<br>Date Filed: 07/28/2006<br>Docketed Total: $91,628.77<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF INTEL AMERICAS<br>INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC ATTN ALPA JIMENEZ 411 WEST PUTNAM AVENUE STE 225 GREENWICH, CT 06830 | Docketed Total: | | **$91,628.77** | | Modified Total: | | **$75,781.77** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $91,628.77 | 05-44640 | | | $75,781.77 |
| | | | | **$91,628.77** | | | | **$75,781.77** |
| Claim: 14664<br>Date Filed: 07/31/2006<br>Docketed Total: $2,624,997.09<br>Filing Creditor Name and Address:<br>COOPER STANDARD<br>AUTOMOTIVE FKA ITT<br>AUTOMOTIVE FLUID HDG SYST<br>COOPER STANDARD<br>AUTOMOTIVE<br>39550 ORCHARD HILL PL<br>NOVI, MI 48376 | Claim Holder Name and Address<br><br>DEUTSCHE BANK SECURITIES INC 60 WALL ST 3RD FL NEW YORK, NY 10005 | Docketed Total: | | **$2,624,997.09** | | Modified Total: | | **$2,093,118.87** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $2,624,997.09 | 05-44640 | | | $2,093,118.87 |
| | | | | **$2,624,997.09** | | | | **$2,093,118.87** |
| Claim: 2337<br>Date Filed: 03/20/2006<br>Docketed Total: $87,229.82<br>Filing Creditor Name and Address:<br>D A STUART COMPANY<br>4580 WEAVER PKWY<br>WARRENVILLE, IL 60555 | Claim Holder Name and Address<br><br>FAIR HARBOR CAPITAL LLC 875 AVE OF THE AMERICAS STE 2305 NEW YORK, NY 10001 | Docketed Total: | | **$87,229.82** | | Modified Total: | | **$41,210.00** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $87,229.82 | 05-44640 | | | $41,210.00 |
| | | | | **$87,229.82** | | | | **$41,210.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document  
Pg 89 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 15663<br>Date Filed:   07/31/2006<br>Docketed Total:    $154,367.70<br>Filing Creditor Name and Address:<br>  DUN & BRADSTREET<br>  PO BOX 5126<br>  TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094     Docketed Total:  **$154,367.70** |     Modified Total:  **$140,468.97** |

| | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                    $154,367.70<br><br>                         **$154,367.70** | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                    $140,468.97<br><br>                         **$140,468.97** |

| Claim: 15665<br>Date Filed:   07/31/2006<br>Docketed Total:    $284.68<br>Filing Creditor Name and Address:<br>  DUN & BRADSTREET<br>  PO BOX 5126<br>  TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>DUN & BRADSTREET<br>PO BOX 5126<br>TIMONIUM, MD 21094     Docketed Total:  **$284.68**<br><br>**Case Number\***   Secured   Priority   Unsecured<br>05-44596                    $284.68<br><br>                      **$284.68** |     Modified Total:  **$284.68**<br><br>**Case Number\***   Secured   Priority   Unsecured<br>05-44640                    $284.68<br><br>                      **$284.68** |

| Claim: 10889<br>Date Filed:   07/25/2006<br>Docketed Total:    $58,051.22<br>Filing Creditor Name and Address:<br>  E&R INDUSTRIAL SALES INC<br>  40800 ENTERPRISE DR<br>  STERLING HEIGHTS, MI 48314 | Claim Holder Name and Address<br><br>E&R INDUSTRIAL SALES INC<br>40800 ENTERPRISE DR<br>STERLING HEIGHTS, MI 48314     Docketed Total:  **$58,051.22**<br><br>**Case Number\***   Secured   Priority   Unsecured<br>05-44481                    $58,051.22<br><br>                      **$58,051.22** |     Modified Total:  **$58,051.22**<br><br>**Case Number\***   Secured   Priority   Unsecured<br>05-44481              $0.00<br>05-44640                    $58,051.22<br><br>           **$0.00**            **$58,051.22** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9925**
Date Filed: 07/19/2006
Docketed Total: $1,686.25
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $1,686.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,686.25 |
| | | | **$1,686.25** |

Modified Total: $52.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $52.46 |
| | | | **$52.46** |

**Claim: 9927**
Date Filed: 07/19/2006
Docketed Total: $15,421.72
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $15,421.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $15,421.72 |
| | | | **$15,421.72** |

Modified Total: $15,421.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,421.72 |
| | | | **$15,421.72** |

**Claim: 9928**
Date Filed: 07/19/2006
Docketed Total: $762.05
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $762.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $762.05 |
| | | | **$762.05** |

Modified Total: $272.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $272.65 |
| | | | **$272.65** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4465**

Date Filed: 05/02/2006

Docketed Total: $116,942.39

Filing Creditor Name and Address:
FICOSA NORTH AMERICA SA DE CV
AV LAS TORRES 404
PARQUE INDUSTRIAL ESCOBEDO
ESCOBEDO NL, CP 66050
MEXICO

Claim Holder Name and Address
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $116,942.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $116,942.39 |
| | | | **$116,942.39** |

Modified Total: $100,824.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $100,824.47 |
| | | | **$100,824.47** |

---

**Claim: 7066**

Date Filed: 05/30/2006

Docketed Total: $18,484.50

Filing Creditor Name and Address:
FISHER UNITECH INC
1150 STEPHENSON HWY
TROY, MI 48083-1187

Claim Holder Name and Address
FISHER UNITECH INC
1150 STEPHENSON HWY
TROY, MI 48083-1187

Docketed Total: $18,484.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,484.50 |
| | | | **$18,484.50** |

Modified Total: $18,484.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,484.50 |
| | | | **$18,484.50** |

---

**Claim: 10192**

Date Filed: 07/21/2006

Docketed Total: $5,295.00

Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A
GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $5,295.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,295.00 |
| | | | **$5,295.00** |

Modified Total: $1,833.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,833.00 |
| | | | **$1,833.00** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11939**

Claim to be Modified:
Date Filed: 07/28/2006
Docketed Total: $757.82
Filing Creditor Name and Address:
GE POLYMERSHAPES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078

Claim as Docketed:
Claim Holder Name and Address:
GE POLYMERSHAPES
C O GE PLASTICS
9930 KINCEY AVE
HUNTERSVILLE, NC 28078
Docketed Total: $757.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $757.82 |
| | | | **$757.82** |

Claim as Modified:
Modified Total: $430.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $430.28 |
| | | | **$430.28** |

**Claim: 967**

Claim to be Modified:
Date Filed: 12/02/2005
Docketed Total: $16,053.10
Filing Creditor Name and Address:
GLT
3341 SUCCESSFUL WY
DAYTON, OH 45414

Claim as Docketed:
Claim Holder Name and Address:
GLT
3341 SUCCESSFUL WY
DAYTON, OH 45414
Docketed Total: $16,053.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,053.10 |
| | | | **$16,053.10** |

Claim as Modified:
Modified Total: $16,053.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,053.10 |
| | | | **$16,053.10** |

**Claim: 15086**

Claim to be Modified:
Date Filed: 07/28/2006
Docketed Total: $10,800,051.81
Filing Creditor Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS
VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Claim as Docketed:
Claim Holder Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS VDO
AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004
Docketed Total: $10,800,051.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,800,051.81 |
| | | | **$10,800,051.81** |

Claim as Modified:
Modified Total: $10,403,953.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,403,953.43 |
| | | | **$10,403,953.43** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 93 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 991**
Date Filed:   12/05/2005
Docketed Total:    $50,545.72
Filing Creditor Name and Address:
  GOODWILL INDUSTRIES OF MID
  MICHIGAN
  501 S AVERILL
  FLINT, MI 48506

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC          Docketed Total:          $50,545.72
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,545.72 |
| | | | **$50,545.72** |

Modified Total:          $49,699.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $49,699.72 |
| | | | **$49,699.72** |

---

**Claim: 668**
Date Filed:   11/18/2005
Docketed Total:    $356,407.35
Filing Creditor Name and Address:
  HARRINGTON TOOL AND DIE
  INC
  2555 MATTE BLVD
  BROSSARD, QC J4Y 2H1
  CANADA

Claim Holder Name and Address

HARRINGTON TOOL AND DIE INC          Docketed Total:          $356,407.35
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $356,407.35 |
| | | | **$356,407.35** |

Modified Total:          $285,519.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $285,519.65 |
| | | | **$285,519.65** |

---

**Claim: 10656**
Date Filed:   07/25/2006
Docketed Total:    $781,205.06
Filing Creditor Name and Address:
  HENKEL CORPORATION HENKEL
  ELECTRONICS
  15051 E DON JULIAN RD
  INDUSTRY, CA 91746

Claim Holder Name and Address

HENKEL CORPORATION HENKEL          Docketed Total:          $781,205.06
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $781,205.06 |
| | | | **$781,205.06** |

Modified Total:          $417,668.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $417,092.32 |
| 05-44624 | | | $576.00 |
| | | | **$417,668.32** |

*See Exhibit G for a listing of debtor entities by case number.

Page 10 of 24

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 94 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10681**
Date Filed:  07/25/2006
Docketed Total:  $781,205.06
Filing Creditor Name and Address:
HENKEL CORPORATION HENKEL
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Claim Holder Name and Address:
HENKEL CORPORATION HENKEL
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Docketed Total:  $781,205.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $781,205.06 |
| | | | **$781,205.06** |

Modified Total:  $3,460.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,460.15 |
| | | | **$3,460.15** |

**Claim: 13249**
Date Filed:  07/31/2006
Docketed Total:  $14,112.30
Filing Creditor Name and Address:
HENKEL CORPORATION
SOVEREIGN COMMERCIAL
GROUP
PO BOX 485
AVON, OH 44011

Claim Holder Name and Address:
HENKEL CORPORATION
SOVEREIGN COMMERCIAL GROUP
PO BOX 485
AVON, OH 44011

Docketed Total:  $14,112.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,112.30 |
| | | | **$14,112.30** |

Modified Total:  $10,358.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,358.10 |
| | | | **$10,358.10** |

**Claim: 6497**
Date Filed:  05/22/2006
Docketed Total:  $67,576.91
Filing Creditor Name and Address:
HENKEL SURFACE
TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address:
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Docketed Total:  $67,576.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,576.91 |
| | | | **$67,576.91** |

Modified Total:  $67,576.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,576.91 |
| | | | **$67,576.91** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5305**
Date Filed: 05/08/2006
Docketed Total: $54,475.88
Filing Creditor Name and Address:
HERTZ EQUIPMENT RENTAL EFT
PO BOX 26390
OKLAHOMA CITY, OK 73126-0390

Claim Holder Name and Address

HERTZ EQUIPMENT RENTAL EFT
PO BOX 26390
OKLAHOMA CITY, OK 73126-0390

Docketed Total: **$54,475.88**

Modified Total: **$41,004.30**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $54,475.88 | 05-44640 | | | $41,004.30 |
| | | | **$54,475.88** | | | | **$41,004.30** |

**Claim: 12255**
Date Filed: 07/28/2006
Docketed Total: $29,845.26
Filing Creditor Name and Address:
HUTCHINSON SEAL DE MEXICO
SA DE CV
PELICANOS NO 313 COL SAN
FERNANDO
PARQUE INDUSTRIAL LOS
OLIVOS
ENSENADA BAJA CA, 22785
MEXICO

Claim Holder Name and Address

HUTCHINSON SEAL DE MEXICO SA
DE CV
PELICANOS NO 313 COL SAN
FERNANDO
PARQUE INDUSTRIAL LOS OLIVOS
ENSENADA BAJA CA, 22785
MEXICO

Docketed Total: **$29,845.26**

Modified Total: **$4,344.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $29,845.26 | 05-44640 | | | $4,344.74 |
| | | | **$29,845.26** | | | | **$4,344.74** |

**Claim: 12246**
Date Filed: 07/28/2006
Docketed Total: $18,691.05
Filing Creditor Name and Address:
ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490

Claim Holder Name and Address

ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490

Docketed Total: **$18,691.05**

Modified Total: **$12,732.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,691.05 | 05-44640 | | | $12,732.50 |
| | | | **$18,691.05** | | | | **$12,732.50** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 8402**
Date Filed: 06/23/2006
Docketed Total: $15,524.25
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$15,524.25**

Modified Total: **$15,524.25**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $15,524.25 | 05-44640 | | | $15,524.25 |
| | | | **$15,524.25** | | | | **$15,524.25** |

**Claim: 105**
Date Filed: 10/25/2005
Docketed Total: $233,508.18
Filing Creditor Name and Address:
KEATS MANUFACTURING CO
350 W HOLBROOK DR
WHEELING, IL 60090

Claim Holder Name and Address
KEATS MANUFACTURING CO
350 W HOLBROOK DR
WHEELING, IL 60090

Docketed Total: **$233,508.18**

Modified Total: **$48,538.95**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $233,508.18 | 05-44567 | | | $3,034.10 |
| | | | | 05-44640 | | | $45,504.85 |
| | | | **$233,508.18** | | | | **$48,538.95** |

**Claim: 104**
Date Filed: 10/25/2005
Docketed Total: $25,760.03
Filing Creditor Name and Address:
KEATS SOUTHWEST INC
350 W HOLBROOK DR
WHEELING, IL 60090

Claim Holder Name and Address
KEATS SOUTHWEST INC
350 W HOLBROOK DR
WHEELING, IL 60090

Docketed Total: **$25,760.03**

Modified Total: **$9,472.54**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $25,760.03 | 05-44640 | | | $9,472.54 |
| | | | **$25,760.03** | | | | **$9,472.54** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 14109**
Date Filed: 07/31/2006
Docketed Total: $165,738.24
Filing Creditor Name and Address:
KENSA LLC
BODMAN LLP
6TH FL AT FORD FIELD
1901 ST ANTOINE ST
DETROIT, MI 48226

Claim Holder Name and Address
KENSA LLC
BODMAN LLP
6TH FL AT FORD FIELD
1901 ST ANTOINE ST
DETROIT, MI 48226

Docketed Total: **$165,738.24**

Modified Total: **$35,657.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $165,738.24 |
| | | | **$165,738.24** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,657.84 |
| | | | **$35,657.84** |

---

**Claim: 15792**
Date Filed: 08/02/2006
Docketed Total: $140,983.79
Filing Creditor Name and Address:
KEYSTONE POWDERED METAL
COMPANY
BUCHANAN INGERSOLL &
ROONEY PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

Claim Holder Name and Address
KEYSTONE POWDERED METAL
COMPANY
BUCHANAN INGERSOLL & ROONEY
PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

Docketed Total: **$140,983.79**

Modified Total: **$109,338.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,983.79 |
| | | | **$140,983.79** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $109,338.54 |
| | | | **$109,338.54** |

---

**Claim: 2461**
Date Filed: 04/03/2006
Docketed Total: $373,860.72
Filing Creditor Name and Address:
KIMBALL ELECTRONICS GROUP
1600 ROYAL ST GO 148
JASPER, IN 47549

Claim Holder Name and Address
MIDTOWN CLAIMS LLC
65 E 55TH ST 19TH FL
NEW YORK, NY 10022

Docketed Total: **$373,860.72**

Modified Total: **$360,479.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $373,860.72 |
| | | | **$373,860.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,479.13 |
| | | | **$360,479.13** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Row 1:**

Claim: 14186
Date Filed: 07/25/2006
Docketed Total: $18,866.13
Filing Creditor Name and Address:
LEHIGH SAFETY SHOE CO LLC
39 E CANAL ST
NELSONVILLE, OH 45764

Claim Holder Name and Address
LEHIGH SAFETY SHOE CO LLC
39 E CANAL ST
NELSONVILLE, OH 45764
Docketed Total: $18,866.13

Modified Total: $18,866.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,866.13 |
| | | | $18,866.13 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,866.13 |
| | | | $18,866.13 |

**Row 2:**

Claim: 11925
Date Filed: 07/28/2006
Docketed Total: $317,117.86
Filing Creditor Name and Address:
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Claim Holder Name and Address
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970
Docketed Total: $317,117.86

Modified Total: $239,762.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $263,044.57 | $54,073.29 |
| | | $263,044.57 | $54,073.29 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $239,762.56 |
| | | | $239,762.56 |

**Row 3:**

Claim: 1369
Date Filed: 12/29/2005
Docketed Total: $319,535.73
Filing Creditor Name and Address:
LUNT MANUFACTURING COMPANY INC
601 605 LUNT AVE
SCHAUMBURG, IL 60193

Claim Holder Name and Address
STONEHILL INSTITUTIONAL PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK, NY 10022
Docketed Total: UNL

Modified Total: $319,535.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $319,535.73 |
| | | | $319,535.73 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 99 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1370**
Date Filed:    12/29/2005
Docketed Total:    $41,273.82
Filing Creditor Name and Address:
LUNT MANUFACTURING
COMPANY INC
601 605 LUNT AVE
SCHAUMBURG, IL 60193

Claim Holder Name and Address

STONEHILL INSTITUTIONAL
PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK, NY 10022

Docketed Total:    **UNL**

Modified Total:    **$41,273.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,273.82 |
| | | | **$41,273.82** |

**Claim: 7547**
Date Filed:    06/06/2006
Docketed Total:    $653,828.81
Filing Creditor Name and Address:
M&Q PLASTIC PRODUCTS L P
1120 WELSH RD STE 170
NORTH WALES, PA 19454

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
ONE NEW YORK PLZ 42ND FL
NEW YORK, NY 10004

Docketed Total:    **$653,828.81**

Modified Total:    **$627,270.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $653,828.81 |
| | | | **$653,828.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $627,270.58 |
| | | | **$627,270.58** |

**Claim: 2038**
Date Filed:    02/16/2006
Docketed Total:    $309.95
Filing Creditor Name and Address:
MATHESON TRI GAS
959 RTE 46 E
PARSIPPANY, NJ 07054

Claim Holder Name and Address

MATHESON TRI GAS
959 RTE 46 E
PARSIPPANY, NJ 07054

Docketed Total:    **$309.95**

Modified Total:    **$309.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $309.95 |
| | | | **$309.95** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $309.95 |
| | | | **$309.95** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10549   Filed 10/11/07   Entered 10/11/07 22:18:20   Main Document
Pg 100 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7488**
Date Filed: 06/05/2006
Docketed Total: $12,979.58
Filing Creditor Name and Address:
MIBA SINTER AUSTRIA GMBH
DR MITTERBAUER STRASSE 1
VORCHDORF, 04655
AUSTRIA

Claim Holder Name and Address
MIBA SINTER AUSTRIA GMBH
DR MITTERBAUER STRASSE 1
VORCHDORF, 04655
AUSTRIA

Docketed Total: $12,979.58

Modified Total: $12,979.58

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,979.58 | | 05-44640 | | | $12,979.58 |
| | | | **$12,979.58** | | | | | **$12,979.58** |

