**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------X

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of the Debtors' Twenty-First Omnibus Objection to Claims (the "Objection") and the response in opposition thereto filed by Henkel Corporation, and after notice and a hearing pursuant to 11 U.S.C. § 102(1), it is hereby ordered that:

    1.    The Objection is Denied with respect to the claims of Henkel Corporation.

BY THE COURT:

_____
United States Bankruptcy Judge