DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------X

<u>**CERTIFICATE OF SERVICE**</u>

I, Jane L. Gorman, hereby certify that on this 12th day of October, 2007, I caused to be served by first class United States mail, postage pre-paid, a copy of the ***RESPONSE OF HENKEL CORPORATION TO DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS AND/OR ANY PENDING CLAIMS OBJECTION RELATED TO CLAIMS OF HENKEL CORPORATION*** upon the following:

John W. Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver et al.
One New York Plaz
New York, NY  10004

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4834

Office of the United States Trustee
Southern District of New York
Attn:  Alicia M. Leohard
33 Whitehall Street, Suite 2100
New York, NY  10004

<u>/s/ Jane L. Gorman</u>
   Jane L. Gorman
   Drinker Biddle & Reath LLP
   One Logan Square
   18th & Cherry Streets
   Philadelphia, PA 19103