Hearing Date and Time: October 25, 2007 at 10:00 a.m.
Response Date and Time: October 18, 2007 at 4:00 p.m.

**PEPPER HAMILTON LLP**
Francis J. Lawall
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Teleflex Automotive Manufacturing Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**RESPONSE OF TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION.**
**TO DEBTORS' TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**

Teleflex Automotive Manufacturing Corporation ("Teleflex "), by and through its

undersigned counsel, responds to the Debtors' Twenty-First Omnibus Objection Pursuant to 11

U.S.C. § 502(b) and Fed. R. Bankr.P. 3007 to Certain (A) Duplicate or Amended Claims, (B)

Untimely Equity Claim, (C) Insufficiently Documented Claims, and (D) Claims Not Reflected

On Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To Modification,

Tax Claim Subject To Modification, and Modified Claims Asserting Reclamation (the

"Objection"). With respect to Teleflex 's claim, the claim is designated in Exhibit F-3 of the

Objection as a Modified Claim Asserting Reclamation. In the Objection, the Debtors seek to

modify Teleflex 's claim from the filed amount of $212,632.48 (which amount includes a

secured portion in the amount of $64,731.84 and an unsecured portion in the amount of

$147,900.64) to a modified claim in the total amount of $181,558.42 (which amount includes a

secured portion in the amount of $4,315.42 and an unsecured portion in the amount of

$177,243). In support of the full amount of its claim, Teleflex states as follows:

        1.      The Debtors commenced these Chapter 11 cases on October 8, 2005 (the

"Petition Date").

        2.      Prior to the Petition Date, Teleflex sold and delivered goods (the "Goods")

on credit to the Debtors. The indebtedness owed by the Debtors for the Goods as of the Petition

Date was $212,632.48, including goods in the total amount of $64,731.84 as to which Teleflex

timely served a notice of reclamation and which amount is subject to a state law vendor's lien

(the "Indebtedness").

        3.      On or about January 31, 2006, Teleflex filed a timely proof of claim,

designated as Claim No. 1728, asserting a claim in the total amount of the Indebtedness. Due to

the number of invoices that remained un paid as of the Petition Date, attached to the proof of

claim was a spreadsheet setting forth a list of all unpaid invoices.

## ARGUMENT

        4.      A proof of claim executed and filed according to the requirements of

Bankruptcy Rule 3001(f) constitutes *prima facie* evidence of the validity and amount of the

claim. Fed.R.Bankr.P. 3001(f). "The interposition of an objection does not deprive the proof of

claim of presumptive validity unless the objection is supported by *substantial evidence*." In re

Hemingway Transport, Inc., 993 F.2d 915, 925 (1st Cir.1993).


        5.      Rule 3001(a) requires that the proof of claim be a written statement setting

forth a creditor's claim, in a form substantially conforming to the appropriate Official Form.

Rule 3001(c) requires that a claim based on a writing include a copy of the writing thereto.

6.    Claim No. 1728 substantially conforms to the Official Form, is signed by a representative of Teleflex, and sets forth the exact dollar amount owed as of the Petition Date.  A spreadsheet listing all invoices upon which the claim is based are attached thereto.

7.    Having satisfied the requirements of Bankruptcy Rule 3001, Claim No. 1728 constitutes *prima facie* evidence of the validity and amount of the claim.

8.    The Debtors have provided no evidence, let alone substantial evidence, to support the Objection; therefore, the Objection should be overruled and Teleflex's claim should be allowed as filed.

9.    Any reply by the Debtors to this Response should be delivered to the undersigned counsel for Teleflex.  The following person has ultimate authority to reconcile, settle or otherwise resolve Claim No. 1728 on behalf of Teleflex :

> Anne Marie Aaronson
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000

WHEREFORE, Teleflex Automotive Manufacturing Corporation respectfully requests that the Court overrule the Objection and grant all other proper relief.

**PEPPER HAMILTON LLP**

/s/ Anne Marie Aaronson
Francis J. Lawall
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Attorneys for Teleflex Automotive Manufacturing
Corporation

-3-

**PEPPER HAMILTON LLP**
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Teleflex Automotive Manufacturing Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, | ) |
| | ) Case Nos. 05-44481 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2007, copies of the

Response of Teleflex Automotive Manufacturing Corporation To Debtors' Twenty-First

Omnibus Claims Objection were served on the following individuals in the manner specified.

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel
(Via Overnight Courier)

#8950033 v1

Skadden, Arps, Slate, Meagher
& Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.
          John K. Lyons
          Joseph N. Wharton
(Via Overnight Courier)

**PEPPER HAMILTON LLP**

/s/ Anne Marie Aaronson
Anne Marie Aaronson (AA1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
Attorneys for Teleflex Automotive Manufacturing
Corporation

Dated:  October 12, 2007

#8950033 v1