KIRKPATRICK & LOCKHART　　　　　　　　　　　　　Hearing Date: October 25, 2007
PRESTON GATES ELLIS LLP　　　　　　　　　　　　　　　　　　　　10:00 A.M.
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:　　　　　　　　　　　　　　　　　:　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　:　　　　　Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,　　　　　　:　　　　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　:
　　　　Debtors.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------X

**PRELIMINARY OBJECTION OF WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE, TO MOTION FOR ORDER UNDER
11 U.S.C. § 363(C), 1107 AND 1108, AND CASH MANAGEMENT ORDER,
AND ALTERNATIVELY, UNDER 11 U.S.C. §§ 363(B)(1) AND 364(C),
CONFIRMING AUTHORITY OF DELPHI AUTOMOTIVE SYSTEMS (HOLDING),
INC. TO COMPLETE INTERCOMPANY TRANSFER OF FUNDS**

　　　　Wilmington Trust Company ("WTC"), as indenture trustee for the senior notes and debentures in the aggregate principal amount of $2 billion issued by Delphi Corporation ("Delphi"), by and through its attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby files this preliminary objection to the Motion for Order Under 11 U.S.C. § 363(c), 1107, and 1108, and Cash Management Order, and, Alternatively, Under 11 U.S.C. §§ 363(b)(1) and 364(c), Confirming Authority of Delphi Automotive Systems (Holding), Inc. To Complete Intercompany Transfer of Funds (the "Motion") filed by Delphi and its debtor subsidiaries and affiliates (collectively, the "Debtors"), stating as follows:

　　　　1.　　　　The Motion seeks authorization for Delphi Automotive Systems (Holding), Inc. ("DASHI") -- a solvent debtor entity, 87% of which is indirectly owned by

NY-560140 v2

Delphi Corporation -- to make a $650 million intercompany loan to Delphi Automotive Systems, LLC ("DAS").

      2.      In light of the complete absence of any apparent business justification for DASHI to lend its money – 87% of which would otherwise be available to Delphi Corporation -- to DAS on the terms proposed in the Motion, WTC files this objection in order to create a contested matter to permit it to take discovery from the Debtors to determine why DASHI and Delphi Corporation believe it is in the best interests of their creditors and equity holders to seek the relief requested by the Motion.

      3.      WTC expressly reserves the right to supplement or amend this objection upon the conclusion of discovery and prior to the hearing on the Motion.

      WHEREFORE, WTC respectfully requests that the Court enter an Order denying the Motion, and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 12, 2007

                                    KIRKPATRICK & LOCKHART
                                    PRESTON GATES ELLIS LLP

                                    By:   */s/ Edward M. Fox*
                                        Edward M. Fox (EF1619)
                                        A Member of the Firm
                                    Attorneys for Wilmington Trust Company,
                                    as Indenture Trustee
                                    599 Lexington Avenue
                                    New York, NY 10022
                                    (212) 536-3900