# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

<u>In re:</u> **DELPHI AUTOMOTIVE SYSTEMS LLC**
<u>Case No.</u> **05-44640**
(Related Docket No. 3905)

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer,
other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>LIQUIDITY SOLUTIONS, INC</u><br><u>DBA REVENUE MANAGEMENT</u><br>Name of Transferee | **<u>RAYSE SA DE CV</u>**<br>Name of Transferor |

Name and Address where notices and payments
to transferee should be sent:

<u>Court Claim # (if known): 7296</u>
Amount of Claim: **$1,909.98**
Date Claim Filed:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
<u>(201) 968-0001</u>

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

<u>By:/s/Chris Oh</u>          <u>Date: 10/10/2007</u>
 Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

798616

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

<u>In re:</u> **DELPHI AUTOMOTIVE SYSTEMS LLC**
<u>Case No. **05-44640**</u>

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  7296          (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>10/10/2007.</u>

Liquidity Solutions Inc,
<u>d/b/a Revenue Management</u>
**Name of Transferee**

**RAYSE SA DE CV**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**C/O REVENUE MANAGEMENT**
**ONE UNIVERSITY PLAZA STE 312**
**HACKENSACK, NJ 07601**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

798616

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (CUT HERE) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSFER NOTICE**

RAYSE SA DE CV ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the RAYSE SA DE CV Claims of Assignor in the aggregate amount of **$1,909.98** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ___11___ day of ___MAY___, 2006

RAYSE SA DE CV

_____
(Signature)

FRANCISCO ANTON GABELICH
(Print Name and Title)

GENERAL MANAGER.

REVENUE MANAGEMENT

_____
(Signature)

Chris Oh
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
RAYSE SA DE CV

798616