SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
      In re                     :    Chapter 11
                           :
DELPHI CORPORATION, ET AL.   :    Case No. 05-44481 RDD
                           :
              Debtor.  :
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

PLEASE TAKE NOTICE that, on January 20, 2006, Delphi Corporation, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed its Schedules of Assets and Liabilities (the "Schedules").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and Statements, on February 14, 2006 and April 18, 2006, the Debtor filed certain amendments to the Schedules.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and Statements, the Debtor hereby files certain additional amendments to its Schedules (the "Third Amendment").

PLEASE TAKE FURTHER NOTICE that the information set forth in the existing Schedules is amended and superseded only to the extent of revised information contained in the Third Amendment.

PLEASE TAKE FURTHER NOTICE that the Debtors will provide each holder of a "Claim," as such term is defined in 11 U.S.C. § 101(5), (collectively, the "Claimants") whose Claim is modified by the Third Amendment with a personalized Notice Of Amendment To Schedules, which specifically identifies the Claimant's Claim that is subject to an amendment as well a copy of the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed.R.Bankr.P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) and a Proof of Claim Form.  A form of the Notice Of Amendment To

Schedules to be sent to the Claimants is attached hereto as <u>Exhibit A</u>.

Dated:  New York, New York
          October 12, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      John K. Lyons
      Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

      - and –

By:  /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, <u>et al.</u>,
    Debtors and Debtors-in-Possession

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re                                         :        Chapter 11
                                              :
**[DEBTOR ENTITY]**,                          :        Case No. 05-**[CASE NO.]**
                                              :
                         Debtors.             :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF AMENDMENT TO SCHEDULE

[Claimant Name [and name of assignee if applicable]]:


    Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you are the holder of a "Claim," as such term is defined in 11 U.S.C. § 101(5), that was listed on the Debtors' Schedules Of Assets And Liabilities (the "Schedules") in the Debtors' reorganization cases.  Based upon the Debtors' review of their books and records, the Debtors have determined that one or more of your Claims, as listed on the Schedules, should be amended as summarized in that table below and described in more detail in the Debtors' Amendment To Schedules Of Assets And Liabilities (the "Amendment to Schedules"), dated October 12, 2007, attached hereto.

    AS FURTHER DESCRIBED IN THE ENCLOSED BAR DATE ORDER AND BELOW, YOU MUST FILE A PROOF OF CLAIM ON OR BEFORE NOVEMBER 13, 2007 (THE "AMENDED SCHEDULE BAR DATE") IF YOU DISAGREE WITH THE PROPOSED AMOUNT OR TREATMENT OF YOUR CLAIM IN THE AMENDMENT.  IF YOU DO NOT FILE A PROOF OF CLAIM ON OR BEFORE THE AMENDED SCHEDULE BAR DATE, YOU WILL BE BARRED FROM DOING SO.

| **Original Schedule Entry Number** | **Original Scheduled Amount** | **Original Classification if Contingent ("C"), Unliquidated ("U"), or Disputed ("D")** | **Amendment Of Claim** | | |
| --- | --- | --- | --- | --- | --- |
| | | | **Amended Schedule Entry Number** | **Amended Amount** | **Amended Classification** |
| | | | | | |

If you have any questions about this notice or the Amendment to Schedules, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER UNDER 11 U.S.C. §§ 107(B), 501, 502, AND 1111(A) AND FED.R.BANKR.P. 1009, 2002(A)(7), 3003(C)(3), AND 5005(A) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF (THE "BAR DATE ORDER") (DOCKET NO. 3206), APPLY TO YOUR CLAIM THAT IS SUBJECT TO THE DEBTORS' AMENDMENT TO SCHEDULES AS SET FORTH ABOVE. A COPY OF THE BAR DATE ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If the Debtors amend their Schedules subsequent to the mailing and publication of the Bar Date Notice to reduce the undisputed, noncontingent, and liquidated amount or to change the nature or classification of a Claim against a Debtor reflected therein, then the affected Claimant shall have until 30 days after such Claimant is served with notice that the Debtors have amended their Schedules (the "Amended Schedule Bar Date") to file a proof of claim or to amend any previously filed proof of claim.

The following procedures for the filing of valid proofs of claim shall apply:

(a)    Proofs of Claim must conform substantially to Form No. 10 of the Official Bankruptcy Forms (a sample of which is enclosed);

(b)    A Proof of Claim must be filed either by mailing the original proof of claim to the United States Bankruptcy Court, Southern District of New York, Delphi Corporation Claims, Bowling Green Station, P.O. Box 5058, New York, New York 10274-5058 or by delivering the original proof of claim by hand or overnight courier to the United States Bankruptcy Court, Southern District of New York, Delphi Corporation Claims, One Bowling Green, Room 534, New York, New York 10004-1408;

(c)    Proofs of Claim shall be deemed filed only when actually <u>received</u> by the Clerk of the Bankruptcy Court on or before the Amended Schedule Bar Date;

(d)    Proofs of Claim must (i) be signed, (ii) include supporting documentation (or a summary if such documentation is voluminous) or an explanation as to why documentation is not available, (iii) be written in the English language, and (iv) be denominated in United States currency;

(e)    Facsimile submissions of Proofs of Claim shall not be accepted; and

2

(f)    Proofs of Claim must clearly indicate the name of the applicable Debtor against which the Claim is asserted and the applicable reorganization case number for such Debtor, and if a Claim is asserted against more than one of the Debtors, a separate Proof of Claim must be filed in each such Debtor's reorganization case.

Any Person or Entity which is required to file a Proof of Claim in these chapter 11 cases but that fails to do so in a timely manner on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from (a) asserting any Claim against the Debtors that such Person or Entity has that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules as undisputed, non-contingent, and unliquidated or (ii) is of a different nature or in a different classification than as set forth in the Schedules (any such Claim referred to as an "Unscheduled Claim") and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in these chapter 11 cases in respect of an Unscheduled Claim, and the Debtors and their property shall be forever discharged from any and all indebtedness or liability with respect to such Unscheduled Claim.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
          October 12, 2007

3

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

The schedules for the following Debtor entities have been amended and are available on the Delphi Legal Information Website at www.delphidocket.com:

| CASE NUMBER | DEBTOR |
| --- | --- |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILEARIA, INC. |