UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | | Jointly Administered |
| Debtors. | : | |

-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS OF JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, JPMorgan Chase Bank, N.A. hereby requests that copies of all notices and other papers in this case be sent to:

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, Floor 16
New York, NY 10004-2413
Attn: Neema Veluvolu
(212) 623-1979
(646) 792-3855 (fax)

Dated: New York, New York
    October 12, 2007

**JPMORGAN CHASE BANK, N.A.**

By: _/s/ Howard Grossman_____
Title: Vice President and Assistant General Counsel

NY-560772 v1