IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :

In re                      :    Chapter 11
                       :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                       :

             Debtors.   :    (Jointly Administered)
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On September 14, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

      1)    Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims Identified in Nineteenth Omnibus Claims Objection ("Nineteenth Omnibus Claims Objection Order") (Docket No. 9225) [a copy of which is attached hereto as Exhibit D]

      On September 14, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

      2)    Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims Identified in Nineteenth Omnibus Claims Objection ("Nineteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 9225) [a copy of which is attached hereto as Exhibit D]

3)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit F</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit E</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

On September 14, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit G</u> hereto via postage pre-paid U.S. mail:

4)      Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims Identified in Nineteenth Omnibus Claims Objection ("Nineteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 9225) [a copy of which is attached hereto as <u>Exhibit D</u>]

5)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit H</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit G</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit G</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit H</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit G</u> attached hereto was incorporated into each Personalized Notice.

On September 14, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit I</u> hereto via postage pre-paid U.S. mail:

6)      Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims Identified in Nineteenth Omnibus Claims Objection ("Nineteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 9225) [a copy of which is attached hereto as <u>Exhibit D</u>]

7)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit J</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit I</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of <u>Exhibit I</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit J</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of <u>Exhibit I</u> attached hereto was incorporated into each Personalized Notice.

On September 14, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit K</u> hereto via postage pre-paid U.S. mail:

8)      Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims Identified in Nineteenth Omnibus Claims Objection ("Nineteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 9225) [a copy of which is attached hereto as <u>Exhibit D</u>]

9)      Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors'

Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit L]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit K attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 15 of Exhibit K attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit L has been marked so as to demonstrate the manner in which the information listed in columns 3 through 15 of Exhibit K attached hereto was incorporated into each Personalized Notice.

On September 14, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit M hereto via postage pre-paid U.S. mail:

10) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims Identified in Nineteenth Omnibus Claims Objection ("Nineteenth Omnibus Claims Objection Order") [without exhibits] (Docket No. 9225) [a copy of which is attached hereto as Exhibit D]

11) Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit N]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit M attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of Exhibit M attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit N has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of Exhibit M attached hereto was incorporated into each Personalized Notice.

Dated: October 12, 2007

_____/s/ Evan Gershbein_____
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 12th day of October, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____/s/ Leanne V. Rehder___

Commission Expires: ___3/2/08_____

# EXHIBIT A

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein   Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092   212-450-4213 | 212-450-3092   212-450-3213 | donald.bernstein@dpw.com   brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com   karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler   Bonnie Steingart   Vivek Melwani   Jennifer L Rodburg   Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com   sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com   susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | 401-751-0604 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-3044 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | 205-226-8799 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Diemolding Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605 529 | 0039-035-605-671 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | 202-862-2400 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | 216-241-0816 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3556 | nhp4@cornell.edu | Paralegal/Counsel to Cornell University |
| Covington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | 248-457-7001 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-916-2940 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | 212-652-3863 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | 212-248-3141 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel to Doshi Prettl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | 866-890-3061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | 212-318-3400 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | 210-270-7205 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-5045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel to Alps Automotive, Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | 713-374-3505 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | 212-918-8989 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Heller Ehrman LLP | Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-832-8300 | 212-763-7600 | timothy.mehok@hellerehrman.com | Counsel to @Road, Inc. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | 716-819-4645 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4730 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. Bill Dimos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | sdabney@kslaw.com bdimos@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Klett Rooney Lieber & Schorling | DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | dbrown@klettrooney.com | Counsel to Entergy |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | 816-960-0041 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | 610-738-1217 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methode Electronics, Inc. |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-8304 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | 973-624-7070 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | 804-775-1061 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | 917-522-3157 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | 609-777-3055 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4488 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302- 652-4400 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | 203-259-0251 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | 724-981-1398 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadrangegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Reed Smith | Richard P. Norton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3199 | rnorton@reedsmith.com | Counsel to Jason Incorporated, Sackner Products Division |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | 312-258-5600 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitanlange-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitanlange-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | 609-227-4646 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 20

9/27/2007 11:26 AM
Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-998-4895 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3919 | | niizeki.tetsuhiro@furukawa.co.jp | Counsel to The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | 214-999-9139 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | 402-501-0127 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD and Co-Counsel to Tower Automotive, Inc. |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz / Gerard Uzzi / Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@ny.whitecase.com / guzzi@whitecase.com / dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria / Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com / featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel to Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 20

9/27/2007 11:26 AM
Email

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | Counsel to Airgas, Inc. |
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | 313-496-1200 | Counsel to Kamax L.P.; Optrex America, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | Counsel to United Power, Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldah de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldah de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD; and Co-Counsel to Tower Automotive, Inc. |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | 248-203-0523 | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Gregory J. Jordan | 10 Wacker | Suite 2300 | Chicago | IL | 60606 | 312-627-2171 | Counsel to Tremont City Barrel Fill PRP Group |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | Counsel to Aluminum International, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | Counsel to Ryder Integrated Logistics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

9/27/2007 11:26 AM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Heller Ehrman LLP | Carren Shulman | Times Square Tower | Seven Times Square | New York | NY | 10036 | 212-832-8300 | Counsel to @Road, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | Counsel to ZF Group North America Operations, Inc. |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | 850-763-8421 | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | (302) 552-4200 | Counsel to Entergy |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | 212-935-3000 | Counsel of Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | 202-339-8400 | Counsel to Westwood Associates, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

9/27/2007 11:26 AM
US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | Five Gateway Center Suite 807 | | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

9/27/2007 11:26 AM
US Mail

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
      In re                          :       Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :       Case No. 05-44481 (RDD)
                                            :
               Debtors.        :       (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY DOCUMENTED
CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C)
UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIMS
SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND
CONSENSUALLY MODIFIED AND REDUCED CLAIMS IDENTIFIED IN NINETEENTH
OMNIBUS CLAIMS OBJECTION

("NINETEENTH OMNIBUS CLAIMS OBJECTION ORDER")

          Upon the Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims

Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting

Reclamation, And Consensually Modified And Reduced Claims, dated July 13, 2007 (the

"Nineteenth Omnibus Claims Objection"),[1] of Delphi Corporation and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Nineteenth Omnibus Claims

Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Nineteenth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.        Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim") listed on Exhibits A, B-1, B-2, B-3, C, D-1, D-2, D-3, E-1, E-2, E-3, E-4, E-5,

E-6, E-7, and E-8 hereto was properly and timely served with a copy of the Nineteenth Omnibus

Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to

11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the proposed order granting the Nineteenth Omnibus Claims Objection, and

notice of the deadline for responding to the Nineteenth Omnibus Claims Objection.  No other or

further notice of the Nineteenth Omnibus Claims Objection is necessary.

B.        This Court has jurisdiction over the Nineteenth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Nineteenth Omnibus Claims Objection is

a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Nineteenth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.        The Claims listed on Exhibit A hereto contain insufficient documentation

to support the Claims asserted (the "Insufficiently Documented Claims").

D.        The Claims listed on Exhibit B-1 hereto contain liabilities or dollar

amounts that are not reflected on the Debtors' books and records (the "Books And Records

Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

E.      The Claims listed on <u>Exhibit B-2</u> hereto, which were filed by taxing authorities, contain liabilities and dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Tax Claims").

F.      The Claims listed on <u>Exhibit B-3</u> hereto, which were filed by taxing authorities, contain liabilities or dollar amounts that are not reflected on the Debtors' books and records and were also untimely filed pursuant to the Bar Date Order (the "Untimely Books And Records Tax Claims").

G.      The Claim listed on <u>Exhibit C</u> hereto was untimely filed pursuant to the Bar Date Order (the "Untimely Claim").

H.      The Claims listed on <u>Exhibit D-1</u> hereto (a) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

I.      The Tax Claims listed on <u>Exhibit D-2</u> hereto (a) are overstated and/or (b) were filed and docketed against the wrong Debtors (the "Tax Claims Subject To Modification").

J.      The Claims listed on <u>Exhibit D-3</u> hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtor, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and

3

notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant

Reclamation Agreement, a judicial determination that certain reserved defenses with respect to

the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

        K.    The relief requested in the Nineteenth Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

        1.    Each Insufficiently Documented Claim listed on Exhibit A hereto is

hereby disallowed and expunged in its entirety.

        2.    Each Books And Records Claim listed on Exhibit B-1 hereto is hereby

disallowed and expunged in its entirety.

        3.    Each Books And Records Tax Claim listed on Exhibit B-2 hereto is

hereby disallowed and expunged in its entirety.

        4.    Each Untimely Books And Records Tax Claim listed on Exhibit B-3

hereto is hereby disallowed and expunged in its entirety.

        5.    The Untimely Claim listed on Exhibit C hereto is hereby disallowed and

expunged in its entirety.

        6.    Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit D-1 shall be entitled to (a) recover for any

Claim Subject to Modification in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

4

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on <u>Exhibit D-1</u>, subject to the Debtors' right to

further object to each such Claim Subject to Modification.  The Claims Subject to Modification

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

       7.    Each "Claim As Docketed" amount and Debtor listed on <u>Exhibit D-2</u>

hereto is hereby revised to reflect the amount and Debtor listed as the "Claim As Modified."  No

Claimant listed on <u>Exhibit D-2</u> shall be entitled to (a) recover for any Tax Claim Subject to

Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim

and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified"

column on <u>Exhibit D-2</u>, and/or (c) assert a Claim against a Debtor whose case number is not

listed in the "Claim As Modified" column on <u>Exhibit D-2</u>, subject to the Debtors' right to further

object to each such Tax Claim Subject to Modification.  The Tax Claims Subject to Modification

shall remain on the claims register, and shall remain subject to future objection by the Debtors

and other parties-in-interest.

       8.    Each "Claim As Docketed" amount, classification, and Debtor listed on

<u>Exhibit D-3</u> hereto is hereby revised to the amount and classification listed as the "Claim As

Modified."  No Claimant listed on <u>Exhibit D-3</u> shall be entitled to (a) recover for any Modified

Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved

Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b)

assert a classification that is inconsistent with that listed in the "Claim As Modified" column on

<u>Exhibit D-3</u>, and/or (c) assert a Claim against a Debtor whose case number is not listed in the

"Claim As Modified" column on Exhibit D-3, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

9.    With respect to each Claim for which a Response to the Nineteenth Omnibus Claims Objection has been filed and served, all of which Claims are listed on Exhibits E-1, E-2, E-3, E-4, E-5, E-6, E-7, and E-8 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future hearing date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

10.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Nineteenth Omnibus Claims Objection.

11.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

12.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Nineteenth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

13.    Each of the objections by the Debtors to each Claim addressed in the Nineteenth Omnibus Claims Objection and attached hereto as Exhibits A, B-1, B-2, B-3, C, D-1, D-2, D-3, E-1, E-2, E-3, E-4, E-5, E-6, E-7, and E-8 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with

6

respect to each Claim that is the subject of the Nineteenth Omnibus Claims Objection.  Any stay

of this order shall apply only to the contested matter which involves such Claim and shall not act

to stay the applicability or finality of this order with respect to the other contested matters

covered hereby.

14.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Nineteenth Omnibus Claims

Objection.

Dated:  New York, New York
        September 4, 2007


                            ____/s/Robert D. Drain_____ _____
                              UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**                    **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE | 1511 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,920.00<br>$23,920.00 | 01/10/2006 | DELPHI CORPORATION (05-44481) |
| RIVIERA FINANCE OF TEXAS INC<br>ASSIGNEE HOOKED UP TRUCKING<br>PO BOX 100272<br>PASADENA, CA 91189-0272 | 4849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,952.50<br>$1,952.50 | 05/05/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| Total: | 2 | $25,872.50 | | | |

**In re Delphi Corporation, et al.**                     **Nineteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3CI COMPLETE COMPLIANCE CORP<br>AMERICAN 3CI<br>713 OAKDALE<br>GRAND PRAIRIE, TX 75050 | 3545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$37.00<br>$37.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ALL THE WAY INC<br>PO BOX 2675<br>LAREDO, TX 78044-2675 | 307 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$475.00<br><br><br>$475.00 | 11/03/2005 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| BOWIE AUDIO VISUAL ENTERPRISES<br>290 HIGHPOINT DR<br>RIDGELAND, MS 39157 | 5323 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$169.64<br>$169.64 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| E2V TECHNOLOGIES INC<br>4 WESTCHESTER PLZ<br>ELMSFORD, NY 10523 | 3334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$39,191.91<br>$39,191.91 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO<br>EFT<br>S A DE C V<br>805 W PRICE RD STE A 1<br>HLD PER RICHARD SANDOVAL<br>BROWNSVILLE, TX 78521 | 15596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$160,741.71<br>$160,741.71 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| EMPAQUE Y CELDAS DEL GOLFO<br>EFT S A DE C V<br>805 W PRICE RD STE A 1<br>BROWNSVILLE, TX 78521 | 15597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$59,555.76<br>$59,555.76 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HARDING UNIVERSITY<br>BUSINESS OFFICE<br>BOX 10770<br>SEARCY, AR 72149 | 400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,730.00<br>$2,730.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| JAMESTOWN CONTAINER<br>LOCKPORT I<br>85 GRAND ST<br>LOCKPORT, NY 14094-2299 | 14919 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,236.72<br>$9,236.72 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                          Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMESTOWN CONTAINER LOCKPORT I 85 GRAND ST LOCKPORT, NY 14094-2299 | 14916 | Secured: Priority: Administrative: Unsecured: Total: | $39,660.52 $39,660.52 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JON C COX RUSSELL & SHIVER 3102 OAK LAWN STE 600 DALLAS, TX 75219 | 374 | Secured: Priority: Administrative: Unsecured: Total: | $1,000,000.00 $1,000,000.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| KUNTZMAN R INC 1805 W STATE ST ALLIANCE, OH 44601 | 9602 | Secured: Priority: Administrative: Unsecured: Total: | $13,934.50 $13,934.50 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| LEE UNIVERSITY BUSINESS OFFICE PO BOX 3450 CLEVELAND, OH 37320-3450 | 4879 | Secured: Priority: Administrative: Unsecured: Total: | $1,500.00 $1,500.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| MALONE SUSAN 132 NEWFIELD DR ROCHESTER, NY 14616 | 3036 | Secured: Priority: Administrative: Unsecured: Total: | $450.00 $450.00 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARTIN L SHANNON SHAW PO BOX 428 CLARKSDALE, MS 38614 | 1926 | Secured: Priority: Administrative: Unsecured: Total: | $40,000,000.00 $40,000,000.00 | 01/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MATHESON TRI GAS INC 6225 N STATE HWY 161 STE 200 IRVING, TX 75038 | 2060 | Secured: Priority: Administrative: Unsecured: Total: | $580.57 $580.57 | 02/21/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| METRO DETROIT CPA REVIEW BLS ENTERPRISES 34366 LANCASHIRE LIVONIA, MI 48152 | 3374 | Secured: Priority: Administrative: Unsecured: Total: | $1,100.00 $1,100.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |

In re Delphi Corporation, et al.                                                    Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SERVICE TECH TOOL & EQUIPMENT 90 WEST EASY ST UNIT 1 SIMI VALLEY, CA 93065 | 2083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,833.43<br>$13,833.43 | 02/21/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,510.00<br>$5,510.00 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 212 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,954.42<br>$7,954.42 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3.89<br>$3.89 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| STAR SU STAR CUTTER COMPANY AKA STAR CUT SALES GOLD STAR COATING AND STAR SU LLC 23461 INDUSTRIAL PARK DR FARMINGTON HILLS, MI 48335 | 210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $43,960.51<br>$43,960.51 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| THE ENERGY MANAGEMENT GROUP 1621 BROWNING IRVINE, CA 92606 | 4520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $878.97<br>$878.97 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| THE WORTHINGTON STEEL COMPANY 200 OLD WILSON BRIDGE RD COLUMBUS, OH 43085 | 9041 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $400,782.24<br><br><br><br>$400,782.24 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| UW PARKSIDE PO BOX 2000 KENOSHA, WI 53141 | 787 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $912.75<br><br><br>$912.75 | 11/22/2005 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                                     **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZUMSTEIN INC EF<br>SCAC ZUMQ<br>PO BOX 700<br>524 N WATER ST<br>LEWISBURG, OH 45338-0700 | 6129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$154.34<br>$154.34 | 05/17/2006 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 25 | $41,803,353.88 |

**In re Delphi Corporation, et al.**                                    **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B-2 - BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 1515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $944,045.04<br><br><br>$944,045.04 | 01/11/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$944,045.04** | | |

In re Delphi Corporation, et al.                                            Nineteenth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B-3 - UNTIMELY BOOKS AND RECORDS TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16476 | Secured: Priority: Administrative: Unsecured: Total: | $949,212.04 $949,212.04 | 01/09/2007 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | **$949,212.04** | | | |

**In re Delphi Corporation, et al.**                                      **Nineteenth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRECISION SOUTHEAST INC<br>4900 HWY 501 WEST<br>MYRTLE BEACH, SC 29578-1405 | 16605 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$81,198.75<br>$81,198.75 | 05/29/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | **$81,198.75** | | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 55 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 14087<br>Date Filed: 07/31/2006<br>Docketed Total: $109,872.00<br>Filing Creditor Name and Address:<br>3D SYSTEMS<br>26081 AVE HALL<br>VALENCIA, CA 91355 | Claim Holder Name and Address<br><br>3D SYSTEMS<br>26081 AVE HALL<br>VALENCIA, CA 91355    Docketed Total: **$109,872.00** | Modified Total: **$31,327.83** |

| | Case Number*<br>05-44554   Secured   Priority   Unsecured<br>$109,872.00<br>**$109,872.00** | Case Number*<br>05-44640   Secured   Priority   Unsecured<br>$31,327.83<br>**$31,327.83** |

| Claim: 3964<br>Date Filed: 05/01/2006<br>Docketed Total: $12,566.40<br>Filing Creditor Name and Address:<br>AGAPE PLASTICS INC EFT<br>O 11474 FIRST AVE NW<br>GRAND RAPIDS, MI 49544 | Claim Holder Name and Address<br><br>AGAPE PLASTICS INC EFT<br>O 11474 FIRST AVE NW<br>GRAND RAPIDS, MI 49544    Docketed Total: **$12,566.40** | Modified Total: **$12,566.40** |

| | Case Number*<br>05-44481   Secured   Priority   Unsecured<br>$12,566.40<br>**$12,566.40** | Case Number*<br>05-44640   Secured   Priority   Unsecured<br>$12,566.40<br>**$12,566.40** |

| Claim: 8395<br>Date Filed: 06/22/2006<br>Docketed Total: $639,529.99<br>Filing Creditor Name and Address:<br>AGILENT TECHNOLOGIES INC<br>3750 BROOKSIDE PARKWAY<br>ALPHARETTA, GA 30022 | Claim Holder Name and Address<br><br>AGILENT TECHNOLOGIES INC<br>3750 BROOKSIDE PARKWAY<br>ALPHARETTA, GA 30022    Docketed Total: **$639,529.99** | Modified Total: **$411,538.67** |

| | Case Number*<br>05-44640   Secured   Priority   Unsecured<br>$639,529.99<br>**$639,529.99** | Case Number*<br>05-44640   Secured   Priority   Unsecured<br>$411,538.67<br>**$411,538.67** |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9376<br>Date Filed: 07/11/2006<br>Docketed Total: $20,135.31<br>Filing Creditor Name and Address:<br>AIM FABRICATION<br>9100 HENRI BOURASSA E<br>MONTREAL QUEBEC, H1E 2S4<br>CANADA | Claim Holder Name and Address<br><br>AIM FABRICATION<br>9100 HENRI BOURASSA E<br>MONTREAL QUEBEC, H1E 2S4<br>CANADA<br><br>Docketed Total: **$20,135.31** | Modified Total: **$10,894.50** |
| | Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $20,135.31<br> **$20,135.31** | Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $10,894.50<br> **$10,894.50** |
| Claim: 1651<br>Date Filed: 01/24/2006<br>Docketed Total: $1,381.12<br>Filing Creditor Name and Address:<br>AIR LIQUIDE AMERICA LP<br>ATTN GWENDOLYN YOUNG<br>SMITHHEART<br>2700 POST OAK BLVD<br>HOUSTON, TX 77056 | Claim Holder Name and Address<br><br>AIR LIQUIDE AMERICA LP<br>ATTN GWENDOLYN YOUNG<br>SMITHHEART<br>2700 POST OAK BLVD<br>HOUSTON, TX 77056<br><br>Docketed Total: **$1,381.12** | Modified Total: **$1,324.42** |
| | Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $1,381.12<br> **$1,381.12** | Case Number* — Secured — Priority — Unsecured<br>05-44482 — — — $1,324.42<br> **$1,324.42** |
| Claim: 2609<br>Date Filed: 04/11/2006<br>Docketed Total: $27,316.10<br>Filing Creditor Name and Address:<br>AIR LIQUIDE INDUSTRIAL US LP<br>ATTN GWENDOLYN YOUNG<br>SMITHHEART<br>2700 POST OAK BLVD<br>HOUSTON, TX 77056 | Claim Holder Name and Address<br><br>AIR LIQUIDE INDUSTRIAL US LP<br>ATTN GWENDOLYN YOUNG<br>SMITHHEART<br>2700 POST OAK BLVD<br>HOUSTON, TX 77056<br><br>Docketed Total: **$27,316.10** | Modified Total: **$22,371.22** |
| | Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $27,316.10<br> **$27,316.10** | Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $1,160.00<br>05-44482 — — — $21,211.22<br> **$22,371.22** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 57 of 186

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6972**
Date Filed:  05/30/2006
Docketed Total:   $40,658.32
Filing Creditor Name and Address:
ALL AMERICAN
SEMICONDUCTOR
10805 HOLDER ST STE 100
CYPRESS, CA 90630

Claim Holder Name and Address
ALL AMERICAN SEMICONDUCTOR
10805 HOLDER ST STE 100
CYPRESS, CA 90630
Docketed Total:   **$40,658.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,658.32 |
| | | | **$40,658.32** |

Modified Total:   **$38,282.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $38,282.67 |
| | | | **$38,282.67** |

---

**Claim: 11573**
Date Filed:  07/27/2006
Docketed Total:   $165,938.35
Filing Creditor Name and Address:
AMPHENOL PRECISION CABLE
MFG
PO BOX 1448
ROCKWALL, TX 75087

Claim Holder Name and Address
AMPHENOL PRECISION CABLE MFG
PO BOX 1448
ROCKWALL, TX 75087
Docketed Total:   **$165,938.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $165,938.35 |
| | | | **$165,938.35** |

Modified Total:   **$25,570.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,570.41 |
| | | | **$25,570.41** |

---

**Claim: 11577**
Date Filed:  07/27/2006
Docketed Total:   $89,607.01
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF DEKALB METAL
FINISHING
AS ASSIGNEE OF DEKALB METAL
FINISHING
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total:   **$89,607.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,607.01 |
| | | | **$89,607.01** |

Modified Total:   **$82,350.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,350.06 |
| | | | **$82,350.06** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 35

