# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**
(Related Docket No. 4275)

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC **CORPORATION** DBA REVENUE MANAGEMENT Name of Transferee | **TECHNICAL ILLUSTRATION** Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: LIQUIDITY SOLUTIONS, INC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 Phone: (201) 968-0001 | Court Claim # (if known):8142 Amount of Claim: **$17,401.25** Date Claim Filed: Phone:_____ Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Chris Oh                              Date: 10/15/2007
 Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

799632

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8142 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2007.

| | |
|---|---|
| Liquidity Solutions Inc, d/b/a Revenue Management **CORPORATION** | **TECHNICAL ILLUSTRATION** |
| **Name of Transferee** | **Name of Alleged Transferor** |
| Address of Transferee: One University Plaza **CORPORATION** Suite 312 | Address of Alleged Transferor: **TECHNICAL ILLUSTRATION** **PETER KAPAS** **3312 PALM-AIRE CT STUDIO B** |
| Hackensack, NJ 07601 | **ROCHESTER HILLS, MI 48309** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                             **CLERK OF THE COURT**

799632

TRANSFER NOTICE

TECHNICAL ILLUSTRATION CORPORATION ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the TECHNICAL ILLUSTRATION CORPORATION Claims of Assignor in the aggregate amount of $17,401.25 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 9th day of June, 2006.

TECHNICAL ILLUSTRATION CORPORATION

WITNESS:

_____
(Signature)

JAMES STURGILL
(Print Name of Witness)

T.I.C.

By: _____
(Signature)

Chris Oh
(Print Name and Title)

{925558-2}