# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**
(Related Docket No. 4751)

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| CAPITAL MARKETS | **ST MARYS CARBON CO INC** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices and payments to transferee should be sent: | Court Claim # (if known):11854<br>Amount of Claim: **$49,788.00**<br>Date Claim Filed: |
| CAPITAL MARKETS<br>CAPITAL MARKETS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | |
| | Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/James Yenzer                    Date: 10/15/2007
 Transferee/Transferee's Agent

*Penalty for making a false statement*. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

**820377**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.    11854    (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2007.

CAPITAL MARKETS

**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**ST MARYS CARBON CO INC**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**CAPITAL MARKETS**
**ONE UNIVERSITY PLAZA STE  312**
**HACKENSACK, NJ 07601**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

820377

```
06/16/2006 FRI  9:16  FAX 18148349201 ST MARYS CARBON                                    ☒005/005
```

From: To: study                        Date: 6/8/2006  Time: 3:15:00 PM                      Page 8 of 8

## TRANSFER NOTICE

St. Mary Carbon Co Inc. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the St. Mary Carbon Co Inc. Claims of Assignor in the aggregate amount of $49,788.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640**.

IN WITNESS WHEREOF, Assignor has signed below as of the __15th__ day of __June__, 2006.

CAPITAL MARKETS
~~St. Mary Carbon Co Inc.~~

WITNESS:

_____                              By _C.J. Ehrensperger_
(Signature)                                             (Signature)

_JAMES VENZER_                                        _C.J. EHRENSPERGER III / TREASURER_
(Print Name of Witness)                                 (Print Name and Title)

820377