# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI MEDICAL SYSTEMS COLORADO CORP**
Case No. **05-44507**
(Related Docket No. 4388)

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>Name of Transferee | **MALVERN INSTRUMENTS INC**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known): 11853<br>Amount of Claim: **$68,480.00**<br>Date Claim Filed:<br><br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Jim Yenzer                                                    Date: 10/15/2007
 Transferee/Transferee's Agent

*Penalty for making a false statement*. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

827096

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI MEDICAL SYSTEMS COLORADO CORP**
Case No. **05-44507**

## AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.    11853    (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2007.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

**MALVERN INSTRUMENTS INC**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**REVENUE MANAGEMENT**
**ONE UNIVERSITY PLAZA STE 312**
**HACKENSACK, NJ 07601**

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

827096

Assignor hereby acknowledges that Assignee may at any time reassign, the Claim together with all right, title and interest of Assignee in and to this Assignment of Claim. All representations and warranties made herein shall survive the execution and delivery of this Assignment of the Claim and any such re-assignment. This Assignment of Claim may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

This Assignment of Claim shall be governed by and construed in accordance with the laws of the State of New York. Any action arising under or relating to this Assignment of Claim must be brought in Federal court located in the State of New York or New Jersey, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Assignment of the Claim, and in any action hereunder, Assignor waives any right to demand a trial by jury.

**CONSENT AND WAIVER**

Upon Assignor's delivery to Assignee of its executed signature page to this Assignment of Claim Agreement, Assignor hereby authorizes Assignee to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim, while Assignee performs its due diligence on the Claim. Assignee, at its sole option, may subsequently transfer the Claim back to the Assignor if due diligence is not satisfactory, in Assignees sole and absolute discretion pursuant Rule 3001 (e) of FRBP transferring the Claim back to Assignor or withdrawing the transfer, at such time both Assignor and Assignee release each other of all and any obligation or liability regarding this Assignment. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001 (e) of the FRBP.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this _9th_ day of _June_, 2006

MALVERN INSTRUMENTS INC

By: _Alice C Donaghue_     _Alice Donaghue, Treasurer/Clerk_
Signature                   Print Name/Title

Telephone #: _508-480-0200 x223_

IN WITNESS WHEREOF, the undersigned Assignee hereto sets his hand this _____ day of _____, 2006

Jim Yenzer
Liquidity Solutions, Inc.
201-968-0001

- - - - - - - - - - - - - - - - - - - - (CUT HERE) - - - - - - - - - - - - - - - - - - - -