# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**
(Related Docket No. 4194)

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>Name of Transferee | **DICKEY & SON MACHINE & TOOL CO.**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known): 453<br>Amount of Claim: **$2,520.75**<br>Date Claim Filed:<br><br><br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Mike Richards                                         Date: 10/15/2007
  Transferee/Transferee's Agent

*Penalty for making a false statement*. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

817655

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

### AMENDED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   453   (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2007.

| | |
|---|---|
| Liquidity Solutions Inc, d/b/a Revenue Management **Name of Transferee** | **DICKEY & SON MACHINE &TOOL CO.** **Name of Alleged Transferor** |
| Address of Transferee: One University Plaza Suite 312 Hackensack, NJ 07601 | Address of Alleged Transferor: **DEE DICKEY** **2450 TURNER AVE.** **INDIANAPOLIS, IN 46222** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                **CLERK OF THE COURT**

817655

## TRANSFER NOTICE

Dickey & Son Machine Tool ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems LLC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $7,848.25 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 5 day of June, 2006

Dickey & Son Machine Tool

_____
(Signature)

Mary Dehner / CFO
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

JEFFREY L. CARESS
(Print Name of Witness)