Hearing Date and Time: October 25, 2007 at 10:00 a.m.
(to be continued per Claim Objection Procedures Order)

Jay L. Welford (MI. Bar No. P34471)
Thomas E. Coughlin (MI. Bar No. P34471)
Paige E. Barr (Ill. Bar No. 6282474)
Jaffe, Raitt, Heuer & Weiss P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
(248) 351-3082 (Facsimile)
jwelford@jaffelaw.com
pbarr@jaffelaw.com

Attorneys for Northern Engraving Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                        :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
              Debtors.                        :        (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed **RESPONSE OF NORTHERN ENGRAVING CORPORATION TO THE DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS** with the Clerk of the Court using the ECF system.

I also hereby certify that I caused the above documents to be served, via first class mail, upon the following individuals:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court<br>For the Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY 10004 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn:  General Counsel |

| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr.<br>        John K. Lyons<br>        Joseph N. Wharton | |

JAFFE, RAITT, HEUER & WEISS, P.C.

By:    /s/ Jay L. Welford
Jay L. Welford (MI. Bar No. P34471)
Thomas E. Coughlin (MI Bar No. P40561)
Paige E. Barr (Ill. Bar No. 6282474)
Jaffe, Raitt, Heuer & Weiss P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
(248) 351-3082 (Facsimile)
jwelford@jaffelaw.com
tcoughlin@jaffelaw.com
pbarr@jaffelaw.com

Attorneys for Northern Engraving Corporation

1453082.01