| UNITED STATES BANKRUPTCY COURT   SOUTHERN   DISTRICT OF   NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number: 05-44640 (RDD) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>AKEBONO CORPORATION | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | RECEIVED<br>MAR 28 2006<br>U.S. BANKRUPTCY COURT<br>SO. DIST. OF NEW YORK |
|---|---|---|
| Name and address where notices should be sent:<br>**Dickinson Wright PLLC**<br>**Attn: Michael C. Hammer**<br>**301 E. Liberty, Ste. 500**<br>**Ann Arbor, MI 48104-2266**<br>Telephone number: **734-623-1696** | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>#110190 EAG Dist Services $207,253.31; #130014 Delphi E&C Systems $20,700.00; #130030 Delphi Chassis Syst. Test Center $3,074.59 | Check here  ☐ replaces<br>if this claim       amends a previously filed claim, dated: | |

**1. Basis for Claim**

☒ Goods sold/purchased                          ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Services performed                             ☐ Wages, salaries, and compensation (fill out below)
☐ Money loaned                                        Your SS#: _____ _____ _____
☐ Personal injury/wrongful death                 Unpaid compensation for services performed
☐ Taxes                                                         from _____ to _____
☐ Other                                                              (date)                    (date)

**2. Date debt was incurred:** beginning 7/23/2004          **3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 231,027.90      $_____  $_____  $231,027.90
                                                         (Unsecured Nonpriority)    (Secured)    (Unsecured Priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate       ☐ Motor Vehicle
☐ Other
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $231,027.90**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:

☐ Wages, Salaries, or commissions (up to $4300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

THIS SPACE IS FOR COURT USE ONLY

**7. Credits:** The amounts of all payments on this claim has been credited and deducted for making this proof of claim.
**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain.
If the documents are voluminous, attach a summary. **(documents attached)**
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3/24/2006 | *[signature]* Dawn R. Copley, attorney and agent for Akebono Corporation |

*Exhibit A*

```
akcsrp05.p b+                              27.18 AR AGING AS OF EFFECTIVE DATE                         Date: 03/23/06
Page:   1                                            ACNA - NEW                                        Time: 14:05:27

                                        Reporting Currency:   USD
                                        Exchange Rate:        USD 1.0 = USD 1.0


                                          On   Less Than    0   Over    0   Over   30    Over   60
Ref      T Eff Date Due Date Inv Date AR Acct Lv  Days Old       Days Old     Days Old      Days Old     Total Amount
-------  - -------- -------- -------- ------- -- ------------ ------------ ------------ ------------ ------------

110190   EAG DISTRIBUTION SERVICE     State: MI   Last Payment: 01/27/06 Attn: Donna Hormel       Tel: 937-676-2375

                                       State:     Last Payment:            Attn:                  Tel:
1005621  M 03/23/06 03/23/06 03/23/06 11000      -126,509.64         0.00         0.00         0.00      -126,509.64
1005622  M 03/23/06 03/23/06 03/23/06 11000       -29,522.50         0.00         0.00         0.00       -29,522.50
4190     U 09/28/05 09/28/05 09/28/05 10310             0.00         0.00         0.00  -1,052,270.56   -1,052,270.56
6065805B U 07/06/05 07/01/05 07/01/05 10360             0.00         0.00         0.00    18,487.20       18,487.20
111437   I 07/23/04 09/01/04 07/23/04 11000             0.00         0.00         0.00    10,000.00       10,000.00
112078DM M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     5,803.49        5,803.49
112081DM M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,276.38        1,276.38
112302D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,819.58        1,819.58
112418D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     2,553.18        2,553.18
112609D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     6,977.80        6,977.80
112845D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
