# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

..................................................................... x

Scott Darryl Reese,    :
Claimant/Creditor    :
    :
    v.    :
    :
IN RE:    :
    :
DELPHI CORPORATION, et. al.,    :
DELPHI - DEBTOR IN POSSESSION    :
DELPHI CHASSIS SYSTEMS    :
    Debtor,    :
    :
..................................................................... x

RECEIVED

OCT 1 2 2007

USBC-SDNY
RDD

Honorable Robert D. Drain

Case No. 05-44481

**Bankruptcy Trustee**

(Jointly Administered)


To the Clerk of the Court, Dorothy Li:

First of all, anyone in the mail room or otherwise who may have intercepted this at the U.S. Bankruptcy Court, **DO NOT SEND THIS TO KURTZMAN CARSON CONSULTANTS LLC. THEY ALREADY HAVE THE ORIGINALS AND JUDGE'S COPIES OF ALL DOCUMENTS FILED.**  If there are any questions on this point, contact Evan Gershbein, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, tel 310.751.1803, fax 310.751.1853, www.kccllc.com.  This entire package is to go to **United States Bankruptcy Court for the Southern District of New York**
**Alexander Hamilton Custom House**
**Room 610, 6th Floor**
**One Bowling Green**
**New York, New York**

Please find enclosed the following.

Original Court Copy and Original Judge's Copy of the following:

1.    Claimant's *Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*.

2.    *Proof of Service:  Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*, which was personally served to party accepting service for TRW Automotive, 12001 Tech Center Drive, Livonia, Michigan, 48150, (734) 855-2600, by third party Douglas Dwight Bennett.  See attached *Proof of Service*.

*Delphi - Cover Letter to Court - Proof of Service: Notice of Claim of Saginaw Lien* **Page 1 of 2**

3.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese***, which was personally served to party accepting service for Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48098-2815, Attention to Delphi Corporation Tax Staff, (248) 813-2698, by third party Douglas Dwight Bennett. See attached *Proof of Service*.

4.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese***, which was personally served by U.S. Postal Service Certified Mail with Return Receipt Requested to John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois, 60606, by third party Douglas Dwight Bennett. See attached *Proof of Service*.

5.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese***, which was personally served by U.S. Postal Service Certified Mail with Return Receipt Requested to Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York, 10036, by third party Douglas Dwight Bennett. See attached *Proof of Service*.

6.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese***, which was personally served by U.S. Postal Service Certified Mail with Return Receipt Requested to J.P. Morgan Chase Bank, 270 Park Avenue, New York, New York, 10017, by third party Douglas Dwight Bennett. See attached *Proof of Service*.

Copy of ***Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*** was filed with Saginaw County, Register of Deeds, 111 South Michigan Avenue, Saginaw, Michigan, 48602, at Liber: 2462, Page(s) 1550 through 1556. Referenced copy of ***Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*** was personally filed by Claimant/Creditor Scott Darryl Reese on October 03, 2007.

Please docket and file these pleadings in the usual manner.

If you have any questions, feel free to call me at (248) 969-4055. Thank you.

Date: October 07, 2007                              *Scott Darryl Reese*
                                                    Scott Darryl Reese;
                                                    SCOTT DARRYL REESE;
                                                    SCOTT D. REESE
                                                    c/o 329 Basket Branch
                                                    Oxford, Michigan state
                                                    [48371-6359]
                                                    in the united States of America
                                                    Creditor - (248) 969-4055

2007030980

**L-2462 P-1550** Page 1 of 7
L CL
OFFICIAL SEAL Saginaw County, Michigan
Mildred M Dodak Register Of Deeds
October 03, 2007  03 57 PM

## CLAIM OF LIEN

STATE OF MICHIGAN
COUNTY OF SAGINAW

NOTICE IS HEREBY GIVEN THAT ON THE _____Third_ DAY OF ____ October _____

2007, _____ Scott Darryl Reese _____
(NAME OF LIEN CLAIMANT)

