

## AkermanSenterfitt
ATTORNEYS AT LAW

Fort Lauderdale
Jacksonville
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229

www.akerman.com

954 463 2700 *tel*   954 463 2224 *fax*

Joanne Gelfand
954 759 8965
joanne.gelfand@akerman.com

August 2, 2007

**ATTN: Automation Dept.**
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

> **RE:** **Removal of Attorney from Electronic Notification Case List**
> **Case Name:** **Delphi Corporation**
> **Case No.:** 05-444481-rdd

Dear Sir/Madam:

Please **remove** my name and email address (joanne.gelfand@akerman.com) from the electronic notification case list for the above referenced case. If you should have any questions, please feel free to contact me.

Very truly yours,

**AKERMAN SENTERFITT**

Joanne Gelfand

JG/jm

{FT411227;1}