IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

       In re                            :       Chapter 11

                                             :

DELPHI CORPORATION, et al.,       :       Case No. 05-44481 (RDD)

                                             :

                      Debtors.    :       (Jointly Administered)

                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On October 11, 2007, I caused to be served the document listed below (i) upon the party listed on <u>Exhibit A</u> hereto via overnight delivery, (ii) upon the parties listed on <u>Exhibit B</u> hereto via electronic notification and (iii) upon the parties listed on <u>Exhibit C</u> hereto via facsimile:

Notice Of Intention To Enter Into Real Property Lease (Downers Grove, Illinois Lease) [a copy of which is attached hereto as <u>Exhibit D</u>]

Dated: October 15, 2007

                                              <u>/s/ Elizabeth Adam</u>
                                              Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of October, 2007, by Elizabeth Adam, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    <u>/s/ Leanne V. Rehder</u>

Commission Expires:  <u>3/2/08</u>

# EXHIBIT A

Delphi Corporation
Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/15/2007 2:08 AM
Lease Notice Service Lists Overnight

# EXHIBIT B

Delphi Corporation
Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|-----------|------|-------|-----|-------|------------------|
| Latham & Watkins LLP | Keith A. Simon | 233 South Wacker Drive | Sears Tower, Suite 5800 | Chicago | IL | 60606 | Keith.Simon@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/15/2007 2:09 AM
Lease Notice Service Lists Email

# EXHIBIT C

Delphi Corporation
Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/15/2007 2:09 AM
Lease Notice Service Lists Fax

# EXHIBIT D

**Objection Deadline: October 25, 2007**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                          |   |                          |
|--------------------------|---|--------------------------|
| In re                    | : | Chapter 11               |
|                          | : |                          |
| DELPHI CORPORATION, et al., | : | Case No.  05-44481 (RDD) |
|                          | : |                          |
| Debtors.                 | : | (Jointly Administered)   |
|                          | : |                          |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF INTENTION TO ENTER INTO REAL PROPERTY LEASE
**(Downers Grove, Illinois Lease)**

1.    ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
       PROPERTY LEASES

       PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain lease transactions upon notice
to the Notice Parties (as defined in the Order) without further Court approval.  The
Debtors have determined to enter into the following real property lease (the "Lease")
pursuant to the Order:

                        Location Of Leased Premises:

                        **3110 Woodcreek Drive
                        Downers Grove, Illinois**

2.    LEASE EFFECTIVE DATE

       PLEASE TAKE FURTHER NOTICE that Delphi Mechatronics Systems, Inc.
(the "Tenant"), one of the Debtors, intends to enter into the Lease with respect to the
premises described in paragraph 1 hereof (the "Premises") following the expiration of the
Objection Period.

3.      <u>LESSOR</u>

Chicago Title Land Trust Company, as successor trustee to LaSalle National Bank, as Trustee (and not personally) under Trust Agreement dated October 1, 1990 and known as Trust No. 115897 (the "Lessor").

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.      <u>DESCRIPTION OF LEASE TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease is attached hereto as <u>Exhibit 2</u>.

Dated: New York, New York
          October 11, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

                    By:   /s/ John Wm. Butler, Jr.
                          John Wm. Butler, Jr. (JB 4711)
                          John K. Lyons (JL 4951)
                          Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                              - and -

                    By:   /s/ Kayalyn A. Marafioti
                          Kayalyn A. Marafioti (KM 9632)
                          Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, <u>et al.</u>,
                    Debtors and Debtors-in-Possession

2

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :

In re                          :     Chapter 11
                                   :

DELPHI CORPORATION, et al.,  :     Case No. 05-44481 (RDD)
                                   :

                   Debtors.  :     (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
<u>LEASES WITHOUT FURTHER COURT APPROVAL</u>

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

       5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

       6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

       7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:     New York, New York
          January 6, 2006

                               /s/ Robert D. Drain
                               UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Terms</u>

1. Lessor:                          Chicago Title Land Trust Company, as successor
                                    trustee to LaSalle National Bank, as Trustee (and not
                                    personally) under Trust Agreement dated October 1,
                                    1990 and known as Trust No. 115897

2. Tenant:                          Delphi Mechatronics Systems, Inc.

3. Premises:                        42,393 square feet of industrial space located at:
                                    3110 Woodcreek Drive
                                    Downers Grove, Illinois

4. Commencement Date:               December 1, 2007

5. Expiration Date:                 August 31, 2008

6. Monthly Rent:                    $40,776.47

7. Termination Payment Due
   August 1, 2008:                  $490,029.75

8. Operating Expenses:              Tenant's proportionate share of the real estate taxes,
                                    insurance premiums, and other common area
                                    charges

9. Permitted Use:                   Office and industrial

10. Renewal Option:                 No additional renewal options

NOTE:   Tenant previously obtained Court approval to reject the prior lease for the Premises
        effective November 30, 2007, under the Court's Order Under 11 U.S.C. §§ 363(b),
        365(a), And 365(d) And Fed. R. Bankr. P. 6004 And 6006 Authorizing Debtors To (A)
        Enter Into And Assign Purchase Agreement, (B) Enter Into Lease Agreement, And (C)
        Reject Certain Unexpired Lease Of Nonresidential Real Property, dated March 27, 2007
        (Docket No. 7425).  The prior lease had a term through August 14, 2010.  Tenant
        requires an additional nine months to wind down operations and vacate the Premises.  In
        exchange for Tenant's entry into the Lease and payments of the amounts due thereunder,
        Lessor has agreed to waive any claims related to the rejection of the original Lease for
        the Premises.