Young Conaway Stargatt & Taylor, LLP
Attorneys for the Chapter 11 Trustee
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600
Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean M. Beach (DE Bar I.D. No. 4070)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
                                    ) SS
NEW CASTLE COUNTY )

      Melissa L. Bertsch, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for creditor, Metalforming Technologies, Inc. in the within captioned matter, and that on October 16, 2007, she a caused copy of the attached:

**Notice of Deposition of Debtors Pursuant to Fed. R. Bankr. P. 7030 and Fed. R. Civ. P. 30(b)(6)**

to be served upon the parties identified on the service list attached hereto in the manner indicated.

                                                    Melissa L. Bertsch

SWORN TO AND SUBSCRIBED before me this 16th day of October, 2007.

                                              Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

## SERVICE LIST
## Metalforming Technologies, Inc., et al.
## 10/16/2007

John Wm. Butler, Esq.
John K. Lyons, Esq.
Joseph N. Wharton Esq.
Skadden, Arps, Slate, Meagher & Flom
Suite 2100, 333 West Wacker Drive
Chicago, IL 60606
(Delphi Corporation et al.)
*First Class Mail*