YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Pauline K. Morgan (PM 3361)
Michael R. Nestor (MN 2071)
Curtis J. Crowther (DE Bar I.D. No. 3238)
Sean A. Beach (DE Bar I.D. No. 4070)

Attorneys for Creditor, Metalforming Technologies, Inc


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------:
                                                      :    Chapter 11
      In re                                           :
                                                      :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                           :
                                                      :    (Jointly Administered)
                        Debtors.                      :
------------------------------------------------------:


## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Curtis J. Crowther, a member in good standing of the bar in the State of Delaware,[1] request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Metalforming Technologies, Inc., a creditor in the above-referenced case.  My contact information is as follows:

> Curtis J. Crowther, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6755
> Fax: (302) 576-3445
> ccrowther@ycst.com

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  October 16, 2007
        Wilmington, Delaware

                                        Curtis J. Crowther (CC-7076)

---

[1]    I am also a member and in good standing of the bars of the Commonwealth of Pennsylvania; the United States District Courts for the District of Delaware, the Eastern District of Pennsylvania and the Northern District of Indiana; the United States Court of Appeals for the Third Circuit; and the United States Supreme Court.

**ORDERED**, that Curtis J. Crowther, Esq., is admitted to practice *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated : _____
    New York, New York

_____
Robert D. Drain
United States Bankruptcy Judge