# EXHIBIT A

FORM B10 (Official Form 10) (4/98)

<table>
<tr><td colspan="2"><strong>UNITED STATES BANKRUPTCY COURT<br>FOR THE SOUTHERN DISTRICT OF NEW YORK</strong></td><td><strong>PROOF OF CLAIM</strong></td></tr>
</table>

| Name of Debtor  **Delphi Automotive Systems LLC** | Case Number:  **05-44640(RDD)** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor ( The person or other entity to whom the debtor owes money or property)
**GE Plastics**

Name and address where notices should be sent
**GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
Attn: Val Venable          704 992-5075**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

COPY
RECEIVED
AUG 04 2006
KURTZMAN CARSON
THIS SPACE IS FOR COURT
USE ONLY

Account or other number by which creditor identifies debtor:
**018697/025045/025161/036625/044219/064042/80580 2/807199/810776/812372/814055/815365**

Check here  ☐ amends
if this claim  ☐ replaces  a previously filed claim, dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Your social security number
  Unpaid compensation for services performed
  from _____ until _____

| **2. Date debt was incurred:  11/03 to 10/05** | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**    $    **5,256,752.18**
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
    ☐ Real Estate  ☐ Motor Vehicle
    ☐ Other

  Value of Collateral.  $ _____

  Amount of arrearage and other charges at time case filed included in secured claim above, if any
  $ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ ___. Specify the priority of the claim:
    ☐ Wages, salaries, or commissions (up to $4,300),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
    ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
    ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
    ☐ Alimony, maintenance or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
    ☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8)
    ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(1).

  *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits.**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of *supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. **Summary attached, documents available upon request.**
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

JUL 27 20__
CLAIMS PROC
USBC S.

Date:
**7-26-06**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
**Val Venable, Credit Manager GE Plastics**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# GE Plastics

### Statement Summary
### Delphi Corporation
### Terms: Rescinded (MZ)
### 10-Oct-05

| Account Number | Delphi Entity | Transaction Amount | Balance Forward |
|---|---|---|---|
| 018697 | Delphi Interior and Lighting Systems | 1,263,730.90 | 1,263,730.90 |
| 025045 | Delco-Electronics | 880,688.78 | 2,144,419.68 |
| 025161 | Delphi Energy & Engine Management | 188,862.12 | 2,333,281.80 |
| 036625 | Delphi Energy & Engine Management | 455,097.59 | 2,788,379.39 |
| 044219 | Delphi Interior and Lighting Systems | 177,669.74 | 2,966,049.13 |
| 064042 | Delphi Packard Electric | 148,638.76 | 3,114,687.89 |
| 805802 | Delphi Connection Systems | 3,805.45 | 3,118,493.34 |
| 807199 | Delphi Specialty Electronics | 66,528.00 | 3,185,021.34 |
| 810776 | Delphi Mechatronic | 125,302.84 | 3,310,324.18 |
| 812372 | Delphi - Vandalia Plant | 195,935.00 | 3,506,259.18 |
| 814055 | Delphi Interior and Lighting Systems | 1,498,049.73 | 5,004,308.91 |
| 815365 | Delphi Saginaw Steering Div. | 252,443.27 | 5,256,752.18 |

**Total All Delphi Accounts**     **5,256,752.18**

**Note: The invoices and back up documents are too voluminous to include at this time. Documents are available on request by contacting:**

**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi Interior and Lighting Systems**
Account Number 018697
Terms: Rescinded  (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | IVS67367 | 11565086 | 5/25/05 | 7,731.90 | 138 | 7,731.90 |
| INV | 550056304 | 11618331 | 9/9/05 | 178,318.00 | 31 | 186,049.90 |
| INV | 550056304 | 11618336 | 9/9/05 | 177,566.00 | 31 | 363,615.90 |
| INV | 550056304 | 11621886 | 9/16/05 | 174,229.00 | 24 | 537,844.90 |
| INV | 550056304 | 11622745 | 9/19/05 | 175,780.00 | 21 | 713,624.90 |
| INV | 550056304 | 11623421 | 9/20/05 | 1,562.00 | 20 | 715,186.90 |
| INV | 550056304 | 11624922 | 9/22/05 | 6,248.00 | 18 | 721,434.90 |
| INV | 550056304 | 11625649 | 9/23/05 | 7,810.00 | 17 | 729,244.90 |
| INV | 550056304 | 11625674 | 9/23/05 | 178,694.00 | 17 | 907,938.90 |
| INV | 550056304 | 11626555 | 9/26/05 | 1,716.00 | 14 | 909,654.90 |
| INV | 550056304 | 11629902 | 9/30/05 | 5,148.00 | 10 | 914,802.90 |
| INV | 550056304 | 11631740 | 10/4/05 | 171,785.00 | 6 | 1,086,587.90 |
| INV | 550056304 | 11631741 | 10/4/05 | 177,143.00 | 6 | 1,263,730.90 |

**Total on Acct. 018697**                    **1,263,730.90**

Note: The invoices and back up documents are too voluminous
to include at this time. Documents are available on request by contacting:
Val Venable
GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
704 992-5075
valerie.venable@ge.com



# GE Plastics

**Delco - Electronics**
Account Number 025045
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550044720 | 11372483 | 6/15/04 | 2,948.00 | 482 | 2,948.00 |
| INV | 550044834 | 11375945 | 6/21/04 | 27,596.40 | 476 | 30,544.40 |
| INV | 550046397 | 11391865 | 7/16/04 | 45,000.00 | 451 | 75,544.40 |
| INV | 550046397 | 11395947 | 7/23/04 | 46,340.00 | 444 | 121,884.40 |
| INV | 550044834 | 11425614 | 9/13/04 | 28,474.80 | 392 | 150,359.20 |
| INV | GONZALEZ TON | 11504733 | 2/2/05 | 642.40 | 250 | 151,001.60 |
| INV | 450090162 | 11506333 | 2/4/05 | 4,444.47 | 248 | 155,446.07 |
| INV | 450008828 | 11512786 | 2/16/05 | 540.18 | 236 | 155,986.25 |
| INV | 450008828 | 11512787 | 2/16/05 | 540.18 | 236 | 156,526.43 |
| INV | 450099057 | 11543364 | 4/13/05 | 1,562.00 | 180 | 158,088.43 |
| INV | 450105278 | 11565100 | 5/25/05 | 1,584.00 | 138 | 159,672.43 |
| INV | BALANCE DUE | 11576281 | 6/16/05 | 1,518.00 | 116 | 161,190.43 |
| INV | 550042236 | 11597211 | 7/29/05 | 61,776.00 | 73 | 222,966.43 |
| INV | 550052864 | 11614254 | 9/1/05 | 4,338.72 | 39 | 227,305.15 |
| INV | 550046397 | 11614297 | 9/1/05 | 53,191.60 | 39 | 280,496.75 |
| INV | 550052864 | 11614298 | 9/1/05 | 1,518.00 | 39 | 282,014.75 |
| INV | 550052864 | 11615084 | 9/2/05 | 62,100.00 | 38 | 344,114.75 |
| INV | 550044834 | 11615948 | 9/6/05 | 34,807.40 | 34 | 378,922.15 |
| INV | 550052864 | 11617443 | 9/8/05 | 1,518.00 | 32 | 380,440.15 |
| INV | 550042236 | 11618207 | 9/9/05 | 65,088.00 | 31 | 445,528.15 |
| INV | 550046397 | 11618234 | 9/9/05 | 50,892.60 | 31 | 496,420.75 |
| INV | 550052864 | 11619058 | 9/12/05 | 63,424.80 | 28 | 559,845.55 |
| INV | 550044910 | 11619140 | 9/12/05 | 1,177.00 | 28 | 561,022.55 |
| INV | 450134995 | 11619149 | 9/12/05 | 1,380.03 | 28 | 562,402.58 |
| INV | 550051964 | 11620900 | 9/15/05 | 1,254.00 | 25 | 563,656.58 |
| INV | 550052864 | 11620919 | 9/15/05 | 1,518.00 | 25 | 565,174.58 |
| INV | 550044834 | 11622655 | 9/19/05 | 37,114.20 | 21 | 602,288.78 |
| INV | 550046397 | 11624807 | 9/22/05 | 56,192.40 | 18 | 658,481.18 |
| INV | 550052864 | 11624808 | 9/22/05 | 1,518.00 | 18 | 659,999.18 |
| INV | 550052864 | 11628779 | 9/29/05 | 1,518.00 | 11 | 661,517.18 |
| INV | 550044756 | 11629760 | 9/30/05 | 4,454.00 | 10 | 665,971.18 |
| INV | 550052864 | 11631126 | 10/3/05 | 62,872.80 | 7 | 728,843.98 |
| INV | 550044834 | 11631645 | 10/4/05 | 34,444.00 | 6 | 763,287.98 |
| INV | 550046397 | 11631646 | 10/4/05 | 51,255.60 | 6 | 814,543.58 |

