David G. Dragich (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )
                                                            )   Chapter 11
DELPHI CORPORATION, et al.,                                 )   Case No. 05-44481 (RDD)
                                                            )   Jointly Administered
          Debtors.                                          )
------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(1)

TO:    GENERAL ELECTRIC COMPANY ("GE"), doing business through its business unit GE COMMERCIAL MATERIALS SA de CV ("Transferor")

**Val Venable**
**GE Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**Tel: (704) 992-5075**

On May 21, 2007, GE and SABIC Engineering Plastics Holding BV entered into a Stock and Asset Purchase Agreement pursuant to which GE agreed to sell its Plastics business unit and certain of its Plastics affiliates and subsidiaries in various jurisdictions worldwide to SABIC Innovative Plastics Holding, BV. As a result of the subsequent sale, a claim in the amount of $1,206,987.71 (the "Claim") has been transferred to the Transferee at the address below.

GE filed a proof of claim in the amount of $1,206,987.71 (See Claim No. 11310). A copy of the proof of claim is attached hereto as **Exhibit A**. The Claim has been transferred to the following Transferee:

**SABIC Innovative Plastics US LLC ("SABIC Innovative Plastics" or "Transferee")**
**Val Venable**
**SABIC Innovative Plastics**
**9930 Kincey Avenue**
**Huntersville, NC 28078**
**Tel: (704) 992-5075**

DETR_463357.2

The Evidence of Transfer of Claim and the Transferee's payment instructions are the subject of the Stock and Asset Purchase Agreement, which is confidential. To the extent the Court requires review of the Stock and Asset Purchase Agreement, Transferee proposes that it be reviewed *in camera.*

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
| --- | --- |
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, P.O. Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE ABOVE ADDRESS WITH A COPY TO:**

> Foley & Lardner LLP
> David G. Dragich
> 500 Woodward Avenue, Suite 2700
> Detroit, MI 48226
> Telephone: (313) 234-7100
> Facsimile: (313) 234-2800
> E-mail: ddragich@foley.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS THE CLAIMANT IN THESE PROCEEDINGS.**

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ David G. Dragich
David G. Dragich (Admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Dated: October 16, 2007

2