# **EXHIBIT A**

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Automotive Systems LLC    Case Number: 05-44640(RDD) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property).<br>**GE Commercial Materials SA de CV** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | **Received**<br>**AUG 04 2006**<br>**Kurtzman Carson**<br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent<br>GE Commercial Materials SA de CV<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078<br>Attn: Val Venable    704 992-5075 | | |
| Account or other number by which creditor identifies debtor:<br>956300 | Check here ☐ amends<br>if this claim ☐ replaces a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury
- ☐ Taxes
- ☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ until _____

**2. Date debt was incurred:** 8/05 to 10/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,206,987.71

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim above, if any
$ _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____ Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse, or child — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units — 11 U.S.C. § 507(a)(8).
☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits.** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. **Summary attached, documents available upon request.**
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED JUN ? 2006 CLAIMS PROCESSING USBC, SDNY**

| Date:<br>7-26-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Val Venable, Credit Manager GE Plastics for GE Commercial Materials SA de CV<br>_[signature]_ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# GE Commercial Materials SA de CV

**Delphi Delco Electronic Systems**
Account Number 956300
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550046329 | 7722 | 8/12/05 | 9,112.09 | 59 | 9,112.09 |
| INV | 550046327 | 7728 | 8/12/05 | 13,959.00 | 59 | 23,071.09 |
| INV | 550046328 | 7729 | 8/12/05 | 6,446.00 | 59 | 29,517.09 |
| INV | 550046327 | 7786 | 8/15/05 | 7,810.00 | 56 | 37,327.09 |
| INV | 550046328 | 7787 | 8/15/05 | 7,997.00 | 56 | 45,324.09 |
| INV | | 7788 | 8/15/05 | 4,818.00 | 56 | 50,142.09 |
| INV | 550046328 | 7829 | 8/16/05 | 8,030.00 | 55 | 58,172.09 |
| INV | 550046327 | 7831 | 8/16/05 | 4,092.00 | 55 | 62,264.09 |
| INV | 550046329 | 7844 | 8/17/05 | 9,614.00 | 54 | 71,878.09 |
| INV | 550046327 | 7872 | 8/17/05 | 3,905.00 | 54 | 75,783.09 |
| INV | 550046328 | 7873 | 8/17/05 | 6,325.00 | 54 | 82,108.09 |
| INV | 550046329 | 7913 | 8/18/05 | 5,848.00 | 53 | 87,956.09 |
| INV | 550046329 | 7915 | 8/18/05 | 7,981.85 | 53 | 95,937.94 |
| INV | 550046327 | 7916 | 8/18/05 | 6,996.00 | 53 | 102,933.94 |
| INV | 550039298 | 7917 | 8/18/05 | 4,736.21 | 53 | 107,670.15 |
| INV | | 7918 | 8/18/05 | 3,212.00 | 53 | 110,882.15 |
| INV | | 7919 | 8/18/05 | 1,914.00 | 53 | 112,796.15 |
| INV | 550044711 | 7961 | 8/19/05 | 6,095.36 | 52 | 118,891.51 |
| INV | 550046329 | 7973 | 8/19/05 | 11,495.00 | 52 | 130,386.51 |
| INV | 550046327 | 7978 | 8/19/05 | 8,886.00 | 52 | 139,272.51 |
| INV | 550046328 | 7979 | 8/19/05 | 4,840.00 | 52 | 144,112.51 |
| INV | 550046327 | 7983 | 8/19/05 | 3,531.00 | 52 | 147,643.51 |
| INV | 550046327 | 8000 | 8/22/05 | 6,743.00 | 49 | 154,386.51 |
| INV | 550045724 | 8004 | 8/22/05 | 4,136.00 | 49 | 158,522.51 |
| INV | 550039298 | 8005 | 8/22/05 | 4,367.00 | 49 | 162,889.51 |
| INV | 550061673 | 8017 | 8/22/05 | 3,465.00 | 49 | 166,354.51 |
| INV | | 8031 | 8/22/05 | 8,030.00 | 49 | 174,384.51 |
| INV | 550046327 | 8034 | 8/22/05 | 8,547.00 | 49 | 182,931.51 |
| INV | 550046327 | 8035 | 8/22/05 | 1,210.00 | 49 | 184,141.51 |
| INV | 550046328 | 8036 | 8/22/05 | 8,206.00 | 49 | 192,347.51 |
| INV | 550046329 | 8067 | 8/23/05 | 8,030.00 | 48 | 200,377.51 |
| INV | 550046327 | 8070 | 8/23/05 | 5,676.00 | 48 | 206,053.51 |
| INV | 550046328 | 8071 | 8/23/05 | 1,672.00 | 48 | 207,725.51 |
| INV | 550046328 | 8084 | 8/24/05 | 1,881.00 | 47 | 209,606.51 |



