# EXHIBIT A

FORM B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Automotive Systems LLC  
Case Number: 05-44640(RDD)

**RECEIVED AUG 0 5 2006 KURTZMAN CARSON**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):  
**GE Polymershapes**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.  
☐ Check box if you have never received any notices from the bankruptcy court in this case.  
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent  
GE Polymershapes  
c/o GE Plastics  
9930 Kincey Avenue  
Huntersville, NC 28078  
Attn: Val Venable    704 992-5075

THIS SPACE IS FOR COURT USE ONLY

X Date Stamped Copy Returned  
No self addressed stamped envelope  
No copy to return

Account or other number by which creditor identifies debtor:  
147422

Check here ☐ amends  
if this claim ☐ replaces a previously filed claim, dated: _____

**1. Basis for Claim**  
☒ Goods sold  
☐ Services performed  
☐ Money loaned  
☐ Personal injury  
☐ Taxes  
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)  
☐ Wages, salaries, and compensation (fill out below)  
Your social security number _____  
Unpaid compensation for services performed  
from _____ until _____

**2. Date debt was incurred:** 7/05 to 9/05  
**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 757.82  
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.  
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**  
☐ Check this box if your claim is secured by collateral (including a right of setoff).  
Brief Description of Collateral:  
☐ Real Estate ☐ Motor Vehicle  
☐ Other  
Value of Collateral: $ _____  
Amount of arrearage and other charges at time case filed included in secured claim above, if any  
$ _____

**6. Unsecured Priority Claim.**  
☐ Check this box if you have an unsecured priority claim  
Amount entitled to priority $ _____. Specify the priority of the claim.  
☐ Wages, salaries, or commissions (up to $4,300),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).  
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)  
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).  
☐ Alimony, maintenance or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7)  
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8).  
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(1)

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim  
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. **Invoices attached.**  
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED JUL 2 8 2006 CLAIMS PROCESSING USBC SDNY**

Date: 7-26-06  
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  
Val Venable, Credit Manager GE Plastics for GE Polymershapes  
/s/ Val Venable

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



# GE Polymershapes

**Delphi Corporation**
**Through Setech Inc. as Agent**
Account Number 147442
Terms: Rescinded (30)
10-Oct-05

| Trans Type | Purchase Order Number | Invoice Number | Trans Date | Transaction Amount | Days Open | Balance Forward |
|---|---|---|---|---|---|---|
| INV | 6907 | 2892144 | 7/1/05 | 106.06 | 101 | 106.06 |
| INV | 23221-1-D09 | 2932017 | 8/12/05 | 221.48 | 59 | 327.54 |
| INV | 235050 | 2969793 | 9/5/05 | 221.48 | 35 | 549.02 |
| INV | 235590 | 2979621 | 9/29/05 | 208.80 | 11 | 757.82 |

**Total Due Account 147422**             757.82

FedEx | Track

Page 1 of 1

Track Shipments
**Detailed Results**

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 039552203003594 | Destination | Rochester, NY |
| Signed for by | AM | Service type | Ground-Domestic |
| Ship date | Sep 29, 2005 | Pieces | 1 |
| Delivery date | Oct 3, 2005 9:51 AM | Weight | 40.8 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 3, 2005 | 9.51 AM | Delivered | Rochester, NY | |

 Signature proof     Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From
To

Add a message to this email.

Send email

SEP-19-2007 17:08 From:    To:086046607262800140D    P.4/13

Table of invoice detail lines

SETECH INC 147442-586194

| | | | |
|---|---|---|---|
| Transaction ID: | 5157835 | Disputed | |
| Reference: | 02979621 | Discount Days | |
| Original Amount: | $208.80 | Discount Amount: | $0.00 |
| Current Balance: | $208.80 | Salesperson: | Art Preitl |
| Date: | 09/29/05 | Due Date | 10/29/05 |
| PO Number | 235590 | Terms: | NET 30 |
| | | Division: | GREAT LAKE |

