Will Guerrant (wg6304)
Texas State Bar No. 08581350
**CLARK, THOMAS & WINTERS,**
**A Professional Corporation**
300 W. Sixth Street, Suite 1500
Austin, Texas 78701
(512) 472-8800
(512) 474-1129 (Fax)
wbg@ctw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| ) | **Case No. 05-44481 (RDD)** |
| **DELPHI CORPORATION,** *et al*. ) | |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

The law firm of Clark, Thomas & Winters, a Professional Corporation, no longer holds

an interest in the above styled cases and, accordingly, requests that email address wbg@ctw.com

be removed from the ECF matrix in such cases.


Dated: October 16, 2007


                                                    **CLARK, THOMAS & WINTERS,**
                                                    **A Professional Corporation**
                                                    300 W. Sixth Street, Suite 1500
                                                    Austin, Texas 78701
                                                    (512) 472-8800
                                                    (512) 474-1129 (Fax)

                                                    By: _____/s/_____
                                                    Will Guerrant (wg6304)
                                                    Texas State Bar No. 08581350
                                                    wbg@ctw.com