| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP<br>Bankruptcy Co-Counsel for Delphi Corporation, et al.,<br>Debtors and Debtors in Possession<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Albert Togut (AT-9759)<br>Neil Berger (NB-3599)<br>Lara Sheikh (LS-0879) | **Hearing Date: November 29, 2007**<br>**At: 10:00 a.m.** |

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 11
                                                              :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                 :
                                                              :    Jointly Administered
                              Debtors.                        :
                                                              :
-------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER MOTION OF VERIZON SERVICES CORP. FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO MOBILEARIA SALE ORDER

PLEASE TAKE NOTICE that on September 25, 2007, Verizon Services Corp. ("Verizon") filed a Motion for Payment of Administrative Expense Claim Pursuant to Mobilearia Sale Order (Docket No. 9596) (the "Motion").

PLEASE TAKE FURTHER NOTICE that Verizon and the above-captioned Debtors have agreed to adjourn the hearing to consider the Motion, originally scheduled to be heard on October 25, 2007, to **November 29, 2007 at 10 a.m. (prevailing Eastern time).**

   PLEASE TAKE FURTHER NOTICE that the Debtors and Verizon may agree to further adjourn the Hearing to consider the Motion.

Dated: New York, New York
   October 16, 2007

             DELPHI CORPORATION, *et al.*
             By their attorneys,
             TOGUT, SEGAL & SEGAL LLP
             By:

             /s/ Neil Berger
             ALBERT TOGUT (AT-9759)
             NEIL BERGER (NB-3599)
             Members of the Firm
             One Penn Plaza
             New York, New York 10119
             (212) 594-5000