# EXHIBIT B

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

April 18, 2007

William Cosnowski, Jr.
Delphi Automotive Systems Headquarters - Legal Staff
5825 Delphi Drive
Troy, Michigan 48098-2815

Matter # : 51209
Invoice # : 1106008
Responsible Attorney: Charles K. Verhoeven

PHC (Cadence Innovation) v. Delphi Delphi File No.

For Professional Services through March 31, 2007 in connection with patent infringement action.

|  |  |
|---|---|
| Fees | $36,230.50 |
| Expenses | $24.38 |
| Total Due This Invoice | $36,254.88 |

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/28/07 | CKV | Review memo prepared by TG concerning case status; review materials sent by WC; attend conference call with TG and WC concerning case status and outstanding tasks. | 1.30 |
| 03/01/07 | TG | Review case file in support of preparing for continued litigation after lift of stay from bankruptcy court proceedings (1.0); review recent correspondence from opposing counsel and determine response to same (0.5); review invalidity defenses asserted based on prior art, analyze and update same (1.0); review prior art in support of same (0.5). | 3.00 |
| 03/01/07 | SW | Meet and confer with Tigran G. regarding the lifting of the bankruptcy stay and document review assignment. | 1.20 |
| 03/01/07 | SW | Document review of court clip and case correspondence clip. | 4.20 |
| 03/01/07 | LAL | Review storage log and oversee retrieval of files from storage. | 1.00 |
| 03/02/07 | TG | Review all prior correspondence in support of determining case status and determining action items (0.7); email communication with SQW re same (0.1); review prior written discovery in support of updating same and determining status of same (1.0). | 1.80 |
| 03/02/07 | SW | Document review of court clip and correspondence clip. | 3.60 |
| 03/02/07 | LAL | Oversee set-up of case War Room and retrieval of files from storage. | 1.00 |
| 03/05/07 | RWS | TC TG re: status; TC W. Cosnowski re: same. | 0.40 |
| 03/05/07 | TG | Conference with LL re review of documents in support of preparing for continued litigation (0.1); review correspondence file to determine status of prior discovery and in support of updating same (0.4). | 0.50 |
| 03/05/07 | SW | Document review of case file. | 3.10 |
| 03/05/07 | JMP | Review documents in preparation for and conference with TG regarding background of litigation, mediation and bankruptcy. | 1.20 |
| 03/05/07 | LAL | Review boxes containing court clip and correspondence files and inventory contents for labeling. | 1.00 |
| 03/06/07 | TG | Conference and email communication with SQW re memorandum of tasks to be completed (0.2); review memorandum from SQW re same and revise same (0.5). | 0.70 |
| 03/06/07 | SW | Document review of case file and Delphi mediation documents | 3.90 |
| 03/06/07 | SW | Meet and confer with Tigran G. and Laura Love regarding case strategy. | 0.60 |
| 03/06/07 | SW | Prepare memo regarding case status for client call. | 3.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/06/07 | LAL | Meet with TG and SW to discuss case background and future agenda. | 1.00 |
| 03/06/07 | LAL | Review temporary War Room and files with TG and SW and discuss organization of new War Room. | 0.70 |
| 03/06/07 | LAL | Review November 29, 2004 Mediation Brief and recent correspondence regarding upcoming Mediation to obtain case overview. | 2.00 |
| 03/07/07 | CKV | Review status memo prepared by TG in preparation for status call; attend teleconference with WC, TG and RS concerning case status, outstanding discovery and next steps. | 1.20 |
| 03/07/07 | RWS | Review status memo. | 0.30 |
| 03/07/07 | RWS | TC TG, CKV re: status. | 0.30 |
| 03/07/07 | RWS | TC TG, CKV, WC re: status. | 0.40 |
| 03/07/07 | RWS | Review claim construction/summary judgment materials. | 2.50 |
| 03/07/07 | TG | Teleconference with Mr.Cosnowski, CKV and RWS re tasks moving forward in preparation for continued litigation and in support of upcoming mediation (0.7); prepare memorandum of minutes from teleconference and list of action items (0.5). | 1.20 |
| 03/07/07 | SW | Meet and confer with Tigran G. regarding case status. | 0.40 |
| 03/07/07 | SW | Document review of unfiled motion for summary judgement. | 1.20 |
| 03/08/07 | TG | Email communication with Mr. Cosnowski re secondary consideration of success based on government regulations (0.1); review legal research in support of same (0.4). | 0.50 |
| 03/09/07 | CKV | Review memo re action items prepared by TG. | 0.10 |
| 03/09/07 | RWS | Review task list. | 0.40 |
| 03/09/07 | TG | Review and revise memorandum setting forth action items of tasks to completed, including review of prior deposition transcripts, determination of knowledge of patents, non-infringement positions, invalidity positions, inequitable conduct positions, ownership of patents as grounds for unenforceability, and payment of incorrect small entity fee as grounds for inequitable conduct (0.4); review prior art in support of developing invalidity defenses; review previously prepared drafts of summary judgment briefs in support of determining status of same and revisions to same (1.0). | 1.40 |
| 03/12/07 | JMP | Conference with TG regarding background on invalidity arguments. | 0.70 |
| 03/12/07 | LAL | Create labels for matter 4385 Court Clips and Correspondence files. | 0.50 |
| 03/12/07 | LAL | Coordinate transfer of 4385 files from TG's office to temporary War Room and organize files in temporary War Room. | 0.50 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/13/07 | TG | Review prior discovery memorandums in support of determining status of discovery; review prior written discovery in support of same and in support of determining whether or not further discovery is necessary. | 1.10 |
