# Exhibit C
## Summary of Professional Hours

Exhibit C

Summary of Professional Hours

| Name of Professional | Position of Professional | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert W. Stone | Partner | $575.00 | 38.2 | $21,965.00 |
| Tigran Guledjian | Counsel | $300.00 | 1.1 | $330.00 |
| Mateo Z. Fowler | Attorney | $305.00 | 7.8 | $2,379.00 |
| **Subtotal** | | | | **$24,674.00** |