# Exhibit D
# Summary of Monthly Fee Statements

**Exhibit D**
**Summary of Monthly Fee Statements**

**Patent Holding Company (PHC) v. Delphi**

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| June 1 - 30, 2007 | $12,462.50 | $12,462.50 | $1,785.97 | $1,785.97 |
| July 1 - 31, 2007 | $9,832.50 | $9,832.50 | $166.14 | $166.14 |
| August 1 - 15, 2007 | No fees incurred | | No expenses incurred | |
| **Total** | | **$22,295.00** | | **$1,952.11** |

**Quinn Emanuel Delphi Bankruptcy Case Administration**

| Period Covered | Fees Incurred | Fees Billed | Expenses Incurred | Expenses Billed |
|---|---|---|---|---|
| June 1 - 30, 2007 | $91.50 | $91.50 | $15.30 | $15.30 |
| July 1 - 31, 2007 | $2,287.50 | $2,287.50 | $71.64 | $71.64 |
| August 1 - 15, 2007 | No fees incurred | | No expenses incurred | |
| **Total** | | **$2,379.00** | | **$86.94** |

18157/2255914.1