BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Ira A. Reid (IR-0113)

BAKER & McKENZIE LLP
101 West Broadway, Twelfth Floor
San Diego, California 92101-3890
Telephone: (619) 236-1441
Ali M.M. Mojdehi, Cal. Bar No. 123846
Joseph R. Dunn, Cal. Bar No. 238069

Attorneys for Spansion LLC, Assignee of the Claim of
AMD International Sales & Service, Ltd, Claim No.
10589

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM NO. 10589
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

TO:   AMD INTERNATIONAL SALES &
      SERVICE, LTD ("Assignors")
      **Attn: Katy Wells**
      **AMD Law Department**
      **5204 East Ben White Boulevard, M/S 562**
      **Austin, Texas 78741**

Assignor's claim against Delco Electronics Overseas Corporation in the principal amount of $136,561.72 (the "Claim"), has been transferred to the following Assignee:

**Spansion LLC**
**Attn: Allan J. Manzagol**
**915 DeGuigne Drive, M/S 251**
**P.O. Box 3453**
**Sunnyvale, California 94088-3453**

SDODMS1/677794.1

Telephone: (408) 616-1160
Facsimile: (408) 616-3762
E-mail: allan.manzagol@spansion.com

The document evidencing the transfer of the Claim from Assignors to Assignee is attached hereto as Exhibit "A." The Assignee's payment instructions are attached hereto as Exhibit "B." No action is required if you do not object to the transfer of the Claim. However, **IF YOU DO OBJECT TO THE TRANSFER OF THE CLAIM, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE AT THE FOLLOWING ADDRESS:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>One Bowling Green Station, P.O. Box 5058<br>New York, New York 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE ASSIGNEE AT THE FOLLOWING ADDRESS:**

Spansion LLC
Attn: Allan J. Manzagol
915 DeGuigne Drive, M/S 251
P.O. Box 3453
Sunnyvale, California 94088-3453
Telephone: (408) 616-1160
Facsimile: (408) 616-3762
E-mail: allan.manzagol@spansion.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THESE PROCEEDINGS.**

Dated:   October 11, 2007            SPANSION LLC

                                      By: _____
                                          Name: Allan J. Manzagol
                                          Title: Director, Commercial Law

Exhibit A

### Evidence of Transfer of Claim

AMD International Sales & Service, Ltd. a Delaware limited company ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto Spansion LLC, with a mailing address of 950 DeGuigne Drive, P.O. Box 3453, MS 251, Sunnyvale, California, 94088-3453, its successors and assigns ("Assignee"), all rights, title and interest in Proof of Claim Number 10589 in the aggregate principal amount of $136,561.72, filed by Assignor on July 25, 2006, including the underlying accounting transactions representing the claim and evidenced by the supporting documentation filed therewith (the "Claim"), against Delco Electronics Overseas Corporation (the "Debtor") in the United States Bankruptcy Court for the Southern District of New York (Manhattan), Case No. 05-44610 (the "Bankruptcy Court"), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee and any notice or hearing requirements imposed by Federal Rule of Bankruptcy Procedure 3001, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, dated September 28, 2007.

By: /s/ Katy Wells
Katy Wells
Authorized Signatory of Assignor,
AMD International Sales & Service, Ltd.

By: /s/ Paul D. Vineis
Paul D. Vineis
Authorized Signatory of Assignor,
Spansion LLC

## Exhibit B

## Assignee's Payment Instructions

**Spansion LLC Wire Instructions**
Bank of America
ABA: 026009593
Account number: 14590-40048
Account name: Spansion LLC