BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Ira A. Reid (IR-0113)

BAKER & McKENZIE LLP
101 West Broadway, Twelfth Floor
San Diego, California 92101-3890
Telephone: (619) 236-1441
Ali M.M. Mojdehi, Cal. Bar No. 123846
Joseph R. Dunn, Cal. Bar No. 238069

Attorneys for Spansion LLC, Assignee of the Claim of
AMD International Sales & Service, Ltd., Claim No.
10589

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA   )
                                            ) ss::
COUNTY OF SAN DIEGO  )

TERRI L. MAYO, being duly sworn, deposes and says that:

Deponent is not a party to the action, is over 18 years of ages and resides in San Diego, California.

On October 16, 2007, Deponent served the following:

### NOTICE OF TRANSFER OF CLAIM NO. 10589

By U.S. mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of United Parcel Service within the State of California

SDODMS1/681933.1

To:

AMD International Sales & Service, Ltd
Attn: Katy Wells, AMD Law Department
5204 East Ben White Boulevard, M/S 562
Austin, Texas 78741

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Counsel for Delphi Corporation
333 West Wacker Drive
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti
Counsel for Delphi Corporation
Four Times Square
New York, NY 10036

Dated October 16, 2007

_____
TERRI L. MAYO, Deponent

Sworn to before me this
16th day of October, 2007

_____          See attached
Notary Public

SDODMS1/681933.1                    2

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California )
County of San Diego )

On October 16, 2007 before me, Cristina Conroy,
(here insert name and title of the officer)

personally appeared Henri J. Mayo ,

personally known to me ~~(or proved to me on the basis of satisfactory evidence)~~ to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that ~~he/she/~~they executed the same in ~~his/her/~~their authorized capacity(~~ies~~), and that by ~~his/her/~~their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

**CRISTINA CONROY**
COMM. #1630679
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires Dec. 17, 2009

Signature Cristina Conroy                                              (Seal)

---

**OPTIONAL INFORMATION**

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of Affidavit of Service ,

containing 2 pages, and dated 10/16/07 .

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
                        Title(s)

- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification
- [ ] Personally known to me
- [ ] Proved to me on the basis of satisfactory evidence:
  - ( ) form(s) of identification    ( ) credible witness(es)

Identification is detailed in notary journal on:
Page # _____    Entry # _____

Notary contact: _____

Other
- [ ] Additional Signer(s)    [ ] Signer(s) Thumbprint(s)
- [ ]

© Copyright 2005 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612    Form ACK02. 10/05.    To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com