UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RRD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF KRISTI A. KATSMA ON BEHALF OF
## DICKINSON WRIGHT PLLC AS AN ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                     ) SS:
COUNTY OF WAYNE      )

Kristi A. Katsma, being duly sworn, deposes and says:

1.    I am a member of Dickinson Wright PLLC ("Dickinson Wright") with offices located in Detroit, Michigan and various other Michigan locations and in the District of Columbia.

2.    Neither I, Dickinson Wright nor any other member thereof, insofar as I have been able to ascertain, has any connection with the above captioned debtors and debtors-in-possession ("Debtors"), their creditors, or any other party in interest, or their attorneys, except as set forth in this Affidavit.

3.    The Debtors have requested, and Dickinson Wright has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. § § 101-1330, as amended (the "Bankruptcy Code"), with respect to various litigation and transactional matters.

4.    Dickinson Wright may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest to the Debtors' Chapter 11 cases. As part of the customary practice, Dickinson Wright is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors or other parties-in-interest in these Chapter 11 cases. Insofar as I have been able to ascertain, based upon a search of our internal firm databases and other due inquiries, Dickinson Wright does not perform services for any such person in connection with these Chapter 11 cases, other than with Debtors' consent the preparation and filing of fee applications for our client, W.Y. Campbell & Co., and Dickinson

Wright does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5.    Neither I nor any Member of Dickinson Wright has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the Members and employees of Dickinson Wright.

6.    Neither I nor any Member of or professional employed by Dickinson Wright, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7.    Our current fee arrangement with the Debtors is an hourly fee arrangement. Specifically, we bill the Debtors in the ordinary course pursuant to hourly rates for services and actual out-of-pocket expenses and expect payment in full within thirty days of invoice.

8.    The foregoing constitutes the statement of Dickinson Wright pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Kristi A. Katsma

Subscribed and sworn before me this
17th day of October, 2007

Notary Public, Acting in the County of
_____, Michigan

My Commission Expires:_____

JOYCE A. FORD
Notary Public, Macomb County, MI
Acting in ___Wayne___ County
My Commission Expires October 10, 2013