DAMON & MOREY LLP
*Attorneys for Speed Motor Express of WNY, Inc.*
*d/b/a Speed Global Services*
Beth Ann Bivona, Esq. (BB3144)
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202
(716) 856-5500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | **CHAPTER 11** |
| DELPHI CORPORATION, *et al.*, | **CASE NO. 05-44481 (RDD)** |
| Debtors. | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF ERIE       )

Melissa A. Brennan, being duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Cheektowaga, New York.

2. On October 17, 2007, I electronically filed the **OPPOSITION OF SPEED MOTOR EXPRESS OF WNY, INC. D/B/A SPEED GLOBAL SERVICES TO THE DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) UNTIMELY EQUITY CLAIMS, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIM SUBJECT TO MODIFICATION AND MODIFIED CLAIMS ASSERTING RECLAMATION** and **AFFIDAVIT OF DENNIS D. SULLIVAN** with the Clerk of the Bankruptcy Court using the CM/ECF system.

2

     3.    I served foregoing via Federal Express Priority Overnight delivery to the following CM/ECF participants and non-participants:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>Room 632<br>New York, New York 10004 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | |

                                       /s/ Melissa A. Brennan
                                            Melissa A. Brennan

Sworn to before me this
17th day of October 2007.

/s/ Gwen Macool
        Notary Public

-#1165211