| **United States Bankruptcy Court** New York | **District Of** Southern Dist. | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor | Case Number | This Space For Court Use Only |
|---|---|---|
| Delphi Corporation | 05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br><br> 3M Company <br><br> Name and Address where notices should be sent: <br><br> 3M Company <br> Office of General Counsel <br> Attn: Alpha Khaldi <br> Bldg. 220-9E-02 <br> St. Paul, MN 55144 <br> Telephone Number: 651-575-4914 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

This Space For Court Use Only

| Last four digits of account or other number by which creditor identifies debtor: <br> Multiple Accounts | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim dated: _____ |
|---|---|

| **1. Basis for Claim** | |
|---|---|
| ☒ Goods sold <br> ☐ Services performed <br> ☐ Money loaned <br> ☐ Personal injury/wrongful death <br> ☐ Taxes <br> ☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) <br> ☐ Wages, salaries, and compensation (fill out below) <br> Last four digits of your SS #: _____ <br> Unpaid compensation for services performed <br> from _____ to _____ <br> (date)          (date) |

| **2. Date debt was incurred:** <br><br> 10/18/04 - 10/18/05 | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

| | |
|---|---|
| **Unsecured Nonpriority Claim** $ 511,790.30 <br><br> ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. <br><br> **Unsecured Priority Claim.** <br> ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority <br><br> Amount entitled to priority $_____ <br><br> Specify the priority of the claim: <br> ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br> ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). <br> ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). | **Secured Claim.** <br> ☐ Check this box if your claim is secured by collateral (including a right of setoff). <br><br> Brief Description of Collateral: <br> ☐ Real Estate ☐ Motor Vehicle ☐ Other_____ <br> Value of Collateral $_____ <br> Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ <br><br> ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). <br> ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). <br> ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____). <br> *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| **5. Total Amount of Claim at Time Case Filed:** $ 517,747.63 | | | $517,747.63 |
|---|---|---|---|
| | (Unsecured)       (Secured)       (Priority) | | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| | This Space For Court Use Only |
|---|---|
| **6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. <br> **7. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. <br> **8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | APR - 3 2006 <br><br> CLAIMS PROCESSING CENTER <br> USBC, SDNY <br> 1 |

| Date: <br> 3/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *(signature)* | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# **3M** Invoice

```
PAGE    1 OF    1       PURCHASE ORDER..DWS09893              INVOICE NO...... AU39531
                                                              TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                          DATE........... 12/03/2004
CUSTOMER SERVICE DEPT.
223-5S-07                   ORDER DATE        12/02/2004      TERMS OF SALE
ST. PAUL MN                 SHIP DATE.........12/03/2004      NET 30 DAYS
            55144-1000                                        TERMS DATE.....12/03/2004
                                                              SALES REP....... V3E01-3


ROBYN    MCLEAN
PHONE NO...800-257-3451    PARTIAL ORDER....... YES
FAX NO.....800-257-7533

ACCOUNT NO.                         AU39531
CHARGE TO: DBQ7470 ——
```

```
                                    DELPHI  AUTOMOTIVE
                                    SYSTEMS CORP
                                    5725 DELPHI DR
                                    TROY MI 48098-2815
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 4 | CASE | 04801126036 3022-BWHI SCOTCH-BRITE(R) LENS CLEANING CLOTH, WHITE, BULK, 200 CLOTHS/CASE ENGLIS H | ZI | 100.00 | 400.00 |
| | | EXEMPTION CERTIFICATE:MFG | | M | |

```
***       SHPD 12/03 FROM-PLT2 PRA DU CH  VIA-UPSN GRUPSN
***                                              B/L-AU39531
***                                              21-LBS              1-PCS
```

| TOTAL MUST BE RECEIVED BY: 01/03/2005 | INVOICE TOTAL | 400.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10120111 702 10 100/0  /     12/03/04      CrBr:CM OrdWr:CJ     InvBr:FP   AdmCd:ED
```

---

```
                        DETACH AND RETURN WITH PAYMENT

DBQ7470                                              INVOICE NO........ AU39531
DELPHI  AUTOMOTIVE             REMIT PAYMENT TO      INVOICE DATE.... 12/03/2004
SYSTEMS CORP                                         TERMS DATE...... 12/03/2004
5725 DELPHI DR              3M        DBQ7470
TROY MI 48098-2815         P.O. BOX 371227
                           PITTSBURGPA 15250-7227


                            TOTAL MUST BE RECEIVED BY:        01/03/2005
                                            INVOICE TOTAL        400.00
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                         AU39531
```

# **3M** Invoice

PAGE   1 OF   1   | PURCHASE ORDER..DWS09893 | INVOICE NO...... AU39773
                                              TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                          DATE.......... 12/03/2004
CUSTOMER SERVICE DEPT.
223-5S-07                 ORDER DATE      12/02/2004    TERMS OF SALE
ST. PAUL MN               SHIP DATE........12/03/2004   NET 30 DAYS
              55144-1000                                TERMS DATE.....12/03/2004
                                                        SALES REP....... V3E01-3

ROBYN    MCLEAN
PHONE NO...800-257-3451   PARTIAL ORDER....... YES
FAX NO.....800-257-7533

ACCOUNT NO.                        AU39773
CHARGE TO: DBQ7470 ——

                              DELPHI  AUTOMOTIVE
                              SYSTEMS CORP
                              5725 DELPHI DR
                              TROY MI 48098-2815

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 4 | CASE | 04801126036 3022-BWHI SCOTCH-BRITE(R) LENS CLEANING CLOTH, WHITE, BULK, 200 CLOTHS/CASE ENGLIS H | ZI | 100.00 | 400.00 |
| | | TRANSPORTATION C/B AIR DIFF FREIGHT | * | | 50.72 |
| | | EXEMPTION CERTIFICATE:MFG | M | | |

```
***      SHPD 12/03 FROM-PLT2 PRA DU CH  VIA-UPSN NDUPNN (8
***                                      B/L-AU39773
***                                      22-LBS              1-PCS
```

| TOTAL MUST BE RECEIVED BY: 01/03/2005 | INVOICE TOTAL | 450.72 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10120129 702 10 100/0  /     12/03/04     CrBr:CM OrdWr:CJ    InvBr:FP   AdmCd:ED
0642

---

| DETACH AND RETURN WITH PAYMENT |
|---|

DBQ7470                              REMIT PAYMENT TO        INVOICE NO........ AU39773
DELPHI  AUTOMOTIVE                                           INVOICE DATE.... 12/03/2004
SYSTEMS CORP            3M       DBQ7470                     TERMS DATE...... 12/03/2004
5725 DELPHI DR         P.O. BOX 371227
TROY MI 48098-2815     PITTSBURGPA 15250-7227
                                                            FREIGHT........     50.72

                              TOTAL MUST BE RECEIVED BY:      01/03/2005
                                             INVOICE TOTAL       450.72

                       | AMOUNT ENCLOSED | |
                       |---|---|

                                                            AU39773

# **3M** Invoice

| | | | |
|---|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060327 | | INVOICE NO...... FN40000 |

```
PAGE   1 OF   1          PURCHASE ORDER..550060327           INVOICE NO...... FN40000
                                                             TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                         DATE.......... 01/19/2005
CUSTOMER SERVICE DEPT.    CUST REF NO......... BELOW
60-1S-16                  ORDER DATE      01/19/2005         TERMS OF SALE
ST PAUL MN                SHIP DATE.........01/19/2005       NET 63 DAYS
               55144-1000                                   TERMS DATE.....01/19/2005
                                                            SALES REP....... V4202-7

TIFFANY   BARANUK
PHONE NO...651-733-0195   PARTIAL ORDER....... NO                     .
FAX NO.....651-733-9520

ACCOUNT NO.                       FN40000
CHARGE TO: GAP4766 ──
  SHIP TO: JBS3528

JAMESTOWN CONTAINER CO                ACG-DISBURSEMNT ANALYSIS
2345 WALDEN AVE                       (DELPHI AUTOMTV SYSTEMS)
BUFFALO NY 14225-4770                 PO BOX 1550
                                      FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 48 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN | P | 15.29 | 733.92 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 31333 | | | |
| | | EXEMPTION CERTIFICATE:DP-3487 | | D | |

```
***      SHPD 01/19 FROM-FILTRATION;EAG  VIA-UPSN 2D
***                                              B/L-
***                                            51-LBS              3-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 03/23/2005 | INVOICE TOTAL | 733.92 |

Please see reverse side for terms and conditions of sale and address change form.

```
10114817 705 90    /   /    01/20/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

DETACH AND RETURN WITH PAYMENT

```
GAP4766                          REMIT PAYMENT TO        INVOICE NO........ FN40000
ACG-DISBURSEMNT ANALYSIS                                 INVOICE DATE.... 01/19/2005
(DELPHI AUTOMTV SYSTEMS)     3M      GAP4766             TERMS DATE...... 01/19/2005
PO BOX 1550                  P.O. BOX 371227
FLINT MI 48501-1550          PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:          03/23/2005
                                      INVOICE TOTAL             733.92
```

| AMOUNT ENCLOSED | |
|---|---|

FN40000



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 02 4351 968 6
**Service Type:**    2ND DAY AIR
**Delivered on:**    01/21/2005 11:55 A.M.
**Delivered to:**    JAMESTOWN CONTAINER
                     2345 WALDEN AVE
                     DOCKS
                     BUFFALO,  NY, US  14225
**Signed by:**       PIERCE

**Location:**        RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:51 P.M.   Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..450097596 | INVOICE NO...... RJ35307<br>TYPE........... ORIGINAL<br>DATE.......... 04/13/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>6801 RIVERPLACE BV<br>AUSTIN TX<br>          78726-9000 | ORDER DATE        03/24/2005<br>SHIP DATE..........04/13/2005 | TERMS OF SALE<br>NET 60 DAYS<br>TERMS DATE.....04/13/2005<br>SALES REP....... R9204-0 |

MINI    JACKSON
PHONE NO...800-225-5373    PARTIAL ORDER....... YES
FAX NO.....800-325-5329

ACCOUNT NO.                          RJ35307
CHARGE TO: JRW1010 ——
  SHIP TO: GAP9559

DELPHI DELCO ELECTRONIC              DELCO ELECTRONICS CORP
SYSTEMS PLANT 69                     ACCT PAYABLE 1 CORP CTR
7929 S HOWELL AVE                    PO BOX 9005
OAK CREEK WI 53154-2931              KOKOMO IN 46904-9005

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 2500 | EACH | PART NUMBER 16036632<br>04801142622 PRC-286-E3 PCB CONNECTOR | P | 3.25 | 8,125.00 |
| | | TRANSPORTATION C/B AIR DIFF FREIGHT | * | | 40.84 |
| | | MFG. SITE CODE: 50770G (COLUMBIA)<br>5 Loose Boxes | | | |
| | | EXEMPTION CERTIFICATE:95-01-01013 | | D | |

```
***      SHPD 04/13 FROM-EPD; COLUMBIA,  VIA-FDE  ND
***                                         B/L-
***                                        30-LBS              5-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 06/13/2005 | INVOICE TOTAL | 8,165.84 |

Please see reverse side for terms and conditions of sale and address change form.

10044238 720 90   /   /   04/13/05 ORO   CrBr:HI OrdWr:PV   InvBr:HE   AdmCd:MJ
11     0642

---

JRW1010
DELCO ELECTRONICS CORP
ACCT PAYABLE 1 CORP CTR
PO BOX 9005
KOKOMO IN 46904-9005

REMIT PAYMENT TO

3M      JRW1010
2807 PAYSPHERE CIR
CHICAGO  IL 60674-0000

INVOICE NO........ RJ35307
INVOICE DATE.... 04/13/2005
TERMS DATE...... 04/13/2005

FREIGHT........        40.84

TOTAL MUST BE RECEIVED BY:          06/13/2005
                  INVOICE TOTAL       8,165.84

| AMOUNT ENCLOSED | |
|---|---|

RJ35307



FedEx Express

Customer Support Trace

3875 Airways Boulevard

Module H, 4th Floor

Memphis, TN 38116

U.S. Mail: PO Box 727

Memphis, TN 38194-4643

Telephone: 901-369-3600

06/22/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **635487827594**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Apr 14, 2005 08:31 |
| **Signed for by:** | J.BAUMGARTNER | | |
| **Service type:** | Priority Overnight | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 635487827594 | **Ship date:** | Apr 13, 2005 |
| **Recipient:** | | **Shipper:** | |
| OAK CREEK, WI US | | COLUMBIA, MO US | |
| **Reference** | | RJ35307 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service

1.800.GoFedEx 1.800.463.3339

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550008707 | INVOICE NO...... RJ40086 |

DIRECT INQUIRIES TO:                                                    TYPE........... ORIGINAL
CUSTOMER SERVICE DEPT.                                                  DATE.......... 04/01/2005
WWW.3M.COM/ELECTRICAL        ORDER DATE        03/30/2005       TERMS OF SALE
AUSTIN TX                    SHIP DATE..........04/01/2005      NET 30 DAYS
          78726-9000                                           TERMS DATE.....04/01/2005
                                                               SALES REP....... M9301-5

JOE      YBARRA
PHONE NO...800-676-8381      PARTIAL ORDER....... NO
FAX NO.....800-828-9329

ACCOUNT NO.                       RJ40086
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYSTEMS DISB ANLYS DEPT
360B AMERICAS                            PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 720 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | P | 1.44 | 1,036.80 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

EXEMPTION CERTIFICATE:FOREIGN

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***     SHPD 04/01 FROM-HARTFORD CITY,   VIA-UPSN GRUPSN
***                                         B/L-RJ40086
***                                    66-LBS             10-PCS
```

| TOTAL MUST BE RECEIVED BY: 05/02/2005 | INVOICE TOTAL | 1,036.80 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10177871 732 90     /  /     04/04/05 ORO    CrBr:HI OrdWr:PV    InvBr:HD    AdmCd:HA
11

| DETACH AND RETURN WITH PAYMENT |
|---|

GAF0013
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC MI 48343-6040

REMIT PAYMENT TO

3M      GAF0013
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ RJ40086
INVOICE DATE.... 04/01/2005
TERMS DATE...... 04/01/2005

TOTAL MUST BE RECEIVED BY:        05/02/2005
                 INVOICE TOTAL        1,036.80

| AMOUNT ENCLOSED | |
|---|---|

RJ40086



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**  1Z 440 240 41 4381 997 0
**Service Type:**     EXPRESS PLUS SAT
**Delivered on:**     04/02/2005 10:06 A.M.
**Delivered to:**     US FREIGHT SERVICE
                      360 B W AMERICAS DR
                      EL PASO, TX, US 79907
**Signed by:**        VIAS

**Location:**         PICK UP

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 4:21 P.M.   Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..CN-45859 | INVOICE NO...... DP09090<br>TYPE............ ORIGINAL<br>DATE.......... 07/12/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>223 1S 02<br>ST PAUL MN          55144-1000 | ORDER DATE        07/11/2005<br>SHIP DATE..........07/12/2005 | TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....07/12/2005<br>SALES REP....... G6101-5 |

TRANS    BUSINESS SERVIC
PHONE NO...651-737-2020    PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                          DP09090
CHARGE TO: GAM9115 ——
  SHIP TO: MEB0615

MEMPHIS DELPHI PDC                    DELPHI AUTOMOTIVE SYSTEM
5115 PLEASANT HILL                   CORP DISBRS ANALYSIS
MEMPHIS TN 38118-7824                PO BOX 1550
                                     FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 60 | BOX | 05400706126 801 SCOTCHLOK BOXED 50/BOX | P | 3.35 | 201.00 |
| | | 7.000% TENNESSEE STATE TAX | | | 14.07 |
| | | 2.250% SHELBY COUNTY TAX | | | 4.52 |

```
***        SHPD 07/12 FROM-3M WHSE; AUROR  VIA-UPSN GRUNITED P
***                                          B/L-DP09090
***                                        13-LBS              1-PCS
```

| | |
|---|---|
| TOTAL MUST BE RECEIVED BY: 09/13/2005 | INVOICE TOTAL        219.59 |

Please see reverse side for terms and conditions of sale and address change form.

10140127 705 10    /  /    07/12/05    CrBr:CM OrdWr:DP    InvBr:AF    AdmCd:DP

---

DETACH AND RETURN WITH PAYMENT

GAM9115
DELPHI AUTOMOTIVE SYSTEM
CORP DISBRS ANALYSIS
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M       GAM9115
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ DP09090
INVOICE DATE.... 07/12/2005
TERMS DATE...... 07/12/2005

TAX............        18.59

TOTAL MUST BE RECEIVED BY:        09/13/2005
INVOICE TOTAL               219.59

AMOUNT ENCLOSED

DP09090



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z A67 T90 03 4189 391 8
**Service Type:**     GROUND
**Delivered on:**     07/14/2005 1:14 P.M.
**Delivered to:**     GMSPO
                      5115 PLEASANT HILL RD
                      MEMPHIS, TN, US 38118
**Signed by:**        FAULKENRIDGE

**Location:**         DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:50 P.M.   Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..JMS42300 | INVOICE NO...... LX67769<br>TYPE........... ORIGINAL<br>DATE.......... 08/16/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>WWW.3M.COM/ELPD/OEM<br>AUSTIN TX<br>78726-9000 | ORDER DATE       08/10/2005<br>SHIP DATE..........08/16/2005 | TERMS OF SALE<br>NET 30 DAYS<br>TERMS DATE.....08/16/2005<br>SALES REP....... M9301-5 |

CAROL    CURCURUTO
PHONE NO...800-676-8381    PARTIAL ORDER....... NO
FAX NO.....800-828-9329

ACCOUNT NO.                     LX67769
CHARGE TO: GAN5237 ——
  SHIP TO: GBB1294

DELPHI PACKARD INTL DIV              DELPHI PACKARD ELECTRIC
GMC %RIO BRV EL PLNT 32A             SYSTEMS DIV GMC
32 CELERITY WAGON                    PO BOX 436040
EL PASO TX 79906-5301                PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | P.O. LINE NO: 000001 | | | |
| 288 | RLS | 05113856182 11 TAPE 1/4 X 72 YDS BULK<br>3" PAPER CORE | P | 5.30 | 1,526.40 |
| | | EXEMPTION CERTIFICATE:1-38-3431131-1 | | D | |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

\*\*\*     SHPD 08/16 FROM-ELEC SP MENOMO   VIA-UPSN ND
\*\*\*                                         B/L-LX67769
\*\*\*                                      44-LBS              2-PCS

| TOTAL MUST BE RECEIVED BY: 09/15/2005 | INVOICE TOTAL | 1,526.40 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10049047 711 90     /   /     08/16/05 ORO   CrBr:HI OrdWr:PV    InvBr:YT   AdmCd:HA

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAN5237
DELPHI PACKARD ELECTRIC
SYSTEMS DIV GMC
PO BOX 436040
PONTIAC MI 48343-6040

REMIT PAYMENT TO

3M       GAN5237
2807 PAYSPHERE CIRCL
CHICAGO IL 60674-0000

INVOICE NO........ LX67769
INVOICE DATE.... 08/16/2005
TERMS DATE...... 08/16/2005

TOTAL MUST BE RECEIVED BY:        09/15/2005
                INVOICE TOTAL         1,526.40

| AMOUNT ENCLOSED | |
|---|---|

LX67769



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 576 493 15 4112 072 4
**Service Type:** NDA EAM/EXP EAM
**Delivered on:** 08/17/2005 8:16 A.M.
**Delivered to:** 32 N CELEBRITY WAGON ST
EL PASO, TX, US  79906

**Signed by:** LUNA

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:43 P.M.   Eastern Time
(USA)

# 3M Invoice

| PAGE   1 OF   1 | PURCHASE ORDER..550072767 | INVOICE NO...... LX82870 |
|---|---|---|

```
PAGE    1 OF    1        PURCHASE ORDER..550072767          INVOICE NO...... LX82870
                                                            TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                        DATE.......... 09/01/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL       ORDER DATE        08/24/2005     TERMS OF SALE
AUSTIN TX                  SHIP DATE.........09/01/2005      NET 30 DAYS
            78726-9000                                       TERMS DATE.....09/01/2005
                                                            SALES REP....... M9301-5
```

