# **3M** Invoice

```
PAGE  1 OF   1        PURCHASE ORDER..550060328          INVOICE NO...... FN41193
                                                          TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                      DATE.......... 09/07/2005
CUSTOMER SERVICE DEPT.     CUST REF NO........ BELOW
60-1S-16                   ORDER DATE        09/02/2005   TERMS OF SALE
ST PAUL MN                 SHIP DATE..........09/07/2005  NET 63 DAYS
              55144-1000                                  TERMS DATE.....09/07/2005
                                                          SALES REP....... V4202-7


KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41193
CHARGE TO: GAP4766 ——
  SHIP TO: JRR1173

GMC                                ACG-DISBURSEMNT ANALYSIS
LANSING PARTS PLANT                (DELPHI AUTOMTV SYSTEMS)
4400 W MOUNT HOPE                  PO BOX 1550
LANSING MI 48917-9501              FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060328/52482842 | | | |
| 18 | EACH | 02162503109 V129 S5S RHD SERVICE PART | P | 15.33 | 275.94 |
| | | PN 52482842 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36369 | | | |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***   SHPD 09/07 FROM-FILTRATION;EAG  VIA-FDE  ND
***                                            B/L-
***                                            15-LBS              1-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/09/2005 | INVOICE TOTAL | 275.94 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10116820 706 90   /  /    09/07/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J  AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                              REMIT PAYMENT TO       INVOICE NO........ FN41193
ACG-DISBURSEMNT ANALYSIS                                    INVOICE DATE.... 09/07/2005
(DELPHI AUTOMTV SYSTEMS)       3M      GAP4766              TERMS DATE...... 09/07/2005
PO BOX 1550                    P.O. BOX 371227
FLINT MI 48501-1550            PITTSBURGPA 15250-7227
```

```
                          TOTAL MUST BE RECEIVED BY:      11/09/2005
                                        INVOICE TOTAL         275.94
```

| AMOUNT ENCLOSED | |
|---|---|

FN41193

**FedEx** Express

FedEx Express

Customer Support Trace

3875 Airways Boulevard

Module H, 4th Floor

Memphis, TN 38116

U.S. Mail: PO Box 727

Memphis, TN 38194-4643

Telephone: 901-369-3600

06/22/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **706880250810**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Sep 8, 2005 13:13 |
| **Signed for by:** | C.KLAVER | | |
| **Service type:** | Priority Overnight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 706880250810 | **Ship date:** | Sep 7, 2005 |
| **Recipient:** | | **Shipper:** | |
| LANSING, MI US | | ST. PAUL, MN US | |

**Reference**                                                        OFN4119313084530ESFN4119

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service

1.800.GoFedEx 1.800.463.3339

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072767 |

INVOICE NO...... MV28233
TYPE........... ORIGINAL
DATE.......... 10/10/2005

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL
AUSTIN TX
                78726-9000

ORDER DATE          10/03/2005
SHIP DATE..........10/10/2005

TERMS OF SALE
NET 30 DAYS
TERMS DATE.....10/10/2005
SALES REP....... M9301-5

JOE      YBARRA
PHONE NO...800-676-8381      PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                        MV28233
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                         PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | PART NUMBER 5885120 | | |
| | | ITM CONTRACT PR40944 | | |
| | | P.O. LINE NO: 000001 | | |
| 360 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M   ZI | 1.44 | 518.40 |
| | | MINI-CASE 3" PLASTI C CORE | | |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

| | | | |
|---|---|---|---|
| *** | SHPD 10/10 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T | | |
| *** | | B/L-JUNA578384 | |
| *** | | 40-LBS | 10-PCS |

| TOTAL MUST BE RECEIVED BY: 11/09/2005 | INVOICE TOTAL | 518.40 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10122224 712 90    /   /    10/10/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11

| DETACH AND RETURN WITH PAYMENT |
|---|

GAF0013
DELPHI ENERGY & CHASSIS
SYSTEMS DISB ANLYS DEPT
PO BOX 436040
PONTIAC MI 48343-6040

REMIT PAYMENT TO

3M      GAF0013
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ MV28233
INVOICE DATE.... 10/10/2005
TERMS DATE...... 10/10/2005

TOTAL MUST BE RECEIVED BY:          11/09/2005
                    INVOICE TOTAL          518.40

| AMOUNT ENCLOSED | |
|---|---|

MV28233



**Shipping Order**
**Straight Bill of Lading**
SHORT FORM ORIGINAL - NOT NEGOTIABLE

PREPAID

Charges To Be | Carrier Ref. Number

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

CIUDAD JUAREZ CH
MEXICO 32470

Mode: **Pin**   Scac-Carrier Name: XXIUI GR LOCAL TRUC

Del. Sort | Car or Vehicle Initials & No.

Shipper's No
A360B S AMERICAS AVE
EL PASO 79907

From **3M**   Page 1   Qr 1

JUNA57838
TX

PACKAGES

No. | KIND | HM | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FC

10 | BOX | | CLOTH OR TAPE, INSULATING, NOI | | | 40 | 77.5 | A

3 | BOX | | TAPE, GLASS FIBRE; CLOTH OR FABRIC, GLASS FIBRE MESH, NOT WOVEN | | | 45 | 85.0 | D

INVOICES/CUST P.O. NBRS INCLUDED
NV28233   /55007276/
NV28255   /55007275/9

ADDITIONAL SPECIAL INSTRUCTIONS
DELIVER BETWEEN -- 10/10/05 AND 10/10/05
***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

CAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES

ON THIS BILL OF LADING
PLS=     1   WGT=   40   ST=
PCS=     3   WGT=   45   ST=

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE -- 1-800-424-9300

OCT 1 0 2005

**RECEPCION DE MATERIALES**
**RECIBIDO POR:** ILGWM

Total Pieces 13   Total Weight 85

Date Shipped 10-10-05

09:18:04
10/10/05
BATCH # 75700

SIGNATURE OF CONSIGNOR

Per

SIGNATURE OF CONSIGNOR

3M COMPANY

Per

NUMBER OF PKGS

DATE

TOTAL P.02

# 3M Invoice

```
PAGE   1 OF   1      PURCHASE ORDER..550072759          INVOICE NO...... MV28255
                                                        TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                    DATE.......... 10/10/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL       ORDER DATE      10/03/2005   TERMS OF SALE
AUSTIN TX                  SHIP DATE..........10/10/2005  NET 30 DAYS
          78726-9000                                     TERMS DATE.....10/10/2005
                                                         SALES REP....... M9301-5
```

```
JOE     YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329
```

```
ACCOUNT NO.                    MV28255
CHARGE TO: GAF0013 ——
   SHIP TO: DAP9453
```

```
SISTEMAS ELECTRICOS Y            DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230          SYSTEMS DISB ANLYS DEPT
JUAREZ CH                        PO BOX 436040
MEXICO 32470                     PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5812189 | | | |
| | | ITM CONTRACT PR40944 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 336 | RLS | 05112854241 69 TAPE .189 X 36 YD BULK | ZI | 2.10 | 705.60 |
| | | 3" PAPER | | | |

```
                    WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                    INVOICES USING THE INTERNET?
                    CONTACT 3M AT 512-984-4449
                    -
                    WOULD YOU LIKE TO CHECK ORDER STATUS,
                    PRODUCT AVAILABILITY, OR PLACE AN ORDER
                    USING THE INTERNET? REGISTER FOR 3M
                    ELECTRICAL INFOCENTER AT -
                    WWW.3M.COM/ELECTRICAL/EXTRANET

   ***   SHPD 10/10 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
   ***                                   B/L-JUNA578384
   ***                                   45-LBS            3-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/09/2005 | INVOICE TOTAL | 705.60 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10122232 712 90    /  /    10/10/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                          INVOICE NO........ MV28255
DELPHI ENERGY & CHASSIS          INVOICE DATE.... 10/10/2005
SYSTEMS DISB ANLYS DEPT          TERMS DATE...... 10/10/2005
PO BOX 436040
PONTIAC MI 48343-6040
```

| REMIT PAYMENT TO |
|---|
| 3M      GAF0013 |
| P.O. BOX 371227 |
| PITTSBURGPA 15250-7227 |

```
               TOTAL MUST BE RECEIVED BY:      11/09/2005
                           INVOICE TOTAL          705.60
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                MV28255
```



Shipping Order
Straight Bill of Lading
SHORT FORM ORIGINAL - NOT NEGOTIABLE

PREPAID
Charges To Be

| Carrier Ref. Number | Inside Del. | Del. Appt. | Mode | Seac-Carrier Name | Car or Vehicle Initials & No. | Del. Sort | Equipment |
| | | | PT | XXUU GR LOCAL TRUC | | | |

Special Instructions

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

CIUDAD JUAREZ CH
MEXICO 32470

Dest. | Country

**PACKAGES**

| NO. | KIND | HM | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FC |
|---|---|---|---|---|---|---|---|---|
| 10 | BOX | | CLOTH OR TAPE, INSULATING, NOI | | | 40 | 77.5 | A |
| 3 | BOX | | TAPE, GLASS FIBRE; CLOTH OR FABRIC, GLASS FIBRE MESH, NOT WOVEN | | | 45 | 85.0 | D |

INVOICES/CUST P.O. NBRS INCLUDED ON THIS BILL OF LADING
MV28233    /55007276T    PCS=      10   WGT=    40   ST=
MV28255    /55007759    PCS=      3    WGT=    45   ST=

ADDITIONAL SPECIAL INSTRUCTIONS

DELIVER BETWEEN -- 10/10/05 AND 10/10/05
***** DO NOT COMBINE *****

END OF SPECIAL INSTRUCTIONS

CAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE  1-800-424-9300

**RECEPCION DE MATERIALES**
**RECIBIDO POR:** _I Leonon_

OCT 1 0 2005

Sistemas Electricos y
Componentes, S.A. de C.V.

DeLPHI

| | Total Pieces | Total Weight | | |
|---|---|---|---|---|
| | 13 | 85 | | |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATION THEREON AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

SIGNATURE OF CONSIGNOR

Per

3M COMPANY

NUMBER OF PKGS _____    DATE _____

From
Shipper's No

A1360B S AMERICAS AVE
EL PASO    TX
79907

JUNA57838

Page 1    Cr 1    Date Shipped 10-10-05

09:18:04
10/10/05
BATCH # 75700

TOTAL P.02

# **3M** Invoice

| PAGE   1 OF   1 | PURCHASE ORDER..550060329 | INVOICE NO...... FN41194 |
|---|---|---|

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
60-1S-16
ST PAUL MN
             55144-1000

CUST REF NO......... BELOW
ORDER DATE ........ 09/02/2005
SHIP DATE..........09/08/2005

TYPE............ ORIGINAL
DATE.......... 09/08/2005

TERMS OF SALE
NET 63 DAYS
TERMS DATE.....09/08/2005
SALES REP....... V4202-7

KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                              FN41194
CHARGE TO: GAP4766 ——
  SHIP TO: GAC4331

GMC GM SERVICE PARTS
OPERATIONS
1251 JOSLYN AVE
PONTIAC MI 48340-2064

ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060329/52482839 | | | |
| 162 | EACH | 03666696270 V249 C-CAR SVC KIT PN | P | 8.34 | 1,351.08 |
| | | 52482839 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36115 | | | |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***      SHPD 09/08 FROM-FILTRATION;EAG   VIA-CETR
***                                          B/L-8T  185345
***                                          99-LBS              9-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/10/2005 | INVOICE TOTAL | 1,351.08 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10125318 706 90    /    /    09/08/05 ORO    CrBr:TM OrdWr:FN    InvBr:9J    AdmCd:FN
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M        GAP4766
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ FN41194
INVOICE DATE.... 09/08/2005
TERMS DATE...... 09/08/2005

TOTAL MUST BE RECEIVED BY:        11/10/2005
INVOICE TOTAL         1,351.08

| AMOUNT ENCLOSED | |
|---|---|

FN41194



**CENTRAL TRANSPORT**

Pro Number
**551-337555-7**

## Central Transport Delivery Receipt

| Ship Date 09/O8/05 | | Pieces | Description | Weight | Rate | Charges |
|---|---|---|---|---|---|---|
| Pieces **1** | Weight **99** | | | | | |

Reference Number

| Org 551 | DC 505 |
|---|---|

**Freight Terms**
**Freight Charges Are Collect**

**SCAC:    CTII**

**Consignee:**
GMSPD PONTIAC PARTS WHSE
1251 JOSLYN AVE
PONTIAC, MI 48340

**Shipper:**
3 M
3130 LEXINGTON AVE S
EAGAN, MN 55121

**Special Instructions**
Delivery Trailer: 53-7092
Shipper COD Amount
0.0000

RECEIVED
Packages As ...
Contents Subject ...
Rec. Slip/Rec. Register No. ____

SEP 1 2 2005

GM Service Parts ...tions
Pontiac/Parts Plant #75
PER: _____

**Stamp / Sign Here**

Firm _____

By _____
Shipment received in good order

Pieces Received

Driver _____ Date _____

Arrive Time _____ Depart Time _____

**Pro Number    551-337555-7**

**Additional Delivery Services Requested**

| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay | $75.00 |
|---|---|---|---|---|---|
| ☐ Residential Delivery | $50.00 | ☐ Liftgate | $90.00 | ☐ Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

**Internal Use Only**
# And Type of Container _____
Part # _____
Qty. of Pcs Affected _____

Desc. _____
Skids _____
Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(iii)

| STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE CENTRAL TRAN CETR | CAR OR VEHICLE INITIALS AND NO. 5513375557 |
|---|---|---|

CHARGES TO BE

**COLLECT-BILL 3rd PARTY**

SHIPPER'S NO.

CONSIGNED TO:
**GMC GM SERVICE PARTS**
**OPERATIONS**
**1251 JOSLYN AVE**
**PONTIAC**          MI

DEST/FACILITY CODE

**3M**

3130 LEXINGTON AVE. S.
EAGAN MN 55121-2239

ZIP
**483402064**
COUNTRY CODE
GAC4331

Page   1   of   1

**8T   18534 5**

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

| INVOICE NO. FN41194 | CUSTOMER PURCHASE ORDER NUMBER 550060329 | MODE LT | CONT. 1 | MAIN A/C 3084 | SUB A/C 533 | PROJECT | DATE (MM/DD/YY) 09/08/05 |
|---|---|---|---|---|---|---|---|

| PACKAGES | | HM. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Lbs.) | CLASS | FCC SEE (BELOW) | DIV |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 9 | BOX | | **PLASTIC OR RUBBER ARTICLES,NOI,O/T EXPANDED,DENSITY     LBS/CU FT | 99 | 0.0 | B15 | BF |

THIRD PARTY BILLING

GMSPO / SCHNEIDER LOGISTICS

PO BOX 2654

GREEN BAY, WI 54306-2654

SLI# KA66657

| SKD | ___ LSE CTN | ___ DRM | ___ BUN | ☐ SWAC |
|---|---|---|---|---|
| CRTS | ___ BSKT | ___ RCK | ___ TOTE | ☐ SL & C |

___ SWS-OF ___ CTN   ___ SWS-STC ___ CTN

OTHER ___   SHIP.INT. ___

Subject to NMFC 109/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

551-337555-7

| LINEAR FT. | C.C. | PU. CARD | S.E. | PB-ATTD |
|---|---|---|---|---|

B/L

**9   Packages On   1   Pallets**

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | 99 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER ___ AH Johnson

TITLE _REGULATORY MANAGER_

COMPANY _3M_

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER ___ AH Johnson

COMPANY _3M_

**CARRIER CERTIFICATION**

CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.

PER ___

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

AH Johnson
SIGNATURE OF CONSIGNOR

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

NUMBER OF PKGS ___

DATE ___

Form 4736 - 173 - F (07/2003)

# **3M** Invoice

```
PAGE   1 OF   1          PURCHASE ORDER..550060331              INVOICE NO...... FN41195
                                                                TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/08/2005
CUSTOMER SERVICE DEPT.       CUST REF NO......... BELOW
60-1S-16                     ORDER DATE        09/02/2005       TERMS OF SALE
ST PAUL MN                   SHIP DATE..........09/08/2005      NET 63 DAYS
              55144-1000                                        TERMS DATE.....09/08/2005
                                                                SALES REP....... V4202-7

KIM      HENDRY
PHONE NO...651-733-2188      PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41195
CHARGE TO: GAP4766 ——
  SHIP TO: GAH7362

GENERAL MOTORS CORP                  ACG-DISBURSEMNT ANALYSIS
PARTS DIV PLT 50                     (DELPHI AUTOMTV SYSTEMS)
1000 WARM SPGS AVE                   PO BOX 1550
MARTINSBURG WV 25401-3800            FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 72 | EACH | 05113874333 V251 S5S LHD SVC KIT PN | P | 10.92 | 786.24 |
| | | 52482840 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35772 | | | |
| | | EXEMPTION CERTIFICATE:38 0572515 007M | | R | |

```
***       SHPD 09/08 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                              B/L-
***                                            60-LBS              4-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/10/2005 | INVOICE TOTAL | 786.24 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10125326 706 90    /   /    09/08/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                        REMIT PAYMENT TO      INVOICE NO........ FN41195
ACG-DISBURSEMNT ANALYSIS                             INVOICE DATE.... 09/08/2005
(DELPHI AUTOMTV SYSTEMS)    3M       GAP4766         TERMS DATE...... 09/08/2005
PO BOX 1550                 P.O. BOX 371227
FLINT MI 48501-1550         PITTSBURGPA 15250-7227
```

```
                              TOTAL MUST BE RECEIVED BY:      11/10/2005
                                          INVOICE TOTAL          786.24
```

| AMOUNT ENCLOSED | |
|---|---|

FN41195



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4313 794 4
**Service Type:** GROUND
**Delivered on:** 09/13/2005 9:42 A.M.
**Delivered to:** GENERAL MOTORS PLANT
891 AUTO PARTS PL
MARTINSBURG, WV, US 25401
**Signed by:** HOCKMAN

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 3:22 P.M.   Eastern Time (USA)

# **3M** Invoice

| | |
|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550060331 |

| | |
|---|---|
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>60-1S-16<br>ST PAUL MN<br>                   55144-1000 | CUST REF NO......... BELOW<br>ORDER DATE          09/02/2005<br>SHIP DATE..........09/08/2005 |

INVOICE NO...... FN41196
TYPE............ ORIGINAL
DATE.......... 09/08/2005

TERMS OF SALE
NET 63 DAYS
TERMS DATE.....09/08/2005
SALES REP....... V4202-7

KIM     HENDRY
PHONE NO...651-733-2188     PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41196
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER                    ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                              (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                        PO BOX 1550
GROVEPORT OH 43125-1092                   FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 18 | EACH | 05113874333 V251 S5S LHD SVC KIT PN<br>          52482840 | P | 10.92 | 196.56 |
| | | SER LOT NUMBER(S)<br>35772 | | | |
| | | EXEMPTION CERTIFICATE:DP98-002667 | | D | |

| | | |
|---|---|---|
| *** | SHPD 09/08 FROM-FILTRATION;EAG   VIA-UPSN GR | |
| *** | | B/L- |
| *** | 16-LBS | 1-PCS |

| TOTAL MUST BE RECEIVED BY: 11/10/2005 | INVOICE TOTAL | 196.56 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10125334 706 90    /  /    09/08/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M        GAP4766
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ FN41196
INVOICE DATE.... 09/08/2005
TERMS DATE...... 09/08/2005

TOTAL MUST BE RECEIVED BY:        11/10/2005
              INVOICE TOTAL           196.56

| AMOUNT ENCLOSED | |
|---|---|

FN41196



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4560 105 4
**Service Type:**   GROUND
**Delivered on:**   09/12/2005 11:27 A.M.
**Delivered to:**   6000 GREEN POINTE DR S
            GROVEPORT, OH, US 43125
**Signed by:**   DORSEY

**Location:**   DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:21 P.M.   Eastern Time (USA)

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550060331          INVOICE NO...... FN41197
                                                            TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                        DATE.......... 09/08/2005
CUSTOMER SERVICE DEPT.          CUST REF NO........ BELOW
60-1S-16                        ORDER DATE       09/02/2005 TERMS OF SALE
ST PAUL MN                      SHIP DATE.........09/08/2005 NET 63 DAYS
            55144-1000                                      TERMS DATE.....09/08/2005
                                                            SALES REP....... V4202-7
```

