# EXHIBIT 1 – PART 1

ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28366
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/01/05
MEADVILLE        PA 16335

                                         PO#:    A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641      SHIP TO:


VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      T45 CRIB/REC. DOCK PLT 13
                                        1265 NORTH RIVER ROAD
SAVANNAH, GA                            WARREN, OH
      —        31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80641 | Z017196-A00 | 1 COMPLETE | 600.0000 | 600.00 |

                                        SUB-TOTAL      600.00
                                        SALES TAX         .00
                                                       600.00


                                        TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28367

DATE:          9/01/05

PO#:   A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80627 | Z017182-A | 1 COMPLETE | 900.0000 | 900.00 |

SUB-TOTAL          900.00
SALES TAX          .00
          900.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28368

DATE:          5/01/05

PO#:   A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80626 | Z017181-A | 1 COMPLETE | 900.0000 | 900.00 |

SUB-TOTAL          900.00
SALES TAX          .00
          900.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28369

**DATE:**          9/01/05

**PO#:**   AB5075/P2S46285

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
SAVANNAH, GA                             CLINTON, MS
          31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80648 | 12092847PMSLA0027-A | 1 COMPLETE | 375.0000 | 375.00 |

|  |  |
|--|--|
| SUB-TOTAL | 375.00 |
| SALES TAX | .00 |
|  | 375.00 |

TERMS: NET 30 DAYS



P.O. BOX 875

MEADVILLE, PA 16335

TELEPHONE 814-336-4235

FAX 814-837-0101

**ACTCO TOOL & MFG. CO.**

D&B NUMBER: 004350641

INVOICE NO.   28371

DATE:   01/01/06

P.O. NO.   26N04863

SHIP TO:

Alambrados y Circuitos Electricos
SA de CV (Chih. 1)
P.O. Box 981012/Accounts Payable
El Paso, TX
79998-1012

Alambrados Circuitos Electricos
(Chih. 1) 48 Walter Jones
Bldg, B Dock 87 & 88
El Paso, TX
79906

| SKU NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL | SHIPPING COSTS |
|---------|-------------|----------|------------|-------|----------------|
| 80894 | 8JEA203-C | 1 COMPLETE | 240.0000 | 240.00 | |
| | | | SUB-TOTAL | 240.00 | |
| | | | SALES TAX | .00 | |
| | | | | 240.00 | |

Buyer has furnished plans and specifications for the goods and is not relying upon Seller's skill and judgment to select, design or furnish suitable goods accordingly. SELLER DOES NOT WARRANT THAT THE GOODS ARE FIT FOR ANY PARTICULAR PURPOSE. Seller warrants that the goods are as described in this agreement, but no other express or implied warranties are made in respect of the goods. THE GOODS ARE SOLD AS IS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**TERMS: NET 30 DAYS**

A FINANCE CHARGE OF 1 1/2% PER MONTH (18% ANNUALLY) WILL BE MADE ON ACCOUNTS NOT PAID WITHIN 30 DAYS.

INVOICE COPY

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28372

DATE:          9/01/05

PO#:           A86115
               P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 8GBB157-A | | 2 COMPLETE | 86.0000 | 172.00 |

|  |  |
|--|--|
| SUB-TOTAL | 172.00 |
| SALES TAX | .00 |
| | 172.00 |

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.          INVOICE NUMBER: 28373
P. O. BOX 675
MEADVILLE      PA 16335         DATE:        9/01/05

                                PO#:
BILL TO:                                     A86116
         D&B NUMBER: 004350641               P2R21696
                                SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A              DELPHI AUTOMOTIVE SYSTEMS
                                1001 INDUSTRIAL DRIVE
SAVANNAH, GA                    PLANT 22 RECEIVING DOCK
         31415                  CLINTON. MS
                                             39056

REF NO.   DRAWING NO.       QUANTITY    UNIT PRICE      TOTAL


J6185 8E15005-F                   1     159.0000       159.00
                            COMPLETE


                                SUB-TOTAL      159.00
                                SALES TAX        .00
                                              159.00


                                TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28374

DATE:          9/01/05

PO#:           A86115
               P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6207 8GAT075-A | | 2 COMPLETE | 129.0000 | 258.00 |

SUB-TOTAL      258.00
SALES TAX         .00
               258.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28375

DATE:          9/01/05

PO#:          A86115
                    P1R70820
SHIP TO:

BILL TO:          D&B NUMBER: 004350641

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
F52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 BGBA067-D | | 2 COMPLETE | 264.2500 | 528.50 |

SUB-TOTAL          528.50
SALES TAX          .00
                        528.50

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.          INVOICE NUMBER# 28376
P. O. BOX 675
MEADVILLE          PA 16335      DATE:          9/01/05

                                 PO#:           AB6115
                                                P1R70820
BILL TO:          D&B NUMBER: 004350641
                                 SHIP TO:
```

