# EXHIBIT 1 – PART 2

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28431

DATE:          9/06/05

PO#:   A86101/P1S50942

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80882-A | 8K29233-H | 1 COMPLETE | 103.0000 | 103.00 |

|  |  |  | SUB-TOTAL | 103.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 103.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE      PA 16335

INVOICE NUMBER: 28432

DATE:        9/06/05

PO#:   A85436/P2S46389

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80727 | 8K18253-S | 1 COMPLETE | 328.0000 | 328.00 |

SUB-TOTAL     328.00
SALES TAX         .00
              328.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28433

DATE:              9/06/05

PO#:     A85232/P2S46333

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80687 | 15326682PMGA0025-A | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL    675.00
SALES TAX       .00
                    675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28434

DATE:          9/06/05

PO#:   A85232/P2S46333

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80688 | 15326682PMGA0026-A | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL     675.00
SALES TAX        .00
              675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28435

DATE:          9/07/05

PO#:          A85085
              P1R69683

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T47 CRIB/REC. DOCK PLT.13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6384   | Z008672-C   | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL          475.00
SALES TAX             .00
                   475.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28437

DATE:              9/07/05

PO#:     A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       T45 CRIB/REC. DOCK PLT 13
                                         1265 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
            31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80637   | Z017192-A00 | 1 COMPLETE | 650.0000 | 650.00 |

                                         SUB-TOTAL      650.00
                                         SALES TAX         .00
                                                        650.00

                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28438

DATE:            9/07/05

PO#:    A84909/P1S50115

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A
SAVANNAH, GA
             31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80638 | Z017193-A00 | 1 COMPLETE | 650.0000 | 650.00 |

SUB-TOTAL        650.00
SALES TAX           .00
                 650.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28439

DATE:          9/07/05

PO#:   A85615/P2S46429

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80813 | 12110487PMSLA0080-A | 1 COMPLETE | 450.0000 | 450.00 |

SUB-TOTAL          450.00
SALES TAX          .00
                  450.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: P8441

DATE:              9/07/05

PO#:    A86160/P1R70877

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELI
SAVANNAH, GA                              WARREN, OH
          31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80991   | RF2506P-C   | 1        | 109.0000   | 109.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL        109.00
SALES TAX           .00
                 109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28442

DATE:          9/07/05

PO#:    A86160/P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
SAVANNAH  GA          P52 CRIB/ADAM FARELL
          31415          WARREN  OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80993   | 8660589-B   | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX          .00
          109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28443

DATE:            9/07/05

PO#:   AB4061/P2821475

BILL TO:          D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
SAVANNAH, GA                             PLANT 28 RECEIVING DOCK
          31415                          CLINTON, MS
                                                   39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80881   | 8KP7227-B   | 1 COMPLETE | 319.4400 | 319.44 |

SUB-TOTAL        319.44
SALES TAX           .00
                 319.44

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER: 38443

DATE:              9/07/05

PO#:    A84160/P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1865 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80994 | 8GKK014-A | 1 COMPLETE | 240.0000 | 240.00 |

SUB-TOTAL     240.00
SALES TAX        .00
              240.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14481 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28445

DATE:            9/07/05

PO#:    A84115/P1R70820

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
                31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80995 | 866D042-A | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL        125.00
SALES TAX           .00
                 125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: P8446

DATE:              9/07/05

PO#:    A86158/P1R70876

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       PE5 CRIB/REC. DOCK PLT.13
                                         1265 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80900   | P5RV060-A   | 1        | 141.0000   | 141.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL    141.00
SALES TAX      .00
             141.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28447

DATE:          9/07/05

PO#:   A86189/P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1245 N. RIVER RD/PLT. 13
SAVANNAH, GA          P5R CRIB/ADAM FADELL
          WARREN, OH
          31415          44486

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80997 | 8E19510-D | 1 COMPLETE | 132.0000 | 132.00 |
| | | | SUB-TOTAL | 132.00 |
| | | | SALES TAX | .00 |
| | | | | 132.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28448

