# EXHIBIT 1 – PART 3

```
ACTCO TOOL & MFG. CO.                          INVOICE NUMBER:  28517
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:            9/09/05
MEADVILLE        PA 16335
                                               PO#:             A86326
                                                                P1R71108
BILL TO:           D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS, INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             ATTN: RANDY DRENNEN
                                               1000 W. MAIN STREET
SAVANNAH, GA                                   CORTLAND, OH
                 31415                                          44410

REF NO.    DRAWING NO.       QUANTITY      UNIT PRICE          TOTAL


J6551  Z013023-B00                  1      2275.0000          2275.00
                             COMPLETE


                                           SUB-TOTAL          2275.00
                                           SALES TAX              .00
                                                              2275.00


                                           TERMS: NET 30 DAYS
```

```
              ACTCO TOOL & MFG. CO.                  INVOICE NUMBER:   28518
              14421 BALDWIN ST. EXT.
              P. O. BOX 675                          DATE:             9/09/05
              MEADVILLE        PA 16335
                                                     PO#:              A86328
                                                                       P2R21752
       BILL TO:          D&B NUMBER: 004350641       SHIP TO:


  VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
  107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                                PLANT 22 RECEIVING DOCK
  SAVANNAH, GA                                  CLINTON, MS
                    31415                                              39056

  REF NO.    DRAWING NO.       QUANTITY       UNIT PRICE         TOTAL


  J6630  8GGA046-A                1             72.0000          72.00
                               COMPLETE


                                              SUB-TOTAL          72.00
                                              SALES TAX           .00
                                                                 72.00


                                              TERMS: NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER:  28519
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:            9/09/05
MEADVILLE          PA 16335
                                         PO#:             A86328
                                                          P2R21752
    BILL TO:         D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                    39056

REF NO.    DRAWING NO.    QUANTITY    UNIT PRICE         TOTAL

J6741  8E20063-J              2        72.0000          144.00
                           COMPLETE

                                       SUB-TOTAL        144.00
                                       SALES TAX           .00
                                                        144.00


                                       TERMS:  NET 30 DAYS
```

```
            ACTCO TOOL & MFG. CO.              INVOICE NUMBER:  28520
            14421 BALDWIN ST. EXT.
            P. O. BOX 675                      DATE:            9/09/05
            MEADVILLE        PA 16335
                                               PO#:             A86325
                                                                P1R71109
      BILL TO:        D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                           44483

REF NO.    DRAWING NO.       QUANTITY       UNIT PRICE          TOTAL


J6759 BGGDA19-A                    1         103.0000          103.00
                                COMPLETE


                                             SUB-TOTAL         103.00
                                             SALES TAX            .00
                                                               103.00



                                             TERMS:  NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                         INVOICE NUMBER:  28521
14421 BALDWIN ST. EXT.
P. O. BOX 675                                 DATE:            9/09/05
MEADVILLE          PA 16335
                                              PO#:             A86325
                                                               P1R71109
    BILL TO:      D&B NUMBER: 004350641       SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
               31415                                               44483

REF NO.    DRAWING NO.       QUANTITY        UNIT PRICE           TOTAL
_____

J6760 8GGDA20-A                   1           103.0000           103.00
                              COMPLETE


                                              SUB-TOTAL         103.00
                                              SALES TAX            .00
                                                                103.00
_____

                                              TERMS:  NET 30 DAYS
```

```
         ACTCO TOOL & MFG. CO.                    INVOICE NUMBER:  28522
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                            DATE:           9/09/05
         MEADVILLE       PA 16335
                                                  PO#:    A85437/P2S46385

    BILL TO:         D&B NUMBER: 004350641        SHIP TO:


  VANGUARD DISTRIBUTORS.INC              DELPHI AUTOMOTIVE SYSTEMS
  107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                         REC. DOCK 22/CRIB T16
  SAVANNAH, GA                           CLINTON, MS
              31415                                      39056

  REF NO.    DRAWING NO.       QUANTITY     UNIT PRICE        TOTAL
  ------------------------------------------------------------------

  80714     121919l0PMSLA0043-C     1        475.0000        475.00
                                 COMPLETE


                                            SUB-TOTAL        475.00
                                            SALES TAX           .00
                                                             475.00
  ------------------------------------------------------------------

                                         TERMS:  NET 30 DAYS
```

```
          ALTCO TOOL & MFG. CO.                    INVOICE NUMBER:  28524
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                     DATE:            9/09/05
