# EXHIBIT 1 – PART 4

```
ACTCO TOOL & MFG. CO.                          INVOICE NUMBER:  28550
14421 BALDWIN ST. EXT.
P. O. BOX 675                        DATE:         9/12/05
MEADVILLE         PA 16335
                                     PO#:          A86378
                                                   P2R21782
```

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |
|---|---|---|
| VANGUARD DISTRIBUTORS, INC<br>107 N.E. LATHROP A<br><br>SAVANNAH, GA<br>    31415 | | DELPHI AUTOMOTIVE SYSTEMS<br>1001 INDUSTRIAL DRIVE<br>PLANT 22 RECEIVING DOCK<br>CLINTON, MS<br>    39056 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6459 | 2GBU031-B | 1 COMPLETE | 265.0000 | 265.00 |
| | | SUB-TOTAL | | 265.00 |
| | | SALES TAX | | .00 |
| | | | | 265.00 |

TERMS: NET 30 DAYS

```
AGTCO TOOL & MFG. CO
14421 BALDWIN ST. EXT.                          INVOICE NUMBER:  28551
P. O. BOX 675
MEADVILLE                                       DATE:            9/12/05
              PA 16335
                                                PO#:             A86377
  BILL TO:    D&B NUMBER: 004350641                              P1R71193
                                                SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A                              DELPHI AUTOMOTIVE SYSTEMS
                                                1265 N. RIVER RD/PLT. 13
SAVANNAH, GA                                    P52 CRIB/ADAM FADELL
                                                WARREN, OH
              31415
                                                                 44483
REF NO.   DRAWING NO.    QUANTITY     UNIT PRICE          TOTAL

J5462  734A027-A            2
                         COMPLETE     156.0000            312.00


                                      SUB-TOTAL          312.00
                                      SALES TAX             .00
                                                          312.00


                                      TERMS: NET 30 DAYS
```

```
ADTOO TOOL & MFG. CO.                          INVOICE NUMBER: 28552
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:           9/12/05
MEADVILLE         PA 16335
                                               PO#:            A86115
                                                               P1R70820
```

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |
|---|---|---|
| VANGUARD DISTRIBUTORS, INC<br>107 N.E. LATHROP A<br>SAVANNAH, GA<br>31415 | | DELPHI AUTOMOTIVE SYSTEMS<br>1265 N. RIVER RD/PLT. 13<br>P52 CRIB/ADAM FADELL<br>WARREN, OH<br>44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6543 | BK27398-H | 4<br>COMPLETE | 265.0000 | 1060.00 |
| | | | SUB-TOTAL | 1060.00 |
| | | | SALES TAX | .00 |
| | | | | 1060.00 |

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                         INVOICE NUMBER:   28553
14421 BALDWIN ST. EXT.
P. O. BOX 675                                 DATE:             9/12/05
MEADVILLE            PA 16335
                                              PO#:              A86057
                                                                P1R70797
BILL TO:           D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            PES CRIB/REC. DOCK PLT.13
                                              1265 NORTH RIVER ROAD
SAVANNAH, GA                                  WARREN, OH
           31415                                                44483

REF NO.    DRAWING NO.      QUANTITY     UNIT PRICE        TOTAL

J6554 8GBN841-C                  1         187.0000        187.00
                            COMPLETE


                                         SUB-TOTAL         187.00
                                         SALES TAX            .00
                                                           187.00


                                         TERMS: NET 30 DAYS
```

```
AGTOO TOOL & MFG CO.                          INVOICE NUMBER:  28554
14421 BALDWIN ST. EXT.
P. O. BOX 675                                 DATE:            9/12/05
MEADVILLE        PA 16335
                                              PO#:             A86378
                                                               P2R21782
```

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |
|---|---|---|

```
VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
              31415                                    39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6557 | 8E27426-A | 1 COMPLETE | 108.0000 | 108.00 |
| | | SUB-TOTAL | | 108.00 |
| | | SALES TAX | | .00 |
| | | | | 108.00 |

