# EXHIBIT 1 – PART 5

ADTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE     .     PA 16335

INVOICE NUMBER: 28560

DATE:          9/12/05

PO#:           A85982
               P1R70706

BILL TO:     D&B NUMBER: 004350641     SHIP TO:

VANGUARD DISTRIBUTORS, INC         DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 T45 CRIB/REC. DOCK PLT 13
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
            31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6704 Z013024-A00 | | 1 COMPLETE | 2875.0000 | 2875.00 |
| | | | SUB-TOTAL | 2875.00 |
| | | | SALES TAX | .00 |
| | | | | 2875.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28561

DATE:            9/12/05

PO#:             A86378
                 P2R21782

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 28 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
            31415                                       39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6723 8GBND92-A | | 1 COMPLETE | 108.0000 | 108.00 |
| | | | | |
| | | SUB-TOTAL | | 108.00 |
| | | SALES TAX | | .00 |
| | | | | 108.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28562

DATE:              9/12/05

PO#:               A86377
                   P1R71193

BILL TO:      D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6737 | 8GBN513-A | 2 COMPLETE | 144.2500 | 288.50 |

SUB-TOTAL      288.50
SALES TAX         .00
               288.50

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28563
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                            DATE:          9/12/05
        MEADVILLE          PA 16335
                                                 PO#:   A85327/P2546364
```

| BILL TO: | D&B NUMBER: 00435064 | SHIP TO: |
|----------|----------------------|----------|

| | |
|---|---|
| VANGUARD DISTRIBUTORS,INC | DELPHI AUTOMOTIVE SYSTEMS |
| 107 N.E. LATHROP A | 1001 INDUSTRIAL DRIVE |
| | REC. DOCK 22/CRIB T16 |
| SAVANNAH, GA | CLINTON, MS |
| 31415 | 39056 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80701 | 15326803PMGA0042A | 1 | 850.0000 | 850.00 |
| | COMPLETE | | | |

```
                                         SUB-TOTAL       850.00
                                         SALES TAX          00
                                                         850.00


                                         TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                PA 16335

INVOICE NUMBER: 28564

DATE:            9/12/05

PO#:    A85327/P2546364

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REG. DOCK 22/CRIB T16
CLINTON. MS
                39056

| REF.NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80698 | 15326803PMGA0041 | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL        475.00
SALES TAX         .00
                 475.00

TERMS:  NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28565

DATE:            9/12/05

PO#:    A85347/P1R69978

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |
|---|---|---|
| VANGUARD DISTRIBUTORS,INC<br>107 N.E. LATHROP A<br><br>SAVANNAH, GA<br>31415 | | DELPHI AUTOMOTIVE SYSTEMS<br>T45 CRIB/REC. DOCK PLT 13<br>1265 NORTH RIVER ROAD<br>WARREN, OH<br>44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 80704 | Z011002-D00 | 1<br>COMPLETE | 525.0000 | 525.00 |

SUB-TOTAL    525.00
SALES TAX       .00
            525.00

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.              INVOICE NUMBER: 28567
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                      DATE:        9/12/05
         MEADVILLE        PA 16335
                                            PO#:   A85434/P1550464
```

| BILL TO: | D&B NUMBER: 00435064 | SHIP TO: |
|---|---|---|

```
VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD./PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
              31415                              44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 80726 | 8E23771-A | 1 | 109.0000 | 109.00 |
| | | COMPLETE | | |

```
                                   SUB-TOTAL       109.00
                                   SALES TAX          .00
                                                   109.00
```

```
                                   TERMS: NET 30 DAYS
```

```
        ACTCO TOOL & MFG. CO.              INVOICE NUMBER: 28568
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                      DATE:          9/12/05
        MEADVILLE          PA 16335
                                           PO#:    A86377/P1R71193
```

| BILL TO: | D&B NUMBER: 004350641 | SHIP TO: |

```
VANGUARD DISTRIBUTORS,INC             DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1265 N. RIVER RD/PLT. 13
                                      P52 CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
             31415                                  44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81021 | 155A044-C | 1 | 141.0000 | 141.00 |
| | COMPLETE | | | |

```
                                      SUB-TOTAL          141.00
                                      SALES TAX             .00
                                                         141.00
```

```
                                      TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER: 28569**

DATE:          9/12/05

PO#:          A86434
              P1R71261

BILL TO:          D&B NUMBER: 00435064          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6551   | Z013023-B00 | 1        | 2275.0000  | 2275.00 |
|         |             | COMPLETE |            |       |

|          |          |
|----------|----------|
| SUB-TOTAL | 2275.00 |
| SALES TAX | .00     |
|           | 2275.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28570

DATE:            9/13/05

PO#:             A86433
                 P1R71238

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH. GA                                 WARREN. OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6104 8K28497-C | | 1 COMPLETE | 129.0000 | 129.00 |
| | | | SUB-TOTAL | 129.00 |
| | | | SALES TAX | .00 |
| | | | | 129.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28571

DATE:          9/13/05

PO#:          A86433
              P1R71238

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6124 906A207 | | 12 COMPLETE | 55.0000 | 660.00 |

SUB-TOTAL          660.00
SALES TAX             .00
                   660.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28572

DATE:          9/13/05

PO#:          A86497
              P2R21855

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
              31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6127 8E20225-H | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL          102.00
SALES TAX            .00
                   102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28573

DATE:          9/13/05

PO#:          A86435
              P2R21809

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6185 8E15005-F | | 2 COMPLETE | 159.0000 | 318.00 |

SUB-TOTAL      318.00
SALES TAX        .00
               318.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28574

DATE:            9/13/05

PO#:             A86433
                 P1R71238

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6246 8GMC027-A | | 1 COMPLETE | 50.0000 | 50.00 |

                                   SUB-TOTAL        50.00
                                   SALES TAX          .00
                                                    50.00

                                   TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28575

DATE:          9/13/05

PO#:          A86433
              P1R71238

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

|                | |
|----------------|--------|
| SUB-TOTAL | 118.00 |
| SALES TAX | .00 |
| | 118.00 |

TERMS: NET 30 DAYS