# EXHIBIT 1 – PART 6

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28576

DATE:            9/13/05

PO#:             A86436
                 P2R21811

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
                31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6433 8GCA096-B | | 2 COMPLETE | 109.0000 | 218.00 |

SUB-TOTAL        218.00
SALES TAX          .00
                 218.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28577

DATE:            9/13/05

PO#:             A86435
                 P2R21809

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
          31415                                       39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6439 8K19361-B | | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL        125.00
SALES TAX          .00
                 125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28578

DATE:            9/13/05

PO#:             A86436
                 P2R21811

BILL TO:         D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                 39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6451 8GGD593-A | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL        192.00
SALES TAX          .00
                 192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28579

DATE:          9/13/05

PO#:          A86433
              P1R71238

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
                           P52 CRIB/ADAM FADELL
SAVANNAH, GA          WARREN, OH
          31415          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6464 3432179-B | | 2 COMPLETE | 265.0000 | 530.00 |

SUB-TOTAL          530.00
SALES TAX          .00
                  530.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28580

DATE:          9/13/05

PO#:          A85876
              P1R70577

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  PE5 CRIB/REC. DOCK PLT.13
                                    1265 NORTH RIVER ROAD
SAVANNAH, GA                        WARREN. OH
          31415                                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6518 8GADA46-B | | 1<br>COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL          203.00
SALES TAX             .00
                   203.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28581

DATE:          9/13/05

PO#:           A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1001 INDUSTRIAL DRIVE
                                          PLANT 22 RECEIVING DOCK
SAVANNAH, GA                              CLINTON, MS
              31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6524 8E25213-A | | 2 COMPLETE | 62.0000 | 124.00 |
| | | | SUB-TOTAL | 124.00 |
| | | | SALES TAX | .00 |
| | | | | 124.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28582

DATE:          9/13/05

PO#:           AB6436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6531 8E25035-E | | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL      62.00
SALES TAX        .00
               62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28583

DATE:          9/13/05

PO#:           A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6559 8K27986-A | | 1 COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL          203.00
SALES TAX             .00
                   203.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28584

DATE:          9/13/05

PO#:           AB6435
               P2R21809

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
               31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6572 BE23485-A | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX            .00
                   72.00

TERMS: NET 30 DAYS

```
          ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28585
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                            DATE:         9/13/05
          MEADVILLE        PA 16335
                                                   PO#:              A86436
                                                                     P2R21811
    BILL TO:           D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
              31415                                        39056

REF NO.    DRAWING NO.      QUANTITY      UNIT PRICE        TOTAL.
----------------------------------------------------------------------

J6749 8K19337-D                  1         195.0000         195.00
                             COMPLETE


                                          SUB-TOTAL        195.00
                                          SALES TAX           .00
                                                          195.00
----------------------------------------------------------------------

                                          TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28586

DATE:          9/13/05

PO#:           A86436
               P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6751 8K27376-C | | 1 COMPLETE | 265.0000 | 265.00 |

SUB-TOTAL     265.00
SALES TAX        .00
              265.00

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.                INVOICE NUMBER: P8591
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                         DATE:          9/13/05
         MEADVILLE          PA 16335
                                               PO#:           A86158
                                                              P1R70876
   BILL TO:        D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS.INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        PES CRIB/REC. DOCK PLT.13
                                          1265 NORTH RIVER ROAD
SAVANNAH, GA                              WARREN, OH
              31415                                       44483

REF NO.    DRAWING NO.        QUANTITY    UNIT PRICE       TOTAL


J6554 86BN841-C                    2       187.0000        374.00
                             COMPLETE


                                         SUB-TOTAL         374.00
                                         SALES TAX            .00
                                                          374.00


                                         TERMS: NET 30 DAYS
```

