# EXHIBIT 1 – PART 7

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28663

DATE:            9/16/05

PO#:             AB6611
                 P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN. OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6715 86GD981-A | | 1 COMPLETE | 219.0000 | 219.00 |

SUB-TOTAL     219.00
SALES TAX        .00
              219.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28665

DATE:            9/16/05

PO#:   AB6496/P1R71277

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A
SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81041 | 8E25057-D | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL          62.00
SALES TAX           .00
                   62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28666

DATE:             9/16/05

PO#:     AB6496/P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81042 | 8E27205-A | 1 COMPLETE | 104.5000 | 104.50 |

SUB-TOTAL        104.50
SALES TAX          .00
                 104.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28667

DATE:              9/16/05

PO#:     A86552/P2S46683

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81045 | 8K18253-S | 1 COMPLETE | 284.0000 | 284.00 |

SUB-TOTAL        284.00
SALES TAX           .00
                 284.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28668

DATE:          9/16/05

PO#:     A86559/P2R21868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81046 | 8K19040-R | 1 COMPLETE | 265.0000 | 265.00 |

SUB-TOTAL          265.00
SALES TAX             .00
                   265.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28669

DATE:          9/16/05

PO#:     A86436/P2R21811

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81033 | 8K18367-F | 1 COMPLETE | 437.0000 | 437.00 |

SUB-TOTAL     437.00
SALES TAX        .00
          437.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28670

DATE:          9/16/05

PO#:   A85231/P2S46331

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T16
SAVANNAH, GA                                 CLINTON, MS
               31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80686 | 12191065PMSLA0070-A | 1 COMPLETE | 600.0000 | 600.00 |

|  |  |  | SUB-TOTAL | 600.00 |
|---|---|---|---|---|
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 600.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28673

DATE:          9/16/05

PO#:    A85878/P1R70578

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80852 | 8GGD033-B | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL          125.00
SALES TAX            .00
                   125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28674

DATE:          9/16/05

PO#:   A86272/P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
          P52 CRIB/ADAM FADELL
SAVANNAH, GA          WARREN, OH
          31415          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81013 | 8G6D033-B | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL          125.00
SALES TAX          .00
          125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28677

DATE:              9/16/05

PO#:     A84799/P1S50032

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T47 CRIB/REC. DOCK PLT.13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80607 | Z017209-B00 | 1 COMPLETE | 3150.0000 | 3150.00 |

SUB-TOTAL          3150.00
SALES TAX              .00
                    3150.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28678

DATE:           9/16/05

PO#:    A85327/P2S46364

BILL TO:            D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
           31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
           39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80700 | 15326803PMGA0047 | 1 COMPLETE | 575.0000 | 575.00 |

SUB-TOTAL      575.00
SALES TAX          .00
               575.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28679

DATE:              9/16/05

PO#:    A85327/P2S46364

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80696 | 15326803PMGA0039 | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL        475.00
SALES TAX          .00
                 475.00

TERMS: NET 30 DAYS

```
              ACTCO TOOL & MFG. CO.
              14421 BALDWIN ST. EXT.                INVOICE NUMBER: 28680
              P. O. BOX 675
              MEADVILLE         PA 16335            DATE:         9/16/05

                                                    PO#:    A85435/P1S50461
BILL TO:           D&B NUMBER: 004350641            SHIP TO:


VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T47 CRIB/REC. DOCK PLT.13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
                   31415                                        44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80722 | Z014943-A | 1 COMPLETE | 600.0000 | 600.00 |

