# EXHIBIT 1 – PART 8

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28747

DATE:          9/21/05

PO#:           A86722
               P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6746 8GGD062-A | | 3 COMPLETE | 72.0000 | 216.00 |

SUB-TOTAL      216.00
SALES TAX         .00
               216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28748

DATE:          9/21/05

PO#:          A86722
              P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6747 8GGD065-A | | 3 COMPLETE | 72.0000 | 216.00 |

SUB-TOTAL          216.00
SALES TAX             .00
                   216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28749

DATE:          9/21/05

PO#:          A86722
              P2R21957

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6748 8K18254-T | | 1 COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL          203.00
SALES TAX             .00
                   203.00

TERMS: NET 30 DAYS

```
            ACTCO TOOL & MFG. CO.
            14421 BALDWIN ST. EXT.              INVOICE NUMBER: 28750
            P. O. BOX 675
            MEADVILLE       PA 16335            DATE:          9/21/05

                                                PO#:           A86237
                                                               P1R70988
   BILL TO:        D&B NUMBER: 004350641        SHIP TO:
```

```
VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
              31415                                   44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6353 8GGD414-E | | 2 COMPLETE | 132.0000 | 264.00 |

```
                                     SUB-TOTAL      264.00
                                     SALES TAX         .00
                                                    264.00
```

```
                                     TERMS: NET 30 DAYS
```

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28755
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:           9/21/05
MEADVILLE          PA 16335
                                         PO#:    A85936/P1R70643
BILL TO:          D&B NUMBER: 004350641  SHIP TO:
```

| | | | | |
|---|---|---|---|---|
| VANGUARD DISTRIBUTORS, INC | | | DELPHI AUTOMOTIVE SYSTEMS | |
| 107 N.E. LATHROP A | | | 1265 N. RIVER RD/PLT. 13 | |
| | | | P52 CRIB/ADAM FADELL | |
| SAVANNAH, GA | | | WARREN, OH | |
| 31415 | | | | 44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80877 | 8GBE205-C | 1 COMPLETE | 306.0000 | 306.00 |

```
                                         SUB-TOTAL       306.00
                                         SALES TAX          .00
                                                         306.00


                                         TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28756

DATE:            9/21/05

PO#:    A86160/P1R70877

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1865 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
              31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80992 | 8GBF205-C | 1 COMPLETE | 306.0000 | 306.00 |

SUB-TOTAL       306.00
SALES TAX          .00
                306.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28757

DATE:            9/21/05

PO#:    A85817/P1R70496

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A            PE5 CRIB/REC. DOCK PLT.13
                              1265 NORTH RIVER ROAD
SAVANNAH, GA            WARREN. OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80850 | 8GBV054-A | 1<br>COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL        203.00
SALES TAX        .00
                 203.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8758

DATE:          9/22/05

PO#:           AR4841
               P1R71671

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6134 8E25635-D | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL      120.00
SALES TAX         .00
               120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28759

DATE:          9/22/05

PO#:           A86841
               P1R71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 36148 | 8E27694-B | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL          102.00
SALES TAX            .00
                   102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28760

DATE:          9/22/05

PO#:           A86841
               P1R71671

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADEL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA149 | REP7696-C | 1 | 60.0000 | 60.00 |
| | | COMPLETE | | |

SUB-TOTAL     60.00
SALES TAX       .00
              60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28761

DATE:            9/22/05

PO#:             A86841
                 P1R71471

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1245 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELI
SAVANNAH. GA                             WARREN. OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6202 8E27446-F |   | 2 COMPLETE | 53.0000 | 106.00 |

SUB-TOTAL        106.00
SALES TAX           .00
                 106.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: P8762
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/22/05
MEADVILLE            PA 16335
                                         PO#:          A86861
BILL TO:          D&B NUMBER: 004350A41  SHIP TO:            P1871671


VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P5P CRIB/ADAM FADELI
SAVANNAH, GA                             WARREN, OH
            31415                                    44483

REF NO.     DRAWING NO.        QUANTITY     UNIT PRICE        TOTAL

J6258 8K28755-H                    2         59.0000          118.00
                               COMPLETE


                                         SUB-TOTAL           118.00
                                         SALES TAX              .00
                                                            118.00


                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8763

DATE:          9/22/05

PO#:           A86841
               P1871671

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6339 | 8GGD704-B | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL      192.00
SALES TAX         .00
               192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28764

DATE:          9/22/05

PO#:          A86844
              P2R21993

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6604 | BE20387- B | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL          62.00
SALES TAX            .00
                   62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28765

DATE:          9/22/05

PO#:          A86844
              P2R21993

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39054

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6671 | 9K1B321-B | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX          .00
                   156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28767

**DATE:**          9/22/05

**PO#:**    A85802/P2S46483

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80830 | 06288280PM0025-A | 1 COMPLETE | 550.0000 | 550.00 |

SUB-TOTAL          550.00
SALES TAX          .00
                   550.00

TERMS: NET 30 DAYS

