# EXHIBIT 1 – PART 9

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28833

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6049 8GAB222-D | | 1 COMPLETE | 175.0000 | 175.00 |

SUB-TOTAL          175.00
SALES TAX             .00
                   175.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28834

DATE:              9/28/05

PO#:               A87015
                   P1R71866

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH .
              31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 8K19102-P | | 2 COMPLETE | 220.0000 | 440.00 |

SUB-TOTAL          440.00
SALES TAX             .00
                   440.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28835

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6114 8K29213-B | | 1 COMPLETE | 53.0000 | 53.00 |

SUB-TOTAL     53.00
SALES TAX       .00
              53.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28836

DATE:          9/28/05

PO#:           A87016
               P1R71868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6135 8E25935-C | | 1 COMPLETE | 69.0000 | 69.00 |

SUB-TOTAL        69.00
SALES TAX          .00
                 69.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28837

DATE:            9/28/05

PO#:             A87075
                 P1R71916

BILL TO:          D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6142 8E27434-A | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL        120.00
SALES TAX           .00
                 120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28838

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6143 8E27435-D | | 2 COMPLETE | 77.0000 | 154.00 |

|  | SUB-TOTAL | 154.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |           | 154.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28839

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6144 8E27437-A | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL      60.00
SALES TAX        .00
               60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28840

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6151 8GGA065-A | | 1 COMPLETE | 69.0000 | 69.00 |

SUB-TOTAL          69.00
SALES TAX            .00
                   69.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28841

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH. GA                                 WARREN, OH
             31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 8GGC085-A | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL          102.00
SALES TAX             .00
                   102.00

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.              INVOICE NUMBER: 28842
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                      DATE:          9/28/05
        MEADVILLE          PA 16335
                                           PO#:           A87075
                                                          P1R71916
   BILL TO:          D&B NUMBER: 004350641  SHIP TO:
```

```
VANGUARD DISTRIBUTORS.INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
            31415                              44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6160 8GGD222-A | | 1 COMPLETE | 200.0000 | 200.00 |

```
                                   SUB-TOTAL      200.00
                                   SALES TAX         .00
                                                  200.00
```

```
                                   TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28843

DATE:          9/28/05

PO#:           A87015
               P1R71866

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6185 8E15005-F | | 2 COMPLETE | 159.0000 | 318.00 |

SUB-TOTAL      318.00
SALES TAX         .00
               318.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28844

DATE:             9/28/05

PO#:              A87075
                  P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
                  31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6202 8E27446-F | | 3 COMPLETE | 53.0000 | 159.00 |

|  |  |
|---|---|
| SUB-TOTAL | 159.00 |
| SALES TAX | .00 |
| | 159.00 |

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28845
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                            DATE:        9/28/05
        MEADVILLE          PA 16335
                                                 PO#:            A87016
                                                                 P1R71868
  BILL TO:          D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

REF NO.    DRAWING NO.        QUANTITY       UNIT PRICE         TOTAL
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6208 8GAT531-A | | 2 COMPLETE | 125.0000 | 250.00 |

```
                                         SUB-TOTAL        250.00
                                         SALES TAX           .00
                                                          250.00


                                         TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28847

DATE:        9/28/05

PO#:         A87075
             P1R71916

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6321 8K29219-A | | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL        108.00
SALES TAX           .00
                 108.00

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.
         14421 BALDWIN ST. EXT.             INVOICE NUMBER: 28848
         P. O. BOX 675
         MEADVILLE        PA 16335          DATE:        9/28/05

                                            PO#:            A87016
                                                            P1R71868
    BILL TO:        D&B NUMBER: 004350641    SHIP TO:
```

| | | | | |
|---|---|---|---|---|
| VANGUARD DISTRIBUTORS,INC | | | DELPHI AUTOMOTIVE SYSTEMS | |
| 107 N.E. LATHROP A | | | 1265 N. RIVER RD/PLT. 13 | |
| | | | P52 CRIB/ADAM FADELL | |
| SAVANNAH, GA | | | WARREN, OH | |
| 31415 | | | | 44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6353 | 86GD414-E | 11 COMPLETE | 132.0000 | 1452.00 |

```
                              SUB-TOTAL       1452.00
                              SALES TAX           .00
                                              1452.00


