# EXHIBIT 1 – PART 10

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28898

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6380 8GFA100-A | | 1 COMPLETE | 131.0000 | 131.00 |

SUB-TOTAL          131.00
SALES TAX             .00
                   131.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28899

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6418 8E27448-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL     96.00
SALES TAX       .00
              96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28900

DATE:          9/30/05

PO#:          A87198
              P2R22125

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1001 INDUSTRIAL DRIVE
                                   PLANT 22 RECEIVING DOCK
SAVANNAH, GA                       CLINTON, MS
          31415                              39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6457 BE27428-A | | 2 COMPLETE | 108.0000 | 216.00 |

SUB-TOTAL          216.00
SALES TAX             .00
                   216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28901

DATE:          9/30/05

PO#:          A87198
              P2R22125

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6471 BE25159-C | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX          .00
                   72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28902

DATE:          9/30/05

PO#:           A87197
               P2R22124

BILL TO:          D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                  39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6504 8K19277-E | | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL      109.00
SALES TAX        .00
               109.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28903

DATE:          9/30/05

PO#:           A87198
               P2R22125

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
               39056

| REF NO.   DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6533 8K27938-C | 1 COMPLETE | 203.0000 | 203.00 |
| | SUB-TOTAL | | 203.00 |
| | SALES TAX | | .00 |
| | | | 203.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28904

DATE:        9/30/05

PO#:        A87197
              P2R22124

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6568 8E25951-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL        72.00
SALES TAX          .00
                 72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28905

DATE:          9/30/05

PO#:          A87194
              P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6722 8GBE509-B | | 2 COMPLETE | 306.0000 | 612.00 |
| | | | SUB-TOTAL | 612.00 |
| | | | SALES TAX | .00 |
| | | | | 612.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28908

DATE:          9/30/05

PO#:   A86961/P2R22047

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
             31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
                39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81136 | 8K27217-D | 1 COMPLETE | 459.0000 | 459.00 |

SUB-TOTAL        459.00
SALES TAX          .00
                 459.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28909

DATE:          9/30/05

PO#:     A86841/P1R71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
                  31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81121 | 8E25057-D | 1 COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL          62.00
SALES TAX            .00
                   62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28910

DATE:          9/30/05

PO#:           A87136
               P1R71969

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
           31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6121 BK29439-C | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX            .00
                   156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28911

DATE:              9/30/05

PO#:               A87194
                   P1R72015

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6121 8K29439-C | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX             .00
                   156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28912

DATE:          9/30/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6204 8GAD440-A | | 1 COMPLETE | 141.0000 | 141.00 |
| | | | SUB-TOTAL | 141.00 |
| | | | SALES TAX | .00 |
| | | | | 141.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28913

DATE:          9/30/05

PO#:           A86959
               P1R71817

BILL TO:        D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL      118.00
SALES TAX         .00
               118.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 28918

DATE:              9/30/05

PO#:      A85924/P2546523

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80861 | 8E23385-B | 1<br>COMPLETE | 156.0000 | 156.00 |

| | | |
|---|---|---|
| SUB-TOTAL | 156.00 |
| SALES TAX | .00 |
| | 156.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28919

DATE:          9/30/05

PO#:    A85636/P1R70323

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
                 31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80822 | Z012124-A00 | 1 COMPLETE | 1100.0000 | 1100.00 |

SUB-TOTAL          1100.00
SALES TAX            .00
                   1100.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28920

DATE:          9/30/05

PO#:    A85982/P1R70706

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            T45 CRIB/REC. DOCK PLT 13
                                              1265 NORTH RIVER ROAD
SAVANNAH, GA                                  WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80885 | Z016191-A | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX             .00
                   500.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28921

DATE:          10/03/05

PO#:          A86842
              P1R71669

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6551 Z013023-B00 | | 1 COMPLETE | 2,275.0000 | 2275.00 |

SUB-TOTAL          2275.00
SALES TAX              .00
                   2275.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28933

DATE:          10/03/05

PO#:    A86262/P1S51104

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81005 | 86BNL82-C | 4 COMPLETE | 120.0000 | 480.00 |

|  |  |
|--|--|
| SUB-TOTAL | 480.00 |
| SALES TAX | .00 |
|  | 480.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28941

DATE:          10/03/05

PO#:     A87178/P2646858

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81180 | 12010123PMA0005-A | 2 COMPLETE | 400.0000 | 800.00 |

SUB-TOTAL          800.00
SALES TAX              .00
                    800.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28946

DATE:          10/04/05

PO#:    A87077/P1R71915

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81199 | Z010999-COO | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL          475.00
SALES TAX             .00
                   475.00

TERMS: NET 30 DAYS

ACTED TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

**INVOICE NUMBER:** 28947

**DATE:**            10/04/05

**PO#:**     A87177/PP846855

BILL TO:            D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON. MS
               39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81195 | 12110052PMSLB0073-E | 1 COMPLETE | 725.0000 | 725.00 |

|  |  |
|---|---|
| SUB-TOTAL | 725.00 |
| SALES TAX | .00 |
|  | 725.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8951

