# EXHIBIT 2

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28028

DATE:          9/09/05

PO#:   P1851164

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C

WARREN, OH
          44486

DELPHI AUTOMOTIVE SYSTEMS
RECEIVING DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | | | |
| R1011 | 7S12007-A | 10 COMPLETE | 84.0000 | 840.00 |

SUB-TOTAL      840.00
SALES TAX        .00
               840.00

TERMS: NET 30 DAYS

EXHIBIT
2

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS    850    25060002
PURCHASE ORDER    USD

DATE
09/07/05

PURCHASE ORDER / RELEASE NUMBER
P1S51164

SEP 0 8 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN            OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN            OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE        PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: PLANT PURCHASIN

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001 | 10 | 7S12007 | 84 | PC |

*8\011*

*Rec #28528*
*9-07-05*

MINIMUM QTY  UOM  PRICE/EA

LINK
LONG FOR GATHERING FINGERS ON ALL AUTOMATIC
STRAIGHT BOOTERS - IGNITION AREA
USED ON STRT BOOTERS ARTOS CUTTERS

ECL A  PRINT DATE 02-03-97
DELIVERY REQUESTED
10        PC 09/10/05

TAX CODE: 3    TAX PERCENT:   0.00%
==================================================================

| PO LINES | PO QTY |
|----------|--------|
| 1 | 10 |

```
        ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28590
        14421 BALDWIN ST. EXT.
        P. O. BOX 675                            DATE:         9/13/05
        MEADVILLE        PA 16335
                                                 PO#:   P1S50251
```

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

```
DELPHI AUTOMOTIVE SYSTEMS              DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C                     1265 N. RIVER RD./PLT. 13
                                       752 TOOL ROOM/D. WARZALA
WARREN, OH                             WARREN, OH
            44486                                      44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|

TOOLING CHARGE

| 80652 | 86BA829-EXP | 24 COMPLETE | 150.0000 | 3600.00 |

