# EXHIBIT 3

| United States Bankruptcy Court<br>For the Southern District of New York | | PROOF OF CLAIM |
|---|---|---|

| In re (Name of Debtor)<br>**Delphi Automotive Systems LLC** | Case Number<br>**05-44640** | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or entity to whom the debtor owes money or property)<br>**Actco Tool & Manufacturing Company** | _ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>_ Check box if you have never received any notices from the bankruptcy court in this case.<br>_X_ Check box if the address differs from the address on the envelope sent to you by the court. | |
|---|---|---|
| Name and Addresses Where Notices Should be Sent<br>**Nicholas R. Pagliari, Esquire<br>The Quinn Law Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506<br>(814) 833-2222** | | THIS SPACE IS FOR<br>COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIED DEBTOR: | Check here if this claim:  □ replaces a previously filed claim<br>□ amends previously filed claim dated: |
|---|---|

BASIS FOR CLAIM:

X  Goods sold
[ ]  Services performed
[ ]  Money loaned
[ ]  Personal injury/wrongful death
[ ]  Taxes
[ ]  Other (Describe briefly)

□  Retiree benefits as defined in 11 U.S.C. §1114(a)
□  Wages, salaries, and compensations (Fill out below)
Your social security number
Unpaid compensations for services performed
from _____ to
(date)                (date)

2. DATE DEBT WAS INCURRED:
**Unpaid invoices through October 8, 2005. (see attached)**

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

[ ] SECURED CLAIM $
Attach evidence of perfection of security interest
Brief Description of Collateral:
[ ] Real Estate [ ] Motor Vehicle [ ] Other (Describe briefly)
Amount of arrearage and other charges included in secured claim above, if any $
X UNSECURED NONPRIORITY CLAIM $ _191,365.69_
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.
[ ] UNSECURED PRIORITY CLAIM $
Specify the priority of the claim.

[ ] Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
[ ] Contributions to an employee benefit plan - U.S.C. § 507(a)(4)
[ ] Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
[ ] Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7)
[ ] Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
[ ] Other-Specify applicable paragraph of 11 U.S.C. § 507(a)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. TOTAL AMOUNT

| CLAIM AT TIME<br>CASE FILED | $ 191,365.69<br>(Unsecured) | $<br>(Secured) | $<br>(Priority) | $ 191,365.69<br>(Total) |
|---|---|---|---|---|

□ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR
COURT USE ONLY



JN   2006

CLAIMS PROCESSING CENTER

| Date<br>June _16_, 2006 | Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>Dennis Hellem, Vice President |
|---|---|

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Document #295211

## ADDENDUM TO ACTCO TOOL & MFG. COMPANY
### PROOF OF CLAIM

1.      Actco Tool & Manufacturing Company ("Actco") files the attached proof of claim (the "Claim") against Delphi Automotive Systems LLC (the "Debtor"), Case No. 05-44640, for goods supplied to the Debtor prior to October 8, 2005 (the "Petition Date"), for which Actco has not received payment.

2.      Actco is a tool and die manufacturer that has been supplying perishable tooling for metal stamping dies, plastic injection molds, gauges and fixtures to the Debtor for approximately 30 years. Initially, Actco dealt exclusively with the Debtor. Approximately three years ago, the Debtor retained Vanguard Distributors, Inc. ("Vanguard") to serve as its purchasing agent. Since that time, much of Actco's business with the Debtor has been conducted through Vanguard (the "Vanguard Transactions").

3.      In sum, the Vanguard Transactions work as follows: (1) at the Debtor's direction, Vanguard issues a purchase order to Actco; (2) the parts are manufactured by Actco and shipped directly to the Debtor; (3) Actco issues an invoice to Vanguard; (4) upon information and belief, Vanguard adds a 12%-15% service charge to the Actco invoice and issues a new invoice to the Debtor; (5) the Debtor remits payment for the Vanguard service fee and the Actco invoice to Vanguard; and (6) Vanguard retains the service fee and remits payment on the invoice to Actco.

4.      Vanguard is merely a purchasing agent for the Debtor. The parts are manufactured by Actco and delivered to the Debtor, and Vanguard does not pay Actco until it receives payment from the Debtor.

5.      As of the Petition Date, Actco supplied $160,145.69 in goods to the Debtor through Vanguard Transactions. This amount remains unpaid. See Exhibit "A" for a detail of the unpaid Vanguard Transactions.

6.      In addition to the goods provided to the Debtor through Vanguard Transactions, Actco also continues to conduct some business directly with the Debtor. Prior to the Petition Date, Actco shipped $31,220 in goods to the Debtor through this arrangement (the "Direct Transactions"). This amount also remains unpaid. See Exhibit "B" for a detail of the unpaid Direct Transactions.

7.      As of the Petition Date, Actco's claim against the Debtor (including amounts owed for Direct Transactions and Vanguard Transactions) equals $191,365.69.

8.      Actco reserves the right to amend the above-stated claim to set forth additional amounts that may be due or become due.

9.      Nothing contained herein shall alter, impair, or limit the rights of Actco under any applicable documents or otherwise, whether at law or in equity.

