**Delphi Saginaw Steering Systems**
**ACG Disbursement Center**
**P.O. Box 1550**
**Flint, MI 48501-1550**

| Invoice# | Packing Slip# | Customer | Invoice Date | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| EDI10056274 | 64533 | E00040 | 4/18/2005 | 6/17/2005 | $ 745.60 | $ 745.60 |
| EDI10056988 | 65087 | E00040 | 5/12/2005 | 7/11/2005 | $ 188.00 | $ 188.00 |
| EDI10057873 | 65817 | E00040 | 6/15/2005 | 8/14/2005 | $ 188.00 | $ 188.00 |
| EDI10058576 | 66455 | E00040 | 7/26/2005 | 9/24/2005 | $ 188.00 | $ 188.00 |
| EDI10058619 | 66480 | E00040 | 7/27/2005 | 9/25/2005 | $ 188.00 | $ 188.00 |
| EDI10058846 | 66676 | E00040 | 8/4/2005 | 10/3/2005 | $ 188.00 | $ 188.00 |
| EDI10058868 | 66702 | E00040 | 8/5/2005 | 10/4/2005 | $ 188.00 | $ 188.00 |
| EDI10059066 | 66850 | E00040 | 8/12/2005 | 10/11/2005 | $ 188.00 | $ 188.00 |
| EDI10059265 | 66993 | E00040 | 8/19/2005 | 10/18/2005 | $ 188.00 | $ 188.00 |
| EDI10059304 | 67024 | E00040 | 8/22/2005 | 10/21/2005 | $ 4,766.40 | $ 4,766.40 |
| EDI10059305 | 67025 | E00040 | 8/22/2005 | 10/21/2005 | $ 1,153.35 | $ 1,153.35 |
| EDI10059306 | 67032 | E00040 | 8/22/2005 | 10/21/2005 | $ 188.00 | $ 188.00 |
| EDI10059343 | 67063 | E00040 | 8/23/2005 | 10/22/2005 | $ 188.00 | $ 188.00 |
| EDI10059428 | 67112 | E00040 | 8/25/2005 | 10/24/2005 | $ 188.00 | $ 188.00 |
| EDI10059452 | 67146 | E00040 | 8/26/2005 | 10/25/2005 | $ 188.00 | $ 188.00 |
| EDI10059500 | 67176 | E00040 | 8/29/2005 | 10/28/2005 | $ 5,373.20 | $ 5,373.20 |
| EDI10059501 | 67176 | E00040 | 8/29/2005 | 10/28/2005 | $ 8,419.95 | $ 8,419.95 |
| EDI10059502 | 67184 | E00040 | 8/29/2005 | 10/28/2005 | $ 2,979.00 | $ 2,979.00 |
| EDI10059541 | 67206 | E00040 | 8/30/2005 | 10/29/2005 | $ 188.00 | $ 188.00 |
| EDI10059616 | 67272 | E00040 | 9/1/2005 | 10/31/2005 | $ 4,893.45 | $ 4,893.45 |
| EDI10059617 | 67272 | E00040 | 9/1/2005 | 10/31/2005 | $ 5,613.30 | $ 5,613.30 |
| EDI10059645 | 67298 | E00040 | 9/2/2005 | 11/1/2005 | $ 4,309.36 | $ 4,309.36 |
| EDI10059646 | 67300 | E00040 | 9/2/2005 | 11/1/2005 | $ 188.00 | $ 188.00 |
| EDI10059732 | 67348 | E00040 | 9/7/2005 | 11/6/2005 | $ 314.55 | $ 314.55 |
| EDI10059733 | 67366 | E00040 | 9/7/2005 | 11/6/2005 | $ 188.00 | $ 188.00 |
| EDI10059761 | 67384 | E00040 | 9/8/2005 | 11/7/2005 | $ 838.80 | $ 838.80 |
| EDI10059827 | 67452 | E00040 | 9/12/2005 | 11/11/2005 | $ 5,277.25 | $ 5,277.25 |
| EDI10059828 | 67452 | E00040 | 9/12/2005 | 11/11/2005 | $ 7,909.65 | $ 7,909.65 |
| EDI10059904 | 67519 | E00040 | 9/14/2005 | 11/13/2005 | $ 2,458.54 | $ 2,458.54 |
| EDI10059905 | 67509 | E00040 | 9/14/2005 | 11/13/2005 | $ 314.55 | $ 314.55 |
| EDI10059945 | 67536 | E00040 | 9/15/2005 | 11/14/2005 | $ 314.55 | $ 314.55 |
| EDI10059971 | 67567 | E00040 | 9/16/2005 | 11/15/2005 | $ 2,048.89 | $ 2,048.89 |
| EDI10060019 | 67598 | E00040 | 9/19/2005 | 11/18/2005 | $ 2,974.45 | $ 2,974.45 |
| EDI10060020 | 67598 | E00040 | 9/19/2005 | 11/18/2005 | $ 5,868.45 | $ 5,868.45 |
| EDI10060021 | 67602 | E00040 | 9/19/2005 | 11/18/2005 | $ 188.00 | $ 188.00 |
| EDI10060022 | 67603 | E00040 | 9/19/2005 | 11/18/2005 | $ 1,153.35 | $ 1,153.35 |
| EDI10060063 | 67634 | E00040 | 9/20/2005 | 11/19/2005 | $ 1,904.44 | $ 1,904.44 |
| EDI10060064 | 67643 | E00040 | 9/20/2005 | 11/19/2005 | $ 188.00 | $ 188.00 |
| EDI10060065 | 67632 | E00040 | 9/20/2005 | 11/19/2005 | $ 1,153.35 | $ 1,153.35 |
| EDI10060112 | 67661 | E00040 | 9/21/2005 | 11/20/2005 | $ 838.80 | $ 838.80 |
| EDI10060145 | 67703 | E00040 | 9/22/2005 | 11/21/2005 | $ 4,170.60 | $ 4,170.60 |
| EDI10060146 | 67691 | E00040 | 9/22/2005 | 11/21/2005 | $ 314.55 | $ 314.55 |
| EDI10060147 | 67699 | E00040 | 9/22/2005 | 11/21/2005 | $ 188.00 | $ 188.00 |

