UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11

Case No.: 05-44481(RDD)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 17th day of October, 2007, I served or caused to be served a true and correct copy of the Response to Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bank. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims not Reflected on Debtor's Books and Records, (E) Untimely Claims, And (F) Claims Subject to Modification, And Modified Claims Asserting Reclamation upon the following parties via UPS Overnight Mail:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

John Wm. Butler, Jr. Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Donald Bernstein, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

/s/ Christopher P. Schueller