# Exhibit A

# MeadWestvaco

---

CHEMICALS

9080 Springboro Pike
Miamisburg, Ohio 45342
937-495-7260

October 10, 2005

Delphi Automotive Systems LLC
Jay Hudson
Mgr. Supplier Credit Relation
5725 Delphi Drive
Troy, MI  49808

Dear Mr. Hudson

Per my discussion with you today, October 10, 2005, I am notifying
You under 2 -702 of the Uniform Commercial Code of our decision to
Exercise our rights under the law. Products received within 10 days of filling
can legally be reclaimed in return for debt reduction if debtor is considered
to be insolvent.

Under this Code, we are reclaiming the following:

| Ship To: | Invoice # | Date | Invoice Value | PO # | Product Description | |
|---|---|---|---|---|---|---|
| Rochester NY | 92551843 | 9/29/2005 | 25,652.48 | 550005805 | Active Carbon | |
| Rochester NY | 92551844 | 9/29/2005 | 86,209.69 | 550005871 | Active Carbon | |
| West Chester OH | 92552978 | 9/30/2005 | 8,985.60 | 550060414 | Honey Cone | |
| West Chester OH | 92552977 | 9/30/2005 | 6,185.40 | 550007414 | Active Carbon | |
| Rochester NY | 92554242 | 10/2/2005 | 13,036.80 | 550005806 | Honey Cone | CORRECT it |
| Rochester NY | 92554243 | 10/3/2005 | ✓34,613.57 | 550005805 | Active Carbon | 34,316.5 |
| West Chester OH | 92554284 | 10/3/2005 | 6,185.40 | 550007414 | Active Carbon | |
| Rochester NY | 92556337 | 10/4/2005 | 34,797.05 | 550005805 | Active Carbon | |
| Rochester NY | 92555350 | 10/4/2005 | 66,555.16 | 550005871 | Active Carbon | |
| West Chester OH | 92556528 | 10/5/2005 | 8,985.60 | 550060414 | Honey Cone | |
| West Chester OH | 92556526 | 10/5/2005 | 9,519.25 | 550007414 | Active Carbon | |
| West Chester OH | 92556524 | 10/5/2005 | 8,985.60 | 550060414 | Honey Cone | |
| West Chester OH | 92556523 | 10/5/2005 | 220.00 | 550058463 | Active Carbon Sheet | |
| Rochester NY | 92556460 | 10/5/2005 | 66,278.03 | 550005871 | Active Carbon | |
| Rochester NY | 92556459 | 10/5/2005 | 85,832.66 | 550005806 | Active Carbon | |

| Rochester NY | 92558421 | 10/7/2005 | 81,792.65 | 550005871 | Active Carbon |
| Rochester NY | 92558420 | 10/7/2005 | 34,608.29 | 550005805 | Active Carbon |

Please hold this product segregated from your normal stock for immediate pickup.

Your cooperation is appreciated.

Sincerely,

*Henry J. Hirsch*

Henry J. Hirsch
Sr. Business Mgr. Credit

\*\* JOB STATUS REPORT \*\*　　　　　　　　　　　　　　　　　　MWV CREDIT

```
         JOB #501

    DATE  TIME            TO/FROM         MODE    MIN/SEC   PGS    STATUS
001 10/09 22:25         248 813 4566      EC--S   00'28"    003    OK
```

---

Phone: 937-495-7260
Fax: 937-495-3356

# MeadWestvaco

Chemical and Lumber Division
Financial Services Center
9080 Springboro Pike
Miamisburg, OH 45342

✓ CORRECTION 10:23 AM

| | |
|---|---|
| To: Jay Hudson | From: Jim Huber, Credit Manager |
| Fax: 248 813 3381 | Date: 10/10/05 |
| Phone: | Pages: 3 |
| Acct#: Delphi Auto. Syst. LLC | CC: |

☐ Urgent　☐ For Review　☐ Please Comment　☐ Please Reply　☐ Please Recycle

•Comments: [Click here and type any comments]

CC: John Novak   Fax (248) 813-4566

Henry Hrisa requested I send to Jay Reclamation to your attention

Jim Huber