# Exhibit E

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>DELPHI AUTOMOTIVE SYSTEMS, LLC | Case Number<br>05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
CONTRARIAN FUNDS, LLC

AS ASSIGNEE OF MEAD WESTVACO CORPORATION

Name and address where notices should be sent:
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVENUE, STE. 225
GREENWICH, CT 06830
Telephone number: 203-862-8200  ATTN: ALPA JIMENEZ

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

*FILE COPY*

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☒ amends a previously filed claim, dated: 6/15/2006

Claim No. 8026

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred:**
VARIOUS

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,462,250.93  $24,826.27 CASH SETOFF  _____  $1,487,077.20
(unsecured)        (secured)        (priority)        (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other $24,826.27

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 1,462,250.93
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>MICHAEL J. RESTIFO CFO/MEMBER |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x

In re:                                  :        **Chapter 11**
                                        :
**DELPHI AUTOMOTIVE**                   :        **Case No. 05-44640 (RDD)**
**SYSTEMS LLC**                         :
                                        :
                    Debtor.             :
                                        :
———————————————————x

### ATTACHMENT TO PROOF OF CLAIM OF CONTRARIAN FUNDS, LLC AS ASSIGNEE OF MEADWESTVACO CORPORATION

1.      This proof of claim (the "Claim") is made by Contrarian Funds, LLC as Assignee of MeadWestvaco Corporation ("Claimant") against Delphi Automotive Systems LLC ("Delphi" or "Debtor").

2.      The total amount of this general unsecured claim is $1,487,077.20. This claim is based on goods ordered and sold to Delphi prior to the petition date of October 8, 2005. Copies of unpaid invoices are attached hereto as Exhibit A.

3.      Claimant asserts that a portion of this Claim is potentially secured by $24,826.27 in certain volume rebates that Debtor may have earned with respect to the purchase of goods prior to the petition date. A copy of the credit memo describing the potential setoff for volue rebates held by claimant is attached as Exhibit B.

4.      Claimant reserves the right to amend and/or supplement this Claim in any respect, to fix or liquidate any claims stated herein, to specify and quantify expenses or other charges or claims incurred by Claimant, to assert any additional claim for priority, and to file additional proofs of claim for additional claims.

5.      The execution and filing of this Claim is not a waiver of any of Claimant's rights including, without limitation, the right to move to withdraw the reference with respect to the subject matter of this Claim or otherwise, and any right to trial by jury that Claimant may have in

any civil proceeding arising in or related to this case, nor is it a consent to jurisdiction of this or

any court except with respect to the allowance of the claims asserted herein.

6.    All notices concerning this Proof of Claim should be sent to:

> Contrarian Funds, LLC
> As Assignee of MeadWestvaco Corporation
> 411 West Putnam Ave., Ste. 225
> Greenwich, CT  06830
> Attn: Alisa Mumola
> Tel. 203-862-8211
> Email: amumola@contrariancapital.com

PENALTY FOR PRESENTING FRAUDULENT CLAIM: Fine of not more than $500,000 or imprisonment for not
more than five years or both.  18 U.S.C. §§ 152 and 3571.

# Exhibit A

# INVOICE

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92349090 | May 22, 2005 |

**CUSTOMER PO NUMBER**
RPS74957 002

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
|  | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems LLC
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
|  | May 22, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1074871/10 | 81440 RESCREENED BAX 1500E | 2,401 LB | 0.40 / 1 LB | 960.40 |
|  |  |  | **Total** | **960.40** |
|  | Net Wt      2,401  LB |  |  |  |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# Debit Memo

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER**<br>92379078 | **INVOICE DATE**<br>June 07, 2005 |
| **CUSTOMER PO NUMBER**<br>RPS46084 | |
| **BILL OF LADING NUMBER** | **CURRENCY**<br>USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi C. 35028 El Paso TX
c/o Air Road Express
3510 Chief Lane
INDIANAPOLIS IN  46241

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
**Collect CLT,**

**CARRIER / VEHICLE NUMBER**

| **MODE OF TRANSPORTATION** | **SHIPMENT DATE**<br>June 07, 2005 |
|---|---|
| **SHIPPED FROM**<br>MSCD Covington Plant | **PLACE OF DELIVERY**<br>INDIANAPOLIS IN, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Item | Material Number<br><br>Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | Invoice issued for bulk bag BAX 950.<br>Sample for Brian Tinch.<br>Reference Delivery: 81897803 and Shipment: 20127419<br>Shipped 5/31/05 | | | |
| 10 | PR117803-001<br>BAX 950 | 793 LB | 1.76<br>/ 1 LB | 1,395.68 |
| | | | **Total** | **1,395.68** |
| | Net Wt        793  LB | | | |

If the data on this Debit Memo is incorrect in any way, please contact us at
DIRECT INQUIRIES TO KAREN REYNOLDS, 540-969-3726.  The sale of the goods and services described
herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of
written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92452597 | July 13, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550058463 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi C, 35028 El Paso TX
c/o Air Road Express
3510 Chief Lane
INDIANAPOLIS IN  46241

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | July 13, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | INDIANAPOLIS IN, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1081107/10 | 25377089 RESCREENED,1100E M48032 | 1,100 LB | 0.40 / 1 LB | 440.00 |
| | | | Total | 440.00 |
| | Net Wt      1,100  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92502494 | August 08, 2005 |

**CUSTOMER PO NUMBER**
RPS74957 002

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**SHIP-TO**

Delphi Automotive Systems LLC
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | August 08, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1139086/10 | 81440 RESCREENED BAX 1500E | 2,614.300 LB | 0.40 / 1 LB | 1,045.72 |
| | | | **Total** | **1,045.72** |
| | Net Wt        2,614  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92504066 | August 09, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550025714 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20201093 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi Automotive Systems Llc
Disb Analysis Dept
2926 Davison Rd/Rec Area 405
FLINT MI  48506

