# Exhibit F

# I. CLAIM NO. 10380

## A. The General Unsecured Claim

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| 92349090 | 05/22/2005 | 960.40 |
| 92379078 | 06/07/2005 | 1,395.68 |
| 92452597 | 07/13/2005 | 440.00 |
| 92502494 | 08/08/2005 | 1,045.72 |
| 92504066 | 08/09/2005 | 6,419.59 |
| 92509299 | 08/15/2005 | 477.88 |
| 92511747 | 08/14/2005 | 13,036.80 |
| 92511779 | 08/17/2005 | 2,750.00 |
| 92512866 | 08/18/2005 | 13,036.80 |
| 92515583 | 08/22/2005 | 13,036.80 |
| 92522236 | 08/29/2005 | 34,658.05 |
| 92522295 | 08/29/2005 | 11,547.90 |
| 92522296 | 08/29/2005 | 8,985.60 |
| 92523611 | 08/30/2005 | 63,612.45 |
| 92525425 | 08/31/2005 | 220.00 |
| 92525426 | 08/31/2005 | 2,750.00 |
| 92525428 | 08/31/2005 | 11,547.90 |
| 92527645 | 08/31/2005 | 7,900.00 |
| 92528677 | 09/01/2005 | 8,675.00 |

2

| | | |
|---|---|---|
| 92529634 | 09/02/2005 | 1,909.76 |
| 92529635 | 09/02/2005 | 1,043.12 |
| 92529665 | 09/02/2005 | 8,214.05 |
| 92531027 | 09/06/2005 | 34,203.68 |
| 92532281 | 09/01/2005 | 45,714.73 |
| 92532368 | 09/07/2005 | 220.00 |
| 92532369 | 09/07/2005 | 4,639.05 |
| 92533533 | 09/07/2005 | 85,959.56 |
| 92533647 | 09/07/2005 | 75,737.61 |
| 92533682 | 09/08/2005 | 220.00 |
| 92533683 | 09/08/2005 | 1,975.00 |
| 92533684 | 09/08/2005 | 7,900.00 |
| 92533686 | 09/08/2005 | 4,639.05 |
| 92535932 | 09/09/2005 | 34,115.80 |
| 92535933 | 09/09/2005 | 6,796.80 |
| 92535934 | 09/12/2005 | 76,632.01 |
| 92535935 | 09/12/2005 | 82,216.51 |
| 92535987 | 09/12/2005 | 220.00 |
| 92535989 | 09/12/2005 | 6,185.40 |
| 92537126 | 09/13/2005 | 62,400.20 |
| 92537191 | 09/13/2005 | 7,900.00 |
| 92538318 | 09/13/2005 | 34,249.64 |
| 92538319 | 09/14/2005 | 77,084.59 |
| 92538360 | 09/14/2005 | 220.00 |

500177330v3

| 92538361 | 09/14/2005 | 8,985.60 |
| 92538362 | 09/14/2005 | 7,972.90 |
| 92538363 | 09/14/2005 | 13,825.00 |
| 92540568 | 09/15/2005 | 34,637.46 |
| 92541790 | 09/18/2005 | 33,509.46 |
| 92542031 | 09/19/2005 | 71,247.43 |
| 92542080 | 09/19/2005 | 220.00 |
| 92543392 | 09/20/2005 | 75,970.74 |
| 92543428 | 09/20/2005 | 8,985.60 |
| 92543429 | 09/20/2005 | 11,306.75 |
| 92544872 | 09/21/2005 | 220.00 |
| 92544873 | 09/21/2005 | 7,972.90 |
| 92546674 | 09/22/2005 | 74,729.37 |
| 92546692 | 09/22/2005 | 4,492.80 |
| 92549023 | 09/23/2005 | 34,622.02 |
| 92549024 | 09/26/2005 | 68,858.31 |
| 92549025 | 09/26/2005 | 75,630.56 |
| 92549052 | 09/26/2005 | 11,306.75 |
| 92549053 | 09/26/2005 | 4,492.80 |
| 92549054 | 09/26/2005 | 4,543.00 |
| 92549996 | 09/27/2005 | 25,135.97 |
| 92550970 | 09/27/2005 | 8,317.45 |
| 92550996 | 09/28/2005 | 220.00 |
| 92550997 | 09/28/2005 | 8,985.60 |

