**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1540 Broadway
New York, New York 10036
(212) 858-1000
Robin L. Spear (RS-1996)
Margot P. Erlich (ME-2117)

Counsel for MeadWestvaco Corporation, as transferor
of Claim No. 10380 to Contrarian Funds, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case Nos. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

———————————————————————————x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents; ***Response of MeadWestvaco Corporation, as Transferor of Claim No. 10380 to Contrarian Funds, LLC, to the Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and (F) Claims Subject to Modification, Tax Claim Subject to Modification, and Modified Claims Asserting Reclamation ,*** was served via overnight mail, in an official depository of the United States Postal Service maintained at 1540 Broadway, New York, NY 10036, to the parties on the attached service list on the 17th day of October, 2007.

/s/ Stacy Packer
Stacy Packer

**SERVICE LIST:**
U.S. BANKRUPTCY COURT, SDNY
HONORABLE ROBERT D. DRAIN
ONE BOWLING GREEN
NEW YORK, NY  10004

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Whacker Drive, Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler, Jr.
John K. Lyons
Randall G. Reese

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel