KIRKLAND & ELLIS LLP
Ryan B. Bennett (RB - 5236)
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rbennett@kirkland.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, et al., | ) |
| | ) Case No. 05-44481 |
| Debtors. | ) Jointly Administered |
| | ) |

**NOTICE TO REMOVE E-MAIL ADDRESS FROM ELECTRONIC FILING LIST**

PLEASE TAKE NOTICE that I, Ryan B. Bennett, of the law firm Kirkland & Ellis LLP, hereby provide notice to the Court that I no longer wish to receive electronic filings regarding the above-captioned matter.

Therefore, please remove the following e-mail address - rbennett@kirkland.com - from the electronic service list for Case No. 005-44481.

Dated:    October 17, 2007

Respectfully submitted,

*/s/ Ryan B. Bennett*_____
Ryan B. Bennett  (RB - 5236)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
rbennett@kirkland.com

K&E 12160560.1