ANNE MILGRAM  
Attorney General of New Jersey  
R.J. Hughes Justice Complex  
25 Market Street  
P.O. Box 106  
Trenton, New Jersey  08625-0106  
Attorney for State of New Jersey, Division of Taxation  

By:  Tracy E. Richardson (TR1366)  
     Deputy Attorney General  
     (609) 292-1537  

                UNITED STATES BANKRUPTCY COURT  
                SOUTHERN DISTRICT OF NEW YORK  

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| Debtor. | ) | (Jointly Administered) |

                            CERTIFICATION OF SERVICE

Tracy E. Richardson hereby certifies and says:

1.  I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

2.  I hereby certify that on October 18, 2007, the State of New Jersey's Response to Debtors' Twenty-First Omnibus Objection to Claims was filed electronically, and I caused a true copy to be served to the chambers of the Honorable Robert D. Drain, U.S.B.J., One Bowling Green, Room 632, New York, NY 10004 via U.S. mail.  If the following are not registered participants for electronic notice, on October 18, 2007 I also caused a true copy of this response to be served to the following addressees via U.S. mail:

General Counsel  
Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098

John W. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Attorneys for Debtors
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Attorney for Committee of Unsecured Creditors
Latham & Watkins
885 Third Avenue
New York, NY  10022-4802

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

                                    ANNE MILGRAM
                                    ATTORNEY GENERAL OF NEW JERSEY


                          By:    /s/ Tracy E. Richardson
                                Tracy E. Richardson (TR1366)
                                Deputy Attorney General

Dated: 10-18-07