UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :    Chapter 11

DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                                  Jointly Administered
                    Debtors.                                 :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Eunice Rim, being duly sworn, deposes and says:

1.  I am over eighteen (18) years of age and am not a party to this action. I am employed by the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2.  On October 12, 2007, I served a true and correct copy of Notice of Change of Address Of JPMorgan Chase Bank, N.A by United States first class mail on the following listed counsel to the Debtors:

>  Andrew Currie
>  WilmerHale, LLP
>  1875 Pennsylvania Avenue, NW
>  Washington, DC 20006
>
>  Caroline Rogus
>  WilmerHale, LLP
>  1875 Pennsylvania Avenue, NW
>  Washington, DC 20006
>
>  David S. Gragg
>  Langley & Banack, Incorporated
>  745 E. Mulberry
>  Suite 900
>  San Antonio, TX 78212

NY-561464 v1

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Lowell Peterson
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018

Mark S. Lichtenstein
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022

Mateo Fowler
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Michael O'Hayer
22 North Walnut Street
West Chester, PA 19380

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

by placing the same in a properly addressed, postage pre-paid first class envelope, and depositing said envelope in a receptacle maintained by the United States Postal Office for such purpose located in the Franklin Delano Roosevelt Station at 909 3rd Ave., New York, NY 10022-9998.

By: _____
Eunice Rim

Sworn to before me this
17th day of October, 2007

_____
Notary Public

NATHANAEL F. MEYERS
Notary Public, State of New York
No. 01ME5057476
Qualified in New York County
Commission Expires March 25, ~~1998~~ 2010

- 3 -