UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
    DELPHI CORPORATION, *et al.*      :    Case No. 05-44481 (RDD)
                                               :
            Debtors.      :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Brooke Filler, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

      2.    On October 18, 2007, I caused to be served copies of the **Joint Response of Deutsche Bank Securities Inc. and SPCP, L.L.C. to Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicative or Amended Claims, (B) Untimely Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and (F) Claims Subject to Modification, Tax Claim Subject to Modification and Modified Claims Asserting Reclamation** on the persons forth on the attached service list.

      3.    I caused such service to be made by enclosing true copies of the aforementioned document in postpaid, properly addressed wrappers and caused them to be sent in the manner shown thereon.

/s/ Brooke Filler
Brooke Filler

Sworn to before me this
18th day of October, 2007

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

## SERVICE LIST

### BY HAND

K.A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

### BY FEDERAL EXPRESS

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098