# EXHIBIT A

| United States Bankruptcy Court SOUTHERN District Of NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI CORP | Case Number 05-44481 | This Space For Court Use Only **Received** MAR 1 2 2007 **Kurtzman Carson** **COPY** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

McNAUGHTON - McKAY ELECTRIC of OHIO

Name and Address where notices should be sent:

McNaughton-McKay Electric Co.
1357 E. Lincoln Avenue
Madison Heights, MI 48071-4126

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: 248 399 7500

This Space For Court Use Only

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces or ☒ amends a previously filed claim dated: 7/27/06

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** 12/16/04 - 10/4/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim $ _____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 46,886.26 (Unsecured)  _____ (Secured)  23,230.90 (Priority)  70,117.16 (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date: 11/06/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): John P. Nordloh   JOHN NORDLOH   CREDIT MGR | This Space For Court Use Only **RECEIVED** MAR - 2 2007 CLAIMS PROCESSING USBC SDNY |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

10754



**McNAUGHTON-McKAY**
ELECTRIC COMPANY
PO BOX 73965
CLEVELAND, OH 44193
(614) 476-2800
FAX (614) 418-5896

# STATEMENT

Delphi Chassis Systems - Fish
Attn: Accounts Payable
200 Georgesville Road
Columbus, OH 43228

| PAGE | DATE | CUSTOMER NO. |
|---|---|---|
| 1 | 07/06/07 | 10756 |

| INVOICE DATE | INVOICE NUMBER | TYPE | YOUR REFERENCE NUMBER | AMOUNT | BALANCE DUE | CUMULATIVE |
|---|---|---|---|---|---|---|
| 12/16/04 | 7673938-00 | IN | CFS54098  23 61 | 1755.91 | 1755.91 | 1755.91 |
| 06/14/05 | 7968935-00 | IN | CFS54880 | 1546.00 | 766.82 | 2522.73 |
| 06/16/05 | 7968935-01 | IN | CFS54880 | 180.00 | 81.36 | 2604.09 |
| 06/28/05 | 7968935-02 | IN | CFS54880 | 214.00 | 96.72 | 2700.81 |
| 06/21/05 | 7981482-00 | IN | CFS54914 | 6161.87 | 257.14 | 2957.95 |
| 09/07/05 | 8092699-01 | IN | CFS55136 | 550.88 | 550.88 | 3508.83 |
| 09/06/05 | 8092707-00 | IN | CFS55143 | 390.12 | 390.12 | 3898.95 |
| 09/07/05 | 8092717-00 | IN | CFS55145 | 403.60 | 403.60 | 4302.55 |
| 09/16/05 | 8123570-00 | IN | 450135215 | 19600.00 | 19600.00 | 23902.55 |
| 09/16/05 | 8125204-00 | IN | 450135215 | 6500.00 | 6500.00 | 30402.55 |
| 09/16/05 | 8127314-00 | IN | p-card randy hi | 297.14 | 297.14 | 30699.69 |
| 09/13/05 | 8127314-01 | IN | p-card randy hi | 48.95 | 48.95 | 30748.64 |
| 10/03/05 | 8135764-00 | IN | 450137803 | 4422.70 | 4422.70 | 35171.34 |
| 09/20/05 | 8138624-00 | IN | 450136830 | 12001.90 | 12001.90 | 47173.24 |
| 09/27/05 | 8138624-01 | IN | 450136830 | 815.95 | 815.95 | 47989.19 |
| 09/27/05 | 8138624-02 | IN | 450136830 | 1613.80 | 1613.80 | 49602.99 |
| 09/29/05 | 8138624-03 | IN | 450136830 | 935.90 | 935.90 | 50538.89 |
| 10/04/05 | 8138624-04 | IN | 450136830 | 22295.00 | 22295.00 | 72833.89 |
| 09/28/05 | 8138655-00 | IN | 450136830  25 00 | 2745.00 | 2745.00 | 75578.89 |
| 09/27/05 | 8145014-00 | IN | 450138954 | 1038.27 | 1038.27 | 76617.16 |
| 10/13/05 | 8183567-00 | MC | 8183567-00 | 6500.00- | | 70117.16 |
| | | | | | Balance Due: | 70117.16 |

| OVER 90 | OVER 60 | OVER 30 | CURRENT | PLEASE REMIT THIS AMOUNT | |
|---|---|---|---|---|---|
| 70117.16 | 0.00 | 0.00 | 0.00 | | 70117.16 |

