Hearing Date and Time: October 25, 2007 at 10:00 a.m.
Response Date and Time: October 18, 2007 at 4:00 p.m.

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. – 7791)(Admitted pro hac vice)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
Attorneys for GE Consumer & Industrial f/k/a GE Lighting

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                  :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No: 05-44481 (RDD)
                                        :    (Jointly Administered)
                    Debtors.            :
------------------------------------------------------------x

## CERTIFICATION OF SERVICE REGARDING RESPONSE OF GE CONSUMER & INDUSTRIAL F/K/A GE LIGHTING TO DEBTORS' TWENTY-FIRST OMNIBUS CLAIMS OBJECTION

JENNIFER MCCANN, of full age, hereby certifies as follows:

1.  I am an administrative assistant employed by the firm of Day Pitney LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey, counsel for GE Consumer & Industrial f/k/a GE Lighting in connection with the above-referenced matter.

2.  On October 18, 2007, I electronically filed the Response of GE Consumer & Industrial f/k/a GE Lighting to Debtors' Twenty-First Omnibus Claims Objection with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon:

1572831A01 101807

2

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Jennifer McCann
JENNIFER MCCANN

Dated: October 18, 2007
Florham Park, New Jersey

2

## Service List

**Served Via Email On 10/18/07:**

jbutler@skadden.com
jlyonsch@skadden.com

**Served Via Facsimile on 10/18/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps, et al.
Fax No. 312-407-041

**Served Via Overnight Mail On 10/18/2007:**

John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago. IL  60606

Delphi Corporation
5725 Delphi Drive,
Troy, Michigan 48098
Attn:  General Counsel

Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408