# EXHIBIT A

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 219236
KANSAS CITY, MO 64121-9236

2007 JAN 22   AM 8:50

003180.354054.0020.001 2 MB 0.563 1500

DELPHI AUTOMOTIVE SYSTEMS
% A ANDERSEN BPS CNTR-PAYROLL SVCE
PO BOX 62650
PHOENIX, AZ   85082-2650

3180

Return this levy with the enclosed return cover sheet in the envelope provided so our address appears in the window.

FOLD HERE    and return with your reply          FOLD HERE    and return with your reply

Automated Collection System

Internal Revenue Service
PO BOX 219236
KANSAS CITY, MO 64121-9236

(Levy 668x Coversheet)(07- 2006)

Form 668-W(c)  Department of the Treasury
(Rev. January 2001)   **Notice of Levy on Wages, Salary, and Other Income**

| | |
|---|---|
| DATE: 01/17/2007 | TELEPHONE NUMBER  SEQNUM 02976 |
| IRS ADDRESS: | OF IRS OFFICE: |
| ACS SUPPORT - STOP 5050 | TOLL FREE   1-800-829-7650 |
| PO BOX 219236 | WI |
| KANSAS CITY, MO 64121-9236 | |
| | NAME AND ADDRESS OF TAXPAYER: |
| TO:  P  38-3430473   DPC05 | |
| DELPHI AUTOMOTIVE SYSTEMS | SCOTT D REESE |
| % A ANDERSEN BPS CNTR-PAYROLL SVCE | 329 BASKET BR |
| PO BOX 62650 | OXFORD MI 48371-6359293 |
| PHOENIX, AZ  85082-2650 | |
| | IDENTIFYING NUMBER(S): |
| | REES   D   00        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 |

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $ 1,197.10 | $ 221.48 | $ 1,418.58 |
| 1040A | 12-31-2000 | $ 12,622.72 | $ 2,264.10 | $ 14,886.82 |
| 1040A | 12-31-2001 | $ 4,683.10 | $ 1,024.17 | $ 5,707.27 |
| 1040A | 12-31-2002 | $ 1,628.34 | $ 436.45 | $ 2,064.79 |

Total Amount Due ▶     $  24,077.46

We figured the interest and late payment penalty to _____ 02-15-2007 _____

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid yet, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy these monies to the extent they aren't exempt, as shown on the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

**If you don't owe money to this taxpayer, please complete the back of part 3. Attach part 3 as a cover to the rest of this form. Return all of the parts to IRS in the enclosed envelope.**

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

Signature of Service Representative  *Winnie Bradley*    Title  **Operations Manager, Collection**

Part 1 - FOR EMPLOYER OR OTHER ADDRESSEE                      FORM 668-W(c) (Rev. 1-01) 16748F

| Form 668-W(c) (Rev. January 2001) | Department of the Treasury — Internal Revenue Service **Notice of Levy on Wages, Salary, and Other Income** |
|---|---|

DATE: **01/17/2007**

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER OF IRS OFFICE:    SEQNUM **02976**
TOLL FREE    **1-800-829-7650**
WI

TO:  P    38-3430473    DPC05

DELPHI AUTOMOTIVE SYSTEMS
% A ANDERSEN BPS CNTR-PAYROLL SVCE
PO BOX 62650
PHOENIX, AZ    85082-2650

3180

NAME AND ADDRESS OF TAXPAYER:

SCOTT D REESE
329 BASKET BR
OXFORD MI 48371-6359293

IDENTIFYING NUMBER(S):    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
REES  D   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $   1,197.10 | $     221.48 | $   1,418.58 |
| 1040A | 12-31-2000 | $  12,622.72 | $   2,264.10 | $  14,886.82 |
| 1040A | 12-31-2001 | $   4,683.10 | $   1,024.17 | $   5,707.27 |
| 1040A | 12-31-2002 | $   1,628.34 | $     436.45 | $   2,064.79 |

Total Amount Due ▶    $    24,077.46

We figured the interest and late payment penalty to __02-15-2007__.

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment** (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for instructions.**

Signature of Service Representative    Title **Operations Manager, Collection**

Part 2 - FOR TAXPAYER

| Form 668-W(c) | Department of the Treasury — Internal Revenue Service |
|---|---|
| (Rev. January 2001) | **Notice of Levy on Wages, Salary, and Other Income** |

DATE: 01/17/2007

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER OF IRS OFFICE:    SEQNUM 02976
TOLL FREE    1-800-829-7650
WI

NAME AND ADDRESS OF TAXPAYER:

