# EXHIBIT C

## Platt, Sarah

**From:** Scott Reese [pbcup@sbcglobal.net]
**Sent:** Tuesday, October 09, 2007 10:15 PM
**To:** Platt, Sarah
**Subject:** re: "pre-petition claim"

Sara:

If I'm to understand you, you wish me to withdraw my *Motion for Leave to File Late Claim in Delphi Bankruptcy Proceedings*, or certain parts of it, regarding a "pre-petition claim." Insofar as I can ascertain from reading it, there is no language that comports to what you would like; quite the opposite, in fact. I have, in talking with the clerk(s) of the court, Dorothy Li and Sunny Sing, agreed that the action occurs/occurred this year (2007), and not prior to the "Bar date" of July 31, 2006. If the language of "No Notice of Bar Date" or other is what is of concern, it needn't be, as it would have been an impossibility for the circumstances set forth in the Proof of Claim, all taking place in 2007, to have occurred in or prior to 2006. At any rate, send me the specific language if there is any other concerns. Thank you.

- Scott