**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | )<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served Response Of McNaughton McKay Electric Of Ohio In Opposition To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On The Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation

Method of Service: By electronic mail (via the ECF System) upon all parties shown on Exhibit A attached hereto.

Also served upon the following via Overnight to the following:

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

John Wm Butler
John K. Lyons
Joseph N. Warton
Skadden, Arps, Slate Meager & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Counsel For Debtors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Date of Service: October 18, 2007

CLARK HILL PLC

By: /s/ Secret S. Washington
Secret S. Washington
Legal Secretary