Hearing Date and Time: October 25, 2007 at 10:00 a.m.
Response Date and Time: October 18, 2007 at 4:00 p.m.

MEYERS LAW GROUP, P.C.
A Professional Corporation
MERLE C. MEYERS, ESQ., CA State Bar #66849
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@mlg-pc.com

Attorneys for Alps Automotive, Inc., Creditor

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104; and that on the date set out below, I served a copy of the following:

**RESPONSE OF ALPS AUTOMOTIVE, INC. TO OBJECTION TO CLAIM
NO. 2246, PURSUANT TO DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION;
ALPS; COUNTER-MOTION FOR ALLOWANCE OF CLAIM NO. 2246**

and its attachments on each party listed below in the following manner:

☐    BY FIRST CLASS MAIL: by placing said document(s) listed above in a sealed envelope with postage fully prepaid, in a United States mail box at San Francisco California, addressed as set forth below.

☐    BY TELECOPIER: by transmitting via facsimile said document(s) listed above to the fax number set forth below.

☒    BY OVERNIGHT DELIVERY: by placing said document(s) listed above in a sealed envelope to be delivered on the next business day by Federal Express overnight delivery addressed as set forth below.

☐    BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) listed above addressed as set forth below.

1

10233/20666

☒     BY ELECTRONIC MAIL: by transmitting via email said document(s) listed above to the email address set forth below.

☐     BY ECF EMAIL NOTIFICATION: by way of this court's ECF email notification to the participating parties set forth below.

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on October 17, 2007.

                                                     /s/ MERLE C. MEYERS

| | |
|---|---|
| **(SERVICE BY FEDERAL EXPRESS ONLY)**<br>Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 | John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606-1285 |

2