**HEARING DATE: OCTOBER 25, 2007**
**HEARING TIME: 10:00 A.M.**

THOMPSON & KNIGHT LLP
Attorneys for Wayne Manufacturing Inc.
919 Third Avenue, 39th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira Herman (IH-2105)

and

ROTHBERG LOGAN & WARSCO LLP
Attorneys for Wayne Manufacturing, Inc.
110 West Berry Street, Suite 2100
P.O. Box 11647
Fort Wayne, IN 46859
Telephone: (260) 422-9454
Facsimile: (260) 422-1622
Mark A. Warsco

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE | ) | Case No. 05-44481 (RDD) |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.* | ) | (Jointly Administered) |

## MIDWEST TOOL & DIE CORPORATION'S RESPONSE TO DEBTORS' TWENTY-FIRST OMNIBUS CLAIMS OBJECTION

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Midwest Tool & Die Corporation, ("MTD") respectfully represents as follows:

1. On or about November 3, 2006, the Debtor and MTD Entered into a Settlement Agreement Between Delphi Automotive Systems, LLC and Midwest Tool & Die Corp. to Permit Setoff of Mutual Prepetition Obligations Under Section 553 of the Bankruptcy Code,

("Settlement Agreement") wherein the Debtor and MTD sought to setoff prepetition claims and debts between Delphi Automotive Systems, LLC, ("DAS") and MTD.

2.  MTD alleged that it owed DAS the amount of $784,062.10 for prepetition services and/or goods provided by DAS and that Delphi owed MTD the amount of $972,475.54 leaving a difference of $188,413.44 due and owing to MTD for which MTD filed a Proof of Claim on or about December 1, 2006, in conjunction with the provisions contained in the Settlement Agreement, a copy of which is attached hereto as Exhibit "A."

3.  Debtors' Twenty-First Omnibus Claims Objection proposes to reduce MTD's claim from $188,413.44 to $41,282.67; however, it does not state a specific basis for the reduction of MTD's claim.

4.  Pursuant to MTD's records, the amount of $188,413.44 remains due and owing to MTD from Delphi after the allowed setoff.

WHEREFORE, Midwest Tool & Die Corporation objects to the treatment of its claim as proposed in the Debtors' Twenty-First Omnibus Claims Objection and asks that the Court allow MTD's claim in the amount of $188,413.44.

Respectfully submitted,

**THOMPSON & KNIGHT LLP**
Attorneys for Midwest Tool & Die Corp.

By: /s/ Ira L. Herman
Ira L. Herman (ILH 2105)
919 Third Avenue
39th Floor
New York, NY 10022-3915
Telephone: (212) 751-3045
Facsimile: (214) 999-9139
E-mail: Ira.Herman@tklaw.com

and

**ROTHBERG LOGAN & WARSCO LLP**
Attorneys for Midwest Tool & Die Corp.
110 West Berry Street, Suite 2100
P.O. Box 11647
Fort Wayne, IN 46859
Telephone: (260) 422-9454
Facsimile: (260) 422-1622
E-mail: mwarsco@rlwlawfirm.com
Attn: Mark A. Warsco, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing has been served on the following parties, by deposit in the United States mail, postage pre-paid, this 18th day of October, 2007:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., John K. Lyons and Joseph N. Wharton

/s/ Ira L. Herman
Ira L. Herman

999999 009000 DALLAS 2258168.1