Hearing Date and Time:  October 25, 2007 at 10:00 a.m.
Response Date and Time:  October 18, 2007 at 4:00 p.m.

REED SMITH LLP
Amy M. Tonti (AT-3890)
599 Lexington Avenue
New York, New York 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450
Email: atonti@reedsmith.com

And

Nicholas R. Pagliari
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 West Grandview Boulavard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile:  814-833-6753
Email: NPagliari@quinnfirm.com
(Co-Counsel, Pro Hac Vice Motion to be Filed)

Attorneys for Actco Tool & Manufacturing Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------x | | Chapter 11 |
| IN RE: | : | |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | Jointly Administered |
|   Debtors. | : | |
| ------------------------------------------------------------x | | Related to Docket No. 10629 |

**SUPPLEMENTAL EXHIBITS TO ACTCO TOOL & MANUFACTURING COMPANY'S RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. SECTION 502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS, (B) UNTIMELY EQUITY CLAIM, (C) INSUFFICIENTLY DOCUMENTED CLAIMS, (D) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (E) UNTIMELY CLAIMS, AND (F) CLAIMS SUBJECT TO MODIFICATION, TAX CLAIM SUBJECT TO <u>MODIFICATION, AND MODIFIED CLAIMS ASSERTING RECLAMATION</u>**

Dated:  October 18, 2007

Respectfully submitted,

/s/Amy M. Tonti
Amy M. Tonti, Esquire
atonti@reedsmith.com
Richard P. Norton, Esquire
rnorton@reedsmith.com
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
Tel:  212.549.0277
Fax:  212.521.5450

Nicholas R. Pagliari
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 West Grandview Boulavard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile:  814-833-6753
Email:  NPagliari@quinnfirm.com
(Co-Counsel, Pro Hac Vice Motion to be Filed)