# EXHIBIT 1 – PART 11

ACTCO TOOL & MFG. CO.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28435

DATE:                    9/07/05

PO#:                     A85085
                         P1R69683

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       T47 CRIB/REC. DOCK PLT.13
                                         1265 NORTH RIVER ROAD
SAVANNAH. GA                             WARREN. OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6384 | Z008672-C | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL     475.00
SALES TAX        .00
              475.00

TERMS: NET 30 DAYS

P1R69683

PURCHASE ORDER
PO NO:        A85085
PO Date:  08/05/05

AUG 0 5 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax                    1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T47 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN             OH 44483

        Ord Src:
    Cust PO/Rel:  P1R69683-P1B01519
Cust Order Date:  08/02/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| Z008672 | 09/12/05 | 1,000 PC | 475.00000 PC  Y | 475.00 |

6384-03          9-7

Blue
# 284.35
9-7-05

        CORE
    12160825 PMA DET.44 SHT.25
MOVABLE TERMINAL CORE
    ECL: C  DATE: 10-13-03
    ItmSeq:P1B01519-010379 UOM:PC

                              SUBTOTAL        475.00
                                   TAX           .00
                                            ----------
                                 TOTAL        475.00

ACTEC TOOL & MFG. CO          INVOICE NUMBER: P8529
14421 BALDWIN ST. EXT.
P. O. BOX 675                 DATE:        9/12/05
MEADVILLE          PA 16335
                             PO#:    A85244/P1R69919

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN. OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80695 | 868E201-B | 1 | 109.0000 | 109.00 |
|  |  | COMPLETE |  |  |

SUB-TOTAL      109.00
SALES TAX        .00
               109.00

TERMS: NET 30 DAYS

P1R69919



PURCHASE ORDER
PO NO:    A85244
PO Date:  08/10/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

AUG 1 0 2005

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1R69919-P1B01519
Cust Order Date:  08/08/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8E27461          96145-20 | 08/16/05  8-11 | 1.000 | PC | 69.00000 | PC | Y | 69.00 | # 28037  8-11-05 |
| WAFER | | | | | | | | |
| NOTCH, DET 221, SHT 39 | | | | | | | | |
| 12077411-M-A DIE | | | | | | | | |
| ECL B  PRINT DATE 11-01-01 | | | | | | | | |
| ItmSeq:P1B01519-009991 UOM:PC | | | | | | | | |
| 8GAT240          96711-02 | 08/16/05 | 2.000 | PC | 234.00000 | PC | Y | 468.00 | # 28046  8-11-05 |
| BRIDGE | | | | | | | | |
| DET 41F, SHT 43 | | | | | | | | |
| 12010184 M | | | | | | | | |
| ECL A  PRINT DATE 12-22-94 | | | | | | | | |
| ItmSeq:P1B01519-014507 UOM:PC | | | | | | | | |
| 8GBE201          80695 | 09/15/05  9-12 | 1.000 | PC | 109.00000 | PC | Y | 109.00 | # 28529  9-12-05 |
| PUNCH | | | | | | | | |
| U UP PUNCH, DET R, SHT 26 | | | | | | | | |
| 12010088 MB | | | | | | | | |
| ECL B  PRINT DATE 03-01-00 | | | | | | | | |
| ItmSeq:P1B01519-012895 UOM:PC | | | | | | | | |
| 8GGC085          96157-47* | 08/16/05 | 2.000 | PC | 51.00000 | PC | Y | 102.00 | # 28060  8-12-05 |
| WAFER | | | | | | | | |
| PILOT PIERCE, DET 18, SHT 14 | | | | | | | | |
| 15329083 MA | | | | | | | | |
| ECL A  PRINT DATE 10-26-99 | | | | | | | | |
| ItmSeq:P1B01519-010075 UOM:PC | | | | | | | | |
| 8GYM105          96272-26 | 08/16/05 | 1.000 | PC | 112.00000 | PC | Y | 112.00 | # 28038  8-11-05 |
| HOLDER | | | | | | | | |
| PUNCH, DET 58, SHT 10 | | | | | | | | |

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85244                         107 N.E. Lathrop Avenue
PO Date:  08/10/05                          Savannah, GA 31415
                                           (912)236-1766 Phone
                                           (912)238-3072 Fax
                                                                        2

  Vendor:  ACTC01                       Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE            PA 16335            WARREN              OH 44483

     Ord Src:
  Cust PO/Rel:  P1R69919-P1B01519
Cust Order Date:  08/08/05


Item/Mfg Number              Due Date  Order Qty U/M   Unit Cost U/M Tax    Total
  8GZD007
  ECL C  PRINT DATE 07-30-96
  ItmSeq:P1B01519-010101 UOM:PC
8K29348                      08/16/05    1,000 PC      165.00000 PC   Y     165.00
  PUNCH
  FORM, DET 166, SHT 13
  12040996 MC
  ECL C  PRINT DATE 04-15-99
  ItmSeq:P1B01519-010303 UOM:PC
```

# 6326·66    # 28039
                                                                    8-11-05

```
========================================================================
                                              SUBTOTAL     1025.00
                                                   TAX          .00
                                                         ----------
                                              TOTAL        1025.00
```

```
ACTCO TOOL & MFG. CO.                INVOICE NUMBER: 28565
14421 BALDWIN ST. EXT.
P. O. BOX 675                        DATE:           9/12/05
MEADVILLE          PA 16335
                                     PO#:    A85347/P1R69978
```

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

```
VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   T45 CRIB/REC. DOCK PLT 13
                                     1265 NORTH RIVER ROAD
SAVANNAH, GA                         WARREN, OH
            31415                                    44483
```

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80704 | Z011002-D00 | 1<br>COMPLETE | 525.0000 | 525.00 |

```
                                     SUB-TOTAL        525.00
                                     SALES TAX           .00
                                                      525.00
```

TERMS: NET 30 DAYS

P1R69978

```
PURCHASE ORDER
PO NO:      A85347
PO Date: 08/12/05          AUG 1 2 2005
```

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

```
Vendor: ACTC01                Ship To:
ACTCO TOOL & MFG CO INC       T45 CRIB
14421 BALDWIN ST EXT          REC. DOCK PLANT 13
P.O. BOX 675                  1265 NORTH RIVER ROAD
MEADVILLE         PA 16335    WARREN            OH 44483

     Ord Src:
   Cust PO/Rel:  P1R69978-P1B01519
Cust Order Date:  08/09/05
```

```
Item/Mfg Number        Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
Z011002      80704    09/19/05    1,000 PC    525.00000 PC   Y    525.00
   CORE                  9-14
   15355225-PMA  DET.5260   SHT.35
MOVABLE CORE
   ECL: D00   DATE: 6-7-04
   ItmSeq:P1B01519-012243 UOM:PC
```

#28565
9-12-05

```
===============================================================================
                              SUBTOTAL        525.00
                                   TAX           .00
                                             ---------
                                 TOTAL        525.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

**INVOICE NUMBER:** 28700

DATE:              9/19/05

PO#:      A85392/P1R70109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
            31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80724 | 8GADA25-B | 1 COMPLETE | 156.0000 | 156.00 |

| | |
|---|---|
| SUB-TOTAL | 156.00 |
| SALES TAX | .00 |
| | 156.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28701

DATE:          9/19/05

PO#:     A85392/P1R70109

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80725 | 8GADA26-C | 1 COMPLETE | 156.0000 | 156.00 |
| | | | SUB-TOTAL | 156.00 |
| | | | SALES TAX | .00 |
| | | | | 156.00 |

TERMS: NET 30 DAYS

*P1R70109*

PURCHASE ORDER
PO NO:     A85392
PO Date:  08/15/05

**AUG 1 5 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN             OH 44483

Ord Src:
Cust PO/Rel:  P1R70109-P1B01519
Cust Order Date:  08/11/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E27024 | 08/22/05 | 1.000 PC | 72.00000 PC Y | 72.00 |
| WAFER | | | | |
| BLANK WAFER, DET 39, SHT 8 | | | | |
| 12059227 MA | | | | |
| ECL C  PRINT DATE 07-15-94 | | | | |
| ItmSeq:P1B01519-012746 UOM:PC | | | | |
| 8E27446 | 08/22/05 | 1.000 PC | 53.00000 PC Y | 53.00 |
| WAFER | | | | |
| NOTCH, DET 16, SHT 12 | | | | |
| 12077411 MA | | | | |
| ECL F  PRINT DATE 11-01-01 | | | | |
| ItmSeq:P1B01519-009514 UOM:PC | | | | |
| 8GADA25 | 09/16/05 | 1.000 PC | 156.00000 PC Y | 156.00 |
| BLOCK | | | | |
| FORM BLOCK, DET 33, SHT 18 | | | | |
| 15328951 MA | | | | |
| ECL B  PRINT DATE 11/07/01 | | | | |
| ItmSeq:P1B01519-012822 UOM:PC | | | | |
| 8GADA26 | 09/16/05 | 1.000 PC | 156.00000 PC Y | 156.00 |
| BLOCK | | | | |
| FORM BLOCK, DET 35, SHT 18 | | | | |
| 15328951 MA | | | | |
| ECL C  PRINT DATE 11/07/01 | | | | |
| ItmSeq:P1B01519-012823 UOM:PC | | | | |
| 8GAT651 | 08/22/05 | 1.000 PC | 210.00000 PC Y | 210.00 |
| BLOCK | | | | |
| BRIDGE, DET 119, SHT 45 | | | | |

*Handwritten annotations:*
*Y6547-09*
*#28126  8-17-05*
*Y6202-61*
*#28118  8-17-05*
*abo-9/21 + RP - 9/21   9/21*
*80724  4-13*
*Red # 28700  9-19-05*
*80725  4-13*
*Red # 28701  9-19-05*
*11*
*Y6729-09*
*#28131  8-17-05*

PURCHASE ORDER
PO NO:      A85392
PO Date:  08/15/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

· 2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R70109-P1B01519
Cust Order Date:  08/11/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 15305175 MB | | | | | | | |
| * | | | | | | | |
| * | | | | | | | |
| ECL B PRINT DATE 06/07/04 ✓ | | | | | | | |
| ItmSeq:P1B01519-014915 UOM:PC | | | | | | | |
| 8GBA167 | 08/22/05 | 1,000 | PC | 66.00000 | PC | Y | 66.00 |
| PUNCH | | | | | | | |
| BLANK, DET 127, SHT 9 | | | | | | | |
| 12146591 MA | | | | | | | |
| ECL D PRINT DATE 05-18-94 ✓ | | | | | | | |
| ItmSeq:P1B01519-008629 UOM:PC | | | | | | | |
| 8GBE509 | 08/22/05 | 2,000 | PC | 306.00000 | PC | Y | 612.00 |
| PUNCH | | | | | | | |
| FORM, DET R, SHT 41 | | | | | | | |
| 12040996 MC | | | | | | | |
| ECL B PRINT DATE 11-15-03 ✓ | | | | | | | |
| ItmSeq:P1B01519-014661 UOM:PC | | | | | | | |
| 8GFA100 | 08/22/05 | 2,000 | PC | 131.00000 | PC | Y | 262.00 |
| LIFTER | | | | | | | |
| DET 81, SHT 19 | | | | | | | |
| 12129483 MA | | | | | | | |
| ECL A PRINT DATE 03-15-95 ✓ | | | | | | | |
| ItmSeq:P1B01519-009330 UOM:PC | | | | | | | |
| 8K29348 | 08/22/05 | 1,000 | PC | 165.00000 | PC | Y | 165.00 |
| PUNCH | | | | | | | |
| FORM, DET 166, SHT 13 | | | | | | | |
| 12040996 MC | | | | | | | |

Handwritten annotations:
- J6732-06    #28132  8-17-05
- J6722-11    #28130  8-17-05
- J6380-06    #28122  8-17-05
- J6326-67    #28120  8-17-05

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/12/05

PO#:      A85512/P1R70203

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        PE5 CRIB/REC. DOCK PLT.13
                                          1265 NORTH RIVER ROAD
SAVANNAH, GA                              WARREN, OH
                31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80814   | 86PA305-C   | 2        | 265.0000   | 530.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL        530.00
SALES TAX          .00
                 530.00

