# EXHIBIT 1 – PART 12

INTRA TOOL 106552

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28450

DATE:          9/08/05

PO#:          A86272
              P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
                31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6039 8E25903-H | | 2 COMPLETE | 51.0000 | 102.00 |
| | | | SUB-TOTAL | 102.00 |
| | | | SALES TAX | .00 |
| | | | | 102.00 |

TERMS: NET 30 DAYS

INVOICE NUMBER: 28454

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE            PA 16335

DATE:            9/08/05

PO#:             A86272
                 P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
             31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B |  | 2<br>COMPLETE | 20.2500 | 40.50 |

SUB-TOTAL        40.50
SALES TAX          .00
                 40.50

TERMS: NET 30 DAYS

INVOICE NUMBER: 28455

DATE: 9/08/05

PO#: A86272
P1R71027

BILL TO: D&B NUMBER: 004350641 SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6114 8K29213-B | | 2 COMPLETE | 53.0000 | 106.00 |

SUB-TOTAL 106.00
SALES TAX .00
106.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
               31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6129   | 8E25014-C   | 2        | 51.0000    | 102.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL          102.00
SALES TAX             .00
                   102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:     28464

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
          31415                                     44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6205 86AD634-A | | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL        125.00
SALES TAX           .00
                 125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28465

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6207 8GAT075-A | | 1 COMPLETE | 129.0000 | 129.00 |

SUB-TOTAL          129.00
SALES TAX             .00
                   129.00

TERMS: NET 30 DAYS

ACTION TUBE & MFG. CO.
14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE            PA 16335

DATE:            9/08/05

PO#:             A86272
                 P1R71027

BILL TO:        D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6326 8K29348-C | | 2 COMPLETE | 165.0000 | 330.00 |

SUB-TOTAL        330.00
SALES TAX          .00
                 330.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS. INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH. GA                        WARREN. OH
               31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6332 8E25923-B | | 1<br>COMPLETE | 152.0000 | 152.00 |
| | | | SUB-TOTAL | 152.00 |
| | | | SALES TAX | .00 |
| | | | | 152.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28473

DATE:           9/08/05

PO#:            A86272
                P1R71027

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6347 8E27692-F | | 2 COMPLETE | 46.0000 | 92.00 |

SUB-TOTAL    92.00
SALES TAX      .00
             92.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28479

DATE:              9/08/05

PO#:               A86272
                   P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
                31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6715 | 8GGD981-A | 2 COMPLETE | P19.0000 | 438.00 |

SUB-TOTAl    438.00
SALES TAX       .00
             438.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28481

DATE:          9/08/05

PO#:          A8627P
              P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6733 8E23986-E | | 1<br>COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX              .00
                   120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128510

DATE:          9/09/05

PO#:           A86272
               P1R71027

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
                 31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6203 8GAD379-B | | 1 COMPLETE | 129.0000 | 129.00 |

SUB-TOTAL          129.00
SALES TAX            .00
                   129.00

TERMS: NET 30 DAYS

ALTON TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/16/05

PO#:      A86272/P1R71027

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81013   | 86GD033-B   | 1        | 125.0000   | 125.00 |
|         |             | COMPLETE |            |       |

                                             SUB--TOTAL        125.00
                                             SALES TAX            .00
                                                               125.00

                                             TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28714

DATE:          9/20/05

PO#:     A86272/P1R71027

BILL TO:            D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELI
SAVANNAH, GA                       WARREN, OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| R1012   | 86RF115-B   | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL      108.00
SALES TAX         .00
               108.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P895A

DATE:          10/04/05

PO#:     A86272/P1R71027

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81014   | 8G6D982-A   | 2 COMPLETE | 120.0000 | 240.00 |

SUB-TOTAL     240.00
SALES TAX          .00
              240.00

TERMS: NET 30 DAYS

PIR71027



PURCHASE ORDER
PO NO:      A86272
PO Date:  09/07/05

SEP 0 7 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN             OH 44483

Ord Src:
Cust PO/Rel:  P1R71027-P1B01519
Cust Order Date:  09/04/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|
| 8E23986 6733-07 | 09/13/05 9-8 | 1,000 PC | 120.00000 PC Y | 120.00 | Blue #28481 9-8-05 |
| WAFER | | | | | |
| PIERCE, DET 170, SHT 24 | | | | | |
| 12010623 MA | | | | | |
| ECL E  PRINT DATE 08-01-00 | | | | | |
| ItmSeq:P1B01519-014911 UOM:PC | | | | | |
| 8E25014 6129-31 | 09/13/05 | 2,000 PC | 51.00000 PC Y | 102.00 | Blue #28456 9-8-05 |
| WAFER | | | | | |
| LANCE, DET 12, SHT 11 | | | | | |
| 12020117 MA | | | | | |
| ECL C  PRINT DATE 04-05-93 | | | | | |
| ItmSeq:P1B01519-002403 UOM:PC | | | | | |
| 8E25903 6039-28 | 09/13/05 | 2,000 PC | 51.00000 PC Y | 102.00 | Blue #28450 9-8-05 |
| WAFER | | | | | |
| PROFILE, DET C, SHT 22 | | | | | |
| 12040996 MC | | | | | |
| ECL H  PRINT DATE 03-15-04 | | | | | |
| ItmSeq:P1B01519-008108 UOM:PC | | | | | |
| 8E25923 6332-14 | 09/13/05 | 1,000 PC | 152.00000 PC Y | 152.00 | Blue #28470 9-8-05 |
| WAFER | | | | | |
| NOTCH, DET 38, SHT 23 | | | | | |
| 12048343-M-A DIE | | | | | |
| ECL B  PRINT DATE 05-17-92 | | | | | |
| ItmSeq:P1B01519-010143 UOM:PC | | | | | |
| 8E27692 6347-25 | 09/13/05 | 2,000 PC | 46.00000 PC Y | 92.00 | Blue #28473 9-8-05 |
| WAFER | | | | | |
| NOTCH, DET B, SHT 48 | | | | | |

PURCHASE ORDER
PO NO:      A86272
PO Date:  09/07/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC, DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

    Ord Src:
    Cust PO/Rel:  P1R71027-P1B01519
Cust Order Date:  09/04/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12124077 MB | | | | |
| ECL F  PRINT DATE 04-01-00 ✓ | | | | |
| ItmSeq:P1B01519-010147 UOM:PC | | 1.000 PC | 129.00000 PC  Y | 129.00 |
| 8GAD379 | 09/13/05 | | | |
| BLOCK | | | | |
| FORM  DET 25  SHT 14 | | | | |
| 12045773 MA | | | | |
| ECL B  PRINT DATE 06-01-97 ✓ | | | | |
| ItmSeq:P1B01519-011561 UOM:PC | | 1.000 PC | 125.00000 PC  Y | 125.00 |
| 8GAD634 | 09/13/05 | | | |
| BLOCK | | | | |
| FORM | | | | |
| 12020117 MA | | | | |
| SHT  12 | | | | |
| ECL A  PRINT DATE 05-15-96 ✓ | | | | |
| ItmSeq:P1B01519-011562 UOM:PC | | 1.000 PC | 129.00000 PC  Y | 129.00 |
| 8GAT075 | 09/13/05 | | | |
| BLOCK | | | | |
| BRIDGE, DET J, SHT 19 | | | | |
| 12110848 MA | | | | |
| ECL A  PRINT DATE 02-15-98 ✓ | | | | |
| ItmSeq:P1B01519-009516 UOM:PC | | 1.000 PC | 108.00000 PC  Y | 108.00 |
| 8GBE115 | 10/05/05 | | | |
| PUNCH | | | | |
| U-UP PUNCH, DET H, SHT 14 | | | | |
| 12129483 MA | | | | |
| ECL B  PRINT DATE 03-15-95 | | | | |

Handwritten annotations:
- 96203-32 ✗ — Blue # 28510  9-9-05
- 96205-10 — Blue # 28464  9-8-05
- 96207-23 — Blue # 28465  9-8-05
- 81012    9-30 — # 28714  9-20-05

PURCHASE ORDER
PO NO:     A86272
PO Date:  09/07/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71027-P1B01519
Cust Order Date:  09/04/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| ItmSeq:P1B01519-012892 UOM:PC | | | | | | | | |
| 8GGD033    81013 | 10/05/05 9-30 | 1.000 | PC | 125.00000 | PC | Y | 125.00 | #28674 9-16-05 |
| WAFER | | | | | | | | |
| BLANKING, DET 9, SHT 7 | | | | | | | | |
| 12103501 MA | | | | | | | | |
| ECL B  PRINT DATE 12-06-96 | | | | | | | | |
| ItmSeq:P1B01519-014024 UOM:PC | | | | | | | | |
| 8GGD981    96715-06 | 09/13/05 | 2.000 | PC | 219.00000 | PC | Y | 438.00 | Blue #28179 9-8-05 |
| WAFER | | | | | | | | |
| BLANKING, DET 32, SHT 30 | | | | | | | | |
| 15443837 MA | | | | | | | | |
| ECL A    PRINT DATE 07/28/03 | | | | | | | | |
| ItmSeq:P1B01519-014564 UOM:PC | | | | | | | | |
| 8GGD982    81014 | 10/05/05 9-30 | 2.000 | PC | 120.00000 | PC | Y | 240.00 | #28956 10-4-05 |
| WAFER | | | | | | | | |
| BLANKING, DET 6, SHT 31 | | | | | | | | |
| 15443837 MA | | | | | | | | |
| ECL A    PRINT DATE 07/28/03 | | | | | | | | |
| ItmSeq:P1B01519-014470 UOM:PC | | | | | | | | |
| 8K28756    96107-35 | 09/13/05 | 2.000 | PC | 20.25000 | PC | Y | 40.50 | Blue #28454 9-8-05 |
| PUNCH | | | | | | | | |
| PIERCE, DET 137, SHT 12 | | | | | | | | |
| 12048343 MA | | | | | | | | |
| ECL B  PRINT DATE 04-27-90 | | | | | | | | |
| ItmSeq:P1B01519-012403 UOM:PC | | | | | | | | |
| 8K29213    96114-25 | 09/13/05 | 2.000 | PC | 53.00000 | PC | Y | 106.00 | Blue #28455 9-8-05 |
| PUNCH | | | | | | | | |
| FORM, DET 46, SHT 47 | | | | | | | | |

