# EXHIBIT 1 – PART 13

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28717

DATE:          9/21/05

PO#:          A86718
              P1R71532

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6022 8GBN223-B | | 2 COMPLETE | 132.0000 | 264.00 |

|  |  |
|--|--|
| SUB-TOTAL | 264.00 |
| SALES TAX | .00 |
|  | 264.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28727

DATE:            9/21/05

PO#:             A86718
                 P1R71532

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6309 8K06002-E | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL        156.00
SALES TAX           .00
                 156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28728

DATE:          9/21/05

PO#:           A86718
               P1R71532

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
               31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6310 8K14004-T | | 1<br>COMPLETE | 163.0000 | 163.00 |
| | | | SUB-TOTAL | 163.00 |
| | | | SALES TAX | .00 |
| | | | | 163.00 |

TERMS: NET 30 DAYS

*P1R 715.32*

PURCHASE ORDER
PO NO:      A86718
PO Date:   09/19/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

**SEP 1 9 2005**

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                OH 44483

         Ord Src:
    Cust PO/Rel: P1R71532-P1B01519
Cust Order Date: 09/15/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8GBN223 | 09/26/05 | 2.000 | PC | 132.00000 | PC | Y | 264.00 | # 28717 |
| PUNCH | 9-21 | | | | | | | 9-21-05 |
| FORM, DET 57, SHT 23 | | | | | | | | |
| 12110848 MA | | | | | | | | |
| ECL B  PRINT DATE 02-15-93 . | | | | | | | | |
| ItmSeq:P1B01519-004023 UOM:PC | | | | | | | | |
| 8K06002 | 10/19/05 | 1.000 | PC | 156.00000 | PC | Y | 156.00 | # 28727 |
| PUNCH | | | | | | | | 9-21-05 |
| FORM EMBOSS, DET 270AA, 2962447 | | | | | | | | |
| MA | | | | | | | | |
| 2977688-M,  12124500 MA | | | | | | | | |
| ECL E  PRINT DATE 03-15-00 | | | | | | | | |
| ItmSeq:P1B01519-010285 UOM:PC | | | | | | | | |
| 8K14004 | 09/26/05 | 1.000 | PC | 163.00000 | PC | Y | 163.00 | # 28728 |
| PUNCH | | | | | | | | 9-21-05 |
| LANCE, DET 41, SHT 15 | | | | | | | | |
| 2962447 MA,  12124500 MA | | | | | | | | |
| CAN ALTER 8GBR048 | | | | | | | | |
| ECL T  PRINT DATE 09-01-93 | | | | | | | | |
| ItmSeq:P1B01519-013212 UOM:PC | | | | | | | | |

Handwritten annotations: 6022-24, 6309-06, 6310-27

==================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28720

DATE:          9/21/05

PO#:           A86719
               P1R71534

D&B NUMBER: 004350641

BILL TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6157 8GGC085-A | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL      102.00
SALES TAX         .00
               102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28721

DATE:          9/21/05

PO#:          A86719
              P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6202 8E27446-F | | 1 COMPLETE | 53.0000 | 53.00 |
| | | | SUB-TOTAL | 53.00 |
| | | | SALES TAX | .00 |
| | | | | 53.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28722

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
               31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6219 8GCE116-D | | 1 COMPLETE | 400.0000 | 400.00 |

SUB-TOTAL        400.00
SALES TAX          .00
                 400.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28723

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 | 8K28755-H | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL      118.00
SALES TAX         .00
               118.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28729

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6332 8E25923-B | | 1 COMPLETE | 152.0000 | 152.00 |

|  | SUB-TOTAL | 152.00 |
|--|-----------|--------|
|  | SALES TAX | .00 |
|  |  | 152.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28734

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
          31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6399 8E25503-B | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL          192.00
SALES TAX             .00
                   192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28737

DATE:          9/21/05

PO#:           A86719
               P1R71534

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6466 8GBF037-A | | 1 COMPLETE | 125.0000 | 125.00 |

SUB-TOTAL    125.00
SALES TAX       .00
             125.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28771

DATE:          9/22/05

PO#:           A86719
               P1R71534

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6351 | 86GD087-F | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX          .00
                   120.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86719
PO Date:  09/19/05

**SEP 1 9 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:\ ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel: P1R71534-P1B01519
Cust Order Date:  09/15/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8E25503 | 09/26/05 | 2.000 | PC | 96.00000 | PC | Y | 192.00 | Blue #28734 9-21-05 |
| WAFER *96.399-09* | *9-21* | | | | | | | |
| NOTCH, DET 321, SHT 42 | | | | | | | | |
| 12015247 M | | | | | | | | |
| ECL B PRINT DATE 05-15-96 | | | | | | | | |
| ItmSeq:P1B01519-011495 UOM:PC | | | | | | | | |
| 8E25923 | 09/26/05 | 1.000 | PC | 152.00000 | PC | Y | 152.00 | Blue #28729 9-21-05 |
| WAFER *96.332-15* | | | | | | | | |
| NOTCH, DET 38, SHT 23 | | | | | | | | |
| 12048343-M-A DIE | | | | | | | | |
| ECL B PRINT DATE 05-17-92 | | | | | | | | |
| ItmSeq:P1B01519-010143 UOM:PC | | | | | | | | |
| 8E27446 | 09/26/05 | 1.000 | PC | 53.00000 | PC | Y | 53.00 | Blue #28721 9-21-05 |
| WAFER *96202-64* | | | | | | | | |
| NOTCH, DET 16, SHT 12 | | | | | | | | |
| 12077411 MA | | | | | | | | |
| ECL F PRINT DATE 11-01-01 | | | | | | | | |
| ItmSeq:P1B01519-009514 UOM:PC | | | | | | | | |
| 8GBF037 | 09/26/05 | 1.000 | PC | 125.00000 | PC | Y | 125.00 | Blue #28737 9-21-05 |
| PUNCH *96466-05* | | | | | | | | |
| U UP PUNCH, SHT 8 | | | | | | | | |
| 12089649 MA | | | | | | | | |
| ECL A PRINT DATE 05-20-96 | | | | | | | | |
| ItmSeq:P1B01519-012900 UOM:PC | | | | | | | | |
| 8GCE116 | 09/26/05 | 1.000 | PC | 400.00000 | PC | Y | 400.00 | Blue #28722 9-21-05 |
| INSERT *96219-03* | | | | | | | | |
| STRIPPER,DET, 205, SHT 35 | | | | | | | | |

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86719                         107 N.E. Lathrop Avenue
PO Date:  09/19/05                         Savannah, GA 31415
                                          (912)236-1766 Phone
                                          (912)238-3072 Fax          2

   Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                 P52 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE        PA 16335               WARREN            OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71534-P1B01519
Cust Order Date: 09/15/05

Item/Mfg Number         Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
   12048343 MA
   ECL D  PRINT DATE 11-11-96
   ItmSeq:P1B01519-009528 UOM:PC      2.000 PC     51.00000 PC  Y    102.00     #28720
8GGC085                  09/26/05                                              9-21-05
   WAFER
PILOT PIERCE, DET 18, SHT 14
15329083 MA
   ECL A    PRINT DATE 10-26-99
   ItmSeq:P1B01519-010075 UOM:PC      1.000 PC    120.00000 PC  Y    120.00     #28771
8GGD087                  09/26/05                                              9-22-05
   WAFER
BLANK, DET 203R, SHT 34
   12048343 MA
   ECL F  PRINT DATE 05/03/05
   ItmSeq:P1B01519-005020 UOM:PC      2.000 PC     59.00000 PC  Y    118.00     #28723
8K28755                  09/26/05                                              9-21-05
   PUNCH
BLANK, SHT 12
   12048343 MA
   ECL H  PRINT DATE 01-17-03
   ItmSeq:P1B01519-012402 UOM:PC
```

Handwritten annotations:
- 96157-52 (next to 8GGC085)
- 96351-23 * Del. ext. to 10-7-05 per Jamie / Need re-worked to Rev. F / we have Rev. E 10-6-00 print date (next to 8GGD087/ECL F)
- 96258-29 (next to 8K28755)

```
===================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28716

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6012 8GBNA33-B | | 1<br>COMPLETE | 120.0000 | 120.00 |

|  |  |
|--|--|
| SUB-TOTAL | 120.00 |
| SALES TAX | .00 |
|  | 120.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28718

DATE:           9/21/05

PO#:            A86720
                P1R71575

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
           31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6120 8K29438-C | | 2 COMPLETE | 103.0000 | 206.00 |

| | |
|---|---|
| SUB-TOTAL | 206.00 |
| SALES TAX | .00 |
| | 206.00 |

*Shipped 1 pc. Rev. B*
*1 pc. Rev. C*
*OK per Marie Peluso 9-21-05 & revised p.o.*

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28719

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6156 8GGC070-A | | 1 COMPLETE | 300.0000 | 300.00 |

SUB-TOTAL     300.00
SALES TAX        .00
              300.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28726

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6280 8GKX019-D | | 6 COMPLETE | 103.0000 | 618.00 |

SUB-TOTAL          618.00
SALES TAX             .00
                   618.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28731

DATE:         9/21/05

PO#:          A86720
              P1R71575

BILL TO:           D&B NUMBER: 004350641           SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6335 8GGB171-A | | 1 | 84.0000 | 84.00 |
| | | COMPLETE | | |

SUB-TOTAL     84.00
SALES TAX       .00
              84.00

TERMS: NET 30 DAYS

ACTCO  TOOL & MFG.  CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28732

DATE:          9/21/05

PO#:           A86720
               P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6342 8E19535-D | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX          .00
                   96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28741

DATE:              9/21/05

PO#:               A86720
                   P1R71575

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6624 | 3432103-A | 1 COMPLETE | 197.0000 | 197.00 |

SUB-TOTAL          197.00
SALES TAX             .00
                   197.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86720
PO Date:  09/19/05

## SEP 19 2005

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

        Ord Src:
Cust PO/Rel:  P1R71575-P1B01519
Cust Order Date:  09/16/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

