# EXHIBIT 1 – PART 14

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28366

DATE:          9/01/05

PO#:     A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
              31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80641 | Z017196-A00 | 1 COMPLETE | 600.0000 | 600.00 |

SUB-TOTAL          600.00
SALES TAX             .00
                   600.00

TERMS: NET 30 DAYS

ACTRON TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/01/05

PO#:      A84909/P1S50115

BILL TO:              D&B NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             T45 CRIB/REC. DOCK FLT 13
                                               1265 NORTH RIVER ROAD
SAVANNAH, GA                                   WARREN, OH
          31415                                          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80627 | Z017182-A | 1 COMPLETE | 900.0000 | 900.00 |

SUB-TOTAL      900.00
SALES TAX         .00
               900.00

TERMS: NET 30 DAYS

ALTICO TOOL & MFG. CO.                                      INVOICE NUMBER: 128368
14421 BALDWIN ST. EXT.
P. O. BOX 675                          DATE:          9/01/05
MEADVILLE          PA 16335
                                       PO#:    A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:


VANGUARD DISTRIBUTORS,INC              DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                     T45 CRIB/REC. DOCK PLT 13
                                       1265 NORTH RIVER ROAD
SAVANNAH, GA                           WARREN, OH
          31415                                  44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80626 | Z017181-A | 1 COMPLETE | 900.0000 | 900.00 |

                                       SUB-TOTAL      900.00
                                       SALES TAX         .00
                                                     900.00


                                       TERMS: NET 30 DAYS

ALTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128388

DATE:          9/02/05

PO#:      A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80640 | Z017195-A00 | 1 COMPLETE | 525.0000 | 525.00 |

SUB-TOTAL          525.00
SALES TAX            .00
                   525.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28389

DATE:          9/02/05

PO#:     A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       T45 CRIB/REC. DOCK PLT 13
                                         1265 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80631 | Z017186-A | 1<br>COMPLETE | 575.0000 | 575.00 |
| | | | SUB-TOTAL | 575.00 |
| | | | SALES TAX | .00 |
| | | | | 575.00 |

TERMS: NET 30 DAYS

ACTION THOL & MFG. CO.                                              INVOICE NUMBER: 128390
14421 BALDWIN ST. EXT.
P. O. BOX 675                                            DATE:           9/02/05
MEADVILLE           PA 16335
                                                         PO#:    A84909/P1SS0115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:


VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             T45 CRIB/REC. DOCK PLT 13
                                               1265 NORTH RIVER ROAD
SAVANNAH, GA                                   WARREN, OH
          31415                                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80632 | 2017187-A | 1 COMPLETE | 575.0000 | 575.00 |
| | | | SUB-TOTAL | 575.00 |
| | | | SALES TAX | .00 |
| | | | | 575.00 |


                                      TERMS: NET 30 DAYS

ASTCO TOOL & MFG. CO.
14421 BALDWIN ST. EX.
P. O. BOX 675
MEADVILLE                    PA 16335

INVOICE NUMBER:   28437

DATE:           9/07/05

PO#:   A84909/P1S50115

BILL TO:              D&B NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80637 | Z017192-A00 | 1 COMPLETE | 650.0000 | 650.00 |

SUB-TOTAL       650.00
SALES TAX          .00
                650.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28438

14421 BALDWIN ST. EXT

P. O. BOX 675

MEADVILLE        PA 16335

DATE:        9/07/05

PO#:        A84909/P1S50115

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
        31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80638 | Z017193-A00 | 1<br>COMPLETE | 650.0000 | 650.00 |

SUB-TOTAL        650.00
SALES TAX        .00
        650.00

TERMS: NET 30 DAYS

ACTION TRUSS & MFGR. CORP.
14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:   A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
              31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80636 | Z017191-A00 | 1<br>COMPLETE | 600.0000 | 600.00 |

SUB-TOTAL          600.00
SALES TAX             .00
                   600.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28493

DATE:              9/08/05

PO#:    A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               T45 CRIB/REC. DOCK PLT 13
                                                 1265 NORTH RIVER ROAD
SAVANNAH, GA                                     WARREN, OH
            31415                                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80629   | Z017184-A   | 1        | 650.0000   | 650.00 |
|         |             | COMPLETE |            |       |

SUB-TOTAL      650.00
SALES TAX         .00
               650.00

TERMS: NET 30 DAYS

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE         PA 16335

DATE:          9/08/05

PO#:   A84909/P1S50115

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
              31415                                            44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80633   | Z017188-B00 | 1        | 650.0000   | 650.00 |
|         |             | COMPLETE |            |        |

SUB-TOTAL        650.00
SALES TAX           .00
                 650.00

TERMS: NET 30 DAYS

14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/08/05

PO#:      A84909/P1S50115

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80635   | Z017190-B00 | 1 COMPLETE | 650.0000 | 650.00 |

|  |  |  | SUB-TOTAL | 650.00 |
|--|--|--|-----------|--------|
|  |  |  | SALES TAX | .00    |
|  |  |  |           | 650.00 |

TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:     A84909
PO Date: \ 08/01/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

**AUG 0 1 2005**

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Ord Src:
Cust PO/Rel: P1S50115
Cust Order Date: 07/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| Z017181        *80626* | 09/06/05   *8-31* | 1.000 PC | 900.00000 PC | Y | 900.00 |