**Claim: 16441**
Date Filed: 12/01/2006
Docketed Total: $188,413.44
Filing Creditor Name and Address:
MIDWEST TOOL & DIE CORP
ROTHBERG LOGAN & WARSCO LLP
PO BOX 11647
FORT WAYNE, IN 46859-1647

Claim Holder Name and Address
MIDWEST TOOL & DIE CORP
ROTHBERG LOGAN & WARSCO LLP
PO BOX 11647
FORT WAYNE, IN 46859-1647

Docketed Total: $188,413.44

Modified Total: $41,282.67

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $188,413.44 | | 05-44640 | | | $41,282.67 |
| | | | **$188,413.44** | | | | | **$41,282.67** |

**Claim: 10075**
Date Filed: 07/20/2006
Docketed Total: $135,698.55
Filing Creditor Name and Address:
O & R PRECISION GRINDING INC
5315 W 900 S
GENEVA, IN 46740

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $135,698.55

Modified Total: $21,161.75

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $135,698.55 | | 05-44640 | | | $21,161.75 |
| | | | **$135,698.55** | | | | | **$21,161.75** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15248**
Date Filed: 07/31/2006
Docketed Total: $10,095.08
Filing Creditor Name and Address:
OPTICAL GAGING PRODUCTS INC
850 HUDSON AVE
ROCHESTER, NY 14621

Claim Holder Name and Address
OPTICAL GAGING PRODUCTS INC      Docketed Total:      **$10,095.08**
850 HUDSON AVE
ROCHESTER, NY 14621

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,095.08 |
| | | | **$10,095.08** |

Modified Total:      **$10,095.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,938.14 |
| 05-44567 | | | $4,156.94 |
| | | | **$10,095.08** |

---

**Claim: 1336**
Date Filed: 12/27/2005
Docketed Total: $156,180.01
Filing Creditor Name and Address:
PROCESS DEVELOPMENT
CORPORATION
33027 SCHOOL CRAFT
LIVONIA, MI 48150

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES LLC      Docketed Total:      **$156,180.01**
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156,180.01 |
| | | | **$156,180.01** |

Modified Total:      **$129,740.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $129,740.24 |
| | | | **$129,740.24** |

---

**Claim: 1126**
Date Filed: 12/12/2005
Docketed Total: $3,236,025.11
Filing Creditor Name and Address:
SBC ADVANCED SOLUTIONS INC
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address
SBC ADVANCED SOLUTIONS INC      Docketed Total:      **$3,236,025.11**
PO BOX 981268
WEST SACRAMENTO, CA 95798

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,236,025.11 |
| | | | **$3,236,025.11** |

Modified Total:      **$2,987,478.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,987,478.61 |
| | | | **$2,987,478.61** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1125**
Date Filed:    12/12/2005
Docketed Total:    $7,661.10
Filing Creditor Name and Address:
  SBC DATACOMM
  PO BOX 981268
  WEST SACRAMENTO, CA 95798

Claim Holder Name and Address
  SBC DATACOMM    Docketed Total:    **$7,661.10**
  PO BOX 981268
  WEST SACRAMENTO, CA 95798

Modified Total:    **$6,885.03**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,661.10 | 05-44640 | | | $6,885.03 |
| | | | **$7,661.10** | | | | **$6,885.03** |

**Claim: 2529**
Date Filed:    04/03/2006
Docketed Total:    $195.10
Filing Creditor Name and Address:
  SBC GLOBAL
  PO BOX 981268
  W SACRAMENTO, CA 95798

Claim Holder Name and Address
  SBC GLOBAL    Docketed Total:    **$195.10**
  PO BOX 981268
  W SACRAMENTO, CA 95798

Modified Total:    **$174.87**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44480 | | | $195.10 | 05-44640 | | | $174.87 |
| | | | **$195.10** | | | | **$174.87** |

**Claim: 1582**
Date Filed:    01/17/2006
Docketed Total:    $110.32
Filing Creditor Name and Address:
  SBC GLOBAL
  PO BOX 981268
  WEST SACRAMENTO, CA 95798

Claim Holder Name and Address
  SBC GLOBAL    Docketed Total:    **$110.32**
  PO BOX 981268
  WEST SACRAMENTO, CA 95798

Modified Total:    **$84.94**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44612 | | | $110.32 | 05-44612 | | | $84.94 |
| | | | **$110.32** | | | | **$84.94** |

**Claim: 1584**
Date Filed:    01/17/2006
Docketed Total:    $368.59
Filing Creditor Name and Address:
  SBC GLOBAL
  PO BOX 981268
  WEST SACRAMENTO, CA 95798

Claim Holder Name and Address
  SBC GLOBAL    Docketed Total:    **$368.59**
  PO BOX 981268
  WEST SACRAMENTO, CA 95798

Modified Total:    **$238.20**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44586 | | | $368.59 | 05-44640 | | | $238.20 |
| | | | **$368.59** | | | | **$238.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1585**
Date Filed: 01/17/2006
Docketed Total: $602.51
Filing Creditor Name and Address:
SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL    Docketed Total:    $602.51
PO BOX 981268
WEST SACRAMENTO, CA 95798

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $602.51 |
| | | | **$602.51** |

Modified Total:    $336.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $336.91 |
| | | | **$336.91** |

---

**Claim: 2102**
Date Filed: 02/21/2006
Docketed Total: $29.60
Filing Creditor Name and Address:
SBC LONG DISTANCE INC
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC LONG DISTANCE INC    Docketed Total:    $29.60
PO BOX 981268
WEST SACRAMENTO, CA 95798

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $29.60 |
| | | | **$29.60** |

Modified Total:    $29.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $29.60 |
| | | | **$29.60** |

---

**Claim: 6922**
Date Filed: 05/26/2006
Docketed Total: $1,617.37
Filing Creditor Name and Address:
SCHINDLER ELEVATOR CORP
PO BOX 1935
MORRISTOWN, NJ 07962-1935

Claim Holder Name and Address

MADISON INVESTMENT TRUST    Docketed Total:    $1,617.37
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,617.37 |
| | | | **$1,617.37** |

Modified Total:    $1,617.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,617.37 |
| | | | **$1,617.37** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5842**
Date Filed: 05/15/2006
Docketed Total: $135,545.25
Filing Creditor Name and Address:
SHUMSKY ENTERPRISES INC
811 E 4TH ST
DAYTON, OH 45402

Claim Holder Name and Address

GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: **$135,545.25**

Modified Total: **$74,955.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $135,545.25 |
| | | | **$135,545.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,645.27 |
| 05-44612 | | | $3,310.45 |
| | | | **$74,955.72** |

---

**Claim: 1664**
Date Filed: 01/25/2006
Docketed Total: $226,945.46
Filing Creditor Name and Address:
SOFANOU INC
2840 AUBURN CT
AUBURN HILLS, MI 48326

Claim Holder Name and Address

SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$226,945.46**

Modified Total: **$219,630.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $226,945.46 |
| | | | **$226,945.46** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $219,630.63 |
| | | | **$219,630.63** |

---

**Claim: 11770**
Date Filed: 07/27/2006
Docketed Total: $615,329.09
Filing Creditor Name and Address:
SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA 02038

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: **$615,329.09**

Modified Total: **$849.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $2,060.49 | $189,005.00 | $424,263.60 |
| | **$2,060.49** | **$189,005.00** | **$424,263.60** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $0.00 | $0.00 | $849.72 |
| | **$0.00** | **$0.00** | **$849.72** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 21 of 24

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2964**
Date Filed: 04/27/2006
Docketed Total: $5,899.98
Filing Creditor Name and Address:
  SPX CORP
  LIGHTNIN
  135 MOUNT READ BLVD
  ROCHESTER, NY 14611

Claim Holder Name and Address

SPX CORP
LIGHTNIN
135 MOUNT READ BLVD
ROCHESTER, NY 14611

Docketed Total: **$5,899.98**

Modified Total: **$5,899.98**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,899.98 | 05-44640 | | | $5,899.98 |
| | | | **$5,899.98** | | | | **$5,899.98** |

---

**Claim: 9312**
Date Filed: 07/11/2006
Docketed Total: $55,193.34
Filing Creditor Name and Address:
  STEPHENSON CORPORATION
  4401 WESTERN RD
  FLINT, MI 48506

Claim Holder Name and Address

STEPHENSON CORPORATION
4401 WESTERN RD
FLINT, MI 48506

Docketed Total: **$55,193.34**

Modified Total: **$28,565.39**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $55,193.34 | 05-44640 | | | $28,565.39 |
| | | | **$55,193.34** | | | | **$28,565.39** |

---

**Claim: 10016**
Date Filed: 07/20/2006
Docketed Total: $347,605.98
Filing Creditor Name and Address:
  VENTURE PLASTICS INC
  MARGULIES & LEVINSON LLP
  30100 CHAGRIN BLVD NO 250
  CLEVELAND, OH 44124

Claim Holder Name and Address

VENTURE PLASTICS INC
MARGULIES & LEVINSON LLP
30100 CHAGRIN BLVD NO 250
CLEVELAND, OH 44124

Docketed Total: **$347,605.98**

Modified Total: **$173,841.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $347,605.98 | | | 05-44640 | | | $173,841.50 |
| | **$347,605.98** | | | | | | **$173,841.50** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

**EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 484**
Date Filed: 11/10/2005
Docketed Total: $35,043.24
Filing Creditor Name and Address:
VIMELSA INTERNATIONAL SA
DE CV
AVE PRIMERA 867
COL NAZARIO ORTIZ
SALTILLO COAH, 25100
MEXICO

Claim Holder Name and Address

VIMELSA INTERNATIONAL SA DE CV
AVE PRIMERA 867
COL NAZARIO ORTIZ
SALTILLO COAH, 25100
MEXICO

Docketed Total: $35,043.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,043.24 |
| | | | **$35,043.24** |

Modified Total: $29,146.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,146.24 |
| | | | **$29,146.24** |

---

**Claim: 8760**
Date Filed: 06/29/2006
Docketed Total: $8,414.10
Filing Creditor Name and Address:
WEBER SCREWDRIVING SYSTEM
1401 FRONT ST
YORKTOWN HEIGHT, NY 10598

Claim Holder Name and Address

WEBER SCREWDRIVING SYSTEM
1401 FRONT ST
YORKTOWN HEIGHT, NY 10598

Docketed Total: $8,414.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,414.10 |
| | | | **$8,414.10** |

Modified Total: $5,298.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,298.00 |
| | | | **$5,298.00** |

---

**Claim: 10752**
Date Filed: 07/25/2006
Docketed Total: $121,998.56
Filing Creditor Name and Address:
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Claim Holder Name and Address

WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Docketed Total: $121,998.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $121,998.56 |
| | | | **$121,998.56** |

Modified Total: $121,563.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $121,563.20 |
| | | | **$121,563.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 8695
Date Filed:   06/23/2006
Docketed Total:    $485,243.50
Filing Creditor Name and Address:
  XEROX CORPORATION
  XEROX CAPITAL SERVICES LLC
  PO BOX 660506
  DALLAS, TX 75266-9937

**CLAIM AS DOCKETED**

Claim Holder Name and Address

LONGACRE MASTER FUND LTD                Docketed Total:        $485,243.50
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $485,243.50 |
| | | | **$485,243.50** |

**CLAIM AS MODIFIED**

Modified Total:        $409,568.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $41.04 |
| 05-44640 | | | $408,442.54 |
| 05-44567 | | | $109.70 |
| 05-44624 | | | $974.84 |
| | | | **$409,568.12** |

---

**CLAIM TO BE MODIFIED**

Claim: 10591
Date Filed:   07/25/2006
Docketed Total:    $3,180.05
Filing Creditor Name and Address:
  XPEDX
  28401 SCHOOLCRAFT RD STE 400
  LIVONIA, MI 48150-2238

**CLAIM AS DOCKETED**

Claim Holder Name and Address

XPEDX                                   Docketed Total:        $3,180.05
28401 SCHOOLCRAFT RD STE 400
LIVONIA, MI 48150-2238

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,180.05 |
| | | | **$3,180.05** |

**CLAIM AS MODIFIED**

Modified Total:        $3,180.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,180.05 |
| | | | **$3,180.05** |

---

Total Claims to be Modified: 72

Total Amount as Docketed:        $29,718,018.83

Total Amount as Modified:        $24,829,536.10

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 108 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 8458
Date Filed: 06/19/2006
Docketed Total: $1,868.68
Filing Creditor Name and Address:
STATE OF WISCONSIN
DEPARTMENT OF REVENUE
2135 RIMROCK RD
MADISON, WI 53713

**CLAIM AS DOCKETED**

Claim Holder Name and Address

STATE OF WISCONSIN
DEPARTMENT OF REVENUE
2135 RIMROCK RD
MADISON, WI 53713

Docketed Total: **$1,868.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44623 | | $1,727.11 | $141.57 |
| | | **$1,727.11** | **$141.57** |

**CLAIM AS MODIFIED**

Modified Total: **$1,527.11**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44623 | | $1,527.11 | $0.00 |
| | | **$1,527.11** | **$0.00** |

Total Claims to be Modified: 1

Total Amount as Docketed:    $1,868.68

Total Amount as Modified:    $1,527.11

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

### Claim 2468

Claim: 2468
Date Filed: 04/03/2006
Docketed Total: $517,747.63
Filing Creditor Name and Address:
3M COMPANY
OFFICE OF GENERAL COUNSEL
BLDG 220 9E 02
ST PAUL, MN 55144

Claim Holder Name and Address
3M COMPANY
OFFICE OF GENERAL COUNSEL
BLDG 220 9E 02
ST PAUL, MN 55144

Docketed Total: $517,747.63

Modified Total: $500,289.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $517,747.63 |
| | | | $517,747.63 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $34,337.94 | $465,951.07 |
| | | $34,337.94 | $465,951.07 |

### Claim 12203

Claim: 12203
Date Filed: 07/28/2006
Docketed Total: $17,473.74
Filing Creditor Name and Address:
AFL AUTOMOTIVE LIMITED
PARTNERSHIP MICHIGAN
LIMITED PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Claim Holder Name and Address
AFL AUTOMOTIVE LIMITED
PARTNERSHIP MICHIGAN LIMITED
PARTNERSHIP
AFL AUTOMOTIVE
12746 CIMARRON PATH STE 116
SAN ANTONIO, TX 78249

Docketed Total: $17,473.74

Modified Total: $9,806.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $17,473.74 |
| | | | $17,473.74 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $4,222.28 | $5,584.44 |
| | | $4,222.28 | $5,584.44 |

### Claim 2246

Claim: 2246
Date Filed: 03/10/2006
Docketed Total: $6,140,513.59
Filing Creditor Name and Address:
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS &
DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

Claim Holder Name and Address
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS &
DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

Docketed Total: $6,140,513.59

Modified Total: $6,028,894.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,140,513.59 |
| | | | $6,140,513.59 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,523.00 |
| 05-44640 | | $37,893.60 | $5,985,477.74 |
| | | $37,893.60 | $5,991,000.74 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 110 of 217

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16692
Date Filed: 10/17/2005
Docketed Total: $5,823.94
Filing Creditor Name and Address:
AMERICAN AIKOKU ALPHA INC
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

**CLAIM AS DOCKETED**

Claim Holder Name and Address
AMERICAN AIKOKU ALPHA INC     Docketed Total: $5,823.94
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,823.94 | |
| | | $5,823.94 | |

**CLAIM AS MODIFIED**

Modified Total: $5,823.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,823.94 | |
| | | $5,823.94 | |

---

**CLAIM TO BE MODIFIED**

Claim: 16680
Date Filed: 10/13/2005
Docketed Total: $498.74
Filing Creditor Name and Address:
AMERICAN MOLDED PRODUCTS
OPERATIONS
51490 CELESTE DR
SHELBY TOWNSHIP, MI 48315

**CLAIM AS DOCKETED**

Claim Holder Name and Address
AMERICAN MOLDED PRODUCTS     Docketed Total: $498.74
OPERATIONS
51490 CELESTE DR
SHELBY TOWNSHIP, MI 48315

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $498.74 | |
| | | $498.74 | |

**CLAIM AS MODIFIED**

Modified Total: $498.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $498.74 | |
| | | $498.74 | |

---

**CLAIM TO BE MODIFIED**

Claim: 16662
Date Filed: 10/12/2005
Docketed Total: $9,760.00
Filing Creditor Name and Address:
CARDONE INDUSTRIES INC
5501 WHITAKER AVE
PHILADELPHIA, PA 19124-1799

**CLAIM AS DOCKETED**

Claim Holder Name and Address
CARDONE INDUSTRIES INC     Docketed Total: $9,760.00
5501 WHITAKER AVE
PHILADELPHIA, PA 19124-1799

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $9,760.00 | |
| | | $9,760.00 | |

**CLAIM AS MODIFIED**

Modified Total: $9,760.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | $9,760.00 | |
| | | $9,760.00 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1771**
Date Filed: 02/03/2006
Docketed Total: $200,547.61
Filing Creditor Name and Address:
CASTWELL PRODUCTS INC
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF CASTWELL
PRODUCTS INC
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $200,547.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $47,499.91 | $153,047.70 |
| | | $47,499.91 | $153,047.70 |

Modified Total: $155,030.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $38,016.28 | $117,014.26 |
| | | $38,016.28 | $117,014.26 |

---

**Claim: 16658**
Date Filed: 10/10/2005
Docketed Total: $5,830.84
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: $5,830.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,830.84 | |
| | | $5,830.84 | |

Modified Total: $5,830.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,830.84 | |
| | | $5,830.84 | |

---

**Claim: 16660**
Date Filed: 10/11/2005
Docketed Total: $2,133.34
Filing Creditor Name and Address:
CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

Docketed Total: $2,133.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,133.34 | |
| | | $2,133.34 | |

Modified Total: $2,133.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,133.34 | |
| | | $2,133.34 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 112 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 16666 | Claim Holder Name and Address | |
| Date Filed:   10/12/2005 | | |
| Docketed Total:   $1,553.52 | CHICAGO RIVET & MACHINE CO   Docketed Total:   $1,553.52 | Modified Total:   $1,553.52 |
| Filing Creditor Name and Address: | 901 FRONTENAC RD | |
| CHICAGO RIVET & MACHINE CO | PO BOX 3061 | |
| 901 FRONTENAC RD | NAPERVILLE, IL 60566-7061 | |
| PO BOX 3061 | | |
| NAPERVILLE, IL 60566-7061 | | |