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11576<br>Date Filed:  07/27/2006<br>Docketed Total:  $155,624.26<br>Filing Creditor Name and Address:<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF DYNAMIC<br>  TECHNOLOGY INC<br>  ATTN DAVID S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $155,624.26 | Modified Total: | | | $124,635.08 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $155,624.26 | 05-44640<br>05-44612 | | | $122,028.20<br>$2,606.88 |
| | | | | **$155,624.26** | | | | **$124,635.08** |
| Claim: 10638<br>Date Filed:  07/25/2006<br>Docketed Total:  $262,877.22<br>Filing Creditor Name and Address:<br>  APPLIED INDUSTRIAL<br>  TECHNOLOGIE<br>  ONE APPLIED PLAZA<br>  CLEVELAND, OH 44115-5056 | Claim Holder Name and Address<br><br>APPLIED INDUSTRIAL<br>TECHNOLOGIE<br>ONE APPLIED PLAZA<br>CLEVELAND, OH 44115-5056 | Docketed Total: | | $262,877.22 | Modified Total: | | | $210,171.57 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $262,877.22 | 05-44640 | | | $210,171.57 |
| | | | | **$262,877.22** | | | | **$210,171.57** |
| Claim: 10631<br>Date Filed:  07/25/2006<br>Docketed Total:  $192,374.01<br>Filing Creditor Name and Address:<br>  APPLIED INDUSTRIAL<br>  TECHNOLOGIES & FOLLOWING<br>  SUBSIDIARIES APP IN TECH TX<br>  LP APPLIED MICHIGAN AND<br>  APPLIED IND TECH INDIANA<br>  ONE APPLIED PLZ<br>  E 36TH ST & EUDLID AVE<br>  CLEVELAND, OH 44115-5056 | Claim Holder Name and Address<br><br>APPLIED INDUSTRIAL<br>TECHNOLOGIES & FOLLOWING<br>SUBSIDIARIES APP IN TECH TX LP<br>APPLIED MICHIGAN AND APPLIED<br>IND TECH INDIANA<br>ONE APPLIED PLZ<br>E 36TH ST & EUDLID AVE<br>CLEVELAND, OH 44115-5056 | Docketed Total: | | $192,374.01 | Modified Total: | | | $162,793.89 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $192,374.01 | 05-44640 | | | $162,793.89 |
| | | | | **$192,374.01** | | | | **$162,793.89** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 59 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10632<br>Date Filed: 07/25/2006<br>Docketed Total: $3,094.33<br>Filing Creditor Name and Address:<br>APPLIED INDUSTRIAL<br>TECHNOLOGIES DIXIE INC<br>ONE APPLIED PLZ<br>EAST 36TH ST & EUCLID AVE<br>CLEVELAND, OH 44115-5056 | Claim Holder Name and Address<br><br>APPLIED INDUSTRIAL<br>TECHNOLOGIES DIXIE INC<br>ONE APPLIED PLZ<br>EAST 36TH ST & EUCLID AVE<br>CLEVELAND, OH 44115-5056 | Docketed Total: | | **$3,094.33** | | Modified Total: | | **$2,631.20** |
| | Case Number*<br>05-44626 | Secured | Priority | Unsecured<br>$3,094.33 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,631.20 |
| | | | | **$3,094.33** | | | | **$2,631.20** |
| Claim: 2166<br>Date Filed: 03/01/2006<br>Docketed Total: $288,900.67<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR<br>EVERETT CHARLES<br>TECHNOLOGIES<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>ASM CAPITAL AS ASSIGNEE FOR<br>EVERETT CHARLES TECHNOLOGIES<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | **$288,900.67** | | Modified Total: | | **$270,876.29** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$288,900.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$270,876.29 |
| | | | | **$288,900.67** | | | | **$270,876.29** |
| Claim: 2167<br>Date Filed: 03/01/2006<br>Docketed Total: $272,579.43<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR<br>UNIVERSAL INSTRUMENTS CORP<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NJ 11797 | Claim Holder Name and Address<br><br>ASM CAPITAL AS ASSIGNEE FOR<br>UNIVERSAL INSTRUMENTS CORP<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NJ 11797 | Docketed Total: | | **$272,579.43** | | Modified Total: | | **$260,078.21** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$272,579.43 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$260,078.21 |
| | | | | **$272,579.43** | | | | **$260,078.21** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7203<br>Date Filed: 05/31/2006<br>Docketed Total: $10,695.33<br>Filing Creditor Name and Address:<br>ATKINS & PEARCE INC<br>1 BRAID WAY<br>COVINGTON, KY 41017-9702 | Claim Holder Name and Address<br><br>ATKINS & PEARCE INC    Docketed Total: $10,695.33<br>1 BRAID WAY<br>COVINGTON, KY 41017-9702<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $10,695.33<br><br>$10,695.33 | Modified Total: $2,280.91<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $2,280.91<br><br>$2,280.91 |
| Claim: 7204<br>Date Filed: 05/31/2006<br>Docketed Total: $13,597.57<br>Filing Creditor Name and Address:<br>ATKINS & PEARCE INC<br>1 BRAID WAY<br>COVINGTON, KY 41017-9702 | Claim Holder Name and Address<br><br>ATKINS & PEARCE INC    Docketed Total: $13,597.57<br>1 BRAID WAY<br>COVINGTON, KY 41017-9702<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $13,597.57<br><br>$13,597.57 | Modified Total: $8,277.75<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $8,277.75<br><br>$8,277.75 |
| Claim: 5233<br>Date Filed: 05/08/2006<br>Docketed Total: $1,425.00<br>Filing Creditor Name and Address:<br>AVERY DENNINSON VITAL<br>17700 FOLTZ IND PKWY<br>STRONGSVILLE, OH 44077 | Claim Holder Name and Address<br><br>AVERY DENNINSON VITAL    Docketed Total: $1,425.00<br>17700 FOLTZ IND PKWY<br>STRONGSVILLE, OH 44077<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $1,425.00<br><br>$1,425.00 | Modified Total: $1,425.00<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $1,425.00<br><br>$1,425.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 61 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14027**
Date Filed: 07/31/2006
Docketed Total: $513,080.99
Filing Creditor Name and Address:
AXON CABLE INC
FREEBORN & PETERS LLP
311 S WACKER DR STE 3000
CHICAGO, IL 60606

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302
Docketed Total: $513,080.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $513,080.99 |
| | | | $513,080.99 |

Modified Total: $501,065.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $501,065.06 |
| | | | $501,065.06 |

**Claim: 2056**
Date Filed: 02/17/2006
Docketed Total: $20,637.70
Filing Creditor Name and Address:
BAJA TAPE & SUPPLY INC
12773 GRAND RIVER DR
EL PASO, TX 79928

Claim Holder Name and Address
BAJA TAPE & SUPPLY INC
12773 GRAND RIVER DR
EL PASO, TX 79928
Docketed Total: $20,637.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,637.70 |
| | | | $20,637.70 |

Modified Total: $10,318.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,318.85 |
| | | | $10,318.85 |

**Claim: 145**
Date Filed: 10/28/2005
Docketed Total: $48,243.00
Filing Creditor Name and Address:
BOOTH INC
PO BOX 487
MIO, MI 48647

Claim Holder Name and Address
BOOTH INC
PO BOX 487
MIO, MI 48647
Docketed Total: $48,243.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $48,243.00 | |
| | | $48,243.00 | |

Modified Total: $45,786.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,786.00 |
| | | | $45,786.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 62 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6683<br>Date Filed:   05/23/2006<br>Docketed Total:   $43,850.88<br>Filing Creditor Name and Address:<br>  BOURNS INC<br>  1200 COLUMBIA AVE<br>  RIVERSIDE, CA 92507 | Claim Holder Name and Address<br><br>BOURNS INC<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | Docketed Total: | $43,850.88 | | | Modified Total: | $26,969.88 | |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $43,850.88 | 05-44640 | | | $26,969.88 |
| | | | | **$43,850.88** | | | | **$26,969.88** |
| Claim: 13882<br>Date Filed:   07/31/2006<br>Docketed Total:   $4,164.75<br>Filing Creditor Name and Address:<br>  BP PRODUCTS NORTH AMERICA<br>  INC<br>  ATTN TOM W STRATTAN<br>  28100 TORCH PKWY STE 300<br>  WARRENVILLE, IL 60555 | Claim Holder Name and Address<br><br>BP PRODUCTS NORTH AMERICA<br>INC<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | Docketed Total: | $4,164.75 | | | Modified Total: | $4,164.75 | |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $4,164.75 | 05-44640 | | | $4,164.75 |
| | | | | **$4,164.75** | | | | **$4,164.75** |
| Claim: 9808<br>Date Filed:   07/17/2006<br>Docketed Total:   $49,258.57<br>Filing Creditor Name and Address:<br>  BURNEX CORP<br>  703 W ALGONQUIN RD<br>  ALGONQUIN, IL 60102 | Claim Holder Name and Address<br><br>BURNEX CORP<br>703 W ALGONQUIN RD<br>ALGONQUIN, IL 60102 | Docketed Total: | $49,258.57 | | | Modified Total: | $21,206.64 | |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $49,258.57 | 05-44640 | | | $21,206.64 |
| | | | | **$49,258.57** | | | | **$21,206.64** |

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 63 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1628<br>Date Filed: 01/23/2006<br>Docketed Total: $14,003.86<br>Filing Creditor Name and Address:<br>CALLANAN INDUSTRIES INC DBA<br>MANITOU CONCRETE COMPANY<br>5 S FITZHUGH ST<br>ROCHESTER, NY 14614 | Claim Holder Name and Address<br><br>CALLANAN INDUSTRIES INC DBA<br>MANITOU CONCRETE COMPANY<br>5 S FITZHUGH ST<br>ROCHESTER, NY 14614 | Docketed Total: | | $14,003.86 | | Modified Total: | | $4,042.88 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,003.86 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,042.88 |
| | | | | $14,003.86 | | | | $4,042.88 |
| Claim: 9681<br>Date Filed: 07/17/2006<br>Docketed Total: $122,735.46<br>Filing Creditor Name and Address:<br>CHEVRON PRODUCTS CO<br>PO BOX F<br>CONCORD, CA 94524 | Claim Holder Name and Address<br><br>CHEVRON PRODUCTS CO<br>PO BOX F<br>CONCORD, CA 94524 | Docketed Total: | | $122,735.46 | | Modified Total: | | $105,386.78 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$122,735.46 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$105,386.78 |
| | | | | $122,735.46 | | | | $105,386.78 |
| Claim: 5086<br>Date Filed: 05/08/2006<br>Docketed Total: $7,831.58<br>Filing Creditor Name and Address:<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Claim Holder Name and Address<br><br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Docketed Total: | | $7,831.58 | | Modified Total: | | $7,831.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,831.58 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,831.58 |
| | | | | $7,831.58 | | | | $7,831.58 |

*See Exhibit F for a listing of debtor entities by case number.

Page 9 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15602<br>Date Filed: 07/31/2006<br>Docketed Total: $48,145.89<br>Filing Creditor Name and Address:<br>CIT COMMUNICATIONS FINANCE<br>CORPORATION DBA AVAYA<br>FINANCIAL SERVICES FKA AT&T<br>CREDIT CORPORATION<br>ATTN BANKRUPTCY DEPT<br>1 CIT DR STE 4104A<br>LIVINGSTON, NJ 07039 | Claim Holder Name and Address<br><br>CIT COMMUNICATIONS FINANCE<br>CORPORATION DBA AVAYA<br>FINANCIAL SERVICES FKA AT&T<br>CREDIT CORPORATION<br>ATTN BANKRUPTCY DEPT<br>1 CIT DR STE 4104A<br>LIVINGSTON, NJ 07039    Docketed Total: **$48,145.89** | Modified Total: **$48,145.89** |
| | **Case Number\*** 05-44612    Secured    Priority    Unsecured $48,145.89<br><br>**$48,145.89** | **Case Number\*** 05-44640    Secured    Priority    Unsecured $48,145.89<br><br>**$48,145.89** |
| Claim: 712<br>Date Filed: 11/21/2005<br>Docketed Total: $9,554.69<br>Filing Creditor Name and Address:<br>COMPAGNIE DEUTSCH ORLEANS<br>22 RUE DES CHAISES<br>45142 ST JEAN DE LA RUELLE<br>CEDEX<br>BP 96FRANCE | Claim Holder Name and Address<br><br>COMPAGNIE DEUTSCH ORLEANS<br>22 RUE DES CHAISES<br>45142 ST JEAN DE LA RUELLE<br>CEDEX<br>BP 96FRANCE    Docketed Total: **$9,554.69** | Modified Total: **$9,554.69** |
| | **Case Number\*** 05-44481    Secured    Priority    Unsecured $9,554.69<br><br>**$9,554.69** | **Case Number\*** 05-44640    Secured    Priority    Unsecured $9,554.69<br><br>**$9,554.69** |
| Claim: 7044<br>Date Filed: 05/30/2006<br>Docketed Total: $10,860.00<br>Filing Creditor Name and Address:<br>COMPONENT DISTRIBUTORS INC<br>PO BOX 13017<br>DENVER, CO 80201-3017 | Claim Holder Name and Address<br><br>COMPONENT DISTRIBUTORS INC<br>PO BOX 13017<br>DENVER, CO 80201-3017    Docketed Total: **$10,860.00** | Modified Total: **$7,240.00** |
| | **Case Number\*** 05-44481    Secured    Priority    Unsecured $10,860.00<br><br>**$10,860.00** | **Case Number\*** 05-44640    Secured    Priority    Unsecured $7,240.00<br><br>**$7,240.00** |

\*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 65 of 186

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2530<br>Date Filed: 04/03/2006<br>Docketed Total: $2,956,707.11<br>Filing Creditor Name and Address:<br>CONSUMERS ENERGY COMPANY<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | Claim Holder Name and Address<br><br>CONSUMERS ENERGY COMPANY<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | | Docketed Total: | **$2,956,707.11** | | | Modified Total: | **$42,993.95** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,956,707.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$42,993.95 |
| | | | | **$2,956,707.11** | | | | **$42,993.95** |
| Claim: 1211<br>Date Filed: 12/19/2005<br>Docketed Total: $2,599.00<br>Filing Creditor Name and Address:<br>CROWLEY LINER SERVICES INC<br>PO BOX 2110<br>JACKSONVILLE, FL 32203-2110 | Claim Holder Name and Address<br><br>CROWLEY LINER SERVICES INC<br>PO BOX 2110<br>JACKSONVILLE, FL 32203-2110 | | Docketed Total: | **$2,599.00** | | | Modified Total: | **$2,599.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,599.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,599.00 |
| | | | | **$2,599.00** | | | | **$2,599.00** |
| Claim: 10599<br>Date Filed: 07/25/2006<br>Docketed Total: $46,506.23<br>Filing Creditor Name and Address:<br>CS BUSINESS SYSTEMS INC<br>1236 MAIN ST<br>BUFFALO, NY 14209 | Claim Holder Name and Address<br><br>CS BUSINESS SYSTEMS INC<br>1236 MAIN ST<br>BUFFALO, NY 14209 | | Docketed Total: | **$46,506.23** | | | Modified Total: | **$44,803.23** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$46,506.23 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$44,803.23 |
| | | | | **$46,506.23** | | | | **$44,803.23** |
| Claim: 1183<br>Date Filed: 12/19/2005<br>Docketed Total: $5,555.00<br>Filing Creditor Name and Address:<br>DAYTON ICE MACHINE INC<br>3463 SUCCESSFUL WY<br>DAYTON, OH 45414 | Claim Holder Name and Address<br><br>DAYTON ICE MACHINE INC<br>3463 SUCCESSFUL WY<br>DAYTON, OH 45414 | | Docketed Total: | **$5,555.00** | | | Modified Total: | **$5,555.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,555.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,555.00 |
| | | | | **$5,555.00** | | | | **$5,555.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10149**
Date Filed:   07/21/2006
Docketed Total:   $80,378.48
Filing Creditor Name and Address:
 DEKKO TECHNOLOGIES INC
 HALLER & COLVIN PC
 444 E MAIN ST
 FORT WAYNE, IN 46802

Claim Holder Name and Address

DEKKO TECHNOLOGIES INC
HALLER & COLVIN PC
444 E MAIN ST
FORT WAYNE, IN 46802

Docketed Total:    $80,378.48

Modified Total:    $80,378.48

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $80,378.48 | 05-44640 | | | $80,378.48 |
| | | | **$80,378.48** | | | | **$80,378.48** |

---

**Claim: 5108**
Date Filed:   05/08/2006
Docketed Total:   $14,586.67
Filing Creditor Name and Address:
 DEWITT ROSS & STEVENS SC
 2 E MIFFLIN ST STE 600
 MADISON, WI 53703

Claim Holder Name and Address

DEWITT ROSS & STEVENS SC
2 E MIFFLIN ST STE 600
MADISON, WI 53703

Docketed Total:    $14,586.67

Modified Total:    $14,586.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,586.67 | 05-44640 | | | $14,586.67 |
| | | | **$14,586.67** | | | | **$14,586.67** |

---

**Claim: 116**
Date Filed:   10/25/2005
Docketed Total:   $289,004.91
Filing Creditor Name and Address:
 DRAKA AUTOMOTIVE GMBH
 DICKESTR 23
 WUPPERTAL, D 42369
 GERMANY

Claim Holder Name and Address

DRAKA AUTOMOTIVE GMBH
DICKESTR 23
WUPPERTAL, D 42369
GERMANY

Docketed Total:    $289,004.91

Modified Total:    $330,559.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $289,004.91 | 05-44640 | | | $330,559.89 |
| | | | **$289,004.91** | | | | **$330,559.89** |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2319<br>Date Filed: 03/16/2006<br>Docketed Total: $2,448.00<br>Filing Creditor Name and Address:<br>DRAKE MANUFACTURING<br>SERVICES INC<br>4371 N LEAVITT RD<br>WARREN, OH 44485 | Claim Holder Name and Address<br><br>DRAKE MANUFACTURING SERVICES INC<br>4371 N LEAVITT RD<br>WARREN, OH 44485 | Docketed Total: | | **$2,448.00** | Modified Total: | | | **$2,448.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,448.00<br><br>**$2,448.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,448.00<br><br>**$2,448.00** |
| Claim: 1220<br>Date Filed: 12/19/2005<br>Docketed Total: $18,479.84<br>Filing Creditor Name and Address:<br>DRAPER CHEVROLET CO<br>4200 BAY RD<br>PO BOX 2139<br>SAGINAW, MI 48603 | Claim Holder Name and Address<br><br>DRAPER CHEVROLET CO<br>4200 BAY RD<br>PO BOX 2139<br>SAGINAW, MI 48603 | Docketed Total: | | **$18,479.84** | Modified Total: | | | **$18,436.43** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$18,479.84<br><br>**$18,479.84** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,436.43<br><br>**$18,436.43** |
| Claim: 2761<br>Date Filed: 04/25/2006<br>Docketed Total: $221,546.49<br>Filing Creditor Name and Address:<br>DTE ENERGY (DETROIT EDISON<br>& MICHCON)<br>3200 HOBSON ST LOWER LEVEL<br>DETROIT, MI 48201-2927 | Claim Holder Name and Address<br><br>DTE ENERGY (DETROIT EDISON &<br>MICHCON)<br>3200 HOBSON ST LOWER LEVEL<br>DETROIT, MI 48201-2927 | Docketed Total: | | **$221,546.49** | Modified Total: | | | **$216,969.48** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$221,546.49<br><br>**$221,546.49** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$216,969.48<br><br>**$216,969.48** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | Secured | Priority | Unsecured | CLAIM AS MODIFIED | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| Claim: 2901<br>Date Filed: 04/27/2006<br>Docketed Total: $16,138.00<br>Filing Creditor Name and Address:<br>DYNALENE HEAT TRANSFER<br>FLUIDS<br>PO BOX A<br>COPLAY, PA 18037 | Claim Holder Name and Address<br><br>DYNALENE HEAT TRANSFER<br>FLUIDS<br>PO BOX A<br>COPLAY, PA 18037<br><br>Docketed Total: **$16,138.00**<br><br>Case Number*<br>05-44481 | | | $16,138.00<br><br>**$16,138.00** | Modified Total: **$15,018.00**<br><br>Case Number*<br>05-44640 | | | $15,018.00<br><br>**$15,018.00** |
| Claim: 3951<br>Date Filed: 05/01/2006<br>Docketed Total: $21,055.17<br>Filing Creditor Name and Address:<br>EDWARDS MEDICAL SUPPLY INC<br>EFT<br>PO BOX 1639<br>BOLINGBROOK, IL 60440 | Claim Holder Name and Address<br><br>EDWARDS MEDICAL SUPPLY INC<br>EFT<br>PO BOX 1639<br>BOLINGBROOK, IL 60440<br><br>Docketed Total: **$21,055.17**<br><br>Case Number*<br>05-44640 | | | $21,055.17<br><br>**$21,055.17** | Modified Total: **$9,676.11**<br><br>Case Number*<br>05-44640 | | | $9,676.11<br><br>**$9,676.11** |
| Claim: 182<br>Date Filed: 10/28/2005<br>Docketed Total: $21,460.00<br>Filing Creditor Name and Address:<br>ENMARK TOOL & GAGE CO INC<br>18100 CROSS LANE<br>FRASER, MI 48026 | Claim Holder Name and Address<br><br>KT TRUST<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: **$21,460.00**<br><br>Case Number*<br>05-44481 | | | $21,460.00<br><br>**$21,460.00** | Modified Total: **$21,460.00**<br><br>Case Number*<br>05-44640 | | | $21,460.00<br><br>**$21,460.00** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15032**
Date Filed: 07/31/2006
Docketed Total: $1,840,554.00
Filing Creditor Name and Address:
EQ HERITAGE LLC
HONIGMAN MILLER SCHWARTZ
& COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226

**Claim Holder Name and Address**

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: **$1,839,554.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $867,780.00 | | $971,774.00 |
| | **$867,780.00** | | **$971,774.00** |

Modified Total: **$1,014,281.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $1,014,281.00 |
| | **$0.00** | | **$1,014,281.00** |

**Claim Holder Name and Address**

EQ HERITAGE LLC
HONIGMAN MILLER SCHWARTZ &
COHN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVE
DETROIT, MI 48226
Docketed Total: **$1,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $1,000.00 |
| | **$0.00** | | **$1,000.00** |

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $0.00 | | $0.00 |
| | **$0.00** | | **$0.00** |

**Claim: 1543**
Date Filed: 01/17/2006
Docketed Total: $204,771.15
Filing Creditor Name and Address:
EXPORT DEVELOPMENT
CANADA EDC
151 O CONNOR ST 18TH FLR
OTTAWA, ON KIA IK3
CANADA

**Claim Holder Name and Address**

EXPORT DEVELOPMENT CANADA
EDC
151 O CONNOR ST 18TH FLR
OTTAWA, ON KIA IK3
CANADA
Docketed Total: **$204,771.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $204,771.15 |
| | | | **$204,771.15** |

Modified Total: **$187,324.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,324.48 |
| | | | **$187,324.48** |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12232<br>Date Filed: 07/28/2006<br>Docketed Total: $31,230.88<br>Filing Creditor Name and Address:<br>FANUC ROBOTICS AMERICA INC<br>3900 W HAMLIN RD<br>ROCHESTER HILLS, MI<br>48309-3253 | Claim Holder Name and Address<br><br>FANUC ROBOTICS AMERICA INC   Docketed Total:   **$31,230.88**<br>3900 W HAMLIN RD<br>ROCHESTER HILLS, MI 48309-3253<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                       $31,230.88<br><br>                              **$31,230.88** | Modified Total:   **$31,230.88**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                       $31,230.88<br><br>                              **$31,230.88** |
| Claim: 7476<br>Date Filed: 06/05/2006<br>Docketed Total: $17,775.69<br>Filing Creditor Name and Address:<br>GOLDSMITH TR AND SON INC<br>ANN MARIE STENGEL<br>16 PEUQUET PKY<br>TONAWANDA, NY 14150-2413 | Claim Holder Name and Address<br><br>GOLDSMITH TR AND SON INC   Docketed Total:   **$17,775.69**<br>ANN MARIE STENGEL<br>16 PEUQUET PKY<br>TONAWANDA, NY 14150-2413<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                       $17,775.69<br><br>                              **$17,775.69** | Modified Total:   **$17,538.35**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                       $17,538.35<br><br>                              **$17,538.35** |
| Claim: 4294<br>Date Filed: 05/01/2006<br>Docketed Total: $1,415.04<br>Filing Creditor Name and Address:<br>GREAT LAKES POWER LIFT INC<br>7455 TYLER BLVD<br>MENTOR, OH 44060 | Claim Holder Name and Address<br><br>GREAT LAKES POWER LIFT INC   Docketed Total:   **$1,415.04**<br>7455 TYLER BLVD<br>MENTOR, OH 44060<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                       $1,415.04<br><br>                              **$1,415.04** | Modified Total:   **$1,415.04**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                       $1,415.04<br><br>                              **$1,415.04** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10582   Filed 10/13/07   Entered 10/13/07 00:23:28   Main Document
Pg 71 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3780<br>Date Filed:   05/01/2006<br>Docketed Total:   $576.26<br>Filing Creditor Name and Address:<br>  HOBART SALES AND SERVICE<br>  181 INDUSTRIAL PKWY<br>  MANSFIELD, OH 44903 | Claim Holder Name and Address<br><br>  HOBART SALES AND SERVICE<br>  181 INDUSTRIAL PKWY<br>  MANSFIELD, OH 44903 | Docketed Total: | | $576.26 | | Modified Total: | | $576.26 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$576.26 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$576.26 |
| | | | **$576.26** | | | | | **$576.26** |
| Claim: 15220<br>Date Filed:   07/31/2006<br>Docketed Total:   $321,256.00<br>Filing Creditor Name and Address:<br>  HUTCHINSON SEAL<br>  CORPORATION<br>  PO BOX 1886<br>  GRAND RAPIDS, MI 49501 | Claim Holder Name and Address<br><br>  HUTCHINSON SEAL CORPORATION<br>  PO BOX 1886<br>  GRAND RAPIDS, MI 49501 | Docketed Total: | | $321,256.00 | | Modified Total: | | $201,945.43 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$321,256.00 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$201,945.43 |
| | | | | **$321,256.00** | | | | **$201,945.43** |
| Claim: 15341<br>Date Filed:   07/31/2006<br>Docketed Total:   $15,304.24<br>Filing Creditor Name and Address:<br>  HYDRO ELLAY ENFIELD<br>  LIMITED ENGLAND<br>  JOSEPH NOBLE RD<br>  LILLYHALL INDUSTRIAL EST<br>  WORKINGTON CUMBRIA, CA14<br>  4JX<br>  UNITED KINGDOM | Claim Holder Name and Address<br><br>  HYDRO ELLAY ENFIELD LIMITED<br>  ENGLAND<br>  JOSEPH NOBLE RD<br>  LILLYHALL INDUSTRIAL EST<br>  WORKINGTON CUMBRIA, CA14 4JX<br>  UNITED KINGDOM | Docketed Total: | | $15,304.24 | | Modified Total: | | $6,196.24 |
| | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$15,304.24 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$6,196.24 |
| | | | | **$15,304.24** | | | | **$6,196.24** |

*See Exhibit F for a listing of debtor entities by case number.