113276D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,819.58        1,819.58
113277D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,727.71        1,727.71
113278D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
113279D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,727.71        1,727.71
113280D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     2,591.42        2,591.42
113282D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
113283D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,728.00        1,728.00
113284D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,727.71        1,727.71
113290D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00       864.00          864.00
113291D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     2,552.75        2,552.75
113503D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,728.00        1,728.00
113505D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
113506D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,728.00        1,728.00
113507D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00       864.00          864.00
113840D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,728.00        1,728.00
113841D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
113842D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
113961D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    23,035.58       23,035.58
114039D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     3,765.74        3,765.74
114150D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     4,319.42        4,319.42
114209D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00       310.32          310.32
114550D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00       797.78          797.78
115156D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     2,591.42        2,591.42
115209D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00    17,719.68       17,719.68
115292D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     4,076.06        4,076.06
115358D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,174.32        1,174.32
115375D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00       864.00          864.00
115376D  M 03/31/05 05/02/05 03/31/05 11000             0.00         0.00         0.00     1,276.80        1,276.80
```

```
akcsrp05.p b+                                   27.18 AR AGING AS OF EFFECTIVE DATE                              Date: 03/23/06
Page:   2                                                    ACNA - NEW                                          Time: 14:05:31

                                      Reporting Currency:    USD
                                      Exchange Rate:         USD 1.0 = USD 1.0

                                              On   Less Than    0    Over     0    Over    30    Over    60
Ref        T Eff Date Due Date Inv Date AR Acct LV  Days Old         Days Old         Days Old        Days Old      Total Amount
-------    - -------- -------- -------- ------- -- ----------    -----------      ------------     -----------      ------------

1153770    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00          17,719.68        17,719.68
1153780    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,276.80         1,276.80
1154480    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,484.64         1,484.64
1157250    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,902.03         2,902.03
1158140    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,902.32         2,902.32
1158150    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00          23,035.58        23,035.58
1159660    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,038.32         2,038.32
1159690    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,313.18         2,313.18
1160430    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,728.00         1,728.00
116132d    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,038.32         2,038.32
1162160    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,902.03         2,902.03
1162400    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,728.00         1,728.00
1163320    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,038.32         2,038.32
1164320    N 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           3,766.32         3,766.32
1165030    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,591.14         2,591.14