WHOSE ADDRESS IS _____ c/o 329 Basket Branch, Oxford, state of Michigan _____

FIRST PROVIDED LABOR FOR A BENEFIT TO Delphi Energy & Chassis Systems, Saginaw
Operations, 2328 East Genesee, Saginaw, Michigan, 48601, land & Legal Description Attached and
described herein

_____ Proof of Claim has been submitted to the United States Bankruptcy Court, Southern District
of New York, One Bowling Green, New York, New York, 10004-1408 _____

_____ (LEGAL DESCRIPTION OF REAL PROPERTY) _____

THE (OWNER)(LESSEE) OF THE ABOVE DESCRIBED REAL PROPERTY IS _DELPHI -
DEBTOR IN POSSESSION, 5725 Delphi Drive, Troy, Michigan, 48098-2815 _____

THE LAST DAY OF PROVIDING LABOR* OR MATERIAL WAS THE___current____ DAY OF
October_____, 2007  (*LABOR IS STILL CONTINUING, PER UNION CONTRACT )
THE LIEN CLAIMANT'S CONTRACT AMOUNT, INCLUDING EXTRAS, IS $ ___42,698.85___
THE LIEN CLAIMANT HAS RECEIVED PAYMENT IN THE TOTAL AMOUNT OF $ _0.00_____
AND THEREFORE CLAIMS A LIEN UPON THE ABOVE DESCRIBED PROPERTY IN THE AMOUNT
OF $ _42,698.85_____

DATED __October_3_, 2007 _____                _____ Scott Darryl Reese _____
                                              _____ 329 Basket Branch, Oxford, state of Michigan _
                                              (NAME AND ADDRESS OF LIEN CLAIMANT)

RETURN TO                       BY _____ Scott Darryl Reese _____
United States Bankruptcy Court       _____ Scott Darryl Reese _____
Southern District of New York        (SIGNATURE OF LIEN CLAIMANT, AGENT OR
One Bowling Green                                    ATTORNEY)
New York, New York  10004-1408

                                              _____ Scott Darryl Reese _____
PREPARED BY  (NAME AND ADDRESS)               _____ 329 Basket Branch, Oxford, state of Michigan _
                                              (ADDRESS OF PERSON SIGNING
_____ Scott Darryl Reese _____                CLAIM OF LIEN)
_____ c/o 329 Basket Branch _____
_____ Oxford, Michigan state _____

                                 SUBSCRIBED AND SWORN TO BEFORE ME THIS _3rd__ DAY
                                 OF _OCTOBER__  2007
                                       _____ Connie Sniecinski _____
                                 NOTARY PUBLIC  CONNIE SNIECINSKI
                                       SAGINAW        _____ COUNTY, MICHIGAN
                                 NOTARY EXP  DATE  11-27-11
                                 BAY COUNTY, MI ACTING IN SAGINAW COUNTY, MI

*Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*                      **Page 1 of 7**

7p. #32.00

Scott Reese *pick -up *

STATE OF MICHIGAN   )
                  )ss
COUNTY OF SAGINAW  )

<u>NOTICE OF *CLAIM OF LIEN* FILED</u>

<u>ADDITIONALLY AS "AMERICAN CITIZEN" COMMON LAW LIEN</u>

Notice is hereby given that on the __3rd__ day of October 2007, this lien has been filed  Because of the actual controversy to the amount of the damages filed, the claim, Claim Number 16709, in Delphi Bankruptcy Proceeding #05-44481, is pending before United States Bankruptcy Court for the Southern District of New York.  This *Claim of Lien* is filed in support of Proof of Claim in said Bankruptcy Court, and recorded with the Saginaw County Register of Deeds  This action is taken at law in the United States Bankruptcy Court for the Southern District of New York to recover the amount in controversy, designated by the Seventh Amendment, as an actual case in controversy that exceeds twenty dollars  See Title 28 U S C A , Section 1343 (3), under Federal Question

Property to be liened, Foreclosed and Ejectment.