 **GE Plastics**

**Delco - Electronics**
**Account Number 025045**
**Terms: Rescinded  (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550052864 | 11632888 | 10/6/05 | 1,518.00 | 4 | 816,061.58 |
| INV | 550042236 | 11633582 | 10/7/05 | 64,627.20 | 3 | 880,688.78 |

**Total on Account 025045**                          **880,688.78**

Note: The invoices and back up documents are too voluminous
 to include at this time.  Documents are available on request by contacting:
Val Venable
GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
704 992-5075
valerie.venable@ge.com



# GE Plastics

**Delphi Energy & Engine Management**
Account Number 025161
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550014562 | 11569560 | 6/3/05 | 4,510.00 | 129 | 4,510.00 |
| INV | 550036828 | 11586267 | 7/6/05 | 2,156.00 | 96 | 6,666.00 |
| INV | 550015469 | 11601739 | 8/8/05 | 1,320.00 | 63 | 7,986.00 |
| INV | 550036828 | 11607953 | 8/19/05 | 2,195.20 | 52 | 10,181.20 |
| INV | 550007710 | 11608758 | 8/22/05 | 1,609.36 | 49 | 11,790.56 |
| INV | 550036828 | 11610156 | 8/24/05 | 2,195.20 | 47 | 13,985.76 |
| INV | 550007712 | 11615921 | 9/6/05 | 660.00 | 34 | 14,645.76 |
| INV | 550014562 | 11616003 | 9/6/05 | 4,510.00 | 34 | 19,155.76 |
| INV | 550014561 | 11616021 | 9/6/05 | 3,872.00 | 34 | 23,027.76 |
| INV | 550007712 | 11616719 | 9/7/05 | 660.00 | 33 | 23,687.76 |
| INV | 550020003 | 11616720 | 9/7/05 | 2,816.00 | 33 | 26,503.76 |
| INV | 550015469 | 11616742 | 9/7/05 | 1,320.00 | 33 | 27,823.76 |
| INV | 550014560 | 11616789 | 9/7/05 | 1,397.00 | 33 | 29,220.76 |
| INV | 550020000 | 11616825 | 9/7/05 | 2,508.00 | 33 | 31,728.76 |
| INV | 550036828 | 11616827 | 9/7/05 | 2,979.20 | 33 | 34,707.96 |
| INV | 550007712 | 11617427 | 9/8/05 | 660.00 | 32 | 35,367.96 |
| INV | 550014561 | 11617529 | 9/8/05 | 5,808.00 | 32 | 41,175.96 |
| INV | 550007712 | 11618220 | 9/9/05 | 660.00 | 31 | 41,835.96 |
| INV | 550014562 | 11618296 | 9/9/05 | 4,510.00 | 31 | 46,345.96 |
| INV | 550036828 | 11618334 | 9/9/05 | 2,195.20 | 31 | 48,541.16 |
| INV | 550014561 | 11618362 | 9/9/05 | 3,872.00 | 31 | 52,413.16 |
| INV | 550014563 | 11618363 | 9/9/05 | 3,762.00 | 31 | 56,175.16 |
| INV | 550007712 | 11619060 | 9/12/05 | 660.00 | 28 | 56,835.16 |
| INV | 550014560 | 11619123 | 9/12/05 | 2,794.00 | 28 | 59,629.16 |
| INV | 550007712 | 11619776 | 9/13/05 | 660.00 | 27 | 60,289.16 |
| INV | 550036828 | 11619863 | 9/13/05 | 1,937.60 | 27 | 62,226.76 |
| INV | 550020003 | 11620370 | 9/14/05 | 2,816.00 | 26 | 65,042.76 |
| INV | 550014562 | 11620412 | 9/14/05 | 4,510.00 | 26 | 69,552.76 |
| INV | 550014561 | 11620415 | 9/14/05 | 3,872.00 | 26 | 73,424.76 |
| INV | 550020005 | 11621714 | 9/16/05 | 2,508.00 | 24 | 75,932.76 |
| INV | 550007712 | 11621723 | 9/16/05 | 1,320.00 | 24 | 77,252.76 |
| INV | 550014562 | 11621829 | 9/16/05 | 4,510.00 | 24 | 81,762.76 |
| INV | 550014561 | 11621875 | 9/16/05 | 1,936.00 | 24 | 83,698.76 |
| INV | 550014563 | 11621876 | 9/16/05 | 1,254.00 | 24 | 84,952.76 |
| INV | 550014561 | 11621898 | 9/16/05 | 1,936.00 | 24 | 86,888.76 |

SEP-20-2057-44481-hdd.com: Doc 10613-1   Filed 10/16/07   Entered 10/16/07 15:41:01   Exhibit A/23
Pg 8 of 24