# GE Commercial Materials SA de CV

Delphi Delco Electronic Systems
Account Number 956300
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550046329 | 8102 | 8/24/05 | 9,614.00 | 47 | 219,220.51 |
| INV | 550046330 | 8103 | 8/24/05 | 1,914.00 | 47 | 221,134.51 |
| INV | 550046327 | 8106 | 8/24/05 | 7,007.00 | 47 | 228,141.51 |
| INV | 550046327 | 8107 | 8/24/05 | 4,378.00 | 47 | 232,519.51 |
| INV | 550046328 | 8108 | 8/24/05 | 6,446.00 | 47 | 238,965.51 |
| INV | 550046328 | 8134 | 8/25/05 | 1,881.00 | 46 | 240,846.51 |
| INV | 550046329 | 8147 | 8/25/05 | 8,024.71 | 46 | 248,871.22 |
| INV | 550046327 | 8148 | 8/25/05 | 7,040.00 | 46 | 255,911.22 |
| INV | 550046328 | 8149 | 8/25/05 | 3,531.00 | 46 | 259,442.22 |
| INV |  | 8175 | 8/26/05 | 1,518.00 | 45 | 260,960.22 |
| INV | 550046328 | 8199 | 8/26/05 | 2,540.00 | 45 | 263,500.22 |
| INV | 550046329 | 8202 | 8/26/05 | 8,030.00 | 45 | 271,530.22 |
| INV | 550046327 | 8206 | 8/26/05 | 9,801.00 | 45 | 281,331.22 |
| INV | 550046328 | 8207 | 8/26/05 | 7,634.00 | 45 | 288,965.22 |
| INV | 550046329 | 8217 | 8/29/05 | 1,859.00 | 42 | 290,824.22 |
| INV | 550039298 | 8220 | 8/29/05 | 8,971.01 | 42 | 299,795.23 |
| INV | 550046328 | 8221 | 8/29/05 | 1,880.25 | 42 | 301,675.48 |
| INV |  | 8244 | 8/29/05 | 9,207.00 | 42 | 310,882.48 |
| INV | 550046327 | 8245 | 8/29/05 | 8,327.00 | 42 | 319,209.48 |
| INV | 550046327 | 8246 | 8/29/05 | 3,160.00 | 42 | 322,369.48 |
| INV | 550046328 | 8247 | 8/29/05 | 6,235.62 | 42 | 328,605.10 |
| INV | 550046328 | 8258 | 8/30/05 | 3,080.33 | 41 | 331,685.43 |
| INV | 550046329 | 8271 | 8/30/05 | 9,614.00 | 41 | 341,299.43 |
| INV | 550046327 | 8272 | 8/30/05 | 10,318.00 | 41 | 351,617.43 |
| INV | 550046327 | 8273 | 8/30/05 | 1,137.98 | 41 | 352,755.41 |
| INV | 550046327 | 8274 | 8/30/05 | 1,606.00 | 41 | 354,361.41 |
| INV | 31079 | 8279 | 8/31/05 | 6,314.05 | 40 | 360,675.46 |
| INV | 550045724 | 8313 | 8/31/05 | 4,136.00 | 40 | 364,811.46 |
| INV | 550046329 | 8338 | 8/31/05 | 8,030.00 | 40 | 372,841.46 |
| INV | 550046327 | 8341 | 8/31/05 | 6,633.00 | 40 | 379,474.46 |
| INV | 550046328 | 8342 | 8/31/05 | 9,537.00 | 40 | 389,011.46 |
| INV | 550046328 | 8343 | 8/31/05 | 1,859.00 | 40 | 390,870.46 |
| INV | 550044713 | 8344 | 8/31/05 | 1,914.00 | 40 | 392,784.46 |
| INV | 550046328 | 8372 | 9/1/05 | 2,751.30 | 39 | 395,535.76 |
| INV | 550046327 | 8413 | 9/1/05 | 13,145.00 | 39 | 408,680.76 |