| | | | |
|---|---|---|---|
| Ship Name: | SETECH INC | Invoice Bill Name. | SETECH INC |
| | 03955203003594 | Billing address: | PO BOX 2825 |
| Ship Via: | 2033 E. BOULEVARD | | |
| Ship To: | PLANT 9 | | KOKOMO, IN-46904 |
| | KOKOMO, IN-46902 | | US |
| | US | | |

| Item Number | Description | Shipped | Price | Ext |
|---|---|---|---|---|
| SND811648 | POLYESTER_FILM_MYLAR TYPE A_0.00092 IN THK_10.00 IN WIDE_400.00 F | 6.0 | 32 3 | $193.80 |
| RL Part# 07021427 | | | | |
| Freight | | | | $15.00 |

Send Invoice    Close    Help

http://iplanet2.geb.ge.com:8102/getpaid/zeroclient/formservlet.do?request=trandetail&tranid=855145&random=0.61259425340...    6/15/2006



Invoice

4168 COLLECTIONS CENTER DR
CHICAGO IL 60693

2969793
21-SEP-05    1 of 1
235050

SETECH INC
2033 E. BOULEVARD
PLANT 3
KOKOMO IN 46902

2965793
147442    696194

21-SEP-05    FDE- - FEDEX GROUND 0395520300034682    206.48

3C    21-OCT-05    Art Pretti

Invoice Description

STND803815    UOM : RL
POLYESTER_FILM_MYLAR_A_0.00092 IN THK_8.00 IN
WIDE_400.00 FT PKG_EAZY_EXTRUDED
Special Inst: SETCH PART# S 07009625

8    3.00    25.81    206.48

15.00

221.48
Currency: USD

Remit To: GE POLYMERSHAPES
Business Unit 6036
4168 COLLECTIONS CENTER DR
CHICAGO IL 60693

221.48    2959793

147975
147442

FedEx | Track

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 039552030034682 | Destination | Kokomo, IN |
| Signed for by | RMILLS | Service type | Ground-Domestic |
| Ship date | Sep 21, 2005 | Pieces | 1 |
| Delivery date | Sep 26, 2005 8:18 AM | Weight | 22.7 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 26, 2005 | 8:18 AM | Delivered | Kokomo, IN | |



Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.

Send email

Page 1 of 1

6/15/2006

SETECH INC 147442-996194

| | | | | |
|---|---|---|---|---|
| Transaction ID. | 6144850 | Disputed | Ship Name: | SETECH INC |
| Reference: | 2369793 | Discount Days: | Ship Via: | 039552030034682 |
| Original Amount: | $ 221.48 | Discount Amount: | Ship To: | 2033 E. BOULEVARD |
| Current Balance: | $ 221.48 | Salesperson: | Art Pretti | PLANT 9 |
| Date: | 09/21/05 | Due Date: | 10/21/05 | KOKOMO, IN-46902 |
| PO Number: | 235050 | Terms: | NET 30 | US |
| | | Division: | GREAT LAKE | |

| | | | | |
|---|---|---|---|---|
| | | Invoice Bill Name: | SETECH INC | |
| | | Billing address | PO BOX 2826 | |
| | | | KOKOMO, IN-46904 | |
| | | | US | |

| Item Number | Description | Shipped | Price | Ext |
|---|---|---|---|---|
| STND803815 | POLYESTER_FILM_MYLAR A_0.00092 IN THK_8.00 IN WIDE_400.00 FT LONG | 8.0 | 25.81 | $ 206.48 |
| | SETCH PART# S 07009625 | | | |
| | Freight | | | $ 15.00 |

[Send Invoice] [Close] [Help]

file://D:\DOCUME~1\P040437\LOCALS~1\Temp\MS217UT9.htm



SEP-19-2007 11:05 From: 05-44481-rdd Doc 10615-1 Filed 10/16/07 Entered 10/16/07 15:52:36 Exhibit A Pg 10 of 14 7308604667 To:0001400 P.9/13

Page 1 of 1

FedEx | Track

## Track Shipments
### Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 039552030029480 | **Destination** | Kokomo, IN |
| **Signed for by** | RMILLS | **Service type** | Ground-Domestic |
| **Ship date** | Aug 12, 2005 | **Pieces** | 1 |
| **Delivery date** | Aug 16, 2005 8:58 AM | **Weight** | 22.6 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 16, 2005 | 8:58 AM | Delivered | Kokomo, IN | |

 Signature proof   Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From:

To:

Add a message to this email.