| 03/13/07 | SW | Document review. | 1.20 |
| 03/13/07 | LAL | Label Court Clip and Correspondence Files for 4385 matter. | 1.00 |
| 03/14/07 | SW | Document review of unfiled motions for summary judgement. | 3.00 |
| 03/15/07 | LAL | Oversee transfer of 4385 files to temporary War Room and review and organize files. | 0.50 |
| 03/15/07 | LAL | Follow-up regarding new Delphi War Room and review potential space for new War Room. | 0.50 |
| 03/19/07 | RWS | Review claim construction materials. | 3.30 |
| 03/19/07 | RWS | TC TG re: status. | 0.20 |
| 03/19/07 | TG | Review interrogatory responses and document production in support of determining invalidity arguments with respect to '026 break-seam patent; determine prior art asserted in previous mediation statement and that relied on in draft Summary Judgment papers in support of same; determine whether to rely on U.S. or foreign equivalent of prior art references in support of same; analyze priority date of prior art reference and compare same to priority date of '026 break-seam patent. | 3.50 |
| 03/19/07 | JMP | Document review regarding status of invalidity case including mediation statement and description of invalidity defenses. | 3.20 |
| 03/20/07 | TG | Review previously prepared draft summary judgment motions of non-infringement and invalidity in support of determining status of same and further steps necessary to finalize same (0.7); review Court Ordered Description of Invalidity Defenses in support of same (0.5); review of various case documents in support of preparing for continued litigation after mediation and lift of stay (1.2). | 2.40 |
| 03/20/07 | JMP | Document review regarding status of invalidity case including description of invalidity defenses and draft motions for summary judgment. | 4.30 |
| 03/22/07 | TG | Email communication with CKV re case status and tasks to be completed. | 0.10 |
| 03/22/07 | TG | Review of 30(b)(6) deposition topics from PHC to Delphi in support of responding to same and determining whether to produce a witness for same; review of 30(b)(6) deposition topics from Delphi to PHC in support of determining whether same is complete; review prior deposition transcripts in support of same. | 2.70 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/26/07 | TG | Email communication with Mr. Cosnowski re documents produced by DuPont pursuant to subpoena; email communication with RWS, JP, SQW and LL re same in support of review of same. | 0.20 |
| 03/26/07 | TG | Review documents produced by DuPont pursuant to subpoena in support of invalidity defenses. | 1.30 |
| 03/26/07 | LAL | Meet with TG and SW to discuss War Room and organization of binders/ files received from SF office. | 0.50 |
| 03/26/07 | LAL | Coordinate with HR for new Delphi War Room. | 0.30 |
| 03/26/07 | LAL | Collect and file documents responsive to DuPont Subpoena per TG. | 0.70 |
| 03/27/07 | RWS | Communicate WC, TG re: mediation statement. | 1.60 |
| 03/27/07 | TG | Review documents produced by DuPont in response to subpoena and determine next steps based on same including potential use for invalidity arguments (0.7); email communication with Mr. Cosnowski re preparation of confidential pre-mediation information for mediator (0.1); prepare confidential pre-mediation information (1.5); email with RWS re same (0.1); telephone conference with RWS re same (0.2). | 2.60 |
| 03/27/07 | SW | Meet and confer with TG regarding research assignment. | 0.30 |
| 03/27/07 | SW | Document review of pleadings and interrogatory responses. | 0.50 |
| 03/27/07 | SW | Document review of prior arguments regarding small entity fee. | 2.80 |
| 03/27/07 | LAL | Collect Subpoenas and operative Answer/ Counter Claims for TG's review. | 1.00 |
| 03/27/07 | LAL | Collect and file additional documents responsive to DuPont Subpoena and distribute copy to TG for review. | 1.00 |
| 03/28/07 | RWS | Revise and edit mediation materials. | 2.50 |
| 03/28/07 | TG | Conference SQW re research and investigation of PHC's payment of incorrect small entity fee as inequitable conduct defense (0.5); legal research re same (0.2); document review of same (0.4); email communication with SQW re same (0.1). | 2.20 |
| 03/28/07 | SW | Meet and confer with Tigran G. regarding small entity fee. | 0.40 |
| 03/28/07 | SW | Document review of small entity fee research and documents. | 4.90 |
| 03/28/07 | LAL | Review Discovery Binders, Supbpoenas Binder, and Answer/ Counterclaims Binder for completeness and distribute copies to TG and SW. | 2.00 |
| 03/29/07 | RWS | Revise and edit mediation materials and call with client re: same. | 1.80 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/29/07 | TG | Review and revise mediation statement in support of presenting same to mediator (1.6); teleconference with RWS re same (0.3); teleconference with Mr. Cosnowski and RWS re same (0.5); email communication with Mr. Cosnowski re same (0.1); email communication with Mr. Cosnowski re pre-mediation information statement to be presented to mediator (0.1); review and revise pre-mediation information statement based on teleconference with Mr. Cosnowski (0.4). | 3.00 |
| 03/30/07 | TG | Document review of prior written discovery in support of continued litigation after lift of stay (1.2); review previously prepared summary judgment papers re invalidity and non-infringement in support of revisions to same (1.3). | 2.50 |
| 03/30/07 | SW | Research regarding small entity fee. | 2.00 |