```
JOE      YBARRA
PHONE NO...800-676-8381     PARTIAL ORDER....... B
FAX NO.....800-828-9329

ACCOUNT NO.                      LX82870
CHARGE TO: GAF0013 ──
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                         PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | REFERENCE NUMBER---LX79443 | | | |
| | | PART NUMBER 5885120 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 216 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | P | 1.44 | 311.04 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
               WOULD YOU LIKE TO RECEIVE AND PAY YOUR
               INVOICES USING THE INTERNET?
               CONTACT 3M AT 512-984-4449
               -
               WOULD YOU LIKE TO CHECK ORDER STATUS,
               PRODUCT AVAILABILITY, OR PLACE AN ORDER
               USING THE INTERNET? REGISTER FOR 3M
               ELECTRICAL INFOCENTER AT -
               WWW.3M.COM/ELECTRICAL/EXTRANET

   ***    SHPD 09/01 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
   ***                                    B/L-JUNA569483
   ***                                    51-LBS            6-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/03/2005 | INVOICE TOTAL | 311.04 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10174860 726 90    /  /    09/02/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                          REMIT PAYMENT TO         INVOICE NO........ LX82870
DELPHI ENERGY & CHASSIS                                   INVOICE DATE.... 09/01/2005
SYSTEMS DISB ANLYS DEPT          3M       GAF0013         TERMS DATE...... 09/01/2005
PO BOX 436040                    P.O. BOX 371227
PONTIAC MI 48343-6040            PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:        10/03/2005
                                         INVOICE TOTAL       311.04
```

| AMOUNT ENCLOSED | |
|---|---|

LX82870



# 3M FILLING DOCUMENT

| | |
|---|---|
| DELIVER BY | |
| DELIVER ON : | |
| FUTURE DATE: | |
| TYPE OFF OF: | LX79443 |
| TRANS : | OIN |
| CUST P.O. #: | 550072767 |
| EXPEDITE : | 1 |
| SHIP EXACT : | |
| CANCEL B/O : | |
| SHIP COMP : | |
| CERT REQD : | |
| COMBINE : | DO NOT COMBINE |
| SELLING ORG: | 93 |
| ASN NOTE : | |

**CUBE:**  
**LINES:** 1   **PIECES:** 1   **WEIGHT:**

Charge Back: NONE  
Mark Shipping Label:

Order Date: 08/24/05   COORD.: EOY   FILLER: A.B

VIA:

## GR LOCAL TRUCK
## EXPEDITE

SHIP TO:  
**SISTEMAS ELECTRICOS Y**  
**ANTONIO J BERMUDEZ 1230**  
**CIUDAD JUAREZ CH**  
**MEXICO 32470**

CHARGE TO:  
DELPHI ENERGY & CHASSIS  
SYSTEMS DISB ANLYS DEPT  
PO BOX 436040  
PONTIAC, MI 48343-6040

S/T Acct #: DAP9453

SPECIAL INSTRUCTIONS:  
FAX PACKING TO JUAN GARCIA AT 915 612-2928  
CUST P/N 5885120 MUST BE ON CARTONS

C/T Acct #: GAF0013

XXUU  
12.5

UPS ZONE:  
SHIPPING INSTRUCTIONS:

QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:  
AUSTIN   TX 78726-9000

JOE   YBARRA  
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL  
FAX (800) 828-9329

| LOC. | ID-NO. | Pcs / S.U. | DESCRIPTION | ORDERED / B.U. | SHIPPED | B/O | SBQ | AC HCD | Weight | R/L/S EXPDATE | DV. MF | Cust P.O.Ln |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 80-6109-0336-3 | 6 BOX | PT# 5885120 SUPER 10 TAPE   3.1MM X 55M MINI-CASE 3" PLASTIC CORE | 216 RLS | 216 | 001 | 5 | | 51.18 | | HA | 000001 |

INVOICE #   LX82870

OFFICE USE

| | |
|---|---|
| Z / D | : XXUU |
| BATCH | : 00002 |
| B / L | : |
| SHIP ON | : 08/31/05 N |
| WAVE SPUR: | |
| SEQUENCE : | |
| SHIP FROM: | JU |
| CST ALLOC: | |
| FORMAT | : A4 |

PAGE 1  
PROMISE DATE: 08/26/05  
SHIP DATE: 08/26/05

DATE: 08/29/05   TIME: 14:08  
DATE: 08/30/05   TIME: 08:42

RECEPCION DE MATERIALES  
RECIBIDO POR:  IRVIEM   SUKKTAS

SEP 0 1 2005

DELPHI

*** REVIEW WITH COORDINATOR - TYPE OFF OF EXPEDITE ***  
***** END OF ORDER LX82870 *****

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550072752 | INVOICE NO...... MV01330<br>TYPE........... ORIGINAL |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>WWW.3M.COM/ELECTRICAL<br>AUSTIN TX<br>                78726-9000 | ORDER DATE        09/01/2005<br>SHIP DATE..........09/02/2005 | DATE.......... 09/02/2005<br><br>TERMS OF SALE<br>NET 30 DAYS<br>TERMS DATE.....09/02/2005<br>SALES REP....... M9301-5 |

JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... NO
FAX NO.....800-828-9329

ACCOUNT NO.                    MV01330
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                  DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                       PO BOX 436040
MEXICO 32470                           PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER    550008693<br>PART NUMBER 5812875<br>        ITM CONTRACT PR39801<br>P.O. LINE NO: 000001 | | | |
| 176 | RLS | 05113847838 69 TAPE .875 X 36 YDS | ZI | 9.71 | 1,708.96 |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***    SHPD 09/02 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                     B/L-JUNA569796
***                                     73-LBS              4-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/03/2005 | INVOICE TOTAL | 1,708.96 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10174852 716 90    /  /    09/02/05 ORO    CrBr:HI OrdWr:PV    InvBr:JU    AdmCd:HA
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAF0013<br>DELPHI ENERGY & CHASSIS<br>SYSTEMS DISB ANLYS DEPT<br>PO BOX 436040<br>PONTIAC MI 48343-6040 | REMIT PAYMENT TO<br><br>3M      GAF0013<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ MV01330<br>INVOICE DATE.... 09/02/2005<br>TERMS DATE...... 09/02/2005 |

TOTAL MUST BE RECEIVED BY:        10/03/2005
                     INVOICE TOTAL        1,708.96

| AMOUNT ENCLOSED | |
|---|---|

                                    MV01330



# 3M FILLING DOCUMENT

INVOICE # **MV01330**

PAGE    1
PROMISE DATE: 09/02/05
SHIP DATE:

OFFICE USE

DELIVER BY :
DELIVER ON :
FUTURE DATE:
TYPE OFF OF:
TRANS :
CUST P.O. #: 550072752
EXPED :
SHIP EXACT :
CANCEL B/O :
SHIP COMP :
CERT REQD :
COMBINE :  DO NOT COMBINE
SELLING ORG: 93
ASN NOTE :

CUBE: 4      PIECES: 4
LINES: 1      WEIGHT: 74

Charge Back: NONE      Order Date: 09/01/05
Mark Shipping Label:

01N
1

COORD.: EOY      FILLER: 

SHIP TO: SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
CIUDAD JUAREZ CH
MEXICO 32470

S/T Acct #: DAP9453

CHARGE TO: DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

C/T Acct #: GAF0013

Z / D : XXUU
BATCH : 00002
B / L :
SHIP ON : 09/06/05 N
WAVE SPUR:
SEQUENCE :
SHIP FROM: JU
CST ALLOC:
FORMAT : A4

VIA:
**GR LOCAL TRUCK**
**EXPEDITE**

SPECIAL INSTRUCTIONS:
AT TIME OF SHIPMENT FAX COPY OF PKG SLIP
PART # MUST BE ON ALL BOXES AND PACK SLIPS
TO DANIEL LEDEZMA 915 612-2928

UPS ZONE:
SHIPPING INSTRUCTIONS:
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN      TX 78726-9000

JOE      YBARRA
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

| LOC. | ID-NO. | Pcs / S. U. DESCRIPTION | ORDERED / B. U. | SHIPPED | B/O | SEQ | AC HCD | R/L/S Weight | EXP.DATE | DV. Cust MF P.O. Ln |
|------|--------|----------|---------|---------|-----|-----|--------|--------|----------|------|
| | 80-6108-7324-4 | 4 BOX  PR39801  PO# 550008693  PT# 5812875  69 TAPE .875 X 36 YDS | 176 RLS | 176 | | 001 | 5 | 73.32 | HA | 000001 |

***** END OF ORDER MV01330 *****

RECEPCION DE MATERIALES
RECIBIDO POR:

SEP 02 2005

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072752 | INVOICE NO...... MV01444<br>TYPE............ ORIGINAL<br>DATE.......... 09/05/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>WWW.3M.COM/ELECTRICAL<br>AUSTIN TX<br>78726-9000 | ORDER DATE        09/01/2005<br>SHIP DATE..........09/05/2005 | TERMS OF SALE<br>NET 30 DAYS<br>TERMS DATE.....09/05/2005<br>SALES REP....... M9301-5 |

JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... NO
FAX NO.....800-828-9329

ACCOUNT NO.                        MV01444
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y              DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230            SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                   PO BOX 436040
MEXICO 32470                       PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550008693<br>PART NUMBER 5812875<br>ITM CONTRACT PR39801<br>P.O. LINE NO: 000001 | | | |
| 88 | RLS | 05113847838 69 TAPE .875 X 36 YDS | ZI | 9.71 | 854.48 |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***       SHPD 09/05 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                                  B/L-JUNA570032
***                                          37-LBS              2-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 10/05/2005 | INVOICE TOTAL | 854.48 |

Please see reverse side for terms and conditions of sale and address change form.

10132579 724 90    /  /    09/06/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAF0013<br>DELPHI ENERGY & CHASSIS<br>SYSTEMS DISB ANLYS DEPT<br>PO BOX 436040<br>PONTIAC MI 48343-6040 | REMIT PAYMENT TO<br><br>3M      GAF0013<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ MV01444<br>INVOICE DATE.... 09/05/2005<br>TERMS DATE...... 09/05/2005 |

TOTAL MUST BE RECEIVED BY:        10/05/2005
                    INVOICE TOTAL          854.48

| AMOUNT ENCLOSED | |
|---|---|

MV01444

# 3M FILLING DOCUMENT

INVOICE #  **MV01444**

PAGE  1

PROMISE DATE: 09/05/05

SHIP DATE: 09/05/05
OFFICE USE

CHARGE TO:
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

C/T Acct #: GAF0013

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

| | | |
|---|---|---|
| Z / D | : | XXUU |
| BATCH | : | 00002 |
| B / L | : | |
| SHIP ON | : | 09/06/05 N |
| WAVE SPUR. | : | |
| SEQUENCE | : | |
| SHIP FROM: | | JU |
| CST ALLOC: | | |
| FORMAT | : | A4 |

DELIVER ON : 09/05/05
DELIVER BY :
FUTURE DATE:
TYPE OFF OF:
TRANS :
CUST P.O. #:
SHIP EXACT :
CANCEL B/O :
SHIP COMP :
CERT REQD :
COMBINE :
SELLING ORG:
DSN NOTE :

QIN :
550072752
1

DO NOT COMBINE
93

VIA:
GR LOCAL TRUCK
EXPEDITE

UPS ZONE:
SHIPPING INSTRUCTIONS:
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN    TX 78726-9000

CUBE: 2    PIECES: 2    FILLER:
LINES: 1    WEIGHT:    COORD.: EOY

Charge Back: NONE    Order Date: 09/01/05
Mark Shipping Label:

SHIP TO:
SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
CIUDAD JUAREZ CH
MEXICO 32470

S/T Acct #: DAP9453

SPECIAL INSTRUCTIONS:
AT TIME OF SHIPMENT FAX COPY OF PKG SLIP
PART # MUST BE ON ALL BOXES AND PACK SLIPS
TO DANIEL LEDEZMA 915 612-2928

ID-NO.

**80-8108-7324-4**

Pcs /
S. U. , DESCRIPTION

BOX  2
PR39801

PO# 550008693
PT# 5812875
69 TAPE .875 X 36 YDS

ORDERED /
B. U.

88
RLS

JOE    YBARRA
PHONE (800) 676-8381

SHIPPED    B/O    SEQ    AC    Weight    DV    Cust
                              HCD              MF    P.O.Ln

88           001    5    36.66    HA    000001



DELPHI

RECEPCION DE MATERIALES
RECIBIDO POR:

SEP 0 6 2005

DATE: 09/01/05    TIME: 09:20
      09/01/05    TIME: 14:04

# **3M** Invoice

| | |
|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550044669 |

```
PAGE    1 OF    1          PURCHASE ORDER..550044669          INVOICE NO...... CC11889
                                                              TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                          DATE.......... 08/08/2005
CUSTOMER SERVICE DEPT.
3M PRECISION OPTICS INC     ORDER DATE         12/30/2004     TERMS OF SALE
CINCINNATI OH               SHIP DATE..........08/08/2005     NET 60 DAYS
              45245                                           TERMS DATE.....08/08/2005
                                                              SALES REP....... G2Z00-4

CUSTOMER  SERVICE
PHONE NO...513-752-7000     PARTIAL ORDER....... NO
FAX NO.....513-752-2841

ACCOUNT NO.                         CC11889
CHARGE TO: JRV7877 ——
  SHIP TO: DBT5768

DELCO ELECTRONICS CORP              DELCO ELECTRONICS CORP
FOCUS FAC47 PLT43 DK43              ACCTS PAYBLE M/S A-241
4134 DAVISON RD                     PO BOX 6129
BURTON MI 48509-1455                KOKOMO IN 46904-6129
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER    550044669 | | | |
| | | PART NUMBER 16158608 | | | |
| 135 | EACH | OC0140 16158608 FOLD MIR. REV. B CTD | P | 4.20 | 567.00 |
| | | Customer Order: CO-0010280 | | | |
| | | Ship ID: 0000013760 | | | |
| | | Frt Terms ORIGIN FRT COLLECT | | | |
| | | EXEMPTION CERTIFICATE:38-2633811 | | DD | |
| | | ITEMS INVOICED ARE ON BEHALF OF | | | |
| | | 3M PRECISION OPTICS, INC. 3M IS THE | | | |
| | | AGENT OF 3M PRECISION OPTICS, INC. | | | |
| | | FOR THIS TRANSACTION. | | | |

```
***    SHPD 08/08 FROM-3M PO;CINCI    VIA-
***                                          B/L-3PL079590
***                                          11-LBS              -PCS
```

| TOTAL MUST BE RECEIVED BY: 10/07/2005 | INVOICE TOTAL | 567.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10102416 702 90    /  /    08/08/05 ORO   CrBr:TM OrdWr:AFP  InvBr:AFP  AdmCd:CC
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
JRV7877                                                   INVOICE NO........ CC11889
DELCO ELECTRONICS CORP          REMIT PAYMENT TO          INVOICE DATE.... 08/08/2005
ACCTS PAYBLE M/S A-241                                    TERMS DATE...... 08/08/2005
PO BOX 6129                  3M      JRV7877
KOKOMO IN 46904-6129         2807 PAYSPHERE CIR
                             CHICAGO  IL 60674-0000
```

```
                           TOTAL MUST BE RECEIVED BY:        10/07/2005
                                       INVOICE TOTAL            567.00
```

| AMOUNT ENCLOSED | |
|---|---|

CC11889

# **3M** Invoice

| | |
|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550044669 |

```
                                                         INVOICE NO...... CC11904
                                                         TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                     DATE.......... 08/10/2005
CUSTOMER SERVICE DEPT.
3M PRECISION OPTICS INC      ORDER DATE        12/30/2004   TERMS OF SALE
CINCINNATI OH                SHIP DATE..........08/10/2005  NET 60 DAYS
              45245                                         TERMS DATE.....08/10/2005
                                                           SALES REP....... G2Z00-4

CUSTOMER  SERVICE
PHONE NO...513-752-7000     PARTIAL ORDER....... NO
FAX NO.....513-752-2841

ACCOUNT NO.                        CC11904
CHARGE TO: JRV7877 ──
  SHIP TO: DBT5768

DELCO ELECTRONICS CORP                    DELCO ELECTRONICS CORP
FOCUS FAC47 PLT43 DK43                     ACCTS PAYBLE M/S A-241
4134 DAVISON RD                           PO BOX 6129
BURTON MI 48509-1455                      KOKOMO IN 46904-6129
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER    550044669 | | | |
| | | PART NUMBER 16158608 | | | |
| 135 | EACH | OC0140 16158608 FOLD MIR. REV. B CTD | P | 4.20 | 567.00 |
| | | Customer Order: CO-0010280 | | | |
| | | Ship ID: 0000013770 | | | |
| | | Frt Terms ORIGIN FRT COLLECT | | | |
| | | EXEMPTION CERTIFICATE:38-2633811 | | DD | |

```
                   ITEMS INVOICED ARE ON BEHALF OF
                   3M PRECISION OPTICS, INC. 3M IS THE
                   AGENT OF 3M PRECISION OPTICS, INC.
                   FOR THIS TRANSACTION.

  ***     SHPD 08/10 FROM-3M PO;CINCI      VIA-
  ***                                            B/L-3PL079704
  ***                                      11-LBS              -PCS
```

| TOTAL MUST BE RECEIVED BY: 10/11/2005 | INVOICE TOTAL | 567.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10109916 702 90    /   /     08/10/05 ORO   CrBr:TM OrdWr:AFP  InvBr:AFP  AdmCd:CC
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
JRV7877                                              INVOICE NO........ CC11904
DELCO ELECTRONICS CORP          REMIT PAYMENT TO     INVOICE DATE.... 08/10/2005
ACCTS PAYBLE M/S A-241                                TERMS DATE...... 08/10/2005
PO BOX 6129                  3M      JRV7877
KOKOMO IN 46904-6129         2807 PAYSPHERE CIR
                             CHICAGO  IL 60674-0000
```

```
                         TOTAL MUST BE RECEIVED BY:        10/11/2005
                                      INVOICE TOTAL            567.00
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                     CC11904
```

# **3M** Invoice

| PAGE   1 OF   1 | PURCHASE ORDER..550044669 | INVOICE NO...... CC11912 |
|---|---|---|

```
PAGE   1 OF   1        PURCHASE ORDER..550044669        INVOICE NO...... CC11912
                                                        TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                    DATE.......... 08/11/2005
CUSTOMER SERVICE DEPT.
3M PRECISION OPTICS INC    ORDER DATE      12/30/2004    TERMS OF SALE
CINCINNATI OH             SHIP DATE.........08/11/2005   NET 60 DAYS
               45245                                    TERMS DATE.....08/11/2005
                                                        SALES REP....... G2Z00-4

CUSTOMER  SERVICE
PHONE NO...513-752-7000    PARTIAL ORDER....... NO
FAX NO.....513-752-2841

ACCOUNT NO.                       CC11912
CHARGE TO: JRV7877 ——
  SHIP TO: DBT5768

DELCO ELECTRONICS CORP            DELCO ELECTRONICS CORP
FOCUS FAC47 PLT43 DK43            ACCTS PAYBLE M/S A-241
4134 DAVISON RD                   PO BOX 6129
BURTON MI 48509-1455              KOKOMO IN 46904-6129
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550044669 | | | |
| | | PART NUMBER 16158608 | | | |
| 135 | EACH | OC0140 16158608 FOLD MIR. REV. B CTD | P | 4.20 | 567.00 |
| | | Customer Order: CO-0010280 | | | |
| | | Ship ID: 0000013774 | | | |
| | | Frt Terms ORIGIN FRT COLLECT | | | |
| | | EXEMPTION CERTIFICATE:38-2633811 | | DD | |

```
                      ITEMS INVOICED ARE ON BEHALF OF
                      3M PRECISION OPTICS, INC. 3M IS THE
                      AGENT OF 3M PRECISION OPTICS, INC.
                      FOR THIS TRANSACTION.

 ***     SHPD 08/11 FROM-3M PO;CINCI      VIA-
 ***                                            B/L-3PL079752
 ***                                     11-LBS              -PCS
```

| TOTAL MUST BE RECEIVED BY: 10/11/2005 | INVOICE TOTAL | 567.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10101814 702 90    /  /    08/11/05 ORO   CrBr:TM OrdWr:AFP  InvBr:AFP  AdmCd:CC
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
JRV7877                                              INVOICE NO........ CC11912
DELCO ELECTRONICS CORP          REMIT PAYMENT TO     INVOICE DATE.... 08/11/2005
ACCTS PAYBLE M/S A-241                               TERMS DATE...... 08/11/2005
PO BOX 6129                 3M      JRV7877
KOKOMO IN 46904-6129        2807 PAYSPHERE CIR
                            CHICAGO  IL 60674-0000
```

```
                        TOTAL MUST BE RECEIVED BY:        10/11/2005
                                        INVOICE TOTAL        567.00
```

| AMOUNT ENCLOSED | |
|---|---|

CC11912

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550044669 |