```
KIM     HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520
```

```
ACCOUNT NO.                         FN41197
CHARGE TO: GAP4766 ──
  SHIP TO: NAJ4582
```

```
GM CANADA LTD NPDC                    ACG-DISBURSEMNT ANALYSIS
1401 PARKINSON RD P-YD-P              (DELPHI AUTOMTV SYSTEMS)
WOODSTOCK ON                          PO BOX 1550
CANADA N4S 8K8                        FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 18 | EACH | 05113874333 V251 S5S LHD SVC KIT PN   P | | 10.92 | 196.56 |
| | | 52482840 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35772 | | | |

```
***       SHPD 09/08 FROM-FILTRATION;EAG   VIA-MWFR 2D
***                                       B/L-8T  185371
***                                       15-LBS            1-PCS
```

```
        TOTAL MUST BE RECEIVED BY: 11/10/2005   INVOICE TOTAL        196.56
```

Please see reverse side for terms and conditions of sale and address change form.

```
10125342 706 90    /  /   09/08/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

```
                        DETACH AND RETURN WITH PAYMENT
```

```
GAP4766                           REMIT PAYMENT TO        INVOICE NO........ FN41197
ACG-DISBURSEMNT ANALYSIS                                  INVOICE DATE.... 09/08/2005
(DELPHI AUTOMTV SYSTEMS)       3M      GAP4766            TERMS DATE...... 09/08/2005
PO BOX 1550                    P.O. BOX 371227
FLINT MI 48501-1550            PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:       11/10/2005
                                       INVOICE TOTAL        196.56
```

```
            AMOUNT ENCLOSED
```

FN41197

# Flex® Global View

Created on June 23, 2006 08:23 AM, Eastern Daylight Time

## Freight Tracking

### Header Information

| | | | | |
|---|---|---|---|---|
| **Housebill Number** | 5432292602 | **File Number** | | 314499952514710 |
| **Origin** | USMSP,MINNEAPOLIS/ST PAUL AIRPORT | **Pieces** | | 1 |
| **Destination** | CAYXU,LONDON | **Weight** | | 15.0 LBS |
| **Service Level** | 2nd DAY | **Office Number** | | 5808 |
| **Shipment Door ETA** | | | | |
| **Customer Ref** | INV FN41197, PO 550060331 | | | |

### Shipment Exception

| Exception | Exception Date/Time | Comments | Comments date/Time |
|---|---|---|---|
| CUSTOMS/OTHER GOVT RELEASE DELAY | 08-SEP-2005 21:30 | INPRCS: AES IS PROCESSING | 09-SEP-2005 18:19 |

### Proof of Delivery

| Signature | Received Date | Milestone |
|---|---|---|
| BROKER | 09-SEP-2005 12:23 | SHIPMENT DELIVERED |

### Flight Information

| Status | Flight | Description | Depart Date | Arrive Date |
|---|---|---|---|---|
| Actual | YXUI06 | TORONTO LESTER B PEARSON INTL to LONDON INTERNATIONAL APT | 09-SEP-2005 00:01 | 09-SEP-2005 10:35 |
| Actual | 138 | DAYTON INTL APT to TORONTO LESTER B PEARSON INTL | 09-SEP-2005 06:01 | 09-SEP-2005 07:09 |

### Milestones

| Description | Date/Time | Detail | Value |
|---|---|---|---|
| SHIPMENT DELIVERED | 09-SEP-2005 12:23 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| DELIVERY ORDER ISSUED | 09-SEP-2005 10:49 | LOCATION | CAYYZ |
| SHIPMENT CLEARED CUSTOMS | 09-SEP-2005 07:41 | LOCATION | CAYYZ |
| DOCS DLVRD TO OUTSIDE BRKR/CNEE | 09-SEP-2005 07:22 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| PICK-UP/GOODS COLLECTED | 08-SEP-2005 15:44 | LOCATION | USMSP |

# UPS Supply Chain Solutions™



## Delivery Details

SHIPMENT NUMBER:543-229-2602

| SHIPPER:<br>3M COMPANY DOCK 1<br>3130 LEXINGTON AVE S | | CONSIGNEE:<br>G M WOODSTOCK<br>1401 PARKINSON ROAD | |
|---|---|---|---|
| EAGAN | MN<br>55121 | WOODSTOCK | ON<br>N4S8X8 |

**Origin:**MSP                                    **Destination:**YKU

**Ship Date:**    9/8/2005 3:44:00 PM

**Delivery Date:** 9/9/2005 12:23:57 PM

**Pieces:**        1 of 1                      **Weight:**    15 LB

Signed For By: J.ATKINSON

Signature:

If you need assitance or have questions concerning the above shipment, please contact
your local service center or station.

Thank you for choosing UPS Supply Chain Solutions.

We look forward to working with you in the future.

Reference:  DocID57840454
Report Date:6/23/2006 1:10:49 PM GMT

**3M General Offices**
3M Center
St. Paul, Minnesota 55144-1000
612/733 1110



## Commercial Invoice

CONSIGNEE: GM CANADA LTD NPDC                    Date: 09/08/2005

Attention of:                                    Phone:

Address: 1401 PARKINSON RD P-YD-P                Telex:

WOODSTOCK ON CANADA N4S 8K8

| Units | Country of Mfg. | Complete Detailed Description of Goods | Unit Value | Sub Total** |
|-------|-----------------|---------------------------------------|------------|-------------|
| 18 | USA | 3M# 70-0708-1375-6 V251 S5S LHD SVC KIT (52482640) | 10.92 | 196.56 |

* Total Pkgs: 1

** Total Value: $ 196.56

*** Total Weight: 15

I/we hereby certify that the information on this invoice is true and correct and that the contents of this shipment are
as stated above. I/we do hereby authorize DHL Corporation to execute any additional documents necessary for the
export of merchandise described herein on my/our behalf.

| Signature | Title |
|-----------|-------|
| | MATERIAL HANDLER |

These commodities licensed by U.S. for ultimate destination
Diversion contrary to U.S. law prohibited.

Form 30127 - A

# **3M** Invoice

| PAGE    1 OF    1 | PURCHASE ORDER..550035879 | INVOICE NO...... FN41204 |
|---|---|---|

```
                                                         TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                     DATE.......... 09/08/2005
CUSTOMER SERVICE DEPT.     CUST REF NO......... BELOW
60-1S-16                   ORDER DATE        09/06/2005  TERMS OF SALE
ST PAUL MN                 SHIP DATE..........09/08/2005 NET 63 DAYS
           55144-1000                                    TERMS DATE.....09/08/2005
                                                         SALES REP....... V4202-7
```

```
KIM      HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41204
CHARGE TO: GAP4766 ──
  SHIP TO: JBS3528

JAMESTOWN CONTAINER CO                ACG-DISBURSEMNT ANALYSIS
2345 WALDEN AVE                       (DELPHI AUTOMTV SYSTEMS)
BUFFALO NY 14225-4770                 PO BOX 1550
                                      FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550035879 | | | |
| 32 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN    P<br>52482929<br>SER LOT NUMBER(S)<br>36455 | | 15.29 | 489.28 |
| | | EXEMPTION CERTIFICATE:DP-3487 | | D | |

```
***        SHPD 09/08 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                      B/L-
***                                      34-LBS              2-PCS
```

| | TOTAL MUST BE RECEIVED BY: 11/10/2005 | INVOICE TOTAL | 489.28 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10125359 706 90    /  /    09/08/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                          REMIT PAYMENT TO        INVOICE NO........ FN41204
ACG-DISBURSEMNT ANALYSIS                                 INVOICE DATE.... 09/08/2005
(DELPHI AUTOMTV SYSTEMS)     3M     GAP4766               TERMS DATE...... 09/08/2005
PO BOX 1550                  P.O. BOX 371227
FLINT MI 48501-1550          PITTSBURGPA 15250-7227
```

```
                          TOTAL MUST BE RECEIVED BY:        11/10/2005
                                       INVOICE TOTAL            489.28
```

| AMOUNT ENCLOSED | |
|---|---|

FN41204



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4329 793 2
**Service Type:**    GROUND
**Delivered on:**    09/13/2005 12:19 P.M.
**Delivered to:**    JAMESTOWN CONTAINER
2345 WALDEN AVE
DOCKS
BUFFALO, NY, US 14225
**Signed by:**    MACDNLD

**Location:**    RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:56 P.M.   Eastern Time
(USA)

# **3M** Invoice

```
PAGE    1 OF    1          PURCHASE ORDER..550072752              INVOICE NO...... MV28259
                                                                  TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                              DATE.......... 10/11/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL         ORDER DATE       10/03/2005         TERMS OF SALE
AUSTIN TX                    SHIP DATE..........10/11/2005        NET 30 DAYS
            78726-9000                                            TERMS DATE.....10/11/2005
                                                                  SALES REP....... M9301-5


JOE      YBARRA
PHONE NO...800-676-8381     PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                        MV28259
CHARGE TO: GAF0013 ──
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                   DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                 SYSTEMS DISB ANLYS DEPT
CIUDAD JUAREZ CH                        PO BOX 436040
MEXICO 32470                            PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550008693 | | | |
| | | PART NUMBER 5812875 | | | |
| | | ITM CONTRACT PR40944 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 88 | RLS | 05113847838 69 TAPE .875 X 36 YDS | ZI | 9.71 | 854.48 |

```
                 WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                 INVOICES USING THE INTERNET?
                 CONTACT 3M AT 512-984-4449
                 -
                 WOULD YOU LIKE TO CHECK ORDER STATUS,
                 PRODUCT AVAILABILITY, OR PLACE AN ORDER
                 USING THE INTERNET? REGISTER FOR 3M
                 ELECTRICAL INFOCENTER AT -
                 WWW.3M.COM/ELECTRICAL/EXTRANET

 ***     SHPD 10/11 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
 ***                                      B/L-JUNA578782
 ***                                      37-LBS              2-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/10/2005 | INVOICE TOTAL | 854.48 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10146710 710 90   /  /   10/11/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                                                    INVOICE NO........ MV28259
DELPHI ENERGY & CHASSIS        REMIT PAYMENT TO            INVOICE DATE.... 10/11/2005
SYSTEMS DISB ANLYS DEPT                                    TERMS DATE...... 10/11/2005
PO BOX 436040              3M       GAF0013
PONTIAC MI 48343-6040     P.O. BOX 371227
                          PITTSBURGPA 15250-7227
```

```
                              TOTAL MUST BE RECEIVED BY:          11/10/2005
                                           INVOICE TOTAL              854.48
```

| AMOUNT ENCLOSED | |
|---|---|

MV28259

**Shipping Order**
Straight Bill of Lading
SHORT FORM ORIGINAL NOT NEGOTIABLE

Carrier Ref. Number

Charges To Be
PREPAID

**3M**

Shipper's No.
JCNA578782

From
A360B  S AMERICAS AVE
EL PASO
79907   TX

SISTEMAS ELECTRICOS Y
ANTONIO J BERMUDEZ 1230

CIUDAD JUAREZ CH
MEXICO 32470

| PACKAGES | | Description of Materials, Special Marks and Exceptions | Main A/C | Sub A/C | Weight Lbs. | CLASS | FCC |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 2 | BOX | TAPE,GLASS FIBRE,CLOTH OR FABRIC,GLASS FIBRE MESH,NOT WOVEN | | | 37 | 85.0 | D73 |
| | | INVOICES/CUST P.O. NRS INCLUDED   ON THIS BILL OF LADING | | | | | |
| | | MYZ8259 /55007Z752               PCS=    2 WGT=  36 GT= | | | | | |
| | | ADDITIONAL SPECIAL INSTRUCTIONS | | | | | |
| | | DELIVER ON -- 10/10/05 | | | | | |
| | | ***** DO NOT COMBINE ***** | | | | | |
| | | END OF SPECIAL INSTRUCTIONS | | | | | |
| | | CAPPED AND/OR STRETCH-WRAPPED PALLETS AND LOOSE PIECES | | | | | |

Page 1  Ctr 1  Date Shipped 10-11-05

Total Pieces 2   Total Weight 37   08:20:41   10/7/05
BATCH # 7581.5

3M COMPANY

NUMBER OF PKGS

DATE

RECEPC... IN ...
RECIBIDO POR ...

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550060331              INVOICE NO...... FN41227
                                                                TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/14/2005
CUSTOMER SERVICE DEPT.       CUST REF NO......... BELOW
60-1S-16                     ORDER DATE        09/09/2005       TERMS OF SALE
ST PAUL MN                   SHIP DATE..........09/14/2005      NET 63 DAYS
              55144-1000                                       TERMS DATE.....09/14/2005
                                                               SALES REP....... V4202-7
```

```
KIM     HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520
```

```
ACCOUNT NO.                        FN41227
CHARGE TO: GAP4766 ──
  SHIP TO: GAH7362
```

```
GENERAL MOTORS CORP                     ACG-DISBURSEMNT ANALYSIS
PARTS DIV PLT 50                        (DELPHI AUTOMTV SYSTEMS)
1000 WARM SPGS AVE                      PO BOX 1550
MARTINSBURG WV 25401-3800               FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | 550060331/52482840 | | | | |
| 234 | EACH | 05113874333 V251 S5S LHD SVC KIT PN | | P | 10.92 | 2,555.28 |
| | | 52482840 | | | | |
| | | SER LOT NUMBER(S) | | | | |
| | | 35772 | | | | |

```
                 EXEMPTION CERTIFICATE:38 0572515 007M             R
```

```
***        SHPD 09/14 FROM-FILTRATION;EAG   VIA-CETR
***                                          B/L-8T  185614
***                                        195-LBS              13-PCS
```

```
        TOTAL MUST BE RECEIVED BY: 11/16/2005   INVOICE TOTAL          2,555.28
```

Please see reverse side for terms and conditions of sale and address change form.

```
10111086 706 90    /  /    09/14/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

```
                          DETACH AND RETURN WITH PAYMENT
```

```
GAP4766                                                   INVOICE NO........ FN41227
ACG-DISBURSEMNT ANALYSIS         REMIT PAYMENT TO         INVOICE DATE.... 09/14/2005
(DELPHI AUTOMTV SYSTEMS)                                  TERMS DATE...... 09/14/2005
PO BOX 1550                    3M       GAP4766
FLINT MI 48501-1550            P.O. BOX 371227
                               PITTSBURGPA 15250-7227
```

```
                              TOTAL MUST BE RECEIVED BY:        11/16/2005
                                            INVOICE TOTAL         2,555.28
```

```
                    AMOUNT ENCLOSED
```

```
                                                    FN41227
```

**CENTRAL TRANSPORT**

**Central Transport Delivery Receipt**

**Pro Number**
**551-358704-5**

**Ship Date**
09/14/05

| Pieces | Weight |
|--------|--------|
| 1 | 195 |

**Reference Number**

| Org | DC |
|-----|-----|
| 551 | 217 |

**Freight Terms**
**Freight Charges Are Collect**

**SCAC:   CTII**

**Consignee:**
GM PARTS DIV PLT 50 MARTI
1000 WARM SPRINGS AVE
MARTINSBURG, WV 25401

**Shipper:**
3M
3130 LEXINGTON AVE S
EAGAN, MN 55121

**Special Instructions**
Delivery Trailer: 53-6443
Shipper COD Amount
0.0000

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

551-358704-5

9339

GM PARTS DIVISION
RECEIVED
RS #
PER    SCP

**Stamp / Sign Here**

Firm ___GMSPO___

By _____
Shipment received in good order

Pieces Received _____

Driver_____ Date _____

Arrive Time _____ Depart Time _____

**Pro Number          551-358704-5**

**Additional Delivery Services Requested**

| Service | Price | Service | Price | Service | Price |
|---------|-------|---------|-------|---------|-------|
| Inside Delivery | $70.00 | Sort - Segregate | $90.00 | Driver Delay | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____ Date _____

**Internal Use Only**
# And Type of Container_____
Part # _____
Qty. of Pcs Affected_____

Desc._____
Skids _____
Date _____    Log#_____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(8)

| STRAIGHT BILL OF LADING — SHORT FORM<br>— ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE<br>**CENTRAL TRAN** | SCAC<br>**CETR** | CAR OR VEHICLE INITIALS AND NO.<br>**551-358704-5** |
|---|---|---|---|

RECEIVED, subject to individually determined rates and tariffs that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request...

| | | CHARGES TO BE |
|---|---|---|
| | | **COLLECT-BILL 3rd PARTY** |
| | | SHIPPER'S NO. |

| CONSIGNED TO:<br>**GENERAL MOTORS CORP**<br>**PARTS DIV PLT 50**<br>**1000 WARM SPGS AVE**<br>**MARTINSBURG        WV** | DEST/<br>FACILITY<br>CODE | **3M** | Page<br>**1**  of  **1** |
|---|---|---|---|
| ZIP<br>**254013800**<br>COUNTRY CODE<br>**GAH7362** | | **3130 LEXINGTON AVE. S.**<br>**EAGAN MN 55121-2239** | **8T  18561 4**<br>▲<br>ALL LETTERS AND NUMBERS<br>IN ABOVE AREA MUST<br>SHOW ON FREIGHT BILL |

| INVOICE NO.<br>**FN41227** | CUSTOMER PURCHASE ORDER NUMBER<br>**550060331** | MODE<br>**LT** | CONT.<br>**1** | MAIN A/C<br>**3084** | SUB A/C<br>**533** | PROJECT | DATE (MM/DD/YY)<br>**09/14/05** |
|---|---|---|---|---|---|---|---|

| PACKAGES | | HM. | DESCRIPTION OF ARTICLES<br>SPECIAL MARKS, AND EXCEPTIONS | WEIGHT<br>(Lbs.) | CLASS | FCC<br>SEE<br>(BELOW) | DIV |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 13 | BOX | | **PLASTIC OR RUBBER ARTICLES, NOI, O/T EXPANDED, DENSITY        LBS/CU FT** | 195 | 0.0 | B15 | BF |
| | | | SKD ___ LSE CTN ___ DRM ___ BUN ☐ SWAC | | | | |
| | | | CRTS ___ BSKT ___ RCK ___ TOTE ☐ SL & C | | | | |
| | | | SWS-OF ___ CTN | SWS-STC ___ CTN | | | |
| | | | OTHER ___ SHIP.INIT. ___ | | | | |
| | | | Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 373 | | | | |
| | | | THIRD PARTY BILLING | | | | |
| | | | GMSPO / SCHNEIDER LOGISTICS | | | | |
| | | | PO BOX 2654 | | | | |
| | | | GREEN BAY, WI. 54306-2654 | | | | |
| | | | SLI - KC02373 | | | | |

551-358704-5   BA

**13   Packages On   1   Pallets**

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | PALLET<br>WEIGHT |
|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | | TOTAL<br>WEIGHT<br>195 |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER ___ AH Johnson

TITLE **REGULATORY MANAGER**

COMPANY **3M**

IF PREPAID SEND FREIGHT BILL TO:<br>PERMANENT POST OFFICE ADDRESS OF SHIPPER:<br>P.O. BOX 33400<br>ST. PAUL, MINNESOTA 55133

Form 4796 - 173 - F (07/2003)

**CARRIER CERTIFICATION**

CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.

PER ___

NUMBER OF PKGS ___

DATE ___

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER ___ AH Johnson

COMPANY **3M**

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

AH Johnson

SIGNATURE OF CONSIGNOR

# **3M** Invoice

```
PAGE    1 OF    1        │PURCHASE ORDER..550060331│           INVOICE NO...... FN41228
                                                               TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                           DATE.......... 09/14/2005
CUSTOMER SERVICE DEPT.       CUST REF NO......... BELOW
60-1S-16                     ORDER DATE         09/09/2005     TERMS OF SALE
ST PAUL MN                   SHIP DATE..........09/14/2005     NET 63 DAYS
             55144-1000                                        TERMS DATE.....09/14/2005
                                                               SALES REP....... V4202-7

KIM      HENDRY
PHONE NO...651-733-2188      PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41228
CHARGE TO: GAP4766 ──
   SHIP TO: NAJ4582

GM CANADA LTD NPDC                        ACG-DISBURSEMNT ANALYSIS
1401 PARKINSON RD P-YD-P                  (DELPHI AUTOMTV SYSTEMS)
WOODSTOCK ON                              PO BOX 1550
CANADA N4S 8K8                            FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 36 | EACH | 05113874333 V251 S5S LHD SVC KIT PN | P | 10.92 | 393.12 |
| | | 52482840 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 35772 | | | |

```
***        SHPD 09/14 FROM-FILTRATION;EAG  VIA-MWFR 2D
***                                           B/L-8T  185603
***                                           30-LBS              2-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/16/2005 | INVOICE TOTAL | 393.12 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10111094 706 90    /  /    09/14/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