```
VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A               DELPHI AUTOMOTIVE SYSTEMS
                                 1265 N. RIVER RD/PLT. 13
SAVANNAH. GA                     P52 CRIB/ADAM FADELI.
          31415                  WARREN. OH
                                                44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6229   | 8GGC062-A   | 2 COMPLETE | 69.0000 | 138.00 |

```
                                 SUB-TOTAL        138.00
                                 SALES TAX          .00
                                                  138.00
```

```
                                 TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28377

DATE:              9/01/05

PO#:               A86115
                   P1R70820

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415
                                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6266 8T40287-A | | 3 COMPLETE | 31.0000 | 93.00 |

SUB-TOTAL          93.00
SALES TAX           .00
                   93.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28378

DATE:          9/01/05

PO#:           A56115
               P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6331 8E25860-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX          .00
                   76.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28379

DATE:          9/01/05

PO#:          A86115
              P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
         31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6395 8GFA135-E |  | 1 COMPLETE | 180.0000 | 180.00 |

SUB-TOTAL     180.00
SALES TAX       .00
              180.00

TERMS: NET 30 DAYS

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28380

DATE:              9/01/05

PO#:               A86117
                   P2R21697

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6502 8E19484-E | | 2 COMPLETE | 84.0000 | 168.00 |

SUB-TOTAL    168.00
SALES TAX       .00
             168.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28381

DATE:          9/01/05

PO#:                    A86114
                        P1R70818

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6577 8E25320-A | | 2 COMPLETE | 125.0000 | 250.00 |

|  |  |
|--|--|
| SUB-TOTAL | 250.00 |
| SALES TAX | .00 |
|  | 250.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28382

DATE:              9/01/05

PO#:    A85571/P2R21490

BILL TO:              D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
                 31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80821 | 86BI026-B | 1 COMPLETE | 122.0000 | 122.00 |

SUB-TOTAL          122.00
SALES TAX            .00
                   122.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28383

DATE:              9/01/05

PO#:     A85878/P1R70578

BILL TO:               D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1845 N. RIVER RD/PLT. 13
                                      P52 CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
                31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80851 | 8F25061-C | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL     72.00
SALES TAX      .00
              72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8384

DATE:          9/01/05

PO#:   A85857/P1550756

BILL TO:          D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 T47 CRIB/REC. DOCK PLT.13
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
          31415                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80848 | Z010543-A | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX             .00
                   500.00

TERMS:  NET 30 DAYS

ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28385
14481 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        5/01/05
MEADVILLE        PA 16335
                                         PO#:    A84455/PPS46185

BILL TO:        D&B NUMBER: 004350641    SHIP TO:

VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T42
SAVANNAH, GA                             CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80594 | 12052373PMA0042-A | 1 COMPLETE | 975.0000 | 975.00 |

SUB-TOTAL      975.00
SALES TAX         .00
               975.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28386

DATE:           9/01/05

PO#:            A65040
                P2R21264

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH. GA                                 CLINTON. MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6683 8T40413-A | | 4 COMPLETE | 37.0000 | 148.00 |

SUB-TOTAL     148.00
SALES TAX        .00
              148.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28387

DATE:            9/01/05

PO#:            A85702
                P2R21544

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON. MS
            31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6683 8T40413-A | | 16 COMPLETE | 37.0000 | 592.00 |

SUB-TOTAL       592.00
SALES TAX          .00
                592.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28388

DATE:          9/02/05

PO#:    A84909/P1S50115

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80640 | Z017195-A00 | 1 COMPLETE | 525.0000 | 525.00 |

SUB-TOTAL     525.00
SALES TAX       .00
              525.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28389

DATE:          9/02/05

PO#:    A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 80631 | Z017186-A | 1 COMPLETE | 575.0000 | 575.00 |

SUB-TOTAL     575.00
SALES TAX       .00
              575.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28390

DATE:          9/02/05

PO#:    A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80632 | Z017187-A | 1 COMPLETE | 575.0000 | 575.00 |

SUB-TOTAL          575.00
SALES TAX          .00
          575.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28391

DATE:          9/02/05

PO#:    A85435/P1S50461

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T47 CRIB/REC. DOCK PLT.13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80721 | 2014942-A | 1 COMPLETE | 425.0000 | 425.00 |

SUB-TOTAL          425.00
SALES TAX          .00
          425.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28394

DATE:             9/02/05

PO#:              A56160
                  P1R70877

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH

31415                                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6021 868A108-B | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL        118.00
SALES TAX          .00
                 118.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28395

DATE:          7/02/05

PO#:           A66160
               P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A
SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6039   | BE25903-H   | 1 COMPLETE | 51.0000  | 51.00 |

SUB-TOTAL      51.00
SALES TAX       .00
               51.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28396

DATE:          9/02/05

PO#:           A86159
               P1R70875

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6102 | 8K28494-C | 1 COMPLETE | 144.0000 | 144.00 |

SUB-TOTAL     144.00
SALES TAX        .00
              144.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8597

DATE:          9/02/05

PO#:          A56160
              P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1865 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6133 8E25502-B | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL          60.00
SALES TAX          .00
                   60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28398

DATE:                9/02/05

PO#:              AB6160
                  P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| T6136 | 8E25953-A | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL      120.00
SALES TAX         .00
               120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28399

DATE:            9/02/05

PO#:             A86160
                 P1R70877

BILL TO:          D&B NUMBER: 004350641       SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
           31415                                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6147 8E27691-D | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL        120.00
SALES TAX          .00
                 120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28400

DATE:          9/02/05

PO#:           A86160
               P1R70877

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6152 | 86GA097-G | 6 COMPLETE | 69.0000 | 414.00 |

SUB-TOTAL        414.00
SALES TAX          .00
                 414.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 25401

DATE:          9/02/05

PO#:           A8A160
               P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
        31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6158 866D104-D | | 1 COMPLETE | 66.0000 | 66.00 |

SUB-TOTAL      66.00
SALES TAX       .00
               66.00

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.
         14421 BALDWIN ST. EXT.              INVOICE NUMBER: 28402
         P. O. BOX 675
         MEADVILLE        PA 16335           DATE:          9/02/05

                                             PO#:           A86160
                                                            P1R70877
  BILL TO:            D&B NUMBER: 004350641   SHIP TO:


VANGUARD DISTRIBUTORS,INC             DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1265 N. RIVER RD/PLT. 13
                                      P52 CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
             31415                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6198 8E27108-B | | 1 COMPLETE | 96.0000 | 96.00 |