DATE:              9/08/05

PO#:               A86189
                   P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
         31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6013 8GBY076-B | | 1 COMPLETE | 132.0000 | 132.00 |

SUB-TOTAL        132.00
SALES TAX           .00
                 132.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28449

DATE:            9/08/05

PO#:             A86271
                 P1R71024

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6038 8GBF084-A | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL     72.00
SALES TAX      .00
              72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28450

DATE:              9/08/05

PO#:               A86272
                   P1R71027

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6039   | 8E25903-H   | 2 COMPLETE | 51.0000  | 102.00 |

|  |  | SUB-TOTAL | 102.00 |
|--|--|-----------|--------|
|  |  | SALES TAX | .00 |
|  |  |           | 102.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8451

DATE:          9/08/05

PO#:           A86237
               P1R70988

BILL TO:     D&R NUMBER: 004350641     SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
        31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6051 8GFA097-B | | 2 COMPLETE | 120.0000 | 240.00 |
| | | | SUB-TOTAL | 240.00 |
| | | | SALES TAX | .00 |
| | | | | 240.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE       PA 16335

INVOICE NUMBER: P8452

DATE:          9/08/05

PO#:           A86237
               P1R7098B

BILL TO:      D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6056 8GEC033-A | | 2 COMPLETE | 175.0000 | 350.00 |

SUB-TOTAL      350.00
SALES TAX         .00
               350.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28453

DATE:          9/08/05

PO#:           A86271
               P1R71024

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH

31415

44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6102 8KP8494-C | | 1 COMPLETE | 144.0000 | 144.00 |

SUB-TOTAL      144.00
SALES TAX        .00
               144.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
F. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28454

DATE:          9/08/05

PO#:          A86272
              P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B | | 2 COMPLETE | 20.2500 | 40.50 |

SUB-TOTAL          40.50
SALES TAX           .00
                   40.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28455

DATE:              9/08/05

PO#:               A86272
                   P1R71027

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                              444R3

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6114 8K29213-B | | 2 COMPLETE | 53.0000 | 106.00 |

SUB-TOTAL          106.00
SALES TAX             .00
                   106.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8456

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
               31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6129 8E25014-C | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL      102.00
SALES TAX         .00
               102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28457

DATE:                9/08/05

PO#:                 A86189
                     P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
                31415

                                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6135 8E25935-C | | 1 COMPLETE | 69.0000 | 69.00 |

SUB-TOTAL        69.00
SALES TAX          .00
                 69.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28458

DATE:          9/08/05

PO#:          A86189
              P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH

31415                                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 8G6C085-A | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL          102.00
SALES TAX            .00
                   102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28459

DATE:            9/08/05

PO#:             A86189
                 P1R70929

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6175 111A015-B | | 1 COMPLETE | 96.0000 | 96.00 |
| | | | SUB-TOTAL | 96.00 |
| | | | SALES TAX | .00 |
| | | | | 96.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28460

DATE:              9/08/05

PO#:               A86271
                   P1R71024

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH. GA                             WARREN. OH
                   31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6192 8E25551-D | | 4 | 180.0000 | 720.00 |
| | | COMPLETE | | |

|  |  |
|--|--|
| SUB-TOTAL | 720.00 |
| SALES TAX | .00 |
| | 720.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28461

DATE:              9/08/05

PO#:               A86237
                   P1R70988

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS. INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH. GA                        WARREN. OH
           31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6201   | 8E27345-B   | 1 COMPLETE | 72.0000  | 72.00 |
|         |             |          | SUB-TOTAL  | 72.00 |
|         |             |          | SALES TAX  | .00   |
|         |             |          |            | 72.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: P8462

DATE:         9/08/05

PO#:
A86189
P1R70929

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6203 8GAD379-B | | 1 COMPLETE | 129.0000 | 129.00 |