          MEADVILLE          PA 16335
                                            PO#:    A85170/P1S50261

    BILL TO:         D&B NUMBER: 004350641   SHIP TO:


VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      T45 CRIB/REC. DOCK PLT 13
                                        1265 NORTH RIVER ROAD
SAVANNAH, GA                            WARREN, OH
                 31415                                  44483

REF NO.    DRAWING NO.     QUANTITY     UNIT PRICE          TOTAL


80655      Z008898-A            1       475.0000           475.00
                           COMPLETE


                                        SUB-TOTAL          475.00
                                        SALES TAX             .00
                                                           475.00



                                        TERMS:  NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                              INVOICE NUMBER:  28529
14421 BALDWIN ST. EXT.
P. O. BOX 675                                      DATE:            9/12/05
MEADVILLE        PA 16335
                                                   PO#:    A85244/P1R69919

       BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS, INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                1265 N. RIVER RD/PLT. 13
                                                  P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
              31415                                                   44483

REF NO.     DRAWING NO.        QUANTITY       UNIT PRICE         TOTAL

80695       8GBF201-B                 1        109.0000          109.00
                               COMPLETE


                                              SUB-TOTAL         109.00
                                              SALES TAX            .00
                                                                109.00


                                              TERMS: NET 30 DAYS
```

```
        ACTCO TOOL & MFG. CO.                INVOICE NUMBER:  P8530
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                        DATE:           9/12/05
        MEADVILLE        PA 16335
                                             PO#:    A85512/P1R70203

    BILL TO:         D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    PE5 CRIB/REC. DOCK PLT.13
                                      1265 NORTH RIVER ROAD
SAVANNAH, GA                          WARREN, OH
                 31415                                  44483

REF NO.    DRAWING NO.      QUANTITY      UNIT PRICE        TOTAL


80814      98BA305-C              2        265.0000        530.00
                           COMPLETE


                                  SUB-TOTAL              530.00
                                  SALES TAX                 .00
                                                         530.00



                           TERMS:  NET 30 DAYS
```


```
ACTCO TOOL & MFG. CO.                          INVOICE NUMBER:  28531
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:            9/12/05
MEADVILLE           PA 16335
                                               PO#:    A85858/PPS4A50R

    BILL TO:         D&R NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT PP RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
              31415                                              39056

REF NO.    DRAWING NO.      QUANTITY       UNIT PRICE       TOTAL

80847      SFPS613-A              1         109.0000        109.00
                           COMPLETE


                                           SUB-TOTAL       109.00
                                           SALES TAX          .00
                                                           109.00


                                           TERMS: NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.              INVOICE NUMBER:  28532
14421 BALDWIN ST. EXT.
P. O. BOX 675                      DATE:            9/12/05
MEADVILLE        PA 16335
                                   PO#:      A86270/P1R7107E

BILL TO:           D&B NUMBER: 004950441      SHIP TO:


VANGUARD DISTRIBUTORS, INC         DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 PE5 CRIB/REC. DOCK PLT.13
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
         31415                                      44483

REF NO.    DRAWING NO.     QUANTITY      UNIT PRICE      TOTAL


81008      8GBF184-B            1         108.0000      108.00
                            COMPLETE


                                        SUB-TOTAL       108.00
                                        SALES TAX          .00
                                                        108.00


                                        TERMS: NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER:  28533
14471 BALDWIN ST. EXT.
P. O. BOX 475                            DATE:           9/12/05
MEADVILLE        PA  16335
                                         PO#:    A8AP74/PPRP1723

    BILL TO:          D&B NUMBER:  004350641      SHIP TO:


VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1001 INDUSTRIAL DRIVE
                                        PLANT 22 RECEIVING DOCK
SAVANNAH, GA                            CLINTON, MS
         31415                                           39056

REF NO.     DRAWING NO.     QUANTITY    UNIT PRICE         TOTAL

81009       86YR000-A            1      219.0000          219.00
                            COMPLETE


                                        SUB-TOTAL        219.00
                                        SALES TAX          .00
                                                         219.00


                                        TERMS:  NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28544
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:          9/12/05
MEADVILLE            PA 16335
                                               PO#:           A86377  /
                                                              P1R71193
BILL TO:         D&B NUMBER: 00435064          SHIP TO:


VANGUARD DISTRIBUTORS, INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
                 31415                                         44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6142 | 8E27434-A | 2 COMPLETE | 60.0000 | 120.00 |
|  |  | SUB-TOTAL | | 120.00 |
|  |  | SALES TAX | | .00 |
|  |  |  | | 120.00 |

TERMS: NET 30 DAYS