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                     INVOICE NUMBER:  28555
        14421 BALDWIN ST. EXT.
        P. O. BOX 675
        MEADVILLE        PA 16335                 DATE:           9/12/05

                                                  PO#:            A86378
  BILL TO:        D&B NUMBER: 004350641           SHIP TO:        P2R21782

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                              PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                  CLINTON, MS
              31415                                            39056

REF NO.    DRAWING NO.      QUANTITY      UNIT PRICE       TOTAL

J6668 BE20494-B                 2           62.0000        124.00
                            COMPLETE


                                         SUB-TOTAL         124.00
                                         SALES TAX            .00
                                                           124.00


                                         TERMS: NET 30 DAYS
```

```
         ACTCO TOOL & MFG. CO.                    INVOICE NUMBER:  28556
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                            DATE:            9/12/05
         MEADVILLE           PA 16335
                                                  PO#:             A8637B
                                                                   P2R21782
   BILL TO:        D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1001 INDUSTRIAL DRIVE
                                              PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                  CLINTON, MS
                    31415                                         39056

REF NO.      DRAWING NO.      QUANTITY       UNIT PRICE         TOTAL
---------------------------------------------------------------------------
J6666  BE20454-B                  1            62.0000          62.00
                              COMPLETE


                                              SUB-TOTAL         62.00
                                              SALES TAX           .00
                                                                62.00


                                              TERMS:  NET 30 DAYS
```

```
       ACTCO TOOL & MFG. CO.                      INVOICE NUMBER:   28557
       14421 BALDWIN ST. EXT.
       P. O. BOX 675                              DATE:         9/12/05
       MEADVILLE           PA 16335
                                                  PO#:             A86378
                                                                   P2R21782
   BILL TO:         D&B NUMBER: 004350641         SHIP TO:


VANGUARD DISTRIBUTORS, INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1001 INDUSTRIAL DRIVE
                                               PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                   CLINTON, MS
             31415                                             39056

REF NO.    DRAWING NO.      QUANTITY       UNIT PRICE       TOTAL

J6670  8GPE032-A                1            180.0000       180.00
                             COMPLETE


                                            SUB-TOTAL       180.00
                                            SALES TAX           00
                                                            180.00


                                       TERMS:  NET 30 DAYS
```

```
        ACTCO TOOL & MFG. CO.                    INVOICE NUMBER:   28558
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                            DATE:        9/12/05
        MEADVILLE          PA 16335
                                                 PO#:             A86377
                                                                  P1R71193
   BILL TO:       D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM PADELL
SAVANNAH, GA                             WARREN, OH
             31415                                       44483

REF NO.     DRAWING NO.      QUANTITY      UNIT PRICE       TOTAL

J6673  8GAD978-8                  3         204.0000        612.00
                              COMPLETE


                                           SUB-TOTAL        612.00
                                           SALES TAX           .00
                                                            612.00


                                           TERMS: NET 30 DAYS
```

```
        ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28559
        14421 BALDWIN ST. EXT.
        P. O. BOX 675
        MEADVILLE       PA 16335                       DATE:       9/12/05

                                                       PO#:        A86378
                                                                   P2R21782
   BILL TO:         D&B NUMBER: 004350641              SHIP TO:
```

| | |
|---|---|
| VANGUARD DISTRIBUTORS, INC | DELPHI AUTOMOTIVE SYSTEMS |
| 107 N.E. LATHROP A | 1001 INDUSTRIAL DRIVE |
|  | PLANT 22 RECEIVING DOCK |
| SAVANNAH, GA | CLINTON, MS |
| 31415 | 39056 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6698 | SK29282-A | 1 COMPLETE | 300.0000 | 300.00 |

```
                                               SUB-TOTAL       300.00
                                               SALES TAX          .00
                                                               300.00


                                          TERMS:  NET 30 DAYS
```