*Received partial payment
of $187.⁰⁰   12/29/05*

ACTCO TOOL & MFG. CO.                           INVOICE NUMBER: 28592
14421 BALDWIN ST. EXT.
P. O. BOX 675                                   DATE:          9/13/05
MEADVILLE          PA 16335
                                                PO#:   A85170/P1S50261

BILL TO:          D&B NUMBER: 004350641         SHIP TO:


VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               T45 CRIB/REC. DOCK PLT 13
                                                 1265 NORTH RIVER ROAD
SAVANNAH, GA                                     WARREN, OH
           31415                                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80654 | Z008783-B | 1 COMPLETE | 700.0000 | 700.00 |

                                        SUB-TOTAL      700.00
                                        SALES TAX        .00
                                                       700.00


                                        TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28593

DATE:          9/13/05

PO#:    AB5278/P2846347

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| B0694 | 12191065PMSLA0059-A | 1 COMPLETE | 950.0000 | 950.00 |

SUB-TOTAL          950.00
SALES TAX          .00
                   950.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28594

DATE:              9/13/05

PO#:    A85170/P1S50261

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80657 | Z009186-B | 1 COMPLETE | 450.0000 | 450.00 |

|  |  |
|---|---|
| SUB-TOTAL | 450.00 |
| SALES TAX | .00 |
|  | 450.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28595

DATE:            9/13/05

PO#:    A85170/P1S50261

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80656 | Z009184-A | 1 COMPLETE | 450.0000 | 450.00 |

SUB-TOTAL        450.00
SALES TAX          .00
                 450.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28596

DATE:          9/14/05

PO#:          AR6498
              PPR21R56

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
          31415                                 39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6127 8E20225-H | | 3 COMPLETE | 51.0000 | 153.00 |

SUB-TOTAL          153.00
SALES TAX             .00
                   153.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28597

DATE:          9/14/05

PO#:           A86536
               P1S5128B

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 | 86BA067-C | 4 COMPLETE | 264.2500 | 1057.00 |

SUB-TOTAL          1057.00
SALES TAX              .00
                   1057.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28598

DATE:           9/14/05

PO#:            A86499
                P2R21837

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
            31415                                  39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6283 BT40126-C | | 1 COMPLETE | 205.0000 | 205.00 |

SUB-TOTAL        205.00
SALES TAX           .00
                 205.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28599

DATE:              9/14/05

PO#:               AB4495
                   P1R71275

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH. GA                              WARREN. OH
                31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6346 8E27480-C | | 1 COMPLETE | 108.0000 | 108.00 |

|  |  |
|--|--|
| SUB-TOTAL | 108.00 |
| SALES TAX | .00 |
|  | 108.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28600

DATE:          9/14/05

PO#:           A86536
               P1S51288

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
               31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6353 8G6D414-D | | 8 COMPLETE | 132.0000 | 1056.00 |

SUB-TOTAL        1056.00
SALES TAX            .00
                 1056.00

TERMS: NET 30 DAYS

MOTOR TOOL & MFG. CO                    INVOICE NUMBER: 88491
14421 BALDWIN ST. EXT.
P. O. BOX 475                           DATE:          9/14/05
MEADVILLE          PA 16335
                                        PO#:   A96977/P1P71192

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1265 N. RIVER RD/PLT. 13
                                      P5P CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
              31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81022 | 368A120 | 1 COMPLETE | 295.0000 | 295.00 |

|  |  |
|--|--|
| SUB-TOTAL | 295.00 |
| SALES TAX | .00 |
|  | 295.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28602

DATE:          9/14/05

PO#:     AB6377/P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 19
                                    P5P CRIB/ADAM FADELI
SAVANNAH, GA                        WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 31083   | 8F27439-A   | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX             .00
                   109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28603

DATE:          9/14/05

PO#:    AB6324/P1R71106

BILL TO:          D&B NUMBER: 004950641          SHIP TO:

VANGUARD DISTRIBUTORS INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
SAVANNAH, GA          P52 CRIB/ADAM FADELI
          31415          WARREN, OH
          44483

| CUST NO | DRAWING NO | QUANTITY | UNIT PRICE | TOTAL |
|---------|-----------|----------|-----------|-------|
| 81312   | 9525489-M | 1        | 240.0000  | 240.00 |
|         |           | COMPLETE |           |       |

SUB-TOTAL          240.00
SALES TAX          .00
          240.00

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.                INVOICE NUMBER: P8404
         14421 BALDWIN ST. EXT.
         P. O. BOX 475                         DATE:          9/14/05
         MEADVILLE         PA 16335
                                               PO#:              A86496
                                                                 P1871877

     BILL TO:        DUB NUMBER: 004350641     SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 8GBB157-A | | 1 COMPLETE | 86.0000 | 86.00 |

```
                                       SUB-TOTAL      86.00
                                       SALES TAX        .00
                                                      86.00
```

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28605

DATE:          9/14/05

PO#:           A86496
               P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6101 BK27909-E | | 1<br>COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL        156.00
SALES TAX           .00
                 156.00

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28606
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                            DATE:          9/14/05
        MEADVILLE        PA 16335
                                                 PO#:           AB6496
                                                                P1R71277