```
                                             SUB-TOTAL       600.00
                                             SALES TAX          .00
                                                             600.00
```

                                    TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28681

DATE:          9/16/05

PO#:    A85494/P2846392

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80802 | 12110727PMSLB0056-D COMPLETE | 1 | 775.0000 | 775.00 |

|  |  |
|--|--|
| SUB-TOTAL | 775.00 |
| SALES TAX | .00 |
|  | 775.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28683

DATE:          9/19/05

PO#:          A86668
              P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6013 8GBY076-B | | 1 COMPLETE | 132.0000 | 132.00 |

SUB-TOTAL          132.00
SALES TAX              .00
                   132.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28684

DATE:          9/19/05

PO#:              A86668
                  P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
        31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6015 8GBY078-A | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX             .00
                   156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28685

DATE:          9/19/05

PO#:           AB6668
               P1R71488

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6023 8GBN228-C |  | 2 COMPLETE | 66.0000 | 132.00 |

SUB-TOTAL          132.00
SALES TAX              .00
                   132.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28686

DATE:          9/19/05

PO#:           A86667
               P1R71486

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6025 8GBN227-E | | 3 COMPLETE | 225.0000 | 675.00 |

SUB-TOTAL          675.00
SALES TAX          .00
                   675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28687

DATE:          9/19/05

PO#:           A86667
               P1R71486

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6026 8GBB029-A | | 1 COMPLETE | 46.0000 | 46.00 |

SUB-TOTAL          46.00
SALES TAX            .00
                    46.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28688

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6028 8GBN867-A | | 2 COMPLETE | 52.0000 | 104.00 |

                              SUB-TOTAL      104.00
                              SALES TAX        .00
                                             104.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28689

DATE:          9/19/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 8GBB157-A | | 1 COMPLETE | 86.0000 | 86.00 |

SUB-TOTAL          86.00
SALES TAX           .00
                   86.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28690

DATE:            9/19/05

PO#:             A86668
                 P1R71488

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6144 8E27437-A | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL      60.00
SALES TAX        .00
               60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28691

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6178 368A033 | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL          84.00
SALES TAX            .00
                   84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28692

DATE:            9/19/05

PO#:             A86669
                 P2R21922

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
            31415                                  39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6186 8E20226-J | | 2 COMPLETE | 94.0000 | 188.00 |

SUB-TOTAL      188.00
SALES TAX         .00
               188.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28693

DATE:          9/19/05

PO#:          A86668
              P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL          118.00
SALES TAX          .00
                  118.00

TERMS: NET 30 DAYS

```
      ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28694
      14421 BALDWIN ST. EXT.
      P. O. BOX 675                            DATE:        9/19/05
      MEADVILLE        PA 16335
                                               PO#:            A86556
                                                               P1R71359
  BILL TO:          D&B NUMBER: 004350641      SHIP TO:


VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
               31415                                          44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6284 8T40127-C | | 2 COMPLETE | 205.0000 | 410.00 |
| | | | SUB-TOTAL | 410.00 |
| | | | SALES TAX | .00 |
| | | | | 410.00 |

```
                                           TERMS: NET 30 DAYS
```

```
        ACTCO TOOL & MFG. CO.                  INVOICE NUMBER: 28695
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                           DATE:         9/19/05
        MEADVILLE        PA 16335
                                                PO#:          A86668
                                                              P1R'71488
   BILL TO:          D&B NUMBER: 004350641      SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
           31415                                       44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6482 8GGD085-A | | 2 COMPLETE | 169.0000 | 338.00 |
| | | SUB-TOTAL | | 338.00 |
| | | SALES TAX | | .00 |
| | | | | 338.00 |

```
                                        TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28696

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6662 3432134 | | 1 | 109.0000 | 109.00 |
| | | COMPLETE | | |
| | | | SUB-TOTAL | 109.00 |
| | | | SALES TAX | .00 |
| | | | | 109.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28697

DATE:          9/19/05

PO#:           A86670
               P2R21923

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6698 8K29282-A | | 1 COMPLETE | 300.0000 | 300.00 |

SUB-TOTAL     300.00
SALES TAX        .00
              300.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28698
14421 BALDWIN ST. EXT.
P. O. BOX 675                        DATE:          9/19/05
MEADVILLE          PA 16335

                                     PO#:           A86668
                                                    P1R71488
BILL TO:        D&B NUMBER: 004350641    SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6759 | 8G6DA19-A | 1 COMPLETE | 103.0000 | 103.00 |

                                       SUB-TOTAL      103.00
                                       SALES TAX         .00
                                                     103.00


                                       TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28699

DATE:          9/19/05

PO#:          A86668
              P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6760 BGGDA20-A | | 1 COMPLETE | 103.0000 | 103.00 |

SUB-TOTAL          103.00
SALES TAX            .00
                   103.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28700

DATE:          9/19/05

PO#:   A85392/P1R70109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80724 | 8GADA25-B | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX          .00
                   156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28701

DATE:          9/19/05

PO#:     A85392/P1R70109

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80725 | 8GADA26-C | 1 COMPLETE | 156.0000 | 156.00 |

|  | SUB-TOTAL | 156.00 |
|  | SALES TAX | .00 |
|  |  | 156.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28709

DATE:              9/20/05

PO#:     A85973/P1S50853

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80892 | BE19405-B | 1 COMPLETE | 197.0000 | 197.00 |

SUB-TOTAL        197.00
SALES TAX          .00
                 197.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28710