```
              ACTCO TOOL & MFG. CO.              INVOICE NUMBER: 28768
              14421 BALDWIN ST. EXT.
              P. O. BOX 675                      DATE:          9/22/05
              MEADVILLE          PA 16335
                                                 PO#:   A86031/P2S46557

   BILL TO:         D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       PLANT 22 RECEIVING DOCK
SAVANNAH, GA                           CLINTON, MS
              31415                                    39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80890 | 8E23282-B | 1 COMPLETE | 94.0000 | 94.00 |

```
                                       SUB-TOTAL      94.00
                                       SALES TAX        .00
                                                      94.00
```

                                       TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
r. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28770

DATE:          9/22/05

PO#:           A86237
               P1R70988

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6315 8K28505-B | | 1 COMPLETE | 209.0000 | 209.00 |

SUB-TOTAL      209.00
SALES TAX         .00
               209.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28771

DATE:              9/22/05

PO#:               A86719
                   P1R71534

BILL TO:        D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6351 8GGD087-F | | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX             .00
                   120.00

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                 INVOICE NUMBER: 28772
14421 BALDWIN ST. EXT.
P. O. BOX 675                         DATE:          9/23/05
MEADVILLE        PA 16335
                                      PO#:   AB5060/P2R21674
```

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

```
VANGUARD DISTRIBUTORS, INC           DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1001 INDUSTRIAL DRIVE
                                     PLANT 22 RECEIVING DOCK
SAVANNAH, GA                         CLINTON, MS
           31415                                    39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80883 | BT40460-A | 1 COMPLETE | 328.0000 | 328.00 |

```
                                     SUB-TOTAL      328.00
                                     SALES TAX         .00
                                                    328.00
```

TERMS: NET 30 DAYS

```
          ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28773
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                            DATE:        9/23/05
          MEADVILLE         PA 16335
                                                   PO#:   A86433/P1R71238

     BILL TO:        D&B NUMBER: 004350641         SHIP TO:
```