                              TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28849

DATE:          9/28/05

PO#:           AB7017
               P2R22062

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6430 | 86ADC81-B | 1 COMPLETE | 350.0000 | 350.00 |

SUB-TOTAL          350.00
SALES TAX            .00
                   350.00

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28850
14421 BALDWIN ST. EXT.
P. O. BOX 675                         DATE:        9/28/05
MEADVILLE        PA 16335
                                      PO#:            A87074
                                                      P1R71912
  BILL TO:        D&B NUMBER: 004350641
                                      SHIP TO:
```

| | |
|---|---|
| VANGUARD DISTRIBUTORS,INC<br>107 N.E. LATHROP A<br><br>SAVANNAH, GA<br>    31415 | DELPHI AUTOMOTIVE SYSTEMS<br>1265 N. RIVER RD/PLT. 13<br>P52 CRIB/ADAM FADELL<br>WARREN, OH<br>    44483 |

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6453 | 8K27792-D | 2<br>COMPLETE | 195.0000 | 390.00 |

```
                              SUB-TOTAL    390.00
                              SALES TAX       .00
                                           390.00
```

```
                              TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28851

DATE:          9/28/05

PO#:           A87017
               P2R22062

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1001 INDUSTRIAL DRIVE
                                           PLANT 22 RECEIVING DOCK
SAVANNAH, GA                               CLINTON, MS
               31415                                      39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6526 8E27471-B | | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL      120.00
SALES TAX         .00
               120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28852

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6561   | 8GBF323-A   | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL      108.00
SALES TAX        .00
               108.00

TERMS: NET 30 DAYS

```
        ACTCO TOOL & MFG. CO.                INVOICE NUMBER:  28853
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                         DATE:           9/28/05
        MEADVILLE         PA 16335
                                              PO#:            A87075
                                                              P1R71916
BILL TO:          D&B NUMBER: 004350641       SHIP TO:


VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                      44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6578 | 8GGD493-A | 2 COMPLETE | 62.0000 | 124.00 |

```
                                         SUB-TOTAL        124.00
                                         SALES TAX           .00
                                                          124.00
```

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28854

DATE:              9/28/05

PO#:               A87015
                   P1R71866

BILL TO:          D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             F52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6625 86AD157-B | | 1 COMPLETE | 180.0000 | 180.00 |

SUB-TOTAL        180.00
SALES TAX           .00
                 180.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28855

DATE:          9/28/05

PO#:           A87017
               P2R22062

BILL TO:           D&B NUMBER: 004350641       SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1001 INDUSTRIAL DRIVE
                                         PLANT 22 RECEIVING DOCK
SAVANNAH, GA                             CLINTON, MS
            31415                                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6680 8E19411-G | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL     72.00
SALES TAX       .00
              72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28856

DATE:          9/28/05

PO#:
A87074
P1R71912

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6686   | 8K27907-E   | 2 COMPLETE | 284.0000 | 568.00 |

SUB-TOTAL          568.00
SALES TAX             .00
                   568.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28857

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6730 8GAY041-B | | 3 COMPLETE | 84.0000 | 252.00 |

|  | SUB-TOTAL | 252.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |  | 252.00 |

TERMS: NET 30 DAYS

```
          ACTCO TOOL & MFG. CO.                        INVOICE NUMBER: 28858
          14421 BALDWIN ST. EXT.
          P. O. BOX 675                        DATE:          9/28/05
          MEADVILLE        PA 16335
                                                PO#:           A87075
   BILL TO:            D&B NUMBER: 004350641                    P1R71916
                                                SHIP TO:
```

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6731 8GAY042-B | | 2 COMPLETE | 84.0000 | 168.00 |
| | | | SUB-TOTAL | 168.00 |
| | | | SALES TAX | .00 |
| | | | | 168.00 |

                                       TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28859

DATE:            9/28/05

PO#:             A87016
                 P1R71868

BILL TO:         D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6732 8GBA167-D | | 2 COMPLETE | 66.0000 | 132.00 |

SUB-TOTAL        132.00
SALES TAX           .00
                 132.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28860

DATE:              9/28/05

PO#:               A87015
                   P1R71866

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6736 8GBX063-D | | 2 COMPLETE | 96.0000 | 192.00 |

|  |  |  | SUB-TOTAL | 192.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 192.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28861

DATE:              9/28/05

PO#:               A87015
                   P1R71866

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6753 8T40083-B | | 5 COMPLETE | 45.0000 | 225.00 |

|  | SUB-TOTAL | 225.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |  | 225.00 |

TERMS: NET 30 DAYS

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28866
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:           9/28/05
MEADVILLE          PA 16335
                                         PO#:    A86436/P2R21811

BILL TO:        D&B NUMBER: 004350641    SHIP TO:
```

```
VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
              31415                              39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81032 | 8E23383-B | 1 COMPLETE | 219.0000 | 219.00 |