DATE:          10/04/05

PO#:     A86552/P2546683

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81044 | 124M311-B | 1 COMPLETE | 131.0000 | 131.00 |

SUB-TOTAL          131.00
SALES TAX          .00
                   131.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8954

DATE:          10/04/05

PO#:     AR6102/P1850947

BILL TO:          DAB NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80888 | Z009758-A | 1 COMPLETE | 250.0000 | 250.00 |

|  |  |
|---|---|
| SUB-TOTAL | 250.00 |
| SALES TAX | .00 |
|  | 250.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14621 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE              PA 16335

INVOICE NUMBER: 28958

DATE:          10/04/05

PO#:    A87178/PPS44858

BILL TO:          D&B NUMBER: 004350641     SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
                        39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81181   | 12041307PMA0007-A | 2 COMPLETE | 475.0000 | 950.00 |

SUB-TOTAL     950.00
SALES TAX        .00
              950.00

TERMS: NET 30 DAYS

```
ACTEO TOOL & MFG. CO.                    INVOICE NUMBER: P8956
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:         10/04/05
MEADVILLE          PA 16335
                                        PO#:    AB4272/P1B71027
BILL TO:        D&B NUMBER: 004350641    SHIP TO:


VANGUARD DISTRIBUTORS, INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN. OH
              31415                                   44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81014 | 8GGD982-A | 2 COMPLETE | 120.0000 | 240.00 |

```
                                     SUB-TOTAL    240.00
                                     SALES TAX       .00
                                                  240.00


                           TERMS: NET 30 DAYS
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28966

DATE:              10/05/05

PO#:      A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
            39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80715 | 12191910PMSLA0046-D | 1 COMPLETE | 1050.0000 | 1050.00 |

SUB-TOTAL    1050.00
SALES TAX    .00
             1050.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28967

DATE:          10/05/05

PO#:     A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80716 | 12191910PMSLA0047-D | 1 COMPLETE | 1050.0000 | 1050.00 |

|  |  |
|---|---|
| SUB-TOTAL | 1050.00 |
| SALES TAX | .00 |
|  | 1050.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28968

DATE:          10/05/05

PO#:   A85437/P2S46385

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T16
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| B0717 | 12191910PMSLA0048-D | 1 COMPLETE | 950.0000 | 950.00 |

SUB-TOTAL          950.00
SALES TAX          .00
          950.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28971

DATE:          10/06/05

PO#:                A87485
                    P2P22235

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON. MS
                    39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6712 8K27214-G | | 2 COMPLETE | 250.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX            .00
                   500.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28973

DATE:          10/06/05

PO#:     A86480/P1551248

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81028   | 8GLD567-A   | 1 COMPLETE | 284.0000 | 284.00 |

SUB-TOTAL          284.00
SALES TAX            .00
                   284.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28977

DATE:          10/07/05

PO#:     A86273/P1R71026

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81010 | 2005721-C | 1 COMPLETE | 375.0000 | 375.00 |

SUB-TOTAL          375.00
SALES TAX             .00
                   375.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28978

DATE:          10/07/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6731 8GAY042-B | | 1<br>COMPLETE | 84.0000 | 84.00 |
| | | | SUB-TOTAL | 84.00 |
| | | | SALES TAX | .00 |
| | | | | 84.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28979

DATE:          10/07/05

PO#:    A84377/P1R71193

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81024 | 8GGD982-A | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX          .00
                   120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28980

DATE:          10/07/05

PO#:     A86552/P2S46683

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
PLANT 22 RECEIVING DOCK
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81043 | 082Z144 | 2 COMPLETE | 197.0000 | 394.00 |

SUB-TOTAL          394.00
SALES TAX            .00
                   394.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28981

DATE:          10/07/05

PO#:   A86481/P2S46654

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 81030 | 15326627PMGB5700-BO | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX          .00
          500.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28982

DATE:          10/07/05

PO#:    A86481/P2S46654

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 81031 | 15326681PMGB5710-B0 | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX            .00
                   500.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28983

DATE:          10/07/05

PO#:    A86481/P2S46654

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T42
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81029 | 12047842PMB0032-A00 | 1 COMPLETE | 325.0000 | 325.00 |

SUB-TOTAL          325.00
SALES TAX            .00
                   325.00

TERMS: NET 30 DAYS

```
         ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28984
         14421 BALDWIN ST. EXT.
         P. O. BOX 675                DATE:            10/07/05
         MEADVILLE        PA 16335
                                             PO#:    A86436/P2RP1811

BILL TO:            D&B NUMBER: 004350641     SHIP TO:


VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1001 INDUSTRIAL DRIVE
                                     PLANT 22 RECEIVING DOCK
SAVANNAH, GA                         CLINTON, MS
              31415                                  39056

REF NO.     DRAWING NO.        QUANTITY     UNIT PRICE        TOTAL
─────────────────────────────────────────────────────────────────

81034       8K28423-A              1        306.0000        306.00
                             COMPLETE


                                     SUB-TOTAL        306.00
                                     SALES TAX           .00
                                                      306.00



                             TERMS: NET 30 DAYS
```