```
                                       SUB-TOTAL        3600.00
                                       SALES TAX            .00
                                                        3600.00
```

TERMS: NET 30 DAYS

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS     850     25030001
PURCHASE ORDER            USD

DATE
08/05/05

PURCHASE ORDER / RELEASE NUMBER
P1S50251

AUG 0 8 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN          OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN          OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE        PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: PLANT PURCHASIN

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001 | 24 | 8GDA829 | 150 | PC |

30652

#28590
9-13-05

MINIMUM OTY  UOM  PRICE/EA

PUNCH
BLANK DET. 61, SHT 20
15401221 MA

ECL A PRINT DATE 09-25-01
DELIVERY REQUESTED          9/16-dev-9/07
24          PC 09/02/05

TAX CODE: 3     TAX PERCENT:    0.00%
WHO ORDERED: DARLA WARZALA
====================================================================

| PO LINES | PO QTY |
|----------|--------|
| 1 | 24 |

ACTED TOOL & MFG. CO.
15421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER: P8412
DATE:          9/14/05
PO#:   P1551051

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C

WARREN, OH
          44486

DELPHI AUTOMOTIVE SYSTEMS
RECEIVING DOCK PLANT 13
1845 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | | | |
| 91008 | 9XFA215-A | 5 | 69.0000 | 345.00 |
| | | COMPLETE | | |

SUB-TOTAL          345.00
SALES TAX          .00
          345.00

TERMS: NET 30 DAYS

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS      850    25050002
PURCHASE ORDER          USD

DATE
09/01/05

PURCHASE ORDER / RELEASE NUMBER
P1S51051

SEP 0 2 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN            OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN            OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE          PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: J. ARREOLA      915-612-1127

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001 | 5 | 8KFA315 | 69 | PC |

81003

#28617
9-14-05

MINIMUM QTY  UOM  PRICE/EA

PLATE, SPACER
PLATE, SPACER

ECL A  PRINT DATE 10-23-92
GM PART NUMBER 12139894
DELIVERY REQUESTED
5          PC 09/23/05  9-20

TAX CODE: 3    TAX PERCENT:   0.00%

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000002 | 3 | 8T12020 | 122 | PC |

81004

#28702
9-19-05

MINIMUM QTY  UOM  PRICE/EA

DIE-HOLDER

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28671

DATE:          9/16/05

PO#:   P1851163

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C

WARREN, OH
                44486

DELPHI AUTOMOTIVE SYSTEMS
RECEIVING DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | | | |
| 81007 | 7A08135-D | 1 COMPLETE | 262.0000 | 262.00 |

SUB-TOTAL          262.00
SALES TAX          .00
                   262.00

TERMS: NET 30 DAYS

Confirmation ————
Stand alone Order

DELPHI PACKARD ELECTRIC SYSTEMS      850    25060001
PURCHASE ORDER              USD

DATE
09/07/05

PURCHASE ORDER / RELEASE NUMBER
P1S51163

### SEP 0 8 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN              OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN              OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE        PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO              TX 79906
BUYER: PLANT PURCHASIN

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001 | 1 | 7A08135 | 262 | PC |

*81007*
*Red*
*#28671*
*9-16-05*

MINIMUM QTY  UOM   PRICE/EA

BLOCK
BLOCK, DOVETAIL WIRE POSITIONER
DWG.#7A08135

ECL D  PRINT DATE 09/21/95
DELIVERY REQUESTED
1          PC 09/14/05

TAX CODE: 3    TAX PERCENT:    0.00%
================================================================
PO LINES        PO QTY
   1              1

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28672

DATE:          9/16/05

PO#:   P1S51165

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C

WARREN, OH
          44486

DELPHI AUTOMOTIVE SYSTEMS
RECEIVING DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN. OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | | | |
| 81006 | 7A12314-B | 1 COMPLETE | 262.0000 | 262.00 |

SUB-TOTAL      262.00
SALES TAX         .00
               262.00

TERMS: NET 30 DAYS

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS      850   25060003
PURCHASE ORDER            USD

DATE
09/07/05

PURCHASE ORDER / RELEASE NUMBER
P1S51165

SEP 0 8 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN            OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN            OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE        PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: PLANT PURCHASIN

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|---|---|---|---|---|
| 000001 | 1 | 7A12314 | 262 | PC |

81006

#28672
9-16-05

MINIMUM QTY  UOM  PRICE/EA

BLOCK
BLOCK, DOVETAIL, REF. A4599-0545A
AFTER TERM. RESIST. CHKR.

ECL B PRINT DATE 02-18-00
DELIVERY REQUESTED
1          PC 09/26/05

TAX CODE: 3    TAX PERCENT:   0.00%

======================================================================

PO LINES        PO QTY
   1               1

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28702

DATE:          9/19/05

PO#:   P1S51051

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C

WARREN, OH
                    44486

DELPHI AUTOMOTIVE SYSTEMS
RECEIVING DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | | | |
| 81004 | BT12020-A | 3 COMPLETE | 122.0000 | 366.00 |

|  |  |
|--|--|
| SUB-TOTAL | 366.00 |
| SALES TAX | .00 |
|  | 366.00 |

TERMS: NET 30 DAYS

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS      850    25050002
PURCHASE ORDER          USD

DATE
09/01/05

PURCHASE ORDER / RELEASE NUMBER
P1S51051

SEP 0 2 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN            OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN            OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE          PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: J. ARREOLA    915-612-1127

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001 | 5 | 8KFA315 | 69 | PC |

*81003*

*#28617*
*9-14-05*

MINIMUM QTY   UOM   PRICE/EA

PLATE, SPACER
PLATE, SPACER

ECL A   PRINT DATE 10-23-92
GM PART NUMBER 12139894
DELIVERY REQUESTED
5          PC 09/23/05  *9-20*

TAX CODE: 3    TAX PERCENT:    0.00%

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000002 | 3 | 8T12020 | 122 | PC |

*81004*

*#28002*
*9-19-05*

MINIMUM QTY   UOM   PRICE/EA

DIE-HOLDER

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28705

DATE:              9/19/05

PO#:    P1851032

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C

WARREN, OH
                44486

DELPHI AUTOMOTIVE SYSTEMS
RECEIVING DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | | | |
| 81002 | 9R35448-A | 8 COMPLETE | 73.0000 | 584.00 |

SUB-TOTAL          584.00
SALES TAX             .00
                   584.00

TERMS: NET 30 DAYS

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS     850     25050001
PURCHASE ORDER          USD

DATE
08/31/05

PURCHASE ORDER / RELEASE NUMBER
P1S51032

SEP 0 2 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEROX 431 STA. 13C
WARREN          OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN          OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE          PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: J. ARREOLA     915-612-1127

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001 | 5 | 7S51077 | | 96 PC |

*81001*        *Rod
#29213
10-18-05*

MINIMUM QTY  UOM  PRICE/EA

PIN
SRSA PIN, .031 TIP DIA.,     DWG N6848\0001Z,
SHT 53,  DET A,   USED ON SLUG REMOVAL SEAL APPLICA-
TOR.

ECL C  PRINT DATE 06-10-99
DELIVERY REQUESTED
5          PC 09/23/05  *9-20*

TAX CODE: 3    TAX PERCENT:    0.00%

================================================================

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000002 | 8 | 9R35448 | | 73 PR |

*81002*   *#28705
9-19-05*

MINIMUM QTY  UOM  PRICE/EA

BLADE
STRIPPER, 12 GA. TW, 2 WAY, 354 C.L., .048 RAD.

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28818

**DATE:**          9/26/05

**PO#:**   P1S51706

**BILL TO:**          **D&B NUMBER:** 004350641          **SHIP TO:**

#2 - Delphi

VANGAARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1001 INDUSTRIAL DRIVE
REC. DOCK 22/CRIB T1A
CLINTON, MS
          39056

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80864 | 15410600PMTLA0074 | 1 | 1500.0000 | 1500.00 |
|       | COMPLETE |  |  |  |
| 80865 | 15410600PMTLA0071 | 1 | 1500.0000 | 1500.00 |
|       | COMPLETE |  |  |  |

|  |  |
|--|--|
| SUB-TOTAL | 3000.00 |
| SALES TAX | .00 |
|  | 3000.00 |

TERMS: NET 30 DAYS

1 lot  — $3000.-

Original
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS        850    25080001
PURCHASE ORDER              USD

DATE
09/23/05

PURCHASE ORDER / RELEASE NUMBER
P1S51706

SEP 2 6 2005

---

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN            OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN            OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE          PA 163350675
CONTACT:

BUYER:
DELPHI
PACKARD ELECTRIC SYSTEMS
PO BOX 431
WARREN            OH 44486
BUYER: E REAGAN      330-373-7411

---

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|---|---|---|---|---|
| 000001 | 1 | PRT0744P 001 | 3000 | LO   8-31-05 |

Inv. # 28818 9-26-05
AT- 80864    1 pc.   15410600 PMTLA 0074    1500.00   PL# 41179
AT- 80865    1 pc.   15410600 PMTLA 0071    1500.00   PL# 41180

MINIMUM QTY  UOM   PRICE/EA

TOOL #15410600-PM-A-0001:   REVISE CORING FIT
P/N 15490102 @ ECL "01"
*PER QUOTE DATED 08-29-05
INQ #5TEREA221
*REA*     *WO #610038621
DELIVERY REQUESTED
1          LO 09/20/05

TAX CODE: 3    TAX PERCENT:    0.00%

====================================================================

PO LINES       PO QTY
   1              1