Document #295213

| VDIVend | VDIPONO | CUSTOMER PONUM | ITEM CODE | SHIP DATE | CUR QTY | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|
| ACTC01 | A84909 | P1S50115 | Z017196 | 09/01/05 | 1 | 600.00 | 600.00 |
| ACTC01 | A84909 | P1S50115 | Z017182 | 09/01/05 | 1 | 900.00 | 900.00 |
| ACTC01 | A84909 | P1S50115 | Z017181 | 09/01/05 | 1 | 900.00 | 900.00 |
| ACTC01 | A85075 | P2S46285 | 12092847PMSLA0027 | 09/01/05 | 1 | 375.00 | 375.00 |
| ACTC01 | A85075 | P2S46285 | 12092847PMSLA0029 | 09/01/05 | 1 | 300.00 | 300.00 |
| ACTC01 | A86115 | P1R70820 | 8GBB157 | 09/01/05 | 2 | 86.00 | 172.00 |
| ACTC01 | A86116 | P2R21696 | 8E15005 | 09/01/05 | 1 | 159.00 | 159.00 |
| ACTC01 | A86115 | P1R70820 | 8GAT075 | 09/01/05 | 2 | 129.00 | 258.00 |
| ACTC01 | A86115 | P1R70820 | 8GBA067 | 09/01/05 | 2 | 264.25 | 528.50 |
| ACTC01 | A86115 | P1R70820 | 8GGC062 | 09/01/05 | 2 | 69.00 | 138.00 |
| ACTC01 | A86115 | P1R70820 | 8T40287 | 09/01/05 | 3 | 31.00 | 93.00 |
| ACTC01 | A86115 | P1R70820 | 8E25860 | 09/01/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86115 | P1R70820 | 8GFA135 | 09/01/05 | 1 | 180.00 | 180.00 |
| ACTC01 | A86117 | P2R21697 | 8E19484 | 09/01/05 | 2 | 84.00 | 168.00 |
| ACTC01 | A86114 | P1R70818 | 8E25320 | 09/01/05 | 2 | 125.00 | 250.00 |
| ACTC01 | A85571 | P2R21490 | 8GBJ026 | 09/01/05 | 1 | 122.00 | 122.00 |
| ACTC01 | A85878 | P1R70578 | 8E25061 | 09/01/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A85857 | P1S50756 | Z010543 | 09/01/05 | 1 | 500.00 | 500.00 |
| ACTC01 | A84655 | P2S46185 | 12052373PMA0042 | 09/01/05 | 1 | 975.00 | 975.00 |
| ACTC01 | A85040 | P2R21264 | 8T40413 | 09/01/05 | 4 | 37.00 | 148.00 |
| ACTC01 | A85702 | P2R21544 | 8T40413 | 09/01/05 | 16 | 37.00 | 592.00 |
| ACTC01 | A84909 | P1S50115 | Z017195 | 09/02/05 | 1 | 525.00 | 525.00 |
| ACTC01 | A84909 | P1S50115 | Z017186 | 09/02/05 | 1 | 575.00 | 575.00 |
| ACTC01 | A84909 | P1S50115 | Z017187 | 09/02/05 | 1 | 575.00 | 575.00 |
| ACTC01 | A85435 | P1S50461 | Z014942 | 09/02/05 | 1 | 425.00 | 425.00 |
| ACTC01 | A86160 | P1R70877 | 8GBA108 | 09/02/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A86160 | P1R70877 | 8E25903 | 09/02/05 | 1 | 51.00 | 51.00 |
| ACTC01 | A86159 | P1R70875 | 8K28494 | 09/02/05 | 1 | 144.00 | 144.00 |
| ACTC01 | A86160 | P1R70877 | 8E25502 | 09/02/05 | 1 | 60.00 | 60.00 |
| ACTC01 | A86160 | P1R70877 | 8E25953 | 09/02/05 | 2 | 60.00 | 120.00 |
| ACTC01 | A86160 | P1R70877 | 8E27691 | 09/02/05 | 2 | 60.00 | 120.00 |
| ACTC01 | A86160 | P1R70877 | 8GGA097 | 09/02/05 | 6 | 69.00 | 414.00 |
| ACTC01 | A86160 | P1R70877 | 8GGD104 | 09/02/05 | 1 | 66.00 | 66.00 |
| ACTC01 | A86160 | P1R70877 | 8E27108 | 09/02/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86160 | P1R70877 | 8GBA067 | 09/02/05 | 1 | 264.25 | 264.25 |
| ACTC01 | A86160 | P1R70877 | 8K28505 | 09/02/05 | 1 | 209.00 | 209.00 |
| ACTC01 | A86160 | P1R70877 | 8GBE509 | 09/02/05 | 2 | 306.00 | 612.00 |
| ACTC01 | A85819 | P1R70497 | 8GAB214 | 09/02/05 | 4 | 115.00 | 460.00 |
| ACTC01 | A86160 | P1R70877 | 8GAB214 | 09/02/05 | 4 | 115.00 | 460.00 |
| ACTC01 | A86115 | P1R70820 | 8GBE076 | 09/02/05 | 1 | 131.00 | 131.00 |
| ACTC01 | A84911 | P2S46234 | 12146418PMSLA0047 | 09/02/05 | 2 | 625.00 | 1250.00 |
| ACTC01 | A85935 | P1R70640 | 8GGA187 | 09/06/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A85983 | P2R21653 | 8E25945 | 09/06/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A85981 | P1R70707 | 8E27103 | 09/06/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A85981 | P1R70707 | 8GGD048 | 09/06/05 | 3 | 125.00 | 375.00 |
| ACTC01 | A86101 | P1S50942 | 8K29233 | 09/06/05 | 1 | 103.00 | 103.00 |
| ACTC01 | A85436 | P2S46389 | 8K18253 | 09/06/05 | 1 | 328.00 | 328.00 |
| ACTC01 | A85232 | P2S46333 | 15320062PMGA0025 | 09/06/05 | 1 | 675.00 | 675.00 |
| ACTC01 | A85232 | P2S46333 | 15326682PMGA0026 | 09/06/05 | 1 | 675.00 | 675.00 |
| ACTC01 | A85085 | P1R69683 | Z008672 | 09/07/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A84909 | P1S50115 | Z017192 | 09/07/05 | 1 | 650.00 | 650.00 |