**Delphi Saginaw Steering Systems**
**ACG Disbursement Center**
**P.O. Box 1550**
**Flint, MI 48501-1550**

| Invoice# | Packing Slip# | Customer | Invoice Date | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| EDI10060219 | 67761 | E00040 | 9/26/2005 | 11/25/2005 | $ 5,757.00 | $ 5,757.00 |
| EDI10060220 | 67761 | E00040 | 9/26/2005 | 11/25/2005 | $ 8,419.95 | $ 8,419.95 |
| EDI10060221 | 67757 | E00040 | 9/26/2005 | 11/25/2005 | $ 3,363.49 | $ 3,363.49 |
| EDI10060222 | 67758 | E00040 | 9/26/2005 | 11/25/2005 | $ 1,153.35 | $ 1,153.35 |
| EDI10060223 | 67759 | E00040 | 9/26/2005 | 11/25/2005 | $ 188.00 | $ 188.00 |
| EDI10060267 | 67800 | E00040 | 9/27/2005 | 11/26/2005 | $ 188.00 | $ 188.00 |
| EDI10060319 | 67826 | E00040 | 9/28/2005 | 11/27/2005 | $ 211.31 | $ 211.31 |
| EDI10060353 | 67846 | E00040 | 9/29/2005 | 11/28/2005 | $ 188.00 | $ 188.00 |
| EDI10060418 | 67902 | E00040 | 10/3/2005 | 12/2/2005 | $ 601.03 | $ 601.03 |
| EDI10060419 | 67902 | E00040 | 10/3/2005 | 12/2/2005 | $ 8,547.53 | $ 8,547.53 |
| EDI10060420 | 67919 | E00040 | 10/3/2005 | 12/2/2005 | $ 188.00 | $ 188.00 |
| EDI10060465 | 67947 | E00040 | 10/4/2005 | 12/3/2005 | $ 3,070.40 | $ 3,070.40 |
| EDI10060466 | 67942 | E00040 | 10/4/2005 | 12/3/2005 | $ 4,170.60 | $ 4,170.60 |
| EDI10060467 | 67943 | E00040 | 10/4/2005 | 12/3/2005 | $ 1,153.35 | $ 1,153.35 |
| EDI10060468 | 67944 | E00040 | 10/4/2005 | 12/3/2005 | $ 188.00 | $ 188.00 |
| EDI10060512 | 67973 | E00040 | 10/5/2005 | 12/4/2005 | $ 2,085.57 | $ 2,085.57 |
| EDI10060513 | 67978 | E00040 | 10/5/2005 | 12/4/2005 | $ 188.00 | $ 188.00 |
| EDI10060541 | 68000 | E00040 | 10/6/2005 | 12/5/2005 | $ 188.00 | $ 188.00 |
| | | | | Subtotal: | $ 119,341.96 | $ 119,341.96 |
| | | | | Subtotal: | $ 4,085.25 | $ 3,574.50 |
| | | | | Total: | | $ 122,916.46 |