**TERMS OF PAYMENT**

Discount amount of   38.72 USD if paid by   August 19, 2005 (1.0% 10 days)

Net due by September 08, 2005

**TERMS OF DELIVERY**

Prepaid PPC, FREIGHT

**CARRIER / VEHICLE NUMBER**

MILLER TRANSPORTERS INC       / TANK # 41-1867

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | August 09, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Charleston Plant | FLINT MI, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | FOB: CHARLESTON, SC | | | |
| 1139716/10 | PART 121 | 19,360 LB | | |
| | POLYFON H SOL.(TANKTRUCK) | 19,360 LB | 20.00 / 100 LB | 3,872.00 |
| | | | Freight | 2,547.59 |
| | | | **Total** | **6,419.59** |
| | Net Wt      19,360  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-325-2173  SANDY BROWN.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92509299 | August 15, 2005 |

| CUSTOMER PO NUMBER |  |
|---|---|
| RPS74957 002 |  |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
|  | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems LLC
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
|  | August 15, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1142208/10 | 81440 RESCREENED BAX 1500E | 1,194.700 LB | 0.40 / 1 LB | 477.88 |
|  |  |  | **Total** | **477.88** |
|  | Net Wt       1,195  LB |  |  |  |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described
herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement,
MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**
Pg 12 of 76                                          Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92511747 | August 14, 2005 |

| CUSTOMER PO NUMBER |  |
|---|---|
| see below |  |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20204392 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS                    / 10204

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | August 14, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number<br><br>Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1142197/10 | 25338921<br>HCA 41X150-200<br>PO# 550005806<br>PO# 550005806 | 1,344 EA | 9.70<br>/ 1 EA | 13,036.80 |
|  | Net Wt          204  LB |  | **Total** | **13,036.80** |

**If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.**

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92511779 | August 17, 2005 |

**CUSTOMER PO NUMBER**
550072170

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20205544 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E Flint East
CISCO 31005
4134 Davison
FLINT MI  48556

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
CUSTOMER PICK UP CARRIER        / CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | August 17, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1143868/10 | 25380607 | 500 EA | 5.50 | 2,750.00 |
| | ACS 270-2LSA DELPHI 25380607 | | / 1 EA | |
| | | | **Total** | **2,750.00** |
| | Net Wt        500   LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 800-327-6323.
The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**   Re-Print

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92512866 | **INVOICE DATE** August 18, 2005 |
| **CUSTOMER PO NUMBER** 550005806 | |
| **BILL OF LADING NUMBER** 20206515 | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS                     / 745

| **MODE OF TRANSPORTATION** Truck | **SHIPMENT DATE** August 18, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Covington Plant | **PLACE OF DELIVERY** ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|
| 1144794/10    25338921 HCA 41X150-200 | 1,344 EA | 9.70 / 1 EA | 13,036.80 |
| PO# 550005806 | | | |
| Net Wt        204  LB | | **Total** | **13,036.80** |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92515583 | August 22, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550005806 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20207362 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS          / 10203

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | August 22, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1145213/10 | 25338921 HCA 41X150-200 | 1,344 EA | 9.70 / 1 EA | 13,036.80 |
| | PO# 550005806 | | | |
| | Net Wt        204  LB | | **Total** | **13,036.80** |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92522236 | **INVOICE DATE** August 29, 2005 |
| **CUSTOMER PO NUMBER** 550005805 | |
| **BILL OF LADING NUMBER** 20210264 | **CURRENCY** USD |

| **SOLD-TO (CUSTOMER NUMBER: 516557)** | **BILL-TO** |
|---|---|
| Delphi Automotive Systems PO Box 92700 ROCHESTER NY  14692 USA | Delphi Automotive Systems PO Box 92700 ROCHESTER NY  14692 |

| **SHIP-TO** | **TERMS OF PAYMENT** |
|---|---|
| Delphi Automotive Systems 1000 Lexington Rd ROCHESTER NY  14606 USA | 1-31 due end of next month net |

| **TERMS OF DELIVERY** Prepaid FFA | **Please Remit To:** |
|---|---|
| **CARRIER / VEHICLE NUMBER** WILLIAM EDWARDS          / WEI1055 | **MeadWestvaco Corporation 2028 Collections Center DR CHICAGO IL  60693** |
| **MODE OF TRANSPORTATION** Truck | **SHIPMENT DATE** August 29, 2005 | |
| **SHIPPED FROM** MSCD Wickliffe Plant | **PLACE OF DELIVERY** ROCHESTER NY, US | |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1148015/10 | RM9069 WV-A 1100 6X18 PO# 550005805 | 24,236.400 LB | 1.43 / 1 LB | 34,658.05 |
| | Net Wt       24,236  LB | | **Total** | **34,658.05** |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92522295 | August 29, 2005 |

| CUSTOMER PO NUMBER |
|---|
| * |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20212375 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

SEE 127554 PJAX          / LTL2

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | August 29, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1140586/10 | RM9059 BAX 1500 | 1,650 LB | 3.25 / 1 LB | 5,362.50 |
| | PO# 550007415 | | | |
| 1140586/20 | RM905800 BAX-1100 | 3,172 LB | 1.95 / 1 LB | 6,185.40 |
| | PO# 550007414 | | | |
| | | | Items Total | 11,547.90 |
| | | | **Total** | **11,547.90** |
| | Net Wt          4,822  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**
Re-Print          Page 1

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92522296 | August 29, 2005 |

**CUSTOMER PO NUMBER**
550060414

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20212376 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX                    / LTL2