500177330v3

| 92550998 | 09/28/2005 | 7,731.75 |
| 92549055 | 09/26/2005 | (5,500.00)[1] |
| | 07/07/2005 | 947.70[2] |
| | 08/03/2005 | (10.12)[3] |

## B. The Secured Set-Off Claim

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| 91993580 | 11/11/2004 | 24,826.27 |

## II. THE MEADWESTVACO RECLAMATION CLAIM

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| 92551843 | 09/29/2005 | 25,652.48 |
| 92551844 | 09/29/2005 | 86,209.69 |
| 92552977 | 09/30/2005 | 6,185.40 |
| 92552978 | 09/30/2005 | 8,985.60 |
| 92554242 | 10/02/2005 | 13,036.80 |
| 92554243 | 10/03/2005 | 34,316.57 |

---

[1]  Invoice number 92549055, dated September 26, 2005, is a credit to the Debtors in the amount of $5,500.00.

[2]  The exhibits to Proof of Claim No. 10380 inadvertently omitted the exhibit annexed hereto as Attachment 1, which Attachment hereby supplements Proof of Claim No. 10380.

[3]  The exhibits to Proof of Claim No. 10380 inadvertently omitted the exhibit annexed hereto as Attachment 2, which Attachment hereby supplements Proof of Claim No. 10380.

500177330v3

| 92554284 | 10/03/2005 | 6,185.40 |
|---|---|---|
| 92555350 | 10/04/2005 | 66,555.16 |
| 92556337 | 10/04/2005 | 34,797.05 |
| 92556459 | 10/05/2005 | 85,832.66 |
| 92556460 | 10/05/2005 | 66,278.03 |
| 92556523 | 10/05/2005 | 220.00 |
| 92556524 | 10/05/2005 | 8,985.60 |
| 92556526 | 10/05/2005 | 9,519.25 |
| 92556528 | 10/05/2005 | 8,985.60 |
| 92558420 | 10/07/2005 | 34,608.29 |
| 92558421 | 10/07/2005 | 81,792.65 |

500177330v3

# Attachment 1



SAP

Document   Edit   Goto   Settings   Extras   Environment   System   Help

Document Overview

Choose   Save   Tax data

Doc type    IB2 (Accounting document - Normal document)
Doc number   102676045          Company code   9001          Fiscal year   2005
Doc date     07/07/2005         Posting date   07/07/2005     Period   07
Doc currency  USD

| Itm | PK | Account | Account short text | BA | Cost Ctr | EA | Plnt | Prof | Order | TX | Amount | Text |
|-----|-----|---------|-------------------|-----|----------|-----|------|------|-------|-----|-----------|------|
| 1 | 17 | 521216 | Delphi Corporation | | | | | | *Short* | | 1,546.35- | 7/8rgs: |
| 2 | 04 | 521216 | Delphi Corporation | 5000 | | | | | | | 947.70 | |
| 3 | 14 | 521216 | Delphi Corporation | 5000 | | | | | | | 220.00- | 7/8rgs: |
| 4 | 40 | 32200400 | Sales Ded - Pay Dif | 5000 | 9999105285 | | | 5105 | | | 6.02 | Write 0 |
| 5 | 07 | 521216 | Delphi Corporation | | | | | | | | 1,379,679.90 | per vec |
| 6 | 17 | 521216 | Delphi Corporation | 5000 | | | | | | | 1,378,867.27 | per vec |

Prints the window's content.                                               P01 (6) (500)   sapasp18   OVR

# Attachment 2

Doc.type : AB ( Accounting document ) Normal document
Doc. number   102724824        Company code   9001      Fiscal year   2005
Doc. date     08/03/2005       Posting date   08/03/2005   Period      08
Doc.currency  USD

| Itm | PK | Account | Account short text | BA | Cost ctr | BA | Plnt | Prof | Order | Tx | Amount | Text | Chng date | Chng doc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14 | 521216 | Delphi Corporation | | | | | | | | 10.12- | Overpayment | | |
| 2 | 07 | 521216 | Delphi Corporation | | | | | | | | 123.92 | per rgsmith | 08/03/2005 | 102724824 |
| 3 | 17 | 521216 | Delphi Corporation | 5000 | | | | | | | 113.80- | per rgsmith | 08/03/2005 | 102724824 |