# EXHIBIT B



**McNAUGHTON-McKAY**
ELECTRIC COMPANY
PO BOX 632255
CINCINNATI, OH 45263-2255
(614) 476-2800
FAX (614) 418-5896

# INVOICE

DOCUMENT: **Invoice**

\*\* D U P L I C A T E \*\*\*

| UPC V | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 000000 | 09/20/05 | 8138624-00 |
| SALESMAN | P.O. NO. | PAGE # |
| slr | 450136830 | 1 |
| DATE AND TIME PRINTED | | |
| 01/18/06 | 14:45 | |

CUST.#:    10756

SHIP TO:

Delphi Interior & Lighting Sys
Central Receiving Dock 10
200 Georgesville Rd
Columbus, OH 43228

BILL TO:

Delphi Chassis Systems - Fishe
Attn: Accounts Payable
200 Georgesville Road
Columbus, OH 43228

| INSTRUCTIONS | | | |
|---|---|---|---|
| UPS #OH491741 | | | |
| SHIP POINT | SHIP VIA | SHIPPED | TERMS |
| Columbus Branch | UPS Recipnt | 09/20/05 | Net 30 Days |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| | Tracker # - 1Z47366803000938159 | | | | | | |
| 1 | ABZ17461V8 A-B 1746IV8 DC INPUT MODULE FOR PROGRAMMABLE | 8 | 7 | 1 | EACH | 133.70 | 133.70 |
| 2 | ABZ1746A7 A-B 1746A7 7-SLOT CHASSIS-MODULAR HARDWARE CUST#: 0639-0785 | 10 | 0 | 10 | EACH | 253.40 | 2534.00 |
| 3 | ABZ1746P2 A-B 1746P2 POWER SUPPLY - RACK MOUNT CUST#: 1018-1765 | 10 | 0 | 10 | EACH | 354.20 | 3542.00 |
| 4 | ABZ17460X8 A-B 17460X8 (8) ISOLATED RELAY OUTPUT - | 20 | 8 | 12 | EACH | 197.40 | 2368.80 |
| 5 | ABZ1746IB16 A-B 1746IB16 DC INPUT MODULE FOR PROGRAMMABLE CUST#: 0528-5878 | 10 | 0 | 10 | EACH | 175.00 | 1750.00 |
| 6 | ABZ1492H4 A-B 1492H4 FINGER-SAFE SINGLE CIRCUIT FUSE BLOC CUST#: 0076-4801 | 20 | 0 | 20 | EACH | 11.01 | 220.20 |
| 7 | ABZ1492W4 A-B 1492W4 IEC SINGLE FEEDTHROUGH CIRCUIT BLOC CUST#: 0076-676A | 500 | 500 | 0 | EACH | 1.58 | 0.00 |
| 8 | ABZ194LHE4E175I A-B 194LHE4E175I IEC CONTROL AND LOAD SWITCH | 10 | 10 | 0 | EACH | 5.25 | 0.00 |
| 9 | ABZ194LE121751 A-B 194LE121751 IEC CONTROL AND LOAD SWITCH | 10 | 10 | 0 | EACH | 8.65 | 0.00 |

Continued            Date: 01/18/06 Time: 14:45 User: jcn

All claims for error or shortage must be made within 24 hours after receipt of shipment. No goods returned for credit without prior written permission. A monthly service charge of 1.5% (Annual Rate 18%) will be applied to all past due amounts. Limitation of liability: All manufacturers warranties apply. McNaughton-McKay is not subject to consequential damage due to product failure, misuse, or misapplication.