TO:   P    38-3430473    DPC05

DELPHI AUTOMOTIVE SYSTEMS
% A ANDERSEN BPS CNTR-PAYROLL SVCE
PO BOX 62650
PHOENIX, AZ    85082-2650

003180

SCOTT D REESE
329 BASKET BR
OXFORD MI 48371-6359293

IDENTIFYING NUMBER(S):    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
REES  D  00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $ 1,197.10 | $ 221.48 | $ 1,418.58 |
| 1040A | 12-31-2000 | $ 12,622.72 | $ 2,264.10 | $ 14,886.82 |
| 1040A | 12-31-2001 | $ 4,683.10 | $ 1,024.17 | $ 5,707.27 |
| 1040A | 12-31-2002 | $ 1,628.34 | $ 436.45 | $ 2,064.79 |

**Employer or Other Addressee:** Please complete the back of this page.

Total Amount Due ▶    $ 24,077.46

We figured the interest and late payment penalty to    02-15-2007

**Statement of Exemptions and Filing Status** (to be completed by taxpayer; instructions are on the back of part 5)
My filing status for my income tax return is (check one):   ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household;   or   ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is m, minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy.   I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first; middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Taxpayer's signature | Date |
|---|---|
|  |  |

Part 3 - RETURN TO IRS    FORM 668-W(c)

Form 668-W(c) Doc 10647-1 Filed 10/18/07 Entered 10/18/07 15:23:25 Exhibit A
(Rev. January 2001) Page 6 of 7
Department of the Treasury – Internal Revenue Service
**Notice of Levy on Wages, Salary, and Other Income**

DATE: 01/17/2007

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER  SEQNUM 02976
OF IRS OFFICE:
TOLL FREE  1-800-829-7650
WI

NAME AND ADDRESS OF TAXPAYER:

TO:  P      38-3430473      DPC05

DELPHI AUTOMOTIVE SYSTEMS
% A ANDERSEN BPS CNTR-PAYROLL SVCE
PO BOX 62650
PHOENIX, AZ   85082-2650

3180

SCOTT D REESE
329 BASKET BR
OXFORD MI 48371-6359293

IDENTIFYING NUMBER(S):   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
REES  D  00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $ 1,197.10 | $ 221.48 | $ 1,418.58 |
| 1040A | 12-31-2000 | $ 12,622.72 | $ 2,264.10 | $ 14,886.82 |
| 1040A | 12-31-2001 | $ 4,683.10 | $ 1,024.17 | $ 5,707.27 |
| 1040A | 12-31-2002 | $ 1,628.34 | $ 436.45 | $ 2,064.79 |

Total Amount Due ▶   $  24,077.46

We figured the interest and late payment penalty to   02-15-2007

**Statement of Exemptions and Filing Status** (to be completed by taxpayer; instructions are on the back of part 5)
My filing status for my income tax return is (check one):  ☐ Single;  ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;  ☐ Head of Household;  or  ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Taxpayer's signature _____  Date _____

Part 4 - FOR EMPLOYER OR OTHER ADDRESSEE TO KEEP AFTER TAXPAYER COMPLETES   FORM 668-W(c) (Rev.1-01) 16748F

Form 668-W(c)
(Rev. January 2001)

05-44481-rdd    Doc 10647-1    Filed 10/18/07 Entered 10/18/07 15:23:25    Exhibit A
Department of the Treasury - Internal Revenue Service

# Notice of Levy on Wages, Salary, and Other Income

DATE: 01/17/2007

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER    SEQNUM 02976
OF IRS OFFICE:
TOLL FREE    1-800-829-7650
WI

TO:    P    38-3430473    DPC05

DELPHI AUTOMOTIVE SYSTEMS
% A ANDERSEN BPS CNTR-PAYROLL SVCE
PO BOX 62650
PHOENIX, AZ    85082-2650

003180

NAME AND ADDRESS OF TAXPAYER:

SCOTT D REESE
329 BASKET BR
OXFORD MI 48371-6359293

IDENTIFYING NUMBER(S):    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
REES    D    00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-1999 | $ 1,197.10 | $ 221.48 | $ 1,418.58 |
| 1040A | 12-31-2000 | $ 12,622.72 | $ 2,264.10 | $ 14,886.82 |
| 1040A | 12-31-2001 | $ 4,683.10 | $ 1,024.17 | $ 5,707.27 |
| 1040A | 12-31-2002 | $ 1,628.34 | $ 436.45 | $ 2,064.79 |

Total Amount Due ▶    $ 24,077.46

We figured the interest and late payment penalty to    02-15-2007

**Statement of Exemptions and Filing Status** (to be completed by taxpayer; instructions are on the back of part 5)

My filing status for my income tax return is (check one):    ☐ Single;    ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;    ☐ Head of Household;    or    ☐ Qualifying Widow(er) with dependent child

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Number |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Taxpayer's signature | Date |
|---|---|
|  |  |

Part 5 - FOR TAXPAYER TO KEEP    FORM 668-W(c) (Rev 1-01) 16748E