TERMS: NET 30 DAYS

*R170203*

AUG 1 7 2005

PURCHASE ORDER
PO NO:      A85512
PO Date:  08/17/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
PE5 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

      Ord Src:
  Cust PO/Rel:  P1R70203-P1B01519
Cust Order Date:  08/15/05

Item/Mfg Number          Due Date  Order Qty U/M    Unit Cost U/M Tax    Total
8G9A305                  09/19/05   2.000 PC        265.00000 PC   Y      530.00
  PUNCH
BLANK PUNCH, DET AA,   SHEET 17
12176416 MA
ECL C    PRINT DATE 04/01/02
ItmSeq:P1B01519-014804 UOM:PC

80814     7-14     #28530  9-12-05

========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      530.00
                                   TAX         .00
                                           ----------
                                 TOTAL      530.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28919

DATE:          9/30/05

PO#:     A85636/P1R70323

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80822 | Z012124-A00 | 1 COMPLETE | 1100.0000 | 1100.00 |

SUB-TOTAL          1100.00
SALES TAX             .00
                   1100.00

TERMS: NET 30 DAYS

*P1R70323*

```
 .HASE ORDER                         VANGUARD DISTRIBUTORS, Inc.
   NO:      A85636                      107 N.E. Lathrop Avenue
 ) Date:  08/19/05                        Savannah, GA 31415
                        AUG 1 9 2005     (912)236-1766 Phone
                                         (912)238-3072 Fax
                                                                     1

   Vendor: ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC               T45 CRIB
14421 BALDWIN ST EXT                  REC. DOCK PLANT 13
P.O. BOX 675                          1265 NORTH RIVER ROAD
MEADVILLE         PA 16335            WARREN            OH 44483

   Ord Src:
   Cust PO/Rel: P1R70323-P1B01519
Cust Order Date: 08/17/05
```

10/08-je-8/28

```
Item/Mfg Number        Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
Z012124    80822       09/26/05     1.000 PC    1100.00000 PC      1100.00
   CORE                   9-21
12177259-PMTLA   DET.5259   SHT
.32
MOVEABLE CORE
ECL: A00  DATE: 10-27-03
ItmSeq:P1B01519-011750 UOM:PC
```

#28919
9-30-05

```
=========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                    SUBTOTAL     1100.00
                                    TAX              .00
                                               ----------
                                    TOTAL       1100.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/13/05

PO#:      A85637/P1R70324

INVOICE NUMBER: 128587

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
          31415                                           44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80816 | Z010995-B00 | 1<br>COMPLETE | 725.0000 | 725.00 |

SUB-TOTAL       725.00
SALES TAX          .00
                725.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28793

DATE:          9/23/05

PO#:     A85637/P1R70324

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80817 | Z010999-C00 | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL     475.00
SALES TAX        .00
              475.00

TERMS: NET 30 DAYS

PM 70324



PURCHASE ORDER
PO NO:     A85637
PO Date:  08/19/05

AUG 1 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel: P1R70924-P1B01519
Cust Order Date: 08/17/05

Item/Mfg Number              Due Date    Order Qty U/M    Unit Cost  U/M Tax    Total
Z010995                      09/26/05    1.000 PC    725.00000 PC    Y    725.00
  CORE          80816        9-21
  15355225-PMA  DET.3251  SHT.30
  15355225-PMB  DET.3251  SHT.25
STATIONARY CORE
  ECL: B00    DATE: 04AU03
  ItmSeq:P1B01519-012237 UOM:PC

*(Per Jamie)*
*Red #28587*
*9-13-05*

Z010996                      08/25/05    1.000 PC    725.00000 PC    Y    725.00
  CORE          96428-08     8-22
  15355225-PMA  DET.3250  SHT.31
  15355225-PMB  DET.3250  SHT.24
STATIONARY CORE
  ECL: B00    DATE: 04AU03 ✓
  ItmSeq:P1B01519-012238 UOM:PC

*#28179*
*8-22-05*

Z010999                      09/26/05    1.000 PC    475.00000 PC    Y    475.00
  CORE          80817        9-21
  15355225-PMA  DET.5280  SHT.33
MOVABLE CORE
  ECL: C00    DATE: 04AUG03
  ItmSeq:P1B01519-012240 UOM:PC

*Ship Red #28793*
*9-23-05*

*e-mail Jamie the*
*tracking #*

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28757

DATE:          9/21/05

PO#:     A85817/P1R70496

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
PE5 CRIB/REC. DOCK PLT.13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80850 | 8GBV054-A | 1 COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL          203.00
SALES TAX              .00
                   203.00

TERMS: NET 30 DAYS

*P1R70496*

PURCHASE ORDER
PO NO:    A85817
PO Date:  08/24/05

**AUG 2 4 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
PE5 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R70496-P1B01519
Cust Order Date:  08/22/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 8GBV054 | 09/23/05 | 1,000 PC | 203.00000 PC | Y | 203.00 |

80850          9.20

PUNCH
BLANK PUNCH, DET K,   SHT 29
12176416 MA
ECL A     PRINT DATE 04/01/02
ItmSeq:P1B01519-014608 UOM: PC

#28757
9-21-05

================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 203.00 |
| TAX | .00 |
| | --------- |
| TOTAL | 203.00 |

14421 BALDWIN ST.
P. O. BOX 475
MEADVILLE                      PA 16335

DATE:                    9/03/97

PO#:                     A85919
                         91872497

BILL TO:            D&B NUMBER: 004850441        SHIP TO:

VANGUARD DISTRIBUTORS.INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P5P CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                                    44483

REF NO.     DRAWING NO.        QUANTITY      UNIT PRICE        TOTAL

J6043 86AB214-B                    4          115.0000        460.00
                               COMPLETE

                                              SUB-TOTAL       460.00
                                              SALES TAX          .00
                                                             460.00

                                              TERMS: NET 30 DAYS



PURCHASE ORDER
PO NO:    A85819                    AUG 2 4 2005
PO Date:  08/24/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R70497-P1B01519
Cust Order Date:  08/22/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8E27024                  08/30/05   1,000 PC        72.00000 PC   Y      72.00      # 28257
  WAFER           J6547-11   8-25                                                   8-25-05
  BLANK WAFER, DET 39, SHT 8
  12059227 MA
  ECL C  PRINT DATE 07-15-94
  ItmSeq:P1B01519-012746 UOM:PC         9-6-05 ok per Jamie

8GAB214                  08/30/05   4,000 PC        115.00000 PC  Y      460.00     # 28406
  BLOCK           J6043 * 36                                                        9-2-05
  COIN  DET 12, SHT 8
  12160622 MA
  ECL B  PRINT DATE 02-17-04
  ItmSeq:P1B01519-002929 UOM:PC

8GAT531                  08/30/05   1,000 PC        125.00000 PC  Y      125.00     # 28252
  BLOCK           J6208-25                                                          8-25-05
  BRIDGE, DET 23, SHT 27
  12124077 MB
  ECL A   PRINT DATE 10-19-98
  ItmSeq:P1B01519-009517 UOM:PC

8GBF121                  09/23/05   1,000 PC        125.00000 PC  Y      125.00     # 28288
  PUNCH           80845   9-20                                                      8-26-05
  U UP PUNCH, DET 117, SHT 23
  12059227 MA
  ECL C  PRINT DATE 01-01-99
  ItmSeq:P1B01519-012905 UOM:PC

8K27398                  08/30/05   1,000 PC        265.00000 PC  Y      265.00     # 28268
  PUNCH           J6543 * 33                                                        8-25-05
  NOTCH PUNCH, DET H, SHT 34

PURCHASE ORDER
PO NO:      A85819
PO Date:  08/24/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R70497-P1B01519
Cust Order Date:  08/22/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12010184 M | | | | |
| ECL H  PRINT DATE 12-01-01 | | | | |
| ItmSeq:P1B01519-013217 UOM:PC | | 1,000 PC | 165.00000 PC  Y | 165.00 |
| 8K29348 | 08/30/05 | | | |
| PUNCH | | | | |
| FORM, DET 166, SHT 13 | | | | |
| 12040996 MC | | | | |
| ECL C  PRINT DATE 04-15-99 | | | | |
| ItmSeq:P1B01519-010303 UOM:PC | | | | |

96326-71  8-25

A 28253
8-25-05

======================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  | SUBTOTAL | 1212.00 |
|---|---|---|
|  | TAX | .00 |
|  | | --------- |
|  | TOTAL | 1212.00 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/13/05

PO#:           A85876
               P1R70577

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       PE5 CRIB/REC. DOCK PLT.13
                                         1265 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6518 8GADA46-B | | 1 COMPLETE | 203.0000 | 203.00 |

SUB-TOTAL          203.00
SALES TAX             .00
                   203.00

TERMS: NET 30 DAYS

*P1R 70577*

PURCHASE ORDER
PO NO:      A85876
PO Date:  08/25/05

**AUG 2 5 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE           PA 16335

Ship To:
PE5 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R70577-P1B01519
Cust Order Date:  08/23/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GADA46 | 08/31/05 | 4.000 | PC | 203.00000 | PC | Y | 812.00 |

  BLOCK
FORM BLOCK, DET 13, SHT 35
12176694 MB
ECL B      PRINT DATE 05/02/05
ItmSeq:P1B01519-014799 UOM:PC

06518-05   8-26   (3 pcs - @ (203.00 ea) = (609.00)   # 28284   8-26-05
06518-06   (1 pc. @ (203.00 ea.)   # 28580   9-13-05

==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

| | | |
|---|---|---|
| SUBTOTAL | 812.00 |
| TAX | .00 |
| TOTAL | 812.00 |

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/01/05

PO#:      A85878/P1R70578

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1A45 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80851   | 8F25061-C   | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX            .00
                   72.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.   ERIE
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/16/05

PO#:      A85878/P1R70578

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
           31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80852 | 8GGD033-B | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL        125.00
SALES TAX           .00
                 125.00

TERMS: NET 30 DAYS



PURCHASE ORDER          AUG 2 5 2005          VANGUARD DISTRIBUTORS, Inc.
PO NO:    A85878                               107 N.E. Lathrop Avenue
PO Date:  08/25/05                                 Savannah, GA 31415
                                                   (912)236-1766 Phone
                                                   (912)238-3072 Fax                1

     Vendor:  ACTC01                       Ship To:
ACTCO TOOL & MFG CO INC                    P52 CRIB
14421 BALDWIN ST EXT                       REC. DOCK PLANT 13
P.O. BOX 675                               1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                WARREN              OH 44483

     Ord Src:
  Cust PO/Rel:  P1R70578-P1B01519
Cust Order Date:  08/23/05

Item/Mfg Number              Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
8E25061                      09/26/05     1.000 PC      72.00000 PC   Y      72.00        #28383
    WAFER        80851          9-21                                                      9-01-05
    BLANK WAFER, DET 41, SHT 35
    12020118 MA
    ECL C  PRINT DATE 12-15-94
    ItmSeq:P1B01519-012719 UOM:PC
8E25903      96039-26        08/31/05     1.000 PC      51.00000 PC   Y      51.00        #28273
    WAFER                        8-26                                                     8-26-05
    PROFILE, DET C, SHT 22
    12040996 MC
    ECL H  PRINT DATE 03-15-04 ✓
    ItmSeq:P1B01519-008108 UOM:PC
8E27108      96198-20        08/31/05     1.000 PC      96.00000 PC   Y      96.00        #28278
    WAFER                                                                                 8-26-05
    PIERCE, DET 375, SHT 36
    12015247 M
    ECL B  PRINT DATE 05-15-96 ✓
    ItmSeq:P1B01519-009510 UOM:PC
8E27691      96147-20        08/31/05     2.000 PC      60.00000 PC   Y      120.00       #28275
    WAFER                                                                                 8-26-05
    NOTCH, DET B, SHT 45
    12124077 MB
    ECL D  PRINT DATE 04-01-00 ✓
    ItmSeq:P1B01519-009993 UOM:PC
8GGD033      80852          09/26/05     1.000 PC      125.00000 PC   Y      125.00       #28673
    WAFER                       9-21                                                      9-16-05
    BLANKING, DET 9, SHT 7

PURCHASE ORDER
PO NO:      A85878
PO Date:  08/25/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE            PA 16335            WARREN            OH 44483

        Ord Src:
   Cust PO/Rel:  P1R70578-P1B01519
Cust Order Date:  08/23/05

Item/Mfg Number                    Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
   12103501 MA
   ECL B  PRINT DATE 12-06-96
   ItmSeq:P1B01519-014024 UOM:PC              1,000 PC        66.00000 PC  Y      66.00    #28276
8GGD104                            08/31/05                                                8-26-05
   WAFER              ‎16158-18
   DET 212, SHT 36
   12048343 MA
   ECL D  PRINT DATE 10-16-02
   ItmSeq:P1B01519-010076 UOM:PC              1,000 PC       200.00000 PC  Y     200.00    #28277
8GGD222                            08/31/05                                                8-26-05
   WAFER              ‎16160-20
   PROFILE, DET 42, SHT 17
   12065905 MA
   ECL A  PRINT DATE 09-27-93
   ItmSeq:P1B01519-010078 UOM:PC              1,000 PC       108.00000 PC  Y     108.00    #28283
8GGD343                            08/31/05                                                8-26-05
   WAFER             ‎16388-09
   DET C, SHT 51
   12065282 MB
   ECL A  PRINT DATE 02-21-95
   ItmSeq:P1B01519-011113 UOM:PC              1,000 PC       209.00000 PC  Y     209.00    #28282
8K28505                            08/31/05                                                8-26-05
   PUNCH             ‎16315-08
   2ND TONGUE FORM, DET 131,  SHT
   17
   12015247 M
   ECL B  PRINT DATE 05-07-93

PURCHASE ORDER
PO NO:     A85878
PO Date:  08/25/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R70578-P1B01519
Cust Order Date:  08/23/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| ItmSeq: P1B01519-010291 UOM: PC | | | | |
| 8K29409 | 08/31/05 | 2.000 PC | 103.00000 PC Y | 206.00 |
| HOLDER | | | | |
| PUNCH, DET 084, SHT 18 | | | | |
| 12020717 MA | | | | |
| ECL B  PRINT DATE 08/30/01 ✓ | | | | |
| ItmSeq: P1B01519-010122 UOM: PC | | | | |

*# 28279*
*8-26-05*

*J6274-11*
*8-26*

==================================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|   |   |
|---|---|
| SUBTOTAL | 1253.00 |
| TAX | .00 |
| | ---------- |
| TOTAL | 1253.00 |

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/06/05

PO#:     A85935/P1R70640

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
                31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80875   | 8G6A187-A   | 1 COMPLETE | 96.0000  | 96.00 |

SUB-TOTAL        96.00
SALES TAX         .00
                 96.00

TERMS: NET 30 DAYS

P1R 70640