PURCHASE ORDER
PO NO:     A86272
PO Date:  09/07/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

4

Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE        PA 16335                WARREN          OH 44483

    Ord Src:
  Cust PO/Rel:  P1R71027-P1B01519
Cust Order Date:  09/04/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
  12124077 MB
  ECL B  PRINT DATE 04-01-00  ✓
  ItmSeq:P1B01519-010120 UOM:PC            2,000 PC   165.00000 PC   Y    330.00     Blue #28469
8K29348              632673  09/13/05                                                9.8-05
  PUNCH
  FORM, DET 166, SHT 13
  12040996 MC
  ECL C  PRINT DATE 04-15-99  ✓
  ItmSeq:P1B01519-010303 UOM:PC
============================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                              SUBTOTAL     2338.50
                                   TAX        .00
                                          ----------
                                 TOTAL     2338.50

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

INVOICE NUMBER: 28532

DATE:          9/12/05

PO#:    A86270/P1R71075

BILL TO:          D&B NUMBER: 004350441          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 PES CRIB/REC. DOCK PLT.12
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81008   | 86BF184-B   | 1        | 108.0000   | 108.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL     108.00
SALES TAX        .00
              108.00

TERMS: NET 30 DAYS

*PiR71075*

PURCHASE ORDER
PO NO:     A86270
PO Date:  09/07/05

**SEP 0 7 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE      PA 16335

Ship To: *#09*
PE5 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

*Bun*

    Ord Src:
  Cust PO/Rel:  P1R71075-P1B01519
Cust Order Date:  09/06/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GBF184 *81008* | 10/05/05 *9/30* | 1.000 | PC | 108.00000 | PC | Y | 108.00 |

    PUNCH
  U UP PUNCH, DET Y, SHT 30
  12176545 MA
  ECL B    PRINT DATE 04/01/02
  ItmSeq:P1B01519-014810 UOM:PC
  WHO ORDERED: PE5

*# 28532*
*9-12-05*

===================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                    SUBTOTAL     108.00
                                         TAX         .00
                                                ---------
                                       TOTAL     108.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128500

DATE:          9/09/05

PO#:           A86324
               P1R71106

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
          31415                                           44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6022 8GBN223-B | | 1 COMPLETE | 132.0000 | 132.00 |
| | | | SUB-TOTAL | 132.00 |
| | | | SALES TAX | .00 |
| | | | | 132.00 |

TERMS: NET 30 DAYS

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28513

DATE:           9/09/05

PO#:            A86324
                P1R71106

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6277 8GKK018-A | | 1 COMPLETE | 110.0000 | 110.00 |

|  |  |  |  |
|--|--|--|--|
| | | SUB-TOTAL | 110.00 |
| | | SALES TAX | .00 |
| | | | 110.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                           INVOICE NUMBER:   58603
14421 BALDWIN ST. EXT.
P. O. BOX 675                            DATE:          9/14/05
MEADVILLE          PA 16335

                                         PO#:    A86324/P1R71106

BILL TO:          D&B NUMBER: 004850641          SHIP TO:


VANGUARD DISTRIBUTORS INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         RSR CRTR/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                     44483

CSR NO     DRAWING NO        QUANTITY      UNIT PRICE        TOTAL


81019      8535629-H               1       240.0000         240.00
                             COMPLETE


                                         SUB-TOTAL         240.00
                                         SALES TAX            .00
                                                           240.00


                             TERMS: NET 30 DAYS

*P1R71106*



PURCHASE ORDER          SEP 0 8 2005          VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86324                                  107 N.E. Lathrop Avenue
PO Date: 09/08/05                                     Savannah, GA 31415
                                                     (912)236-1766 Phone
                                                     (912)238-3072 Fax          1

  Vendor: ACTC01                          Ship To:
  ACTCO TOOL & MFG CO INC                 P52 CRIB
  14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
  P.O. BOX 675                            1265 NORTH RIVER ROAD
  MEADVILLE        PA 16335               WARREN          OH 44483

     Ord Src:
   Cust PO/Rel:  P1R71106-P1B01519
Cust Order Date:  09/06/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8E25699          *81019*  10/07/05   1.000 PC        240.00000 PC  Y    240.00     # 28603
  BLOCK                   *(10-4)*                                                 9-14-05
  FORM BLOCK, DET 60,  SHT 34
  12015135 M
  ECL H  PRINT DATE 11-15-97
  ItmSeq:P1B01519-012731 UOM:PC

8GBN223          *6022-23* 09/14/05   1.000 PC       132.00000 PC  Y    132.00     *Blue*
  PUNCH                    *9-9*                                                    # 28500
  FORM, DET 57, SHT 23                                                             9-9-05
  12110848 MA
  ECL B  PRINT DATE 02-15-93
  ItmSeq:P1B01519-004023 UOM:PC

8GKK018          *6277-46* 09/14/05   1.000 PC       110.00000 PC  Y    110.00     # 28513
  COMPONENT                                                                        9-9-05
  ROCKER ARM DET 1, SHT 4
  8GZA001
  ECL A  PRINT DATE 11-14-02
  ItmSeq:P1B01519-010094 UOM:PC

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/09/05

PO#:               A86326
                   P1R71108

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           ATTN: RANDY DRENNEN
                                             1000 W. MAIN STREET
SAVANNAH, GA                                 CORTLAND, OH
                    31415                                        44410

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6551 | Z013023-B00 | 1 COMPLETE | 2275.0000 | 2275.00 |

                                   SUB-TOTAL      2275.00
                                   SALES TAX          .00
                                                  2275.00

                                   TERMS: NET 30 DAYS

*P1R 71108*

SEP 0 8 2005

PURCHASE ORDER
PO NO:      A86326
PO Date:   09/08/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                OH 44483

1

*1000 W. Main St.
Cortland, OH 44410
ATTN: Randy Drennen*

Ord Src:
Cust PO/Rel:  P1R71108-P1B01519
Cust Order Date:  09/06/05

*per Jamie —
Ship Red
early AM Sat. Del.
to Cortland address
Attn: Randy Drennen
# 28517
9-9-05*

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| Z013023 *96551-15* | 09/14/05 | 1,000 PC | 2275.00000 PC | Y | 2275.00 |
| CORE | | | | | |
| 15305595 PMTLA  DET.3250  SHT.7 | | | | | |
| STATIONARY CORE | | | | | |
| ECL: B00  DATE: 4-12-05 | | | | | |
| ItmSeq:P1B01519-010579 UOM:PC | | | | | |

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 2275.00 |
| TAX | .00 |
| --------- | |
| TOTAL | 2275.00 |

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28501

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
          31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6081 8GFB399-A | | 1 COMPLETE | 197.0000 | 197.00 |

                                    SUB-TOTAL        197.00
                                    SALES TAX           .00
                                                    197.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER:   28503

DATE:              9/09/05

PO#:               A86325
                   P1R71109

BILL TO:           D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6100 8K27908-E | | 1 COMPLETE | 156.0000 | 156.00 |

                                         SUB-TOTAL        156.00
                                         SALES TAX           .00
                                                          156.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                          INVOICE NUMBER:  28504
14421 BALDWIN ST. EXT.
P. O. BOX 675                          DATE:          9/09/05
MEADVILLE            PA 16335
                                      PO#:           A86325
                                                     P1R71109

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
           31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B | | 4 COMPLETE | 20.2500 | 81.00 |

                                       SUB-TOTAL        81.00
                                       SALES TAX         .00
                                                        81.00

                              TERMS:  NET 30 DAYS

ACTCO TOOL & MFG. CO.                                    INVOICE NUMBER: 28505
14421 BALDWIN ST. EXT.
P. O. BOX 675                              DATE:           9/09/05
MEADVILLE          PA 16335
                                          PO#:            A86325
                                                          P1R71109
BILL TO:          D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
                31415                                          44483

REF NO.     DRAWING NO.        QUANTITY        UNIT PRICE        TOTAL


J6114 8K29213-B                     2          53.0000          106.00
                               COMPLETE


                                           SUB-TOTAL           106.00
                                           SALES TAX              .00
                                                              106.00



                                           TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28508

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC               DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 86GC085-A | | 1 COMPLETE | 51.0000 | 51.00 |

SUB-TOTAL        51.00
SALES TAX          .00
                 51.00

TERMS: NET 30 DAYS

ACTECH TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
                31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6232 8GGD089-B | | 1 COMPLETE | 94.5000 | 94.50 |

SUB-TOTAL          94.50
SALES TAX            .00
                   94.50

TERMS: NET 30 DAYS

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER 128512

DATE:          9/09/05

PO#:          A86325
              P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 4 COMPLETE | 59.0000 | 236.00 |

SUB-TOTAL          236.00
SALES TAX             .00
                   236.00

TERMS: NET 30 DAYS

METCO TOOL & PIPE, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/09/05

PO#:               A86325
                   P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                       DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
            31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6469 3432101-B | | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL     72.00
SALES TAX       .00
              72.00

TERMS: NET 30 DAYS

ACTECH TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6759 8GGDA19-A | | 1 COMPLETE | 103.0000 | 103.00 |

SUB-TOTAL     103.00
SALES TAX        .00
              103.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28521

DATE:          9/09/05

PO#:           A86325
               P1R71109

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
              31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6760 8G6DA20-A | | 1 COMPLETE | 103.0000 | 103.00 |