                                1

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 343Z103 | 09/26/05 | 1.000 | PC | 197.00000 | PC | Y | 197.00 | #28741 9-21-05 |
| COIN | | | | | | | | |
| BLADE COIN  6624-01 | | | | | | | | |
| 12092343M-A SHT 19 DET 103 | | | | | | | | |
| ECL A PRINT DATE | | | | | | | | |
| ItmSeq:P1B01519-012660 UOM:PC | | | | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | | | | |
| 8E19535  6342-01 | 09/26/05 | 1.000 | PC | 96.00000 | PC | Y | 96.00 | #28732 9-21-05 |
| WAFER | | | | | | | | |
| PIERCE, DET 101 | | | | | | | | |
| 2962411 MB | | | | | | | | |
| ECL D PRINT DATE 12-30-94 | | | | | | | | |
| ItmSeq:P1B01519-010133 UOM:PC | | | | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | | | | |
| 8GBNA33  6012-02 | 09/26/05 | 1.000 | PC | 120.00000 | PC | Y | 120.00 | #28716 9-21-05 |
| PUNCH | | | | | | | | |
| FORM,  DET M,  SHT 32 | | | | | | | | |
| 12110858 MB | | | | | | | | |
| ECL B    PRINT DATE 05/15/98 | | | | | | | | |
| ItmSeq:P1B01519-008266 UOM:PC | | | | | | | | |
| WHO ORDERED: ASL BUY IN --MEP | | | | | | | | |
| 8GGB171  6335-01 | 09/26/05 | 1.000 | PC | 84.00000 | PC | Y | 84.00 | #28731 9-21-05 |
| WAFER | | | | | | | | |
| INSUL BLANK, DET 34, SHT 31 | | | | | | | | |
| 12161184 MA | | | | | | | | |
| ECL A    PRINT DATE 01-31-01 | | | | | | | | |
| ItmSeq:P1B01519-010254 UOM:PC | | | | | | | | |
| WHO ORDERED: ASL BUY IN -- MEP | | | | | | | | |

PURCHASE ORDER
PO NO:      A86720
PO Date:  09/19/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                  OH 44483

Ord Src:
Cust PO/Rel:  P1R71575-P1B01519
Cust Order Date:  09/16/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GGC070 | 09/26/05 | 1.000 | PC | 300.00000 | PC | Y | 300.00 |

96156-13

WAFER
BLANKING, DET 5, SHT 24
15305267 MA
ECL A     PRINT DATE 02-03-97
ItmSeq:P1B01519-010074 UOM:PC
WHO ORDERED: ASL BUY IN -- MEP

# 28719
9-21-05

| 8GKX019 | 09/26/05 | 6.000 | PC | 103.00000 | PC | Y | 618.00 |

96280-01

SLIDE
RETAINER, DET 39, SHT 16
12092560 M A
ECL D  PRINT DATE 01-01-00
ItmSeq:P1B01519-012343 UOM:PC
WHO ORDERED: ASL BUY IN -- MEP

# 28726
9-21-05

| 8K29438 | 09/26/05 | 2.000 | PC | 103.00000 | PC | Y | 206.00 |

96120-01

(pg. Rev C
and
(pc. Rev B @ 103.00
print date - 5-20-94

PUNCH
NOTCH, DET 209, SHT 11
12052922 MB
ECL C  PRINT DATE 11-01-00
ItmSeq:P1B01519-006538 UOM:PC
WHO ORDERED: ASL BUY IN -- MEP

# 28718
9-21-05

per Marie 9-21-05

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28725

DATE:            9/21/05

PO#:            A86789
                 P1R71601

BILL TO:           D&B NUMBER: 004350641           SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6277 8GKK018-A | | 5 COMPLETE | 110.0000 | 550.00 |

SUB-TOTAL        550.00
SALES TAX           .00
                 550.00

TERMS: NET 30 DAYS

*PiR 71601*

PURCHASE ORDER    SEP 2 0 2005    VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86789    107 N.E. Lathrop Avenue
PO Date: 09/20/05    Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax    1

Vendor:  ACTC01    Ship To:
ACTCO TOOL & MFG CO INC    P52 CRIB
14421 BALDWIN ST EXT    REC. DOCK PLANT 13
P.O. BOX 675    1265 NORTH RIVER ROAD
MEADVILLE    PA 16335    WARREN    OH 44483

Ord Src:
Cust PO/Rel:  P1R71601-P1B01519
Cust Order Date:  09/18/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8GKK018 | 09/26/05 | 5,000 PC | 110.00000 PC  Y | 550.00 |

*16277-47*    *#28725*
*9-21-05*

COMPONENT
ROCKER ARM  DET 1, SHT 4
8GZA001
ECL A  PRINT DATE 11-14-02
ItmSeq:P1B01519-010094 UOM:PC
===================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                   SUBTOTAL        550.00
                                       TAX            .00
                                                 ----------
                                     TOTAL        550.00

ACTCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28724

DATE:          9/21/05

PO#:           AB6790
               P1R71603

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
               31415                                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL        118.00
SALES TAX           .00
                 118.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28730

DATE:          9/21/05

PO#:          A86790
              P1R71603

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6332 8E25923-B | | 1 COMPLETE | 152.0000 | 152.00 |

SUB-TOTAL          152.00
SALES TAX             .00
                   152.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28733

DATE:          9/21/05

PO#:                    A86790
                        P1R71603

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6348 86GA071-C | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL          96.00
SALES TAX            .00
                   96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28774

DATE:            9/23/05

PO#:    A86790/P1R71603

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81081 | 8K28751-D | 1 COMPLETE | 265.0000 | 265.00 |

SUB-TOTAL     265.00
SALES TAX        .00
              265.00

TERMS: NET 30 DAYS

*P1R71603*



PURCHASE ORDER
PO NO:      A86790
PO Date:  09/20/05

SEP 2 0 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN        OH 44483

Ord Src:
Cust PO/Rel:  P1R71603-P1B01519
Cust Order Date:  09/18/05

Item/Mfg Number          Due Date    Order Qty U/M    Unit Cost U/M Tax    Total
8E25923                  09/26/05    1.000 PC         152.00000 PC  Y      152.00
  WAFER                  6332-16
  NOTCH, DET 38, SHT 23
  12048343-M-A DIE
  ECL B    PRINT DATE 05-17-92
  ItmSeq:P1B01519-010143 UOM:PC
                                                                            #28730
                                                                            9-21-05

8GBNL68                  10/19/05    1.000 PC         262.00000 PC  Y      262.00
  PUNCH                  81080
  FORM, DET R, SHT 30        10-14
  15443837 MA
  ECL A    PRINT DATE 07/28/03
  ItmSeq:P1B01519-015096 UOM:PC
                                                                            #29153
                                                                            Blue 10-14-05

8GGA071                  09/26/05    1.000 PC         96.00000 PC   Y      96.00
  WAFER                  6348-09
  CORE BLANK, DET A, SHT 11
  12110848 MA
  ECL C    PRINT DATE 11-30-95
  ItmSeq:P1B01519-004926 UOM:PC
                                                                            #28733
                                                                            9-21-05

8K28751                  10/19/05    1.000 PC         265.00000 PC  Y      265.00
  PUNCH                  81081
  NOTCH PUNCH, DET 94, SHT 10    10-14
  12048343 MA
  ECL D    PRINT DATE 05-01-98
  ItmSeq:P1B01519-013232 UOM:PC
                                                                            #28774
                                                                            9-23-05

8K28755                  09/26/05    2.000 PC         59.00000 PC   Y      118.00
  PUNCH                  6258-30
  BLANK, SHT 12
                                                                            #28724
                                                                            9-21-05

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28921

DATE:        10/03/05

PO#:        A86842
             P1R71669

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6551 | 2013023-B00 | 1 COMPLETE | 2275.0000 | 2275.00 |

SUB-TOTAL        2275.00
SALES TAX           .00
                 2275.00

TERMS: NET 30 DAYS

*P I R 71669*

PURCHASE ORDER
PO NO:     A86842
PO Date:  09/21/05

SEP 2 2 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

    Ord Src:
  Cust PO/Rel:  P1R71669 P1B01519
Cust Order Date:  09/19/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost | U/M Tax | Total |
|---|---|---|---|---|---|
| Z013023 | 10/28/05 | 1,000 PC | 2275.00000 | PC  Y | 2275.00 |
| CORE | | | | | |

*16551-17*    *10-28*

#*28921*
*10-3-05*

15305595-PMTLA  DET.3250  SHT.7
STATIONARY CORE
ECL: B00  DATE: 4-12-05
ItmSeq:P1B01519-010579 UOM:PC

*picked up by*
*Greg Wasko*

=======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 2275.00 |
| TAX | .00 |
| | --------- |
| TOTAL | 2275.00 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28789

DATE:            9/23/05

PO#:             A86843
                 P1R71670

BILL TO:            D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6428 Z010996-B00 | | 1 COMPLETE | 725.0000 | 725.00 |

SUB-TOTAL       725.00
SALES TAX          .00
                725.00

TERMS: NET 30 DAYS

PIR71670

PURCHASE ORDER
PO NO:    A86843
PO Date:  09/21/05

SEP 2 2 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R71670 P1B01519
Cust Order Date:  09/19/05

Red per Jamie
# 28789
9-23-05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| Z010996   9648-09 | 09/28/05 | 1,000 | PC | 725.00000 | PC | Y | 725.00 |

CORE
15355225-PMA  DET.3250  SHT.31
15355225-PMB  DET.3250  SHT.24
STATIONARY CORE
ECL: B00   DATE: 04AU03 ✓
ItmSeq:P1B01519-012238 UOM:PC

email tracking #

=======================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL       725.00
TAX              .00
            ---------
TOTAL          725.00

ACTCO TOOL & MFG. C.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8758

DATE:          9/22/05

PO#:           A84841
               P1571671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
          31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6134 8E25635-D | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL          120.00
SALES TAX            .00
                   120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28759

DATE:            9/22/05

PO#:             A84841
                 P1R71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
           31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6148 | 8E27694-B | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL    102.00
SALES TAX      .00
            102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28760

DATE:          9/22/05

PO#:          A86841
              P1R71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P5P CRIB/ADAM FADELI
SAVANNAH, GA                             WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| TA149   | 8EP7696-C   | 1        | 60.0000    | 60.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL          60.00
SALES TAX            .00
                   60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28761

DATE:                9/22/05

PO#:                 ABAB41
                     P1B71671

BILL TO:                D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    PSP CRIB/ADAM FADELI
SAVANNAH, GA                        WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JAP02 8E27446-F | | 2 COMPLETE | 53.0000 | 106.00 |

SUB-TOTAL          106.00
SALES TAX             .00
                   106.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 58762

DATE:          9/22/05

PO#:           A86841
               P1R71671

BILL TO:              DAB NUMBER: 004350441          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
               31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL        118.00
SALES TAX           .00
                 118.00

TERMS: NET 30 DAYS

ALLTED TUBE & MFG. CO.
14431 BALDWIN ST. EXT.
P. O. BOX 475
MEADVILLE          PA 16335

DATE:          9/22/05

PO#:           A8A841
               P1P71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6339 866D704-B | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL          192.00
SALES TAX             .00
                   192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28879

DATE:            9/29/05

PO#:    A86841/P1R71671

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81123 | 8GADA26-C | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL        156.00
SALES TAX           .00
                 156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28880

DATE:            9/29/05

PO#:     A86841/P1R71671

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A            1265 N. RIVER RD/PLT. 13
                             P52 CRIB/ADAM FADELL
SAVANNAH, GA            WARREN, OH
            31415            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81122 | 8GADA25-B | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL            156.00
SALES TAX              .00
                     156.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28909