*#28368*
*9-01-05*

INSERT
12177289-PMA  DET. 9  SHT. 10
MOVABLE CAVITY INSERT
ECL A  PRINT DATE 6-2-98
ItmSeq:P1S50115-000001 UOM:PC
WHO ORDERED: RANDY DRENNEN

| Z017182        *80627* | 09/06/05 | 1.000 PC | 900.00000 PC | Y | 900.00 |

*#28367*
*9-01-05*

INSERT
12177289-PMA  DET. 10  SHT. 11
STATIONARY CAVITY INSERT
ECL A  PRINT DATE 6-2-98
ItmSeq:P1S50115-000002 UOM:PC
WHO ORDERED: RANDY DRENNEN

| Z017183        *80628* | 09/06/05 | 1.000 PC | 325.00000 PC | Y | 325.00 |

*# 28308*
*8-29-05*

INSERT
12177289-PMA  DET. 11  SHT. 15
STATIONARY LATCH INSERT
ECL A  PRINT DATE 6-2-98
ItmSeq:P1S50115-000003 UOM:PC
WHO ORDERED: RANDY DRENNEN *09-Je 9/07*

| Z017184        *80629* | 09/06/05 | 1.000 PC | 650.00000 PC | Y | 650.00 |

*Red #28493*
*9-08-05*

INSERT
12177289-PMA  DET. 52  SHT. 16
STATIONARY RUNNER INSERT
ECL A  PRINT DATE 6-2-98
ItmSeq:P1S50115-000004 UOM:PC
WHO ORDERED: RANDY DRENNEN

PURCHASE ORDER
PO NO:     A84909
PO Date:  08/01/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

2

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE            PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN                   OH 44483

        Ord Src:
    Cust PO/Rel:  P1S50115
Cust Order Date:  07/29/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| Z017185 | 09/06/05 | 1.000 | PC | 325.00000 | PC | Y | 325.00 |
| INSERT _80630_  _8-31_ | | | | | | | |
| 12177289-PMA  DET. 54  SHT. 15 | | | | | | | |
| MOVABLE LATCH INSERT | | | | | | | |
| ECL A  PRINT DATE 6-2-98 | | | | | | | |
| ItmSeq:P1S50115-000005 UOM:PC | | | | | | | |
| WHO ORDERED: RANDY DRENNEN | | | | | | | |
| Z017186 | 09/06/05 | 1.000 | PC | 575.00000 | PC | Y | 575.00 |
| INSERT _80631_ | | | | | | | |
| 12177289-PMA  DET. 55  SHT. 14 | | | | | | | |
| STATIONARY CAVITY INSERT | | | | | | | |
| ECL A  PRINT DATE 6-2-98 | | | | | | | |
| ItmSeq:P1S50115-000006 UOM:PC | | | | | | | |
| WHO ORDERED: RANDY DRENNEN | | | | | | | |
| Z017187 | 09/06/05 | 1.000 | PC | 575.00000 | PC | Y | 575.00 |
| INSERT _80632_ | | | | | | | |
| 12177289-PMA  DET. 56  SHT. 14 | | | | | | | |
| STATIONARY CAVITY INSERT | | | | | | | |
| ECL A  PRINT DATE 6-2-98 | | | | | | | |
| ItmSeq:P1S50115-000007 UOM:PC | | | | | | | |
| WHO ORDERED: RANDY DRENNEN | | | | | | | |
| Z017188 | 09/06/05 | 1.000 | PC | 650.00000 | PC | Y | 650.00 |
| INSERT _80633_ | | | | | | | |
| 13552250-PMA  DET. 3600  SHT. 1 | | | | | | | |
| 5 | | | | | | | |
| STATIONARY INSERT | | | | | | | |
| ECL B00  PRINT DATE 7-7-05 | | | | | | | |
| ItmSeq:P1S50115-000008 UOM:PC | | | | | | | |

*# 28100*
*8-15-05*

*Red #28387*
*9-02-05*

*Red #28390*
*9-02-05*

*Red #28498*
*9-08-05*

```
PURCHASE ORDER                       VANGUARD DISTRIBUTORS, Inc.
PO NO:     A84909                      107 N.E. Lathrop Avenue
PO Date:  08/01/05                        Savannah, GA 31415
                                         (912)236-1766 Phone
                                         (912)238-3072 Fax              3


   Vendor:  ACTC01                   Ship To:
ACTCO TOOL & MFG CO INC              T45 CRIB
14421 BALDWIN ST EXT                 REC. DOCK PLANT 13
P.O. BOX 675                         1265 NORTH RIVER ROAD
MEADVILLE          PA 16335          WARREN            OH 44483

     Ord Src:
   Cust PO/Rel:  P1S50115
Cust Order Date:  07/29/05
```

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| WHO ORDERED: RANDY DRENNEN | | 1,000 | PC | 475.00000 | PC | Y | 475.00 |
| Z017189 | 09/06/05 | | | | | | |
| INSERT | | | | | | | |
| 13552250-PMA  DET. 3601  SHT. 1 | | | | | | | |
| 6 | | | | | | | |

*806.34*    *8-31*    *# 28293*  *8-26-05*

```
STATIONARY INSERT
ECL A00  PRINT DATE 1-24-05
ItmSeq:P1S50115-000009 UOM:PC
```

| WHO ORDERED: RANDY DRENNEN | | 1,000 | PC | 650.00000 | PC | Y | 650.00 |
|---|---|---|---|---|---|---|---|
| Z017190 | 09/06/05 | | | | | | |
| INSERT | | | | | | | |
| 13552250-PMA  DET. 3602  SHT. 1 | | | | | | | |
| 5 | | | | | | | |