*Case Number: 05-44481 — Secured | Priority $1,553.52 | Unsecured; Total $1,553.52. Modified Case Number: 05-44640 — Priority $1,553.52; Total $1,553.52.*

| Claim: 16667 | Claim Holder Name and Address | |
| Date Filed:   10/10/2005 | | |
| Docketed Total:   $1,735.38 | CHICAGO RIVET & MACHINE CO   Docketed Total:   $1,735.38 | Modified Total:   $1,735.38 |
| Filing Creditor Name and Address: | 901 FRONTENAC RD | |
| CHICAGO RIVET & MACHINE CO | PO BOX 3061 | |
| 901 FRONTENAC RD | NAPERVILLE, IL 60566-7061 | |
| PO BOX 3061 | | |
| NAPERVILLE, IL 60566-7061 | | |

*Case Number: 05-44481 — Priority $1,735.38; Total $1,735.38. Modified Case Number: 05-44640 — Priority $1,735.38; Total $1,735.38.*

| Claim: 16669 | Claim Holder Name and Address | |
| Date Filed:   10/10/2005 | | |
| Docketed Total:   $11,201.77 | CHICAGO RIVET & MACHINE CO   Docketed Total:   $11,201.77 | Modified Total:   $11,201.77 |
| Filing Creditor Name and Address: | 901 FRONTENAC RD | |
| CHICAGO RIVET & MACHINE CO | PO BOX 3061 | |
| 901 FRONTENAC RD | NAPERVILLE, IL 60566-7061 | |
| PO BOX 3061 | | |
| NAPERVILLE, IL 60566-7061 | | |

*Case Number: 05-44481 — Priority $11,201.77; Total $11,201.77. Modified Case Number: 05-44640 — Priority $11,201.77; Total $11,201.77.*

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 16670
Date Filed: 10/10/2005
Docketed Total: $822.47
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO          Docketed Total:          $822.47
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $822.47 | |
| | | $822.47 | |

**CLAIM AS MODIFIED**

Modified Total:          $822.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $822.47 | |
| | | $822.47 | |

---

**CLAIM TO BE MODIFIED**

Claim: 16685
Date Filed: 10/10/2005
Docketed Total: $871.08
Filing Creditor Name and Address:
  CHICAGO RIVET & MACHINE CO
  901 FRONTENAC RD
  PO BOX 3061
  NAPERVILLE, IL 60566-7061

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CHICAGO RIVET & MACHINE CO          Docketed Total:          $871.08
901 FRONTENAC RD
PO BOX 3061
NAPERVILLE, IL 60566-7061

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $871.08 | |
| | | $871.08 | |

**CLAIM AS MODIFIED**

Modified Total:          $871.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $871.08 | |
| | | $871.08 | |

---

**CLAIM TO BE MODIFIED**

Claim: 12370
Date Filed: 07/28/2006
Docketed Total: $225,484.00
Filing Creditor Name and Address:
  COHERENT INC
  BIALSON BERGEN & SCHWAB
  2600 EL CAMINO REAL STE 300
  PALO ALTO, CA 94306

**CLAIM AS DOCKETED**

Claim Holder Name and Address

LONGACRE MASTER FUND LTD          Docketed Total:          $225,484.00
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | UNL | UNL | $225,484.00 |
| | UNL | UNL | $225,484.00 |

**CLAIM AS MODIFIED**

Modified Total:          $225,484.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | $0.00 | $202,500.00 | $22,984.00 |
| | $0.00 | $202,500.00 | $22,984.00 |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16690**
Date Filed:   10/12/2005
Docketed Total:   $4,434.68
Filing Creditor Name and Address:
  COILCRAFT INC
  1102 SILVER LAKE RD
  CARY, IL 60013

Claim Holder Name and Address
  COILCRAFT INC
  1102 SILVER LAKE RD
  CARY, IL 60013

Docketed Total:   $4,434.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,434.68 | |
| | | $4,434.68 | |

Modified Total:   $4,434.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,434.68 | |
| | | $4,434.68 | |

---

**Claim: 11440**
Date Filed:   07/27/2006
Docketed Total:   $79,855.52
Filing Creditor Name and Address:
  CONSOLIDATED INDUSTRIAL
  CORP
  ST CLAIR PLASTICS DIV
  30855 TETON PL
  CHESTERFIELD, MI 48047

Claim Holder Name and Address
  CONSOLIDATED INDUSTRIAL CORP
  ST CLAIR PLASTICS DIV
  30855 TETON PL
  CHESTERFIELD, MI 48047

Docketed Total:   $79,855.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,855.52 |
| | | | $79,855.52 |

Modified Total:   $70,004.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,795.99 | $63,199.86 |
| 05-44567 | | | $3,008.56 |
| | | $3,795.99 | $66,208.42 |

---

**Claim: 10380**
Date Filed:   07/24/2006
Docketed Total:   $1,487,077.20
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF MEAD WESTVACO
  CORPORATION
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF MEAD WESTVACO
  CORPORATION
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $1,487,077.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $24,826.27 | | $1,462,250.93 |
| | $24,826.27 | | $1,462,250.93 |

Modified Total:   $954,045.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $28,965.90 | $925,079.70 |
| | | $28,965.90 | $925,079.70 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10549   Filed 10/11/07   Entered 10/11/07 22:18:20   Main Document
Pg 115 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $2,405,898.43
Filing Creditor Name and Address:
CTS CORPORPATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179
Docketed Total: $1,950,968.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,950,968.78 |
| | | | $1,950,968.78 |

Modified Total: $1,840,483.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,840,483.50 |
| | | | $1,840,483.50 |

Claim Holder Name and Address
CTS CORPORPATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108
Docketed Total: $293,785.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $293,785.09 |
| | | | $293,785.09 |

Modified Total: $164,265.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $164,265.01 | |
| | | $164,265.01 | |

---

**Claim: 16699**
Date Filed: 10/18/2005
Docketed Total: $1,421.23
Filing Creditor Name and Address:
DIODES INCORPORATED
3050 E HILLCREST DR STE 200
WESTLAKE VILLAGE, CA 91362

Claim Holder Name and Address
DIODES INCORPORATED
3050 E HILLCREST DR STE 200
WESTLAKE VILLAGE, CA 91362
Docketed Total: $1,421.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,421.23 | |
| | | $1,421.23 | |

Modified Total: $1,421.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,421.23 | |
| | | $1,421.23 | |

---

**Claim: 10490**
Date Filed: 07/24/2006
Docketed Total: $538,577.55
Filing Creditor Name and Address:
DONALDSON COMPANY INC
1400 W 94TH ST
BLOOMINGTON, MN 55431-2301

Claim Holder Name and Address
DONALDSON COMPANY INC
1400 W 94TH ST
BLOOMINGTON, MN 55431-2301
Docketed Total: $538,577.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | UNL | | $538,577.55 |
| | UNL | | $538,577.55 |

Modified Total: $332,257.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,317.52 | $328,940.05 |
| | | $3,317.52 | $328,940.05 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 116 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8285**
Date Filed: 06/20/2006
Docketed Total: $230,466.50
Filing Creditor Name and Address:
DU PONT POWDER COATINGS
USA IN
9800 GENARD RD
HOUSTON, TX 77041

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: $230,466.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $230,466.50 |
| | | | $230,466.50 |

Modified Total: $208,378.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $8,317.35 | $200,061.15 |
| | | $8,317.35 | $200,061.15 |

**Claim: 9926**
Date Filed: 07/19/2006
Docketed Total: $2,092.50
Filing Creditor Name and Address:
EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Claim Holder Name and Address

EIS INC
BARACK FERRAZZANO
KIRSCHBAUM PERLMAN &
NAGELBERG LLP
333 W WACKER DR STE 2700
CHICAGO, IL 60606-1227

Docketed Total: $2,092.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44589 | | | $2,092.50 |
| | | | $2,092.50 |

Modified Total: $2,092.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $570.00 | $1,522.50 |
| | | $570.00 | $1,522.50 |

**Claim: 16698**
Date Filed: 10/18/2005
Docketed Total: $2,960.00
Filing Creditor Name and Address:
ELECTRO DYNAMICS CRYSTAL
CORPORATION
9075 CODY ST
OVERLAND PARK, KS 66214

Claim Holder Name and Address

ELECTRO DYNAMICS CRYSTAL
CORPORATION
9075 CODY ST
OVERLAND PARK, KS 66214

Docketed Total: $2,960.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,960.00 | |
| | | $2,960.00 | |

Modified Total: $2,960.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,960.00 | |
| | | $2,960.00 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16682**
Date Filed: 10/12/2005
Docketed Total: $9,009.31
Filing Creditor Name and Address:
FOREST CITY TECHNOLOGIES
INC
299 CLAY ST
PO BOX 86
WELLINGTON, OH 44090

Claim Holder Name and Address

FOREST CITY TECHNOLOGIES INC
299 CLAY ST
PO BOX 86
WELLINGTON, OH 44090

Docketed Total: **$9,009.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $9,009.31 | |
| | | **$9,009.31** | |

Modified Total: **$9,009.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $9,009.31 | |
| | | **$9,009.31** | |

---

**Claim: 16664**
Date Filed: 10/12/2005
Docketed Total: $912.23
Filing Creditor Name and Address:
FULTON INDUSTRIES INC
EASTMAN & SMITH LTD
ONE SEAGATE 24TH FL
TOLEDO, OH 43604

Claim Holder Name and Address

FULTON INDUSTRIES INC
EASTMAN & SMITH LTD
ONE SEAGATE 24TH FL
TOLEDO, OH 43604

Docketed Total: **$912.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $912.23 | |
| | | **$912.23** | |

Modified Total: **$912.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $912.23 | |
| | | **$912.23** | |

---

**Claim: 15064**
Date Filed: 07/31/2006
Docketed Total: $5,895,235.82
Filing Creditor Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS
VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS VDO
AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | |

Modified Total: **$5,679,024.51**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $217,346.00 | $5,461,678.51 |
| | | **$217,346.00** | **$5,461,678.51** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16673**
Date Filed: 10/11/2005
Docketed Total: $1,376.07
Filing Creditor Name and Address:
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 07016

Claim Holder Name and Address
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 07016
Docketed Total: $1,376.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,376.07 | |
| | | $1,376.07 | |

Modified Total: $1,376.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,376.07 | |
| | | $1,376.07 | |

**Claim: 16674**
Date Filed: 10/12/2005
Docketed Total: $26,352.82
Filing Creditor Name and Address:
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 07016

Claim Holder Name and Address
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 07016
Docketed Total: $26,352.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,352.82 | |
| | | $26,352.82 | |

Modified Total: $26,352.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,352.82 | |
| | | $26,352.82 | |

**Claim: 16676**
Date Filed: 10/11/2005
Docketed Total: $2,547.30
Filing Creditor Name and Address:
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 07016

Claim Holder Name and Address
GRABER ROGG INC
22 JACKSON DR
CRANFORD, NJ 07016
Docketed Total: $2,547.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,547.30 | |
| | | $2,547.30 | |

Modified Total: $2,547.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,547.30 | |
| | | $2,547.30 | |

**Claim: 16665**
Date Filed: 10/09/2005
Docketed Total: $7,344.65
Filing Creditor Name and Address:
H & L TOOL COMPANY INC
32701 DEQUINDER
MADISON HEIGHTS, MI
48071-1595

Claim Holder Name and Address
H & L TOOL COMPANY INC
32701 DEQUINDER
MADISON HEIGHTS, MI 48071-1595
Docketed Total: $7,344.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,344.65 | |
| | | $7,344.65 | |

Modified Total: $7,344.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,344.65 | |
| | | $7,344.65 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13441**
Date Filed: 07/31/2006
Docketed Total: $115,694.05
Filing Creditor Name and Address:
HENKEL CORPORATION HENKEL
LOCTITE
PO BOX 485
AVON, OH 44011

Claim Holder Name and Address
HENKEL CORPORATION HENKEL LOCTITE
PO BOX 485
AVON, OH 44011
Docketed Total: $115,694.05

Modified Total: $31,280.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $115,694.05 | 05-44640 | | $177.36 | $31,103.18 |
| | | | **$115,694.05** | | | **$177.36** | **$31,103.18** |

**Claim: 16700**
Date Filed: 10/17/2005
Docketed Total: $7,828.35
Filing Creditor Name and Address:
HEWITT TOOL & DIE INC
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047

Claim Holder Name and Address
HEWITT TOOL & DIE INC
1138 E 400 S
PO BOX 47
OAKFORD, IN 46965-0047
Docketed Total: $7,828.35

Modified Total: $7,828.35

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $7,828.35 | | 05-44640 | | $7,828.35 | |
| | | **$7,828.35** | | | | **$7,828.35** | |

**Claim: 16656**
Date Filed: 10/10/2005
Docketed Total: $572.00
Filing Creditor Name and Address:
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Claim Holder Name and Address
HK METAL CRAFT MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645
Docketed Total: $572.00

Modified Total: $572.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $572.00 | | 05-44640 | | $572.00 | |
| | | **$572.00** | | | | **$572.00** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16657**
Date Filed: 10/10/2005
Docketed Total: $3,850.28
Filing Creditor Name and Address:
HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Claim Holder Name and Address

HK METAL CRAFT
MANUFACTURING CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Docketed Total: **$3,850.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,850.28 | |
| | | **$3,850.28** | |

Modified Total: **$3,850.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,850.28 | |
| | | **$3,850.28** | |

---

**Claim: 16655**
Date Filed: 10/10/2005
Docketed Total: $1,533.05
Filing Creditor Name and Address:
HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Claim Holder Name and Address

HK METAL CRAFT MFG CORP
35 INDUSTRIAL RD
PO BOX 775
LODI, NJ 07645

Docketed Total: **$1,533.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,533.05 | |
| | | **$1,533.05** | |

Modified Total: **$1,533.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,533.05 | |
| | | **$1,533.05** | |

---

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $41,085.40
Filing Creditor Name and Address:
HOSIDEN AMERICA
CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address

FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total: **$41,085.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | **$41,085.40** |

Modified Total: **$40,835.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,423.64 | $39,411.76 |
| | | **$1,423.64** | **$39,411.76** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 9567
Date Filed:   07/17/2006
Docketed Total:   $151,274.89
Filing Creditor Name and Address:
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675                      Docketed Total:        $151,274.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,274.89 | |
| | | **$151,274.89** | |

**CLAIM AS MODIFIED**

Modified Total:        $48,816.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,127.23 | $41,689.01 |
| | | **$7,127.23** | **$41,689.01** |

---

**CLAIM TO BE MODIFIED**

Claim: 13788
Date Filed:   07/31/2006
Docketed Total:     $1,423,472.76
Filing Creditor Name and Address:
INTERNATIONAL RECTIFIER
CORPORATION
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071

**CLAIM AS DOCKETED**

Claim Holder Name and Address

INTERNATIONAL RECTIFIER
CORPORATION
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071             Docketed Total:      $1,423,472.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,423,472.76 |
| | | | **$1,423,472.76** |

**CLAIM AS MODIFIED**

Modified Total:        $1,317,604.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,243.50 | $1,292,361.39 |
| | | **$25,243.50** | **$1,292,361.39** |

---

**CLAIM TO BE MODIFIED**

Claim: 9571
Date Filed:   07/17/2006
Docketed Total:     $29,467.26
Filing Creditor Name and Address:
ITW CIP
850 STEAMPLANT RD
GALLATIN, TN 37066

**CLAIM AS DOCKETED**

Claim Holder Name and Address

ITW CIP
850 STEAMPLANT RD
GALLATIN, TN 37066                   Docketed Total:        $29,467.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,502.41 | $21,964.85 |
| | | **$7,502.41** | **$21,964.85** |

**CLAIM AS MODIFIED**

Modified Total:        $25,298.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,631.23 | $23,666.93 |
| | | **$1,631.23** | **$23,666.93** |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14052**
Date Filed: 01/06/2006
Docketed Total: $1,881,302.43
Filing Creditor Name and Address:
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017

Claim Holder Name and Address
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF BRAZEWAY INC
270 PARK AVE
NEW YORK, NY 10017
Docketed Total: $1,881,302.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $572,707.98 | $1,308,594.45 |
| | | $572,707.98 | $1,308,594.45 |

Modified Total: $1,881,302.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $101,905.91 | $1,779,396.52 |
| | | $101,905.91 | $1,779,396.52 |

---

**Claim: 8401**
Date Filed: 06/23/2006
Docketed Total: $93,681.46
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $93,681.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $93,681.46 |
| | | | $93,681.46 |

Modified Total: $89,979.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $9,795.53 | $80,183.50 |
| | | $9,795.53 | $80,183.50 |

---

**Claim: 8403**
Date Filed: 06/23/2006
Docketed Total: $1,254,523.02
Filing Creditor Name and Address:
JUDD WIRE INC
124 TURNPIKE RD
TURNERS FALLS, MA 01376

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $1,254,523.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,254,523.02 |
| | | | $1,254,523.02 |

Modified Total: $1,253,659.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $223,076.13 | $1,030,583.40 |
| | | $223,076.13 | $1,030,583.40 |

---

**Claim: 16675**
Date Filed: 10/13/2005
Docketed Total: $0.00
Filing Creditor Name and Address:
KAMAX SAU
EMPERADOR 4
E 46136SPAIN

Claim Holder Name and Address
KAMAX SAU
EMPERADOR 4
E 46136SPAIN
Docketed Total: UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | UNL |

Modified Total: $1,803.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,803.58 | |
| | | $1,803.58 | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16672<br>Date Filed:  10/10/2005<br>Docketed Total:    $495.50<br>Filing Creditor Name and Address:<br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Claim Holder Name and Address<br><br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Docketed Total: | | $495.50 | | Modified Total: | | $495.50 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$495.50 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$495.50 | Unsecured |
| | | | $495.50 | | | | $495.50 | |
| Claim: 16686<br>Date Filed:  10/10/2005<br>Docketed Total:    $61,091.71<br>Filing Creditor Name and Address:<br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Claim Holder Name and Address<br><br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Docketed Total: | | $61,091.71 | | Modified Total: | | $60,936.01 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$61,091.71 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$60,936.01 | Unsecured |
| | | | $61,091.71 | | | | $60,936.01 | |
| Claim: 16687<br>Date Filed:  10/10/2005<br>Docketed Total:    $84,902.01<br>Filing Creditor Name and Address:<br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Claim Holder Name and Address<br><br>  KOA SPEER ELECTRONICS INC<br>  BOLIVAR DR<br>  PO BOX 547<br>  BRADFORD, PA 16701 | Docketed Total: | | $84,902.01 | | Modified Total: | | $82,085.30 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$84,902.01 | Unsecured | Case Number*<br>05-44640 | Secured | Priority<br>$82,085.30 | Unsecured |
| | | | $84,902.01 | | | | $82,085.30 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Twenty-First Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11924**
Date Filed:   07/28/2006
Docketed Total:   $80,802.00
Filing Creditor Name and Address:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

Claim Holder Name and Address

LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Docketed Total:      **$80,802.00**