Page 17 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 72 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 680**
Date Filed: 11/18/2005
Docketed Total: $514,319.83
Filing Creditor Name and Address:
IBM CORPORATION
TWO LINCOLN CTR
OAKBROOK TERRACE, IL 60181

Claim Holder Name and Address
IBM CORPORATION
TWO LINCOLN CTR
OAKBROOK TERRACE, IL 60181
Docketed Total: $514,319.83

Modified Total: $438,719.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $514,319.83 |
| | | | **$514,319.83** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $90.61 |
| 05-44640 | | | $22,777.05 |
| 05-44567 | | | $15,863.77 |
| 05-44612 | | | $399,988.40 |
| | | | **$438,719.83** |

---

**Claim: 2203**
Date Filed: 03/07/2006
Docketed Total: $4,196.78
Filing Creditor Name and Address:
ICS CUSTOMS SERVICE INC
1099 MORSE AVE
ELK GROVE VILLAGE, IL 60007

Claim Holder Name and Address
ICS CUSTOMS SERVICE INC
1099 MORSE AVE
ELK GROVE VILLAGE, IL 60007
Docketed Total: $4,196.78

Modified Total: $3,890.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,057.66 | $3,139.12 |
| | | **$1,057.66** | **$3,139.12** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,890.01 |
| | | | **$3,890.01** |

---

**Claim: 10279**
Date Filed: 07/24/2006
Docketed Total: $1,456,361.79
Filing Creditor Name and Address:
INTEGRATED SILICON
SOLUTION EF INC
2231 LAWSON LN
SANTA CLARA, CA 95054

Claim Holder Name and Address
INTEGRATED SILICON SOLUTION
EF INC
2231 LAWSON LN
SANTA CLARA, CA 95054
Docketed Total: $1,456,361.79

Modified Total: $1,398,447.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,456,361.79 |
| | | | **$1,456,361.79** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,398,447.10 |
| | | | **$1,398,447.10** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 73 of 186

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5404<br>Date Filed:  05/09/2006<br>Docketed Total:  $429,262.62<br>Filing Creditor Name and Address:<br>JADA PRECISION PLASTICS CO<br>EFT INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606 | Claim Holder Name and Address<br><br>JADA PRECISION PLASTICS CO EFT INC<br>1667 EMERSON ST<br>ROCHESTER, NY 14606<br><br>Docketed Total:  $429,262.62<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $429,262.62<br>                     $429,262.62 | Modified Total:  $420,062.84<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $420,062.84<br>                     $420,062.84 |
| Claim: 14915<br>Date Filed:  07/31/2006<br>Docketed Total:  $468,786.87<br>Filing Creditor Name and Address:<br>JAMESTOWN CONTAINER CORP<br>SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225 | Claim Holder Name and Address<br><br>JAMESTOWN CONTAINER CORP<br>SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225<br><br>Docketed Total:  $468,786.87<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481               $468,786.87<br>                     $468,786.87 | Modified Total:  $407,193.80<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $407,193.80<br>                     $407,193.80 |
| Claim: 15982<br>Date Filed:  08/09/2006<br>Docketed Total:  $181,540.86<br>Filing Creditor Name and Address:<br>KENMODE TOOL & ENGR INC<br>EFT<br>820 W ALGONQUIN RD<br>ALGONQUIN, IL 60102 | Claim Holder Name and Address<br><br>KENMODE TOOL & ENGR INC EFT<br>820 W ALGONQUIN RD<br>ALGONQUIN, IL 60102<br><br>Docketed Total:  $181,540.86<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $181,540.86<br>                     $181,540.86 | Modified Total:  $161,180.85<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640               $161,180.85<br>                     $161,180.85 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3641<br>Date Filed:  05/01/2006<br>Docketed Total:  $3,140.80<br>Filing Creditor Name and Address:<br>KORTEN QUALITY SYSTEMS<br>LIMITED<br>PO BOX 454<br>ROMEO, MI 48065 | Claim Holder Name and Address<br><br>MADISON NICHE OPPORTUNITIES    Docketed Total:  **$3,140.80**<br>FUND LLC<br>6143 S WILLOW DR STE 200<br>GREENWOOD VILLAGE, CO 80111<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                           $3,140.80<br>                                **$3,140.80** | Modified Total:  **$2,675.25**<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                           $2,675.25 |
| Claim: 2895<br>Date Filed:  04/27/2006<br>Docketed Total:  $14,399.78<br>Filing Creditor Name and Address:<br>LDMI<br>311 N MAIN ST<br>BOX 7820<br>ANN ARBOR, MI 48107 | Claim Holder Name and Address<br><br>ASM CAPITAL II LP    Docketed Total:  **$14,399.78**<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                         $14,399.78<br>                             **$14,399.78** | Modified Total:  **$9,022.00**<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                           $9,022.00<br>                           **$9,022.00** |
| Claim: 1178<br>Date Filed:  12/16/2005<br>Docketed Total:  $116,317.23<br>Filing Creditor Name and Address:<br>LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX,<br>86107<br>FRANCE | Claim Holder Name and Address<br><br>LE JOINT FRANCAIS    Docketed Total:  **$116,317.23**<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                         $116,317.23<br>                           **$116,317.23** | Modified Total:  **$58,805.98**<br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                         $58,805.98<br>                           **$58,805.98** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 75 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim 1179**

| | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1179<br>Date Filed:  12/16/2005<br>Docketed Total:   $57,976.00<br>Filing Creditor Name and Address:<br>LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX,<br>86107<br>FRANCE | Claim Holder Name and Address<br><br>LE JOINT FRANCAIS<br>17 RUE ANDRE BUILLE BP700<br>CHATTELLERAULT CEDEX, 86107<br>FRANCE | | Docketed Total: | **$57,976.00** | | Modified Total: | | **$40,176.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$57,976.00<br><br>**$57,976.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,176.00<br><br>**$40,176.00** |

| | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 635<br>Date Filed:  11/17/2005<br>Docketed Total:   $3,100.00<br>Filing Creditor Name and Address:<br>M & S SPRING CO INC<br>34137 DOREKA DR<br>FRASER, MI 48026 | Claim Holder Name and Address<br><br>M & S SPRING CO INC<br>34137 DOREKA DR<br>FRASER, MI 48026 | | Docketed Total: | **$3,100.00** | | Modified Total: | | **$3,100.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,100.00<br><br>**$3,100.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,100.00<br><br>**$3,100.00** |

| | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6450<br>Date Filed:  05/22/2006<br>Docketed Total:   $130,697.79<br>Filing Creditor Name and Address:<br>MAGID GLOVE & SAFETY MFG<br>CO LLC<br>2060 N KOLMAR AVE<br>CHICAGO, IL 60639 | Claim Holder Name and Address<br><br>MAGID GLOVE & SAFETY MFG CO<br>LLC<br>2060 N KOLMAR AVE<br>CHICAGO, IL 60639 | | Docketed Total: | **$130,697.79** | | Modified Total: | | **$130,697.79** |
| | Case Number*<br>05-44481 | Secured<br>$100,407.40<br><br>**$100,407.40** | Priority | Unsecured<br>$30,290.39<br><br>**$30,290.39** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$130,697.79<br><br>**$130,697.79** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 76 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 936**
Date Filed: 11/29/2005
Docketed Total: $768.52
Filing Creditor Name and Address:
MATHESON TRIGAS INC
6225 N STATE HWY 161 STE 200
IRVING, TX 75038

Claim Holder Name and Address

MATHESON TRIGAS INC    Docketed Total: **$768.52**
6225 N STATE HWY 161 STE 200
IRVING, TX 75038

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $768.52 |
| | | | **$768.52** |

Modified Total: **$133.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $133.26 |
| | | | **$133.26** |

---

**Claim: 5306**
Date Filed: 05/08/2006
Docketed Total: $53,842.15
Filing Creditor Name and Address:
MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

Claim Holder Name and Address

MATSUO ELECTRONICS OF
AMERICA    Docketed Total: **$53,842.15**
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $53,842.15 |
| | | | **$53,842.15** |

Modified Total: **$44,574.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,158.60 |
| 05-44610 | | | $9,416.25 |
| | | | **$44,574.85** |

---

**Claim: 9652**
Date Filed: 07/17/2006
Docketed Total: $1,243,150.59
Filing Creditor Name and Address:
MEANS INDUSTRIES INC
SCHIFF HARDIN LLP
6600 SEARS TOWER
CHICAGO, IL 60606

Claim Holder Name and Address

MEANS INDUSTRIES INC    Docketed Total: **$1,243,150.59**
SCHIFF HARDIN LLP
6600 SEARS TOWER
CHICAGO, IL 60606

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,243,150.59 |
| | | | **$1,243,150.59** |

Modified Total: **$681,145.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $681,145.20 |
| | | | **$681,145.20** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 77 of 186

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10008**
Date Filed:   07/20/2006
Docketed Total:   $714,233.39
Filing Creditor Name and Address:
  MITTAL STEEL USA INC FKA
  ISPAT INLAND STEEL
  1 S DEARBORN
  CHICAGO, IL 60603

Claim Holder Name and Address
  MITTAL STEEL USA INC FKA ISPAT INLAND STEEL
  1 S DEARBORN
  CHICAGO, IL 60603

Docketed Total:   $714,233.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $714,233.39 |
| | | | **$714,233.39** |

Modified Total:   $238,077.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $238,077.39 |
| | | | **$238,077.39** |

---

**Claim: 2779**
Date Filed:   04/26/2006
Docketed Total:   $67,031.00
Filing Creditor Name and Address:
  MOLDING CONCEPTS
  6700 SIMS
  STERLING HEIGHTS, MI
  48313-3727

Claim Holder Name and Address
  MADISON INVESTMENT TRUST SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Docketed Total:   $67,031.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $67,031.00 |
| | | | **$67,031.00** |

Modified Total:   $64,031.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $64,031.00 |
| | | | **$64,031.00** |

---

**Claim: 6764**
Date Filed:   05/24/2006
Docketed Total:   $467,395.85
Filing Creditor Name and Address:
  MORAT GEAR TECHNOLOGY INC
  K N A IMS GEAR INC
  SMITH GAMBRELL & RUSSELL
  LLP
  1230 PEACHTREE ST NE STE
  3100
  ATLANTA, GA 30309

Claim Holder Name and Address
  AMROC INVESTMENTS LLC
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

Docketed Total:   $467,395.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $51,768.59 | | $415,627.26 |
| | **$51,768.59** | | **$415,627.26** |

Modified Total:   $453,438.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $453,438.26 |
| | | | **$453,438.26** |

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1512<br>Date Filed: 01/11/2006<br>Docketed Total: $8,859.49<br>Filing Creditor Name and Address:<br>MOSIER AUTOMATION INC<br>9247 N MERIDIAN ST STE 200<br>INDIANAPOLIS, IN 46260 | Claim Holder Name and Address<br>MOSIER AUTOMATION INC<br>9247 N MERIDIAN ST STE 200<br>INDIANAPOLIS, IN 46260 | Docketed Total: | | **$8,859.49** | | Modified Total: | | **$3,861.29** |
| | Case Number*<br>05-44481 | Secured<br>$8,859.49<br>**$8,859.49** | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,861.29<br>**$3,861.29** |
| Claim: 4303<br>Date Filed: 05/01/2006<br>Docketed Total: $2,679.95<br>Filing Creditor Name and Address:<br>MSJ TRUCKING INC<br>1118 HWY 84 EAST<br>OPP, AL 36467 | Claim Holder Name and Address<br>MSJ TRUCKING INC<br>1118 HWY 84 EAST<br>OPP, AL 36467 | Docketed Total: | | **$2,679.95** | | Modified Total: | | **$2,679.95** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,679.95<br>**$2,679.95** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,679.95<br>**$2,679.95** |
| Claim: 7563<br>Date Filed: 06/06/2006<br>Docketed Total: $47,094.44<br>Filing Creditor Name and Address:<br>ORTHODYNE ELECTRONICS CORP<br>16700 RED HILL AVE<br>IRVINE, CA 92606-4802 | Claim Holder Name and Address<br>ORTHODYNE ELECTRONICS CORP<br>16700 RED HILL AVE<br>IRVINE, CA 92606-4802 | Docketed Total: | | **$47,094.44** | | Modified Total: | | **$46,524.44** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$47,094.44<br>**$47,094.44** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$46,524.44<br>**$46,524.44** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 1134**

Date Filed: 12/13/2005

Docketed Total: $73,142.59

Filing Creditor Name and Address:
PACKAGING ENGINEERING LLC
2620 CENTENNIAL RD SUITES
TOLEDO, OH 43613

Claim Holder Name and Address

PACKAGING ENGINEERING LLC
2620 CENTENNIAL RD SUITES
TOLEDO, OH 43613

Docketed Total: **$73,142.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $73,142.59 |
| | | | **$73,142.59** |

Modified Total: **$58,765.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $52,818.49 |
| 05-44482 | | | $5,946.60 |
| | | | **$58,765.09** |

---

**Claim: 16376**

Date Filed: 10/20/2006

Docketed Total: $590,769.00

Filing Creditor Name and Address:
PANASONIC ELECTRIC WORKS
CORP OF AMERICA FKA
AROMAT CORP
629 CENTRAL AVE
NEW PROVIDENCE, NJ 07974

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$590,769.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $590,769.00 |
| | | | **$590,769.00** |

Modified Total: **$574,127.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $574,127.00 |
| | | | **$574,127.00** |

---

**Claim: 13459**

Date Filed: 07/25/2006

Docketed Total: $370,568.92

Filing Creditor Name and Address:
PAR FOAM PRODUCTS INC
239 VAN RENSSELAER ST
BUFFALO, NY 14210

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$370,568.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $370,568.92 |
| | | | **$370,568.92** |

Modified Total: **$361,682.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $361,682.12 |
| | | | **$361,682.12** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, <u>et al.</u>

Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7229<br>Date Filed:  05/31/2006<br>Docketed Total:  $58,733.72<br>Filing Creditor Name and Address:<br> PAUL HASTINGS JANOFSKY AND<br> WALKER LLP<br> 515 S FLOWER ST 25TH FL<br> LOS ANGELES, CA 90071 | Claim Holder Name and Address<br><br>PAUL HASTINGS JANOFSKY AND WALKER LLP<br>515 S FLOWER ST 25TH FL<br>LOS ANGELES, CA 90071 | | Docketed Total: | **$58,733.72** | | | Modified Total: | **$57,957.92** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$58,733.72<br><br>**$58,733.72** | Case Number*<br>05-44567<br>05-44624<br>05-44640<br>05-44554 | Secured | Priority | Unsecured<br>$814.06<br>$690.00<br>$50,283.05<br>$6,170.81<br><br>**$57,957.92** |
| Claim: 3997<br>Date Filed:  05/01/2006<br>Docketed Total:  $29,291.56<br>Filing Creditor Name and Address:<br> PEERLESS STEEL COMPANY INC<br> 2450 AUSTIN AVE<br> TROY, MI 48083-2030 | Claim Holder Name and Address<br><br>PEERLESS STEEL COMPANY INC<br>2450 AUSTIN AVE<br>TROY, MI 48083-2030 | | Docketed Total: | **$29,291.56** | | | Modified Total: | **$25,472.23** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$29,291.56<br><br>**$29,291.56** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,472.23<br><br>**$25,472.23** |
| Claim: 11446<br>Date Filed:  07/27/2006<br>Docketed Total:  $39,944.00<br>Filing Creditor Name and Address:<br> PETERSON TOOL CO<br> 739 FESSLERS LN<br> NASHVILLE, TN 37210 | Claim Holder Name and Address<br><br>PETERSON TOOL CO<br>739 FESSLERS LN<br>NASHVILLE, TN 37210 | | Docketed Total: | **$39,944.00** | | | Modified Total: | **$13,301.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$39,944.00<br><br>**$39,944.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,301.00<br><br>**$13,301.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16602<br>Date Filed:  05/15/2007<br>Docketed Total:  $16,679.09<br>Filing Creditor Name and Address:<br> PRECISION HARNESS INC EFT<br> 340 TRANSFER DR STE A<br> INDIANAPOLIS, IN 46214 | Claim Holder Name and Address<br><br> PRECISION HARNESS INC EFT<br> 340 TRANSFER DR STE A<br> INDIANAPOLIS, IN 46214 | Docketed Total: | | $16,679.09 | | Modified Total: | | $16,283.76 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,679.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,283.76 |
| | | | | $16,679.09 | | | | $16,283.76 |
| Claim: 9957<br>Date Filed:  07/19/2006<br>Docketed Total:  $43,229.50<br>Filing Creditor Name and Address:<br> PREMACARE<br> ODDEN 1 MAILBOX 115<br> GRIMSTAD, 4891<br> NORWAY | Claim Holder Name and Address<br><br> PREMACARE<br> ODDEN 1 MAILBOX 115<br> GRIMSTAD, 4891<br> NORWAY | Docketed Total: | | $43,229.50 | | Modified Total: | | $18,456.85 |
| | Case Number*<br>05-44529 | Secured | Priority | Unsecured<br>$43,229.50 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$18,456.85 |
| | | | | $43,229.50 | | | | $18,456.85 |
| Claim: 10624<br>Date Filed:  07/25/2006<br>Docketed Total:  $511,659.39<br>Filing Creditor Name and Address:<br> QUANEX CORP<br> MACSTEEL<br> ONE JACKSON SQ STE 500<br> JACKSON, MI 49201 | Claim Holder Name and Address<br><br> QUANEX CORP<br> MACSTEEL<br> ONE JACKSON SQ STE 500<br> JACKSON, MI 49201 | Docketed Total: | | $511,659.39 | | Modified Total: | | $127,914.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$511,659.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$127,914.39 |
| | | | | $511,659.39 | | | | $127,914.39 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 833**
Date Filed: 11/23/2005
Docketed Total: $9,352.72
Filing Creditor Name and Address:
RAITHEL & CO GMBH
GOETHESTRASSE 6
WEISSENSTADT, 95163
GERMANY

Claim Holder Name and Address
RAITHEL & CO GMBH
GOETHESTRASSE 6
WEISSENSTADT, 95163
GERMANY

Docketed Total: **$9,352.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,352.72 |
| | | | **$9,352.72** |

Modified Total: **$5,288.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,288.78 |
| | | | **$5,288.78** |

---

**Claim: 10194**
Date Filed: 07/21/2006
Docketed Total: $15,361.12
Filing Creditor Name and Address:
RB & W CORPORATION EFT
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CANADA

Claim Holder Name and Address
RB & W CORPORATION EFT
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CANADA

Docketed Total: **$15,361.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,361.12 |
| | | | **$15,361.12** |

Modified Total: **$13,051.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,051.04 |
| | | | **$13,051.04** |

---

**Claim: 2243**
Date Filed: 03/10/2006
Docketed Total: $50,107.99
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR LOWRY HOLDING
COMPANY INC DBA LOWRY
COMPUTER PRODUCTS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR LOWRY HOLDING
COMPANY INC DBA LOWRY
COMPUTER PRODUCTS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: **$50,107.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,107.99 |
| | | | **$50,107.99** |

Modified Total: **$45,943.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,943.30 |
| | | | **$45,943.30** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 10582   Filed 10/13/07   Entered 10/13/07 00:23:28   Main Document
Pg 83 of 186

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8862**
Date Filed: 06/30/2006
Docketed Total: $724,499.86
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR MPS GROUP
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR MPS GROUP PO BOX 626 PLANETARIUM STATION NEW YORK, NY 10024
Docketed Total: $724,499.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $724,499.86 |
| | | | $724,499.86 |

Modified Total: $716,457.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $716,457.80 |
| | | | $716,457.80 |

---

**Claim: 15030**
Date Filed: 07/27/2006
Docketed Total: $31,425.99
Filing Creditor Name and Address:
SAEGERTOWN MANUFACTURING
CORP
SAEGERTON MFG CORP
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Claim Holder Name and Address
SAEGERTOWN MANUFACTURING CORP SAEGERTON MFG CORP ONE CRAWFORD ST PO BOX 828 SAEGERTOWN, PA 16433
Docketed Total: $31,425.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,425.99 |
| | | | $31,425.99 |

Modified Total: $31,425.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,425.99 |
| | | | $31,425.99 |

---

**Claim: 11263**
Date Filed: 07/27/2006
Docketed Total: $8,031.02
Filing Creditor Name and Address:
SAEGERTOWN MANUFACTURING
CORPORATION
ONE CRAWFORD ST
PO BOX 828
SAEGERTOWN, PA 16433

Claim Holder Name and Address
SAEGERTOWN MANUFACTURING CORPORATION ONE CRAWFORD ST PO BOX 828 SAEGERTOWN, PA 16433
Docketed Total: $8,031.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,031.02 |
| | | | $8,031.02 |

Modified Total: $8,031.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,031.02 |
| | | | $8,031.02 |

*See Exhibit F for a listing of debtor entities by case number.

Page 29 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3293<br>Date Filed: 04/28/2006<br>Docketed Total: $33,851.52<br>Filing Creditor Name and Address:<br>SEALED AIR CORPORATION<br>19440 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748 | Claim Holder Name and Address<br><br>SEALED AIR CORPORATION<br>19440 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748 | | Docketed Total: | $33,851.52 | | | Modified Total: | $8,727.25 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $33,851.52 | 05-44640 | | | $8,727.25 |
| | | | | **$33,851.52** | | | | **$8,727.25** |
| Claim: 14688<br>Date Filed: 07/31/2006<br>Docketed Total: $11,218.89<br>Filing Creditor Name and Address:<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE ENGEL MACHINERY<br>INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE ENGEL MACHINERY INC<br>ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | | Docketed Total: | $11,218.89 | | | Modified Total: | $10,488.14 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $11,218.89 | 05-44624<br>05-44640 | | | $892.50<br>$9,595.64 |
| | | | | **$11,218.89** | | | | **$10,488.14** |
| Claim: 5856<br>Date Filed: 05/15/2006<br>Docketed Total: $226,825.26<br>Filing Creditor Name and Address:<br>SUPPLY SOLUTION INC ITS<br>SUCCESSOR TRADEBEAM INC<br>TRADEBEAM INC<br>TWO WATERS PARK DR STE 200<br>SAN MATEO, CA 94403 | Claim Holder Name and Address<br><br>SUPPLY SOLUTION INC ITS<br>SUCCESSOR TRADEBEAM INC<br>TRADEBEAM INC<br>TWO WATERS PARK DR STE 200<br>SAN MATEO, CA 94403 | | Docketed Total: | $226,825.26 | | | Modified Total: | $226,825.26 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44567 | | | $226,825.26 | 05-44640<br>05-44567 | | | $222,426.00<br>$4,399.26 |
| | | | | **$226,825.26** | | | | **$226,825.26** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7180<br>Date Filed: 05/31/2006<br>Docketed Total: $1,458.32<br>Filing Creditor Name and Address:<br>TAPESWITCH CORP OF AMERICA<br>100 SCHMITT BLVD<br>FARMINGDALE, NY 11735 | Claim Holder Name and Address<br><br>TAPESWITCH CORP OF AMERICA<br>100 SCHMITT BLVD<br>FARMINGDALE, NY 11735 | | Docketed Total: | **$1,458.32** | | | Modified Total: | **$1,458.32** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,458.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,458.32 |
| | | | | **$1,458.32** | | | | **$1,458.32** |
| Claim: 2563<br>Date Filed: 04/05/2006<br>Docketed Total: $92,338.09<br>Filing Creditor Name and Address:<br>THE CROWN GROUP<br>INCORPORATED<br>2111 WALTER REUTHER DR<br>WARREN, MI 48091 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | | Docketed Total: | **$92,338.09** | | | Modified Total: | **$84,558.77** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$92,338.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$84,558.77 |
| | | | | **$92,338.09** | | | | **$84,558.77** |
| Claim: 16555<br>Date Filed: 02/26/2007<br>Docketed Total: $48,067.68<br>Filing Creditor Name and Address:<br>THE FURUKAWA ELECTRIC CO<br>LTD<br>SQUIRE SANDERS & DEMPSEY<br>LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | Claim Holder Name and Address<br><br>THE FURUKAWA ELECTRIC CO LTD<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | | Docketed Total: | **$48,067.68** | | | Modified Total: | **$32,356.14** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,067.68 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,356.14 |
| | | | | **$48,067.68** | | | | **$32,356.14** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 86 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6613**
Date Filed:    05/22/2006
Docketed Total:    $40,360.73
Filing Creditor Name and Address:
    THERMALEX INC
    2758 GUNTER PK DR W
    MONTGOMERY, AL 36109

Claim Holder Name and Address

THERMALEX INC          Docketed Total:    **$40,360.73**
2758 GUNTER PK DR W
MONTGOMERY, AL 36109

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,360.73 |
| | | | **$40,360.73** |

Modified Total:    **$31,118.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,118.59 |
| | | | **$31,118.59** |

---

**Claim: 8523**
Date Filed:    06/26/2006
Docketed Total:    $56,537.23
Filing Creditor Name and Address:
    TWIN CORPORATION
    WINEGARDEN HALEY
    LINDHOLM & ROBERTSON PLC
    G 9460 S SAGINAW ST STE A
    GRAND BLANC, MI 48439

Claim Holder Name and Address

TWIN CORPORATION          Docketed Total:    **$56,537.23**
WINEGARDEN HALEY LINDHOLM &
ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,537.23 |
| | | | **$56,537.23** |

Modified Total:    **$26,554.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,368.00 |
| 05-44640 | | | $25,186.67 |
| | | | **$26,554.67** |

---

**Claim: 12396**
Date Filed:    07/28/2006
Docketed Total:    $148,325.65
Filing Creditor Name and Address:
    TYZ ALL PLASTICS INC
    120 EXPRESS ST STE 1
    PLAINVIEW, NY 11803

Claim Holder Name and Address

LONGACRE MASTER FUND LTD          Docketed Total:    **$148,325.65**
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,325.65 |
| | | | **$148,325.65** |

Modified Total:    **$143,989.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,989.26 |
| | | | **$143,989.26** |

*See Exhibit F for a listing of debtor entities by case number.