1165180    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,591.14         2,591.14
1166230    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,591.14         2,591.14
116698d    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,727.42         1,727.42
1166990    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,276.80         1,276.80
1167330    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,727.42         1,727.42
1169330    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00             310.32           310.32
1169340    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,276.80         1,276.80
1170380    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,728.00         1,728.00
1171100    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,727.42         1,727.42
1171640    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           3,455.42         3,455.42
1172380    N 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           3,455.42         3,455.42
1173060    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           3,455.14         3,455.14
1173080    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           1,276.38         1,276.38
1173910    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           3,455.42         3,455.42
1173920    N 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00           2,591.71         2,591.71
1175280    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00          21,216.00        21,216.00
1176280    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00             930.96           930.96
1177480    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00          21,216.00        21,216.00
1177490    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00             310.32           310.32
1178710    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00          21,216.00        21,216.00
1180610    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00          21,216.00        21,216.00
1183000    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00             620.64           620.64
1184650    M 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00             310.32           310.32
119542     I 12/14/04 02/01/05 12/14/04 11000          0.00            0.00            0.00          42,486.92        42,486.92
120079     I 12/23/04 02/01/05 12/23/04 11000          0.00            0.00            0.00         126,509.64       126,509.64
120748     I 01/13/05 03/04/05 01/13/05 11000          0.00            0.00            0.00           5,194.36         5,194.36
125478     I 03/31/05 05/02/05 03/31/05 11000          0.00            0.00            0.00        -181,977.22      -181,977.22
```

```
akcsrp05.p b+                              27.18 AR AGING AS OF EFFECTIVE DATE                    Date: 03/23/06
Page:   3                                              ACNA - NEW                                  Time: 14:05:31

                                         Reporting Currency:   USD
                                         Exchange Rate:        USD 1.0 = USD 1.0
```

| Ref | T | Eff Date | Due Date | Inv Date | AR Acct | On Lv | Less Than 0 Days Old | Over 0 Days Old | Over 30 Days Old | Over 60 Days Old | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 125479 | I | 03/31/05 | 05/02/05 | 03/31/05 | 11000 | | 0.00 | 0.00 | 0.00 | -120,703.56 | -120,703.56 |
| 127222 | I | 04/01/05 | 01/01/05 | 11/30/04 | 11000 | | 0.00 | 0.00 | 0.00 | -26,987.66 | -26,987.66 |
| 131141 | I | 10/18/05 | 10/18/05 | 10/18/05 | 11000 | | 0.00 | 0.00 | 0.00 | -21,717.14 | -21,717.14 |
| 131640 | I | 12/05/05 | 09/07/05 | 09/07/05 | 11000 | | 0.00 | 0.00 | 0.00 | -66,480.00 | -66,480.00 |
| 131825 | I | 12/30/05 | 12/30/05 | 12/30/05 | 11000 | | 0.00 | 0.00 | 0.00 | -323,965.34 | -323,965.34 |
| G0035408 | I | 07/13/05 | 09/01/05 | 07/13/05 | 11000 | | 0.00 | 0.00 | 0.00 | 2,653.92 | 2,653.92 |
| G0035644 | I | 08/04/05 | 10/02/05 | 08/04/05 | 11000 | | 0.00 | 0.00 | 0.00 | 72,172.80 | 72,172.80 |
| G0035672 | I | 08/04/05 | 10/02/05 | 08/04/05 | 11000 | | 0.00 | 0.00 | 0.00 | 27,838.08 | 27,838.08 |
| G0035906 | I | 08/24/05 | 10/02/05 | 08/24/05 | 11000 | | 0.00 | 0.00 | 0.00 | 10,310.40 | 10,310.40 |
| G0035915 | I | 08/25/05 | 10/02/05 | 08/25/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0035941 | I | 08/26/05 | 10/02/05 | 08/26/05 | 11000 | | 0.00 | 0.00 | 0.00 | 21,325.12 | 21,325.12 |
| G0035947 | I | 08/29/05 | 10/02/05 | 08/29/05 | 11000 | | 0.00 | 0.00 | 0.00 | 41,241.60 | 41,241.60 |