PARCEL    Parcel Identification – Liber  2105   Page  0804

A PARCEL OF LAND IN S.E  1/4 OF SEC. 30 & S W  1/4 OF SEC 29, T  12 N., R  5E  VIZ  COMG AT W  1/4 SEC. CORNER OF SEC  29, THENCE S  ALONG  W  LINE OF SAID SEC  891  1 FT  TO A POINT WHICH IS 33 FT  S  OF P M R R  RIGHT OF WAY, & TAKEN AS PLACE OF BEG., THENCE ELY  ALONG A LINE WHICH IS PARL  TO & 33 FT  S  OF P M R R  RIGHT OF WAY, 2121 54 FT  TO A POINT ON  W  LINE OF CUMBERLAND ST , THENCE SLY  ALONG SAID ST  LINE, TO  N  LINE OF CRANKSHAFT GARDENS, THENCE  WLY  ALONG SAID  N  LINE TO  W  LINE OF CRANKSHAFT GARDENS, THENCE SLY  ALONG SAID  W  LINE, 673 38 FT , THENCE  N 86 DEG  5MIN  30 SEC  W , 748 75 FT , THENCE CONTG  W  ON  N  LINE OF HAROLD ST  TO ELY  LINE OF GENESEE AVE , THENCE NLY  ALONG SAID ST  LINE, 1146 01 FT , THENCE ELY  ALONG A LINE THAT IS PARL  TO & 33 FT  SLY  OF PMRR RIGHT OF WAY, 635 63 FT  TO POINT OF BEG. ALSO, LOTS 55,82,83, 110 & 111,CRANKSHAFT GARDENS ALSO THAT PART OF VACATED PEMBERTON ST  & VACATED LETCHER ST  LYING ADJACENT, THERETO (ACT 198 OF 1974 IFT#10-9520, #10-9560, 10-9610, & 10-9660 PERSONAL

Commonly known as 2328 East Genesee, Saginaw, Michigan

*Delphi Energy & Chassis Systems,*
*Saginaw Operations,*
*2328 East Genesee*
*Saginaw, Michigan, 48601*

*Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*          **Page 2 of 7**

Mortgage secured by  J P  Morgan Chase Bank
270 Park Avenue
New York, New York   10017

As required by Senate Bill No  828, State of Michigan, Act No  526 Public Acts of 1997 as approved by Governor John Engler on the 12th of January 1997, and having taken effect 90 days after final adjournment of the Legislature, Senate Bill No  828 became Law on the 13th of April 1997  The Lien Claimant, Scott Darryl Reese, gives notice of actual filing of *Claim of Lien*  Actual notice has been recorded in the entry book of the Register of Deeds in the County of Saginaw, State of Michigan  A copy of Senate Bill No. 828 enclosed as a necessity of notice *Benshoof v  City of Iowa Falls*, 156 N  W  898, Supreme Court of Iowa Falls (1916); Review of Administrative Law *Abbott Laboratories v  John W  Gardener, Secretary of Health, Education and Welfare, et  al*, 387 U S 136, 18 L. Ed 2D  681, 87 S  Ct. 1507 (1967).

First – Reference to *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*, in the matter of *Scott Darryl Reese v  DELPHI CORPORATION, et  al . DELPHI - DEBTOR IN POSSESSION*, DELPHI World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815*, LLC, doing business in the state of Michigan.  *Proof of Claim in Delphi Bankruptcy Proceedings - Reese* is for unauthorized deductions ("withholdings") in the amount of $42,698 85, plus interest, and costs incurred, as well as reasonable compensation for time having to pursue and defend that frivolous claim, which has no merit or basis in law  *Proof of Claim in Delphi Bankruptcy Proceedings - Reese* Claim Number  16709, in Delphi Bankruptcy Proceeding #05-44481, in the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004-1408

The last day of providing labor or material was the current day of October __03__, 2007  Labor is still continuing, per union contract.