# GE Plastics

### Delphi Energy & Engine Management
Account Number 025161
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550007712 | 11622637 | 9/19/05 | 660.00 | 21 | 87,548.76 |
| INV | 550014563 | 11622729 | 9/19/05 | 2,508.00 | 21 | 90,056.76 |
| INV | 550007712 | 11623361 | 9/20/05 | 660.00 | 20 | 90,716.76 |
| INV | 550014560 | 11623426 | 9/20/05 | 2,794.00 | 20 | 93,510.76 |
| INV | 550014563 | 11623455 | 9/20/05 | 1,254.00 | 20 | 94,764.76 |
| INV | 550014561 | 11624184 | 9/21/05 | 3,872.00 | 19 | 98,636.76 |
| INV | 550007712 | 11624794 | 9/22/05 | 1,320.00 | 18 | 99,956.76 |
| INV | 550015469 | 11624878 | 9/22/05 | 1,320.00 | 18 | 101,276.76 |
| INV | 550036828 | 11624897 | 9/22/05 | 1,937.60 | 18 | 103,214.36 |
| INV | 550007712 | 11625547 | 9/23/05 | 660.00 | 17 | 103,874.36 |
| INV | 550014562 | 11625631 | 9/23/05 | 4,510.00 | 17 | 108,384.36 |
| INV | 550007712 | 11626411 | 9/26/05 | 1,320.00 | 14 | 109,704.36 |
| INV | 550014560 | 11626507 | 9/26/05 | 1,397.00 | 14 | 111,101.36 |
| INV | 550014561 | 11626530 | 9/26/05 | 10,503.68 | 14 | 121,605.04 |
| INV | 550014563 | 11626531 | 9/26/05 | 1,254.00 | 14 | 122,859.04 |
| INV | 550007712 | 11627221 | 9/27/05 | 660.00 | 13 | 123,519.04 |
| INV | 550014562 | 11627300 | 9/27/05 | 4,510.00 | 13 | 128,029.04 |
| INV | 550020000 | 11627313 | 9/27/05 | 2,508.00 | 13 | 130,537.04 |
| INV | 550014561 | 11627323 | 9/27/05 | 3,872.00 | 13 | 134,409.04 |
| INV | 550014563 | 11627324 | 9/27/05 | 1,254.00 | 13 | 135,663.04 |
| INV | 550007712 | 11627924 | 9/28/05 | 660.00 | 12 | 136,323.04 |
| INV | 550014560 | 11628011 | 9/28/05 | 1,397.00 | 12 | 137,720.04 |
| INV | 550014561 | 11628022 | 9/28/05 | 1,936.00 | 12 | 139,656.04 |
| INV | 550036828 | 11628034 | 9/28/05 | 1,937.60 | 12 | 141,593.64 |
| INV | 550007712 | 11628769 | 9/29/05 | 660.00 | 11 | 142,253.64 |
| INV | 550014562 | 11628853 | 9/29/05 | 4,510.00 | 11 | 146,763.64 |
| INV | 550007712 | 11629759 | 9/30/05 | 726.00 | 10 | 147,489.64 |
| INV | 550014563 | 11629929 | 9/30/05 | 3,762.00 | 10 | 151,251.64 |
| INV | 550020005 | 11630692 | 10/2/05 | 2,508.00 | 8 | 153,759.64 |
| INV | 550020003 | 11630698 | 10/2/05 | 2,816.00 | 8 | 156,575.64 |
| INV | 550020000 | 11630760 | 10/2/05 | 2,508.00 | 8 | 159,083.64 |
| INV | 550020005 | 11630761 | 10/2/05 | 3,391.50 | 8 | 162,475.14 |
| INV | 550020004 | 11630762 | 10/2/05 | 1,386.00 | 8 | 163,861.14 |
| INV | 550007712 | 11631129 | 10/3/05 | 660.00 | 7 | 164,521.14 |
| INV | 550014560 | 11631685 | 10/4/05 | 2,794.00 | 6 | 167,315.14 |



# GE Plastics

### Delphi Energy & Engine Management
Account Number 025161
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550007712 | 11631699 | 10/4/05 | 660.00 | 6 | 167,975.14 |
| INV | 550014560 | 11632348 | 10/5/05 | 1,397.00 | 5 | 169,372.14 |
| INV | 550007712 | 11632356 | 10/5/05 | 660.00 | 5 | 170,032.14 |
| INV | 550014563 | 11632391 | 10/5/05 | 3,762.00 | 5 | 173,794.14 |
| INV | 550036828 | 11632393 | 10/5/05 | 1,937.60 | 5 | 175,731.74 |
| INV | 550015469 | 11632930 | 10/6/05 | 1,320.00 | 4 | 177,051.74 |
| INV | 550007710 | 11632952 | 10/6/05 | 1,245.38 | 4 | 178,297.12 |
| INV | 550014562 | 11632976 | 10/6/05 | 8,651.00 | 4 | 186,948.12 |
| INV | 550007712 | 11633695 | 10/7/05 | 660.00 | 3 | 187,608.12 |
| INV | 550020006 | 11633754 | 10/7/05 | 1,254.00 | 3 | 188,862.12 |

**Total on Account 025161**            **188,862.12**

Note: The invoices and back up documents are too voluminous
to include at this time.  Documents are available on request by contacting:
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi Energy & Engine Management**
Account Number 036625
Terms: Rescinded  (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550014221 | 11534974 | 3/29/05 | 2,274.54 | 195 | 2,274.54 |
| INV | 550014220 | 11540548 | 4/7/05 | 2,340.37 | 186 | 4,614.91 |
| INV | 550014222 | 11541951 | 4/11/05 | 5,640.00 | 182 | 10,254.91 |
| INV | 550014217 | 11541952 | 4/11/05 | 8,658.86 | 182 | 18,913.77 |
| INV | 550014222 | 11543342 | 4/13/05 | 8,223.12 | 180 | 27,136.89 |
| INV | 550014222 | 11545488 | 4/18/05 | 3,102.00 | 175 | 30,238.89 |
| INV | 550014221 | 11545518 | 4/18/05 | 2,406.20 | 175 | 32,645.09 |
| INV | 550014220 | 11545528 | 4/18/05 | 2,383.50 | 175 | 35,028.59 |
| INV | 550014221 | 11546901 | 4/20/05 | 2,224.60 | 173 | 37,253.19 |
| INV | 550014221 | 11549086 | 4/25/05 | 2,435.71 | 168 | 39,688.90 |
| INV | 550014201 | 11549087 | 4/25/05 | 2,270.00 | 168 | 41,958.90 |
| INV | 550014222 | 11552852 | 5/2/05 | 13,916.70 | 161 | 55,875.60 |
| INV | 550014220 | 11552929 | 5/2/05 | 2,285.89 | 161 | 58,161.49 |
| INV | 550014221 | 11556634 | 5/9/05 | 2,413.01 | 154 | 60,574.50 |
| INV | 550014220 | 11556648 | 5/9/05 | 2,444.79 | 154 | 63,019.29 |
| INV | 550014222 | 11559420 | 5/13/05 | 1,649.70 | 150 | 64,668.99 |
| INV | 550014222 | 11560216 | 5/16/05 | 14,100.00 | 147 | 78,768.99 |
| INV | 550014221 | 11563637 | 5/23/05 | 8,115.25 | 140 | 86,884.24 |
| INV | 550014217 | 11565757 | 5/26/05 | 9,740.00 | 137 | 96,624.24 |
| INV | 550014220 | 11570370 | 6/6/05 | 2,349.45 | 126 | 98,973.69 |
| INV | 550014222 | 11571788 | 6/8/05 | 5,640.00 | 124 | 104,613.69 |
| INV | 550014222 | 11576313 | 6/16/05 | 9,898.20 | 116 | 114,511.89 |
| INV | 550014222 | 11579201 | 6/22/05 | 2,154.48 | 110 | 116,666.37 |
| INV | 550014222 | 11579202 | 6/22/05 | 3,102.00 | 110 | 119,768.37 |
| INV | 550014221 | 11580538 | 6/24/05 | 4,832.83 | 108 | 124,601.20 |
| INV | 550014220 | 11580545 | 6/24/05 | 2,292.70 | 108 | 126,893.90 |
| INV | 550014221 | 11582047 | 6/28/05 | 2,415.28 | 104 | 129,309.18 |
| INV | 550014221 | 11588196 | 7/11/05 | 2,365.34 | 91 | 131,674.52 |
| INV | 550014222 | 11588216 | 7/11/05 | 5,640.00 | 91 | 137,314.52 |
| INV | 550014220 | 11588217 | 7/11/05 | 2,270.00 | 91 | 139,584.52 |
| INV | 550014217 | 11590104 | 7/14/05 | 9,740.00 | 88 | 149,324.52 |
| INV | 550014221 | 11591478 | 7/18/05 | 2,353.99 | 84 | 151,678.51 |