# GE Commercial Materials SA de CV

<u>Delphi Delco Electronic Systems</u>
Account Number 956300
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550046327 | 8414 | 9/1/05 | 7,776.62 | 39 | 416,457.38 |
| INV | 550046328 | 8415 | 9/1/05 | 11,099.00 | 39 | 427,556.38 |
| INV | 550046329 | 8417 | 9/1/05 | 7,601.00 | 39 | 435,157.38 |
| INV | 550046329 | 8419 | 9/1/05 | 16,060.00 | 39 | 451,217.38 |
| INV | 550046329 | 8426 | 9/1/05 | 4,455.00 | 39 | 455,672.38 |
| INV | 550046329 | 8427 | 9/1/05 | 2,922.57 | 39 | 458,594.95 |
| INV | 550046330 | 8428 | 9/1/05 | 1,910.47 | 39 | 460,505.42 |
| INV | 550046328 | 8463 | 9/2/05 | 1,881.00 | 38 | 462,386.42 |
| INV | 550046327 | 8485 | 9/2/05 | 28,644.00 | 38 | 491,030.42 |
| INV | 550046327 | 8486 | 9/2/05 | 6,446.00 | 38 | 497,476.42 |
| INV | 550046328 | 8487 | 9/2/05 | 27,929.00 | 38 | 525,405.42 |
| INV | 550046329 | 8490 | 9/2/05 | 24,090.00 | 38 | 549,495.42 |
| INV | 550045724 | 8541 | 9/8/05 | 8,272.00 | 32 | 557,767.42 |
| INV | 550046328 | 8542 | 9/8/05 | 5,643.00 | 32 | 563,410.42 |
| INV | 550052866 | 8547 | 9/8/05 | 1,518.00 | 32 | 564,928.42 |
| INV | 550046329 | 8581 | 9/8/05 | 4,466.56 | 32 | 569,394.98 |
| INV | 550046327 | 8582 | 9/8/05 | 3,630.09 | 32 | 573,025.07 |
| INV | 550046327 | 8583 | 9/8/05 | 3,630.00 | 32 | 576,655.07 |
| INV | 550046328 | 8584 | 9/8/05 | 6,622.00 | 32 | 583,277.07 |
| INV | 550046329 | 8652 | 9/9/05 | 9,207.00 | 31 | 592,484.07 |
| INV | 550052866 | 8653 | 9/9/05 | 1,518.00 | 31 | 594,002.07 |
| INV | 550046327 | 8655 | 9/9/05 | 8,370.72 | 31 | 602,372.79 |
| INV | 550046327 | 8656 | 9/9/05 | 9,492.87 | 31 | 611,865.66 |
| INV | 550046327 | 8657 | 9/9/05 | 4,004.00 | 31 | 615,869.66 |
| INV | 550046328 | 8658 | 9/9/05 | 3,465.00 | 31 | 619,334.66 |
| INV | 550039298 | 8675 | 9/12/05 | 8,734.00 | 28 | 628,068.66 |
| INV | 550046329 | 8706 | 9/13/05 | 3,212.00 | 27 | 631,280.66 |
| INV | 550052866 | 8727 | 9/13/05 | 3,815.69 | 27 | 635,096.35 |
| INV | 550046327 | 8757 | 9/13/05 | 8,030.00 | 27 | 643,126.35 |
| INV | 550046328 | 8759 | 9/13/05 | 10,208.00 | 27 | 653,334.35 |
| INV | 550046328 | 8760 | 9/13/05 | 7,537.12 | 27 | 660,871.47 |
| INV | 550046327 | 8762 | 9/13/05 | 12,716.00 | 27 | 673,587.47 |
| INV | 550046327 | 8763 | 9/13/05 | 3,630.00 | 27 | 677,217.47 |
| INV | 550046328 | 8764 | 9/13/05 | 13,046.00 | 27 | 690,263.47 |
| INV | 550044713 | 8765 | 9/13/05 | 1,914.00 | 27 | 692,177.47 |