Send email

Table of invoice detail lines

SETECH INC 147442731106

| Transaction ID: | 5088068 | Disputed | | Ship Name: | SETECH INC | Invoice Bill Name: | SETECH INC |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Reference: | 2032017 | Discount Days: | 0 | | 039552030029480 | Billing address: | DSSI |
| Original Amount: | $221.48 | Discount Amount: | $0.00 | Ship Via: | PLANT 9 DOCK 9-S | | 9300 SHELBYVILLE RD STE 402 |
| Current Balance: | $221.48 | Salesperson: | Art Pretti | Ship To: | 2033 E. BOULEVARD | | |
| Date: | 09/12/05 | Due Date: | 09/11/05 | | | | LOUISVILLE, KY 40222 |
| PO Number: | 25?221-1-D09 | Terms: | NET 30 | | KOKOMO, IN 46902 | | US |
| | | Division: | GREAT LAKE | | US | | |

| Item Number | Description | Shipped | Price | Ext |
| --- | --- | --- | --- | --- |
| STND803815 | POLYESTER_FILM_MYLAR_A_0.00092 IN THK_8.00 IN WIDE_400.00 FT LONG | 8.0 | 25.81 | $206.48 |
| | RL SETCH PART# S 07009625 DSSI PART# 04656888 | | | |
| | Freight | | | $15.00 |

Send Invoice  Close  Help



FedEx | Track                                                                    Page 1 of 1

Track Shipments
**Detailed Results**                                             (?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 032991430033500 | **Reference** | 2892144 |
| **Signed for by** | TSMITH | **Destination** | Dayton, OH |
| **Ship date** | Jul 1, 2005 | **Service type** | Ground-Domestic |
| **Delivery date** | Jul 6, 2005 12:26 PM | **Pieces** | 1 |
| | | **Weight** | 3.0 lbs. |

**Status**          Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 6, 2005 | 12:26 PM | Delivered | Dayton, OH | |



Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.



Add a message to this email.



Page 1 of 1

Table of invoice detail lines

SETECH INC 1474442 49170

| Transaction ID: | 527188 | Disputed | | Ship Name: | SETECH INC | Invoice Bill Name: | SETECH INC |
|---|---|---|---|---|---|---|---|
| Reference: | 292144 | Discount Days: | 0 | Ship Via: | 032991430033500 | Billing address: | 3515 CLEBURNE ROAD |
| Original Amount: | $106.06 | Discount Amount: | $0.00 | | DMAX | | |
| Current Balance: | $106.06 | Salesperson: | Bob Weaver | Ship To: | 3100 DRYDEN ROAD, DOCK C | | |
| Date: | 07/01/05 | Due Date: | 07/31/05 | | | | COLUMBIA, TN-38401 |
| PO Number: | 6907 | Terms: | NET 30 | | MORAINE, OH-45439 | | US |
| | | Division: | GREAT LAKE | | US | | |

| Item Number | Description | | Shipped | Price | Ext |
|---|---|---|---|---|---|
| STND292224 | ACRYLIC_SHEET_MIRROR_0.118 IN THK_48.00 IN WIDE_96.00 IN LONG_CLE | | 1.0 | 0.0 | $0.00 |
| GT01031014 | ACRYLIC_MIRROR_SHEET_0.118_CT IN WIDE_CT IN LONG_CLEAR_EXTRUDED_ | | 1.0 | 90.06 | $90.06 |
| EA 36.0 12.0 0002 9630 | | | | | |
| SH ***WAREHOUSE USE ONLY*** | | | | | |
| | Freight | | | | $16.00 |

[Send Invoice] [Close] [Help]