Total Hours    108.20

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Charles K. Verhoeven | CKV | Partner | 2.60 | 700.00 | 1,820.00 |
| Robert W. Stone | RWS | Partner | 13.70 | 575.00 | 7,877.50 |
| Joseph Paunovich | JMP | Associate | 9.40 | 340.00 | 3,196.00 |
| Steve Wood | SW | Associate | 36.60 | 305.00 | 11,163.00 |
| Tigran Guledjian | TG | Counsel | 30.70 | 300.00 | 9,210.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Laura A. Love | LAL | Case Assistant | 15.20 | 195.00 | 2,964.00 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Telephone | | 0.68 |
| Document Reproduction | $0.10 per page | 23.70 |

Total Expenses    $24.38

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

### Current Invoice Summary

Matter Name : PHC (Cadence Innovation) v. Delphi Delphi File No. _____

Matter #: 51209                    Total Fees.................................................$36,230.50
Bill Date: April 18, 2007            Expenses.........................................................$24.38
Invoice # 1106008          Total Due this Invoice..................................................$36,254.88

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax  ID: 95-4004138



REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

May 15, 2007

William Cosnowski, Jr.
Delphi Automotive Systems Headquarters - Legal Staff
5825 Delphi Drive
Troy, Michigan 48098-2815