```
                                                              INVOICE NO...... CC11916
PAGE   1 OF   1        PURCHASE ORDER..550044669              TYPE........... ORIGINAL
                                                              DATE.......... 08/12/2005
DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
3M PRECISION OPTICS INC        ORDER DATE       12/30/2004    TERMS OF SALE
CINCINNATI OH                  SHIP DATE........08/12/2005    NET 60 DAYS
             45245                                            TERMS DATE.....08/12/2005
                                                             SALES REP....... G2Z00-4

CUSTOMER  SERVICE
PHONE NO...513-752-7000      PARTIAL ORDER....... NO
FAX NO.....513-752-2841

ACCOUNT NO.                        CC11916
CHARGE TO: JRV7877 ——
  SHIP TO: DBT5768

DELCO ELECTRONICS CORP                DELCO ELECTRONICS CORP
FOCUS FAC47 PLT43 DK43                ACCTS PAYBLE M/S A-241
4134 DAVISON RD                       PO BOX 6129
BURTON MI 48509-1455                  KOKOMO IN 46904-6129
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550044669 | | | |
| | | PART NUMBER 16158608 | | | |
| 135 | EACH | OC0140 16158608 FOLD MIR. REV. B CTD | P | 4.20 | 567.00 |
| | | Customer Order: CO-0010280 | | | |
| | | Ship ID: 0000013778 | | | |
| | | Frt Terms ORIGIN FRT COLLECT | | | |
| | | EXEMPTION CERTIFICATE:38-2633811 | | DD | |

```
                      ITEMS INVOICED ARE ON BEHALF OF
                      3M PRECISION OPTICS, INC. 3M IS THE
                      AGENT OF 3M PRECISION OPTICS, INC.
                      FOR THIS TRANSACTION.

   ***   SHPD 08/12 FROM-3M PO;CINCI     VIA-
   ***                                         B/L-3PL079844
   ***                                    11-LBS              -PCS
```

| TOTAL MUST BE RECEIVED BY: 10/11/2005 | INVOICE TOTAL | 567.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10085728 701 90    /  /    08/12/05 ORO   CrBr:TM OrdWr:AFP  InvBr:AFP  AdmCd:CC
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
JRV7877                                                  INVOICE NO........ CC11916
DELCO ELECTRONICS CORP        REMIT PAYMENT TO           INVOICE DATE.... 08/12/2005
ACCTS PAYBLE M/S A-241                                   TERMS DATE...... 08/12/2005
PO BOX 6129                   3M       JRV7877
KOKOMO IN 46904-6129          2807 PAYSPHERE CIR
                              CHICAGO  IL 60674-0000
```

```
                          TOTAL MUST BE RECEIVED BY:         10/11/2005
                                          INVOICE TOTAL          567.00
```

| AMOUNT ENCLOSED | |
|---|---|

CC11916

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072767 |

```
PAGE   1 OF   1         PURCHASE ORDER..550072767        INVOICE NO...... MV06728
                                                         TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                     DATE.......... 09/09/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL   ORDER DATE        09/08/2005     TERMS OF SALE
AUSTIN TX              SHIP DATE..........09/09/2005     NET 30 DAYS
             78726-9000                                  TERMS DATE.....09/09/2005
                                                         SALES REP....... M9301-5

JOE    YBARRA
PHONE NO...800-676-8381   PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                         MV06728
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y               DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230             SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                    PO BOX 436040
MEXICO 32470                        PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 180 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 259.20 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
                 WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                 INVOICES USING THE INTERNET?
                 CONTACT 3M AT 512-984-4449
                 -
                 WOULD YOU LIKE TO CHECK ORDER STATUS,
                 PRODUCT AVAILABILITY, OR PLACE AN ORDER
                 USING THE INTERNET? REGISTER FOR 3M
                 ELECTRICAL INFOCENTER AT -
                 WWW.3M.COM/ELECTRICAL/EXTRANET

   ***   SHPD 09/09 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
   ***                                    B/L-JUNA570942
   ***                                    20-LBS              5-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/11/2005 | INVOICE TOTAL | 259.20 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10118784 716 90    /  /    09/09/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                                                  INVOICE NO........ MV06728
DELPHI ENERGY & CHASSIS        REMIT PAYMENT TO          INVOICE DATE.... 09/09/2005
SYSTEMS DISB ANLYS DEPT                                  TERMS DATE...... 09/09/2005
PO BOX 436040               3M      GAF0013
PONTIAC MI 48343-6040       P.O. BOX 371227
                            PITTSBURGPA 15250-7227
```

```
                    TOTAL MUST BE RECEIVED BY:        10/11/2005
                                 INVOICE TOTAL           259.20
```

| AMOUNT ENCLOSED | |
|---|---|

MV06728



# 3M FILING DOCUMENT

CUBE: 5    PIECES:    FILLER:    INVOICE #    **MV06728**    PAGE 1

LINES: 1    WEIGHT:    COORD:    EOY    PROMISE DATE:

Charge Back: NONE    Order Date: 09/08/05
Mark Shipping Label:

SHIP DATE:
OFFICE USE

SHIP TO: **SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
CIUDAD JUAREZ CH
MEXICO 32470**

CHARGE TO: **DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040**

Z / D : XXUU

BATCH : 00002

B / L :

S/T Acct #:    DAP9453    C/T Acct #:    GAF0013    SHIP ON : 09/12/05 N

WAVE SPUR:

SPECIAL INSTRUCTIONS:
FAX PACKING TO JUAN GARCIA AT 915 612-2928
CUST P/N 5885120 MUST BE ON CARTONS

SEQUENCE :

SHIP FROM: **JU**

CST ALLOC:

TIPS ZONE:    FORMAT : **A4**

SHIPPING INSTRUCTIONS:

QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:    JOE YBARRA    WWW.3M.COM/ELECTRICAL
AUSTIN    TX 78726-9000    PHONE (800) 676-8381    FAX (800) 828-9329

| ID-NO. | Pcs / BOX | S. U. DESCRIPTION | ORDERED / B. U. | SHIPPED | B/O | SEQ | AC HCD | Weight | R/L/S EXPDATE | DV. Cust MF P.O.Ln |
|---|---|---|---|---|---|---|---|---|---|---|
| 80-6109-0336-3 | 24 | PT# 5885120 SUPER 10 TAPE MINI-CASE 3" PLASTIC CORE PRS9801 3.1MM X 55M | 720 RLS | 720 | 001 | 5 | 170.60 | HA | 000001 |

***** END OF ORDER MV06728 *****

**Straight Bill of Lading**

SHORT FORM ORIGINAL - NOT NEGOTIABLE

| Shipper's No. | | CUN570942 |
|---|---|---|
| From | A360B S AMERICAS AVE | |
| **3M** | EL PASO | TX |
| | 79907 | |

| Charges To Be | Carrier Ref. Number | Inside Del. | Del. Appt. | Delivery Appointment Date/Time | Del. Equipment |
|---|---|---|---|---|---|
| PREPAID | | | | | |

| C o n s i g n e e | SISTEMAS ELECTRICOS Y ANTONIO J BERMUDEZ 1230 | | Mode | Scac-Carrier Name | Carrier in line's No. | Page | Of | Date Shipped |
|---|---|---|---|---|---|---|---|---|
| | CIUDAD JUAREZ CH MEXICO 32470 | | PT | XXUU GR LOCAL TRUC | | 1 | 1 | 09-09-05 |
| | | | Special Instructions | | | | | |
| | | Dest | Country | | | | | |

| PACKAGES | | HM | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FCC |
|---|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | | |
| 5 | BOX | | CLOTH OR TAPE, INSULATING, NOI | | | 20 77.5 | A23 | |

INVOICES/CUST P.O. NBRS INCLUDED ON THIS BILL OF LADING
MV06728  /550072767       PCS=      5 WGT=  0 ST=

ADDITIONAL SPECIAL INSTRUCTIONS

***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

_____ CAPPED AND/OR STRETCH-WRAPPED PALLETS AND _____ LOSE PIECES

Gerardo Morales

| SUBJECT TO SECTION 7 CONDITIONS... | THIS IS TO CERTIFY THAT... | Total Pieces | Total Weight | 12:27:45 |
|---|---|---|---|---|
| | | 5 | 20 | 09/09/05 |
| | | | | BATCH # 72572 |

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
SAINT PAUL, MINNESOTA 55133

Per _____ 3M ANY

SIGNATURE OF CONSIGNOR

NUMBER OF PKGS _____ DATE _____

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550072766          INVOICE NO...... MV06850
                                                            TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                        DATE.......... 09/13/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL           ORDER DATE        09/08/2005     TERMS OF SALE
AUSTIN TX                       SHIP DATE..........09/13/2005    NET 30 DAYS
             78726-9000                                          TERMS DATE.....09/13/2005
                                                                 SALES REP....... M9301-5
```

```
JOE     YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                        MV06850
CHARGE TO: GAF0013 ──
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y              DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230            SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                   PO BOX 436040
MEXICO 32470                       PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5884610 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 480 | RLS | 05113869205 8901 TAPE .61" X 72 YDS | ZI | 6.34 | 3,043.20 |
| | | +/-.4 3" PLASTIC BULK | | | |

```
                  WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                  INVOICES USING THE INTERNET?
                  CONTACT 3M AT 512-984-4449
                  -
                  WOULD YOU LIKE TO CHECK ORDER STATUS,
                  PRODUCT AVAILABILITY, OR PLACE AN ORDER
                  USING THE INTERNET? REGISTER FOR 3M
                  ELECTRICAL INFOCENTER AT -
                  WWW.3M.COM/ELECTRICAL/EXTRANET

  ***       SHPD 09/13 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
  ***                                       B/L-JUNA571454
  ***                                       112-LBS              8-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/13/2005 | INVOICE TOTAL | 3,043.20 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10112001 718 90    /   /    09/13/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                                                    INVOICE NO........ MV06850
DELPHI ENERGY & CHASSIS            REMIT PAYMENT TO        INVOICE DATE.... 09/13/2005
SYSTEMS DISB ANLYS DEPT                                    TERMS DATE...... 09/13/2005
PO BOX 436040                  3M        GAF0013
PONTIAC MI 48343-6040          P.O. BOX 371227
                               PITTSBURGPA 15250-7227
```

```
                         TOTAL MUST BE RECEIVED BY:           10/13/2005
                                      INVOICE TOTAL            3,043.20
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                    MV06850
```



# 3M FILLING DOCUMENT

PAGE   1
PROMISE DATE: 09/13/05

INVOICE # **MV06850**

OFFICE USE
SHIP DATE: 09/13/05

DELIVER BY:
DELIVER ON : 09/13/05
FUTURE DATE :
TYPE OFF OF :
TRANS : O1N
CUST P.O. #: 550072766
EXPED : 1
SHIP EXACT :
CANCEL B/O :
SHIP COMP :
CERT REQD :
COMBINE :
SELLING ORG: 93
ASN NOTE :

**DO NOT COMBINE**

CUBE: 4
LINES: 1
Charge Back: NONE
Mark Shipping Label:

PIECES: 8
WEIGHT:

FILLER:
COORD.: EOY

Order Date: 09/08/05

SHIP SISTEMAS ELECTRICOS Y
TO:  ANTONIO J BERMUDEZ 1230
CIUDAD JUAREZ CH
MEXICO 32470

CHARGE   DELPHI ENERGY & CHASSIS
TO:      SYSTEMS DISB& ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

Z / D    : XXUU
BATCH    : 00002
B / L    :
SHIP ON  : 09/12/05 N
WAVE SPUR :
SEQUENCE :
SHIP FROM: JU
CST ALLOC:
FORMAT   : A4

S/T Acct #:  DAP9453

C/T Acct #:  GAF0013

VIA:
**GR LOCAL TRUCK**
**EXPEDITE**

SPECIAL INSTRUCTIONS:
AT TIME OF SHIPMENT FAX COPY OF PKG SLIP
TO JUAN GARCIA 915 612-2928

UPS ZONE:
SHIPPING INSTRUCTIONS:
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN   TX 78726-9000

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

JOE    YBARRA
PHONE (800) 676-8381

LOC.   ID-NO.

**80-8112-0796-2**

Pcs /
S. U.  DESCRIPTION

8
BOX

P#  5894610
8901 TARE .61" X 72 YDS +/-.4
3M PLASTIC BULK
PR39801

ORDERED /
B.U.   SHIPPED   B/O   SEQ   AC HCD   Weight

480    480    001   5     .00
RLS

R/L/S    DV.   Cust
EXPDATE  MP   P.O.Ln
HA    000001
000001

RECEPCION DE MATERIALES
RECIBIDO POR:

SEP 13 2005

***** END OF ORDER MV06850 *****

DATE: 09/08/05   TIME: 12:11
DATE: 09/13/05   TIME: 07:22

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072767 |

```
PAGE   1 OF   1        PURCHASE ORDER..550072767         INVOICE NO...... MV06726
                                                         TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                     DATE.......... 09/14/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL     ORDER DATE       09/08/2005    TERMS OF SALE
AUSTIN TX                SHIP DATE.........09/14/2005    NET 30 DAYS
           78726-9000                                    TERMS DATE.....09/14/2005
                                                         SALES REP....... M9301-5


JOE     YBARRA
PHONE NO...800-676-8381  PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                        MV06726
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y              DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230            SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                   PO BOX 436040
MEXICO 32470                       PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 180 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 259.20 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
              WOULD YOU LIKE TO RECEIVE AND PAY YOUR
              INVOICES USING THE INTERNET?
              CONTACT 3M AT 512-984-4449
              -
              WOULD YOU LIKE TO CHECK ORDER STATUS,
              PRODUCT AVAILABILITY, OR PLACE AN ORDER
              USING THE INTERNET? REGISTER FOR 3M
              ELECTRICAL INFOCENTER AT -
              WWW.3M.COM/ELECTRICAL/EXTRANET

  ***       SHPD 09/14 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
  ***                                        B/L-JUNA571760
  ***                                        42-LBS              5-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/14/2005 | INVOICE TOTAL | 259.20 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10110963 720 90   /  /   09/14/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                          REMIT PAYMENT TO          INVOICE NO........ MV06726
DELPHI ENERGY & CHASSIS                                    INVOICE DATE.... 09/14/2005
SYSTEMS DISB ANLYS DEPT      3M      GAF0013               TERMS DATE...... 09/14/2005
PO BOX 436040                P.O. BOX 371227
PONTIAC MI 48343-6040        PITTSBURGPA 15250-7227
```

```
                          TOTAL MUST BE RECEIVED BY:        10/14/2005
                                      INVOICE TOTAL            259.20
```

| AMOUNT ENCLOSED | |
|---|---|

MV06726



# 3M FILLING DOCUMENT

DELIVER BY: 09/19/05
DELIVER ON:
FUTURE DATE: 09/16/05
TYPE OFF QG:
CUST P.O. #: 550072767
SXPED P.O. #: 1
SHIP EXACT: 1
SHIP COMP:
CERT REQD:
COMBINE:
SELLING ORG: 93
DSN NOTE:

**DO NOT COMBINE**

CUBE:          PIECES: 2
LINES: 1       WEIGHT:

Charge Back: NONE
Mark Shipping Label:

Order Date: 09/08/05

VIA:
**GR LOCAL TRUCK**
**EXPEDITE**

SHIP TO: **SISTEMAS ELECTRICOS Y**
**ANTONIO J BERMUDEZ 1230**
**CIUDAD JUAREZ CH**
**MEXICO 32470**

S/T Acct #: DAP9453

SPECIAL INSTRUCTIONS:
FAX PACKING TO JUAN GARCIA AT 915 612-2928
CUST P/N 5885120 MUST BE ON CARTONS

UPS ZONE:
SHIPPING INSTRUCTIONS:

QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
TX 78726 9000

CHARGE TO: **DELPHI ENERGY & CHASSIS**
**SYSTEMS DISB ANLYS DEPT**
**PO BOX 436040**
**PONTIAC, MI 48343-6040**

C/T Acct #: GAF0013

JOE YBARRA
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

INVOICE #    **MV06726**    PAGE 1
PROMISE DATE:

SHIP DATE;
OFFICE USE

Z / D   : XXUU
BATCH  : 00002
B / L   :
SHIP ON : 09/16/05 Y
WAVE SPUR:
SEQUENCE :
SHIP FROM: JU
CST ALLOC:
FORMAT  : A4

ID-NO.

**80-6109-0336-3**

Pcs /
S.U. DESCRIPTION

5     PF# 5885120    3.1MM X 55M
      SUPER 10 TAPE
      MINI-CASE 3" PLASTIC CORE
      PN39801

ORDERED /
B.U.              SHIPPED    B/O    SEQ    HCD    AC    Weight    R/L/S    DV. Cust
                                                              EXPDATE   MF  P.O.Ln

360               360               001    5           85.30             HA  000001
RLS

Promise date change by Silva de Caso   09/14/05

**RECEPCION DE MATERIALES**
**RECIBIDO POR:** _IMHASN_

SEP 14 2005

180

SUELTAS

***** END OF ORDER MV06726 *****

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550044669 | INVOICE NO...... CC11938<br>TYPE........... ORIGINAL<br>DATE.......... 08/16/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>3M PRECISION OPTICS INC<br>CINCINNATI OH<br>          45245 | ORDER DATE        12/30/2004<br>SHIP DATE..........08/16/2005 | TERMS OF SALE<br>NET 60 DAYS<br>TERMS DATE.....08/16/2005<br>SALES REP....... G2Z00-4 |

CUSTOMER  SERVICE
PHONE NO...513-752-7000    PARTIAL ORDER....... NO
FAX NO.....513-752-2841

ACCOUNT NO.  .                    CC11938
CHARGE TO: JRV7877 ——
  SHIP TO: DBT5768

DELCO ELECTRONICS CORP                DELCO ELECTRONICS CORP
FOCUS FAC47 PLT43 DK43                ACCTS PAYBLE M/S A-241
4134 DAVISON RD                      PO BOX 6129
BURTON MI 48509-1455                 KOKOMO IN 46904-6129

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550044669<br>PART NUMBER 16158608 | | | |
| 135 | EACH | OC0140 16158608 FOLD MIR. REV. B CTD<br>Customer Order: CO-0010280 | P | 4.20 | 567.00 |
| | | Ship ID: 0000013786<br>Frt Terms ORIGIN FRT COLLECT | | | |
| | | EXEMPTION CERTIFICATE:38-2633811 | | DD | |
| | | ITEMS INVOICED ARE ON BEHALF OF<br>3M PRECISION OPTICS, INC. 3M IS THE<br>AGENT OF 3M PRECISION OPTICS, INC.<br>FOR THIS TRANSACTION. | | | |
| *** <br> *** <br> *** | | SHPD 08/16 FROM-3M PO;CINCI      VIA- | B/L-3PL079951<br>8-LBS | | -PCS |

| TOTAL MUST BE RECEIVED BY: 10/17/2005 | INVOICE TOTAL | 567.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10113850 701 90    /  /    08/16/05 ORO   CrBr:TM OrdWr:AFP  InvBr:AFP  AdmCd:CC
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| JRV7877<br>OELCO ELECTRONICS CORP<br>ACCTS PAYBLE M/S A-241<br>PO BOX 6129<br>KOKOMO IN 46904-6129 | REMIT PAYMENT TO<br><br>3M      JRV7877<br>2807 PAYSPHERE CIR<br>CHICAGO  IL 60674-0000 | INVOICE NO........ CC11938<br>INVOICE DATE.... 08/16/2005<br>TERMS DATE...... 08/16/2005 |

                    TOTAL MUST BE RECEIVED BY:        10/17/2005
                                 INVOICE TOTAL            567.00

| AMOUNT ENCLOSED | |
|---|---|

                                              CC11938

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550044669 |

| | |
|---|---|
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>3M PRECISION OPTICS INC<br>CINCINNATI OH<br>          45245 | ORDER DATE        12/30/2004<br>SHIP DATE.........08/17/2005 |

INVOICE NO...... CC11943
TYPE............ ORIGINAL
DATE.......... 08/17/2005

TERMS OF SALE
NET 60 DAYS
TERMS DATE.....08/17/2005
SALES REP....... G2Z00-4

CUSTOMER  SERVICE
PHONE NO...513-752-7000     PARTIAL ORDER....... NO
FAX NO.....513-752-2841

ACCOUNT NO.                      CC11943
CHARGE TO: JRV7877 ──
 SHIP TO: DBT5768

DELCO ELECTRONICS CORP            DELCO ELECTRONICS CORP
FOCUS FAC47 PLT43 DK43            ACCTS PAYBLE M/S A-241
4134 DAVISON RD                   PO BOX 6129
BURTON MI 48509-1455              KOKOMO IN 46904-6129

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550044669<br>PART NUMBER 16158608 | | | |
| 135 | EACH | 0C0140 16158608 FOLD MIR. REV. B CTD<br>Customer Order: CO-0010280 | P | 4.20 | 567.00 |
| | | Ship ID: 0000013791<br>Frt Terms ORIGIN FRT COLLECT | | | |
| | | EXEMPTION CERTIFICATE:38-2633811 | | DD | |

ITEMS INVOICED ARE ON BEHALF OF
3M PRECISION OPTICS, INC. 3M IS THE
AGENT OF 3M PRECISION OPTICS, INC.
FOR THIS TRANSACTION.