```
                        DETACH AND RETURN WITH PAYMENT

GAP4766                                               INVOICE NO........ FN41228
ACG-DISBURSEMNT ANALYSIS       REMIT PAYMENT TO       INVOICE DATE.... 09/14/2005
(DELPHI AUTOMTV SYSTEMS)                              TERMS DATE...... 09/14/2005
PO BOX 1550                 3M       GAP4766
FLINT MI 48501-1550         P.O. BOX 371227
                            PITTSBURGPA 15250-7227
```

```
                         TOTAL MUST BE RECEIVED BY:        11/16/2005
                                     INVOICE TOTAL             393.12
```

| AMOUNT ENCLOSED | |
|---|---|

FN41228

# Flex® Global View

Created on June 23, 2006 08:25 AM, Eastern Daylight Time

## Freight Tracking

### Header Information

| | | | |
|---|---|---|---|
| **Housebill Number** | 5432292844 | **File Number** | 314499952573710 |
| **Origin** | USMSP,MINNEAPOLIS/ST PAUL AIRPORT | **Pieces** | 2 |
| **Destination** | CAYXU,LONDON | **Weight** | 30.0 LBS |
| **Service Level** | 2nd DAY | **Office Number** | 5808 |
| **Shipment Door ETA** | | | |
| **Customer Ref** | INV FN41228, PO 550060331 | | |

### Shipment Exception

| Exception | Exception Date/Time | Comments | Comments date/Time |
|---|---|---|---|
| CUSTOMS/OTHER GOVT RELEASE DELAY | 14-SEP-2005 22:00 | INPRCS: AES IS PROCESSING | 16-SEP-2005 19:55 |

### Proof of Delivery

| Signature | Received Date | Milestone |
|---|---|---|
| BROKER | 16-SEP-2005 14:30 | SHIPMENT DELIVERED |

### Flight Information

| Status | Flight | Description | Depart Date | Arrive Date |
|---|---|---|---|---|
| Actual | MSPO10 | MINNEAPOLIS INTERNATIONAL APT to DAYTON INTL APT | 14-SEP-2005 22:30 | 15-SEP-2005 12:15 |
| Actual | YOWI10 | DAYTON INTL APT to TORONTO LESTER B PEARSON INTL | 15-SEP-2005 15:25 | 16-SEP-2005 02:30 |

### Milestones

| Description | Date/Time | Detail | Value |
|---|---|---|---|
| SHIPMENT DELIVERED | 16-SEP-2005 14:30 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| DELIVERY ORDER ISSUED | 16-SEP-2005 12:56 | LOCATION | CAYYZ |
| DOCS DLVRD TO OUTSIDE BRKR/CNEE | 16-SEP-2005 05:20 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| SHIPMENT CLEARED CUSTOMS | 16-SEP-2005 05:20 | LOCATION | CAYYZ |
| DOCS RECEIVED FROM SHIPPER | 15-SEP-2005 17:57 | LOCATION | USDAY |
| DATE AVAILABLE TO SHIP | 15-SEP-2005 17:57 | LOCATION | USDAY |
| SHIPPED | 14-SEP-2005 22:30 | LOCATION | USMSP |
| ON-HAND AT ORIGIN | 14-SEP-2005 22:22 | LOCATION | USMSP |
| PICK-UP/GOODS COLLECTED | 14-SEP-2005 15:17 | LOCATION | USMSP |

Copyright © 1994-2006 United Parcel Service of America, Inc. All Rights Reserved.



```
SUPPLY CHAIN SOLUTIONS      AUTOMATED DELIVERY MANIFEST      16 SEP 2005 PAGE:    1
DRIVER: JLT                 ROUTE: YYZ 476 -   1                    16:46:49(GMT)
TOTAL SHIPMENTS  108        TOTAL PIECES  247             CUSTOMER MANIFEST ID 001
    SHIPMENT #      CONSIGNEE NAME                       DELIVERY            2.30
    ORIG/PIECES     ADDRESS                              TIME      PRINT NAME
    SVC:PAYMENT                                          PIECES    SIGNATURE
    WEIGHT                                                Tamia  Atkinson
    DELV DEADLINE   MISC
  1 543002945-1     CO-GM
  ATL     2/    2   1401 PARKINSON ROAD
    AM:COL          WOODSTOCK          ON   N4S8X8    CA
    45 LB CLC
  17:00
  2 199436747-4*    CO-GENERAL MOTOR OF CAN
  ATL     2/    2   1231 PARKINSON RD E
    AM:OTH/THD      WOODSTOCK          ON   N45 7W3   CA
    13 LB CLC
  17:00
  3 192673935-3     CO-GENERAL MOTORS OF CA
  ATL     1/    1   1231 PARKINSON ROAD
    AM:OTH/THD      WOODSTOCK          ON   N4S7W3
    75 LB CLC
  17:00
  4 544133833-1*    CO-GM OF CANADA LTD
  BOS     4/    4   1401 PARKINSON ROAD
    AM:PPD          WOODSTOCK          ON
    125 LB CLC
  17:00
  5 200898275-6     CO-GENERAL MOTORS OF CD
  BUF     4/    4   1231 PARKINSON ROAD
    D2:COL          WOODSTOCK          ON   N4S7W3    CA
    12 LB CLC
  17:00
  6 201594315-T*    CO-GENERAL MOTORS OF CA
  BUF     1/    1   CO X DOCK EXPRESS       1231 PARKINSON RD E
    D2:OTH/THD      WOODSTOCK          ON   N4SN4S    CA
    14 LB CLC
  17:00
  7 200785819-3     CO-GENERAL MOTORS OF CD
  BWI     1/    1   1231 PARKINSON ROAD
    AM:OTH/THD      WOODSTOCK          ON   N4S7W3    CA
    3 LB CLC
  8 200240990-4     CO-GENERAL MOTORS OF CD
  DTW     1/    1   1231 PARKINSON ROAD
    AM:COL          WOODSTOCK          ON   N4S7W3    CA
    39 LB CLC
  9 543680161-2     CO-GM OF CANADA
  DTW     1/    1   1401 PARKINSON ROAD
    D2:OTH/THD      WOODSTOCK          ON   N4S8X8    CA
    86 LB CLC
 10 201590219-6*    CO-GENERAL MOTORS OF CA
  CHS     2/    2   1231 PARKINSON RD
    AM:PPD          WOODSTOCK          ON   N4S7W3    CA
    396 LB CLC
  17:00
```

RECEIVED

CARGO FOR
INVOICE

SCANNED
CAME

RECEIVED
CANADA
FROM TO
CHARGE

**3M General Offices**
3M Center
St. Paul, Minnesota 55144-1000
612/733 1110



## Commercial Invoice

CONSIGNEE: GM CANADA LTD NPDC

Date: 09-14-2005

Attention of: _____

Phone: _____

Address: 1401 PARKINSON RD P-YD-P

Telex: _____

WOODSTOCK ON

CANADA N4S 8K8

| Units | Country of Mfg. | Complete Detailed Description of Goods | Unit Value | Sub Total** |
|-------|-----------------|---------------------------------------|------------|-------------|
| 36 | USA | V251 S5S LHD SVC KIT 52482840 | 10.92 | 393.12 |

* Total Pkgs: 2 _____

** Total Value: $ 393.12 _____

*** Total Weight: 30 _____

I/we hereby certify that the information on this invoice is true and correct and that the contents of this shipment are
as stated above. I/we do hereby authorize DHL Corporation to execute any additional documents necessary for the
export of merchandise described herein on my/our behalf.

| Signature | Title |
|-----------|-------|
| | SHIPPING |

These commodities licensed by U.S. for ultimate destination _____
Diversion contrary to U.S. law prohibited.

Form 30127 - A

# **3M** Invoice

```
PAGE   1 OF   1        PURCHASE ORDER..550077965              INVOICE NO...... KK45305
                                                              TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                          DATE.......... 09/14/2005
CUSTOMER SERVICE DEPT.
3M OPTICAL SYSTEMS           ORDER DATE        09/13/2005     TERMS OF SALE
ST PAUL MN                  SHIP DATE..........09/14/2005     NET 63 DAYS
         55144-1000                                          TERMS DATE.....09/14/2005
                                                             SALES REP....... V2446-2

MICHAEL   BURNS
PHONE NO...800-553-9215     PARTIAL ORDER....... NO
FAX NO.....888-271-3358

ACCOUNT NO.                      KK45305
CHARGE TO: DBJ9788 ──
  SHIP TO: DBL2229

DELPHI DELCO ELECTRONIC            DELPHI DELCO ELECTRONICS
SYSTEMS PLANT RA                   MANUAL RCTS PROC MS-A241
601 JOAQUIN CAVZOS                 PO BOX 9005
LOS INDIOS TX 78567                KOKOMO IN 46904-9005
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 18000 | EACH | 05112872259 VIKUITI(TM) BEF III 90/50T 74.88MM X 34.13MM PRL-L D #12205481 | P | .40 | 7,200.00 |

```
                   3M OSD SALES TERMS APPLY

                   EXEMPTION CERTIFICATE:1-38-3431131-1          D

  ***     SHPD 09/14 FROM-ATD; WOODVILLE  VIA-BAX  GR
  ***                                           B/L-
  ***                                        54-LBS              6-PCS
```

| | TOTAL MUST BE RECEIVED BY: 11/16/2005 | INVOICE TOTAL | 7,200.00 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10108496 707 10    /  /    09/14/05    CrBr:HI OrdWr:KK   InvBr:TH   AdmCd:KK
```

---

```
                        DETACH AND RETURN WITH PAYMENT

                                                     INVOICE NO........ KK45305
DBJ9788                        REMIT PAYMENT TO      INVOICE DATE.... 09/14/2005
DELPHI DELCO ELECTRONICS                             TERMS DATE...... 09/14/2005
MANUAL RCTS PROC MS-A241       3M      DBJ9788
PO BOX 9005                    2807 PAYSPHERE CIR
KOKOMO IN 46904-9005           CHICAGO  IL 60674-0000


                               TOTAL MUST BE RECEIVED BY:        11/16/2005
                                              INVOICE TOTAL        7,200.00
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                            KK45305
```

# Shipment Tracking Details

**Tracking Information**

Tracking Number: **188700912**                    Origin Waybill:

Filtered By:      Tracking Number **188700912**

**Shipment Information**                           **Package Information**

Status: **Delivered**                             Pieces: 15

Signature: F Lopez                                Weight: 117.0 L **

Service Level: Standard Overnight                 Volume Weight: 117.0 L

Shipped Date: 14-Sep-2005                         View Dimensions: View Dimensions

Origin: Woodville, WI, US

Destination: Los Indios, TX, US

### References

| Description | Number |
| --- | --- |
| PURCHASE ORDER NUMBER | KK45305-6 |
| PURCHASE ORDER NUMBER | NONE |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
| --- | --- | --- | --- | --- | --- |
| 15-Sep-2005 | 1545 | 15 | **Delivered** | | F LOPEZ |
| 15-Sep-2005 | 1227 | 15 | **Out for Delivery** | | |
| 14-Sep-2005 | 1215 | 15 | **Received** | Minneapolis, MN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any
inconvenience, but must strictly adhere to all government security regulations.

DELL SHN=188700912                                    MFELXM1: 13:46 26JUN06

TRACKING NBR: 188700912 DTE: 14SEP05 DRV: NVD        COD: NIL        CURR US$
   COLLECT/OVERNIGHT            SPEC:                 MSGS:    ATC        98.28
                                                              FSC        14.04
SHPR #: 702692325 SREF: KK45305-6          ORG: MSP          PUC        15.00
TRIENT
480 THOMPSON RD
WOODVILLE           WI  54028      US PH
CONS #: 152760230 CREF: NONE                 DST: BRO
DELPHI'ILS'COMP'MECHANICOS'CMM   CISCO 66610
702 JOAQUIN CAVAZOS RD
LOS INDIOS          TX  78567      US PH
3RD: 150033704 DELPHI DELCO ELECTRONICS   KOKOMO          IN
PCS: 15    CARTONS:         AWT: 117L    DWT: 62L
DSC: OPTICAL
                                                     TTL:    127.32
DIM: 15-10X10X8
-------------------------------------------------------------------------
   *** OPEN CREDIT
   15 PCS DELIVERED TO F LOPEZ AT 1545/15
   15 PCS OUT FOR DELIVERY BY BRO AT 1227/15 MANIFEST 0525821Z
   15 PCS PICKED UP AT 1215/14 BY DRIVER 99999 MSP

        ..... END OF REPORT .....

MANIFEST:BRO-0915-DELCOAM
ORG  WAYBILL#        CONSIGNEE              SHIPPER
                CONS ADDRESS

TIME:        09:02
PAGE:     1 OF  20
PCS          WGT
PAYOR SVC SHP-DTE

Arrived
12:04

2/0

REF:                    RECEIVED BY:                    TIME/DATE

11L 9/15/03 3:45

DTW 179748203 DELPHI'ILS'COMP'MECHAN AMERICAN MOLDED PR
702 JOAQUIN CAVAZOS RD                                    T    1  09/14
LOS INDIOS      TX US    78567
REF:                    RECEIVED BY: Francisco Lopez  TIME/DATE

MSP 188700912-DELPHI'ILS'COMP'MECHAN TRIENT                15     117L
702 JOAQUIN CAVAZOS RD                                    C    1  09/14
LOS INDIOS      TX US    78567
REF:NONE                 RECEIVED BY:            TIME/DATE  15.1.Ang-

CLT 190554722 DELPHI D DELNOSA      VISHAY'ROEDERSTEIN        10L
702 JOAQUIN CAVAZOS      PLANT DA 24 SLOC 0002            C    2  09/13
LOS INDIOS      TX US    78567
REF:NONE                 RECEIVED BY:            TIME/DATE  11/27

BOS 212686320 DELPHI'ILS'COMP'MECHAN AUTO ROLL PRINT TE      38L
702 JOAQUIN CAVAZOS RD                                    C    3  09/13
LOS INDIOS      TX US    78567
REF:PTA NORMAL          RECEIVED BY:            TIME/DATE  1/07

FWA 213006496 LOS INDIOS DISTRIBUTIO DELPHI D DPSS CUNE      19L
702 JOAQUIN CAVAZOS ROAD                                  P    2  09/13
LOS INDIOS      TX US    78567
REF:XX                  RECEIVED BY:            TIME/DATE  1/07

RFD 220285516 DELPHI DELCO ELECTRONI RICHCO PLASTICS          1L
701 JOAQUIN CAVAZOS RD      DOCK CODE DA31               C    2  09/13
LOS INDIOS      TX US    78567
REF:PTA NORMAL          RECEIVED BY:            TIME/DATE  1/07

CLE 222645382 DELPHI DELCO ELECTRONI ELYRIA PLASTICS         33L
701 JOAQUIN CAVAZOS RD      DOCK CODE DA31               C    2  09/13
LOS INDIOS      TX US    78567
REF:                    RECEIVED BY:            TIME/DATE  3/07

YYZ 236797702 DELPHI'RIMIR      F C I CANADA'CAD$      15     43L
702 JOAQUIN CAVAZOS RD                                    C    2  09/12
LOS INDIOS      TX US    78567
REF:PTA NORMAL          RECEIVED BY:            TIME/DATE  5.1.Ang-

YYZ 236797713 DELPHI'RIMIR      F C I CANADA'CAD$       4     34L
702 JOAQUIN CAVAZOS RD                                    C    2  09/14
LOS INDIOS      TX US    78567
REF:PTA NORMAL          RECEIVED BY:            TIME/DATE 7-1809  11:34

# **3M** Invoice

| PAGE   1 OF   1 | PURCHASE ORDER..550077965 | INVOICE NO...... KK45306 |
|---|---|---|

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
3M OPTICAL SYSTEMS
ST PAUL MN
        55144-1000

ORDER DATE        09/13/2005
SHIP DATE..........09/14/2005

TYPE............ ORIGINAL
DATE.......... 09/14/2005

TERMS OF SALE
NET 63 DAYS
TERMS DATE......09/14/2005
SALES REP....... V2446-2

MICHAEL   BURNS
PHONE NO...800-553-9215       PARTIAL ORDER....... NO
FAX NO.....888-271-3358

ACCOUNT NO.                           KK45306
CHARGE TO: DBJ9788 ——
  SHIP TO: DBL2229

DELPHI DELCO ELECTRONIC                 DELPHI DELCO ELECTRONICS
SYSTEMS PLANT RA                        MANUAL RCTS PROC MS-A241
601 JOAQUIN CAVZOS                      PO BOX 9005
LOS INDIOS TX 78567                     KOKOMO IN 46904-9005

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 18000 | EACH | 05112872260 VIKUITI(TM) BEF III 90/50T<br>74.88MM X 34.13MM PPD-L D<br>#12205482 | P | .40 | 7,200.00 |
| | | 3M OSD SALES TERMS APPLY | | | |
| | | EXEMPTION CERTIFICATE:1-38-3431131-1 | D | | |
| *** | | SHPD 09/14 FROM-ATD; WOODVILLE  VIA-BAX   GR | | | |
| *** | | | B/L- | | |
| *** | | | 63-LBS | | 9-PCS |

| TOTAL MUST BE RECEIVED BY: 11/16/2005 | INVOICE TOTAL | 7,200.00 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10108504 707 10    /    /    09/14/05      CrBr:HI OrdWr:KK    InvBr:TH   AdmCd:KK

---

| DETACH AND RETURN WITH PAYMENT |
|---|

DBJ9788
DELPHI DELCO ELECTRONICS
MANUAL RCTS PROC MS-A241
PO BOX 9005
KOKOMO IN 46904-9005

REMIT PAYMENT TO

3M        DBJ9788
2807 PAYSPHERE CIR
CHICAGO   IL 60674-0000

INVOICE NO........ KK45306
INVOICE DATE.... 09/14/2005
TERMS DATE...... 09/14/2005

TOTAL MUST BE RECEIVED BY:        11/16/2005
INVOICE TOTAL              7,200.00

| AMOUNT ENCLOSED | |
|---|---|

KK45306

# Shipment Tracking Details

**Tracking Information**

Tracking Number: **188700912**                              Origin Waybill:

Filtered By:     Tracking Number **188700912**

**Shipment Information**                                     **Package Information**

Status: **Delivered**                                       Pieces: 15

Signature: F Lopez                                          Weight: 117.0 L **

Service Level: Standard Overnight                           Volume Weight: 117.0 L

Shipped Date: 14-Sep-2005                                   View Dimensions: View Dimensions

Origin: Woodville, WI, US

Destination: Los Indios, TX, US

**References**

| Description | Number |
|---|---|
| PURCHASE ORDER NUMBER | KK45305-6 |
| PURCHASE ORDER NUMBER | NONE |

**Shipment History**

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 15-Sep-2005 | 1545 | 15 | Delivered | | F LOPEZ |
| 15-Sep-2005 | 1227 | 15 | Out for Delivery | | |
| 14-Sep-2005 | 1215 | 15 | Received | Minneapolis, MN, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

TRACKING NBR: 188700912 DTE: 14SEP05 DECV: NVD        COD: NIL      CURR US$
  COLLECT/OVERNIGHT              SPEC:              MSGS:   ATC     98.28
                                                           FSC     14.04
SHPR #: 702692325 SREF: KK45305-6            ORG: MSP      PUC     15.00
TRIENT
480 THOMPSON RD
WOODVILLE              WI  54028    US PH
CONS #: 152760230 CREF: NONE                 DST: BRO
DELPHI'ILS'COMP'MECHANICOS'CMM  CISCO 66610
702 JOAQUIN CAVAZOS RD
LOS INDIOS            TX  78567    US PH
3RD: 150033704 DELPHI DELCO ELECTRONICS  KOKOMO        IN
PCS: 15   CARTONS:        AWT: 117L    DWT: 62L
DSC: OPTICAL
                                                      TTL:    127.32
DIM: 15-10X10X8
----------------------------------------------------------------------------
   *** OPEN CREDIT
   15 PCS DELIVERED TO F LOPEZ AT 1545/15
   15 PCS OUT FOR DELIVERY BY BRO AT 1227/15 MANIFEST 05258212
   15 PCS PICKED UP AT 1215/14 BY DRIVER 99999 MSP

                ..... END OF REPORT .....