```
                                      SUB-TOTAL     96.00
                                      SALES TAX       .00
                                                    96.00


                            TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28408

DATE:              9/02/05

PO#:               A86160
                   F1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 8GBA067-D | | 1 COMPLETE | 264.2500 | 264.25 |

SUB-TOTAL          264.25
SALES TAX             .00
                   264.25

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28404

DATE:              9/02/05

PO#:               A86160
                   P1R70877

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA915 | 8K28505-B | 1 COMPLETE | 209.0000 | 209.00 |

SUB-TOTAL          209.00
SALES TAX            .00
                   209.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28405

DATE:          9/02/05

PO#:          A86160
              P1R70877

BILL TO:          D&B NUMBER: 004950641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
PSP CRIB/ADAM FADELI
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6722 86BE509-B | | 2 COMPLETE | 306.0000 | 612.00 |

|  |  |
|---|---|
| SUB-TOTAL | 612.00 |
| SALES TAX | .00 |
| | 612.00 |

TERMS: NET 30 DAYS

ACTOR TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER: P8404

DATE:          9/05/05

PO#:                A55010
                    P1B70497

BILL TO:                D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
                31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6043 | BGAB214-B | 4 COMPLETE | 115.0000 | 460.00 |

SUB-TOTAL        460.00
SALES TAX           .00
                 460.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28407

DATE:            5/02/05

PO#:             A86160
                 P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA043 8GA8P14-B |  | 4 COMPLETE | 115.0000 | 460.00 |

SUB-TOTAL   440.00
SALES TAX      .00
            440.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28408

DATE:          9/02/05

PO#:          A86115
             P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
                    P5P CRIB/ADAM FADELI
SAVANNAH, GA          WARREN, OH
          31415                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6522 | BGSF076-A | 1 COMPLETE | 131.0000 | 131.00 |

SUB-TOTAL          131.00
SALES TAX          .00
                   131.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28409

DATE:          9/02/05

PO#:     A84911/P2S46234

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A
SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80645 | 12146418PMSLA0047-F | 2 COMPLETE | 625.0000 | 1250.00 |

SUB-TOTAL     1250.00
SALES TAX          .00
                   1250.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28426

DATE:           9/06/05

PO#:      A85935/P1R70640

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
                 31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80875 | 8GGA187-A | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL      96.00
SALES TAX        .00
               96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28427

DATE:              9/06/05

PO#:    A85983/P2R21653

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                              PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                  CLINTON, MS
        31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80880 | 8E25945-B | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL      109.00
SALES TAX         .00
               109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28428

DATE:              9/06/05

PO#:     A85981/P1R70707

BILL TO:            D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80878 | 8E27103-A | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL         125.00
SALES TAX            .00
                  125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE              PA 16335

INVOICE NUMBER: 28429

DATE:            9/06/05

PO#:     A85981/P1R70707

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80879 | 8GGD048-B | 3 COMPLETE | 125.0000 | 375.00 |

SUB-TOTAL        375.00
SALES TAX          .00
                 375.00

TERMS: NET 30 DAYS