SUB-TOTAL         129.00
SALES TAX         .00
129.00

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28463
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                   DATE:        9/08/05
        MEADVILLE        PA 16335
                                        PO#:         A86237
                                                     P1R70988
  BILL TO:        D&B NUMBER: 004350641   SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
            31415                                  44483

REF NO.    DRAWING NO.        QUANTITY      UNIT PRICE       TOTAL


J6204 86AD440-A                  2          141.0000        282.00
                            COMPLETE


                                        SUB-TOTAL      282.00
                                        SALES TAX         .00
                                                       282.00



                                        TERMS: NET 30 DAYS
```

```
         ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28464
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                         DATE:         9/08/05
         MEADVILLE        PA 16335
                                               PO#:          A86272
                                                             P1R71027
   BILL TO:        D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS.INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
              31415                                     44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6205 | 86AD634-A | 1 COMPLETE | 125.0000 | 125.00 |

```
                                          SUB-TOTAL      125.00
                                          SALES TAX         .00
                                                         125.00


                                          TERMS: NET 30 DAYS
```

```
          ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28465
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                            DATE:          9/08/05
          MEADVILLE        PA 16335
                                                   PO#:           A86272
                                                                  P1R71027
   BILL TO:        D&B NUMBER: 004350641           SHIP TO:


VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1265 N. RIVER RD/PLT. 13
                                      P5P CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
            31415                                      44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6207 8GAT075-A | | 1 COMPLETE | 129.0000 | 129.00 |

```
                                     SUB-TOTAL        129.00
                                     SALES TAX          .00
                                                      129.00


                                     TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28466
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:            9/08/05
MEADVILLE          PA 16335

                                        PO#:             A86P37
                                                         P1R70988

BILL TO:            D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6223 8G6A070-C | | 1 COMPLETE | 96.0000 | 96.00 |

                                        SUB-TOTAL       96.00
                                        SALES TAX         .00
                                                        96.00


                                        TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28467

DATE:          9/08/05

PO#:           A86271
               P1R71024

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
                    31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6277 BGKK018-A | | 3 COMPLETE | 110.0000 | 330.00 |

SUB-TOTAL     330.00
SALES TAX        .00
              330.00

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.              INVOICE NUMBER: 28468
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                      DATE:        9/08/05
        MEADVILLE        PA 16335
                                           PO#:         A86237
                                                        P1R70988

BILL TO:        D&B NUMBER: 004350641      SHIP TO:


VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
            31415                                   44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6314 BK28504-E | | 1 COMPLETE | 96.0000 | 96.00 |

```
                                   SUB-TOTAL      96.00
                                   SALES TAX        .00
                                                  96.00


                                   TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28464

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
              31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6326 | 8K29348-C | 2 COMPLETE | 165.0000 | 330.00 |

SUB-TOTAL          330.00
SALES TAX             .00
                   330.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28470

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH. GA                               WARREN. OH
               31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6332 8E25923-B | | 1 COMPLETE | 152.0000 | 152.00 |

SUB-TOTAL      152.00
SALES TAX         .00
               152.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28471

DATE:          9/08/05

PO#:          A86188
              P1R70927

BILL TO:          D&R NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6346 8E27480-C | | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL          108.00
SALES TAX            .00
                   108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28472
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:            9/08/05
MEADVILLE           PA 16335
                                               PO#:             A86237
                                                                P1R70988

BILL TO:            D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
                31415                                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6347 8E27692-F | | 1 COMPLETE | 46.0000 | 46.00 |

                                     SUB-TOTAL        46.00
                                     SALES TAX          .00
                                                      46.00


                                     TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8473

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6347 8E27692-F | | 2 COMPLETE | 46.0000 | 92.00 |

SUB-TOTAL          92.00
SALES TAX            .00
                   92.00

TERMS: NET 30 DAYS