```
ADTGO TOOL & MFG. CO.                           INVOICE NUMBER:   28545
14421 BALDWIN ST. EXT.
P. O. BOX 675                                   DATE:              9/12/05
MEADVILLE          PA 16335
                                                PO#:              A86377
                                                                  P1R71193
   BILL TO:         D&B NUMBER: 004350641       SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
           31415                                           44483

REF NO.    DRAWING NO.      QUANTITY       UNIT PRICE          TOTAL

J6143  8E27435-D                 1          77.0000             77.00
                              COMPLETE

                                            SUB-TOTAL           77.00
                                            SALES TAX             .00
                                                                77.00


                                         TERMS: NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                           INVOICE NUMBER:  28546
14421 BALDWIN ST. EXT.
P. O. BOX 675                                   DATE:       9/12/05
MEADVILLE          PA 16335
                                                PO#:        A86377
                                                            P1R71193
```

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |
|---|---|---|
| VANGUARD DISTRIBUTORS, INC<br>107 N.E. LATHROP A<br><br>SAVANNAH, GA<br>31415 | | DELPHI AUTOMOTIVE SYSTEMS<br>1265 N. RIVER RD/PLT. 13<br>P52 CRIB/ADAM FADELL<br>WARREN, OH<br>44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6144 | 8E27437-A | 2 COMPLETE | 60.0000 | 120.00 |
| | | | SUB-TOTAL | 120.00 |
| | | | SALES TAX | .00 |
| | | | | 120.00 |

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                           INVOICE NUMBER:  28547
14421 BALDWIN ST. EXT.
P. O. BOX 675                        DATE:           9/12/05
MEADVILLE          PA 16335
                                     PO#:            A86377
                                                     P1R71193
BILL TO:        D&B NUMBER: 004350641    SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
          31415                                   44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6178 | 368A033 | 1 COMPLETE | 84.0000 | 84.00 |

```
                              SUB-TOTAL      84.00
                              SALES TAX        .00
                                             84.00


                              TERMS: NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                       INVOICE NUMBER:   28548
14421 BALDWIN ST. EXT.
P. O. BOX 675                               DATE:             9/12/05
MEADVILLE            PA 16335
                                            PO#:              A86376
                                                              P1R71191
```

| BILL TO: | D&B NUMBER: 004360641 | SHIP TO: |
|---|---|---|
| VANGUARD DISTRIBUTORS, INC<br>107 N.E. LATHROP A<br><br>SAVANNAH, GA<br>31415 | | DELPHI AUTOMOTIVE SYSTEMS<br>1265 N. RIVER RD/PLT. 13<br>P52 CRIB/ADAM FADELL<br>WARREN, OH<br>44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6268 | 8K29383-D | 1 COMPLETE | 120.0000 | 120.00 |
| | | | SUB-TOTAL | 120.00 |
| | | | SALES TAX | .00 |
| | | | | 120.00 |

TERMS: NET 30 DAYS

```
              ACTCO TOOL & MFG. CO.                      INVOICE NUMBER:  28549
              14421 BALDWIN ST. EXT.
              P. O. BOX 675                              DATE:           9/12/05
              MEADVILLE          PA 16335
                                                         PO#:            A86377
                                                                         P1R71193
    BILL TO:         D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS, INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                              1265 N. RIVER RD/PLT. 13
                                                P52 CRIB/ADAM FADELL
SAVANNAH, GA                                    WARREN, OH.
                 31415                                          44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6326 | SK29348-0 | 2 | 165.0000 | 330.00 |
| | | COMPLETE | | |

```
                                          SUB-TOTAL        330.00
                                          SALES TAX           .00
                                                           330.00


                                          TERMS: NET 30 DAYS
```