   BILL TO:          D&B NUMBER: 004350641       SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH. GA                              WARREN, OH
                31415                                          44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B | | 4 | 20.2500 | 81.00 |
| | | COMPLETE | | |

```
                                          SUB-TOTAL       81.00
                                          SALES TAX         .00
                                                          81.00
```

```
                                      TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28607

DATE:          9/14/05

PO#:          A86496
              P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   PSP CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6143 8E27435-D | | 1 COMPLETE | 77.0000 | 77.00 |

SUB-TOTAL          77.00
SALES TAX           .00
                   77.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28608

DATE:            9/14/05

PO#:             AB6496
                 P1R71277

BILL TO:         D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P5P CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 86GC085-A | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL      51.00
SALES TAX        .00
               51.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28609

DATE:          9/14/05

PO#:           A86496
               P1R71P77

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6193 8E25627-B | | 2 COMPLETE | 84.0000 | 168.00 |

SUB-TOTAL          168.00
SALES TAX             .00
                   168.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28610

DATE:           9/14/05

PO#:            A86496
                P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH. GA                               WARREN. OH
            31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6208 8GAT531-A | | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL       125.00
SALES TAX         .00
               125.00


TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28611

DATE:          9/14/05

PO#:           A86496
               P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P5P CRIB/ADAM FADELL
SAVANNAH. GA                                     WARREN. OH
          31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 14232 | 8GGD089-B | 3 COMPLETE | 94.5000 | 283.50 |

SUB-TOTAL      283.50
SALES TAX        .00
               283.50


TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28612
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:          9/14/05
MEADVILLE          PA 16335

                                               PO#:           A84496
                                                              P1R71277

BILL TO:              D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       PSP CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
             31415                                    44483

REF NO.      DRAWING NO.        QUANTITY      UNIT PRICE        TOTAL


J6233 866D090-A                    2          120.0000         240.00
                                COMPLETE


                                               SUB-TOTAL       240.00
                                               SALES TAX          .00
                                                               240.00


                                               TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE                    PA 16335

INVOICE NUMBER: 28613

DATE:              9/14/05

PO#:               AR4496
                   P1R71P77

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
102 N.E. LATHROP A                 1245 N. RIVER RD/PLT. 13
                                   PSP CRIB/ADAM FADELI
SAVANNAH, GA                       WARREN, OH
            31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6235   | 8G6D103-D   | 2 COMPLETE | 144.0000 | 288.00 |

SUB-TOTAL    288.00
SALES TAX       .00
             288.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14481 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28614

DATE:          9/14/05

PO#:           A84494
               P1R71P77

BILL TO:              D&B NUMBER: 004350441          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6258 8K28755-H | | 6<br>COMPLETE | 59.0000 | 354.00 |

SUB-TOTAL      354.00
SALES TAX         .00
               354.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28615

DATE:          9/14/05

PO#:          A86435
              P2R21809

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39054

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| T6481 | 8E01003-L | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL          84.00
SALES TAX          .00
                   84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28616

DATE:            9/14/05

PO#:                  A86496
                      P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6707 | BE25939-A | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL        96.00
SALES TAX          .00
                 96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8618

DATE:              9/14/05

PO#:     A85435/P1S50461

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       T47 CRIB/REC. DOCK PLT.13
                                         1245 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 26223   | 201A474-C   | 1 COMPLETE | 400.0000 | 400.00 |

SUB-TOTAL          400.00
SALES TAX             .00
                   400.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28622

DATE:            9/14/05

PO#:             A86436
                 P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6670 8GPE032-A | | 2 COMPLETE | 180.0000 | 360.00 |

SUB-TOTAL      360.00
SALES TAX        .00
               360.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 28623

DATE:          9/15/05

PO#:           A86557
               P1R71362

BILL TO:              D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6021   | 8GBA108-B   | 1 COMPLETE | 59.0000  | 59.00 |

SUB-TOTAL      59.00
SALES TAX        .00
               59.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28624

DATE:          9/15/05

PO#:          A86558
              P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
          31415                                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 BK19102-P | | 3 COMPLETE | 220.0000 | 660.00 |

SUB-TOTAL     660.00
SALES TAX        .00
              660.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28625

DATE:          9/15/05

PO#:           A86558
               P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6126 8E19154-G | | 1 COMPLETE | 51.0000 | 51.00 |

|  |  |
|--|--|
| SUB-TOTAL | 51.00 |
| SALES TAX | .00 |
| | 51.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28626

DATE:          9/15/05

PO#:          A86557
              P1R71362

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6271 | 8GYM063-D | 1 COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL          112.00
SALES TAX             .00
                   112.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28627

DATE:          9/15/05

PO#:           A86557
               P1R71362

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6272 8GYM105-C | | 1 COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL          112.00
SALES TAX             .00
                   112.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28628

DATE:               9/15/05

PO#:                A86557
                    P1R71362

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
              31415                                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6308   | 8GBZ036-A   | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL     192.00
SALES TAX        .00
              192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28629

DATE:          9/15/05

PO#:           A86558
               P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6311 BK19036-N | | 1 COMPLETE | 204.0000 | 204.00 |

SUB-TOTAL     204.00
SALES TAX        .00
              204.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28630

DATE:          9/15/05

PO#:           A86558
               P2R21867

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6481 8E01003-L | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL      84.00
SALES TAX        .00
               84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28631

DATE:           9/15/05

PO#:            A86559
                P2R21868

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                    39056

| REF NO.   DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6566 8E19413-J | 1
COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL      108.00
SALES TAX         .00
               108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 28632

DATE:         9/15/05

PO#:           A86559
               P2R21868

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6637 8E20299-H | | 1 COMPLETE | 62.0000 | 62.00 |

|  |  |
|--|--|
| SUB-TOTAL | 62.00 |
| SALES TAX | .00 |
|  | 62.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28633

DATE:           9/15/05

PO#:            A86559
                P2R21868

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1001 INDUSTRIAL DRIVE
                                               PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                   CLINTON, MS
              31415                                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6681   | 8E20072-K   | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL        72.00
SALES TAX          .00
                 72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28634

DATE:            9/15/05

PO#:             A86557
                 P1R71362

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6737 8GBN513-A | | 1 COMPLETE | 144.2500 | 144.25 |

| | | |
|---|---|---|
| SUB-TOTAL | 144.25 |
| SALES TAX | .00 |
| | 144.25 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28635

DATE:          9/15/05

PO#:   A86031/P2846557

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80889 | 8E23280-A | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX             .00
                   109.00

TERMS:  NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28636

DATE:          9/15/05

PO#:   A86101/P1S50942

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80882-B | 8K29233-H | 9 COMPLETE | 103.0000 | 927.00 |

SUB-TOTAL          927.00
SALES TAX          .00
                   927.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28650

DATE:          9/16/05

PO#:          A86610
              P1R71424

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6025 | 8GBN227-E | 1 COMPLETE | 225.0000 | 225.00 |
| | | SUB-TOTAL | | 225.00 |
| | | SALES TAX | | .00 |
| | | | | 225.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28651
14421 BALDWIN ST. EXT.
P. O. BOX 675                                  DATE:          9/16/05
MEADVILLE          PA 16335
                                               PO#:           A86611
                                                              P1R71427
BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
          31415                                          44483

REF NO.     DRAWING NO.        QUANTITY     UNIT PRICE         TOTAL

J6033 8GBND80-A                       1       95.0000          95.00
                               COMPLETE


                                            SUB-TOTAL          95.00
                                            SALES TAX            .00
                                                              95.00


                                            TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28452
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                            DATE:        9/16/05
        MEADVILLE          PA 16335
                                                 PO#:             A86611
                                                                  P1R71427
   BILL TO:         D&B NUMBER: 004350641        SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6052 8GYM258-B | | 1 <br> COMPLETE | 86.0000 | 86.00 |