DATE:            9/20/05

PO#:      A85973/P1S50853

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80893 | 8E19407-A | 1 COMPLETE | 175.0000 | 175.00 |

SUB-TOTAL      175.00
SALES TAX         .00
               175.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8712

DATE:              9/20/05

PO#:    A85617/P2S46431

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80808 | 15359364FMTLA0094-B | 2 COMPLETE | 650.0000 | 1300.00 |

SUB-TOTAL          1300.00
SALES TAX              .00
                   1300.00


TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28713

DATE:            9/20/05

PO#:     A85936/P1R70643

BILL TO:           D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 90876 | 8GBE115-B | 1 COMPLETE | 108.0000 | 108.00 |
| | | SUB-TOTAL | | 108.00 |
| | | SALES TAX | | .00 |
| | | | | 108.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28714

DATE:              9/20/05

PO#:    A86272/P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1865 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELI
WARREN, OH
                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81012   | 86BE115-B   | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL          108.00
SALES TAX            .00
                   108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28715

DATE:          9/20/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6033 8GBND80-A | | 1 COMPLETE | 95.0000 | 95.00 |

SUB-TOTAL          95.00
SALES TAX           .00
                   95.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28716

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A
SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6012 8GBNA33-B | | 1 COMPLETE | 120.0000 | 120.00 |

| | |
|---|---|
| SUB-TOTAL | 120.00 |
| SALES TAX | .00 |
| | 120.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28717

DATE:          9/21/05

PO#:           A86718
               P1R71532

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
           31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6022 8GBN223-B | | 2 COMPLETE | 132.0000 | 264.00 |

SUB-TOTAL          264.00
SALES TAX             .00
                   264.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28718

DATE:        9/21/05

PO#:         A86720
             P1R71575

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6120 8K29438-C | | 2 COMPLETE | 103.0000 | 206.00 |

*Shipped 1 pc. Rev. B*
*1 pc. Rev. C*
*OK per Marie Peluso 9-21-05 & revised p.o.*

SUB-TOTAL        206.00
SALES TAX          .00
                 206.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28719

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6156 8GGC070-A | | 1 COMPLETE | 300.0000 | 300.00 |

```
                              SUB-TOTAL      300.00
                              SALES TAX         .00
                                             300.00
```

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28720

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 8GGC085-A | | 2 COMPLETE | 51.0000 | 102.00 |

|  | SUB-TOTAL | 102.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |  | 102.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28721

DATE:          9/21/05

PO#:              A86719
                  P1R71534

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
                31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6202 8E27446-F | | 1 COMPLETE | 53.0000 | 53.00 |

SUB-TOTAL        53.00
SALES TAX          .00
                 53.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28722

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                         DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                1265 N. RIVER RD/PLT. 13
                                                  P52 CRIB/ADAM FADELL
SAVANNAH, GA                                       WARREN, OH
          31415                                             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6219 8GCE116-D | | 1 COMPLETE | 400.0000 | 400.00 |

SUB-TOTAL          400.00
SALES TAX            .00
                   400.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28723

DATE:            9/21/05

PO#:             A86719
                 P1R71534

BILL TO:         D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

|  | SUB-TOTAL | 118.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |           | 118.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28724

DATE:          9/21/05

PO#:           A86790
               P1R71603

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL     118.00
SALES TAX        .00
              118.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28725

DATE:              9/21/05

PO#:               A86789
                   P1R71601

BILL TO:           D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                 31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6277 8GKK018-A | | 5 COMPLETE | 110.0000 | 550.00 |

SUB-TOTAL    550.00
SALES TAX       .00
             550.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28726

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6280 BGKX019-D | | 6 COMPLETE | 103.0000 | 618.00 |

SUB-TOTAL      618.00
SALES TAX         .00
               618.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28727

DATE:              9/21/05

PO#:                A86718
                    P1R71532

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6309 8K06002-E | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL        156.00
SALES TAX           .00
                 156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

**INVOICE NUMBER:** 28728

**DATE:**         9/21/05

**PO#:**          A86718
                  P1R71532

**BILL TO:**          **D&B NUMBER:** 004350641

**SHIP TO:**

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6310 8K14004-T | | 1 COMPLETE | 163.0000 | 163.00 |

SUB-TOTAL    163.00
SALES TAX       .00
             163.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28729

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:        D&B NUMBER: 004350641     SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6332 8E25923-B | | 1 COMPLETE | 152.0000 | 152.00 |

SUB-TOTAL     152.00
SALES TAX        .00
              152.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28730