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
           31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81027   | 8GLD027-C   | 1 COMPLETE | 306.0000 | 306.00 |

```
                                         SUB-TOTAL      306.00
                                         SALES TAX        .00
                                                        306.00
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28774

DATE:              9/23/05

PO#:    A86790/P1R71603

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81081 | 8K28751-D | 1 COMPLETE | 265.0000 | 265.00 |

SUB-TOTAL       265.00
SALES TAX          .00
                265.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28775

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A
SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029   | 8GBB157-A   | 3 COMPLETE | 86.0000  | 258.00 |

SUB-TOTAL          258.00
SALES TAX             .00
                   258.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28776

DATE:            9/23/05

PO#:             A86893
                 P1R71755

BILL TO:        D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6033 8GBND80-A | | 1 COMPLETE | 95.0000 | 95.00 |

SUB-TOTAL        95.00
SALES TAX          .00
                 95.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28777

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6051 86FA097-B | | 2 COMPLETE | 120.0000 | 240.00 |

SUB-TOTAL      240.00
SALES TAX         .00
               240.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28778

DATE:              9/23/05

PO#:               A86611
                   P1R71427

BILL TO:        D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6052 86YM258-B | | 1 COMPLETE | 86.0000 | 86.00 |

SUB-TOTAL          86.00
SALES TAX            .00
                   86.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28779

DATE:          9/23/05

PO#:          A86892
              P1R71752

BILL TO:        D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6112 8K29149-B | | 1 COMPLETE | 77.0000 | 77.00 |

SUB-TOTAL      77.00
SALES TAX        .00
               77.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28780

DATE:              9/23/05

PO#:               A86893
                   P1R71755

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6202 8E27446-F | | 1 COMPLETE | 53.0000 | 53.00 |

SUB-TOTAL          53.00
SALES TAX            .00
                   53.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28781

DATE:        9/23/05

PO#:        A86893
            P1R71755

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|-----------|-------|
| J6236 8GGD158-A | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL        192.00
SALES TAX          .00
                 192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28782

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6244 8GKX132-A | | 1 COMPLETE | 192.0000 | 192.00 |

SUB-TOTAL          192.00
SALES TAX            .00
                   192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28783

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6271 8GYM063-D | | 1<br>COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL     112.00
SALES TAX        .00
              112.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28784

DATE:          9/23/05

PO#:

A86893
P1R71755

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6272 8GYM105-C | | 1<br>COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL          112.00
SALES TAX            .00
                   112.00

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28785
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                     DATE:        9/23/05
        MEADVILLE        PA 16335
                                          PO#:             A86893
                                                           P1R71755
  BILL TO:        D&B NUMBER: 004350641    SHIP TO:
```

```
VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
            31415                                    44483
```

| REF NO.   DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6286 8GFA096-B | 1 COMPLETE | 197.0000 | 197.00 |

```
                              SUB-TOTAL     197.00
                              SALES TAX        .00
                                           197.00
```

```
                              TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28786

DATE:          9/23/05

PO#:           A86895
               P2R22019

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
          31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6311 8K19036-N | | 2 COMPLETE | 204.0000 | 408.00 |

SUB-TOTAL          408.00
SALES TAX             .00
                   408.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28787

DATE:          9/23/05

PO#:          A86893
          P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6317 BK28647-E | | 1 COMPLETE | 180.0000 | 180.00 |

SUB-TOTAL          180.00
SALES TAX          .00
          180.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28788

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6418 8E27448-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL     96.00
SALES TAX       .00
              96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28789

DATE:          9/23/05

PO#:              A86843
                  P1R71670

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6428 Z010996-B00 | | 1 COMPLETE | 725.0000 | 725.00 |

SUB-TOTAL          725.00
SALES TAX            .00
                   725.00

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28790
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/23/05
MEADVILLE          PA 16335
                                         PO#:          A86A96
                                                       22R22020
   BILL TO:        D&B NUMBER: 004350641  SHIP TO:
```