```
                                    SUB-TOTAL       219.00
                                    SALES TAX          .00
                                                    219.00
```

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

**INVOICE NUMBER:** 28870

**DATE:**        9/28/05

**PO#:**   A86102/P1550947

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80887 | Z009217-A | 1 COMPLETE | 275.0000 | 275.00 |

|  | SUB-TOTAL | 275.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |  | 275.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28871

DATE:            9/29/05

PO#:             A87135
                 P1R71966

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
           31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 | BK19102-P | 2 COMPLETE | 220.0000 | 440.00 |

SUB-TOTAL         440.00
SALES TAX            .00
                  440.00


TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28872

DATE:        9/29/05

PO#:         A87135
             P1R71966

BILL TO:          D&B NUMBER: 004350641       SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
           31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6103   | SKP8496-C   | 1 COMPLETE | 84.0000  | 84.00 |

SUB-TOTAL        84.00
SALES TAX          .00
                 84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28873

DATE:          9/29/05

PO#:          A87136
              P1R71969

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J4P03   | 86AD379-B   | 1        | 129.0000   | 129.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL     129.00
SALES TAX        .00
              129.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28874

DATE:            9/29/05

PO#:             A87135
                 P1R71966

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADEL!
SAVANNAH, GA                            WARREN, OH
            31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6284 8T40127-C | | 1 COMPLETE | 205.0000 | 205.00 |

SUB-TOTAL        205.00
SALES TAX           .00
                 205.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE            PA 16335

INVOICE NUMBER: 28875

DATE:            9/29/05

PO#:            A87135
                P1871966

BILL TO:            D&B NUMBER: 004950641

SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6293 8K28506-B | | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL        120.00
SALES TAX           .00
                 120.00

TERMS: NET 30 DAYS

```
           ACTCO TOOL & MFG. CO.
           14491 BALDWIN ST. EXT.                 INVOICE NUMBER: P8876
           P. O. BOX 675
           MEADVILLE        PA 16335              DATE:          9/29/05

                                                  PO#:            AB7136
BILL TO:              D&B NUMBER: 004350641                       P1R71969
                                                  SHIP TO:
```

```
VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
             31415                                  44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6315 8KP8505-B | | 1 COMPLETE | 209.0000 | 209.00 |

```
                                     SUB-TOTAL      209.00
                                     SALES TAX        .00
                                                    209.00


                                     TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28877

DATE:          9/29/05

PO#:           A87135
               P1R71966

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6816 8KP3514-C |  | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL          108.00
SALES TAX             .00
                   108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28878

DATE:            9/29/05

PO#:             A87137
                 P2R22118

BILL TO:          D&B NUMBER: 004350641     SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1001 INDUSTRIAL DRIVE
                                    PLANT 22 RECEIVING DOCK
SAVANNAH, GA                        CLINTON, MS
            31415                               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6641 | PK19234-S | 2 COMPLETE | 219.0000 | 438.00 |

SUB-TOTAL          438.00
SALES TAX             .00
                   438.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28879

DATE:              9/29/05

PO#:      A86841/P1R71671

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81123 | 8GADA26-C | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX             .00
                   156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28880

DATE:              9/29/05

PO#:     A86841/P1R71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81122 | 8GADA25-B | 1 COMPLETE | 156.0000 | 156.00 |

                                         SUB-TOTAL        156.00
                                         SALES TAX           .00
                                                          156.00

                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28881

DATE:          9/29/05

PO#:     A86895/P2R22019

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81127 | 8E25945-B | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX             .00
                   109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28882

DATE:          9/29/05

PO#:    A86962/P2R22057

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81137 | 8E25945-B | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL          109.00
SALES TAX               .00
                   109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28883

DATE:          9/29/05

PO#:    A86959/P1R71817

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81139 | 8E25061-C | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX           .00
                   72.00

TERMS: NET 30 DAYS