```
ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: PMMIY
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:        9/26/05
MEADVILLE          PA 16335
                                         PO#:   P1951721

BILL TO:          D&B NUMBER: 004850641  SHIP TO:

        #2 Delphi
VANGUARD DISTRIBUTORS, INC.              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LASTROP A                       47 TOOL ROOM/TONY ENGLISH
SAVANNAH, GA                             3400 AEROPARK DRIVE
                                         VIENNA, OH
                31415                                        44473
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 80866 | 15410600PMTLA0074 | 5 | 1175.0000 | 5875.00 |
| | COMPLETE | | | |
| ***** | 4 PCS SHIPPED ON PACKING LIST # 41235 ON  9/07/05 ***** | | | |
| ***** | 1 PCS SHIPPED ON PACKING LIST # 41283 ON  9/08/05 ***** | | | |
| 80867 | 15410600PMTLA0072 | 2 | 1175.0000 | 2350.00 |
| | COMPLETE | | | |
| ***** | 2 PCS SHIPPED ON PACKING LIST # 41236 ON  9/07/05 ***** | | | |
| 80868 | 15410600PMTLA0073 | 1 | 1175.0000 | 1175.00 |
| | COMPLETE | | | |
| ***** | 1 PCS SHIPPED ON PACKING LIST # 41237 ON  9/07/05 ***** | | | |
| 80869 | 15410600PMTLA0075 | 2 | 1175.0000 | 2350.00 |
| | COMPLETE | | | |
| ***** | 2 PCS SHIPPED ON PACKING LIST # 41238 ON  9/07/05 ***** | | | |
| 80870 | 15410603PMTLA0072 | 1 | 1175.0000 | 1175.00 |
| | COMPLETE | | | |