EXHIBIT

A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A84909 | P1S50115 | Z017193 | 09/07/05 | 1 | 650.00 | 650.00 |
| ACTC01 | A85615 | P2S46429 | 12110487PMSLA0080 | 09/07/05 | 1 | 450.00 | 450.00 |
| ACTC01 | A86160 | P1R70877 | 8E25062 | 09/07/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86160 | P1R70877 | 8GGD589 | 09/07/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86061 | P2R21675 | 8K27227 | 09/07/05 | 1 | 319.44 | 319.44 |
| ACTC01 | A86160 | P1R70877 | 8GKK014 | 09/07/05 | 1 | 240.00 | 240.00 |
| ACTC01 | A86115 | P1R70820 | 8GGD042 | 09/07/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A86158 | P1R70876 | 8GBV060 | 09/07/05 | 1 | 141.00 | 141.00 |
| ACTC01 | A86189 | P1R70929 | 8E19510 | 09/07/05 | 1 | 132.00 | 132.00 |
| ACTC01 | A86189 | P1R70929 | 8GBY076 | 09/08/05 | 1 | 132.00 | 132.00 |
| ACTC01 | A86271 | P1R71024 | 8GBF084 | 09/08/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86272 | P1R71027 | 8E25903 | 09/08/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86237 | P1R70988 | 8GFA097 | 09/08/05 | 2 | 120.00 | 240.00 |
| ACTC01 | A86237 | P1R70988 | 8GEC033 | 09/08/05 | 2 | 175.00 | 350.00 |
| ACTC01 | A86271 | P1R71024 | 8K28494 | 09/08/05 | 1 | 144.00 | 144.00 |
| ACTC01 | A86272 | P1R71027 | 8K28756 | 09/08/05 | 2 | 20.25 | 40.50 |
| ACTC01 | A86272 | P1R71027 | 8K29213 | 09/08/05 | 2 | 53.00 | 106.00 |
| ACTC01 | A86272 | P1R71027 | 8E25014 | 09/08/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86189 | P1R70929 | 8E25935 | 09/08/05 | 1 | 69.00 | 69.00 |
| ACTC01 | A86189 | P1R70929 | 8GGC085 | 09/08/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86189 | P1R70929 | 111A015 | 09/08/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86271 | P1R71024 | 8E25551 | 09/08/05 | 4 | 180.00 | 720.00 |
| ACTC01 | A86237 | P1R70988 | 8E27345 | 09/08/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86189 | P1R70929 | 8GAD379 | 09/08/05 | 1 | 129.00 | 129.00 |
| ACTC01 | A86237 | P1R70988 | 8GAD440 | 09/08/05 | 2 | 141.00 | 282.00 |
| ACTC01 | A86272 | P1R71027 | 8GAD634 | 09/08/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A86272 | P1R71027 | 8GAT075 | 09/08/05 | 1 | 129.00 | 129.00 |
| ACTC01 | A86237 | P1R70988 | 8GGA070 | 09/08/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86271 | P1R71024 | 8GKK018 | 09/08/05 | 3 | 110.00 | 330.00 |
| ACTC01 | A86237 | P1R70988 | 8K28504 | 09/08/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86272 | P1R71027 | 8K29348 | 09/08/05 | 2 | 165.00 | 330.00 |
| ACTC01 | A86272 | P1R71027 | 8E25923 | 09/08/05 | 1 | 152.00 | 152.00 |
| ACTC01 | A86188 | P1R70927 | 8E27480 | 09/08/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86237 | P1R70988 | 8E27692 | 09/08/05 | 1 | 46.00 | 46.00 |
| ACTC01 | A86272 | P1R71027 | 8E27692 | 09/08/05 | 2 | 46.00 | 92.00 |
| ACTC01 | A86275 | P2R21724 | 8K27224 | 09/08/05 | 1 | 203.00 | 203.00 |
| ACTC01 | A86271 | P1R71024 | 8K27792 | 09/08/05 | 1 | 195.00 | 195.00 |
| ACTC01 | A86189 | P1R70929 | 8E27398 | 09/08/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86189 | P1R70929 | 8GBF323 | 09/08/05 | 2 | 108.00 | 216.00 |
| ACTC01 | A86271 | P1R71024 | 8E25008 | 09/08/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86272 | P1R71027 | 8GGD981 | 09/08/05 | 2 | 219.00 | 438.00 |
| ACTC01 | A86189 | P1R70929 | 8GBA167 | 09/08/05 | 2 | 66.00 | 132.00 |
| ACTC01 | A86272 | P1R71027 | 8E23986 | 09/08/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A86236 | P1R70986 | 8K28496 | 09/08/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86238 | P2R21711 | 8E23299 | 09/08/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86238 | P2R21711 | 8E23295 | 09/08/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86238 | P2R21711 | 8K27332 | 09/08/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86188 | P1R70927 | 8T40083 | 09/08/05 | 5 | 45.00 | 225.00 |
| ACTC01 | A86236 | P1R70986 | 8T40083 | 09/08/05 | 10 | 45.00 | 450.00 |
| ACTC01 | A84909 | P1S50115 | Z017191 | 09/08/05 | 1 | 600.00 | 600.00 |
| ACTC01 | A84909 | P1S50115 | Z017184 | 09/08/05 | 1 | 650.00 | 650.00 |
| ACTC01 | A85327 | P2S46364 | 15326803PMGA0046 | 09/08/05 | 1 | 575.00 | 575.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A86116 | P2R21696 | 8E15005 | 09/08/05 | 1 | 159.00 | 159.00 |
| ACTC01 | A86236 | P1R70986 | 8K28506 | 09/08/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A84909 | P1S50115 | Z017188 | 09/08/05 | 1 | 650.00 | 650.00 |
| ACTC01 | A84909 | P1S50115 | Z017190 | 09/08/05 | 1 | 650.00 | 650.00 |
| ACTC01 | A86324 | P1R71106 | 8GBN223 | 09/09/05 | 1 | 132.00 | 132.00 |
| ACTC01 | A86325 | P1R71109 | 8GFB399 | 09/09/05 | 1 | 197.00 | 197.00 |
| ACTC01 | A86327 | P2R21751 | 8K27660 | 09/09/05 | 4 | 34.50 | 138.00 |
| ACTC01 | A86325 | P1R71109 | 8K27908 | 09/09/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A86325 | P1R71109 | 8K28756 | 09/09/05 | 4 | 20.25 | 81.00 |
| ACTC01 | A86325 | P1R71109 | 8K29213 | 09/09/05 | 2 | 53.00 | 106.00 |
| ACTC01 | A86327 | P2R21751 | 8E19154 | 09/09/05 | 1 | 51.00 | 51.00 |
| ACTC01 | A86327 | P2R21751 | 8E20225 | 09/09/05 | 1 | 51.00 | 51.00 |
| ACTC01 | A86325 | P1R71109 | 8GGC085 | 09/09/05 | 1 | 51.00 | 51.00 |
| ACTC01 | A86327 | P2R21751 | 8E20226 | 09/09/05 | 1 | 94.00 | 94.00 |
| ACTC01 | A86272 | P1R71027 | 8GAD379 | 09/09/05 | 1 | 129.00 | 129.00 |
| ACTC01 | A86325 | P1R71109 | 8GGD089 | 09/09/05 | 1 | 94.50 | 94.50 |
| ACTC01 | A86325 | P1R71109 | 8K28755 | 09/09/05 | 4 | 59.00 | 236.00 |
| ACTC01 | A86324 | P1R71106 | 8GKK018 | 09/09/05 | 1 | 110.00 | 110.00 |
| ACTC01 | A86328 | P2R21752 | 8E19317 | 09/09/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86325 | P1R71109 | 343Z101 | 09/09/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86238 | P2R21711 | 8E20323 | 09/09/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86326 | P1R71108 | Z013023 | 09/09/05 | 1 | 2275.00 | 2275.00 |
| ACTC01 | A86328 | P2R21752 | 8GGA046 | 09/09/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86328 | P2R21752 | 8E20063 | 09/09/05 | 2 | 72.00 | 144.00 |