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | August 29, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1147461/10 | 25364465 HCA 29X50-200 | 2,304 EA | 3.90 / 1 EA | 8,985.60 |
| | PO#550060414 | | | |
| | | | Total | 8,985.60 |
| | Net Wt      113  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print        Page 1

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92523611 | August 30, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20212642 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS                / 757C

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | August 30, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1150858/10 | RM9071 BAX 1500E | 2,709.450 LB | 2.75 / 1 LB | 7,450.99 |
| | PO# 550005805 | | | |
| 1150858/20 | RM905800 BAX 1100 2MM | 28,800.750 LB | 1.95 / 1 LB | 56,161.46 |
| | PO# 550005871 | | | |
| | | | Items Total | 63,612.45 |
| | | | **Total** | **63,612.45** |
| | Net Wt        31,509  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92525425 | August 31, 2005 |

| CUSTOMER PO NUMBER |  |
|---|---|
| 550058463 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | August 31, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1140565/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | | | **Total** | **220.00** |
| | Net Wt        550  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92525426 | August 31, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550072170 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20208644 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E Flint East
CISCO 31005
4134 Davison
FLINT MI  48556

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
CUSTOMER PICK UP CARRIER       / CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | August 31, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1151966/10 | 25380607 | 500 EA | 5.50 | 2,750.00 |
| | ACS 270-2LSA DELPHI 25380607 | | / 1 EA | |
| | PO#550072170 | | | |
| | | | **Total** | **2,750.00** |
| | Net Wt        40   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
.  The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92525428 | August 31, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20213798 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX                    / LTL13

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | August 31, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1140597/10 | RM9059 | | | |
| | BAX 1500 | 1,650 LB | 3.25 / 1 LB | 5,362.50 |
| | PO# 550007415 | | | |
| 1140597/20 | RM905800 | | | |
| | BAX-1100 | 3,172 LB | 1.95 / 1 LB | 6,185.40 |
| | PO# 550007414 | | | |
| | | | Items Total | 11,547.90 |
| | | | **Total** | **11,547.90** |
| | Net Wt        4,822  LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**   Re-Print        Page 1

# MeadWestvaco

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 92527645 | | August 31, 2005 |
| **CUSTOMER PO NUMBER** | | |
| 550064177 | | |
| **BILL OF LADING NUMBER** | | **CURRENCY** |
| 20208645 | | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E Flint East
CISCO 31005
4134 Davison
FLINT MI  48556

**TERMS OF PAYMENT**

1-31 due end of next month net

| **TERMS OF DELIVERY** | |
|---|---|
| Collect CLT, | |
| **CARRIER / VEHICLE NUMBER** | |
| UNITED PARCEL SERVICE        / UPS | |
| **MODE OF TRANSPORTATION** | **SHIPMENT DATE** |
| standard | August 31, 2005 |
| **SHIPPED FROM** | **PLACE OF DELIVERY** |
| MSCD Covington Plant | FLINT MI, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | Material Description | | | |
| 1144759/10 | 25375245 | 2,000 EA | 3.95 | 7,900.00 |
| | ACS 270-2LSA DELPHI 25375245 | | / 1 EA | |
| | | | **Total** | **7,900.00** |
| | Net Wt        2,000  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
  The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92528677 | September 01, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20213421 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
CUSTOMER PICK UP CARRIER         / CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 01, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1153743/10 | 25380607 ACS 270-2LSA DELPHI 25380607 | 500 EA | 5.50 / 1 EA | 2,750.00 |
| | PO#550072170 | | | |
| 1153743/20 | 25375245 ACS 270-2LSA DELPHI 25375245 | 1,500 EA | 3.95 / 1 EA | 5,925.00 |
| | PO#550064177 | | | |
| | | | Items Total | 8,675.00 |
| | | | **Total** | **8,675.00** |
| | Net Wt          160  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
.  The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

**INVOICE**    Re-Print    Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92529634 | September 02, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| RPS74957 002 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**SHIP-TO**

Delphi Automotive Systems LLC
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 02, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1152667/10 | 158444 RESCREENED BAX 1100, DELPHI | 4,774.400 LB | 0.40 / 1 LB | 1,909.76 |
| | | | **Total** | **1,909.76** |
| | Net Wt      4,775  LB | | | |

**If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.**

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92529635 | September 02, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| RPS74957 002 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems LLC
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 02, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1152667/20 | 81440 RESCREENED BAX 1500E | 2,607.800 LB | 0.40 / 1 LB | 1,043.12 |
| | | | **Total** | **1,043.12** |
| | Net Wt          2,608   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**    Re-Print

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92529665 | September 02, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20215254 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX              / LTL16

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 02, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1140613/10 | RM9059 BAX 1500 | 1,100 LB | 3.25 / 1 LB | 3,575.00 |
| | PO# 550007415 | | | |
| 1140613/20 | RM905800 BAX-1100 | 2,379 LB | 1.95 / 1 LB | 4,639.05 |
| | PO# 550007414 | | | |
| | | | Items Total | 8,214.05 |
| | | | **Total** | **8,214.05** |
| | Net Wt        3,479   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92531027 | September 06, 2005 |

| CUSTOMER PO NUMBER |
|---|
| * |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20215259 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS          / WEI10204

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 06, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Wickliffe Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1151288/10 | RM9069 WV-A 1100 6X18 | 21,693.600 LB | 1.43 / 1 LB | 31,021.85 |
| | PO# 550005805 | | | |
| 1151288/20 | RM9043 WV-A 1100 10X25 | 2,505.375 LB | 1.27 / 1 LB | 3,181.83 |
| | | | Items Total | 34,203.68 |
| | | | **Total** | **34,203.68** |
| | Net Wt    24,199  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

Re-Print          Page 1

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92532281 | September 01, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20210466 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS                / 10206