**McNAUGHTON-McKAY**
ELECTRIC COMPANY
PO BOX 632255
CINCINNATI, OH 45263-2255
(614) 476-2800
FAX (614) 418-5896

# INVOICE

DOCUMENT: **Invoice**

** D U P L I C A T E ***

| UPC V | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 000000 | 09/20/05 | 8138624-00 |

| SALESMAN | P.O. NO. | PAGE # |
|---|---|---|
| slr | 450136830 | 2 |

| DATE AND TIME PRINTED | |
|---|---|
| 01/18/06 | 14:45 |

CUST.#:    10756

SHIP TO:

Delphi Interior & Lighting Sys
Central Receiving Dock 10
200 Georgesville Rd
Columbus, OH 43228

BILL TO:

Delphi Chassis Systems - Fishe
Attn: Accounts Payable
200 Georgesville Road
Columbus, OH 43228

| INSTRUCTIONS |
|---|
| UPS #OH491741 |

| SHIP POINT | SHIP VIA | SHIPPED | TERMS |
|---|---|---|---|
| Columbus Branch | UPS Recipnt | 09/20/05 | Net 30 Days |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 10 | ABZ1747L543<br>A-B 1747L543 SLC 5/04 CONTROLLER 64K MEMORY | 10 | 10 | 0 | EACH | 2229.50 | 0.00 |
| 11 | ABZ17460W16<br>A-B 17460W16 RELAY OUTPUT MODULE FOR PROGRA<br>CUST#: 1001-727 | 6 | 0 | 6 | EACH | 242.20 | 1453.20 |
| 11 | Lines Total | Qty Shipped Total | | 69 | | Total<br>Invoice Total | 12001.90<br>12001.90 |

All claims for error or shortage must be made within 24 hours after receipt of shipment. No goods returned for credit without prior written permission. A monthly service charge of 1.5% (Annual Rate 18%) will be applied to all past due amounts. Limitation of liability: All manufacturers warranties apply. McNaughton-McKay is not subject to consequential damage due to product failure, misuse, or misapplication.

UPS Package Tracking                                                                 Page 1 of 1

    Home | About UPS | Contact UPS | Getting Started @ UPS.com        [Search]

**UPS United States**

[Shipping]    **Tracking**    [Support] [Business Solutions]

**Tracking**

Log-In  User ID: [         ]  Password: [         ] [→]  | **Forgot Password**    [Register]

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers 🔒
→ **Track by Reference Number**
→ **Track by Freight Tracking Number**
→ **Track by Freight Shipment Reference**
→ **Track with Quantum View**
→ **Sign Up for Signature Tracking** 🔒
→ **Void a Shipment** 🔒
→ **Help**

|||||| **Track by Tracking Number**

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 473 668 03 0093 815 9 | **Delivered** | Delivered on: | 09/21/2005 9:45 A.M. |
| | | Delivered to: | COLUMBUS, OH, US |
| | | Signed by: | AYERS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/26/2006 3:52 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

*POD for 8138624-00*



**McNAUGHTON-McKAY**
ELECTRIC COMPANY
PO BOX 632255
CINCINNATI, OH 45263-2255
(614) 476-2800
FAX (614) 418-5896

# INVOICE

DOCUMENT:  I n v o i c e

**\*\* D U P L I C A T E \*\*\***

| UPC V | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 000000 | 09/27/05 | 8138624-01 |
| SALESMAN | P.O. NO. | PAGE # |
| slr | 450136830 | 1 |
| DATE AND TIME PRINTED | | |
| 01/18/06 | 14:45 | |

CUST.#:    10756

SHIP TO:

Delphi Interior & Lighting Sys
Central Receiving Dock 10
200 Georgesville Rd
Columbus, OH 43228

BILL TO:

Delphi Chassis Systems - Fishe
Attn: Accounts Payable
200 Georgesville Road
Columbus, OH 43228