```
PURCHASE ORDER                              VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85935                             107 N.E. Lathrop Avenue
PO Date:  08/26/05      AUG 2 6 2005             Savannah, GA 31415
                                                 (912)236-1766 Phone
                                                 (912)238-3072 Fax
                                                                      1
   Vendor:  ACTC01                         Ship To:
ACTCO TOOL & MFG CO INC                    P52 CRIB
14421 BALDWIN ST EXT                       REC. DOCK PLANT 13
P.O. BOX 675                               1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                WARREN            OH 44483

    Ord Src:
  Cust PO/Rel:  P1R70640-P1B01519
Cust Order Date:  08/24/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8GBN223 | 09/01/05 | 1.000 PC | 132.00000 PC Y | 132.00 |

96022-22   8-30

# 28314
8-30-05

```
  PUNCH
FORM, DET 57, SHT 23
12110848 MA
ECL B  PRINT DATE 02-15-93
  ItmSeq:P1B01519-004023 UOM:PC
```

| 8GGA187 | 09/27/05 | 1.000 PC | 96.00000 PC Y | 96.00 |

80875   9-22

# 28426
9-06-05

```
  WAFER
CORE BLANK, DET E, SHT 13
12191448 MA
ECL A  PRINT DATE 10/15/97
  ItmSeq:P1B01519-014668 UOM:PC
```

================================================================

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
```

```
                              SUBTOTAL      228.00
                                   TAX         .00
                                          ---------
                                 TOTAL      228.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28823

DATE:          9/27/05

PO#:    A85937/P1R70642

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80863 | Z012130-A00 | 1 COMPLETE | 150.0000 | 150.00 |

SUB-TOTAL          150.00
SALES TAX             .00
                   150.00

TERMS: NET 30 DAYS

*P1R 70642*

PURCHASE ORDER
PO NO:     A85937
PO Date:  08/26/05

**AUG 2 6 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R70642-P1B01519
Cust Order Date:  08/24/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 2012130 | 10/03/05 | 1,000 | PC | 150.00000 | PC | Y | 150.00 |

*80863*    *9-28*

#28823
9-27-05

INSERT
12048213-PMTLA   DET.3450   SHT
.22
STATIONARY CORE INSERT
ECL: A00   PRINT DATE 4-4-03
ItmSeq:P1B01519-011047 UOM:PC
==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL          150.00
TAX                  .00
               ----------
TOTAL          150.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28713

DATE:            9/20/05

PO#:    A85936/P1R70643

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS.INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 90876 | 86RF115-B | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL            108.00
SALES TAX               .00
                     108.00

TERMS: NET 30 DAYS

ACTON TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 58755

DATE:              9/21/05

PO#:      A85936/P1R70643

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80877 | 86BE205-C | 1 COMPLETE | 306.0000 | 306.00 |

SUB-TOTAL        304.00
SALES TAX          .00
                 304.00

TERMS: NET 30 DAYS

P1R70643

PURCHASE ORDER
PO NO:      A85936
PO Date:  08/26/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**AUG 2 6 2005**

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R70643-P1B01519
Cust Order Date:  08/24/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E27446  96202-62 | 09/01/05  8-30 | 1 000 PC | 53.00000 PC  Y | 53.00 |
| WAFER | | | | |
| NOTCH, DET 16, SHT 12 | | | | |
| 12077411 MA | | | | |
| ECL F  PRINT DATE 11-01-01 ✓ | | | | |
| ItmSeq:P1B01519-009514 UOM:PC | | | | |
| 8GBE115  80876 | 09/27/05  9-22 | 1 000 PC | 108.00000 PC  Y | 108.00 |
| PUNCH | | | | |
| U-UP PUNCH, DET R, SHT 14 | | | | |
| 12129483 MA | | | | |
| ECL B  PRINT DATE 03-15-95 | | | | |
| ItmSeq:P1B01519-012892 UOM:PC | | | | |
| 8GBE205  80877 | 09/27/05  9-22 | 2 000 PC | 306.00000 PC  Y | 306.00 |
| PUNCH | | | | |
| U UP CORE DET 210 S SHT 51 | | | | |
| 12077411 M A | | | | |
| ECL C  PRINT DATE 10-15-99 | | | | |
| ItmSeq:P1B01519-014405 UOM:PC | | | | |
| 8GGA062  96222-22 | 09/01/05 | 1 000 PC | 69.00000 PC  Y | 69.00 |
| WAFER | | | | |
| BLANK, DET A, SHT 11 | | | | |
| 12110707 MA | | | | |
| ECL A  PRINT DATE 10-23-91 ✓ | | | | |
| ItmSeq:P1B01519-009531 UOM:PC | | | | |
| 8K29157  96675-19 | 09/01/05 | 2 000 PC | 362.00000 PC  Y | 724.00 |
| PUNCH | | | | |
| PROFILE, DET B, SHT 24 | | | | |

# 28317
8-30-05

# 28713
9-20-05

# 28755
9-21-05

# 28318
8-30-05

# 28339
8-30-05

PURCHASE ORDER
PO NO:        A85936
PO Date:    08/26/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax                    2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

    Ord Src:
    Cust PO/Rel:  P1R70643-P1B01519
Cust Order Date:  08/24/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12040996 MC | | | | | | | |
| ECL E PRINT DATE 03/15/04 ✔ | | | | | | | |
| ItmSeq:P1B01519-013821 UOM:PC | 09/01/05 | 2.000 | PC | 165.00000 | PC | Y | 330.00 |
| 8K29348  J6326-72 | | | | | | | |
| PUNCH | | | | | | | |
| FORM, DET 166, SHT 13 | | | | | | | |
| 12040996 MC | | | | | | | |
| ECL C  PRINT DATE 04-15-99 ✔ | | | | | | | |
| ItmSeq:P1B01519-010303 UOM:PC | 09/01/05 | 1.000 | PC | 120.00000 | PC | Y | 120.00 |
| 8T40427  J6276-07 | | | | | | | |
| ARBOR | | | | | | | |
| FINAL LEG, DET 78, SHT 39 | | | | | | | |
| 12048343 MA | | | | | | | |
| ECL H  PRINT DATE 10-16-02 ✔ | | | | | | | |
| ItmSeq:P1B01519-006915 UOM:PC | | | | | | | |

*(handwritten: # 28324  8-30-05)*
*(handwritten: # 28323  8-30-05)*

=========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                    SUBTOTAL      1710.00
                    TAX               .00
                                 ----------
                    TOTAL         1710.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          .     PA 16335

INVOICE NUMBER: 28560

DATE:              9/12/05

PO#:               A85982        /
                   P1R70706

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6704 | Z013024-A00 | 1 COMPLETE | 2875.0000 | 2875.00 |

SUB-TOTAL      2875.00
SALES TAX           00
               2875.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28886

DATE:            9/29/05

PO#:    A85982/P1R70706

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80886   | Z016194-A   | 1 COMPLETE | 675.0000 | 675.00 |

SUB-TOTAL    675.00
SALES TAX      .00
             675.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28920

DATE:          9/30/05

PO#:     A85982/P1R70706

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80885   | Z016191-A   | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL      500.00
SALES TAX         .00
               500.00

TERMS: NET 30 DAYS

*P1R70706*

PURCHASE ORDER
PO NO:      A85982
PO Date:  08/29/05

**AUG 2 9 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
   Cust PO/Rel:  P1R70706-P1B01519
Cust Order Date:  08/25/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| Z013024  *06704-04* | 10/04/05  *9-12* | 1.000 | PC | 2875.000000 | PC | Y | 2875.00 |
| CORE | | | | | | | |
| 15305595-PMTLA   DET.3251   SHT.8 | | | | | | | |
| STATIONARY CORE | | | | | | | |
| ECL: A00   DATE: 20MR02✓ | | | | | | | |
| ItmSeq:P1B01519-010580  UOM:PC | | | | | | | |
| Z016191  *80835* | 10/04/05  *9-29* | 1.000 | PC | 500.000000 | PC | Y | 500.00 |
| INSERT | | | | | | | |
| 15356600-PMTLA   DET.38   SHT.25 | | | | | | | |
| STATIONARY CORE INSERT | | | | | | | |
| ECL: A   DATE: 3/24/00 | | | | | | | |
| ItmSeq:P1B01519-014615  UOM:PC | | | | | | | |
| Z016194  *80886* | 10/04/05  *9-29* | 1.000 | PC | 675.000000 | PC | Y | 675.00 |
| INSERT | | | | | | | |
| 15356600-PMTLA   DET.39   SHT.26 | | | | | | | |
| STATIONARY CORE INSERT | | | | | | | |
| ECL: A   DATE: 06/02/99 | | | | | | | |
| ItmSeq:P1B01519-014618  UOM:PC | | | | | | | |

*# 28560*
*9-12-05*

*Red - Jim*
*# 28920*
*9-30-05*

*# 28886*
*9-29-05*

======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28428

DATE:          9/06/05

PO#:     A85981/P1R70707

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80878 | 8E27103-A | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL     125.00
SALES TAX        .00
              125.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

DATE:              9/06/05

PO#:      A85981/P1R70707

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80879 | 8GGD048-B | 3 COMPLETE | 125.0000 | 375.00 |

SUB-TOTAL    375.00
SALES TAX       .00
             375.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28814

DATE:          9/26/05

PO#:          A85981
              P1R70707

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6672 BK28617-K | | 1 COMPLETE | 240.0000 | 240.00 |