SUB-TOTAL          103.00
SALES TAX             .00
                   103.00

TERMS: NET 30 DAYS

P1R71109



SEP 0 8 2005

PURCHASE ORDER
PO NO:     A86325
PO Date:  09/08/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE       PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1R71109-P1B01519
Cust Order Date:  09/06/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 3432101 | 09/14/05 | 1.000 PC | 72.00000 PC Y | 72.00 |

76469-15
OQ

# 28515
9-9-05

WAFER
BLANK WAFER, SHT. 18, DET 101
12092343M-A
ItmSeq:P1B01519-012659 UOM:PC

| 8GFB399 | 09/14/05 | 1.000 PC | 197.00000 PC Y | 197.00 |

76081-15

# 28501
9-9-05

PIN
LIFT, DET 98, SHT 14
12193810 MA
ECL A    PRINT DATE 06-01-99 ✓
ItmSeq:P1B01519-009203 UOM:PC

| 8GGC085 | 09/14/05 | 1.000 PC | 51.00000 PC Y | 51.00 |

76157-50

# 28508
9-9-05

WAFER
PILOT PIERCE, DET 18, SHT 14
15329083 MA
ECL A    PRINT DATE 10-26-99 ✓
ItmSeq:P1B01519-010075 UOM:PC

| 8GGDA19 | 09/14/05 | 1.000 PC | 103.00000 PC Y | 103.00 |

76759-02

# 28520
9-9-05

WAFER
BLANKING WAFER
15401230 MA  SHT 18
ECL A PRINT DATE 12/29/03 ✓
ItmSeq:P1B01519-015324 UOM:PC

| 8GGDA20 | 09/14/05 | 1.000 PC | 103.00000 PC Y | 103.00 |

76760-02

# 28521
9-9-05

WAFER
BLANKING WAFER

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86325                          107 N.E. Lathrop Avenue
PO Date:  09/08/05                           Savannah, GA  31415
                                             (912)236-1766 Phone
                                             (912)238-3072 Fax
                                                                        2

   Vendor: ACTC01                       Ship To:
   ACTCO TOOL & MFG CO INC              P52 CRIB
   14421 BALDWIN ST EXT                 REC. DOCK PLANT 13
   P.O. BOX 675                         1265 NORTH RIVER ROAD
   MEADVILLE          PA 16335          WARREN            OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71109-P1B01519
Cust Order Date:  09/06/05