DATE:         9/30/05

PO#:     A86841/P1R71671

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
              31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81121   | 8E25057-D   | 1        | 62.0000    | 62.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL        62.00
SALES TAX          .00
                 62.00

TERMS: NET 30 DAYS

*PIR 716 71*

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86841                          107 N.E. Lathrop Avenue
PO Date:  09/21/05                            Savannah, GA 31415
                    SEP 22 2005               (912)236-1766 Phone
                                              (912)238-3072 Fax
                                                                    1
  Vendor:  ACTC01                       Ship To:
ACTCO TOOL & MFG CO INC                 P52 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE         PA 16335              WARREN          OH 44483

      Ord Src:
  Cust PO/Rel:  P1R71671-P1B01519
Cust Order Date:  09/19/05
```

```
Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
8E25057    81121         10/20/05     1,000 PC      62.00000 PC  Y      62.00      #28909
  WAFER                  10-17                                                     9-30-05
  BLANK WAFER, DET 15, SHT 12
  12020118 MA
  ECL D  PRINT DATE 12-15-94
  ItmSeq:P1B01519-012718 UOM:PC
8E25635    96134.35      09/27/05     2,000 PC      60.00000 PC  Y      120.00     # 28758
  WAFER                  9-22                                                      9-22-05
  PIERCE, DET 15, SHT 8
  12020717 MA
  ECL D  PRINT DATE 02-01-97
  ItmSeq:P1B01519-009981 UOM:PC
8E27446    96202-65      09/27/05     2,000 PC      53.00000 PD  Y      106.00     # 28761
  WAFER                                                                            9-22-05
  NOTCH, DET 16, SHT 12
  12077411 MA
  ECL F  PRINT DATE 11-01-01
  ItmSeq:P1B01519-009514 UOM:PC
8E27694    96148-08      09/27/05     2,000 PC      51.00000 PC  Y      102.00     # 28759
  WAFER                                                                            9-22-05
  NOTCH, DET 222E, SHT 35
  12020717 MA
  ECL B  PRINT DATE 10-12-93
  ItmSeq:P1B01519-009994 UOM:PC
8E27696    96149-13      09/27/05     1,000 PC      60.00000 PC  Y      60.00      # 28760
  WAFER                                                                            9-22-05
  PIERCE, DET C, SHT 33
```

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86841                          107 N.E. Lathrop Avenue
PO Date:  09/21/05                          Savannah, GA 31415
                                            (912)236-1766 Phone
                                            (912)238-3072 Fax
                                                                     2
  Vendor:  ACTC01                        Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE          PA 16335              WARREN          OH 44483

      Ord Src:
  Cust PO/Rel:  P1R71671-P1B01519
Cust Order Date:  09/19/05
```

```
Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
  12020717 MA
  ECL C  PRINT DATE 02-01-97
  ItmSeq:P1B01519-002865 UOM:PC
8GADA25     81122        10/20/05    1,000 PC      156.00000 PC  Y     156.00      #28879
  BLOCK                   10·17                                                    9-29-05
  FORM BLOCK, DET 33, SHT 18
  15328951 MA
  ECL B     PRINT DATE 11/07/01
  ItmSeq:P1B01519-012822 UOM:PC
8GADA26     81123        10/20/05    1,000 PC      156.00000 PC  Y     156.00      #28880
  BLOCK                   10·17                                                    9-29-05
  FORM BLOCK, DET 35, SHT 18
  15328951 MA
  ECL C     PRINT DATE 11/07/01
  ItmSeq:P1B01519-012823 UOM:PC
8GBN513    6737-07       09/27/05    1,000 PC      144.25000 PC  Y     144.25      #29135
  PUNCH                                                                            10-13-05
  FORM, DET 122, SHT 9                10-20-05  Janice
  12160615 MA
  ECL A  PRINT DATE 08-01-94
  ItmSeq:P1B01519-008668 UOM:PC
8GGD704    6339-17       09/27/05    2,000 PC       96.00000 PC  Y     192.00      #28763
  WAFER                                                                            9-22-05
  BLANKING, DET 63, SHT 23
  15328951 MA
  ECL B     PRINT DATE 10-01-01
  ItmSeq:P1B01519-010264 UOM:PC
```

PURCHASE ORDER
PO NO:      A86841
PO Date:  09/21/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R71671-P1B01519
Cust Order Date:  09/19/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K28755 | 09/27/05 | 2 000 PC | 59.00000 PC Y | 118.00 |

PUNCH
BLANK, SHT 12
12040343 MA
ECL H   PRINT DATE 01-17-03
ItmSeq:P1B01519-012402 UOM:PC

*6258-31*

# 28762
9-22-05

=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

SUBTOTAL        1216.25
TAX                .00
                ---------
TOTAL           1216.25

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28779

DATE:          9/23/05

PO#:           A86892
               P1R71752

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6112 8K29149-B | | 1 COMPLETE | 77.0000 | 77.00 |

SUB-TOTAL     77.00
SALES TAX      .00
              77.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

**INVOICE NUMBER:** 28813

**DATE:**        9/26/05

**PO#:**          A86892
PIR71752

**BILL TO:**        D&B NUMBER: 004350641       SHIP TO.

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
F52 CRIB/ADAM FADELL
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6098 8K27660-E | | 3 COMPLETE | 34.5000 | 103.50 |

SUB-TOTAL    103.50
SALES TAX       .00
             103.50

TERMS: NET 30 DAYS

*PIR 71752*

PURCHASE ORDER
PO NO:     A86892
PO Date:  09/22/05

**SEP 2 2 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                OH 44483

Ord Src:
Cust PO/Rel: P1R71752-P1B01519
Cust Order Date:  09/20/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K27660 | 09/28/05 | 3.000 PC | 34.50000 PC  Y | 103.50 |
| PUNCH | | | | |
| PIERCE, DET 94 | | | | |
| VARIOUS DIES | | | | |
| ECL E  PRINT DATE 07/01/96 ✓ | | | | |
| ItmSeq:P1B01519-010105 UOM:PC | | | | |
| 8K29149 | 09/28/05 | 1.000 PC | 77.00000 PC  Y | 77.00 |
| PUNCH | | | | |
| FORM TANG, DET 89, SHT 19 | | | | |
| 12010088-M-B DIE | | | | |
| ECL B  PRINT DATE 05-28-99 ✓ | | | | |
| ItmSeq:P1B01519-010119 UOM:PC | | | | |

*96098-64*

*96112-20*

*# 28813*
*9-26-05*
*couldn't get on Vanguard's site*
*2:30 + 3:00 - Admin. message*

*# 28779*
*9-23-05*

================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 180.50 |
| TAX | .00 |
| TOTAL | 180.50 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28775

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6029 8GBB157-A | | 3 COMPLETE | 86.0000 | 258.00 |

SUB-TOTAL      258.00
SALES TAX         .00
               258.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28776

DATE:              9/23/05

PO#:               A86893
                   P1R71755

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6033 8GBND80-A | | 1 COMPLETE | 95.0000 | 95.00 |

SUB-TOTAL          95.00
SALES TAX            .00
                   95.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28777

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6051   | 86FA097-B   | 2 COMPLETE | 120.0000 | 240.00 |

SUB-TOTAL     240.00
SALES TAX        .00
              240.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE              PA 16335

INVOICE NUMBER: 28780

DATE:              9/23/05

PO#:               A86893
                   P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6202 8E27446-F | | 1 COMPLETE | 53.0000 | 53.00 |

SUB-TOTAL          53.00
SALES TAX           .00
                   53.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                      PA 16335

INVOICE NUMBER: 28781

DATE:               9/23/05

PO#:                A86893
                    P1R71755

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6236 8G6D158-A | | 2 COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL        192.00
SALES TAX           .00
                 192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28782

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6244 86KX132-A | | 1 COMPLETE | 192.0000 | 192.00 |

SUB-TOTAL          192.00
SALES TAX            .00
                   192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28783

DATE:          9/23/05

PO#:           A86893
               P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6271 8GYM063-D | | 1 COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL          112.00
SALES TAX             .00
                   112.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28784

DATE:          9/23/05

PO#:          A86893
              P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6272 86YM105-C | | 1 COMPLETE | 112.0000 | 112.00 |

SUB-TOTAL          112.00
SALES TAX             .00
                   112.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28785

DATE:                9/23/05

PO#:               A86893
                   P1R71755

BILL TO:              D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS. INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6286 8GFA096-B | | 1 COMPLETE | 197.0000 | 197.00 |

SUB-TOTAL      197.00
SALES TAX         .00
               197.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28787

DATE:          9/23/05

PO#:          A86893
              P1R71755

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
              31415                                           44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6317 8K28647-E | | 1<br>COMPLETE | 180.0000 | 180.00 |

SUB-TOTAL          180.00
SALES TAX            .00
                   180.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28788

DATE:            9/23/05

PO#:             A86893
                 P1R71755

BILL TO:         D&B NUMBER: 004350641         SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6418 8E27448-B | | 1 COMPLETE | 96.0000 | 96.00 |

SUB-TOTAL        96.00
SALES TAX          .00
                 96.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28792

DATE:              9/23/05

PO#:               A86893
                   P1R71755

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS.INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH. GA                                 WARREN. OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6326 8K29348-C | | 2 COMPLETE | 165.0000 | 330.00 |

SUB-TOTAL        330.00
SALES TAX           .00
                 330.00

TERMS: NET 30 DAYS

P1R71755



PURCHASE ORDER
PO NO:    A86893
PO Date:  09/22/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 22 2005                                                    1

Vendor:  ACTC01                    Ship To:
ACTCO TOOL & MFG CO INC            P52 CRIB
14421 BALDWIN ST EXT               REC. DOCK PLANT 13
P.O. BOX 675                       1265 NORTH RIVER ROAD
MEADVILLE         PA 16335         WARREN          OH 44483