*806.35*    *09-Je-9/07*    *Red #28499*  *9-08-05*

```
STATIONARY INSERT
ECL B00  PRINT DATE 7-7-05
ItmSeq:P1S50115-000010 UOM:PC
```

| WHO ORDERED: RANDY DRENNEN | | 1,000 | PC | 600.00000 | PC | Y | 600.00 |
|---|---|---|---|---|---|---|---|
| Z017191 | 09/08/05 | | | | | | |
| INSERT | | | | | | | |
| 13552250-PMA  DET. 3603  SHT. 1 | | | | | | | |
| 7 | | | | | | | |

*806.36*    *09-Je-9/07*    *Red #28492*  *9-08-05*

```
STATIONARY INSERT
ECL A00  PRINT DATE 1-24-05
ItmSeq:P1S50115-000011 UOM:PC
```

| WHO ORDERED: RANDY DRENNEN | | 1,000 | PC | 650.00000 | PC | Y | 650.00 |
|---|---|---|---|---|---|---|---|
| Z017192 | 09/08/05 | | | | | | |
| INSERT | | | | | | | |
| 13552250-PMA  DET. 3604  SHT. 1 | | | | | | | |

*806.37*    *09-Je-9/07*    *Red #28437*  *9-07-05*

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:      A84909                        107 N.E. Lathrop Avenue
PO Date:  08/01/05                          Savannah, GA 31415
                                          (912)236-1766 Phone
                                          (912)238-3072 Fax
                                                                        4

    Vendor:  ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC                 T45 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE          PA 16335             WARREN            OH 44483

     Ord Src:
  Cust PO/Rel:  P1S50115
Cust Order Date:  07/29/05

Item/Mfg Number           Due Date  Order Qty U/M   Unit Cost U/M Tax    Total
          8
     STATIONARY INSERT
     ECL A00   PRINT DATE 1-24-05
     ItmSeq:P1S50115-000012 UOM:PC        09-Je-9/07
     WHO ORDERED: RANDY DRENNEN
  Z017193           09/26/05     1,000 PC    650.00000 PC  Y    650.00        Red # 28438
     INSERT       806.38        3-31                                          9-09-05
     13552250-PMA  DET. 3606  SHT. 1
          9
     STATIONARY INSERT
     ECL A00   PRINT DATE 1-24-05            10/12-Je-9/29
     ItmSeq:P1S50115-000013 UOM:PC   9/30-Je-9/07
     WHO ORDERED: RANDY DRENNEN                                               PL#41630  10-11-05
  Z017194           09/06/05     1,000 PC   4300.00000 PC  Y   4300.00        Inv. #29025  10-13-05
     INSERT       806.39                 6,300.00      6,300.00
     13552250-PMA  DET. 5600  SHT. 1
          0
     MOVABLE INSERT
     ECL B00   PRINT DATE 7-7-05
     ItmSeq:P1S50115-000014 UOM:PC                                           Red
     WHO ORDERED: RANDY DRENNEN                                              # 28388
  Z017195           09/06/05     1,000 PC    525.00000 PC  Y    525.00       9-02-05
     INSERT       806.40
     13552250-PMA  DET. 5602  SHT. 1
          2
     MOVABLE INSERT
     ECL A00   PRINT DATE 1-24-05
     ItmSeq:P1S50115-000015 UOM:PC
```

PURCHASE ORDER
PO NO:      A84909
PO Date:  08/01/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax
                                                                5

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN              OH 44483

     Ord Src:
   Cust PO/Rel:  P1S50115
Cust Order Date: 07/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M Tax | Total |
|---|---|---|---|---|
| WHO ORDERED: RANDY DRENNEN | | 1.000 PC | 600.00000 PC  Y | 600.00 |
| Z017196     *80641*  09/06/05  *8-31* | | | | |
| INSERT | | | | |
| 13552250-PMA  DET. 5603  SHT. 1 | | | | |
| 3 | | | | |
| MOVABLE INSERT | | | | |
| ECL A00  PRINT DATE 1-24-05 | | | | |
| ItmSeq:P1S50115-000016 UOM:PC | | | | |
| WHO ORDERED: RANDY DRENNEN | | 1.000 PC | 325.00000 PC  Y | 325.00 |
| Z017197     *80642*  09/06/05 | | | | |
| INSERT | | | | |
| 13552250-PMA  DET. 5604  SHT. 1 | | | | |
| 4 | | | | |
| MOVABLE INSERT | | | | |
| ECL A00  PRINT DATE 1-24-05 | | | | |
| ItmSeq:P1S50115-000017 UOM:PC | | | | |
| WHO ORDERED: RANDY DRENNEN | | | | |

*#28366*
*9-01-05*

*#28099*
*8-15-05*