Modified Total:      **$80,802.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $28,390.99 | $52,411.01 | 05-44640 | | $28,390.99 | $52,411.01 |
| | | **$28,390.99** | **$52,411.01** | | | **$28,390.99** | **$52,411.01** |

**Claim: 12151**
Date Filed:   07/28/2006
Docketed Total:   $41,919.98
Filing Creditor Name and Address:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

Claim Holder Name and Address

LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Docketed Total:      **$41,919.98**

Modified Total:      **$39,435.44**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $12,451.81 | $29,468.17 | 05-44640 | | $12,451.81 | $26,983.63 |
| | | **$12,451.81** | **$29,468.17** | | | **$12,451.81** | **$26,983.63** |

**Claim: 16681**
Date Filed:   10/13/2005
Docketed Total:   $116,070.80
Filing Creditor Name and Address:
  LINEAR TECHNOLOGY
  CORPORATION
  MCDERMOTT WILL & EMERY
  50 ROCKEFELLER PLZ
  NEW YORK, NY 10020-1605

Claim Holder Name and Address

LINEAR TECHNOLOGY
CORPORATION
MCDERMOTT WILL & EMERY
50 ROCKEFELLER PLZ
NEW YORK, NY 10020-1605

Docketed Total:      **$116,070.80**

Modified Total:      **$116,070.80**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $116,070.80 | | 05-44640 | | $116,070.80 | |
| | | **$116,070.80** | | | | **$116,070.80** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16654<br>Date Filed: 10/10/2005<br>Docketed Total: $42,820.98<br>Filing Creditor Name and Address:<br>MATERIAL SCIENCES<br>CORPORATION<br>POPPER & GRAFTON<br>225 W 34TH ST STE 1609<br>NEW YORK, NY 10122-1600 | Claim Holder Name and Address<br><br>MATERIAL SCIENCES<br>CORPORATION<br>POPPER & GRAFTON<br>225 W 34TH ST STE 1609<br>NEW YORK, NY 10122-1600<br><br>Docketed Total: **$42,820.98** | Modified Total: **$39,830.12** |
| | Case Number*  Secured  Priority  Unsecured<br>05-44481                          $42,820.98<br><br>                                        **$42,820.98** | Case Number*  Secured  Priority  Unsecured<br>05-44640                          $39,830.12<br><br>                                        **$39,830.12** |
| Claim: 16561<br>Date Filed: 03/02/2007<br>Docketed Total: $70,117.16<br>Filing Creditor Name and Address:<br>MCNAUGHTON MCKAY<br>ELECTRIC OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI<br>48071-4126 | Claim Holder Name and Address<br><br>MCNAUGHTON MCKAY ELECTRIC<br>OF OHIO<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4126<br><br>Docketed Total: **$70,117.16** | Modified Total: **$54,501.01** |
| | Case Number*  Secured  Priority  Unsecured<br>05-44481            $23,230.90  $46,886.26<br><br>                      **$23,230.90**  **$46,886.26** | Case Number*  Secured  Priority  Unsecured<br>05-44640            $23,230.90  $31,270.11<br><br>                      **$23,230.90**  **$31,270.11** |
| Claim: 16696<br>Date Filed: 10/20/2005<br>Docketed Total: $1,242.18<br>Filing Creditor Name and Address:<br>MIDWEST STAMPING INC<br>LEWIS RICE & FINGERSH LC<br>500 N BROADWAY STE 2000<br>ST LOUIS, MO 63102-2147 | Claim Holder Name and Address<br><br>MIDWEST STAMPING INC<br>LEWIS RICE & FINGERSH LC<br>500 N BROADWAY STE 2000<br>ST LOUIS, MO 63102-2147<br><br>Docketed Total: **$1,242.18** | Modified Total: **$1,242.18** |
| | Case Number*  Secured  Priority  Unsecured<br>05-44481                          $1,242.18<br><br>                                        **$1,242.18** | Case Number*  Secured  Priority  Unsecured<br>05-44640                          $1,242.18<br><br>                                        **$1,242.18** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 126 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14295**
Date Filed:   07/31/2006
Docketed Total:   $124,961.82
Filing Creditor Name and Address:
   MOBILE DISPLAY SYSTEMS
   KIRKPATRICK & LOCKHART
   NICHOLSON GRAHAM LLP
   599 LEXINGTON AVE
   NEW YORK, NY 10022

Claim Holder Name and Address

MOBILE DISPLAY SYSTEMS
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Docketed Total:    $124,961.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $124,961.82 |
| | | | $124,961.82 |

Modified Total:    $124,961.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $25,930.54 | $99,031.28 |
| | | $25,930.54 | $99,031.28 |

---

**Claim: 7571**
Date Filed:   06/06/2006
Docketed Total:   $152,953.02
Filing Creditor Name and Address:
   NORTHERN ENGRAVING
   CORPORATION
   803 S BLACK RIVER ST
   SPARTA, WI 54656

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $152,953.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,953.02 |
| | | | $152,953.02 |

Modified Total:    $115,162.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $12,021.80 | $103,141.10 |
| | | $12,021.80 | $103,141.10 |

---

**Claim: 16346**
Date Filed:   10/02/2006
Docketed Total:   $474,785.71
Filing Creditor Name and Address:
   NSK CORPORATION
   PO BOX 134007
   ANN ARBOR, MI 48113-4007

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total:    $474,785.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $474,785.71 |
| | | | $474,785.71 |

Modified Total:    $474,785.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,521.34 | $448,264.37 |
| | | $26,521.34 | $448,264.37 |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16693**
Date Filed: 10/18/2005
Docketed Total: $6,000.00
Filing Creditor Name and Address:
OMG AMERICAS INC
811 SHARON DR
WESTLAKE, OH 44145

Claim Holder Name and Address
OMG AMERICAS INC   Docketed Total: $6,000.00
811 SHARON DR
WESTLAKE, OH 44145

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,000.00 | |
| | | $6,000.00 | |

Modified Total: $6,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $6,000.00 | |
| | | $6,000.00 | |

---

**Claim: 16609**
Date Filed: 06/04/2007
Docketed Total: $193,633.16
Filing Creditor Name and Address:
PRECISION RESOURCE INC KY DIV
25 FOREST PARKWAY
SHELTON, CT 06484

Claim Holder Name and Address
PRECISION RESOURCE INC KY DIV   Docketed Total: $193,633.16
25 FOREST PARKWAY
SHELTON, CT 06484

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,633.16 |
| | | | $193,633.16 |

Modified Total: $193,633.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,539.00 | $180,094.16 |
| | | $13,539.00 | $180,094.16 |

---

**Claim: 16661**
Date Filed: 10/10/2005
Docketed Total: $56,146.15
Filing Creditor Name and Address:
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

Claim Holder Name and Address
PRIDGEON & CLAY INC   Docketed Total: $56,146.15
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $56,146.15 | |
| | | $56,146.15 | |

Modified Total: $54,023.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $54,023.95 | |
| | | $54,023.95 | |

---

**Claim: 16678**
Date Filed: 10/13/2005
Docketed Total: $21,375.00
Filing Creditor Name and Address:
RBC BEARINGS
ONE TECHNOLOGY CTR
OXFORD, CT 06478

Claim Holder Name and Address
RBC BEARINGS   Docketed Total: $21,375.00
ONE TECHNOLOGY CTR
OXFORD, CT 06478

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $21,375.00 | |
| | | $21,375.00 | |

Modified Total: $21,375.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $21,375.00 | |
| | | $21,375.00 | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 128 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

Claim: 16691
Date Filed: 10/14/2005
Docketed Total: $166,783.27
Filing Creditor Name and Address:
RF MONOLITHICS
HUNTON & WILLIAMS LLP
1601 BRYAN ST 30TH FL
DALLAS, TX 75201-3402

Claim Holder Name and Address

RF MONOLITHICS
HUNTON & WILLIAMS LLP
1601 BRYAN ST 30TH FL
DALLAS, TX 75201-3402

Docketed Total: $166,783.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $166,783.27 | |
| | | $166,783.27 | |

Modified Total: $160,435.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $160,435.27 | |
| | | $160,435.27 | |

---

Claim: 16683
Date Filed: 10/14/2005
Docketed Total: $22,443.37
Filing Creditor Name and Address:
SAGAMI AMERICA LTD
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address

SAGAMI AMERICA LTD
MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Docketed Total: $22,443.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $22,443.37 | |
| | | $22,443.37 | |

Modified Total: $22,443.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,443.37 | |
| | | $22,443.37 | |

---

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 129 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 14139
Date Filed:    07/31/2006
Docketed Total:    $1,206,143.24
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF SERIGRAPH INC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

**CLAIM AS DOCKETED**

Claim Holder Name and Address

DEUTSCHE BANK SECURITIES INC          Docketed Total:          $1,000,000.00
60 WALL ST 3RD FL
NEW YORK, NY 10005

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,000,000.00 |
| | | | **$1,000,000.00** |

Claim Holder Name and Address

SPCP GROUP LLC AS ASSIGNEE OF          Docketed Total:          $206,143.24
SERIGRAPH INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $206,143.24 |
| | | | **$206,143.24** |

**CLAIM AS MODIFIED**

Modified Total:          $936,436.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $936,436.06 |
| | | | **$936,436.06** |

Modified Total:          $50,134.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $50,134.22 | |
| | | **$50,134.22** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

Page 21 of 27

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 11785
Date Filed: 07/27/2006
Docketed Total: $615,329.09
Filing Creditor Name and Address:
SPEEDLINE TECHNOLOGIES INC
16 FORGE PARK
FRANKLIN, MA 02038

**CLAIM AS DOCKETED**

Claim Holder Name and Address

JPMORGAN CHASE BANK NA    Docketed Total:    **$16,863.86**
270 PARK AVE 17TH FL
NEW YORK, NY 10017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $2,060.49 | UNL | $14,803.37 |
| | **$2,060.49** | **UNL** | **$14,803.37** |

**CLAIM AS MODIFIED**

Modified Total:    **$14,410.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | $0.00 | $14,410.00 |
| | **$0.00** | **$0.00** | **$14,410.00** |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES FUND    Docketed Total:    **$275,294.01**
LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $86,942.30 | $188,351.71 |
| | | **$86,942.30** | **$188,351.71** |

Modified Total:    **$275,294.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $86,942.30 | $188,351.71 |
| | | **$86,942.30** | **$188,351.71** |

Claim Holder Name and Address

TPG CREDIT OPPORTUNITIES    Docketed Total:    **$323,171.22**
INVESTORS LP
C O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $102,062.70 | $221,108.52 |
| | | **$102,062.70** | **$221,108.52** |

Modified Total:    **$323,171.22**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $102,062.70 | $221,108.52 |
| | | **$102,062.70** | **$221,108.52** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.    Twenty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16663<br>Date Filed: 10/11/2005<br>Docketed Total: $5,293.69<br>Filing Creditor Name and Address:<br>SPRING ENGINEERING &<br>MANUFACTURING<br>CORPORATION<br>SPRING ENGINEERING &<br>MANUFACTURING<br>7820 N LILLEY RD<br>CANTON, MI 48187 | Claim Holder Name and Address<br><br>SPRING ENGINEERING &<br>MANUFACTURING CORPORATION    Docketed Total: $5,293.69<br>SPRING ENGINEERING &<br>MANUFACTURING<br>7820 N LILLEY RD<br>CANTON, MI 48187 | Modified Total: $5,293.69 |
| | **Case Number\*** / Secured / **Priority** / Unsecured<br>05-44481 / / $5,293.69 /<br>**$5,293.69** | **Case Number\*** / Secured / **Priority** / Unsecured<br>05-44640 / / $5,293.69 /<br>**$5,293.69** |
| Claim: 12838<br>Date Filed: 07/28/2006<br>Docketed Total: $97,460.00<br>Filing Creditor Name and Address:<br>STANDARD MICROSYSTEMS<br>CORPORATION<br>MORITT HOCK HAMROFF &<br>HOROWITZ LLP<br>400 GARDEN CITY PLZ<br>GARDEN CITY, NY 11530 | Claim Holder Name and Address<br><br>STANDARD MICROSYSTEMS<br>CORPORATION    Docketed Total: $97,460.00<br>MORITT HOCK HAMROFF &<br>HOROWITZ LLP<br>400 GARDEN CITY PLZ<br>GARDEN CITY, NY 11530 | Modified Total: $93,507.33 |
| | **Case Number\*** / Secured / **Priority** / Unsecured<br>05-44481 / / $36,410.00 / $61,050.00<br>**$36,410.00** / **$61,050.00** | **Case Number\*** / Secured / **Priority** / Unsecured<br>05-44640 / / $19,067.40 / $74,439.93<br>**$19,067.40** / **$74,439.93** |
| Claim: 16652<br>Date Filed: 10/08/2005<br>Docketed Total: $52,310.89<br>Filing Creditor Name and Address:<br>STEEL TECHNOLOGIES INC<br>15415 SHELBYVILLE RD<br>PO BOX 433939<br>LOUISVILLE, KY 40253-0339 | Claim Holder Name and Address<br><br>STEEL TECHNOLOGIES INC    Docketed Total: $52,310.89<br>15415 SHELBYVILLE RD<br>PO BOX 433939<br>LOUISVILLE, KY 40253-0339 | Modified Total: $52,310.89 |
| | **Case Number\*** / Secured / **Priority** / Unsecured<br>05-44481 / / $52,310.89 /<br>**$52,310.89** | **Case Number\*** / Secured / **Priority** / Unsecured<br>05-44640 / / $52,310.89 /<br>**$52,310.89** |

\*See Exhibit G for a listing of debtor entities by case number.

\*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 132 of 217

Twenty-First Omnibus Claims Objection

### EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12373**
Date Filed: 07/28/2006
Docketed Total: $619,697.70
Filing Creditor Name and Address:
TAL PORT INDUSTRIES LLC
PO BOX 1970
JACKSON, MS 39215-1970

Claim Holder Name and Address
STONEHILL INSTITUTIONAL PARTNERS LP
885 THIRD AVE 30TH FL
NEW YORK, NY 10022

Docketed Total: $619,697.70

Modified Total: $528,905.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $619,697.70 | 05-44640 | | $30,013.94 | $498,891.95 |
| | | | **$619,697.70** | | | **$30,013.94** | **$498,891.95** |

**Claim: 11965**
Date Filed: 07/28/2006
Docketed Total: $105,650.59
Filing Creditor Name and Address:
TDK CORPORATION OF AMERICA
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $105,650.59

Modified Total: $105,117.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $105,650.59 | 05-44640 | | $3,559.48 | $101,558.10 |
| | | | **$105,650.59** | | | **$3,559.48** | **$101,558.10** |

**Claim: 11966**
Date Filed: 07/28/2006
Docketed Total: $5,491.20
Filing Creditor Name and Address:
TDK CORPORATION OF AMERICA
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $5,491.20

Modified Total: $2,734.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,491.20 | 05-44567 | | $44.00 | $2,690.20 |
| | | | **$5,491.20** | | | **$44.00** | **$2,690.20** |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11967**
Date Filed: 07/28/2006
Docketed Total: $5,019,217.38
Filing Creditor Name and Address:
TDK CORPORATION OF AMERICA
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302
Docketed Total: $5,019,217.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,019,217.38 |
| | | | **$5,019,217.38** |

Modified Total: $4,993,895.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $169,102.74 | $4,824,792.70 |
| | | **$169,102.74** | **$4,824,792.70** |

---

**Claim: 1728**
Date Filed: 01/31/2006
Docketed Total: $212,632.48
Filing Creditor Name and Address:
TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179
Docketed Total: $212,632.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $64,731.84 | | $147,900.64 |
| | **$64,731.84** | | **$147,900.64** |

Modified Total: $181,558.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,315.42 | $177,243.00 |
| | | **$4,315.42** | **$177,243.00** |

---

**Claim: 16684**
Date Filed: 10/13/2005
Docketed Total: $14,880.00
Filing Creditor Name and Address:
TESSIER MACHINE CO
526 MAIN ST
HUDSON, MA 01749

Claim Holder Name and Address
TESSIER MACHINE CO
526 MAIN ST
HUDSON, MA 01749
Docketed Total: $14,880.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $14,880.00 | |
| | | **$14,880.00** | |

Modified Total: $14,880.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $14,880.00 | |
| | | **$14,880.00** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 134 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1773**
Date Filed: 02/03/2006
Docketed Total: $516,132.52
Filing Creditor Name and Address:
TEXAS FOUNDRIES LTD
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF TEXAS FOUNDRIES
LTD
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name and Address
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017
Docketed Total: $516,132.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $80,962.22 | $435,170.30 |
| | | **$80,962.22** | **$435,170.30** |

Modified Total: $162,058.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $34,000.11 | $128,058.28 |
| | | **$34,000.11** | **$128,058.28** |

**Claim: 16688**
Date Filed: 10/10/2005
Docketed Total: $23,489.41
Filing Creditor Name and Address:
UNITED CHEMI CON INC
9801 W HIGGINS RD
ROSEMONT, IL 60018

Claim Holder Name and Address
UNITED CHEMI CON INC
9801 W HIGGINS RD
ROSEMONT, IL 60018
Docketed Total: $23,489.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $23,489.41 | |
| | | **$23,489.41** | |

Modified Total: $22,311.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $22,311.50 | |
| | | **$22,311.50** | |

**Claim: 16695**
Date Filed: 10/24/2005
Docketed Total: $13,238.61
Filing Creditor Name and Address:
UNITED STARS INDUSTRIES INC
MAYER BROWN ROWE & MAW
190 S LASALLE ST
CHICAGO, IL 60603-3441

Claim Holder Name and Address
UNITED STARS INDUSTRIES INC
MAYER BROWN ROWE & MAW
190 S LASALLE ST
CHICAGO, IL 60603-3441
Docketed Total: $13,238.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $13,238.61 | |
| | | **$13,238.61** | |

Modified Total: $11,853.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $11,853.70 | |
| | | **$11,853.70** | |

**Claim: 16653**
Date Filed: 10/10/2005
Docketed Total: $6,000.00
Filing Creditor Name and Address:
US SILICA COMPANY
PO BOX 933008
ATLANTA, GA 31193-3008

Claim Holder Name and Address
US SILICA COMPANY
PO BOX 933008
ATLANTA, GA 31193-3008
Docketed Total: $6,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,000.00 | |
| | | **$6,000.00** | |

Modified Total: $6,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,000.00 | |
| | | **$6,000.00** | |

*See Exhibit G for a listing of debtor entities by case number.