Page 32 of 35

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 87 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1744**
Date Filed: 02/01/2006
Docketed Total: $70,521.92
Filing Creditor Name and Address:
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT, IL 60018

Claim Holder Name and Address
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT, IL 60018
Docketed Total: $70,521.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $70,521.92 |
| | | | **$70,521.92** |

Modified Total: $64,403.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $64,403.80 |
| | | | **$64,403.80** |

---

**Claim: 1098**
Date Filed: 12/09/2005
Docketed Total: $54,912.75
Filing Creditor Name and Address:
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

Claim Holder Name and Address
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130
Docketed Total: $54,912.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,912.75 |
| | | | **$54,912.75** |

Modified Total: $47,481.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $47,481.64 |
| | | | **$47,481.64** |

---

**Claim: 2069**
Date Filed: 02/21/2006
Docketed Total: $14,704.15
Filing Creditor Name and Address:
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

Claim Holder Name and Address
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130
Docketed Total: $14,704.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,704.15 |
| | | | **$14,704.15** |

Modified Total: $14,704.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,704.15 |
| | | | **$14,704.15** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 88 of 186

Nineteenth Omnibus Claims Objection

## EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16249<br>Date Filed: 08/22/2006<br>Docketed Total: $79,765.09<br>Filing Creditor Name and Address:<br>VALIANT TOOL & MOLD INC<br>KERR RUSSELL & WEBER PLC<br>500 WOODWORD AVE STE 2500<br>DETROIT, MI 48226 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Docketed Total: | | $79,765.09 | | | Modified Total: | $65,985.78 |
| | Case Number*<br>05-44640 | Secured<br>$77,637.34 | Priority | Unsecured<br>$2,127.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,985.78 |
| | | $77,637.34 | | $2,127.75 | | | | $65,985.78 |

**Row 2**

| | Claim: 1760<br>Date Filed: 02/03/2006<br>Docketed Total: $1,215.00<br>Filing Creditor Name and Address:<br>WHITESIDE COMMUNICATION<br>MANAGEMENT<br>1938 BURDETTE<br>FERNDALE, MI 48220 | Claim Holder Name and Address<br><br>WHITESIDE COMMUNICATION<br>MANAGEMENT<br>1938 BURDETTE<br>FERNDALE, MI 48220 | Docketed Total: | $1,215.00 | | Modified Total: | $1,215.00 | |
|---|---|---|---|---|---|---|---|---|
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,215.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,215.00 |
| | | | | $1,215.00 | | | | $1,215.00 |

**Row 3**

| Claim: 7652<br>Date Filed: 06/08/2006<br>Docketed Total: $61,254.66<br>Filing Creditor Name and Address:<br>WILLOW HILL INDUSTRIES LLC<br>37611 EUCLID AVE<br>WILLOUGHBY, OH 44094 | Claim Holder Name and Address<br><br>WILLOW HILL INDUSTRIES LLC<br>37611 EUCLID AVE<br>WILLOUGHBY, OH 44094 | Docketed Total: | $61,254.66 | | Modified Total: | $49,792.47 | |
|---|---|---|---|---|---|---|---|
| Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$61,254.66 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$49,792.47 |
| | | | $61,254.66 | | | | $49,792.47 |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT D-1 - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9528<br>Date Filed:  07/14/2006<br>Docketed Total:  $33,270.43<br>Filing Creditor Name and Address:<br>WIX FILTRATION PRODUCTS<br>EUROPE LTD FKA DANA SPICER<br>EUROPE LTD<br>C O AFFINIA GROUP INC<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | Claim Holder Name and Address<br><br>WIX FILTRATION PRODUCTS<br>EUROPE LTD FKA DANA SPICER<br>EUROPE LTD<br>C O AFFINIA GROUP INC<br>ATTN C MENDELJIAN<br>1101 TECHNOLOGY DR 100<br>ANN ARBOR, MI 48108 | Docketed Total: | **$33,270.43** | | | Modified Total: | | **$30,470.47** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$33,270.43 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,470.47 |
| | | | | **$33,270.43** | | | | **$30,470.47** |
| Claim: 9043<br>Date Filed:  07/05/2006<br>Docketed Total:  $11,002.13<br>Filing Creditor Name and Address:<br>XPEDX<br>4510 READING RD<br>PO BOX 29460<br>CINCINNATI, OH 45229-0460 | Claim Holder Name and Address<br><br>XPEDX<br>4510 READING RD<br>PO BOX 29460<br>CINCINNATI, OH 45229-0460 | Docketed Total: | **$11,002.13** | | | Modified Total: | | **$9,291.53** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,002.13 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,291.53 |
| | | | | **$11,002.13** | | | | **$9,291.53** |
| Claim: 4293<br>Date Filed:  05/01/2006<br>Docketed Total:  $98,455.53<br>Filing Creditor Name and Address:<br>XPEDX A DIV OF INTL PAPER<br>1059 W RIDGE RD<br>ROCHESTER, NY 14615 | Claim Holder Name and Address<br><br>XPEDX A DIV OF INTL PAPER<br>1059 W RIDGE RD<br>ROCHESTER, NY 14615 | Docketed Total: | **$98,455.53** | | | Modified Total: | | **$98,455.53** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$98,455.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$98,455.53 |
| | | | | **$98,455.53** | | | | **$98,455.53** |

| | |
|---|---|
| **Total Claims to be Modified: 105** | |
| **Total Amount as Docketed:** | **$18,971,925.18** |
| **Total Amount as Modified:** | **$12,367,573.15** |

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7106<br>Date Filed:　05/30/2006<br>Docketed Total:　$151.44<br>Filing Creditor Name and Address:<br>BARTHOLOMEW COUNTY IN<br>BARTHOLOMEW COUNTY<br>TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202 | Claim Holder Name and Address<br><br>BARTHOLOMEW COUNTY IN　　Docketed Total:　$151.44<br>BARTHOLOMEW COUNTY<br>TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　$151.44<br>　　　　　　　　　　　　　$151.44 | Modified Total:　$131.48<br><br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　$131.48<br>　　　　　　　　　　　　　$131.48 |
| Claim: 1282<br>Date Filed:　12/27/2005<br>Docketed Total:　$3,675.75<br>Filing Creditor Name and Address:<br>BROWNSVILLE ISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>BROWNSVILLE ISD　　　　Docketed Total:　$3,675.75<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44481　$3,675.75<br>　　　　　$3,675.75 | Modified Total:　$2,819.75<br><br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　$2,819.75<br>　　　　　$2,819.75 |
| Claim: 2003<br>Date Filed:　02/14/2006<br>Docketed Total:　$8,872.60<br>Filing Creditor Name and Address:<br>CARROLLTON FARMERS BRANCH<br>INDEPENDENT SCHOOL<br>DISTRICT<br>LAW OFFICES OF ROBERT E<br>LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | Claim Holder Name and Address<br><br>CARROLLTON FARMERS BRANCH　Docketed Total:　$8,872.60<br>INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E LUNA<br>PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　$8,872.60<br>　　　　　$8,872.60 | Modified Total:　$6,806.38<br><br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　$6,806.38<br>　　　　　$6,806.38 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 2005<br>Date Filed:  02/14/2006<br>Docketed Total:   $356.05<br>Filing Creditor Name and Address:<br>  CARROLLTON FARMERS BRANCH<br>  INDEPENDENT SCHOOL<br>  DISTRICT<br>  LAW OFFICES OF ROBERT E<br>  LUNA PC<br>  4411 N CENTRAL EXPRESSWAY<br>  DALLAS, TX 75205 | CARROLLTON FARMERS BRANCH<br>INDEPENDENT SCHOOL DISTRICT<br>LAW OFFICES OF ROBERT E LUNA<br>PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205   Docketed Total:   **$356.05** | Modified Total:   **$273.13** |

| Case Number*<br>05-44640 | Secured<br>$356.05 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$273.13 | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| | **$356.05** | | | | **$273.13** | | |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 511<br>Date Filed:  11/14/2005<br>Docketed Total:   $1,018.83<br>Filing Creditor Name and Address:<br>  COLLIN COUNTY TAX<br>  777 E 15TH ST<br>  PLANO, TX 75074 | COLLIN COUNTY TAX<br>777 E 15TH ST<br>PLANO, TX 75074   Docketed Total:   **$1,018.83** | Modified Total:   **$781.57** |

| Case Number*<br>05-44481 | Secured<br>$1,018.83 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$781.57 | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| | **$1,018.83** | | | | **$781.57** | | |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 2269<br>Date Filed:  03/13/2006<br>Docketed Total:   $264.13<br>Filing Creditor Name and Address:<br>  COUNTY OF COMAL<br>  MCCREARY VESELKA BRAGG &<br>  ALLEN PC<br>  5929 BALCONES DR STE 200<br>  PO BOX 26990<br>  AUSTIN, TX 78755 | COUNTY OF COMAL<br>MCCREARY VESELKA BRAGG &<br>ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755   Docketed Total:   **$264.13** | Modified Total:   **$202.62** |

| Case Number*<br>05-44481 | Secured<br>$264.13 | Priority | Unsecured | Case Number*<br>05-44640 | Secured<br>$202.62 | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| | **$264.13** | | | | **$202.62** | | |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.                                                                 Nineteenth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 2270<br>Date Filed:  03/13/2006<br>Docketed Total:   $335.36<br>Filing Creditor Name and Address:<br>  COUNTY OF DENTON<br>  5929 BALCONES DR STE 200<br>  PO BOX 26990<br>  AUSTIN, TX 78755 | Claim Holder Name and Address<br><br>COUNTY OF DENTON CITY OF<br>SANGER<br>MCCREARY VESELKA BRAGG &<br>ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755<br><br>Docketed Total:     $335.36 | Modified Total:     $224.04 |
| | **Case Number***    Secured    Priority    Unsecured<br>05-44481     $335.36<br><br>       **$335.36** | **Case Number***    Secured    Priority    Unsecured<br>05-44640     $224.04<br><br>       **$224.04** |
| Claim: 2271<br>Date Filed:   03/13/2006<br>Docketed Total:    $223.15<br>Filing Creditor Name and Address:<br>  COUNTY OF HAYS<br>  MCCREARY VESELKA BRAGG &<br>  ALLEN PC<br>  5929 BALCONES DR STE 200<br>  PO BOX 26990<br>  AUSTIN, TX 78755 | Claim Holder Name and Address<br><br>COUNTY OF HAYS<br>MCCREARY VESELKA BRAGG &<br>ALLEN PC<br>5929 BALCONES DR STE 200<br>PO BOX 26990<br>AUSTIN, TX 78755<br><br>Docketed Total:     $223.15 | Modified Total:     $171.18 |
| | **Case Number***    Secured    Priority    Unsecured<br>05-44481     $223.15<br><br>       **$223.15** | **Case Number***    Secured    Priority    Unsecured<br>05-44640     $171.18<br><br>       **$171.18** |
| Claim: 3619<br>Date Filed:   05/01/2006<br>Docketed Total:    $361.26<br>Filing Creditor Name and Address:<br>  DUBOIS COUNTY IN<br>  DUBOIS COUNTY TREASURER<br>  1 COURTHOUSE SQ<br>  JASPER, IN 47546 | Claim Holder Name and Address<br><br>DUBOIS COUNTY IN<br>DUBOIS COUNTY TREASURER<br>1 COURTHOUSE SQ<br>JASPER, IN 47546<br><br>Docketed Total:     $361.26 | Modified Total:     $277.14 |
| | **Case Number***    Secured    Priority    Unsecured<br>05-44640     $361.26<br><br>       **$361.26** | **Case Number***    Secured    Priority    Unsecured<br>05-44640     $277.14<br><br>       **$277.14** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 93 of 186

Nineteenth Omnibus Claims Objection

### EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 15808<br>Date Filed:  08/03/2006<br>Docketed Total:  $300,836.22<br>Filing Creditor Name and Address:<br>FRANKLIN COUNTY OHIO<br>TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH 43215 | Claim Holder Name and Address<br><br>FRANKLIN COUNTY OHIO<br>TREASURER<br>373 S HIGH ST 17TH FL<br>COLUMBUS, OH 43215    Docketed Total:    **$300,836.22** | Modified Total:    **$260,464.26** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $300,836.22 | | | 05-44640 | $260,464.26 | | |
| | **$300,836.22** | | | | **$260,464.26** | | |

| | | |
|---|---|---|
| Claim: 2297<br>Date Filed:  03/15/2006<br>Docketed Total:  $40,151.05<br>Filing Creditor Name and Address:<br>HENRY COUNTY TREASURER<br>101 S MAIN ST<br>NEW CASTLE, IN 47362 | Claim Holder Name and Address<br><br>HENRY COUNTY TREASURER    Docketed Total:    **$40,151.05**<br>101 S MAIN ST<br>NEW CASTLE, IN 47362 | Modified Total:    **$27,460.26** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $40,151.05 | | | 05-44640 | $27,460.26 | | |
| | **$40,151.05** | | | | **$27,460.26** | | |

| | | |
|---|---|---|
| Claim: 8544<br>Date Filed:  06/26/2006<br>Docketed Total:  $132,479.24<br>Filing Creditor Name and Address:<br>MONTGOMERY COUNTY<br>TREASURER<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Claim Holder Name and Address<br><br>MONTGOMERY COUNTY<br>TREASURER    Docketed Total:    **$132,479.24**<br>451 W THIRD ST<br>DAYTON, OH 45422-0476 | Modified Total:    **$32,423.82** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $132,479.24 | | | 05-44640 | $32,423.82 | | |
| | **$132,479.24** | | | | **$32,423.82** | | |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 6

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 94 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3784<br>Date Filed: 05/01/2006<br>Docketed Total: $262.76<br>Filing Creditor Name and Address:<br>NACOGDOCHES COUNTY CAD<br>220 W HOSPITAL ST<br>NACOGDOCHES, TX 75963-1668 | Claim Holder Name and Address<br><br>NACOGDOCHES COUNTY CAD  Docketed Total: $262.76<br>220 W HOSPITAL ST<br>NACOGDOCHES, TX 75963-1668<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $262.76<br>   $262.76 | Modified Total: $232.12<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $232.12<br>   $232.12 |
| Claim: 8768<br>Date Filed: 06/29/2006<br>Docketed Total: $62,517.67<br>Filing Creditor Name and Address:<br>SPARTANBURG CO TAX<br>COLLECTOR<br>DRAWER 3060<br>SPARTANBURG, SC 29304 | Claim Holder Name and Address<br><br>SPARTANBURG CO TAX   Docketed Total: $62,517.67<br>COLLECTOR<br>DRAWER 3060<br>SPARTANBURG, SC 29304<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $62,517.67<br>   $62,517.67 | Modified Total: $52,917.03<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44539   $47,374.63<br>05-44640   $5,542.40<br>   $52,917.03 |
| Claim: 7846<br>Date Filed: 06/12/2006<br>Docketed Total: $30,158.42<br>Filing Creditor Name and Address:<br>UNITED INDEPENDENT SCHOOL<br>DISTRICT<br>401 EAST HILLSIDE RD 2ND<br>FLOOR<br>LAREDO, TX 78041 | Claim Holder Name and Address<br><br>UNITED INDEPENDENT SCHOOL   Docketed Total: $30,158.42<br>DISTRICT<br>401 EAST HILLSIDE RD 2ND FLOOR<br>LAREDO, TX 78041<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $30,158.42<br>   $30,158.42 | Modified Total: $26,688.87<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $26,688.87<br>   $26,688.87 |

*See Exhibit F for a listing of debtor entities by case number.

Page 5 of 6

**EXHIBIT D-2 - TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4171<br>Date Filed:    05/01/2006<br>Docketed Total:    $22.08<br>Filing Creditor Name and Address:<br>    WABASH COUNTY IN<br>    WABASH COUNTY TREASURER<br>    COURTHOUSE 1 W HILL ST<br>    STE 4B<br>    WABASH, IN 46992 | Claim Holder Name and Address<br><br>WABASH COUNTY IN          Docketed Total:    $22.08<br>WABASH COUNTY TREASURER<br>COURTHOUSE 1 W HILL ST<br>STE 4B<br>WABASH, IN 46992 | Modified Total:    $16.94 |

| | Case Number*      Secured      Priority      Unsecured<br>05-44640      $22.08<br>                          **$22.08** | Case Number*      Secured      Priority      Unsecured<br>05-44640      $16.94<br>                          **$16.94** |

| Claim: 2077<br>Date Filed:    02/21/2006<br>Docketed Total:    $18,530.81<br>Filing Creditor Name and Address:<br>    WICHITA COUNTY<br>    PERDUE BRANDON FIELDER<br>    COLLINS & MOTT LLP<br>    PO BOX 8188<br>    WICHITA FALLS, TX 76307 | Claim Holder Name and Address<br><br>WICHITA COUNTY          Docketed Total:    $18,530.81<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | Modified Total:    $17,318.51 |

| | Case Number*      Secured      Priority      Unsecured<br>05-44640      $18,530.81<br>                          **$18,530.81** | Case Number*      Secured      Priority      Unsecured<br>05-44640      $17,318.51<br>                          **$17,318.51** |

| | | **Total Claims to be Modified: 17**<br><br>**Total Amount as Docketed:**      $600,216.82<br><br>**Total Amount as Modified:**      $429,209.10 |

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2654**
Date Filed: 04/14/2006
Docketed Total: $96,201.43
Filing Creditor Name and Address:
AMERICHEM INC
225 BROADWAY E
CUYAHOGA FALLS, OH 44221

Claim Holder Name and Address
AMERICHEM INC
225 BROADWAY E
CUYAHOGA FALLS, OH 44221
Docketed Total: **$96,201.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $96,201.43 |
| | | | **$96,201.43** |

Modified Total: **$57,690.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $6,797.43 | $50,893.49 |
| | | **$6,797.43** | **$50,893.49** |

---

**Claim: 12346**
Date Filed: 07/28/2006
Docketed Total: $215,079.82
Filing Creditor Name and Address:
ANGELL DEMMEL NORTH
AMERICA INC
1516 STANLEY AVE
DAYTON, OH 45404

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019
Docketed Total: **$215,079.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,948.73 | $168,131.09 |
| | | **$46,948.73** | **$168,131.09** |

Modified Total: **$193,346.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,807.69 | $179,538.87 |
| | | **$13,807.69** | **$179,538.87** |

---

**Claim: 14296**
Date Filed: 07/31/2006
Docketed Total: $62,288.96
Filing Creditor Name and Address:
ASSEMBLEON AMERICA INC
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Claim Holder Name and Address
LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022
Docketed Total: **$62,288.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $62,288.96 |
| | | | **$62,288.96** |

Modified Total: **$62,288.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,170.09 | $49,118.87 |
| | | **$13,170.09** | **$49,118.87** |

---

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 97 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6670**
Date Filed:   05/23/2006
Docketed Total:   $293,357.43
Filing Creditor Name and Address:
  EMHART TEKNOLOGIES LLC
  49201 GRATIOT AVE
  CHESTERFIELD, MI 48051

Claim Holder Name and Address

EMHART TEKNOLOGIES LLC
49201 GRATIOT AVE
CHESTERFIELD, MI 48051

Docketed Total:   **$293,357.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $293,357.43 |
| | | | **$293,357.43** |

Modified Total:   **$188,345.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $27,128.77 | $150,416.31 |
| 05-44567 | | | $10,800.00 |
| | | **$27,128.77** | **$161,216.31** |

---

**Claim: 10396**
Date Filed:   07/24/2006
Docketed Total:   $126,239.42
Filing Creditor Name and Address:
  GLEASON WORKS THE
  1000 UNIVERSITY AVE
  ROCHESTER, NY 14607-1239

Claim Holder Name and Address

HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total:   **$126,239.42**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $27,955.00 | $98,284.42 |
| | | **$27,955.00** | **$98,284.42** |

Modified Total:   **$125,398.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $27,955.00 | $97,443.20 |
| | | **$27,955.00** | **$97,443.20** |

---

**Claim: 10421**
Date Filed:   07/24/2006
Docketed Total:   $53,587.08
Filing Creditor Name and Address:
  ITW FILTRATION PRODUCTS
  18531 SPRING CREEK DR
  TINLEY PK, IL 60477

Claim Holder Name and Address

ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

Docketed Total:   **$53,587.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,219.78 | $27,367.30 |
| | | **$26,219.78** | **$27,367.30** |

Modified Total:   **$42,486.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $2,190.61 | $40,296.17 |
| | | **$2,190.61** | **$40,296.17** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1 — Claim: 13454**

Claim: 13454
Date Filed: 07/31/2006
Docketed Total: $225,224.02
Filing Creditor Name and Address:
LAKE ERIE PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

Claim Holder Name and Address
LAKE ERIE PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

Docketed Total: $225,224.02

Modified Total: $33,866.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $225,224.02 | 05-44640 | | $14,082.57 | $19,783.67 |
| | | | **$225,224.02** | | | **$14,082.57** | **$19,783.67** |

**Row 2 — Claim: 7816**

Claim: 7816
Date Filed: 06/12/2006
Docketed Total: $351,868.14
Filing Creditor Name and Address:
MNP CORPORATION EFT
44225 UTICA RD
PO BOX 189002
UTICA, MI 48318-9002

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $351,868.14

Modified Total: $60,301.82

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $351,868.14 | 05-44640 | | $25,163.47 | $35,138.35 |
| | | | **$351,868.14** | | | **$25,163.47** | **$35,138.35** |

**Row 3 — Claim: 2229**

Claim: 2229
Date Filed: 03/09/2006
Docketed Total: $360,413.11
Filing Creditor Name and Address:
NICHICON AMERICA
CORPORATION
CO GARY D SANTELLA
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name and Address
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $360,413.11

Modified Total: $345,973.33

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $360,413.11 | 05-44567 | | | $11,497.88 |
| | | | **$360,413.11** | 05-44640 | | $5,052.44 | $329,423.01 |
| | | | | | | **$5,052.44** | **$340,920.89** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

**EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12359**
Date Filed: 07/28/2006
Docketed Total: $631,500.50
Filing Creditor Name and Address:
PLYMOUTH RUBBER COMPANY
INC
BURNS & LEVINSON LLP
125 SUMMER ST
BOSTON, MA 21101624

Claim Holder Name and Address
PLYMOUTH RUBBER COMPANY INC     Docketed Total: $631,500.50
BURNS & LEVINSON LLP
125 SUMMER ST
BOSTON, MA 21101624

Modified Total: $384,286.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $631,500.50 | $0.00 | |
| | $631,500.50 | $0.00 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,290.58 | $379,995.75 |
| | | $4,290.58 | $379,995.75 |

---

**Claim: 2482**
Date Filed: 04/03/2006
Docketed Total: $1,495,516.58
Filing Creditor Name and Address:
ROHM ELECTRONICS USA LLC
KLEHR HARRISON HARVEY
BRANZBURG
260 S BROAD ST
PHILADELPHIA, PA 19102-5003

Claim Holder Name and Address
ROHM ELECTRONICS USA LLC     Docketed Total: $1,495,516.58
KLEHR HARRISON HARVEY
BRANZBURG
260 S BROAD ST
PHILADELPHIA, PA 19102-5003

Modified Total: $1,415,844.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | $1,495,516.58 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $107,101.70 | $1,282,960.82 |
| 05-44567 | | | $25,781.57 |
| | | $107,101.70 | $1,308,742.39 |

---

**Claim: 1470**
Date Filed: 01/09/2006
Docketed Total: $37,398.75
Filing Creditor Name and Address:
SHERWIN WILLIAMS COMPANY
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115

Claim Holder Name and Address
SHERWIN WILLIAMS COMPANY     Docketed Total: $37,398.75
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115