| G0035961 | I | 08/30/05 | 10/02/05 | 08/30/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0035970 | I | 08/31/05 | 10/02/05 | 08/31/05 | 11000 | | 0.00 | 0.00 | 0.00 | 10,310.40 | 10,310.40 |
| G0035971 | I | 08/31/05 | 10/02/05 | 08/31/05 | 11000 | | 0.00 | 0.00 | 0.00 | 55,526.40 | 55,526.40 |
| G0035983 | I | 09/01/05 | 11/01/05 | 09/01/05 | 11000 | | 0.00 | 0.00 | 0.00 | 10,310.40 | 10,310.40 |
| G0035984 | I | 09/01/05 | 11/01/05 | 09/01/05 | 11000 | | 0.00 | 0.00 | 0.00 | 60,976.80 | 60,976.80 |
| G0035996 | I | 09/02/05 | 11/01/05 | 09/02/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0035997 | I | 09/02/05 | 11/01/05 | 09/02/05 | 11000 | | 0.00 | 0.00 | 0.00 | 36,976.80 | 36,976.80 |
| G0036013 | I | 09/06/05 | 11/01/05 | 09/06/05 | 11000 | | 0.00 | 0.00 | 0.00 | 10,310.40 | 10,310.40 |
| G0036022 | I | 09/06/05 | 11/01/05 | 09/06/05 | 11000 | | 0.00 | 0.00 | 0.00 | 33,600.00 | 33,600.00 |
| G0036026 | I | 09/06/05 | 11/01/05 | 09/06/05 | 11000 | | 0.00 | 0.00 | 0.00 | 14,400.00 | 14,400.00 |
| G0036028 | I | 09/06/05 | 11/01/05 | 09/06/05 | 11000 | | 0.00 | 0.00 | 0.00 | 65,776.80 | 65,776.80 |
| G0036031 | I | 09/06/05 | 11/01/05 | 09/06/05 | 11000 | | 0.00 | 0.00 | 0.00 | 14,400.00 | 14,400.00 |
| G0036033 | I | 09/07/05 | 11/01/05 | 09/07/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0036038 | I | 09/07/05 | 11/01/05 | 09/07/05 | 11000 | | 0.00 | 0.00 | 0.00 | 54,649.60 | 54,649.60 |
| G0036044 | I | 09/08/05 | 11/01/05 | 09/08/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0036051 | I | 09/07/05 | 11/01/05 | 09/07/05 | 11000 | | 0.00 | 0.00 | 0.00 | 28,800.00 | 28,800.00 |
| G0036054 | I | 09/08/05 | 11/01/05 | 09/08/05 | 11000 | | 0.00 | 0.00 | 0.00 | 70,624.80 | 70,624.80 |
| G0036075 | I | 09/09/05 | 11/01/05 | 09/09/05 | 11000 | | 0.00 | 0.00 | 0.00 | 65,126.40 | 65,126.40 |
| G0036085 | I | 09/12/05 | 11/01/05 | 09/12/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0036091 | I | 09/12/05 | 11/01/05 | 09/12/05 | 11000 | | 0.00 | 0.00 | 0.00 | 89,776.80 | 89,776.80 |
| G0036101 | I | 09/13/05 | 11/01/05 | 09/13/05 | 11000 | | 0.00 | 0.00 | 0.00 | 30,931.20 | 30,931.20 |
| G0036102 | I | 09/13/05 | 11/01/05 | 09/13/05 | 11000 | | 0.00 | 0.00 | 0.00 | 43,296.00 | 43,296.00 |
| G0036117 | I | 09/15/05 | 11/01/05 | 09/15/05 | 11000 | | 0.00 | 0.00 | 0.00 | 54,204.00 | 54,204.00 |
| G0036130 | I | 09/15/05 | 11/01/05 | 09/15/05 | 11000 | | 0.00 | 0.00 | 0.00 | 24,000.00 | 24,000.00 |
| G0036135 | I | 09/15/05 | 11/01/05 | 09/15/05 | 11000 | | 0.00 | 0.00 | 0.00 | 8,054.48 | 8,054.48 |
| G0036146 | I | 09/16/05 | 11/01/05 | 09/16/05 | 11000 | | 0.00 | 0.00 | 0.00 | 39,146.40 | 39,146.40 |
| G0036283 | I | 09/28/05 | 11/01/05 | 09/28/05 | 11000 | | 0.00 | 0.00 | 0.00 | 54,496.51 | 54,496.51 |
| G0036292 | I | 09/29/05 | 11/01/05 | 09/29/05 | 11000 | | 0.00 | 0.00 | 0.00 | 20,220.80 | 20,220.80 |
| G0036313 | I | 09/30/05 | 11/01/05 | 09/30/05 | 11000 | | 0.00 | 0.00 | 0.00 | 70,576.40 | 70,576.40 |
| G0036330 | I | 10/04/05 | 12/02/05 | 10/04/05 | 11000 | | 0.00 | 0.00 | 0.00 | 9,665.12 | 9,665.12 |

```
akcsrp05.p b+                            27.18 AR AGING AS OF EFFECTIVE DATE                  Date: 03/23/06
Page:   4                                          ACNA - NEW                                  Time: 14:05:34

                                  Reporting Currency:  USD
                                  Exchange Rate:       USD 1.0 = USD 1.0


                                              Dn  Less Than    0   Over     0    Over   30    Over   60
Ref         T Eff Date Due Date Inv Date AR Acct LV  Days Old       Days Old       Days Old     Days Old      Total Amount

G0036338 I 10/03/05 12/02/05 10/03/05 11000              0.00           0.00           0.00       65,126.40       65,126.40
G0036350 I 10/04/05 12/02/05 10/04/05 11000              0.00           0.00           0.00       65,126.40       65,126.40
G0036363 I 10/05/05 12/02/05 10/05/05 11000              0.00           0.00           0.00       59,661.60       59,661.60

USD      Customer              Totals:             -156,032.14           0.00           0.00      363,285.45      207,253.31


USD      Report                Totals:             -156,032.14           0.00           0.00      363,285.45      207,253.31



                        Invoices:      969,560.03
                       D-/Cr Memos:    271,476.64
                    Finance Charges:         0.00