Total Amount Due $42,698 85, plus interest, and costs incurred, as well as reasonable compensation for time having to pursue and defend the *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*

*Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*                                      **Page 3 of 7**

Second – Reference to ***Proof of Claim in Delphi Bankruptcy Proceedings - Reese***, in the matter of

*Scott Darryl Reese v DELPHI CORPORATION, et al . DELPHI - DEBTOR IN POSSESSION*, DELPHI

World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815*, LLC, doing business in

the state of Michigan ***Proof of Claim in Delphi Bankruptcy Proceedings - Reese*** is for alleged fraud, that

*DELPHI CORPORATION. et al ,*, failed to honor Scott Darryl Reese's Copy of Agreement to hire Scott

Darryl Reese, ***In lieu of "IRS Form W-4"*** and copy of claim of exception for City of Saginaw, State of

Michigan and Federal Income Tax withholdings on ***W-4 Qualifying Declaration*** for work performed in the

private sector workforce Scott Darryl Reese's claim for damages minimally equals treble damages in an

amount of $42,698 85 as of 09-23-2007, Saginaw "withheld tax" included

Third – Reference to ***Proof of Claim in Delphi Bankruptcy Proceedings - Reese***, in the matter of

*Scott Darryl Reese v DELPHI CORPORATION. et al , DELPHI - DEBTOR IN POSSESSION*, DELPHI

World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815*, LLC, doing business in

the state of Michigan ***Proof of Claim in Delphi Bankruptcy Proceedings - Reese*** is for *DELPHI*

*CORPORATION, et al* acting, presumably, under color of statute for the Internal Revenue Service in the

state of Michigan See Delphi Corporation Tax Staff Received Letter dated April 24, 2007, *infra*, also as

*Exhibit X* in ***Proof of Claim in Delphi Bankruptcy Proceedings - Reese***

> *We have received your letter of April 9. 2007, and carefully reviewed it*
>
> *I R C §6332(a) requires that we honor the IRS levy Once an employer is served with a notice of levy, the employer must surrender wages or salary to the District Director on the same date that the employer would otherwise have paid the taxpayer Treas Reg §301 633 I-I(b) I R C §6332(e) provides that if we honor the levy, we are relieved of any liability to you I R C §6332(d) provides that if we do not honor the levy, we are liable to the United States for the amount specified in the levy The courts have consistently held that employers are not liable when they honor a levy See, Celauro v U.S., 411 F Supp 2d 257 (E D NY 2006), Shephard v IRS, 2006 U S Dist Lexis 69029 (N D NY 2006). Kish v Rogers, 2006 U S Dist Lexis 81812 (S D TX 2006)*

*While we are not providing you with legal advice, the arguments you raise regarding I R C §3401 have been held invalid for some time  See, <u>Sullivan v  U S</u>, 788 F 2d 813 (1ˢᵗ Cir  1986), <u>Peth v  Breitzmann</u>, 611 F  Supp  50 (E D  WI 1985)*

*You should also note that taxpayers who pursue arguments lacking any basis can be sanctioned with penalties  See, I R C  §§6673 and 6702*

*Delphi Corporation Tax Staff*

Fourth – Reference to *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*, in the matter of *Scott Darryl Reese v  DELPHI CORPORATION, et al . DELPHI - DEBTOR IN POSSESSION, DELPHI World Headquarters located at 5725 Delphi Drive, Troy, Michigan, 48098-2815,* LLC, doing business in the state of Michigan  *Proof of Claim in Delphi Bankruptcy Proceedings - Reese* has in it claim for Counsel, Legal fees and costs in an amount not yet determined

Fifth – Reference to *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*, in the matter of *Scott Darryl Reese v  DELPHI CORPORATION, et al , DELPHI - DEBTOR IN POSSESSION, DELPHI World Headquarters located at 5725 Delphi Drive, Troy, Michigan, 48098-2815,* LLC, doing business in the state of Michigan  *Proof of Claim in Delphi Bankruptcy Proceedings - Reese* is for contractual obligation, contractual relations in the state of Michigan, and breach of contract.  Claimant claims compensatory damages in the amount of $150,000 00 Dollars from *DELPHI CORPORATION, et al ,* and claims punitive damages in the amount of $150,000 00 Dollars