# GE Plastics

### Delphi Energy & Engine Management
#### Account Number 036625
#### Terms: Rescinded (M2)
#### 10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550014221 | 11591479 | 7/18/05 | 2,497.00 | 84 | 154,175.51 |
| INV | 550014219 | 11593441 | 7/21/05 | 9,340.66 | 81 | 163,516.17 |
| INV | 550014222 | 11594049 | 7/22/05 | 4,396.38 | 80 | 167,912.55 |
| INV | 550014222 | 11595303 | 7/26/05 | 16,403.94 | 76 | 184,316.49 |
| INV | 550014221 | 11599520 | 8/3/05 | 4,994.00 | 68 | 189,310.49 |
| INV | 550014222 | 11603005 | 8/10/05 | 16,920.00 | 61 | 206,230.49 |
| INV | 550014222 | 11605255 | 8/15/05 | 2,820.00 | 56 | 209,050.49 |
| INV | 550014220 | 11605279 | 8/15/05 | 2,440.25 | 56 | 211,490.74 |
| INV | 550014222 | 11607931 | 8/19/05 | 8,679.96 | 52 | 220,170.70 |
| INV | 550014221 | 11608767 | 8/22/05 | 4,835.10 | 49 | 225,005.80 |
| INV | 550014221 | 11610141 | 8/24/05 | 2,356.26 | 47 | 227,362.06 |
| INV | 550025416 | 11613463 | 8/31/05 | 3,807.75 | 40 | 231,169.81 |
| INV | 550014222 | 11613525 | 8/31/05 | 6,928.74 | 40 | 238,098.55 |
| INV | 550014222 | 11616012 | 9/6/05 | 5,640.00 | 34 | 243,738.55 |
| INV | 550025461 | 11616034 | 9/6/05 | 3,762.00 | 34 | 247,500.55 |
| INV | 550025469 | 11616815 | 9/7/05 | 1,276.00 | 33 | 248,776.55 |
| INV | 550025460 | 11616816 | 9/7/05 | 1,276.00 | 33 | 250,052.55 |
| INV | 550025461 | 11616850 | 9/7/05 | 2,508.00 | 33 | 252,560.55 |
| INV | 550025461 | 11617542 | 9/8/05 | 1,254.00 | 32 | 253,814.55 |
| INV | 550025460 | 11618222 | 9/9/05 | 51,272.00 | 31 | 305,086.55 |
| INV | 550014221 | 11618316 | 9/9/05 | 2,417.55 | 31 | 307,504.10 |
| INV | 550014220 | 11619138 | 9/12/05 | 2,447.06 | 28 | 309,951.16 |
| INV | 550025461 | 11619860 | 9/13/05 | 1,254.00 | 27 | 311,205.16 |
| INV | 550014222 | 11619861 | 9/13/05 | 2,820.00 | 27 | 314,025.16 |
| INV | 550014217 | 11620971 | 9/15/05 | 20,434.52 | 25 | 334,459.68 |
| INV | 550014221 | 11621828 | 9/16/05 | 2,417.55 | 24 | 336,877.23 |
| INV | 5500254611 | 11623476 | 9/20/05 | 1,254.00 | 20 | 338,131.23 |
| INV | 550014222 | 11623477 | 9/20/05 | 2,820.00 | 20 | 340,951.23 |
| INV | 550025460 | 11625550 | 9/23/05 | 48,024.00 | 17 | 388,975.23 |
| INV | 550014221 | 11626500 | 9/26/05 | 4,739.76 | 14 | 393,714.99 |
| INV | 550014222 | 11626549 | 9/26/05 | 1,494.60 | 14 | 395,209.59 |
| INV | 550014220 | 11628869 | 9/29/05 | 2,451.60 | 11 | 397,661.19 |



# GE Plastics

<u>Delphi Energy & Engine Management</u>
Account Number 036625
Terms: Rescinded  (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550014222 | 11629894 | 9/30/05 | 3,102.00 | 10 | 400,763.19 |
| INV | 550025460 | 11633588 | 10/7/05 | 54,334.40 | 3 | 455,097.59 |

**Total on Account 025161**                           455,097.59

**Note:  The invoices and back up documents are too voluminous
to include at this time.  Documents are available on request by contacting:**
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi Interior & Lighting Systems**
Account Number 044219
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550026195 | 11245089 | 11/26/03 | 52,808.00 | 684 | 52,808.00 |
| INV | 20011 | 11580563 | 6/24/05 | 840.00 | 108 | 53,648.00 |
| INV | FDS82580 | 11581333 | 6/27/05 | 13,985.10 | 105 | 67,633.10 |
| INV | 20011 | 11601724 | 8/8/05 | 1,008.00 | 63 | 68,641.10 |
| INV | 550056303 | 11613387 | 8/31/05 | 6,248.00 | 40 | 74,889.10 |
| INV | 550056303 | 11614262 | 9/1/05 | 1,562.00 | 39 | 76,451.10 |
| INV | 550056303 | 11615104 | 9/2/05 | 4,686.00 | 38 | 81,137.10 |
| INV | 550056303 | 11616731 | 9/7/05 | 4,686.00 | 33 | 85,823.10 |
| INV | 550056303 | 11619068 | 9/12/05 | 6,015.12 | 28 | 91,838.22 |
| INV | 550026201 | 11619819 | 9/13/05 | 11,311.46 | 27 | 103,149.68 |
| INV | 550056303 | 11620373 | 9/14/05 | 4,686.00 | 26 | 107,835.68 |
| INV | 550056303 | 11620409 | 9/14/05 | 3,124.00 | 26 | 110,959.68 |
| INV | 550060254 | 11621764 | 9/16/05 | 3,102.00 | 24 | 114,061.68 |
| INV | 550060254 | 11621765 | 9/16/05 | 8,553.06 | 24 | 122,614.74 |
| INV | 550056303 | 11622706 | 9/19/05 | 1,562.00 | 21 | 124,176.74 |
| INV | 550056303 | 11623370 | 9/20/05 | 4,686.00 | 20 | 128,862.74 |
| INV | 550056303 | 11624071 | 9/21/05 | 6,248.00 | 19 | 135,110.74 |
| INV | 550056303 | 11626415 | 9/26/05 | 4,686.00 | 14 | 139,796.74 |
| INV | 550060254 | 11627248 | 9/27/05 | 3,465.00 | 13 | 143,261.74 |
| INV | 450140634 | 11628038 | 9/28/05 | 6,248.00 | 12 | 149,509.74 |
| INV | 550056303 | 11630704 | 10/2/05 | 6,248.00 | 8 | 155,757.74 |
| INV | 550056303 | 11630705 | 10/2/05 | 6,248.00 | 8 | 162,005.74 |
| INV | 550056303 | 11632349 | 10/5/05 | 7,810.00 | 5 | 169,815.74 |
| INV | 550056303 | 11633597 | 10/7/05 | 6,248.00 | 3 | 176,063.74 |
| INV | 550079831 | 11633753 | 10/7/05 | 1,606.00 | 3 | 177,669.74 |