# GE Commercial Materials SA de CV

<u>Delphi Delco Electronic Systems</u>
Account Number 956300
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550045329 | 8768 | 9/14/05 | 17,644.00 | 26 | 709,821.47 |
| INV | 550045724 | 8799 | 9/14/05 | 3,102.00 | 26 | 712,923.47 |
| INV | 550045329 | 8832 | 9/14/05 | 2,981.00 | 26 | 715,904.47 |
| INV | 550045329 | 8836 | 9/14/05 | 1,950.00 | 26 | 717,854.47 |
| INV | 550046327 | 8838 | 9/14/05 | 12,462.95 | 26 | 730,317.42 |
| INV | 550046327 | 8839 | 9/14/05 | 8,246.00 | 26 | 738,563.42 |
| INV | 550046328 | 8840 | 9/14/05 | 15,048.00 | 26 | 753,611.42 |
| INV | 550046328 | 8841 | 9/19/05 | 1,270.00 | 21 | 754,881.42 |
| INV | 550039298 | 8893 | 9/19/05 | 4,367.00 | 21 | 759,248.42 |
| INV | 550046327 | 8929 | 9/19/05 | 9,416.00 | 21 | 768,664.42 |
| INV | 550046327 | 8930 | 9/19/05 | 3,634.18 | 21 | 772,298.60 |
| INV | 550046327 | 8933 | 9/19/05 | 2,420.00 | 21 | 774,718.60 |
| INV | 550046328 | 8934 | 9/19/05 | 4,950.00 | 21 | 779,668.60 |
| INV | 550046329 | 8936 | 9/19/05 | 8,030.00 | 21 | 787,698.60 |
| INV | 550046329 | 8937 | 9/19/05 | 8,030.00 | 21 | 795,728.60 |
| INV | 550046327 | 8938 | 9/20/05 | 5,456.00 | 20 | 801,184.60 |
| INV | 550046328 | 8958 | 9/20/05 | 3,762.00 | 20 | 804,946.60 |
| INV | 550046327 | 8991 | 9/20/05 | 8,030.00 | 20 | 812,976.60 |
| INV | 550046327 | 8992 | 9/20/05 | 13,827.00 | 20 | 826,803.60 |
| INV | 550046327 | 8993 | 9/21/05 | 5,436.75 | 19 | 832,240.35 |
| INV | 550046327 | 9013 | 9/21/05 | 6,743.00 | 19 | 838,983.35 |
| INV | 550046329 | 9041 | 9/21/05 | 4,950.00 | 19 | 843,933.35 |
| INV | 550046327 | 9042 | 9/21/05 | 9,526.00 | 19 | 853,459.35 |
| INV | 550046327 | 9043 | 9/21/05 | 4,862.00 | 19 | 858,321.35 |
| INV | 550046328 | 9044 | 9/22/05 | 6,760.30 | 18 | 865,081.65 |
| INV | 550046329 | 9101 | 9/22/05 | 9,109.31 | 18 | 874,190.96 |
| INV | 550046327 | 9102 | 9/22/05 | 4,092.00 | 18 | 878,282.96 |
| INV | 550046328 | 9103 | 9/22/05 | 4,614.00 | 18 | 882,896.96 |
| INV | 550046328 | 9105 | 9/23/05 | 1,606.00 | 17 | 884,502.96 |
| INV | 550052866 | 9127 | 9/23/05 | 1,518.00 | 17 | 886,020.96 |
| INV | 550046328 | 9128 | 9/23/05 | 1,881.00 | 17 | 887,901.96 |
| INV | 550046329 | 9158 | 9/23/05 | 16,060.00 | 17 | 903,961.96 |
| INV | 550046327 | 9159 | 9/23/05 | 13,706.00 | 17 | 917,667.96 |
| INV | 550045724 | 9160 | 9/26/05 | 4,136.11 | 14 | 921,804.07 |
| INV | 550052866 | 9191 | 9/26/05 | 1,518.00 | 14 | 923,322.07 |