Matter # : 51209
Invoice # : 1107274
Responsible Attorney: Charles K. Verhoeven

<u>PHC (Cadence Innovation) v. Delphi Delphi File No.</u>

For Professional Services through April 30, 2007 in connection with patent infringement action.

|  |  |
|---|---|
| Fees | $36,805.50 |
| Expenses | $5.75 |
| Total Due This Invoice | $36,811.25 |
| Balance Due from Previous Statement(s) | $36,254.88 |
| Total Balance Due | $73,066.13 |

**Statement Detail**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/02/07 | RWS | Revise and edit mediation brief. | 2.20 |
| 04/02/07 | RWS | Communicate TG regarding mediation. | 0.30 |
| 04/03/07 | RWS | Review materials from W. Cosnowski regarding Delphi sales. | 0.80 |
| 04/03/07 | RWS | TC TG re Delphi sales materials. | 0.50 |
| 04/03/07 | RWS | Review letter from MC Laren. | 0.30 |
| 04/03/07 | RWS | Communicate W. Cosnowski regarding Delphi materials. | 0.20 |
| 04/03/07 | TG | Email communication with Mr. Cosnowski re supplying volumes of allegedly infringing products to opposing counsel (0.1); telephone conference with RWS re same (0.3); review chart related to same showing volumes (0.2); review and revise and prepare new introductory paragraph re volumes of allegedly infringing products (0.1); email communication with RWS re same (0.1) | 0.80 |
| 04/03/07 | JMP | Document review regarding invalidity defenses including Delphi's court ordered description of invalidity defenses. | 1.30 |
| 04/04/07 | JMP | Document review relating to Delphi's invalidity defenses. | 3.00 |
| 04/04/07 | LAL | Collect Invalidity Defenses binders and select Delphi Orders to JP's review. | 1.00 |
| 04/05/07 | RWS | Confer W. Cosnowski regarding mediation brief | 0.20 |
| 04/05/07 | RWS | Revise and edit same. | 2.20 |
| 04/05/07 | RWS | Communicate TG re mediation. | 1.00 |
| 04/05/07 | RWS | Review summary judgment materials in preparation for mediation. | 2.80 |
| 04/05/07 | TG | Review mediation materials to be submitted to mediator (0.5); email communication with Mr. Cosnowski re same (0.1); email communication with RWS re same (0.1); telephone conference with RWS re same (0.1); email communication and telephone conference with JMP in support of determining status of invalidity arguments (0.5); research and document review in support of same (1.8). | 3.10 |
| 04/05/07 | SW | Document review of Delphi's confidential pre-mediation information. | 0.30 |
| 04/05/07 | JMP | Document review relating to Delphi's invalidity defenses. | 4.30 |
| 04/05/07 | LAL | Collect and organize correspondence and briefing regarding Mediation and file. | 1.00 |
| 04/06/07 | RWS | Review materials in preparation for mediaiton. | 6.50 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/06/07 | TG | Email communication with Mr. Cosnowski and RWS in preparation for mediation (0.1); review mediation statement (0.2). | 0.20 |
| 04/06/07 | LAL | Collect previous Delphi Mediation statement and distribute to TG. | 1.00 |
| 04/09/07 | RWS | Review materials in preparation for mediation. | 4.80 |
| 04/09/07 | RWS | TC TG re: mediation. | 0.50 |
| 04/09/07 | TG | Telephone conference with Mr. Cosnowski re upcoming mediation and preparation in support of same (0.4); prepare email memorandum to RWS re same in support of RWS attending mediation (0.3); email communication with RWS re same (0.1); review Mediation Statement in support of same (0.7); email communication with LL re previously filed mediation statement of PHC/Cadence (0.1); review previously filed mediation statement of PHC (0.5); email communication with RWS re same (0.1). | 2.20 |
| 04/10/07 | RWS | Prepare for mediation. | 10.30 |
| 04/10/07 | TG | Email communication with Mr. Cosnowski re PHC's mediation statement (0.1); review same (0.3); telephone conference with RWS re mediation (0.1). | 0.50 |
| 04/10/07 | LAL | Review and send PHC's Mediation Statement and Updated Damages Chart to court clip/ files | 1.00 |
| 04/11/07 | RWS | Prepare for and attend mediation. | 8.90 |
| 04/12/07 | RWS | Travel to San Francisco, review materials re: mediation; TC TG re: same. | 9.20 |
| 04/12/07 | TG | Email communication with RWS re mediation between PHC and Delphi and status and outcome of same and next steps (0.1). | 0.10 |
| 04/12/07 | LAL | Coordinate with TG's new secretary regarding maintenance and location of Delphi's files; follow-up on War Room status. | 1.00 |
| 04/16/07 | LAL | Review status of court clip and disbursements files for 51209 matter with TG's secretary. | 0.50 |
| 04/18/07 | RWS | Review materials re: additional discovery; communicate TG re: same. | 2.60 |