```
***     SHPD 08/17 FROM-3M PO;CINCI     VIA-
***                                     B/L-3PL080010
***                                     8-LBS              -PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 10/17/2005 | INVOICE TOTAL | 567.00 |

Please see reverse side for terms and conditions of sale and address change form.

10106656 702 90    /   /    08/17/05 ORO   CrBr:TM OrdWr:AFP  InvBr:AFP  AdmCd:CC
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

JRV7877
DELCO ELECTRONICS CORP
ACCTS PAYBLE M/S A-241
PO BOX 6129
KOKOMO IN 46904-6129

| REMIT PAYMENT TO |
|---|
| 3M      JRV7877<br>2807 PAYSPHERE CIR<br>CHICAGO  IL 60674-0000 |

INVOICE NO........ CC11943
INVOICE DATE.... 08/17/2005
TERMS DATE...... 08/17/2005

TOTAL MUST BE RECEIVED BY:       10/17/2005
                 INVOICE TOTAL        567.00

| AMOUNT ENCLOSED | |
|---|---|

                                    CC11943

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072759 | INVOICE NO...... MV08446<br>TYPE........... ORIGINAL<br>DATE......... 09/19/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>WWW.3M.COM/ELECTRICAL<br>AUSTIN TX<br>78726-9000 | ORDER DATE        09/09/2005<br>SHIP DATE.........09/19/2005 | TERMS OF SALE<br>NET 30 DAYS<br>TERMS DATE.....09/19/2005<br>SALES REP....... M9301-5 |

JOE      YBARRA
PHONE NO...800-676-8381     PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                          MV08446
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                     DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                   SYSTEMS DISB ANLYS DEPT
JUAREZ CH                                 PO BOX 436040
MEXICO 32470                              PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5812189<br>        ITM CONTRACT PR39801<br>P.O. LINE NO: 000001 | | | |
| 336 | RLS | 05112854241 69 TAPE .189 X 36 YD BULK<br>        3" PAPER | ZI | 2.10 | 705.60 |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***    SHPD 09/19 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                         B/L-JUNA572666
***                                    48-LBS              3-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 10/19/2005 | INVOICE TOTAL | 705.60 |

Please see reverse side for terms and conditions of sale and address change form.

10132868 724 90   /  /   09/19/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAF0013<br>DELPHI ENERGY & CHASSIS<br>SYSTEMS DISB ANLYS DEPT<br>PO BOX 436040<br>PONTIAC MI 48343-6040 | REMIT PAYMENT TO<br><br>3M      GAF0013<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ MV08446<br>INVOICE DATE.... 09/19/2005<br>TERMS DATE...... 09/19/2005 |

TOTAL MUST BE RECEIVED BY:        10/19/2005
                  INVOICE TOTAL        705.60

| AMOUNT ENCLOSED | |
|---|---|

                                        MV08446



# 3M BILLING DOCUMENT

PAGE 1

INVOICE # MV08446

PROMISE DATE: 09/19/05

SHIP DATE: 09/19/05

OFFICE USE

**DELIVER BY:**
**DELIVER ON:** 09/19/05
**FUTURE DATE:**
**TYPE OFF OF:**
**TRANS:**
**CUST P.O. #:** O1N 550072759
**EXPED:** 0
**SHIP EXACT:**
**CANCEL B/O:**
**SHIP COMP:**
**CERT REQD:**
**COMBINE:**
**SELLING ORG:** 93
**ASN NOTE:**

**VIA:** GR LOCAL TRUCK

**UPS ZONE:**
**SHIPPING INSTRUCTIONS:**
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN        TX 78726-9000

**CUBE:** 6
**LINES:** 1
Charge Back: NONE
Mark Shipping Label:

**PIECES:**
**WEIGHT:**
Order Date: 09/09/05

FILLER:
COORD: EOY

**SHIP TO:** SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
JUAREZ CH
MEXICO 32470

**S/T Acct #:** DAP9453

SPECIAL INSTRUCTIONS:
FAX PKGING SLIP TO MONICA TARANGO 915 612-2928
PART NUMBER 5812189 MUST BE ON ALL BOXES

**CHARGE TO:** DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

**C/T Acct #:** GAF0013

**Z / D:** XXUU
**BATCH:** 00002
**B / L:**
**SHIP ON:** 09/13/05 N
**WAVE SPUR:**
**SEQUENCE:**
**SHIP FROM:** JU
**CST ALLOC:**
**FORMAT:** A4

JOE    YBARRA
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

| LOC. | ID-NO. | Pcs / S.U. | DESCRIPTION | ORDERED / B.U. | SHIPPED | B/O | SEQ | AC HCD | Weight | R/L/S EXP.DATE | DV. MP | Cust P.O.Ln |
|------|--------|------------|-------------|----------------|---------|-----|-----|--------|--------|----------------|--------|-------------|
| | 80-6112-3551-8 | 3 BOX | PT# 5812189 69 TAPE .189 X 36 YD BULK PAPER PR59801 | 336 RLS | 336 | 001 | 5 | | .00 | HA | | 000001 |

***** END OF ORDER MV08446 *****

SEP 19 2005

DELPHI

RECEPCION DE MATERIALES
RECIBIDO POR:

# **3M** Invoice

```
PAGE   1 OF   1        | PURCHASE ORDER..550072767 |          | INVOICE NO...... MV12351
                                                               TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                           DATE.......... 09/19/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL    ORDER DATE       09/08/2005           TERMS OF SALE
AUSTIN TX               SHIP DATE.........09/19/2005           NET 30 DAYS
           78726-9000                                          TERMS DATE....09/19/2005
                                                               SALES REP....... M9301-5
```

```
JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329
```

```
ACCOUNT NO.                        MV12351
CHARGE TO: GAF0013 ──
  SHIP TO: DAP9453
```

```
SISTEMAS ELECTRICOS Y              DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230            SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                   PO BOX 436040
MEXICO 32470                       PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | REFERENCE NUMBER---MV06726 | | | |
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 72 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 103.68 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
                  WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                  INVOICES USING THE INTERNET?
                  CONTACT 3M AT 512-984-4449
                  -
                  WOULD YOU LIKE TO CHECK ORDER STATUS,
                  PRODUCT AVAILABILITY, OR PLACE AN ORDER
                  USING THE INTERNET? REGISTER FOR 3M
                  ELECTRICAL INFOCENTER AT -
                  WWW.3M.COM/ELECTRICAL/EXTRANET

  ***     SHPD 09/19 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
  ***                                        B/L-JUNA572865
  ***                                      17-LBS             2-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/19/2005 | INVOICE TOTAL | 103.68 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10132876 724 90    /  /    09/19/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                           | REMIT PAYMENT TO |      INVOICE NO........ MV12351
DELPHI ENERGY & CHASSIS                                     INVOICE DATE.... 09/19/2005
SYSTEMS DISB ANLYS DEPT            3M      GAF0013          TERMS DATE...... 09/19/2005
PO BOX 436040                     P.O. BOX 371227
PONTIAC MI 48343-6040             PITTSBURGPA 15250-7227
```

```
                            TOTAL MUST BE RECEIVED BY:        10/19/2005
                                         INVOICE TOTAL           103.68
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                    MV12351
```



Shipping Order
Straight Bill of Lading

Carrier No./ Number

Shipper's No.

From

A360B S AMERICAS AVE
EL PASO

JUNS-72366
79907    TX

Charges To Be
PREPAID

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

CIUDAD JUAREZ CH
MEXICO 32470

State    Country

Dest No./ Dot  Dot Acct  Delivery Appointment Date/Time

Mode    Sub-Carrier Name
PC    XXXU GR LOCAL TRUC

Car or Vehicle Initial & No.

Dot Sort    Flat order

From
EL PASO

Date Shipped
09-19-05

| PACKAGES | | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FCC |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 2 | BOX | CLOTH OR TAPE, INSULATING NOI | | | | | |
| | | INVOICES/CUST P.O. NRES. INCLUDED  ON THIS BILL OF LADING | | | | | |
| | | NV2351  756C72767    PCS=    2 WGT=    17 ST= | | | | | |
| | | ADDITIONAL SPECIAL INSTRUCTIONS | | | | | |
| | | DELIVER BY -- 09/19/05 | | | | | |
| | | ***** DO NOT COMBINE ***** | | | | | |
| | | KIND OF SPECIAL INSTRUCTIONS | | | | | |
| | | WRAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES | | | | | |

Total Pieces    2    Total Weight    17    14 49 46    09/19/05    BATCH # 73535

3M COMPANY

SIGNATURE OF CONSIGNOR

P.O. BOX 3366
SAINT PAUL MINNESOTA 55133



RECEPCION DE MATERIAL
RECIBIDO POR

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..JMS42714              INVOICE NO...... MV14189
                                                              TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                          DATE.......... 09/19/2005
CUSTOMER SERVICE DEPT.   CUST REF NO........ PLANT 35
WWW.3M.COM/ELECTRICAL    ORDER DATE       09/16/2005          TERMS OF SALE
AUSTIN TX                SHIP DATE.........09/19/2005         NET 30 DAYS
              78726-9000                                      TERMS DATE.....09/19/2005
                                                              SALES REP....... M9301-5


JOE     YBARRA
PHONE NO...800-676-8381   PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                          MV14189
CHARGE TO: GAF0013 ——
  SHIP TO: JRV8487

DELPHI ENRGY & ENG MGMT                 DELPHI ENERGY & CHASSIS
SYS DV GMC GM CMPLX BLDG                SYSTEMS DISB ANLYS DEPT
32 CELERITY WAGON                       PO BOX 436040
EL PASO TX 79906-5315                   PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | P.O. LINE NO: 000001 | | | |
| 432 | RLS | 05113856182 11 TAPE 1/4 X 72 YDS BULK | P | 3.73 | 1,611.36 |
| | | 3" PAPER CORE | | | |
| | | TRANSPORTATION CHARGES | * | | 71.64 |
| | | EXEMPTION CERTIFICATE:1-38-3431131-1 | | D | |

```
                 WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                 INVOICES USING THE INTERNET?
                 CONTACT 3M AT 512-984-4449

                 WOULD YOU LIKE TO CHECK ORDER STATUS,
                 PRODUCT AVAILABILITY, OR PLACE AN ORDER
                 USING THE INTERNET? REGISTER FOR 3M
                 ELECTRICAL INFOCENTER AT -
                 WWW.3M.COM/ELECTRICAL/EXTRANET

***     SHPD 09/19 FROM-ELEC SP MENOMO  VIA-UPSN ND
***                                          B/L-
***                                          45-LBS              3-PCS
```

| | | TOTAL MUST BE RECEIVED BY: 10/19/2005 | INVOICE TOTAL | 1,683.00 |
|---|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10047744 725 90    /  /    09/19/05 ORO   CrBr:HI OrdWr:PV   InvBr:YT   AdmCd:HA
11    0641
```

---

### DETACH AND RETURN WITH PAYMENT

```
GAF0013                            REMIT PAYMENT TO        INVOICE NO........ MV14189
DELPHI ENERGY & CHASSIS                                    INVOICE DATE.... 09/19/2005
SYSTEMS DISB ANLYS DEPT        3M      GAF0013             TERMS DATE...... 09/19/2005
PO BOX 436040                  P.O. BOX 371227
PONTIAC MI 48343-6040          PITTSBURGPA 15250-7227
                                                           FREIGHT........        71.64
```

```
                              TOTAL MUST BE RECEIVED BY:        10/19/2005
                                            INVOICE TOTAL        1,683.00
```

| AMOUNT ENCLOSED | |
|---|---|

MV14189



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 576 493 01 4020 762 3
**Service Type:**    NEXT DAY AIR
**Delivered on:**    09/20/2005 8:58 A.M.
**Delivered to:**    DELPHI
                     32 N CELERITY WAGON ST
                     EL PASO, TX, US 79906
**Signed by:**       TORALBA

**Location:**        DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:30 P.M.   Eastern Time
(USA)

## **3M** Invoice

PAGE   1 OF   1 | PURCHASE ORDER..550072767 | INVOICE NO...... MV08352
TYPE............ ORIGINAL
DATE.......... 09/20/2005

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL
AUSTIN TX
78726-9000

ORDER DATE          09/09/2005
SHIP DATE..........09/20/2005

TERMS OF SALE
NET 30 DAYS
TERMS DATE.....09/20/2005
SALES REP....... M9301-5

JOE    YBARRA
PHONE NO...800-676-8381
FAX NO.....800-828-9329          PARTIAL ORDER....... YES

ACCOUNT NO.                              MV08352
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                         PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 252 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 362.88 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
                WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                INVOICES USING THE INTERNET?
                CONTACT 3M AT 512-984-4449
                -
                WOULD YOU LIKE TO CHECK ORDER STATUS,
                PRODUCT AVAILABILITY, OR PLACE AN ORDER
                USING THE INTERNET? REGISTER FOR 3M
                ELECTRICAL INFOCENTER AT -
                WWW.3M.COM/ELECTRICAL/EXTRANET
```

\*\*\*      SHPD 09/20 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
\*\*\*                                     B/L-JUNA573193
\*\*\*                                     21-LBS              7-PCS

| TOTAL MUST BE RECEIVED BY: 10/20/2005 | INVOICE TOTAL | 362.88 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10108082 718 90    /   /    09/20/05 ORO  CrBr:HI OrdWr:PV  InvBr:JU  AdmCd:HA
11

---

|                    DETACH AND RETURN WITH PAYMENT                    |
|---|

GAF0013                          REMIT PAYMENT TO         INVOICE NO........ MV08352
DELPHI ENERGY & CHASSIS                                   INVOICE DATE.... 09/20/2005
SYSTEMS DISB ANLYS DEPT          3M       GAF0013         TERMS DATE...... 09/20/2005
PO BOX 436040                    P.O. BOX 371227
PONTIAC MI 48343-6040            PITTSBURGPA 15250-7227


                        TOTAL MUST BE RECEIVED BY:        10/20/2005
                                    INVOICE TOTAL             362.88

            | AMOUNT ENCLOSED | |
            |---|---|

                                        MV08352



**3M FILLING DOCUMENT**

PAGE    1

INVOICE #    **MV06852**

PROMISE DATE:    09/19/05

SHIP DATE:    09/18/05

OFFICE USE

USE DATE: 09/08/05    TIME: 12:11
DATE: 09/13/05    TIME: 07:23

DELIVER BY :
DELIVER ON :
FUTURE DATE:
TYPE OFF OF:
TRANS OFF OF:
CUST P.O. #:    O1N
EXPED :    55007272766
SHIP EXACT :
CANCEL B/O :
SHIP COMP :
CERT REQD :
COMBINE :    **DO NOT COMBINE**
SELLING ORG:    93
ASN NOTE :

VIA:    **GR LOCAL TRUCK**
**EXPEDITE**

UPS ZONE:
SHIPPING INSTRUCTIONS:
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN    TX 78726-9000

LOC.    ID-NO.    80-6112-0796-2

CUBE:    1    PIECES:    1
LINES:    1    WEIGHT:    2.86    Order Date: 09/08/05

Charge Back: NONE
Mark Shipping Label:

SHIP    **SISTEMAS ELECTRICOS Y**
TO:    **ANTONIO J BERMUDEZ 1230**
**CIUDAD JUAREZ CH**
**MEXICO 32470**

S/I Acct #:    DAP9453

SPECIAL INSTRUCTIONS:
AT TIME OF SHIPMENT FAX COPY OF PKG SLIP
TO JUAN GARCIA 915 612-2928

FILLER:
COORD.: EOY

CHARGE    **DELPHI ENERGY & CHASSIS**
TO:    **SYSTEMS DISB ANLYS DEPT**
**PO BOX 436040**
**PONTIAC, MI 48343-6040**

C/T Acct #:    GAF0013

Z / D    :    XXUU
BATCH    :    00002
B / L    :

SHIP ON    :    09/12/05 N
WAVE SPUR:
SEQUENCE :
SHIP FROM:    JU
CST ALLOC:
FORMAT    :    A4

Pcs /
S. U.    DESCRIPTION

BOX    2    PT# 5884610
8901 TAPE .61" X 72 YDS +/-.4
3" PLASTIC BULK
PR39801

ORDERED /
B. U.    SHIPPED    B/O    SEQ    AC    R/L/S    DV. Cust
HCD    EXPDATE    MP    P.O.Ln

120    120    001    5    .00    HA    000001
RLS

JOE    YBARRA    WWW.3M.COM/ELECTRICAL
PHONE (800) 676-8381    FAX (800) 828-9329

SEP 1 3 2005

**DELPHI**

**RECEPCION DE MATERIALES**
**RECIBIDO POR:** _Jor/1sm_

***** END OF ORDER MV06852 *****

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..JMS42714 | INVOICE NO...... MV14188 |

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.        CUST REF NO........ PLANT 35
WWW.3M.COM/ELECTRICAL         ORDER DATE        09/16/2005
AUSTIN TX                     SHIP DATE..........09/20/2005
                 78726-9000

INVOICE NO...... MV14188
TYPE............ ORIGINAL
DATE.......... 09/20/2005

TERMS OF SALE
NET 30 DAYS
TERMS DATE.....09/20/2005
SALES REP....... M9301-5

JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                      MV14188
CHARGE TO: GAF0013 ——
  SHIP TO: JRV8487

DELPHI ENRGY & ENG MGMT                DELPHI ENERGY & CHASSIS
SYS DV GMC GM CMPLX BLDG               SYSTEMS DISB ANLYS DEPT
32 CELERITY WAGON                      PO BOX 436040
EL PASO TX 79906-5315                  PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | P.O. LINE NO: 000002 | | | |
| 1008 | RLS | 05113856182 11 TAPE 1/4 X 72 YDS BULK | P | 3.73 | 3,759.84 |
| | | 3" PAPER CORE | | | |
| | | EXEMPTION CERTIFICATE:1-38-3431131-1 | | D | |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449

WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***    SHPD 09/20 FROM-ELEC SP MENOMO  VIA-UPSN 2D
***                                             B/L-
***                                          131-LBS          7-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 10/20/2005 | INVOICE TOTAL | 3,759.84 |

Please see reverse side for terms and conditions of sale and address change form.

10040764 719 90    /   /    09/20/05 ORO   CrBr:HI OrdWr:PV   InvBr:YT   AdmCd:HA
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAF0013
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC MI 48343-6040

REMIT PAYMENT TO

3M       GAF0013
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ MV14188
INVOICE DATE.... 09/20/2005
TERMS DATE...... 09/20/2005

TOTAL MUST BE RECEIVED BY:          10/20/2005
                   INVOICE TOTAL     3,759.84

| AMOUNT ENCLOSED | |
|---|---|

MV14188



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 576 493 02 4118 664 3
**Service Type:** 2ND DAY AIR
**Delivered on:** 09/22/2005 9:15 A.M.
**Delivered to:** DELPHI
32 N CELERITY WAGON ST
EL PASO, TX, US 79906
**Signed by:** TORALBA

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:27 P.M.    Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550072767 | INVOICE NO...... MV16143<br>TYPE........... ORIGINAL<br>DATE.......... 09/22/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>WWW.3M.COM/ELECTRICAL<br>AUSTIN TX<br>              78726-9000 | ORDER DATE         09/08/2005<br>SHIP DATE.........09/22/2005 | TERMS OF SALE<br>NET 30 DAYS<br>TERMS DATE.....09/22/2005<br>SALES REP....... M9301-5 |

JOE     YBARRA
PHONE NO...800-676-8381     PARTIAL ORDER....... B
FAX NO.....800-828-9329

ACCOUNT NO.                     MV16143
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230              SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                     PO BOX 436040
MEXICO 32470                         PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | REFERENCE NUMBER---MV12351<br>PART NUMBER 5885120<br>      ITM CONTRACT PR39801<br>P.O. LINE NO: 000001 | | |
| 108 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M<br>MINI-CASE 3" PLASTI C CORE | ZI    1.44 | 155.52 |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***     SHPD 09/22 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                     B/L-JUNA573860
***                              26-LBS              3-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 10/24/2005 | INVOICE TOTAL | 155.52 |

Please see reverse side for terms and conditions of sale and address change form.