```
MANIFEST:BRO-0915-DELCOAM                              TIME:      09:02
ORG  WAYBILL#        CONSIGNEE          SHIPPER        PAGE:    1 OF  20
                     CONS ADDRESS                      PCS         WGT
                                                       PAYOR SVC SHP-DTE
```

Arrived
12-04

```
                                                          2/0
```

```
REF:                    RECEIVED BY:                   TIME/DATE
```

11L 9/15 @ 3:45

```
DIW 179748203 DELPHI'ILS'COMP'MECHAN AMERICAN MOLDED PR
702 JOAQUIN CAVAZOS RD                                T    1  09/14
LOS INDIOS    TX US    78567
REF:                    RECEIVED BY: Francisco Cotc    TIME/DATE
```

```
MSP 188700912 DELPHI'ILS'COMP'MECHAN TRIENT                15      117L
702 JOAQUIN CAVAZOS RD                                C    1  09/14
LOS INDIOS    TX US    78567
REF:NONE                RECEIVED BY:                   TIME/DATE  15 . fra
```

```
CLT 190554722 DELPHI D DELNOSA     VISHAY'ROEDERSTEIN       1       10L
702 JOAQUIN CAVAZOS     PLANT DA 24 SLOC 0002          C    2  09/13
LOS INDIOS    TX US    78567
REF:NONE                RECEIVED BY:                   TIME/DATE  1/
```

```
BOS 212686320 DELPHI'ILS'COMP'MECHAN AUTO ROLL PRINT TE    1      38L
702 JOAQUIN CAVAZOS RD                                C    3  09/13
LOS INDIOS    TX US    78567
REF:PTA NORMAL          RECEIVED BY:                   TIME/DATE  1 /
```

```
FWA 213006496 LOS INDIOS DISTRIBUTIO DELPHI D DPSS CUNE    1      19L
702 JOAQUIN CAVAZOS ROAD                              P    2  09/13
LOS INDIOS    TX US    78567
REF:XX                  RECEIVED BY:                   TIME/DATE  1/
```

```
RFD 220285516 DELPHI DELCO ELECTRONI RICHCO PLASTICS       1       1L
701 JOAQUIN CAVAZOS RD    DOCK CODE DA31              C    2  09/13
LOS INDIOS    TX US    78567
REF:PTA NORMAL          RECEIVED BY:                   TIME/DATE  1/
```

```
CLE 222645382 DELPHI DELCO ELECTRONI ELYRIA PLASTICS       3      33L
701 JOAQUIN CAVAZOS RD    DOCK CODE DA31              C    2  09/13
LOS INDIOS    TX US    78567
REF:                    RECEIVED BY:                   TIME/DATE  3/
```

```
YYZ 236797702 DELPHI'RIMIR       F C I CANADA'CAD$         5      43L
702 JOAQUIN CAVAZOS RD                                C    2  09/12
LOS INDIOS    TX US    78567
REF:PTA NORMAL          RECEIVED BY:                   TIME/DATE  5 c fra
```

```
YYZ 236797713 DELPHI'RIMIR       F C I CANADA'CAD$         4      34L
702 JOAQUIN CAVAZOS RD                                C    2  09/14
LOS INDIOS    TX US    78567
REF:PTA NORMAL          RECEIVED BY:                   TIME/DATE  9-15-09
```

11:34

9/5

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072767 |

INVOICE NO...... MV28229
TYPE............ ORIGINAL
DATE.......... 10/17/2005

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL
AUSTIN TX
                78726-9000

ORDER DATE        10/03/2005
SHIP DATE..........10/17/2005

TERMS OF SALE
NET 30 DAYS
TERMS DATE.....10/17/2005
SALES REP....... M9301-5

JOE    YBARRA
PHONE NO...800-676-8381     PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                    MV28229
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYST DISB ANLYS DEPT DIP
CIUDAD JUAREZ CH                         PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PART NUMBER 5885120 | | | |
| | | ITM CONTRACT PR40944 | | | |
| | | P.O. LINE NO: 000001 | | | |
| 72 | RLS | 05113852343 SUPER 10 TAPE 3.1MM X 55M | ZI | 1.44 | 103.68 |
| | | MINI-CASE 3" PLASTI C CORE | | | |

WOULD YOU LIKE TO RECEIVE AND PAY YOUR
INVOICES USING THE INTERNET?
CONTACT 3M AT 512-984-4449
-
WOULD YOU LIKE TO CHECK ORDER STATUS,
PRODUCT AVAILABILITY, OR PLACE AN ORDER
USING THE INTERNET? REGISTER FOR 3M
ELECTRICAL INFOCENTER AT -
WWW.3M.COM/ELECTRICAL/EXTRANET

```
***     SHPD 10/17 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
***                                          B/L-JUNA580230
***                                      8-LBS              2-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 11/16/2005 | INVOICE TOTAL | 103.68 |

Please see reverse side for terms and conditions of sale and address change form.

10107324 710 90    /  /    10/18/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11

| |
|---|
| DETACH AND RETURN WITH PAYMENT |

GAF0013
DELPHI ENERGY & CHASSIS
SYST DISB ANLYS DEPT DIP
PO BOX 436040
PONTIAC MI 48343-6040

| REMIT PAYMENT TO |
|---|
| 3M      GAF0013 |
| P.O. BOX 371227 |
| PITTSBURGPA 15250-7227 |

INVOICE NO........ MV28229
INVOICE DATE.... 10/17/2005
TERMS DATE...... 10/17/2005

TOTAL MUST BE RECEIVED BY:        11/16/2005
                  INVOICE TOTAL        103.68

| AMOUNT ENCLOSED | |
|---|---|

                                        MV28229

# **3M** Invoice

| | | | |
|---|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550072752 | | INVOICE NO...... MV28257 |

```
PAGE   1 OF   1      PURCHASE ORDER..550072752        INVOICE NO...... MV28257
                                                      TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                  DATE........... 10/17/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL      ORDER DATE        10/03/2005   TERMS OF SALE
AUSTIN TX                 SHIP DATE.........10/17/2005    NET 30 DAYS
          78726-9000                                     TERMS DATE.....10/17/2005
                                                         SALES REP....... M9301-5

JOE    YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                     MV28257
CHARGE TO: GAF0013 ——
   SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y           DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230         SYST DISB ANLYS DEPT DIP
CIUDAD JUAREZ CH                PO BOX 436040
MEXICO 32470                    PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | PO NUMBER   550008693 | | |
| | | PART NUMBER 5812875 | | |
| | | ITM CONTRACT PR40944 | | |
| | | P.O. LINE NO: 000001 | | |
| 88 | RLS | 05113847838 69 TAPE .875 X 36 YDS        ZI | 9.71 | 854.48 |

```
                    WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                    INVOICES USING THE INTERNET?
                    CONTACT 3M AT 512-984-4449

                    WOULD YOU LIKE TO CHECK ORDER STATUS,
                    PRODUCT AVAILABILITY, OR PLACE AN ORDER
                    USING THE INTERNET? REGISTER FOR 3M
                    ELECTRICAL INFOCENTER AT -
                    WWW.3M.COM/ELECTRICAL/EXTRANET

   ***    SHPD 10/17 FROM-3M EDUSA;EL PA  VIA-XXUU GR LOCAL T
   ***                                    B/L-JUNA580241
   ***                                    37-LBS              2-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/16/2005 | INVOICE TOTAL | 854.48 |
|---|---|---|

**Please see reverse side for terms and conditions of sale and address change form.**

```
10107340 710 90   /  /   10/18/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                                        INVOICE NO........ MV28257
DELPHI ENERGY & CHASSIS                        INVOICE DATE.... 10/17/2005
SYST DISB ANLYS DEPT DIP    REMIT PAYMENT TO   TERMS DATE...... 10/17/2005
PO BOX 436040
PONTIAC MI 48343-6040       3M      GAF0013
                            P.O. BOX 371227
                            PITTSBURGPA 15250-7227

                                    TOTAL MUST BE RECEIVED BY:    11/16/2005
                                            INVOICE TOTAL           854.48
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                              MV28257
```

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550072759              INVOICE NO...... MV28253
                                                                TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 10/18/2005
CUSTOMER SERVICE DEPT.
WWW.3M.COM/ELECTRICAL        ORDER DATE        10/03/2005        TERMS OF SALE
AUSTIN TX                    SHIP DATE..........10/18/2005       NET 30 DAYS
           78726-9000                                           TERMS DATE.....10/18/2005
                                                                SALES REP....... M9301-5

JOE     YBARRA
PHONE NO...800-676-8381    PARTIAL ORDER....... YES
FAX NO.....800-828-9329

ACCOUNT NO.                          MV28253
CHARGE TO: GAF0013 ——
  SHIP TO: DAP9453

SISTEMAS ELECTRICOS Y                    DELPHI ENERGY & CHASSIS
ANTONIO J BERMUDEZ 1230                  SYST DISB ANLYS DEPT DIP
JUAREZ CH                                PO BOX 436040
MEXICO 32470                             PONTIAC MI 48343-6040
```

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | PART NUMBER 5812189 | | |
| | | ITM CONTRACT PR40944 | | |
| | | P.O. LINE NO: 000001 | | |
| 74 | RLS | 05112854241 69 TAPE .189 X 36 YD BULK   ZI | 2.10 | 155.40 |
| | | 3" PAPER | | |

```
                   WOULD YOU LIKE TO RECEIVE AND PAY YOUR
                   INVOICES USING THE INTERNET?
                   CONTACT 3M AT 512-984-4449
                   ·
                   WOULD YOU LIKE TO CHECK ORDER STATUS,
                   PRODUCT AVAILABILITY, OR PLACE AN ORDER
                   USING THE INTERNET? REGISTER FOR 3M
                   ELECTRICAL INFOCENTER AT -
                   WWW.3M.COM/ELECTRICAL/EXTRANET

  ***    SHPD 10/18 FROM-3M EDUSA;EL PA   VIA-XXUU GR LOCAL T
  ***                                         B/L-JUNA580226
  ***                                         8-LBS              1-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/17/2005 | INVOICE TOTAL | 155.40 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10107332 710 90    /  /    10/18/05 ORO   CrBr:HI OrdWr:PV   InvBr:JU   AdmCd:HA
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAF0013                              REMIT PAYMENT TO        INVOICE NO........ MV28253
DELPHI ENERGY & CHASSIS                                      INVOICE DATE.... 10/18/2005
SYST DISB ANLYS DEPT DIP          3M       GAF0013           TERMS DATE...... 10/18/2005
PO BOX 436040                     P.O. BOX 371227
PONTIAC MI 48343-6040             PITTSBURGPA 15250-7227
```

```
                              TOTAL MUST BE RECEIVED BY:         11/17/2005
                                          INVOICE TOTAL              155.40
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                                MV28253
```



Shipping Order
Straight Bill of Lading

3M

EL PASO

JUN258022G



RECEPCION DE MATERIALES
RECIBIDO POR:



# **3M** Invoice

```
PAGE    1 OF    1          PURCHASE ORDER..550035879        INVOICE NO...... FN41211
                                                            TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                        DATE.......... 09/16/2005
CUSTOMER SERVICE DEPT.     CUST REF NO........ BELOW
60-1S-16                   ORDER DATE        09/07/2005     TERMS OF SALE
ST PAUL MN                 SHIP DATE..........09/16/2005    NET 63 DAYS
          55144-1000                                        TERMS DATE.....09/16/2005
                                                            SALES REP....... V4202-7


KIM     HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41211
CHARGE TO: GAP4766 ——
  SHIP TO: JBS3528

JAMESTOWN CONTAINER CO                 ACG-DISBURSEMNT ANALYSIS
2345 WALDEN AVE                        (DELPHI AUTOMTV SYSTEMS)
BUFFALO NY 14225-4770                  PO BOX 1550
                                       FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550035879/52482929 | | | |
| 64 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN | P | 15.29 | 978.56 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36879 | | | |
| | | EXEMPTION CERTIFICATE:DP-3487 | | D | |

```
***          SHPD 09/16 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                                B/L-
***                                              68-LBS              4-PCS
```

| | TOTAL MUST BE RECEIVED BY: 11/18/2005 | INVOICE TOTAL | 978.56 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10100576 705 90    /  /    09/16/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                           REMIT PAYMENT TO        INVOICE NO........ FN41211
ACG-DISBURSEMNT ANALYSIS                                  INVOICE DATE.... 09/16/2005
(DELPHI AUTOMTV SYSTEMS)      3M     GAP4766               TERMS DATE...... 09/16/2005
PO BOX 1550                   P.O. BOX 371227
FLINT MI 48501-1550           PITTSBURGPA 15250-7227
```

```
                            TOTAL MUST BE RECEIVED BY:         11/18/2005
                                           INVOICE TOTAL           978.56
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                                 FN41211
```



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**  1Z 560 490 03 4340 926 7
**Service Type:**      GROUND
**Delivered on:**      09/20/2005 12:13 P.M.
**Delivered to:**      JAMESTOWN CONTAINER
                       2345 WALDEN AVE
                       DOCKS
                       BUFFALO,  NY, US  14225
**Signed by:**         PIERCE

**Location:**          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 4:10 P.M.   Eastern Time
(USA)

# 3M Invoice

PAGE   1 OF   1    PURCHASE ORDER..550060327

INVOICE NO...... FN41229
TYPE............. ORIGINAL
DATE.......... 09/16/2005

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.    CUST REF NO......... BELOW
60-1S-16                  ORDER DATE        09/09/2005
ST PAUL MN                SHIP DATE..........09/16/2005
         55144-1000

TERMS OF SALE
NET 63 DAYS
TERMS DATE.....09/16/2005
SALES REP....... V4202-7

KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... YES
FAX NO.....651-733-9520

ACCOUNT NO.                   FN41229
CHARGE TO: GAP4766 ──
  SHIP TO: GAH7362

GENERAL MOTORS CORP              ACG-DISBURSEMNT ANALYSIS
PARTS DIV PLT 50                 (DELPHI AUTOMTV SYSTEMS)
1000 WARM SPGS AVE               PO BOX 1550
MARTINSBURG WV 25401-3800        FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 1008 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN | P | 15.29 | 15,412.32 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36879 | | | |
| | | EXEMPTION CERTIFICATE:38 0572515 007M | R | | |

```
***    SHPD 09/16 FROM-FILTRATION;EAG  VIA-CETR
***                                     B/L-8T  185850
***                          1,071-LBS              63-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/18/2005 | INVOICE TOTAL | 15,412.32 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10100584 705 90   /  /   09/16/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11    54

| DETACH AND RETURN WITH PAYMENT |
|---|

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M      GAP4766
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ FN41229
INVOICE DATE.... 09/16/2005
TERMS DATE...... 09/16/2005

TOTAL MUST BE RECEIVED BY:     11/18/2005
INVOICE TOTAL     15,412.32

| AMOUNT ENCLOSED | |
|---|---|

FN41229

# CENTRAL TRANSPORT™

**Central Transport Delivery Receipt**

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE

CARRIER & ROUTE: **CENTRAL TRAN**

SCAC: **CETR**

CAR OR VEHICLE INITIALS AND NO. 5513587052

CHARGES TO BE **COLLECT-BILL 3rd PARTY**

SHIPPER'S NO.

**Pro Number**

## 551-358705-2

Ship Date
**09/16/05**

| Pieces | Weight |
|--------|--------|
| 4 | 1071 |

Reference Number

| Org | DC |
|-----|-----|
| 551 | 217 |

Freight Terms

**Freight Charges Are Collect**

**SCAC: CTII**

Consignee:
GM MARTINSBURG 17550
1000 WARM SPRINGS AVE
MARTINSBURG, WV 25401

Shipper:
3M
3130 LEXINGTON AVE S
EAGAN, MN 55121

**Special Instructions**
Delivery Trailer: 53-6443

Shipper COD Amount
0.0000

CONSIGNEE TO:
GENERAL MOTORS CORP
PARTS DIV PLT 50
1000 WARN SPGS AVE
MARTINSBURG    WV    ZIP 254013900

DEST/FACILITY CODE: **3M**
3130 LEXINGTON AVE. S.
EAGAN MN 55121-2259

Page 1 of 1

**8T   18585 0**

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

GAH7362

| INVOICE NO. FN41229 | CUSTOMER PURCHASE ORDER NUMBER 550060327 | MODE LT | CONT. 1 | MAIN A/C | SUB A/C 633 | PROJECT | DATE SHIPPED 09/16/05 |
|---|---|---|---|---|---|---|---|

| PACKAGES NO. | KIND | HM. | DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBs.) | CLASS | FCC (BELOW) | DIV |
|---|---|---|---|---|---|---|---|
| 63 | BOX | | **PLASTIC OR RUBBER ARTICLES,NOI,VT EXPANDED,DENSITY    LBS/CU FT | 1,071 | 0.0 | B16 | BF |

THIRD PARTY BILLING
SMSPO / SCHNEIDER LOGISTICS
PO BOX 2854
GREEN BAY WI 54306-2854

SLI# KO 35406

SHIPPER LABEL

**551-358705-2**

| | | | |
|---|---|---|---|
| 4 SKD | LSE CTN | DRM | BUN | GMAC |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWB-OF | CTN | SWB-STO | CTN |
| OTHER | | SHP.WT. | |

Subject to NMFC 100CTB-100 and 49 USC 14706 and DOT 49 CFR 370

**63  Packages On  4  Pallets**

**FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300**

| INSIDE DELIVERY, INC. | DELIVERY APPT. INC. | DELIVERY APPOINTMENT DATE/TIME | DELIVERY SORT INC. | PALLET WEIGHT |
|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE INC. | TOTAL WEIGHT 1,071 |

9339

PARTS DIVISION MTSBG RECEIVED

---

**Stamp / Sign Here**

Firm ___GMSPO___

By _____

Shipment received in good order

Pieces Received _____

Driver _____ Date _____

Arrive Time _____ Depart Time _____

**Pro Number    551-358705-2**

**Additional Delivery Services Requested**

| | | |
|---|---|---|
| ☐ Inside Delivery | **$70.00** | ☐ Sort - Segregate **$90.00** | ☐ Driver Delay **$75.00** |
| ☐ Residential Delivery | **$50.00** | ☐ Liftgate **$90.00** | ☐ Redelivery **$50.00** |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____ Date_____

**Internal Use Only**
# And Type of Container _____    Desc. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Date _____ Log# _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1061(2)(B)

STRAIGHT BILL OF LADING — SHORT FORM | CARRIER & ROUTE | CAR OR VEHICLE INITIALS AND NO.
— ORIGINAL — NOT NEGOTIABLE | CENTRAL TRAN | CETR | 5513587052

CHARGES TO BE
**COLLECT-BILL 3rd PARTY**
SHIPPER'S NO.

| CONSIGNED TO: | | |
|---|---|---|
| **GENERAL MOTORS CORP** | DEST/ FACILITY CODE | **3M** |
| **PARTS DIV PLT 50** | | |
| **1000 WARM SPGS AVE** | ZIP | 3130 LEXINGTON AVE. S. |
| **MARTINSBURG      WV** | 254013800 | EAGAN MN 55121-2239 |
| | COUNTRY CODE | |
| | GAH7362 | |

Page 1 of 1

**8T   18585 0**

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT. | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| FN41229 | 550060327 | LT | 1 | | 533 | | 09/16/05 |

| PACKAGES | | HM. | DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Lbs.) | CLASS | FCC SEE (BELOW) | DIV |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 63 | BOX | | **PLASTIC OR RUBBER ARTICLES,NOI,OT EXPANDED,DENSITY   LBS/CU FT | 1,071 | 0.0 | B15 | BF |

THIRD PARTY BILLING

GMSPO / SCHNEIDER LOGISTICS

PO BOX 2654

GREEN BAY WI 54306-2654

SLI# KC 35480

4 __ SKD __ LSE CTN __ DRM __ BUN ☐ SWAC
__ CRTS __ BSKT __ RCK __ TOTE ☐ SL & C
__ SWS-OF __ CTN __ SWS-STC __ CTN
OTHER __ SHIP.INIT. __
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Drivers Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT   551-358705-2

**63   Packages On   4   Pallets**

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | 1,071 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER __

PER __

COMPANY __3M__

TITLE: REGULATORY MANAGER

COMPANY __3M__

CARRIER CERTIFICATION
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.
PER __

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

NUMBER OF PKGS __
DATE __

SIGNATURE OF CONSIGNOR

Form 4736 - 175 - F (07/2003)

# **3M** Invoice

```
PAGE   1 OF   1      PURCHASE ORDER..550060327           INVOICE NO...... FN41230
                                                          TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                      DATE.......... 09/16/2005
CUSTOMER SERVICE DEPT.    CUST REF NO......... BELOW
60-1S-16                  ORDER DATE         09/09/2005   TERMS OF SALE
ST PAUL MN                SHIP DATE..........09/16/2005   NET 63 DAYS
            55144-1000                                    TERMS DATE.....09/16/2005
                                                          SALES REP....... V4202-7


KIM    HENDRY
PHONE NO...651-733-2188   PARTIAL ORDER....... YES
FAX NO.....651-733-9520

ACCOUNT NO.                       FN41230
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER            ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                      (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                PO BOX 1550
GROVEPORT OH 43125-1092           FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 16 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN | P | 15.29 | 244.64 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | | 36879 | | | |

```
              EXEMPTION CERTIFICATE:DP98-002667           D

  ***      SHPD 09/16 FROM-FILTRATION;EAG   VIA-UPSN GR
  ***                                       B/L-
  ***                                       17-LBS            1-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/18/2005 | INVOICE TOTAL | 244.64 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10100592 705 90    /   /    09/16/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

.