```
          ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28474
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                      DATE:          9/08/05
          MEADVILLE        PA 16335
                                             PO#:           A86275
                                                            P2R21724
     BILL TO:        D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
              31415                                    39056

REF NO.    DRAWING NO.        QUANTITY      UNIT PRICE        TOTAL


J6444 8KP7224-B                  1         203.0000        203.00
                              COMPLETE


                                       SUB-TOTAL        203.00
                                       SALES TAX           .00
                                                        203.00



                                       TERMS: NET 30 DAYS
```

```
          ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28475
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                    DATE:          9/08/05
          MEADVILLE          PA 16335
                                           PO#:           A86271
                                                          P1R71024
   BILL TO:        D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS.INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
                  31415                                    44483

REF NO.    DRAWING NO.      QUANTITY     UNIT PRICE       TOTAL


J6453 8K27792-D                    1     195.0000         195.00
                          COMPLETE


                                         SUB-TOTAL        195.00
                                         SALES TAX          .00
                                                         195.00


                                         TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.

INVOICE NUMBER: 28476

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/08/05

PO#:               A86189
                   P1R70929

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
          31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6548 8E27398-B | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL       84.00
SALES TAX         .00
                84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28477

DATE:          9/08/05

PO#:          A86189
              P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6561 8GBF323-A | | 2 COMPLETE | 108.0000 | 216.00 |

SUB-TOTAL     216.00
SALES TAX       .00
              216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28478

DATE:        9/08/05

PO#:         A86271
             P1R71024

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6594 8E25008-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL    72.00
SALES TAX      .00
             72.00

TERMS: NET 30 DAYS

```
            ACTCO TOOL & MFG. CO.                 INVOICE NUMBER: 28479
            14421 BALDWIN ST. EXT.
            P. O. BOX 675                          DATE:          9/08/05
            MEADVILLE          PA 16335
                                                   PO#:           A86272
                                                                  P1R71027
   BILL TO:          D&B NUMBER: 004350641         SHIP TO:
```

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6715 8GGD981-A | | 2 COMPLETE | 219.0000 | 438.00 |

```
                                   SUB-TOTAL      438.00
                                   SALES TAX        .00
                                                  438.00
```

                                   TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.                 INVOICE NUMBER: 28480
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                          DATE:          9/08/05
         MEADVILLE          PA 16335
                                                PO#:           A86189
                                                               P1R70929
   BILL TO:         D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
               31415                                   44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6732 8GBA167-D | | 2 COMPLETE | 66.0000 | 132.00 |

```
                                       SUB-TOTAL      132.00
                                       SALES TAX         .00
                                                      132.00
```

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28481

DATE:          9/08/05

PO#:          A86272
              P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A
SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6733 8E23986-E | | 1 COMPLETE | 120.0000 | 120.00 |
| | | | SUB-TOTAL | 120.00 |
| | | | SALES TAX | .00 |
| | | | | 120.00 |

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.              INVOICE NUMBER: 28482
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                      DATE:          9/08/05
         MEADVILLE        PA 16335
                                            PO#:              A86236
                                                              P1R70986

   BILL TO:        D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS.INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH. GA                           WARREN. OH
              31415                                    44483

REF NO.    DRAWING NO.       QUANTITY    UNIT PRICE        TOTAL


J6103 8K28496-C                 1        84.0000          84.00
                             COMPLETE


                                       SUB-TOTAL          84.00
                                       SALES TAX           .00
                                                         84.00



                                       TERMS: NET 30 DAYS
```

```
          ACTCO TOOL & MFG. CO.
          14421 BALDWIN ST. EXT.              INVOICE NUMBER: 28483
          P. O. BOX 675
          MEADVILLE        PA 16335           DATE:           9/08/05

                                              PO#:            A86238
                                                              P2R21711
   BILL TO:        D&B NUMBER: 004350641      SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
          31415                                  39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6449 | 8E23299-A | 1 COMPLETE | 72.0000 | 72.00 |

```
                                       SUB-TOTAL       72.00
                                       SALES TAX         .00
                                                       72.00
```