```
                                       SUB-TOTAL      .      86.00
                                       SALES TAX            .00
                                                            86.00
```

```
                                       TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28653

DATE:          9/16/05

PO#:           A86610
               P1R71424

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
          31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6098 8K27660-E | | 3 COMPLETE | 34.5000 | 103.50 |

SUB-TOTAL          103.50
SALES TAX             .00
                   103.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28654

DATE:          9/16/05

PO#:          A86611
              P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B | | 6 COMPLETE | 20.2500 | 121.50 |

SUB-TOTAL          121.50
SALES TAX            .00
                   121.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28655

DATE:          9/16/05

PO#:           A86558
               P2R21867

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1001 INDUSTRIAL DRIVE
                                           PLANT 22 RECEIVING DOCK
SAVANNAH, GA                               CLINTON, MS
                31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6186 | 8E20226-J | 3 COMPLETE | 94.0000 | 282.00 |

SUB-TOTAL       282.00
SALES TAX          .00
                282.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28656

DATE:          9/16/05

PO#:           A86611
               P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
               31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6207 86AT075-A | | 3 COMPLETE | 129.0000 | 387.00 |

SUB-TOTAL          387.00
SALES TAX            .00
                   387.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28657

DATE:              9/16/05

PO#:               A86411
                   P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6223 8GGA070-C | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL    96.00
SALES TAX      .00
             96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: P8658

DATE:        9/16/05

PO#:        AB6611
            P1R71427

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6231 8GGC084-A | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL        60.00
SALES TAX          .00
                 60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28659

DATE:          9/16/05

PO#:          A84611
              P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6254 8K27855-D | | 2 COMPLETE | 415.0000 | 830.00 |

SUB-TOTAL          830.00
SALES TAX            .00
                   830.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28660

DATE:          9/16/05

PO#:                    A86610
                        P1R71424

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6453 8K27792-D | | 1 COMPLETE | 195.0000 | 195.00 |

SUB-TOTAL          195.00
SALES TAX            .00
                   195.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28661

DATE:          9/16/05

PO#:           A86609
               P1R71425

BILL TO:          D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  PE5 CRIB/REC. DOCK PLT.13
                                    1265 NORTH RIVER ROAD
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6519 8GBE239-A | | 1 COMPLETE | 125.0000 | 125.00 |

                          SUB-TOTAL      125.00
                          SALES TAX         .00
                                         125.00

                          TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28662

DATE:          9/16/05

PO#:          A86613
              PPRP1892

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6552 8E25489-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX          .00
                   72.00

TERMS: NET 30 DAYS