DATE:          9/21/05

PO#:          A86790
              P1R71603

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6332 8E25923-B | | 1 COMPLETE | 152.0000 | 152.00 |

SUB-TOTAL          152.00
SALES TAX          .00
                   152.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28731

DATE:            9/21/05

PO#:             AB6720
                 P1R71575

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6335 8GGB171-A | | 1 COMPLETE | 84.0000 | 84.00 |
| | | | SUB-TOTAL | 84.00 |
| | | | SALES TAX | .00 |
| | | | | 84.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28732

DATE:          9/21/05

PO#:          A86720
              P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL. |
|---|---|---|---|---|
| J6342 8E19535-D | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX          .00
                   96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28733

DATE:            9/21/05

PO#:             A86790
                 P1R71603

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6348 8GGA071-C | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL        96.00
SALES TAX          .00
                 96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28734

DATE:              9/21/05

PO#:               A86719
                   P1R71534

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
          31415                                     44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6399 8E25503-B | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL        192.00
SALES TAX           .00
                 192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28735

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:       D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1001 INDUSTRIAL DRIVE
                                        PLANT 22 RECEIVING DOCK
SAVANNAH, GA                            CLINTON, MS
            31415                                   39056

| REF NO.    DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6451 8GGD593-A | 4 COMPLETE | 96.0000 | 384.00 |
|  |  | SUB-TOTAL | 384.00 |
|  |  | SALES TAX | .00 |
|  |  |  | 384.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28736

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6456 8E25997-A | | 2 COMPLETE | 62.0000 | 124.00 |

|  |  |
|--|--|
| SUB-TOTAL | 124.00 |
| SALES TAX | .00 |
|  | 124.00 |

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28737
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/21/05
MEADVILLE        PA 16335
                                         PO#:          A86719
                                                       P1R71534
BILL TO:        D&B NUMBER: 004350641    SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
                31415                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6466 8GBF037-A | | 1 COMPLETE | 125.0000 | 125.00 |

```
                                         SUB-TOTAL       125.00
                                         SALES TAX          .00
                                                         125.00
```

```
                                         TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28738

DATE:          9/21/05

PO#:           A86721
               P2R21946

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6512 8E23122-C | | 3 COMPLETE | 72.0000 | 216.00 |

SUB-TOTAL      216.00
SALES TAX         .00
               216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28739

DATE:          9/21/05

PO#:           A86722
               P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6516 86BB395-A | | 4 COMPLETE | 187.0000 | 748.00 |

SUB-TOTAL     748.00
SALES TAX        .00
              748.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28740

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
             31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6524 8E25213-A | | 3 COMPLETE | 62.0000 | 186.00 |

SUB-TOTAL      186.00
SALES TAX         .00
               186.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28741

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                  31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6624 3432103-A | | 1<br>COMPLETE | 197.0000 | 197.00 |

SUB-TOTAL      197.00
SALES TAX         .00
               197.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28742

DATE:          9/21/05

PO#:           A86791
               P2R21963

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6724 8E23301-A | | 2 COMPLETE | 72.0000 | 144.00 |

SUB-TOTAL     144.00
SALES TAX        .00
              144.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28743

DATE:            9/21/05

PO#:    .         A86722
                  P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
          31415                                  39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6739 607A206-A | | 4 COMPLETE | 62.0000 | 248.00 |

SUB-TOTAL      248.00
SALES TAX         .00
               248.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28744
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/21/05
MEADVILLE          PA 16335

                                         PO#:           AB6722
                                                        P2R21957
BILL TO:        D&B NUMBER: 004350641    SHIP TO:

VANGUARD DISTRIBUTORS,INC           DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
            31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6742 8E23027-D | | 4 COMPLETE | 72.0000 | 288.00 |

                                    SUB-TOTAL      288.00
                                    SALES TAX         .00
                                                   288.00

                                    TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28745

DATE:          9/21/05

PO#:           A86722
               P2R21957

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6743 8E23714-E | | 4 COMPLETE | 72.0000 | 288.00 |

SUB-TOTAL    288.00
SALES TAX       .00
             288.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28746

DATE:           9/21/05

PO#:            A86722
                P2R21957

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             PLANT 22 RECEIVING DOCK
SAVANNAH, GA                                 CLINTON, MS
          31415                                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6744 8E25793-B | | 4 COMPLETE | 72.0000 | 288.00 |

SUB-TOTAL       288.00
SALES TAX          .00
                288.00

TERMS: NET 30 DAYS