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6448 8E23298-E | | 4<br>COMPLETE | 62.0000 | 248.00 |

```
                                         SUB-TOTAL    248.00
                                         SALES TAX       .00
                                                      248.00


                                 TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28792

DATE:              9/23/05

PO#:               A86893
                   P1R71755

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6326 8K29348-C | | 2 COMPLETE | 165.0000 | 330.00 |

|  | | |
|---|---|---|
| SUB-TOTAL | 330.00 |
| SALES TAX | .00 |
| | 330.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28793

DATE:            9/23/05

PO#:      A85637/P1R70324

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80817 | Z010999-C00 | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL        475.00
SALES TAX          .00
                 475.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28802

DATE:          9/26/05

PO#:          A86960
              P2R22046

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6126 8E19154-G | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL          102.00
SALES TAX            .00
                   102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28803

DATE:          9/26/05

PO#:           A86959
               P1R71817

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6140 8E27109-B | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL     102.00
SALES TAX        .00
              102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28804

DATE:          9/26/05

PO#:          A86959
              P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 BGBA067-D | | 1 COMPLETE | 264.2500 | 264.25 |

SUB-TOTAL     264.25
SALES TAX       .00
              264.25

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28805

DATE:          9/26/05

PO#:           A86959
               P1R71817

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H |  | 1 COMPLETE | 59.0000 | 59.00 |

SUB-TOTAL          59.00
SALES TAX            .00
                   59.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28806

DATE:          9/26/05

PO#:          A86960
              P2R22046

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6310 8K14004-T | | 2 COMPLETE | 163.0000 | 326.00 |

SUB-TOTAL      326.00
SALES TAX        .00
              326.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28807

DATE:          9/26/05

PO#:           A86962
               P2R22057

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6311 8K19036-N | | 1 COMPLETE | 204.0000 | 204.00 |

SUB-TOTAL      204.00
SALES TAX        .00
               204.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28808

DATE:          9/26/05

PO#:           A86959
               P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6469 3432101-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX           .00
                   72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28809

DATE:                9/26/05

PO#:                 A86962
                     P2R22057

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6604 8E20387-B | | 1 COMPLETE | 62.0000 | 62.00 |

|  |  |
|--|--|
| SUB-TOTAL | 62.00 |
| SALES TAX | .00 |
| | 62.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28810

DATE:              9/26/05

PO#:               A86961
                   P2R22047

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6637 8E20299-H | | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL          62.00
SALES TAX            .00
                   62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28811

DATE:          9/26/05

PO#:          A86959
              P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6673 8GAD978-B | | 2 COMPLETE | 204.0000 | 408.00 |

SUB-TOTAL          408.00
SALES TAX            .00
                   408.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28813

**DATE:**          9/26/05

**PO#:**          A86892
*PIR71752*

BILL TO:          D&B NUMBER: 00435084     SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6098 BK27660-E | | 3 COMPLETE | 34.5000 | 103.50 |

|  |  |
|--|--|
| SUB-TOTAL | 103.50 |
| SALES TAX | .00 |
|  | 103.50 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28814

DATE:          9/26/05

PO#:           A85981
               P1R70707

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6672 BK28617-K | | 1 COMPLETE | 240.0000 | 240.00 |

SUB-TOTAL     240.00
SALES TAX        .00
              240.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28815

DATE:          9/26/05

PO#:           A86961
               P2R22047

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A  ;

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6604 8E20387-B | | 2 COMPLETE | 62.0000 | 124.00 |

SUB-TOTAL          124.00
SALES TAX             .00
                   124.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28817

DATE:          9/26/05

PO#:    A86960/P2R22046

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81120 | BF25945-B | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX            .00
                   109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28823

DATE:          9/27/05

PO#:     A85937/P1R70642

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80863 | Z012130-A00 | 1 COMPLETE | 150.0000 | 150.00 |

SUB-TOTAL     150.00
SALES TAX       .00
              150.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 28824

DATE:          9/27/05

PO#:    A86059/P1R70760

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 80884 | Z012130-A00 | 1 COMPLETE | 150.0000 | 150.00 |

SUB-TOTAL        150.00
SALES TAX           .00
                 150.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28831

DATE:          9/27/05

PO#:    A85616/P2S46424

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80807 | 12066594PMC0031-C | 3 COMPLETE | 625.0000 | 1875.00 |

SUB-TOTAL          1875.00
SALES TAX               .00
                   1875.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28832

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:        D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6046 8GAB219-A | | 1 COMPLETE | 175.0000 | 175.00 |

|  | SUB-TOTAL | 175.00 |
|  | SALES TAX | .00 |
|  |  | 175.00 |

TERMS: NET 30 DAYS