```
      ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28886
      14421 BALDWIN ST. EXT.
      P. O. BOX 675                            DATE:          9/29/05
      MEADVILLE            PA 16335
                                               PO#:   A85982/P1R70706

  BILL TO:          D&B NUMBER: 004350641      SHIP TO:


VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       T45 CRIB/REC. DOCK PLT 13
                                         1265 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
                  31415                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80886 | Z016194-A | 1 COMPLETE | 675.0000 | 675.00 |

```
                                     SUB-TOTAL      675.00
                                     SALES TAX         .00
                                                    675.00
```

                                     TERMS: NET 30 DAYS

```
          ACTCO TOOL & MFG. CO.
          14421 BALDWIN ST. EXT.              INVOICE NUMBER: 28887
          P. O. BOX 675
          MEADVILLE          PA 16335         DATE:          9/29/05

                                              PO#:    A85437/P2S46385

   BILL TO:           D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1001 INDUSTRIAL DRIVE
                                       REC. DOCK 22/CRIB T16
SAVANNAH, GA                           CLINTON, MS
              31415                                   39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80718 | 12191910PMSLA0050-D | 1 COMPLETE | 675.0000 | 675.00 |

```
                                  SUB-TOTAL      675.00
                                  SALES TAX         .00
                                                 675.00


                                  TERMS: NET 30 DAYS
```

```
                ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28888
                14421 BALDWIN ST. EXT.
                P. O. BOX 675                         DATE:          9/29/05
                MEADVILLE          PA 16335
                                                      PO#:    A85437/P2S46385

    BILL TO:              D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS, INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1001 INDUSTRIAL DRIVE
                                             REC. DOCK 22/CRIB T16
SAVANNAH, GA                                 CLINTON, MS
                    31415                                        39056
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80719 | 12191910PMSLA0051-D | 1 COMPLETE | 675.0000 | 675.00 |

```
                                             SUB-TOTAL      675.00
                                             SALES TAX         .00
                                                            675.00
```

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28889

DATE:          9/29/05

PO#:    A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   REC. DOCK 22/CRIB T16
SAVANNAH, GA                       CLINTON, MS
            31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80720 | 12191910PMSLA0052-D | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL        675.00
SALES TAX            .00
                 675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28890

DATE:          9/29/05

PO#:   A86032/P2S46556

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80891 | 12020629PMA0031-A | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL          475.00
SALES TAX            .00
                   475.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28891

DATE:          9/30/05

PO#:           AB7194
               P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6043 8GAB214-B | | 1 COMPLETE | 115.0000 | 115.00 |

SUB-TOTAL          115.00
SALES TAX             .00
                   115.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28892

DATE:          9/30/05

PO#:           A87193
               P1R72011

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 8K19102-P | | 6 COMPLETE | 220.0000 | 1320.00 |

|  |  |  | SUB-TOTAL | 1320.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 1320.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28893

DATE:          9/30/05

PO#:          A87194
              P1R72015

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6148 8E27694-B | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL          102.00
SALES TAX            .00
                   102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28894

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6208 8GAT531-A | | 2 COMPLETE | 125.0000 | 250.00 |

SUB-TOTAL          250.00
SALES TAX            .00
                   250.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28895

DATE:        9/30/05

PO#:        A87135
            P1R71966

BILL TO:        D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6284 8T40127-C | | 2 COMPLETE | 205.0000 | 410.00 |

SUB-TOTAL        410.00
SALES TAX          .00
                 410.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28896

DATE:          9/30/05

PO#:           A87193
               P1R72011

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6316 8K28514-C | | 3 COMPLETE | 108.0000 | 324.00 |

|  |  |  | SUB-TOTAL | 324.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 324.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28897

**DATE:**          9/30/05

**PO#:**          A87194
                  P1R72015

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6351 86GD087-F | | 1 COMPLETE | 120.0000 | 120.00 |

|  |  |
|--|--|
| SUB-TOTAL | 120.00 |
| SALES TAX | .00 |
|  | 120.00 |

TERMS: NET 30 DAYS