**ACTCO TOOL & MFG. CO.**
14681 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 63017

DATE:          9/26/05

PO#:      P1851721

BILL TO:          D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          47 TOOL ROOM/TONY ENGLISH
          3400 AEROPARK DRIVE
SAVANNAH, GA          VIENNA, OH
          31415          44473

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|

SUB-TOTAL      12925.00
SALES TAX          .00
          12925.00

TERMS: NET 30 DAYS

PURCHASE
ORDER

P1S51721

Delphi Packard Electric Systems

004350641
ACTCO TOOL MFG CO INC

| | | | Buyer Name |
|---|---|---|---|
| | | | **Reagan** |
| | | | Buyer Phone |
| | | | 3011 |
| | | | Olmpic Buyer Code |
| At Eff Date | | | REA |
| 092305 1 | | | |
| Ship Via | | | |
| *** | | | |

| Item | Qty Ordered | Item ID Number | POb | Destination Unless otherwise Indicated | Base Unit Price |
|---|---|---|---|---|---|
| | | | OPFC | | |
| | 1.00 | PRT0761P 001 | | 10/14/05 | USD 18,800.0000 |
| | | | | TOOL #15410600-PM-A-0001: REVISE 16 CORES FIR | |
| | | | | CLEARANCE : P/N 15490102 @ ECL "01" | |
| | | | | *PER QUOTE DATED 08-23-05 | |
| | | | | ING. #5TEREA219 | |
| | | | | *REA*  *WO #610038621 | |
| | | | | LEONE/ER  92F #3938 | |
| | | | | ACCOUNT: FR 7000 00999 11720 000 000 0000 | |
| | | | | Work Order: CA 610038621 | |
| | | | | Total Cost: | USD 18,800.0000 |

Payment Terms
2nd Day of 2nd Month

```
                ARTCO TOOL & MFG. CO.              INVOICE NUMBER: 28820
                14421 BALDWIN ST. EXT.
                P. O. BOX 675                      DATE:        9/26/05
                MEADVILLE     PA 16335
                                                   PO#:    P1851721

   BILL TO:       D&B NUMBER: 004350641            SHIP TO:
```

#2 - Delphi (See attached)

```
VANGUARD DISTRIBUTORS, INC.           DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    47 TOOL ROOM/TONY ENGLISH
                                      3400 AERDPARK DRIVE
SAVANNAH, GA                          VIENNA, OH
              31415                                        44473
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 80871 | 15410603PMTLA0076 | 1 | 1175.0000 | 1175.00 |
| | | COMPLETE | | |
| 80872 | 2016805-B | 2 | 1175.0000 | 2350.00 |
| | | COMPLETE | | |
| ***** 2 PCS SHIPPED ON PACKING LIST # 41239 ON 9/07/05 ***** | | | | |
| 80873 | 2016816-C | 1 | 1175.0000 | 1175.00 |
| | | COMPLETE | | |
| 80999 | 15410600PMTLA0071 | 1 | 1175.0000 | 1175.00 |
| | | COMPLETE | | |
| ***** 1 PCS SHIPPED ON PACKING LIST # 41284 ON 9/08/05 ***** | | | | |

```
                                   SUB-TOTAL      5875.00
                                   SALES TAX          .00
                                                  5875.00


                                   TERMS: NET 30 DAYS
```

# PURCHASE ORDER

P1S51721

Delphi Packard Electric Systems

004350641
ACTCO TOOL MFG CO INC

| Buyer Name |
|---|
| Reagan |
| **Buyer Phone** |
| 3011 |
| Olimpic Buyer Code |
| REA |

| Att Eff Date |
|---|
| 092305 1 |

| Payment Terms | | | | | | |
|---|---|---|---|---|---|---|
| 2nd Day of 2nd Month | | | | FOB | Ship Via | |
| Item | Qty Ordered | Item ID Number | Destination Unless otherwise Indicated | OPFC | ... | Base Unit Price |
| 1.00 | | PRT0761P 001 | 10/14/05 | | | USD 18,800.0000 |
| | | | TOOL #15410600-PM-A-0001: REVISE 16 CORES FIR | | | |
| | | | CLEARANCE P/N 15490102 @ ECL "01" | | | |
| | | | "PER QUOTE DATED 08-23-05 | | | |
| | | | INQ. #5TEREA219 | | | |
| | | | "REA"   "WO #610038621 | | | |
| | | | LEONE/ER  92F #3938 | | | |
| | | | ACCOUNT: FR 7000 00999 11720 000 000 0000 | | | |
| | | | Work Order: CA  610038621 | | | |
| | | | Total Cost: | | | USD 18,800.0000 |

15490·