| ACTC01 | A86325 | P1R71109 | 8GGDA19 | 09/09/05 | 1 | 103.00 | 103.00 |
| ACTC01 | A86325 | P1R71109 | 8GGDA20 | 09/09/05 | 1 | 103.00 | 103.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0043 | 09/09/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A85170 | P1S50261 | Z008898 | 09/09/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A85244 | P1R69919 | 8GBE201 | 09/12/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A85512 | P1R70203 | 8GBA305 | 09/12/05 | 2 | 265.00 | 530.00 |
| ACTC01 | A85858 | P2S46508 | 8E25613 | 09/12/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86270 | P1R71075 | 8GBF184 | 09/12/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86274 | P2R21723 | 8GYR000 | 09/12/05 | 1 | 219.00 | 219.00 |
| ACTC01 | A86377 | P1R71193 | 8E27434 | 09/12/05 | 2 | 60.00 | 120.00 |
| ACTC01 | A86377 | P1R71193 | 8E27435 | 09/12/05 | 1 | 77.00 | 77.00 |
| ACTC01 | A86377 | P1R71193 | 8E27437 | 09/12/05 | 2 | 60.00 | 120.00 |
| ACTC01 | A86377 | P1R71193 | 368A033 | 09/12/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86376 | P1R71191 | 8K29383 | 09/12/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A86377 | P1R71193 | 8K29348 | 09/12/05 | 2 | 165.00 | 330.00 |
| ACTC01 | A86378 | P2R21782 | 8GBU031 | 09/12/05 | 1 | 265.00 | 265.00 |
| ACTC01 | A86377 | P1R71193 | 734A027 | 09/12/05 | 2 | 156.00 | 312.00 |
| ACTC01 | A86115 | P1R70820 | 8K27398 | 09/12/05 | 4 | 265.00 | 1060.00 |
| ACTC01 | A80057 | P1R70797 | 8GBN841 | 09/12/05 | 1 | 187.00 | 187.00 |
| ACTC01 | A86378 | P2R21782 | 8E27426 | 09/12/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86378 | P2R21782 | 8E20494 | 09/12/05 | 2 | 62.00 | 124.00 |
| ACTC01 | A86378 | P2R21782 | 8E20454 | 09/12/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86378 | P2R21782 | 8GPE032 | 09/12/05 | 1 | 180.00 | 180.00 |
| ACTC01 | A86377 | P1R71193 | 8GAD978 | 09/12/05 | 3 | 204.00 | 612.00 |
| ACTC01 | A86378 | P2R21782 | 8K29282 | 09/12/05 | 1 | 300.00 | 300.00 |
| ACTC01 | A85982 | P1R70706 | Z013024 | 09/12/05 | 1 | 2875.00 | 2875.00 |
| ACTC01 | A86378 | P2R21782 | 8GBND92 | 09/12/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86377 | P1R71193 | 8GBN513 | 09/12/05 | 2 | 144.25 | 288.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A85327 | P2S46364 | 15326803PMGA0042 | 09/12/05 | 1 | 850.00 | 850.00 |
| ACTC01 | A85327 | P2S46364 | 15326803PMGA0041 | 09/12/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A85347 | P1R69978 | Z011002 | 09/12/05 | 1 | 525.00 | 525.00 |
| ACTC01 | A85434 | P1S50464 | 8E23771 | 09/12/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86377 | P1R71193 | 155A044 | 09/12/05 | 1 | 141.00 | 141.00 |
| ACTC01 | A86434 | P1R71261 | Z013023 | 09/12/05 | 1 | 2275.00 | 2275.00 |
| ACTC01 | A84746 | P1S50000 | 8K28239 | 09/13/05 | 1 | 372.00 | 372.00 |
| ACTC01 | A86433 | P1R71238 | 8K28497 | 09/13/05 | 1 | 129.00 | 129.00 |
| ACTC01 | A86433 | P1R71238 | 906A207 | 09/13/05 | 12 | 55.00 | 660.00 |
| ACTC01 | A86497 | P2R21855 | 8E20225 | 09/13/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86435 | P2R21809 | 8E15005 | 09/13/05 | 2 | 159.00 | 318.00 |
| ACTC01 | A86433 | P1R71238 | 8GMC027 | 09/13/05 | 1 | 50.00 | 50.00 |
| ACTC01 | A86433 | P1R71238 | 8K28755 | 09/13/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A86436 | P2R21811 | 8GCA096 | 09/13/05 | 2 | 109.00 | 218.00 |
| ACTC01 | A86435 | P2R21809 | 8K19361 | 09/13/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A86436 | P2R21811 | 8GGD593 | 09/13/05 | 2 | 96.00 | 192.00 |
| ACTC01 | A86433 | P1R71238 | 343Z179 | 09/13/05 | 2 | 265.00 | 530.00 |
| ACTC01 | A85876 | P1R70577 | 8GADA46 | 09/13/05 | 1 | 203.00 | 203.00 |
| ACTC01 | A86436 | P2R21811 | 8E25213 | 09/13/05 | 2 | 62.00 | 124.00 |
| ACTC01 | A86436 | P2R21811 | 8E25035 | 09/13/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86436 | P2R21811 | 8K27986 | 09/13/05 | 1 | 203.00 | 203.00 |
| ACTC01 | A86435 | P2R21809 | 8E23485 | 09/13/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86436 | P2R21811 | 8K19337 | 09/13/05 | 1 | 195.00 | 195.00 |
| ACTC01 | A86436 | P2R21811 | 8K27376 | 09/13/05 | 1 | 265.00 | 265.00 |
| ACTC01 | A85637 | P1R70324 | Z010995 | 09/13/05 | 1 | 725.00 | 725.00 |
| ACTC01 | A86158 | P1R70876 | 8GBN841 | 09/13/05 | 2 | 187.00 | 374.00 |
| ACTC01 | A85170 | P1S50261 | Z008783 | 09/13/05 | 1 | 700.00 | 700.00 |
| ACTC01 | A85278 | P2S46347 | 12191065PMSLA0059 | 09/13/05 | 1 | 950.00 | 950.00 |
| ACTC01 | A85170 | P1S50261 | Z009186 | 09/13/05 | 1 | 450.00 | 450.00 |
| ACTC01 | A85170 | P1S50261 | Z009184 | 09/13/05 | 1 | 450.00 | 450.00 |
| ACTC01 | A86498 | P2R21856 | 8E20225 | 09/14/05 | 3 | 51.00 | 153.00 |
| ACTC01 | A86536 | P1S51288 | 8GBA067 | 09/14/05 | 4 | 264.25 | 1057.00 |
| ACTC01 | A86499 | P2R21837 | 8T40126 | 09/14/05 | 1 | 205.00 | 205.00 |
| ACTC01 | A86495 | P1R71275 | 8E27480 | 09/14/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86536 | P1S51288 | 8GGD414 | 09/14/05 | 8 | 132.00 | 1056.00 |
| ACTC01 | A86377 | P1R71193 | 368A120 | 09/14/05 | 1 | 295.00 | 295.00 |
| ACTC01 | A86377 | P1R71193 | 8E27439 | 09/14/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86324 | P1R71106 | 8E25699 | 09/14/05 | 1 | 240.00 | 240.00 |
| ACTC01 | A86496 | P1R71277 | 8GBB157 | 09/14/05 | 1 | 86.00 | 86.00 |
| ACTC01 | A86496 | P1R71277 | 8K27909 | 09/14/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A86496 | P1R71277 | 8K28756 | 09/14/05 | 4 | 20.25 | 81.00 |
| ACTC01 | A86496 | P1R71277 | 8E27435 | 09/14/05 | 1 | 77.00 | 77.00 |
| ACTC01 | A86496 | P1R71277 | 8GGC085 | 09/14/05 | 1 | 51.00 | 51.00 |
| ACTC01 | A86496 | P1R71277 | 8E25627 | 09/14/05 | 2 | 84.00 | 168.00 |
| ACTC01 | A86496 | P1R71277 | 8GAT531 | 09/14/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A86496 | P1R71277 | 8GGD089 | 09/14/05 | 3 | 94.50 | 283.50 |
| ACTC01 | A86496 | P1R71277 | 8GGD090 | 09/14/05 | 2 | 120.00 | 240.00 |
| ACTC01 | A86496 | P1R71277 | 8GGD103 | 09/14/05 | 2 | 144.00 | 288.00 |
| ACTC01 | A86496 | P1R71277 | 8K28755 | 09/14/05 | 6 | 59.00 | 354.00 |