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 01, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1152643/10 | RM9071 BAX 1500E | 4,143.150 LB | 2.75 / 1 LB | 11,393.66 |
| | PO# 550005805 | | | |
| 1152643/20 | RM905800 BAX 1100 2MM | 17,600.550 LB | 1.95 / 1 LB | 34,321.07 |
| | PO# 550005871 | | | |
| | | | Items Total | 45,714.73 |
| | | | **Total** | **45,714.73** |
| | Net Wt       21,743  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92532368 | **INVOICE DATE** September 07, 2005 |
| **CUSTOMER PO NUMBER** 550058463 | |
| **BILL OF LADING NUMBER** | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

| **MODE OF TRANSPORTATION** | **SHIPMENT DATE** September 07, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Covington Plant | **PLACE OF DELIVERY** WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155068/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | Net Wt        550  LB | | **Total** | **220.00** |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**                                              Re-Print        Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92532369 | September 07, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20217270 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI 48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI 48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH 45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL 60693**

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX                    / LTL2

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 07, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155033/10 | RM905800 BAX-1100 | 2,379 LB | 1.95 / 1 LB | 4,639.05 |
| | PO# 550007414 | | | |
| | | | Total | **4,639.05** |
| | Net Wt        2,379  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761. The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92533533 | September 07, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20217238 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS          / 743

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 07, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155518/10 | RM9059 BAX 1500 | 23,025.600 LB | 3.25 / 1 LB | 74,833.20 |
| 1155518/20 | RM9071 BAX 1500E | 4,045.950 LB | 2.75 / 1 LB | 11,126.36 |
| | PO# 550005805 | | | |
| | | | Items Total | 85,959.56 |
| | | | **Total** | **85,959.56** |
| | Net Wt      27,071  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92533647 | September 07, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20216397 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS          / 10209

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 07, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1154235/10 | RM9059 BAX 1500 PO# 550005806 | 13,703.850 LB | 3.25 / 1 LB | 44,537.51 |
| 1154235/20 | RM905800 BAX 1100 2MM PO# 550005871 | 16,000.050 LB | 1.95 / 1 LB | 31,200.10 |
| | | | Items Total | 75,737.61 |
| | | | **Total** | **75,737.61** |
| | Net Wt      29,704  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92533682 | September 08, 2005 |

| CUSTOMER PO NUMBER |
|---|
| 550058463 |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 08, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155070/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | | | **Total** | **220.00** |
| | Net Wt        550  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92533683 | September 08, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20214511 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
/ CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 08, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1154254/20 | 25375245 ACS 270-2LSA DELPHI 25375245 | 500 EA | 3.95 / 1 EA | 1,975.00 |
| | PO#550064177 | | | |
| | | | **Total** | **1,975.00** |
| | Net Wt        40   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
.  The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print                    Page 1

# MeadWestvaco

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 92533684 | | September 08, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550064177 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20208646 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

| **TERMS OF DELIVERY**<br>Collect CLT, | **Please Remit To:**<br>**MeadWestvaco Corporation**<br>**2028 Collections Center DR**<br>**CHICAGO IL  60693** |
|---|---|

**CARRIER / VEHICLE NUMBER**
CUSTOMER PICK UP CARRIER          / CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 08, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

| Order/Item | Material Number<br><br>Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155501/10 | 25375245<br>ACS 270-2LSA DELPHI 25375245 | 2,000 EA | 3.95<br>/ 1 EA | 7,900.00 |
| | PO#550064177 | | | |
| | | | Total | **7,900.00** |
| | Net Wt        160  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
.   The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92533686 | September 08, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20217653 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

| TERMS OF DELIVERY | Please Remit To: |
|---|---|
| Collect CLT, | **MeadWestvaco Corporation** |

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX                / LTL3

**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 08, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155066/10 | RM905800 | | | |
| | BAX-1100 | 2,379 LB | 1.95 | 4,639.05 |
| | PO# 550007414 | | / 1 LB | |
| | | | | |
| | | | Total | **4,639.05** |
| | Net Wt        2,379   LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE** Re-Print    Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92535932 | September 09, 2005 |

**CUSTOMER PO NUMBER**
550005805

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20216333 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS         / WEI10206

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 09, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Wickliffe Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1151289/10 | RM9069 | | | |
| | WV-A 1100 6X18 | 23,857.200 LB | 1.43 | 34,115.80 |
| | | | / 1 LB | |
| | PO# 550005805 | | | |
| | | | **Total** | **34,115.80** |
| | Net Wt        23,857   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**    Re-Print         Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92535933 | September 09, 2005 |

| CUSTOMER PO NUMBER |
|---|
| 550079066 |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20218297 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS              / 10209

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 09, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1157374/10 | 25364897<br>HCA 29X100-200(DELPHI)<br><br>PO#550079066 | 1,152 EA | 5.90<br>/ 1 EA | 6,796.80 |
| | | | **Total** | **6,796.80** |
| | Net Wt          66  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 92535934 | | September 12, 2005 |

| CUSTOMER PO NUMBER |
|---|
| * |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20218297 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS          / 10209

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 12, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | Material Description | | | |
| 1157266/10 | RM9059 | | | |
| | BAX 1500 | 16,244.550 LB | 3.25 | 52,794.79 |
| | PO# 550005806 | | / 1 LB | |
| 1157266/20 | RM9071 | | | |
| | BAX 1500E | 4,129.650 LB | 2.75 | 11,356.54 |
| | PO# 550005805 | | / 1 LB | |
| 1157266/30 | RM905800 | | | |
| | BAX 1100 2MM | 6,400.350 LB | 1.95 | 12,480.68 |
| | PO# 550005871 | | / 1 LB | |
| | | | Items Total | 76,632.01 |
| | | | Total | 76,632.01 |
| | Net Wt        26,774  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