| INSTRUCTIONS |
|---|
| UPS #0H491741 |

| SHIP POINT | SHIP VIA | SHIPPED | TERMS |
|---|---|---|---|
| Columbus Branch | UPS Recipnt | 09/27/05 | Net 30 Days |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UIM | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| | Tracker # - 1Z4736680300942251 | | | | | | |
| 1 | ABZ17461V8 A-B 17461V8 DC INPUT MODULE FOR PROGRAMMABLE | 7 | 7 | 0 | EACH | 133.70 | 0.00 |
| 4 | ABZ17460X8 A-B 17460X8 (8) ISOLATED RELAY OUTPUT - | 8 | 8 | 0 | EACH | 197.40 | 0.00 |
| 7 | ABZ1492W4 A-B 1492W4 IEC SINGLE FEEDTHROUGH CIRCUIT BLOC CUST#: 0076-676A | 500 | | 500 | EACH | 1.58 | 790.00 |
| 8 | ABZ194LHE4E1751 A-B 194LHE4E175I IEC CONTROL AND LOAD SWITCH | 10 | 10 | 0 | EACH | 5.25 | 0.00 |
| 9 | ABZ194LE121751 A-B 194LE121751 IEC CONTROL AND LOAD SWITCH | 10 | 7 | 3 | EACH | 8.65 | 25.95 |
| 10 | ABZ1747L543 A-B 1747L543 SLC 5/04 CONTROLLER 64K MEMORY | 10 | 10 | 0 | EACH | 2229.50 | 0.00 |
| 6 | Lines Total | Qty Shipped Total | | 503 | | Total Invoice Total | 815.95 815.95 |

Date: 01/18/06 Time: 14:45 User: jcn

All claims for error or shortage must be made within 24 hours after receipt of shipment. No goods returned for credit without prior written permission.
A monthly service charge of 1.5% (Annual Rate 18%) will be applied to all past due amounts. Limitation of liability: All manufacturers warranties apply.
McNaughton-McKay is not subject to consequential damage due to product failure, misuse, or misapplication.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS United States**

Shipping | **Tracking** | Support | Business Solution

## Tracking

Log-In  User ID: [        ]  Password: [        ] [☑] | Forgot Password                    Register

→ **Track by Tracking Number**
 › Track by E-mail
 › Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help

**Track by Tracking Number**

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 473 668 03 0094 225 1 | **Delivered** | Delivered on: | 09/28/2005 9:42 A.M. |
| | | Delivered to: | COLUMBUS, OH, US |
| | | Signed by: | AYERS |
| | | Service Type: | GROUND |

→ View package progress

Tracking results provided by UPS: 06/26/2006 3:45 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

POD for 8138624-01



**McNAUGHTON-McKAY**
ELECTRIC COMPANY
PO BOX 73965
CLEVELAND, OH 44193
(614) 476-2800
FAX (614) 418-5896

# INVOICE

** D U P L I C A T E ***

| UPC V | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 000000 | 12/16/04 | 7673938-00 |
| SALESMAN | P.O. NO. | PAGE # |
| dep2 | CFS54098 | 1 |
| DATE AND TIME PRINTED | | |
| 07/09/07 | | 14:27 |

DOCUMENT:   I n v o i c e

CUST.#:   10756

SHIP TO:

Delphi Interior & Lighting Sys
Central Receiving Dock 10
200 Georgesville Rd
Columbus, OH 43228

BILL TO:

Delphi Chassis Systems - Fishe
Attn: Accounts Payable
200 Georgesville Road
Columbus, OH 43228

| INSTRUCTIONS |
|---|
| UPS Consignee #0H491741 |

| SHIP POINT | SHIP VIA | SHIPPED | TERMS |
|---|---|---|---|
| Columbus Branch | UPS CONSIGN | 12/16/04 | Net 30 Days |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | ABZ1771NIV | 1 | 0 | 1 | EACH | 1732.40 | 1732.40 |
| | A-B 1771NIV HIGH RESOLUTION ISOLATED ANAL | | | | | | |
| | CUST#: 0528-5C3M | | | | | | |
| | ** DIRECT ORDER ** | | | | | | |
| | ****** | | | | | | |
| | SHIP UPS NEXT DAY AIR (SEE THERE UPS SHIPPER #491741) | | | | | | |
| | ATTN: GEORGE ZINN 1-614-275-5089 | | | | | | |
| | ****** | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 1 | | Total | 1732.40 |
| | | | | | | Freight Out | 23.51 |
| | | | | | | Invoice Total | 1755.91 |

Last Page          Date: 07/09/07 Time: 14:27 User: jcn

The sale of products and services by Seller is subject to Seller's general terms and conditions of sale ("Seller's Terms") as attached to this document or as otherwise posted on Seller's website at http://terms.mc-mc.com/corp. Seller objects to and rejects any terms or conditions that may appear on or are referenced in Customer's purchase order or other document that are in addition to or otherwise inconsistent with Seller's Terms. Customer's receipt or acceptance of delivery of any ordered item above will constitute its acceptance of Seller's Terms.