SUB-TOTAL          240.00
SALES TAX             .00
                   240.00

TERMS: NET 30 DAYS

*P1R 70707*



PURCHASE ORDER
PO NO:      A85981
PO Date:  08/29/05

AUG 2 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE            PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R70707-P1B01519
Cust Order Date:  08/25/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|
| 8E25923 | 09/06/05 | 2.000 PC | 152.00000 PC Y | 304.00 | # 28325  8-30-05 |
| WAFER | | | | | |
| NOTCH, DET 38, SHT 23 | | | | | |
| 12048343-M-A DIE | | | | | |
| ECL B  PRINT DATE 05-17-92 ✓ | | | | | |
| ItmSeq:P1B01519-010143 UOM:PC | | | | | |
| 8E27103 | 09/29/05 | 1.000 PC | 125.00000 PC Y | 125.00 | # 28428  9-06-05 |
| WAFER | | | | | |
| PIERCE, DET 475, SHT 46 | | | | | |
| 12015135 M | | | | | |
| ECL A  PRINT DATE 05-15-96 | | | | | |
| ItmSeq:P1B01519-013709 UOM:PC | | | | | |
| 8GAY042 | 09/06/05 | 2.000 PC | 84.00000 PC Y | 168.00 | # 28341  8-30-05 |
| BLOCK | | | | | |
| RETAINING, DET. 19, SHT. 11 | | | | | |
| 12146591 MA | | | | | |
| ECL B  PRINT DATE 11-07-03 ✓ | | | | | |
| ItmSeq:P1B01519-008626 UOM:PC | | | | | |
| 8GBN513 | 09/06/05 | 2.000 PC | 44.25000 PC | 288.50 | # 28342  8-30-05 |
| PUNCH | | | | | |
| FORM, DET 122, SHT 9 | | | | | |
| 12160615 MA | | | | | |
| ECL A  PRINT DATE 08-01-94 ✓ | | | | | |
| ItmSeq:P1B01519-008668 UOM:PC | | | | | |
| 8GGA060 | 09/06/05 | 1.000 PC | 84.00000 PC Y | 84.00 | # 28332  8-30-05 |
| WAFER | | | | | |
| BLANK WAFER, DET A, SHT 42 | | | | | |

Handwritten annotations:
6332-13
80878  9.26
6731-04
6737-02
6541-06

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A85981                           107 N.E. Lathrop Avenue
PO Date:  08/29/05                           Savannah, GA 31415
                                            (912)236-1766 Phone
                                            (912)238-3072 Fax            2

    Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE         PA 16335               WARREN            OH 44483

    Ord Src:
    Cust PO/Rel:  P1R70707-P1B01519
Cust Order Date:  08/25/05
```

```
Item/Mfg Number         Due Date   Order Qty U/M    Unit Cost U/M Tax   Total
   12092560 M A
   ECL A  PRINT DATE 06-22-92 ✓
   ItmSeq:P1B01519-013087 UOM:PC
8GGD048    80879       09/29/05      3.000 PC     125.00000 PC  Y    375.00      #28429
   WAFER                 9-26                                                    9-06-05
BLANKING, DET 25, SHT 12
   12103514 MA
   ECL B  PRINT DATE 01-06-97
   ItmSeq:P1B01519-014468 UOM:PC
8GGD089   J6232-44    09/06/05      1.000 PC      94.50000 PC  Y     94.50      # 28319
   WAFER                                                                        8-30-05
BLANK, DET 209 M, SHT 35
   12048343 MA
   ECL B  PRINT DATE 02-24-92 ✓
   ItmSeq:P1B01519-009540 UOM:PC
8GYM337   J6273-08    09/06/05      4.000 PC     265.00000 PC  Y    1060.00     Red PL # 41145  8-29-05
   HOLDER                                                                       Inv. # 28321
PUNCH, DET.41 SHT.14
   12193800-M-A
   ECL: B  DATE: 06-01-99
   ItmSeq:P1B01519-010102 UOM:PC
8K28617               09/06/05      3.000 PC     240.00000 PC  Y     720.00     # 28338
   PUNCH                                                                        8-30-05
PROFILE, DET B, SHT 25     J6672-04   2 pcs. @ 240.00  = 480.00
   12040996 MC
   ECL K  PRINT DATE 03/15/04 ✓   J6672-05  1 pc.  @ 240.00      # 28814
   ItmSeq:P1B01519-013819 UOM:PC
```

Del. ext. 9-30-05                                              9-26-05
                                                               Couldn't get on Vanguards
        OK per Jamie                                           site 2:30 & 3:00
                                                                  Admin. message

```
PURCHASE ORDER
PO NO:      A85981
PO Date:  08/29/05
```

```
          VANGUARD DISTRIBUTORS, Inc.
             107 N.E. Lathrop Avenue
                Savannah, GA 31415
               (912)236-1766 Phone
                (912)238-3072 Fax
                                    3
```

```
Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335
```

```
Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483
```

```
    Ord Src:
  Cust PO/Rel:  P1R70707-P1B01519
Cust Order Date:  08/25/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K28756 | 09/06/05 | 2,000 PC | 20.25000 PC Y | 40.50 |

*96107-34*   # 28315   8-30-05

```
    PUNCH
    PIERCE, DET 137, SHT 12
    12048343 MA
    ECL B  PRINT DATE 04-27-90  ✓
    ItmSeq:P1B01519-012403 UOM:PC
```

| | | | | |
|---|---|---|---|---|
| 8K29157 | 09/06/05 | 3,000 PC | 362.00000 PC Y | 1086.00 |

*96675-20*   # 28340   8-30-05

```
    PUNCH
    PROFILE, DET B, SHT 24
    12040996 MC
    ECL E PRINT DATE 03/15/04  ✓
    ItmSeq:P1B01519-013821 UOM:PC
```

| | | | | |
|---|---|---|---|---|
| 8T40286 | 09/06/05 | 3,000 PC | 48.00000 PC Y | 144.00 |

*96275-40*   # 28322   8-30-05

```
    ARBOR
    FINAL BARREL FORM DET 194, SHT
    31
    12010184 M
    ECL A  PRINT DATE 01-01-97  ✓
    ItmSeq:P1B01519-010129 UOM:PC
```

=====================================================

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28824

DATE:              9/27/05

PO#:     A86059/P1R70760

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  T45 CRIB/REC. DOCK PLT 13
                                    1265 NORTH RIVER ROAD
SAVANNAH, GA                        WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80884 | Z012130--A00 | 1 COMPLETE | 150.0000 | 150.00 |

|  |  |
|--|--|
| SUB-TOTAL | 150.00 |
| SALES TAX | .00 |
|  | 150.00 |

TERMS: NET 30 DAYS

*P1R 70760*

PURCHASE ORDER
PO NO:     A86059
PO Date: 08/30/05

**AUG 3 1 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA  31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

   Ord Src:
   Cust PO/Rel:  P1R70760-P1B01519
Cust Order Date:  08/28/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| Z012130 | 10/07/05 | 1.000 | PC | 150.00000 | PC | Y | 150.00 |
| INSERT *80884* | *10/4* | | | | | | 150.00 |
| 12048213-PMTLA   DET.3450   SH | | | | | | | |
| .22 | | | | | | | |
| STATIONARY CORE INSERT | | | | | | | |
| ECL: A00   PRINT DATE 4-4-03 | | | | | | | |
| ItmSeq:P1B01519-011047 UOM:PC | | | | | | | |

*#28824*
*9-27-05*

*NOTE: PART FOR AUDIT*
*-SEND TO Geometric Design*

==============================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL        150.00
TAX              .00
                ----------
TOTAL          150.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28563

DATE:              9/12/05

PO#:               A86057
                   P1R70797

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      PE5 CRIB/REC. DOCK PLT. 13
                                        1265 NORTH RIVER ROAD
SAVANNAH, GA                            WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6554 8GBN841-C | | 1 COMPLETE | 187.0000 | 187.00 |

SUB-TOTAL          187.00
SALES TAX             .00
                   187.00

TERMS: NET 30 DAYS

*P1R 70797*

PURCHASE ORDER      **AUG 3 1 2005**      VANGUARD DISTRIBUTORS, Inc.
PO NO:   A86057                107 N.E. Lathrop Avenue
PO Date:   08/30/05             Savannah, GA 31415
                                 (912)236-1766 Phone
                                 (912)238-3072 Fax      1

    Vendor:   ACTC01                  Ship To:
ACTCO TOOL & MFG CO INC            PE5 CRIB
14421 BALDWIN ST EXT             REC. DOCK PLANT 13
P.O. BOX 675                    1265 NORTH RIVER ROAD
MEADVILLE          PA 16335       WARREN           OH 44483

     Ord Src:
    Cust PO/Rel:   P1R70797-P1B01519
Cust Order Date:   08/29/05

Item/Mfg Number           Due Date   Order Qty U/M    Unit Cost U/M Tax    Total
8GBN841       *6554-17*   09/15/05   1.000 PC    187.00000 PC   Y    187.00
    PUNCH              *9-12*
    FORM PUNCH, DET 68, SHT 23                        *# 28553*
    12176542 MA                                    *9-12-05*
    ECL C    PRINT DATE 05/13/02
    ItmSeq:P1B01519-014814 UOM:PC
======================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                      SUBTOTAL       187.00
                                        TAX             .00
                                        ---------
                                        TOTAL       187.00

ACTICO TOOL & MFG. CO.                                    INVOICE NUMBER: 126381
14421 BALDWIN ST. EXT.
P. O. BOX 675                           DATE:          9/01/05
MEADVILLE            PA 16335
                                        PO#:           A86114
                                                       P1R70818

BILL TO:          D&B NUMBER: 004350641          SHIP TO:


VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
              31415                                    44483

REF NO.    DRAWING NO.          QUANTITY     UNIT PRICE          TOTAL


J6577 8E25320-A                    2          125.0000          250.00
                                COMPLETE


                                             SUB-TOTAL          250.00
                                             SALES TAX             .00
                                                               250.00


                                        TERMS: NET 30 DAYS

P1R70818

PURCHASE ORDER
PO NO:     A86114
PO Date:  08/31/05

AUG 3 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE            PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

     Ord Src:
  Cust PO/Rel:  P1R70818-P1B01519
Cust Order Date:  08/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 8E25320 | 09/07/05 | 2 000 PC | 125.00000 PC | Y | 250.00 |

6577-14
9.1

# 28381
9-1-05

WAFER
WAFER, DET#063, SHT9
12020155-M-A DIE
ECL A  PRINT DATE 05-13-03
ItmSeq:P1B01519-013407 UOM:PC
======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 250.00 |
| TAX | .00 |
| TOTAL | 250.00 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28372

DATE:              9/01/05

PO#:               A86115
                   PIR70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
              31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 8GBB157-A | | 2 COMPLETE | 86.0000 | 172.00 |

SUB-TOTAL    172.00
SALES TAX       .00
             172.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28374

DATE:          9/01/05

PO#:           A86115
               P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6207 | 8GAT075-A | 2 COMPLETE | 129.0000 | 258.00 |

SUB-TOTAL      258.00
SALES TAX         .00
               258.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28375

DATE:          9/01/05

PO#:           A86115
               P1R70820

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             F52 CRIB/ADAM FADELL
SAVANNAH. GA                                 WARREN. OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209   | 868A067-D   | 2 COMPLETE | 264.2500 | 528.50 |

SUB-TOTAL        528.50
SALES TAX           .00
                 528.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER:  28378

DATE:           9/01/05

PO#:            A86115
                P1R70820

BILL TO:          D&B NUMBER:  004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH. GA                             WARREN. OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6331 8E25860-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL        96.00
SALES TAX         .00
                 96.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/02/05

PO#:           A56115
               P1R70520

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          )          1265 N. RIVER RD/B: T. 13
                         P5P CRIB/ADAM FADELI
SAVANNAH, GA                         WARREN, OH
               31415                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6522 PORSOZA-A |  | 1 | 131.0000 | 131.00 |
|  |  | COMPLETE |  |  |

                         SUB-TOTAL          131.00
                         SALES TAX            .00
                                            131.00

                    TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28376

DATE:          9/01/05

PO#:           A86115
               P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH. GA                             WARREN. OH
          31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6229   | 86GC062-A   | 2 COMPLETE | 69.0000  | 138.00 |

|  |  |  | SUB-TOTAL | 138.00 |
|--|--|--|-----------|--------|
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 138.00 |