Item/Mfg Number            Due Date   Order Qty U/M    Unit Cost U/M Tax    Total
   15401230 MA  SHT 19
   ECL A PRINT DATE 12/29/03
   ItmSeq:P1B01519-015325 UOM:PC
8GGD089                   09/14/05     1.000 PC        94.50000 PC  Y      94.50          # 28511
   WAFER                                                                                  9-9-05
   BLANK, DET 209 M, SHT 35
   12048343 MA
   ECL B  PRINT DATE 02-24-92
   ItmSeq:P1B01519-009540 UOM:PC
8K27908                   09/14/05     1.000 PC       156.00000 PC  Y     156.00          # 28503
   PUNCH                                                                                  9-9-05
   NOTCH, DET 145N, SHT 10
   12015135 M
   ECL E  PRINT DATE 05-15-96
   ItmSeq:P1B01519-010107 UOM:PC
8K28755                   09/14/05     4.000 PC        59.00000 PC  Y     236.00          # 28512
   PUNCH                                                                                  9-9-05
   BLANK, SHT 12
   12048343 MA
   ECL H  PRINT DATE 01-17-03
   ItmSeq:P1B01519-012402 UOM:PC
8K28756                   09/14/05     4.000 PC        20.25000 PC  Y      81.00          # 28504
   PUNCH                                                                                  9-9-05
   PIERCE, DET 197, SHT 12
   12048343 MA
   ECL B  PRINT DATE 04-27-90
   ItmSeq:P1B01519-012403 UOM:PC
```

Handwritten annotations:
- 6232-45 (next to 8GGD089)
- 6100-13 (next to 8K27908)
- 6258-25 (next to 8K28755)
- 6107-36 (next to 8K28756)

PURCHASE ORDER
PO NO:    A86325
PO Date:  09/08/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

    Ord Src:
  Cust PO/Rel:  P1R71109-P1B01519
Cust Order Date:  09/06/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K29213 | 09/14/05 | 2,000 PC | 53.00000 PC Y | 106.00 |

6114-26            # 28505,
                   9-9-05

PUNCH
FORM, DET 46, SHT 47
12124077 MB
ECL B  PRINT DATE 04-01-00 ✓
ItmSeq:P1B01519-010120 UOM:PC
==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL     1199.50
                              TAX              .00
                                          ----------
                              TOTAL        1199.50

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28548

DATE:            9/12/05

PO#:            A86376
                P1R71191

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6263 | 8K29383-D | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL            120.00
SALES TAX            .00
                    120.00

TERMS: NET 30 DAYS

*P1R71191*

PURCHASE ORDER
PO NO:      A86376
PO Date:  09/09/05          SEP 0 9 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

     Ord Src:
  Cust PO/Rel:  P1R71191-P1B01519
Cust Order Date:  09/07/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K29383 | 09/15/05 | 1.000 PC | 120.00000 PC Y | 120.00 |

06263-20    9-12

#28548
9-12-05

    PUNCH
COIN, DET 82, SHT 16
12010088 MB
ECL D  PRINT DATE 05-28-99
ItmSeq:P1B01519-006518 UOM:PC

=======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 120.00 |
| TAX | .00 |
| TOTAL | 120.00 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: EX-144

DATE:          9/12/05

PO#:          A86377
              P1R71193

BILL TO:          D&B NUMBER: 00435064          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
              31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6142 SE27434-A | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX            .00
                   120.00

TERMS: NET 30 DAYS

ACME TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28545

DATE:          9/12/05

PO#:          AS6377
              P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
              31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6143 8E27435-D | | 1 | 77.0000 | 77.00 |
| | | COMPLETE | | |

SUB-TOTAL          77.00
SALES TAX            .00
                   77.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.   INVOICE NUMBER: 189346
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/12/05

PO#:           A86377
               P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                1265 N. RIVER RD/PLT. 13
                                                  P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
               31415                                             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6144 8E27437-A | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX              .00
                   120.00

TERMS: NET 30 DAYS

ASTRO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28547

DATE:             9/12/05

PO#:              A86377
                  P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6178 368A033 | | 1 | 84.0000 | 84.00 |
| | | COMPLETE | | |

SUB-TOTAL         84.00
SALES TAX           .00
                  84.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28549

DATE:          9/12/05

PO#:           A86377
               P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH.
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6326 8K29348-0 | | 2 COMPLETE | 165.0000 | 330.00 |

SUB-TOTAL      330.00
SALES TAX         .00
               330.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28551

DATE:            9/12/05

PO#:             A86377
                 P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          PS2 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6462 734A027-A | | 2 COMPLETE | 156.0000 | 312.00 |

SUB-TOTAL    312.00
SALES TAX      .00
             312.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28558

DATE:          9/12/05

PO#:          A86377
              P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                              1265 N. RIVER RD/PLT. 13
                                                P52 GRIB/ADAM FADELL
SAVANNAH, GA                                    WARREN, OH
          31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6673 | 86A0978-8 | 3 COMPLETE | 204.0000 | 612.00 |

                                        SUB-TOTAL      612.00
                                        SALES TAX         .00
                                                       612.00

                                        TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28562

DATE:              9/12/05

PO#:               A86377        /
                   P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6737 SGBN513-A | | 2 COMPLETE | 144.2500 | 288.50 |

                              SUB-TOTAL      288.50
                              SALES TAX         .00
                                            288.50


                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28568

**DATE:**          9/12/05

**PO#:**    A86377/P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81021   | 155A044-C   | 1 COMPLETE | 141.0000 | 141.00 |

SUB-TOTAL          141.00
SALES TAX            .00
                   141.00

TERMS: NET 30 DAYS

BALDWIN TOOL & MFG. CO.
14121 BALDWIN ST    EXT.
P. O. BOX 475
MEADVILLE        PA 16335

DATE:        9/14/05

PO#:    AP4977/P1871199

BILL TO:            D&B NUMBER: 004350441            SHIP TO:

VANGUARD DISTRIBUTORS, INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1265 N. RIVER RD/PLT. 13
                                      P52 CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
            31415                                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81022   | 368A120     | 1        | 295.0000   | 295.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL    295.00
SALES TAX       .00
             295.00

TERMS: NET 30 DAYS

ALTECH TOOL & MFG. CO.                    INVOICE NUMBER:   28602
14621 BALDWIN ST. EXT.
P. O. BOX 675                             DATE:            9/14/05
MEADVILLE          PA 16335
                                          PO#:    A86377/P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELI
SAVANNAH, GA                           WARREN, OH
            31415                                    44482

REF NO.      DRAWING NO.       QUANTITY      UNIT PRICE        TOTAL


31022        8E27439-6              1        109.0000        109.00
                              COMPLETE


                                             SUB-TOTAL       109.00
                                             SALES TAX          .00
                                                            109.00



                                    TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE                    PA 16335

INVOICE NUMBER: 28979

DATE:              10/07/05

PO#:     A84377/P1R71193

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81024 | 8GGD982-A | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL        120.00
SALES TAX           .00
                 120.00

TERMS: NET 30 DAYS



SEP 0 9 2005

PURCHASE ORDER
PO NO:      A86377
PO Date:  09/09/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN               OH 44483

Ord Src:
Cust PO/Rel: P1R71193 P1B01519
Cust Order Date:  09/07/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 155A044 | 10/10/05 | 1.000 PC | 141.00000 PC Y | 141.00 |
| PUNCH | | | | |
| FORM PUNCH, DET#044, SHT18 | | | | |
| 12020155-M-A DIE | | | | |
| ECL C  PRINT DATE | | | | |
| ItmSeq:P1B01519-014532 UOM:PC | | | | |
| 368A033 | 09/15/05 | 1.000 PC | 84.00000 PC Y | 84.00 |
| WAFER | | | | |
| DET 33, SHT 15 | | | | |
| 12092368 MA | | | | |
| ItmSeq:P1B01519-001638 UOM:PC | | | | |
| 368A120 | 10/10/05 | 1.000 PC | 295.00000 PC Y | 295.00 |
| PUNCH | | | | |
| PUNCH, DET 120, SHT 25 | | | | |
| 12092368 MA | | | | |
| ItmSeq:P1B01519-013704 UOM:PC | | | | |
| 734A027 | 09/15/05 | 2.000 PC | 156.00000 PC Y | 312.00 |
| BLOCK | | | | |
| FLATTEN BLOCK | | | | |
| 12064734M-A SHT 11 DET 027 | | | | |
| ECL A  PRINT DATE  08/01/02 | | | | |
| ItmSeq:P1B01519-012687 UOM:PC | | | | |
| 8E27434 | 09/15/05 | 2.000 PC | 60.00000 PC Y | 120.00 |
| WAFER | | | | |
| BLANKING, DET 10, SHT 17 | | | | |
| 12066643 MB | | | | |
| ECL A  PRINT DATE 04/01/97 | | | | |

Handwritten annotations:
810 21   10.5
#28568  9-12-05

16178-07  9-12
#28547  9-12-05

81022   10.5
#28601  9-14-05

16462-03  9-12
#28551  9-12-05

16142-22  9-12
#28544  9-12-05

P1R71193

#28568

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86377                        107 N.E. Lathrop Avenue
PO Date:  09/09/05                          Savannah, GA 31415
                                           (912)236-1766 Phone
                                           (912)238-3072 Fax              2

   Vendor:  ACTC01                       Ship To:
ACTCO TOOL & MFG CO INC                   P52 CRIB
14421 BALDWIN ST EXT                      REC. DOCK PLANT 13
P.O. BOX 675                              1265 NORTH RIVER ROAD
MEADVILLE         PA 16335                WARREN          OH 44483

       Ord Src:
   Cust PO/Rel:  P1R71193-P1B01519
Cust Order Date:  09/07/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total | |
|---|---|---|---|---|---|---|
| ItmSeq:P1B01519-009989 UOM:PC | | | | | | |
| 8E27435 | | 1.000 PC | 77.00000 PC | Y | 77.00 | # 28545 9-12-05 |
| WAFER 6143-20 | 09/15/05  9-12 | | | | | |
| BLANKING, DET 12, SHT 18 | | | | | | |
| 12066643 MB | | | | | | |
| ECL D  PRINT DATE 09/01/99 ✓ | | | | | | |
| ItmSeq:P1B01519-002768 UOM:PC | | | | | | |
| 8E27437 | | 2.000 PC | 60.00000 PC | Y | 120.00 | # 28546 9-12-05 |
| WAFER 6144-21 | 09/15/05  9-12 | | | | | |
| BLANKING, DET 15, SHT 23 | | | | | | |
| 12066643 MB | | | | | | |
| ECL A  PRINT DATE 04-01-97 ✓ | | | | | | |
| ItmSeq:P1B01519-009990 UOM:PC | | | | | | |
| 8E27439 | | 1.000 PC | 109.00000 PC | Y | 109.00 | # 28602 9-14-05 |
| WAFER 81023 | 10/10/05  10-5 | | | | | |
| BLANKING, DET A, SHT 22 | | | | | | |
| 12066643-M-B DIE | | | | | | |
| ECL A  PRINT DATE 04/01/97 ✓ | | | | | | |
| ItmSeq:P1B01519-014982 UOM:PC | | | | | | |
| 8GAD978 | | 3.000 PC | 204.00000 PC | Y | 612.00 | # 28558 9-12-05 |
| BLOCK 6673-06 | 09/15/05  9-12 | | | | | |
| EMBOSS FORM, DET 7, SHT 15 | | | | | | |
| 15329083 MA | | | | | | |
| ECL B   PRINT DATE 10-26-99 ✓ | | | | | | |
| ItmSeq:P1B01519-013800 UOM:PC | | | | | | |
| 8GBN513 | | 2.000 PC | 144.25000 PC | Y | 288.50 | # 28562 9-12-05 |
| PUNCH 6737-04 | 09/15/05  9-12 | | | | | |
| FORM, DET 122, SHT 9 | | | | | | |

PURCHASE ORDER
PO NO:     A86377
PO Date:  09/09/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                OH 44483

        Ord Src:
  Cust PO/Rel: P1R71193-P1B01519
Cust Order Date: 09/07/05

Item/Mfg Number              Due Date   Order Qty U/M    Unit Cost U/M Tax    Total
  12160615 MA
  ECL A  PRINT DATE 08-01-94 ✓
  ItmSeq:P1B01519-008668 UOM:PC
8GGD982              10/10/05           1,000 PC     120.00000 PC   Y    120.00          # 28979
  WAFER         81024      10-5                                                          10-7-05
  BLANKING, DET 6, SHT 31
  15443837 MA
  ECL A      PRINT DATE 07/28/03
  ItmSeq:P1B01519-014470 UOM:PC
8K29348      96326-74  09/15/05         2,000 PC     165.00000 PC   Y    330.00          # 28549
  PUNCH                    9-12                                                          9-12-05
  FORM, DET 166, SHT 13
  12040996 MC
  ECL C  PRINT DATE 04-15-99 ✓
  ItmSeq:P1B01519-010303 UOM:PC
=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                              SUBTOTAL      2608.50
                                   TAX          .00
                                          ----------
                                 TOTAL      2608.50

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28569

DATE:          9/12/05

PO#:          A86434
              P1R71261

BILL TO:          D&B NUMBER: 00435064

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6551 | Z013023-B00 | 1 COMPLETE | 2275.0000 | 2275.00 |

SUB-TOTAL          2275.00
SALES TAX             .00
                   2275.00

TERMS: NET 30 DAYS

*P1R71261*

SEP 1 2 2005

PURCHASE ORDER
PO NO.     A86434
PO Date:  09/12/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

     Ord Src:
    Cust PO/Rel:  P1R71261-P1B01519
Cust Order Date:  09/09/05

# 28569
9-12-05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| Z013023 | 09/14/05 | 1,000 PC | 2275.00000 PC  Y | 2275.00 |
| CORE |  |  |  |  |

96551-06   9-12

15305595-PMTLA  DET.3250  SHT.
STATIONARY CORE
ECL: B00  DATE: 4-12-05
ItmSeq:P1B01519-010579 UOM:PC
==============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                    SUBTOTAL    2275.00
                                    TAX              .00
                                             ----------
                              TOTAL          2275.00

TRITON TOOL WORKS, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/14/05

PO#:           A84495
               P1R71P75

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                       DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P5P CRIB/ADAM FADELI
SAVANNAH, GA                                     WARREN, OH
            31415                                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6346 8E27480-C | | 1 COMPLETE | 108.0000 | 108.00 |

|  |  |  |  | SUB-TOTAL | 108.00 |
|  |  |  |  | SALES TAX | .00 |
|  |  |  |  |  | 108.00 |

TERMS: NET 30 DAYS

*P1R 71275*

PURCHASE ORDER
PO NO:    A86495
PO Date:  09/13/05

SEP 1 3 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel: P1R71275-P1B01519
Cust Order Date: 09/11/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E27480 | 09/19/05 | 1.000 PC | 108.00000 PC Y | 108.00 |

J 6346·16

# 28599
9-14-05

WAFER
LANCE, DET 086, SHT 38
12015135 M
ECL C  PRINT DATE 06-01-00 ✓
ItmSeq:P1B01519-010144 UOM:PC
==========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 108.00 |
| TAX | .00 |
| TOTAL | 108.00 |

14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE            PA 16335

DATE:            9/14/05

PO#:             A86496
                 P1R71277

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
                 31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 86BB157-A | | 1 COMPLETE | 86.0000 | 86.00 |

SUB-TOTAL        86.00
SALES TAX          .00
                 86.00

TERMS: NET 30 DAYS

ACTRO TOOL & MFG., INC.                          INVOICE NUMBER: 1 PR605
1442? BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335                   DATE:        9/14/05

                                              PO#:         AB6496
                                                           P1R71277

BILL TO:          D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                   1265 N. RIVER RD/PLT. 13
                                     P52 CRIB/ADAM FADELL
SAVANNAH, GA                         WARREN, OH
          31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6101 8K27909-E | | 1 COMPLETE | 156.0000 | 156.00 |

                                     SUB-TOTAL      156.00
                                     SALES TAX         .00
                                                    156.00


                                     TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

Part 12   Pg 65 of 125

INVOICE NUMBER: 138606

DATE:          9/14/05

PO#:           A86496
               P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    PSP CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|-----------|-------|
| JA107 8KP8756-B |   | 4 COMPLETE | 20.2500 | 81.00 |

SUB-TOTAL          81.00
SALES TAX            .00
                   81.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28407

DATE:          9/14/05

PO#:              AB6496
                  P1B71877

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6143   | 8E27435-D   | 1        | 77.0000    | 77.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL          77.00
SALES TAX            .00
                   77.00

TERMS: NET 30 DAYS

ALTED TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE           PA 16335

INVOICE NUMBER: 78608

DATE:            9/14/05

PO#:             AB4494
                 P1R71277

BILL TO:         D&B NUMBER: 004850641          SHIP TO:

VANGUARD DISTRIBUTORS INC             DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                    1265 N. RIVER RD/PLT. 13
                                      PSP CRIB/ADAM FADELL
SAVANNAH, GA                          WARREN, OH
         31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157   | 866C085-A   | 1        | 51.0000    | 51.00 |
|         |             | COMPLETE |            |       |

                                      SUB-TOTAL        51.00
                                      SALES TAX          .00
                                                       51.00

                                      TERMS: NET 30 DAYS

ALLEN TOOL & MFG. CO.                                    INVOICE NUMBER   73609
14421 BALDWIN ST. EXT.
P. O. BOX 675                               DATE:            9/14/05
MEADVILLE          PA 16335
                                            PO#:             A86496
                                                             P1R71277

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6193   | 8E25627-B   | 2 COMPLETE | 84.0000 | 168.00 |

                                           SUB-TOTAL        168.00
                                           SALES TAX           .00
                                                             168.00


                                           TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 58610

DATE:              9/14/05

PO#:               A86496
                   P1R71277

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA208 8GAT531-A | | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL          125.00
SALES TAX             .00
                   125.00

TERMS: NET 30 DAYS

ARTISS TOOL & MFG. CO.                                    INVOICE NUMBER: 28611
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335                   DATE:        9/14/05

                                              PO#:              A86496
                                                               P1R71277

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P5P CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
             31415                                  44483

REF NO.     DRAWING NO.      QUANTITY      UNIT PRICE        TOTAL


16222 RGGD082-B                    3         94.5000        283.50
                              COMPLETE


                                       SUB-TOTAL          283.50
                                       SALES TAX             .00
                                                         283.50



                                       TERMS: NET 30 DAYS

METTCO TOOL & DIE, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/14/05

PO#:           A86496
               P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELI
SAVANNAH, GA                       WARREN, OH
              31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA232 | R66D090-A | 2 COMPLETE | 120.0000 | 240.00 |

SUB-TOTAL          240.00
SALES TAX             .00
                   240.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 475
MEADVILLE             PA 16335

DATE:              9/14/05

PO#:               A84494
                   P1871877

BILL TO:          D&B NUMBER: 004350441          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P5P CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6235 866D103-D | | 2 COMPLETE | 144.0000 | 288.00 |

SUB-TOTAL        288.00
SALES TAX           .00
                 288.00

TERMS: NET 30 DAYS

14481 BALDWIN ST.     FR
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/14/05

PO#:              AB6496
                  P1P71977

BILL TO:                 D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 19
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
            31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 | 8K28755-H | 6 COMPLETE | 59.0000 | 354.00 |

SUB-TOTAL     354.00
SALES TAX        .00
              354.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.                      INVOICE NUMBER:  28616
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335                 DATE:           9/14/05

                                            PO#:            A86496
                                                            P1R71277

BILL TO:        D&B NUMBER: 004350641        SHIP TO:


VANGUARD DISTRIBUTORS,INC           DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
                31415                               44483

REF NO.    DRAWING NO.      QUANTITY     UNIT PRICE      TOTAL


JA707 8FP5939-A                  1        96.0000       96.00
                            COMPLETE


                                         SUB-TOTAL      96.00
                                         SALES TAX        .00
                                                        96.00



                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
1442T BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28665

DATE:            9/16/05

PO#:    A86496/P1R71277

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81041 | 8E25057-D | 1<br>COMPLETE | 62.0000 | 62.00 |

SUB-TOTAL       62.00
SALES TAX         .00
                62.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.                                    INVOICE NUMBER: 28666
14421 BALDWIN ST. EXT.
P. O. BOX 675                                            DATE:          9/16/05
MEADVILLE              PA 16335

PO#:      A86496/P1R71277

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1265 N. RIVER RD/PLT. 13
                                            P52 CRIB/ADAM FADELL
SAVANNAH, GA                                WARREN, OH
                   31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81042 | 8E27205-A | 1 COMPLETE | 104.5000 | 104.50 |

                                            SUB-TOTAL        104.50
                                            SALES TAX           .00
                                                             104.50

TERMS: NET 30 DAYS

*PIR71277*

PURCHASE ORDER
PO NO:     A86496
PO Date:  09/13/05

SEP 1 3 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel: P1R71277-P1B01519
Cust Order Date: 09/11/05



Item/Mfg Number                Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
155A044                        10/12/05   1,000 PC      141.00000 PC  Y     141.00
  PUNCH            *81040*  10·7
  FORM PUNCH, DET#044, SHT18
  12020155-M-A DIE
  ECL C  PRINT DATE
  ItmSeq:P1B01519-014532 UOM:PC
8E25057          *81041*      10/12/05   1,000 PC       62.00000 PC  Y      62.00
  WAFER                      10·7
  BLANK WAFER, DET 15, SHT 12
  12020118 MA
  ECL D  PRINT DATE 12-15-94
  ItmSeq:P1B01519-012718 UOM:PC
8E25627      *9619317*        09/19/05   2,000 PC       84.00000 PC  Y     168.00
  WAFER                       9-14
  NOTCH, DET 209G, SHT 35
  12020117 MA
  ECL B  PRINT DATE 05-15-96
  ItmSeq:P1B01519-009506 UOM:PC
8E25939      *9707-05*        09/19/05   1,000 PC       96.00000 PC  Y      96.00
  WAFER                       9-14
  PROFILE WAFER, DET.#016, SHT 13
  12052171-M-A DIE
  ECL A  PRINT DATE 05-13-94
  ItmSeq:P1B01519-012736 UOM:PC
8E27205          *81042*      10/12/05   1,000 PC      104.50000 PC  Y     104.50
  WAFER                       10·7
  WAFER

PL #41647  10-12-05
Inv. #29035 10-13-05

#28665
9-16-05

#28609
9-14-05

#28616
9-14-05

#28666
9-16-05