        Ord Src:
    Cust PO/Rel:  P1R71755-P1B01519
Cust Order Date:  09/20/05

Item/Mfg Number          Due Date   Order Qty U/M    Unit Cost U/M Tax   Total
8E27446                  09/28/05     1.000 PC       53.00000 PC   Y     53.00        # 28780
    WAFER        J6202-66                                                             9-23-05
    NOTCH, DET 16, SHT 12
    12077411 MA
    ECL F  PRINT DATE 11-01-01
    ItmSeq:P1B01519-009514 UOM:PC
8E27448                  09/28/05     1.000 PC       96.00000 PC   Y     96.00        # 28788
    WAFER        J6418-08                                                             9-23-05
    BLANK WAFER, DET 34, SHT 14
    12110853 MA
    ECL B  PRINT DATE 11-01-01
    ItmSeq:P1B01519-011575 UOM:PC
8GBB157                  09/28/05     3.000 PC       86.00000 PC   Y     258.00       # 28775
    PUNCH        J6029-36                                                             9-23-05
    COIN, SHT 12, DET 55
    12110848 MB
    ECL A  PRINT DATE 10-15-95
    ItmSeq:P1B01519-003664 UOM:PC
8GBND80                  09/28/05     1.000 PC       95.00000 PC   Y     95.00        # 28776
    PUNCH        J6033-51                                                             9-23-05
    FORM, DET 188, SHT 13
    12110848 MB,  858MB
    ECL A    PRINT DATE 08-15-98
    ItmSeq:P1B01519-008271 UOM:PC
8GFA096                  09/28/05     1.000 PC       197.00000 PC  Y     197.00       # 28785
    LIFTER       J6286-32                                                             9-23-05
    STOCK,  DET 85  SHT 16

PURCHASE ORDER
PO NO:      A86893
PO Date:  09/22/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R71755-P1B01519
Cust Order Date:  09/20/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12129483 MA | | | | | | | |
| ECL B  PRINT DATE 08-13-04 ✔ | | | | | | | |
| ItmSeq:P1B01519-009195 UOM:PC | | | | | | | |
| 8GFA097                09/28/05 | | 2,000 | PC | 120.00000 | PC | Y | 240.00 |
| LIFTER         ↄ6051-46 | | | | | | | |
| STOCK, DET 89, SHT 16 | | | | | | | |
| 12129483 MA | | | | | | | |
| ECL B  PRINT DATE 08-13-04 ✔ | | | | | | | |
| ItmSeq:P1B01519-009196 UOM:PC | | | | | | | |
| 8GGD158                09/28/05 | | 2,000 | PC | 96.00000 | PC | Y | 192.00 |
| WAFER         ↄ6236-10 | | | | | | | |
| BLANKING, DET D, SHT 12 | | | | | | | |
| 12124500 M A | | | | | | | |
| ECL A  PRINT DATE 03-01-93 ✔ | | | | | | | |
| ItmSeq:P1B01519-009544 UOM:PC | | | | | | | |
| 8GKX132                09/28/05 | | 1,000 | PC | 192.00000 | PC | Y | 192.00 |
| SLIDE         ↄ6244-09 | | | | | | | |
| RETAINER, DET 124, SHT 18 | | | | | | | |
| 12020117 MA | | | | | | | |
| ECL A  PRINT DATE 01-15-96 ✔ | | | | | | | |
| ItmSeq:P1B01519-009549 UOM:PC | | | | | | | |
| 8GYM063                09/28/05 | | 1,000 | PC | 112.00000 | PC | Y | 112.00 |
| HOLDER         ↄ6271-31 | | | | | | | |
| PUNCH, DET 31, SHT 10 | | | | | | | |
| 8GZD007 | | | | | | | |
| ECL D  PRINT DATE 07-30-96 ✔ | | | | | | | |
| ItmSeq:P1B01519-010100 UOM:PC | | | | | | | |

#28777
9-23-05

#28781
9-23-05

#28782
9-23-05

#28783
9-23-05

PURCHASE ORDER
PO NO:      A86893
PO Date:  09/22/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R71755-P1B01519
Cust Order Date:  09/20/05

Item/Mfg Number               Due Date     Order Qty U/M     Unit Cost U/M Tax    Total
8GYM105                       09/28/05        1.000 PC       112.00000 PC   Y     112.00          #28784
  HOLDER        b6272-29                                                                         9-23-05
  PUNCH, DET 68, SHT 10
  8GZD007
  ECL C   PRINT DATE 07-30-96 ✓
  ItmSeq:P1B01519-010101 UOM:PC

8K28647                       10/21/05        1.000 PC       180.00000 PC   Y     180.00          #28787
  PUNCH          b6317-10                                                                        9-23-05
  PIERCE, DET 82, SHT 8
  12045773 MA
  ECL E   PRINT DATE 06-01-97 ✓
  ItmSeq:P1B01519-006338 UOM:PC

8K29348                       09/28/05        2.000 PC       165.00000 PC   Y     330.00          #28792
  PUNCH          b6326-75  ✗                                                                     9-23-05
  FORM, DET 166, SHT 13
  12040996 MC
  ECL C   PRINT DATE 04-15-99 ✓
  ItmSeq:P1B01519-010303 UOM:PC

======================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28803

DATE:          9/26/05

PO#:           A86959
               P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6140 8E27109-B | | 2 COMPLETE | 51.0000 | 102.00 |

                                             SUB-TOTAL      102.00
                                             SALES TAX        .00
                                                            102.00

                                   TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28804

DATE:          9/26/05

PO#:             A86959
                 P1R71817

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                      1265 N. RIVER RD/PLT. 13
                                        P52 CRIB/ADAM FADELL
SAVANNAH, GA                            WARREN, OH
                31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 8GBA067-D | | 1 COMPLETE | 264.2500 | 264.25 |

SUB-TOTAL        264.25
SALES TAX           .00
                 264.25

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

INVOICE NUMBER: 28805

DATE:        9/26/05

PO#:         A86959
             P1R71817

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO.   DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6258 8K28755-H | 1 COMPLETE | 59.0000 | 59.00 |

SUB-TOTAL        59.00
SALES TAX          .00
                 59.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28808

DATE:          9/26/05

PO#:              A86959
                  P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6469 | 3432101-B | 1 COMPLETE | 72.0000 | 72.00 |

SUB-TOTAL          72.00
SALES TAX            .00
                   72.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28811

DATE:          9/26/05

PO#:           A86959
               P1R71817

BILL TO:       D&B NUMBER: 004350641      SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
               31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6673 8GAD978-B | | 2 COMPLETE | 204.0000 | 408.00 |

SUB-TOTAL      408.00
SALES TAX         .00
               408.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28883

DATE:             9/29/05

PO#:     AR6959/P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81139 | 8E25061-C | 1 COMPLETE | 72.0000 | 72.00 |

|  |  |  | SUB-TOTAL | 72.00 |
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 72.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28913

DATE:          9/30/05

PO#:           A86959
               P1R71817

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6258 8K28755-H | | 2 COMPLETE | 59.0000 | 118.00 |

SUB-TOTAL          118.00
SALES TAX            .00
                   118.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A86959
PO Date:  09/23/05

**SEP 2 3 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTCO1
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel: P1R71817-P1B01519
Cust Order Date: 09/21/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 343Z101 | 09/29/05 | 1.000 PC | 72.00000 PC Y | 72.00 |
| WAFER | | | | |
| BLANK WAFER, SHT. 18, DET 101 | | | | |
| 12092343M-A | | | | |
| ECL B PRINT DATE | | | | |
| ItmSeq:P1B01519-012659 UOM:PC | | | | |
| 8E25061 | 10/24/05 | 1.000 PC | 72.00000 PC Y | 72.00 |
| WAFER | | | | |
| BLANK WAFER, DET 41, SHT 35 | | | | |
| 12020118 MA | | | | |
| ECL C  PRINT DATE 12-15-94 | | | | |
| ItmSeq:P1B01519-012719 UOM:PC | | | | |
| 8E27109 | 09/29/05 | 2.000 PC | 51.00000 PC Y | 102.00 |
| WAFER | | | | |
| NOTCH, DET 373, SHT 40 | | | | |
| 12015247 M | | | | |
| ECL B  PRINT DATE 05-15-96 | | | | |
| ItmSeq:P1B01519-009987 UOM:PC | | | | |
| 8GAD978 | 09/29/05 | 2.000 PC | 204.00000 PC Y | 408.00 |
| BLOCK | | | | |
| EMBOSS FORM, DET 7, SHT 15 | | | | |
| 15329083 MA | | | | |
| ECL B  PRINT DATE 10-26-99 | | | | |
| ItmSeq:P1B01519-013800 UOM:PC | | | | |
| 8GBA067 | 09/29/05 | 1.000 PC | 264.25000 PC Y | 264.25 |
| PUNCH | | | | |
| BLANK, DET 202P, SHT 34 | | | | |

*Handwritten annotations:*

J 6469-16

#28808
9-26-05

8/1/39
10-19

#28883
9-29-05

J 6140-30

#28803
9-26-05

J 6673-07

#28811
9-26-05

J 6209-21

#28804
9-26-05

PURCHASE ORDER                                    VANGUARD DISTRIBUTORS, Inc.
PO NO:      A86959                                   107 N.E. Lathrop Avenue
PO Date:  09/23/05                                    Savannah, GA 31415
                                                       (912)236-1766 Phone
                                                       (912)238-3072 Fax            2

   Vendor:  ACTC01                              Ship To:
ACTCO TOOL & MFG CO INC                         P52 CRIB
14421 BALDWIN ST EXT                            REC. DOCK PLANT 13
P.O. BOX 675                                    1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                     WARREN            OH 44483

   Ord Src:
   Cust PO/Rel:  P1R71817-P1B01519
Cust Order Date:  09/21/05

Item/Mfg Number             Due Date  Order Qty U/M    Unit Cost U/M Tax    Total
   12048343 MA
   ECL D  PRINT DATE 05-03-05 ✓
   ItmSeq:P1B01519-009518 UOM:PC                    2,000 PC      141.00000 PC   Y      282.00        #29291
8GBNF61  81/40          10/24/05                                                               10-21-05
PUNCH                        10-19
FORM PUNCH, DET 30, SHT 17
   15328951 MA          PRINT DATE 10/01/01
   ECL A
   ItmSeq:P1B01519-012966 UOM:PC
                             09/29/05           3.000 PC       59.00000 PC   Y      177.00
8K28755         J6258-32     ① pc    (59.00)     #23805    9-26-05
PUNCH                        10-11-05   ok per jamie
BLANK, SHT 12    J6258-33    ② pcs
   12048343 MA                         @ (59.00) = (118.00)   # 28913   9-30-05
   ECL H  PRINT DATE 01-17-03 ✓
   ItmSeq:P1B01519-012402 UOM:PC
==================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library                                  SUBTOTAL       1377.25
                                         TAX               .00
                                                     ----------
                                         TOTAL         1377.25

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28834

DATE:          9/28/05

PO#:           A87015
               P1R71866

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 8K19102-P | | 2 COMPLETE | 220.0000 | 440.00 |

SUB-TOTAL          440.00
SALES TAX             .00
                   440.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28843

DATE:            9/28/05

PO#:              A87015
                  P1R71866

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
              31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6185 8E15005-F | | 2 COMPLETE | 159.0000 | 318.00 |

SUB-TOTAL        318.00
SALES TAX           .00
                 318.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE              PA 16335

INVOICE NUMBER: 28854

DATE:              9/28/05

PO#:               A87015
                   P1R71866

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
              31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6625 86AD157-B | | 1 COMPLETE | 180.0000 | 180.00 |