```
====================================================
                              SUBTOTAL     13675.00
                                   TAX          .00
                                          ----------
                              TOTAL        13675.00
```

WESTERN TOOL & DIE INC                                                    INVOICE NUMBER: 28677
14421 BALDWIN ST. EXT
P. O. BOX 675                                                     DATE:          9/16/05
MEADVILLE              PA 16335
                                                                  PO#:     A84799/P1S50032

BILL TO:              D&B NUMBER: 004350641           SHIP TO:

VANGUARD DISTRIBUTORS,INC                      DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                             T47 CRIB/REC. DOCK PLT.13
                                               1265 NORTH RIVER ROAD
SAVANNAH, GA                                   WARREN, OH
              31415                                              44483

REF NO.     DRAWING NO.        QUANTITY        UNIT PRICE          TOTAL

80607       Z017209-B00               1        3150.0000          3150.00
                               COMPLETE

                                               SUB-TOTAL          3150.00
                                               SALES TAX              .00
                                                                 3150.00

                                               TERMS: NET 30 DAYS

PURCHASE ORDER
PO NO:      A84799
PO Date:  07/28/05

JUL 2 8 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T47 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

        Ord Src:
  Cust PO/Rel:  P1S50032
Cust Order Date:  07/27/05

9/20-Jc-9/07

Item/Mfg Number        Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
Z017209                09/05/05       1.000 PC    3150.00000 PC  Y    3150.00
  INSERT        806.07              3-30
  15449363-PMA  DET. 5050  SHT. 1
  0
  MOVABLE CAVITY INSERT
  ECL B00  PRINT DATE 4-30-03
  ItmSeq:P1S50032-000001 UOM:PC
  WHO ORDERED: C. PUHL/JM

Red # 28677
9-16-05

                              SUBTOTAL      3150.00
                                   TAX          .00
                                           ---------
                                 TOTAL      3150.00

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE          PA 16335

DATE:              9/09/05

PO#:     A85170/P1S50261

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           T45 CRIB/REC. DOCK PLT 13
                                             1265 NORTH RIVER ROAD
SAVANNAH, GA                                 WARREN, OH
                 31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80655 | 2008898-A | 1 COMPLETE | 475.0000 | 475.00 |
| | | | SUB-TOTAL | 475.00 |
| | | | SALES TAX | .00 |
| | | | | 475.00 |

TERMS: NET 30 DAYS

ACTION TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/13/05

PO#:     A85170/P1S50261

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 T45 CRIB/REC. DOCK PLT 13
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80654 | Z008783-B | 1 COMPLETE | 700.0000 | 700.00 |

SUB-TOTAL          700.00
SALES TAX             .00
                   700.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER:  28594

DATE:              9/13/05

PO#:     A85170/P1S50261

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS,INC                  DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                         T45 CRIB/REC. DOCK PLT 13
                                           1265 NORTH RIVER ROAD
SAVANNAH, GA                               WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80657   | Z009186-B   | 1 COMPLETE | 450.0000 | 450.00 |

SUB-TOTAL        450.00
SALES TAX           .00
                 450.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/13/05

PO#:     A85170/P1S50261

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80656 | 2009184-A | 1 COMPLETE | 450.0000 | 450.00 |

SUB-TOTAL          450.00
SALES TAX              .00
                   450.00

TERMS: NET 30 DAYS



PURCHASE ORDER
PO NO:    A85170
PO Date:   08/08/05

AUG 0 8 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

Vendor: ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

1

Ord Src:
Cust PO/Rel:   P1S50261
Cust Order Date:  08/05/05

| Item/Mfg Number | Due Date | Order Qty | U/M | Unit Cost | U/M | Tax | Total |
|---|---|---|---|---|---|---|---|
| Z008783 | 09/12/05 | 1.000 | PC | 700.00000 | PC | Y | 700.00 |
| CORE | | | | | | | |
| 12052849-PMB DET.40 SHT.19 | | | | | | | |
| STATIONARY TERMINAL CORE | | | | | | | |
| ECL: B  DATE: 2-4-03 | | | | | | | |
| ItmSeq:P1S50261-000001 UOM:PC | | | | | | | |
| WHO ORDERED: T45 | | | | | | | |
| Z008898 | 09/12/05 | 1.000 | PC | 475.00000 | PC | Y | 475.00 |
| CORE | | | | | | | |
| 12052849-PMB DET.58 SHT.26 | | | | | | | |
| MOVABLE TERMINAL CORE | | | | | | | |
| ECL: A  DATE: 2-4-03 | | | | | | | |
| ItmSeq:P1S50261-000002 UOM:PC | | | | | | | |
| WHO ORDERED: T45 | | | | | | | |
| Z009184 | 09/12/05 | 1.000 | PC | 450.00000 | PC | Y | 450.00 |
| INSERT | | | | | | | |
| 12047837-PMC DET.43   SHT.10 | | | | | | | |
| STATIONARY INSERT | | | | | | | |
| ECL: A  DATE: 8-20-99 | | | | | | | |
| ItmSeq:P1S50261-000003 UOM:PC | | | | | | | |
| WHO ORDERED: T45 | | | | | | | |
| Z009186 | 09/12/05 | 1.000 | PC | 450.00000 | PC | Y | 450.00 |
| INSERT | | | | | | | |
| 12047837-PMC DET.35   SHT.11 | | | | | | | |
| STATIONARY INSERT | | | | | | | |
| ECL: B  DATE: 20AU99 | | | | | | | |
| ItmSeq:P1S50261-000004 UOM:PC | | | | | | | |
| WHO ORDERED: T45 | | | | | | | |

Handwritten annotations:
80654   9/16 - k - 9/12   9-7
Rec'd #28592   9-13-05

80655   9-7
Rec'd #28524   9-09-05

80656   9/19 - k - 9/12   9-7
Rec'd #28595   9-13-05

80657   9/22 - k - 9/12   9-7
Rec'd #28594   9-13-05

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 125391

DATE:          9/02/05

PO#:     A85435/P1S50461

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       T47 CRIB/REC. DOCK PLT.13
                                         1265 NORTH RIVER ROAD
SAVANNAH, GA                             WARREN, OH
          31415                                    44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80721 | Z014942-A | 1<br>COMPLETE | 425.0000 | 425.00 |

|  |  |  | SUB-TOTAL | 425.00 |
|--|--|--|-----------|--------|
|  |  |  | SALES TAX | .00 |
|  |  |  |  | 425.00 |

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE            PA 16335

INVOICE NUMBER: 28618

DATE:            9/14/05

PO#:      AB5435/P1550461

BILL TO:            D&B NUMBER: 004350641            SHIP TO:

VANGUARD DISTRIBUTORS,INC            DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A            T47 CRIB/REC. DOCK PLT.13
                                1245 NORTH RIVER ROAD
SAVANNAH, GA            WARREN, OH
            31415                        44483

| REF NO | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|--------|-------------|----------|------------|-------|
| 12428 | P31/4424-P | 1 COMPLETE | 400.0000 | 400.00 |

SUB-TOTAL      400.00
SALES TAX         .00
               400.00

TERMS: NET 30 DAYS

ACCTUG TROC 10653-4    INVOICE NUMBER: 128680
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/16/05

PO#:     A85435/P1S50461

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS.INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                 T47 CRIB/REC. DOCK PLT.13
                                   1265 NORTH RIVER ROAD
SAVANNAH, GA                       WARREN, OH
          31415                              44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80722 | 2014943-A | 1 COMPLETE | 600.0000 | 600.00 |

SUB-TOTAL          600.00
SALES TAX             .00
                   600.00

TERMS: NET 30 DAYS

*F I S 50461*



PURCHASE ORDER
PO NO:    A85435
PO Date:  08/15/05

**AUG 16 2005**

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
T47 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN           OH 44483

     Ord Src:
   Cust PO/Rel: P1S50461
Cust Order Date: 08/12/05

Item/Mfg Number          Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
                    ****************************************************
         ***  THIS IS A RE-PRINT, PLEASE DISCARD ORIGINAL    ***
                    ****************************************************
Z014942       *80721*      09/30/05      1.000 PC    425.00000 PC  Y    425.00      #28391
   CORE                                                                             9-01-05
   15401212-PMUDA  DET.27  SHT.18
MOVABLE LATCH CORE(R)
ECL A  PRINT DATE 7-1-02
   ItmSeq:P1S50461-000002 UOM:PC
   WHO ORDERED: T47
Z014943       *80722*      09/20/05      1.000 PC    600.00000 PC  Y    600.00      Blue #28680
   INSERT                                                                           9-16-05
   15401212-PMUDA  DET.34  SHT.23
STATIONARY LATCH INSERT(R)
ECL A  PRINT DATE 7-1-02
   ItmSeq:P1S50461-000003 UOM:PC
   WHO ORDERED: T47
Z016676       *80723*      09/16/05      1.000 PC    400.00000 PC  Y    400.00      #28618
   CORE                                                                             9-14-05
   02977252-PME  DET.7  SHT.6
STATIONARY CORE
ECL C  PRINT DATE 05-12-05
   ItmSeq:P1S50461-000001 UOM:PC
*** NOTE:   REVISED ECL & PRINT DATE ***
===============================================================
                                      SUBTOTAL    1425.00
                                      TAX              .00
                                                 ----------
                                      TOTAL      1425.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28567

DATE:          9/12/05

PO#:   A85434/P1550464

BILL TO:          D&B NUMBER: 00435064          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
137 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                         44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80726 | 8E23771-A | 1 COMPLETE | 109.0000 | 109.00 |

SUB-TOTAL      109.00
SALES TAX         .00
               109.00

TERMS: NET 30 DAYS

*P1S 50464*