*UNL stands for unliquidated

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10549    Filed 10/11/07    Entered 10/11/07 22:18:20    Main Document
Pg 135 of 217

Twenty-First Omnibus Claims Objection

**EXHIBIT F-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16694<br>Date Filed: 10/18/2005<br>Docketed Total: $186.68<br>Filing Creditor Name and Address:<br>WAKEFIELD THERMAL<br>SOLUTIONS<br>VERRILL DANA LLP<br>ONE PORTLAND SQ<br>PORTLAND, ME 04112-0586 | Claim Holder Name and Address<br><br>WAKEFIELD THERMAL SOLUTIONS    Docketed Total:    **$186.68**<br>VERRILL DANA LLP<br>ONE PORTLAND SQ<br>PORTLAND, ME 04112-0586<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                 $186.68<br><br>                                **$186.68** |      Modified Total:    **$186.68**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                 $186.68<br><br>                                **$186.68** |
| Claim: 16697<br>Date Filed: 10/17/2005<br>Docketed Total: $952.91<br>Filing Creditor Name and Address:<br>WERNER CO<br>93 WERNER RD<br>GREENVILLE, PA 16125 | Claim Holder Name and Address<br><br>WERNER CO    Docketed Total:    **$952.91**<br>93 WERNER RD<br>GREENVILLE, PA 16125<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                 $952.91<br><br>                                **$952.91** |      Modified Total:    **$952.91**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                 $952.91<br><br>                                **$952.91** |
| | | **Total Claims to be Modified: 79**<br><br>**Total Amount as Docketed:**    **$33,074,494.62**<br><br>**Total Amount as Modified:**    **$30,400,240.73** |

*See Exhibit G for a listing of debtor entities by case number.

Page 27 of 27

*UNL stands for unliquidated

**In re Delphi Corporation, et al.**                                    Twenty-First Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**Exhibit G - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44480 | DELPHI NY HOLDING CORPORATION |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44586 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC. |
| 05-44589 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC. |
| 05-44591 | DELPHI INTERNATIONAL HOLDINGS CORP. |
| 05-44593 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC. |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44623 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44636 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC. |
| 05-44639 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
In re                    :      Chapter 11
                      :
DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                      :
             Debtors.    :      (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


     Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Twenty-First Omnibus Claims Objection is set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 18, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

     The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

2

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

4

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

        The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE
WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION
PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING
THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER
THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS
OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from
sustaining a Claim against the Debtors.

                                                    [Claimant Name]
                                                    [Address 1]
                                                    [Address 2] [Address 3]
                                                    [City], [State] [Zip]
                                                    [Country]

Dated:  New York, New York
        September 21, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re                         :       Chapter 11
                                  :

DELPHI CORPORATION, et al.,      :       Case No. 05-44481 (RDD)
                                  :

                Debtors.      :       (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF OBJECTION TO CLAIM</u>

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a copy of which is enclosed (without exhibits). The Debtors' Twenty-First Omnibus Claims Objection is set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 18, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).

4

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        September 21, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) DUPLICATE OR AMENDED CLAIMS,
(B) UNTIMELY EQUITY CLAIM, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D)
CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY
CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIM SUBJECT TO
MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION IDENTIFIED
IN TWENTY-FIRST OMNIBUS CLAIMS OBJECTION

("TWENTY-FIRST OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity

Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books

And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject

To Modification, And Modified Claims Asserting Reclamation, dated September 21, 2007 (the

"Twenty-First Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Twenty-First

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-First Omnibus Claims Objection.

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C-1, C-2, D-1, D-2, D-3, E-1, E-2, F-1, F-2, and F-3

hereto was properly and timely served with a copy of the Twenty-First Omnibus Claims

Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the proposed order granting the Twenty-First Omnibus Claims Objection,

and notice of the deadline for responding to the Twenty-First Omnibus Claims Objection.  No

other or further notice of the Twenty-First Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Twenty-First Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-First Omnibus Claims Objection

is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-First

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Claims listed on Exhibit A hereto under the column heading "Claim

To Be Expunged" are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.    The Claim listed on <u>Exhibit B</u> hereto was filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order (the "Untimely Equity Claim").

E.    The Claims listed on <u>Exhibit C-1</u> contain insufficient documentation to support the Claims asserted (the "Insufficiently Documented Claim").

F.    The Claim listed on <u>Exhibit C-2</u> hereto contains insufficient documentation to support the Claim asserted and was also untimely filed pursuant to the Bar Date Order (the "Untimely Insufficiently Documented Claim").

G.    The Claims listed on <u>Exhibit D-1</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

H.    The Claims listed on <u>Exhibit D-2</u> hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Claims").

I.    The Claims listed on <u>Exhibit D-3</u> hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

J.    The Claims listed on <u>Exhibit E-1</u> hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

K.    The Claims listed on <u>Exhibit E-2</u> hereto, which were filed by taxing authorities, were untimely filed pursuant to the Bar Date Order (the "Untimely Tax Claims").

3

L.      The Claims listed on <u>Exhibit F-1</u> hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

M.      The Tax Claim listed on <u>Exhibit F-2</u> hereto is overstated and/or incorrectly asserts secured or priority status (the "Tax Claim Subject To Modification").

N.      The Claims listed on <u>Exhibit F-3</u> hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

O.      The relief requested in the Twenty-First Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

4

1.      Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.  Those Claims identified on Exhibit A hereto as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to future objection by the Debtors and other parties-in-interest.

2.      The Untimely Equity Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety.

3.      Each Insufficiently Documented Claim listed on Exhibit C-1 hereto is hereby disallowed and expunged in its entirety.

4.      The Untimely Insufficiently Documented Claim listed on Exhibit C-2 hereto is hereby disallowed and expunged in its entirety.

5.      Each Books And Records Claim listed on Exhibit D-1 hereto is hereby disallowed and expunged in its entirety.

6.      Each Untimely Books And Records Claim listed on Exhibit D-2 hereto is hereby disallowed and expunged in its entirety.

7.      Each Untimely Books And Records Tax Claim listed on Exhibit D-3 hereto is hereby disallowed and expunged in its entirety.

8.      Each Untimely Claim listed on Exhibit E-1 hereto is hereby disallowed and expunged in its entirety.

9.      Each Untimely Tax Claim listed on Exhibit E-2 hereto is hereby disallowed and expunged in its entirety.

10.     Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit F-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit F-1 hereto shall be entitled to (a) recover

for any Claim Subject to Modification in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit F-1 hereto, subject to the

Debtors' right to further object to each such Claim Subject to Modification.  The Claims Subject

to Modification shall remain on the claims register, and shall remain subject to future objection

by the Debtors and other parties-in-interest.

        11.    The "Claim As Docketed" amount and Debtor listed on Exhibit F-2 hereto

is hereby revised to reflect the amount and classification listed as the "Claim As Modified."  The

Claimant listed on Exhibit F-2 hereto shall not be entitled to (a) recover for the Tax Claim

Subject to Modification in an amount exceeding the dollar value listed as the "Modified Total" of

the Claim and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit F-2 hereto, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit F-2 hereto, subject to the

Debtors' right to further object to the Tax Claim Subject to Modification.  The Tax Claim Subject

to Modification shall remain on the claims register, and shall remain subject to future objection

by the Debtors and other parties-in-interest.

        12.    Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit F-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit F-3 shall be entitled to (a) recover for any

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that

any Reserved Defense is valid and denying priority status to such Claimant's reclamation

demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As

Modified" column on Exhibit F-3 hereto, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit F-3 hereto, subject to the

Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The

Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain

subject to future objection by the Debtors and other parties-in-interest.

       13.    Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Twenty-First Omnibus Claims Objection.

       14.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

       15.    This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Twenty-First Omnibus Claims Objection to hear and determine all matters

arising from the implementation of this order.

       16.    Each of the objections by the Debtors to each Claim addressed in the

Twenty-First Omnibus Claims Objection and attached hereto as Exhibits A, B, C-1, C-2, D-1, D-

2, D-3, E-1, E-2, F-1, F-2, and F-3 constitutes a separate contested matter as contemplated by

Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim

that is the subject of the Twenty-First Omnibus Claims Objection.  Any stay of this order shall

apply only to the contested matter which involves such Claim and shall not act to stay the

applicability or finality of this order with respect to the other contested matters covered hereby.

       17.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

18.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for
the United States Bankruptcy Court for the Southern District of New York for the service and
filing of a separate memorandum of law is deemed satisfied by the Twenty-First Omnibus
Claims Objection.

Dated: New York, New York
          October ___, 2007

_____
    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation
Twenty-First Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Alumax Mill Products Inc | Alumax Mill Products Inc<br>Paul Kopatich<br>Alcoa Inc 8550 W Bryn Mawr Ave 10th Fl<br>Chicago, IL 60631 | 8/21/07 | 16643 | $759,966.06 | Duplicate Or Amended Claims | Disallow and Expunge | 12006 |
| Booth Incorporated | Booth Incorporated<br>671 E Kittle Rd<br>Mio, MI 48647-876 | 8/10/07 | 16639 | $45,786.00 | Duplicate Or Amended Claims | Disallow and Expunge | 145 |
| Hydro Aluminum Precision Tubing North America LLC Successor in Interest to Hydro Aluminum Rockledge Inc | Hydro Aluminum Precision Tubing North America LLC Successor in Interest to Hydro Aluminum Rockledge Inc<br>Serge Huppe VP Finances<br>100 Gus Hipp Blvd<br>Rockledge, FL 32955 | 7/28/06 | 12143 | $16,662.24 | Duplicate Or Amended Claims | Disallow and Expunge | 12142 |
| Ken Mac Metals | Ken Mac Metals<br>Stephen J Burns<br>17901 Englewood Dr<br>Cleveland, OH 44130 | 10/10/05 | 16659 | $55,022.63 | Duplicate Or Amended Claims | Disallow and Expunge | 16701 |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 8/27/07 | 16646 | $7,775,078.32 | Duplicate Or Amended Claims | Disallow and Expunge | 9824 |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | 8/31/07 | 16648 | $7,968,450.88 | Duplicate Or Amended Claims | Disallow and Expunge | 9824 |
| Secretary of Labor on Behalf of The Delphi Personal Savings Plan for Hrly Employees in The US | Secretary of Labor on Behalf of The Delphi Personal Savings Plan for Hrly Employees in The US<br>Phyllis Dolinko Senior Trial Attorney US Department of Labor Office of Solicitor 230 S Dearbor St 8th Fl<br>Chicago, IL 60604 | 8/7/07 | 16638 | $3,232,133.00 | Duplicate Or Amended Claims | Disallow and Expunge | 15135 |

9/27/2007 7:33 PM
Omni 21 Exhibit A Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit B Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| | Marian Welcsh | Marian Welcsh 6990 Lockwood Blvd Youngstown, OH 44512-4013 | 9/17/07 | 16708 | $20,000.00 | Untimely Equity Claim | Disallow and Expunge | |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Cynthia L Darby | Cynthia L Darby 3577 Compton Pkwy Saint Charles, MO 63301-4078 | 8/9/06 | 15894 | $0.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| Rockwell Automation | Rockwell Automation Attn Jan Robertson E 6B11 1201 S Second St Milwaukee, WI 53204 | 4/3/06 | 2474 | $22,591.99 | Insufficiently Documented Claims | Disallow and Expunge | |
| Roger D Newell | Roger D Newell 5952 Phelps Ct Otter Lake, MI 48464-0029 | 8/9/06 | 15878 | $0.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| SBC Advanced Solutions Inc | SBC Advanced Solutions Inc PO Box 981268 West Sacramento, CA 95798 | 11/28/05 | 912 | $3,841.74 | Insufficiently Documented Claims | Disallow and Expunge | |
| SBC Global | SBC Global PO Box 981268 West Sacramento, CA 95798 | 1/17/06 | 1578 | $373,508.42 | Insufficiently Documented Claims | Disallow and Expunge | |
| SBC Global | SBC Global PO Box 981268 West Sacramento, CA 95798 | 2/23/06 | 2103 | $691,047.51 | Insufficiently Documented Claims | Disallow and Expunge | |
| SBC Long Distance Inc | SBC Long Distance Inc PO Box 981268 West Sacramento, CA 95798 | 1/17/06 | 1579 | $1,000.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| Veronica Chemers and Nick | Veronica Chemers and Nick Chemers Jt Ten 1312 S Crescent Park Ridge, IL 60068-5362 | 8/9/06 | 15862 | $0.00 | Insufficiently Documented Claims | Disallow and Expunge | |

9/27/2007 7:33 PM
Omni 21 Exhibit C-1 Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit C-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Lewis Helen | Lewis Helen<br>PO Box 418<br>Fort Defiance, AZ 86504 | 10/12/06 | 16365 | $0.00 | Untimely Insufficiently Documented Claim | Disallow and Expunge | |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Akebono Corporation | Akebono Corporation<br>Attn Michael C Hammer<br>Dickinson Wright PLLC 301 E Liberty Ste 500<br>Ann Arbor, MI 48104-2266 | 3/28/06 | 2433 | $231,027.90 | Books And Records Claims | Disallow and Expunge | |
| ASM Capital as Assignee for Carrier Terminal Services Inc | ASM Capital as Assignee for Carrier Terminal Services Inc<br>ASM Capital<br>7600 Jericho Tpke Ste 302<br>Woodbury, NY 11797 | 3/17/06 | 2316 | $8,125.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14020 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14021 | $10,000.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14022 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14023 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14024 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14025 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Atul Pasricha | Atul Pasricha<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14026 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Belco Tool & Mfg Inc | Belco Tool & Mfg Inc<br>225 Terrace St Ext<br>Meadville, PA 16335 | 5/17/06 | 6145 | $42,939.00 | Books And Records Claims | Disallow and Expunge | |
| Daewoo International America Corp | Daewoo International America Corp<br>Gi Yoon Lynn<br>85 Challenger Rd<br>Ridgefield Park, NJ 07660 | 10/10/05 | 16668 | $24,135.26 | Books And Records Claims | Disallow and Expunge | |

9/27/2007 7:33 PM
Omni 21 Exhibit D-1 Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Floyd Manufacturing Co Inc | Floyd Manufacturing Co Inc<br>Scott D Rosen<br>Cohn Birnbaum & Shea PC 100 Pearl St 12th Fl<br>Hartford, CT 06103 | 10/12/05 | 16679 | $13,456.71 | Books And Records Claims | Disallow and Expunge | |
| Hydra Lock Corp | Hydra Lock Corp<br>25000 Joy Blvd<br>Mount Clemens, MI 48043 | 5/1/06 | 3890 | $4,420.00 | Books And Records Claims | Disallow and Expunge | |
| Laura J Marion | Laura J Marion<br>Richard Kruger Esq<br>Jaffee Raitt Heuer & Wiess PC 27777 Franklin Rd Ste 2500<br>Southfield, MI 48034 | 7/28/06 | 12219 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Macomb County Friend Of Court | Macomb County Friend Of Court<br>Acct Of David C Collins Case 93 1253 Dm<br>40 N Main St<br>Mt Clemens, MI 38172-2812 | 6/22/06 | 8382 | $24,900.47 | Books And Records Claims | Disallow and Expunge | |
| Macomb County Friend Of Court | Macomb County Friend Of Court<br>Acct Of Anthony Aragona Case D9227828<br>40 N Main 6th Fl Cty Ct Bldg<br>Mt Clemens, MI 38074-5246 | 6/22/06 | 8383 | $1,522.11 | Books And Records Claims | Disallow and Expunge | |
| Metaldyne Corporation and Metaldyne Company LLC | Metaldyne Corporation and Metaldyne Company LLC<br>Legal Department Sheri Roberts<br>47603 Halyard<br>Plymouth, MI 48170 | 7/28/06 | 11935 | $166,572.04 | Books And Records Claims | Disallow and Expunge | |
| Noble USA Inc | Noble USA Inc<br>Yoshihide Honda<br>5450 Meadowbrook Industrial Ct<br>Rolling Meadows, IL 60008 | 10/17/05 | 16689 | $25,804.80 | Books And Records Claims | Disallow and Expunge | |
| Pamela Geller | Pamela Geller<br>1715 Carrington Way<br>Bloomfield, MI 48302 | 7/28/06 | 12147 | $0.00 | Books And Records Claims | Disallow and Expunge | |
| Pasricha Atul | Pasricha Atul<br>2394 Heronwood Dr<br>Bloomfield Hills, MI 48302 | 7/31/06 | 14019 | $10,000.00 | Books And Records Claims | Disallow and Expunge | |

9/27/2007 7:33 PM
Omni 21 Exhibit D-1 Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit D-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| SABO USA | SABO USA<br>Paul R Gilleran<br>Dean & Fulkerson PC 801 W Big Beaver 5th Fl<br>Troy, MI 48084-4767 | 10/21/05 | 16651 | $6,524.28 | Books And Records Claims | Disallow and Expunge | |
| SBC Global | SBC Global<br>PO Box 981268<br>West Sacramento, CA 95798 | 1/17/06 | 1583 | $21.91 | Books And Records Claims | Disallow and Expunge | |
| SBC Yellow Pages | SBC Yellow Pages<br>SBC AAS Bankruptcy Coordinator<br>100 E Big Beaver<br>Troy, MI 48083 | 11/14/05 | 563 | $103.31 | Books And Records Claims | Disallow and Expunge | |
| Shoichiro Irimajiri | Shoichiro Irimajiri<br>Shoichiro Irimajiri Inc 7F Shiodome Superior Bldg<br>1 7 10 Shinbashi<br>Minato ku Tokyo,  105 0004 Japan | 7/26/06 | 11109 | $746,250.00 | Books And Records Claims | Disallow and Expunge | |
| Taiho Corporation of America | Taiho Corporation of America<br>Gary D Santella<br>Masuda Funai Eifert & Mitchell Ltd 203 N LaSalle St Ste 2500<br>Chicago, IL 60601-1262 | 10/13/05 | 16677 | $67,767.00 | Books And Records Claims | Disallow and Expunge | |
| The American Team Inc | The American Team Inc<br>David Van Houzen<br>Director of Finance 42050 Executive Dr<br>Harrison Township, MI 48045-1311 | 10/12/05 | 16671 | $1,575.97 | Books And Records Claims | Disallow and Expunge | |
| The Oakwood Group | The Oakwood Group<br>co Tomothy Okeefe<br>1100 Oakwood Blvd<br>Dearborn, MI 48124 | 5/16/06 | 6066 | $11,695.30 | Books And Records Claims | Disallow and Expunge | |

9/27/2007 7:33 PM
Omni 21 Exhibit D-1 Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit D-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Arnopallet Corporation | Arnopallet Corporation<br>c o Ronald W Buchmeier Esq<br>Hopper Blackwell P C 111 Monument Cir Ste 452<br>Indianapolis, IN 46204 | 7/31/07 | 16635 | $26,900.00 | Untimely Books And Records Claims | Disallow and Expunge | |
| New York State Department of Health | New York State Department of Health<br>AAG Neal S Mann<br>NYS Office of the Attorney General 120 Broadway<br>New York, NY 10271 | 7/30/07 | 16634 | $77.68 | Untimely Books And Records Claims | Disallow and Expunge | |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit D-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 39321 | 16647 | 1440.81 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey Division of Taxation | State of New Jersey Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 39298 | 16649 | 36000 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey Division of Taxation | State of New Jersey Division of Taxation Anne Milgram Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 39298 | 16649 | 36000 | Untimely Books And Records Tax Claims | Disallow and Expunge | |