Modified Total: $37,181.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $37,398.75 |
| | | | $37,398.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,146.69 | $32,034.36 |
| | | $5,146.69 | $32,034.36 |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 100 of 186

Nineteenth Omnibus Claims Objection

### EXHIBIT D-3 - MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12258**
Date Filed: 07/28/2006
Docketed Total: $1,040,216.50
Filing Creditor Name and Address:
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name and Address
STANLEY ELECTRIC SALES OF AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Docketed Total: $1,040,216.50
Modified Total: $1,031,144.01

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $124,235.47 | $915,981.03 | 05-44567 | | | $6,457.00 |
| | | | | 05-44640 | | $102,426.47 | $922,260.54 |
| | | $124,235.47 | $915,981.03 | | | $102,426.47 | $928,717.54 |

**Claim: 2065**
Date Filed: 02/21/2006
Docketed Total: $126,918.43
Filing Creditor Name and Address:
TRANS MATIC MFG CO INC
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: $126,918.43
Modified Total: $125,305.36

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $126,918.43 | 05-44640 | | $6,207.62 | $119,097.74 |
| | | | $126,918.43 | | | $6,207.62 | $119,097.74 |

**Claim: 10207**
Date Filed: 07/21/2006
Docketed Total: $208,704.95
Filing Creditor Name and Address:
WAMCO INC
AKIN GUMP STRAUSS HAUER &
FELD
2029 CENTURY PARK E 24TH FL
LOS ANGELES, CA 90067

Claim Holder Name and Address
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $208,704.95
Modified Total: $208,499.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $208,704.95 | 05-44567 | | $22,402.52 | $186,097.43 |
| | | | $208,704.95 | | | $22,402.52 | $186,097.43 |

Total Claims to be Modified: 15

Total Amount as Docketed: $5,324,515.12

Total Amount as Modified: $4,311,958.68

*See Exhibit F for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**                                      Nineteenth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,370.20<br>$1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,011.99<br>$1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| SIEMENS ENERGY & AUTOMATION INC<br>MCGUIRE WOODS LLP<br>ONE JAMES CENTER<br>901 E CARY ST<br>RICHMOND, VA 23219 | 8675 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,639.39<br>$12,639.39 | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 3 | | $15,021.58 | | |

In re Delphi Corporation, et al.                    Nineteenth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREUDENBERG NOK GENERAL PARTNERSHIP BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11603 | Secured: Priority: Administrative: Unsecured: Total: | $358,851.00 $80,742.02 $60,066.20 $499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11602 | Secured: Priority: Administrative: Unsecured: Total: | $1,759.31 $2,878.86 $4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP EFT 2975 PEMBROKE RD HOPKINSVILLE, KY 42240 | 5463 | Secured: Priority: Administrative: Unsecured: Total: | $17,971.26 $17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC ROBINSON & COLE LLP 280 TRUMBULL ST HARTFORD, CT 06103 | 500 | Secured: Priority: Administrative: Unsecured: Total: | $6,837.48 $6,837.48 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC 3710 NASHUA DRIVE UNIT 1 MISSISSAUGA, ON L4V 1M5 CANADA | 2053 | Secured: Priority: Administrative: Unsecured: Total: | $9,044.19 $9,044.19 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| MICROSYS TECHNOLOGIES INC 3710 NASHUA DRIVE UNIT 1 MISSISSAUGA, ON L4V 1M5 CANADA | 2054 | Secured: Priority: Administrative: Unsecured: Total: | $1,775.00 $1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| SECRETARY OF LABOR ON BEHALF OF THE DELPHI PERSONAL SAVINGS PLAN FOR HOURLY RATE EMPLOYEES IN THE UNITED STATES US DEPT OF LABOR OFFICE OF THE SOLICITOR 230 S DEARBORN ST 8TH FLOOR CHICAGO, IL 60604 | 15135 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**In re Delphi Corporation, et al.**                    Pg 103 of 186                    Nineteenth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 4211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,528.00<br>$7,528.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| US LABOR SECRETARY ON BEHALF OF ASEC MANUFACTURING SPONSORED EMPLOYEE BENEFIT PLANS<br>USDOL 525 S GRIFFIN ST STE 501<br>DALLAS, TX 75202 | 9826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 07/18/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| **Total:** | **9** | | **$547,453.32** | | |

In re Delphi Corporation, <u>et al.</u>                                                    Nineteenth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT E-3 - ADJOURNED BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VANDALIA CITY OF OH<br>333 JAMES E BOHANAN MEMORIAL DR<br>VANDALIA, OH 45377 | 7219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $46,961.95<br><br>$46,961.95 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$46,961.95** | | |

**In re Delphi Corporation, et al.**                                   **Nineteenth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E-4 - ADJOURNED UNTIMELY BOOKS AND RECORDS TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE OF NEW JERSEY COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | 16610 | Secured: Priority: Administrative: Unsecured: Total: | $171,000.00 $171,000.00 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON, NJ 08695 | 16611 | Secured: Priority: Administrative: Unsecured: Total: | $448,527.31 $448,527.31 | 06/04/2007 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | $619,527.31 | | | |

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15234<br>Date Filed: 07/31/2006<br>Docketed Total: $425,367.33<br>Filing Creditor Name and Address:<br>AKZO NOBEL COATINGS INC<br>5555 SPALDING DR<br>NORCROSS, GA 30092 | Claim Holder Name and Address<br><br>AKZO NOBEL COATINGS INC<br>5555 SPALDING DR<br>NORCROSS, GA 30092 | Docketed Total: | | $425,367.33 | | Modified Total: | | $369,629.76 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$425,367.33<br><br>**$425,367.33** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$369,629.76<br><br>**$369,629.76** |
| Claim: 11900<br>Date Filed: 07/28/2006<br>Docketed Total: $32,498.64<br>Filing Creditor Name and Address:<br>AMETEK INC<br>3000 TWO LOGAN SQ 18TH &<br>ARCH STREETS<br>PHILADELPHIA, PA 19103 | Claim Holder Name and Address<br><br>AMETEK INC<br>3000 TWO LOGAN SQ 18TH & ARCH<br>STREETS<br>PHILADELPHIA, PA 19103 | Docketed Total: | | $32,498.64 | | Modified Total: | | $25,375.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,498.64<br><br>**$32,498.64** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,375.00<br><br>**$25,375.00** |
| Claim: 12197<br>Date Filed: 07/28/2006<br>Docketed Total: $135,298.72<br>Filing Creditor Name and Address:<br>ARNOLD CENTER INC<br>LAMBERT LESER ISACKSON<br>COOK & GIUNTA PC<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | Claim Holder Name and Address<br><br>ARNOLD CENTER INC<br>LAMBERT LESER ISACKSON COOK &<br>GIUNTA PC<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | Docketed Total: | | $135,298.72 | | Modified Total: | | $77,516.26 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$135,298.72<br><br>**$135,298.72** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$77,516.26<br><br>**$77,516.26** |

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 15671<br>Date Filed: 07/31/2006<br>Docketed Total: $1,621,059.30<br>Filing Creditor Name and Address:<br>ATS OHIO INC<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: **$1,621,059.30** | Modified Total: **$360,854.30** | |
| | **Case Number\*** 05-44640 — Secured — Priority — Unsecured $1,621,059.30<br>**$1,621,059.30** | | **Case Number\*** 05-44640 — Secured — Priority — Unsecured $360,854.30<br>**$360,854.30** | |
| Claim: 1570<br>Date Filed: 01/17/2006<br>Docketed Total: $1,621.57<br>Filing Creditor Name and Address:<br>BELLSOUTH<br>TELECOMMUNICATIONS INC<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE, FL 32202 | Claim Holder Name and Address<br><br>BELLSOUTH<br>TELECOMMUNICATIONS INC<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE, FL 32202 | Docketed Total: **$1,621.57** | Modified Total: **$1,429.20** | |
| | **Case Number\*** 05-44481 — Secured — Priority — Unsecured $1,621.57<br>**$1,621.57** | | **Case Number\*** 05-44640 — Secured — Priority — Unsecured $1,429.20<br>**$1,429.20** | |
| Claim: 9081<br>Date Filed: 07/06/2006<br>Docketed Total: $72,359.49<br>Filing Creditor Name and Address:<br>BENECKE KALIKO AG<br>CONTINENTAL AG<br>STRAWINSKYLAAN 3111 6TH FL<br>AMSTERDAM, 1077ZX<br>NETHERLANDS | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: **$72,359.49** | Modified Total: **$10,679.26** | |
| | **Case Number\*** 05-44640 — Secured — Priority — Unsecured $72,359.49<br>**$72,359.49** | | **Case Number\*** 05-44640 — Secured — Priority — Unsecured $10,679.26<br>**$10,679.26** | |

\*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 108 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7310**
Date Filed: 06/01/2006
Docketed Total: $789,854.35
Filing Creditor Name and Address:
CARCLO TECHNICAL PLASTICS
600 DEPOT ST
LATROBE, PA 15650

Claim Holder Name and Address
CARCLO TECHNICAL PLASTICS
600 DEPOT ST
LATROBE, PA 15650

Docketed Total: $789,854.35

Modified Total: $502,325.52

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $789,854.35 | 05-44640 | | | $502,325.52 |
| | | | **$789,854.35** | | | | **$502,325.52** |

---

**Claim: 88**
Date Filed: 10/24/2005
Docketed Total: $5,813.57
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $5,813.57

Modified Total: $3,335.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,813.57 | 05-44640 | | | $3,335.24 |
| | | | **$5,813.57** | | | | **$3,335.24** |

---

**Claim: 420**
Date Filed: 11/08/2005
Docketed Total: $14,748.55
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $14,748.55

Modified Total: $8,964.94

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $14,748.55 | 05-44567 | | | $8,964.94 |
| | | | **$14,748.55** | | | | **$8,964.94** |

---

**Claim: 9541**
Date Filed: 07/14/2006
Docketed Total: $30,818.00
Filing Creditor Name and Address:
CIRCLE BROACH COMPANY INC
38358 ABRUZZI DR
WESTLAND, MI 48185

Claim Holder Name and Address
CIRCLE BROACH COMPANY INC
38358 ABRUZZI DR
WESTLAND, MI 48185

Docketed Total: $30,818.00

Modified Total: $30,818.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $30,818.00 | $0.00 | 05-44640 | | | $30,818.00 |
| | | **$30,818.00** | **$0.00** | | | | **$30,818.00** |

*See Exhibit F for a listing of debtor entities by case number.

Page 3 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 109 of 186

Nineteenth Omnibus Claims Objection

## EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15379**
Date Filed:    07/31/2006
Docketed Total:    $617,204.24
Filing Creditor Name and Address:
    COMPUTER PATENT ANNUITIES
    LP
    CPA HOUSE
    11 15 SEATON PLACE
    ST HELIER JERSEY, JE1 1BL
    CHANNEL ISLANDS

Claim Holder Name and Address
    COMPUTER PATENT ANNUITIES LP        Docketed Total:        $617,204.24
    CPA HOUSE
    11 15 SEATON PLACE
    ST HELIER JERSEY, JE1 1BL
    CHANNEL ISLANDS

Modified Total:        $602,481.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $617,204.24 |
| | | | **$617,204.24** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $602,481.60 |
| | | | **$602,481.60** |

**Claim: 9109**
Date Filed:    07/07/2006
Docketed Total:    $1,254,290.43
Filing Creditor Name and Address:
    CONTRARIAN FUNDS LLC AS
    ASSIGNEE OF BLISSFIELD
    MANUFACTURING COMPANY
    411 WEST PUTNAM AVE
    STE 225
    GREENWICH, CT 06830

Claim Holder Name and Address
    CONTRARIAN FUNDS LLC AS        Docketed Total:        $1,254,290.43
    ASSIGNEE OF BLISSFIELD
    MANUFACTURING COMPANY
    411 WEST PUTNAM AVE
    STE 225
    GREENWICH, CT 06830

Modified Total:        $1,253,185.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,254,290.43 |
| | | | **$1,254,290.43** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,253,185.67 |
| | | | **$1,253,185.67** |

**Claim: 12667**
Date Filed:    07/28/2006
Docketed Total:    $3,585,701.25
Filing Creditor Name and Address:
    CONTRARIAN FUNDS LLC AS
    ASSIGNEE OF CEP PRODUCTS
    LLC FKA CARLISLE ENGINEERED
    PRODUCTS
    ATTN ALPA JIMENEZ
    411 WEST PUTNAM AVE STE 225
    GREENWICH, CT 06830

Claim Holder Name and Address
    CONTRARIAN FUNDS LLC AS        Docketed Total:        $3,585,701.25
    ASSIGNEE OF CEP PRODUCTS LLC
    FKA CARLISLE ENGINEERED
    PRODUCTS
    ATTN ALPA JIMENEZ
    411 WEST PUTNAM AVE STE 225
    GREENWICH, CT 06830

Modified Total:        $2,682,447.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,585,701.25 |
| | | | **$3,585,701.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,682,447.14 |
| | | | **$2,682,447.14** |

*See Exhibit F for a listing of debtor entities by case number.

Page 4 of 11

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 110 of 186

Nineteenth Omnibus Claims Objection

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16132**
Date Filed:  08/09/2006
Docketed Total:  $22,475.50
Filing Creditor Name and Address:
  CROWLEY TOOL CO
  190 MOLLY WALTON RD
  HENDERSONVILLE, TN 37075

Claim Holder Name and Address
  CROWLEY TOOL CO       Docketed Total:       **$22,475.50**
  190 MOLLY WALTON RD
  HENDERSONVILLE, TN 37075

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,475.50 |
| | | | **$22,475.50** |

Modified Total:       **$22,475.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,475.50 |
| | | | **$22,475.50** |

---

**Claim: 5723**
Date Filed:  05/12/2006
Docketed Total:  $11,422.93
Filing Creditor Name and Address:
  DC COATERS INC
  550 W INDUSTRIAL DR
  TIPTON, IN 46072

Claim Holder Name and Address
  DC COATERS INC       Docketed Total:       **$11,422.93**
  550 W INDUSTRIAL DR
  TIPTON, IN 46072

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,422.93 |
| | | | **$11,422.93** |

Modified Total:       **$4,254.37**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,254.37 |
| | | | **$4,254.37** |

---

**Claim: 10284**
Date Filed:  07/24/2006
Docketed Total:  $22,268.60
Filing Creditor Name and Address:
  DEMAG PLASTICS GROUP CORP
  11792 ALAMEDA DR
  STRONGSVILLE, OH 44149

Claim Holder Name and Address
  DEMAG PLASTICS GROUP CORP       Docketed Total:       **$22,268.60**
  11792 ALAMEDA DR
  STRONGSVILLE, OH 44149

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,268.60 |
| | | | **$22,268.60** |

Modified Total:       **$9,596.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,596.80 |
| | | | **$9,596.80** |

---

**Claim: 432**
Date Filed:  11/08/2005
Docketed Total:  $155,995.20
Filing Creditor Name and Address:
  ELKHART PRODUCTS
  CORPORATION
  1255 OAK ST
  PO BOX 1008
  ELKHART, IN 46515

Claim Holder Name and Address
  LIQUIDITY SOLUTIONS INC       Docketed Total:       **$155,995.20**
  ONE UNIVERSITY PLAZA STE 312
  HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $155,995.20 |
| | | | **$155,995.20** |

Modified Total:       **$138,545.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $138,545.28 |
| | | | **$138,545.28** |

---

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 15511**
Date Filed: 07/31/2006
Docketed Total: $184,306.40
Filing Creditor Name and Address:
EMPRESAS CA LE TIAXCALA SA DE CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Claim Holder Name and Address
EMPRESAS CA LE TIAXCALA SA DE CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Docketed Total: $184,306.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,306.40 |
| | | | **$184,306.40** |

Modified Total: $64,346.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $64,346.40 |
| | | | **$64,346.40** |

---

**Claim: 8718**
Date Filed: 06/28/2006
Docketed Total: $234,631.11
Filing Creditor Name and Address:
HOWARD & HOWARD ATTORNEYS P C
39400 WOODWARD AVE STE 101
BLOOMFIELD HILLS, MI 48304-5151

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $234,631.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | $1,346.50 | | $233,284.61 |
| | **$1,346.50** | | **$233,284.61** |

Modified Total: $234,354.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $234,354.86 |
| | | | **$234,354.86** |

---

**Claim: 10184**
Date Filed: 07/21/2006
Docketed Total: $193,926.15
Filing Creditor Name and Address:
KEYSTONE INDUSTRIES LTD
2501 THUNDERHAWK CT
DAYTON, OH 45414

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $193,926.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,926.15 |
| | | | **$193,926.15** |

Modified Total: $183,132.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $183,132.59 |
| | | | **$183,132.59** |

---

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10593<br>Date Filed: 07/25/2006<br>Docketed Total: $44,876.00<br>Filing Creditor Name and Address:<br>KIEFEL TECHNOLOGIES INC<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON, NH 03842 | Claim Holder Name and Address<br><br>KIEFEL TECHNOLOGIES INC    Docketed Total: **$44,876.00**<br>5 MERRILL INDUSTRIAL DR<br>HAMPTON, NH 03842 | Modified Total: **$22,368.04** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $44,876.00 | 05-44640 | | | $22,368.04 |
| | | | **$44,876.00** | | | | **$22,368.04** |

| | | |
|---|---|---|
| Claim: 12162<br>Date Filed: 07/28/2006<br>Docketed Total: $89,372.32<br>Filing Creditor Name and Address:<br>MARQUARDT SWITCHES INC<br>2711 ROUTE 20 E<br>CAZENOVIA, NY 13035 | Claim Holder Name and Address<br><br>MARQUARDT SWITCHES INC    Docketed Total: **$89,372.32**<br>2711 ROUTE 20 E<br>CAZENOVIA, NY 13035 | Modified Total: **$78,154.17** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $89,372.32 | 05-44640 | | | $78,154.17 |
| | | | **$89,372.32** | | | | **$78,154.17** |

| | | |
|---|---|---|
| Claim: 1748<br>Date Filed: 02/02/2006<br>Docketed Total: $72,097.93<br>Filing Creditor Name and Address:<br>MICHIGAN RUBBER PRODUCTS INC<br>1200 EIGHTH AVE<br>CADILLAC, MI 49601 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC    Docketed Total: **$72,097.93**<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Modified Total: **$48,704.49** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $72,097.93 | 05-44640 | | | $48,704.49 |
| | | | **$72,097.93** | | | | **$48,704.49** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 113 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2548<br>Date Filed: 04/04/2006<br>Docketed Total: $562,192.18<br>Filing Creditor Name and Address:<br>PBR AUSTRALIA PTY LTD<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165,<br>AUSTRALIA | Claim Holder Name and Address<br><br>PBR AUSTRALIA PTY LTD<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165, AUSTRALIA | Docketed Total: | | $223,390.20 | | Modified Total: | | $39,766.37 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $223,390.20 | 05-44640 | | | $39,766.37 |
| | | | | **$223,390.20** | | | | **$39,766.37** |
| | Claim Holder Name and Address<br><br>SPECIAL SITUATIONS INVESTING<br>GROUP INC<br>C O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | Docketed Total: | | $338,801.98 | | Modified Total: | | $338,801.98 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $338,801.98 | 05-44640 | | | $338,801.98 |
| | | | | **$338,801.98** | | | | **$338,801.98** |
| Claim: 2173<br>Date Filed: 03/03/2006<br>Docketed Total: $550,320.80<br>Filing Creditor Name and Address:<br>PIC PRODUCTIVITY<br>IMPROVEMENT CTR<br>199 WENTWORTH ST E<br>OSHAWA, ON L1H 3V6<br>CANADA | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | Docketed Total: | | $550,320.80 | | Modified Total: | | $355,828.83 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $550,320.80 | 05-44640 | | | $355,828.83 |
| | | | | **$550,320.80** | | | | **$355,828.83** |

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 11

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5907<br>Date Filed: 05/16/2006<br>Docketed Total: $64,430.50<br>Filing Creditor Name and Address:<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING<br>SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY | Claim Holder Name and Address<br><br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING<br>SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY     Docketed Total:    **$64,430.50**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                          $64,430.50<br>                                  **$64,430.50** | Modified Total:    **$9,452.04**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                          $9,452.04<br>                                  **$9,452.04** |
| Claim: 2274<br>Date Filed: 03/13/2006<br>Docketed Total: $222,238.45<br>Filing Creditor Name and Address:<br>SHERWIN WILLIAMS<br>AUTOMOTIVE FINISHES CORP<br>4440 WARRENSVILLE CENTER<br>RD<br>WARRENSVILLE HEIGHTS, OH<br>44128 | Claim Holder Name and Address<br><br>SHERWIN WILLIAMS AUTOMOTIVE<br>FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128    Docketed Total:    **$222,238.45**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                         $222,238.45<br>                                 **$222,238.45** | Modified Total:    **$112,748.03**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                         $112,748.03<br>                                 **$112,748.03** |
| Claim: 15692<br>Date Filed: 07/31/2006<br>Docketed Total: $12,209.13<br>Filing Creditor Name and Address:<br>SIEMENS BULDING<br>TECHNOLOGIES INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603 | Claim Holder Name and Address<br><br>SIEMENS BULDING TECHNOLOGIES<br>INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603    Docketed Total:    **$12,209.13**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640    $12,209.13<br>                **$12,209.13** | Modified Total:    **$5,506.56**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                          $5,506.56<br>                                  **$5,506.56** |

*See Exhibit F for a listing of debtor entities by case number.

### EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8674**
Date Filed: 06/27/2006
Docketed Total: $416,511.60
Filing Creditor Name and Address:
SIEMENS ENERGY & AUTOMATION INC SUCCESSOR BY WAY OF MERGER TO SIEMENS LOGISTICS & ASSEMBLY SYSTEMS INC
MCGUIRE WOODS LLP
ONE JAMES CENTER
901 E CARY ST
RICHMOND, VA 23219

Claim Holder Name and Address
SIEMENS ENERGY & AUTOMATION INC SUCCESSOR BY WAY OF MERGER TO SIEMENS LOGISTICS & ASSEMBLY SYSTEMS INC
MCGUIRE WOODS LLP
ONE JAMES CENTER
901 E CARY ST
RICHMOND, VA 23219

Docketed Total: **$416,511.60**

Modified Total: **$338,318.55**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $416,511.60 | 05-44640 | | | $338,318.55 |
| | | | **$416,511.60** | | | | **$338,318.55** |

**Claim: 1726**
Date Filed: 01/31/2006
Docketed Total: $5,849.70
Filing Creditor Name and Address:
SIERRA INTERNATIONAL INC
155 SOUTH LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
383 MADISON AVE
NEW YORK, NY 10179

Docketed Total: **$5,849.70**

Modified Total: **$3,333.70**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $629.00 | | $5,220.70 | 05-44640 | | | $3,333.70 |
| | **$629.00** | | **$5,220.70** | | | | **$3,333.70** |

**Claim: 14669**
Date Filed: 07/31/2006
Docketed Total: $216,301.71
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address
SIERRA LIQUIDITY FUND LLC ASSIGNEE DYNAMIC CORPORATION ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: **$216,301.71**

Modified Total: **$204,762.78**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $216,301.71 | 05-44640 | | | $204,762.78 |
| | | | **$216,301.71** | | | | **$204,762.78** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 116 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-5 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11615**
Date Filed:    07/27/2006
Docketed Total:    $12,665.01
Filing Creditor Name and Address:
   SMK ELECTRONICS CORP USA
   1055 TIERRA DEL REY
   CHULA VISTA, CA 91910

Claim Holder Name and Address

   SMK ELECTRONICS CORP USA        Docketed Total:        **$12,665.01**
   1055 TIERRA DEL REY
   CHULA VISTA, CA 91910

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,665.01 |
| | | | **$12,665.01** |

Modified Total:        **$1,155.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,155.00 |
| | | | **$1,155.00** |

---

**Claim: 8657**
Date Filed:    06/27/2006
Docketed Total:    $399,548.00
Filing Creditor Name and Address:
   UNITED STATES STEEL CORP
   US STEEL AUTOMOTIVE CTR
   5850 NEW KING CT
   TROY, MI 48098

Claim Holder Name and Address

   UNITED STATES STEEL CORP        Docketed Total:        **$399,548.00**
   US STEEL AUTOMOTIVE CTR
   5850 NEW KING CT
   TROY, MI 48098

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $399,548.00 |
| | | | **$399,548.00** |

Modified Total:        **$32,760.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,760.10 |
| | | | **$32,760.10** |

---

**Total Claims to be Modified: 33**

**Total Amount as Docketed:**        **$12,080,274.66**

**Total Amount as Modified:**        **$8,177,408.33**

*See Exhibit F for a listing of debtor entities by case number.