                 Unapplied Payments: -1,033,783.36
                           Drafts:           0.00
                  Total USD Aging:      207,253.31
       Aging at 03/23/06 Exchange Rate:  207,253.31
          Variance of 03/23/06 to Base:       0.00


                                                End of Report
```

```
akcsrp05.p b+                            27.18 AR AGING AS OF EFFECTIVE DATE                    Date: 03/21/06
Page:   1                                          ACNA • NEW                                   Time: 14:45:51

                              Reporting Currency:    USD
                              Exchange Rate:         USD 1.0 = USD 1.0


                                              On  Less Than  30    Over   30      Over   60      Over   90
Ref     T Eff Date Due Date Inv Date AR Acct. Lv   Days Old         Days Old       Days Old       Days Old     Total Amount
------- - -------- -------- -------- -------- --  -------------- ---------------- ---------------- ---------------- ----------------

130014    DELPHI CORPORATION          State: MI   Last Payment: 10/05/05 Attn: David Taburet        Tel: 248-813-3805

                                      State:     Last Payment:           Attn:                     Tel:
130894  I 09/22/05 09/22/05 09/22/05  11000            0.00               0.00             0.00          20,700.00        20,700.00
                                                 ---------------- ---------------- ---------------- ---------------- ----------------
 USD    Customer                      Totals:          0.00               0.00             0.00          20,700.00        20,700.00


                                                 ---------------- ---------------- ---------------- ---------------- ----------------
 USD    Report                        Totals:          0.00               0.00             0.00          20,700.00        20,700.00



                      Invoices:            20,700.00
                      Dr/Cr Memos:              0.00
                      Finance Charges:          0.00
                      Unapplied Payments:        0.00
                      Drafts:                    0.00
                      Total USD Aging:      20,700.00
          Aging at 03/21/06 Exchange Rate:  20,700.00
             Variance of 03/21/06 to Base:      0.00


                                            End of Report
```

```
kcsrp05.p b+                              27.18 AR AGING AS OF EFFECTIVE DATE                                Date: 03/21/06
age:  1                                             ACNA - NEW                                               Time: 14:45:44

                                   Reporting Currency:   USD
                                   Exchange Rate:        USD 1.0 = USD 1.0


                                                 On  Less Than  30    Over   30      Over   60      Over   90
ef      T Eff Date Due Date Inv Date AR Acct  Lv     Days Old         Days Old       Days Old       Days Old        Total Amount
------  - -------- -------- -------- -------  --    -------------    -------------   -------------  -------------   -------------

130030  DELPHI CHASSIS SYST TEST CTR State: OH    Last Payment: 12/14/05 Attn: David Taburet - Tooling  Tel: 248-813-4362

                                     State:       Last Payment:         Attn:                          Tel:
130365  I 07/01/05 07/25/05 06/29/05 11000              0.00             0.00            0.00          3,074.59         3,074.59
                                                  -------------    -------------   -------------  -------------   -------------
    USD    Customer                  Totals:            0.00             0.00            0.00          3,074.59         3,074.59


                                                  -------------    -------------   -------------  -------------   -------------
    USD    Report                    Totals:            0.00             0.00            0.00          3,074.59         3,074.59


                   Invoices:             3,074.59
                   Dr/Cr Memos:              0.00
                   Finance Charges:          0.00
                   Unapplied Payments:       0.00
                   Drafts:                   0.00
                   Total USD Aging:      3,074.59
     Aging at 03/21/06 Exchange Rate:   3,074.59
       Variance of 03/21/06 to Base:        0.00


                                              End of Report
```