Sixth – Reference to *Proof of Claim in Delphi Bankruptcy Proceedings - Reese*, in the matter of *Scott Darryl Reese v  DELPHI CORPORATION, et al . DELPHI - DEBTOR IN POSSESSION, DELPHI World Headquarters located at 5725 Delphi Drive, Troy, Michigan, 48098-2815,* LLC, doing business in the state of Michigan  *Proof of Claim in Delphi Bankruptcy Proceedings - Reese* is for damages for Claimant's loss of right to use private property labor to improve Claimant's standard of living and the right to do as Claimant's wishes with Claimant's earnings  Claimant's loss of right to invest his labor for profit, gain, and investment minimally equals damages in the amount of $150,000.00 Dollars, from *DELPHI CORPORATION, et al , DELPHI - DEBTOR IN POSSESSION, DELPHI* World Headquarters located at

*Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*                    **Page 5 of 7**

*5725 Delphi Drive, Troy, Michigan, 48098-2815, General Motors/Delphi Automotive Payroll Services, Wage Attachments, 1225 West Washington Street, Tempe. Arizona, 85281,* and *Delphi Energy & Chassis Systems, Saginaw Operations, 2328 East Genesee, Saginaw, Michigan, 48601,* jointly and severally

Seventh – Reference to **Proof of Claim in Delphi Bankruptcy Proceedings - Reese**, in the matter of *Scott Darryl Reese v DELPHI CORPORATION, et al . DELPHI - DEBTOR IN POSSESSION, DELPHI* World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815, LLC,* doing business in the state of Michigan **Proof of Claim in Delphi Bankruptcy Proceedings - Reese** is for claim for damages related to conspiracy to interfere with civil rights, constitutional rights to liberty, private personal property, the right to earn a living, and to establish justice (Due Process) when the question of right to be compensated for Claimant's labor was denied to Scott Darryl Reese, by *DELPHI CORPORATION, et al . DELPHI - DEBTOR IN POSSESSION, DELPHI* World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815, General Motors/Delphi Automotive Payroll Services, Wage Attachments. 1225 West Washington Street, Tempe, Arizona, 85281,* and *Delphi Energy & Chassis Systems, Saginaw Operations, 2328 East Genesee, Saginaw, Michigan, 48601,* jointly and severally   Actions were taken, by and through the directed action of Charla Keith, as a private person, and Delphi Corporation Tax Staff to enforce, presumably, the policy, usage and customs of the Internal Revenue Service statutes, in the state of Michigan, at the expense of Scott Darryl Reese, for the conspiracy to interfere with Scott Darryl Reese's right to liberty, amounting to claims for damages in the minimal sum of $150,000 00

Claimant's **Proof of Claim in Delphi Bankruptcy Proceedings - Reese** for damages and injuries was on the 15th of September, 2007  The state of Michigan, as one of the original fifty states of the United States, is a common law state  Claimant has the right to bring this action at common law, with an amount in controversy that exceeds twenty dollars, before the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004-1408  The Lien Claimant has received payment regarding Claim Number 16709, in Delphi Bankruptcy Proceeding #05-44481, in the amount of

*Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*     **Page 6 of 7**

zero dollars and therefore claims a lien on *DELPHI CORPORATION, et al , DELPHI - DEBTOR IN POSSESSION. DELPHI* World Headquarters located at *5725 Delphi Drive, Troy, Michigan, 48098-2815,* General Motors/Delphi Automotive Payroll Services, Wage Attachments, 1225 West Washington Street, Tempe, Arizona, 85281,* and *Delphi Energy & Chassis Systems, Saginaw Operations, 2328 East Genesee, Saginaw, Michigan, 48601,* jointly and severally Actions were taken, by and through the directed action of Charla Keith, as a private person, through Delphi Corporation Tax Staff

To be completed by Lien Claimant(s)
Who are
"American Citizens"

The Lien Claimant reserves right to bring this action at law before the U S Bankruptcy Court at law pursuant to the Seventh Amendment to the Constitution of the United States, as a case with a controversy that exceeds twenty dollars, pursuant to common law right's federal jurisdiction and pursuant to Title 28 U S C A , 1343(3)

Date **October 3** , 2007

*Scott Darryl Reese,*
SCOTT DARRYL REESE,
SCOTT D REESE
c/o 329 Basket Branch
Oxford, Michigan state,
[48371-6359]