**Total on Account 044219**                **177,669.74**

Note: The invoices and back up documents are too voluminous
to include at this time. Documents are available on request by contacting:
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi Packard Electric**
**Account Number 064042**
**Terms: Rescinded  (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | P4030060 | 11568769 | 6/2/05 | 2,552.00 | 130 | 2,552.00 |
| INV | BALANCE DUE | 115890777 | 7/15/05 | 5,632.98 | 87 | 8,184.98 |
| INV | P5030029 | 11598113 | 8/1/05 | 803.00 | 70 | 8,987.98 |
| INV | P5030020 | 11605920 | 8/16/05 | 2,035.00 | 55 | 11,022.98 |
| INV | P5030032 | 11606597 | 8/17/05 | 3,135.00 | 54 | 14,157.98 |
| INV | P5030032 | 11608751 | 8/22/05 | 997.50 | 49 | 15,155.48 |
| INV | P5030032 | 11610137 | 8/24/05 | 3,135.00 | 47 | 18,290.48 |
| INV | P5030032 | 11610813 | 8/25/05 | 3,135.00 | 46 | 21,425.48 |
| INV | P4030057 | 11612182 | 8/29/05 | 1,580.00 | 42 | 23,005.48 |
| INV | P5030020 | 11612209 | 8/29/05 | 2,035.00 | 42 | 25,040.48 |
| INV | P5030032 | 11613452 | 8/31/05 | 3,135.00 | 40 | 28,175.48 |
| INV | P4030060 | 11614299 | 9/1/05 | 3,735.20 | 39 | 31,910.68 |
| INV | P4030058 | 11614309 | 9/1/05 | 5,940.00 | 39 | 37,850.68 |
| INV | P5030034 | 11614347 | 9/1/05 | 13,563.00 | 39 | 51,413.68 |
| INV | P5030020 | 11616011 | 9/6/05 | 2,035.00 | 34 | 53,448.68 |
| INV | P5030050 | 11616838 | 9/7/05 | 770.15 | 33 | 54,218.83 |
| INV | P5030032 | 11617461 | 9/8/05 | 3,135.00 | 32 | 57,353.83 |
| INV | P4030059 | 11617466 | 9/8/05 | 5,728.44 | 32 | 63,082.27 |
| INV | P5030020 | 11619829 | 9/13/05 | 2,035.00 | 27 | 65,117.27 |
| INV | P5030032 | 11620938 | 9/15/05 | 3,135.00 | 25 | 68,252.27 |
| INV | P4030058 | 11622720 | 9/19/05 | 5,940.00 | 21 | 74,192.27 |
| INV | P4030060 | 11622730 | 9/19/05 | 2,552.00 | 21 | 76,744.27 |
| INV | P4030060 | 11622731 | 9/19/05 | 1,276.00 | 21 | 78,020.27 |
| INV | P5030020 | 11623412 | 9/20/05 | 2,035.00 | 20 | 80,055.27 |
| INV | P5030032 | 11624096 | 9/21/05 | 3,135.00 | 19 | 83,190.27 |
| INV | P4030060 | 11624885 | 9/22/05 | 3,828.00 | 18 | 87,018.27 |
| INV | P4030058 | 11625614 | 9/23/05 | 4,455.00 | 17 | 91,473.27 |
| INV | P4030058 | 11626490 | 9/26/05 | 4,455.00 | 14 | 95,928.27 |
| INV | P5030020 | 11627270 | 9/27/05 | 2,035.00 | 13 | 97,963.27 |
| INV | P5030032 | 11627961 | 9/28/05 | 3,135.00 | 12 | 101,098.27 |
| INV | P4030059 | 11628039 | 9/28/05 | 7,900.00 | 12 | 108,998.27 |
| INV | P4030059 | 11628824 | 9/29/05 | 2,552.00 | 11 | 111,550.27 |
| INV | P4030060 | 11628847 | 9/29/05 | 3,828.00 | 11 | 115,378.27 |
| INV | P4030058 | 11630736 | 10/2/05 | 5,940.00 | 8 | 121,318.27 |
| INV | P5030032 | 11631655 | 10/4/05 | 6,270.00 | 6 | 127,588.27 |



# GE Plastics

**Delphi Packard Electric**
**Account Number 064042**
**Terms: Rescinded  (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | P5030020 | 11631666 | 10/4/05 | 4,070.00 | 6 | 131,658.27 |
| INV | P5030020 | 11632379 | 10/5/05 | 1,580.00 | 5 | 133,238.27 |
| INV | P4030059 | 11632927 | 10/6/05 | 5,632.49 | 4 | 138,870.76 |
| INV | P4030060 | 11632935 | 10/6/05 | 3,828.00 | 4 | 142,698.76 |
| INV | P4030058 | 11633666 | 10/7/05 | 5,940.00 | 3 | 148,638.76 |

**Total on Account 064042**                 **148,638.76**

**Note:  The invoices and back up documents are too voluminous
to include at this time.  Documents are available on request by contacting:**
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**

 **GE Plastics**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | P70925 | 11609483 | 8/23/05 | 1,239.70 | 48 | 1,239.70 |
| INV | P71695 | 11616812 | 9/7/05 | 353.65 | 33 | 1,593.35 |
| INV | P71695 | 11616813 | 9/7/05 | 353.65 | 33 | 1,947.00 |
| INV | P71375 | 11620389 | 9/14/05 | 1,504.80 | 26 | 3,451.80 |
| INV | P71695 | 11621808 | 9/16/05 | 353.65 | 24 | 3,805.45 |