# GE Commercial Materials SA de CV

**Delphi Delco Electronic Systems**
Account Number 956300
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550046327 | 9207 | 9/26/05 | 7,293.00 | 14 | 930,615.07 |
| INV | 550046327 | 9208 | 9/26/05 | 3,168.00 | 14 | 933,783.07 |
| INV | 550046328 | 9209 | 9/26/05 | 1,859.00 | 14 | 935,642.07 |
| INV |  | 9210 | 9/26/05 | 1,463.00 | 14 | 937,105.07 |
| INV | 550046329 | 9211 | 9/26/05 | 8,030.00 | 14 | 945,135.07 |
| INV | 550046328 | 9239 | 9/27/05 | 3,762.00 | 13 | 948,897.07 |
| INV | 550046329 | 9264 | 9/27/05 | 10,813.00 | 13 | 959,710.07 |
| INV | 550046327 | 9265 | 9/27/05 | 2,728.00 | 13 | 962,438.07 |
| INV | 550046328 | 9266 | 9/27/05 | 3,344.00 | 13 | 965,782.07 |
| INV |  | 9288 | 9/28/05 | 5,577.00 | 12 | 971,359.07 |
| INV | 550046329 | 9304 | 9/28/05 | 11,220.00 | 12 | 982,579.07 |
| INV | 550046327 | 9306 | 9/28/05 | 7,073.00 | 12 | 989,652.07 |
| INV | 550046328 | 9307 | 9/28/05 | 1,606.00 | 12 | 991,258.07 |
| INV | 550046328 | 9331 | 9/29/05 | 3,762.00 | 11 | 995,020.07 |
| INV | 550046329 | 9350 | 9/29/05 | 9,636.00 | 11 | 1,004,656.07 |
| INV |  | 9351 | 9/29/05 | 4,774.00 | 11 | 1,009,430.07 |
| INV | 550046327 | 9352 | 9/29/05 | 3,278.00 | 11 | 1,012,708.07 |
| INV | 550046328 | 9353 | 9/29/05 | 10,912.00 | 11 | 1,023,620.07 |
| INV | 550046328 | 9354 | 9/29/05 | 1,859.00 | 11 | 1,025,479.07 |
| INV |  | 9355 | 9/29/05 | 4,840.00 | 11 | 1,030,319.07 |
| INV |  | 9399 | 9/30/05 | 1,518.00 | 10 | 1,031,837.07 |
| INV | 550046328 | 9401 | 9/30/05 | 1,880.93 | 10 | 1,033,718.00 |
| INV | 550046327 | 9414 | 9/30/05 | 10,811.45 | 10 | 1,044,529.45 |
| INV | 550046330 | 9415 | 9/30/05 | 1,914.00 | 10 | 1,046,443.45 |
| INV | 550046327 | 9416 | 9/30/05 | 9,548.00 | 10 | 1,055,991.45 |
| INV | 550046327 | 9417 | 9/30/05 | 8,118.00 | 10 | 1,064,109.45 |
| INV | 550046328 | 9418 | 9/30/05 | 10,912.00 | 10 | 1,075,021.45 |
| INV | 550046327 | 9470 | 10/3/05 | 7,502.00 | 7 | 1,082,523.45 |
| INV | 550046328 | 9472 | 10/3/05 | 3,344.00 | 7 | 1,085,867.45 |
| INV | 550044713 | 9473 | 10/3/05 | 1,914.00 | 7 | 1,087,781.45 |
| INV | 550046329 | 9475 | 10/3/05 | 8,030.00 | 7 | 1,095,811.45 |
| INV |  | 9484 | 10/4/05 | 1,518.00 | 6 | 1,097,329.45 |
| INV | 550046328 | 9488 | 10/4/05 | 1,881.00 | 6 | 1,099,210.45 |
| INV | 550046327 | 9514 | 10/4/05 | 7,907.69 | 6 | 1,107,118.14 |
| INV | 550046328 | 9515 | 10/4/05 | 7,634.00 | 6 | 1,114,752.14 |



# GE Commercial Materials SA de CV

**Delphi Delco Electronic Systems**
Account Number 956300
Terms: Rescinded (M2)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 550046329 | 9516 | 10/4/05 | 8,030.00 | 6 | 1,122,782.14 |
| INV | 550046327 | 9548 | 10/5/05 | 9,409.57 | 5 | 1,132,191.71 |
| INV | 550046328 | 9549 | 10/5/05 | 3,278.00 | 5 | 1,135,469.71 |
| INV | 550046329 | 9550 | 10/5/05 | 9,636.00 | 5 | 1,145,105.71 |
| INV |  | 9553 | 10/5/05 | 1,463.00 | 5 | 1,146,568.71 |
| INV | 550046328 | 9570 | 10/6/05 | 1,881.00 | 4 | 1,148,449.71 |
| INV | 550046329 | 9585 | 10/6/05 | 4,059.00 | 4 | 1,152,508.71 |
| INV | 550046329 | 9586 | 10/6/05 | 11,326.00 | 4 | 1,163,834.71 |
| INV | 550046327 | 9587 | 10/6/05 | 6,138.00 | 4 | 1,169,972.71 |
| INV | 550046328 | 9588 | 10/6/05 | 1,859.00 | 4 | 1,171,831.71 |
| INV |  | 9612 | 10/7/05 | 1,518.00 | 3 | 1,173,349.71 |
| INV | 550046327 | 9630 | 10/7/05 | 13,673.00 | 3 | 1,187,022.71 |
| INV | 550046328 | 9631 | 10/7/05 | 8,415.00 | 3 | 1,195,437.71 |
| INV | 550046328 | 9632 | 10/7/05 | 9,636.00 | 3 | 1,205,073.71 |
| INV | 550046330 | 9633 | 10/7/05 | 1,914.00 | 3 | 1,206,987.71 |

**Total on Account 956300**          **1,206,987.71**

Note: The invoices and back up documents are too voluminous
to include at this time. Documents are available on request by contacting:
Val Venable
GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078
704 992-5075
valerie.venable@ge.com