|  |  | Total Hours | 74.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Robert W. Stone | RWS | Partner | 53.30 | 575.00 | 30,647.50 |
| Joseph Paunovich | JMP | Associate | 8.60 | 340.00 | 2,924.00 |
| Steve Wood | SW | Associate | 0.30 | 305.00 | 91.50 |
| Tigran Guledjian | TG | Counsel | 6.90 | 300.00 | 2,070.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Laura A. Love | LAL | Case Assistant | 5.50 | 195.00 | 1,072.50 |

### Expense Summary

| Description | | | Amount |
|---|---|---|---|
| Telephone | | | 0.73 |
| Professional services | | | 3.12 |
| Document Reproduction | $0.10 per page | | 1.90 |
| | | Total Expenses | $5.75 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

## Current Invoice Summary

Matter Name : PHC (Cadence Innovation) v. Delphi Delphi File No. _____

| | | |
|---|---|---|
| Matter #: 51209 | Total Fees..............................................$36,805.50 | |
| Bill Date: May 15, 2007 | Expenses...........................................$5.75 | |
| Invoice # 1107274 | Total Due this Invoice.................................$36,811.25 | |

## Account Summary

Balance Due from Previous Statement(s) ...................................................$36,254.88

Total Balance Due .....................................................$73,066.13

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|
| 04/18/07 | 1106008 | 36,254.88 | 0.00 | 36,254.88 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

June 5, 2007

BILL    _____
HOLD    _____
WOFF    _____
ATTY    _____

***BILLING INSTRUCTIONS***
copy of prebill to Ms Fowler only; calendar mo
p/bill (Dec 1-30); final bill to Mateo; d/n/mail

William Cosnowski, Jr.
Delphi Automotive Systems Headquarters - Legal Staff
5825 Delphi Drive
Troy, Michigan 48098-2815

Rate #: 2

Matter # : 51209
Invoice # : ******
Responsible Attorney: Charles K. Verhoeven

Client Number: 01289
Bill Template: Q2

PHC (Cadence Innovation) v. Delphi Delphi File No:

For Professional Services through May 31, 2007 in connection with patent infringement action

| | |
|---|---|
| Fees | $7,183.00 |
| Expenses | $0.14 |
| Total Due This Invoice | $7,183.14 |
| Balance Due from Previous Statement(s) | $73,066.13 |
| Total Balance Due | $80,249.27 |

## Statement Detail

| Date | Timekeeper | Description | Hours | Index |
|---|---|---|---|---|
| 05/02/07 | LAL | Coordinate with TG's secretary to create new Delphi case files. | 0.30 | 1621414 |
| 05/28/07 | RWS | Prepare for meeting with TG. | 2.70 | 1642315 |
| 05/29/07 | RWS | Meet with T. Guledjian re: status; review materials re: summary judgment, experts, trial preparation, discovery, staffing, depositions; review materials in preparation for same. | 6.80 | 1642316 |
| 05/29/07 | TG | Conference RWS re case status and next steps (2.5); prepare memorandum of issues requiring immediate attention (0.5); review documents in support of same (0.5). | 3.50 | 1631476 |
| 05/29/07 | JMP | Prepare for and conference with RS and TG regarding invalidity and case staffing and trial schedule. | 1.80 | 1645414 |
| | | Total Hours | 15.10 | |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Robert W. Stone | RWS | Partner | 9.50 | 575.00 | 5,462.50 |
| Joseph Paunovich | JMP | Associate | 1.80 | 340.00 | 612.00 |
| Tigran Guledjian | TG | Counsel | 3.50 | 300.00 | 1,050.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Laura A. Love | LAL | Case Assistant | 0.30 | 195.00 | 58.50 |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | 0.14 |
| Total Expenses | $0.14 |