10101707 718 90    /   /    09/22/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAF0013<br>DELPHI ENERGY & CHASSIS<br>SYSTEMS DISB ANLYS DEPT<br>PO BOX 436040<br>PONTIAC MI 48343-6040 | REMIT PAYMENT TO<br><br>3M      GAF0013<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ MV16143<br>INVOICE DATE.... 09/22/2005<br>TERMS DATE...... 09/22/2005 |

                    TOTAL MUST BE RECEIVED BY:        10/24/2005
                                  INVOICE TOTAL          155.52

| AMOUNT ENCLOSED | |
|---|---|

                                          MV16143



# 3M BILLING DOCUMENT

PAGE   1
PROMISE DATE: 09/20/05

INVOICE # **MV16143**

SHIP DATE:
cal 21/05
OFFICE USE

| | |
|---|---|
| DELIVER BY : | |
| DELIVER ON : | |
| FUTURE DATE: | 09/16/05 |
| TYPE OFF OF: | MV12351 |
| TRANS : | O1F |
| CUST P.O. # : | 550072767 |
| EXPED : | 1 |
| SHIP EXACT : | |
| CANCEL B/O : | |
| SHIP COMP : | |
| CERT REQD : | |
| COMBINE : | |
| SELLING ORG : | 93 |
| ASN NOTE : | |

DO NOT COMBINE

VIA:
**GR LOCAL TRUCK**
**EXPEDITE**

CUBE:    0    PIECES:   3    FILLER:
LINES:   1    WEIGHT:   26    COORD.: EOY

Charge Back: NONE    Order Date: 09/08/05
Mark Shipping Label:

SHIP TO:
**SISTEMAS ELECTRICOS Y**
**ANTONIO J BERMUDEZ 1230**
**CIUDAD JUAREZ CH**
**MEXICO 32470**

CHARGE TO:
**DELPHI ENERGY & CHASSIS**
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

S/T Acct # :   DAP9453          C/T Acct # :   GAF0013

SPECIAL INSTRUCTIONS:
FAX PACKING TO JUAN GARCIA AT 915 612-2928
CUST P/N 5885120 MUST BE ON CARTONS

| Z / D : | XXUU |
|---|---|
| BATCH : | 00002 |
| B / L : | |
| SHIP ON : | 09/16/05 Y |
| WAVE SPUR: | |
| SEQUENCE : | |
| SHIP FROM: | JU |
| CST ALLOC: | |
| FORMAT : | A4 |

UPS ZONE:
SHIPPING INSTRUCTIONS:

QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:

JOE   YBARRA
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

LOC:          ID-NO.
**80-6109-0336-3**

| PCS / S.U. | DESCRIPTION | ORDERED / B.U. | SHIPPED | B/O | SEQ | AC HCD | Weight |
|---|---|---|---|---|---|---|---|
| PCS 3 | P/N 5885120 | 108 | 108 | 001 | 5 | 25.59 |
| BOX | SUPER 10 TAPE 3.1MM X 55M | RLS | | | | | |
| | MINI-CASE 3" PLASTIC CORE | | | | | | |
| | PA390001 | | | | | | |

| | R/L/S EXPDATE | DV. Cust MF P.O.In |
|---|---|---|
| | HA | 000001 |
| | | 000000 |

RECEPCION DE MATERIALES
RECIBIDO POR:

SEP 2 2 2005

*** REVIEW WITH COORDINATOR - TYPE OFF OF EXPEDITE ***
***** END OF ORDER MV16143 *****

RELEASE DATE: 09/19/05   TIME: 15:25
DATE: 09/21/05   TIME: 12:20

AUSTIN   TX 78726-9000

AUSTIN   TX 78726-9000

# **3M** Invoice

```
PAGE   1 OF   1          PURCHASE ORDER..550072767          INVOICE NO...... MV17277
                                                            TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                        DATE.......... 09/23/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL       ORDER DATE        09/09/2005    TERMS OF SALE
AUSTIN TX                  SHIP DATE..........09/23/2005    NET 30 DAYS
            78726-9000                                      TERMS DATE.....09/23/2005
                                                            SALES REP....... M9301-5
```

```
JOE     YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... B
FAX NO.....800-828-9329
```

```
ACCOUNT NO.                         MV17277
CHARGE TO: GAF0013 ──
  SHIP TO: DAP9453
```

```
SISTEMAS ELECTRICOS Y               DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230             SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                    PO BOX 436040
MEXICO 32470                        PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | REFERENCE NUMBER---MV08352 | | | |
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 108 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55MM | ZI | 1.44 | 155.52 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
                WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                INVOICES USING THE INTERNET?
                CONTACT 3M AT 512-984-4449
                -
                WOULD YOU LIKE TO CHECK ORDER STATUS,
                PRODUCT AVAILABILITY, OR PLACE AN ORDER
                USING THE INTERNET? REGISTER FOR 3M
                ELECTRICAL INFOCENTER AT -
                WWW.3M.COM/ELECTRICAL/EXTRANET

  ***     SHPD 09/23 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
  ***                                     B/L-JUNA574210
  ***                          26-LBS              3-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/24/2005 | INVOICE TOTAL | 155.52 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10105997 717 90    /  /    09/23/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU  AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                                                    INVOICE NO........ MV17277
DELPHI ENERGY & CHASSIS         REMIT PAYMENT TO           INVOICE DATE.... 09/23/2005
SYSTEMS DISB ANLYS DEPT                                    TERMS DATE...... 09/23/2005
PO BOX 436040                 3M     GAF0013
PONTIAC MI 48343-6040         P.O. BOX 371227
                              PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:        10/24/2005
                                       INVOICE TOTAL          155.52
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                           MV17277
```



# 3M FILLING DOCUMENT

PAGE 1

PROMISE DATE: 09/21/05

SHIP DATE:
OFFICE USE

MV17277

INVOICE #

DELIVER BY :
DELIVER ON : 09/19/05
FUTURE DATE:
TYPE OF OF: MV08352
TRANS OIN
CUST P.O. #: 55007272767
EXPED 0
SHIP EXACT :
CANCEL B/O :
SHIP COMP :
CERT REQD :
COMBINE :
SELLING ORG:
ASN NOTE : 93

CUBE: 0    PIECES: 3
LINES: 1    WEIGHT: 26    Order Date: 09/09/05

Charge Back: NONE
Mark Shipping Label:

VIA:
GR LOCAL TRUCK

DO NOT COMBINE

SHIP TO: SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
CIUDAD JUAREZ CH
MEXICO 32470

S/T Acct #:  DAP9453

SPECIAL INSTRUCTIONS:
FAX PACKING TO JUAN GARCIA AT 915 612-2928
CUST P/N 5885120 MUST BE ON CARTONS

CHARGE TO: DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

C/T Acct #:  GAF0013

Z / D    : XXUU
BATCH    : 00002
B / L    :
SHIP ON  : 09/22/05 N
WAVE SPUR:
SEQUENCE :
SHIP FROM: JU
CST ALLOC:
FORMAT   : A4

UPS ZONE:
SHIPPING INSTRUCTIONS:
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN    TX 78726-9000

ORDERED /    JOE    YBARRA    WWW.3M.COM/ELECTRICAL
B. U    PHONE (800) 676-8381    FAX (800) 828-9329

| ID-NO. | Pcs / S.U. | DESCRIPTION | ORDERED / B.U | SHIPPED | B/O | SEQ | AC HCD | R/L/S Weight | DV. Cust. MF P.O.Ln |
|---|---|---|---|---|---|---|---|---|---|
| 80-8109-0336-3 | 3 BOX | PT# 5885120  3.1MM X 55M SUPER 10 TAPE  3" PLASTIC CORE MINI-CASE PR39B01 | 108 RLS | 108 | | 001 | 5 | 25.59 | HA  000001 |

***** END OF ORDER MV17277 *****

# **3M** Invoice

PAGE    1 OF    1

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL
AUSTIN TX
         78726-9000

PURCHASE ORDER..550072766

ORDER DATE        09/09/2005
SHIP DATE..........10/03/2005

INVOICE NO...... MV08347
TYPE........... ORIGINAL
DATE.......... 10/03/2005

TERMS OF SALE
NET 30 DAYS
TERMS DATE.....10/03/2005
SALES REP....... M9301-5

JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                         MV08347
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                   DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                 SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                        PO BOX 436040
MEXICO 32470                            PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5884610 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 360 | RLS | 05113869205 8901 TAPE .61" X 72 YDS | ZI | 6.34 | 2,282.40 |
| | | +/-.4 3" PLASTIC BULK | | | |

                    WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                    INVOICES USING THE INTERNET?
                    CONTACT 3M AT 512-984-4449

                    WOULD YOU LIKE TO CHECK ORDER STATUS,
                    PRODUCT AVAILABILITY, OR PLACE AN ORDER
                    USING THE INTERNET? REGISTER FOR 3M
                    ELECTRICAL INFOCENTER AT -
                    WWW.3M.COM/ELECTRICAL/EXTRANET

***       SHPD 10/03 FROM-3M EDUSA;EL PA  VIA-XXUU GR
***                                        B/L-JUNA576575
***                                 12-LBS              6-PCS

| TOTAL MUST BE RECEIVED BY: 11/02/2005 | INVOICE TOTAL | 2,282.40 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10166189 732 90    /  /    10/04/05 ORO   CrBr:HI OrdWr:PV  InvBr:JU  AdmCd:HA
11

---

DETACH AND RETURN WITH PAYMENT

GAF0013
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC MI 48343-6040

REMIT PAYMENT TO

3M       GAF0013
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ MV08347
INVOICE DATE.... 10/03/2005
TERMS DATE...... 10/03/2005

                    TOTAL MUST BE RECEIVED BY:        11/02/2005
                                  INVOICE TOTAL        2,282.40

| AMOUNT ENCLOSED | |
|---|---|

                                              MV08347



# 3M FILLING DOCUMENT

INVOICE # MV08347

***** END OF ORDER MV08347 *****



**Shipping Order**
Straight Bill of Lading
SHORT FORM ORIGINAL - NOT NEGOTIABLE

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE ......... 1-800-424-9300

CIUDAD JUAREZ CH
MEXICO 32470

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

6  BOX  CLOTH OR TAPE, INSULATING, NOI

3  BOX  TAPE, GLASS FIBRE; CLOTH OR FABRIC, GLASS FIBRE MESH, NOT WOVEN

INVOICES/CUST P.O. NBRS INCLUDED   ON THIS BILL OF LADING
MV08340  /550072766                      PCS=     72  ST=
MV08448  /550072759                      PCS=     15  ST=

ADDITIONAL SPECIAL INSTRUCTIONS

DELIVER ON -- 10/03/05
***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

CAPPED AND/OR STRETCH-WRAPPED PALLETS AND   LOOSE PIECES

Mode  PT

Staa-Carrier Name  XXIU GR LOCAL TRUC

Shipper's No.  A3608 S AMERICAS AVE
JUNA57657

From  EL PASO  79907  TX

Total Pieces  9
Total Weight  87

Date Shipped  10-03-05

Weight Lbs.  72    15
CLASS  77.5  85.0
FC  1  1

09:16:17
10/03/05
BATCH # 7498

3M COMPANY

NUMBER OF PKGS

SIGNATURE OF CONSIGNOR

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072767 | INVOICE NO...... MV08350 |
| | | TYPE........... ORIGINAL |
| DIRECT INQUIRIES TO: | | DATE.......... 09/27/2005 |
| CUSTOMER SERVICE DEPT. | | |
| WWW.3M.COM/ELECTRICAL | ORDER DATE        09/09/2005 | TERMS OF SALE |
| AUSTIN TX | SHIP DATE.........09/27/2005 | NET 30 DAYS |
| 78726-9000 | | TERMS DATE.....09/27/2005 |
| | | SALES REP....... M9301-5 |

JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                   MV08350
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y              DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230           SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                  PO BOX 436040
MEXICO 32470                      PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 216 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 311.04 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
                WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                INVOICES USING THE INTERNET?
                CONTACT 3M AT 512-984-4449
                -
                WOULD YOU LIKE TO CHECK ORDER STATUS,
                PRODUCT AVAILABILITY, OR PLACE AN ORDER
                USING THE INTERNET? REGISTER FOR 3M
                ELECTRICAL INFOCENTER AT -
                WWW.3M.COM/ELECTRICAL/EXTRANET
```

```
***    SHPD 09/27 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                      B/L-JUNA575234
***                            51-LBS                  6-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 10/27/2005 | INVOICE TOTAL | 311.04 |

Please see reverse side for terms and conditions of sale and address change form.

10119006 720 90    /   /    09/27/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAF0013
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC MI 48343-6040

| REMIT PAYMENT TO |
|---|
| 3M      GAF0013 |
| P.O. BOX 371227 |
| PITTSBURGPA 15250-7227 |

INVOICE NO....... MV08350
INVOICE DATE.... 09/27/2005
TERMS DATE...... 09/27/2005

TOTAL MUST BE RECEIVED BY:          10/27/2005
                        INVOICE TOTAL          311.04

| AMOUNT ENCLOSED | |
|---|---|

MV08350



3M FILLING DOCUMENT

DELIVER BY :
DELIVER ON :        10/26/05
FUTURE DATE:
TYPE OFF OFF:
TRANS OFF OFF :
CUST P.O. #:    550072767
EXPED :                    0              O1N
SHIP EXACT :
CANCEL B/O :
SHIP COMP :
CERT RECD :
COMBINE :              DO NOT COMBINE
SELLING ORG:          93
ASN NOTE :

CUBE:            2
LINES:           1        PIECES:
                         WEIGHT:

Charge Back: NONE
Mark Shipping Label:

Order Date: 09/09/05

FILLER:

SHIP TO:  SISTEMAS ELECTRICOS Y
          ANTONIO J BERMUDEZ 1230
          CIUDAD JUAREZ CH
          MEXICO 32470

CHARGE TO:  DELPHI ENERGY & CHASSIS
            SYSTEMS DISB ANLYS DEPT
            PO BOX 436040
            PONTIAC, MI 48343-6040

VIA:      GR LOCAL TRUCK

S/T Acct #:   DAP9453

SPECIAL INSTRUCTIONS:
FAX PACKING TO JUAN GARCIA AT 915 612-2928
CUST P/N 5885120 MUST BE ON CARTONS

C/T Acct #:   GAF0013

INVOICE #    MV08350

PAGE    1
PROMISE DATE:
        09/26/05
SHIP DATE:
OFFICE USE

Z / D    :   XXUU
BATCH    :   00002
B / L    :

SHIP ON  :   09/13/05 N
WAVE SPUR:
SEQUENCE :
SHIP FROM:   JU
CST ALLOC:
FORMAT   :   A4

UPS ZONE:
SHIPPING INSTRUCTIONS:
QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN                   TX 78726-9000

                                          ORDERED /
ID-NO.                   Pcs /              B.U.        ORDERED /
                         S.U.  DESCRIPTION              B.U.     SHIPPED   B/O   SEQ   AC   Weight   R/L/S     DV.  Cust
                                                                                       HCD           EXPDATE   MF   P.O.Ln

80-6109-0336-3     6    PT# 5885120         360                 360             001   5    85.30    HA        000001
                   BOX  SUPER 10 TAPE       RLS
                        MINI-CASE 3" PLASTIC CORE
                        PR39801

JOE        YBARRA
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

***** END OF ORDER MV08350 *****

RECEPCION DE MATERIALES
RECIBIDO POR:

09/09/05   TIME: 14:56
09/13/05   TIME: 07:23

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550072767              INVOICE NO...... MV23185
                                                                TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/30/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL    ORDER DATE      09/09/2005             TERMS OF SALE
AUSTIN TX               SHIP DATE.........09/30/2005            NET 30 DAYS
            78726-9000                                          TERMS DATE.....09/30/2005
                                                                SALES REP....... M9301-5

JOE      YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... B
FAX NO.....800-828-9329

ACCOUNT NO.                          MV23185
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                   DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                 SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                        PO BOX 436040
MEXICO 32470                            PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | REFERENCE NUMBER---MV08350<br>PART NUMBER 5885120<br>    ITM CONTRACT PR39801<br>P.O. LINE NO: 000001 | | |
| 144 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M<br>    MINI-CASE 3" PLASTI C CORE | ZI    1.44 | 207.36 |

```
                        WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                        INVOICES USING THE INTERNET?
                        CONTACT 3M AT 512-984-4449
                        -
                        WOULD YOU LIKE TO CHECK ORDER STATUS,
                        PRODUCT AVAILABILITY, OR PLACE AN ORDER
                        USING THE INTERNET? REGISTER FOR 3M
                        ELECTRICAL INFOCENTER AT -
                        WWW.3M.COM/ELECTRICAL/EXTRANET

  ***         SHPD 09/30 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
  ***                                              B/L-JUNA576306
  ***                                        34-LBS              4-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/31/2005 | INVOICE TOTAL | 207.36 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10144848 723 90   /  /   09/30/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                         REMIT PAYMENT TO          INVOICE NO........ MV23185
DELPHI ENERGY & CHASSIS                                   INVOICE DATE.... 09/30/2005
SYSTEMS DISB ANLYS DEPT      3M       GAF0013             TERMS DATE...... 09/30/2005
PO BOX 436040                P.O. BOX 371227
PONTIAC MI 48343-6040        PITTSBURGPA 15250-7227
```

```
                              TOTAL MUST BE RECEIVED BY:       10/31/2005
                                               INVOICE TOTAL      207.36
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                          MV23185
```



# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550072752              INVOICE NO...... MV25500
                                                                TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/30/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL       ORDER DATE       09/29/2005         TERMS OF SALE
AUSTIN TX                  SHIP DATE..........09/30/2005        NET 30 DAYS
           78726-9000                                          TERMS DATE.....09/30/2005
                                                               SALES REP....... M9301-5
```

```
JOE     YBARRA
PHONE NO...800-676-8381   PARTIAL ORDER....... NO
FAX NO.....800-828-9329
```

```
ACCOUNT NO.                          MV25500
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453
```

```
SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                         PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550008693 | | | |
| | | PART NUMBER 5812875 | | | |
| | | ITM CONTRACT PR40944 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 264 | RLS | 05113847838 69 TAPE .875 X 36 YDS | ZI | 9.71 | 2,563.44 |

```
                          WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                          INVOICES USING THE INTERNET?
                          CONTACT 3M AT 512-984-4449
                          -
                          WOULD YOU LIKE TO CHECK ORDER STATUS,
                          PRODUCT AVAILABILITY, OR PLACE AN ORDER
                          USING THE INTERNET? REGISTER FOR 3M
                          ELECTRICAL INFOCENTER AT -
                          WWW.3M.COM/ELECTRICAL/EXTRANET

    ***       SHPD 09/30 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
    ***                                      B/L-JUNA576306
    ***                                   110-LBS              6-PCS
```

| TOTAL MUST BE RECEIVED BY: 10/31/2005 | INVOICE TOTAL | 2,563.44 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10144855 724 90    /   /    09/30/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                             REMIT PAYMENT TO          INVOICE NO........ MV25500
DELPHI ENERGY & CHASSIS                                       INVOICE DATE.... 09/30/2005
SYSTEMS DISB ANLYS DEPT        3M      GAF0013                TERMS DATE...... 09/30/2005
PO BOX 436040                  P.O. BOX 371227
PONTIAC MI 48343-6040          PITTSBURGPA 15250-7227
```