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                        | REMIT PAYMENT TO |     INVOICE NO........ FN41230
ACG-DISBURSEMNT ANALYSIS                               INVOICE DATE.... 09/16/2005
(DELPHI AUTOMTV SYSTEMS)       3M      GAP4766         TERMS DATE...... 09/16/2005
PO BOX 1550                    P.O. BOX 371227
FLINT MI 48501-1550            PITTSBURGPA 15250-7227
```

```
                      TOTAL MUST BE RECEIVED BY:        11/18/2005
                               INVOICE TOTAL              244.64
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                            FN41230
```

# **3M** Invoice

| PAGE    2 OF    2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... BO30014 |
|---|---|---|
| | CHARGE TO ACCOUNT NO... GAD6640 | TYPE............ ORIGINAL<br>DATE.......... 09/30/2005 |

SHIP TO:  DELPHI ENERGY & ENGINE            OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | P/N 25340409 REV 2 | | | | |
| 2688 | | PO NUMBER   550013435<br>EACH 02120053420 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343272 REVISED | P | 1.839 | 4,943.23 |
| 6048 | | PO NUMBER   550015548<br>EACH 02120053685 2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25359684 | P | 1.15 | 6,955.20 |
| 5096 | | PO NUMBER   550024223<br>EACH 02120053705 6762 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25362454 | P | 2.254 | 11,486.38 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | | D | |

```
***       SHPD 09/30 FROM-17; CHEMOLITE,  VIA-GNGP
***                                       B/L-9JG 527682
***                               30,913-LBS            50-PCS
```

| DISCOUNT PAYMENT MUST BE RECEIVED BY: 10/11/2005 | DISCOUNT PAYMENT | 52,755.47 |
|---|---|---|

| TOTAL MUST BE RECEIVED BY: 10/11/2005 | INVOICE TOTAL | 53,695.13 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10000925 700 90   /   /    10/03/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO
14     54     6157
```

Exception
608458

| STRAIGHT BILL OF LADING — SHORT FORM | CARRIER & ROUTE | | SCAC | CAR OR VEHICLE INITIALS AND NO. |
| ORIGINAL — NOT NEGOTIABLE | GENESIS (grounded air) | | GNGP | |

CHARGES TO BE
**COLLECT**
SHIPPER'S NO.

CONSIGNED TO:
DELPHI ENERGY & ENGINE
MANAGEMENT SYS DIV GMC
7929 S. HOWELL AVE
OAK CREEK WI

| | DEST/ FACILITY CODE | |
| ZIP | 53154-2931 | |
| COUNTRY CODE | | |

**3M**
Concorde Mfg., LLC
6820 Shingle Creek Parkway
Brooklyn Center, MN 55430

PAGE 1 or 1

**9JG 52768 2**

▲
ALL LETTERS AND NUMBERS
IN ABOVE AREA MUST
SHOW ON FREIGHT BILL

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
| BO30014 | -+-- | M | | 1589 | 533 | | 09/30/2005 |

| PACKAGES | | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | | WEIGHT (LBS.) | CLASS | FCC SEE (BELOW) | DIV. |
| NO. | KIND | | | | | | | |
| 50 | PLTS | | Insulating Material, NOI, Density 19 or Greater lbs/Cu Ft NMFC 103300 S7 | | 30,913 | | D55 | AT |
| | | | CONTAINING 1481 CARTONS | | | | | |
| | | | TRAILER # 48721 | | | | | |

C. Wilke
$3^{-0.5}$
$10^{-3}$

**FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300**

| INSIDE DELIVERY IND. | DELIVERY APPT IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
| CARRIER REFERENCE NUMBER | | EQUIPMENT/TYPE CODE | PROTECTIVE SERVICE IND. | | 30,913 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _____

TITLE **REGULATORY MANAGER**

COMPANY **3M COMPANY**

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

**CARRIER CERTIFICATION**
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.

PER _____

NUMBER OF PKGS _____
DATE _____

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER _____

COMPANY **3M COMPANY**

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR

Form 4736 - 173 - Γ (08/2003)

# **3M** Invoice

| PAGE   1 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... BO30014<br>TYPE............ ORIGINAL<br>DATE.......... 09/30/2005 |
|---|---|---|

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
3M AUTOMOTIVE 223 1S 02          ORDER DATE         09/29/2005
ST PAUL MN                       SHIP DATE..........09/30/2005
                  55144-1000

TERMS OF SALE
1.75% 10NET11ROG
TERMS DATE.....09/30/2005
SALES REP....... G6101-5

RUTH RM   CLARK
PHONE NO...651-737-2108    PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                          BO30014
CHARGE TO: GAD6640 ——
  SHIP TO: GAR7064

DELPHI ENERGY & ENGINE                   DELPHI CORP
MANAGEMENT SYS DIV GMC                   PO BOX 1550
7929 S HOWELL AVE                        FLINT MI 48501-1550
OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | PO NUMBER   550013416 | | | |
| 840 | EACH | 02120024097 3M BRAND INTERAM MAT | P | 3.616 | 3,037.44 |
| | | PO NUMBER   550013405 | | | |
| 1260 | EACH | 05111507586 4070 G/M2 INTERAM MA | P | 1.166 | 1,469.16 |
| | | PO NUMBER   550013375 | | | |
| 2142 | EACH | 4070 G/M2 INTERAM DELPHI P/N 25173790 R | P | .661 | 1,415.86 |
| | | PO NUMBER   550013422 | | | |
| 1944 | EACH | 02120043954 3662 G/M2 INTERAM MA | P | 1.425 | 2,770.20 |
| | | PO NUMBER   550013386 | | | |
| 6300 | EACH | 4070 G/M2 INTERAM DELPHI P/N 25317916 | P | .758 | 4,775.40 |
| | | PO NUMBER   550013443 | | | |
| 2688 | EACH | 02120053707 4070 G/M2 TYPE 100 DELPHI<br>P/N 25333156 | P | .406 | 1,091.33 |
| | | PO NUMBER   550013445 | | | |
| 588 | EACH | 02120053478 8140 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25335876 | P | 1.676 | 985.49 |
| | | PO NUMBER   550013429 | | | |
| 2240 | EACH | 02120053415 6200 G/M2 TYPE 100 DELPHI<br>P/N 25339513 REVISED | P | 1.836 | 4,112.64 |
| | | PO NUMBER   550013439 | | | |
| 8316 | EACH | 02120053592 6200 G/M2 TYPE 100 DELPHI | P | 1.281 | 10,652.80 |

10000925 700 90      /   /     10/03/05 ORO    CrBr:CM OrdWr:BO    InvBr:KF    AdmCd:BO

| DETACH AND RETURN WITH PAYMENT |
|---|

GAD6640
DELPHI CORP
PO BOX 1550
FLINT MI 48501-1550

| REMIT PAYMENT TO |
|---|
| 3M       GAD6640<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 |

INVOICE NO........ BO30014
INVOICE DATE.... 09/30/2005
TERMS DATE...... 09/30/2005

TERMS DISC.....      939.66

MUST BE RECEIVED BY:     10/11/2005          TOTAL MUST BE RECEIVED BY:        10/11/2005
DISCOUNT PAYMENT          52,755.47                    INVOICE TOTAL            53,695.13

| AMOUNT ENCLOSED | |
|---|---|

BO30014



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4459 446 7
**Service Type:** GROUND
**Delivered on:** 09/20/2005 1:16 P.M.
**Delivered to:** 6000 GREEN POINTE DR S
GROVEPORT, OH, US 43125
**Signed by:** DORSEY

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 4:09 P.M.   Eastern Time (USA)

# **3M** Invoice

```
PAGE   1 OF   2          PURCHASE ORDER..SEE P/N FOR PO          INVOICE NO...... B030026
                                                                 TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                             DATE.......... 10/03/2005
CUSTOMER SERVICE DEPT.
3M AUTOMOTIVE 223 1S 02     ORDER DATE        10/03/2005         TERMS OF SALE
ST PAUL MN                  SHIP DATE.........10/03/2005         1.75% 10NET11ROG
            55144-1000                                          TERMS DATE.....10/03/2005
                                                                 SALES REP....... G6101-5

RUTH RM   CLARK
PHONE NO...651-737-2108   PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                            B030026
CHARGE TO: GAD6640 ——
 SHIP TO: GAR7064

DELPHI ENERGY & ENGINE                 DELPHI CORP
MANAGEMENT SYS DIV GMC                 PO BOX 1550
7929 S HOWELL AVE                      FLINT MI 48501-1550
OAK CREEK WI 53154-2931
```

| QUANTITY | UNIT | DESCRIPTION | | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 648 | EACH | PO NUMBER  550013422<br>02120043954 3662 G/M2 INTERAM MA | P | 1.425 | | 923.40 |
| 3780 | EACH | PO NUMBER  550013386<br>4070 G/M2 INTERAM DELPHI P/N 25317916 | P | .758 | | 2,865.24 |
| 448 | EACH | PO NUMBER  550013429<br>02120053415 6200 G/M2 TYPE 100 DELPHI<br>P/N 25339513 REVISED | P | 1.836 | | 822.53 |
| 9240 | EACH | PO NUMBER  550013439<br>02120053592 6200 G/M2 TYPE 100 DELPHI<br>P/N 25340409 REV 2 | P | 1.281 | | 11,836.44 |
| 1764 | EACH | PO NUMBER  550013431<br>02120053417 8140 G/M2 TYPE 100 DELPHI<br>P/N 25341258 REVISED | P | 2.077 | | 3,663.83 |
| 896 | EACH | PO NUMBER  550013436<br>02120047962 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343000 | P | 1.377 | | 1,233.79 |
| 896 | EACH | PO NUMBER  550013435<br>02120053420 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343272 REVISED | P | 1.839 | | 1,647.74 |
| 1620 | EACH | PO NUMBER  550013441<br>02120053398 5200 G/M2 TYPE 100 SINGLE<br>LAYER W/FL DELPHI P/N 25 347<br>943 | P | 2.068 | | 3,350.16 |

```
10069300 701 90    /  /    10/04/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO
```

```
                        DETACH AND RETURN WITH PAYMENT

GAD6640                          REMIT PAYMENT TO          INVOICE NO........ B030026
DELPHI CORP                                                INVOICE DATE.... 10/03/2005
PO BOX 1550                      3M      GAD6640           TERMS DATE...... 10/03/2005
FLINT MI 48501-1550              P.O. BOX 371227
                                 PITTSBURGPA 15250-7227    TERMS DISC..... 1,277.82


MUST BE RECEIVED BY:   10/13/2005        TOTAL MUST BE RECEIVED BY:        10/14/2005
DISCOUNT PAYMENT       71,740.75                  INVOICE TOTAL            73,018.57

                              AMOUNT ENCLOSED

                                                          B030026
```

# **3M** Invoice

| | | | | |
|---|---|---|---|---|
| PAGE  2 OF  2 | PURCHASE ORDER..SEE P/N FOR PO | | INVOICE NO...... BO30026 | |
| | CHARGE TO ACCOUNT NO... GAD6640 | | TYPE........... ORIGINAL<br>DATE.......... 10/03/2005 | |

SHIP TO: DELPHI ENERGY & ENGINE  OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 6048 | | PO NUMBER<br>EACH 02120053678 | 550015640<br>2455 G/M2 TYPE 900HT DELPHI<br>P/N 25350481 | P | 1.16 | 7,015.68 |
| 12348 | | PO NUMBER<br>EACH 04801156237 | 550070568<br>2000 G/M2 900HT DELPHI P/N<br>25354900 | P | 1.26 | 15,558.48 |
| 3528 | | PO NUMBER<br>EACH 04801156238 | 550070569<br>2000 G/M2 900HT DELPHI P/N<br>25354901 | P | 1.26 | 4,445.28 |
| 3024 | | PO NUMBER<br>EACH 02120053685 | 550015548<br>2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25359684 | P | 1.15 | 3,477.60 |
| 4032 | | PO NUMBER<br>EACH 02120053686 | 550015548<br>2455 G/M2 TYPE 900HT<br>LAMINATED W/FL DELPHI P/N<br>253 59685 | P | 1.34 | 5,402.88 |
| 2268 | | PO NUMBER<br>EACH 02120053687 | 550015705<br>2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25360874 | P | 1.22 | 2,766.96 |
| 2184 | | PO NUMBER<br>EACH 02120053705 | 550024223<br>6762 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25362454 | P | 2.254 | 4,922.74 |
| 1792 | | PO NUMBER<br>EACH 02120099986 | 550057764<br>6200 G/M2 TYPE 100 DELPHI<br>P/N 25366666 | P | 1.722 | 3,085.82 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | | | D | |

| | |
|---|---|
| ***<br>***<br>*** | SHPD 10/03 FROM-17; CHEMOLITE,  VIA-GNGP<br>                                    B/L-9JG 527800<br>                    26,516-LBS                    50-PCS |

| DISCOUNT PAYMENT MUST BE RECEIVED BY: 10/13/2005 | DISCOUNT PAYMENT | 71,740.75 |
|---|---|---|

| TOTAL MUST BE RECEIVED BY: 10/14/2005 | INVOICE TOTAL | 73,018.57 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10069300 701 90  /  /  10/04/05 ORO  CrBr:CM OrdWr:BO  InvBr:KF  AdmCd:BO
14   54   6157

| STRAIGHT BILL OF LADING — SHORT FORM ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE GENESIS (grounded air) | | SCAC GNGP | CAR OR VEHICLE INITIALS AND NO. | |
|---|---|---|---|---|---|

RECEIVED, subject to individually determined rates and contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the National Motor Freight Classification 100 X and in Uniform Freight Classification in effect on the date hereof, if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**CHARGES TO BE** **COLLECT** SHIPPER'S NO.

| CONSIGNED TO: DELPHI ENERGY & ENGINE MANAGEMENT SYS DIV GMC 7929 S. HOWELL AVE OAK CREEK WI | ZIP 53154-2931 COUNTRY CODE | DEST/ FACILITY CODE | **3M** Concorde Mfg., LLC 6820 Shingle Creek Parkway Brooklyn Center, MN 55430 | PAGE 1 OF 1 **9JG 52780 0** ▲ ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL |
|---|---|---|---|---|

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| BO30026 | | M | | 1589 | 533 | | 10/03/2005 |

| PACKAGES | | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBS.) | CLASS | FCC SEE (BELOW) | DIV. |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 50 | PLTS | | Insulating Material, NOI, Density 15 or Greater lbs/Cu Ft NMFC 103300 S7 | 26,516 | | D55 | AT |
| | | | CONTAINING 1464 CARTONS | | | | |
| | | | TRAILER # 53295 | | | | |

**FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300**

| INSIDE DELIVERY IND. | DELIVERY APP'T IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | | 26,516 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _AHJohnson_

TITLE _REGULATORY MANAGER_

COMPANY _3M COMPANY_

IF PREPAID SEND FREIGHT BILL TO: PERMANENT POST OFFICE ADDRESS OF SHIPPER: P. O. BOX 33400 ST. PAUL, MINNESOTA 55133

**CARRIER CERTIFICATION** CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAD THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.

PER _____

NUMBER OF PKGS ___

DATE 10-3-05

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER _AHJohnson_

COMPANY _3M COMPANY_

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_AHJohnson_ SIGNATURE OF CONSIGNOR

Form 4736 - 173 - F (08/2003)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... BO30033<br>TYPE............ ORIGINAL<br>DATE.......... 10/04/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>3M AUTOMOTIVE 223 1S 02<br>ST PAUL MN<br>        55144-1000 | ORDER DATE      10/04/2005<br>SHIP DATE..........10/04/2005 | TERMS OF SALE<br>1.75% 10NET11ROG<br>TERMS DATE.....10/04/2005<br>SALES REP....... G6101-5 |

RUTH RM   CLARK
PHONE NO...651-737-2108   PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                    BO30033
CHARGE TO: GAD6640 ——
  SHIP TO: GAR7064

DELPHI ENERGY & ENGINE              DELPHI CORP
MANAGEMENT SYS DIV GMC              PO BOX 1550
7929 S HOWELL AVE                   FLINT MI 48501-1550
OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 1344 | EACH | PO NUMBER   550013393<br>4070 G/M2 INT T-100 DELPHI P/N 25144814 | P | .841 | 1,130.30 |
| 5040 | EACH | PO NUMBER   550013411<br>02120031805 3100 G/M2 INTERAM | P | .375 | 1,890.00 |
| 11088 | EACH | PO NUMBER   550013439<br>02120053592 6200 G/M2 TYPE 100 DELPHI<br>P/N 25340409 REV 2 | P | 1.281 | 14,203.73 |
| 2352 | EACH | PO NUMBER   550013431<br>02120053417 8140 G/M2 TYPE 100 DELPHI<br>P/N 25341258 REVISED | P | 2.077 | 4,885.10 |
| 448 | EACH | PO NUMBER   550013436<br>02120047962 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343000 | P | 1.377 | 616.90 |
| 896 | EACH | PO NUMBER   550013435<br>02120053420 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343272 REVISED | P | 1.839 | 1,647.74 |
| 540 | EACH | PO NUMBER   550013441<br>02120053398 5200 G/M2 TYPE 100 SINGLE<br>LAYER W/FL DELPHI P/N 25 347<br>943 | P | 2.068 | 1,116.72 |
| 378 | EACH | PO NUMBER   550013421<br>02120043910 6200 G/M2 INTERAM TYPE100<br>SINGLE LAYER DELPHI PN 2 531 | P | 2.749 | 1,039.12 |

10041085 701 90     /    /    10/05/05 ORO    CrBr:CM OrdWr:BO    InvBr:KF    AdmCd:BO

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAD6640<br>DELPHI CORP<br>PO BOX 1550<br>FLINT MI 48501-1550 | REMIT PAYMENT TO<br><br>3M      GAD6640<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ BO30033<br>INVOICE DATE.... 10/04/2005<br>TERMS DATE...... 10/04/2005<br><br>TERMS DISC..... 1,189.15 |

MUST BE RECEIVED BY:    10/14/2005         TOTAL MUST BE RECEIVED BY:      10/17/2005
DISCOUNT PAYMENT        66,762.51                    INVOICE TOTAL           67,951.66

| AMOUNT ENCLOSED | |
|---|---|

BO30033

# 3M Invoice

| PAGE   2 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... B030033 |
|---|---|---|
| | CHARGE TO ACCOUNT NO... GAD6640 | TYPE........... ORIGINAL<br>DATE.......... 10/04/2005 |

SHIP TO:  DELPHI ENERGY & ENGINE            OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 4716 | | | |
| 648 | | PO NUMBER   550013422<br>EACH 02120043954 3662 G/M2 INTERAM MA | P | 1.425 | 923.40 |
| 3780 | | PO NUMBER   550013386<br>EACH 4070 G/M2 INTERAM DELPHI P/N 25317916 | P | .758 | 2,865.24 |
| 2688 | | PO NUMBER   550013443<br>EACH 02120053707 4070 G/M2 TYPE 100 DELPHI<br>P/N 25333156 | P | .406 | 1,091.33 |
| 2940 | | PO NUMBER   550013445<br>EACH 02120053478 8140 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25335876 | P | 1.676 | 4,927.44 |
| 693 | | PO NUMBER   550035608<br>EACH 02120050109 5097 G/M2 TYPE 2000HT<br>DELPHI P/N 25351013 | P | 4.971 | 3,444.90 |
| 5292 | | PO NUMBER   550070569<br>EACH 04801156238 2000 G/M2 900HT DELPHI P/N<br>25354901 | P | 1.26 | 6,667.92 |
| 3024 | | PO NUMBER   550015548<br>EACH 02120053685 2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25359684 | P | 1.15 | 3,477.60 |
| 2520 | | PO NUMBER   550038569<br>EACH 02120050112 2455 G/M2 TYPE 900HT DELPHI<br>P/N 25359884 | P | 1.334 | 3,361.68 |
| 5292 | | PO NUMBER   550024310<br>EACH 02120053723 2000 G/M2 TYPE 900HT DELPHI<br>P/N 25361274 | P | 1.33 | 7,038.36 |
| 2184 | | PO NUMBER   550024223<br>EACH 02120053705 6762 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25362454 | P | 2.254 | 4,922.74 |
| 2016 | | PO NUMBER   550015548<br>EACH 02120053686 2455 G/M2 TYPE 900HT<br>LAMINATED W/FL DELPHI P/N<br>253 59685 | P | 1.34 | 2,701.44 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | | D | |

```
***     SHPD 10/04 FROM-17; CHEMOLITE,   VIA-GNGP
***                                          B/L-9JG 527866
***                                  29,293-LBS              49-PCS
```

| DISCOUNT PAYMENT MUST BE RECEIVED BY: 10/14/2005 | DISCOUNT PAYMENT | 66,762.51 |
|---|---|---|

| TOTAL MUST BE RECEIVED BY: 10/17/2005 | INVOICE TOTAL | 67,951.66 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10041085 701 90    /   /    10/05/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO
14    54    6157

| STRAIGHT BILL OF LADING — SHORT FORM ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE GENESIS (grounded air) | | SCAC GNGP | CAR OR VEHICLE INITIALS AND NO. |
|---|---|---|---|---|

RECEIVED, subject to individually determined rates and contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the National Motor Freight Classification if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CHARGES TO BE | |
|---|---|
| **COLLECT** | |
| SHIPPER'S NO. | |

| CONSIGNED TO: | | DEST/ FACILITY CODE | | | | |
|---|---|---|---|---|---|---|
| DELPHI ENERGY & ENGINE MANAGEMENT SYS DIV GMC | | | **3M** Concorde Mfg., LLC 6820 Shingle Creek Parkway Brooklyn Center, MN 55430 | PAGE 1 OF 1 | | |
| 7929 S. HOWELL AVE OAK CREEK | ZIP 53154-2931 COUNTRY CODE | | | **9JG 52786 6** ▲ ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL | | |

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| BO30033 | | M | | 1589 | 533 | | 10/04/2005 |

| PACKAGES | | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBS.) | CLASS | FCC SEE (BELOW) | DIV. |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 49 | PLTS. | | Insulating Material, NOI, Density 15 or Greater lbs/Cu Ft NMFC 103300 S7 | 29,293 | | D55 | AT |
| | | | CONTAINING 1,597 CARTONS | | | | |
| | | | TRAILER# 48720 | | | | |

DK
05·05
10-01-05

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | PALLET WEIGHT |
|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | 29,293 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDC CODE.