                                       TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28484

DATE:          9/08/05

PO#:          A86238
              P2R21711

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6535 8E23295-B | | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL          62.00
SALES TAX            .00
                   62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: P8485

DATE:            9/08/05

PO#:            A86238
                P2R21711

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1001 INDUSTRIAL DRIVE
                                     PLANT 22 RECEIVING DOCK
SAVANNAH, GA                         CLINTON, MS
         31415                                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6556 8K27332-B | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL     84.00
SALES TAX       .00
              84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8486

DATE:          9/08/05

PO#:          A86188
              P1R70927

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
SAVANNAH, GA                       P52 CRIB/ADAM FADELL
          31415                    WARREN, OH
                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6753 8T40083-B | | 5 COMPLETE | 45.0000 | 225.00 |

SUB-TOTAL          225.00
SALES TAX             .00
                   225.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28487

DATE:          9/08/05

PO#:           A86236
               P1R70986

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH

          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6753 8T40083-B | | 10 COMPLETE | 45.0000 | 450.00 |

SUB-TOTAL      450.00
SALES TAX         .00
               450.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28492

DATE:           9/08/05

PO#:    A84909/P1S50115

BILL TO:            D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 T45 CRIB/REC. DOCK PLT 13
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80636 | Z017191-A00 | 1 COMPLETE | 600.0000 | 600.00 |

SUB-TOTAL      600.00
SALES TAX         .00
               600.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28493

DATE:          9/08/05

PO#:   A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80629 | Z017184-A | 1 COMPLETE | 650.0000 | 650.00 |

SUB-TOTAL          650.00
SALES TAX             .00
                   650.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28495

DATE:              9/08/05

PO#:    A85327/P2S46364

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80699 | 15326803PMGA0046 | 1 COMPLETE | 575.0000 | 575.00 |

SUB-TOTAL        575.00
SALES TAX            .00
                 575.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
16421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER:    28494

DATE:              9/08/05

PO#:               A84116
                   PPPP1696

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
            31415                                  39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6185 | 8E15005-F | 1 COMPLETE | 159.0000 | 159.00 |

SUB-TOTAL    159.00
SALES TAX       .00
             159.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28497

DATE:            9/08/05

PO#:             A86236
                 P1R70986

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
        31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| T6293   | 5V28506-B   | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL    120.00
SALES TAX       .00
             120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28498

**DATE:**          9/08/05

**PO#:**     A84909/P1S50115

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     T45 CRIB/REC. DOCK PLT 13
                                       1265 NORTH RIVER ROAD
SAVANNAH, GA                           WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80633 | Z017188-B00 | 1 COMPLETE | 650.0000 | 650.00 |

|  |  |
|---|---|
| SUB-TOTAL | 650.00 |
| SALES TAX | .00 |
|  | 650.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28499

DATE:          9/08/05

PO#:   A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80635 | Z017190-B00 | 1 COMPLETE | 650.0000 | 650.00 |

|  |  |
|--|--|
| SUB-TOTAL | 650.00 |
| SALES TAX | .00 |
|  | 650.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28500

DATE:          9/09/05

PO#:          A86324
              P1R71106

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6022 | BGBN223-B | 1<br>COMPLETE | 132.0000 | 132.00 |

SUB-TOTAL          132.00
SALES TAX             .00
                   132.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28501

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH

31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6081 8GFB399-A | | 1 COMPLETE | 197.0000 | 197.00 |

SUB-TOTAL      197.00
SALES TAX         .00
               197.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28502

DATE:              9/09/05

PO#:               A86327
                   P2R21751

BILL TO:           D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1001 INDUSTRIAL DRIVE
                                        PLANT 22 RECEIVING DOCK
SAVANNAH, GA                            CLINTON, MS
        31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6098 8K27660-E | | 4 COMPLETE | 34.5000 | 138.00 |