```
          ACTCO TOOL & MFG. CO.
          14421 BALDWIN ST. EXT.          INVOICE NUMBER:
          P. O. BOX 675                   DATE:           9/28/05
          MEADVILLE          PA 16335
                                          PO#:    P1851204

  BILL TO:            D&B NUMBER: 004350641    SHIP TO:


DELPHI AUTOMOTIVE SYSTEMS              DELPHI AUTOMOTIVE SYSTEMS
POBOX 431 STA. 13C                     RECEIVING DOCK PLANT 13
                                       1265 NORTH RIVER ROAD
WARREN, OH                             WARREN, OH
              44486                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TOOLING CHARGE | | 1 | 361.0000 | 361.00 |
| 81020 | 7C01048-A | COMPLETE | | |

```
                                       SUB-TOTAL       361.00
                                       SALES TAX          .00
                                                       361.00


                                       TERMS: NET 30 DAYS
```

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS        850     25070001
PURCHASE ORDER              USD

DATE
09/08/05                 SEP 0 9 2005

PURCHASE ORDER / RELEASE NUMBER
P1S51204

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN            OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN            OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE        PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO          TX 79906
BUYER: PLANT PURCHASIN

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | | UOM |
|---|---|---|---|---|---|
| 000001 | 1 | 7C91048 | | 361 | PC |

81020      # 28869
9-28-05

MINIMUM QTY   UOM   PRICE/EA

CARD
CARD, NYOSIL SENSOR VERIFICATION, MALE GT
BUILD TO PRINT N7431Z SHEET 043,
BASE MAT'L CRIB #3S01056
DWG #N7431Z SHT 043 DET 1

ECL "A" PRINT DATE 07/31/03
DELIVERY REQUESTED
1          PC 10/07/05

TAX CODE: 3    TAX PERCENT:   0.00%
=================================================================
PO LINES        PO QTY
   1              1

```
                ACTCO TOOL & MFG. CO.                    INVOICE NUMBER: 28952
                14421 BALDWIN ST. EXT.
                P. O. BOX 675                            DATE:        10/04/05
                MEADVILLE        PA 16335
                                                         PO#:   P1951078

    BILL TO:           D&B NUMBER: 004350641             SHIP TO:


  DELPHI AUTOMOTIVE SYSTEMS                      DELPHI AUTOMOTIVE SYSTEMS
  POBOX 431 STA. 19C                             RECEIVING DOCK PLANT 13
                                                 1265 NORTH RIVER ROAD
  WARREN, OH                                     WARREN, OH
                    44484                                          44483

  REF NO.    DRAWING NO.        QUANTITY      UNIT PRICE           TOTAL


  TOOLING CHARGE
  81000      9E32440-C            100          28.0000          2800.00
                                COMPLETE


                                             SUB-TOTAL          2800.00
                                             SALES TAX              .00
                                                               2800.00


                                             TERMS: NET 30 DAYS
```

Confirmation
Stand-alone Order

DELPHI PACKARD ELECTRIC SYSTEMS      850    25050003
PURCHASE ORDER            USD

DATE
09/01/05

PURCHASE ORDER / RELEASE NUMBER
P1S51078

SEP 0 2 2005

BILL-TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SEBOX 431 STA. 13C
WARREN              OH 44486

SHIP-TO:
DELPHI PACKARD-OHIO OPERATIONS
DELPHI
REC. DOCK PLANT 13
WARREN              OH 44483
USER:

SELLER:
ACTCO TOOL & MFG CO INC

14421 BALDWIN SPO BOX 675
MEADVILLE       PA 163350675
CONTACT:

BUYER:
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONE
EL PASO              TX 79906
BUYER: J. ARREOLA    915-612-1127

| SEQUENCE | QUANTITY | PART NUMBER | UNIT PRICE | UOM |
|----------|----------|-------------|------------|-----|
| 000001   | 100      | 9E32440     | 28         | PC  |

81000

#28752
10-4-05

MINIMUM QTY  UOM  PRICE/EA

GUIDE
GUIDE,WIRE 16 GA.,CS-11

ECL C  PRINT DATE 01-01-01
DELIVERY REQUESTED
100       PC 09/30/05  9-27

TAX CODE: 3    TAX PERCENT:    0.00%
========================================================================
| PO LINES | PO QTY |
|----------|--------|
| 1        | 100    |

1-28-03
74048