| ACTC01 | A86435 | P2R21809 | 8E01003 | 09/14/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86496 | P1R71277 | 8E25939 | 09/14/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A85435 | P1S50461 | Z016676 | 09/14/05 | 1 | 400.00 | 400.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A86436 | P2R21811 | 8GPE032 | 09/14/05 | 2 | 180.00 | 360.00 |
| ACTC01 | A86557 | P1R71362 | 8GBA108 | 09/15/05 | 1 | 59.00 | 59.00 |
| ACTC01 | A86558 | P2R21867 | 8K19102 | 09/15/05 | 3 | 220.00 | 660.00 |
| ACTC01 | A86558 | P2R21867 | 8E19154 | 09/15/05 | 1 | 51.00 | 51.00 |
| ACTC01 | A86557 | P1R71362 | 8GYM003 | 09/15/05 | 1 | 112.00 | 112.00 |
| ACTC01 | A86557 | P1R71362 | 8GYM105 | 09/15/05 | 1 | 112.00 | 112.00 |
| ACTC01 | A86557 | P1R71362 | 8GBZ036 | 09/15/05 | 2 | 96.00 | 192.00 |
| ACTC01 | A86558 | P2R21867 | 8K19036 | 09/15/05 | 1 | 204.00 | 204.00 |
| ACTC01 | A86558 | P2R21867 | 8E01003 | 09/15/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86559 | P2R21868 | 8E19413 | 09/15/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86559 | P2R21868 | 8E20299 | 09/15/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86559 | P2R21868 | 8E20072 | 09/15/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86557 | P1R71362 | 8GBN513 | 09/15/05 | 1 | 144.25 | 144.25 |
| ACTC01 | A86031 | P2S46557 | 8E23280 | 09/15/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86101 | P1S50942 | 8K29233 | 09/15/05 | 9 | 103.00 | 927.00 |
| ACTC01 | A86610 | P1R71424 | 8GBN227 | 09/16/05 | 1 | 225.00 | 225.00 |
| ACTC01 | A86611 | P1R71427 | 8GBND80 | 09/16/05 | 1 | 95.00 | 95.00 |
| ACTC01 | A86611 | P1R71427 | 8GYM258 | 09/16/05 | 1 | 86.00 | 86.00 |
| ACTC01 | A86610 | P1R71424 | 8K27660 | 09/16/05 | 3 | 34.50 | 103.50 |
| ACTC01 | A86611 | P1R71427 | 8K28756 | 09/16/05 | 6 | 20.25 | 121.50 |
| ACTC01 | A86558 | P2R21867 | 8E20226 | 09/16/05 | 3 | 94.00 | 282.00 |
| ACTC01 | A86611 | P1R71427 | 8GAT075 | 09/16/05 | 3 | 129.00 | 387.00 |
| ACTC01 | A86611 | P1R71427 | 8GGA070 | 09/16/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86611 | P1R71427 | 8GGC084 | 09/16/05 | 1 | 60.00 | 60.00 |
| ACTC01 | A86611 | P1R71427 | 8K27855 | 09/16/05 | 2 | 415.00 | 830.00 |
| ACTC01 | A86610 | P1R71424 | 8K27792 | 09/16/05 | 1 | 195.00 | 195.00 |
| ACTC01 | A86609 | P1R71425 | 8GBE239 | 09/16/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A86613 | P2R21892 | 8E25489 | 09/16/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86611 | P1R71427 | 8GGD981 | 09/16/05 | 1 | 219.00 | 219.00 |
| ACTC01 | A86496 | P1R71277 | 8E25057 | 09/16/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86496 | P1R71277 | 8E27205 | 09/16/05 | 1 | 104.50 | 104.50 |
| ACTC01 | A86552 | P2S46683 | 8K18253 | 09/16/05 | 1 | 284.00 | 284.00 |
| ACTC01 | A86559 | P2R21868 | 8K19040 | 09/16/05 | 1 | 265.00 | 265.00 |
| ACTC01 | A86436 | P2R21811 | 8K18367 | 09/16/05 | 1 | 437.00 | 437.00 |
| AGTG01 | A85231 | P2S46331 | 12191065PMSLA0070 | 09/16/05 | 1 | 600.00 | 600.00 |
| AGTG01 | A85878 | P1R70578 | 8GGD033 | 09/16/05 | 1 | 125.00 | 125.00 |
| AGTG01 | A86272 | P1R71027 | 8GGD033 | 09/16/05 | 1 | 125.00 | 125.00 |
| AGTG01 | A84799 | P1S50032 | Z017209 | 09/16/05 | 1 | 3150.00 | 3150.00 |
| AGTG01 | A85327 | P2S46364 | 15326803PMGA0047 | 09/16/05 | 1 | 575.00 | 575.00 |
| AGTG01 | A85327 | P2S46364 | 15326803PMGA0039 | 09/16/05 | 1 | 475.00 | 475.00 |
| AGTG01 | A85435 | P1S50461 | Z014943 | 09/16/05 | 1 | 600.00 | 600.00 |
| AGTG01 | A85494 | P2S46392 | 12110727PMSLB0056 | 09/16/05 | 1 | 775.00 | 775.00 |
| AGTG01 | A86668 | P1R71488 | 8GBY076 | 09/19/05 | 1 | 132.00 | 132.00 |
| ACTC01 | A86668 | P1R71488 | 8GBY078 | 09/19/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A86668 | P1R71488 | 8GDN228 | 09/19/05 | 2 | 66.00 | 132.00 |
| ACTC01 | A86667 | P1R71486 | 8GBN227 | 09/19/05 | 3 | 225.00 | 675.00 |
| ACTC01 | A86667 | P1R71486 | 8GBB029 | 09/19/05 | 1 | 46.00 | 46.00 |
| ACTC01 | A86668 | P1R71488 | 8GBN867 | 09/19/05 | 2 | 52.00 | 104.00 |
| ACTC01 | A86668 | P1R71488 | 8GBB157 | 09/19/05 | 1 | 86.00 | 86.00 |
| ACTC01 | A86668 | P1R71488 | 8E27437 | 09/19/05 | 1 | 60.00 | 60.00 |
| ACTC01 | A86668 | P1R71488 | 368A033 | 09/19/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86669 | P2R21922 | 8E20226 | 09/19/05 | 2 | 94.00 | 188.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ACTC01 | A86668 | P1R71488 | 8K28755 | 09/19/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A86556 | P1R71359 | 8T40127 | 09/19/05 | 2 | 205.00 | 410.00 |
| ACTC01 | A86668 | P1R71488 | 8GGD085 | 09/19/05 | 2 | 169.00 | 338.00 |
| ACTC01 | A86668 | P1R71488 | 343Z134 | 09/19/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86670 | P2R21923 | 8K29282 | 09/19/05 | 1 | 300.00 | 300.00 |
| ACTC01 | A86668 | P1R71488 | 8GGDA19 | 09/19/05 | 1 | 103.00 | 103.00 |
| ACTC01 | A86668 | P1R71488 | 8GGDA20 | 09/19/05 | 1 | 103.00 | 103.00 |
| ACTC01 | A85392 | P1R70109 | 8GADA25 | 09/19/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A85392 | P1R70109 | 8GADA26 | 09/19/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A85973 | P1S50853 | 8E19405 | 09/20/05 | 1 | 197.00 | 197.00 |
| ACTC01 | A85973 | P1S50853 | 8E19407 | 09/20/05 | 1 | 175.00 | 175.00 |
| ACTC01 | A85617 | P2S46431 | 15359364PMTLA0094 | 09/20/05 | 2 | 650.00 | 1300.00 |
| ACTC01 | A85936 | P1R70643 | 8GBE115 | 09/20/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86272 | P1R71027 | 8GBE115 | 09/20/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A86668 | P1R71488 | 8GBND80 | 09/20/05 | 1 | 95.00 | 95.00 |
| ACTC01 | A86720 | P1R71575 | 8GBNA33 | 09/21/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A86718 | P1R71532 | 8GBN223 | 09/21/05 | 2 | 132.00 | 264.00 |
| ACTC01 | A86720 | P1R71575 | 8K29438 | 09/21/05 | 2 | 103.00 | 206.00 |
| ACTC01 | A86720 | P1R71575 | 8GGC070 | 09/21/05 | 1 | 300.00 | 300.00 |
| ACTC01 | A86719 | P1R71534 | 8GGC085 | 09/21/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86719 | P1R71534 | 8E27446 | 09/21/05 | 1 | 53.00 | 53.00 |
| ACTC01 | A86719 | P1R71534 | 8GCE116 | 09/21/05 | 1 | 400.00 | 400.00 |