Re-Print   Page 1

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92535935 | September 12, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20219516 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| CARRIER / VEHICLE NUMBER | |
|---|---|
| WILLIAM EDWARDS | / 757 |

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 12, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1158301/10 | RM9059 BAX 1500 | 19,057.950 LB | 3.25 / 1 LB | 61,938.34 |
|  | PO# 550005806 | | | |
| 1158301/20 | RM9071 BAX 1500E | 3,970.350 LB | 2.75 / 1 LB | 10,918.46 |
|  | PO# 550005805 | | | |
| 1158301/30 | RM905800 BAX 1100 2MM | 4,799.850 LB | 1.95 / 1 LB | 9,359.71 |
|  | PO# 550005871 | | | |
|  | | | Items Total | 82,216.51 |
|  | | | Total | 82,216.51 |
|  | Net Wt      27,829  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# MeadWestvaco

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 92535987 | | September 12, 2005 |
| **CUSTOMER PO NUMBER** | | |
| 550058463 | | |
| **BILL OF LADING NUMBER** | | **CURRENCY** |
| | | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 12, 2005 |
| **SHIPPED FROM** | **PLACE OF DELIVERY** |
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | Material Description | | | |
| 1155074/10 | 25377089 | | | |
| | RESCREENED,1100E M48032 | 550 LB | 0.40 | 220.00 |
| | | | / 1 LB | |
| | | | **Total** | **220.00** |
| | Net Wt       550  LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

| | |
|---|---|
| **INVOICE NUMBER** 92535989 | **INVOICE DATE** September 12, 2005 |

# MeadWestvaco

**CUSTOMER PO NUMBER**
550007414

| | |
|---|---|
| **BILL OF LADING NUMBER** 20219512 | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX                    / LTL7

| **MODE OF TRANSPORTATION** standard | **SHIPMENT DATE** September 12, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Covington Plant | **PLACE OF DELIVERY** WEST CHESTER OH, US |

| Order/Item | Material Number<br>Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155846/10 | RM905800<br>BAX-1100 | 3,172 LB | 1.95<br>/ 1 LB | 6,185.40 |
| | PO# 550007414 | | | |
| | | | **Total** | **6,185.40** |
| | Net Wt      3,172  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE** INVOICE

Re-Print       Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92537126 | September 13, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550005871 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20218515 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS              / 753

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 13, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1158631/10 | RM905800 BAX 1100 2MM | 32,000.100 LB | 1.95 / 1 LB | 62,400.20 |
| | PO# 550005871 | | | |
| | | | **Total** | **62,400.20** |
| | Net Wt        32,000  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761. The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92537191 | September 13, 2005 |

| CUSTOMER PO NUMBER |
|---|
| 550064177 |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20211883 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

CUSTOMER PICK UP CARRIER        / CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 13, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155827/10 | 25375245 ACS 270-2LSA DELPHI 25375245 | 2,000 EA | 3.95 / 1 EA | 7,900.00 |
| | PO#550064177 | | | |
| | Net Wt          160  LB | | Total | 7,900.00 |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
.  The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92538318 | September 13, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550005805 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20219150 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS                / WEI745

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 13, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Wickliffe Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156580/10 | RM9069 | | | |
| | WV-A 1100 6X18 | 23,950.800 LB | 1.43 | 34,249.64 |
| | | | / 1 LB | |
| | PO# 550005805 | | | |
| | | | **Total** | **34,249.64** |
| | Net Wt       23,951   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761. The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# **INVOICE**

Re-Print          Page 1

# **MeadWestvaco**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92538319 | September 14, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20220498 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS                / 10203

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 14, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1159336/10 | RM9059 BAX 1500 | 11,900.250 LB | 3.25 / 1 LB | 38,675.81 |
| 1159336/20 | RM9071 BAX 1500E PO# 550005805 | 9,428.400 LB | 2.75 / 1 LB | 25,928.10 |
| 1159336/30 | RM905800 BAX 1100 2MM PO# 550005871 | 6,400.350 LB | 1.95 / 1 LB | 12,480.68 |
| | | | Items Total | 77,084.59 |
| | | | **Total** | **77,084.59** |

Net Wt        27,729   LB

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92538360 | September 14, 2005 |

**CUSTOMER PO NUMBER**
550058463

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 14, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155076/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | | | **Total** | **220.00** |
| | Net Wt       550  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

Re-Print          Page 1

| | |
|---|---|
| **INVOICE NUMBER** 92538361 | **INVOICE DATE** September 14, 2005 |

## MeadWestvaco

**CUSTOMER PO NUMBER**
550060414

| **BILL OF LADING NUMBER** 20220604 | **CURRENCY** USD |
|---|---|

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX          / LTL4

| **MODE OF TRANSPORTATION** standard | **SHIPMENT DATE** September 14, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Covington Plant | **PLACE OF DELIVERY** WEST CHESTER OH, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1152149/10 | 25364465 HCA 29X50-200 | 2,304 EA | 3.90 / 1 EA | 8,985.60 |
| | PO#550060414 | | | |
| | | | **Total** | **8,985.60** |
| | Net Wt          113  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92538362 | September 14, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20220605 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
SEE 127554 PJAX            / LTL5

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 14, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155874/10 | RM9059 | | | |
| | BAX 1500 | 550 LB | 3.25 | 1,787.50 |
| | | | / 1 LB | |
| | PO# 550007415 | | | |
| 1155874/20 | RM905800 | | | |
| | BAX-1100 | 3,172 LB | 1.95 | 6,185.40 |
| | | | / 1 LB | |
| | PO# 550007414 | | | |
| | | | Items Total | 7,972.90 |
| | | | **Total** | **7,972.90** |
| | Net Wt      3,722  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92538363 | September 14, 2005 |

| CUSTOMER PO NUMBER |
|---|
| 550064177 |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20218098 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**