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          5/01/05

PO#:           A86115
               P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6395 8GFA135-E | | 1 | 180.0000 | 180.00 |
| | | COMPLETE | | |

                                         SUB-TOTAL      180.00
                                         SALES TAX         .00
                                                        180.00

                                         TERMS: NET 30 DAYS

INVOICE NUMBER: P8445

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA  16335

DATE:          9/07/05

PO#:    A8A115/P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
          P52 CRIB/ADAM FADELL
SAVANNAH, GA          WARREN, OH
          31415          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80995 | 86BD042-A | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL          125.00
SALES TAX          .00
          125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28552

DATE:              9/12/05

PO#:                 A86115
                     P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD./PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
            31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6543 8K27398-H | | 4 COMPLETE | 265.0000 | 1060.00 |

SUB-TOTAL        1060.00
SALES-TAX            .00
                 1060.00

TERMS: NET 30 DAYS

ALTCO TOOL & MFG. CO.                                          INVOICE NUMBER   E5377
14421 BALDWIN ST. EXT.
P. O. BOX 675                                          DATE:          9/01/05
MEADVILLE          PA 16335
                                                       PO#:           A86115
                                                                      P1R70820

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6266 8T40287-A | | 3 | 31.0000 | 93.00 |
| | | COMPLETE | | |
| | | | SUB-TOTAL | 93.00 |
| | | | SALES TAX | .00 |
| | | | | 93.00 |

                                   TERMS: NET 30 DAYS



PURCHASE ORDER
PO NO:      A86145
PO Date: 08/31/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

AUG 3 1 2005

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

1

Ord Src:
Cust PO/Rel: P1R70820-P1B01519
Cust Order Date: 08/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E25860 | 09/07/05 | 1.000 PC | 96.00000 PC Y | 96.00 |
| WAFER | | | | |
| NOTCH, DET 186, SHT 41 | | | | |
| 12015247 M | | | | |
| ECL B PRINT DATE 05-15-96 | | | | |
| ItmSeq:P1B01519-012269 UOM:PC | | | | |
| 8GAT075 | 09/07/05 | 2.000 PC | 129.00000 PC Y | 258.00 |
| BLOCK | | | | |
| BRIDGE, DET J, SHT 19 | | | | |
| 12110848 MA | | | | |
| ECL A PRINT DATE 02-15-98 | | | | |
| ItmSeq:P1B01519-009516 UOM:PC | | | | |
| 8GBA067 | 09/07/05 | 2.000 PC | 264.25000 PC Y | 528.50 |
| PUNCH | | | | |
| BLANK, DET #02P, SHT 34 | | | | |
| 12048343 MA | | | | |
| ECL D PRINT DATE 05-03-05 | | | | |
| ItmSeq:P1B01519-009518 UOM:PC | | | | |
| 8GBB157 | 09/07/05 | 2.000 PC | 86.00000 PC Y | 172.00 |
| PUNCH | | | | |
| COIN, SHT 12, DET 55 | | | | |
| 12110848 MB | | | | |
| ECL A PRINT DATE 10-15-95 | | | | |
| ItmSeq:P1B01519-003664 UOM:PC | | | | |
| 8GBE076 | 09/07/05 | 1.000 PC | 131.00000 PC Y | 131.00 |
| PUNCH | | | | |
| U UP PUNCH, DET R, SHT 27 | | | | |

Handwritten annotations:
J6331-13    # 28378    9-1-05
J6207-22    # 28374    9-1-05    Ship Red per Adam!
J6209-19    # 28375    9-1-05
J6029-33    # 28372    9-1-05
J6522-04    # 28408    9-2-05

PURCHASE ORDER
PO NO:      A86115
PO Date:  08/31/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE         PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R70820-P1B01519
Cust Order Date:  08/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|
| 12092560 MA | | | | | |
| ECL A  PRINT DATE 02-15-03 | | | | | #28379 |
| ItmSeq:P1B01519-011585 UOM:PC | | 1.000 PC | 180.00000 PC  Y | 180.00 | 9-1-05 |
| 8GFA135 | 09/07/05 | | | | |
| LIFTER | *J6395-09* | | | | |
| FORM, DET 96, SHT 10 | | | | | |
| 12020717 MA | | | | | |
| ECL E  PRINT DATE 07-19-01 | | | | | #28376 |
| ItmSeq:P1B01519-010069 UOM:PC | | 2.000 PC | 69.00000 PC  Y | 138.00 | -9-1-05 |
| 8GGC062 | 09/07/05 | | | | |
| WAFER | | | | | |
| PR PILOT | *J6229-09* | | | | |
| 12020117 MA | | | | | |
| SHT 31 | | | | | |
| ECL A  PRINT DATE 05-15-96 | | | | | #28445 |
| ItmSeq:P1B01519-009537 UOM:PC | | 1.000 PC | 125.00000 PC  Y | 125.00 | 9-07-05 |
| 8GGD042 | 09/30/05 | | | | |
| WAFER | *80995*  9-27 | | | | |
| BLANKING, DET 25, SHT 9 | | | | | |
| 12103512 MA | | | | | |
| ECL A  PRINT DATE 01-06-97 | *ok per Jamie* | | | | |
| ItmSeq:P1B01519-014025 UOM:PC | 09/07/05 -9-14 | 4.000 PC | 265.00000 PC  Y | 1060.00 | #28552 |
| 8K27398 | *J6543-25* (9-12) | | | | 9-12-05 |
| PUNCH | | | | | |
| NOTCH PUNCH, DET H, SHT 34 | | | | | |
| 12010184 M | | | | | |
| ECL H  PRINT DATE 12-01-01 | | | | | |

PURCHASE ORDER
PO NO:      A86115
PO Date:  08/31/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R70820-P1B01519
Cust Order Date:  08/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| ItmSeq:P1B01519-013217 UOM:PC | | 3.000 PC | 31.00000 PC Y | 93.00 |
| 8T40287 | 09/07/05 | | | |

ARBOR    0.6266 - 41
PREFORM BARREL, DET 195,  SHT 3
1
12010184 M
ECL A  PRINT DATE 01-01-97
ItmSeq:P1B01519-009567 UOM:PC

# 28377
9-1-05

=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL      2781.50
TAX              .00
          ----------
TOTAL      2781.50

RITTER TUBE & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          5/02/05

PO#:           A86159
               P1870875

BILL TO:          D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 15
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6102   | 8K28494-C   | 1        | 144.0000   | 144.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL          144.00
SALES TAX             .00
                   144.00

TERMS: NET 30 DAYS

*P1R70875*

```
PURCHASE ORDER        SEP 0 1 2005       VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86159                          107 N.E. Lathrop Avenue
PO Date:  09/01/05                           Savannah, GA 31415
                                            (912)236-1766 Phone
                                            (912)238-3072 Fax
                                                                        1
    Vendor:  ACTC01                    Ship To:
ACTCO TOOL & MFG CO INC                P52 CRIB
14421 BALDWIN ST EXT                   REC. DOCK PLANT 13
P.O. BOX 675                           1265 NORTH RIVER ROAD
MEADVILLE          PA 16335            WARREN             OH 44483

    Ord Src:
  Cust PO/Rel:  P1R70875-P1B01519
Cust Order Date:  08/30/05

Item/Mfg Number            Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
8K28494                    09/08/05     1,000 PC      144.00000 PC   Y     144.00
  PUNCH                                                                          
  FORM RIB, DET 103,  SHT 12
  12015247 M
  ECL C  PRINT DATE 05-07-93
  ItmSeq:P1B01519-010109 UOM:PC
```

Handwritten: 76102-14   9-2   # 28396   9-2-05

=========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

```
                                      SUBTOTAL      144.00
                                           TAX         .00
                                                  ----------
                                         TOTAL      144.00
```

ACTION TOOL & MFG CO. INC                                    INVOICE NUMBER:  28446
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

DATE:              9/07/05

PO#:      A86158/P1R70876

BILL TO:              D&B NUMBER:  004350641              SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            PE5 CRIB/REC. DOCK PLT.13
                                              1265 NORTH RIVER ROAD
SAVANNAH, GA                                  WARREN, OH
                    31415                                         44489

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 90900   | PBPV060-A   | 1        | 141.0000   | 141.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL        141.00
SALES TAX           .00
                 141.00

TERMS: NET 30 DAYS

ACETON TUBE & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/13/05

PO#:           A86158
               P1R70876

BILL TO:                D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        PE5 CRIB/REC. DOCK PLT.13
                                          1265 NORTH RIVER ROAD
SAVANNAH, GA                              WARREN, OH
            31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6554   | 8GBN841-C   | 2        | 187.0000   | 374.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL       374.00
SALES TAX          .00
                374.00

TERMS: NET 30 DAYS

*Received partial payment of*
*$ 137.⁰⁰        12/29/05*

PiR 70876

PURCHASE ORDER
PO NO:    A86158
PO Date:  09/01/05

SEP 0 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
PE5 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

    Ord Src:
   Cust PO/Rel:  P1R70876-P1B01519
Cust Order Date:  08/30/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8GBN841 | 09/08/05 | 2.000 PC | 187.00000 PC  Y | 374.00 |
| PUNCH | | | | |
| FORM PUNCH, DET 68, SHT 23 | | | | |
| 12176542 MA | | | | |
| ECL C   PRINT DATE 05/13/02 | | | | |
| ItmSeq:P1B01519-014814 UOM:PC | | | | |
| 8GBV060 | 10/03/05 | 1.000 PC | 141.00000 PC  Y | 141.00 |
| PUNCH | | | | |
| BLANK PUNCH, DET U, SHT 28 | | | | |
| 12176545 MA | | | | |
| ECL A   PRINT DATE 04/01/02 | | | | |
| ItmSeq:P1B01519-014691 UOM:PC | | | | |

0554-18  9-14-05 OK per Jamie (9-14)
Red #28591  9-13-05
Marie called 10-20-05. They only received 1 pc. Shipped 1 pc. PIL 41816 10-20-05

80900  9-28
#28446  9-07-05

===========================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                        SUBTOTAL      515.00
                        TAX              .00
                                     ---------
                        TOTAL        515.00

METCO TOOL & SUPPLY.
14421 BALDWIN ST.. EXT
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28394

DATE:              9/02/05

PO#:               A56160
                   P1R70877

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P5P CRIB/ADAM FADELL
SAVANNAH. GA                             WARREN. OH
           31415                                           44453

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA0P1 | BSBA108-B | 2 | 59.0000 | 118.00 |
|  |  | COMPLETE |  |  |

                              SUB-TOTAL       118.00
                              SALES TAX          .00
                                              118.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 26395

DATE:       9/02/05

PO#:       A86160
          P1R70877

BILL TO:      D&B NUMBER: 004350641     SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
       31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6039 | 8EP5903-H | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL     51.00
SALES TAX      .00
            51.00

TERMS: NET 30 DAYS

ABBEY TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA  16335

| | |
|---|---|
| DATE: | 9/08/05 |
| PO#: | A84160 |
| | P1R70B77 |

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6133 8E25502-B | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL          60.00
SALES TAX            .00
                   60.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/02/05

PO#:           A86160
               P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 16136 | 8F25953-A | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX             .00
                   120.00

TERMS: NET 30 DAYS

ACTECO TOOL & MFG. CO.                    INVOICE NUMBER: E8399
14421 BALDWIN ST. EXT.
P. O. BOX 675                             DATE:           9/02/05
MEADVILLE          PA 16335
                                          PO#:            A86160
                                                          P1R70877

BILL TO:          D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC           DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
              31415                               44483

REF NO.     DRAWING NO.       QUANTITY       UNIT PRICE       TOTAL


T6147 8EP7691-D                    2          60.0000        120.00
                              COMPLETE


                                          SUB-TOTAL         120.00
                                          SALES TAX            .00
                                                           120.00



                                          TERMS: NET 30 DAYS

ACTION TUBE & MFG. CO.   INVOICE NUMBER: 128400
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/02/05

PO#:          A86160
              P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
102 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P5P CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6152 | 8G6A097-G | 6 COMPLETE | 69.0000 | 414.00 |

SUB-TOTAL          414.00
SALES TAX             .00
                   414.00

TERMS: NET 30 DAYS

ACTICO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/02/05

PO#:           A86160
               P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6158   | 8GGD104-D   | 1        | 66.0000    | 66.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL     66.00
SALES TAX       .00
              66.00

TERMS: NET 30 DAYS

ARTHUR THREE & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:           A84160
               P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6198 8E27108-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL      96.00
SALES TAX        .00
               96.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

DATE:            9/02/05

PO#:             A86160
                 P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
                  31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 | 86BA067-D | 1 COMPLETE | 264.2500 | 264.25 |

SUB-TOTAL        264.25
SALES TAX           .00
                 264.25

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/02/05

PO#:               A86160
                   P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| JA315 | 8K28505-B | 1 | 209.0000 | 209.00 |
|  |  | COMPLETE |  |  |

SUB-TOTAL      209.00
SALES TAX         .00
               209.00

TERMS: NET 30 DAYS

METCO TOOL & SUPP.