```
PURCHASE ORDER                         VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86496                       107 N.E. Lathrop Avenue
PO Date:  09/13/05                         Savannah, GA 31415
                                          (912)236-1766 Phone
                                          (912)238-3072 Fax          2

   Vendor:  ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC                P52 CRIB
14421 BALDWIN ST EXT                   REC. DOCK PLANT 13
P.O. BOX 675                           1265 NORTH RIVER ROAD
MEADVILLE          PA 16335            WARREN          OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71277-P1B01519
Cust Order Date:  09/11/05
```

```
Item/Mfg Number              Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
   VARIOUS DIES
   ECL A  PRINT DATE 07-13-90
   ItmSeq:P1B01519-014655 UOM:PC        1.000 PC      77.00000 PC  Y     77.00
```
*# 28607*
*9-14-05*

```
8E27435                      09/19/05
   WAFER
   BLANKING, DET 12, SHT 18
   12066643 MB
   ECL D  PRINT DATE 09/01/99
   ItmSeq:P1B01519-002768 UOM:PC        1.000 PC     125.00000 PC  Y    125.00
```
*Q 6143·21*
*9-14*
*# 28610*
*9-14-05*

```
8GAT531                      09/19/05
   BLOCK
   BRIDGE, DET 23, SHT 27
   12124077 MB
   ECL A   PRINT DATE 10-19-98
   ItmSeq:P1B01519-009517 UOM:PC        1.000 PC      86.00000 PC  Y     86.00
```
*Q6208·26*
*# 28604*
*9-14-05*

```
8GBB157                      09/19/05
   PUNCH
   COIN, SHT 12, DET 55
   12110848 MB
   ECL A  PRINT DATE 10-15-95
   ItmSeq:P1B01519-003664 UOM:PC        1.000 PC      51.00000 PC  Y     51.00
```
*Q6029·34*
*# 28608*
*9-14-05*