SUB-TOTAL          180.00
SALES TAX             .00
                   180.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE           PA 16335

INVOICE NUMBER: 28860

DATE:            9/28/05

PO#:             A87015
                 P1R71866

BILL TO:              D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6736 86BX063-D | | 2<br>COMPLETE | 96.0000 | 192.00 |

SUB-TOTAL        192.00
SALES TAX           .00
                 192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

**INVOICE NUMBER:** 28861

**DATE:**          9/28/05

**PO#:**           A87015
                   P1R71866

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6753 8T40083-B | | 5 COMPLETE | 45.0000 | 225.00 |

|  |  |
|--|--|
| SUB-TOTAL | 225.00 |
| SALES TAX | .00 |
|  | 225.00 |

TERMS: NET 30 DAYS

*PIR 71866*

PURCHASE ORDER
PO NO:     A87015
PO Date:  09/26/05

SEP 2 6 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

Ord Src:
Cust PO/Rel:  P1R71866-P1B01519
Cust Order Date:  09/22/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E15005 | 10/03/05 | 2.000 PC | 159.00000 PC Y | 318.00 |
| WAFER | | | | |
| LANCE,  DET 95 SHT 1 | | | | |
| 12124500 MA; 2962447 | | | | |
| ECL F  PRINT DATE 04-01-96 | | | | |
| ItmSeq:P1B01519-012702 UOM:PC | | | | |

*96185·24*   *9-28*   *# 28843*   *9-28-05*

| 8GAD157 | 10/03/05 | 1.000 PC | 180.00000 PC Y | 180.00 |
| BLOCK | | | | |
| FORM, DET 22, SHT 14 | | | | |
| 12110848 M A | | | | |
| ECL B  PRINT DATE 11-30-95 | | | | |
| ItmSeq:P1B01519-013602 UOM:PC | | | | |

*96625·22*   *# 28854*   *9-28-05*

| 8GBX063 | 10/06/05 | 2.000 PC | 96.00000 PC Y | 192.00 |
| PILOT | | | | |
| TONGUE  DET 230 SHT 12 | | | | |
| 12047884 MA | | | | |
| ECL D  PRINT DATE 06-15-04 | | | | |
| ItmSeq:P1B01519-015097 UOM:PC | | | | |

*96736·06*   *#28860*   *9-28-05*

| 8K19102 | 10/03/05 | 2.000 PC | 220.00000 PC Y | 440.00 |
| PUNCH | | | | |
| LANCE, DET 177R,2962447-MA | | | | |
| 2977688-M DET 86A,  12124500 MA | | | | |
| ECL P  PRINT DATE 04-01-96 | | | | |
| ItmSeq:P1B01519-013213 UOM:PC | | | | |

*96097·44*   *# 28834*   *9-28-05*

| 8T40083 | 10/03/05 | 5.000 PC | 45.00000 PC Y | 225.00 |
| ROD | | | | |
| STANDARD PUSH, | | | | |

*96753·11*   *# 28861*   *9-28-05*

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28836

DATE:          9/28/05

PO#:           A87016
               P1R71868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6135 8E25935-C | | 1 COMPLETE | 69.0000 | 69.00 |

SUB-TOTAL          69.00
SALES TAX            .00
                   69.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28845

DATE:          9/28/05

PO#:           A87016
               P1R71868

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6208 | 86AT531-A | 2 COMPLETE | 125.0000 | 250.00 |

SUB-TOTAL      250.00
SALES TAX         .00
               250.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28846

DATE:            9/28/05

PO#:             A87016
                 P1R71868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
              31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6282 8GKX104-B |  | 1 COMPLETE | 192.0000 | 192.00 |

SUB-TOTAL        192.00
SALES TAX           .00
                 192.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28848

DATE:          9/28/05

PO#:           A87016
               P1R71868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6353 | 866D414-E | 11 COMPLETE | 132.0000 | 1452.00 |

SUB-TOTAL      1452.00
SALES TAX           .00
               1452.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28859

DATE:          9/28/05

PO#:           A87016
               P1R71868

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6732 8GBA167-D | | 2 COMPLETE | 66.0000 | 132.00 |

SUB-TOTAL      132.00
SALES TAX        .00
               132.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:        A87016
PO Date:  09/26/05

SEP 2 6 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN        OH 44483

Ord Src:
Cust PO/Rel:  F1R71868-P1B01519
Cust Order Date:  09/22/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E25935 | 10/03/05 | 1.000 | PC | 69.00000 | PC | Y | 69.00 |
| WAFER *J6135-20* | | | | | | | |
| DET 457, SHT 42 | | | | | | | |
| 12015135-M | | | | | | | |
| ECL C   PRINT DATE 05-15-96 ✓ | | | | | | | |
| ItmSeq:P1B01519-009982 UOM:PC | | | | | | | |
| 8GAT531 | 10/03/05 | 2.000 | PC | 125.00000 | PC | Y | 250.00 |
| BLOCK *J6208-27* | | | | | | | |
| BRIDGE, DET 23, SHT 27 | | | | | | | |
| 12124077 MB | | | | | | | |
| ECL A    PRINT DATE 10-19-98 ✓ | | | | | | | |
| ItmSeq:P1B01519-009517 UOM:PC | | | | | | | |
| 8GBA167 | 10/03/05 | 2.000 | PC | 66.00000 | PC | Y | 132.00 |
| PUNCH *J6732-10* | | | | | | | |
| BLANK, DET 127, SHT 9 | | | | | | | |
| 12146591 MA | | | | | | | |
| ECL D   PRINT DATE 05-18-94 ✓ | | | | | | | |
| ItmSeq:P1B01519-008629 UOM:PC | | | | | | | |
| 8GBN513 | 10/03/05 | 2.000 | PC | 144.25000 | PC | Y | 288.50 |
| PUNCH *J6737-06* | | | | | | | |
| FORM, DET 122, SHT 9 | | | | | | | |
| 12160615 MA | | | | | | | |
| ECL A   PRINT DATE 08-01-94 ✓ | | | | | | | |
| ItmSeq:P1B01519-008668 UOM:PC | | | | | | | |
| 8GGD414 | 10/26/05 | 11.000 | PC | 132.00000 | PC | Y | 1452.00 |
| WAFER *J6353-04* | | | | | | | |
| BLANK, DET 18, SHT 12 | | | | | | | |

# 28836
9-28-05

# 28845
9-28-05

# 28859
9-28-05

10-20-05 Per Jamie

# 29236
10-13-05

# 28848
9-28-05

PURCHASE ORDER

VANGUARD DISTRIBUTORS, Inc.

PO NO:    A87016
PO Date:  09/26/05

107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE      PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

     Ord Src:
   Cust PO/Rel:  P1R71868-P1B01519
Cust Order Date:  09/22/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 12193810 MA | | | | | | | |
| ECL: E    DATE 05/05/05 ✓ | | | | | | | |
| ItmSeq:P1B01519-010258 UOM:PC | | | | | | | |
| 8GKX104    _96282-06_ | 10/03/05 | 1,000 | PC | 192.00000 | PC | Y | 192.00 |
| FORM | | | | | | | |
| LIFTER DET 84, SHT 14 | | | | | | | |
| 12010184-M | | | | | | | |
| ECL B  PRINT DATE 01-01-97 ✓ | | | | | | | |
| ItmSeq:P1B01519-010098 UOM:PC | | | | | | | |

_28846_
_9-28-05_

==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 2383.50 |
| TAX | .00 |
| TOTAL | 2383.50 |

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28850

DATE:          9/28/05

PO#:          A87074
              P1R71912

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6453 8K27792-D | | 2 COMPLETE | 195.0000 | 390.00 |

SUB-TOTAL          390.00
SALES TAX            .00
                   390.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28856

DATE:          9/28/05

PO#:           A87074
               P1R71912

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6686 8K27907-E | | 2 COMPLETE | 284.0000 | 568.00 |

SUB-TOTAL          568.00
SALES TAX             .00
                   568.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A87074
PO Date:  09/27/05

SEP 2 7 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 679
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

Ord Src:
Cust PO/Rel:  P1R71912-P1B01519
Cust Order Date:  09/25/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8GKK018 | 10/03/05 | 3,000 | PC | 110.00000 | PC | Y | 330.00 |
| COMPONENT | | | | | | | |
| ROCKER ARM DET 1, SHT 4 | | | | | | | |
| 8GZA001 | | | | | | | |
| ECL A  PRINT DATE 11-14-02 | | | | | | | |
| ItmSeq:P1B01519-010094 UOM:PC | | | | | | | |
| 8K27792 | 10/03/05 | 2,000 | PC | 195.00000 | PC | Y | 390.00 |
| PUNCH | | | | | | | |
| LANCE, DET 238, SHT 10 | | | | | | | |
| 12020118 MA | | | | | | | |
| ECL D  PRINT DATE 11-09-92 | | | | | | | |
| ItmSeq:P1B01519-013218 UOM:PC | | | | | | | |
| 8K27907 | 10/03/05 | 2,000 | PC | 284.00000 | PC | Y | 568.00 |
| PUNCH | | | | | | | |
| PIERCE  DET 144N SHT 11 | | | | | | | |
| 12015135 M | | | | | | | |
| ECL E  PRINT DATE 05-15-96 | | | | | | | |
| ItmSeq:P1B01519-013910 UOM:PC | | | | | | | |

*Handwritten annotations:*
- 96277-H8, 10-26-05 OK per Jamie (10-24), # 29194 10-17-05
- 96453-34, # 28850 9-28-05
- 96686-04, # 28856 9-28-05

========================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE              PA 16335

INVOICE NUMBER: 28946

DATE:              10/04/05

PO#:      A87077/P1R71915

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                T45 CRIB/REC. DOCK PLT 13
                                                  1265 NORTH RIVER ROAD
SAVANNAH, GA                                      WARREN, OH
              31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81199 | Z010999-C00 | 1 COMPLETE | 475.0000 | 475.00 |

SUB-TOTAL          475.00
SALES TAX             .00
                   475.00

TERMS: NET 30 DAYS

P1R71915

PURCHASE ORDER
PO NO:      A87077            SEP 2 7 2005
PO Date:  09/27/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC              T45 CRIB
14421 BALDWIN ST EXT                 REC. DOCK PLANT 13
P.O. BOX 675                         1265 NORTH RIVER ROAD
MEADVILLE            PA 16335        WARREN            OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71915-P1B01519
Cust Order Date:  09/25/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| Z010999  81/99 | 11/04/05 | 1.000 | PC | 475.00000 | PC | Y | 475.00 |

# 28946
10-4-05

   CORE                     11-1
   15355225-PMA  DET.5280  SHT.33
MOVABLE CORE
   ECL: C00   DATE: 04AUG03
   ItmSeq:P1B01519-012240 UOM:PC
=================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      475.00
                                   TAX         .00
                                           ----------
                                 TOTAL      475.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28832