```
PURCHASE ORDER                      VANGUARD DISTRIBUTORS, Inc.
PO NO:    A85434                        107 N.E. Lathrop Avenue
PO Date: 08/15/05                         Savannah, GA 31415
                    AUG 1 5 2005          (912)236-1766 Phone
                                          (912)238-3072 Fax        1

  Vendor: ACTC01                     Ship To:
ACTCO TOOL & MFG CO INC              P52 CRIB
14421 BALDWIN ST EXT                 REC. DOCK PLANT 13
P.O. BOX 675                         1265 NORTH RIVER ROAD
MEADVILLE        PA 16335            WARREN          OH 44483

    Ord Src:
   Cust PO/Rel:  P1S50464
Cust Order Date: 08/12/05
```

```
Item/Mfg Number        Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
8E23771                09/16/05   1,000 PC        109.00000 PC   Y    109.00
  INSERT                              4-13
NOTCH, DET 99   80726
2962487 MA
ECL A  PRINT DATE 03-01-93
ItmSeq:P1S50464-000002 UOM:PC
WHO ORDERED: P52
```

*£28567*
*9-12-05*

```
                            SUBTOTAL      109.00
                            TAX               .00
                                         ---------
                            TOTAL        109.00
```

*P52 081105*
*No HISTORY*

ACTION TOOL & MFG., CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/01/05

PO#:     A85857/P1550756

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  T47 CRIB/REC. DOCK PLT.13
                                    1265 NORTH RIVER ROAD
SAVANNAH, GA                        WARREN, OH
          31415                                   44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80848 | Z010543-A | 1 COMPLETE | 500.0000 | 500.00 |

SUB-TOTAL          500.00
SALES TAX             .00
                    500.00

TERMS: NET 30 DAYS

P1S50756

```
PURCHASE ORDER                              VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85857                            107 N.E. Lathrop Avenue
PO Date:  08/24/05        AUG 2 4 2005          Savannah, GA 31415
                                                (912)236-1766 Phone
                                                (912)238-3072 Fax            1

    Vendor:  ACTC01                          Ship To:
ACTCO TOOL & MFG CO INC                      T47 CRIB
14421 BALDWIN ST EXT                         REC. DOCK PLANT 13
P.O. BOX 675                                 1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                  WARREN          OH 44483