9/27/2007 7:34 PM
Omni 21 Exhibit D-3 Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit E-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| AT&T Global Serivces fka SBC Global | AT&T Global Serivces fka SBC Global<br>AT&T Attorney James Grudus Esq<br>AT&T Inc One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | 8/6/07 | 16636 | $751,745.35 | Untimely Claims | Disallow and Expunge | |
| AT&T Global Services fka SBC Global | AT&T Global Services fka SBC Global<br>AT&T Attorney James Grudus Esq<br>AT&T Inc One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | 8/6/07 | 16637 | $647,310.88 | Untimely Claims | Disallow and Expunge | |
| C&S Logos Patent and Law Office | C&S Logos Patent and Law Office<br>KPO Box 103<br>Seoul,  110-601 Republic of Korea | 8/13/07 | 16641 | $28,500.00 | Untimely Claims | Disallow and Expunge | |
| Marsilli & Co S p A | Marsilli & Co S p A<br>Robert S Downs Esq<br>Miles & Stockbridge PC 10 Light St<br>Baltimore, MD 21202 | 8/16/07 | 16642 | $37,585.30 | Untimely Claims | Disallow and Expunge | |
| Ultraseal | Ultraseal<br>Teresa Lamb<br>4403 Concourse Dr Ste C<br>Ann Arbor, MI 48108 | 9/14/07 | 16706 | $19,525.44 | Untimely Claims | Disallow and Expunge | |
| Wolpert Kenneth D dba Graham Sales & Engineering | Wolpert Kenneth D dba Graham Sales &  Engineering<br>Sierra Liquidity LLC<br>2699 White Rd Ste No 255<br>Irvine, CA 92614 | 7/27/07 | 16632 | $7,810.00 | Untimely Claims | Disallow and Expunge | |

9/27/2007 7:35 PM
Omni 21 Exhibit E-1 Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit E-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Guilford County Tax Department | Guilford County Tax Department PO Box 3328 Greensboro, NC 27420 | 7/3/07 | 16621 | $117.84 | Untimely Tax Claims | Disallow and Expunge | |
| State of Michigan Department of Treasury | State of Michigan Department of Treasury Peggy A Housner Cadillac Pl 3030 W Grand Blvd Ste 10 200 Detroit, MI 48202 | 7/30/07 | 16633 | $12,954,363.21 | Untimely Tax Claims | Disallow and Expunge | |
| State of Michigan Department of Treasury | State of Michigan Department of Treasury State of Michigan Department of Treasury Department of Treasury Revenue AG PO Box 30456 Lansing, MI 48909-7955 | 7/30/07 | 16633 | $12,954,363.21 | Untimely Tax Claims | Disallow and Expunge | |
| State of New Jersey Division of Taxation | State of New Jersey Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 9/4/07 | 16650 | $133,911.40 | Untimely Tax Claims | Disallow and Expunge | |
| State of New Jersey Division of Taxation | State of New Jersey Division of Taxation Anne Milgram Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 9/4/07 | 16650 | $133,911.40 | Untimely Tax Claims | Disallow and Expunge | |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re                        :      Chapter 11

                                  :

DELPHI CORPORATION, et al.,     :      Case No. 05-44481 (RDD)

                                  :

                Debtors.    :      (Jointly Administered)

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a copy of which is enclosed (without exhibits). The Debtors' Twenty-First Omnibus Claims Objection is set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 18, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

2

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING

---

[1]      Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

4

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE
WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION
PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING
THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER
THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS
OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from
sustaining a Claim against the Debtors.

Dated:  New York, New York
        September 21, 2007

# EXHIBIT G

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| | Actco Tool and Manufacturing Company | Actco Tool and Manufacturing Company Nicholas R Pagliari Esquire The Quinn Law Firm 2222 W Grandview Blvd Erie, PA 16506 | 6/20/06 | 8286 | $191,365.69 | Claims Subject To Modification | 05-44640 | $31,220.00 | General Unsecured |
| | AFL Automotive LP Texas Limited Partnership | AFL Automotive LP Texas Limited Partnership Chad Johnson AFL Automotive 12746 Cimarron Path Ste 116 San Antonio, TX 78249 | 7/28/06 | 12200 | $567.30 | Claims Subject To Modification | 05-44567 | $397.11 | General Unsecured |
| | AIM Products | AIM Products 9100 Henri Bourassa E Montreal, Quebec H1E 2S4 Canada | 7/12/06 | 9383 | $450.00 | Claims Subject To Modification | 05-44640 | $450.00 | General Unsecured |
| | AIM Products | AIM Products 9100 Henri Bourassa E Montreal, Quebec H1E 2S4 Canada | 7/12/06 | 9384 | $1,353.10 | Claims Subject To Modification | 05-44640 | $1,353.10 | General Unsecured |
| | AIM | AIM Attn Nathalie Dubuc 9100 Henri Bourassa E Montreal, Quebec H1E 2S4 Canada | 7/12/06 | 9382 | $32,249.38 | Claims Subject To Modification | 05-44640 | $31,673.81 | General Unsecured |
| | Amroc Investments LLC | Amroc Investments LLC Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/20/06 | 10075 | $135,698.55 | Claims Subject To Modification | 05-44640 | $21,161.75 | General Unsecured |
| | AR-BEE Transparent Prod Sierra Liquidity Fund | AR-BEE Transparent Prod Sierra Liquidity Fund Sierra Liquidity Fund 2699 White Rd Ste 255 Irvine, CA 92614 | 4/24/06 | 2738 | $4,750.20 | Claims Subject To Modification | 05-44640 | $4,750.20 | General Unsecured |
| | ASM Capital as Assignee for Speed Motor Express of WNY Inc | ASM Capital as Assignee for Speed Motor Express of WNY Inc ASM Capital 7600 Jericho Tpke Ste 302 Woodbury, NY 11797 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $35,399.20 | General Unsecured |
| | AT&T Corp | AT&T Corp Lisa McLain 1355 W University Dr Mesa, AZ 85021 | 6/5/06 | 7506 | $4,424,985.53 | Claims Subject To Modification | 05-44640 | $4,047,181.85 | General Unsecured |
| | City of Saginaw | City of Saginaw City of Saginaw 1315 S Washington Rm 105 Saginaw, MI 48601 | 5/1/06 | 4157 | $38,757.32 | Claims Subject To Modification | 05-44640 | $34,193.25 | General Unsecured |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| ComEd | ComEd<br>Attn Bankruptcy Section Revenue Management<br>2100 Swift Dr<br>Oakbrook, IL 60523 | 11/14/05 | 568 | $3,777.38 | Claims Subject To Modification | 05-44640 | $3,688.48 | General Unsecured |
| Contrarian Funds LLC as assignee of Intel Americas Inc | Contrarian Funds LLC as assignee of Intel Americas Inc<br>Contrarian Funds LLC<br>Attn Alpa Jimenez 411 West Putnam Avenue Ste 225<br>Greenwich, CT 06830 | 7/28/06 | 12685 | $91,628.77 | Claims Subject To Modification | 05-44640 | $75,781.77 | General Unsecured |
| Deutsche Bank Securities Inc | Deutsche Bank Securities Inc<br>Attn Ross Rosenfelt & Vikas Madan<br>60 Wall St 3rd Fl<br>New York, NY 10005 | 7/31/06 | 14664 | $2,624,997.09 | Claims Subject To Modification | 05-44640 | $2,093,118.87 | General Unsecured |
| Dun & Bradstreet | Dun & Bradstreet<br>c o Receivable Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 7/31/06 | 15663 | $154,367.70 | Claims Subject To Modification | 05-44640 | $140,468.97 | General Unsecured |
| Dun & Bradstreet | Dun & Bradstreet<br>c o Receivable Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 7/31/06 | 15665 | $284.68 | Claims Subject To Modification | 05-44640 | $284.68 | General Unsecured |
| EIS Inc | EIS Inc<br>Kimberly J Robinson<br>Barack Ferrazzano Kirschbaum Perlman &<br>Nagelberg LLP 333 W Wacker Dr Ste 2700<br>Chicago, IL 60606-1227 | 7/19/06 | 9925 | $1,686.25 | Claims Subject To Modification | 05-44567 | $52.46 | General Unsecured |
| EIS Inc | EIS Inc<br>Kimberly J Robinson<br>Barack Ferrazzano Kirschbaum Perlman &<br>Nagelberg LLP 333 W Wacker Dr Ste 2700<br>Chicago, IL 60606-1227 | 7/19/06 | 9927 | $15,421.72 | Claims Subject To Modification | 05-44640 | $15,421.72 | General Unsecured |
| EIS Inc | EIS Inc<br>Kimberly J Robinson<br>Barack Ferrazzano Kirschbaum Perlman &<br>Nagelberg LLP 333 W Wacker Dr Ste 2700<br>Chicago, IL 60606-1227 | 7/19/06 | 9928 | $762.05 | Claims Subject To Modification | 05-44624 | $272.65 | General Unsecured |
| Fair Harbor Capital LLC | Fair Harbor Capital LLC<br>Fair Harbor Capital LLC<br>875 Ave of the Americas Ste 2305<br>New York, NY 10001 | 3/20/06 | 2337 | $87,229.82 | Claims Subject To Modification | 05-44640 | $41,210.00 | General Unsecured |

9/27/2007 7:35 PM
Omni 21 Exhibit F-1 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Fisher Unitech Inc | Fisher Unitech Inc<br>1150 Stephenson Hwy<br>Troy, MI 48083-1187 | 5/30/06 | 7066 | $18,484.50 | Claims Subject To Modification | 05-44640 | $18,484.50 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | GE Consumer & Industrial f k a GE Lighting<br>Michael B Bach Esq<br>11256 Cornell Park Dr Ste 500<br>Cincinnati, OH 45242 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $1,833.00 | General Unsecured |
| GE Polymershapes | GE Polymershapes<br>Attn Val Venable<br>c o GE Plastics 9930 Kincey Ave<br>Huntersville, NC 28078 | 7/28/06 | 11939 | $757.82 | Claims Subject To Modification | 05-44640 | $430.28 | General Unsecured |
| GLT | GLT<br>John Welsh<br>3341 Successful Way<br>Dayton, OH 45414 | 12/2/05 | 967 | $16,053.10 | Claims Subject To Modification | 05-44640 | $16,053.10 | General Unsecured |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc<br>One New York Plaza 42nd Fl<br>New York, NY 10004 | 7/28/06 | 15086 | $10,800,051.81 | Claims Subject To Modification | 05-44640 | $10,403,953.43 | General Unsecured |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc<br>Goldman Sachs Credit Partners LP assignee of Siemens VDO Automotive Corporation and Siemans VDO Automotive Inc<br>Attn Steven F Wasserman Esq Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036 | 7/28/06 | 15086 | $10,800,051.81 | Claims Subject To Modification | 05-44640 | $10,403,953.43 | General Unsecured |
| Goldman Sachs Credit Partners LP | Goldman Sachs Credit Partners LP<br>Goldman Sachs Credit Partners LP<br>One New York Plz 42nd Fl<br>New York, NY 10004 | 6/6/06 | 7547 | $653,828.81 | Claims Subject To Modification | 05-44640 | $627,270.58 | General Unsecured |
| Hain Capital Holdings LLC | Hain Capital Holdings LLC<br>Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 12/5/05 | 991 | $50,545.72 | Claims Subject To Modification | 05-44640 | $49,699.72 | General Unsecured |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Hain Capital Holdings LLC | Hain Capital Holdings LLC Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 5/2/06 | 4465 | $116,942.39 | Claims Subject To Modification | 05-44640 | $100,824.47 | General Unsecured |
| Harrington Tool and Die Inc | Harrington Tool and Die Inc Theodore Zaharia President 2555 Matte Blvd Brossard, QC J4Y 2H1 Canada | 11/18/05 | 668 | $356,407.35 | Claims Subject To Modification | 05-44640 | $285,519.65 | General Unsecured |
| Henkel Corporation Henkel Electronics | Henkel Corporation Henkel Electronics 15051 E Don Julian Rd Industry, CA 91746 | 7/25/06 | 10681 | $781,205.06 | Claims Subject To Modification | 05-44567 | $3,460.15 | General Unsecured |
| Henkel Corporation Sovereign Commercial Group | Henkel Corporation Sovereign Commercial Group Po Box 485 Avon, OH 44011 | 7/31/06 | 13249 | $14,112.30 | Claims Subject To Modification | 05-44640 | $10,358.10 | General Unsecured |
| Henkel Surface Technologies | Henkel Surface Technologies Henkel Surface Technologies 32100 Stephenson Hwy Madison Heights, MI 48071 | 5/22/06 | 6497 | $67,576.91 | Claims Subject To Modification | 05-44640 | $67,576.91 | General Unsecured |
| Hertz Equipment Rental Eft | Hertz Equipment Rental Eft PO Box 26390 Oklahoma City, OK 73126-0390 | 5/8/06 | 5305 | $54,475.88 | Claims Subject To Modification | 05-44640 | $41,004.30 | General Unsecured |
| Hutchinson Seal De Mexico Sa De Cv | Hutchinson Seal De Mexico Sa De Cv Pelicanos No 313 Col San Fernando Parque Industrial Los Olivos Ensenada, Baja CA 22785 Mexico | 7/28/06 | 12255 | $29,845.26 | Claims Subject To Modification | 05-44640 | $4,344.74 | General Unsecured |
| Illinois Tool Works Inc | Illinois Tool Works Inc Trans Tech America 475 N Gary Ave Carol Stream, IL 60188-490 | 7/28/06 | 12246 | $18,691.05 | Claims Subject To Modification | 05-44640 | $12,732.50 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Stanley Lim 270 Park Ave 17th Fl New York, NY 10017 | 2/3/06 | 1772 | $610,197.60 | Claims Subject To Modification | 05-44640 | $598,042.84 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Stanley Lim 270 Park Ave 17th Fl New York, NY 10017 | 6/23/06 | 8402 | $15,524.25 | Claims Subject To Modification | 05-44640 | $15,524.25 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Neelima Veluvulu 270 Park Ave 17th Fl New York, NY 10017 | 7/27/06 | 11770 | $615,329.09 | Claims Subject To Modification | 05-44567 | $849.72 | General Unsecured |

9/27/2007 7:35 PM
Omni 21 Exhibit F-1 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Keats Southwest Inc | Keats Southwest Inc<br>Keats Southwest Inc<br>350 W Holbrook Dr<br>Wheeling, IL 60090 | 10/25/05 | 104 | $25,760.03 | Claims Subject To Modification | 05-44640 | $9,472.54 | General Unsecured |
| Kensa LLC | Kensa LLC<br>David J Nowaczewski<br>Bodman LLP 6th Fl at Ford Field<br>1901 St Antoine St<br>Detroit, MI 48226 | 7/31/06 | 14109 | $165,738.24 | Claims Subject To Modification | 05-44640 | $35,657.84 | General Unsecured |
| Keystone Powdered Metal Company | Keystone Powdered Metal Company<br>Susan P Persichilli Esq<br>Buchanan Ingersoll & Rooney PC 1 Chase Manhattan Plaza<br>35th Flr<br>New York, NY 10007 | 8/2/06 | 15792 | $140,983.79 | Claims Subject To Modification | 05-44640 | $109,338.54 | General Unsecured |
| Lehigh Safety Shoe Co Llc | Lehigh Safety Shoe Co Llc<br>39 E Canal St<br>Nelsonville, OH 45764 | 7/25/06 | 14186 | $18,866.13 | Claims Subject To Modification | 05-44640 | $18,866.13 | General Unsecured |
| Lexington Rubber Group Inc | Lexington Rubber Group Inc<br>Lexington Connector Seals 1510 Ridge Rd<br>Vienna, OH 44473-970 | 7/28/06 | 11925 | $317,117.86 | Claims Subject To Modification | 05-44640 | $239,762.56 | General Unsecured |
| Liquidity Solutions Inc dba Capital Markets | Liquidity Solutions Inc dba Capital Markets<br>Liquidity Solutions Inc dba Revenue Management<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 11/7/05 | 404 | $78,488.06 | Claims Subject To Modification | 05-44640 | $71,947.33 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38<br>Madison Investment Trust Series 38<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 5/26/06 | 6922 | $1,617.37 | Claims Subject To Modification | 05-44640 | $1,617.37 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC<br>Madison Niche Opportunities LLC<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 12/27/05 | 1336 | $156,180.01 | Claims Subject To Modification | 05-44640 | $129,740.24 | General Unsecured |
| Matheson Tri Gas | Matheson Tri Gas<br>Matheson Tri Gas<br>959 Rte 46 E<br>Parsippany, NJ 07054 | 2/16/06 | 2038 | $309.95 | Claims Subject To Modification | 05-44640 | $309.95 | General Unsecured |
| Miba Sinter Austria Gmbh | Miba Sinter Austria Gmbh<br>Mr Aichinger<br>Dr Mitterbauer Strasse 1<br>Vorchdorf,  04655 Austria | 6/5/06 | 7488 | $12,979.58 | Claims Subject To Modification | 05-44640 | $12,979.58 | General Unsecured |