Page 11 of 11

### EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1267<br>Date Filed: 12/23/2005<br>Docketed Total: $16,528.09<br>Filing Creditor Name and Address:<br>ANGELINA COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>ANGELINA COUNTY     Docketed Total: $16,528.09<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Modified Total: $12,679.09 |
|  | Case Number* / Secured / Priority / Unsecured<br>05-44481 / $16,528.09<br>$16,528.09 | Case Number* / Secured / Priority / Unsecured<br>05-44640 / $12,679.09<br>$12,679.09 |
| Claim: 1288<br>Date Filed: 12/27/2005<br>Docketed Total: $18,673.95<br>Filing Creditor Name and Address:<br>BEXAR COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Holder Name and Address<br><br>BEXAR COUNTY     Docketed Total: $18,673.95<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Modified Total: $14,325.22 |
|  | Case Number* / Secured / Priority / Unsecured<br>05-44481 / $18,673.95<br>$18,673.95 | Case Number* / Secured / Priority / Unsecured<br>05-44640 / $14,325.22<br>$14,325.22 |
| Claim: 14187<br>Date Filed: 07/25/2006<br>Docketed Total: $199,010.90<br>Filing Creditor Name and Address:<br>CAMERON COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>CAMERON COUNTY     Docketed Total: $199,010.90<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Modified Total: $165,698.73 |
|  | Case Number* / Secured / Priority / Unsecured<br>05-44481 / $199,010.90<br>$199,010.90 | Case Number* / Secured / Priority / Unsecured<br>05-44640 / $165,698.73<br>$165,698.73 |

*See Exhibit F for a listing of debtor entities by case number.

## EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1289<br>Date Filed: 12/27/2005<br>Docketed Total: $268,433.18<br>Filing Creditor Name and Address:<br>CITY OF EL PASO<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | Claim Holder Name and Address<br><br>CITY OF EL PASO          Docketed Total:    $268,433.18<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $268,433.18<br>        $268,433.18 | Modified Total:    $205,921.35<br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $205,921.35<br>        $205,921.35 |
| Claim: 1330<br>Date Filed: 12/27/2005<br>Docketed Total: $53.65<br>Filing Creditor Name and Address:<br>CITY OF HARLINGEN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>CITY OF HARLINGEN          Docketed Total:    $53.65<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $53.65<br>        $53.65 | Modified Total:    $41.16<br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $41.16<br>        $41.16 |
| Claim: 5520<br>Date Filed: 05/10/2006<br>Docketed Total: $176.75<br>Filing Creditor Name and Address:<br>CITY OF SAN MARCOS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>CITY OF SAN MARCOS          Docketed Total:    $176.75<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $176.75<br>        $176.75 | Modified Total:    $176.75<br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $176.75<br>        $176.75 |

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5300<br>Date Filed:    05/08/2006<br>Docketed Total:    $59.65<br>Filing Creditor Name and Address:<br>  CYPRESS FAIRBANKS ISD<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  PO BOX 3064<br>  HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>CYPRESS FAIRBANKS ISD        Docketed Total:        $59.65<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Modified Total:        $59.65 |
| | Case Number*        Secured        Priority        Unsecured<br>05-44481        $59.65<br>                        **$59.65** | Case Number*        Secured        Priority        Unsecured<br>05-44640        $59.65<br>                        **$59.65** |
| Claim: 853<br>Date Filed:    11/28/2005<br>Docketed Total:    $23,488.83<br>Filing Creditor Name and Address:<br>  DALLAS COUNTY<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  2323 BRYAN STREET STE 1600<br>  DALLAS, TX 75201 | Claim Holder Name and Address<br><br>DALLAS COUNTY        Docketed Total:        $23,488.83<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>2323 BRYAN STREET STE 1600<br>DALLAS, TX 75201 | Modified Total:        $7,616.77 |
| | Case Number*        Secured        Priority        Unsecured<br>05-44481        $23,488.83<br>                        **$23,488.83** | Case Number*        Secured        Priority        Unsecured<br>05-44640        $7,616.77<br>                        **$7,616.77** |
| Claim: 1283<br>Date Filed:    12/27/2005<br>Docketed Total:    $140.82<br>Filing Creditor Name and Address:<br>  HARLINGEN CISD<br>  LINEBARGER GOGGAN BLAIR &<br>  SAMPSON LLP<br>  1949 SOUTH IH 35<br>  PO BOX 17428<br>  AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>HARLINGEN CISD        Docketed Total:        $140.82<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | Modified Total:        $108.03 |
| | Case Number*        Secured        Priority        Unsecured<br>05-44481        $140.82<br>                        **$140.82** | Case Number*        Secured        Priority        Unsecured<br>05-44640        $108.03<br>                        **$108.03** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5301<br>Date Filed:    05/08/2006<br>Docketed Total:    $902.84<br>Filing Creditor Name and Address:<br>HARRIS COUNTY CITY OF<br>HOUSTON<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Holder Name and Address<br><br>HARRIS COUNTY CITY OF HOUSTON    Docketed Total:    $902.84<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $902.84<br>    $902.84 | Modified Total:    $902.84<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $902.84<br>    $902.84 |
| Claim: 7914<br>Date Filed:    06/13/2006<br>Docketed Total:    $7,726.30<br>Filing Creditor Name and Address:<br>HIDALGO COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741  PO BOX<br>17428<br>AUSTIN, TX 78760-7428 | Claim Holder Name and Address<br><br>HIDALGO COUNTY    Docketed Total:    $7,726.30<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>1949 SOUTH IH 35 78741  PO BOX<br>17428<br>AUSTIN, TX 78760-7428<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $7,726.30<br>    $7,726.30 | Modified Total:    $7,726.30<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $7,726.30<br>    $7,726.30 |
| Claim: 16506<br>Date Filed:    02/02/2007<br>Docketed Total:    $7,146,906.58<br>Filing Creditor Name and Address:<br>HOWARD COUNTY INDIANA<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>HOWARD COUNTY INDIANA    Docketed Total:    $7,146,906.58<br>BARNES & THORNBURG LLP<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS, IN 46204<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $2,069,991.66    $5,076,914.92<br>    $2,069,991.66    $5,076,914.92 | Modified Total:    $6,497,197.37<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $1,881,810.60    $4,615,386.77<br>    $1,881,810.60    $4,615,386.77 |

*See Exhibit F for a listing of debtor entities by case number.

### EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6470**
Date Filed: 05/22/2006
Docketed Total: $55.11
Filing Creditor Name and Address:
MONTAGUE COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Claim Holder Name and Address
MONTAGUE COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Docketed Total: $55.11

Modified Total: $42.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $55.11 | | | 05-44640 | $42.28 | | |
| | **$55.11** | | | | **$42.28** | | |

**Claim: 1266**
Date Filed: 12/23/2005
Docketed Total: $93.64
Filing Creditor Name and Address:
MONTGOMERY COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Holder Name and Address
MONTGOMERY COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON
PO BOX 3064
HOUSTON, TX 77253-3064

Docketed Total: $93.64

Modified Total: $93.64

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $93.64 | | | 05-44640 | $93.64 | | |
| | **$93.64** | | | | **$93.64** | | |

**Claim: 1284**
Date Filed: 12/27/2005
Docketed Total: $880.28
Filing Creditor Name and Address:
NUECES COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 S IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Claim Holder Name and Address
NUECES COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 S IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: $880.28

Modified Total: $675.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $880.28 | | | 05-44640 | $675.28 | | |
| | **$880.28** | | | | **$675.28** | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 122 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-6 - ADJOURNED TAX CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 5521
Date Filed: 05/10/2006
Docketed Total: $687.88
Filing Creditor Name and Address:
SAN MARCOS CISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

**CLAIM AS DOCKETED**
Claim Holder Name and Address
SAN MARCOS CISD
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
1949 SOUTH IH 35 78741
PO BOX 17428
AUSTIN, TX 78760-7428

Docketed Total: $687.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $687.88 | | |
| | $687.88 | | |

**CLAIM AS MODIFIED**
Modified Total: $687.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $687.88 | | |
| | $687.88 | | |

---

**CLAIM TO BE MODIFIED**
Claim: 854
Date Filed: 11/28/2005
Docketed Total: $414.71
Filing Creditor Name and Address:
TARRANT COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

**CLAIM AS DOCKETED**
Claim Holder Name and Address
TARRANT COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

Docketed Total: $414.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $414.71 | | |
| | $414.71 | | |

**CLAIM AS MODIFIED**
Modified Total: $318.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $318.13 | | |
| | $318.13 | | |

---

Total Claims to be Modified: 17

Total Amount as Docketed:    $7,684,233.16

Total Amount as Modified:    $6,914,270.47

*See Exhibit F for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Nineteenth Omnibus Claims Objection**

### EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 12693
Date Filed:    07/28/2006
Docketed Total:    $1,494,571.82
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TROSTEL LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TROSTEL LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    **$1,494,571.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 |
| | | **$16,213.43** | **$1,478,358.39** |

**CLAIM AS MODIFIED**

Modified Total:    **$1,374,018.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,194.53 | $1,357,823.76 |
| | | **$16,194.53** | **$1,357,823.76** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 124 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 10574
Date Filed:   07/25/2006
Docketed Total:   $5,069,133.35
Filing Creditor Name and Address:
   FURUKAWA ELECTRIC NORTH
   AMERICA APD INC AND
   FURUKAWA ELECTRIC
   COMPANY
   VARNUM RIDDERING SCHMIDT &
   HOWLETT LLP
   PO BOX 352
   GRAND RAPIDS, MI 49501-0352

---

**CLAIM AS DOCKETED**

Claim Holder Name and Address

FURUKAWA ELECTRIC NORTH
AMERICA APD INC AND
FURUKAWA ELECTRIC COMPANY
VARNUM RIDDERING SCHMIDT &
HOWLETT LLP
PO BOX 352
GRAND RAPIDS, MI 49501-0352

Docketed Total:   $312,926.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $312,926.79 | | |
| | **$312,926.79** | | |

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:   $4,000,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,000,000.00 |
| | | | **$4,000,000.00** |

Claim Holder Name and Address

SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $756,206.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $756,206.56 |
| | | | **$756,206.56** |

---

**CLAIM AS MODIFIED**

Modified Total:   $267,320.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $988.18 | $266,332.33 |
| | | **$988.18** | **$266,332.33** |

Modified Total:   $3,417,035.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,417,035.76 |
| | | | **$3,417,035.76** |

Modified Total:   $645,996.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $645,996.21 |
| | | | **$645,996.21** |

*See Exhibit F for a listing of debtor entities by case number.

Page 2 of 7

### EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6147<br>Date Filed: 05/17/2006<br>Docketed Total: $2,996,365.10<br>Filing Creditor Name and Address:<br>LITTELFUSE INC<br>LITTELFUSE INC<br>800 NORTHWEST HIGHWAY<br>DES PLAINES, IL 60016 | Claim Holder Name and Address<br>BANK OF AMERICA N A<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE, NC 28255<br><br>Docketed Total: **$22,350.37** | Modified Total: **$53,359.18** |

| | | Case Number* 05-44640 | Secured | Priority | Unsecured<br>$22,350.37 | Case Number* 05-44640 | Secured | Priority<br>$53,359.18 | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **$22,350.37** | | | **$53,359.18** | |

| | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$2,974,014.73** | Modified Total: **$2,920,073.34** |
|---|---|---|

| | | Case Number* 05-44640 | Secured | Priority | Unsecured<br>$2,974,014.73 | Case Number* 05-44640 | Secured | Priority | Unsecured<br>$2,920,073.34 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **$2,974,014.73** | | | | **$2,920,073.34** |

| Claim: 2710<br>Date Filed: 04/05/2006<br>Docketed Total: $149,746.96<br>Filing Creditor Name and Address:<br>METAL POWDER PRODUCTS<br>COMPANY<br>17005 A WESTFIELD PARK RD<br>WESTFIELD, IN 46074-9373 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: **$149,746.96** | Modified Total: **$145,323.07** |
|---|---|---|

| | | Case Number* 05-44481 | Secured | Priority | Unsecured<br>$149,746.96 | Case Number* 05-44640 | Secured | Priority<br>$1,498.18 | Unsecured<br>$143,824.89 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **$149,746.96** | | | **$1,498.18** | **$143,824.89** |

| Claim: 11646<br>Date Filed: 07/27/2006<br>Docketed Total: $1,393,393.41<br>Filing Creditor Name and Address:<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK, NY 10018 | Claim Holder Name and Address<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK, NY 10018<br><br>Docketed Total: **$1,393,393.41** | Modified Total: **$894,607.47** |
|---|---|---|

| | | Case Number* 05-44640 | Secured | Priority<br>$202,412.11 | Unsecured<br>$1,190,981.30 | Case Number* 05-44640 | Secured | Priority<br>$202,412.11 | Unsecured<br>$692,195.36 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **$202,412.11** | **$1,190,981.30** | | | **$202,412.11** | **$692,195.36** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

### EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13929**
Date Filed: 07/31/2006
Docketed Total: $187,374.96
Filing Creditor Name and Address:
PARKVIEW METAL PRODUCTS
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
PARKVIEW METAL PRODUCTS
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total: $187,374.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | $187,374.96 |

Modified Total: $109,722.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $17,050.64 | $92,672.08 |
| | | $17,050.64 | $92,672.08 |

---

**Claim: 14347**
Date Filed: 07/31/2006
Docketed Total: $5,486,881.18
Filing Creditor Name and Address:
PHILIPS SEMICONDUCTORS INC
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Claim Holder Name and Address
NXP SEMICONDUCTORS USA INC
1109 MCKAY DR
SAN JOSE, CA 95131

Docketed Total: $5,486,881.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,486,881.18 |
| | | | $5,486,881.18 |

Modified Total: $5,171,725.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $34,544.50 |
| 05-44640 | | $194,274.52 | $4,942,906.90 |
| | | $194,274.52 | $4,977,451.40 |

---

**Claim: 15230**
Date Filed: 07/31/2006
Docketed Total: $826,312.04
Filing Creditor Name and Address:
QUALITY SYNTHETIC RUBBER
INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Claim Holder Name and Address
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Docketed Total: $826,312.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $826,312.04 |
| | | | $826,312.04 |

Modified Total: $742,729.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $84,115.76 | $658,613.75 |
| | | $84,115.76 | $658,613.75 |

---

*See Exhibit F for a listing of debtor entities by case number.

### EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15231**
Date Filed:  07/31/2006
Docketed Total:   $614,058.16
Filing Creditor Name and Address:
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE & BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Claim Holder Name and Address
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE & BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500
Docketed Total:   $614,058.16
Modified Total:   $581,771.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $614,058.16 | 05-44547 | | $103,082.00 | $478,689.40 |
| | | | **$614,058.16** | | | **$103,082.00** | **$478,689.40** |

**Claim: 10014**
Date Filed:  07/20/2006
Docketed Total:   $507,337.84
Filing Creditor Name and Address:
SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP
425 WALNUT STT STE 1800
CINCINNATI, OH 45202

Claim Holder Name and Address
SELECT INDUSTRIES CORPORATION
FKA SELECT TOOL & DIE CORP
425 WALNUT STT STE 1800
CINCINNATI, OH 45202
Docketed Total:   $507,337.84
Modified Total:   $272,812.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $507,337.84 | | | 05-44640 | $252,075.90 | $20,736.60 | |
| | **$507,337.84** | | | | **$252,075.90** | **$20,736.60** | |

**Claim: 1472**
Date Filed:  01/09/2006
Docketed Total:   $161,816.60
Filing Creditor Name and Address:
SHERWIN WILLIAMS COMPANY
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115

Claim Holder Name and Address
SHERWIN WILLIAMS COMPANY
101 PROSPECT AVE NW
625 REPUBLIC BLDG
CLEVELAND, OH 44115
Docketed Total:   $161,816.60
Modified Total:   $151,725.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $161,816.60 | 05-44640 | | $2,179.25 | $149,546.65 |
| | | | **$161,816.60** | | | **$2,179.25** | **$149,546.65** |

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10914<br>Date Filed: 07/26/2006<br>Docketed Total: $10,382,335.46<br>Filing Creditor Name and Address:<br>SOLECTRON CORPORATION<br>SOLECTRON MANUFACTURA DE<br>MEXICO SA AND VARIOUS OF<br>THEIR AFFILIATES AND<br>SUBSIDIARIES<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | Claim Holder Name and Address<br><br>SOLECTRON CORPORATION<br>SOLECTRON MANUFACTURA DE<br>MEXICO SA AND VARIOUS OF THEIR<br>AFFILIATES AND SUBSIDIARIES<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306    Docketed Total: **$2,532,173.93** | Modified Total: **$1,892,151.03** |

| | Case Number* 05-44640 | Secured | Priority | Unsecured $2,532,173.93 | Case Number* 05-44640 | Secured | Priority $35,454.74 | Unsecured $1,856,696.29 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$2,532,173.93** | | | **$35,454.74** | **$1,856,696.29** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | Claim Holder Name and Address<br><br>TPG CREDIT OPPORTUNITIES FUND<br>LP<br>C O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402    Docketed Total: **$7,850,161.53** | Modified Total: **$5,865,983.81** |

| | Case Number* 05-44640 | Secured | Priority | Unsecured $7,850,161.53 | Case Number* 05-44640 | Secured | Priority | Unsecured $5,865,983.81 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$7,850,161.53** | | | | **$5,865,983.81** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14134<br>Date Filed: 07/31/2006<br>Docketed Total: $511,656.31<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF KEY PLASTICS LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS ASSIGNEE OF<br>KEY PLASTICS LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830    Docketed Total: **$511,656.31** | Modified Total: **$165,042.14** |

| | Case Number* 05-44640 | Secured | Priority | Unsecured $511,656.31 | Case Number* 05-44640 | Secured | Priority $4,011.27 | Unsecured $161,030.87 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$511,656.31** | | | **$4,011.27** | **$161,030.87** |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 7

**EXHIBIT E-7 - ADJOURNED MODIFIED CLAIMS ASSERTING RECLAMATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14065<br>Date Filed:  07/31/2006<br>Docketed Total:  $267,735.70<br>Filing Creditor Name and Address:<br>  VECTOR CANTECH INC<br>  150 W JEFFERSON STE 2500<br>  DETROIT, MI 48226-4415 | Claim Holder Name and Address<br><br>  VECTOR CANTECH INC<br>  150 W JEFFERSON STE 2500<br>  DETROIT, MI 48226-4415 | Docketed Total: | | $267,735.70 | | Modified Total: | | $249,253.70 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $267,735.70 | 05-44640 | | $28,846.40 | $220,407.30 |
| | | | | **$267,735.70** | | | **$28,846.40** | **$220,407.30** |

Total Claims to be Modified: 14

Total Amount as Docketed:　　$30,048,718.89

Total Amount as Modified:　　$24,920,652.46

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12032<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>ARBOGAST MICHAEL A AND<br>REBECCA C ARBOGAST<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>ARBOGAST MICHAEL A AND<br>REBECCA C ARBOGAST<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204    Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                              $30,000.00<br><br>                                        **$30,000.00** | Case Number*   Secured   Priority   Unsecured<br>05-44640                              $5,000.00<br><br>                                        **$5,000.00** |
| Claim: 12034<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>BEUKE ROBERT L<br>LAUDIG GEORGE RUTHERFORD<br>& SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>BEUKE ROBERT L<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204    Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                              $30,000.00<br><br>                                        **$30,000.00** | Case Number*   Secured   Priority   Unsecured<br>05-44640                              $5,000.00<br><br>                                        **$5,000.00** |
| Claim: 12033<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>BEX RUSSELL AND BARBARA A<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>BEX RUSSELL AND BARBARA A<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204    Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                              $30,000.00<br><br>                                        **$30,000.00** | Case Number*   Secured   Priority   Unsecured<br>05-44640                              $5,000.00<br><br>                                        **$5,000.00** |

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15756**
Date Filed:  07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  BUEKE ROBERT L AND NORMA J
  LINDA GEORGE ESQ
  156 E MARKET ST
  600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

  BUEKE ROBERT L AND NORMA J
  LINDA GEORGE ESQ
  156 E MARKET ST
  600
  INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | | **$5,000.00** |

**Claim: 12035**
Date Filed:  07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  BUIS JAMES AND JACQUELINE
  LINDA GEORGE ESQ
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

  BUIS JAMES AND JACQUELINE
  LINDA GEORGE ESQ
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | | **$5,000.00** |

**Claim: 12036**
Date Filed:  07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  CANTER RICHARD AND
  LOUANNA
  LINDA GEORGE ESQ
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

  CANTER RICHARD AND LOUANNA
  LINDA GEORGE ESQ
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | | **$5,000.00** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12037<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>CLONCS DONALD AND CAROLE L<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>CLONCS DONALD AND CAROLE L<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

| | Case Number* 05-44640 / Secured / Priority / Unsecured $30,000.00 — **$30,000.00** | Case Number* 05-44640 / Secured / Priority / Unsecured $5,000.00 — **$5,000.00** |

| Claim: 12038<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>DAVIS II ROBERT E PLAINTIFF V<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>DAVIS II ROBERT E PLAINTIFF V<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

| | Case Number* 05-44640 / Secured / Priority / Unsecured $30,000.00 — **$30,000.00** | Case Number* 05-44640 / Secured / Priority / Unsecured $5,000.00 — **$5,000.00** |

| Claim: 12039<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>ENNIS DONALD AND CAROL<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>ENNIS DONALD AND CAROL<br>LINDA GEORGE ESQ<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204<br><br>Docketed Total: **$30,000.00** | Modified Total: **$5,000.00** |

| | Case Number* 05-44640 / Secured / Priority / Unsecured $30,000.00 — **$30,000.00** | Case Number* 05-44640 / Secured / Priority / Unsecured $5,000.00 — **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.,
Case No. 05-44481 (RDD)

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 12040**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
HOYT ARTHUR AND VIVIAN
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
HOYT ARTHUR AND VIVIAN
LINDA GEORGE ESQ
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: **$30,000.00**

Modified Total: **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Claim: 12041**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
HUBBARD CLARENCE E
LAUDIG GEORGE RUTHERFORD
& SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
HUBBARD CLARENCE E
LAUDIG GEORGE RUTHERFORD &
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: **$30,000.00**

Modified Total: **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,000.00 |
| | | | **$30,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Claim: 12042**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
MERRITT JAMES AND BONNIE
KATHLEEN A MUSGRAVE ESQ
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
MERRITT JAMES AND BONNIE
KATHLEEN A MUSGRAVE ESQ
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: **$30,000.00**

Modified Total: **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12043<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>MINNICK RALPH D<br>LAUDIG GEORGE RUTHERFORD<br>& SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>MINNICK RALPH D<br>LAUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | Modified Total: | | **$5,000.00** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
| | | | | **$30,000.00** | | | | **$5,000.00** |
| Claim: 12044<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>OBRIEN MICHAEL AND INGRID<br>OBRIEN<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>OBRIEN MICHAEL AND INGRID<br>OBRIEN<br>LINDA GEORGE<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | Modified Total: | | **$5,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
| | | | | **$30,000.00** | | | | **$5,000.00** |
| Claim: 12045<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>PHELPS JOHN W AND DEBORAH J<br>PHELPS<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Claim Holder Name and Address<br><br>PHELPS JOHN W AND DEBORAH J<br>PHELPS<br>L GEORGE W R SIPES<br>156 EAST MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Docketed Total: | | **$30,000.00** | | Modified Total: | | **$5,000.00** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,000.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,000.00 |
| | | | | **$30,000.00** | | | | **$5,000.00** |

*See Exhibit F for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 135 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12046**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
PHILLIPS ROBERT
LINDA GEORGE ESQW RUSSELL
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
PHILLIPS ROBERT
LINDA GEORGE ESQW RUSSELL
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: $30,000.00

Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | $30,000.00 | | | | $5,000.00 |

**Claim: 12047**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: $30,000.00

Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | $30,000.00 | | | | $5,000.00 |

**Claim: 12048**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
RUSSELL THOMAS AND NORMA
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
RUSSELL THOMAS AND NORMA
L GEORGE W R SIPES
156 EAST MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: $30,000.00

Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | $30,000.00 | | | | $5,000.00 |

*See Exhibit F for a listing of debtor entities by case number.