Prepared by
Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state 48371

Return To
Scott Darryl Reese
c/o 329 Basket Branch
Oxford, Michigan state 48371

---

Subscribed to and sworn before me this **3RD** day of **OCTOBER** , 200 **7**

~~CONNIE SNIECINSKI~~
Notary Public, **SAGINAW** County, Michigan

My Commission Expires **11-27-11**
BAY COUNTY, MI ACTING IN SAGINAW COUNTY, MI

*Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*                    **Page 7 of 7**

# Proof of Service

I do hereby certify that I have served TRW Automotive, 12001 Tech Center Drive, Livonia, Michigan, 48150 (name of agency or person served) with a true copy of the within document(s) (circle one) (personally)/(by Certified Mail with Return Receipt Requested)/(Certificate of Mailing), from/at
c/o 24689 Frontier Circle, Michigan state (city and state mail was sent from).  Within Document: *Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*.

Oct 5, 2007
_____
Date

_P. Maldonado_
_____
Signature of Person Accepting Service

Oct 5, 2007
_____
Date

_Patricia Maldonado_
_____
Name of Person Accepting Service

OcT. 5 2007
_____
Date

_____
Signature of Affiant
Douglas Dwight Bennett

---

Subscribed to and sworn before me this 5th day of October _____, 200 7 .

_Colleen Murphy_
_____

Notary Public, Wayne _____ County, Michigan.
My Commission Expires: 4-23-2013 _____

COLLEEN MURPHY
Notary Public - Michigan
Wayne County
My Commission Expires Apr 23, 2013
Acting in the County of Wayne

# Proof of Service

I do hereby certify that I have served Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48098-2815, Attention to Delphi Corporation Tax Staff (name of agency or person served) with a true copy of the within document(s) (circle one) (personally)/(by Certified Mail with Return Receipt Requested)/(Certificate of Mailing), from/at c/o 24689 Frontier Circle, Michigan state (city and state mail was sent from). Within Document: *Notice of Claim of Lien – Delphi Bankruptcy Proceedings – Reese.*

10/5/07
Date

10/5/07
Date

OcT 5, 2007
Date

Signature of Person Accepting Service

J. L. McDonald
Authorized Agent for
Propess, Delphi HQ, Troy
Name of Person Accepting Service

Signature of Affiant
Douglas Dwight Bennett

Subscribed to and sworn before me this 5th day of OCtobER, 200_Z.

Colleen Murphy

Notary Public, Wayne County, Michigan.
My Commission Expires: 4-23-2013

COLLEEN MURPHY
Notary Public - Michigan
Wayne County
My Commission Expires Apr 23, 2013
Acting in the County of _____

# Proof of Service

I do hereby certify that I have served J.P. Morgan Chase Bank, 270 Park Avenue, New York, New York, 10017 (name of agency or person served) with a true copy of the within document(s) (circle one) (personally)/(by Certified Mail with Return Receipt Requested)/(Certificate of Mailing), from/at c/o 24689 Frontier Circle, Michigan state (city and state mail was sent from).  Within Document: *Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*.

_____                    _____
Date                                        Signature of Person Accepting Service

_____                    _____
Date                                        Name of Person Accepting Service

*October 05, 2007*                          _____
Date                                        Signature of Affiant
                                            Douglas Dwight Bennett

*NOTE SEE CERTIFIED RECEIPT AS ATTACHED*

Subscribed to and sworn before me this ____ day of _____, 200__ .

_____

Notary Public, _____ County, Michigan.