**Total on Account 805802**          **3,805.45**

**Note:** The invoices and back up documents are too voluminous
 to include at this time. Documents are available on request by contacting:
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi Specialty Electronis**
Account Number 807199
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | P70336 | 11576996 | 6/17/05 | 6,248.00 | 115 | 6,248.00 |
| INV | P71581 | 11614247 | 9/1/05 | 8,288.50 | 39 | 14,536.50 |
| INV | P71581 | 11614248 | 9/1/05 | 3,767.50 | 39 | 18,304.00 |
| INV | P71581 | 11622626 | 9/19/05 | 12,056.00 | 21 | 30,360.00 |
| INV | P71581 | 11624060 | 9/21/05 | 12,056.00 | 19 | 42,416.00 |
| INV | P71581 | 11627916 | 9/28/05 | 12,056.00 | 12 | 54,472.00 |
| INV | P71687 | 11632289 | 10/5/05 | 12,056.00 | 5 | 66,528.00 |

**Total on Account 807199**      **66,528.00**

Note: The invoices and back up documents are too voluminous
 to include at this time. Documents are available on request by contacting:
Val Venable
GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
704 992-5075
valerie.venable@ge.com

SEP-20-2007 20:05 From: Doc 10613-1   Filed 10/16/07   Entered 10/16/07 15:41:01   Exhibit A P.17/23
Pg 18 of 24



# GE Plastics

**Delphi Mechatronic**
**Account Number 810776**
**Terms: Rescinded  (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 9571-053910 | 11458906 | 11/8/04 | 3,573.90 | 336 | 3,573.90 |
| INV | 9571-046993 | 11464410 | 11/17/04 | 1,302.92 | 327 | 4,876.82 |
| INV | 9571-053931 | 11563680 | 5/23/05 | 3,921.68 | 140 | 8,798.50 |
| INV | 9571-055798 | 11574110 | 6/13/05 | 2,395.80 | 119 | 11,194.30 |
| INV | 9571-042837 | 11577110 | 6/17/05 | 554.40 | 115 | 11,748.70 |
| INV | 9571-045424 | 11584553 | 7/1/05 | 529.10 | 101 | 12,277.80 |
| INV | 9571-053593 | 11588236 | 7/11/05 | 545.05 | 91 | 12,822.85 |
| INV | 9571-40722 | 11589510 | 7/13/05 | 1,903.00 | 89 | 14,725.85 |
| INV | 9571-052688 | 11592765 | 7/20/05 | 1,262.13 | 82 | 15,987.98 |
| INV | 9571-041405 | 11601108 | 8/5/05 | 1,177.00 | 66 | 17,164.98 |
| INV | 9571-052682 | 11603765 | 8/11/05 | 4,177.72 | 60 | 21,342.70 |
| INV | 9571-053905 | 11608802 | 8/22/05 | 3,168.00 | 49 | 24,510.70 |
| INV | 9571-052732 | 11614364 | 9/1/05 | 1,474.02 | 39 | 25,984.72 |
| INV | 9571-040722 | 11616760 | 9/7/05 | 1,557.00 | 33 | 27,541.72 |
| INV | 9571-56269 | 11616782 | 9/7/05 | 251.90 | 33 | 27,793.62 |
| INV | 9571-053910 | 11616802 | 9/7/05 | 6,792.50 | 33 | 34,586.12 |
| INV | 9571-041405 | 11616823 | 9/7/05 | 1,177.00 | 33 | 35,763.12 |
| INV | 9571-053905 | 11616847 | 9/7/05 | 3,168.00 | 33 | 38,931.12 |
| INV | 9571-053931 | 11617502 | 9/8/05 | 4,144.65 | 32 | 43,075.77 |
| INV | 9571-052682 | 11618305 | 9/9/05 | 7,728.80 | 31 | 50,804.57 |
| INV | 9571-053910 | 11619854 | 9/13/05 | 6,792.50 | 27 | 57,597.07 |
| INV | 9571-052591 | 11619868 | 9/13/05 | 920.70 | 27 | 58,517.77 |
| INV | 9571-053753 | 11620388 | 9/14/05 | 1,124.35 | 26 | 59,642.12 |
| INV | 9571-053905 | 11620405 | 9/14/05 | 4,453.29 | 26 | 64,095.41 |
| INV | 9571-053905 | 11620406 | 9/14/05 | 4,453.29 | 26 | 68,548.70 |
| INV | 9571-053905 | 11620419 | 9/14/05 | 1,584.00 | 26 | 70,132.70 |
| INV | 9571-056258 | 11620953 | 9/15/05 | 237.57 | 25 | 70,370.27 |
| INV | 9571-053753 | 11621016 | 9/15/05 | 467.50 | 25 | 70,837.77 |
| INV | 9571-053905 | 11621024 | 9/15/05 | 3,168.00 | 25 | 74,005.77 |
| INV | 9571-053753 | 11621853 | 9/16/05 | 93.50 | 24 | 74,099.27 |
| INV | 9571-042837 | 11621864 | 9/16/05 | 550.00 | 24 | 74,649.27 |
| INV | 9571-052733 | 11622710 | 9/19/05 | 2,288.37 | 21 | 76,937.64 |
| INV | 9571-053905 | 11622743 | 9/19/05 | 3,168.00 | 21 | 80,105.64 |
| INV | 9571-046428 | 11624168 | 9/21/05 | 844.80 | 19 | 80,950.44 |
| INV | 9571-053905 | 11624170 | 9/21/05 | 3,168.00 | 19 | 84,118.44 |



# GE Plastics

**Delphi Mechatronic**
**Account Number 810776**
**Terms: Rescinded (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 9571-042082 | 11624175 | 9/21/05 | 447.15 | 19 | 84,565.59 |
| INV | 9571-55727 | 11628765 | 9/29/05 | 5,247.00 | 11 | 89,812.59 |
| INV | 9571-052732 | 11631190 | 10/3/05 | 1,786.95 | 7 | 91,599.54 |
| INV | 9571-041488 | 11631694 | 10/4/05 | 8,906.58 | 6 | 100,506.12 |
| INV | 9571-042837 | 11632381 | 10/5/05 | 554.95 | 5 | 101,061.07 |
| INV | 9571-053753 | 11632382 | 10/5/05 | 561.00 | 5 | 101,622.07 |
| INV | 9571-041405 | 11632384 | 10/5/05 | 1,177.00 | 5 | 102,799.07 |
| INV | 9571-053921 | 11632394 | 10/5/05 | 2,398.00 | 5 | 105,197.07 |
| INV | 9571-042082 | 11632990 | 10/6/05 | 149.05 | 4 | 105,346.12 |
| INV | 9571-053910 | 11632999 | 10/6/05 | 6,792.50 | 4 | 112,138.62 |
| INV | 9571-053753 | 11633017 | 10/6/05 | 561.00 | 4 | 112,699.62 |
| INV | 9571-040722 | 11633692 | 10/7/05 | 1,903.00 | 3 | 114,602.62 |
| INV | 9571-055727 | 11633696 | 10/7/05 | 10,253.07 | 3 | 124,855.69 |
| INV | 9571-042082 | 11633727 | 10/7/05 | 447.15 | 3 | 125,302.84 |