### Expense Detail

| Date | Code | Description | Rate | Amount | Index |
|---|---|---|---|---|---|
| 05/07/07 | 1917 | Telephone ext 3250;1(248)813-3309;11:48 am;0 0:00:36 min | 0.04 | 0.04 | 2093832 |
| 05/23/07 | 1917 | Telephone ext 3250;1(650)801-5041;02:16 pm;0 0:01:00 min | 0.05 | 0.05 | 2094378 |
| 05/24/07 | 1917 | Telephone ext 3250;1(650)801-5001;02:43 pm;0 0:00:04 min | 0.05 | 0.05 | 2095195 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

## Current Invoice Summary

Matter Name : PHC (Cadence Innovation) v. Delphi Delphi File No. _____

| | |
|---|---|
| Matter #: 51209 | Total Fees ..................................................... $7,183.00 |
| Bill Date: June 5, 2007 | Expenses ........................................................ $0.14 |
| Invoice # ****** | Total Due this Invoice ................................................. $7,183.14 |

## Account Summary

Balance Due from Previous Statement(s) ................................................. $73,066.13

Total Balance Due ................................................. $80,249.27

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|
| 04/18/07 | 1106008 | 36,254.88 | 0.00 | 36,254.88 |
| 05/15/07 | 1107274 | 36,811.25 | 0.00 | 36,811.25 |

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138



REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

April 13, 2007

Beth Sax
Assistant General Counsel
Delphi World Headquarters & Customer Ctr
5825 Delphi Drive
Troy, MI 48098

Matter # : 08915
Invoice # : 1105662
Responsible Attorney: Randa A. Osman

Whitney v. Delphi Corporation, Delphi Case No.: 2005-000697

For Professional Services through March 31, 2007 in connection with defend client in age discrimination case.

| | |
|---|---|
| Fees | <u>$55.50</u> |
| Total Due This Invoice | $55.50 |
| Balance Due from Previous Statement(s) | $3,502.02 |
| Total Balance Due | <u>$3,557.52</u> |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/26/07 | RAO | Review incoming order. | 0.10 |
| | | Total Hours | 0.10 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Randa A. Osman | RAO | Partner | 0.10 | 555.00 | 55.50 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

## Current Invoice Summary

Matter Name : Whitney v. Delphi Corporation, Delphi Case No.: 2005-000697

Matter #: 08915

Bill Date: April 13, 2007

Invoice # 1105662

Total Fees.........................................................$55.50

Total Due this Invoice .........................................$55.50

## Account Summary

Balance Due from Previous Statement(s).................................$3,502.02

Total Balance Due.................................$3,557.52

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/15/05 | 1080682 | 141.60 | 0.00 | 141.60 |
| 10/17/05 | 1081814 | 2,643.90 | 0.00 | 2,643.90 |
| 11/14/05 | 1083245 | 295.68 | 0.00 | 295.68 |
| 11/14/05 | 1089240 | 252.04 | 0.00 | 252.04 |
| 12/13/05 | 1084372 | 25.70 | 0.00 | 25.70 |
| 01/06/06 | 1085159 | 52.10 | 0.00 | 52.10 |
| 05/31/06 | 1091177 | 60.00 | (29.00) | 31.00 |
| 08/10/06 | 1094200 | 60.00 | 0.00 | 60.00 |

Please remit payment to:

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017
Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10ᵗʰ Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

May 14, 2007

Beth Sax
Assistant General Counsel
Delphi World Headquarters & Customer Ctr
5825 Delphi Drive
Troy, MI 48098