```
                         TOTAL MUST BE RECEIVED BY:          10/31/2005
                                        INVOICE TOTAL          2,563.44
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                             MV25500
```

**Shipping Order**
**Straight Bill of Lading**
Subject to the terms of the original Bill of Lading.

▼ This Number Must Appear on Freight Bill.

Shipper's No.

| Charges To Be | Carrier Ref. Number | Inside Del | Del. Appt. | Delivery Appointment Date/Time | Del. Sort | Equipment | | From | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PREPAID | | | | | | | | A360B  S  AMERICAS  AVE | | | |

PREPAID

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

CIUDAD JUAREZ CH
MEXICO 32470

Mode
FT

Seac Carrier Name
XXUU GR LOCAL TRUC

Car or Vehicle Initials & No.

JUNA57630

From
A360B  S  AMERICAS  AVE
EL PASO          79907
TX

| Page 1 | Or 1 | Date Shipped 09-30-05 |
|---|---|---|

Special Instructions

| PACKAGES | | Description of Materials, Special Marks and Exceptions | Main A/c | Sub A/c | Weight Lbs. | CLASS | Ft |
|---|---|---|---|---|---|---|---|
| NO. | KIND | HM | | | | | |
| 4 | BOX | | CLOTH OR TAPE, INSULATING, NOI | | | 34 | 77.5 |
| 6 | BOX | | TAPE, GLASS FIBRE; CLOTH OR FABRIC, GLASS FIBRE MESH, NOT WOVEN | | | 110 | 85.0 |

Dest.    Country

INVOICES/CUST P.O. NBRS INCLUDED ON THIS BILL OF LADING
INV23385  /550072767    PCS=    4 WGT=  34 ST=
INV25500  /550072752    PCS=      WGT= 109 ST=

ADDITIONAL SPECIAL INSTRUCTIONS

DELIVER ON -- 09/26/05
***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

CAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE ............ 1-800-424-9300

RECEPCIÓN DE MATERIALES
RECIBIDO POR:

SEP 3 0 2005

Sistemas Eléctricos y
Controladores, S.A. de C.V.

DelPhi

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATION THEREON. AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.
IT IS EXCLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF APPLICABLE MARINE CODE.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT, THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

Per _____

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT FIELD OFFICE ADDRESS OF SHIPPER.
P.O. BOX 33440
SAINT PAUL, MINNESOTA 55133

3M COMPANY

| Total Pieces 10 | Total Weight 144 | 09:26:59 09/30/05 BATCH # 7471 |
|---|---|---|

SIGNATURE OF CONSIGNOR

Per _____

NUMBER OF PKGS _____

Per _____

DATE _____

OCT-18-2005 16:22    3M EDUSA    915 S994692    P.06
TOTAL P.06

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... B029781<br>TYPE........... ORIGINAL<br>DATE.......... 08/31/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>3M AUTOMOTIVE 223 1S 02<br>ST PAUL MN<br>            55144-1000 | ORDER DATE         08/31/2005<br>SHIP DATE..........08/31/2005 | TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....08/31/2005<br>SALES REP....... G6101-5 |

RUTH RM   CLARK
PHONE NO...651-737-2108    PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                      B029781
CHARGE TO: GAD6640 ──
  SHIP TO: GAR7064

DELPHI ENERGY & ENGINE          DELPHI CORP
MANAGEMENT SYS DIV GMC          PO BOX 1550
7929 S HOWELL AVE               FLINT MI 48501-1550
OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   PO # 550013439<br>PART NUMBER 25340409 | | | |
| 1848 | | EACH 04801156260 6200 G/M2 TYPE 100 DELPHI<br>P/N 25340409 GMT900 | P | 1.281 | 2,367.29 |
| | | PO NUMBER   550013400 | | | |
| 2100 | | EACH 02120047649 3662 G/M2 INTERMAT TYPE 100<br>DELPHI P/N 2515250 7 | P | .517 | 1,085.70 |
| | | PO NUMBER   550013411 | | | |
| 5040 | | EACH 02120031805 3100 G/M2 INTERAM | P | .375 | 1,890.00 |
| | | PO NUMBER   550013421 | | | |
| 378 | | EACH 02120043910 6200 G/M2 INTERAM TYPE100<br>SINGLE LAYER DELPHI PN 2 531<br>4716 | P | 2.749 | 1,039.12 |
| | | PO NUMBER   550013422 | | | |
| 648 | | EACH 02120043954 3662 G/M2 INTERAM MA | P | 1.425 | 923.40 |
| | | PO NUMBER   550013386 | | | |
| 2520 | | EACH 4070 G/M2 INTERAM DELPHI P/N 25317916 | P | .758 | 1,910.16 |
| | | PO NUMBER   550013443 | | | |
| 2688 | | EACH 02120053707 4070 G/M2 TYPE 100 DELPHI<br>P/N 25333156 | P | .406 | 1,091.33 |
| | | PO NUMBER   550013445 | | | |
| 588 | | EACH 02120053478 8140 G/M2 TYPE 100<br>LAMINATED DELPHI P/N | P | 1.676 | 985.49 |

10000826 700 90      /   /     09/01/05 ORO    CrBr:CM OrdWr:BO    InvBr:KF    AdmCd:BO

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAD6640<br>DELPHI CORP<br>PO BOX 1550<br>FLINT MI 48501-1550 | REMIT PAYMENT TO<br><br>3M      GAD6640<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ B029781<br>INVOICE DATE.... 08/31/2005<br>TERMS DATE...... 08/31/2005 |

TOTAL MUST BE RECEIVED BY:        11/02/2005
                INVOICE TOTAL        52,194.98

| AMOUNT ENCLOSED | |
|---|---|

B029781

# **3M** Invoice

| PAGE   2 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... B029781 |
|---|---|---|
| | CHARGE TO ACCOUNT NO... GAD6640 | TYPE........... ORIGINAL<br>DATE.......... 08/31/2005 |

SHIP TO: DELPHI ENERGY & ENGINE          OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---:|---|---|---|---:|---:|
| | | 25335876 | | | |
| 462 | | PO NUMBER   550013430<br>EACH 02120053414 6200 G/M2 TYPE 100 DELPHI<br>P/N 25341118 REVISED | P | 1.966 | 908.29 |
| 1764 | | PO NUMBER   550013431<br>EACH 02120053417 8140 G/M2 TYPE 100 DELPHI<br>P/N 25341258 REVISED | P | 2.077 | 3,663.83 |
| 2240 | | PO NUMBER   550013436<br>EACH 02120047962 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343000 | P | 1.377 | 3,084.48 |
| 2160 | | PO NUMBER   550013441<br>EACH 02120053398 5200 G/M2 TYPE 100 SINGLE<br>LAYER W/FL DELPHI P/N 25 347<br>943 | P | 2.068 | 4,466.88 |
| 1764 | | PO NUMBER   550070569<br>EACH 04801156238 2000 G/M2 900HT DELPHI P/N<br>25354901 | P | 1.26 | 2,222.64 |
| 6048 | | PO NUMBER   550015548<br>EACH 02120053685 2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25359684 | P | 1.15 | 6,955.20 |
| 2016 | | PO NUMBER   550015548<br>EACH 02120053686 2455 G/M2 TYPE 900HT<br>LAMINATED W/FL DELPHI P/N<br>253 59685 | P | 1.34 | 2,701.44 |
| 2268 | | PO NUMBER   550015705<br>EACH 02120053687 2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25360874 | P | 1.22 | 2,766.96 |
| 2548 | | PO NUMBER   550024223<br>EACH 02120053705 6762 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25362454 | P | 2.254 | 5,743.19 |
| 3136 | | PO NUMBER   550057764<br>EACH 02120099986 6200 G/M2 TYPE 100 DELPHI<br>P/N 25366666 | P | 1.722 | 5,400.19 |
| 5208 | | PO NUMBER   550060426<br>EACH 02120099989 1435 G/M2 TYPE 900HT DELPHI<br>P/N 25378722 | P | .574 | 2,989.39 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | | D | |

```
***      SHPD 08/31 FROM-17; CHEMOLITE,   VIA-GNGP
***                                              B/L-9JG 526256
***                                    23,594-LBS              43-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/02/2005 | INVOICE TOTAL | 52,194.98 |
|---|---|---:|

Please see reverse side for terms and conditions of sale and address change form.

10000826 700 90    /   /    09/01/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO
14    6157

| STRAIGHT BILL OF LADING — SHORT FORM ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE GENESIS (grounded air) | | SCAC GNGP | CAR OR VEHICLE INITIALS AND NO. | |
|---|---|---|---|---|---|

CHARGES TO BE **COLLECT**

SHIPPER'S NO.

CONSIGNED TO:
DELPHI ENERGY & ENGINE
MANAGEMENT SYS DIV GMC
7828 S. HOWELL AVE.
OAK CREEK          WI

DEST/ FACILITY CODE **3M**

ZIP
53154-2931
COUNTRY CODE

Concorde Mfg., LLC
6820 Shingle Creek Parkway
Brooklyn Center, MN 55430

PAGE 1 OF 1

**9JG 52625 6**

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| BO29781 | | M | | 1589 | 533 | | 08/31/2005 |

| PACKAGES | | | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBS.) | CLASS | FCC SEE (BELOW) | DIV. |
|---|---|---|---|---|---|---|---|
| NO. | KIND | HM | | | | | |
| 43 | PLTS. | | Insulating Material, NOI, Density 15 or Greater lbs/Cu Ft NMFC 103300 S7 | 23,594 | | D55 | AT |
| | | | CONTAINING 1,280 CARTONS | | | | |
| | | | TRAILER# 53295 | | | | |

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | PALLET WEIGHT |
|---|---|---|---|---|---|

| CARRIER REFERENCE NUMBER | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | TOTAL WEIGHT |
|---|---|---|---|---|
| | | | 23,594 | |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _____
TITLE __REGULATORY MANAGER__
COMPANY __3M COMPANY__

F PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
O BOX 33400
T PAUL, MINNESOTA 55133

**CARRIER CERTIFICATION**
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.
PER _____
NUMBER OF PKGS _____
DATE _____

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER _____
COMPANY __3M COMPANY__

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR

3M 4736 - 173 - F (08/2003)

# 3M Invoice

```
PAGE   1 OF   1        PURCHASE ORDER..550072759        INVOICE NO...... MV08448
                                                        TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                    DATE.......... 10/03/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL      ORDER DATE         09/09/2005   TERMS OF SALE
AUSTIN TX                 SHIP DATE..........10/03/2005   NET 30 DAYS
          78726-9000                                     TERMS DATE.....10/03/2005
                                                         SALES REP....... M9301-5

JOE    YBARRA
PHONE NO...800-676-8381   PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                   MV08448
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y               DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230             SYSTEMS DISB ANLYS DEPT
JUAREZ CH                           PO BOX 436040
MEXICO 32470                        PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5812189 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 336 | RLS | 05112854241 69 TAPE .189 X 36 YD BULK | ZI | 2.10 | 705.60 |
| | | 3" PAPER | | | |

```
                WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                INVOICES USING THE INTERNET?
                CONTACT 3M AT 512-984-4449
                -
                WOULD YOU LIKE TO CHECK ORDER STATUS,
                PRODUCT AVAILABILITY, OR PLACE AN ORDER
                USING THE INTERNET? REGISTER FOR 3M
                ELECTRICAL INFOCENTER AT -
                WWW.3M.COM/ELECTRICAL/EXTRANET

***    SHPD 10/03 FROM-3M EDUSA;EL PA  VIA-XXUU GR
***                                         B/L-JUNA576575
***                                     15-LBS          3-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/02/2005 | INVOICE TOTAL | 705.60 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10166197 732 90   /  /   10/04/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                                              INVOICE NO........ MV08448
DELPHI ENERGY & CHASSIS        REMIT PAYMENT TO      INVOICE DATE.... 10/03/2005
SYSTEMS DISB ANLYS DEPT                              TERMS DATE...... 10/03/2005
PO BOX 436040                3M      GAF0013
PONTIAC MI 48343-6040        P.O. BOX 371227
                             PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:         11/02/2005
                                    INVOICE TOTAL              705.60
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                     MV08448
```

# 3M FILLING DOCUMENT

DELIVER BY :
DELIVER ON : 10/03/05
FUTURE DATE:
TYPE OFF OF:
TRANS :
CUST P.O. #: 550072759
EXPED : 0.1N
SHIP EXACT : 0
CANCEL B/O :
SHIP COMP :
CERT REQD :
COMBINE :
SELLING ORG: 93
ASN NOTE :
VIA:   **GR LOCAL TRUCK**

CUBE:        6    PIECES:
LINES:       1    WEIGHT:

Charge Back: NONE
Mark Shipping Label:

Order Date: 09/09/05

FILLER:
COORD.: EOY

INVOICE #   **MV08448**

SHIP DATE:
OFFICE USE
PAGE   1

PROMISE DATE:
10/03/05

SHIP TO: **SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
JUAREZ CH
MEXICO 32470**

CHARGE   DELPHI ENERGY & CHASSIS
TO:      SYSTEMS DISB ANLYS DEPT
         PO BOX 436040
         PONTIAC, MI 48343-6040

Z / D   :  XXUU

BATCH   :  00002

B / L   :

S/I Acct #:  DAP9453              C/I Acct #:  GAF0013

SPECIAL INSTRUCTIONS:
FAX PKGING SLIP TO MONICA TARANGO 915 612-2928
PART NUMBER 5812189 MUST BE ON ALL BOXES

SHIP ON  :  09/13/05 N

WAVE SPUR:

SEQUENCE :

SHIP FROM:  JU

UPS ZONE:
SHIPPING INSTRUCTIONS:

QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN         TX 78726-9000

CST ALLOC:

FORMAT   :  A4

LOC.      ID-NO.                Pcs /
                                S.U.  DESCRIPTION

80-6112-3551-8

P7# 5812189
69 TAPE .189 X 36 YO BULK  3"
PAPER
PR39801

ORDERED /
B.U.    SHIPPED

JOE    YBARRA
PHONE (800) 676-8381

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

SEQUENCE :

336    336       001    5         .00
RLS

AC     R/L/S       DV. Cust
HCD    EXPDATE     MF   P.O.L

B/O    SEQ    HCD   Weight

HA    000001

OCT 0 3 2005

RECEPCION DE MATERIALES
RECIBIDO POR:

OCT-18-2005  16:21    3M EDUSA                915 S994692    P.04

RELEASE DATE: 09/09/05  TIME: 16:05
ORG PRT DATE: 09/13/05  TIME: 07:23

***** END OF ORDER MV08448 *****



Shipping Order
Straight Bill of Lading
SHORT FORM ORIGINAL - NOT NEGOTIABLE

Shipper's No.

From A360B S AMERICAS AVE
EL PASO TX
79907

JUNA57657!

| Charges To Be | Carrier Ref. Number | Inside Del. | Del. Appt. | Delivery Appointment Date/Time | Del. Sort | Equipment |
|---|---|---|---|---|---|---|
| PREPAID | | | | | | |

| PREPAID | | | | | |
|---|---|---|---|---|---|
| C | SISTEMAS ELECTRICOS Y | | Mode | State-Carrier Name | Car or Vehicle Initials & No. |
| O | ANTONIO J BERMUDEZ 1230 | | PT | XXUU GR LOCAL TRUC | |
| | | | | | Page 1   Or 1   Date Shipped 10-03-05 |

CIUDAD JUAREZ CH
MEXICO 32470

Special Instructions

Dest.          Country

| PACKAGES | | | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FC |
|---|---|---|---|---|---|---|---|---|
| NO. | KIND | HM | | | | | | |
| 6 | BOX | | CLOTH OR TAPE, INSULATING, NOI | | | 72 | 77.5 | |
| 3 | BOX | | TAPE, GLASS FIBRE, CLOTH OR FABRIC, GLASS FIBRE MESH, NOT WOVEN | | | 15 | 85.0 | |

INVOICES/CUST P.O. NBRS INCLUDED ON THIS BILL OF LADING
MV083467   /550072766      PCS=         6  WGT=      72  ST=
MV08448    /550072759      PCS=         3  WGT=      15  ST=

ADDITIONAL SPECIAL INSTRUCTIONS
***** DELIVER ON -- 10/03/05
***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

CAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES

| Total Pieces | Total Weight | | |
|---|---|---|---|
| 9 | 87 | 09:16:17 | |
| | | 10/03/05 | |
| | | BATCH # 7498 | |

1-800-528-9900

NUMBER OF PKGS ____          Per ____          DATE ____

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE

SIGNATURE OF CONSIGNOR
Per

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER.
P.O. BOX 33409
SAINT PAUL, MINNESOTA 55133

3M COMPANY

OCT-18-2005 16:21      3M EDUSA      915 S994692      P.05

# **3M** Invoice

```
PAGE   1 OF   1          PURCHASE ORDER..550060329              INVOICE NO...... FN41151
                                                                 TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                             DATE.......... 09/01/2005
CUSTOMER SERVICE DEPT.     CUST REF NO......... BELOW
60-1S-16                   ORDER DATE        08/23/2005          TERMS OF SALE
ST PAUL MN                 SHIP DATE..........09/01/2005         NET 63 DAYS
              55144-1000                                         TERMS DATE.....09/01/2005
                                                                 SALES REP....... V4202-7
```

```
KIM      HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520
```

```
ACCOUNT NO.                          FN41151
CHARGE TO: GAP4766 ──
  SHIP TO: GAC4331
```

```
GMC GM SERVICE PARTS                 ACG-DISBURSEMNT ANALYSIS
OPERATIONS                           (DELPHI AUTOMTV SYSTEMS)
1251 JOSLYN AVE                      PO BOX 1550
PONTIAC MI 48340-2064                FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060329/52482839 | | | |
| 162 | EACH | 03666696270 V249 C-CAR SVC KIT PN | P | 8.34 | 1,351.08 |
| | | 52482839 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36115 | | | |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***        SHPD 09/01 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                              B/L-
***                                           99-LBS              9-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 1,351.08 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10175016 724 90     /  /     09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

```
                           DETACH AND RETURN WITH PAYMENT

GAP4766                                                      INVOICE NO........ FN41151
ACG-DISBURSEMNT ANALYSIS           REMIT PAYMENT TO          INVOICE DATE.... 09/01/2005
(DELPHI AUTOMTV SYSTEMS)                                     TERMS DATE...... 09/01/2005
PO BOX 1550                    3M     GAP4766
FLINT MI 48501-1550            P.O. BOX 371227
                               PITTSBURGPA 15250-7227


                               TOTAL MUST BE RECEIVED BY:        11/03/2005
                                            INVOICE TOTAL         1,351.08
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                          FN41151
```



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4498 002 1
**Service Type:** GROUND
**Delivered on:** 09/06/2005 9:15 A.M.
**Delivered to:** GMSPO
1251 JOSLYN AVE
PONTIAC, MI, US  48340
**Signed by:** ENGELSMAN

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:24 P.M.   Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060331 | INVOICE NO...... FN41154<br>TYPE........... ORIGINAL |

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.          CUST REF NO......... BELOW
60-1S-16                        ORDER DATE        08/24/2005
ST PAUL MN                      SHIP DATE.........09/01/2005
               55144-1000

DATE.......... 09/01/2005

TERMS OF SALE
NET 63 DAYS
TERMS DATE.....09/01/2005
SALES REP....... V4202-7

KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                     FN41154
CHARGE TO: GAP4766 ——
  SHIP TO: GAH7362