PER  *A.H. Johnson*
COMPANY  3M COMPANY

PER _____
TITLE  REGULATORY MANAGER
COMPANY  3M COMPANY

| CARRIER CERTIFICATION |
|---|
| CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE. |

PER _____
NUMBER OF PKGS  49
DATE  10-01-05

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

IT PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

*A.H. Johnson*
SIGNATURE OF CONSIGNOR

Form 4736 - 173 - F (08/2003)

# **3M** Invoice

PAGE   1 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... B030036
TYPE............. ORIGINAL
DATE.......... 10/05/2005

DIRECT INQUIRIES TO:
CUSTOMER SERVICE DEPT.
3M AUTOMOTIVE 223 1S 02      ORDER DATE         10/04/2005
ST PAUL MN                  SHIP DATE..........10/05/2005
                55144-1000

TERMS OF SALE
1.75% 10NET11ROG
TERMS DATE.....10/05/2005
SALES REP....... G6101-5

RUTH RM   CLARK
PHONE NO...651-737-2108    PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                          B030036
CHARGE TO: GAD6640 ——
  SHIP TO: GAR7064

DELPHI ENERGY & ENGINE                    DELPHI CORP
MANAGEMENT SYS DIV GMC                    PO BOX 1550
7929 S HOWELL AVE                         FLINT MI 48501-1550
OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 432 | EACH | PO NUMBER   550013429<br>02120053415 6200 G/M2 TYPE 100 DELPHI<br>P/N 25339513 REVISED | P | 1.836 | 793.15 |
| 11088 | EACH | PO NUMBER   550013439<br>02120053592 6200 G/M2 TYPE 100 DELPHI<br>P/N 25340409 REV 2 | P | 1.281 | 14,203.73 |
| 140 | EACH | PO NUMBER   550013431<br>02120053417 8140 G/M2 TYPE 100 DELPHI<br>P/N 25341258 REVISED | P | 2.077 | 290.78 |
| 896 | EACH | PO NUMBER   550013436<br>02120047962 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343000 | P | 1.377 | 1,233.79 |
| 448 | EACH | PO NUMBER   550013435<br>02120053420 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343272 REVISED | P | 1.839 | 823.87 |
| 1080 | EACH | PO NUMBER   550013441<br>02120053398 5200 G/M2 TYPE 100 SINGLE<br>LAYER W/FL DELPHI P/N 25 347<br>943 | P | 2.068 | 2,233.44 |
| 6048 | EACH | PO NUMBER   550015640<br>02120053678 2455 G/M2 TYPE 900HT DELPHI<br>P/N 25350481 | P | 1.16 | 7,015.68 |

PO NUMBER   550070568

10061828 701 90    /  /    10/06/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO

DETACH AND RETURN WITH PAYMENT

GAD6640
DELPHI CORP
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M         GAD6640
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ B030036
INVOICE DATE.... 10/05/2005
TERMS DATE...... 10/05/2005

TERMS DISC.....   1,075.87

MUST BE RECEIVED BY:    10/17/2005         TOTAL MUST BE RECEIVED BY:         10/17/2005
DISCOUNT PAYMENT        60,402.47                     INVOICE TOTAL         61,478.34

| AMOUNT ENCLOSED | |
|---|---|

B030036

# **3M** Invoice

| PURCHASE ORDER..SEE P/N FOR PO |
|---|

CHARGE TO ACCOUNT NO... GAD6640

```
INVOICE NO...... BO30036
TYPE............ ORIGINAL
DATE.......... 10/05/2005
```

SHIP TO:  DELPHI ENERGY & ENGINE          OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 12348 | EACH | 04801156237 2000 G/M2 900HT DELPHI P/N 25354900 | P | 1.26 | 15,558.48 |
| 3528 | EACH | PO NUMBER   550070569<br>04801156238 2000 G/M2 900HT DELPHI P/N 25354901 | P | 1.26 | 4,445.28 |
| 3024 | EACH | PO NUMBER   550015521<br>02120053651 2000 G/M2 TYPE 900HT DELPHI P/N 25359072 | P | .92 | 2,782.08 |
| 3024 | EACH | PO NUMBER   550015548<br>02120053685 2455 G/M2 TYPE 900HT LAMINATED DELPHI P/N 25359684 | P | 1.15 | 3,477.60 |
| 2268 | EACH | PO NUMBER   550015705<br>02120053687 2455 G/M2 TYPE 900HT LAMINATED DELPHI P/N 25360874 | P | 1.22 | 2,766.96 |
| 1092 | EACH | PO NUMBER   550024223<br>02120053705 6762 G/M2 TYPE 100 LAMINATED DELPHI P/N 25362454 | P | 2.254 | 2,461.37 |
| 448 | EACH | PO NUMBER   550057764<br>02120099986 6200 G/M2 TYPE 100 DELPHI P/N 25366666 | P | 1.722 | 771.46 |
| 1764 | EACH | 02120047651 4070 G/M2 TYPE 100 | P | .683 | 1,204.81 |
| 2142 | EACH | 4070 G/M2 INTERAM DELPHI P/N 25173790 R | P | .661 | 1,415.86 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | D | | |

```
***      SHPD 10/05 FROM-17; CHEMOLITE,   VIA-GNGP
***                                              B/L-9JG 527940
***                                      21,062-LBS              40-PCS
```

| DISCOUNT PAYMENT MUST BE RECEIVED BY: 10/17/2005 | DISCOUNT PAYMENT | 60,402.47 |
|---|---|---|

| TOTAL MUST BE RECEIVED BY: 10/17/2005 | INVOICE TOTAL | 61,478.34 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10061828 701 90    /    /    10/06/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO
14      54    6157
```

| STRAIGHT BILL OF LADING — SHORT FORM | CARRIER & ROUTE | | SCAC | CAR OR VEHICLE INITIALS AND NO. |
|---|---|---|---|---|
| ORIGINAL — NOT NEGOTIABLE | GENESIS (grounded air) | | GNGP | |

RECEIVED, subject to individually determined rates and contracts that have been agreed upon in writing between the carrier and shipper, if applicable; otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under contract) agrees to carry to its usual place of delivery at said destination, if on its own route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| | CHARGES TO BE | |
| | **COLLECT** | |
| | SHIPPER'S NO. | |

| CONSIGNED TO: | | DEST/ FACILITY CODE | **3M** | PAGE 1 OF 1 |
|---|---|---|---|---|
| DELPHI ENERGY & ENGINE | | | | |
| MANAGEMENT SYS DIV GMC | | | | **9JG 52794 0** |
| 7929 S. HOWELL AVE | ZIP | | Concorde Mfg., LLC | |
| OAK CREEK WI | 53154-2931 | | 6820 Shingle Creek Parkway | ▲ |
| | COUNTRY CODE | | Brooklyn Center, MN 55430 | ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL |

| INVOICE NO | CUSTOMER PURCHASE ORDER NUMBER | | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|---|---|
| BO30036 | | | M | | 1589 | 533 | | | 10/05/2005 |

| PACKAGES | | | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBS.) | CLASS | FCC SEE (BELOW) | DIV. |
|---|---|---|---|---|---|---|---|
| NO. | KIND | HM | | | | | |
| 40 | PLTS | | Insulating Material, NOI, Density 15 or Greater lbs/Cu Ft NMFC 103300 S7 | 21,062 | D55 | AT | |
| | | | CONTAINING 1188 CARTONS | | | | |
| | | | TRAILER # 53248 | | | | |

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | 21,062 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _AH Johnson_

TITLE _REGULATORY MANAGER_

COMPANY _3M COMPANY_

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

**CARRIER CERTIFICATION**
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.
PER _____

NUMBER OF PKGS _____
DATE _____

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDC CODE.

PER _AH Johnson_

COMPANY _3M COMPANY_

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_AH Johnson_
SIGNATURE OF CONSIGNOR

Form 4738 - 173 - F (08/2003)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... BO30037 |
| DIRECT INQUIRIES TO: | | TYPE........... ORIGINAL |
| CUSTOMER SERVICE DEPT. | | DATE.......... 10/05/2005 |
| 3M AUTOMOTIVE 223 1S 02 | ORDER DATE      10/04/2005 | TERMS OF SALE |
| ST PAUL MN | SHIP DATE..........10/05/2005 | 1.75% 10NET11ROG |
| 55144-1000 | | TERMS DATE.....10/05/2005 |
| | | SALES REP....... G6101-5 |

RUTH RM   CLARK
PHONE NO...651-737-2108     PARTIAL ORDER....... NO
FAX NO.....651-737-2171

ACCOUNT NO.                          BO30037
CHARGE TO: GAD6640 ——
  SHIP TO: GAR7064

DELPHI ENERGY & ENGINE                DELPHI CORP
MANAGEMENT SYS DIV GMC                PO BOX 1550
7929 S HOWELL AVE                     FLINT MI 48501-1550
OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | PO NUMBER   550013374 | | | | |
| 2520 | EACH | 02120027499 3100 G/M2 INTERAM MAT TYPE 100 DELPHI 25173789 | P | | .532 | 1,340.64 |
| | | PO NUMBER   550013375 | | | | |
| 6426 | EACH | 4070 G/M2 INTERAM DELPHI P/N 25173790 R | P | | .661 | 4,247.59 |
| | | PO NUMBER   550013439 | | | | |
| 6468 | EACH | 02120053592 6200 G/M2 TYPE 100 DELPHI P/N 25340409 REV 2 | P | | 1.281 | 8,285.51 |
| | | PO NUMBER   550070568 | | | | |
| 14112 | EACH | 04801156237 2000 G/M2 900HT DELPHI P/N 25354900 | P | | 1.26 | 17,781.12 |
| | | PO NUMBER   550013422 | | | | |
| 648 | EACH | 02120043954 3662 G/M2 INTERAM MA | P | | 1.425 | 923.40 |
| | | PO NUMBER   550013386 | | | | |
| 2520 | EACH | 4070 G/M2 INTERAM DELPHI P/N 25317916 | P | | .758 | 1,910.16 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | | | D | |

```
***    SHPD 10/05 FROM-17; CHEMOLITE,   VIA-GNGP
***                                      B/L-9JG 527892
***                         12,904-LBS                23-PCS
```

10061836 701 90    /  /    10/06/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAD6640 | REMIT PAYMENT TO | INVOICE NO........ BO30037 |
| DELPHI CORP | | INVOICE DATE.... 10/05/2005 |
| PO BOX 1550 | 3M      GAD6640 | TERMS DATE...... 10/05/2005 |
| FLINT MI 48501-1550 | P.O. BOX 371227 | |
| | PITTSBURGPA 15250-7227 | TERMS DISC.....      603.55 |

| | | | |
|---|---|---|---|
| MUST BE RECEIVED BY: | 10/17/2005 | TOTAL MUST BE RECEIVED BY: | 10/17/2005 |
| DISCOUNT PAYMENT | 33,884.87 | INVOICE TOTAL | 34,488.42 |

| AMOUNT ENCLOSED | |
|---|---|

BO30037

# **3M** Invoice

| PAGE    2 OF    2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... B030037 |
|---|---|---|
| | CHARGE TO ACCOUNT NO... GAD6640 | TYPE............ ORIGINAL<br>DATE.......... 10/05/2005 |

SHIP TO:  DELPHI ENERGY & ENGINE            OAK CREEK WI 53154-2931

| QUANTITY    UNIT    DESCRIPTION | UNIT PRICE    TOTAL AMOUNT |
|---|---|
| DISCOUNT PAYMENT MUST BE RECEIVED BY: 10/17/2005 | DISCOUNT PAYMENT        33,884.87 |
| TOTAL MUST BE RECEIVED BY: 10/17/2005 | INVOICE TOTAL        34,488.42 |

Please see reverse side for terms and conditions of sale and address change form.

10061836 701 90    /    /    10/06/05 ORO    CrBr:CM OrdWr:BO    InvBr:KF    AdmCd:BO
14    54    6157

91185

| STRAIGHT BILL OF LADING — SHORT FORM ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE GENESIS (grounded air) | SCAC GNGP | CAR OR VEHICLE INITIALS AND NO. |

RECEIVED, subject to individually determined rates and/or rules that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a motor shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| CHARGES TO BE COLLECT |
| SHIPPER'S NO. |

| CONSIGNED TO: | DEBT/ FACILITY CODE |
| DELPHI ENERGY & ENGINE MANAGEMENT SYS DIV GMC | |
| 7929 S. HOWELL AVE | |
| OAK CREEK        WI | ZIP 53154-2931 |
| | COUNTRY CODE |

**3M**

Concorde Mfg., LLC
6820 Shingle Creek Parkway
Brooklyn Center, MN 55430

| PAGE 1 OF 1 |
| **9JG 52789 2** |
| ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL |

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| BO30037 | | M | | 1589 | 533 | | 10/05/2005 |

| PACKAGES | | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBS.) | CLASS | FCC SEE (BELOW) | DIV. |
| NO. | KIND | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | PLTS. | | Insulating Material, NOI, Density 15 or Greater lbs/Cu Ft NMFC 103300 S7 | 12,904 | | D55 | AT |
| | | | CONTAINING 698 CARTONS | | | | |
| | | | TRAILER# 48721 | | | | |

C. Wilke
10-6-05

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | | PROTECTIVE SERVICE IND. | TOTAL WEIGHT |
| | | | | | 12,904 | |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _A H Johnson_          COMPANY _3M COMPANY_

PER _A H Johnson_

TITLE _REGULATORY MANAGER_

COMPANY _3M COMPANY_

| CARRIER CERTIFICATION |
| CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE. |
| PER _Don Miller_ |
| NUMBER OF PKGS _23_ |
| DATE _10-05-05_ |

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_A H Johnson_
SIGNATURE OF CONSIGNOR

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

Form 4736 - 173 - F (08/2003)

# **3M** Invoice

| PAGE   1 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... B030060<br>TYPE........... ORIGINAL |
|---|---|---|

DIRECT INQUIRIES TO:                                                   DATE.......... 10/06/2005
CUSTOMER SERVICE DEPT.
3M AUTOMOTIVE 223 1S 02     ORDER DATE      10/06/2005     TERMS OF SALE
ST PAUL MN                 SHIP DATE..........10/06/2005     1.75% 10NET11ROG
                55144-1000                                 TERMS DATE.....10/06/2005
                                                           SALES REP....... G6101-5

RUTH RM   CLARK
PHONE NO...651-737-2108     PARTIAL ORDER....... YES
FAX NO.....651-737-2171

ACCOUNT NO.                          B030060
CHARGE TO: GAD6640 ——
 SHIP TO: GAR7064

DELPHI ENERGY & ENGINE                    DELPHI CORP
MANAGEMENT SYS DIV GMC                    PO BOX 1550
7929 S HOWELL AVE                         FLINT MI 48501-1550
OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---:|---|---|---|---:|---:|
| 5040 | EACH | PO NUMBER    550013411<br>02120031805 3100 G/M2 INTERAM | P | .375 | 1,890.00 |
| 3780 | EACH | PO NUMBER    550013374<br>02120027499 3100 G/M2 INTERAM MAT TYPE<br>100 DELPHI 25173789 | P | .532 | 2,010.96 |
| 2142 | EACH | PO NUMBER    550013375<br>4070 G/M2 INTERAM DELPHI P/N 25173790 R | P | .661 | 1,415.86 |
| 12600 | EACH | PO NUMBER    550013386<br>4070 G/M2 INTERAM DELPHI P/N 25317916 | P | .758 | 9,550.80 |
| 7392 | EACH | PO NUMBER    550013439<br>02120053592 6200 G/M2 TYPE 100 DELPHI<br>P/N 25340409 REV 2 | P | 1.281 | 9,469.15 |
| 1764 | EACH | PO NUMBER    550013431<br>02120053417 8140 G/M2 TYPE 100 DELPHI<br>P/N 25341258 REVISED | P | 2.077 | 3,663.83 |
| 1792 | EACH | PO NUMBER    550013436<br>02120047962 6200 G/M2 TYPE 100 DELPHI<br>P/N 25343000 | P | 1.377 | 2,467.58 |
| 540 | EACH | PO NUMBER    550013441<br>02120053398 5200 G/M2 TYPE 100 SINGLE<br>LAYER W/FL DELPHI P/N 25 347<br>943 | P | 2.068 | 1,116.72 |

10052389 701 90     /   /     10/07/05 ORO     CrBr:CM OrdWr:BO     InvBr:KF     AdmCd:BO

---

DETACH AND RETURN WITH PAYMENT

GAD6640                          REMIT PAYMENT TO          INVOICE NO........ B030060
DELPHI CORP                                                INVOICE DATE.... 10/06/2005
PO BOX 1550                      3M       GAD6640          TERMS DATE...... 10/06/2005
FLINT MI 48501-1550              P.O. BOX 371227
                                 PITTSBURGPA 15250-7227    TERMS DISC.....   1,188.41

MUST BE RECEIVED BY:   10/17/2005     TOTAL MUST BE RECEIVED BY:        10/17/2005
DISCOUNT PAYMENT       66,720.46                INVOICE TOTAL            67,908.87

| AMOUNT ENCLOSED | |
|---|---|

B030060

# **3M** Invoice

| PAGE   2 OF   2 | PURCHASE ORDER..SEE P/N FOR PO | INVOICE NO...... BO30060 |
|---|---|---|
| | CHARGE TO ACCOUNT NO... GAD6640 | TYPE............ ORIGINAL<br>DATE.......... 10/06/2005 |

SHIP TO:  DELPHI ENERGY & ENGINE            OAK CREEK WI 53154-2931

| QUANTITY | UNIT | DESCRIPTION | | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 9072 | EACH | PO NUMBER   550015640<br>02120053678 2455 G/M2 TYPE 900HT DELPHI<br>P/N 25350481 | P | | 1.16 | 10,523.52 |
| 378 | EACH | PO NUMBER   550035608<br>02120050109 5097 G/M2 TYPE 2000HT<br>DELPHI P/N 25351013 | P | | 4.971 | 1,879.04 |
| 8820 | EACH | PO NUMBER   550070568<br>04801156237 2000 G/M2 900HT DELPHI P/N<br>25354900 | P | | 1.26 | 11,113.20 |
| 3024 | EACH | PO NUMBER   550015548<br>02120053685 2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25359684 | P | | 1.15 | 3,477.60 |
| 2268 | EACH | PO NUMBER   550015705<br>02120053687 2455 G/M2 TYPE 900HT<br>LAMINATED DELPHI P/N<br>25360874 | P | | 1.22 | 2,766.96 |
| 2912 | EACH | PO NUMBER   550024223<br>02120053705 6762 G/M2 TYPE 100<br>LAMINATED DELPHI P/N<br>25362454 | P | | 2.254 | 6,563.65 |
| | | EXEMPTION CERTIFICATE:WDP99-01-010037 | | D | | |

```
***        SHPD 10/06 FROM-17; CHEMOLITE,   VIA-GNGP
***                                                 B/L-9JG 528006
***                                        26,010-LBS              50-PCS
```

| DISCOUNT PAYMENT MUST BE RECEIVED BY: 10/17/2005 | DISCOUNT PAYMENT | 66,720.46 |
|---|---|---|

| | TOTAL MUST BE RECEIVED BY: 10/17/2005 | INVOICE TOTAL | 67,908.87 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10052389 701 90    /   /    10/07/05 ORO   CrBr:CM OrdWr:BO   InvBr:KF   AdmCd:BO
14    54    6157
```

| STRAIGHT BILL OF LADING — SHORT FORM | CARRIER & ROUTE | | SCAC | CAR OR VEHICLE INITIALS AND NO. |
|---|---|---|---|---|
| ORIGINAL — NOT NEGOTIABLE | GENESIS (grounded air) | | GNGP | |

RECEIVED, subject to individually determined rates and contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request...