SUB-TOTAL    138.00
SALES TAX       .00
             138.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28503

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6100 8K27908-E | | 1 COMPLETE | 156.0000 | 156.00 |

|  |  |
|--|--|
| SUB-TOTAL | 156.00 |
| SALES TAX | .00 |
| | 156.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28504

DATE:          9/09/05

PO#:

A86325
P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B | | 4 COMPLETE | 20.2500 | 81.00 |
| | | | SUB-TOTAL | 81.00 |
| | | | SALES TAX | .00 |
| | | | | 81.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28505

DATE:          9/09/05

PO#:           AB6325
               P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6114 8K29213-B | | 2 COMPLETE | 53.0000 | 106.00 |

SUB-TOTAL          106.00
SALES TAX          .00
                   106.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28506

DATE:          9/09/05

PO#:          A86327
              P2R21751

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6126 8E19154-G | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL          51.00
SALES TAX           .00
                   51.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28507

DATE:          9/09/05

PO#:                A86327
                    P2R21751

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6127 8E20225-H | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL          51.00
SALES TAX            .00
                    51.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28508

DATE:          9/09/05

PO#:          A86325
              P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 86GC085-A | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL          51.00
SALES TAX            .00
                   51.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28509

DATE:          9/09/05

PO#:          A86327
              P2R21751

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6186 BE20226-J | | 1 COMPLETE | 94.0000 | 94.00 |

SUB-TOTAL     94.00
SALES TAX        .00
              94.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28510

DATE:          9/09/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
           31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6203 8GAD379-B | | 1<br>COMPLETE | 129.0000 | 129.00 |

|  |  |
|--|--|
| SUB-TOTAL | 129.00 |
| SALES TAX | .00 |
| | 129.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28511

DATE:          9/09/05

PO#:          A86325
              P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6232 8GGD089-B | | 1 COMPLETE | 94.5000 | 94.50 |

SUB-TOTAL          94.50
SALES TAX          .00
                   94.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28512
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/09/05
MEADVILLE          PA 16335

                                         PO#:         A86325
                                                      P1R71109

BILL TO:          D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 BK28755-H | | 4 COMPLETE | 59.0000 | 236.00 |

                                    SUB-TOTAL     236.00
                                    SALES TAX        .00
                                                  236.00


                                    TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28513
14421 BALDWIN ST. EXT.
P. O. BOX 675                        DATE:           9/09/05
MEADVILLE          PA 16335

                                     PO#:            A86324
                                                     P1R71106

BILL TO:          D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
          31415                                   44483

REF NO.     DRAWING NO.       QUANTITY       UNIT PRICE       TOTAL


J6277 8GKK018-A                     1        110.0000        110.00
                              COMPLETE


                                             SUB-TOTAL       110.00
                                             SALES TAX          .00
                                                            110.00


                                             TERMS: NET 30 DAYS

```
                ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28514
                14421 BALDWIN ST. EXT.
                P. O. BOX 675                      DATE:         9/09/05
                MEADVILLE         PA 16335
                                                   PO#:          AB6328
                                                                 P2R21752
      BILL TO:           D&B NUMBER: 004350641      SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1001 INDUSTRIAL DRIVE
                                            PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                CLINTON, MS
              31415                                          39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6437 8E19317-L | | 1 COMPLETE | 108.0000 | 108.00 |

```
                                            SUB-TOTAL      108.00
                                            SALES TAX         .00
                                                           108.00
```

```
                                       TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28515

DATE:          9/09/05

PO#:          A86325
              P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6469 3432101-B | | 1<br>COMPLETE | 72.0000 | 72.00 |

| | | |
|---|---|---|
| | SUB-TOTAL | 72.00 |
| | SALES TAX | .00 |
| | | 72.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28516

DATE:          9/09/05

PO#:          A86238
              P2R21711

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6525 8E20323-N | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL     72.00
SALES TAX      .00
              72.00

TERMS: NET 30 DAYS