| ACTC01 | A86719 | P1R71534 | 8K28755 | 09/21/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A86790 | P1R71603 | 8K28755 | 09/21/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A86789 | P1R71601 | 8GKK018 | 09/21/05 | 5 | 110.00 | 550.00 |
| ACTC01 | A86720 | P1R71575 | 8GKX019 | 09/21/05 | 6 | 103.00 | 618.00 |
| ACTC01 | A86718 | P1R71532 | 8K06002 | 09/21/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A86718 | P1R71532 | 8K14004 | 09/21/05 | 1 | 163.00 | 163.00 |
| ACTC01 | A86719 | P1R71534 | 8E25923 | 09/21/05 | 1 | 152.00 | 152.00 |
| ACTC01 | A86790 | P1R71603 | 8E25923 | 09/21/05 | 1 | 152.00 | 152.00 |
| ACTC01 | A86720 | P1R71575 | 8GGB171 | 09/21/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86720 | P1R71575 | 8E19535 | 09/21/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86790 | P1R71603 | 8GGA071 | 09/21/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86719 | P1R71534 | 8E25503 | 09/21/05 | 2 | 96.00 | 192.00 |
| ACTC01 | A86791 | P2R21963 | 8GGD593 | 09/21/05 | 4 | 96.00 | 384.00 |
| ACTC01 | A86791 | P2R21963 | 8E25997 | 09/21/05 | 2 | 62.00 | 124.00 |
| ACTC01 | A86719 | P1R71534 | 8GBF037 | 09/21/05 | 1 | 125.00 | 125.00 |
| ACTC01 | A86721 | P2R21946 | 8E23122 | 09/21/05 | 3 | 72.00 | 216.00 |
| ACTC01 | A86722 | P2R21957 | 8GBB395 | 09/21/05 | 4 | 187.00 | 748.00 |
| ACTC01 | A86791 | P2R21963 | 8E25213 | 09/21/05 | 3 | 62.00 | 186.00 |
| ACTC01 | A86720 | P1R71575 | 343Z103 | 09/21/05 | 1 | 197.00 | 197.00 |
| ACTC01 | A86791 | P2R21963 | 8E23301 | 09/21/05 | 2 | 72.00 | 144.00 |
| ACTC01 | A86722 | P2R21957 | 607A206 | 09/21/05 | 4 | 62.00 | 248.00 |
| ACTC01 | A86722 | P2R21957 | 8E23027 | 09/21/05 | 4 | 72.00 | 288.00 |
| ACTC01 | A86722 | P2R21957 | 8E23714 | 09/21/05 | 4 | 72.00 | 288.00 |
| ACTC01 | A86722 | P2R21957 | 8E25793 | 09/21/05 | 4 | 72.00 | 288.00 |
| ACTC01 | A86722 | P2R21957 | 8GGD062 | 09/21/05 | 3 | 72.00 | 216.00 |
| ACTC01 | A86722 | P2R21957 | 8GGD065 | 09/21/05 | 3 | 72.00 | 216.00 |
| ACTC01 | A86722 | P2R21957 | 8K18254 | 09/21/05 | 1 | 203.00 | 203.00 |
| ACTC01 | A86237 | P1R70988 | 8GGD414 | 09/21/05 | 2 | 132.00 | 264.00 |
| ACTC01 | A85936 | P1R70643 | 8GBE205 | 09/21/05 | 1 | 306.00 | 306.00 |
| ACTC01 | A86160 | P1R70877 | 8GBE205 | 09/21/05 | 1 | 306.00 | 306.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A85817 | P1R70496 | 8GBV054 | 09/21/05 | 1 | 203.00 | 203.00 |
| ACTC01 | A86841 | P1R71671 | 8E25635 | 09/22/05 | 2 | 60.00 | 120.00 |
| ACTC01 | A86841 | P1R71671 | 8E27694 | 09/22/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86841 | P1R71671 | 8E27696 | 09/22/05 | 1 | 60.00 | 60.00 |
| ACTC01 | A86841 | P1R71671 | 8E27446 | 09/22/05 | 2 | 53.00 | 106.00 |
| ACTC01 | A86841 | P1R71671 | 8K28755 | 09/22/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A86841 | P1R71671 | 8GGD704 | 09/22/05 | 2 | 96.00 | 192.00 |
| ACTC01 | A86844 | P2R21993 | 8E20387 | 09/22/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86844 | P2R21993 | 8K18321 | 09/22/05 | 1 | 156.00 | 150.00 |
| ACTC01 | A85802 | P2S46483 | 06288280PM0025 | 09/22/05 | 1 | 550.00 | 550.00 |
| ACTC01 | A86031 | P2S46557 | 8E23282 | 09/22/05 | 1 | 94.00 | 94.00 |
| ACTC01 | A86237 | P1R70988 | 8K28505 | 09/22/05 | 1 | 209.00 | 209.00 |
| ACTC01 | A86719 | P1R71534 | 8GGD087 | 09/22/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A86060 | P2R21674 | 8T40460 | 09/23/05 | 1 | 328.00 | 328.00 |
| ACTC01 | A86433 | P1R71238 | 8GLD027 | 09/23/05 | 1 | 306.00 | 306.00 |
| ACTC01 | A86790 | P1R71603 | 8K28751 | 09/23/05 | 1 | 265.00 | 265.00 |
| ACTC01 | A86893 | P1R71755 | 8GBB157 | 09/23/05 | 3 | 86.00 | 258.00 |
| ACTC01 | A86893 | P1R71755 | 8GBND80 | 09/23/05 | 1 | 95.00 | 95.00 |
| ACTC01 | A86893 | P1R71755 | 8GFA097 | 09/23/05 | 2 | 120.00 | 240.00 |
| ACTC01 | A86611 | P1R71427 | 8GYM258 | 09/23/05 | 1 | 86.00 | 86.00 |
| ACTC01 | A86892 | P1R71752 | 8K29149 | 09/23/05 | 1 | 77.00 | 77.00 |
| ACTC01 | A86893 | P1R71755 | 8E27446 | 09/23/05 | 1 | 53.00 | 53.00 |
| ACTC01 | A86893 | P1R71755 | 8GGD158 | 09/23/05 | 2 | 96.00 | 192.00 |
| ACTC01 | A86893 | P1R71755 | 8GKX132 | 09/23/05 | 1 | 192.00 | 192.00 |
| ACTC01 | A86893 | P1R71755 | 8GYM063 | 09/23/05 | 1 | 112.00 | 112.00 |
| ACTC01 | A86893 | P1R71755 | 8GYM105 | 09/23/05 | 1 | 112.00 | 112.00 |
| ACTC01 | A86893 | P1R71755 | 8GFA096 | 09/23/05 | 1 | 197.00 | 197.00 |
| ACTC01 | A86895 | P2R22019 | 8K19036 | 09/23/05 | 2 | 204.00 | 408.00 |
| ACTC01 | A86893 | P1R71755 | 8K28647 | 09/23/05 | 1 | 180.00 | 180.00 |
| ACTC01 | A86893 | P1R71755 | 8E27448 | 09/23/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A86843 | P1R71670 | Z010996 | 09/23/05 | 1 | 725.00 | 725.00 |
| ACTC01 | A86896 | P2R22020 | 8E23298 | 09/23/05 | 4 | 62.00 | 248.00 |
| ACTC01 | A86893 | P1R71755 | 8K29348 | 09/23/05 | 2 | 165.00 | 330.00 |
| ACTC01 | A85637 | P1R70324 | Z010999 | 09/23/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A86960 | P2R22046 | 8E19154 | 09/26/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86959 | P1R71817 | 8E27109 | 09/26/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A86959 | P1R71817 | 8GBA067 | 09/26/05 | 1 | 264.25 | 264.25 |
| ACTC01 | A86959 | P1R71817 | 8K28755 | 09/26/05 | 1 | 59.00 | 59.00 |
| ACTC01 | A86960 | P2R22046 | 8K14004 | 09/26/05 | 2 | 163.00 | 326.00 |
| ACTC01 | A86962 | P2R22057 | 8K19036 | 09/26/05 | 1 | 204.00 | 204.00 |
| ACTC01 | A86959 | P1R71817 | 343Z101 | 09/26/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A86962 | P2R22057 | 8E20387 | 09/26/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86961 | P2R22047 | 8E20299 | 09/26/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A86959 | P1R71817 | 8GAD978 | 09/26/05 | 2 | 204.00 | 408.00 |
| ACTC01 | A86892 | P1R71752 | 8K27660 | 09/26/05 | 3 | 34.50 | 103.50 |
| ACTC01 | A85981 | P1R70707 | 8K28617 | 09/26/05 | 1 | 240.00 | 240.00 |
| ACTC01 | A86961 | P2R22047 | 8E20387 | 09/26/05 | 2 | 62.00 | 124.00 |
| ACTC01 | A86960 | P2R22046 | 8E25945 | 09/26/05 | 1 | 109.00 | 109.00 |
| ACTC01 | | P1S51706 | 15410600PMTLA0001 | 09/26/05 | 1 | 3000.00 | 3000.00 |
| ACTC01 | | P1S51721 | 15410600PMTLA0001 | 09/26/05 | 1 | 18800.00 | 18800.00 |