CUSTOMER PICK UP CARRIER        / CPU

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 14, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1159505/10 | 25375245 ACS 270-2LSA DELPHI 25375245 | 3,500 EA | 3.95 / 1 EA | 13,825.00 |
| | PO#550064177 | | | |
| | | | **Total** | **13,825.00** |
| | Net Wt          280  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
    The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

INVOICE

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92540568 | September 15, 2005 |

| CUSTOMER PO NUMBER |
|---|
| 550005805 |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20219151 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS          / WEI743

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 15, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Wickliffe Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1157239/10 | RM9069 WV-A 1100 6X18 | 24,222 LB | 1.43 / 1 LB | 34,637.46 |
| | PO# 550005805 | | | |
| | | | Total | 34,637.46 |
| | Net Wt      24,222   LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761. The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92541790 | September 18, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20221188 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS          / WEI711

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 18, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Wickliffe Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1158636/10 | RM9069 WV-A 1100 6X18 | 21,136.800 LB | 1.43 / 1 LB | 30,225.62 |
|  | PO# 550005805 |  |  |  |
| 1158636/20 | RM9043 WV-A 1100 10X25 | 2,585.700 LB | 1.27 / 1 LB | 3,283.84 |
|  |  |  | Items Total | 33,509.46 |
|  |  |  | **Total** | **33,509.46** |
|  | Net Wt      23,723  LB |  |  |  |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

## MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** | **INVOICE DATE** |
| 92542031 | September 19, 2005 |

**CUSTOMER PO NUMBER**
*

| **BILL OF LADING NUMBER** | **CURRENCY** |
|---|---|
| 20222077 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS          / 751

| **MODE OF TRANSPORTATION** | **SHIPMENT DATE** |
|---|---|
| Truck | September 19, 2005 |

| **SHIPPED FROM** | **PLACE OF DELIVERY** |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1160665/10 | RM9059 BAX 1500 | 16,818.300 LB | 3.25 / 1 LB | 54,659.48 |
| 1160665/20 | RM9071 BAX 1500E | 2,628.450 LB | 2.75 / 1 LB | 7,228.24 |
| | PO# 550005805 | | | |
| 1160665/30 | RM905800 BAX 1100 2MM | 4,799.850 LB | 1.95 / 1 LB | 9,359.71 |
| | PO# 550005871 | | | |
| | | | Items Total | 71,247.43 |
| | | | **Total** | **71,247.43** |
| | Net Wt        24,247   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**        Re-Print       Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92542080 | September 19, 2005 |

| CUSTOMER PO NUMBER | |
|---|---|
| 550058463 | |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 19, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155078/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | | | **Total** | **220.00** |
| | Net Wt          550  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

Re-Print          Page 1

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92543392 | September 20, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20223342 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS                / 10204

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 20, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1162000/10 | RM9059 | | | |
| | BAX 1500 | 20,495.700 LB | 3.25 | 66,611.03 |
| | | | / 1 LB | |
| | PO# 550005806 | | | |
| 1162000/20 | RM905800 | | | |
| | BAX 1100 2MM | 4,799.850 LB | 1.95 | 9,359.71 |
| | | | / 1 LB | |
| | PO# 550005871 | | | |
| | | | Items Total | 75,970.74 |
| | | | Total | 75,970.74 |
| | Net Wt       25,296  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92543428 | September 20, 2005 |

**CUSTOMER PO NUMBER**
550060414

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20222196 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS          / LTL13

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 20, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156724/10 | 25364465 | | | |
| | HCA 29X50-200 | 2,304 EA | 3.90 / 1 EA | 8,985.60 |
| | PO#550060414 | | | |
| | | | **Total** | **8,985.60** |
| | Net Wt          113  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92543429 | September 20, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20222199 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS          / LTL10

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 20, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155966/10 | RM9059 | | | |
| | BAX 1500 | 1,100 LB | 3.25 | 3,575.00 |
| | | | / 1 LB | |
| | PO# 550007415 | | | |
| 1155966/20 | RM905800 | | | |
| | BAX-1100 | 3,965 LB | 1.95 | 7,731.75 |
| | | | / 1 LB | |
| | PO# 550007414 | | | |
| | | | Items Total | 11,306.75 |
| | | | Total | 11,306.75 |
| | Net Wt      5,065  LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92544872 | **INVOICE DATE** September 21, 2005 |
| **CUSTOMER PO NUMBER** 550058463 | |
| **BILL OF LADING NUMBER** | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

| **MODE OF TRANSPORTATION** | **SHIPMENT DATE** September 21, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Covington Plant | **PLACE OF DELIVERY** WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155080/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | | | **Total** | **220.00** |
| | Net Wt        550  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92544873 | September 21, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20223746 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS          / LTL11

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 21, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156584/10 | RM9059 | | | |
| | BAX 1500 | 550 LB | 3.25 | 1,787.50 |
| | PO# 550007415 | | / 1 LB | |
| 1156584/20 | RM905800 | | | |
| | BAX-1100 | 3,172 LB | 1.95 | 6,185.40 |
| | PO# 550007414 | | / 1 LB | |
| | | | Items Total | 7,972.90 |
| | | | **Total** | **7,972.90** |
| | Net Wt          3,722  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92546674 | September 22, 2005 |

| CUSTOMER PO NUMBER |
|---|
| * |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20224234 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS          / 10206

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 22, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1163069/10 | RM9059 BAX 1500 | 13,435.200 LB | 3.25 / 1 LB | 43,664.41 |
| 1163069/20 | RM905800 BAX 1100 2MM | 15,930.750 LB | 1.95 / 1 LB | 31,064.96 |
|  | PO# 550005871 | | | |
|  | | | Items Total | 74,729.37 |
|  | | | Total | 74,729.37 |
|  | Net Wt      29,366  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92546692 | September 22, 2005 |