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/02/05

PO#:          A86160
                    P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
                    P5P CRIB/ADAM FADELL
SAVANNAH, GA          WARREN, OH
          31415                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6722   | 8GBE509-B   | 2        | 306.0000   | 612.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL          612.00
SALES TAX              .00
                    612.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE            PA 16335

DATE:            9/02/05

PO#:             A86160
                 P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH. GA                             WARREN. OH
          31415                                         44483

REF NO.      DRAWING NO.        QUANTITY        UNIT PRICE        TOTAL

JA043 PGABP14-B                      4          115.0000          460.00
                           COMPLETE

                                           SUB-TOTAL            460.00
                                           SALES TAX              .00
                                                               460.00


                           TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA  16335

INVOICE NUMBER:  28441

DATE:          9/07/05

PO#:    A86160/P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1865 N. RIVER RD/PLT. 19
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
         31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80991   | REP5062-C   | 1        | 109.0000   | 109.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL          109.00
SALES TAX             .00
                   109.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28442

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE                PA 16335

DATE:            9/07/05

PO#:     A84160/P1R70877

BILL TO:              D&B NUMBER: 004350441              SHIP TO:

VANGUARD DISTRIBUTORS INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               R52 CRIB/ADAM FADELI
SAVANNAH, GA                                   WARREN, OH
              31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80993   | 8GBD589-B   | 1        | 109.0000   | 109.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL       109.00
SALES TAX          .00
                109.00

TERMS: NET 30 DAYS

ASTRO TOOL & MFG. CO.                               INVOICE NUMBER: 28666
P. O. BOX 475                                       DATE:         9/07/05
MEADVILLE          PA 16335

                                                    PO#:    A96160/P1P70877

BILL TO:              DUR NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P5P CRIB/ADAM FADELI
SAVANNAH, GA                              WARREN, OH
            31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80994 | 86KK014-A | 1 COMPLETE | 240.0000 | 240.00 |

                                         SUB-TOTAL      240.00
                                         SALES TAX         .00
                                                        240.00


                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: P8756

DATE:            9/21/05

PO#:    A86160/P1R70877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH. GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN. OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80992 | 8G8F205-C | 1 COMPLETE | 306.0000 | 306.00 |

|  |  |
|--|--|
| SUB-TOTAL | 306.00 |
| SALES TAX | .00 |
|  | 306.00 |

TERMS: NET 30 DAYS

P1R 70877



PURCHASE ORDER
PO NO:      A86160
PO Date:  09/01/05

SEP 0 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1R70877 P1B01519
Cust Order Date:  08/30/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E25062 | 10/03/05 | 1.000 | PC | 109.00000 | PC | Y | 109.00 |
| WAFER  80991 | 9-28 | | | | | | |
| NOTCH, DET 42, SHT 36 | | | | | | | |
| 12020118 MA | | | | | | | |
| ECL C  PRINT DATE 12-15-94 | | | | | | | |
| ItmSeq:P1B01519-014508 UOM:PC | | | | | | | |
| 8E25502 | 09/08/05 | 1.000 | PC | 60.00000 | PC | Y | 60.00 |
| WAFER  6133-16 | 9-2 | | | | | | |
| NOTCH, DET 320, SHT 32 | | | | | | | |
| 12015247 M | | | | | | | |
| ECL B  PRINT DATE 05-15-96 | | | | | | | |
| ItmSeq:P1B01519-009980 UOM:PC | | | | | | | |
| 8E25903 | 09/08/05 | 1.000 | PC | 51.00000 | PC | Y | 51.00 |
| WAFER  6039-27 | | | | | | | |
| PROFILE, DET C, SHT 22 | | | | | | | |
| 12040996 MC | | | | | | | |
| ECL H  PRINT DATE 03-15-04 | | | | | | | |
| ItmSeq:P1B01519-008108 UOM:PC | | | | | | | |
| 8E25953 | 09/08/05 | 2.000 | PC | 60.00000 | PC | Y | 120.00 |
| WAFER  6136-27 | | | | | | | |
| NOTCH, DET 142, SHT 15 | | | | | | | |
| 12045773 MA | | | | | | | |
| ECL A  PRINT DATE 07-15-97 | | | | | | | |
| ItmSeq:P1B01519-009983 UOM:PC | | | | | | | |
| 8E27108 | 09/08/05 | 1.000 | PC | 96.00000 | PC | Y | 96.00 |
| WAFER  6198-21 | | | | | | | |
| PIERCE, DET 375, SHT 36 | | | | | | | |

# 28441 -
9-07-05

# 28397
9-2-05

# 28395
9-2-05

# 28398
9-2-05

# 28402
9-2-05

PURCHASE ORDER
PO NO:    A86160
PO Date:  09/01/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

     Ord Src:
  Cust PO/Rel:  P1R70877-P1B01519
Cust Order Date:  08/30/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12015247 M | | | | | | | |
| ECL B  PRINT DATE 05-15-96 | | | | | | | |
| ItmSeq:P1B01519-009510 UOM:PC | | 2.000 | PC | 60.00000 | PC | Y | 120.00 |
| 8E27691           09/08/05 | | | | | | | |
| WAFER | | | | | | | |
| NOTCH, DET B, SHT 45 | | | | | | | |
| 12124077 MB | | | | | | | |
| ECL D  PRINT DATE 04-01-00 | | | | | | | |
| ItmSeq:P1B01519-009993 UOM:PC | | 4.000 | PC | 115.00000 | PC | Y | 460.00 |
| 8GAB214           09/08/05 | | | | | | | |
| BLOCK | | | | | | | |
| COIN  DET 12, SHT 8 | | | | | | | |
| 12160622 MA | | | | | | | |
| ECL B  PRINT DATE 02-17-04 | | | | | | | |
| ItmSeq:P1B01519-002929 UOM:PC | | 1.000 | PC | 264.25000 | PC | Y | 264.25 |
| 8GBA067           09/08/05 | | | | | | | |
| PUNCH | | | | | | | |
| BLANK, DET 202P, SHT 34 | | | | | | | |
| 12048343 MA | | | | | | | |
| ECL D  PRINT DATE 05-03-05 | | | | | | | |
| ItmSeq:P1B01519-009518 UOM:PC | | 2.000 | PC | 59.00000 | PC | Y | 118.00 |
| 8GBA108           09/08/05 | | | | | | | |
| PUNCH | | | | | | | |
| BLANK, DET 39, SHT 33 | | | | | | | |
| 12110848 MA | | | | | | | |
| ECL B  PRINT DATE 04-10-96 | | | | | | | |
| ItmSeq:P1B01519-008282 UOM:PC | | | | | | | |

*Handwritten annotations:*

8E27691: J 6147-21    # 28399  9-2-05

8GAB214: J 6043-37    # 28407  9-2-05

8GBA067: J 6209-20    # 28403  9-2-05

8GBA108: J 6021-46    # 28394  9-2-05

PURCHASE ORDER
PO NO:      A86160
PO Date:  09/01/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1R70877-P1B01519
Cust Order Date:  08/30/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GBE205 | 10/03/05 | 1.000 | PC | 306.00000 | PC | Y | 306.00 |
| PUNCH *80992* *9.28* | | | | | | | |
| U UP CORE DET 210 S SHT 51 | | | | | | | |
| 12077411 M A | | | | | | | |
| ECL C  PRINT DATE 10-15-99 | | | | | | | |
| ItmSeq:P1B01519-014405 UOM:PC | | | | | | | |
| 8GBE509 | 09/08/05 | 2.000 | PC | 306.00000 | PC | Y | 612.00 |
| PUNCH *6722-12* | | | | | | | |
| FORM, DET R, SHT 41 | | | | | | | |
| 12040996 MC | | | | | | | |
| ECL B   PRINT DATE 11-15-03 ✓ | | | | | | | |
| ItmSeq:P1B01519-014661 UOM:PC | | | | | | | |
| 8GGA097 | 09/08/05 | 6.000 | PC | 69.00000 | PC | Y | 414.00 |
| WAFER *6152-41* | | | | | | | |
| CORE BLANKING, DET D, SHT 45 | | | | | | | |
| 12124077 MB | | | | | | | |
| ECL G  PRINT DATE 05-25-04 ✓ | | | | | | | |
| ItmSeq:P1B01519-010071 UOM:PC | | | | | | | |
| 8GGD104 | 09/08/05 | 1.000 | PC | 66.00000 | PC | Y | 66.00 |
| WAFER *6158-19* | | | | | | | |
| DET 212, SHT 36 | | | | | | | |
| 12048343 MA | | | | | | | |
| ECL D  PRINT DATE 10-16-02 ✓ | | | | | | | |
| ItmSeq:P1B01519-010076 UOM:PC | | | | | | | |
| 8GGD589 | 10/03/05 | 1.000 | PC | 109.00000 | PC | Y | 109.00 |
| WAFER *80993* *9-28* | | | | | | | |
| NOTCH, DET 25, SHT 9 | | | | | | | |

*#28756*
*9-21-05*

*#28405*
*9-2-05*

*#28400*
*9-2-05*

*#28401*
*9-2-05*

*#28442*
*9-07-05*

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86160                          107 N.E. Lathrop Avenue
PO Date: 09/01/05                           Savannah, GA 31415
                                           (912)236-1766 Phone
                                           (912)238-3072 Fax         4

   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                 P52 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE          PA 16335             WARREN          OH 44483