```
8GGC085                      09/19/05
   WAFER
   PILOT PIERCE, DET 18, SHT 14
   15329083 MA
   ECL A     PRINT DATE 10-26-99
   ItmSeq:P1B01519-010075 UOM:PC
```
*Q6157·51*

PURCHASE ORDER
PO NO:      A86496
PO Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel: P1R71277-P1B01519
Cust Order Date:  09/11/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|
| 8GGD089 | 09/19/05 | 3,000 PC | 94.50000 PC Y | 283.50 | #28611  9-14-05 |
| WAFER |  |  |  |  | |
| BLANK, DET 209 M, SHT 35 |  |  |  |  | |
| 12048343 MA |  |  |  |  | |
| ECL B  PRINT DATE 02-24-92 |  |  |  |  | |
| ItmSeq:P1B01519-009540 UOM:PC |  |  |  |  | |
| 8GGD090 | 09/19/05 | 2,000 PC | 120.00000 PC Y | 240.00 | #28612  9-14-05 |
| WAFER |  |  |  |  | |
| BLANK, DET 211, SHT 36 |  |  |  |  | |
| 12048343 MA |  |  |  |  | |
| ECL A  PRINT DATE 04-09-91 |  |  |  |  | |
| ItmSeq:P1B01519-009541 UOM:PC |  |  |  |  | |
| 8GGD103 | 09/19/05 | 2,000 PC | 144.00000 PC Y | 288.00 | #28613  9-14-05 |
| WAFER |  |  |  |  | |
| DET  210    SHT 36 |  |  |  |  | |
| 12048343 MA |  |  |  |  | |
| ECL D  PRINT DATE 05-01-98 |  |  |  |  | |
| ItmSeq:P1B01519-009543 UOM:PC |  |  |  |  | |
| 8K27909 | 09/19/05 | 1,000 PC | 156.00000 PC Y | 156.00 | #28605  9-14-05 |
| PUNCH |  |  |  |  | |
| NOTCH,  DET 148N, SHT 41 |  |  |  |  | |
| 12015135-M |  |  |  |  | |
| ECL E  PRINT DATE 05-15-96 |  |  |  |  | |
| ItmSeq:P1B01519-010108 UOM:PC |  |  |  |  | |
| 8K28755 | 09/19/05 | 6,000 PC | 59.00000 PC Y | 354.00 | #28614  9-14-05 |
| PUNCH |  |  |  |  | |
| BLANK, SHT 12 |  |  |  |  | |

Handwritten annotations:
96232-46
96233-20
96235-13
96101-12
96258-27

PURCHASE ORDER
PO NO:     A86496
PO Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

4

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN               OH 44483

       Ord Src:
  Cust PO/Rel:  P1R71277-P1B01519
Cust Order Date:  09/11/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 12048343 MA | | | | |
| ECL H  PRINT DATE 01-17-03 ✔ | | | | |
| ItmSeq:P1B01519-012402 UOM:PC | | 4,000 PC | 20.25000 PC  Y | 81.00 |
| 8K28756 | 09/19/05 | | | |
| PUNCH | | | | |
| PIERCE, DET 187,  SHT 12 | | | | |
| 12048343 MA | | | | |
| ECL B  PRINT DATE 04-27-90 ✔ | | | | |
| ItmSeq:P1B01519-012403 UOM:PC | | | | |

*(handwritten: 76107-37)*

*(handwritten: # 28606  9-14-06)*

=====================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL     2313.00
                              TAX              .00
                                          ----------
                       TOTAL     2313.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28694

**DATE:**          9/19/05

**PO#:**           A86556
                   P1R71959

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6284 8T40127-C | | 2 COMPLETE | 205.0000 | 410.00 |

SUB-TOTAL        410.00
SALES TAX          .00
                 410.00

TERMS: NET 30 DAYS

P1R71359

PURCHASE ORDER
PO NO:     A86556
PO Date:  09/14/05

SEP 1 4 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R71359-P1B01519
Cust Order Date:  09/12/05

#28694
9-19-05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8T40127 | 09/20/05 | 2,000 | PC | 205.00000 | PC | Y | 410.00 |

96284-34

ARM
ROCKER, 3200122-S
STANDARD DETAIL
ECL C  PRINT DATE 09-14-00 ✓
ItmSeq:P1B01519-010128 UOM:PC
========================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                        SUBTOTAL     410.00
                                        TAX              .00
                                                   ----------
                                        TOTAL        410.00

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/15/05

PO#:           A86557
               P1R71362

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6021 8GBA108-B | | 1 COMPLETE | 59.0000 | 59.00 |

                                             SUB-TOTAL        59.00
                                             SALES TAX          .00
                                                              59.00

                                             TERMS: NET 30 DAYS

ACTION TECHNOLOGIES, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER 129626

DATE:           9/15/05

PO#:            A86557
                P1R71362

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6271 8GYM063-D | | 1 COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL        112.00
SALES TAX           .00
                 112.00

TERMS: NET 30 DAYS

ACTCU TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128627

DATE:          9/15/05

PO#:          A86557
              P1R71362

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6272 8GYM105-C | | 1 | 112.0000 | 112.00 |
| | | COMPLETE | | |

SUB-TOTAL          112.00
SALES TAX              .00
                   112.00

TERMS: NET 30 DAYS

ACI-CO TRUCK WASH, INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/15/05

PO#:               A86557
                   P1R71362

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                         44483

REF NO.    DRAWING NO.        QUANTITY       UNIT PRICE          TOTAL
---

J6308 86BZ036-A                   2           96.0000          192.00
                            COMPLETE


                                             SUB-TOTAL          192.00
                                             SALES TAX            .00
                                                               192.00


                                             TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/15/05

PO#:           A86557
               P1R71362

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6737 8GBN513-A | | 1 COMPLETE | 144.2500 | 144.25 |

SUB-TOTAL     144.25
SALES TAX      .00
              144.25

TERMS: NET 30 DAYS

*[handwritten: F(1)'/1/06a]*

*[handwritten: P1R 71362]*

PURCHASE ORDER
PO NO:      A86557
PO Date:  09/14/05

**VANGUARD DISTRIBUTORS, Inc.**
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**SEP 1 4 2005**

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                    OH 44483

Ord Src:
Cust PO/Rel:  P1R71362-P1B01519
Cust Order Date:  09/12/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8GBA108 | 09/20/05 | 1.000 | PC | 59.00000 | PC | Y | 59.00 | #28623 9-15-05 |
| PUNCH *[6021-47]* | | | | | | | | |
| BLANK, DET 39, SHT 33 | | | | | | | | |
| 12110848 MA | | | | | | | | |
| ECL B  PRINT DATE 04-10-96 | | | | | | | | |
| ItmSeq:P1B01519-008282 UOM:PC | | | | | | | | |
| 8GBN513 *[6737.05]* | 09/20/05 | 1.000 | PC | 144.25000 | PC | Y | 144.25 | #28634 9-15-05 |
| PUNCH | | | | | | | | |
| FORM, DET 122, SHT 9 | | | | | | | | |
| 12160615 MA | | | | | | | | |
| ECL A  PRINT DATE 08-01-94 | | | | | | | | |
| ItmSeq:P1B01519-008668 UOM:PC | | | | | | | | |
| 8GBZ036 *[6308.09]* | 09/20/05 | 2.000 | PC | 96.00000 | PC | Y | 192.00 | #28628 9-15-05 |
| PUNCH | | | | | | | | |
| FLATTEN | | | | | | | | |
| 12020117 MA | | | | | | | | |
| SHT 18 | | | | | | | | |
| ECL A  PRINT DATE 05-15-96 | | | | | | | | |
| ItmSeq:P1B01519-010230 UOM:PC | | | | | | | | |
| 8GYM063 *[6271-30]* | 09/20/05 | 1.000 | PC | 112.00000 | PC | Y | 112.00 | #28626 9-15-05 |
| HOLDER | | | | | | | | |
| PUNCH, DET 31, SHT 10 | | | | | | | | |
| 8GZD007 | | | | | | | | |
| ECL D  PRINT DATE 07-30-96 | | | | | | | | |
| ItmSeq:P1B01519-010100 UOM:PC | | | | | | | | |
| 8GYM105 *[6272-28]* | 09/20/05 | 1.000 | PC | 112.00000 | PC | Y | 112.00 | #28627 9-15-05 |
| HOLDER | | | | | | | | |
| PUNCH, DET 58, SHT 10 | | | | | | | | |

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86557                         107 N.E. Lathrop Avenue
PO Date:  09/14/05                          Savannah, GA 31415
                                            (912)236-1766 Phone
                                            (912)238-3072 Fax
                                                                        2

    Vendor:  ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC                 P52 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE          PA 16335             WARREN            OH 44483

       Ord Src:
   Cust PO/Rel:  P1R71362-P1B01519
Cust Order Date:  09/12/05
```

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8GZD007 | | | | |
| ECL C  PRINT DATE 07-30-96 ✓ | | | | |
| ItmSeq:P1B01519-010101 UOM:PC | | | | |
| 8K28647 ⟨6 317-09⟩ 10/13/05 10-10 | | 1,000 PC | 180.00000 EC Y | 180.00 |
| PUNCH | | | | |
| PIERCE, DET 82, SHT 8 | | | | |
| 12045773 MA | | | | |
| ECL E  PRINT DATE 06-01-97 ✓ | | | | |
| ItmSeq:P1B01519-006338 UOM:PC | | | | |