DATE:                9/28/05

PO#:                 A87075
                     P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6046   | 86AB219-A   | 1 COMPLETE | 175.0000 | 175.00 |

SUB-TOTAL          175.00
SALES TAX             .00
                   175.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE              PA 16335

INVOICE NUMBER: 28833

DATE:                9/28/05

PO#:                 A87075
                     P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                       44483

| REF NO.   DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6049 86AB222-D | 1 COMPLETE | 175.0000 | 175.00 |

SUB-TOTAL        175.00
SALES TAX           .00
                 175.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28835

DATE:              9/28/05

PO#:               A87075
                   P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6114 8K29213-B |      | 1        | 53.0000    | 53.00 |
|         |             | COMPLETE |            |       |

                                         SUB-TOTAL      53.00
                                         SALES TAX       .00
                                                        53.00

                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28837

DATE:           9/28/05

PO#:            A87075
                P1R71916

BILL TO:                D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
         31415                                             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6142 8E27434-A | | 2 COMPLETE | 60.0000 | 120.00 |

SUB-TOTAL        120.00
SALES TAX           .00
                 120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28838

DATE:            9/28/05

PO#:             A87075
                 P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6143 8E27435-D | | 2 COMPLETE | 77.0000 | 154.00 |

SUB-TOTAL         154.00
SALES TAX            .00
                  154.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28839

DATE:            9/28/05

PO#:             A87075
                 P1R71916

BILL TO:         D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                     DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                            1265 N. RIVER RD/PLT. 13
                                              P52 CRIB/ADAM FADELL
SAVANNAH, GA                                  WARREN, OH
            31415                                             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6144   | 8E27437-A   | 1 COMPLETE | 60.0000 | 60.00 |

SUB-TOTAL        60.00
SALES TAX          .00
                 60.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28840

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6151 86GA065-A | | 1 COMPLETE | 69.0000 | 69.00 |

SUB-TOTAL          69.00
SALES TAX           .00
                   69.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28841

DATE:              9/28/05

PO#:               A87075
                   P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6157 8GGC085-A | | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL        102.00
SALES TAX           .00
                 102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28842

DATE:            9/28/05

PO#:             A87075
                 P1R71916

BILL TO:                  D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
              31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6160 8G6D222-A | | 1 COMPLETE | 200.0000 | 200.00 |

SUB-TOTAL        200.00
SALES TAX          .00
                 200.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28844

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6202 8E27446-F | | 3 COMPLETE | 53.0000 | 159.00 |

SUB-TOTAL          159.00
SALES TAX             .00
                   159.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28847

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6321 8K29219-A | | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL      108.00
SALES TAX         .00
               108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28852

DATE:              9/28/05

PO#:               A87075
                   P1R71916

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO.   DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| J6561 8GBF323-A | 1<br>COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL        108.00
SALES TAX           .00
                 108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28853

DATE:          9/28/05

PO#:           A87075
               P1R71916

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
              31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6578 | 8GGD493-A | 2 COMPLETE | 62.0000 | 124.00 |

SUB-TOTAL      124.00
SALES TAX         .00
               124.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28857

DATE:              9/28/05

PO#:               A87075
                   P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6730 8GAY041-B |     | 3 COMPLETE | 84.0000 | 252.00 |

SUB-TOTAL      252.00
SALES TAX         .00
               252.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28858

DATE:            9/28/05

PO#:             A87075
                 P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6731 8GAY042-B | | 2 COMPLETE | 84.0000 | 168.00 |

SUB-TOTAL        168.00
SALES TAX           .00
                 168.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28912

DATE:          9/30/05

PO#:           A87075
               P1R71916

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6204 8GAD440-A | | 1 COMPLETE | 141.0000 | 141.00 |

SUB-TOTAL          141.00
SALES TAX             .00
                   141.00

TERMS: NET 30 DAYS

RETRO TOOL & DIE CO., INC.
14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE              PA 16335

DATE:              10/07/05

PO#:               A87075
                   P1R71916

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6731 8GAY042-B | | 1 COMPLETE | 84.0000 | 84.00 |

                                    SUB-TOTAL        84.00
                                    SALES TAX          .00
                                                    84.00

                                    TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A87075
PO Date:    09/27/05

**SEP 2 7 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel:  P1R71916-P1B01519
Cust Order Date:  09/25/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | UOM | Tax | Total |
|---|---|---|---|---|---|---|---|
| 8E27434 | 10/03/05 | 2,000 | PC | 60.00000 | PC | Y | 120.00 |
| WAFER | | | | | | | |
| BLANKING, DET 10, SHT 17 | | | | | | | |
| 12066643 MB | | | | | | | |
| ECL A  PRINT DATE 04/01/97 | | | | | | | |
| ItmSeq:P1B01519-009989 UOM:PC | | | | | | | |
| 8E27435 | 10/03/05 | 2,000 | PC | 77.00000 | PC | Y | 154.00 |
| WAFER | | | | | | | |
| BLANKING, DET 12, SHT 18 | | | | | | | |
| 12066643 MB | | | | | | | |
| ECL D  PRINT DATE 09/01/99 | | | | | | | |
| ItmSeq:P1B01519-002768 UOM:PC | | | | | | | |
| 8E27437 | 10/03/05 | 1,000 | PC | 60.00000 | PC | Y | 60.00 |
| WAFER | | | | | | | |
| BLANKING, DET 15, SHT 23 | | | | | | | |
| 12066643 MB | | | | | | | |
| ECL A  PRINT DATE 04-01-97 | | | | | | | |
| ItmSeq:P1B01519-009990 UOM:PC | | | | | | | |
| 8E27446 | 10/03/05 | 3,000 | PC | 53.00000 | PC | Y | 159.00 |
| WAFER | | | | | | | |
| NOTCH, DET 16, SHT 12 | | | | | | | |
| 12077411 MA | | | | | | | |
| ECL F  PRINT DATE 11-01-01 | | | | | | | |
| ItmSeq:P1B01519-009514 UOM:PC | | | | | | | |
| 8GAB219 | 10/03/05 | 1,000 | PC | 175.00000 | PC | Y | 175.00 |
| BLOCK | | | | | | | |
| COIN, DET 15, SHT 12 | | | | | | | |

Handwritten annotations:
96142-23
# 28837
9-28-05

96143-22
# 28838
9-28-05

96144-23
# 28839
9-28-05

96202-07
# 28844
9-28-05

96046-06
# 28832
9-28-05

PURCHASE ORDER
PO NO:      A87075
PO Date:  09/27/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE           PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

Ord Src:
Cust PO/Rel:  P1R71916-P1B01519
Cust Order Date:  09/25/05

Item/Mfg Number   *USE* print   Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
                  car use it
                  Rev A until
                  gone
12160621 MA
ECL B  PRINT DATE 02-17-04
ItmSeq:P1B01519-002933 UOM:PC
8GAB222   J6049-04   10/26/05   1.000 PC   175.00000 PC Y   175.00   #28833
BLOCK                                                              9-28-05
COIN, DET 12, SHT 12
12160621 MA
ECL D  PRINT DATE 02-17-04 ✓
ItmSeq:P1B01519-002936 UOM:PC   ok per Janice
8GAD440   J6204-24   10/03/05 10-7-05   1.000 PC   141.00000 PC Y   141.00   #28912
BLOCK                                                                      9-30-05
1ST FORM, DET 43, SHT 17
12077411 M A
ECL A  PRINT DATE 11-01-01 ✓
ItmSeq:P1B01519-009515 UOM:PC
8GAY041   J6730-05   10/03/05   3.000 PC   84.00000 PC Y   252.00   #28857
BLOCK                                                                      9-28-05
RETAINING, DET 15, SHT 11
12146591 MA
ECL B  PRINT DATE 11-07-03 ✓
ItmSeq:P1B01519-003510 UOM:PC
8GAY042   10/03/05   3.000 PC   84.00000 PC Y   252.00
BLOCK
RETAINING, DET. 19, SHT. 11
12146591 MA      J6731-05 *   2 pcs. @  84.00 = 168.00   #28858
ECL B  PRINT DATE 11-07-03 ✓                                      9-28-05
ItmSeq:P1B01519-008626 UOM:PC   EXT. 10-11-05 (10-7) ok per Janice
                                J6731-06   1 pc. @  84.00 = 84.00   #28978
                                                                        10-7-05

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A87075                          107 N.E. Lathrop Avenue
PO Date:  09/27/05                             Savannah, GA 31415
                                              (912)236-1766 Phone
                                               (912)238-3072 Fax        3

  Vendor:  ACTCO1                      Ship To:
ACTCO TOOL & MFG CO INC                P52 CRIB
14421 BALDWIN ST EXT                   REC. DOCK PLANT 13
P.O. BOX 675                           1265 NORTH RIVER ROAD
MEADVILLE        PA 16335              WARREN          OH 44483

     Ord Src:
  Cust PO/Rel:  P1R71916-P1B01519
Cust Order Date:  09/25/05
```

| Item/Mfg Number | Due Date | Order | Qty U/M | Unit Cost U/M Tax | Total | |
|---|---|---|---|---|---|---|
| 8GBF323 | 10/03/05 | 1 | 000 PC | 108.00000 PC  Y | 108.00 | # 28852  9-28-05 |
| PUNCH | | | | | | |
| U UP PUNCH, DET N, SHT 34 | | | | | | |
| 12124077 MB | | | | | | |
| ECL A     PRINT DATE 10-19-98 | | | | | | |
| ItmSeq:P1B01519-012910 UOM:PC | | | | | | |
| 8GGA065 | 10/03/05 | 1 | 000 PC | 69.00000 PC  Y | 69.00 | # 28840  9-28-05 |
| WAFER | | | | | | |
| CORE BLANK, DET A, SHT 10 | | | | | | |
| 643 MA, 707MA | | | | | | |
| ECL A     PRINT DATE 03-20-92 | | | | | | |
| ItmSeq:P1B01519-010070 UOM:PC | | | | | | |
| 8GGC085 | 10/03/05 | 2 | 000 PC | 51.00000 PC  Y | 102.00 | # 28841  9-28-05 |
| WAFER | | | | | | |
| PILOT PIERCE, DET 18, SHT 14 | | | | | | |
| 15329083 MA | | | | | | |
| ECL A     PRINT DATE 10-26-99 | | | | | | |
| ItmSeq:P1B01519-010075 UOM:PC | | | | | | |
| 8GGD222 | 10/03/05 | 1 | 000 PC | 200.00000 PC  Y | 200.00 | # 28842  9-28-05 |
| WAFER | | | | | | |
| PROFILE, DET 2, SHT 17 | | | | | | |
| 12065905 MA | | | | | | |
| ECL A     PRINT DATE 09-27-93 | | | | | | |
| ItmSeq:P1B01519-010078 UOM:PC | | | | | | |
| 8GGD493 | 10/03/05 | 2 | 000 PC | 62.00000 PC  Y | 124.00 | # 28853  9-28-05 |
| WAFER | | | | | | |
| BLANK WAFER, DET 72, SHT 19 | | | | | | |

Handwritten annotations:
- 6561-12 (next to 8GBF323)
- 6151-14 (next to 8GGA065)
- 6157-53 (next to 8GGC085)
- 6160-21 (next to 8GGD222)
- 6578-11 (next to 8GGD493)