     Ord Src:
   Cust PO/Rel:  P1S50756
Cust Order Date:  08/23/05
```

```
Item/Mfg Number          Due Date  Order Qty U/M   Unit Cost U/M Tax    Total        #28384
Z010543       80848      09/30/05   1.000 PC      500.00000 PC   Y     500.00        9-01-05
     INSERT                9-27
08905563-PMUDA  DET.23  SHT.15
MOVABLE INSERT
ECL: A      DATE: 30JA99
ItmSeq:P1S50756-000001 UOM:PC
WHO ORDERED: T47
```

=======================================================================

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

```
                                        SUBTOTAL      500.00
                                        TAX               .00
                                                    ----------
                                        TOTAL         500.00
```

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28709

DATE:          9/20/05

PO#:     A85973/P1S50853

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
          31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80892 | 8E19405-B | 1 COMPLETE | 197.0000 | 197.00 |

SUB-TOTAL          197.00
SALES TAX            .00
                   197.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28710

DATE:          9/20/05

PO#:     A85973/P1S50853

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80893 | 8E19407-A | 1 COMPLETE | 175.0000 | 175.00 |

SUB-TOTAL          175.00
SALES TAX          .00
          175.00

TERMS: NET 30 DAYS

P1 S50853



PURCHASE ORDER                                      VANGUARD DISTRIBUTORS, Inc.
PO NO:      A85973          AUG 2 6 2005              107 N.E. Lathrop Avenue
PO Date:  08/26/05                                      Savannah, GA 31415
                                                       (912)236-1766 Phone
                                                       (912)238-3072 Fax
                                                                              1

    Vendor:  ACTC01                              Ship To:
ACTCO TOOL & MFG CO INC                          P52 CRIB
14421 BALDWIN ST EXT                             REC. DOCK PLANT 13
P.O. BOX 675                                     1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                      WARREN          OH 44483

    Ord Src:
    Cust PO/Rel:  P1S50853
Cust Order Date:  08/25/05

Item/Mfg Number          Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
8E19405    80892        09/26/05    1,000 PC    197.00000 PC  Y    197.00      #28709
    BLOCK                    9-21                                              9-20-05
    NOTCH, DET 41, SHT 7
    02962993 M
    ECL B  PRINT DATE 09-15-96
    ItmSeq: P1S50853-000001 UOM: PC
    WHO ORDERED:  P52

8E19407    80893        09/26/05    1,000 PC    175.00000 PC  Y    175.00      #28710
    BLOCK                    9-21                                              9-20-05
    NOTCH, DET 44, SHT 7
    02962993 M
    ECL A  PRINT DATE 09-15-96
    ItmSeq: P1S50853-000002 UOM: PC
    WHO ORDERED:  P52
===========================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                              SUBTOTAL      372.00
                                                   TAX         .00
                                                         ----------
                                                 TOTAL      372.00

*P1S50942*



PURCHASE ORDER
PO NO:      A86101
PO Date:  08/30/05

AUG 3 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE          PA 16335

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN          OH 44483

Ord Src:
Cust PO/Rel:  P1S50942
Cust Order Date:  08/29/05

Item/Mfg Number                Due Date    Order Qty U/M    Unit Cost U/M  Tax    Total
8K29233                        09/06/05    10.000 PC       103.00000 PC   Y      1030.00
  PUNCH          *80882*
  FORM, DET 152, SHT 31
  12040996 MC
  ECL H  PRINT DATE 05-10-01
  ItmSeq:P1S50942-000001 UOM:PC
  WHO ORDERED: P52

Del. Ext.
to 9-7-05  & per Jamie

80882 - A (1) pc. stock
.80882 - B (9) pcs

ship (Red) #28431
9-06-05

Red #28636
9-15-05

Del ext. 9-14-05
Del. ext per Jamie

Del. 1/t to 9/10/05
AF (Rej) 9/21

Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      1030.00
                              TAX               .00
                                            ---------
                              TOTAL         1030.00

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 128431

DATE:              9/06/05

PO#:      A86101/P1S50942

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS, INC          DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                  1265 N. RIVER RD/PLT. 13
                                    P52 CRIB/ADAM FADELL
SAVANNAH, GA                        WARREN, OH
          31415                                       44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80882-A | 8K29233-H | 1 COMPLETE | 103.0000 | 103.00 |

SUB-TOTAL          103.00
SALES TAX             .00
                   103.00

TERMS: NET 30 DAYS

INVOICE NUMBER: 28636

14421 BALDWIN ST.
P. O. BOX 675
MEADVILLE                PA 16335

DATE:            9/15/05

PO#:     A86101/P1S50942

BILL TO:              D&B NUMBER: 004350641              SHIP TO:

VANGUARD DISTRIBUTORS,INC                    DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                           1265 N. RIVER RD/PLT. 13
                                             P52 CRIB/ADAM FADELL
SAVANNAH, GA                                 WARREN, OH
            31415                                           44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80882-B | 8K29233-H | 9 COMPLETE | 103.0000 | 927.00 |

SUB-TOTAL       927.00
SALES TAX          .00
                927.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28870

DATE:          9/28/05

PO#:     A86102/P1S50947

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1265 NORTH RIVER ROAD
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80887 | Z009217-A | 1 COMPLETE | 275.0000 | 275.00 |

SUB-TOTAL     275.00
SALES TAX        .00
              275.00

TERMS: NET 30 DAYS

*P1S 50947*

```
PURCHASE ORDER                        VANGUARD DISTRIBUTORS, Inc.
PO NO:     A86102                        107 N.E. Lathrop Avenue
PO Date:   08/30/05                        Savannah, GA 31415
                    AUG 3 1 2005            (912)236-1766 Phone
                                           (912)238-3072 Fax
                                                                    1