9/27/2007 7:35 PM
Omni 21 Exhibit F-1 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Midtown Claims LLC | Midtown Claims LLC Attn Meghan Slow 65 E 55th St 19th Fl New York, NY 10022 | 4/3/06 | 2461 | $373,860.72 | Claims Subject To Modification | 05-44640 | $360,479.13 | General Unsecured |
| Midwest Tool & Die Corp | Midwest Tool & Die Corp Attn Mark A Warsco Rothberg Logan & Warsco LLP PO Box 11647 Fort Wayne, IN 46859-1647 | 12/1/06 | 16441 | $188,413.44 | Claims Subject To Modification | 05-44640 | $41,282.67 | General Unsecured |
| SBC Advanced Solutions | SBC Advanced Solutions SBC Advanced Solutions PO Box 981268 West Sacramento, CA 95798 | 12/12/05 | 1126 | $3,236,025.11 | Claims Subject To Modification | 05-44640 | $2,987,478.61 | General Unsecured |
| SBC Datacomm | SBC Datacomm SBC Datacomm PO Box 981268 West Sacramento, CA 95798 | 12/12/05 | 1125 | $7,661.10 | Claims Subject To Modification | 05-44640 | $6,885.03 | General Unsecured |
| SBC Global | SBC Global PO Box 981268 West Sacramento, CA 95798 | 1/17/06 | 1582 | $110.32 | Claims Subject To Modification | 05-44612 | $84.94 | General Unsecured |
| SBC Global | SBC Global PO Box 981268 West Sacramento, CA 95798 | 1/17/06 | 1584 | $368.59 | Claims Subject To Modification | 05-44640 | $238.20 | General Unsecured |
| SBC Global | SBC Global PO Box 981268 West Sacramento, CA 95798 | 1/17/06 | 1585 | $602.51 | Claims Subject To Modification | 05-44567 | $336.91 | General Unsecured |
| SBC Global | SBC Global SBC Global Bankruptcy Group PO Box 981268 W Sacramento, CA 95798 | 4/3/06 | 2529 | $195.10 | Claims Subject To Modification | 05-44640 | $174.87 | General Unsecured |
| SBC Long Distance Inc | SBC Long Distance Inc PO Box 981268 West Sacramento, CA 95798 | 2/21/06 | 2102 | $29.60 | Claims Subject To Modification | 05-44612 | $29.60 | General Unsecured |
| Sierra Liquidity Fund | Sierra Liquidity Fund 2699 White Rd Ste 255 Irvine, CA 92614 | 1/25/06 | 1664 | $226,945.46 | Claims Subject To Modification | 05-44640 | $219,630.63 | General Unsecured |
| Spx Corp | Spx Corp Lightnin 135 Mount Read Blvd Rochester, NY 14611 | 4/27/06 | 2964 | $5,899.98 | Claims Subject To Modification | 05-44640 | $5,899.98 | General Unsecured |
| Stephenson Corporation | Stephenson Corporation 4401 Western Rd Flint, MI 48506 | 7/11/06 | 9312 | $55,193.34 | Claims Subject To Modification | 05-44640 | $28,565.39 | General Unsecured |

9/27/2007 7:35 PM
Omni 21 Exhibit F-1 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature |
| Stonehill Institutional Partners LP | Stonehill Institutional Partners LP<br>co Stonehill Capital Management<br>885 Third Ave 30th Fl<br>New York, NY 10022 | 12/29/05 | 1369 | $319,535.73 | Claims Subject To Modification | 05-44640 | $319,535.73 | General Unsecured |
| Stonehill Institutional Partners LP | Stonehill Institutional Partners LP<br>co Stonehill Capital Management<br>885 Third Ave 30th Fl<br>New York, NY 10022 | 12/29/05 | 1370 | $41,273.82 | Claims Subject To Modification | 05-44640 | $41,273.82 | General Unsecured |
| Venture Plastics Inc | Venture Plastics Inc<br>Jeffery M Levinson<br>Margulies & Levinson LLP 30100 Chagrin Blvd No 250<br>Cleveland, OH 44124 | 7/20/06 | 10016 | $347,605.98 | Claims Subject To Modification | 05-44640 | $173,841.50 | General Unsecured |
| Vimelsa International SA de CV | Vimelsa International SA de CV<br>Vimelsa International SA de CV<br>Ave Primera 867 Col Nazario Ortiz<br>Saltillo, Coah 25100 Mexico | 11/10/05 | 484 | $35,043.24 | Claims Subject To Modification | 05-44640 | $29,146.24 | General Unsecured |
| Weber Screwdriving System | Weber Screwdriving System<br>1401 Front St<br>Yorktown Height, NY 10598 | 6/29/06 | 8760 | $8,414.10 | Claims Subject To Modification | 05-44640 | $5,298.00 | General Unsecured |
| Wiegel Tool Works Inc | Wiegel Tool Works Inc<br>David Leibowitz<br>Leibowitz Law Center 420 W Clayton St<br>Waukegan, IL 60085 | 7/25/06 | 10752 | $121,998.56 | Claims Subject To Modification | 05-44567 | $121,563.20 | General Unsecured |
| Xpedx | Xpedx<br>28401 Schoolcraft Rd Ste 400<br>Livonia, MI 48150-2238 | 7/25/06 | 10591 | $3,180.05 | Claims Subject To Modification | 05-44640 | $3,180.05 | General Unsecured |

9/27/2007 7:35 PM
Omni 21 Exhibit F-1 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-2 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Claimant Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis for Objection** | **Correct Debtor** | **Modified Amount** | **Modified Nature** |
| Wisconsin Department of Revenue | Wisconsin Department of Revenue<br>James Polkowski<br>2135 Rimrock Rd<br>Madison, WI 53713 | 6/19/06 | 8458 | $1,868.68 | Tax Claim Subject To Modification | 05-44623 | $1,527.11 | Priority |
| Wisconsin Department of Revenue | Wisconsin Department of Revenue<br>James Polkowski<br>2135 Rimrock Rd<br>Madison, WI 53713 | 6/19/06 | 8458 | $1,868.68 | Tax Claim Subject To Modification | 05-44623 | $1,527.11 | Priority |

# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
In re                           :      Chapter 11
                              :
DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)
                              :
               Debtors.    :      (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Twenty-First Omnibus Claims Objection is set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 18, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING

---

[1]       Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

4

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

      The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE
WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION
PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING
THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER
THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS
OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from
sustaining a Claim against the Debtors.


Dated:  New York, New York
        September 21, 2007

# EXHIBIT I

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| 3M Company | 3M CompanyAttn Alpha KhaldiOffice of General Counsel Bldg 220 9E 02St Paul, MN 55144 | 4/3/06 | 2468 | $517,747.63 | Modified Claims Asserting Reclamation | 05-44640 | $34,337.94 | Priority | 05-44640 | $465,951.07 | General Unsecured |
| AFL Automotive Limited Partnership Michigan Limited Partnership | AFL Automotive Limited Partnership Michigan Limited PartnershipChad JohnsonAFL Automotive 12746 Cimarron Path Ste 116San Antonio, TX 78249 | 7/28/06 | 12203 | $17,473.74 | Modified Claims Asserting Reclamation | 05-44567 | $4,222.28 | Priority | 05-44567 | $5,584.44 | General Unsecured |
| American Aikoku Alpha Inc | American Aikoku Alpha IncGary VistMasuda Funai Eifert & Mitchell Ltd 203 N LaSalle St Ste 2500Chicago, IL 60601 | 10/17/05 | 16692 | $5,823.94 | Modified Claims Asserting Reclamation | 05-44640 | $5,823.94 | Priority | | | |
| American Molded Products | American Molded ProductsMichael AiutoOperations 51490 Celeste DrShelby Township, MI 48315 | 10/13/05 | 16680 | $498.74 | Modified Claims Asserting Reclamation | 05-44640 | $498.74 | Priority | | | |
| Bear Stearns Investment Products Inc | Bear Stearns Investment Products IncAttn Laura L Torrado383 Madison Ave New York, NY 10179 | 1/31/06 | 1728 | $212,632.48 | Modified Claims Asserting Reclamation | 05-44640 | $4,315.42 | Priority | 05-44640 | $177,243.00 | General Unsecured |
| Bear Stearns Investment Products Inc | Bear Stearns Investment Products IncAttn Laura L Torrado383 Madison Ave New York, NY 10179 | 7/27/06 | 11256 | $2,405,898.43 | Modified Claims Asserting Reclamation | 05-44640 | $1,840,483.50 | General Unsecured | | | |
| Cardone Industries Inc | Cardone Industries IncFrank Travaline Director of Credit5501 Whitaker Ave Philadelphia, PA 19124-1799 | 10/12/05 | 16662 | $9,760.00 | Modified Claims Asserting Reclamation | 05-44612 | $9,760.00 | Priority | | | |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/10/05 | 16658 | $5,830.84 | Modified Claims Asserting Reclamation | 05-44640 | $5,830.84 | Priority | | | |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/11/05 | 16660 | $2,133.34 | Modified Claims Asserting Reclamation | 05-44640 | $2,133.34 | Priority | | | |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/12/05 | 16666 | $1,553.52 | Modified Claims Asserting Reclamation | 05-44640 | $1,553.52 | Priority | | | |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/10/05 | 16667 | $1,735.38 | Modified Claims Asserting Reclamation | 05-44640 | $1,735.38 | Priority | | | |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/10/05 | 16669 | $11,201.77 | Modified Claims Asserting Reclamation | 05-44640 | $11,201.77 | Priority | | | |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/10/05 | 16670 | $822.47 | Modified Claims Asserting Reclamation | 05-44640 | $822.47 | Priority | | | |
| Chicago Rivet & Machine Co | Chicago Rivet & Machine CoJohn C Osterman President901 Frontenac Rd PO Box 3061Naperville, IL 60566-7061 | 10/10/05 | 16685 | $871.08 | Modified Claims Asserting Reclamation | 05-44640 | $871.08 | Priority | | | |
| Coilcraft Inc | Coilcraft IncAlan Mansho1102 Silver Lake Rd Cary, IL 60013 | 10/12/05 | 16690 | $4,434.68 | Modified Claims Asserting Reclamation | 05-44640 | $4,434.68 | Priority | | | |
| Contrarian Funds LLC as Assignee of Mead Westvaco Corporation | Contrarian Funds LLC as Assignee of Mead Westvaco CorporationAttn Alpa Jimenez411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10380 | $1,487,077.20 | Modified Claims Asserting Reclamation | 05-44640 | $28,965.90 | Priority | 05-44640 | $925,079.70 | General Unsecured |
| CTS Corporation | CTS Corporation171 Covington Dr Bloomingdale, IL 60108 | 7/27/06 | 11256 | $2,405,898.43 | Modified Claims Asserting Reclamation | 05-44640 | $164,265.01 | Priority | | | |
| Deutsche Bank Securities Inc | Deutsche Bank Securities IncAttn Ross Rosenfelt & Vikas Madan60 Wall St 3rd Fl New York, NY 10005 | 7/31/06 | 14139 | $1,206,143.24 | Modified Claims Asserting Reclamation | 05-44640 | $936,436.06 | General Unsecured | | | |
| Diodes Incorporated | Diodes IncorporatedDarlene James3050 E Hillcrest Dr Ste 200 Westlake Village, CA 91362 | 10/18/05 | 16699 | $1,421.23 | Modified Claims Asserting Reclamation | 05-44640 | $1,421.23 | Priority | | | |
| Donaldson Company Inc | Donaldson Company Inc1400 W 94th St Bloomington, MN 55431-2301 | 7/24/06 | 10490 | $538,577.55 | Modified Claims Asserting Reclamation | 05-44640 | $3,317.52 | Priority | 05-44640 | $328,940.05 | General Unsecured |
| EIS Inc | EIS IncKimberly J RobinsonBarack Ferrazzano Kirschbaum Perlman & Nagelberg LLP 333 W Wacker Dr Ste 2700Chicago, IL 60606-1227 | 7/19/06 | 9926 | $2,092.50 | Modified Claims Asserting Reclamation | 05-44640 | $570.00 | Priority | 05-44640 | $1,522.50 | General Unsecured |
| Electro Dynamics Crystal Corporation | Electro Dynamics Crystal CorporationTim Abbott President9075 Cody St Overland Park, KS 66214 | 10/18/05 | 16698 | $2,960.00 | Modified Claims Asserting Reclamation | 05-44640 | $2,960.00 | Priority | | | |
| Fair Harbor Capital LLC | Fair Harbor Capital LLCFair Harbor Capital LLC875 Ave of the Americas Ste 2305 New York, NY 10001 | 3/3/06 | 2186 | $41,085.40 | Modified Claims Asserting Reclamation | 05-44640 | $1,423.64 | Priority | 05-44640 | $39,411.76 | General Unsecured |
| Forest City Technologies Inc | Forest City Technologies IncCharles E Schillig VP Finance299 Clay St PO Box 86Wellington, OH 44090 | 10/12/05 | 16682 | $9,009.31 | Modified Claims Asserting Reclamation | 05-44640 | $9,009.31 | Priority | | | |
| Fulton Industries Inc | Fulton Industries IncKenneth C Baker EsqEastman & Smith Ltd One SeaGate 24th FlToledo, OH 43604 | 10/12/05 | 16664 | $912.23 | Modified Claims Asserting Reclamation | 05-44640 | $912.23 | Priority | | | |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive IncOne New York Plaza 42nd Fl New York, NY 10004 | 7/31/06 | 15064 | $5,895,235.82 | Modified Claims Asserting Reclamation | 05-44640 | $217,346.00 | Priority | 05-44640 | $5,461,678.51 | General Unsecured |

9/27/2007 7:36 PM
Omni 21 Exhibit F-3 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive IncGoldman Sachs Credit Partners LP assignee of Siemens VDO Automotive Corporation and Siemans VDO Automotive IncAttn Steven F Wasserman Esq Brown Rudnick Berlack Israels LLPSeven Times SquareNew York, NY 10036 | 7/31/06 | 15064 | $5,895,235.82 | Modified Claims Asserting Reclamation | 05-44640 | $217,346.00 | Priority | 05-44640 | $5,461,678.51 | General Unsecured |
| Goldman Sachs Credit Partners LP | Goldman Sachs Credit Partners LPAttn Pedro Ramirezc o Goldman Sachs & Co 30 Hudson 17th FlJersey City, NJ 07302 | 7/28/06 | 11965 | $105,650.59 | Modified Claims Asserting Reclamation | 05-44640 | $3,559.48 | Priority | 05-44640 | $101,558.10 | General Unsecured |
| Goldman Sachs Credit Partners LP | Goldman Sachs Credit Partners LPc o Goldman Sachs & CoAttn Pedro Ramirez 30 Hudson 17th FlJersey City, NJ 07302 | 7/28/06 | 11966 | $5,491.20 | Modified Claims Asserting Reclamation | 05-44567 | $44.00 | Priority | 05-44567 | $2,690.20 | General Unsecured |
| Goldman Sachs Credit Partners LP | Goldman Sachs Credit Partners LPc o Goldman Sachs & CoAttn Pedro Ramirez 30 Hudson 17th FlJersey City, NJ 07302 | 7/28/06 | 11967 | $5,019,217.38 | Modified Claims Asserting Reclamation | 05-44640 | $169,102.74 | Priority | 05-44640 | $4,824,792.70 | General Unsecured |
| Graber Rogg Inc | Graber Rogg IncArthur Zampella President22 Jackson Dr Cranford, NJ 07016 | 10/11/05 | 16673 | $1,376.07 | Modified Claims Asserting Reclamation | 05-44640 | $1,376.07 | Priority | | | |
| Graber Rogg Inc | Graber Rogg IncArthur Zampella President22 Jackson Dr Cranford, NJ 07016 | 10/12/05 | 16674 | $26,352.82 | Modified Claims Asserting Reclamation | 05-44640 | $26,352.82 | Priority | | | |
| Graber Rogg Inc | Graber Rogg IncArthur Zampella President22 Jackson Dr Cranford, NJ 07016 | 10/11/05 | 16676 | $2,547.30 | Modified Claims Asserting Reclamation | 05-44640 | $2,547.30 | Priority | | | |
| H & L Tool Company Inc | H & L Tool Company IncNirendu Dhar32701 Dequinder Madison Heights, MI 48071-1595 | 10/9/05 | 16665 | $7,344.65 | Modified Claims Asserting Reclamation | 05-44640 | $7,344.65 | Priority | | | |
| Henkel Corporation Henkel Loctite | Henkel Corporation Henkel LoctitePO Box 485 Avon, OH 44011 | 7/31/06 | 13441 | $115,694.05 | Modified Claims Asserting Reclamation | 05-44640 | $177.36 | Priority | 05-44640 | $31,103.18 | General Unsecured |
| Hewitt Tool & Die Inc | Hewitt Tool & Die IncGeorge E Hewitt1138 E 400 S PO Box 47Oakford, IN 46965-0047 | 10/17/05 | 16700 | $7,828.35 | Modified Claims Asserting Reclamation | 05-44640 | $7,828.35 | Priority | | | |
| HK Metal Craft Manufacturing Corp | HK Metal Craft Manufacturing CorpMaria Alen35 Industrial Rd PO Box 775Lodi, NJ 07645 | 10/10/05 | 16656 | $572.00 | Modified Claims Asserting Reclamation | 05-44640 | $572.00 | Priority | | | |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| HK Metal Craft Manufacturing Corp | HK Metal Craft Manufacturing CorpMaria Alen35 Industrial Rd PO Box 775Lodi, NJ 07645 | 10/10/05 | 16657 | $3,850.28 | Modified Claims Asserting Reclamation | 05-44640 | $3,850.28 | Priority | | | |
| HK Metal Craft Mfg Corp | HK Metal Craft Mfg CorpMaria Alen35 Industrial Rd PO Box 775Lodi, NJ 07645 | 10/10/05 | 16655 | $1,533.05 | Modified Claims Asserting Reclamation | 05-44640 | $1,533.05 | Priority | | | |
| Illinois Tool Works Inc | Illinois Tool Works IncItw Shakeproof Automotive Prod PO Box 92052Chicago, IL 60675 | 7/17/06 | 9567 | $151,274.89 | Modified Claims Asserting Reclamation | 05-44481 | $7,127.23 | Priority | 05-44481 | $41,689.01 | General Unsecured |
| International Rectifier Corporation | International Rectifier CorporationRichard Brunette and Theresa WardleSheppard Mullin Richter & Hampton LLP 333 S Hope St 48th FlLos Angeles, CA 90071 | 7/31/06 | 13788 | $1,423,472.76 | Modified Claims Asserting Reclamation | 05-44640 | $25,243.50 | Priority | 05-44640 | $1,292,361.39 | General Unsecured |
| ITW CIP | ITW CIP850 Steamplant Rd Gallatin, TN 37066 | 7/17/06 | 9571 | $29,467.26 | Modified Claims Asserting Reclamation | 05-44481 | $1,631.23 | Priority | 05-44481 | $23,666.93 | General Unsecured |
| JPMorgan Chase Bank NA as Assignee of Brazeway Inc | JPMorgan Chase Bank NA as Assignee of Brazeway IncStanley Lim270 Park Ave New York, NY 10017 | 1/6/06 | 14052 | $1,881,302.43 | Modified Claims Asserting Reclamation | 05-44640 | $101,905.91 | Priority | 05-44640 | $1,779,396.52 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NAStanley Lim270 Park Ave 17th Fl New York, NY 10017 | 2/3/06 | 1771 | $200,547.61 | Modified Claims Asserting Reclamation | 05-44640 | $38,016.28 | Priority | 05-44640 | $117,014.26 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NAStanley Lim270 Park Ave 17th Fl New York, NY 10017 | 2/3/06 | 1773 | $516,132.52 | Modified Claims Asserting Reclamation | 05-44640 | $34,000.11 | Priority | 05-44640 | $128,058.28 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NAStanley Lim270 Park Ave 17th Fl New York, NY 10017 | 6/23/06 | 8401 | $93,681.46 | Modified Claims Asserting Reclamation | 05-44624 | $9,795.53 | Priority | 05-44624 | $80,183.50 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NAStanley Lim270 Park Ave 17th Fl New York, NY 10017 | 6/23/06 | 8403 | $1,254,523.02 | Modified Claims Asserting Reclamation | 05-44640 | $223,076.13 | Priority | 05-44640 | $1,030,583.40 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NANeelima Veluvolu270 Park Ave 17th Fl New York, NY 10017 | 7/27/06 | 11785 | $615,329.09 | Modified Claims Asserting Reclamation | 05-44640 | $14,410.00 | General Unsecured | | | |
| Kamax SAU | Kamax SAUErich CornellaEmperador 4 E 46136Museros,  Spain | 10/13/05 | 16675 | $0.00 | Modified Claims Asserting Reclamation | 05-44640 | $1,803.58 | Priority | | | |
| KOA Speer Electronics Inc | KOA Speer Electronics IncScott W RiceBolivar Dr PO Box 547Bradford, PA 16701 | 10/10/05 | 16672 | $495.50 | Modified Claims Asserting Reclamation | 05-44640 | $495.50 | Priority | | | |
| KOA Speer Electronics Inc | KOA Speer Electronics IncScott W Rice Chairman & PresidentBolivar Dr PO Box 547Bradford, PA 16701 | 10/10/05 | 16686 | $61,091.71 | Modified Claims Asserting Reclamation | 05-44640 | $60,936.01 | Priority | | | |