Page 6 of 8

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 12049<br>Date Filed:  07/28/2006<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address:<br>  SMITH JAMES O AND BETTY J<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | SMITH JAMES O AND BETTY J    Docketed Total:    **$30,000.00**<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Modified Total:    **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 12050<br>Date Filed:  07/28/2006<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address:<br>  STANSBURY II ROBERT L<br>  LUDIG GEORGE RUTHERFORD &<br>  SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | STANSBURY II ROBERT L    Docketed Total:    **$30,000.00**<br>LUDIG GEORGE RUTHERFORD &<br>SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Modified Total:    **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 12051<br>Date Filed:  07/28/2006<br>Docketed Total:    $30,000.00<br>Filing Creditor Name and Address:<br>  STUCK RONALD P SHELLEY A<br>  STUCK<br>  L GEORGE W R SIPES<br>  156 E MARKET ST<br>  STE 600<br>  INDIANAPOLIS, IN 46204 | STUCK RONALD P SHELLEY A    Docketed Total:    **$30,000.00**<br>STUCK<br>L GEORGE W R SIPES<br>156 E MARKET ST<br>STE 600<br>INDIANAPOLIS, IN 46204 | Modified Total:    **$5,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 10582    Filed 10/13/07    Entered 10/13/07 00:23:28    Main Document
Pg 137 of 186

Nineteenth Omnibus Claims Objection

**EXHIBIT E-8 - ADJOURNED CONSENSUALLY MODIFIED AND REDUCED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12052**
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
  WALDO RICHARD L AND
  GWENDOLYN A WALDO
  PLAINTIFFS V
  L GEORGE W R SIPES
  156 E MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

  WALDO RICHARD L AND
  GWENDOLYN A WALDO
  PLAINTIFFS V
  L GEORGE W R SIPES
  156 E MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Docketed Total:        **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:        **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Claim: 12053**
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
  YATES DALE A AND
  JACQUELINE R YATES
  L GEORGE W R SIPES
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

  YATES DALE A AND JACQUELINE R
  YATES
  L GEORGE W R SIPES
  156 EAST MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Docketed Total:        **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:        **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Total Claims to be Modified: 23**

**Total Amount as Docketed:**        **$690,000.00**

**Total Amount as Modified:**        **$115,000.00**

*See Exhibit F for a listing of debtor entities by case number.

Page 8 of 8

**In re Delphi Corporation, <u>et al.</u>**                                      **Nineteenth Omnibus Objection**

**Case No. 05-44481 (RDD)**

**Exhibit F - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44626 | PACKARD HUGHES INTERCONNECT COMPANY |

# EXHIBIT E

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Le Joint Francais | CA Sce Contentieux 17 Rue Andre Buille BP700 Chattellerault Cedex, 86107 France | 1/10/06 | 1511 | $23,920.00 | Insufficiently Documented Claims | Disallow and Expunge | |
| Riviera Finance Of Texas Inc | Assignee Hooked Up Trucking PO Box 100272 Pasadena, CA 91189-0272 | 5/5/06 | 4849 | $1,952.50 | Insufficiently Documented Claims | Disallow and Expunge | |

9/27/2007 6:30 PM
Omni 19 Order Exhibit A Service List

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| 3ci Complete Compliance Corp | American 3ci<br>713 Oakdale<br>Grand Prairie, TX 75050 | 5/1/06 | 3545 | $37.00 | Books and Records Claims | Disallow and Expunge | |
| All The Way Inc | All The Way Inc<br>PO Box 2675<br>Laredo, TX 78044-2675 | 11/3/05 | 307 | $475.00 | Books and Records Claims | Disallow and Expunge | |
| Bowie Audio Visual Enterprises | 290 Highpoint Dr<br>Ridgeland, MS 39157 | 5/8/06 | 5323 | $169.64 | Books and Records Claims | Disallow and Expunge | |
| E2v Technologies Inc | 4 Westchester Plz<br>Elmsford, NY 10523 | 4/28/06 | 3334 | $39,191.91 | Books and Records Claims | Disallow and Expunge | |
| Empaque Y Celdas Del Golfo Eft | S A De C V<br>805 W Price Rd Ste A 1 Hld Per Richard Sandoval<br>Brownsville, TX 78521 | 7/31/06 | 15596 | $160,741.71 | Books and Records Claims | Disallow and Expunge | |
| Empaque Y Celdas Del Golfo Eft S A De C V | 805 W Price Rd Ste A 1<br>Brownsville, TX 78521 | 7/31/06 | 15597 | $59,555.76 | Books and Records Claims | Disallow and Expunge | |
| Harding University | Business Office<br>Box 10770<br>Searcy, AR 72149 | 11/7/05 | 400 | $2,730.00 | Books and Records Claims | Disallow and Expunge | |
| Jamestown Container Lockport I | 85 Grand St<br>Lockport, NY 14094-2299 | 7/31/06 | 14916 | $39,660.52 | Books and Records Claims | Disallow and Expunge | |
| Jamestown Container Lockport I | 85 Grand St<br>Lockport, NY 14094-2299 | 7/31/06 | 14919 | $9,236.72 | Books and Records Claims | Disallow and Expunge | |

9/27/2007 6:30 PM
Omni 19 Order Exhibit B-1 Service List

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Jon C Cox | Leon R Russell Attorney<br>Russell & Shiver<br>3102 Oak Lawn Ste 600<br>Dallas, TX 75219 | 11/7/05 | 374 | $1,000,000.00 | Books and Records Claims | Disallow and Expunge | |
| Kuntzman R Inc | 1805 W State St<br>Alliance, OH 44601 | 7/17/06 | 9602 | $13,934.50 | Books and Records Claims | Disallow and Expunge | |
| Lee University Business Office | PO Box 3450<br>Cleveland, OH 37320-3450 | 5/5/06 | 4879 | $1,500.00 | Books and Records Claims | Disallow and Expunge | |
| Malone Susan | 132 Newfield Dr<br>Rochester, NY 14616 | 4/28/06 | 3036 | $450.00 | Books and Records Claims | Disallow and Expunge | |
| Martin L Shannon Shaw | Ralph E Chapman<br>PO Box 428<br>Clarksdale, MS 38614 | 1/6/06 | 1926 | $40,000,000.00 | Books and Records Claims | Disallow and Expunge | |
| Matheson Tri Gas Inc | Matheson Tri Gas Inc<br>6225 N State Hwy 161 Ste 200<br>Irving, TX 75038 | 2/21/06 | 2060 | $580.57 | Books and Records Claims | Disallow and Expunge | |
| Metro Detroit Cpa Review BLS Enterprises | Metro Detroit Cpa Review BLS Enterprises<br>34366 Lancashire<br>Livonia, MI 48152 | 4/28/06 | 3374 | $1,100.00 | Books and Records Claims | Disallow and Expunge | |
| Service Tech Tool & Equipment | Craig Heidenthal<br>90 West Easy St Unit 1<br>Simi Valley, CA 93065 | 2/21/06 | 2083 | $13,833.43 | Books and Records Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 207 | $5,510.00 | Books and Records Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 210 | $43,960.51 | Books and Records Claims | Disallow and Expunge | |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company<br>23461 Industrial Park Dr<br>Farmington Hills, MI 48335 | 10/31/05 | 212 | $7,954.42 | Books and Records Claims | Disallow and Expunge | |

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit B-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Star SU Star Cutter Company aka Star Cut Sales Gold Star Coating and Star SU LLC | Star Su Star Cutter Company 23461 Industrial Park Dr Farmington Hills, MI 48335 | 10/31/05 | 216 | $3.89 | Books and Records Claims | Disallow and Expunge | |
| The Energy Management Group | dba The Lighting Company 1621 Browning Irvine, CA 92606 | 5/2/06 | 4520 | $878.97 | Books and Records Claims | Disallow and Expunge | |
| The Worthington Steel Company | co Timothy J Doney 200 Old Wilson Bridge Rd Columbus, OH 43085 | 7/5/06 | 9041 | $400,782.24 | Books and Records Claims | Disallow and Expunge | |
| UW Parkside | Cashiers Office PO Box 2000 Kenosha, WI 53141 | 11/22/05 | 787 | $912.75 | Books and Records Claims | Disallow and Expunge | |
| Zumstein Inc Ef | Scac Zumq PO Box 700 524 N Water St Lewisburg, OH 45338-0700 | 5/17/06 | 6129 | $154.34 | Books and Records Claims | Disallow and Expunge | |

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit B-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| State of New Jersey | Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 1/11/06 | 1515 | $944,045.04 | Books and Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 1/11/06 | 1515 | $944,045.04 | Books and Records Tax Claims | Disallow and Expunge | |

9/27/2007 6:30 PM
Omni 19 Order Exhibit B-2 Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit B-3 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| State of New Jersey | Division of Taxation Compliance Activity PO Box 245 Trenton, NJ 08695 | 1/9/07 | 16476 | $949,212.04 | Untimely Books And Records Tax Claims | Disallow and Expunge | |
| State of New Jersey | Peter C Harvey Attorney General of New Jersey Richard J Hughes Complex PO Box 106 Trenton, NJ 08625-0106 | 1/9/07 | 16476 | $949,212.04 | Untimely Books And Records Tax Claims | Disallow and Expunge | |

9/27/2007 6:30 PM
Omni 19 Order Exhibit B-3 Service List

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Precision Southeast Inc | 4900 Hwy 501 West Myrtle Beach, SC 29578-1405 | 5/29/07 | 16605 | $81,198.75 | Untimely Claim | Disallow and Expunge | |

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
       In re                               :      Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :      Case No. 05-44481 (RDD)
                                           :
                         Debtors.          :      (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR.
P. 3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION,
TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS
IDENTIFIED IN NINETEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on September 4, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Nineteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Nineteenth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a subject of the Nineteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the Nineteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|------------|--------------|--------------------------|---------------------|--------------------|---------------------------------|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Nineteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
        September 14, 2007

                          BY ORDER OF THE COURT

                          John Wm. Butler, Jr. (JB 4711)
                          John K. Lyons (JL 4951)
                          Ron E. Meisler (RM 3026)
                          SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP
                          333 West Wacker Drive, Suite 2100
                          Chicago, Illinois  60606
                          (312) 407-0700

                            - and -

                          Kayalyn A. Marafioti (KM 9632)
                          Thomas J. Matz (TM 5986)
                          SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP
                          Four Times Square
                          New York, New York 10036
                          (212) 735-3000

                          Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession

3

# EXHIBIT G

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| 3d Systems | c o Gene Fischer<br>26081 Ave Hall<br>Valencia, CA 91355 | 7/31/06 | 14087 | $109,872.00 | Claims Subject to Modification | 05-44640 | $31,327.83 | General Unsecured |
| Agape Plastics Inc Eft | O 11474 First Ave Nw<br>Grand Rapids, MI 49544 | 5/1/06 | 3964 | $12,566.40 | Claims Subject to Modification | 05-44640 | $12,566.40 | General Unsecured |
| Agilent Technologies Inc | Patrick Cahill<br>3750 Brookside Parkway<br>Alpharetta, GA 30022 | 6/22/06 | 8395 | $639,529.99 | Claims Subject to Modification | 05-44640 | $411,538.67 | General Unsecured |
| AIM Fabrication | Attn Nathalie Dubuc<br>9100 Henri Bourassa E<br>Montreal, Quebec H1E 2S4 Canada | 7/11/06 | 9376 | $20,135.31 | Claims Subject to Modification | 05-44640 | $10,894.50 | General Unsecured |
| Air Liquide America LP | Attn Gwendolyn Young Smithheart<br>2700 Post Oak Blvd<br>Houston, TX 77056 | 1/24/06 | 1651 | $1,381.12 | Claims Subject to Modification | 05-44482 | $1,324.42 | General Unsecured |
| All American Semiconductor | 10805 Holder St Ste 100<br>Cypress, CA 90630 | 5/30/06 | 6972 | $40,658.32 | Claims Subject to Modification | 05-44507 | $38,282.67 | General Unsecured |
| Amphenol Precision Cable Mfg | PO Box 1448<br>Rockwall, TX 75087 | 7/27/06 | 11573 | $165,938.35 | Claims Subject to Modification | 05-44640 | $25,570.41 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 5/24/06 | 6764 | $467,395.85 | Claims Subject to Modification | 05-44640 | $453,438.26 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/27/06 | 11577 | $89,607.01 | Claims Subject to Modification | 05-44640 | $82,350.06 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/31/06 | 15032 | $1,840,554.00 | Claims Subject to Modification | 05-44640 | $1,014,281.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 8/22/06 | 16249 | $79,765.09 | Claims Subject to Modification | 05-44640 | $65,985.78 | General Unsecured |
| Applied Industrial Technologie | Attn Beth Arvai<br>One Applied Plaza<br>Cleveland, OH 44115-5056 | 7/25/06 | 10638 | $262,877.22 | Claims Subject to Modification | 05-44640 | $210,171.57 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Applied Industrial Technologies & following subsidiaries App In Tech TX LP Applied Michigan and Applied Ind Tech Indiana | Beth Arvai One Applied Plz E 36th St & Eudlid Ave Cleveland, OH 44115-5056 | 7/25/06 | 10631 | $192,374.01 | Claims Subject to Modification | 05-44640 | $162,793.89 | General Unsecured |
| Applied Industrial Technologies Dixie Inc | Beth Arvai One Applied Plz East 36th St & Euclid Ave Cleveland, OH 44115-5056 | 7/25/06 | 10632 | $3,094.33 | Claims Subject to Modification | 05-44640 | $2,631.20 | General Unsecured |
| ASM Capital as Assignee for Everett Charles Technologies | ASM Capital 7600 Jericho Tpke Ste 302 Woodbury, NY 11797 | 3/1/06 | 2166 | $288,900.67 | Claims Subject to Modification | 05-44640 | $270,876.29 | General Unsecured |
| ASM Capital as Assignee for Universal Instruments Corp | ASM Capital as Assignee for Universal Instruments Corp 7600 Jericho Tpke Ste 302 Woodbury, NJ 11797 | 3/1/06 | 2167 | $272,579.43 | Claims Subject to Modification | 05-44640 | $260,078.21 | General Unsecured |
| ASM Capital II LP | ASM Capital II LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 4/27/06 | 2895 | $14,399.78 | Claims Subject to Modification | 05-44640 | $9,022.00 | General Unsecured |
| Atkins & Pearce Inc | 1 Braid Way Covington, KY 41017-9702 | 5/31/06 | 7203 | $10,695.33 | Claims Subject to Modification | 05-44640 | $2,280.91 | General Unsecured |
| Atkins & Pearce Inc | 1 Braid Way Covington, KY 41017-9702 | 5/31/06 | 7204 | $13,597.57 | Claims Subject to Modification | 05-44640 | $8,277.75 | General Unsecured |
| Avery Denninson Vital | Avery Denninson Corporation IPO 17700 Foltz Ind Pkwy Strongsville, OH 44077 | 5/8/06 | 5233 | $1,425.00 | Claims Subject to Modification | 05-44640 | $1,425.00 | General Unsecured |
| Baja Tape & Supply Inc | Baja Tape & Supply Inc 12773 Grand River Dr El Paso, TX 79928 | 2/17/06 | 2056 | $20,637.70 | Claims Subject to Modification | 05-44640 | $10,318.85 | General Unsecured |
| Booth Inc | Booth Inc PO Box 487 Mio, MI 48647 | 10/28/05 | 145 | $48,243.00 | Claims Subject to Modification | 05-44640 | $45,786.00 | General Unsecured |
| Bourns Inc | Attn Mary Rodgers 1200 Columbia Ave Riverside, CA 92507 | 5/23/06 | 6683 | $43,850.88 | Claims Subject to Modification | 05-44640 | $26,969.88 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| BP Products North America Inc | Fuels Business Unit<br>Attn Tom W Strattan<br>28100 Torch Pkwy Ste 300<br>Warrenville, IL 60555 | 7/31/06 | 13882 | $4,164.75 | Claims Subject to Modification | 05-44640 | $4,164.75 | General Unsecured |
| BP Products North America Inc | Kelley Drye & Warren LLP<br>Attn James S Carr<br>101 Park Ave<br>New York, NY 10178 | 7/31/06 | 13882 | $4,164.75 | Claims Subject to Modification | 05-44640 | $4,164.75 | General Unsecured |
| Burnex Corp | 703 W Algonquin Rd<br>Algonquin, IL 60102 | 7/17/06 | 9808 | $49,258.57 | Claims Subject to Modification | 05-44640 | $21,206.64 | General Unsecured |
| Callanan Industries Inc dba Manitou Concrete Company | Wiedman Vazzana Corcoran & Volta PC<br>5 S Fitzhugh St<br>Rochester, NY 14614 | 1/23/06 | 1628 | $14,003.86 | Claims Subject to Modification | 05-44640 | $4,042.88 | General Unsecured |
| Chevron Products Co | PO Box F<br>Concord, CA 94524 | 7/17/06 | 9681 | $122,735.46 | Claims Subject to Modification | 05-44640 | $105,386.78 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5086 | $7,831.58 | Claims Subject to Modification | 05-44640 | $7,831.58 | General Unsecured |
| CIT Communications Finance Corporation dba Avaya Financial Services fka AT&T Credit Corporation | CIT Communications Finance Corp<br>Attn Bankruptcy Dept<br>1 CIT Dr Ste 4104A<br>Livingston, NJ 07039 | 7/31/06 | 15602 | $48,145.89 | Claims Subject to Modification | 05-44640 | $48,145.89 | General Unsecured |
| Compagnie Deutsch Orleans | Compagnie Deutsch Orleans<br>22 Rue Des Chaises<br>45142 St Jean De La Ruelle<br>Cedex, BP 96 France | 11/21/05 | 712 | $9,554.69 | Claims Subject to Modification | 05-44640 | $9,554.69 | General Unsecured |
| Component Distributors Inc | PO Box 13017<br>Denver, CO 80201-3017 | 5/30/06 | 7044 | $10,860.00 | Claims Subject to Modification | 05-44640 | $7,240.00 | General Unsecured |
| Consumers Energy Company | Attn Michael G Wilson P33263<br>One Energy Plaza<br>Jackson, MI 49201 | 4/3/06 | 2530 | $2,956,707.11 | Claims Subject to Modification | 05-44640 | $42,993.95 | General Unsecured |
| Crowley Liner Services Inc | attn Financial Services Dept<br>PO Box 2110<br>Jacksonville, FL 32203-2110 | 12/19/05 | 1211 | $2,599.00 | Claims Subject to Modification | 05-44640 | $2,599.00 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| CS Business Systems Inc | 1236 Main St Buffalo, NY 14209 | 7/25/06 | 10599 | $46,506.23 | Claims Subject to Modification | 05-44640 | $44,803.23 | General Unsecured |
| Dayton Ice Machine Inc | 4716 Payne Ave Dayton, OH 45414 | 12/19/05 | 1183 | $5,555.00 | Claims Subject to Modification | 05-44640 | $5,555.00 | General Unsecured |
| Dekko Technologies Inc | c o Martin E Seifert Esq Haller & Colvin PC 444 E Main St Fort Wayne, IN 46802 | 7/21/06 | 10149 | $80,378.48 | Claims Subject to Modification | 05-44640 | $80,378.48 | General Unsecured |
| Dewitt Ross & Stevens Sc | Atty Stephen A Ditullio 2 E Mifflin St Ste 600 Madison, WI 53703 | 5/8/06 | 5108 | $14,586.67 | Claims Subject to Modification | 05-44640 | $14,586.67 | General Unsecured |
| Draka Automotive GmbH | Draka Automotive GmbH Dickestr 23 Wuppertal, D 42369 Germany | 10/25/05 | 116 | $289,004.91 | Claims Subject to Modification | 05-44640 | $330,559.89 | General Unsecured |
| Drake Manufacturing Services Inc | 4371 N Leavitt Rd Warren, OH 44485 | 3/16/06 | 2319 | $2,448.00 | Claims Subject to Modification | 05-44640 | $2,448.00 | General Unsecured |
| Draper Chevrolet Co | Draper Chevrolet Co 4200 Bay Rd PO Box 2139 Saginaw, MI 48603 | 12/19/05 | 1220 | $18,479.84 | Claims Subject to Modification | 05-44640 | $18,436.43 | General Unsecured |
| DTE Energy (Detroit Edison & MichCon) | DTE Energy (Detroit Edison & MichCon) 3200 Hobson St Lower Level Detroit, MI 48201-2927 | 4/26/06 | 2761 | $221,546.49 | Claims Subject to Modification | 05-44640 | $216,969.48 | General Unsecured |
| Edwards Medical Supply Inc Eft | PO Box 1639 Bolingbrook, IL 60440 | 5/1/06 | 3951 | $21,055.17 | Claims Subject to Modification | 05-44640 | $9,676.11 | General Unsecured |
| EQ Heritage LLC | c o Scott A Wolfson Esq Honigman Miller Schwartz & Cohn LLP 2290 First National Building 660 Woodward Ave Detroit, MI 48226 | 7/31/06 | 15032 | $1,840,554.00 | Claims Subject to Modification | 05-44640 | $0.00 | General Unsecured |
| Export Development Canada EDC | EDC 151 O Connor St 18th FLR Ottawa, ON KIA IK3 Canada | 1/17/06 | 1543 | $204,771.15 | Claims Subject to Modification | 05-44640 | $187,324.48 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Fair Harbor Capital LLC | 875 Ave of the Americas Ste 2305<br>New York, NY 10001 | 4/27/06 | 2901 | $16,138.00 | Claims Subject to Modification | 05-44640 | $15,018.00 | General Unsecured |
| Fanuc Robotics America Inc | Attn Legal M Vallieres<br>3900 W Hamlin Rd<br>Rochester Hills, MI 48309-3253 | 7/28/06 | 12232 | $31,230.88 | Claims Subject to Modification | 05-44640 | $31,230.88 | General Unsecured |
| Goldman Sachs Credit Partners LP | c o Goldman Sachs & Co<br>Attn Pedro Ramirez<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 14027 | $513,080.99 | Claims Subject to Modification | 05-44640 | $501,065.06 | General Unsecured |
| Goldsmith Tr and Son Inc | Cust Service<br>Ann Marie Stengel<br>16 Pequeot Pky<br>Tonawanda, NY 14150-2413 | 6/5/06 | 7476 | $17,775.69 | Claims Subject to Modification | 05-44640 | $17,538.35 | General Unsecured |
| Great Lakes Power Lift Inc | 7455 Tyler Blvd<br>Mentor, OH 44060 | 5/1/06 | 4294 | $1,415.04 | Claims Subject to Modification | 05-44640 | $1,415.04 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 4/5/06 | 2563 | $92,338.09 | Claims Subject to Modification | 05-44640 | $84,558.77 | General Unsecured |
| Hain Capital Investors LLC | Attn Ganna Liberchuk<br>301 Route 17 6th Fl<br>Rutherford, NJ 07070 | 7/31/06 | 15220 | $321,256.00 | Claims Subject to Modification | 05-44640 | $201,945.43 | General Unsecured |
| Hobart Sales and Service | Dan<br>181 Industrial Pkwy<br>Mansfield, OH 44903 | 5/1/06 | 3780 | $576.26 | Claims Subject to Modification | 05-44640 | $576.26 | General Unsecured |
| Hydro Ellay Enfield Limited England | Fred Williams Finance Director<br>Joseph Noble Rd<br>Lillyhall Industrial Est<br>Workington, Cumbria CA14 4JX United Kingdom | 7/31/06 | 15341 | $15,304.24 | Claims Subject to Modification | 05-44640 | $6,196.24 | General Unsecured |
| ICS Customs Service Inc | 1099 Morse Ave<br>Elk Grove Village, IL 60007 | 3/7/06 | 2203 | $4,196.78 | Claims Subject to Modification | 05-44640 | $3,890.01 | General Unsecured |
| Integrated Silicon Solution Ef Inc | 2231 Lawson Ln<br>Santa Clara, CA 95054 | 7/24/06 | 10279 | $1,456,361.79 | Claims Subject to Modification | 05-44640 | $1,398,447.10 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Jada Precision Plastics Co Eft Inc | 1667 Emerson St Rochester, NY 14606 | 5/9/06 | 5404 | $429,262.62 | Claims Subject to Modification | 05-44640 | $420,062.84 | General Unsecured |
| Jamestown Container Corp | Specialty Products Div 2345 Walden Ave Buffalo, NY 14225 | 7/31/06 | 14915 | $468,786.87 | Claims Subject to Modification | 05-44640 | $407,193.80 | General Unsecured |
| Kenmode Tool & Engr Inc Eft | 820 W Algonquin Rd Algonquin, IL 60102 | 8/9/06 | 15982 | $181,540.86 | Claims Subject to Modification | 05-44640 | $161,180.85 | General Unsecured |
| KT Trust | KT Trust One University Plz Ste 312 Hackensack, NJ 07601 | 10/28/05 | 182 | $21,460.00 | Claims Subject to Modification | 05-44640 | $21,460.00 | General Unsecured |
| Le Joint Francais | CA Sce Contentieux 17 Rue Andre Buille BP700 Chattellerault Cedex, 86107 France | 12/16/05 | 1178 | $116,317.23 | Claims Subject to Modification | 05-44640 | $58,805.98 | General Unsecured |
| Le Joint Francais | CA Sce Contentieux 17 Rue Andre Buille BP700 Chattellerault Cedex, 86107 France | 12/16/05 | 1179 | $57,976.00 | Claims Subject to Modification | 05-44640 | $40,176.00 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 6/6/06 | 7563 | $47,094.44 | Claims Subject to Modification | 05-44640 | $46,524.44 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/28/06 | 12396 | $148,325.65 | Claims Subject to Modification | 05-44640 | $143,989.26 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/25/06 | 13459 | $370,568.92 | Claims Subject to Modification | 05-44640 | $361,682.12 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 10/20/06 | 16376 | $590,769.00 | Claims Subject to Modification | 05-44640 | $574,127.00 | General Unsecured |
| M & S Spring Co Inc | M & S Spring Co Inc 34137 Doreka Dr Fraser, MI 48026 | 11/17/05 | 635 | $3,100.00 | Claims Subject to Modification | 05-44640 | $3,100.00 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 4/26/06 | 2779 | $67,031.00 | Claims Subject to Modification | 05-44567 | $64,031.00 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Madison Niche Opportunities Fund LLC | 6143 S Willow Dr Ste 200<br>Greenwood Village, CO 80111 | 5/1/06 | 3641 | $3,140.80 | Claims Subject to Modification | 05-44640 | $2,675.25 | General Unsecured |
| Magid Glove & Safety Mfg Co Llc | 2060 N Kolmar Ave<br>Chicago, IL 60639 | 5/22/06 | 6450 | $130,697.79 | Claims Subject to Modification | 05-44640 | $130,697.79 | General Unsecured |
| Matheson Trigas Inc | Matheson Trigas Inc<br>6225 N State Hwy 161 Ste 200<br>Irving, TX 75038 | 11/29/05 | 936 | $768.52 | Claims Subject to Modification | 05-44640 | $133.26 | General Unsecured |
| Means Industries Inc | c o Michael Yetnikoff<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | 7/17/06 | 9652 | $1,243,150.59 | Claims Subject to Modification | 05-44640 | $681,145.20 | General Unsecured |
| Mittal Steel USA Inc fka Ispat Inland Steel | Frank Fallucca Credit Manager<br>1 S Dearborn<br>Chicago, IL 60603 | 7/20/06 | 10008 | $714,233.39 | Claims Subject to Modification | 05-44640 | $238,077.39 | General Unsecured |
| Mosier Automation Inc | Bleecker Brodey & Andrews<br>9247 N Meridian St Ste 200<br>Indianapolis, IN 46260 | 1/11/06 | 1512 | $8,859.49 | Claims Subject to Modification | 05-44640 | $3,861.29 | General Unsecured |
| Msj Trucking Inc | 1118 Hwy 84 East<br>Opp, AL 36467 | 5/1/06 | 4303 | $2,679.95 | Claims Subject to Modification | 05-44640 | $2,679.95 | General Unsecured |
| Peerless Steel Company Inc | 2450 Austin Ave<br>Troy, MI 48083-2030 | 5/1/06 | 3997 | $29,291.56 | Claims Subject to Modification | 05-44640 | $25,472.23 | General Unsecured |
| Peterson Tool Co | 739 Fesslers Ln<br>Nashville, TN 37210 | 7/27/06 | 11446 | $39,944.00 | Claims Subject to Modification | 05-44640 | $13,301.00 | General Unsecured |
| Precision Harness Inc Eft | 340 Transfer Dr Ste A<br>Indianapolis, IN 46214 | 5/15/07 | 16602 | $16,679.09 | Claims Subject to Modification | 05-44640 | $16,283.76 | General Unsecured |
| Premacare | Terje Heiseldal Venture Dept<br>Odden 1 Mailbox 115<br>Grimstad, 4891 Norway | 7/19/06 | 9957 | $43,229.50 | Claims Subject to Modification | 05-44507 | $18,456.85 | General Unsecured |
| Quanex Corp | Attn S J Prociv<br>Macsteel<br>One Jackson Sq Ste 500<br>Jackson, MI 49201 | 7/25/06 | 10624 | $511,659.39 | Claims Subject to Modification | 05-44640 | $127,914.39 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Raithel & Co Gmbh | Raithel & Co Gmbh GOETHESTRASSE 6 WEISSENSTADT, 95163 Germany | 11/23/05 | 833 | $9,352.72 | Claims Subject to Modification | 05-44640 | $5,288.78 | General Unsecured |
| Rb & W Corporation Eft | 5190 Bradco Blvd Mississauga, ON L4W 1G7 Canada | 7/21/06 | 10194 | $15,361.12 | Claims Subject to Modification | 05-44640 | $13,051.04 | General Unsecured |
| Riverside Claims LLC as assignee for Lowry Holding Company Inc dba Lowry Computer Products | Riverside Claims LLC PO Box 626 Planetarium Station New York, NY 10024 | 3/10/06 | 2243 | $50,107.99 | Claims Subject to Modification | 05-44640 | $45,943.30 | General Unsecured |
| Riverside Claims LLC as Assignee for MPS Group | Riverside Claims LLC PO Box 626 Planetarium Station New York, NY 10024 | 6/30/06 | 8862 | $724,499.86 | Claims Subject to Modification | 05-44640 | $716,457.80 | General Unsecured |
| Saegertown Manufacturing Corp | Attn Sharon M Dunn Saegerton Mfg Corp One Crawford St PO Box 828 Saegertown, PA 16433 | 7/27/06 | 15030 | $31,425.99 | Claims Subject to Modification | 05-44640 | $31,425.99 | General Unsecured |
| Saegertown Manufacturing Corporation | Attn Sharon M Dunn One Crawford St PO Box 828 Saegertown, PA 16433 | 7/27/06 | 11263 | $8,031.02 | Claims Subject to Modification | 05-44640 | $8,031.02 | General Unsecured |
| Sealed Air Corporation | William Sanchez 19440 Arenth Ave City Of Industry, CA 91748 | 4/28/06 | 3293 | $33,851.52 | Claims Subject to Modification | 05-44640 | $8,727.25 | General Unsecured |
| Tapeswitch Corp Of America | 100 Schmitt Blvd Farmingdale, NY 11735 | 5/31/06 | 7180 | $1,458.32 | Claims Subject to Modification | 05-44640 | $1,458.32 | General Unsecured |
| The Furukawa Electric Co Ltd | co Penn Ayers Butler Esq Squire Sanders & Dempsey LLP 600 Hansen Wy Palo Alto, CA 94304-1043 | 2/26/07 | 16555 | $48,067.68 | Claims Subject to Modification | 05-44640 | $32,356.14 | General Unsecured |
| Thermalex Inc | 2758 Gunter Pk Dr W Montgomery, AL 36109 | 5/22/06 | 6613 | $40,360.73 | Claims Subject to Modification | 05-44640 | $31,118.59 | General Unsecured |
| United Electronics Corp | 5321 N Pearl St Rosemont, IL 60018 | 2/1/06 | 1744 | $70,521.92 | Claims Subject to Modification | 05-44567 | $64,403.80 | General Unsecured |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 single Service List