My Commission Expires: _____

**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 1820 0007 0240 7395

For delivery information visit our website at www.usps.com

NEW YORK NY 10017

| | | |
|---|---|---|
| Postage | $ | $0.97 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.77 |

10/05/2007

Sent To
J.P. Morgan Chase Bank
Street, Apt. No., or PO Box No.
270 Park Avenue
City, State, ZIP+4
New York, New York   10017

PS Form 3800, Jun

```
================================
     FLAT ROCK POST OFFICE
     FLAT ROCK, Michigan
         481349998
        2524950134-0098
10/05/2007 (734)783-0506 01:57:21 PM
================================
====== Sales Receipt ======
Product           Sale Unit    Final
Description       Qty  Price    Price

NEW YORK NY 10017              $0.97
Zone-4 First-Class
Large Env
1.80 oz.
Return Rcpt (Green            $2.15
Card)
Certified                    $2.65
Label #:     70051820000702407395
                           ========
Issue PVI:                    $5.77

                          ==========
Total:                        $5.77

Paid by:
Cash                        $10.00
Change Due:                 -$4.23

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000200257995
Clerk:06

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.
***********************************
***********************************
    HELP US SERVE YOU BETTER

  Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
      POSTAL EXPERIENCE


      YOUR OPINION COUNTS
***********************************
***********************************


        Customer Copy
```

# Proof of Service

I do hereby certify that I have served Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York, 10036 (name of agency or person served) with a true copy of the within document(s) (circle one) (personally)/(by Certified Mail with Return Receipt Requested)/(Certificate of Mailing), from/at c/o 24689 Frontier Circle, Michigan state (city and state mail was sent from).  Within Document: *Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*.

_____          _____
Date                             Signature of Person Accepting Service

_____          _____
Date                             Name of Person Accepting Service

*OcTober 05, 2007*                _____
Date                             Signature of Affiant
                                 Douglas Dwight Bennett

*NoTe See CerTified ReCeipT As ATTacHeD*

Subscribed to and sworn before me this ____ day of _____, 200__ .

_____

Notary Public, _____ County, Michigan.

My Commission Expires: _____

======================================
FLAT ROCK POST OFFICE
FLAT ROCK, Michigan
481349998
2524950134-0098
10/05/2007 (734)783-0506 01:56:09 PM
======================================
======= Sales Receipt =======
| Product | Sale Unit | Final |
| Description | Qty Price | Price |
| --- | --- | --- |

NEW YORK NY 10036                    $0.97
Zone-4 First-Class
Large Env
1.80 oz.
Return Rcpt (Green                   $2.15
Card)
Certified                            $2.65
Label #:   70051820000702407388
                                  =======
Issue PVI:                           $5.77

                                ==========
Total:                               $5.77

Paid by:
Cash                                $20.00
Change Due:                        -$14.23

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000200257987
Clerk:06

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
**********************************
**********************************
   HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

  TELL US ABOUT YOUR RECENT
      POSTAL EXPERIENCE


     YOUR OPINION COUNTS
**********************************
**********************************


          Customer Copy

---

**U.S. Postal Service**™
## CERTIFIED MAIL™ RECEIPT
**(Domestic Mail Only; No Insurance Coverage Provided)**

For delivery information visit our website at www.usps.com®

NEW YORK NY 10036

| | | |
| --- | --- | --- |
| Postage | $ | $0.97 | 0134 |
| Certified Fee | $2.65 | -06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.77 | |

*Sent To* Kayalyn A. Marafiot
Thomas J. Matz
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
*Street, Apt. No.; or PO Box No.* Four Times Square
*City, State, ZIP+4* New York, New York 10036

PS Form 3800, Jun

7005 1820 0007 0240 7388

# Proof of Service

I do hereby certify that I have served John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois, 60606 (name of agency or person served) with a true copy of the within document(s) (circle one) (personally)/(by Certified Mail with Return Receipt Requested)/(Certificate of Mailing), from/at c/o 24689 Frontier Circle, Michigan state (city and state mail was sent from).  Within Document: *Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*.

_____          _____
Date                                                            Signature of Person Accepting Service

_____          _____
Date                                                            Name of Person Accepting Service

*OcTober 05, 2007*                              _____
Date                                                            Signature of Affiant
                                                                    Douglas Dwight Bennett

*NoTe SEE CerTiFieD ReCeipT AS ATTacHeD*

_____

Subscribed to and sworn before me this ____ day of _____, 200__.

_____
Notary Public, _____ County, Michigan.
My Commission Expires: _____



```
==========================================
        FLAT ROCK POST OFFICE
        FLAT ROCK, Michigan
             481349998
            2524950134-0098
10/05/2007 (734)783-0506 01:58:37 PM
==========================================
============= Sales Receipt =============
Product          Sale Unit       Final
Description        Qty Price      Price

CHICAGO IL 60606                   $0.97
Zone-3 First-Class
Large Env
 1.80 oz.
 Return Rcpt (Green                $2.15
 Card)
 Certified                         $2.65
 Label #:      70051820000702407371
                                ========
 Issue PVI:                        $5.77

                                ==========
Total:                             $5.77

Paid by:
Cash                               $6.02
Change Due:                       -$0.25
```

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000200258001
Clerk:06

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.
************************************
************************************
      HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE


        YOUR OPINION COUNTS
************************************
************************************


            Customer Copy

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

......................................................... x

Scott Darryl Reese, :
Claimant/Creditor :
               :
      v. :

IN RE: :     Honorable Robert D. Drain
               :
DELPHI CORPORATION, et. al., :     Case No. 05-44481
DELPHI - DEBTOR IN POSSESSION :
DELPHI CHASSIS SYSTEMS :     **Bankruptcy Trustee**
        Debtor, :
               :     (Jointly Administered)

......................................................... x

To the United States Trustee for the Southern District of New York Alicia M. Leonhard:

Please find enclosed the following in regards to Delphi Bankruptcy Proceedings.

Trustee's Copy of the following:

1.    Claimant's *Delphi - Cover Letter to Court - Proof of Service: Notice of Claim of Saginaw Lien*.

2.    Claimant's *Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*.

3.    *Proof of Service:  Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*, which was personally served to party accepting service for TRW Automotive, 12001 Tech Center Drive, Livonia, Michigan, 48150, (734) 855-2600, by third party Douglas Dwight Bennett.  See attached *Proof of Service*.

4.    *Proof of Service:  Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*, which was personally served to party accepting service for Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48098-2815, Attention to Delphi Corporation Tax Staff, (248) 813-2698, by third party Douglas Dwight Bennett.  See attached *Proof of Service*.

*Delphi - Cover Lttr. to Trustee - Proof of Service: Notice of Claim of Saginaw Lien* **Page 1 of 2**

5.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese,***
     which was personally served by U.S. Postal Service Certified Mail with Return Receipt
     Requested to John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS,
     SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago,
     Illinois, 60606, by third party Douglas Dwight Bennett. See attached *Proof of Service*.

6.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese,***
     which was personally served by U.S. Postal Service Certified Mail with Return Receipt
     Requested to Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP, Four Times Square, New York, New York, 10036, by third
     party Douglas Dwight Bennett. See attached *Proof of Service*.

7.   ***Proof of Service: Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese,***
     which was personally served by U.S. Postal Service Certified Mail with Return Receipt
     Requested to J.P. Morgan Chase Bank, 270 Park Avenue, New York, New York, 10017,
     by third party Douglas Dwight Bennett. See attached *Proof of Service*.

Copy of ***Notice of Claim of Lien - Delphi Bankruptcy Proceedings - Reese*** was filed
with Saginaw County, Register of Deeds, 111 South Michigan Avenue, Saginaw, Michigan,
48602, at Liber: 2462, Page(s) 1550 through 1556. Referenced copy of ***Notice of Claim of Lien
- Delphi Bankruptcy Proceedings - Reese*** was personally filed by Claimant/Creditor Scott
Darryl Reese on October 03, 2007.

Please docket and file these pleadings in the usual manner.

If you have any questions, feel free to call me at (248) 969-4055. Thank you.


Date: October 07, 2007                                    *Scott Darryl Reese*
                                                          Scott Darryl Reese;
                                                          SCOTT DARRYL REESE;
                                                          SCOTT D. REESE
                                                          c/o 329 Basket Branch
                                                          Oxford, Michigan state
                                                          [48371-6359]
                                                          in the united States of America
                                                          Creditor - (248) 969-4055


*Delphi - Cover Lttr. to Trustee - Proof of Service: Notice of Claim of Saginaw Lien* **Page 2 of 2**