**Total on Account 810776**          **125,302.84**

Note:  The invoices and back up documents are too voluminous
 to include at this time.  Documents are available on request by contacting:
Val Venable
GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
704 992-5075
valerie.venable@ge.com



# GE Plastics

**Delphi Interior & Lighting**
Account Number 814055
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550022339 | 11311759 | 3/12/04 | 2,112.00 | 577 | 2,112.00 |
| INV | PO# NOT EXIST | 11439620 | 10/5/04 | 768.00 | 370 | 2,880.00 |
| INV | PO# NOT EXIST | 11453355 | 10/28/04 | 30,672.52 | 347 | 33,552.52 |
| INV | PO# NOT EXIST | 11454115 | 10/29/04 | 7,810.00 | 346 | 41,362.52 |
| INV | PO# NOT EXIST | 11454210 | 10/29/04 | 18,788.00 | 346 | 60,150.52 |
| INV | 550046329 | 11459932 | 11/9/04 | 9,834.00 | 335 | 69,984.52 |
| INV | PO# NOT EXIST | 11460693 | 11/10/04 | 10,560.00 | 334 | 80,544.52 |
| INV | INVOICE ONLY | 11469744 | 11/29/04 | 91,801.83 | 315 | 172,346.35 |
| INV | PO# NOT EXIST | 11472231 | 12/2/04 | 43,403.36 | 312 | 215,749.71 |
| INV | PO# NOT EXIST | 11473027 | 12/3/04 | 42,812.00 | 311 | 258,561.71 |
| INV | PO# NOT EXIST | 11497559 | 1/20/05 | 33,371.10 | 263 | 291,932.81 |
| INV | PO# NOT EXIST | 11497562 | 1/20/05 | 21,164.00 | 263 | 313,096.81 |
| INV | PO# NOT EXIST | 11591470 | 7/18/05 | 3,850.00 | 84 | 316,946 81 |
| INV | PO# NOT EXIST | 11591471 | 7/18/05 | 15,265.25 | 84 | 332,212.06 |
| INV | 550056305 | 11614264 | 9/1/05 | 3,201.29 | 39 | 335,413.35 |
| INV | 550056305 | 11614342 | 9/1/05 | 55,726.00 | 39 | 391,139.35 |
| INV | 550056305 | 11614405 | 9/1/05 | 35,970.54 | 39 | 427,109.89 |
| INV | 550056305 | 11614415 | 9/1/05 | 1,749.00 | 39 | 428,858.89 |
| INV | 550056305 | 11615245 | 9/2/05 | 25,960.00 | 38 | 454,818.89 |
| INV | 550056305 | 11615248 | 9/2/05 | 37,378.00 | 38 | 492,196.89 |
| INV | 550056305 | 11615249 | 9/2/05 | 31,482.00 | 38 | 523,678.89 |
| INV | 550056305 | 11615970 | 9/6/05 | 1,639.00 | 34 | 525,317.89 |
| INV | 550056305 | 11616033 | 9/6/05 | 40,854.00 | 34 | 566,171.89 |
| INV | 550056305 | 11616764 | 9/7/05 | 3,278.00 | 33 | 569,449.89 |
| INV | 550056305 | 11616831 | 9/7/05 | 15,620.00 | 33 | 585,069.89 |
| INV | 550056305 | 11617540 | 9/8/05 | 24,420.00 | 32 | 609,489.89 |
| INV | 550056305 | 11618349 | 9/9/05 | 41,602.00 | 31 | 651,091.89 |
| INV | 550056305 | 11619167 | 9/12/05 | 26,086.62 | 28 | 677,178.51 |
| INV | 550056305 | 11619802 | 9/13/05 | 29,502.00 | 27 | 706,680.51 |
| INV | 550056305 | 11619866 | 9/13/05 | 30,624.00 | 27 | 737,304.51 |
| INV | 550056305 | 11619867 | 9/13/05 | 31,482.00 | 27 | 768,786.51 |
| INV | 550056305 | 11620420 | 9/14/05 | 22,352.00 | 26 | 791,138.51 |
| INV | 550056305 | 11621005 | 9/15/05 | 28,050.00 | 25 | 819,188.51 |
| INV | 550056305 | 11621836 | 9/16/05 | 25,832.90 | 24 | 845,021.41 |
| INV | 550056305 | 11621896 | 9/16/05 | 12,496.00 | 24 | 857,517.41 |
| INV | 550056305 | 11622636 | 9/19/05 | 3,201.29 | 21 | 860,718.70 |
| INV | 550056305 | 11622669 | 9/19/05 | 34,419.00 | 21 | 895,137.70 |
| INV | 550056305 | 11622715 | 9/19/05 | 39,754.00 | 21 | 934,891.70 |
| INV | 550056305 | 11623436 | 9/20/05 | 18,744.00 | 20 | 953,635.70 |

 # GE Plastics

## Delphi Interior & Lighting
### Account Number 814055
### Terms: Rescinded (M2)
### 10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550056305 | 11623469 | 9/20/05 | 52,756.00 | 20 | 1,006,391.70 |
| INV | 550056305 | 11624150 | 9/21/05 | 56,740.36 | 19 | 1,063,132.06 |
| INV | 550056305 | 11624163 | 9/21/05 | 8,272.00 | 19 | 1,071,404.06 |
| INV | 550056305 | 11624918 | 9/22/05 | 14,672.46 | 18 | 1,086,076.52 |
| INV | 550056305 | 11625624 | 9/23/05 | 28,116.00 | 17 | 1,114,192.52 |
| INV | 550056305 | 11625664 | 9/23/05 | 5,170.00 | 17 | 1,119,362.52 |
| INV | 550056305 | 11626505 | 9/26/05 | 28,116.00 | 14 | 1,147,478.52 |
| INV | 550056305 | 11626550 | 9/26/05 | 5,170.00 | 14 | 1,152,648.52 |
| INV | 550056305 | 11627296 | 9/27/05 | 28,116.00 | 13 | 1,180,764.52 |
| INV | 550056305 | 11627339 | 9/27/05 | 6,204.00 | 13 | 1,186,968.52 |
| INV | 550056305 | 11628009 | 9/28/05 | 21,868.00 | 12 | 1,208,836.52 |
| INV | 550056305 | 11628852 | 9/29/05 | 56,232.00 | 11 | 1,265,068.52 |
| INV | 550056305 | 11628894 | 9/29/05 | 3,432.00 | 11 | 1,268,500.52 |
| INV | 550056305 | 11628899 | 9/29/05 | 14,476.00 | 11 | 1,282,976.52 |
| INV | 550056305 | 11628921 | 9/29/05 | 36,652.00 | 11 | 1,319,628.52 |
| INV | 550056305 | 11629948 | 9/30/05 | 6,204.00 | 10 | 1,325,832.52 |
| INV | 550056305 | 11631189 | 10/3/05 | 17,578.00 | 7 | 1,343,410.52 |
| INV | 550056305 | 11631659 | 10/4/05 | 29,488.59 | 6 | 1,372,899.11 |
| INV | 550056305 | 11631732 | 10/4/05 | 41,106.00 | 6 | 1,414,005.11 |
| INV | 550056305 | 11632405 | 10/5/05 | 38,350.62 | 5 | 1,452,355.73 |
| INV | 550056305 | 11633007 | 10/6/05 | 12,408.00 | 4 | 1,464,763.73 |
| INV | 550056305 | 11633620 | 10/7/05 | 22,946.00 | 3 | 1,487,709.73 |
| INV | 550056305 | 11633746 | 10/7/05 | 10,340.00 | 3 | 1,498,049.73 |

**Total on Account 814055**                     1,498,049.73

Note: The invoices and back up documents are too voluminous
to include at this time. Documents are available on request by contacting:
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi - Vandalia Plant**
**Account Number 812372**
**Terms: Rescinded  (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|------------|----------------------|----------------|------------|--------------------|-----------|-----------------|
| INV | IVS67444 | 11568857 | 6/2/05 | 21,307.00 | 130 | 21,307.00 |
| INV | IVS67444 | 11571808 | 6/8/05 | 21,307.00 | 124 | 42,614.00 |
| INV | IVS67444 | 11574849 | 6/14/05 | 22,201.00 | 118 | 64,815.00 |
| INV | IVS67444 | 11578523 | 6/21/05 | 21,307.00 | 111 | 86,122.00 |
| INV | 550056305 | 11582855 | 6/29/05 | 19,668.00 | 103 | 105,790.00 |
| INV | 550056305 | 11591504 | 7/18/05 | 47,531.00 | 84 | 153,321.00 |
| INV | 550056305 | 11594752 | 7/25/05 | 14,751.00 | 77 | 168,072.00 |
| INV | 550056305 | 11598110 | 8/1/05 | 27,863.00 | 70 | 195,935.00 |

**Total on Account 812372**               **195,935.00**

Note:  The invoices and back up documents are too voluminous
 to include at this time.  Documents are available on request by contacting:
**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**704 992-5075**
**valerie.venable@ge.com**



# GE Plastics

**Delphi Saginaw Steering Div.**
Account Number 815365
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 90I1187 | 11502910 | 1/31/05 | 13,980.00 | 252 | 13,980.00 |
| INV | 90I1187 | 11502911 | 1/31/05 | 6,990.00 | 252 | 20,970.00 |
| INV | 90I1187 | 11505496 | 2/3/05 | 2,925.00 | 249 | 23,895.00 |
| INV | 90I1187 | 11510316 | 2/11/05 | 6,990.00 | 241 | 30,885.00 |
| INV | S2M93384 | 11514873 | 2/21/05 | 557.15 | 231 | 31,442.15 |
| INV | S2M93384 | 11517850 | 2/25/05 | 682.00 | 227 | 32,124.15 |
| INV | 90I1187 | 11518952 | 2/28/05 | 6,990.00 | 224 | 39,114.15 |
| INV | S2M93384 | 11523882 | 3/8/05 | 586.30 | 216 | 39,700.45 |
| INV | 90I1187 | 11524082 | 3/8/05 | 6,990.00 | 216 | 46,690.45 |
| INV | 90I1187 | 11530017 | 3/18/05 | 6,990.00 | 206 | 53,680.45 |
| INV | 90I1187 | 11534114 | 3/28/05 | 6,990.00 | 196 | 60,670.45 |
| INV | 90I1187 | 11540530 | 4/7/05 | 3,124.72 | 186 | 63,795.17 |
| INV | 90I1187 | 11541878 | 4/11/05 | 6,990.00 | 182 | 70,785.17 |
| INV | 90I1187 | 11554267 | 5/4/05 | 6,990.00 | 159 | 77,775.17 |
| INV | 90I1187 | 11559349 | 5/13/05 | 6,990.00 | 150 | 84,765.17 |
| INV | 90I1187 | 11564261 | 5/24/05 | 10,485.00 | 139 | 95,250.17 |
| INV | 90I1187 | 11564262 | 5/24/05 | 3,495.00 | 139 | 98,745.17 |
| INV | 90I1187 | 11565704 | 5/26/05 | 6,990.00 | 137 | 105,735.17 |
| INV | 90I1187 | 11566461 | 5/27/05 | 7,297.56 | 136 | 113,032.73 |
| INV | 90I1187 | 11576345 | 6/16/05 | 2,975.00 | 116 | 116,007.73 |
| INV | 90I1187 | 11581249 | 6/27/05 | 7,367.46 | 105 | 123,375.19 |
| INV | S2M93532 | 11590822 | 7/15/05 | 1,240.00 | 87 | 124,615.19 |
| INV | 90I1187 | 11591508 | 7/18/05 | 19,390.90 | 84 | 144,006.09 |
| INV | 90I1187 | 11595853 | 7/27/05 | 7,430.37 | 75 | 151,436.46 |
| INV | 90I1187 | 11599481 | 8/3/05 | 2,872.89 | 68 | 154,309.35 |
| INV | 90I1187 | 11600252 | 8/4/05 | 3,495.00 | 67 | 157,804.35 |
| INV | 90I1187 | 11600329 | 8/4/05 | 3,495.00 | 67 | 161,299.35 |
| INV | 90I1187 | 11605212 | 8/15/05 | 8,554.56 | 56 | 169,853.91 |
| INV | 90I1187 | 11605912 | 8/16/05 | 2,975.00 | 55 | 172,828.91 |
| INV | 90I1187 | 11606549 | 8/17/05 | 3,495.00 | 54 | 176,323.91 |
| INV | 90I1187 | 11608690 | 8/22/05 | 7,980.00 | 49 | 184,303.91 |
| INV | 90I1187 | 11608701 | 8/22/05 | 3,683.73 | 49 | 187,987.64 |
| INV | 90I1187 | 11609488 | 8/23/05 | 9,814.63 | 48 | 197,802.27 |
| INV | S3532592 | 11609981 | 8/24/05 | 1,647.03 | 47 | 199,449.30 |
| INV | 90I1187 | 11613399 | 8/31/05 | 6,990.00 | 40 | 206,439.30 |



# GE Plastics

**Delphi Saginaw Steering Div.**
**Account Number 815365**
**Terms: Rescinded  (M2)**
**10-Oct-05**

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 90I1187 | 11615145 | 9/2/05 | 7,332.51 | 38 | 213,771.81 |
| INV | 90I1187 | 11621731 | 9/16/05 | 6,990.00 | 24 | 220,761.81 |
| INV | 90I1187 | 11623391 | 9/20/05 | 14,441.34 | 20 | 235,203.15 |
| INV | 90I1187 | 11624798 | 9/22/05 | 7,234.26 | 18 | 242,437.41 |
| INV | 90I1187 | 11628762 | 9/29/05 | 2,975.00 | 11 | 245,412.41 |
| INV | 90I1187 | 11632880 | 10/6/05 | 7,030.86 | 4 | 252,443.27 |
| | | | | | | 252,443.27 |

**Total on Account 815365**               **252,443.27**

Note: The invoices and back up documents are too voluminous
 to include at this time. Documents are available on request by contacting:
Val Venable
GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
704 992-5075
valerie.venable@ge.com