Matter # : 08915
Invoice # : 1107144
Responsible Attorney: Randa A. Osman

<u>Whitney v. Delphi Corporation, Delphi Case No.: 2005-000697</u>

For Professional Services through April 30, 2007 in connection with defend client in age discrimination case.

| | |
|---|---|
| Fees | $315.00 |
| Expenses | <u>$4.40</u> |
| Total Due This Invoice | $319.40 |
| Balance Due from Previous Statement(s) | $3,463.01 |
| Total Balance Due | <u>$3,782.41</u> |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/11/07 | RAO | Review and respond to emails from ALB re claim filed by plaintiff; review email from Peterson. | 0.20 |
| 04/11/07 | ALB | T/C J. Peterson re: bankruptcy proceeding and statement of facts; follow up w/ RAO re: same. | 0.30 |
| 04/16/07 | ALB | T/C Skadden attorney re: case status and statement of facts; follow up re: same. | 0.30 |
| | | Total Hours | 0.80 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Randa A. Osman | RAO | Partner | 0.20 | 555.00 | 111.00 |
| Allison L. Burkholder | ALB | Associate | 0.60 | 340.00 | 204.00 |

## Expense Summary

| | | | |
|---|---|---|---|
| Document Reproduction | $0.10 per page | | 4.40 |
| | | Total Expenses | $4.40 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

## Current Invoice Summary

Matter Name : Whitney v. Delphi Corporation, Delphi Case No.: 2005-000697

Matter #: 08915

Bill Date: May 14, 2007

Invoice # 1107144

Total Fees.......................................................$315.00

Expenses.........................................................$4.40

Total Due this Invoice....................................$319.40

## Account Summary

Balance Due from Previous Statement(s).................................$3,463.01

Total Balance Due.................................................$3,782.41

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 09/15/05 | 1080682 | 141.60 | (94.51) | 47.09 |
| 10/17/05 | 1081814 | 2,643.90 | 0.00 | 2,643.90 |
| 11/14/05 | 1083245 | 295.68 | 0.00 | 295.68 |
| 11/14/05 | 1089240 | 252.04 | 0.00 | 252.04 |
| 12/13/05 | 1084372 | 25.70 | 0.00 | 25.70 |
| 01/06/06 | 1085159 | 52.10 | 0.00 | 52.10 |
| 05/31/06 | 1091177 | 60.00 | (29.00) | 31.00 |
| 08/10/06 | 1094200 | 60.00 | 0.00 | 60.00 |
| 04/13/07 | 1105662 | 55.50 | 0.00 | 55.50 |

Please remit payment to:

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 02/28/07 | MF | Prepare correspondence to fee committee. | 0.40 |
| | | Total Hours | 0.40 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Mateo Fowler | MF | Attorney | .40 | 305.00 | 122.00 |

## Expense Summary

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

## Current Invoice Summary

Matter Name : Delphi Bankruptcy

Matter #: 18157                                    Total Fees.....................................................$122.00
Bill Date: March 15, 2007
Invoice # 1104573                                  Total Due this Invoice.....................................................$122.00

## Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

May 22, 2007

Quinn Emanuel Urquhart Oliver & Hedges
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Matter # : 18157
Invoice # : 1107489
Responsible Attorney: Jeffery McFarland

### Delphi Bankruptcy

For Professional Services through March 31, 2007 in connection with collection of fees through bankruptcy court re: Delphi cases.

| | |
|---|---|
| Fees | <u>$457.50</u> |
| Total Due This Invoice | $457.50 |
| Balance Due from Previous Statement(s) | $8,992.00 |
| Total Balance Due | <u>$9,449.50</u> |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 03/16/07 | MF | Prepare fee statements and corresponding exhibits. | 1.30 |
| 03/28/07 | MF | Correspond with debtors counsel regarding interim fee applications. | 0.20 |
| | | Total Hours | 1.50 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Mateo Fowler | MF | Attorney | 1.50 | 305.00 | 457.50 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

### Current Invoice Summary

Matter Name : Delphi Bankruptcy

Matter #: 18157
Bill Date: May 22, 2007
Invoice # 1107489

Total Fees .......................................................$457.50

Total Due this Invoice ....................................$457.50

### Account Summary

Balance Due from Previous Statement(s) ........................$8,992.00
Total Balance Due ...........................................$9,449.50

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 04/30/06 | 1089768 | 1,344.00 | 0.00 | 1,344.00 |
| 04/30/06 | 1089769 | 7,648.00 | 0.00 | 7,648.00 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

REMITTANCE

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
san diego
new york

May 22, 2007

Quinn Emanuel Urquhart Oliver & Hedges
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Matter # : 18157
Invoice # : 1107490
Responsible Attorney: Jeffery McFarland

<u>Delphi Bankruptcy</u>

For Professional Services through April 30, 2007 in connection with collection of fees through bankruptcy
court re: Delphi cases.

|  |  |
|---|---|
| Fees | $762.50 |
| Expenses | $2.68 |
| Total Due This Invoice | $765.18 |
| Balance Due from Previous Statement(s) | $8,992.00 |
| Total Balance Due | $9,757.18 |

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/02/07 | MF | Review and revise 4th Interim Fee Statement; prepare and file amended 4th Interim Fee Statement. | 2.50 |
| | | Total Hours | 2.50 |

### Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Mateo Fowler | MF | Attorney | 2.50 | 305.00 | 762.50 |

### Expense Summary

| Description | | Amount |
|-------------|---|--------|
| Professional services | | 1.68 |
| Document Reproduction | $0.10  per page based on market not cost | 1.00 |
| | Total Expenses | $2.68 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
san diego
new york

### Current Invoice Summary

Matter Name : Delphi Bankruptcy

Matter #: 18157
Bill Date: May 22, 2007
Invoice # 1107490

Total Fees........................................................$762.50
Expenses.........................................................$2.68
Total Due this Invoice....................................................$765.18

### Account Summary

Balance Due from Previous Statement(s) ................................................$8,992.00
Total Balance Due.....................................................$9,757.18

| Date | Invoice # | Amount Billed | Payments Applied | Outstanding Amount |
|------|-----------|---------------|------------------|--------------------|
| 04/30/06 | 1089768 | 1,344.00 | 0.00 | 1,344.00 |
| 04/30/06 | 1089769 | 7,648.00 | 0.00 | 7,648.00 |

Please remit payment to:

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york

July 6, 2007

Quinn Emanuel Urquhart Oliver & Hedges
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Matter # : 18157
Invoice # : 1109103
Responsible Attorney: Jeffery McFarland

<u>Delphi Bankruptcy</u>

For Professional Services through May 31, 2007 in connection with collection of fees through bankruptcy court re: Delphi cases.

|  |  |
|---|---|
| Fees | $1,494.50 |
| Expenses | $142.08 |
| Total Due This Invoice | $1,636.58 |

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/21/07 | MF | Prepare fee statements; review and analyze billing data regarding same; conference with KB regarding same. | 4.50 |
| 05/31/07 | MF | Prepare response to Delphi Fee Committee regarding objections to Interim Fee Application. | 0.40 |
| | | Total Hours | 4.90 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Mateo Fowler | MF | Attorney | 4.90 | 305.00 | 1,494.50 |

## Expense Summary

| Description | | Amount |
|-------------|--|--------|
| Postage | | 24.00 |
| Document Reproduction | $0.24  per page based on market not cost | 118.08 |
| | Total Expenses | $142.08 |

# quinn emanuel trial lawyers
## quinn emanuel urquhart oliver & hedges, llp

los angeles
silicon valley
san francisco
new york

### Current Invoice Summary

Matter Name : Delphi Bankruptcy

Matter #: 18157
Bill Date: July 6, 2007
Invoice # 1109103

Total Fees.....................................................$1,494.50
Expenses.....................................................$142.08
Total Due this Invoice.....................................$1,636.58

<u>Please remit payment to:</u>

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
865 S. Figueroa St. 10th Floor
Los Angeles, CA 90017

Federal Tax ID: 95-4004138