GENERAL MOTORS CORP                    ACG-DISBURSEMNT ANALYSIS
PARTS DIV PLT 50                       (DELPHI AUTOMTV SYSTEMS)
1000 WARM SPGS AVE                     PO BOX 1550
MARTINSBURG WV 25401-3800              FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 36 | EACH | 05113874333 V251 S5S LHD SVC KIT PN<br>52482840 | P | 10.92 | 393.12 |
| | | SER LOT NUMBER(S)<br>34169 | | | |
| | | EXEMPTION CERTIFICATE:38 0572515 007M | R | | |

```
***      SHPD 09/01 FROM-FILTRATION;EAG  VIA-CETR
***                                  B/L-8T  185124
***                                  30-LBS            2-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 393.12 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10175024 724 90   /   /   09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

| DETACH AND RETURN WITH PAYMENT |
|---|

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

| REMIT PAYMENT TO |
|---|
| 3M      GAP4766<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 |

INVOICE NO........ FN41154
INVOICE DATE.... 09/01/2005
TERMS DATE...... 09/01/2005

TOTAL MUST BE RECEIVED BY:        11/03/2005
                  INVOICE TOTAL        393.12

| AMOUNT ENCLOSED | |
|---|---|

FN41154

**CENTRAL TRANSPORT**

Pro Number
**551-337554-0**

| Ship Date | |
|---|---|
| 09/01/05 | |

| Pieces | Weight |
|---|---|
| 4 | 1101 |

Reference Number

| Org | DC |
|---|---|
| 551 | 217 |

Freight Terms
**Freight Charges Are Collect**

**SCAC:    CTII**

Consignee:

GM MARTINSBURG 17550
1000 WARM SPRINGS AVE
MARTINSBURG, WV 25401

Shipper:

3M
3130 LEXINGTON AVE S
EAGAN, MN 55121

**Special Instructions**
Delivery Trailer: 53-8975
Shipper COD Amount
0.0000

**Central Transport Delivery Receipt**

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

65 - Packages On  4  Pallets

551-337554-0

B/L

9193

GM PARTS DIVISION MTPBG #50
RECEIVED
SEP 0 5 2005
BS # 7545843
PLR

**Stamp / Sign Here**

Firm  G M S P O

By  J Fell
Shipment received in good order

Pieces Received _____

Driver _____ Date _____

Arrive Time _____ Depart Time _____

**Pro Number**       **551-337554-0**

**Additional Delivery Services Requested**

| | | | | |
|---|---|---|---|---|
| Inside Delivery | $70.00 | Sort - Segregate $90.00 | Driver Delay | $75.00 |
| Residential Delivery $50.00 | | Liftgate | $90.00 | Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____Date _____

Internal Use Only
# And Type of Container_____
Part #
Qty. of Pcs Affected_____

Desc._____
Skids _____
Date _____ Log#_____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(ii)

| STRAIGHT BILL OF LADING — SHORT FORM | CARRIER & ROUTE | SCAC | CAR OR VEHICLE INITIALS AND NO. |
| ORIGINAL — NOT NEGOTIABLE | CENTRAL TRAN | CETR | 5513375540 |

RECEIVED, subject to individually determined rates or contracts that have been agreed up on in writing between the carrier and shipper, on request, The proper by described in bulk. In general good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the National Motor Freight Classification 100-X and contained herein, if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**CHARGES TO BE**
**COLLECT-BILL 3rd PARTY**
SHIPPERS NO.

| CONSIGNED TO: | DEST/ FACILITY CODE | | Page |
|---|---|---|---|
| GENERAL MOTORS CORP | | **3M** | 1 of 1 |
| PARTS DIV PLT 50 | | | |
| 1000 WARM SPGS AVE | ZIP | 3130 LEXINGTON AVE. S. | **8T** 18512 4 |
| MARTINSBURG    WV | 254013800 | EAGAN MN 55121-2239 | |
| | COUNTRY CODE | | ▲ |
| GAH7362 | | | ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT-BILL |

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT. | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| SEE BELOW | SEE BELOW | LT | 1 | 3084 | 533 | | 09/01/05 |

| PACKAGES | | HM. | DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Lbs.) | CLASS | FCC SEE (BELOW) | DIV |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 65 | BOX | | **PLASTIC OR RUBBER ARTICLES,NOI,O/T EXPANDED,DENSITY___  LBS/CU FT | 1,101 | 0.0 | B15 | BF |
| | | | | | | | |
| | | | Invoices: # FN41159  # FN41154 | | | | |
| | | | CUSTOMER PO  550060327   550060331 | | | | |
| | | | | | | | |
| | | | THIRD PARTY BILLING | | | | |
| | | | GMSPO / SCHNEIDER LOGISTICS | | | | |
| | | | PO BOX 2654 | | | | |
| | | | GREEN BAY, WI 54306-2654 | | | | |
| | | | SLI# KA14802 | | | | |

SKD   LSE CTN   DRM   BUN   ☐ SWAC
CRTS   BSKT   RCK   TOTE   ☐ SL & C
SWS-OF   CTN   SWS-STC   CTN
OTHER   SHIP.INIT.

Subject to NMFC 100/CTN-100 and 49 USC 14706 and DOT 49 CFR 370

||||||||| 551-337554-0

| LINEAR-FT. | C.C. | PLL CARD | S.S. | PS-ATTD | B/L |

**65  Packages On   4   Pallets**

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | PALLET WEIGHT |
|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | TOTAL WEIGHT |
| | | | | | 1,101 |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _____

TITLE  REGULATORY MANAGER

COMPANY  3M

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE:

PER _____

COMPANY  3M

**CARRIER CERTIFICATION**
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.

PER _____

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

| IF PREPAID SEND FREIGHT BILL TO: PERMANENT POST OFFICE ADDRESS OF SHIPPER: P.O. BOX 33400 ST. PAUL, MINNESOTA 55133 | NUMBER OF PKGS _____ DATE _____ | SIGNATURE OF CONSIGNOR |
|---|---|---|

Form 4736 - 173 - F (07/2003)

# **3M** Invoice

```
PAGE   1 OF   1        PURCHASE ORDER..550060331           INVOICE NO...... FN41155
                                                           TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                       DATE.......... 09/01/2005
CUSTOMER SERVICE DEPT.     CUST REF NO........ BELOW
60-1S-16                   ORDER DATE       08/24/2005     TERMS OF SALE
ST PAUL MN                 SHIP DATE.........09/01/2005    NET 63 DAYS
          55144-1000                                       TERMS DATE.....09/01/2005
                                                           SALES REP....... V4202-7


KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                         FN41155
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER              ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                        (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                  PO BOX 1550
GROVEPORT OH 43125-1092             FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 18 | EACH | 05113874333 V251 S5S LHD SVC KIT PN | P | 10.92 | 196.56 |
| | | 52482840 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35772 | | | |

```
                 EXEMPTION CERTIFICATE:DP98-002667              D
```

```
***      SHPD 09/01 FROM-FILTRATION;EAG   VIA-UPSN GR
***                                          B/L-
***                                          15-LBS              1-PCS
```

```
       TOTAL MUST BE RECEIVED BY: 11/03/2005   INVOICE TOTAL       196.56
```

Please see reverse side for terms and conditions of sale and address change form.

```
10175032 724 90    /   /    09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

```
                            DETACH AND RETURN WITH PAYMENT
```

```
GAP4766                              REMIT PAYMENT TO       INVOICE NO........ FN41155
ACG-DISBURSEMNT ANALYSIS                                    INVOICE DATE.... 09/01/2005
(DELPHI AUTOMTV SYSTEMS)          3M       GAP4766          TERMS DATE...... 09/01/2005
PO BOX 1550                       P.O. BOX 371227
FLINT MI 48501-1550               PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:        11/03/2005
                                          INVOICE TOTAL        196.56
```

```
                        AMOUNT ENCLOSED
```

```
                                            FN41155
```



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4525 064 8
**Service Type:**    GROUND
**Delivered on:**    09/06/2005 10:11 A.M.
**Delivered to:**    GMSPO-PDC-GROVEPORT
                     6000 GREEN POINTE DR S
                     GROVEPORT,  OH, US  43125
**Signed by:**       DORSEY

**Location:**        DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:26 P.M.   Eastern Time
(USA)

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060331 |

| | | |
|---|---|---|
| | | INVOICE NO...... FN41156 |
| | | TYPE........... ORIGINAL |
| DIRECT INQUIRIES TO: | | DATE.......... 09/01/2005 |
| CUSTOMER SERVICE DEPT. | CUST REF NO........ BELOW | |
| 60-1S-16 | ORDER DATE       08/24/2005 | TERMS OF SALE |
| ST PAUL MN | SHIP DATE..........09/01/2005 | NET 63 DAYS |
| 55144-1000 | | TERMS DATE.....09/01/2005 |
| | | SALES REP....... V4202-7 |

```
KIM    HENDRY
PHONE NO...651-733-2188   PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                    FN41156
CHARGE TO: GAP4766 ──
  SHIP TO: NAJ4582

GM CANADA LTD NPDC              ACG-DISBURSEMNT ANALYSIS
1401 PARKINSON RD P-YD-P        (DELPHI AUTOMTV SYSTEMS)
WOODSTOCK ON                    PO BOX 1550
CANADA N4S 8K8                  FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 18 | EACH | 05113874333 V251 S5S LHD SVC KIT PN | P | 10.92 | 196.56 |
| | | 52482840 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35772 | | | |

```
***      SHPD 09/01 FROM-FILTRATION;EAG  VIA-MWFR 2D
***                                      B/L-8T  185146
***                                      15-LBS        1-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 196.56 |

Please see reverse side for terms and conditions of sale and address change form.

```
10175040 724 90    /  /    09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J  AdmCd:FN
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                                  INVOICE NO........ FN41156
ACG-DISBURSEMNT ANALYSIS                 INVOICE DATE.... 09/01/2005
(DELPHI AUTOMTV SYSTEMS)                 TERMS DATE...... 09/01/2005
PO BOX 1550
FLINT MI 48501-1550
```

| REMIT PAYMENT TO |
|---|
| 3M      GAP4766 |
| P.O. BOX 371227 |
| PITTSBURGPA 15250-7227 |

| | |
|---|---|
| TOTAL MUST BE RECEIVED BY: | 11/03/2005 |
| INVOICE TOTAL | 196.56 |

| AMOUNT ENCLOSED | |
|---|---|

FN41156

# Flex® Global View

Created on June 23, 2006 08:24 AM, Eastern Daylight Time

## Freight Tracking

### Header Information

| | | | |
|---|---|---|---|
| **Housebill Number** | 543229257T | **File Number** | 314499952440320 |
| **Origin** | USMSP,MINNEAPOLIS/ST PAUL AIRPORT | **Pieces** | 1 |
| **Destination** | CAYXU,LONDON | **Weight** | 15.0 LBS |
| **Service Level** | 2nd DAY | **Office Number** | 5808 |
| **Shipment Door ETA** | | | |
| **Customer Ref** | NORMAL, 8T 185146 | | |

### Shipment Exception

| Exception | Exception Date/Time | Comments | Comments date/Time |
|---|---|---|---|
| CUSTOMS/OTHER GOVT RELEASE DELAY | 02-SEP-2005 00:50 | INPRCS: AES IS PROCESSING | 06-SEP-2005 13:44 |

### Proof of Delivery

| Signature | Received Date | Milestone |
|---|---|---|
| BROKER | 02-SEP-2005 14:00 | SHIPMENT DELIVERED |

### Flight Information

| Status | Flight | Description | Depart Date | Arrive Date |
|---|---|---|---|---|
| Actual | 123 | MINNEAPOLIS INTERNATIONAL APT to DAYTON INTL APT | 01-SEP-2005 23:13 | 02-SEP-2005 01:42 |
| Actual | YXUI06 | TORONTO LESTER B PEARSON INTL to LONDON INTERNATIONAL APT | 02-SEP-2005 00:01 | 02-SEP-2005 11:00 |
| Actual | 138 | DAYTON INTL APT to TORONTO LESTER B PEARSON INTL | 02-SEP-2005 06:11 | 02-SEP-2005 07:24 |

### Milestones

| Description | Date/Time | Detail | Value |
|---|---|---|---|
| SHIPMENT DELIVERED | 02-SEP-2005 14:00 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| DELIVERY ORDER ISSUED | 02-SEP-2005 12:22 | LOCATION | CAYYZ |
| SHIPMENT CLEARED CUSTOMS | 02-SEP-2005 07:43 | LOCATION | CAYYZ |
| DOCS DLVRD TO OUTSIDE BRKR/CNEE | 02-SEP-2005 07:33 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| PICK-UP/GOODS COLLECTED | 01-SEP-2005 15:57 | LOCATION | USMSP |

Copyright © 1994-2006 United Parcel Service of America, Inc. All Rights Reserved.                    Page - 1

# UPS Supply Chain Solutions™



## Delivery Details

SHIPMENT NUMBER:543-229-257T

| SHIPPER:<br>3M COMPANY DOCK 1<br>3130 LEXINGTON AVE S | | CONSIGNEE:<br>GM OF CANADA<br>1401 PARKINSON ROAD | |
|---|---|---|---|
| EAGAN | MN<br>55121 | WOODSTOCK | ON<br>N4S8K8 |

Origin:MSP                          Destination:YXU

Ship Date:      9/1/2005 3:57:00 PM

Delivery Date: 9/2/2005 2:00:00 PM

Pieces:        1 of 1              Weight:    15 LB

Signed For By: MACDONALD

Signature:

If you need assitance or have questions concerning the above shipment, please contact your local service center or station.

Thank you for choosing UPS Supply Chain Solutions.

We look forward to working with you in the future.

Reference:  DocID57700810
Report Date:6/23/2006 1:11:51 PM GMT

**3M General Offices**

3M Center
St. Paul, Minnesota 55144-1000
612/733 1110



## Commercial Invoice

CONSIGNEE: GM CNADA LTD NPDC          Date: 09/01/2005

Attention of: _____          Phone: _____

Address: 1401 PARKINSON RD P-YD-P          Telex: _____

WOODSTOCK ON CANADA N4S 8K8

| Units | Country of Mfg. | Complete Detailed Description of Goods | Unit Value | Sub Total* |
|-------|-----------------|----------------------------------------|------------|------------|
| 18 | USA | 3M#70-0708-1375-6 V251 S5S LHD SVC KIT 52482840 | 10.92 | 196.56 |

* Total Pkgs: 1

** Total Value: $ 196.56

*** Total Weight: 15

I/we hereby certify that the information on this invoice is true and correct and that the contents of this shipment are as stated above. I/we do hereby authorize DHL Corporation to execute any additional documents necessary for the export of merchandise described herein on my/our behalf.

| Signature | Title |
|-----------|-------|
| | MATERIAL HANDLER |

These commodities licensed by U.S. for ultimate destination _____
Diversion contrary to U.S. law prohibited.

Form 30127 - A

# **3M** Invoice

```
PAGE   1 OF   1        PURCHASE ORDER..550060327          INVOICE NO...... FN41159
                                                          TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                      DATE.......... 09/01/2005
CUSTOMER SERVICE DEPT.   CUST REF NO......... BELOW
60-1S-16                 ORDER DATE        08/24/2005     TERMS OF SALE
ST PAUL MN               SHIP DATE..........09/01/2005    NET 63 DAYS
            55144-1000                                    TERMS DATE.....09/01/2005
                                                          SALES REP....... V4202-7


KIM    HENDRY
PHONE NO...651-733-2188   PARTIAL ORDER....... YES
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41159
CHARGE TO: GAP4766 ——
  SHIP TO: GAH7362

GENERAL MOTORS CORP                       ACG-DISBURSEMNT ANALYSIS
PARTS DIV PLT 50                          (DELPHI AUTOMTV SYSTEMS)
1000 WARM SPGS AVE                        PO BOX 1550
MARTINSBURG WV 25401-3800                 FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 1008 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN   P | | 15.29 | 15,412.32 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35882            36455 | | | |
| | | EXEMPTION CERTIFICATE:38 0572515 007M | | R | |

```
***    SHPD 09/01 FROM-FILTRATION;EAG  VIA-CETR
***                                    B/L-8T  185124
***                                 1,071-LBS           63-PCS
```

| | TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 15,412.32 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10175057 724 90    /  /    09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11    54
```

---

```
                          DETACH AND RETURN WITH PAYMENT

GAP4766                                              INVOICE NO........ FN41159
ACG-DISBURSEMNT ANALYSIS          REMIT PAYMENT TO   INVOICE DATE.... 09/01/2005
(DELPHI AUTOMTV SYSTEMS)                             TERMS DATE...... 09/01/2005
PO BOX 1550                    3M      GAP4766
FLINT MI 48501-1550            P.O. BOX 371227
                               PITTSBURGPA 15250-7227


                        TOTAL MUST BE RECEIVED BY:       11/03/2005
                                     INVOICE TOTAL       15,412.32
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                        FN41159
```

## Central Transport Delivery Receipt

**CENTRAL TRANSPORT**

Pro Number
**551-337554-0**

| Ship Date | |
|---|---|
| 09/01/05 | |

| Pieces | Weight |
|---|---|
| 4 | 1101 |

**Reference Number**

| Org | DC |
|---|---|
| 551 | 217 |

**Freight Terms**
**Freight Charges Are Collect**

**SCAC:**   **CTII**

**Consignee:**
GM MARTINSBURG 17550
1000 WARM SPRINGS AVE
MARTINSBURG, WV 25401

**Shipper:**
3M
3130 LEXINGTON AVE S
EAGAN, MN 55121

**Special Instructions**
Delivery Trailer: 53-8975
Shipper COD Amount
0.0000

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

65   Packages Ok   4   Pallets

551-337554-0   B/L

GM PARTS DIVISION MTDBG #50
RECEIVED
SEP 0 0 2005

9193

BS #   7545943
PER

### Stamp / Sign Here

Firm   G M S P O

By   J Fell
Shipment received in good order

Pieces Received _____

Driver _____   Date _____

Arrive Time _____   Depart Time _____

### Pro Number   551-337554-0

**Additional Delivery Services Requested**

| Service | Price | Service | Price | Service | Price |
|---|---|---|---|---|---|
| Inside Delivery | $70.00 | Sort - Segregate | $90.00 | Driver Delay | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____Date _____

**Internal Use Only**
# And Type of Container _____   Desc. _____
Part # _____   Skids _____
Qty. of Pcs Affected _____   Date _____   Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(i)

| STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE CENTRAL TRAN | SCAC CETR | CAR OR VEHICLE INITIALS AND NO. 5513375540 |
|---|---|---|---|

CHARGES TO BE

**COLLECT-BILL 3rd PARTY**

SHIPPER'S NO.

RECEIVED, subject to individually detached clear at here been agreed up as in writing between the carrier and shipper, if applicable, otherwise to the rates...

CONSIGNED TO:
**GENERAL MOTORS CORP**
**PARTS DIV PLT 50**
**1000 WARM SPGS AVE**
**MARTINSBURG          WV          254013800**

DESTI/ FACILITY CODE

**3M**

3130 LEXINGTON AVE. S.
EAGAN MN 55121-2239

COUNTRY CODE
**GAH7362**

Page **1** of **1**

**8T  18512 4**

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

| INVOICE NO. SEE BELOW | CUSTOMER PURCHASE ORDER NUMBER SEE BELOW | MODE LT | CONT. 1 | MAIN A/C 3084 | SUB A/C 533 | PROJECT | DATE (MM/DD/YY) 09/01/05 |
|---|---|---|---|---|---|---|---|

| PACKAGES | | HM. | DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Lbs.) | CLASS | FCC SEE BELOW | DIV |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 65 | BOX | | **PLASTIC OR RUBBER ARTICLES,NOI,O/T EXPANDED,DENSITY_____ LBS/CU FT | 1,101 | 0.0 | B15 | BF |
| | | | | | | | |
| | | | Invoices: # FN41159  # FN41154 | | | | |
| | | | CUSTOMER PO  550060327    550060331 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | THIRD PARTY BILLING | | | | |
| | | | GMSPO / SCHNEIDER LOGISTICS | | | | |
| | | | PO BOX 2654 | | | | |
| | | | GREEN BAY, WI 54306-2654 | | | | |
| | | | SLI# KA14802 | | | | |
| | | | | | | | |

SKD — LSE CTN — DRM — BUN — ☐ SWAC
CRTS — BSKT — RCK — TOTE — ☐ SL & C
SWS-OF — CTN — SWS-STC
OTHER — CTN — SHIP.INT. — CTN

Subject to NMFC 100/CTR-100 and 49 USC 14706 and DOT 49 CFR 370

**551-337554-0**

| LINEAR-FT | C.C. | PL CARD | S.S. | PS-ATTD | | B/L |

**65  Packages On  4  Pallets**

**FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300**

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | 1,101 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER ____ATKJohnson____
TITLE  REGULATORY MANAGER
COMPANY  3M

PER ____ATKJohnson____
COMPANY  3M

CARRIER CERTIFICATION
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.
PER ____

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

NUMBER OF PKGS ____
DATE ____

____ATKJohnson____
SIGNATURE OF CONSIGNOR

Form 4736 - 173 - F (07/2003)

# **3M** Invoice

```
PAGE   1 OF   1        PURCHASE ORDER..550060327           INVOICE NO...... FN41160
                                                           TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                       DATE.......... 09/01/2005
CUSTOMER SERVICE DEPT.      CUST REF NO........ BELOW
60-1S-16                    ORDER DATE       08/24/2005    TERMS OF SALE
ST PAUL MN                  SHIP DATE..........09/01/2005  NET 63 DAYS
              55144-1000                                   TERMS DATE.....09/01/2005
                                                           SALES REP....... V4202-7


KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                      ·    FN41160
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER                ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                          (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                    PO BOX 1550
GROVEPORT OH 43125-1092               FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 64 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN   P | | 15.29 | 978.56 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35882 | | | |
| | | EXEMPTION CERTIFICATE:DP98-002667 | | D | |

```
***     SHPD 09/01 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                           B/L-
***                                        68-LBS              4-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 978.56 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10175065 724 90   /  /   09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                              REMIT PAYMENT TO       INVOICE NO........ FN41160
ACG-DISBURSEMNT ANALYSIS                                    INVOICE DATE.... 09/01/2005
(DELPHI AUTOMTV SYSTEMS)          3M      GAP4766           TERMS DATE...... 09/01/2005
PO BOX 1550                       P.O. BOX 371227
FLINT MI 48501-1550               PITTSBURGPA 15250-7227
```

```
                    TOTAL MUST BE RECEIVED BY:         11/03/2005
                                   INVOICE TOTAL           978.56
```

| AMOUNT ENCLOSED | |
|---|---|

FN41160



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4308 283 3
**Service Type:** GROUND
**Delivered on:** 09/06/2005 10:11 A.M.
**Delivered to:** GMSPO-PDC-GROVEPORT
6000 GREEN POINTE DR S
GROVEPORT, OH, US 43125
**Signed by:** DORSEY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:40 P.M.    Eastern Time (USA)

# **3M** Invoice

| PAGE   1 OF   1 | PURCHASE ORDER..550060327 | INVOICE NO...... FN41161 |
|---|---|---|

```
DIRECT INQUIRIES TO:                                      TYPE............ ORIGINAL
CUSTOMER SERVICE DEPT.       CUST REF NO......... BELOW    DATE.......... 09/01/2005
60-1S-16                     ORDER DATE      08/24/2005    TERMS OF SALE
ST PAUL MN                   SHIP DATE.........09/01/2005  NET 63 DAYS
            55144-1000                                     TERMS DATE.....09/01/2005
                                                           SALES REP....... V4202-7
```

```
KIM    HENDRY
PHONE NO...651-733-2188     PARTIAL ORDER....... YES
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41161
CHARGE TO: GAP4766 ——
  SHIP TO: GB05903

GM CAND LTD C/O DOMN GEN              ACG-DISBURSEMNT ANALYSIS
MFG 13 6201 VIPOND DR                 (DELPHI AUTOMTV SYSTEMS)
MISSISSAUGA ON                        PO BOX 1550
CANADA L5T 2B2                        FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 48 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN    P | | 15.29 | 733.92 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35882 | | | |

```
***          SHPD 09/01 FROM-FILTRATION;EAG   VIA-MWFR 2D
***                                             B/L-8T  185150
***                                          51-LBS              3-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 733.92 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10175073 724 90    /  /    09/02/05 ORO   CrBr:TM OrdWr:FN  InvBr:9J  AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                          REMIT PAYMENT TO
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)     3M      GAP4766
PO BOX 1550                  P.O. BOX 371227
FLINT MI 48501-1550          PITTSBURGPA 15250-7227
```

```
INVOICE NO........ FN41161
INVOICE DATE.... 09/01/2005
TERMS DATE...... 09/01/2005
```

```
TOTAL MUST BE RECEIVED BY:        11/03/2005
                        INVOICE TOTAL           733.92
```

| AMOUNT ENCLOSED | |
|---|---|

FN41161

# Flex® Global View

Created on June 23, 2006 08:24 AM, Eastern Daylight Time

## Freight Tracking

### Header Information

| | | | |
|---|---|---|---|
| **Housebill Number** | 5432292580 | **File Number** | 314499952449220 |
| **Origin** | USMSP,MINNEAPOLIS/ST PAUL AIRPORT | **Pieces** | 3 |
| **Destination** | CAYYZ,TORONTO | **Weight** | 51.0 LBS |
| **Service Level** | 2nd DAY | **Office Number** | 5808 |
| **Shipment Door ETA** | | | |
| **Customer Ref** | 8T 185150, NORMAL | | |

### Shipment Exception

| Exception | Exception Date/Time | Comments | Comments date/Time |
|---|---|---|---|
| CUSTOMS/OTHER GOVT RELEASE DELAY | 02-SEP-2005 00:50 | INPRCS: AES IS PROCESSING | 02-SEP-2005 15:10 |

### Proof of Delivery

| Signature | Received Date | Milestone |
|---|---|---|
| BROKER | 02-SEP-2005 14:25 | SHIPMENT DELIVERED |

### Flight Information

| Status | Flight | Description | Depart Date | Arrive Date |
|---|---|---|---|---|
| Actual | 123 | MINNEAPOLIS INTERNATIONAL APT to DAYTON INTL APT | 01-SEP-2005 23:13 | 02-SEP-2005 01:42 |
| Actual | 138 | DAYTON INTL APT to TORONTO LESTER B PEARSON INTL | 02-SEP-2005 06:11 | 02-SEP-2005 07:24 |

### Milestones

| Description | Date/Time | Detail | Value |
|---|---|---|---|
| SHIPMENT DELIVERED | 02-SEP-2005 14:25 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| SHIPMENT CLEARED CUSTOMS | 02-SEP-2005 08:15 | LOCATION | CAYYZ |
| DOCS DLVRD TO OUTSIDE BRKR/CNEE | 02-SEP-2005 07:42 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| ARRIVED AT DESTINATION PORT | 02-SEP-2005 07:29 | LOCATION | CAYYZ |
| PICK-UP/GOODS COLLECTED | 01-SEP-2005 15:55 | LOCATION | USMSP |

Copyright © 1994-2006 United Parcel Service of America, Inc. All Rights Reserved.

# UPS Supply Chain Solutions™



## Delivery Details

SHIPMENT NUMBER:543-229-2580

| SHIPPER:<br>3M COMPANY DOCK 1<br>3130 LEXINGTON AVE S | | CONSIGNEE:<br>GM OF CANADA DOMINION<br>6201 VIPOND DRIVE | |
|---|---|---|---|
| EAGAN | MN<br>55121 | MISSISSAUGA | ON<br>L5T2B2 |

| Origin:MSP | | Destination:YYZ | |
|---|---|---|---|
| Ship Date: | 9/1/2005 3:55:00 PM | | |
| Delivery Date: 9/2/2005 2:25:10 PM | | | |
| Pieces: | 3 of 3 | Weight: | 51 LB |

Signed For By: R.OLAND

Signature:

D.Miller

If you need assitance or have questions concerning the above shipment, please contact
your local service center or station.

Thank you for choosing UPS Supply Chain Solutions.

We look forward to working with you in the future.

Reference: DocID57635017
Report Date:6/23/2006 1:11:17 PM GMT

**3M General Offices**

3M Center
St. Paul, Minnesota 55144-1000
612/733 1110



## Commercial Invoice

CONSIGNEE: GM CAND LTD C/O DOMN GEN

Attention of:

Address: MFG 13 6201 VIPOND DR

MISSISSAUGA ON

CANADA L5T 2B2

Date: 09/01/2005

Phone:

Telex:

| Units | Country of Mfg. | Complete Detailed Description of Goods | Unit Value | Sub Total** |
|-------|----------------|----------------------------------------|-----------|-------------|
| 48 | USA | 3M#70-0706-9585-6 VI26 CAF U-VAN SERVICE KIT(52482929) | 15.29 | 733.92 |

* Total Pkgs: 3

** Total Value: $ 733.92

*** Total Weight: 51

I/we hereby certify that the information on this invoice is true and correct and that the contents of this shipment are as stated above. I/we do hereby authorize DHL Corporation to execute any additional documents necessary for the export of merchandise described herein on my/our behalf.

| Signature | Title |
|-----------|-------|
| | MATERIAL HANDLER |

These commodities licensed by U.S. for ultimate destination
Diversion contrary to U.S. law prohibited.

Form 90127 - A

# **3M** Invoice

| | | | |
|---|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550035879 | | INVOICE NO...... FN41162 |

```
PAGE    1 OF    1        PURCHASE ORDER..550035879              INVOICE NO...... FN41162
                                                                TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/01/2005
CUSTOMER SERVICE DEPT.   CUST REF NO......... BELOW
60-1S-16                 ORDER DATE      08/24/2005   TERMS OF SALE
ST PAUL MN               SHIP DATE..........09/01/2005   NET 63 DAYS
           55144-1000                                     TERMS DATE.....09/01/2005
                                                          SALES REP....... V4202-7


KIM     HENDRY
PHONE NO...651-733-2188   PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                    FN41162
CHARGE TO: GAP4766 ──
  SHIP TO: JBS3528

JAMESTOWN CONTAINER CO               ACG-DISBURSEMNT ANALYSIS
2345 WALDEN AVE                      (DELPHI AUTOMTV SYSTEMS)
BUFFALO NY 14225-4770                PO BOX 1550
                                     FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550035879 | | | |
| 16 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN   P<br>52482929<br>SER LOT NUMBER(S)<br>35882 | | 15.29 | 244.64 |
| | | EXEMPTION CERTIFICATE:DP-3487 | | D | |

```
***    SHPD 09/01 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                          B/L-
***                                          17-LBS                1-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 244.64 |

Please see reverse side for terms and conditions of sale and address change form.

```
10175081 724 90    /   /    09/02/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

## DETACH AND RETURN WITH PAYMENT

```
GAP4766                          REMIT PAYMENT TO      INVOICE NO........ FN41162
ACG-DISBURSEMNT ANALYSIS                               INVOICE DATE.... 09/01/2005
(DELPHI AUTOMTV SYSTEMS)   3M      GAP4766             TERMS DATE...... 09/01/2005
PO BOX 1550                P.O. BOX 371227
FLINT MI 48501-1550        PITTSBURGPA 15250-7227
```

| | |
|---|---|
| TOTAL MUST BE RECEIVED BY: | 11/03/2005 |
| INVOICE TOTAL | 244.64 |

| AMOUNT ENCLOSED | |
|---|---|

FN41162



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**  1Z 560 490 03 4434 492 3
**Service Type:**      GROUND
**Delivered on:**      09/07/2005 1:11 P.M.
**Delivered to:**      JAMESTOWN CONTAINER
                       2345 WALDEN AVE
                       DOCKS
                       BUFFALO, NY, US 14225
**Signed by:**         PIERCE

**Location:**          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:41 P.M.   Eastern Time
(USA)

# 3M Invoice

| PAGE    1 OF    1 | PURCHASE ORDER..550072767 | INVOICE NO...... MV08351 |
|---|---|---|

```
PAGE    1 OF    1      PURCHASE ORDER..550072767          INVOICE NO...... MV08351
                                                          TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                      DATE.......... 10/04/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL      ORDER DATE      09/09/2005      TERMS OF SALE
AUSTIN TX                 SHIP DATE..........10/04/2005    NET 30 DAYS
            78726-9000                                     TERMS DATE.....10/04/2005
                                                          SALES REP....... M9301-5

JOE     YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                          MV08351
CHARGE TO: GAF0013 ──
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230              SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                     PO BOX 436040
MEXICO 32470                         PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 360 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 518.40 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

```
                WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                INVOICES USING THE INTERNET?
                CONTACT 3M AT 512-984-4449
                -
                WOULD YOU LIKE TO CHECK ORDER STATUS,
                PRODUCT AVAILABILITY, OR PLACE AN ORDER
                USING THE INTERNET? REGISTER FOR 3M
                ELECTRICAL INFOCENTER AT -
                WWW.3M.COM/ELECTRICAL/EXTRANET

***       SHPD 10/04 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                             B/L-JUNA576870
***                                  40-LBS              10-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/03/2005 | INVOICE TOTAL | 518.40 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10166171 713 90    /   /    10/04/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAF0013
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC MI 48343-6040

```
            REMIT PAYMENT TO          INVOICE NO........ MV08351
                                      INVOICE DATE.... 10/04/2005
3M      GAF0013                       TERMS DATE...... 10/04/2005
P.O. BOX 371227
PITTSBURGPA 15250-7227
```

```
                    TOTAL MUST BE RECEIVED BY:      11/03/2005
                                INVOICE TOTAL           518.40
```

| AMOUNT ENCLOSED | |
|---|---|

MV08351

# 3M FILLING DOCUMENT

INVOICE #   MV08351

PAGE   1

DELIVERY:
DELIVER ON:   10/03/05
FUTURE DATE:
TYPE OFF OF:
TRANS:
EXPED:
CUST P.O. #:   O1N   5600727767
SHIP EXACT:   0
CANCEL B/O:
SHIP COMP:
CERT REQD:
COMBINE:   DO NOT COMBINE
SELLING ORG:   93
ASN KORE:
VIA:   GR LOCAL TRUCK

CUBE:
LINES:   2   PIECES:
   1   WEIGHT:

Charge Back:   NONE
Mark Shipping Label:

Order Date:   09/09/05

PIECES:   10
   88 40   COORD.:   FOX   FILLER:

PROMISE DATE:   10/03/05
SHIP DATE:

OFFICE USE   1010405

Z / D   :   XXUU
BATCH   :   00002
B / L   :
SHIP ON   :   09/13/05 N
WAVE SPUR:
SEQUENCE :
SHIP FROM:   JU
CST ALLOC:
FORMAT   :   A4
R/L/S   :   HA
EXPDATE

SHIP TO:   SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230
CIUDAD JUAREZ CH
MEXICO 32470

CHARGE TO:   DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC, MI 48343-6040

S/T Acct #:   DAP9453

C/T Acct #:   GAF0013

SPECIAL INSTRUCTIONS:
FAX PACKING TO JUAN GARCIA AT 915 612-2928
CUST P/N 5BB5120 MUST BE ON CARTONS

UPS ZONE:
SHIPPING INSTRUCTIONS:   JOE   YBARRA
PHONE (800) 676-8381

QUESTION? CALL YOUR 3M CUSTOMER SERVICE PROVIDER:
AUSTIN   TX 78726-9000

WWW.3M.COM/ELECTRICAL
FAX (800) 828-9329

| LOC. | ID-NO. | Pcs / S. U. | DESCRIPTION | ORDERED / B. U. | SHIPPED | B/O | SEQ | AC HCD | Weight | DV. Cust MF P.O.I |
|------|--------|-------------|-------------|-----------------|---------|-----|-----|--------|--------|------|
|  | 80-6108-0336-3 | 10 BOX | PT# 5BB5120 SUPER 10 TAPE 3.1MM X 55M MINI-CASE 3" PLASTIC CORE PR39801 | 360 RLS | 360 | 001 | 5 |  | 85.30 | 000 |

***** END OF ORDER MV08351 *****

RELEASE DATE: 09/09/05   TIME: 14:57
ORG PRT DATE: 09/13/05   TIME: 07:23

RECEPCION DE MATERIALES
RECIBIDO POR:

OCT 0 4 2005

DELPHI

Sistemas Electricos y
Controladores, S.A. de C.V.

OCT-18-2005   16:20   3M EDUSA   915 5994692   P.02







OCT-18-2005 16:21    3M EDUSA    915 S994692    P.03

# 3M Invoice

| PAGE   1 OF   1 | PURCHASE ORDER..550072766 | INVOICE NO...... MV08348 |
|---|---|---|

```
PAGE   1 OF   1        PURCHASE ORDER..550072766         INVOICE NO...... MV08348
                                                         TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                     DATE.......... 10/07/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL     ORDER DATE        09/09/2005    TERMS OF SALE
AUSTIN TX                SHIP DATE..........10/07/2005    NET 30 DAYS
          78726-9000                                     TERMS DATE.....10/07/2005
                                                         SALES REP....... M9301-5

JOE     YBARRA
PHONE NO...800-676-8381   PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                          MV08348
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230              SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                     PO BOX 436040
MEXICO 32470                         PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5884610 | | | |
| | | ITM CONTRACT PR39801 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 360 | RLS | 05113869205 8901 TAPE .61" X 72 YDS | ZI | 6.34 | 2,282.40 |
| | | +/-.4 3" PLASTIC BULK | | | |

```
                    WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                    INVOICES USING THE INTERNET?
                    CONTACT 3M AT 512-984-4449
                    -
                    WOULD YOU LIKE TO CHECK ORDER STATUS,
                    PRODUCT AVAILABILITY, OR PLACE AN ORDER
                    USING THE INTERNET? REGISTER FOR 3M
                    ELECTRICAL INFOCENTER AT -
                    WWW.3M.COM/ELECTRICAL/EXTRANET

***      SHPD 10/07 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                        B/L-JUNA577986
***                                    78-LBS              6-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/07/2005 | INVOICE TOTAL | 2,282.40 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10109288 709 90    /  /    10/07/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                              INVOICE NO........ MV08348
DELPHI ENERGY & CHASSIS              INVOICE DATE.... 10/07/2005
SYSTEMS DISB ANLYS DEPT              TERMS DATE...... 10/07/2005
PO BOX 436040            REMIT PAYMENT TO
PONTIAC MI 48343-6040
                        3M       GAF0013
                        P.O. BOX 371227
                        PITTSBURGPA 15250-7227
```

```
                    TOTAL MUST BE RECEIVED BY:      11/07/2005
                                  INVOICE TOTAL      2,282.40
```

| AMOUNT ENCLOSED | |
|---|---|

MV08348



**Shipping Order**
**Straight Bill of Lading**
SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| Changes To Be | Carrier Ref. Number | Inside Del. | Del. Appt. | Delivery Appointment Date/Time | Del. Start | Equipment | Car or Vehicle Initials & No. | | | | Shipper's No |
|---|---|---|---|---|---|---|---|---|---|---|---|

PREPAID

From: A3360B S AMERICAS AVE
EL PASO  TX  79907

Page 1   Qr 1   Date Shipped 10-03-05

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

CIUDAD JUAREZ CH
MEXICO 32470

Mode: PT   State Carrier Name: XUU GR LOCAL TRUC

| PACKAGES | | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FC |
|---|---|---|---|---|---|---|---|
| NO. | KIND | HM | | | | | |
| 6 | BOX | | CLOTH OR TAPE, INSULATING, NOI | | | 72. | 77.5 | ? |
| 3 | BOX | | TAPE, GLASS FIBRE, CLOTH OR FABRIC, GLASS FIBRE MESH, NOT WOVEN | | | 15 | 85.0 | 1 |

INVOICES/CUST  P.O. NBRS INCLUDED
MV03347     /550072766
MV08448     /550072759

ON THIS BILL OF LADING
PCS=    6 WGT=   72 ST=
PCS=    3 WGT=   15 ST=

ADDITIONAL SPECIAL INSTRUCTIONS

DELIVER ON -- 10/03/05
***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

CAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE ... 1-800-424-9300

| Total Pieces | Total Weight | Total Pieces | Total Weight |
|---|---|---|---|
| 9 | 87 | 09:16:17 10/03/05 | |

BATCH # 7498

Per

SIGNATURE OF CONSIGNOR

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
SAINT PAUL, MINNESOTA 55133

Per

3M COMPANY

NUMBER OF PKGS _____   DATE _____

# **3M** Invoice

```
PAGE   1 OF   1        PURCHASE ORDER..550060328          INVOICE NO...... FN41158
                                                          TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                      DATE.......... 09/07/2005
CUSTOMER SERVICE DEPT.    CUST REF NO......... BELOW
60-1S-16                  ORDER DATE       08/24/2005     TERMS OF SALE
ST PAUL MN                SHIP DATE.......... 09/07/2005  NET 63 DAYS
          55144-1000                                      TERMS DATE.....09/07/2005
                                                          SALES REP....... V4202-7


KIM    HENDRY
PHONE NO...651-733-2188   PARTIAL ORDER....... YES
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41158
CHARGE TO: GAP4766 ──
  SHIP TO: JRR1173

GMC                               ACG-DISBURSEMNT ANALYSIS
LANSING PARTS PLANT               (DELPHI AUTOMTV SYSTEMS)
4400 W MOUNT HOPE                 PO BOX 1550
LANSING MI 48917-9501             FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060328/52482842 | | | |
| 18 | EACH | 02162503109 V129 S5S RHD SERVICE PART | P | 15.33 | 275.94 |
| | | PN 52482842 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36369 | | | |
| | | EXEMPTION CERTIFICATE:38-3431131 | D | | |

```
***    SHPD 09/07 FROM-FILTRATION;EAG  VIA-FDE  ND
***                                      B/L-FN41158
***                                      15-LBS              1-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/09/2005 | INVOICE TOTAL | 275.94 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10116812 706 90    /   /     09/07/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

```
                        DETACH AND RETURN WITH PAYMENT
```

```
GAP4766                              REMIT PAYMENT TO        INVOICE NO........ FN41158
ACG-DISBURSEMNT ANALYSIS                                     INVOICE DATE.... 09/07/2005
(DELPHI AUTOMTV SYSTEMS)        3M      GAP4766              TERMS DATE...... 09/07/2005
PO BOX 1550                     P.O. BOX 371227
FLINT MI 48501-1550             PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:      11/09/2005
                                       INVOICE TOTAL        275.94
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                            FN41158
```

**FedEx** .
Express

| | |
|---|---|
| FedEx Express | U.S. Mail: PO Box 727 |
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

06/22/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **706880250809**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Sep 8, 2005 13:13 |
| **Signed for by:** | C.KLAVER | | |
| **Service type:** | Priority Overnight | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 706880250809 | **Ship date:** | Sep 7, 2005 |
| **Recipient:** | | **Shipper:** | |
| LANSING, MI US | | ST. PAUL, MN US | |
| **Reference** | | OFN4115813084530ESFN4115 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339