**CONSIGNED TO:**
DELPHI ENERGY & ENGINE
MANAGEMENT SYS DIV GMC

7929 S. HOWELL AVE

OAK CREEK    WI

| DEST/ FACILITY CODE | ZIP | 53154-2931 | COUNTRY CODE |

**3M**

Concorde Mfg., LLC
6820 Shingle Creek Parkway
Brooklyn Center, MN 55430

PAGE 1 OF 1

**9JG 52800 6**

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

CHARGES TO BE **COLLECT**

SHIPPER'S NO.

| INVOICE NO. | CUSTOMER PURCHASE ORDER NUMBER | MODE | CONT | MAIN A/C | SUB A/C | PROJECT | DATE (MM/DD/YY) |
|---|---|---|---|---|---|---|---|
| BO30060 | | M | | 1589 | 533 | | 10/06/2005 |

| PACKAGES | | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (LBS.) | CLASS | FCC (SEE BELOW) | DIV. |
|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | |
| 50 | PLTS | | Insulating Material, NOI, Density 15 or Greater lbs/Cu Ft NMFC 103300 S7 | 26,010 | | D55 | AT |
| | | | CONTAINING 1423 CARTONS | | | | |
| | | | TRAILER # 53252 | | | | |

10-9-05

**FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300**

| INSIDE DELIVERY IND. | DELIVERY APP'T IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | | TOTAL WEIGHT |
| | | | | | 26,010 | |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER

TITLE  REGULATORY MANAGER

COMPANY  3M COMPANY

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33400
ST. PAUL, MINNESOTA 55133

**CARRIER CERTIFICATION**
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.

PER

NUMBER OF PKGS

DATE  10-6-05

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER

COMPANY  3M COMPANY

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR

Form 4736 - 173 - F (08/2003)

# **3M** Invoice

| | | | |
|---|---|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550060329 | | INVOICE NO...... FN41238<br>TYPE........... ORIGINAL |

```
DIRECT INQUIRIES TO:                                              DATE......... 09/21/2005
CUSTOMER SERVICE DEPT.      CUST REF NO......... BELOW
60-1S-16                    ORDER DATE      09/13/2005           TERMS OF SALE
ST PAUL MN                  SHIP DATE.........09/21/2005         NET 63 DAYS
              55144-1000                                         TERMS DATE.....09/21/2005
                                                                 SALES REP....... V4202-7

KIM      HENDRY
PHONE NO...651-733-2188     PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                           FN41238
CHARGE TO: GAP4766 ——
  SHIP TO: GAC4331

GMC GM SERVICE PARTS                  ACG-DISBURSEMNT ANALYSIS
OPERATIONS                            (DELPHI AUTOMTV SYSTEMS)
1251 JOSLYN AVE                       PO BOX 1550
PONTIAC MI 48340-2064                 FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 126 | EACH | 550060329/52482839<br>03666696270 V249 C-CAR SVC KIT PN<br>52482839<br>SER LOT NUMBER(S)<br>36115 | P | 8.34 | 1,050.84 |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***      SHPD 09/21 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                             B/L-
***                                             77-LBS                    7-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 11/23/2005 | INVOICE TOTAL | 1,050.84 |

Please see reverse side for terms and conditions of sale and address change form.

```
10103463 706 90    /  /   09/21/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                        REMIT PAYMENT TO           INVOICE NO........ FN41238
ACG-DISBURSEMNT ANALYSIS                                  INVOICE DATE.... 09/21/2005
(DELPHI AUTOMTV SYSTEMS)   3M      GAP4766                TERMS DATE...... 09/21/2005
PO BOX 1550                P.O. BOX 371227
FLINT MI 48501-1550        PITTSBURGPA 15250-7227


                           TOTAL MUST BE RECEIVED BY:       11/23/2005
                                           INVOICE TOTAL     1,050.84
```

| AMOUNT ENCLOSED | |
|---|---|

FN41238



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4366 004 8
**Service Type:** GROUND
**Delivered on:** 09/23/2005 9:27 A.M.
**Delivered to:** GMSPO
1251 JOSLYN AVE
PONTIAC, MI, US 48340
**Signed by:** DE CAUSIN

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 4:05 P.M.   Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE    1 OF    1 | PURCHASE ORDER..550060331 | INVOICE NO...... FN41239<br>TYPE............ ORIGINAL |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>60-1S-16<br>ST PAUL MN<br>              55144-1000 | CUST REF NO......... BELOW<br>ORDER DATE        09/13/2005<br>SHIP DATE..........09/21/2005 | DATE.......... 09/21/2005<br><br>TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....09/21/2005<br>SALES REP....... V4202-7 |

KIM      HENDRY
PHONE NO...651-733-2188      PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41239
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9593

GMC SERVICE PARTS OPER                      ACG-DISBURSEMNT ANALYSIS
LOS ANGELES FONTANA PDC                     (DELPHI AUTOMTV SYSTEMS)
11900 CABERNET DR                           PO BOX 1550
FONTANA CA 92337-7707                       FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 90 | EACH | 550060331/52482840<br>05113874333 V251 S5S LHD SVC KIT PN<br>        52482840<br>SER LOT NUMBER(S)<br>35772 | P | 10.92 | 982.80 |
| | | EXEMPTION CERTIFICATE:SYAS98-034129 | | R | |

```
***      SHPD 09/21 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                            B/L-
***                                           75-LBS              5-PCS
```

| | |
|---|---|
| TOTAL MUST BE RECEIVED BY: 11/23/2005 | INVOICE TOTAL        982.80 |

Please see reverse side for terms and conditions of sale and address change form.

10103471 706 90    /   /    09/21/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAP4766<br>ACG-DISBURSEMNT ANALYSIS<br>(DELPHI AUTOMTV SYSTEMS)<br>PO BOX 1550<br>FLINT MI 48501-1550 | REMIT PAYMENT TO<br><br>3M       GAP4766<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ FN41239<br>INVOICE DATE.... 09/21/2005<br>TERMS DATE...... 09/21/2005 |

TOTAL MUST BE RECEIVED BY:        11/23/2005
INVOICE TOTAL              982.80

| AMOUNT ENCLOSED | |
|---|---|

FN41239



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4386 870 8
**Service Type:**   GROUND
**Delivered on:**   09/27/2005 11:29 A.M.
**Delivered to:**   GM
                    11900 CABERNET DR
                    FONTANA,  CA, US  92337
**Signed by:**      PHILBIN

**Location:**       GUARD

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 4:07 P.M.   Eastern Time
(USA)

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550060328                INVOICE NO...... FN41198
                                                                 TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                             DATE.......... 09/22/2005
CUSTOMER SERVICE DEPT.   CUST REF NO........ BELOW
60-1S-16                 ORDER DATE         09/02/2005           TERMS OF SALE
ST PAUL MN               SHIP DATE.........09/22/2005            NET 63 DAYS
            55144-1000                                           TERMS DATE.....09/22/2005
                                                                 SALES REP....... V4202-7


KIM      HENDRY
PHONE NO...651-733-2188     PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41198
CHARGE TO: GAP4766 ——
  SHIP TO: JRR1173

GMC                                  ACG-DISBURSEMNT ANALYSIS
LANSING PARTS PLANT                  (DELPHI AUTOMTV SYSTEMS)
4400 W MOUNT HOPE                    PO BOX 1550
LANSING MI 48917-9501                FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060328/52482842 | | | |
| 162 | EACH | 02162503109 V129 S5S RHD SERVICE PART | P | 15.33 | 2,483.46 |
| | | PN 52482842 | | | |
| | | SER LOT NUMBER(S) | | | |
| | 36369 | 36880 | | | |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***      SHPD 09/22 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                          B/L-
***                                        135-LBS                 9-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/25/2005 | INVOICE TOTAL | 2,483.46 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10101806 706 90    /  /    09/22/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M        GAP4766
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ FN41198
INVOICE DATE.... 09/22/2005
TERMS DATE...... 09/22/2005


TOTAL MUST BE RECEIVED BY:        11/25/2005
                    INVOICE TOTAL        2,483.46

| AMOUNT ENCLOSED | |

FN41198



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4416 039 0
**Service Type:** GROUND
**Delivered on:** 09/26/2005 9:48 A.M.
**Delivered to:** GMSPO
4400 W MOUNT HOPE HWY
LANSING, MI, US 48917

**Signed by:** KLAVIER

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 4:04 P.M.    Eastern Time (USA)

# **3M** Invoice

```
PAGE    1 OF    1        │ PURCHASE ORDER..550060327 │          INVOICE NO...... FN41241
                                                               TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                           DATE.......... 09/22/2005
CUSTOMER SERVICE DEPT.      CUST REF NO........ BELOW
60-1S-16                    ORDER DATE      09/13/2005    │ TERMS OF SALE
ST PAUL MN                  SHIP DATE.........09/22/2005    │ NET 63 DAYS
            55144-1000                                        TERMS DATE.....09/22/2005
                                                             SALES REP....... V4202-7

KIM     HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                         FN41241
CHARGE TO: GAP4766 ──
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER               ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                         (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                   PO BOX 1550
GROVEPORT OH 43125-1092              FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060327/52482929 | | | |
| 64 | EACH | 02162500792 V126 CAF U-VAN SVC KIT PN | P | 15.29 | 978.56 |
| | | 52482929 | | | |
| | | SER LOT NUMBER(S) | | | |
| | 35882 | 36879 | | | |
| | | EXEMPTION CERTIFICATE:DP98-002667 | | D | |

```
 ***     SHPD 09/22 FROM-FILTRATION;EAG  VIA-UPSN GR
 ***                                          B/L-
 ***                                        68-LBS                 4-PCS
```

| | TOTAL MUST BE RECEIVED BY: 11/25/2005 | INVOICE TOTAL | 978.56 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10101814 706 90    /  /    09/22/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                                                    INVOICE NO........ FN41241
ACG-DISBURSEMNT ANALYSIS        REMIT PAYMENT TO           INVOICE DATE.... 09/22/2005
(DELPHI AUTOMTV SYSTEMS)                                   TERMS DATE...... 09/22/2005
PO BOX 1550                  3M      GAP4766
FLINT MI 48501-1550          P.O. BOX 371227
                             PITTSBURGPA 15250-7227
```

```
                            TOTAL MUST BE RECEIVED BY:          11/25/2005
                                          INVOICE TOTAL             978.56
```

| AMOUNT ENCLOSED | |
|---|---|

```
                                                              FN41241
```



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4508 588 1
**Service Type:** GROUND
**Delivered on:** 09/26/2005 11:20 A.M.
**Delivered to:** GMSPO-PDC-GROVEPORT
6000 GREEN POINTE DR S
GROVEPORT, OH, US 43125
**Signed by:** DORCY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 4:08 P.M.   Eastern Time (USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060327 | INVOICE NO...... FN41302<br>TYPE............ ORIGINAL |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>60-1S-16<br>ST PAUL MN<br>55144-1000 | CUST REF NO......... BELOW<br>ORDER DATE        09/23/2005<br>SHIP DATE..........09/28/2005 | DATE.......... 09/28/2005<br><br>TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....09/28/2005<br>SALES REP....... V4202-7 |

KIM     HENDRY
PHONE NO...651-733-2188     PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41302
CHARGE TO: GAP4766 ——
  SHIP TO: GB05903

GM CAND LTD C/O DOMN GEN              ACG-DISBURSEMNT ANALYSIS
MFG 13 6201 VIPOND DR                 (DELPHI AUTOMTV SYSTEMS)
MISSISSAUGA ON                        PO BOX 1550
CANADA L5T 2B2                        FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 32 | EACH | 550060327/52482929<br>02162500792 V126 CAF  U-VAN SVC KIT PN      P<br>52482929<br>SER LOT NUMBER(S)<br>36879 | | 15.29 | 489.28 |

```
***      SHPD 09/28 FROM-FILTRATION;EAG  VIA-MWFR 2D
***                                      B/L-8T  186351
***                                      34-LBS           2-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 11/30/2005 | INVOICE TOTAL | 489.28 |

Please see reverse side for terms and conditions of sale and address change form.

10117521 707 90    /  /    09/28/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

---

DETACH AND RETURN WITH PAYMENT

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

| REMIT PAYMENT TO |
|---|
| 3M     GAP4766<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 |

INVOICE NO........ FN41302
INVOICE DATE.... 09/28/2005
TERMS DATE...... 09/28/2005

TOTAL MUST BE RECEIVED BY:        11/30/2005
                    INVOICE TOTAL        489.28

| AMOUNT ENCLOSED | |
|---|---|
| | |

FN41302

# Flex® Global View

Created on June 23, 2006 08:26 AM, Eastern Daylight Time

## Freight Tracking

### Header Information

| | | | |
|---|---|---|---|
| **Housebill Number** | 5432292613 | **File Number** | 314499952712610 |
| **Origin** | USMSP,MINNEAPOLIS/ST PAUL AIRPORT | **Pieces** | 2 |
| **Destination** | CAYYZ,TORONTO | **Weight** | 34.0 LBS |
| **Service Level** | 2nd DAY | **Office Number** | 5808 |
| **Shipment Door ETA** | | | |
| **Customer Ref** | 8T186351, 550060327 | | |

### Shipment Exception

| Exception | Exception Date/Time | Comments | Comments date/Time |
|---|---|---|---|
| CUSTOMS/OTHER GOVT RELEASE DELAY | 29-SEP-2005 00:30 | INPRCS: AES IS PROCESSING | 03-OCT-2005 19:39 |

### Proof of Delivery

| Signature | Received Date | Milestone |
|---|---|---|
| BROKER | 03-OCT-2005 19:08 | SHIPMENT DELIVERED |

### Flight Information

| Status | Flight | Description | Depart Date | Arrive Date |
|---|---|---|---|---|
| Actual | MSPO10 | MINNEAPOLIS INTERNATIONAL APT to DAYTON INTL APT | 28-SEP-2005 22:30 | 29-SEP-2005 12:15 |
| Actual | YOWI10 | DAYTON INTL APT to TORONTO LESTER B PEARSON INTL | 29-SEP-2005 15:35 | 30-SEP-2005 01:45 |

### Milestones

| Description | Date/Time | Detail | Value |
|---|---|---|---|
| SHIPMENT DELIVERED | 03-OCT-2005 19:08 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| DELIVERY ORDER ISSUED | 03-OCT-2005 18:45 | LOCATION | CAYYZ |
| DOCS DLVRD TO OUTSIDE BRKR/CNEE | 30-SEP-2005 06:47 | LOCATION | CAYYZ |
| | | POD NAME | BROKER |
| SHIPMENT CLEARED CUSTOMS | 30-SEP-2005 06:47 | LOCATION | CAYYZ |
| ARRIVED AT DESTINATION PORT | 30-SEP-2005 01:48 | LOCATION | CAYYZ |
| DOCS RECEIVED FROM SHIPPER | 28-SEP-2005 22:34 | LOCATION | USMSP |
| DATE AVAILABLE TO SHIP | 28-SEP-2005 22:34 | LOCATION | USMSP |
| SHIPPED | 28-SEP-2005 22:30 | LOCATION | USMSP |
| ON-HAND AT ORIGIN | 28-SEP-2005 21:00 | LOCATION | USMSP |
| PICK-UP/GOODS COLLECTED | 28-SEP-2005 15:45 | LOCATION | USMSP |

**3M General Offices**
3M Center
St. Paul, Minnesota 55144-1000
612/733 1110



## Commercial Invoice

CONSIGNEE: __GM CAND LTD C/O DOMN GEN__          Date: __09/28/2005__

Attention of: _____          Phone: _____

Address:    __MFG 13 6201 VIPOND DR.__          Telex: _____

__MISSISSAUGA ON CANADA  L5T 2B2__

| Units | Country of Mfg. | Complete Detailed Description of Goods | Unit Value | Sub Total** |
|-------|-----------------|----------------------------------------|------------|-------------|
| 32 | USA | 3M# 70-0706-9585-6 V-126 CAF U-VAN SERVICE KIT 52482929 | 15.29 | 489.28 |

Total Pkgs: ___2___

** Total Value: $ _489.28_

*** Total Weight: __34__

I/we hereby certify that the information on this invoice is true and correct and that the contents of this shipment are
as stated above. I/we do hereby authorize DHL Corporation to execute any additional documents necessary for the
export of merchandise described herein on my/our behalf.

| Signature | Title |
|-----------|-------|
|  | MATERIAL HANDLER |

These commodities licensed by U.S. for ultimate destination _____
Diversion contrary to U.S. law prohibited.

Form 30127 - A

# UPS Supply Chain Solutions™



## Delivery Details

SHIPMENT NUMBER:543-229-2613

| SHIPPER:<br>3M COMPANY DOCK 1<br>3130 LEXINGTON AVE S | | CONSIGNEE:<br>GM CANADA DOMINION GENERAL<br>6201 VIPOND DRIVE | |
|---|---|---|---|
| EAGAN | MN<br>55121 | MISSISSAUGA | ON<br>L5T2B2 |

| Origin:MSP | | Destination:YYZ | |
|---|---|---|---|
| Ship Date: | 9/28/2005 3:45:00 PM | | |
| Delivery Date: 10/3/2005 7:08:07 PM | | | |
| Pieces: | 2 of 2 | Weight: | 34 LB |

Signed For By: M.ARNA

Signature:

    S.T.( Marine

If you need assitance or have questions concerning the above shipment, please contact
your local service center or station.

Thank you for choosing UPS Supply Chain Solutions.

We look forward to working with you in the future.

Reference:  DocID58628916
Report Date:6/23/2006 1:10:06 PM GMT

# **3M** Invoice

| | |
|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060327 |

```
                                              INVOICE NO...... FN41303
                                              TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                          DATE.......... 09/28/2005
CUSTOMER SERVICE DEPT.    CUST REF NO......... BELOW
60-1S-16                  ORDER DATE      09/23/2005   TERMS OF SALE
ST PAUL MN                SHIP DATE..........09/28/2005  NET 63 DAYS
            55144-1000                                 TERMS DATE.....09/28/2005
                                                       SALES REP....... V4202-7

KIM     HENDRY
PHONE NO...651-733-2188   PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                     FN41303
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER              ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                        (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                  PO BOX 1550
GROVEPORT OH 43125-1092             FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 32 | EACH | 550060327/52482929<br>02162500792 V126 CAF U-VAN SVC KIT PN   P<br>52482929<br>SER LOT NUMBER(S)<br>36879 | | 15.29 | 489.28 |
| | | EXEMPTION CERTIFICATE:DP98-002667 | | D | |

```
***      SHPD 09/28 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                      B/L-
***                                      34-LBS              2-PCS
```

| | | |
|---|---|---|
| TOTAL MUST BE RECEIVED BY: 11/30/2005 | INVOICE TOTAL | 489.28 |

Please see reverse side for terms and conditions of sale and address change form.

```
10117539 707 90    /  /    09/28/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                                                  INVOICE NO........ FN41303
ACG-DISBURSEMNT ANALYSIS          REMIT PAYMENT TO       INVOICE DATE.... 09/28/2005
(DELPHI AUTOMTV SYSTEMS)                                 TERMS DATE...... 09/28/2005
PO BOX 1550                   3M      GAP4766
FLINT MI 48501-1550           P.O. BOX 371227
                              PITTSBURGPA 15250-7227
```

```
                         TOTAL MUST BE RECEIVED BY:        11/30/2005
                                        INVOICE TOTAL         489.28
```

| AMOUNT ENCLOSED | |
|---|---|

FN41303



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4569 104 7
**Service Type:**      GROUND
**Delivered on:**      09/30/2005 12:20 P.M.
**Delivered to:**      6000 GREEN POINTE DR S
                       GROVEPORT, OH, US 43125
**Signed by:**         DORSEY

**Location:**          DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  06/22/2006 4:02 P.M.   Eastern Time
(USA)

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550060329              INVOICE NO...... FN41304
                                                                TYPE............ ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/28/2005
CUSTOMER SERVICE DEPT.        CUST REF NO......... BELOW
60-1S-16                      ORDER DATE        09/23/2005      TERMS OF SALE
ST PAUL MN                    SHIP DATE..........09/28/2005     NET 63 DAYS
            55144-1000                                          TERMS DATE.....09/28/2005
                                                                SALES REP....... V4202-7

KIM     HENDRY
PHONE NO...651-733-2188      PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41304
CHARGE TO: GAP4766 ──
  SHIP TO: GAC4331

GMC GM SERVICE PARTS                      ACG-DISBURSEMNT ANALYSIS
OPERATIONS                               (DELPHI AUTOMTV SYSTEMS)
1251 JOSLYN AVE                          PO BOX 1550
PONTIAC MI 48340-2064                    FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 234 | EACH | 550060329/52482839<br>03666696270 V249 C-CAR SVC KIT PN<br>52482839<br>SER LOT NUMBER(S)<br>35778 | P | 8.34 | 1,951.56 |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***        SHPD 09/28 FROM-FILTRATION;EAG  VIA-CETR
***                                          B/L-8T  186340
***                                         143-LBS          13-PCS
```

| TOTAL MUST BE RECEIVED BY: 11/30/2005 | INVOICE TOTAL | 1,951.56 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10117547 707 90    /  /    09/28/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                                                    INVOICE NO........ FN41304
ACG-DISBURSEMNT ANALYSIS         REMIT PAYMENT TO          INVOICE DATE.... 09/28/2005
(DELPHI AUTOMTV SYSTEMS)                                   TERMS DATE...... 09/28/2005
PO BOX 1550                   3M      GAP4766
FLINT MI 48501-1550           P.O. BOX 371227
                              PITTSBURGPA 15250-7227
```

```
                              TOTAL MUST BE RECEIVED BY:        11/30/2005
                                             INVOICE TOTAL       1,951.56
```

| AMOUNT ENCLOSED | |
|---|---|

FN41304

# CENTRAL TRANSPORT

**Pro Number**
## 551-337556-5

**Ship Date**
09/28/05

| Pieces | Weight |
|--------|--------|
| 1 | 143 |

**Reference Number**

| Org | DC |
|-----|-----|
| 551 | 505 |

**Freight Terms**
**Freight Charges Are Collect**

**SCAC:** CTII

**Consignee:**
GMSPO PONTIAC PARTS WHSE
1251 JOSLYN AVE
PONTIAC, MI 48340

**Shipper:**
3M
3130 LEXINGTON AVE S
EAGAN, MN 55121

**Special Instructions**
Delivery Trailer: 53-9085
Shipper COD
0.0000

SEP 3 0 2005

GM Service Parts Operations
Pontiac Parts Plant #75
PER:

*Central Transport Delivery Receipt*

---

STRAIGHT BILL OF LADING — SHORT FORM
— ORIGINAL — NOT NEGOTIABLE

CARRIER & ROUTE
**CENTRAL TRAN**

SCAC CETR

CAR OR VEHICLE INITIALS AND NO.
5513375565

CHARGES TO BE
**COLLECT-BILL 3rd PARTY**

Page 1 of 1

CONSIGNED TO:
GMC GM SERVICE PARTS
OPERATIONS
1251 JOSLYN AVE
PONTIAC    MI    ZIP 483402064
COUNTRY CODE

DESTN FACILITY CODE
**3M**
3130 LEXINGTON AVE S.
EAGAN MN 55121-2239

8T 186340

ALL LETTERS AND NUMBERS IN ABOVE AREA MUST SHOW ON FREIGHT BILL

GAC4331

INVOICE NO. FM41304
CUSTOMER PURCHASE ORDER NUMBER 550060329

MODE LT

CONT. 1

MAIN AC 3084

SUB AC 533

DATE (MM/DD/YY) 09/28/05

| PACKAGE NO. | KIND | NO. | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SM.) | CLASS | SEE (BELOW) | DIV |
|---|---|---|---|---|---|---|---|
| 13 | BOX | | **PLASTIC OR RUBBER ARTICLE,NOI,OT EXPANDED,DENSITY     LBS/CU FT | 143 | 0.0 | B15 | BF |

THIRD PARTY BILLING
GMSPO / SCHNEIDER LOGISTICS
PO BOX 2854
GREEN BAY, WI 54306-2854
SLI# NC09288

FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

13 Packages On 1 Pallets

551-337556-5

---

## Pro Number    551-337556-5

### Additional Delivery Services Requested

| Service | Price | Service | Price | Service | Price |
|---|---|---|---|---|---|
| Inside Delivery | $70.00 | Sort - Segragate | $90.00 | Driver Delay | $75.00 |
| Residential Delivery | $50.00 | Liftgate | $90.00 | Redelivery | $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____ Date_____

**Internal Use Only**
# And Type of Container_____
Part #_____
Qty. of Pcs Affected_____

Desc._____
Skids_____
Date_____ Log#_____

**Stamp / Sign Here**

Firm_____

By_____
Shipment received in good order

Pieces Received _____

Driver_____ Date_____

Arrive Time_____ Depart Time_____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission,extension of credit is limited to seven (7) days. We must request your compliance. A reduction, allowance or adjustment may be made to this bill as permitted by 49 CFR 1051(2)(b)

| STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL — NOT NEGOTIABLE | CARRIER & ROUTE CENTRAL TRAN | SCAC CETR | CAR OR VEHICLE INITIALS AND NO. 5513375565 | | CHARGES TO BE |
|---|---|---|---|---|---|

CONSIGNED TO:

**GMC GM SERVICE PARTS**
**OPERATIONS**
**1251 JOSLYN AVE**
**PONTIAC**          **MI**

ZIP
**483402064**

COUNTRY CODE
**GAC4331**

DEST/ FACILITY CODE

**3M**

3130 LEXINGTON AVE. S.
EAGAN MN 55121-2239

CHARGES TO BE
**COLLECT-BILL 3rd PARTY**
SHIPPER'S NO.

Page   **1**   of   **1**

**8T   18634 0**

ALL LETTERS AND NUMBERS
IN ABOVE AREA MUST
SHOW ON FREIGHT BILL

| INVOICE NO. FN41304 | CUSTOMER PURCHASE ORDER NUMBER 550060329 | MODE LT | CONT. 1 | MAIN A/C 3084 | SUB A/C 533 | PROJECT | DATE (MM/DD/YY) 09/28/05 |
|---|---|---|---|---|---|---|---|

| PACKAGES | | DESCRIPTION OF ARTICLES SPECIAL MARKS, AND EXCEPTIONS | WEIGHT (Lbs.) | CLASS | FCC (SEE BELOW) | DIV |
|---|---|---|---|---|---|---|
| NO. | KIND | HM. | | | | | |
| 13 | BOX | | **PLASTIC OR RUBBER ARTICLES,NOI,O/T EXPANDED,DENSITY,      LBS/CU FT | 143 | 0.0 | B15 | BF |
| | | | | | | | |
| | | | THIRD PARTY BILLING | | | | |
| | | | GMSPO / SCHNEIDER LOGISTICS | | | | |
| | | | PO BOX 2654 | | | | |
| | | | GREEN BAY,  WI 54306-2654 | | | | |
| | | | SLI# KC99268 | | | | |

SKD ___ LSE CTN ___ DRM ___ BUN ___ ☐ SWAC
CRTS ___ BSKT ___ RCK ___ TOTE ___ ☐ SL & C
SWS-OF ___ CTN ___ SWS-STC ___ CTN
OTHER ___
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**551-337556-5**

**13   Packages On   1   Pallets**

## FOR ACCIDENT AND SPILL EMERGENCIES CALL CHEMTREC FOR ASSISTANCE 1-800-424-9300

| INSIDE DELIVERY IND. | DELIVERY APPT. IND. | DELIVERY APPOINTMENT DATE/TIME | | DELIVERY SORT IND. | | PALLET WEIGHT |
|---|---|---|---|---|---|---|
| CARRIER REFERENCE NUMBER | | | EQUIPMENT TYPE CODE | PROTECTIVE SERVICE IND. | 143 | TOTAL WEIGHT |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION.

I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELYDESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, PACKAGED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TOAPPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS.

PER _____

TITLE  REGULATORY MANAGER

COMPANY  3M

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33490
ST. PAUL, MINNESOTA 55133

**CARRIER CERTIFICATION**
CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS.  CARRIER CERTFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE.
PER _____
NUMBER OF PKGS _____
DATE _____

IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE.

PER _____

COMPANY  3M

WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE TARIFF OR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES.

SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING.  IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUTRECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT; THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHTAND ALL OTHER LAWFUL CHARGES.

SIGNATURE OF CONSIGNOR

Form 4738 - 173 - F (07/2003)

# **3M** Invoice

| PAGE    1 OF    1 | PURCHASE ORDER..550060331 | INVOICE NO...... FN41305<br>TYPE............ ORIGINAL |
|---|---|---|
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>60-1S-16<br>ST PAUL MN<br>55144-1000 | CUST REF NO......... BELOW<br>ORDER DATE        09/23/2005<br>SHIP DATE..........09/28/2005 | DATE.......... 09/28/2005<br><br>TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....09/28/2005<br>SALES REP....... V4202-7 |

KIM      HENDRY
PHONE NO...651-733-2188      PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                       FN41305
CHARGE TO: GAP4766 ——
  SHIP TO: GBT9619

GMC SERVICE PARTS OPER                      ACG-DISBURSEMNT ANALYSIS
COLUMBUS PDC                                (DELPHI AUTOMTV SYSTEMS)
6000 GREEN PNTE DR                          PO BOX 1550
GROVEPORT OH 43125-1092                     FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | 550060331/52482840 | | | |
| 54 | EACH | 05113874333 V251 S5S LHD SVC KIT PN<br>        52482840<br>SER LOT NUMBER(S)<br>35772 | P | 10.92 | 589.68 |
| | | EXEMPTION CERTIFICATE:DP98-002667 | D | | |

| *** | SHPD 09/28 FROM-FILTRATION;EAG  VIA-UPSN GR | | |
|---|---|---|---|
| *** | | B/L- | |
| *** | | 45-LBS | 3-PCS |

| TOTAL MUST BE RECEIVED BY: 11/30/2005 | INVOICE TOTAL | 589.68 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10117554 707 90    /   /    09/28/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

| DETACH AND RETURN WITH PAYMENT |
|---|

GAP4766
ACG-DISBURSEMNT ANALYSIS
(DELPHI AUTOMTV SYSTEMS)
PO BOX 1550
FLINT MI 48501-1550

REMIT PAYMENT TO

3M      GAP4766
P.O. BOX 371227
PITTSBURGPA 15250-7227

INVOICE NO........ FN41305
INVOICE DATE.... 09/28/2005
TERMS DATE...... 09/28/2005

TOTAL MUST BE RECEIVED BY:            11/30/2005
                       INVOICE TOTAL       589.68

| AMOUNT ENCLOSED | |
|---|---|

FN41305



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4382 038 4
**Service Type:**    GROUND
**Delivered on:**    09/30/2005 12:20 P.M.
**Delivered to:**    6000 GREEN POINTE DR S
                     GROVEPORT, OH, US 43125
**Signed by:**       DORSEY

**Location:**        DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:55 P.M.   Eastern Time
(USA)

# **3M** Invoice

```
PAGE    1 OF    1        PURCHASE ORDER..550060331              INVOICE NO...... FN41306
                                                                TYPE........... ORIGINAL
DIRECT INQUIRIES TO:                                            DATE.......... 09/28/2005
CUSTOMER SERVICE DEPT.       CUST REF NO........ BELOW
60-1S-16                     ORDER DATE        09/23/2005       TERMS OF SALE
ST PAUL MN                   SHIP DATE..........09/28/2005      NET 63 DAYS
            55144-1000                                          TERMS DATE.....09/28/2005
                                                                SALES REP....... V4202-7

KIM     HENDRY
PHONE NO...651-733-2188      PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                          FN41306
CHARGE TO: GAP4766 ──
  SHIP TO: GBT9601

GMC SERVICE PARTS OPER                   ACG-DISBURSEMNT ANALYSIS
MEMPHIS PDC                              (DELPHI AUTOMTV SYSTEMS)
5115 PLEASANT HILL                       PO BOX 1550
MEMPHIS TN 38118-7824                    FLINT MI 48501-1550
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 18 | EACH | 550060331/52482840<br>05113874333 V251 S5S LHD SVC KIT PN<br>        52482840<br>SER LOT NUMBER(S)<br>35772 | P | 10.92 | 196.56 |
| | | EXEMPTION CERTIFICATE:EXPORT | | R | |

```
***      SHPD 09/28 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                            B/L-
***                                            15-LBS                 1-PCS
```

| | TOTAL MUST BE RECEIVED BY: 11/30/2005 | INVOICE TOTAL | 196.56 |
|---|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

```
10117562 707 90    /  /    09/28/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11
```

---

| DETACH AND RETURN WITH PAYMENT |
|---|

```
GAP4766                                                    INVOICE NO........ FN41306
ACG-DISBURSEMNT ANALYSIS        REMIT PAYMENT TO           INVOICE DATE.... 09/28/2005
(DELPHI AUTOMTV SYSTEMS)                                   TERMS DATE...... 09/28/2005
PO BOX 1550                     3M       GAP4766
FLINT MI 48501-1550             P.O. BOX 371227
                                PITTSBURGPA 15250-7227
```

```
                        TOTAL MUST BE RECEIVED BY:        11/30/2005
                                        INVOICE TOTAL        196.56
```

| AMOUNT ENCLOSED | |
|---|---|

FN41306



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4500 679 7
**Service Type:**    GROUND
**Delivered on:**    10/03/2005 11:58 A.M.
**Delivered to:**    GMSPO
                     5115 PLEASANT HILL RD
                     MEMPHIS, TN, US 38118
**Signed by:**       DURHAM

**Location:**        DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:58 P.M.   Eastern Time (USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060329 | INVOICE NO...... FN41335<br>TYPE............ ORIGINAL<br>DATE.......... 10/06/2005 |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>60-1S-16<br>ST PAUL MN<br>        55144-1000 | CUST REF NO........ BELOW<br>ORDER DATE      10/03/2005<br>SHIP DATE.........10/06/2005 | TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....10/06/2005<br>SALES REP....... V4202-7 |

KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41335
CHARGE TO: GAP4766 ——
  SHIP TO: GAC4331

GMC GM SERVICE PARTS                 ACG-DISBURSEMNT ANALYSIS
OPERATIONS                           (DELPHI AUTOMTV SYSTEMS)
1251 JOSLYN AVE                      PO BOX 1550
PONTIAC MI 48340-2064                FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 126 | EACH | 550060329/52482839<br>03666696270 V249 C-CAR SVC KIT PN<br>          52482839<br>SER LOT NUMBER(S)<br>35778 | P | 8.34 | 1,050.84 |
| | | EXEMPTION CERTIFICATE:38-3431131 | D | | |

```
***    SHPD 10/06 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                          B/L-
***                                          77-LBS              7-PCS
```

| TOTAL MUST BE RECEIVED BY: 12/08/2005 | INVOICE TOTAL | 1,050.84 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10125573 706 90    /  /    10/06/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAP4766<br>ACG-DISBURSEMNT ANALYSIS<br>(DELPHI AUTOMTV SYSTEMS)<br>PO BOX 1550<br>FLINT MI 48501-1550 | REMIT PAYMENT TO<br><br>3M      GAP4766<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ FN41335<br>INVOICE DATE.... 10/06/2005<br>TERMS DATE...... 10/06/2005 |

TOTAL MUST BE RECEIVED BY:        12/08/2005
                    INVOICE TOTAL        1,050.84

| AMOUNT ENCLOSED | |
|---|---|

                                        FN41335



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:** 1Z 560 490 03 4496 731 3
**Service Type:** GROUND
**Delivered on:** 10/10/2005 9:30 A.M.
**Delivered to:** GMSPO
1251 JOSLYN AVE
PONTIAC, MI, US 48340
**Signed by:** DECAUSSIN

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 3:59 P.M.  Eastern Time
(USA)

# **3M** Invoice

| | | |
|---|---|---|
| PAGE   1 OF   1 | PURCHASE ORDER..550060328 | INVOICE NO...... FN41336<br>TYPE........... ORIGINAL |
| DIRECT INQUIRIES TO:<br>CUSTOMER SERVICE DEPT.<br>60-1S-16<br>ST PAUL MN<br>             55144-1000 | CUST REF NO........ BELOW<br>ORDER DATE        10/03/2005<br>SHIP DATE..........10/06/2005 | DATE.......... 10/06/2005<br><br>TERMS OF SALE<br>NET 63 DAYS<br>TERMS DATE.....10/06/2005<br>SALES REP....... V4202-7 |

KIM    HENDRY
PHONE NO...651-733-2188    PARTIAL ORDER....... NO
FAX NO.....651-733-9520

ACCOUNT NO.                        FN41336
CHARGE TO: GAP4766 ——
  SHIP TO: JRR1173

GMC                                    ACG-DISBURSEMNT ANALYSIS
LANSING PARTS PLANT                    (DELPHI AUTOMTV SYSTEMS)
4400 W MOUNT HOPE                      PO BOX 1550
LANSING MI 48917-9501                  FLINT MI 48501-1550

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 36 | EACH | 550060328/52482842<br>02162503109 V129 S5S RHD SERVICE PART<br>           PN 52482842<br>SER LOT NUMBER(S)<br>  36880 | P | 15.33 | 551.88 |
| | | EXEMPTION CERTIFICATE:38-3431131 | | D | |

```
***       SHPD 10/06 FROM-FILTRATION;EAG  VIA-UPSN GR
***                                             B/L-
***                                            30-LBS                2-PCS
```

| TOTAL MUST BE RECEIVED BY: 12/08/2005 | INVOICE TOTAL | 551.88 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10125581 706 90    /   /    10/06/05 ORO   CrBr:TM OrdWr:FN   InvBr:9J   AdmCd:FN
11

---

| DETACH AND RETURN WITH PAYMENT |
|---|

| | | |
|---|---|---|
| GAP4766<br>ACG-DISBURSEMNT ANALYSIS<br>(DELPHI AUTOMTV SYSTEMS)<br>PO BOX 1550<br>FLINT MI 48501-1550 | REMIT PAYMENT TO<br><br>3M      GAP4766<br>P.O. BOX 371227<br>PITTSBURGPA 15250-7227 | INVOICE NO........ FN41336<br>INVOICE DATE.... 10/06/2005<br>TERMS DATE...... 10/06/2005 |

                              TOTAL MUST BE RECEIVED BY:        12/08/2005
                                            INVOICE TOTAL           551.88

| AMOUNT ENCLOSED | |
|---|---|

                                                       FN41336



## DELIVERY NOTIFICATION

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 560 490 03 4375 571 3
**Service Type:** GROUND
**Delivered on:** 10/10/2005 9:55 A.M.
**Delivered to:** GMSPO
4400 W MOUNT HOPE HWY
LANSING, MI, US 48917
**Signed by:** KLAVIER

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 06/22/2006 4:01 P.M. Eastern Time (USA)