| ACTC01 | A85937 | P1R70642 | Z012130 | 09/27/05 | 1 | 150.00 | 150.00 |
| ACTC01 | A86059 | P1R70760 | Z012130 | 09/27/05 | 1 | 150.00 | 150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A85616 | P2S46424 | 12066594PMC0031 | 09/27/05 | 3 | 625.00 | 1875.00 |
| ACTC01 | A87075 | P1R71916 | 8GAB219 | 09/28/05 | 1 | 175.00 | 175.00 |
| ACTC01 | A87075 | P1R71916 | 8GAB222 | 09/28/05 | 1 | 175.00 | 175.00 |
| ACTC01 | A87015 | P1R71866 | 8K19102 | 09/28/05 | 2 | 220.00 | 440.00 |
| ACTC01 | A87075 | P1R71916 | 8K29213 | 09/28/05 | 1 | 53.00 | 53.00 |
| ACTC01 | A87016 | P1R71868 | 8E25935 | 09/28/05 | 1 | 69.00 | 69.00 |
| ACTC01 | A87075 | P1R71916 | 8E27434 | 09/28/05 | 2 | 60.00 | 120.00 |
| ACTC01 | A87075 | P1R71916 | 8E27435 | 09/28/05 | 2 | 77.00 | 154.00 |
| ACTC01 | A87075 | P1R71916 | 8E27437 | 09/28/05 | 1 | 60.00 | 60.00 |
| ACTC01 | A87075 | P1R71916 | 8GGA065 | 09/28/05 | 1 | 69.00 | 69.00 |
| ACTC01 | A87075 | P1R71916 | 8GGC085 | 09/28/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A87075 | P1R71916 | 8GGD222 | 09/28/05 | 1 | 200.00 | 200.00 |
| ACTC01 | A87015 | P1R71866 | 8E15005 | 09/28/05 | 2 | 159.00 | 318.00 |
| ACTC01 | A87075 | P1R71916 | 8E27446 | 09/28/05 | 3 | 53.00 | 159.00 |
| ACTC01 | A87016 | P1R71868 | 8GAT531 | 09/28/05 | 2 | 125.00 | 250.00 |
| ACTC01 | A87016 | P1R71868 | 0GKX104 | 09/28/05 | 1 | 192.00 | 192.00 |
| ACTC01 | A87075 | P1R71916 | 8K29219 | 09/28/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A87016 | P1R71868 | 8GGD414 | 09/28/05 | 11 | 132.00 | 1452.00 |
| ACTC01 | A87017 | P2R22062 | 8GADC81 | 09/28/05 | 1 | 350.00 | 350.00 |
| ACTC01 | A87074 | P1R71912 | 8K27792 | 09/28/05 | 2 | 195.00 | 390.00 |
| ACTC01 | A87017 | P2R22062 | 8E27471 | 09/28/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A87075 | P1R71916 | 8GBF323 | 09/28/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A87075 | P1R71916 | 8GGD493 | 09/28/05 | 2 | 62.00 | 124.00 |
| ACTC01 | A87015 | P1R71866 | 8GAD157 | 09/28/05 | 1 | 180.00 | 180.00 |
| ACTC01 | A87017 | P2R22062 | 8E19411 | 09/28/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A87074 | P1R71912 | 8K27907 | 09/28/05 | 2 | 284.00 | 568.00 |
| ACTC01 | A87075 | P1R71916 | 8GAY041 | 09/28/05 | 3 | 84.00 | 252.00 |
| ACTC01 | A87075 | P1R71916 | 8GAY042 | 09/28/05 | 2 | 84.00 | 168.00 |
| ACTC01 | A87016 | P1R71868 | 8GBA167 | 09/28/05 | 2 | 66.00 | 132.00 |
| ACTC01 | A87015 | P1R71866 | 8GBX063 | 09/28/05 | 2 | 96.00 | 192.00 |
| ACTC01 | A87015 | P1R71866 | 8T40083 | 09/28/05 | 5 | 45.00 | 225.00 |
| ACTC01 | A86436 | P2R21811 | 8E23383 | 09/28/05 | 1 | 219.00 | 219.00 |
| ACTC01 | A86102 | P1S50947 | Z009217 | 09/28/05 | 1 | 275.00 | 275.00 |
| ACTC01 | A87135 | P1R71966 | 8K19102 | 09/29/05 | 2 | 220.00 | 440.00 |
| ACTC01 | A87135 | P1R71966 | 8K28496 | 09/29/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A87136 | P1R71969 | 8GAD379 | 09/29/05 | 1 | 129.00 | 129.00 |
| ACTC01 | A87135 | P1R71966 | 8T40127 | 09/29/05 | 1 | 205.00 | 205.00 |
| ACTC01 | A87135 | P1R71966 | 8K28506 | 09/29/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A87136 | P1R71969 | 8K28505 | 09/29/05 | 1 | 209.00 | 209.00 |
| ACTC01 | A87135 | P1R71966 | 8K28514 | 09/29/05 | 1 | 108.00 | 108.00 |
| ACTC01 | A87137 | P2R22118 | 8K19234 | 09/29/05 | 2 | 219.00 | 438.00 |
| ACTC01 | A86841 | P1R71671 | 8GADA26 | 09/29/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A86841 | P1R71671 | 8GADA25 | 09/29/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A86895 | P2R22019 | 8E25945 | 09/29/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86962 | P2R22057 | 8E25945 | 09/29/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A86959 | P1R71817 | 8E25061 | 09/29/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A85982 | P1R70706 | Z016194 | 09/29/05 | 1 | 675.00 | 675.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0050 | 09/29/05 | 1 | 675.00 | 675.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0051 | 09/29/05 | 1 | 675.00 | 675.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0052 | 09/29/05 | 1 | 675.00 | 675.00 |
| ACTC01 | A86032 | P2S46556 | 12020629PMA0031 | 09/29/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A87194 | P1R72015 | 8GAB214 | 09/30/05 | 1 | 115.00 | 115.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACTC01 | A87193 | P1R72011 | 8K19102 | 09/30/05 | 6 | 220.00 | 1320.00 |
| ACTC01 | A87194 | P1R72015 | 8E27694 | 09/30/05 | 2 | 51.00 | 102.00 |
| ACTC01 | A87194 | P1R72015 | 8GAT531 | 09/30/05 | 2 | 125.00 | 250.00 |
| ACTC01 | A87135 | P1R71966 | 8T40127 | 09/30/05 | 2 | 205.00 | 410.00 |
| ACTC01 | A87193 | P1R72011 | 8K28514 | 09/30/05 | 3 | 108.00 | 324.00 |
| ACTC01 | A87194 | P1R72015 | 8GGD087 | 09/30/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A87194 | P1R72015 | 8GFA100 | 09/30/05 | 1 | 131.00 | 131.00 |
| ACTC01 | A87194 | P1R72015 | 8E27448 | 09/30/05 | 1 | 96.00 | 96.00 |
| ACTC01 | A87198 | P2R22125 | 8E27428 | 09/30/05 | 2 | 108.00 | 216.00 |
| ACTC01 | A87198 | P2R22125 | 8E25159 | 09/30/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A87197 | P2R22124 | 8K19277 | 09/30/05 | 1 | 109.00 | 109.00 |
| ACTC01 | A87198 | P2R22125 | 8K27938 | 09/30/05 | 1 | 203.00 | 203.00 |
| ACTC01 | A87197 | P2R22124 | 8E25951 | 09/30/05 | 1 | 72.00 | 72.00 |
| ACTC01 | A87194 | P1R72015 | 8GBE509 | 09/30/05 | 2 | 306.00 | 612.00 |
| ACTC01 | A86961 | P2R22047 | 8K27217 | 09/30/05 | 1 | 459.00 | 459.00 |
| ACTC01 | A86841 | P1R71071 | 8E25057 | 09/30/05 | 1 | 62.00 | 62.00 |
| ACTC01 | A87136 | P1R71969 | 8K29439 | 09/30/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A87194 | P1R72015 | 8K29439 | 09/30/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A87075 | P1R71916 | 8GAD440 | 09/30/05 | 1 | 141.00 | 141.00 |
| ACTC01 | A86959 | P1R71817 | 8K28755 | 09/30/05 | 2 | 59.00 | 118.00 |
| ACTC01 | A85924 | P2S46523 | 8E23385 | 09/30/05 | 1 | 156.00 | 156.00 |
| ACTC01 | A85636 | P1R70323 | Z012124 | 09/30/05 | 1 | 1100.00 | 1100.00 |
| ACTC01 | A85982 | P1R70706 | Z016191 | 09/30/05 | 1 | 500.00 | 500.00 |

TOTAL    $142,916.69

| VDIVend | VDIPONO | CUSTOMER PONUM | ITEM CODE | SHIP DATE | CUR QTY | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|
| ACTC01 | A86842 | P1R71669 | Z013023 | 10/3/05 | 1 | 2275.00 | 2275.00 |
| ACTC01 | A86262 | P1S51104 | 8GBNL82 | 10/3/05 | 4 | 120.00 | 480.00 |
| ACTC01 | A87178 | P2S46858 | 12010123PMA0005 | 10/3/05 | 2 | 400.00 | 800.00 |
| ACTC01 | A87077 | P1R71915 | Z010999 | 10/4/05 | 1 | 475.00 | 475.00 |
| ACTC01 | A87177 | P2S46855 | 12110052PMSLB0073 | 10/4/05 | 1 | 725.00 | 725.00 |
| ACTC01 | A86552 | P2S46683 | 126M311 | 10/4/05 | 1 | 131.00 | 131.00 |
| ACTC01 | A86102 | P1S50947 | Z009758 | 10/4/05 | 1 | 250.00 | 250.00 |
| ACTC01 | A87178 | P2S46858 | 12041307PMA0007 | 10/4/05 | 2 | 475.00 | 950.00 |
| ACTC01 | A86272 | P1R71027 | 8GGD982 | 10/4/05 | 2 | 120.00 | 240.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0046 | 10/5/05 | 1 | 1050.00 | 1050.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0047 | 10/5/05 | 1 | 1050.00 | 1050.00 |
| ACTC01 | A85437 | P2S46385 | 12191910PMSLA0048 | 10/5/05 | 1 | 950.00 | 950.00 |
| ACTC01 | A87485 | P2R22235 | 8K27214 | 10/6/05 | 2 | 250.00 | 500.00 |
| ACTC01 | A86480 | P1S51248 | 8GLD567 | 10/6/05 | 1 | 284.00 | 284.00 |
| ACTC01 | A87196 | P1R72014 | Z010996 | 10/6/05 | 1 | 725.00 | 725.00 |
| ACTC01 | A86273 | P1R71026 | Z005721 | 10/7/05 | 1 | 375.00 | 375.00 |
| ACTC01 | A87075 | P1R71916 | 8GAY042 | 10/7/05 | 1 | 84.00 | 84.00 |
| ACTC01 | A86377 | P1R71193 | 8GGD982 | 10/7/05 | 1 | 120.00 | 120.00 |
| ACTC01 | A86552 | P2S46683 | 082Z144 | 10/7/05 | 2 | 197.00 | 394.00 |
| ACTC01 | A86481 | P2S46654 | 15326627PMGB5700 | 10/7/05 | 1 | 500.00 | 500.00 |
| ACTC01 | A86481 | P2S46654 | 15326681PMGB5710 | 10/7/05 | 1 | 500.00 | 500.00 |
| ACTC01 | A86481 | P2S46654 | 12047842PMB0032 | 10/7/05 | 1 | 325.00 | 325.00 |
| ACTC01 | A86436 | P2R21811 | 8K28423 | 10/7/05 | 1 | 306.00 | 306.00 |

TOTAL    $13,489.00

| VDIVend | VDIPONO | CUSTOMER PONUM | ITEM CODE | SHIP DATE | CUR QTY | UNIT PRICE | EXTENDED |
|---------|---------|----------------|-----------|-----------|---------|------------|----------|
| ACTC01  |         |                | ADJ       | 10/11/2004 | 1       | 1360.00    | 1360.00  |
| ACTC01  |         |                | ADJ       | 12/9/2004  | 1       | 2380.00    | 2380.00  |

|  |  | TOTAL | $3,740.00 |

NOTE:    The above entries were deducted from payment on Check #4469 dated 8/02/05.

| INV # | CUSTOMER PONUM | ITEM CODE | SHIP DATE | CUR QTY | UNIT PRICE | EXTENDED | PROOF |
|-------|----------------|-----------|-----------|---------|------------|----------|-------|
| 28528 | P1S51164 | 7S12007 | 09/09/05 | 10 | 84.00 | 840.00 | 840.00 |
| 28590 | P1S50251 | 8GBA829 | 09/13/05 | 24 | 150.00 | 3600.00 | 3600.00 |
| 28617 | P1S51051 | 8KFA315 | 09/14/05 | 5 | 69.00 | 345.00 | 345.00 |
| 28671 | P1S51163 | 7A08135 | 09/16/05 | 1 | 262.00 | 262.00 | 262.00 |
| 28672 | P1S51165 | 7A12314 | 09/16/05 | 1 | 262.00 | 262.00 | 262.00 |
| 28702 | P1S51051 | 8T12020 | 09/19/05 | 3 | 122.00 | 366.00 | 366.00 |
| 28705 | P1S51032 | 9R35448 | 09/19/05 | 8 | 73.00 | 584.00 | 584.00 |
| 28818 | P1S51706 | 15410600PMA0001 | 09/26/05 | 1 | 3000.00 | 3000.00 | 3000.00 |
| 28819/28820 | P1S51721 | 15410600PMA0001 | 09/26/05 | 1 | 18800.00 | 18800.00 | 18800.00 |
| 28869 | P1S51204 | 7C01048 | 09/28/05 | 1 | 361.00 | 361.00 | 361.00 |
| 28952 | P1S51078 | 9E32440 | 10/04/05 | 100 | 28.00 | 2800.00 | 2800.00 |

TOTAL    $31,220.00

EXHIBIT
B