**CUSTOMER PO NUMBER**
550060414

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20223745 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS              / LTL13

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 22, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156728/10 | 25364465 | 1,152 EA | 3.90 | 4,492.80 |
| | HCA 29X50-200 | | / 1 EA | |
| | PO#550060414 | | | |
| | | | **Total** | **4,492.80** |
| | Net Wt          56  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# **MeadWestvaco**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92549023 | September 23, 2005 |

| CUSTOMER PO NUMBER |
|---|
| * |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20222949 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

| TERMS OF DELIVERY | | Please Remit To: |
|---|---|---|
| Prepaid FFA | | **MeadWestvaco Corporation** |
| CARRIER / VEHICLE NUMBER | | **2028 Collections Center DR** |
| WILLIAM EDWARDS | / WEI355 | **CHICAGO IL   60693** |

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 23, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Wickliffe Plant | ROCHESTER NY, US |

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1160236/10 | RM9069 | | | |
| | WV-A 1100 6X18 | 24,211.200 LB | 1.43 | 34,622.02 |
| | PO# 550005805 | | / 1 LB | |
| | | | | |
| | Net Wt        24,211  LB | | **Total** | **34,622.02** |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

# **MeadWestvaco**

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92549024 | September 26, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20224990 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY  14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY  14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS              / 711

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 26, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number<br>Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1163998/10 | RM9059<br>BAX 1500 | 6,913.350 LB | 3.25<br>/ 1 LB | 22,468.39 |
| 1163998/20 | RM905800<br>BAX 1100 2MM | 23,789.700 LB | 1.95<br>/ 1 LB | 46,389.92 |
| | PO# 550005871 | | | |
| | | | Items Total | 68,858.31 |
| | | | Total | 68,858.31 |
| | Net Wt      30,702  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92549025 | September 26, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20222822 | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Prepaid FFA

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

**CARRIER / VEHICLE NUMBER**

WILLIAM EDWARDS                    / 10204

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| Truck | September 26, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Order/Item | Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1164519/10 | RM9059 BAX 1500 | 13,721.400 LB | 3.25 / 1 LB | 44,594.55 |
| 1164519/20 | RM905800 BAX 1100 2MM | 15,915.900 LB | 1.95 / 1 LB | 31,036.01 |
| | PO# 550005871 | | | |
| | | | Items Total | 75,630.56 |
| | | | Total | 75,630.56 |
| | Net Wt        29,637  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

INVOICE

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92549052 | September 26, 2005 |

| CUSTOMER PO NUMBER |
|---|
| * |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20222828 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS          / LTL11

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 26, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156665/10 | RM9059 | | | |
| | BAX 1500 | 1,100 LB | 3.25 / 1 LB | 3,575.00 |
| | PO# 550007415 | | | |
| 1156665/20 | RM905800 | | | |
| | BAX-1100 | 3,965 LB | 1.95 / 1 LB | 7,731.75 |
| | PO# 550007414 | | | |
| | | | Items Total | 11,306.75 |
| | | | **Total** | **11,306.75** |
| | Net Wt        5,065  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print          Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92549053 | September 26, 2005 |

**CUSTOMER PO NUMBER**
550060414

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20225410 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS          / LTL15

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 26, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156732/10 | 25364465 | | | |
| | HCA 29X50-200 | 1,152 EA | 3.90 / 1 EA | 4,492.80 |
| | PO#550060414 | | | |
| | | | **Total** | **4,492.80** |
| | Net Wt         56  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92549054 | **INVOICE DATE** September 26, 2005 |
| **CUSTOMER PO NUMBER** 550072170 | |
| **BILL OF LADING NUMBER** 20225419 | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

CUSTOMER PICK UP CARRIER        / CPU

| **MODE OF TRANSPORTATION** standard | **SHIPMENT DATE** September 26, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Covington Plant | **PLACE OF DELIVERY** FLINT MI, US |

Please Remit To:
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | **Material Description** Material returned to Delphi Flint on 9/19 via Tom Paveglio | | | |
| 1164927/10 | 25380607 ACS 270-2LSA DELPHI 25380607 | 826 EA | 5.50 / 1 EA | 4,543.00 |
| | PO#550072170 | | | |
| | | | **Total** | **4,543.00** |
| | Net Wt          66  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 800-327-6323
.  The sale of the goods and services described herein is subject to the written agreement between
MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and
conditions of sale in effect on the date of shipment.

# INVOICE

Re-Print        Page 1

## MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92549996 | **INVOICE DATE** September 27, 2005 |

**CUSTOMER PO NUMBER**
see below

| | |
|---|---|
| **BILL OF LADING NUMBER** 20225977 | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS              / WEI1049

| **MODE OF TRANSPORTATION** Truck | **SHIPMENT DATE** September 27, 2005 |
|---|---|
| **SHIPPED FROM** MSCD Wickliffe Plant | **PLACE OF DELIVERY** ROCHESTER NY, US |

| Order/Item Material Number Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|
| 1165282/10    RM9069 WV-A 1100 6X18 PO# 550005805 PO# 550005805 | 17,577.600 LB | 1.43 / 1 LB | 25,135.97 |
| | | **Total** | **25,135.97** |
| Net Wt       17,578   LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**
Pg V 00 C75

# MeadWestvaco

| | |
|---|---|
| **INVOICE NUMBER** 92550970 | **INVOICE DATE** September 27, 2005 |
| **CUSTOMER PO NUMBER** 550005805 | |
| **BILL OF LADING NUMBER** 20224186 | **CURRENCY** USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**
WILLIAM EDWARDS                    / WEI10206

**MODE OF TRANSPORTATION**
Truck

**SHIPMENT DATE**
September 27, 2005

**SHIPPED FROM**
MSCD Wickliffe Plant

**PLACE OF DELIVERY**
ROCHESTER NY, US

Please Remit To:
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL   60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1163070/10 | RM9069 WV-A 1100 6X18 | 5,816.400 LB | 1.43 / 1 LB | 8,317.45 |
| | PO# 550005805 | | | |
| | | | **Total** | **8,317.45** |
| | Net Wt      5,816  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# INVOICE

Re-Print

## MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92550996 | September 28, 2005 |

**CUSTOMER PO NUMBER**
550058463

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005  SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E And C 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | September 28, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1155083/10 | 25377089 RESCREENED,1100E M48032 | 550 LB | 0.40 / 1 LB | 220.00 |
| | | | Total | 220.00 |
| | Net Wt       550  LB | | | |

If the data on this invoice is incorrect in any way, please contact us at 540-969-3761. The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE** Re-Print    Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92550997 | September 28, 2005 |

**CUSTOMER PO NUMBER**
550060414

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20226438 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**CARRIER / VEHICLE NUMBER**
PJAX FREIGHT SYS              / LTL11

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 28, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| Order/Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156733/10 | 25364465 HCA 29X50-200 | 2,304 EA | 3.90 / 1 EA | 8,985.60 |
| | PO#550060414 | | | |
| | | | Total | 8,985.60 |
| | Net Wt      113  LB | | | |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

**INVOICE**

Re-Print        Page 1

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92550998 | September 28, 2005 |

**CUSTOMER PO NUMBER**
*

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| 20226439 | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

PJAX
2789 E Crescentville Rd, Delphi E&C, 35028
WEST CHESTER OH  45069
USA

**TERMS OF PAYMENT**

1-31 due end of next month net

**TERMS OF DELIVERY**
Collect CLT,

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| CARRIER / VEHICLE NUMBER | |
|---|---|
| PJAX FREIGHT SYS | / LTL15 |

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| standard | September 28, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | WEST CHESTER OH, US |

| Order/Item | Material Number<br>Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| 1156671/20 | RM905800<br>BAX-1100<br><br>PO# 550007414<br><br>Net Wt       3,965   LB | 3,965 LB | 1.95<br>/ 1 LB | 7,731.75 |
| | | | **Total** | **7,731.75** |

If the data on this Invoice is incorrect in any way, please contact us at 540-969-3761.  The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

## Credit Memo

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 92549055 | September 26, 2005 |

| CUSTOMER PO NUMBER |
|---|
| 550072170 |

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
|  | USD |

**SOLD-TO (CUSTOMER NUMBER: 518029)**

Delphi Automotive Systems Llc
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**BILL-TO**

Delphi Automotive Systems Llc
Delphi Energy & Chassis Systems
CISCO 31005   SAP E101
Disb Analysis Dept
PO Box 436040
FLINT MI  48506

**SHIP-TO**

Delphi E and C Flint East
1101 N Center Rd, Dock 605
FLINT MI  48556
USA

**TERMS OF PAYMENT**

**TERMS OF DELIVERY**

Collect CLT,

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**2028 Collections Center DR**
**CHICAGO IL  60693**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
|  | September 26, 2005 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | FLINT MI, US |

| Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
|  | --Credit Invoice-- |  |  |  |
|  | Credit issued for 1000 ea return to Grand Rapids on 9/19, reference MRA #437. Approved by Matt Kilyk 9/19/05 |  |  |  |
|  | **In reference to Sales Order 1153743** |  |  |  |
| 10 | 25380607 ACS 270-2LSA DELPHI 25380607 | 1,000 EA | 5.50 / 1 EA | 5,500.00 |
|  | PO#550072170 |  |  |  |
|  |  |  | **Total** | **5,500.00** |
|  |  |  | **Credit Total** | **5,500.00** |

If the data on this Credit Memo is incorrect in any way, please contact us at 800-327-6323
   The sale of the goods and services described herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.

# Exhibit B

# Credit Memo

# MeadWestvaco

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 91993580 | November 11, 2004 |

**CUSTOMER PO NUMBER**
3rd Quarter Rebate Payment

| BILL OF LADING NUMBER | CURRENCY |
|---|---|
| | USD |

**SOLD-TO (CUSTOMER NUMBER: 516557)**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**BILL-TO**

Delphi Automotive Systems
PO Box 92700
ROCHESTER NY   14692
USA

**SHIP-TO**

Delphi Automotive Systems
1000 Lexington Rd
ROCHESTER NY   14606
USA

**TERMS OF PAYMENT**

**TERMS OF DELIVERY**
Prepaid FFA

**CARRIER / VEHICLE NUMBER**

**Please Remit To:**
**MeadWestvaco Corporation**
**PO Box 281916**
**ATLANTA GA   30384-1916**

| MODE OF TRANSPORTATION | SHIPMENT DATE |
|---|---|
| | November 11, 2004 |

| SHIPPED FROM | PLACE OF DELIVERY |
|---|---|
| MSCD Covington Plant | ROCHESTER NY, US |

| Item | Material Number / Material Description | Quantity (UOM Invoiced) | Unit price | Amount |
|---|---|---|---|---|
| | 3RD QUARTER REBATE PAYMENT | | | |
| 10 | 81321 BAX 1100 2MM | | | 24,826.27 |
| | | | **Total** | **24,826.27** |
| | | | **Credit Total** | **24,826.27** |

If the data on this Credit Memo is incorrect in any way, please contact us at
DIRECT INQUIRIES TO KAREN REYNOLDS, 540-969-3726.  The sale of the goods and services described
herein is subject to the written agreement between MeadWestvaco and the buyer, or, in the absence of
written agreement, MeadWestvaco's standard terms and conditions of sale in effect on the date of shipment.