     Ord Src:
  Cust PO/Rel:  P1R70877-P1B01519
Cust Order Date: 08/30/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 15326570 MA | | | | |
| ECL B    PRINT DATE 05/01/98 | | 1.000 PC | 240.00000 PC  Y | 240.00 |
| ItmSeq:P1B01519-014355 UOM:PC | | | | |
| 8GKK014        *8c 994*   10/03/05 | | | | *#28444  9-07-05* |
| COMPONENT              *4.28* | | | | |
| ROCKER ARM,  SHT 26 | | | | |
| 12015247M | | | | |
| ECL A  PRINT DATE 05-15-96 | | | | |
| ItmSeq:P1B01519-014029 UOM:PC | | | | |
| 8K28505              09/08/05 | | 1.000 PC | 209.00000 PC  Y | 209.00 |
| PUNCH      *J6315-09* | | | | *#28404  9-2-05* |
| 2ND TONGUE FORM, DET 131,  SHT | | | | |
| 17 | | | | |
| 12015247 M | | | | |
| ECL B  PRINT DATE 05-07-93 | | | | |
| ItmSeq:P1B01519-010291 UOM:PC | | | | |

```
=====================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
```

```
                              SUBTOTAL     3354.25
                                   TAX          .00
                                          ----------
                              TOTAL        3354.25
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER:        78471

DATE:          9/08/05

PO#:          A86188
              P1R70927

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
         31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6346 8E27480-C | | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL        108.00
SALES TAX            .00
                 108.00

TERMS: NET 30 DAYS

ACTICO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28486

DATE:          9/08/05

PO#:           A86188
               P1R70927

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6753 8T40083-B | | 5 COMPLETE | 45.0000 | 225.00 |

SUB-TOTAL     225.00
SALES TAX        .00
              225.00

TERMS: NET 30 DAYS

*P1R70927*

PURCHASE ORDER
PO NO:     A86188
PO Date:  09/02/05

**SEP 0 2 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN             OH 44483

Ord Src:
Cust PO/Rel: P1R70927-P1B01519
Cust Order Date: 08/31/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E27480 | 09/13/05 | 1,000 | PC | 108.00000 | PC | Y | 108.00 |

*16346.15   9-8*   Blue #28471  9-8-05

WAFER
LANCE, DET 086, SHT 38
12015135 M
ECL C  PRINT DATE 06-01-00  ✓
ItmSeq:P1B01519-010144 UOM: PC

| 8T40083 | 09/13/05 | 5,000 | PC | 45.00000 | PC | Y | 225.00 |
|---|---|---|---|---|---|---|---|

*96753-09   9-8*   Blue #28486  9-8-05

ROD
STANDARD PUSH,
996B126, SHT6 - 884A128, SHT5
ECL B  PRINT DATE 01-15-03  ✓
ItmSeq:P1B01519-006878 UOM:PC
======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL        333.00
TAX           .00
--------
TOTAL          333.00

INVOICE NUMBER: 28447

DATE:         9/07/05

PO#:    A86189/P1R70929

BILL TO:                    D&B NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS,INC                       DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                              1845 N. RIVER RD/PLT. 13
SAVANNAH  GA                                    P52 CRIB/ADAM FADELL
                  31415                         WARREN  OH
                                                                 44485

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80997 | BE19510-D | 1 COMPLETE | 132.0000 | 132.00 |

SUB-TOTAL     132.00
SALES TAX        .00
              132.00

TERMS: NET 30 DAYS

INVOICE NUMBER:   28448

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

DATE:              9/08/05

PO#:               A86189
                   P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6013 8GBY076-B | | 1 COMPLETE | 132.0000 | 132.00 |

SUB-TOTAL        132.00
SALES TAX           .00
                 132.00

TERMS: NET 30 DAYS

ACTION TECHNOLOGIES
14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE         PA 16335

DATE:              9/08/05

PO#:               A84189
                   P1R70929

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6135 8E25935-C | | 1 COMPLETE | 69.0000 | 69.00 |

SUB-TOTAL        69.00
SALES TAX         .00
                 69.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/08/05

PO#:               A86189
                   P1R70929

BILL TO:           D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1265 N. RIVER RD/PLT. 13
                                            P52 CRIB/ADAM FADELL
SAVANNAH, GA                                WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 866C085-A | | 2 COMPLETE | 51.0000 | 102.00 |

                                            SUB-TOTAL      102.00
                                            SALES TAX         .00
                                                           102.00


                                   TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT 11
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:           A86189
               P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6175 111A015-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX           .00
                   96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.  
14421 BALDWIN ST. EXT.  
P. O. BOX 675  
MEADVILLE          PA 16335

INVOICE NUMBER: P8462

DATE:          9/08/05

PO#:           A86189  
               P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS. INC          DELPHI AUTOMOTIVE SYSTEMS  
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13  
                                    P52 CRIB/ADAM FADELL  
SAVANNAH, GA                        WARREN, OH  
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6203 8GAD379-B | | 1 COMPLETE | 129.0000 | 129.00 |

SUB-TOTAL     129.00  
SALES TAX        .00  
              129.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.          INVOICE NUMBER: 128476
14421 BALDWIN ST. EXT.
P. O. BOX 675                          DATE:          9/08/05
MEADVILLE          PA 16335
                                       PO#:           A86189
                                                      P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6548 8E27398-B | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL          84.00
SALES TAX           .00
                   84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28477

DATE:          9/08/05

PO#:           A84189
               P1R70929

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
             31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6561 8GBF323-A | | 2 COMPLETE | 108.0000 | 216.00 |

SUB-TOTAL      216.00
SALES TAX         .00
               216.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28480

DATE:          9/08/05

PO#:           A86189
               P1R70929

BILL TO:                    D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                    1265 N. RIVER RD/PLT. 13
                                                      P52 CRIB/ADAM FADELL
SAVANNAH, GA                                          WARREN, OH
            31415                                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6732 | 86BA167-D | 2 COMPLETE | 66.0000 | 132.00 |

SUB-TOTAL     132.00
SALES TAX         .00
              132.00

TERMS: NET 30 DAYS

*P1R 70929*

PURCHASE ORDER
PO NO:      A86189
PO Date: 09/02/05

SEP 0 2 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel: P1R70929-P1B01519
Cust Order Date: 08/31/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 111A015    *J6175-94*  10/05/05  *9-30* | | 1,000 PC | 96.00000 PC | Y | 96.00 |
| WAFER | | | | | |
| DET 15, SHT 7 | | | | | |
| 12066111 MA | | | | | |
| ECL B  PRINT DATE | | | | | |
| ItmSeq:P1B01519-001414 UOM:PC | | | | | |
| 8E19510    *80997*   10/05/05  *9-30* | | 1,000 PC | 132.00000 PC | Y | 132.00 |
| BLOCK | | | | | |
| NOTCH BLOCK, DET 108, SHT 26 | | | | | |
| 06294511 MA | | | | | |
| ECL D  PRINT DATE 08-15-99 | | | | | |
| ItmSeq:P1B01519-012704 UOM:PC | | | | | |
| 8E25935    *J6135-19*  09/13/05  *9-8* | | 1,000 PC | 69.00000 PC | Y | 69.00 |
| WAFER | | | | | |
| DET 457, SHT 42 | | | | | |
| 12015135-M | | | | | |
| ECL C  PRINT DATE 05-15-96 | | | | | |
| ItmSeq:P1B01519-009982 UOM:PC | | | | | |
| 8E27398    *J6548-05*  09/13/05  *9-8* | | 1,000 PC | 84.00000 PC | Y | 84.00 |
| WAFER | | | | | |
| BLANK WAFER, DET 18, SHT 6 | | | | | |
| 12066111 MA | | | | | |
| ECL B  PRINT DATE 08-01-93 | | | | | |
| ItmSeq:P1B01519-012763 UOM:PC | | | | | |
| 8GAD379    *J6203-31*  09/13/05  *9-8* | | 1,000 PC | 129.00000 PC | Y | 129.00 |
| BLOCK | | | | | |
| FORM DET 25   SHT 14 | | | | | |

*Blue #28459*
*9-8-05*

*# 28447*
*9-07-05*

*Blue #28451*
*9-8-05*

*Blue #28476*
*9-8-05*

*Blue #28462*
*9-8-05*

PURCHASE ORDER
PO NO:     A86189
PO Date:  09/02/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel: P1R70929-P1B01519
Cust Order Date: 08/31/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12045773 MA | | | | |
| ECL B  PRINT DATE 06-01-97 ✔ | | | | |
| ItmSeq:P1B01519-011561 UOM:PC | | 2.000 PC | 66.00000 PC  Y | 132.00 |
| 8GBA167 | 09/13/05 | | | |
| PUNCH  16732-09  9-8 | | | | |
| BLANK, DET 127, SHT 9 | | | | |
| 12146591 MA | | | | |
| ECL D  PRINT DATE 05-18-94 ✔ | | | | |
| ItmSeq:P1B01519-008629 UOM:PC | | 2.000 PC | 108.00000 PC  Y | 216.00 |
| 8GBF323 | 09/13/05 | | | |
| PUNCH  16561-11  9-8 | | | | |
| U UP PUNCH, DET N, SHT 34 | | | | |
| 12124077 MB | | | | |
| ECL A  PRINT DATE 10-19-98 ✔ | | | | |
| ItmSeq:P1B01519-012910 UOM:PC | | 1.000 PC | 132.00000 PC  Y | 132.00 |
| 8GBY076 | 09/13/05 | | | |
| PUNCH  16013-33  9-8 | | | | |
| SCORE,  DET 150,  SHT 31 | | | | |
| 12110858 MB | | | | |
| ECL B  PRINT DATE 02-15-98 ✔ | | | | |
| ItmSeq:P1B01519-004422 UOM:PC | | 2.000 PC | 51.00000 PC  Y | 102.00 |
| 8GGC085 | 09/13/05 | | | |
| WAFER  16157-49  9-8 | | | | |
| PILOT PIERCE, DET 18, SHT 14 | | | | |
| 15329083 MA | | | | |
| ECL A  PRINT DATE 10-26-99 ✔ | | | | |
| ItmSeq:P1B01519-010075 UOM:PC | | | | |

Blue #28480
9-8-05

Blue #28177
9-8-05

Blue #28448
9-8-05

Blue #28458
9-8-05

ACTCO TOOL & MFG. CB
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128482

DATE:             9/08/05

PO#:              A86236
                  P1R70986

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6103   | 8K28496-C   | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL          84.00
SALES TAX            .00
                   84.00

TERMS: NET 30 DAYS

ALTCO TOOL & MFG. CO.          INVOICE NUMBER 128487
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:          A86236
               P1R70986

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
                               P52 CRIB/ADAM FADELL
SAVANNAH, GA          WARREN, OH
          31415          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6753 8T40083-B | | 10 COMPLETE | 45.0000 | 450.00 |

SUB-TOTAL          450.00
SALES TAX          .00
                   450.00

TERMS: NET 30 DAYS

AUTO TRIM & MOLD   INC.                                              INVOICE:  28497
14421 BALDWIN ST.  EXT.
P. O. BOX 675                                    DATE:          9/08/05
MEADVILLE         PA 16335
                                                 PO#:           A86236
                                                                P1R70986

BILL TO:            D&B NUMBER: 004350641         SHIP TO:


VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                        44483

REF NO.    DRAWING NO.        QUANTITY      UNIT PRICE        TOTAL


16202 SV28506-B                   1        120.0000         120.00
                              COMPLETE


                                           SUB-TOTAL        120.00
                                           SALES TAX           .00
                                                           120.00



                              TERMS: NET 30 DAYS

*P₁R 70986*



PURCHASE ORDER
PO NO:      A86236
PO Date: 09/05/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 0 6 2005

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

     Ord Src:
  Cust PO/Rel:  P1R70986 P1B01519
Cust Order Date:  09/01/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8K28496                  09/13/05   1.000 PC        84.00000 PC   Y     84.00     *Blue #28482*
  PUNCH         *96103-17*   *9-8*                                               *9-8-05*
  FORM, DET 122, SHT 15
  12015247 M
  ECL C  PRINT DATE 01-08-97
  ItmSeq:P1B01519-010110 UOM:PC

8K28506                  09/13/05   1.000 PC        120.00000 PC  Y     120.00    *Blue #28497*
  PUNCH         *96293-15*                                                        *9-8-05*
  FORM, DET 137, SHT 18
  12015247 M
  ECL B  PRINT DATE 05-07-93
  ItmSeq:P1B01519-006314 UOM:PC

8T40083                  09/13/05   10.000 PC       45.00000 PC   Y     450.00    *Blue #28487*
  ROD           *96753-10*   *9-8*                                               *9-8-05*
  STANDARD PUSH,
  996B126, SHT6 - 884A128, SHT5
  ECL B  PRINT DATE 01-15-03
  ItmSeq:P1B01519-006878 UOM:PC
=====================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTICO TOOL & MFG. CO.
14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE                     PA 16335

INVOICE NUMBER: 28451

DATE:                    9/08/05

PO#:                      A86237
                          P1R70988

BILL TO:              D&R NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
              31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6051   | 8GFA097-B   | 2 COMPLETE | 120.0000 | 240.00 |

SUB-TOTAL          240.00
SALES TAX             .00
                   240.00

TERMS: NET 30 DAYS

ASTCO TRU & MFG, CO
14421 BALDWIN ST-E
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28452

DATE:          9/08/05

PO#:           A8A237
               P1R70988

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                         DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                1265 N. RIVER RD/PLT. 13
                                                  P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
               31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6056 86EC033-A | | 2<br>COMPLETE | 175.0000 | 350.00 |

SUB-TOTAL    350.00
SALES TAX       .00
             350.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28461

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE           PA  16335

DATE:           9/08/05

PO#:            A86237
                P1R70988

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6201   | 8E27345-B   | 1 COMPLETE | 72.0000 | 72.00 |

|  | | | SUB-TOTAL | 72.00 |
|  | | | SALES TAX | .00 |
|  | | |  | 72.00 |

                                        TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:           A86237
               P1R70988

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6204 86AD440-A |       | 2 COMPLETE | 141.0000 | 282.00 |

SUB-TOTAL      282.00
SALES TAX         .00
               282.00

TERMS: NET 30 DAYS

METCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

DATE:              9/08/05

PO#:               A84237
                   P1R70988

BILL TO:            D&B NUMBER: 004350641       SHIP TO:

VANGUARD DISTRIBUTORS, INC           DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P5P CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6223 86GA070-C | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX            .00
                   96.00

TERMS: NET 30 DAYS

ACTRON TOOL WORKS, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:        9/08/05

PO#:         A86237
             P1R70988

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6314 8K28504-E | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL     96.00
SALES TAX       .00
              96.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:     P8472

DATE:               9/08/05

PO#:                A86237
                    P1R70988

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6347   | 8E27692-F   | 1 COMPLETE | 46.0000 | 46.00 |

                                          SUB-TOTAL      46.00
                                          SALES TAX        .00
                                                         46.00


                                          TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                PA 16335

INVOICE NUMBER: 28770

DATE:          9/22/05

PO#:           A86237
               P1R70988

BILL TO:              D&B NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1265 N. RIVER RD/PLT. 13
                                            P52 CRIB/ADAM FADELL
SAVANNAH, GA                                WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|-----------|-------|
| J6315 8K28505-B | | 1 COMPLETE | 209.0000 | 209.00 |

SUB-TOTAL    209.00
SALES TAX       .00
             209.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28750

DATE:          9/21/05

PO#:           A86237
               P1R70988

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6353 8GGD414-E | | 2 COMPLETE | 132.0000 | 264.00 |

SUB-TOTAL          264.00
SALES TAX             .00
                   264.00

TERMS: NET 30 DAYS

P1R70988

PURCHASE ORDER
PO NO:     A86237
PO Date:   09/05/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 0 6 2005

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

Ord Src:
Cust PO/Rel:  P1R70988-P1B01519
Cust Order Date:  09/01/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E27345 | 09/13/05 | 1,000 | PC | 72.00000 | PC | Y | 72.00 |
| WAFER | | | | | | | |
| TRIM, DET 135L, SHT 26 | | | | | | | |
| 6294511 MA | | | | | | | |
| ECL B  PRINT DATE 06-15-93 | | | | | | | |
| ItmSeq:P1B01519-009513 UOM:PC | | | | | | | |
| 8E27692 | 09/13/05 | 1,000 | PC | 46.00000 | PC | Y | 46.00 |
| WAFER | | | | | | | |
| NOTCH, DET B, SHT 48 | | | | | | | |
| 12124077 MA | | | | | | | |
| ECL F  PRINT DATE 04-01-00 | | | | | | | |
| ItmSeq:P1B01519-010147 UOM:PC | | | | | | | |
| 8GAD440 | 09/13/05 | 2,000 | PC | 141.00000 | PC | Y | 282.00 |
| BLOCK | | | | | | | |
| 1ST FORM, DET 43, SHT 17 | | | | | | | |
| 12077411 M A | | | | | | | |
| ECL A  PRINT DATE 11-01-01 | | | | | | | |
| ItmSeq:P1B01519-009515 UOM:PC | | | | | | | |
| 8GEC033 | 09/13/05 | 2,000 | PC | 175.00000 | PC | Y | 350.00 |
| PAD | | | | | | | |
| PRESSURE, DET 41   SHT 20 | | | | | | | |
| 12129483 MA | | | | | | | |
| ECL A  PRINT DATE 03-15-95 | | | | | | | |
| ItmSeq:P1B01519-009204 UOM:PC | | | | | | | |
| 8GFA097 | 09/13/05 | 2,000 | PC | 120.00000 | PC | Y | 240.00 |
| LIFTER | | | | | | | |
| STOCK, DET 89, SHT 16 | | | | | | | |

Handwritten notes:
- J6201-04  9-8  Blue # 28461  9-8-05
- J6347-24  Blue # 28472  9-8-05
- J6204-23  Blue # 28463  9-8-05
- J6056-15  Blue # 28452  9-8-05
- J6051-45  Blue # 28451  9-8-05

PURCHASE ORDER
PO NO:     A86237
PO Date:  09/05/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                OH 44483

        Ord Src:
  Cust PO/Rel:  P1R70988-P1B01519
Cust Order Date:  09/01/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12129483 MA | | | | | | | |
| ECL B  PRINT DATE 08-13-04 | | | | | | | |
| ItmSeq:P1B01519-009196 UOM:PC | | 1.000 | PC | 96.00000 | PC | Y | 96.00 |
| 8GGA070 | 09/13/05 | | | | | | |
| WAFER | | | | | | | |
| CORE BLANK, DET A, SHT 11 | | | | | | | |
| 12110848 M A | | | | | | | |
| ECL C  PRINT DATE 11-30-95 | | | | | | | |
| ItmSeq:P1B01519-004925 UOM:PC | | 2.000 | PC | 132.00000 | PC | Y | 264.00 |
| 8GGD414 | 09/13/05 | | | | | | |
| WAFER | | | | | | | |
| BLANK, DET 18, SHT 12 | | | | | | | |
| 12193810 MA | | | | | | | |
| ECL: E   DATE 05/05/05 | | | | | | | |
| ItmSeq:P1B01519-010258 UOM:PC | | 1.000 | PC | 96.00000 | PC | Y | 96.00 |
| 8K28504 | 09/13/05 | | | | | | |
| PUNCH | | | | | | | |
| FORM TANG, DET 97, SHT 17 | | | | | | | |
| 12015247 M | | | | | | | |
| ECL E  PRINT DATE 02-18-94 | | | | | | | |
| ItmSeq:P1B01519-010290 UOM:PC | | 1.000 | PC | 209.00000 | PC | Y | 209.00 |
| 8K28505 | 09/13/05 | | | | | | |
| PUNCH | | | | | | | |
| 2ND TONGUE FORM, DET 131,  SHT 17 | | | | | | | |
| 12015247 M | | | | | | | |
| ECL B  PRINT DATE 05-07-93 | | | | | | | |

Handwritten annotations:
- J6223-11
- Blue #28466  9-8-05
- J6353-03   9-22 OK per Adam
- Red #28750  9-21-05
- J6314-08
- Blue #28468  9-8-05
- J6315-10   9-22
- Red #28770  9-22-05
- 9-22-05
- (9-20)

ACTICO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28449

DATE:                9/08/05

PO#:                 A86271
                     F1R71024

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6038 8GBF084-A | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL         72.00
SALES TAX           .00
                  72.00

TERMS: NET 30 DAYS

P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/08/05

PO#:             A86271
                 P1R71024

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 19
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
              31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6192 8E25551-D | | 4 COMPLETE | 180.0000 | 720.00 |

SUB-TOTAL      720.00
SALES TAX         .00
               720.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28467

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE        PA 16335

DATE:         9/08/05

PO#:          A86P71
              P1R71024

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
                 31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6277 8GKK018-A | | 3 COMPLETE | 110.0000 | 330.00 |

SUB-TOTAL    330.00
SALES TAX       .00
             330.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:    28475

DATE:              9/08/05

PO#:               A86271
                   P1R71024

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6453 8K27792-D | | 1 COMPLETE | 195.0000 | 195.00 |

SUB-TOTAL      195.00
SALES TAX         .00
               195.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:          A86271
              P1R71024

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6594   | 8E25008-B   | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX            .00
                   72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER: 28453
14421 BALDWIN ST.
P. O. BOX 675                                    DATE:         9/08/05
MEADVILLE              PA 16335

                                                PO#:          A86271
                                                              P1R71024

BILL TO:           D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
            31415                                       44483

REF NO.    DRAWING NO.      QUANTITY      UNIT PRICE        TOTAL


J6102 8K28494-C                  1        144.0000        144.00
                           COMPLETE


                                        SUB-TOTAL         144.00
                                        SALES TAX            .00
                                                         144.00



                                        TERMS: NET 30 DAYS

*PiR71024*

PURCHASE ORDER
PO NO:      A86271
PO Date:  09/07/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**SEP 0 7 2005**

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                OH 44483

Ord Src:
Cust PO/Rel: P1R71024-P1B01519
Cust Order Date: 09/04/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| 8E25008 | 09/13/05 | 1,000 | PC | 72.00000 | PC | Y | 72.00 | *Blue #28478* | *9-8-05* |
| WAFER    *96594 -21*   *9-8* | | | | | | | | | |
| BLANK WAFER, DET 9, SHT 10 | | | | | | | | | |
| 12020118 MA | | | | | | | | | |
| ECL B   PRINT DATE 04-12-93 ✔ | | | | | | | | | |
| ItmSeq:P1B01519-012716 UOM:PC | | | | | | | | | |
| 8E25551   *96192 -15* | 09/13/05 | 4,000 | PC | 180.00000 | PC | Y | 720.00 | *Blue #28460* | *9-8-05* |
| BLOCK | | | | | | | | | |
| LANCE, DET 395AH  SHT 35 | | | | | | | | | |
| 12015135 M | | | | | | | | | |
| ECL D   PRINT DATE 12-01-97 ✔ | | | | | | | | | |
| ItmSeq:P1B01519-009505 UOM:PC | | | | | | | | | |
| 8GBF084   *96038 -22* | 09/13/05 | 1,000 | PC | 72.00000 | PC | Y | 72.00 | *Blue #28449* | *9-8-05* |
| PUNCH | | | | | | | | | |
| U UP, DET 268U, SHT 31 | | | | | | | | | |
| 12010184 M | | | | | | | | | |
| ECL A   PRINT DATE 05-15-96 ✔ | | | | | | | | | |
| ItmSeq:P1B01519-008303 UOM:PC | | | | | | | | | |
| 8GKK018   *96277 -45* | 09/13/05 | 3,000 | PC | 110.00000 | PC | Y | 330.00 | *Blue #28467* | *9-8-05* |
| COMPONENT | | | | | | | | | |
| ROCKER ARM DET 1, SHT 4 | | | | | | | | | |
| 8GZA001 | | | | | | | | | |
| ECL A   PRINT DATE 11-14-02 ✔ | | | | | | | | | |
| ItmSeq:P1B01519-010094 UOM:PC | | | | | | | | | |
| 8K27792   *96453 -32* | 09/13/05 | 1,000 | PC | 195.00000 | PC | Y | 195.00 | *Blue #28475* | *9-8-05* |
| PUNCH | | | | | | | | | |
| LANCE, DET 238, SHT 10 | | | | | | | | | |

PURCHASE ORDER
PO NO:      A86271
PO Date:  09/07/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

    Ord Src:
  Cust PO/Rel:  P1R71024-P1B01519
Cust Order Date:  09/04/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12020118 MA | | | | |
| ECL D PRINT DATE 11-09-92 ✓ | | | | |
| ItmSeq:P1B01519-013218 UOM:PC | | | | |
| 8K28494            09/13/05 | | 1,000 PC | 144.00000 PC   Y | 144.00 |
| PUNCH | | | | |
| FORM RIB, DET 103,  SHT 12 | | | | |
| 12015247 M | | | | |
| ECL C  PRINT DATE 05-07-93 ✓ | | | | |
| ItmSeq:P1B01519-010109 UOM:PC | | | | |

*6102-15*

*Blue #28453
9-8-05*

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

| | | |
|---|---|---|
| SUBTOTAL | 1533.00 |
| TAX | .00 |
| | --------- |
| TOTAL | 1533.00 |

ACTCO TOOL & MFG. CORP.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28977

DATE:          10/07/05

PO#:      A86273/P1R71026

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 81010 | Z005721-C | 1 | 375.0000 | 375.00 |
|  |  | COMPLETE |  |  |

SUB-TOTAL      375.00
SALES TAX          .00
               375.00

TERMS: NET 30 DAYS

P1R71026

PURCHASE ORDER
PO NO:      A86273
PO Date:  09/07/05

**SEP 0 7 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1R71026-P1B01519
Cust Order Date:  09/04/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| Z005721  *81010* | 10/14/05  *10-11* | 1,000 PC | 375.00000 PC  Y | 375.00 |

*#28977
10-7-05*

CORE
12020808-PMB DET.22 SHT.11
STATIONARY CORE
ECL: C  DATE: 02-14-05
ItmSeq:P1B01519-011064 UOM:PC
============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL      375.00
TAX           .00
---------
TOTAL       375.00