*#28985*
*10-10-05*

```
==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                SUBTOTAL      799.25
                                TAX              .00
                                            ----------
                                TOTAL        799.25
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28650

DATE:            9/16/05

PO#:             A86610
                 P1R71424

BILL TO:            D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P5P CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6025 | 8GBN227-E | 1 COMPLETE | 225.0000 | 225.00 |

SUB-TOTAL    225.00
SALES TAX       .00
             225.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA  16335

INVOICE NUMBER:  28453

DATE:          9/16/05

PO#:          A86610
              P1R71424

BILL TO:          D&B NUMBER:  004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6098 8K27660-E | | 3 COMPLETE | 34.5000 | 103.50 |

SUB-TOTAL          103.50
SALES TAX            .00
                   103.50

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.    INVOICE NUMBER    128660
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:            9/16/05

PO#:             A86610
                 P1R71424

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| T6453 | 8K27792-D | 1 COMPLETE | 195.0000 | 195.00 |

SUB-TOTAL        195.00
SALES TAX          .00
                 195.00

TERMS: NET 30 DAYS

P1R71424

PURCHASE ORDER
PO NO:      A86610
PO Date:  09/15/05

**SEP 1 5 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

         Ord Src:
  Cust PO/Rel:  P1R71424-P1B01519
Cust Order Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

                                    1

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| 8GBN227 | 09/21/05 | 1.000 PC | 225.00000 PC | Y | 225.00 |
| PUNCH _6025-58_ | | | | | |
| FORM, DET.63, SHT.24 | | | | | |
| 12110848 MA | | | | | |
| ECL E  PRINT DATE 07/16/02 | | | | | |
| ItmSeq:P1B01519-004027 UOM:PC | | | | | |
| 8K27660 | 09/21/05 | 3.000 PC | 34.50000 PC | Y | 103.50 |
| PUNCH _6098-63_ | | | | | |
| PIERCE, DET 94 | | | | | |
| VARIOUS DIES | | | | | |
| ECL E  PRINT DATE 07/01/96 | | | | | |
| ItmSeq:P1B01519-010105 UOM:PC | | | | | |
| 8K27792 | 09/21/05 | 1.000 PC | 195.00000 PC | Y | 195.00 |
| PUNCH _6453-33_ | | | | | |
| LANCE, DET 238, SHT 10 | | | | | |
| 12020118 MA | | | | | |
| ECL D  PRINT DATE 11-09-92 | | | | | |
| ItmSeq:P1B01519-013218 UOM:PC | | | | | |

*#28650*
*9-16-05*

*#28653*
*9-16-05*

*#28660*
*9-16-05*

=========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ANTIGA TBOL & MFG. CO.                                    INVOICE NUMBER: 28661
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:        9/16/05

PO#:         A86609
             P1R71425

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           PE5 CRIB/REC. DOCK PLT.13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN. OH
            31415                                            44483

REF NO.     DRAWING NO.        QUANTITY      UNIT PRICE        TOTAL

J6519 8GBE239-A                     1        125.0000         125.00
                               COMPLETE


                                             SUB-TOTAL        125.00
                                             SALES TAX           .00
                                                             125.00


                                        TERMS: NET 30 DAYS

*PIR 71425*

PURCHASE ORDER
PO NO:      A86609
PO Date:   09/15/05

**SEP 1 5 2005**

Vendor:   ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

    Ord Src:
  Cust PO/Rel:  P1RX1425-P1B01519
Cust Order Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Ship To:
PE5 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

                                              1

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8GBE239 | 09/21/05 | 2.000 PC | 125.00000 PC  Y | 250.00 |

PUNCH        *6519-04*
U UP PUNCH, DET T, SHT 25
12176416 MA
ECL A    PRINT DATE 04/01/02
ItmSeq:P1B01519-014606 UOM:PC

*1pc - 9/16/05 - # 28661 ($125.00)*
*6519-05 = 1pc - ($125.00)    # 29098  10-13-05*
*10-19-05 del date OK per Russ Palusak*

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

*OK - Scott & Russ P. 9/15/05*

                                   SUBTOTAL        250.00
                                        TAX          .00
                                                ----------
                                      TOTAL        250.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER:   28651

DATE:        9/16/05

PO#:         A84611
             P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6033 86BND80-A |      | 1 COMPLETE | 95.0000 | 95.00 |

SUB-TOTAL        95.00
SALES TAX          .00
                 95.00

TERMS: NET 30 DAYS

INVOICE NUMBER:   28656

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA  16335

DATE:              9/16/05

PO#:               A86611
                   P1R71427

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6207 8GAT075-A | | 3 COMPLETE | 129.0000 | 387.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| | | | SUB-TOTAL | 387.00 |
| | | | SALES TAX | .00 |
| | | | | 387.00 |

TERMS: NET 30 DAYS

INVOICE NUMBER: 28657

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA  16335

DATE:              9/16/05

PO#:                      A86611
                          P1R7142?

BILL TO:          D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 19
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
              31415                                     44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6223 866A070-C | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX            .00
                   96.00

TERMS: NET 30 DAYS

DELPHI TECH. INC.   INVOICE NUMBER:  28658
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

DATE:        9/16/05

PO#:         AB6611
             P1R71497

BILL TO:          D&B NUMBER:  004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                 1265 N. RIVER RD/PLT. 13
                                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                                        WARREN, OH
                  31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6231 866C084-A | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL        60.00
SALES TAX          .00
                 60.00

TERMS: NET 30 DAYS

ASTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28663

DATE:              9/16/05

PO#:               A86611
                   P1R71427

BILL TO:          D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                1265 N. RIVER RD/PLT. 13
                                  P52 CRIB/ADAM FADELL
SAVANNAH, GA                      WARREN, OH
             31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6715 8GGD981-A | | 1 COMPLETE | 219.0000 | 219.00 |

SUB-TOTAL        219.00
SALES TAX          .00
                 219.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28654

14491 BALDWIN ST. E
P. O. BOX 675
MEADVILLE           PA 16335

DATE:              9/16/05

PO#:               A84611
                   P1R71427

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
             31415                                           44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6107 8K28756-B | | 6 COMPLETE | 20.2500 | 121.50 |

SUB-TOTAL          121.50
SALES TAX             .00
                   121.50

TERMS: NET 30 DAYS

INVOICE NUMBER:   28659

14421 BALDWIN ST.  EXT.
P. O. BOX 675
MEADVILLE             PA  16335

DATE:            9/16/05

PO#:             A86611
                 P1R71427

BILL TO:          D&B NUMBER:  004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
                 31415                                     44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6254 8K27855-D | | 2 COMPLETE | 415.0000 | 830.00 |

SUB-TOTAL        830.00
SALES TAX           .00
                 830.00

TERMS:  NET 30 DAYS

ACTCO TOOL & MFG. CO.                                   INVOICE NUMBER: 28652
14421 BALDWIN ST. EXT.
P. O. BOX 675                              DATE:          9/16/05
MEADVILLE            PA 16335
                                          PO#:           A86611
                                                         P1R71427

BILL TO:        D&B NUMBER: 004350641     SHIP TO:


VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6052 8GYM258-B | | 1 COMPLETE | 86.0000 | 86.00 |

                                          SUB-TOTAL       86.00
                                          SALES TAX        .00
                                                         86.00


                                          TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28778

DATE:            9/23/05

PO#:            A86611
                P1R71427

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6052 8GYM258-B | | 1 COMPLETE | 86.0000 | 86.00 |

SUB-TOTAL        86.00
SALES TAX          .00
                 86.00

TERMS: NET 30 DAYS

*P1K11401*
*P1R71427*

PURCHASE ORDER
PO NO:     A86611
PO Date: 09/15/05

SEP 1 5 2005

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

        Ord Src:
Cust PO/Rel: P1R71427 P1B01519
Cust Order Date:  09/13/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

1

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | O/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GAT075 | 09/21/05 | 3.000 | PC | 129.00000 | PC | Y | 387.00 |

BLOCK  *96207-24*
BRIDGE, DET J, SHT 19
12110848 MA
ECL A  PRINT DATE 02-15-98 ✓
ItmSeq:P1B01519-009516 UOM:PC

#28656
9-16.05

| 8GBND80 | 09/21/05 | 1.000 | PC | 95.00000 | PC | Y | 95.00 |

PUNCH  *96033-49*
FORM, DET 168,  SHT 13
12110848 MB,  858MB
ECL A    PRINT DATE 08-15-98 ✓
ItmSeq:P1B01519-008271 UOM:PC

#28651
9-16-05

| 8GGA070 | 09/21/05 | 1.000 | PC | 96.00000 | PC | Y | 96.00 |

WAFER  *96223-12*
CORE BLANK, DET A, SHT 11
12110848 M A
ECL C PRINT DATE 11-30-95 ✓
ItmSeq:P1B01519-004925 UOM:PC

#28657
9-16-05

| 8GGC084 | 09/21/05 | 1.000 | PC | 60.00000 | PC | Y | 60.00 |

WAFER  *96231-29*
PILOT PIERCE, DET 18, SHT 15
15329084 MA
ECL A    PRINT DATE 10-26-99 ✓
ItmSeq:P1B01519-009539 UOM:PC

#28658
9-16-05

| 8GGD981 | 09/21/05 | 1.000 | PC | 219.00000 | PC | Y | 219.00 |

WAFER  *96715-07*
BLANKING, DET 32, SHT 30

#28663
9-16-05



```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86611                        107 N.E. Lathrop Avenue
PO Date:  09/15/05                        Savannah, GA 31415
                                          (912)236-1766 Phone
                                          (912)238-3072 Fax           2

   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                 P52 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE          PA 16335             WARREN              OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71427-P1B01519
Cust Order Date:  09/13/05

Item/Mfg Number          Due Date  Order Qty U/M   Unit Cost U/M Tax    Total
   15443837 MA
   ECL A    PRINT DATE 07/28/03 ✓
   ItmSeq:P1B01519-014564 UOM:PC
8GYM258                   09/21/05     2.000 PC    86.00000 PC   Y     172.00
   HOLDER J6052-18
   PUNCH, DET 38, SHT 17
   12193810 MA
   ECL: B DATE: 02/17/04 ✓
   ItmSeq:P1B01519-009213 UOM:PC
8K27855                   09/21/05     2.000 PC    415.00000 PC        830.00
   PUNCH J6254-06
   NOTCH, DET 70, SHT 13
   12020117 MA
   ECL D  PRINT DATE 04-05-93 ✓
   ItmSeq:P1B01519-009557 UOM:PC
8K28756                   09/21/05     6.000 PC    20.25000 PC   Y     121.50
   PUNCH J6107-38
   PIERCE, DET 137,  SHT 12
   12048343 MA
   ECL B  PRINT DATE 04-27-90 ✓
   ItmSeq:P1B01519-012403 UOM:PC
```

Handwritten annotations:
- J6052-18 ... J6052-19 = Dac - 7/16/05 #28652 - $86.00
- J6052-19 = Dac - 9/23/05  #28778 - $86.00
- 9:30 PS OK per Russ Pellisak
- J6254-06 ... #28659 9-16-05
- J6107-38 ... #28654 9-16-05

```
=================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE Number: 28686

DATE:          9/19/05

PO#:           A86667
               P1R71486

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 19
                                         P5P CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6025 | 8GBN227-E | 3 COMPLETE | 225.0000 | 675.00 |

SUB-TOTAL     675.00
SALES TAX        .00
              675.00

TERMS: NET 30 DAYS

*i*

ACTION TOOL & MFG. INC.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/19/05

PO#:           A86667
               P1R71486

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A          1265 N. RIVER RD/PLT. 13
          P52 CRIB/ADAM FADELL
SAVANNAH, GA          WARREN, OH
          31415          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6026   | 8GBB029-A   | 1 COMPLETE | 46.0000  | 46.00 |

|  |  |
|--|--|
| SUB-TOTAL | 46.00 |
| SALES TAX | .00 |
|  | 46.00 |

TERMS: NET 30 DAYS

*P1R71486*

PURCHASE ORDER

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

PO NO:     A86667
PO Date:  09/16/05

1

**SEP 1 6 2005**

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1R71486-P1B01519
Cust Order Date:  09/14/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GBB029        96026-29 | 09/22/05 | 1.000 | PC | 46.00000 | PC | Y | 46.00 |
| PUNCH | | | | | | | |
| COIN, DET 55,  SHT 21 | | | | | | | |
| 12110848 MA | | | | | | | |
| ECL A  PRINT DATE 12-20-91 | | | | | | | |
| ItmSeq:P1B01519-003637 UOM:PC | | | | | | | |
| 8GBN227        96025-59 | 09/22/05 | 3.000 | PC | 225.00000 | PC | Y | 675.00 |
| PUNCH | | | | | | | |
| FORM, DET.63, SHT.24 | | | | | | | |
| 12110848 MA | | | | | | | |
| ECL E  PRINT DATE 07/16/02 | | | | | | | |
| ItmSeq:P1B01519-004027 UOM:PC | | | | | | | |

#28687
9-19-05

#28686
9-19-05

=====================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL      721.00
TAX           .00
-----------
TOTAL      721.00

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 8GBB157-A | | 1 COMPLETE | 86.0000 | 86.00 |

                                  SUB-TOTAL          86.00
                                  SALES TAX            .00
                                                     86.00


                          TERMS: NET 30 DAYS

INVOICE TO:   INVOICE NUMBER: 128690

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/19/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6144 8E27437-A | | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL      60.00
SALES TAX        .00
               60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28691

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
              31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6178 368A033 | | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL          84.00
SALES TAX            .00
                   84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE         PA 16335

INVOICE NUMBER: 28696

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6662 3432134 | | 1 COMPLETE | 109.0000 | 109.00 |

|  |  |
|--|--|
| SUB-TOTAL | 109.00 |
| SALES TAX | .00 |
|  | 109.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28715

DATE:              9/20/05

PO#:               A86668
                   P1R71488

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6033 8GBND80-A | | 1 COMPLETE | 95.0000 | 95.00 |

SUB-TOTAL        95.00
SALES TAX          .00
                 95.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/19/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                      44483

| REF NO.   | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|-----------|-------------|----------|------------|-------|
| J6013 8GBY076-B |       | 1 COMPLETE | 132.0000 | 132.00 |

SUB-TOTAL          132.00
SALES TAX             .00
                   132.00

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/19/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
           31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6015 8GBY078-A | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL          156.00
SALES TAX             .00
                   156.00

TERMS: NET 30 DAYS

RETCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/19/05

PO#:          A86668
              P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6023   | 8GBN228-C   | 2 COMPLETE | 66.0000 | 132.00 |

SUB-TOTAL          132.00
SALES TAX             .00
                   132.00

TERMS: NET 30 DAYS

ACTION TOOL & MANFG.
14421 BALDWIN ST.  EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/19/05

PO#:               A86668
                   P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                   DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                          1265 N. RIVER RD/PLT. 13
                                            P52 CRIB/ADAM FADELL
SAVANNAH, GA                                WARREN, OH
            31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6028 8GBN867-A | | 2 COMPLETE | 52.0000 | 104.00 |

                                 SUB-TOTAL         104.00
                                 SALES TAX            .00
                                                   104.00

                                 TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28693

DATE:            9/19/05

PO#:             A86668
                 P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
               31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 | 8K28755-H | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL        118.00
SALES TAX           .00
                 118.00

TERMS: NET 30 DAYS

ACTICO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128695

DATE:          9/19/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
          31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6482 | 86GD085-A | 2 COMPLETE | 169.0000 | 338.00 |

                              SUB-TOTAL        338.00
                              SALES TAX          .00
                                               338.00

                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28698

DATE:          9/19/05

PO#:          A86668
              P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P52 CRIB/ADAM FADELL
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6759 866DA19-A | | 1 COMPLETE | 103.0000 | 103.00 |

SUB-TOTAL          103.00
SALES TAX             .00
                   103.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28699

DATE:          9/19/05

PO#:           A86668
               P1R71488

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6760 | 86GDA20-A | 1 COMPLETE | 103.0000 | 103.00 |

SUB-TOTAL        103.00
SALES TAX          .00
                 103.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A86668
PO Date:  09/16/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 16 2005

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

          1

Ord Src:
Cust PO/Rel:  P1R71488-P1B01519
Cust Order Date:  09/14/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 343Z134 | 09/22/05 | 1.000 PC | 109.00000 PC Y | 109.00 |
| PUNCH | | | | |
| CORE U-UP PUNCH | | | | |
| 12092343M-A SHT 25 DET 134 | | | | |
| ECL | | | | |
| ItmSeq:P1B01519-012670 UOM:PC | | | | |
| 368A033 | 09/22/05 | 1.000 PC | 84.00000 PC Y | 84.00 |
| WAFER | | | | |
| DET 33, SHT 15 | | | | |
| 12092368 MA | | | | |
| ItmSeq:P1B01519-001638 UOM:PC | | | | |
| 8E27437 | 09/22/05 | 1.000 PC | 60.00000 PC Y | 60.00 |
| WAFER | | | | |
| BLANKING, DET 15, SHT 23 | | | | |
| 12066643 MB | | | | |
| ECL A PRINT DATE 04-01-97 | | | | |
| ItmSeq:P1B01519-009990 UOM:PC | | | | |
| 8GBB157 | 09/22/05 | 1.000 PC | 86.00000 PC Y | 86.00 |
| PUNCH | | | | |
| COIN, SHT 12, DET 55 | | | | |
| 12110848 MB | | | | |
| ECL A PRINT DATE 10-15-95 | | | | |
| ItmSeq:P1B01519-003664 UOM:PC | | | | |
| 8GBND80 | 09/22/05 | 1.000 PC | 95.00000 PC Y | 95.00 |
| PUNCH | | | | |
| FORM, DET 168, SHT 13 | | | | |
| 12110848 MB,  858MB | | | | |

*Handwritten annotations:*
#28696 9-19-05
#28691 9-19-05
#28690 9-19-05
#28689 9-19-05
# 28715 9-20-05

6662-02    2/01/02
6178-08    5/26/93
6144-22
6029-35
6033-50

PURCHASE ORDER
PO NO:      A86668
PO Date:  09/16/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R71488-P1B01519
Cust Order Date:  09/14/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| ECL A  PRINT DATE 08-15-98 | | | | | | | |
| ItmSeq:P1B01519-008271 UOM:PC | | | | | | | |
| 8GBN228  *6023-48* | 09/22/05 | 2.000 | PC | 66.00000 | PC | Y | 132.00 |
| PUNCH | | | | | | | |
| FORM, DET 64, SHT.24 | | | | | | | |
| 12110848 MA | | | | | | | |
| ECL C  PRINT DATE 10-01-96 | | | | | | | |
| ItmSeq:P1B01519-004028 UOM:PC | | | | | | | |
| 8GBN513  *6737-06* | 09/22/05 | 2.000 | PC | 144.25000 | PC | Y | 288.50 |
| PUNCH | | | | | | | |
| FORM, DET 122, SHT 9 | | | | | | | |
| 12160615 MA | | | | | | | |
| ECL A  PRINT DATE 08-01-94 | | | | | | | |
| ItmSeq:P1B01519-008668 UOM:PC | | | | | | | |
| 8GBN867  *6058-13* | 09/22/05 | 2.000 | PC | 52.00000 | PC | Y | 104.00 |
| PUNCH | | | | | | | |
| BOX, SHT 13, DET 139 | | | | | | | |
| 12110848 MA | | | | | | | |
| ECL A  PRINT DATE 07-01-95 | | | | | | | |
| ItmSeq:P1B01519-008259 UOM:PC | | | | | | | |
| 8GBY076  *6013-34* | 09/22/05 | 1.000 | PC | 132.00000 | PC | Y | 132.00 |
| PUNCH | | | | | | | |
| SCORE, DET 150, SHT  31 | | | | | | | |
| 12110858 MB | | | | | | | |
| ECL B  PRINT DATE 02-15-98 | | | | | | | |
| ItmSeq:P1B01519-004422 UOM:PC | | | | | | | |
| 8GBY078  *6015-35* | 09/22/05 | 1.000 | PC | 156.00000 | PC | Y | 156.00 |
| PUNCH | | | | | | | |
| SCORE, DET W, SHT 31 | | | | | | | |

*Handwritten annotations:*

# 28685
9-19-05

# 29134
10-13-05
(as per adam  10-20-05)

# 28688
9-19-05

# 28683
9-19-05

# 28684
9-19-05

PURCHASE ORDER
PO NO:    A86668
PO Date: 09/16/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

Ord Src:
Cust PO/Rel: P1R71488-P1B01519
Cust Order Date: 09/14/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12110858 MB | | | | | | | |
| ECL A   PRINT DATE 11-21-97 | | | | | | | |
| ItmSeq:P1B01519-008277 UOM:PC | | | | | | | |
| 8GGDA19 | 09/22/05 | 1.000 | PC | 103.00000 | PC | Y | 103.00 |
| WAFER   96759-03 | | | | | | | |
| BLANKING WAFER | | | | | | | |
| 15401230 MA  SHT 18 | | | | | | | |
| ECL A PRINT DATE 12/29/03 | | | | | | | |
| ItmSeq:P1B01519-015324 UOM:PC | | | | | | | |
| 8GGDA20 | 09/22/05 | 1.000 | PC | 103.00000 | PC | Y | 103.00 |
| WAFER   96760-03 | | | | | | | |
| BLANKING WAFER | | | | | | | |
| 15401230 MA  SHT 19 | | | | | | | |
| ECL A PRINT DATE 12/29/03 | | | | | | | |
| ItmSeq:P1B01519-015325 UOM:PC | | | | | | | |
| 8GGD085 | 09/22/05 | 2.000 | PC | 169.00000 | PC | Y | 338.00 |
| WAFER   96482-22 | | | | | | | |
| DET 10 SHT 19 | | | | | | | |
| 12089849 MA  Use A | | | | | | | |
| ECL B  PRINT DATE 04/23/04 | | | | | | | |
| ItmSeq:P1B01519-013106 UOM:PC | | | | | | | |
| 8K28755 | 09/22/05 | 2.000 | PC | 59.00000 | PC | Y | 118.00 |
| PUNCH   96258-28 | | | | | | | |
| BLANK, SHT 12 | | | | | | | |
| 12048343 MA | | | | | | | |
| ECL H  PRINT DATE 01-17-03 | | | | | | | |
| ItmSeq:P1B01519-012402 UOM:PC | | | | | | | |

*Handwritten annotations:*
#28698
9-19-05

#28699
9-19-05

#28695
9-19-05
174.00

#28693
9-19-05