```
PURCHASE ORDER                        VANGUARD DISTRIBUTORS, Inc.
PO NO:        A87075                     107 N.E. Lathrop Avenue
PO Date:  09/27/05                          Savannah, GA 31415
                                            (912)236-1766 Phone
                                            (912)238-3072 Fax          4

   Vendor:  ACTC01                      Ship To:
   ACTCO TOOL & MFG CO INC              P52 CRIB
   14421 BALDWIN ST EXT                 REC. DOCK PLANT 13
   P.O. BOX 675                         1265 NORTH RIVER ROAD
   MEADVILLE          PA 16335          WARREN            OH 44483

      Ord Src:
   Cust PO/Rel:  P1R71916-P1B01519
Cust Order Date:  09/25/05

Item/Mfg Number           Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
   12176387 MA                                                                        # 28835
   ECL A    PRINT DATE 11-01-01                                                        9-28-05
   ItmSeq:P1B01519-013117 UOM:PC        1,000 PC     53.00000 PC  Y      53.00
8K29213            10/03/05
   PUNCH
   FORM, DET 46, SHT 47
   12124077 MB
   ECL B PRINT DATE 04-01-00
   ItmSeq:P1B01519-010120 UOM:PC        1,000 PC    108.00000 PC  Y     108.00         # 28847
8K29219            10/03/05                                                             9-28-05
   PUNCH
   FORM, DET 48, SHT 47
   12124077 MB
   ECL A  PRINT DATE 04-01-00
   ItmSeq:P1B01519-010297 UOM:PC
========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library                              SUBTOTAL     2252.00
                                          TAX          .00
                                                 ----------
                                        TOTAL     2252.00
```

INVOICE NUMBER: 28871

14421 BALDWIN ST.,
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/29/05

PO#:               A87185
                   P1R71966

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
                31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 | BK19102-P | 2 COMPLETE | 220.0000 | 440.00 |

SUB-TOTAL          440.00
SALES TAX             .00
                   440.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28872

DATE:            9/29/05

PO#:             A87135
                 P1R71966

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
            31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA103 | 8428496-C | 1 COMPLETE | 84.0000 | 84.00 |

SUB-TOTAL        84.00
SALES TAX          .00
                 84.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28874

DATE:            9/29/05

PO#:             A87135
                 P1R71966

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1245 N. RIVER RD/PLT. 13
                                         PSB CRIB/ADAM FADEL!
SAVANNAH, GA                             WARREN, OH
            31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6284 8T40127-C | | 1 COMPLETE | 205.0000 | 205.00 |

SUB-TOTAL        205.00
SALES TAX          .00
                 205.00

TERMS: NET 30 DAYS

ACSON TOOL & MFG. CO                    INVOICE NUMBER: 58875
16521 BALDWIN ST. EXT.
P. O. BOX 475                           DATE:            9/29/05
MEADVILLE          PA 16335
                                        PO#:             AP7135
                                                         P1P71966

BILL TO:              D&B NUMBER: 004350641      SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     1265 N. RIVER RD/PLT. 13
                                       P52 CRIB/ADAM FADELL
SAVANNAH, GA                           WARREN, OH
              31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6293 8K28506-B | | 1 COMPLETE | 120.0000 | 120.00 |

                                       SUB-TOTAL      120.00
                                       SALES TAX         .00
                                                      120.00


                              TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:   28877

DATE:          9/29/05

PO#:          A87135
              P1R71966

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
              31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JA891A | 8MP9514-C | 1 COMPLETE | 108.0000 | 108.00 |

SUB-TOTAL          108.00
SALES TAX             .00
                   108.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER: 28895

DATE:              9/30/05

PO#:                A87135
                    P1R71966

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
             31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6284 8T40127-C | | 2 COMPLETE | 205.0000 | 410.00 |
| | | | SUB-TOTAL | 410.00 |
| | | | SALES TAX | .00 |
| | | | | 410.00 |

TERMS: NET 30 DAYS

*PLR 71966*
*# 45015-7471*

PURCHASE ORDER
PO NO:    A87135                    **SEP 2 9 2005**
PO Date:  09/28/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

    Ord Src:
    Cust PO/Rel: P1R71966-P1B01519
Cust Order Date: 09/26/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8E25699 | 10/27/05 | (2) 3.000 PC | 240.00000 PC  Y | ~~720.00~~ (480.00) |
|   *81203* |   | | | |

*10-24*  *ok to ship 2 pcs complete*
*per Adam - type complete (a 2 pcs.*
*on packing list - then e-mail Adam shipping info.*
*(ok per June*

*PL #41623  10-11-05*
*Inv. #29036  10-13-05*

BLOCK
FORM BLOCK, DET 60,  SHT 34
12015135 M
ECL H  PRINT DATE 11-15-97
ItmSeq:P1B01519-012731 UOM:PC *10-26-05*

| 8GKK018 | ~~10/04/05~~ | (1).000 PC | 110.00000 PC  Y | 110.00 |
|   *J6277-49*  *(10-31)* |  | | | |

*#29195 10-17-05*

COMPONENT
ROCKER ARM  DET 1, SHT 4
8GZA001
ECL A  PRINT DATE 11-14-02 ✓
ItmSeq:P1B01519-010094 UOM:PC

| 8K19102 | 10/04/05 | 2.000 PC | 220.00000 PC  Y | 440.00 |
|   *J6097-45* |  | | | |

*#28871*
*9-29-05*

PUNCH
LANCE, DET 177R,2962447-MA
2977688-M DET 86A,  12124500 MA
ECL P  PRINT DATE 04-01-96 ✓
ItmSeq:P1B01519-013213 UOM:PC

| 8K28496 | 10/04/05 | 1.000 PC | 84.00000 PC  Y | 84.00 |
|   *J6103-18* |  | | | |

*#28872*
*9-29-05*

PUNCH
FORM, DET 122, SHT 15
12015247 M
ECL C  PRINT DATE 01-08-97 ✓
ItmSeq:P1B01519-010110 UOM:PC

| 8K28506 | 10/04/05 | 1.000 PC | 120.00000 PC  Y | 120.00 |
|   *J6293-06* |  | | | |

*#28875*
*9-29-05*

PUNCH
FORM, DET 137,  SHT 18

```
PURCHASE ORDER                    VANGUARD DISTRIBUTORS, Inc.
PO NO:    A87135                   107 N.E. Lathrop Avenue
PO Date:  09/28/05                   Savannah, GA 31415
                                    (912)236-1766 Phone
                                    (912)238-3072 Fax          2

   Vendor:  ACTC01                Ship To:
ACTCO TOOL & MFG CO INC           P52 CRIB
14421 BALDWIN ST EXT              REC. DOCK PLANT 13
P.O. BOX 675                      1265 NORTH RIVER ROAD
MEADVILLE          PA 16335       WARREN          OH 44483

     Ord Src:
   Cust PO/Rel:  P1R71966-P1B01519
Cust Order Date:  09/26/05

Item/Mfg Number           Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
   12015247 M
ECL B  PRINT DATE 05-07-93 ✓
   ItmSeq:P1B01519-006314 UOM:PC
8K28514                   10/04/05    1.000 PC       108.00000 PC  Y     108.00    #28877
   PUNCH     ℐ6316-22                                                             9-29-05
FORM, DET 165, SHT 25
   12015135 M
ECL C  PRINT DATE 09-01-98 ✓
   ItmSeq:P1B01519-010292 UOM:PC
8T40127                   10/04/05    3.000 PC       205.00000 PC  Y     615.00
   ARM
ROCKER, 3200122-S                 ℐ6284-35  1pc @ 205.00      #28874    9-29-05
STANDARD DETAIL
ECL C  PRINT DATE 09-14-00 ✓
   ItmSeq:P1B01519-010128 UOM:PC   ℐ6284-36  2 pcs @ 205.00 = 410.00   #28895
                                                                        9-30-05
```

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

```
                                  SUBTOTAL      2197.00
                                       TAX          .00
                                                ---------
                                     TOTAL      2197.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28873

DATE:          9/29/05

PO#:           A87136
               P1R71969

BILL TO:           D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 1265 N. RIVER RD/PLT. 13
                                   P&P CRIB/ADAM FADELI
SAVANNAH, GA                       WARREN, OH
            31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| JAP03 BRAD379-B | | 1 COMPLETE | 129.0000 | 129.00 |
| | | | SUB-TOTAL | 129.00 |
| | | | SALES TAX | .00 |
| | | | | 129.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14691 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8876

DATE:          9/29/05

PO#:           A87136
               P1R71969

BILL TO:          D&B NUMBER: 004350641          ·SHIP TO:

VANGUARD DISTRIBUTORS,INC                         DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                                1265 N. RIVER RD/PLT. 13
                                                  P52 CRIB/ADAM FADELL
SAVANNAH, GA                                      WARREN, OH
               31415                                              44483

REF NO.      DRAWING NO.          QUANTITY      UNIT PRICE          TOTAL

J6315 8KP8505-B                      1          209.0000          209.00
                                  COMPLETE


                                                SUB-TOTAL          209.00
                                                SALES TAX            .00
                                                                  209.00



                                                TERMS: NET 30 DAYS

ACTCO TOOL & MFG.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28910

DATE:            9/30/05

PO#:             A87136
                 P1R71969

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         1265 N. RIVER RD/PLT. 13
                                           P52 CRIB/ADAM FADELL
SAVANNAH, GA                               WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6121 BK29439-C | | 1  COMPLETE | 156.0000 | 156.00 |

|  | | | SUB-TOTAL | 156.00 |
|  | | | SALES TAX | .00 |
|  | | | | 156.00 |

TERMS: NET 30 DAYS

P1R71969-g

PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A87136                          107 N.E. Lathrop Avenue
PO Date:  09/28/05                            Savannah, GA 31415
                    SEP 2 9 2005             (912)236-1766 Phone
                                             (912)238-3072 Fax
                                                                    1

    Vendor:  ACTC01                      Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE        PA 16335                WARREN          OH 44483

    Ord Src:
    Cust PO/Rel: P1R71969-P1B01519
Cust Order Date:  09/26/05

Item/Mfg Number              Due Date   Order Qty U/M   Unit Cost U/M Tax   Total
8GAD379                      10/04/05    1,000 PC      129.00000 PC   Y    129.00        # 28873
  BLOCK          J6203-33                                                                9-29-05
  FORM  DET 25    SHT 14
  12045773 MA
  ECL B  PRINT DATE 06-01-97
  ItmSeq:P1B01519-011561 UOM:PC
8K28505                      10/04/05    1,000 PC      209.00000 PC   Y    209.00        # 28876
  PUNCH          J6315-11                                                                9-29-05
  2ND TONGUE FORM, DET 131,  SHT
  17
  12015247 M
  ECL B  PRINT DATE 05-07-93
  ItmSeq:P1B01519-010291 UOM:PC
8K29439                      10/04/05    1,000 PC      156.00000 PC   Y    156.00        # 28910
  PUNCH          J6121-12                                                                9-30-05
  NOTCH, DET 221L, SHT 36
  12020717 MA
  ECL C  PRINT DATE 10-12-93
  ItmSeq:P1B01519-010124 UOM:PC
===================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28892

DATE:              9/30/05

PO#:               A87193
                   P1R72011

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 8K19102-P | | 6 COMPLETE | 220.0000 | 1320.00 |

SUB-TOTAL          1320.00
SALES TAX              .00
                   1320.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28896

DATE:          9/30/05

PO#:          A87193
              P1R72011

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| J6316 8K28514-C | | 3 COMPLETE | 108.0000 | 324.00 |

SUB-TOTAL     324.00
SALES TAX        .00
              324.00

TERMS: NET 30 DAYS

SEP 2 9 2005

PURCHASE ORDER
PO NO:    A87193
PO Date:  09/29/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                  P52 CRIB
14421 BALDWIN ST EXT                     REC. DOCK PLANT 13
P.O. BOX 675                             1265 NORTH RIVER ROAD
MEADVILLE        PA 16335                WARREN            OH 44483

       Ord Src:
  Cust PO/Rel:  P1R72011-P1B01519
Cust Order Date:  09/27/05

Item/Mfg Number          Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
8K19102                  10/05/05   6,000 PC      220.00000 PC  Y    1320.00        # 28892
  PUNCH        96097-46            9-30                                             9-30-05
  LANCE, DET 177R,2962447-MA
  2977688-M DET 86A,  12124500 MA
  ECL P  PRINT DATE 04-01-96
  ItmSeq:P1B01519-013213 UOM:PC

8K28514                  10/05/05   3,000 PC      108.00000 PC  Y     324.00        # 28896
  PUNCH        96316-23                                                             9-30-05
  FORM, DET 165, SHT 25
  12015135 M
  ECL C  PRINT DATE 09-01-98
  ItmSeq:P1B01519-010292 UOM:PC
==================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      1644.00
                              TAX               .00
                                          ---------
                              TOTAL        1644.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER:  28891

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6043 8GAB214-B | | 1 COMPLETE | 115.0000 | 115.00 |

SUB-TOTAL          115.00
SALES TAX             .00
                   115.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CORP.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28893

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6148 | 8E27694-B | 2 COMPLETE | 51.0000 | 102.00 |

SUB-TOTAL        102.00
SALES TAX          .00
                 102.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28894

DATE:          9/30/05

PO#:          A87194
              P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                 DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                        1265 N. RIVER RD/PLT. 13
                                          P52 CRIB/ADAM FADELL
SAVANNAH, GA                              WARREN, OH
              31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6208 8GAT531-A | | 2 COMPLETE | 125.0000 | 250.00 |

SUB-TOTAL          250.00
SALES TAX             .00
                   250.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28899

DATE:              9/30/05

PO#:               A87194
                   P1R72015

BILL TO:           D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
           31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6418   | 8E27448-B   | 1 COMPLETE | 96.0000  | 96.00 |

                                         SUB-TOTAL        96.00
                                         SALES TAX          .00
                                                          96.00

                                         TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28905

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
               44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6722 86BE509-B | | 2 COMPLETE | 306.0000 | 612.00 |

SUB-TOTAL     612.00
SALES TAX       .00
              612.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A87194
PO Date:  09/29/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

SEP 2 9 2005

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

1

Ord Src:
Cust PO/Rel:  P1R72015-P1B01519
Cust Order Date:  09/27/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total | |
|---|---|---|---|---|---|---|---|---|
| 8E27448 | 10/05/05 | 1.000 | PC | 96.00000 | PC | Y | 96.00 | # 28899  9-30-05 |
| WAFER  ⌐6418-09 | | | | | | | | |
| BLANK WAFER, DET 34, SHT 14 | | | | | | | | |
| 12110853 MA | | | | | | | | |
| ECL B  PRINT DATE 11-01-01 | | | | | | | | |
| ItmSeq:P1B01519-011575 UOM:PC | | | | | | | | |
| 8E27694 | 10/05/05 | 2.000 | PC | 51.00000 | PC | Y | 102.00 | # 28893  9-30-05 |
| WAFER  ⌐6148-09 | | | | | | | | |
| NOTCH, DET 222E, SHT 35 | | | | | | | | |
| 12020717 MA | | | | | | | | |
| ECL B  PRINT DATE 10-12-93 ✓ | | | | | | | | |
| ItmSeq:P1B01519-009994 UOM:PC | | | | | | | | |
| 8GAB214 | 10/05/05 | 1.000 | PC | 115.00000 | PC | Y | 115.00 | # 28891  9-30-05 |
| BLOCK  ⌐6043-38 | | | | | | | | |
| COIN  DET 12, SHT 8 | | | | | | | | |
| 12160622 MA | | | | | | | | |
| ECL B  PRINT DATE 02-17-04 ✓ | | | | | | | | |
| ItmSeq:P1B01519-002929 UOM:PC | | | | | | | | |
| 8GAT531 | 10/05/05 | 2.000 | PC | 125.00000 | PC | Y | 250.00 | # 28894  9-30-05 |
| BLOCK  ⌐6208-28 | | | | | | | | |
| BRIDGE, DET 29, SHT 27 | | | | | | | | |
| 12124077 MB | | | | | | | | |
| ECL A    PRINT DATE 10-19-98 ✓ | | | | | | | | |
| ItmSeq:P1B01519-009517 UOM:PC | | | | | | | | |
| 8GBE509 | 10/05/05 | 2.000 | PC | 306.00000 | PC | Y | 612.00 | # 28905  9-30-05 |
| PUNCH  ⌐6722-13 | | | | | | | | |
| FORM, DET R, SHT 41 | | | | | | | | |

ACTCO TOOL & MFG.   CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28897

DATE:          9/30/05

PO#:           A87194
               P1R72015

BILL TO:            D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             1265 N. RIVER RD/PLT. 13
                                               P52 CRIB/ADAM FADELL
SAVANNAH, GA                                   WARREN, OH
               31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6351 86GD087-F | | 1 COMPLETE | 120.0000 | 120.00 |

SUB-TOTAL      120.00
SALES TAX         .00
               120.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28898

DATE:            9/30/05

PO#:             A87194
                 P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                             44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6380 8GFA100-A | | 1 COMPLETE | 131.0000 | 131.00 |

SUB-TOTAL        131.00
SALES TAX           .00
                 131.00

TERMS: NET 30 DAYS

```
PURCHASE ORDER                              VANGUARD DISTRIBUTORS, Inc.
PO NO:      A87194                           107 N.E. Lathrop Avenue
PO Date:  09/29/05                              Savannah, GA 31415
                                               (912)236-1766 Phone
                                               (912)238-3072 Fax
                                                                        2

    Vendor:  ACTC01                         Ship To:
ACTCO TOOL & MFG CO INC                     P52 CRIB
14421 BALDWIN ST EXT                        REC. DOCK PLANT 13
P.O. BOX 675                                1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                 WARREN            OH 44483

      Ord Src:
   Cust PO/Rel:  P1R72015-P1B01519
Cust Order Date:  09/27/05

Item/Mfg Number        Due Date    Order Qty U/M    Unit Cost U/M Tax    Total
   12040996 MC
   ECL B    PRINT DATE 11-15-03 ✓
   ItmSeq:P1B01519-014661 UOM:PC           1,000 PC   131.00000 PC  Y     131.00      # 28898
8GFA100               10/05/05                                                       9-30-05
   LIFTER         76380-07
   DET 81, SHT 19
   12129483 MA
   ECL A  PRINT DATE 03-15-95 ✓
   ItmSeq:P1B01519-009330 UOM:PC           1,000 PC    62.00000 PC  Y      62.00    PL # 41621  10-11-05
8GGA115               10/28/05                                                      Inv. # 29023   10-13-05
   WAFER          81187
   BLANK WAFER, DET E, SHT 55      10.25
   12084994 MA
   ECL C  PRINT DATE 01-15-03
   ItmSeq:P1B01519-013093 UOM:PC           1,000 PC   120.00000 PC  Y     120.00      # 28897
8GGD087               10/05/05                                                        9-30-05
   WAFER          76351-24
   BLANK, DET 203R, SHT 34
   12048343 MA
   ECL F  PRINT DATE 05/03/05 ✓
   ItmSeq:P1B01519-005020 UOM:PC           1,000 PC   240.00000 PC        240.00      # 25259
8GKK014               10/28/05                                                       10-30-05
   COMPONENT      81188
   ROCKER ARM,  SHT 26             10.25
   12015247M
   ECL A  PRINT DATE 05-15-96
   ItmSeq:P1B01519-014029 UOM:PC
```

ACTCO TOOL & MFG. CO.  
14421 BALDWIN ST. EXT.  
P. O. BOX 675  
MEADVILLE          PA 16335

INVOICE NUMBER: 28911

DATE:            9/30/05

PO#:             A87194  
                 P1R72015

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC  
107 N.E. LATHROP A

SAVANNAH, GA  
            31415

DELPHI AUTOMOTIVE SYSTEMS  
1265 N. RIVER RD/PLT. 13  
P5P CRIB/ADAM FADELL  
WARREN, OH  
                 44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6121 8K29439-C | | 1 COMPLETE | 156.0000 | 156.00 |

SUB-TOTAL        156.00  
SALES TAX           .00  
                 156.00

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A87194
PO Date:  09/29/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

3

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

Ord Src:
Cust PO/Rel:  P1R72015-P1B01519
Cust Order Date:  09/27/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| 8K29439 | 10/05/05 | 1,000 PC | 156.00000 PC  Y | 156.00 |

*96121-13+*

*# 28911*
*9-30-05*

PUNCH
NOTCH, DET 221L, SHT 36
12020717 MA
ECL C  PRINT DATE 10-12-93 ✓
ItmSeq:P1B01519-010124 UOM:PC
======================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

|  |  |
|---|---|
| SUBTOTAL | 1884.00 |
| TAX | .00 |
| TOTAL | 1884.00 |