   Vendor:  ACTC01                    Ship To:
ACTCO TOOL & MFG CO INC               T45 CRIB
14421 BALDWIN ST EXT                  REC. DOCK PLANT 13
P.O. BOX 675                          1265 NORTH RIVER ROAD
MEADVILLE       PA 16335              WARREN          OH 44483

     Ord Src:
   Cust PO/Rel:  P1S50947
Cust Order Date: 08/29/05
```

```
Item/Mfg Number        Due Date  Order Qty U/M  Unit Cost U/M Tax   Total
Z009217                10/04/05    1.000 PC     275.00000 PC   Y    275.00     #28870
   CORE      80887                 9-29                                        9-28-05
   12047837-PMC DET.36  SHT.29
STATIONARY CORE
   ECL: A  DATE: 01DE91
   ItmSeq:P1S50947-000001 UOM:PC
   WHO ORDERED: T45

Z009758                10/04/05    1.000 PC     250.00000 PC   Y    250.00     #28954
   CORE      80888                 9-29                                        10-4-05
   12059572-PMA DET.56  SHT.10
STATIONARY CORE
   ECL: A  DATE: 27SE99  - 11-4-02  ok per Jamie
   ItmSeq:P1S50947-000002 UOM:PC
   WHO ORDERED: T45
```

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                      SUBTOTAL       525.00
                                      TAX                .00
                                                   ----------
                                         TOTAL      525.00
```

ASTEC TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28871

DATE:          9/29/05

PO#:          A87135
              P1R71966

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                        DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                               1265 N. RIVER RD/PLT. 13
                                                 P52 CRIB/ADAM FADELL
SAVANNAH, GA                                     WARREN, OH
              31415                                           44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6097 BV19102-P | | 2 | 220.0000 | 440.00 |
| | | COMPLETE | | |

SUB-TOTAL          440.00
SALES TAX             .00
                   440.00

TERMS: NET 30 DAYS

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: P8954

DATE:          10/04/05

PO#:    AR6102/P1850947

BILL TO:          D&B NUMBER: 004350641

SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
                31415

DELPHI AUTOMOTIVE SYSTEMS
T45 CRIB/REC. DOCK PLT 13
1865 NORTH RIVER ROAD
WARREN, OH
                44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 80888 | 2009758-A | 1 COMPLETE | 250.0000 | 250.00 |

SUB-TOTAL        250.00
SALES TAX          .00
                 250.00

TERMS: NET 30 DAYS

PIS 50947

PURCHASE ORDER
PO NO:    A86102
PO Date:  08/30/05

AUG 3 1 2005

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax

1

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

Ship To:
T45 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

     Ord Src:
   Cust PO/Rel:  P1S50947
Cust Order Date:  08/29/05

| Item/Mfg Number | Due Date | Order Qty U/M | Unit Cost U/M | Tax | Total |
|---|---|---|---|---|---|
| Z009217 | 10/04/05 | 1.000 PC | 275.00000 PC | Y | 275.00 |
| CORE 80837 | 9-29 | | | | |
| 12047837-PMC DET.36 SHT.29 | | | | | |
| STATIONARY CORE | | | | | |
| ECL: A DATE: 01DE91 | | | | | |
| ItmSeq:P1S50947-000001 UOM:PC | | | | | |
| WHO ORDERED: T45 | | | | | |
| Z009758 80888 | 10/04/05 | 1.000 PC | 250.00000 PC | Y | 250.00 |
| CORE | 9-29 | | | | |
| 12059572-PMA DET.56 SHT.10 | | | | | |
| STATIONARY CORE | | | | | |
| ECL: A DATE: 27SE99 - 11-4-02 ok per Jamie | | | | | |
| ItmSeq:P1S50947-000002 UOM:PC | | | | | |
| WHO ORDERED: T45 | | | | | |

#28871
9-28-05

#28954
10-4-05

===============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                                        SUBTOTAL    525.00
                                           TAX         .00
                                                   ----------
                                          TOTAL     525.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28933

DATE:          10/03/05

PO#:    A86262/P1S51104

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81005 | 8GBNL82-C | 4 COMPLETE | 120.0000 | 480.00 |

SUB-TOTAL          480.00
SALES TAX          .00
                   480.00

TERMS: NET 30 DAYS

*P1S 51104*

PURCHASE ORDER
PO NO:    A86262
PO Date:  09/05/05

SEP 0 6 2005

Vendor:  ACTC01
ACTCO TOOL & MFG CO INC
14421 BALDWIN ST EXT
P.O. BOX 675
MEADVILLE        PA 16335

       Ord Src:
   Cust PO/Rel:  P1S51104
Cust Order Date:  09/02/05

VANGUARD DISTRIBUTORS, Inc.
107 N.E. Lathrop Avenue
Savannah, GA 31415
(912)236-1766 Phone
(912)238-3072 Fax
                          1

Ship To:
P52 CRIB
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN            OH 44483

Item/Mfg Number      Due Date  Order Qty U/M   Unit Cost U/M Tax   Total
8GBNL82              10/05/05   4,000 PC       120.00000 PC   Y    480.00
   PUNCH     *81005*      *4-30*
   FORM, SHT 52, DET 111
   15443837 MA
   ECL C        PRINT DATE 07/27/05
   ItmSeq:P1S51104-000001 UOM:PC
   WHO ORDERED: P52

*#28933*
*10-3-05*

============================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library

                              SUBTOTAL      480.00
                              TAX              .00
                                          --------
                              TOTAL        480.00

ACTCO TOOL & MFG. CO.
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE          PA 16335

INVOICE NUMBER: 28973

DATE:           10/06/05

PO#:    A86480/P1S51248

BILL TO:          D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC
107 N.E. LATHROP A

SAVANNAH, GA
          31415

DELPHI AUTOMOTIVE SYSTEMS
1265 N. RIVER RD/PLT. 13
P52 CRIB/ADAM FADELL
WARREN, OH
          44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| 81028 | 8GLD567-A | 1 COMPLETE | 284.0000 | 284.00 |

SUB-TOTAL          284.00
SALES TAX             .00
                   284.00

TERMS: NET 30 DAYS

*P1S51248*

PURCHASE ORDER
PO NO:    A86480                   SEP 1 2 2005          VANGUARD DISTRIBUTORS, Inc.
PO Date:  09/12/05                                          107 N.E. Lathrop Avenue
                                                              Savannah, GA 31415
                                                            (912)236-1766 Phone
                                                            (912)238-3072 Fax
                                                                                    1
    Vendor:  ACTC01                              Ship To:
ACTCO TOOL & MFG CO INC                          P52 CRIB
14421 BALDWIN ST EXT                             REC. DOCK PLANT 13
P.O. BOX 675                                     1265 NORTH RIVER ROAD
MEADVILLE          PA 16335                      WARREN            OH 44483

    Ord Src:
  Cust PO/Rel:  P1S51248
Cust Order Date:  09/09/05

Item/Mfg Number          Due Date   Order Qty U/M   Unit Cost U/M Tax    Total
8GLD567        81028    10/10/05     1.000 PC      284.00000 EC  Y      284.00      *A 28973*
    RETAINER            10-5                                                          10-6-05
    RETAINER LINER, SHT 47, DET 74
    15443837MA
    ECL A PRINT DATE 07/28/03
    ItmSeq:P1S51248-000005 UOM:PC
    WHO ORDERED: P52
=================================================================================
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                            SUBTOTAL       284.00
                                            TAX               .00
                                                       ----------
                                               TOTAL      284.00

14421 BALDWIN ST. EXT
P. O. BOX 675
MEADVILLE          PA 16335

DATE:          9/14/05

PO#:           A86536
               P1S51288

BILL TO:              D&B NUMBER: 004350641          SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
               31415                                      44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6209 | R6BA067-C | 4 COMPLETE | 264.2500 | 1057.00 |

SUB-TOTAL      1057.00
SALES TAX          .00
               1057.00

TERMS: NET 30 DAYS

PRINTED TOPIC 104534  C  Exhibit 128400
14421 BALDWIN ST. EXT.
P. O. BOX 675
MEADVILLE        PA 16335

DATE:         9/14/05

PO#:          A84536
              P1S51288

BILL TO:        D&B NUMBER: 004350641        SHIP TO:

VANGUARD DISTRIBUTORS,INC                DELPHI AUTOMOTIVE SYSTEMS
107 N.E. LATHROP A                       1265 N. RIVER RD/PLT. 13
                                         P52 CRIB/ADAM FADELL
SAVANNAH, GA                             WARREN, OH
            31415                                        44483

| REF NO. | DRAWING NO. | QUANTITY | UNIT PRICE | TOTAL |
|---------|-------------|----------|------------|-------|
| J6353 8G6D414-D | | 8 COMPLETE | 132.0000 | 1056.00 |

SUB-TOTAL        1054.00
SALES TAX            .00
                 1054.00


TERMS: NET 30 DAYS

```
PURCHASE ORDER                          VANGUARD DISTRIBUTORS, Inc.
PO NO:    A86536                           107 N.E. Lathrop Avenue
PO Date:  09/13/05                          Savannah, GA 31415
                                            (912)236-1766 Phone
                                            (912)238-3072 Fax          1

  Vendor:  ACTC01      SEP 1 3 2005     Ship To:
ACTCO TOOL & MFG CO INC                 P52 CRIB
14421 BALDWIN ST EXT                    REC. DOCK PLANT 13
P.O. BOX 675                            1265 NORTH RIVER ROAD
MEADVILLE        PA 16335               WARREN            OH 44483

       Ord Src:
    Cust PO/Rel: P1S51288
Cust Order Date: 09/12/05
```

*Type on Vanguard PL & Label*
*Attn: Adam Fadell*
*e-mail tracking #*
*to Adam*

```
Item/Mfg Number          Due Date  Order Qty U/M    Unit Cost U/M Tax   Total
8GBA067                  09/19/05   4.000 PC         264.25000 PC  Y    1057.00
  PUNCH
BLANK, DET 202P, SHT 34
12048343 MA
ECL C PRINT DATE 05-03-05
ItmSeq:P1S51288-000001 UOM:PC
WHO ORDERED: SCRAP09/05BUYIN

8GGD414                  09/19/05   8.000 PC         132.00000 PC  Y    1056.00
  WAFER
BLANK, DET 18, SHT 12
12193810 MA
ECL D DATE 05/05/05
ItmSeq:P1S51288-000002 UOM:PC
WHO ORDERED: SCRAP09/05BUYIN
```

handwritten annotations:
- *96209-31* / *9-14* / *#28597* / *9-14-05*
- *96353-04* / *9-14* / *#28600* / *9-14-05*
- *Adam will issue a new p.o. for 1 pc.*

```
Note: Delphi does not notify Vanguard or suppliers of
engineering changes.
In order to insure build and delivery of proper revision
level, it is the supplier's responsibility to confirm
in-house build print adherence to the purchase order. If the
revision level or print date on the supplier in-house print
is different than that on the purchase order, it is the
supplier's responsibility to notify the Vanguard storekeeper
via email to obtain current print from the Delphi Tool
Library
                                        SUBTOTAL    2113.00
                                        TAX              .00
                                                   ---------
                                        TOTAL       2113.00
```