9/27/2007 7:36 PM
Omni 21 Exhibit F-3 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| KOA Speer Electronics Inc | KOA Speer Electronics IncScott W Rice Chairman & PresidentBolivar Dr PO Box 547Bradford, PA 16701 | 10/10/05 | 16687 | $84,902.01 | Modified Claims Asserting Reclamation | 05-44640 | $82,085.30 | Priority | | | |
| Lexington Rubber Group Inc | Lexington Rubber Group IncLexington Connector Seals 1510 Ridge RdVienna, OH 44473-970 | 7/28/06 | 11924 | $80,802.00 | Modified Claims Asserting Reclamation | 05-44640 | $28,390.99 | Priority | 05-44640 | $52,411.01 | General Unsecured |
| Lexington Rubber Group Inc | Lexington Rubber Group IncLexington Connector Seals 1510 Ridge RdVienna, OH 44473-970 | 7/28/06 | 12151 | $41,919.98 | Modified Claims Asserting Reclamation | 05-44640 | $12,451.81 | Priority | 05-44640 | $26,983.63 | General Unsecured |
| Linear Technology Corporation | Linear Technology CorporationJames M SullivanMcDermott Will & Emery 50 Rockefeller PlzNew York, NY 10020-1605 | 10/13/05 | 16681 | $116,070.80 | Modified Claims Asserting Reclamation | 05-44640 | $116,070.80 | Priority | | | |
| Longacre Master Fund Ltd | Longacre Master Fund LtdVladimir Jelisavcic810 Seventh Ave 22nd Fl New York, NY 10019 | 6/6/06 | 7571 | $152,953.02 | Modified Claims Asserting Reclamation | 05-44640 | $12,021.80 | Priority | 05-44640 | $103,141.10 | General Unsecured |
| Longacre Master Fund Ltd | Longacre Master Fund LtdVladimir Jelisavcic810 Seventh Ave 22nd Fl New York, NY 10019 | 6/20/06 | 8285 | $230,466.50 | Modified Claims Asserting Reclamation | 05-44640 | $8,317.35 | Priority | 05-44640 | $200,061.15 | General Unsecured |
| Longacre Master Fund Ltd | Longacre Master Fund LtdVladimir Jelisavcic810 Seventh Ave 22nd Fl New York, NY 10019 | 7/28/06 | 12370 | $225,484.00 | Modified Claims Asserting Reclamation | 05-44507 | $202,500.00 | Priority | 05-44507 | $22,984.00 | General Unsecured |
| Longacre Master Fund Ltd | Longacre Master Fund LtdVladimir Jelisavcic810 Seventh Ave 22nd Fl New York, NY 10019 | 10/2/06 | 16346 | $474,785.71 | Modified Claims Asserting Reclamation | 05-44640 | $26,521.34 | Priority | 05-44640 | $448,264.37 | General Unsecured |
| Material Sciences Corporation | Material Sciences CorporationSamuel R GraftonPopper & Grafton 225 W 34th St Ste 1609New York, NY 10122-1600 | 10/10/05 | 16654 | $42,820.98 | Modified Claims Asserting Reclamation | 05-44640 | $39,830.12 | Priority | | | |
| McNaughton McKay Electric of Ohio | McNaughton McKay Electric of OhioMcNaughton McKay Electric Co1357 E Lincoln Ave Madison Heights, MI 48071-4126 | 3/2/07 | 16561 | $70,117.16 | Modified Claims Asserting Reclamation | 05-44640 | $23,230.90 | Priority | 05-44640 | $31,270.11 | General Unsecured |
| Midwest Stamping Inc | Midwest Stamping IncLarry E ParresLewis Rice & Fingersh LC 500 N Broadway Ste 2000St Louis, MO 63102-2147 | 10/20/05 | 16696 | $1,242.18 | Modified Claims Asserting Reclamation | 05-44640 | $1,242.18 | Priority | | | |
| Mobile Display Systems | Mobile Display Systemsc o Robert N Michaelson EsqKirkpatrick & Lockhart Nicholson Graham LLP 599 Lexington AveNew York, NY 10022 | 7/31/06 | 14295 | $124,961.82 | Modified Claims Asserting Reclamation | 05-44640 | $25,930.54 | Priority | 05-44640 | $99,031.28 | General Unsecured |
| OMG Americas Inc | OMG Americas IncJoe Dolan811 Sharon Dr Westlake, OH 44145 | 10/18/05 | 16693 | $6,000.00 | Modified Claims Asserting Reclamation | 05-44482 | $6,000.00 | Priority | | | |

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| Precision Resource Inc KY Div | Precision Resource Inc KY DivPrecision Resource Inc25 Forest Parkway Shelton, CT 06484 | 6/4/07 | 16609 | $193,633.16 | Modified Claims Asserting Reclamation | 05-44640 | $13,539.00 | Priority | 05-44640 | $180,094.16 | General Unsecured |
| Pridgeon & Clay Inc | Pridgeon & Clay IncBruce Penno50 Cottage Grove SW Grand Rapids, MI 49507 | 10/10/05 | 16661 | $56,146.15 | Modified Claims Asserting Reclamation | 05-44640 | $54,023.95 | Priority | | | |
| RBC Bearings | RBC BearingsBruce Owen Mgr Credit & CollectionsOne Technology Ctr Oxford, CT 06478 | 10/13/05 | 16678 | $21,375.00 | Modified Claims Asserting Reclamation | 05-44624 | $21,375.00 | Priority | | | |
| RF Monolithics | RF MonolithicsSteven T HolmesHunton & Williams LLP 1601 Bryan St 30th FlDallas, TX 75201-3402 | 10/14/05 | 16691 | $166,783.27 | Modified Claims Asserting Reclamation | 05-44640 | $160,435.27 | Priority | | | |
| Sagami America Ltd | Sagami America LtdGary VistMasuda Funai Eifert & Mitchell Ltd 203 N LaSalle St Ste 2500Chicago, IL 60601 | 10/14/05 | 16683 | $22,443.37 | Modified Claims Asserting Reclamation | 05-44640 | $22,443.37 | Priority | | | |
| SPCP Group LLC as Assignee of Serigraph Inc | SPCP Group LLC as Assignee of Serigraph IncBrian JarmainTwo Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14139 | $1,206,143.24 | Modified Claims Asserting Reclamation | 05-44640 | $50,134.22 | Priority | | | |
| Spring Engineering & Manufacturing Corporation | Spring Engineering & Manufacturing CorporationBrian K SherwoodSpring Engineering & Manufacturing 7820 N Lilley RdCanton, MI 48187 | 10/11/05 | 16663 | $5,293.69 | Modified Claims Asserting Reclamation | 05-44640 | $5,293.69 | Priority | | | |
| Standard Microsystems Corporation | Standard Microsystems Corporationc o Leslie A Berkoff EsqMoritt Hock Hamroff & Horowitz LLP 400 Garden City PlzGarden City, NY 11530 | 7/28/06 | 12838 | $97,460.00 | Modified Claims Asserting Reclamation | 05-44640 | $19,067.40 | Priority | 05-44640 | $74,439.93 | General Unsecured |
| Steel Technologies Inc | Steel Technologies IncJohn M Baumann Jr15415 Shelbyville Rd PO Box 433939Louisville, KY 40253-0339 | 10/8/05 | 16652 | $52,310.89 | Modified Claims Asserting Reclamation | 05-44640 | $52,310.89 | Priority | | | |
| Stonehill Institutional Partners LP | Stonehill Institutional Partners LPAttn Steve Nelsonco Stonehill Capital Management 885 Third Ave 30th FlNew York, NY 10022 | 7/28/06 | 12373 | $619,697.70 | Modified Claims Asserting Reclamation | 05-44640 | $30,013.94 | Priority | 05-44640 | $498,891.95 | General Unsecured |
| Tessier Machine Co | Tessier Machine CoStephen Woodworth526 Main St Hudson, MA 01749 | 10/13/05 | 16684 | $14,880.00 | Modified Claims Asserting Reclamation | 05-44507 | $14,880.00 | Priority | | | |
| TPG Credit Opportunities Fund LP | TPG Credit Opportunities Fund LPAttn Shelley Hartmanc o TPG Credit Management LP 4600 Wells Fargo Ctr90 S Seventh StMinneapolis, MN 55402 | 7/27/06 | 11785 | $615,329.09 | Modified Claims Asserting Reclamation | 05-44640 | $86,942.30 | Priority | 05-44640 | $188,351.71 | General Unsecured |

9/27/2007 7:36 PM
Omni 21 Exhibit F-3 single Service List

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 |
| TPG Credit Opportunities Investors LP | TPG Credit Opportunities Investors LPAttn Shelley Hartmanc o TPG Credit Management LP 4600 Wells Fargo Ctr90 S Seventh StMinneapolis, MN 55402 | 7/27/06 | 11785 | $615,329.09 | Modified Claims Asserting Reclamation | 05-44640 | $102,062.70 | Priority | 05-44640 | $221,108.52 | General Unsecured |
| United Chemi Con Inc | United Chemi Con IncLarry Magoncia9801 W Higgins Rd Rosemont, IL 60018 | 10/10/05 | 16688 | $23,489.41 | Modified Claims Asserting Reclamation | 05-44640 | $22,311.50 | Priority | | | |
| United Stars Industries Inc | United Stars Industries IncSean T ScottMayer Brown Rowe & Maw 190 S LaSalle StChicago, IL 60603-3441 | 10/24/05 | 16695 | $13,238.61 | Modified Claims Asserting Reclamation | 05-44640 | $11,853.70 | Priority | | | |
| US Silica Company | US Silica CompanyLarry A DickPO Box 933008 Atlanta, GA 31193-3008 | 10/10/05 | 16653 | $6,000.00 | Modified Claims Asserting Reclamation | 05-44640 | $6,000.00 | Priority | | | |
| Wakefield Thermal Solutions | Wakefield Thermal SolutionsJonathan R DoolittleVerrill Dana LLP One Portland SqPortland, ME 04112-0586 | 10/18/05 | 16694 | $186.68 | Modified Claims Asserting Reclamation | 05-44640 | $186.68 | Priority | | | |
| Werner Co | Werner CoHoward Berneburg Credit Mgr93 Werner Rd Greenville, PA 16125 | 10/17/05 | 16697 | $952.91 | Modified Claims Asserting Reclamation | 05-44640 | $952.91 | Priority | | | |

9/27/2007 7:36 PM
Omni 21 Exhibit F-3 single Service List

# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
      In re                        :        Chapter 11
                                 :
DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)
                                 :
               Debtors.    :       (Jointly Administered)
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Twenty-First Omnibus Claims Objection is set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 18, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

2

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

3

ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE
CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING
SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY
THE TERMS OF THAT ORDER.

If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern
Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must
(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules
for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be
served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)
and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive,
Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth
in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie
right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise
protected information in the Response; provided further, however, that you must disclose to the Debtors
all information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent the
Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described
above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such
Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be
set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the
Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m.
(prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES
ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE

4

CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR
SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

　　　　The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE
WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION
PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING
THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER
THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS
OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from
sustaining a Claim against the Debtors.

Dated:  New York, New York
　　　　September 21, 2007

# EXHIBIT K

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-3 (Mulitple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claimant Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Correct Debtor | Modified Amount | Modified Nature | Correct Debtor2 | Modified Amount2 | Modified Nature2 | Correct Debtor3 | Modified Amount3 | Modified Nature3 |
| Bear Stearns Investment Products Inc | Bear Stearns Investment Products Inc Attn Laura L Torrado 383 Madison Ave New York, NY 10179 | 3/10/06 | 2246 | $6,140,513.59 | Modified Claims Asserting Reclamation | 05-44567 | $5,523.00 | General Unsecured | 05-44640 | $37,893.60 | Priority | 05-44640 | $5,985,477.74 | General Unsecured |
| Consolidated Industrial Corp | Consolidated Industrial Corp St Clair Plastics Div 30855 Teton Pl Chesterfield, MI 48047 | 7/27/06 | 11440 | $79,855.52 | Modified Claims Asserting Reclamation | 05-44640 | $3,795.99 | Priority | 05-44640 | $63,199.86 | General Unsecured | 05-44567 | $3,008.56 | General Unsecured |

9/27/2007 7:35 PM
Omni 21 Exhibit F-3 multiple Service List

# EXHIBIT L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be
disallowed and expunged or modified as summarized in that table and described in more detail in the
Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007
To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently
Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims,
And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims
Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a
copy of which is enclosed (without exhibits).  The Debtors' Twenty-First Omnibus Claims Objection is
set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert
D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green,
Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO
RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON OCTOBER 18, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE
MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE
ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF
AN ORDER.

        The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

　　　　If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

　　　　Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

　　　　If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).

　　　　IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES

ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE
CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR
SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-
FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE
WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION
PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING
THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER
THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS
OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from
sustaining a Claim against the Debtors.

Dated:  New York, New York
        September 21, 2007

# EXHIBIT M

Delphi Corporation
Twenty-First Omnibus Objection
Exhibit F-1 (Multiple) Service List

| 1 Claimant Name | 2 Address | 3 Date Filed | 4 Claim Number | 5 Asserted Claim Amount | 6 Basis for Objection | 7 Correct Debtor | 8 Modified Amount | 9 Modified Nature | 10 Correct Debtor2 | 11 Modified Amount2 | 12 Modified Nature2 | 13 Correct Debtor3 | 14 Modified Amount3 | 15 Modified Nature3 | 16 Correct Debtor4 | 17 Modified Amount4 | 18 Modified Nature4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E&r Industrial Sales Inc | E&r Industrial Sales Inc 40800 Enterprise Dr Sterling Heights, MI 48314 | 7/25/06 | 10889 | $58,051.22 | Claims Subject To Modification | 05-44481 | $0.00 | General Unsecured | 05-44640 | $58,051.22 | General Unsecured | | | | | | |
| Goldman Sachs Credit Partners LP | Goldman Sachs Credit Partners LP c o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 5/15/06 | 5842 | $135,545.25 | Claims Subject To Modification | 05-44612 | $3,310.45 | General Unsecured | 05-44640 | $71,645.27 | General Unsecured | | | | | | |
| Henkel Corporation Henkel Electronics | Henkel Corporation Henkel Electronics 15051 E Don Julian Rd Industry, CA 91746 | 7/25/06 | 10656 | $781,205.06 | Claims Subject To Modification | 05-44624 | $576.00 | General Unsecured | 05-44640 | $417,092.32 | General Unsecured | | | | | | |
| Keats Manufacturing Co | Keats Manufacturing Co Keats Manufacturing Co 350 W Holbrook Dr Wheeling, IL 60090 | 10/25/05 | 105 | $233,508.18 | Claims Subject To Modification | 05-44567 | $3,034.10 | General Unsecured | 05-44640 | $45,504.85 | General Unsecured | | | | | | |
| Longacre Master Fund Ltd | Longacre Master Fund Ltd Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 6/23/06 | 8695 | $485,243.50 | Claims Subject To Modification | 05-44640 | $408,442.54 | General Unsecured | 05-44612 | $41.04 | General Unsecured | 05-44567 | $109.70 | General Unsecured | 05-44624 | $974.84 | General Unsecured |
| Optical Gaging Products Inc | Optical Gaging Products Inc 850 Hudson Ave Rochester, NY 14621 | 7/31/06 | 15248 | $10,095.08 | Claims Subject To Modification | 05-44567 | $4,156.94 | General Unsecured | 05-44640 | $5,938.14 | General Unsecured | | | | | | |

9/27/2007 7:35 PM
Omni 21 Exhibit F-1 multiple Service List

# EXHIBIT N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
          In re                             :          Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :          Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :          (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


     Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged or modified as summarized in that table and described in more detail in the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (the "Twenty-First Omnibus Claims Objection"), dated September 21, 2007, a copy of which is enclosed (without exhibits).  The Debtors' Twenty-First Omnibus Claims Objection is set for hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED TWENTY-FIRST OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON OCTOBER 18, 2007.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

     The enclosed Twenty-First Omnibus Claims Objection identifies twelve different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" are either duplicates of other Claims or have been amended or superseded by later-filed Claims.

The Claim identified as having a Basis For Objection of "Untimely Equity Claim" is a Claim filed by a holder of Delphi common stock solely on account of its stock holdings and was untimely pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Insufficiently Documented Claims" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

The Claim identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" is a Claim that did not contain sufficient supporting documentation, making it impossible for the Debtors meaningfully to review the asserted Claim, and was also not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books And Records Claims" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and was also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Books And Records Tax Claims" are those Claims filed by taxing authorities that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claims" are those Claims that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Tax Claims" are those Claims filed by taxing authorities that were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status.

2

The Claim identified as having a Basis For Objection of "Tax Claim Subject To Modification" is the Claim filed by a taxing authority that the Debtors have determined is overstated.

Claims identified as having a Basis For Objection of "Modified Claims Asserting Reclamation" are those Claims (i) that the Debtors have determined (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtor, and/or (c) incorrectly assert secured or priority status and (ii) in which the claimant asserted a reclamation demand and either (a) the Debtors and the claimant have entered into a letter agreement whereby the Debtors and the claimant agreed upon the valid amount of the reclamation demand or (b) the claimant has consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (ii)(a) and (b), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the claimant's agreement or consent to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

If you wish to view the complete exhibits to the Twenty-First Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Twenty-First Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

---

[1]     Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Twenty-First Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on October 18, 2007. Your Response, if any, to the Twenty-First Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the Claim; (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Twenty-First Omnibus Claims Objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim; (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the October 25, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on October 25, 2007 at 10:00 a.m. (prevailing Eastern time).

4

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE TWENTY-FIRST OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        September 21, 2007