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-1 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Universal Metal Products Inc | 29980 Lakeland Blvd PO Box 130 Wickliffe, OH 44092-0130 | 12/9/05 | 1098 | $54,912.75 | Claims Subject to Modification | 05-44640 | $47,481.64 | General Unsecured |
| Universal Metal Products Inc | 29980 Lakeland Blvd PO Box 130 Wickliffe, OH 44092-0130 | 2/21/06 | 2069 | $14,704.15 | Claims Subject to Modification | 05-44640 | $14,704.15 | General Unsecured |
| Whiteside Communication Management | Attn Lisa Whiteside 1938 Burdette Ferndale, MI 48220 | 2/3/06 | 1760 | $1,215.00 | Claims Subject to Modification | 05-44640 | $1,215.00 | General Unsecured |
| Willow Hill Industries Llc | 37611 Euclid Ave Willoughby, OH 44094 | 6/8/06 | 7652 | $61,254.66 | Claims Subject to Modification | 05-44640 | $49,792.47 | General Unsecured |
| Wix Filtration Products Europe Ltd FKA Dana Spicer Europe Ltd | Wix Filtration Products Europe Ltd C O Affinia Group Inc Attn C Mendeljian 1101 Technology Dr 100 Ann Arbor, MI 48108 | 7/14/06 | 9528 | $33,270.43 | Claims Subject to Modification | 05-44640 | $30,470.47 | General Unsecured |
| Xpedx | Mac 4510 Reading Rd PO Box 29460 Cincinnati, OH 45229-0460 | 7/5/06 | 9043 | $11,002.13 | Claims Subject to Modification | 05-44640 | $9,291.53 | General Unsecured |
| Xpedx a Div of Intl Paper | Attn Ray H Whitmore 1059 W Ridge Rd Rochester, NY 14615 | 5/1/06 | 4293 | $98,455.53 | Claims Subject to Modification | 05-44640 | $98,455.53 | General Unsecured |

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit D-2 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Bartholomew County In | Bartholomew County Treasurer<br>PO Box 1986<br>Columbus, IN 47202 | 5/30/06 | 7106 | $151.44 | Tax Claims Subject to Modification | 05-44640 | $131.48 | Priority |
| Brownsville ISD | Diane W Sanders<br>Linebarger Goggan Blair & Sampson LLP<br>1949 South IH 35 PO Box 17428<br>Austin, TX 78760-7428 | 12/27/05 | 1282 | $3,675.75 | Tax Claims Subject to Modification | 05-44640 | $2,819.75 | Secured |
| Brownsville ISD | Brownsville ISD<br>PO Box 4050<br>Brownsville, TX 78523-4050 | 12/27/05 | 1282 | $3,675.75 | Tax Claims Subject to Modification | 05-44640 | $2,819.75 | Secured |
| Carrollton Farmers Branch Independent School District | c o Andrea Sheehan<br>Law Offices of Robert E Luna PC<br>4411 N Central Expressway<br>Dallas, TX 75205 | 2/14/06 | 2003 | $8,872.60 | Tax Claims Subject to Modification | 05-44640 | $6,806.38 | Secured |
| Carrollton Farmers Branch Independent School District | c o Andrea Sheehan<br>Law Offices of Robert E Luna PC<br>4411 N Central Expressway<br>Dallas, TX 75205 | 2/14/06 | 2005 | $356.05 | Tax Claims Subject to Modification | 05-44640 | $273.13 | Secured |
| Collin County Tax | Gay McCall Isaacks et al<br>777 E 15th St<br>Plano, TX 75074 | 11/14/05 | 511 | $1,018.83 | Tax Claims Subject to Modification | 05-44640 | $781.57 | Secured |
| Collin County Tax | Collin County Tax<br>Payment Address<br>PO Box 8006<br>McKinney, TX 75070 | 11/14/05 | 511 | $1,018.83 | Tax Claims Subject to Modification | 05-44640 | $781.57 | Secured |
| County of Comal | Michael Reed<br>McCreary Veselka Bragg & Allen PC<br>5929 Balcones Dr Ste 200 PO Box 26990<br>Austin, TX 78755 | 3/13/06 | 2269 | $264.13 | Tax Claims Subject to Modification | 05-44640 | $202.62 | Secured |

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit D-2 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| County of Denton City of Sanger | Michael Reed<br>McCreary Veselka Bragg & Allen PC<br>5929 Balcones Dr Ste 200 PO Box 26990<br>Austin, TX 78755 | 3/13/06 | 2270 | $335.36 | Tax Claims Subject to Modification | 05-44640 | $224.04 | Secured |
| County of Hays | Michael Reed<br>McCreary Veselka Bragg & Allen PC<br>5929 Balcones Dr Ste 200 PO Box 26990<br>Austin, TX 78755 | 3/13/06 | 2271 | $223.15 | Tax Claims Subject to Modification | 05-44640 | $171.18 | Secured |
| Dubois County In | Dubois County Treasurer<br>1 Courthouse Sq<br>Jasper, IN 47546 | 5/1/06 | 3619 | $361.26 | Tax Claims Subject to Modification | 05-44640 | $277.14 | Secured |
| Franklin County Ohio Treasurer | 373 S High St 17th Fl<br>Columbus, OH 43215 | 8/3/06 | 15808 | $300,836.22 | Tax Claims Subject to Modification | 05-44640 | $260,464.26 | Secured |
| Henry County Treasurer | 101 S Main St<br>New Castle, IN 47362 | 3/15/06 | 2297 | $40,151.05 | Tax Claims Subject to Modification | 05-44640 | $27,460.26 | Secured |
| Montgomery County Treasurer | 451 W Third St<br>Dayton, OH 45422-0476 | 6/26/06 | 8544 | $132,479.24 | Tax Claims Subject to Modification | 05-44640 | $32,423.82 | Secured |
| Nacogdoches County Cad | Clardy Law Offices<br>220 W Hospital St<br>Nacogdoches, TX 75963-1668 | 5/1/06 | 3784 | $262.76 | Tax Claims Subject to Modification | 05-44640 | $232.12 | Secured |
| United Independent School District | c o Ornelas Castillo & Ornelas PLLC<br>401 East Hillside Rd 2nd Floor<br>Laredo, TX 78041 | 6/12/06 | 7846 | $30,158.42 | Tax Claims Subject to Modification | 05-44640 | $26,688.87 | Secured |
| Wabash County In | Wabash County Treasurer<br>Courthouse 1 W Hill St Ste 4b<br>Wabash, IN 46992 | 5/1/06 | 4171 | $22.08 | Tax Claims Subject to Modification | 05-44640 | $16.94 | Secured |

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit D-2 (Single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature |
| Wichita County | Harold Lerew<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 8188<br>Wichita Falls, TX 76307 | 2/21/06 | 2077 | $18,530.81 | Tax Claims Subject to Modification | 05-44640 | $17,318.51 | Secured |

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :

In re                          :     Chapter 11
                                             :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                           :

              Debtors.    :     (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR.
P. 3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION,
TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS
<u>IDENTIFIED IN NINETEENTH OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that on September 4, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Nineteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Nineteenth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a subject of the Nineteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the Nineteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

---

[1]    Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Nineteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
        September 14, 2007

                                    BY ORDER OF THE COURT

                                    John Wm. Butler, Jr. (JB 4711)
                                    John K. Lyons (JL 4951)
                                    Ron E. Meisler (RM 3026)
                                    SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois  60606
                                    (312) 407-0700

                                       - and -

                                    Kayalyn A. Marafioti (KM 9632)
                                    Thomas J. Matz (TM 5986)
                                    SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Delphi Corporation, et al.,
                                        Debtors and Debtors-in-Possession

3

# EXHIBIT I

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit D-2 (Multiple) Service LIst

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| Spartanburg Co Tax Collector | Glenda Qwright Drawer 3060 Spartanburg, SC 29304 | 6/29/06 | 8768 | $62,517.67 | Tax Claims Subject to Modification | 05-44539 | $47,374.63 | Secured | 05-44640 | $5,542.40 | Secured |

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit D-3 (Single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| | Americhem Inc | 225 Broadway E Cuyahoga Falls, OH 44221 | 4/14/06 | 2654 | $96,201.43 | Modified Claims Asserting Reclamation | 05-44640 | $6,797.43 | Priority | 05-44640 | $50,893.49 | General Unsecured |
| | Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/21/06 | 10207 | $208,704.95 | Modified Claims Asserting Reclamation | 05-44567 | $22,402.52 | Priority | 05-44567 | $186,097.43 | General Unsecured |
| | Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 7/24/06 | 10396 | $126,239.42 | Modified Claims Asserting Reclamation | 05-44640 | $27,955.00 | Priority | 05-44640 | $97,443.20 | General Unsecured |
| | Itw Filtration Products | Michelle Szafoni 18531 Spring Creek Dr Tinley Pk, IL 60477 | 7/24/06 | 10421 | $53,587.08 | Modified Claims Asserting Reclamation | 05-44640 | $2,190.61 | Priority | 05-44640 | $40,296.17 | General Unsecured |
| | Lake Erie Products Inc | Scott N Opincar Esq McDonald Hopkins Co LPA 600 Superior Ave E Ste 2100 Cleveland, OH 44114 | 7/31/06 | 13454 | $225,224.02 | Modified Claims Asserting Reclamation | 05-44640 | $14,082.57 | Priority | 05-44640 | $19,783.67 | General Unsecured |
| | Latigo Master Fund Ltd | Attn Paul Malek 590 Madison Ave 9th Fl New York, NY 10022 | 7/31/06 | 14296 | $62,288.96 | Modified Claims Asserting Reclamation | 05-44640 | $13,170.09 | Priority | 05-44640 | $49,118.87 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 22nd Fl New York, NY 10019 | 7/28/06 | 12346 | $215,079.82 | Modified Claims Asserting Reclamation | 05-44640 | $13,807.69 | Priority | 05-44640 | $179,538.87 | General Unsecured |
| | Madison Investment Trust Series 38 | Madison Investment Trust Series 38 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 6/12/06 | 7816 | $351,868.14 | Modified Claims Asserting Reclamation | 05-44640 | $25,163.47 | Priority | 05-44640 | $35,138.35 | General Unsecured |
| | Plymouth Rubber Company Inc | Atten Victor Bass Esq Burns & Levinson LLP 125 Summer St Boston, MA 021101624 | 7/28/06 | 12359 | $631,500.50 | Modified Claims Asserting Reclamation | 05-44640 | $4,290.58 | Priority | 05-44640 | $379,995.75 | General Unsecured |
| | Redrock Capital Partners LLC | Redrock Capital Partners LLC 475 17th St Ste 544 Denver, CO 80202 | 2/21/06 | 2065 | $126,918.43 | Modified Claims Asserting Reclamation | 05-44640 | $6,207.62 | Priority | 05-44640 | $119,097.74 | General Unsecured |
| | Sherwin Williams Company | Sherwin Williams Company 101 Prospect Ave NW 625 Republic Bldg Cleveland, OH 44115 | 1/9/06 | 1470 | $37,398.75 | Modified Claims Asserting Reclamation | 05-44640 | $5,146.69 | Priority | 05-44640 | $32,034.36 | General Unsecured |

9/27/2007 6:32 PM
Omni 19 Order Exhibit D-3 single Service List

# EXHIBIT J

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR.
P. 3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION,
TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS
IDENTIFIED IN NINETEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on September 4, 2007, the United States

Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely

Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In

Nineteenth Omnibus Claims Objection (the "Nineteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Nineteenth Omnibus

Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which

you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors

and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a

subject of the Nineteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the

Nineteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged,

unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Nineteenth Omnibus Claims Objection Order by requesting a copy from the claims and

---

[1] Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
         September 14, 2007

                         BY ORDER OF THE COURT

                         John Wm. Butler, Jr. (JB 4711)
                         John K. Lyons (JL 4951)
                         Ron E. Meisler (RM 3026)
                         SKADDEN, ARPS, SLATE, MEAGHER
                             & FLOM LLP
                         333 West Wacker Drive, Suite 2100
                         Chicago, Illinois  60606
                         (312) 407-0700

                             - and -

                         Kayalyn A. Marafioti (KM 9632)
                         Thomas J. Matz (TM 5986)
                         SKADDEN, ARPS, SLATE, MEAGHER
                             & FLOM LLP
                         Four Times Square
                         New York, New York 10036
                         (212) 735-3000

                         Attorneys for Delphi Corporation, et al.,
                             Debtors and Debtors-in-Possession

# EXHIBIT K

Delphi Corporation
Ninteenth Omnibus Objection Order
Exhibit D-3 (Multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 |
| Emhart Teknologies Llc | 49201 Gratiot Ave Chesterfield, MI 48051 | 5/23/06 | 6670 | $293,357.43 | Modified Claims Asserting Reclamation | 05-44640 | $27,128.77 | Priority | 05-44640 | $150,416.31 | General Unsecured | 05-44567 | $10,800.00 | General Unsecured |
| Rohm Electronics USA LLC | Morton R Branzburg Esq Klehr Harrison Harvey Branzburg 260 S Broad St Philadelphia, PA 19102-5003 | 4/3/06 | 2482 | $1,495,516.58 | Modified Claims Asserting Reclamation | 05-44640 | $107,101.70 | Priority | 05-44640 | $1,282,960.82 | General Unsecured | 05-44567 | $25,781.57 | General Unsecured |
| SPCP Group LLC | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 3/9/06 | 2229 | $360,413.11 | Modified Claims Asserting Reclamation | 05-44640 | $5,052.44 | Priority | 05-44640 | $329,423.01 | General Unsecured | 05-44567 | $11,497.88 | General Unsecured |
| Stanley Electric Sales of America Inc | c o Mark T Flewelling Esq Afrct LLP 199 S Los Robles Ave Ste 600 Pasadena, CA 91101 | 7/28/06 | 12258 | $1,040,216.50 | Modified Claims Asserting Reclamation | 05-44640 | $102,426.47 | Priority | 05-44640 | $922,260.54 | General Unsecured | 05-44567 | $6,457.00 | General Unsecured |

9/27/2007 6:32 PM
Omni 19 Order Exhibit D-3 multiple Service List

# EXHIBIT L

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR.
P. 3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION,
TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS
IDENTIFIED IN NINETEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on September 4, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Nineteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Nineteenth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a subject of the Nineteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the Nineteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| | | | | ❼ | ❽ | ❾ |
| ❸ | ❹ | ❺ | ❻ | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

---

[1]    Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Nineteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
        September 14, 2007

                              BY ORDER OF THE COURT

                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons (JL 4951)
                              Ron E. Meisler (RM 3026)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                 - and -

                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession

3

# EXHIBIT M

Delphi Corporation
Nineteenth Omnibus Objection Order
Exhibit D-1 (Multiple) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 | Modified Debtor3 | Modified Amount3 | Modified Nature3 | Modified Debtor4 | Modified Amount4 | Modified Nature4 |
| Air Liquide Industrial US LP | Attn Gwendolyn Young Smithheart 2700 Post Oak Blvd Houston, TX 77056 | 4/11/06 | 2609 | $27,316.10 | Claims Subject to Modification | 05-44482 | $21,211.22 | General Unsecured | 05-44640 | $1,160.00 | General Unsecured | | | | | | |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/27/06 | 11576 | $155,624.26 | Claims Subject to Modification | 05-44612 | $2,606.88 | General Unsecured | 05-44640 | $122,028.20 | General Unsecured | | | | | | |
| IBM Corporation | B H Shideler Two Lincoln Ctr Oakbrook Terrace, IL 60181 | 11/18/05 | 680 | $514,319.83 | Claims Subject to Modification | 05-44640 | $22,777.05 | General Unsecured | 05-44624 | $90.61 | General Unsecured | 05-44567 | $15,863.77 | General Unsecured | 05-44612 | $399,988.40 | General Unsecured |
| Matsuo Electronics Of America | 2134 Main St Ste 100 Huntington Beach, CA 92648 | 5/8/06 | 5306 | $53,842.15 | Claims Subject to Modification | 05-44610 | $9,416.25 | General Unsecured | 05-44640 | $35,158.60 | General Unsecured | | | | | | |
| Packaging Engineering LLC | Packaging Engineering LLC 2620 Centennial Rd Suites Toledo, OH 43613 | 12/13/05 | 1134 | $73,142.59 | Claims Subject to Modification | 05-44482 | $5,946.60 | General Unsecured | 05-44640 | $52,818.49 | General Unsecured | | | | | | |
| Paul Hastings Janofsky and Walker Llp | Katherine A Traxler 515 S Flower St 25th Fl Los Angeles, CA 90071 | 5/31/06 | 7229 | $58,733.72 | Claims Subject to Modification | 05-44554 | $6,170.81 | General Unsecured | 05-44567 | $814.06 | General Unsecured | 05-44640 | $50,283.05 | General Unsecured | 05-44624 | $690.00 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee Engel Machinery Inc Assignor | Sierra Liquidity Fund LLC 2699 White Rd Ste 255 Irvine, CA 92614 | 7/31/06 | 14688 | $11,218.89 | Claims Subject to Modification | 05-44624 | $892.50 | General Unsecured | 05-44640 | $9,595.64 | General Unsecured | | | | | | |
| Supply Solution Inc Its Successor Tradebeam Inc | Attn General Counsel Tradebeam Inc Two Waters Park Dr Ste 200 San Mateo, CA 94403 | 5/15/06 | 5856 | $226,825.26 | Claims Subject to Modification | 05-44567 | $4,399.26 | General Unsecured | 05-44640 | $222,426.00 | General Unsecured | | | | | | |
| Twin Corporation | Dennis M Haley P14538 Winegarden Haley Lindholm & Robertson PLC G 9460 S Saginaw St Ste A Grand Blanc, MI 48439 | 6/26/06 | 8523 | $56,537.23 | Claims Subject to Modification | 05-44567 | $1,368.00 | General Unsecured | 05-44640 | $25,186.67 | General Unsecured | | | | | | |

9/27/2007 6:31 PM
Omni 19 Order Exhibit D-1 multiple Service List

# EXHIBIT N

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                     :
      In re                       :    Chapter 11
                                       :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                       :
              Debtors.    :    (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR.
P. 3007 DISALLOWING AND EXPUNGING CERTAIN (A) INSUFFICIENTLY
DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND
RECORDS, (C) UNTIMELY CLAIM, AND (D) CLAIMS SUBJECT TO MODIFICATION,
TAX CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CONSENSUALLY MODIFIED AND REDUCED CLAIMS
IDENTIFIED IN NINETEENTH OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on September 4, 2007, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (the "Nineteenth Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Nineteenth Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was a subject of the Nineteenth Omnibus Claims Objection Order, was listed on Exhibit __ to the Nineteenth Omnibus Claims Objection Order, and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

---

[1]    Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to

the Nineteenth Omnibus Claims Objection Order by requesting a copy from the claims and

noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
        September 14, 2007

                        BY ORDER OF THE COURT

                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                          - and -

                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession